# List of Numbered November 2018 Lethal Injection Complaint Attachments

Attachment No.

1: Electrocution Procedures 3/13/17

2: Chancery Court Declaratory Judgment Order 11/22/10

3: Lethal Injection Protocol 1/8/18

4: Lethal Injection Protocol 7/5/18

5: Dr. Sasich Declaration

6: Chancery Court Order Applying Tenn Civ. P. Rule 15.02 Dated 07/19/18

7: Chancery Court Order Dismissing Suit 07/26/18

8: Dr. Evans Testimony

9: Email from Drug Supplier

10: Irick Execution Timeline

11: News Articles

12: Dr. Lubarsky Affidavit

13: Dr. Lubarsky Testimony

14: Dr. Edgar Testimony

15: Military Executions/Procedures

16: Deborah Denno Article

17: Exhibit of Texas Executions

18: 2018 Executions from Death Penalty Information Center

19: Documents from the Drug Procurer

20: Handwritten Notes of the Drug Procurer

21: Parker Testimony (excerpt)

22: Parker Deposition (excerpt)

23: Inglis Testimony (excerpt)

24: Invoices for Lethal Injection Drugs

25: Emails from the Drug Procurer

26: Inglis Deposition (excerpt)

27: Contracts with Compounding Pharmacies

28: *(Omitted)*

29: Redacted Pharmacy Website Information

30: Redacted Pharmacist and Pharmacy Discipline Records

31: AP Article re: TN Electric Chair

32: Allen Lee Davis Execution Photos

33: Electric Chair Modifications Letters

34: Dr. Wikswo Reports

35: Daryl Holton Photos

36: Daryl Holton Autopsy

37: News Articles

38: Ricky Gray Autopsy

39: William Morva Autopsy

40: Mays Deposition (excerpt)

41: Mays Testimony (excerpt)

42: Sutherland Representation re: Two-Drug Alternative