# EXECUTION PROCEDURES

# FOR

# ELECTROCUTION

This manual contains a summary of the most significant events and departmental procedures to be followed in the process of carrying out the orders of the Court regarding the imposition of death by electrocution. It contains a detailed listing of some of the duties and responsibilities of certain key departmental personnel. In addition, the manual covers institutional perimeter security prior to, during, and subsequent to an execution.

It will be used as a guideline for the Warden to assure that operational functions are properly planned with the staff who have designated responsibilities in performing a judicially ordered execution by electrocution.

## SECTION 7 (PERIMETER SECURITY) IS

# CONFIDENTIAL

## AND IS NOT FOR PUBLIC RELEASE.

Case 3:18-cv-01234   Document 1-2   Filed 11/02/18   Page 1 of 87 PageID #: 128

Attachment 1

# TABLE OF CONTENTS
# ELECTROCUTION

**I.       Introduction**

    Commissioner's Statement    5

**II.      Definitions**

    Definitions    7
    Diagram of Capital Punishment Unit    10

**III.     Duties of Management and Administrative Personnel**

    Riverbend Maximum Security Institution Personnel    12
        Warden    13
        Associate Warden of Security    14
        Electrocution Recorder    15
        Death Watch Supervisor    16
        Institutional Chaplain    17
        ITS Security Systems Technicians    18
        Physician    19
        Facility Maintenance Supervisor    20
        Assistant to the Facility Maintenance Supervisor    21
        Extraction Team    22
        Escort Officer(s)    23

    Central Office Personnel    24
        Commissioner    25
        Deputy Commissioner of Operations    26
        Assistant Commissioner of Prisons    27
        Director of Communications and Public Relations    28
        Director of Office of Investigation and Compliance    29
        Director of Victim Services    30

**IV.     Selection and Training of Staff**

        Execution Team Member Selection Criteria    32
        Training of Execution Team Members    33

**V.      Preparation and Procedures of Accountability**

        Electric Chair - Testing and Modification    34
        Professional Oversight    36
        Sodium Chloride Solution Preparation    38
        Pre-Execution Preparation    39
        Procedures for Usage of the Electric Chair    42

Case 3:18-cv-01234   Document 1-2   Filed 11/02/18   Page 2 of 87 PageID #: 130

Attachment 1

# TABLE OF CONTENTS
# ELECTROCUTION CON'T

Post-Execution    45

**VI.   Death Watch Procedures**

Staff Responsibilities and Special Procedures    47
Execution Team    51
Death Watch Supervisor    53
Control Monitor    56
Floor Officer Monitor    60
Day 1    62
Day 2    62
Day 3 - Execution Day    62
**Day 3 - Evening Schedule**    63
Post-Execution    67
Contingency Issues    68

**VII.   Victim Services**

Victim Services    70

**VIII.   Perimeter Security – CONFIDENTIAL – Not for Public Release**

Perimeter Assignments    73
Perimeter Diagram    77

**IX.   Forms**

Notification Letter to Sheriff's Office to Witness Execution of Inmate    79
Notification Letter to Inmate's Family to Witness Execution    80
Electrocution Chronological Execution Report    81
Day of Execution – Electrocution Execution Recorder Checklist    82
News Release    85
Affidavit Concerning Method of Execution    86
Application for News Media Representative    87
Affidavit to Select Defense Counsel Witness to Execution    93

Case 3:18-cv-01234   Document 1-2   Filed 11/02/18   Page 3 of 87 PageID #: 140

**Attachment 1**

# INTRODUCTION



## RIVERBEND MAXIMUM SECURITY INSTITUTION



The Tennessee Department of Correction is responsible for the incarceration of convicted felons serving sentences ranging from one year to death. Individuals sentenced to death are executed at Riverbend Maximum Security Institution. Upon the exhaustion of an individual's appeals, the execution process shall begin.

In the capacity as Commissioner, it is my duty by law to oversee the humane and constitutional execution of individuals sentenced to death by judicial authority in Tennessee. This manual explains the procedures for electrocution. It will be reviewed annually, or as needed, by a designated panel.

_____
Commissioner

_____3/13/17_____
Date

Case 3:18-cv-01234   Document 1-2   Filed 11/02/18   Page 5 of 87 PageID #: 142

**Attachment 1**

# DEFINITIONS



## RIVERBEND MAXIMUM SECURITY INSTITUTION

Case 3:18-cv-01234   Document 1-2   Filed 11/02/18   Page 6 of 87 PageID #: 143

Attachment 1

# DEFINITIONS

The definitions listed below only pertain to the Electrocution Process within this manual.

**Amperage Meter**    A device that measures the number of amperes in an electric current. Seven (7) amps are used in the electrocution process.

**Amp Clamp**    A device used to verify whether or not there is an electrical current going to the head piece of the electric chair during testing.

**Death Watch**    A period of time immediately prior to an execution during which special procedures are implemented in order to ensure that the execution is carried out in a safe and orderly manner.

**Death Watch Area** An area that includes the inmate's cell(s) contact and non-contact visitation areas, the control room, and the secured monitoring area.

**Electric Chair**    The sitting apparatus in which the condemned inmate will be secured for electrocution. The chair is fixed to the floor.

**Electrical Console** The unit used to administer electrical current to the electric chair.

**Electrical Tester Lead (s)**    A device used during the testing process that verifies whether or not an electrical current can be detected at the head and ankle location of the electric chair.

**Electrical Utility Room**    The room located behind the Executioner's Room and where the primary disconnect box is located.

**Electrocution Storage Room**    A room located next to the Executioner's Room. It contains equipment and materials used in the electrocution process.

**Execution Chamber** See Diagram (page 10).

**Execution Team**    The Execution Team shall consist of: the Warden, Associate Warden of Security, Executioner, Extraction Team, Death Watch Team, Electrocution Recorder, Facility Maintenance Supervisor, Assistant to the Facility Maintenance Supervisor (electrician), ITS Security Systems Technician(s), and Escort Officer(s).

**Executioner's Room**    A room where the Executioner activates the electric chair at the direction of the Warden.

**Extraction Team**    Execution Team members who are responsible for the removal, restraint, and movement of the inmate during the time of execution.

Case 3:18-cv-01234 Document 1-2 Filed 11/02/18 Page 7 of 87 PageID #: 144

**Attachment 1**

# DEFINITIONS – CON'T

| | |
|---|---|
| **Fuses** | An electrical safety device. Four (4) 100 amp fuses are used in the electrocution process. |
| **Head Piece** | A leather cranial cap lined with copper mesh inside. It connects to the power cable in the head region. |
| **High Voltage Cable** | A heavy duty gray cable used for transferring electrical current from the transformer to the electric chair. |
| **Junction Box** | An enclosed and protected box inside which electrical circuits are interconnected or branched for distribution. It is located at the rear of the electric chair. The high voltage cable will be secured to this box. |
| **Low Voltage Cable** | A black cable used to transfer electrical current from the electrical console to the transformer. |
| **Natural Sea Sponges** | Sponges harvested from the ocean. |
| **Primary Power Disconnect Box** | The primary source of electrical current for the Electrocution Process. It is a gray box located in the Electrical Utility Room. |
| **Reserved Manual Transformer** | The device used as an electrical power source if there is a malfunction with the transformer. It is located in the storage room. |
| **Secondary Power Disconnect Box** | The source of power from the Executioner's Room. This provides electricity for the electrical console, transformer, amp meter, and electric chair. |
| **Shroud** | A piece of cloth or leather used to cover the condemned inmate's face during electrocution. |
| **Sodium Chloride** | Common table salt. It is used in saturation of the natural sea sponges. |
| **Test Load Box** | A device that electrically simulates an inmate's body for test purposes. |
| **Transformer** | A device that transfers electrical energy from one alternating circuit to another with a change in voltage, current, phase, or impedance. |
| **Voltage Meter** | A device on the transformer that measures that amount of voltage used in the electrocution process. 1,750 volts are used in the electrocution process. |

Case 3:18-cv-01234   Document 1-2   Filed 11/02/18   Page 8 of 87 PageID #: 145

**Attachment 1**

**Note:** Whenever the masculine pronoun is used in this manual, it applies equally to a female.



Case 3:18-cv-01284 Document 1-2 Filed 11/02/18 Page 10 of 87 PageID #: 117

**Attachment 1**

# DUTIES OF MANAGEMENT AND ADMINISTRATIVE PERSONNEL



# RIVERBEND MAXIMUM SECURITY INSTITUTION

Case 3:18-cv-01234   Document 1-2   Filed 11/02/18   Page 11 of 87 PageID #: 148

Attachment 1

# RIVERBEND MAXIMUM SECURITY INSTITUTION PERSONNEL

Case 3:18-cv-01234   Document 1-2   Filed 11/02/18   Page 12 of 87 PageID #: 149

Attachment 1

# WARDEN

## Primary Role

To ensure that the procedures prescribed by law and as outlined in this operating procedure are performed, either by personal performance or by delegation.

Duties:

1. To ensure that the security of the institution is maintained.

2. To ensure condemned inmates sentenced prior to January 1, 1999 are given the opportunity to select electrocution or lethal injection as a legal means of execution at least 30 days before the execution.

3. To explain to the inmate the procedures and activities which will take place during Death Watch.

4. To control any contact between the condemned inmate and other persons.

5. To coordinate the notification of official witnesses of the date and time to be at the institution to witness the scheduled execution.

6. To coordinate the appointment of execution team staff member(s).

7. To select a person to serve as Executioner.

8. To set the precise hour and minute of execution, subject to approval of the Commissioner and the Department's General Counsel.

9. To arrange for presence of a physician to carry out functions set forth on Page 20.

10. To coordinate with the Medical Examiner for disposition of the body.

11. To keep the Commissioner, Deputy Commissioner of Operations and Assistant Commissioner of Prisons informed of the progress towards and implementation of the execution.

12. To control activation of closed circuit TV to the victim family witness room.

13. To order the Executioner, either verbally or by gesture, to proceed with execution.

14. To cause the announcement to significant parties and the public of the fact that the sentence of execution has been carried out.

Case 3:18-cv-01234   Document 1-2   Filed 11/02/18   Page 13 of 87 PageID #: 150

Attachment 1

# ASSOCIATE WARDEN OF SECURITY

<u>Primary Role</u>

Assist the Warden in performing execution procedures and substitute for the Warden if he is unable to perform his duties.

Duties:

1. To ensure the security of the condemned inmate.

2. To supervise preparation of the Death Watch cell area, Execution Chamber, and the condemned inmate for execution.

3. To coordinate and/or approve, with assistance by assigned security staff, visits and phone calls permitted to the condemned inmate.

4. To provide the final inspection of restraint devices to ensure the condemned inmate is secure in the chair.

5. To ensure that any blinds between the witness room and the Execution Chamber are closed prior to the witnesses entering and opened after the witnesses are seated.

6. To supervise the removal of the body from the Execution Chamber.

7. To coordinate the release of the condemned inmate's body to the authorized recipient or coordinate burial at State expense in the event no one claims the body.

# ELECTROCUTION RECORDER

<u>Primary Role</u>

Assist the Warden in carrying out his duties.

Duties:

1. To coordinate and supervise the movement of the Execution Team to and from the Execution Chamber, and aid in maintaining the team's anonymity.

2. To process applications for the selection of news media representatives to attend executions.

3. To complete the Electrocution Chronological Execution Report and Execution Recorder Checklist.

Case 3:18-cv-01234   Document 1-2   Filed 11/02/18   Page 15 of 87 PageID #: 152

**Attachment 1**

# DEATH WATCH SUPERVISOR

<u>Primary Role</u>

To coordinate all security requirements for the inmate during the Death Watch and to supervise all correctional officers assigned any responsibilities for direct supervision of the inmate during Death Watch, including preparation of the condemned inmate.

Duties:

1. To prepare a duty schedule for officers assigned this detail.

2. To review post orders for correctional officers and to become familiar with all functions of subordinates.

3. To ensure that the condemned inmate personally inventories his personal property and packs away all items he is not permitted to retain. The Death Watch Supervisor, inmate, and one witness will sign property inventory. The sealed property will be retained in storage in the Property Room until removed by inmate's designee.

4. To maintain a bound ledger of information related to Death Watch associated activities. This log will contain a record of all visitors, meals served, shaving, handling of mail, inmate behavior, movement, communications, etc.

5. To permit only authorized persons to enter the Death Watch area. The Warden will provide a list of authorized personnel.

6. To maintain a sufficient amount of clothing in the inmate's size in order to provide a change of clothing each time the inmate leaves the cell. The Death Watch Officers will have custody of the clothing to be stored.

7. To ensure that cellular phones, cameras, audio, and video equipment are <u>not</u> taken into the Death Watch area or the Execution Chamber at any time during Death Watch or at the time of execution, unless authorized by the Warden.

8. To coordinate movement of witnesses entering and exiting witness rooms during the execution process.

9. To activate and deactivate the closed circuit TV and audio speaker systems at the prescribed times during the execution process.

10. To ensure the events pertaining to the execution are documented by the Electrocution Recorder on the Electrocution Chronological Execution Report and Execution Recorder Checklist.

Case 3:18-cv-01234   Document 1-2   Filed 11/02/18   Page 16 of 87 PageID #: 152

**Attachment 1**

# INSTITUTIONAL CHAPLAIN

<u>Primary Role</u>

To offer and deliver chaplaincy services to the condemned inmate and the inmate's family as needed.

Duties:

1. To ask the inmate to specify in writing the preferred funeral arrangements and the preferred recipients of personal property. If a legal will is requested, the Chaplain will coordinate with the TDOC Staff Attorney.

2. To say a brief prayer of intercession immediately prior to execution (if requested).

3. To assist in the release of the executed inmate's body to the authorized next-of-kin recipient or mortician through the State Medical Examiner.

# ITS SECURITY SYSTEMS TECHNICIANS

Primary Role.

To ensure that the closed circuit television and the audio systems between the Execution Chamber and witness room(s) are functioning properly at the scheduled time of execution.

# PHYSICIAN

Physician's Primary Role

To pronounce death.

Duties:

1. To be present at the precise time of execution in the capital punishment garage.

2. To examine the body for vital signs five minutes after the electrical current ceases.

3. To notify the Warden if the inmate is not legally dead.

4. To pronounce death if no vital signs are detected.

# FACILITY MAINTENANCE SUPERVISOR

Primary Role

To assure that the electrical apparatus for execution is properly maintained in working order.

Duties:

1. To conduct quarterly and pre-execution tests of the electric chair.

2. To mix sodium chloride solution.

3. To fully saturate natural sponges in sodium chloride solution.

4. To remain in the Execution Chamber and to connect and disconnect the power supply to the electric chair at the direction of the Warden.

Case 3:18-cv-01234   Document 1-2   Filed 11/02/18   Page 20 of 87 PageID #: 157

Attachment 1

# ASSISTANT TO THE FACILITY MAINTENANCE SUPERVISOR

<u>Primary Role</u>

To assist the Facility Maintenance Supervisor with his duties.

Duties:

1. To assist with the testing of the electric chair quarterly and pre-execution.

2. To assist with mixing the sodium chloride solution.

3. To assist with the saturation of the natural sponges.

4. To ensure that the necessary fuses are in place prior to the activation of the electrical console.

5. To remain on standby in the electrical utility room during the activation of the electrical console.

**Attachment 1**

# EXTRACTION TEAM

<u>Primary Role</u>

To escort and secure the condemned inmate during the execution process.

Case 3:18-cv-01234   Document 1-2   Filed 11/02/18   Page 22 of 87 PageID #: 159

**Attachment 1**

# ESCORT OFFICER(S)

<u>Primary Role</u>

To accompany and guide witnesses during the execution process.

Case 3:18-cv-01234   Document 1-2   Filed 11/02/18   Page 23 of 87 PageID #: 160

**Attachment 1**

# CENTRAL OFFICE PERSONNEL

Case 3:18-cv-01234   Document 1-2   Filed 11/02/18   Page 24 of 87 PageID #: 161

**Attachment 1**

# COMMISSIONER

Primary Role

To oversee the administration of judicial executions in Tennessee.

Duties:

1. Approximately ten minutes prior to the time scheduled for the execution, the Commissioner will establish telephone contact with the Tennessee Highway Patrol Officer on duty at the Executive Residence.

2. To communicate to the Warden any circumstances that could alter or delay the execution.

3. To arrange for or mandate an Employee Assistance Program (EAP) debriefing as needed.

# DEPUTY COMMISSIONER OF OPERATIONS

<u>Primary Role</u>

To work directly with the Commissioner and perform any assigned duties.

# ASSISTANT COMMISSIONER OF PRISONS

<u>Primary Role</u>

To be stationed at the Command Post or location designated by the Commissioner.

Duties:

1. To serve as liaison to all support units and to conduct an operational debriefing of all security and procedural personnel after the execution.

2. To maintain telephone and/or radio contact with the Warden and other personnel.

3. To coordinate with the Metropolitan Nashville Police Department and Tennessee Highway Patrol and any additional security forces required.

# DIRECTOR OF COMMUNICATIONS
# AND PUBLIC RELATIONS

<u>Primary Role</u>

To coordinate all media operations associated with the execution.

Duties:

1. To provide assistance to the Warden in obtaining telephone communications needed by media representatives.

2. To coordinate all visits by media representatives both prior to and subsequent to an execution.

3. To notify the media of the witness lottery by faxing an advisory to the Associated Press.

4. To attend the media drawing held at RMSI and send out a notification to the Associated Press regarding who was selected.

5. To compile a press kit including guidelines, specifics of the case for which the inmate is being executed, and other related policies and statutes needed for the execution.

6. To communicate with the Governor's communication staff about who will be available to address media inquiries.

7. To coordinate with the Governor's Director of Communications any press releases and public messages.

8. To establish a contact sheet with names, assignments, and contact numbers of each Public Information Officer involved. The Warden will be issued a copy.

9. To coordinate with the Facility Maintenance Supervisor to create a staging area with a podium for news briefings.

10. To establish a schedule for news briefings.

# DIRECTOR OF THE OFFICE OF INVESTIGATION AND COMPLIANCE

Primary Role

To coordinate all external security and tactical activities associated with the execution.

Duties:

1. No less than a week before the execution, schedule a security meeting with participating external agencies.

2. Coordinate security assignments with participating external agencies.

3. In consultation with the Assistant Commissioner of Prisons, coordinate tactical activities as necessary.

4. To work with the Escort Officer(s) in accompanying witnesses.

Case 3:18-cv-01234  Document 1-2  Filed 11/02/18  Page 29 of 87 PageID #: 166

Attachment 1

# DIRECTOR OF VICTIM SERVICES

Primary Role

To work with victims, family members, and other interested parties involved in the execution process.

Duties:

1. To confirm the list of individuals registered for notification.

2. To mail execution notification letters and packets.

3. To work closely with the victim liaison from the Attorney General's office.

4. To work with the Escort Officer(s) in accompanying witnesses.

# SELECTION AND TRAINING OF STAFF



# RIVERBEND MAXIMUM SECURITY INSTITUTION

Case 3:18-cv-01234   Document 1-2   Filed 11/02/18   Page 31 of 87 PageID #: 168

Attachment 1

# EXECUTION TEAM MEMBER SELECTION CRITERIA
## ELECTROCUTION

Certain persons are members of the Execution Team by virtue of their official position (i.e. Warden, Associate Warden of Security). The Warden selects the remaining team and considers at minimum the following general criteria for other members:

1. Length of service.

2. Ability to maintain confidentiality.

3. Maturity.

4. Willingness to participate.

5. Satisfactory work performance.

6. Professionalism.

7. Staff recommendations to the Warden.

8. Review of personnel files by the Warden prior to selection.


The following positions on the Execution Team are specialized and have specific requirements:

| | | |
|---|---|---|
| 1. | Facility Maintenance Supervisor | A person knowledgeable of the institution's physical plant and equipment. |
| 2. | Assistant(s) to the Facility Maintenance Supervisor | A person knowledgeable of the institution's physical plant and equipment. |
| 3. | ITS Security Systems Technician(s) | Must be an Information Resource Support Specialist 3 or above with audio/visual experience. |

# TRAINING OF EXECUTION TEAM MEMBERS

Execution Team

The Execution Team shall consist of: the Warden, Associate Warden of Security, Executioner, Extraction Team, Death Watch Team, Electrocution Recorder, Facility Maintenance Supervisor, Assistant to the Facility Maintenance Supervisor, ITS Security Systems Technician (s), and Escort Officer(s).

Training

1. All Execution Team members must read the *Electrocution Execution Manual* when they become members of the Execution Team. Additionally, the Warden or designee holds a class during which the manual is reviewed and clearly understood by all participants. At least annually, the Warden or designee holds an *Execution Manual* review class for all members of the Execution Team.

2. The Execution Team simulates Day 3 (Execution Day) of the Death Watch Procedures and the steps outlined in Section 4 for approximately one at least (1) hour quarterly. Additional training is held within two weeks before a scheduled execution. A training record is maintained to document all staff members who participate in the training.

   The simulation includes all steps of the execution process with the following exceptions:

   A. Volunteers play the roles of the condemned inmate and physician.
   B. Sponges are not saturated with sodium chloride.
   C. Electrical current is not activated when a volunteer is secured in the chair.
   D. A body is not placed in the body bag.

4. All training that occurs is documented. The documentation includes the times and dates of the training, the participants, and the training content.

Case 3:18-cv-01234   Document 1-2   Filed 11/02/18   Page 33 of 87 PageID #: 170

**Attachment 1**

# PREPARATION AND PROCEDURES OF ACCOUNTABILITY

<u>Electric Chair — Testing and Modification</u>

The electric chair is inspected and tested quarterly along with the simulated electrocution exercise. It is also inspected and tested within two weeks before a scheduled electrocution. A log will be used to document the inspection and testing which includes the date and who inspected/tested the equipment. The Warden is responsible for maintaining testing and inspection records.

<u>Equipment Used</u>

1. Electrical Tester Lead(s)
2. Amp Clamp
3. Test Load Box
4. Transformer
5. Electric Console
6. Amperage Meter
7. High voltage gray cable
8. Low voltage black cable
9. Four 100 amp fuses
10. Head piece and ankle electrodes
11. Specially Designed Chair

<u>Testing Procedures</u>

1. The Facility Maintenance Supervisor and his assistant will remove the high and low voltage cables from the storage room. The low voltage **black** cable will be securely connected between the transformer and the electrical console. The high voltage **gray** cable will **only** be connected to the transformer and pulled through a hole in the wall that allows it to lie in the Execution Chamber near the electric chair. Make certain that the secondary power disconnect box is "OFF" before connecting the cables.

2. Once the cables are in place, the assistant will go to the electrical utility room and open the primary power disconnect box. The assistant will place two (2) 100 amp fuses in the appropriate slots, close the box, and move the lever to the "on" position. The assistant will go to the Executioner's Room and open the secondary power disconnect box. The assistant will place two (2) 100 amp fuses in the appropriate slots and close the box. Leave the disconnect on the "OFF" position.

3. The Facility Maintenance Supervisor will place the Test Load Box in the seat of the chair. A tester lead will be connected from the head power cable to the Load Box. Another tester lead will be connected from the ankle region to the Test Load Box. An amp clamp will be placed on the power cable leading to the head piece.

4. Once these devices are in place, the Facility Maintenance Supervisor will connect the high voltage gray cable to the junction box at the direction of the Warden. The Warden will instruct the assistant or volunteer employee to follow the steps outlined

in "PROCEDURES FOR THE USAGE OF THE ELECTRIC CHAIR FROM THE EXECUTIONER'S ROOM."

5. While the electric chair is activated, the Facility Maintenance Supervisor and his assistant will assure that the designated voltage (1,750) and amps (7) are being delivered.

6. After the electrical console has run the timed cycle, the electrical current will be deactivated and the equipment disassembled in accordance with "POST-EXECUTION-BREAKDOWN" instructions.

Modification

In the unlikely event that a modification to the electric chair is deemed prudent, a documentation log will be kept for the record. The log would include the date, the nature of/reason for the modification, who did the modification, and any accompanying paperwork. The Warden will maintain and secure the documentation log.

# PROFESSIONAL OVERSIGHT

A licensed professional electrical engineer will be present during all electrocutions.



## TDOC ELECTRIC CHAIR

# SODIUM CHLORIDE SOLUTION PREPARATION

1. The sodium chloride solution is mixed using five (5) gallons of water at room temperature. Up to 128 ounces of iodized table salt is slowly added to the water and mixed continuously until the water will not absorb any more salt. Maximum absorption is observed when the salt will no longer dissolve in the water and collects at the bottom of the container.

2. Using natural sea sponges, prepare two five-sponge sets for a total of ten sponges (2 head and 8 ankle). Soak the natural sea sponges in the salt brine solution.

### THE DRY SPONGES WILL BE NO LESS THAN ONE (1) INCH THICK

# PRE-EXECUTION ELECTROCUTION PREPARATION

Prior to the condemned inmate entering the Execution Chamber, the following shall occur:

1.   The Facility Maintenance Supervisor will set the container of sodium chloride saturated natural sponges and rubber mats in the Execution Chamber. The sodium chloride solution will be mixed with tap water and maintained at room temperature.

2.   The Warden will issue the key to the electrical console to the Executioner.

3.   The Facility Maintenance Supervisor and his assistant will remove the high and low voltage cables from the storage room. The Facility Maintenance Supervisor will make certain that the secondary disconnect is in the "OFF" position before connecting the cables.

4.   The low voltage black cable will be securely connected between the transformer and the electrical console.

5.   The high voltage gray cable will **only** be connected to the transformer and pulled through a hole in the wall that allows it to lie in the Execution Chamber near the electric chair.

6.   Once the cables are in place, the assistant will go to the electrical utility room and open the primary power disconnect box. The assistant will place two (2) 100 amp fuses in the appropriate slots, close the box, and move the lever to the "on" position.

**An electrical current is now actively going into the Executioner's Room.**

7.   Next, the assistant will go to the Executioner's Room and open the secondary power disconnect box. The assistant will make certain that the secondary power disconnect box is in the "OFF" position. The assistant will place two (2) 100 amp fuses in the appropriate slots. Using a voltage meter, he ensures electricity is available. He closes the box.

8.   Once the assistant completes his preparation, he will wait in the electrical utility room until the execution is over.

9.   The Facility Maintenance Supervisor will be stationed in the Execution Chamber while the inmate is being escorted into the Execution Chamber and restrained in the electric chair.

10.  At the direction of the Warden, the Facility Maintenance Supervisor will connect the high voltage gray cable to the junction box on the electric chair. The Facility Maintenance Supervisor will remain in the Execution Chamber.

Case 3:18-cv-01234   Document 1-2   Filed 11/02/18   Page 39 of 87 PageID #: 176

**Attachment 1**





**REAR OF ELECTRIC CHAIR**     **JUNCTION BOX**



**POWER CABLE TO HEAD PIECE**



**POWER CABLES TO ANKLE REGION**

Case 3:18-cv-01234 Document 1-2 Filed 11/02/18 Page 41 of 87 PageID #: 178

**Attachment 1**

# PROCEDURES FOR THE USE OF THE ELECTRIC CHAIR
# FROM THE EXECUTIONER'S ROOM

After the Facility Maintenance Supervisor has connected the high voltage cable to the junction box, the Executioner shall conduct the following steps at the Warden's direction:

1. Move the secondary power disconnect box lever to the "on" position. **Labeled #1**

2. Turn on the exhaust fan switch that is located on the wall adjacent to the secondary power disconnect box. **Labeled #2**

3. Place the key into the electrical console panel in the slot **Labeled #3** and turn it to the "on" position. The "Electric Chair Energized" light should be "on".

4. Remove the key from #3 and place it in the slot **Labeled #4** and turn it to the "on" position.

5. Next, remove the key and place it in the slot **Labeled #5** and turn it to the "on" position. Leave the key in this slot. This slot is the "Fail-safe".

   **The Electrical Console is now fully prepared for activation.**

   **The Electrical Console is designed to deliver 1,750 volts at 7 amps to the electric chair in a 20 second time cycle, disengage for 15 seconds, and re-engage for 15 seconds.**

6. Press the "Single" button on the Electrical Console to deliver electrical current to the electric chair. **Labeled #6**

7. Monitor the voltage and amp meters to ensure that the electric current is being delivered at the designated levels.

8. Disengage the electrical console panel by turning slots 5, 4, and 3 into the "OFF" position. It must be turned off in this order. Switch the secondary power disconnect to the "OFF" position.

   **The physician cannot examine the inmate until the secondary power disconnect box is "OFF". There is a 5 minute waiting period. Close blinds and disconnect grey high voltage cable. The physician will enter the Execution Chamber and verify whether the condemned inmate is deceased.**

9. The exhaust fan will remain on.

Case 3:18-cv-01234   Document 1-2   Filed 11/02/18   Page 42 of 87 PageID #: 179

**Attachment 1**



## ELECTROCUTION EQUIPMENT IN THE EXECUTIONER'S ROOM

Case 3:18-cv-01234   Document 1-2   Filed 11/02/18   Page 43 of 87 PageID #: 180



## ELECTRICAL CONSOLE PANEL FOR ELECTROCUTION

Case 3:18-cv-01234   Document 1-2   Filed 11/02/18   Page 44 of 87 PageID #: 181

Attachment 1

# POST-EXECUTION - BREAKDOWN

The following actions will occur after death has been pronounced and the witnesses have exited:

1. The assistant to the Facility Maintenance Supervisor will turn off the primary power disconnect box in the electrical utility room to ensure there is no active electrical current.

2. The assistant will remove the two (2) 100 amp fuses from the slot positions and place them in the bottom of the primary power disconnect box, unless replacement fuses are necessary.

3. The assistant will go to the Executioner's Room and remove the two (2) 100 amp fuses from the slot positions and place them in the bottom of the secondary power disconnect box, unless replacement fuses are necessary.

4. The Facility Maintenance Supervisor and the assistant will remove the high and low voltage cables and place them in the storage room.

5. The container of sodium chloride will be disposed of and the unused sponges and rubber mats will be placed in the storage room.

6. The Execution Chamber, the Executioner's Room, and the Witness Room(s) will be cleaned and restored to original condition.

# DEATH WATCH PROCEDURES

## ELECTROCUTION



## RIVERBEND MAXIMUM SECURITY INSTITUTION

Case 3:18-cv-01234   Document 1-2   Filed 11/02/18   Page 46 of 87 PageID #: 183

**Attachment 1**

# STAFF RESPONSIBILITIES AND SPECIAL PROCEDURES
# FOR INMATES ON DEATH WATCH

Purpose:   The purpose of this operating procedure is to designate staff responsibilities and establish uniform property, privileges, and institutional guidelines for condemned inmates with signed court orders for execution.

Application:  All inmates who have exhausted all appeals available to them and have an execution date within the next four days.

1.   Housing and Security Assignments

A. The inmate is transferred to Building 8 (Capital Punishment) three (3) days prior to the scheduled execution.

B. Correctional officers are assigned to the housing area in a manner consistent with TDOC Policy #506.16.2, which sets forth the guidelines for the Death Watch Supervisor.

2.   Middle Tennessee Institutional Notification and Advisement of Law Enforcement Agencies

Upon determination of the execution date and time, the Commissioner, Director of Communications and Community Relations, Deputy Commissioner of Operations, Assistant Commissioner of Prisons, Correctional Administrator, Correctional Program Director, Wardens of Tennessee Prison for Women, Deberry Special Needs Facility and Turney Center may be advised by Riverbend's Warden or his designee. Should circumstances develop which necessitate it, tactical activities are coordinated by the Director of Investigation and Compliance after conferring with the Assistant Commissioner of Prisons. Formulation of security personnel is at the discretion of the Assistant Commissioner of Prisons.

3.   State-Issued Property and Possession Limit

The inmate is allowed only the items listed below. Any other item is considered contraband and confiscated in accordance with institutional policy.

A.   Standard issue of outer clothing
B.   One bed
C.   One mattress, pillow, and standard issue of linens
D.   One toothbrush
E.   One tube of toothpaste
F.   One bar of soap
G.   One electric razor (to be issued and used under direct supervision only)
H.   Two towels, one washcloth
I.   Two pairs of shorts and t-shirts (male inmates). Two pairs of panties and bras (female inmates). Underwear will be exchanged daily.
J.   Toilet tissue as needed
K.   Stationery – 12 sheets, 3 stamped envelopes, 3 pencils. Pencils will be in possession of officer when not in use.

L. Religious material as issued by institutional chaplain

M. Legal documents, books and papers as requested

N. Medication prescribed by the institutional doctor (to be issued and used under direct supervision only)

O. One walkman type radio (state owned)

P. One television outside door in front of cell (state owned)

Q. Newspapers as requested and available (no more than two in cell at a time)

R. Feminine hygiene items as necessary and appropriate

4. Commissary Privileges

The inmate has commissary privileges with purchasing and possession limits specified in post orders. Glass, aerosol, and metal containers are not allowed during the final days of pre-execution monitoring.

5. Disposition of Unauthorized or Contraband Items

Contraband items found in the possession of condemned inmates are confiscated and disposed of in accordance with institutional Policy #506.15.1.

6. Package Permits

Package permit privileges are suspended for inmates on Death Watch. Any package already mailed is received and stored with the inmate's other property.

7. Library, Legal Library Services, Periodical Subscriptions

A. The condemned inmate may request legal materials from the law library in writing. Such materials are carefully inspected by the Death Watch Supervisor. There will be no exchanges of communication with inmate legal clerks and the condemned inmate.

B. The inmate may continue to receive periodical subscriptions, but may not order new subscriptions. Periodicals, newspapers, etc., are allowed to accumulate during the final week. Only two periodicals and two newspapers may be retained by the inmate.

8. Diet

Three (3) meals per day are fed to all condemned inmates, except holidays and weekends, which will be two meals just as general population. Special dietary instructions for religious/medical reasons are followed.

9. Recreation

Recreational activities for inmates on Death Watch are suspended.

10. Television and Radio Privileges

Television and radio privileges are the same as routinely provided, except that during the Death Watch period, the television is located outside the inmate's cell.

11. Personal and Legal Phone Calls

The inmate may make unlimited calls to anyone on his pre-approved telephone list. He may make and receive phone calls to legal counsel without restriction.

12. Visitation Privileges

A. Social

1. Only those individuals on the inmate's approved visiting list are allowed visits during the Death Watch.

2. All visits are held in the Death Watch area, and physical contact between the visitor(s) and inmate is not permitted. Visits are between the hours of 9:00 am and 3:00 pm, and limited to two hours duration.

3. The number of visitors allowed to visit at any one time is as flexible as circumstances permit, and is at the discretion of the Associate Warden of Security.

4. A final visit, during which physical contact between the inmate and immediate family is permitted, may be authorized by the Warden. The Warden's decision is based on the individual circumstances of each case.

a. Security procedures, including searches, are of the minimum deemed necessary by the Associate Warden of Security.

b. Contact visits are supervised by no fewer than two correctional officers chosen by the Death Watch Supervisor with the concurrence of the Associate Warden of Security.

B. Religious

1. Priest(s) or ministers of recognized religious faiths may visit the inmate in the same manner as provided for social visits in 12 (A).

2. A final visit by the inmate's priest, minister, or spiritual advisor may be permitted by the Warden between 3:00 pm - 5:00 pm, prior to the execution. This visit takes place at the front of the inmate's cell.

a. The priest, minister, or spiritual advisor may not accompany the inmate into the Execution Chamber.

b. At the inmate's request, a staff chaplain may visit on request and/or accompany the inmate into the Execution Chamber.

C.    Legal Services

1.    The attorney of record or other Tennessee licensed attorney representing the inmate may visit up to one (1) hour before the time of execution.

2.    The attorney is permitted telephone contact with the condemned inmate during the last hour prior to execution.

3.    Visits with attorneys are non-contact and are conducted with provision for the privacy of verbal exchange but under full and continuous observation by at least two correctional officers.

D.    Media

1.    No media interviews are held with the condemned after placement on Death Watch.

2.    Telephone interviews with media representatives are not permitted.

3.    **Representatives of the news media are not allowed inside the secure perimeter of the institution during the time of active Death Watch or during an execution for any purpose whatsoever, unless selected as a witness to the execution.**

Case 3:18-cv-01234   Document 1-2   Filed 11/02/18   Page 50 of 87 PageID #: 187

**Attachment 1**

# EXECUTION TEAM

1.   The purpose of this operating procedure is to outline the duties and responsibilities of the Execution Team members in carrying out the death sentence by electrocution.

2.   The Execution Team shall consist of: the Warden, Associate Warden of Security, Executioner, Extraction Team, Death Watch Team, Electrocution Recorder, Facility Maintenance Supervisor, Assistant to the Facility Maintenance Supervisor, ITS Security Systems Technician(s), and Escort Officer(s). The identity of the Execution Team is confidential.

3.   Readily available to the Execution Team are radios with holster, keys, and restraints.

4.   The following procedures shall apply:

   A.   The Execution Team's Officer in Charge and/or the Assistant Officer in Charge conducts a training session at least each quarter at which time all appliances and the electric chair will be tested. The training includes a simulated execution.

   B.   A week before a scheduled execution, the Officer in Charge and Assistant assembles the Execution Team in the Execution Chamber area to prepare and test all appliances and the electric chair for the scheduled execution.

   C.   The Warden ensures that the Execution Team carries out the following instructions:

      1.   Assemble all other members of the Execution Team in the Execution Chamber before the scheduled execution and review their specific assignments and duties.

      2.   Ensure that all equipment is properly placed.

      3.   The inmate is removed from the holding cell and placed in the Execution Chamber by the Extraction Team members previously assigned those duties, under the direction of the Assistant Officer in Charge.

      4.   When the condemned inmate is secured in place in the Execution Chamber, all members of the Extraction Team will retire to the holding cell area.

      5.   When the electrocution process has been completed, the Warden/designee is advised.

      6.   After the physician pronounces the inmate deceased, the designee informs the Commissioner that the sentence has been carried out.

Case 3:18-cv-01234   Document 1-2   Filed 11/02/18   Page 51 of 87 PageID #: 188

**Attachment 1**

7.  The body is removed and placed in a body bag by the Execution Team and Medical Examiner's staff.

8.  The body is placed in the Medical Examiner's vehicle.

9.  The Execution Team, under the direction of the Officer in Charge, cleans the equipment and Death Watch area. The holding cell is cleaned thoroughly with the mattress and pillow sanitized. Equipment shall be stored in its proper location. An entry is made in the post log documenting the completion of these procedures.

10. The Execution Chamber and Death Watch area are secured. The Execution Team reports to the Warden's Office for additional instructions.

# DEATH WATCH SUPERVISOR

1. The duties and responsibilities of this post are that of observation and supervision of all activities concerning a condemned inmate(s) during pre-execution (Death Watch) monitoring. The post is the entrance area leading into the Death Watch area. The Death Watch Supervisor assumes authority of all personnel assigned to pre-execution monitoring (Death Watch). The duties are the general supervision and control of other security personnel assigned to monitor the condemned inmate during the time under Death Watch to include preparation of the condemned inmate(s) prior to execution. There may be one Floor Officer per shift assigned.

2. This officer must be a Correctional Lieutenant or higher. The officer reports directly to the Warden or Associate Warden of Security. During off-duty hours, he will remain on standby status unless relieved by another Lieutenant or Captain upon orders of the Warden or Associate Warden of Security.

3. Equipment needed: radio with holster, keys, restraints, and stab-resistant vest.

4. Specific duties and responsibilities

   A. Immediate Action

      1. Upon notification of the assignment (normally when a Death Watch reaches active stage), the Death Watch Supervisor prepares to assume the duty schedule reflected above.

      2. He reviews the post orders for the Control Officer and Floor Officer and becomes familiar with all functions of subordinates.

      3. He ensures that the condemned inmate, upon reaching active Death Watch status, personally inventories and packs away all items he is not permitted to retain. The inmate is permitted to retain a copy of the inventory. The sealed property is retained in storage in Building 8 until ordered removed or surrendered to the inmate's designee.

      4. He is responsible for escorting the condemned inmate to Building 8 and placing him in a cell after strip searching, placing in BOSS chair, and exchanging his clothing.

      5. He ensures that all significant information is entered on the Supervisor's Log. <u>ALL PERSONS ENTERING THIS AREA FOR ANY PURPOSE WILL SIGN IN AND OUT</u> and a record of activity must be logged accurately.

      6. He ensures that sufficient clothing in the inmate's size is retained in the preparation area to accommodate exchange each time the condemned inmate leaves his cell.

B. Subordinate Personnel

    1. He supervises all subordinate personnel

    2. He ascertains the phone number and address of all subordinate personnel in order that they may be contacted after hours.

    3. He ensures that all orders and instructions are read and understood by all subordinate personnel.

C. Routine Security Measures, Checks, Logs

    1. He maintains or causes to be maintained (by Control Officer) a "Supervisor's Log" of activities.

    2. He personally supervises the feeding of all meals during his shift. He ensures that no inmates are utilized in the feeding of any meal during an active Death Watch, including preparing the trays.

    3. He keeps all unauthorized personnel out of the area.

    4. He ensures that the security of the area is reported to the Control Room each half-hour during an active Death Watch.

    5. He does not permit anyone to enter the condemned inmate's cell except by order of the Warden, Associate Warden of Security, or Shift Captain. The only exception is a life-threatening emergency.

    6. He ensures that the condemned inmate is handcuffed from behind anytime he leaves his cell. The inmate remains handcuffed until he is returned to his cell. (The inmate may be handcuffed in front if a restraint belt is used. Restraints may be removed if the inmate is secured in non-contact visiting room.)

    7. Any time the inmate is moved, he will receive a double escort.

    8. At least one (1) officer remains in the area, even if it is temporarily vacant.

    9. He ensures that the area is kept clean and orderly. The inmate's holding cell is cleaned daily by assigned staff. The inmate is moved to an adjoining cell while the cleaning process is being accomplished.

D. Normally the inmate receives telephone calls from a special extension plugged in at his cell location. When not in use, ensure its security and storage away from the cell.

Case 3:18-cv-01234 Document 1-2 Filed 11/02/18 Page 54 of 87 PageID #: 191

**Attachment 1**

E.   Emergencies and Other Contingencies

    1.   In the event of self-inflicted or other injury, the Death Watch Supervisor takes immediate and decisive action. He contacts the medical clinic immediately to send assistance.

    2.   He personally supervises the dispensing of any medication on a single unit dosage basis.

    3.   He immediately notifies the Shift Supervisor, Associate Warden of Security, or Warden in the event of an emergency.

# CONTROL MONITOR

1. At the beginning of the Death Watch, the officer assigned to this post will assume his duties.

2. This officer must be a Correctional Corporal or higher. The officer reports directly to the Death Watch Supervisor, Associate Warden of Security, or Warden at the beginning of pre-execution monitoring until relieved or until the execution is stayed or carried out.

   A. Immediate Action

      1. Upon notification, the officer assumes the duties and responsibilities as described herein and the shift supervisor is alerted of the delegated assignment.

      2. The Control Monitor begins maintenance of the Death Watch Supervisor's log ensuring the recording of significant detailed information.

      3. During pre-execution monitoring, the Control Monitor ensures that only the following persons are authorized to enter the area:

         a. Warden
         b. Associate Warden
         c. Captain/Lieutenant
         d. Officers to assist in routine functions (i.e., showers, escort, shakedown) as authorized by Death Watch Supervisor
         e. Any medical or security personnel deemed appropriate in an emergency situation
         f. Prison Chaplain
         g. Commissioner
         h. Deputy Commissioner of Operations
         i. Assistant Commissioner of Prisons
         j. General Counsel

      4. He ensures the cleanliness of the area as well as the cell area during pre-execution monitoring.

   B. Routine Security Measures, Security Checks, and Logs

      1. He keeps an accurate chronological log of post activities.

      2. He keeps a sign-in and sign-out log for **every** person who enters or leaves the Death Watch area.

      3. He maintains close surveillance of subordinate personnel.

Case 3:18-cv-01234   Document 1-2   Filed 11/02/18   Page 56 of 87 PageID #: 193

Attachment 1

4. He keeps all unauthorized personnel out of the area to include inmates, other employees and visitors.

5. He reports the security of the post to the Control Room every thirty minutes.

6. He personally ensures that the condemned inmate is handcuffed (behind his back) anytime he leaves his cell. A restraint belt may be used. The handcuffs may be removed when the inmate is receiving non-contact visits.

7. He ensures that when a condemned inmate is moved, he is escorted by two officers designated by the Death Watch Supervisor.

8. He ensures that when the condemned inmate is moved from his cell, he is searched and placed in different clothing. The same clothing may be reused until soiled, so long as it is thoroughly inspected before reissuing.

C. Visiting

1. He ensures that all visiting is non-contact and is held in the visiting area next to the control room, unless otherwise directed.

2. He ensures escorts for visiting during pre-execution monitoring are provided by two experienced correctional officers assigned by the Death Watch Supervisor.

3. He ensures that supervision of visiting for condemned inmates in pre-execution monitoring is designated by the Death Watch Supervisor.

4. He ensures that an accurate log of pertinent information is maintained by the officer assigned to supervise visitation, to include names of each visitor, time of arrival and departure of each visitor.

   a. The number of persons authorized and the visiting hours are in accordance with specific instructions issued by the Warden or Associate Warden of Security.

   b. Allowable commissary items are listed in Section E.

D. He ensures that the inmate is allowed only the items listed below. Any other item is considered contraband and confiscated in accordance with institutional policy.

1. Standard issue of outer clothing

2. One bed

Case 3:18-cv-01234   Document 1-2   Filed 11/02/18   Page 57 of 87 PageID #: 194

3.   One mattress, pillow, and standard issue of linens

4.   One toothbrush

5.   One tube of toothpaste

6.   One bar of soap

7.   One electric razor (to be issued and used under direct supervision only)

8.   Two towels, one washcloth

9.   Two pair of shorts and t-shirts (male inmates). Two pairs panties and bras (female inmates). Underwear will be exchanged daily.

10.   Toilet tissue as needed

11.   Stationery – 12 sheets, 3 stamped envelopes, 3 pencils (Pencils will be in possession of officer when not in use.)

12.   Religious tracts as issued by Institutional Chaplain

13.   Legal documents, books and papers as requested

14.   Medication prescribed by institutional doctor (to be issued and used under direct supervision only)

15.   One walkman type radio (state owned)

16.   One television outside door in front of cell (state owned)

17.   Newspapers as requested and available (no more than two in cell at a time)

18.   Feminine hygiene items as necessary and appropriate

E.   The inmate may order and purchase the following items on the first day of Death Watch status:

1.   Colas (opened by officer and served in a paper cup)

2.   Candy bars

3.   Cookies, crackers, potato chips

Note:   All orders and deliveries are inspected and delivered by the officer. This includes removal of non-transparent candy wrappers. He avoids handling of contents except with a napkin, tissue, or sanitary disposable gloves.

Case 3:18-cv-01234   Document 1-2   Filed 11/02/18   Page 58 of 87 PageID #: 195

**Attachment 1**

F.  Telephone Calls

1.  The condemned inmate may receive authorized telephone calls while in pre-execution monitoring status.

2.  Specific instructions for each phone call are given by the Warden, Associate Warden of Security or Death Watch Supervisor, and are logged (no exceptions). Each phone call is supervised.

3.  The inmate receives telephone calls from a special extension plugged in at his cell location. When the telephone is not in use, the Control Monitor personally ensures its security and storage away from the cell.

G.  Emergencies and Other Contingencies

1.  If any employee is taken hostage, he is without authority regardless of rank.

2.  In the event of self-inflicted or other injury to the inmate, the Control Monitor takes immediate and decisive action. He contacts the medical clinic immediately to send a physician or ranking medical person if he is not available.

3.  The Control Monitor immediately notifies the Warden, Associate Warden of Security, Death Watch Supervisor and Shift Supervisor.

Case 3:18-cv-01234  Document 1-2  Filed 11/02/18  Page 59 of 87 PageID #: 196

**Attachment 1**

# FLOOR OFFICER MONITOR

1.  The duties and responsibilities of this post are in the direct supervision and monitoring of a condemned inmate's activities during the final days of pre-execution monitoring.

2.  This officer may be a correctional officer or higher. The officer reports directly to the Control Monitor. The officer is posted in the area directly in front of the cells. He must remain alert on his post at all times, maintaining direct observation of the condemned inmate.

3.  Equipment required: radio with holster and restraints

4.  Specific Duties and Responsibilities

    A.  Immediate Action

        Upon notification, the officer assumes the duties and responsibilities as described herein and the shift supervisor is alerted of the delegated assignment.

    B.  Routine Security Measures, Security Checks and Logs

        1.  The Floor Officer Monitor closely observes the condemned inmate's activities and immediately reports to the Death Watch Supervisor or Control Monitor any unusual circumstances or activities.

        2.  He ensures that all eating utensils and trays are removed from the cell when not in use.

        3.  He remains posted at the cell front, but may enter the condemned inmate's cell with the assistance of a second officer if circumstances warrant it.

        4.  The cell door key(s) remains in the possession of the Control Monitor except as needed.

        5.  He converses freely with the inmate, but avoids opinionated or inflammatory statements. He does not discuss personal feelings regarding the death penalty. He does not make promises to the inmate. All requests by the inmate not covered herein will be referred to the Death Watch Supervisor.

        6.  He does not leave his post unless properly relieved.

        7.  He visually inspects and thoroughly examines all items permitted into or out of the inmate's cell. He carefully examines all clothing sent from the clothing room.

8. He performs a very thorough strip search of the condemned inmate any time he enters or exits his cell.

9. He exchanges the inmate's clothing any time he enters or exits the cell. The same clothing may be reused until it becomes soiled.

10. He ensures that the condemned inmate is handcuffed behind his back any time he leaves his cell. The inmate remains handcuffed until he is returned to his cell. The inmate may be handcuffed in front if a restraint belt is used. Restraints may be removed if placed in a secure, non-contact visiting room.

11. He ensures that all post orders are being followed. It is expected that all Floor Officer Monitors conduct themselves in a professional manner. A calm, mature atmosphere should be maintained.

12. The officer is responsible for the daily cleanliness of his area and the cell areas. Normally, the day shift is responsible for sweeping and mopping the entire area. However, the officer ensures that the area remains in a state of cleanliness and trash containers are emptied during his tour. All trash is to be personally removed by staff and deposited in the appropriate containers located outside the secure confines of the institution.

13. He maintains or causes to be maintained (by the Control Officer) a Supervisor's Log of Activities.

14. He personally supervises the feeding of all meals during the shift. He ensures that no inmates are utilized in the feeding of any meal during an active Death Watch, including preparing the trays.

15. He keeps all unauthorized personnel out of the area.

16. When the inmate on Death Watch is female, the Floor Officer Monitor ensures that a privacy screen is used to shield the inmate from sight of male staff and visitors while she is showering, using the toilet or changing clothing.

# DEATH WATCH PROCEDURES - ELECTROCUTION

## DAY 1

1. Security staff are assigned to posts in the Death Watch area. The supervisor is a Correctional Lieutenant or higher.

2. Death Watch logs are activated during the entire Death Watch period. All activity unique to the Death Watch and execution must be documented. Areas addressed include, but are not limited to: **inmate's behavior, actions, movements, communications initiated and received concerning Death Watch activities.**

3. The condemned inmate is moved to Death Watch status in Building 8.

4. The inmate's property is inventoried and stored as specified in TDOC Policy #504.02.

5. The institutional chaplain begins daily visits with the inmate.

6. The visiting status of the inmate changes to non-contact.

7. Designated personnel test all execution-related equipment to include closed circuit TV, telephones, intercoms, etc.

8. Designated electrician tests all execution equipment to include the emergency generator.

9. Inmate clothing is obtained and issued as needed.

10. The Chaplain requests instructions for release of the inmate's body in writing. If no recipient is designated, the Warden arranges for a pauper's burial.

## DAY 2

1. The Food Service Manager is advised of meal needs for TDOC and other agency support staff.

2. The inmate orders his last meal.

3. The Chaplain confirms funeral arrangements with the family, if available.

## DAY 3 – EXECUTION DAY

1. ITS personnel test the closed circuit TV system and audio system.

2. The Facility Maintenance Supervisor tests all execution equipment.

3. The Food Service Manager prepares and serves the last meal. The inmate may

**Attachment 1**

request a special meal. The meal is provided within reason as determined by the Warden. The cost must not exceed $20.00.

4. The Facility Maintenance Supervisor makes up the sodium chloride solution and saturates the sponges.

5. The Director of Communications and Public Relations arrives to handle media inquiries.

# DAY 3 – EVENING SCHEDULE

## 5:00 pm

1. By prior planning, the Execution Team arrives and reports directly to the Executioner waiting area in Building 8. Their identities will be known by the fewest number of staff necessary.

2. Beginning at 5:00 pm, the only staff authorized in the capital punishment unit are:

   a. Commissioner or designee
   b. Warden
   c. Associate Warden
   d. Electrocution recorder
   e. Death Watch Supervisor and assigned officers
   f. Chaplain
   g. Physician and associate
   h. Executioner (Executioner waiting area)
   i. Extraction Team

   **Any exceptions to the above must be approved by the Warden or Commissioner.**

3. The inmate is dressed in cotton trousers, shirt, cotton socks, or cloth house shoes. Trousers and shirt are to be without any metal.

4. Official witnesses report to the Administration Building conference room no later than 5:30 pm. They are greeted by Escort Officers, processed through checkpoint, and moved to the Parole Board Room in Building 8, where they remain until final movement to the witness room.

5. Immediate family members of the victim report to the Administration Building no later than 6:15 pm and are greeted by Escort Officers. These witnesses are security cleared and escorted to the conference room in Building 8, where they remain until final movement to the victim family members witness room.

6. The Electrocution Recorder or designee, the physician, and the designated electricians report to the Execution Chamber for preparation. The Electrocution

Recorder or designee checks the phones in the Execution Chamber. The electrician prepares the equipment and the physician stands by in the designated waiting area.

7.  The Medical Examiner's staff and the physician are stationed in the capital punishment garage.

8.  The Associate Warden of Security coordinates the shaving of the condemned inmate's head and legs.

## 6:30 pm

1.  Victim family member witnesses are secured in the Building 8 conference room by the Escort Officers no later than 6:45 pm.

2.  Official witnesses are secured in the Building 8 Parole Board Room by the Escort Officers no later than 6:45 pm.

## 7:00 pm

1.  Beginning at 7:00 pm, the only staff authorized to be in the Execution Chamber are the Warden, those TDOC employees designated by him to carry out the execution, the Attorney General/designee and the Defense Counsel witness.

2.  At the command of the Warden or Associate Warden of Security, the Extraction Team approaches the holding cell and asks the condemned inmate to approach the cell door and be handcuffed. After being handcuffed, he is asked by the Extraction Team Leader to kneel on bed with head against the wall. (If the condemned inmate refuses to cooperate, the Extraction Team enters the holding cell and removes the inmate).

3.  The Extraction Team escorts the condemned inmate to the electric chair in the Execution Chamber.

4.  The Extraction Team prepares and secures the inmate in the chair with the electric chair harness and wrist straps. Four (4) saturated ankle sponges are taken from the container. The sponges are placed in the front and rear of each ankle and secured with the straps.

5.  The Electrocution Recorder or designee records the time the condemned inmate enters the Execution Chamber.

6.  Official witnesses and victim family members are secured in the appropriate witness rooms.

7.  The Attorney General/designee and the Defense Counsel witness will exit the execution chamber and be secured in the official witness room.

Case 3:18-cv-01234   Document 1-2   Filed 11/02/18   Page 64 of 87 PageID #: 201

**Attachment 1**

8. The closed circuit television camera and audio system are activated.

## 7:10 pm

1. Blinds to the witness room(s) are opened by the Warden and Associate Warden of Security.

2. The Warden contacts the Commissioner to ensure that no last minute stay or reprieve has been granted.

3. The Warden permits the condemned inmate to make a last statement.

4. The Extraction Team takes one sponge from the container and places it on top of the inmate's head. The head piece is then secured on the head with two side straps and a chin strap. A shroud is then snapped in place around the head piece.

5. The Execution Team adds salt brine solution to the ankle sponges using a water bottle prior to exiting the Execution Chamber. The Facility Maintenance Supervisor checks the electrodes to ensure that they are properly attached.

6. The Assistant to the Facility Maintenance Supervisor proceeds to the electrical utility room to prepare and activate the primary disconnect box and ensures the secondary disconnect box is ready in the Executioner's Electrocution room.

7. The Warden gives the signal to proceed and the Executioner activates the electrical console in accordance with steps outlined in Section 4 of the manual. The Electrocution Recorder or designee records the time the process begins.

8. Once the cycle runs its course, the Facility Maintenance Supervisor indicates that the current is off. The Electrocution Recorder or designee records the time the current is disengaged.

9. Following the completion of the electrocution process, and a five-minute waiting period, all blinds are closed, the closed-circuit TV camera is disengaged, and the privacy curtain is drawn. The Facility Maintenance Supervisor ensures the secondary power supply is turned off and disconnects the electrical cable from the junction box in the rear of the chair. The Warden then asks the Physician to enter the room to conduct an examination. The Physician reports his findings to the Warden or designee.

10. The inmate is pronounced deceased by the Physician. The Electrocution Recorder or designee records the time that death is pronounced.

11. The Warden or designee announces that the sentence has been carried out and invites the witnesses to exit. The Warden announces the following: "The sentence of _____ has been carried out. Please exit."

Case 3:18-cv-01234   Document 1-2   Filed 11/02/18   Page 65 of 87 PageID #: 202

**Attachment 1**

12. The witnesses are then escorted from the witness rooms by Escort Officers. After the witnesses exit, the Warden or designee notifies the Commissioner that the sentence of death has been carried out.

13. The Commissioner or designee notifies all appropriate State officials that the sentence has been carried out. Media is notified by the TDOC Director of Communications and Public Relations or designee.

14. The Extraction Team removes the restraints.

15. The Medical Examiner staff assists in removal of the body and placement in the Medical Examiner's vehicle, which is in the capital punishment garage.

16. The Medical Examiner's vehicle is cleared to exit the facility.

17. The Electrocution Recorder completes the Electrocution Execution Recorder Checklist

Case 3:18-cv-01234   Document 1-2   Filed 11/02/18   Page 66 of 87 PageID #: 203

**Attachment 1**

# POST EXECUTION

1. The body is transported to the State Medical Examiner for examination and release.

2. The Assistant Commissioner of Prisons conducts an operational debriefing at the appropriate time.

3. The Commissioner arranges for or mandates an Employee Assistance Program (EAP) debriefing as needed.

Case 3:18-cv-01234   Document 1-2   Filed 11/02/18   Page 67 of 87 PageID #: 204

**Attachment 1**

# CONTINGENCY ISSUES

## Repeating the Electrocution Process

If the inmate is not deceased after the initial electrical cycle, the Physician returns to the designated waiting area. The curtain is opened, blinds raised, camera activated, and the Warden gives the command to repeat the electrocution procedure. After this procedure is completed, the blinds are once again closed, closed-circuit TV camera disengaged, and the privacy curtain drawn. The Warden will once again ask the Physician to enter the room and check for signs of life.

## Fire

A fire extinguisher is located in the building and is near the electric chair as a precaution.

## Electricians

RMSI has 2 qualified electricians that serve as reserves if either the Facility Maintenance Supervisor or his assistant is unable to perform their duties.

## Malfunctioned Transformer

The reserve manual transformer is kept in the storage room. It is used **only** if the stationary console or transformer is inoperable within a 23 hour period of the scheduled execution.

Case 3:18-cv-01234   Document 1-2   Filed 11/02/18   Page 68 of 87 PageID #: 205

**Attachment 1**

# VICTIM SERVICES



# RIVERBEND MAXIMUM SECURITY INSTITUTION

Case 3:18-cv-01234   Document 1-2   Filed 11/02/18   Page 69 of 87 PageID #: 206

Attachment 1

# VICTIM SERVICES

Notification

The TDOC Victim Service Director works closely with the victim liaison from the Attorney General's office to confirm the list of victims/family members/interested parties registered for notification. Letters and packets are sent to each. The letter is specific to the registrant's permission to view the execution, as mandated by law:

- Victim family members: Those who are permitted to witness the execution. These persons receive a letter, requesting their choice to witness or attend the execution.
- Other victim family members: Extended family members who may wish to *attend* the execution to provide support to those who are permitted to view the execution, but by law, are not personally allowed to view the execution.
- Other interested party/support persons: Persons identified by victim family members who would attend the execution to provide support to those who are permitted to view the execution, with permission granted on a case-by-case basis by the Warden.

Packets include:
- Cover letter
- Official letter
- Official response forms
- Copy of T.C.A. §40-23-116 Manner of executing sentence of death -- Witnesses
- DVD "The Other Side of Death Row"
- Booklet "What to Expect at an Execution"
- Map
- Media guidelines
- Critical Incident Stress Management flier

These notifications are sent out to correspond in time to the announcement of the media lottery.

The Victim Services Director prepares a list of persons who plan to witness the execution, and of those who plan to attend the execution. The Victim Services Director will communicate any desire to speak to the media to the TDOC Director of Communications and Public Relations.

Accompaniment

The facility provides a private room in the Administration Building for persons viewing and attending the execution to use. Those witnessing or attending the execution are brought to the facility by the Attorney General's Office at a time agreed upon by TDOC Central Office and the Warden. The Victim Services Director meets them at the facility and escorts them to the private room. This room provides a place for witnesses to leave belongings and for attendees to wait for the return of the witnesses.

The Victim Services Director will accompany witnesses through the execution process. A designee will be assigned to remain and wait with any persons who accompany and wait in the Administration Building for witnesses to return.

At the time determined by the Warden/designee, the witnesses are processed through the check-point and taken into the prison facility room(s) next to the visitor galley, where they will remain until escorted into the victim's viewing room for the execution.

After the execution is completed, the witnesses are escorted back to the Administration Building where they are reunited with any persons who were there waiting for them. The TDOC Director of Communications and Public Relations will arrange for witnesses to speak to the media should they desire to do so. Afterward, the entire group will be escorted out of the prison to their awaiting vehicle.

Case 3:18-cv-01234   Document 1-2   Filed 11/02/18   Page 71 of 87 PageID #: 208

**Attachment 1**

# FORMS



# RIVERBEND MAXIMUM SECURITY INSTITUTION

Case 3:18-cv-01234   Document 1-2   Filed 11/02/18   Page 72 of 87 PageID #: 209

Attachment 1

# NOTIFICATION LETTER TO SHERIFF'S OFFICE TO WITNESS EXECUTION OF INMATE



**STATE OF TENNESSEE**
**DEPARTMENT OF CORRECTION**
**RIVERBEND MAXIMUM SECURITY INSTITUTION**
**7475 COCKRILL BEND BOULEVARD**
**NASHVILLE, TENNESSEE 37243-0471**
**TELEPHONE (615) 350-3100    FAX (615) 350-3400**

Date

John Doe, Sheriff
Tennessee County Sheriff's Department
PO Box 000
City, TN 37209

Dear Sheriff Doe:

Records of the Tennessee Department of Correction reflect that on _____, inmate _____ was convicted of First Degree Murder and sentenced to Death regarding _____ County case # _____. An order has been received scheduling inmate _____'s execution for _____. The execution is scheduled for 7:00 p.m. CST on that date.

Pursuant to TCA 40-23-116, the sheriff of the county in which the crime was committed is entitled to be present at the carrying out of such death sentences.

The Tennessee Department of Correction needs to know if you are interested in viewing the legal execution of inmate _____. In order to expedite this process, please sign and date on the respective line below indicating your intentions. Afterwards, fax the letter with your signature to my office at the Riverbend Maximum Security Institution at 615-350-3400. If you plan to attend, provide a telephone number where you may be contacted day or night. Further, you should be at the Riverbend Institution by 5:30 pm on _____ and bring your notification letter with you, along with a picture ID. Upon arrival at the facility, please present the letter to the Checkpoint Officer. If you have any questions regarding this matter, please feel free to contact me by calling 615-350-3100, extension 3103, for further information.

_____
Warden

ABC:aa

I will attend.    _____      Signature _____    Date _____
                              Telephone No. _____

I will not attend.  _____    Signature _____    Date _____
                              Telephone No. _____

Case 3:18-cv-01234  Document 1-2  Filed 11/02/18  Page 73 of 87 PageID #: 210

**Attachment 1**

# NOTIFICATION LETTER TO INMATE'S FAMILY TO WITNESS EXECUTION



**STATE OF TENNESSEE**
**DEPARTMENT OF CORRECTION**
**RIVERBEND MAXIMUM SECURITY INSTITUTION**
**7475 COCKRILL BEND BOULEVARD**
**NASHVILLE, TENNESSEE 37243-0471**
**TELEPHONE (615) 350-3100    FAX (615) 350-3400**

Date

Ms. Mary Jane Smith
PO Box 000
City, TN 37209

Dear Ms. Smith:

Records of the Tennessee Department of Correction reflect that on _____, inmate _____ was convicted of First Degree Murder and sentenced to Death regarding _____ County case # _____. An order has been received scheduling inmate _____'s execution for _____. The execution is scheduled for 7:00 pm on that date.

Pursuant to TCA 40-23-116, members of the condemned inmate's immediate family may be present at the carrying out of such death sentence. Records indicate that you are the _____ of inmate _____; therefore, you are eligible to be present.

The Tennessee Department of Correction needs to know if you are interested in viewing the legal execution of inmate _____. In order to expedite this process, please sign and date on the respective line below indicating your intentions. Afterwards, fax the letter with your signature to my office at the Riverbend Maximum Security Institution at 615-350-3400. If you plan to attend, provide a telephone number where you may be contacted day or night. Further, you should be at the Riverbend Institution by 5:30 pm on _____ and bring your notification letter with you, along with a picture ID. Upon arrival at the facility, please present the letter to the Checkpoint Officer. If you have any questions regarding this matter, please feel free to contact me by calling 615-350-3100, extension 3103, for further information.

_____
Warden

ABC: aa

I will attend.  _____        Signature _____   Date _____
                              Telephone No. _____

I will not attend.  _____    Signature _____   Date _____
                              Telephone No. _____

# ELECTROCUTION- CHRONOLOGICAL EXECUTION REPORT

NAME OF INMATE: _____ INMATE # _____

|  |  | **TIME** | **TIME** |
|---|---|---|---|
| 1. | Inmate entered Execution Chamber | | _____ |
| 2. | Restraints in place on inmate | | _____ |
| 3. | Electrical Console engaged | _____ | _____ |
| 4. | Electrical Console disengaged | _____ | _____ |
| 5. | Visible muscular movement stopped | _____ | _____ |
| 6. | Examined by physician | _____ | _____ |
| 7. | Pronounced dead | | _____ |
| 8. | Body removed from Execution Chamber | | _____ |
| 9. | Body removed from institution | | _____ |

_____          _____
Electrocution Recorder                              Date

_____          _____
Warden                                          Date

NOTE: If any step is repeated, the additional times will be recorded.

## DAY OF EXECUTION – ELECTROCUTION EXECUTION RECORDER CHECKLIST

Inmate Name_____ Inmate #_____

Date_____

**TIME**

_____ Report to designated area for final briefing

_____ Extraction Team report to Death Watch Supervisor for final briefing

_____ Physician in place

_____ Medical Examiner in place

_____ Team Leader in place

_____ Check blinds and curtains

_____ Advise Escort Officer to transport Official Witnesses to Parole Room

_____ Advised by Escort Officer that Official Witnesses are in Parole Room

_____ Advise Escort Officers (2) to escort Victim's Witnesses to Viewing Room

_____ Advised by Escort Officers (2) that Victim's Witnesses are in place

_____ Warden or designee checks to ensure execution is to proceed

_____ Extraction Team enters cell and places restraints on condemned inmate

_____ Advise Escort Officer to transport Official Witnesses to Death Watch
vestibule

_____ Advised by Escort Officer that Official Witnesses are in the vestibule

_____ Offender is secured in the chair and all restraints are in place

_____ Advise Escort Officer to "Transport Official Witnesses in place"

_____ Advised by Escort Officer that "Witnesses are in place"

_____ Warden checks with Command Center to proceed

**Recorder's Initial** _____

## DAY OF EXECUTION – ELECTROCUTION EXECUTION RECORDER CHECKLIST
(continued)

**Inmate Name**_____ **Inmate #**_____

**Date**_____

**TIME**

_____    Warden orders blinds opened, closed circuit TV activated, and audio activated for viewing rooms

_____    Warden asks offender for any last comments

_____    Warden orders Execution Team to proceed

_____    Head piece and shroud is placed on the condemned inmate and the electrical cable is connected.

_____    Warden orders Execution Team to proceed

_____    Electrocution process is completed

_____    Blinds and curtains closed and closed circuit TV deactivated

_____    Physician enters the Execution Chamber

_____    Physician pronounces death – exact time

_____    Audio deactivated to witness rooms

_____    Advise Escort Officers (2) to remove Victim's Witnesses

_____    Advise Commissioner or designee in Command Center that execution is completed

_____    Physician departs

_____    Medical Examiner escorted to chamber to take possession of body. Pictures will be taken of body and Execution Chamber prior to removal of body.

_____    Advised by Escort Officer (2) Victim's Witnesses are at Checkpoint

_____    Advise Escort Officer to remove Official Witnesses

_____    Advised by Escort Officer that Official Witnesses are at Checkpoint

_____    The body is removed from the institution

**Recorder's Initial** _____

**Attachment 1**

DAY OF EXECUTION – ELECTROCUTION EXECUTION RECORDER CHECKLIST
(continued)

Inmate Name_____ Inmate #_____

Date_____

**Offender's Comments if any:**

_____

_____

_____

_____

_____

_____

_____

_____

_____


_____          _____

**Electrocution Recorder**                          **Date**


_____          _____

**Warden**                                          **Date**

Case 3:18-cv-01234   Document 1-2   Filed 11/02/18   Page 78 of 87 PageID #: 215

**Attachment 1**

**State of Tennessee**

**DEPARTMENT OF CORRECTION**

**News Release**

The Department of Correction reports that pursuant to the order of the Tennessee Supreme Court and in accordance with state law, the capital punishment sentence of _____ has been carried out.

Time of execution was _____ am/pm on _____.

(date)

_____ was pronounced dead by attending

(Inmate's name)

physician at _____ am/pm.

# Affidavit Concerning Method of Execution

Under Tennessee law, you have the right to have your execution carried out by lethal injection. You also have the option of waiving this right and choosing electrocution as the method of your execution. The purpose of this affidavit is to allow you an opportunity to either waive your right to have your execution carried out by lethal injection or to decline to waive that right. Failure to complete this form will result in the execution being carried out by lethal injection. You will not be given another opportunity to waive your right to have your execution carried out by lethal injection. If you waive your right to have your execution carried out by lethal injection, you may rescind that waiver by contacting the Warden **no later than 14 days prior to the date of the execution** and signing a new affidavit to that effect.

I, _____, TDOC.# _____, make the following choice concerning the method of my execution:

_____ I waive the right to have my execution carried out by lethal injection and choose to be executed by electrocution.

_____
Signature of Inmate

_____ I have been given the opportunity to waive my right to have my execution carried out by lethal injection and I decline to waive that right.

_____
Signature of Inmate

I certify that I presented this Affidavit Concerning Execution to inmate _____, TDOC No. _____, and

_____ The inmate refused to sign.

_____ I witnessed the inmate sign this affidavit.

_____
Signature of Warden/Designee

Sworn to and subscribed before me this _____ day of _____, 20____.

_____
Notary Public

My Commission expires _____.

Case 3:18-cv-01234   Document 1-2   Filed 11/02/18   Page 80 of 87 PageID #: 217

**Attachment 1**



STATE OF TENNESSEE
DEPARTMENT OF CORRECTION
4th FLOOR RACHEL JACKSON BLDG.
320 SIXTH AVENUE NORTH
NASHVILLE, TENNESSEE 37243-0465

# APPLICATION FOR NEWS MEDIA REPRESENTATIVE
## TO ATTEND AN EXECUTION OF A SENTENCE OF DEATH

Name of Inmate Under Sentence of Death _____

Name of News Media Outlet _____

Name of News Media Representative _____

Mailing Address _____

Phone _____ Fax _____

E-Mail Address _____

Indicate the news media pool to which the applicant news media agency is to be assigned.

_____ **News Media Agency (print, radio or television) in the county where the offense occurred (if print, also designate Metro or Community below)**

_____ **Associated Press**

_____ **Metro Print Media Agency**

_____ **Community Print News Media Agency**

_____ **Other Television News Media Agency**

_____ **Other Radio News Media Agency**

<u>PLEASE NOTE</u>: The department will accept only one (1) application from each news media agency. A person may be named as a News Media Agency Representative on only one (1) application. No news media agency representative selected to witness the execution of a sentence of death shall have exclusive rights to the story.

Case 3:18-cv-01234   Document 1-2   Filed 11/02/18   Page 81 of 87 PageID #: 218

**Attachment 1**

Immediately after the execution of the death sentence is complete, all media representative witnesses shall make themselves available for a news conference for other news media representatives not selected to attend the execution. Submission of an application constitutes acceptance of this condition.

# RULES
## OF
## DEPARTMENT OF CORRECTION
## ADULT SERVICES DIVISION

### CHAPTER 0420-3-4
### SELECTION OF NEWS MEDIA AGENCY REPRESENTATIVES TO ATTEND
### AN EXECUTION OF A DEATH SENTENCE

## TABLE OF CONTENTS

| | | | |
|---|---|---|---|
| 0420-3-4-.01 | Preface | 0420-3-4-.04 | Application and Selection Process |
| 0420-3-4-.02 | Applicability | 0420-3-4-.05 | Witness Guidelines |
| 0420-3-4-.03 | Definitions | | |

### 0420-3-4-.01 PREFACE

Under the authority of T.C.A. §40-23-116, the Department of Correction is authorized to promulgate rules that establish criteria for the selection of news media representatives to attend an execution of a sentence of death.

*Authority: T.C.A. §40-23-116. Administrative History: Original rule filed July 28, 1999; November 29, 1999. Repeal and new rule filed November 22, 2000; effective February 6, 2001.*

### 0420-3-4-.02 APPLICABILITY

Pursuant to the authority of T.C.A. §40-23-116, these rules shall apply to all news media agencies and their representatives.

*Authority: T.C.A. §40-23-116. Administrative History: Original rule filed July 28, 1999; November 29, 1999. Repeal and new rule filed November 22, 2000; effective February 6, 2001.*

### 0420-3-4-.03 DEFINITIONS

(1) Community Print News Media Agency: A Print News Media Agency other than a Metro Print News Media Agency.

(2) General Interest and Coverage: The handling of a broad range of spot news such as traffic accidents, fires, disasters, governmental events, as well as economic, business, social, sports, and human interest news.

(3) Metro Print News Media Agency: A Print News Media Agency which maintains a full-time presence at the state Capitol, covering day-to-day operations of state government.

(4) News Media Agency: A Print, Radio or Television News Media Agency or The Associated Press.

(5) News Media Agency Representative: A person Regularly Employed by a News Media Agency and designated by such News Media Agency to attend and witness an execution of a death sentence on behalf of the New Media Agency.

(6) Print News Media Agency: A newspaper of general circulation, bearing a title or name, regularly issued at least as frequently as once a week for a definite price, having second class mailing privilege, being not less than four (4) pages, published continuously during the immediately preceding one-year period, which is published for the dissemination of news of general interest, coverage and circulation in an area within Tennessee.

February, 2001 (Revised)         1

Case 3:18-cv-01234 Document 1-2 Filed 11/02/18 Page 83 of 87 PageID #: 220

Attachment 1

(Rule 0420-3-4-.03, continued)

    (7)    Radio News Media Agency: The Tennessee Radio Network or a radio broadcast station which regularly disseminates news of general interest and coverage and has either its city of license (as determined by the federal government) or broadcast transmitter located in Tennessee.

    (8)    Regularly Employed: Employed on a consistent, continuing basis and not solely for the purpose of witnessing an execution of a sentence of death or otherwise on a temporary or short-term basis.

    (9)    Television News Media Agency. A television broadcast station which regularly disseminates news of general interest and coverage and has either its city of license (as determined by the federal government) or broadcast transmitter located in Tennessee.

    (10)    Warden: Warden of the Riverbend Maximum Security Institution.

*Authority: T.C.A. § 40-23-115; § 40-23-116. Administrative History: Original rule filed November 22, 2000; effective February 6, 2001.*

## 0420-3-4-.04 APPLICATION AND SELECTION PROCESS

    (1)    The selection of News Media Agency Representatives shall be by drawing to be held at Riverbend Maximum Security Institution, 7475 Cockrill Bend Industrial Road, Nashville, Tennessee.

    (2)    The Public Information Office of the Department of Correction shall notify all News Media Agencies of a scheduled drawing through issuance of an advisory to the Associated Press. An announcement will also be published in the Tennessee Administrative Register; provided, however, in the event the Department has insufficient advance notice of an execution date to meet publication deadlines for the Tennessee Administrative Register, the announcement shall be issued as soon as practicable after the Department receives notice of the execution date.

    (3)    The advisory and announcement shall include the following:

        (a)    Deadline date, time and location for receiving applications from a News Media Agency desiring to be included in the open drawing to witness the execution of the death sentence.

        (b)    Date, time, and location where the open drawing will take place.

    (4)    To be eligible for the drawing, a News Media Agency shall submit an application on a form provided by the Department of Correction on or before the deadline specified in the advisory and/or notice. The applicant agency shall designate its News Media Agency Representative and the news media pool for which it qualifies under these rules. The Department will accept only one (1) application from each News Media Agency. A person may be named as a News Media Agency Representative on only one (1) application.

    (5)    The Warden or designee shall assign an identifying number to each application received. Prior to the commencement of the drawing the Warden or designee shall post a list containing the News Media Agency name, News Media Agency Representative name, number and assigned category of each application which meets the requirements set forth in this rule.

    (6)    Procedure for Drawing:

        (a)    From those applications received which meet the requirements set forth in this rule, a total of seven (7) News Media Agencies shall be selected. The agencies shall be selected from the following categories in the following order:

            1.    The Associated Press (one application);

Case 3:18-cv-01234   Document 1-2   Filed 11/02/18   Page 84 of 87 PageID #: 221

**Attachment 1**

(Rule 0420-3-4-.04, continued)

    2.   One News Media Agency in the county where the offense occurred;

    3.   One Metro Print News Media Agency;

    4.   One Community Print News Media Agency;

    5.   Two Television News Media Agencies; and

    6.   One Radio News Media Agency.

(b)   In the event more than one qualifying application is received for category (a)(ii), the applications not selected in that category shall be reassigned to appropriate categories.

(c)   If one or more categories cannot be filled due to an insufficient number of qualifying applications in the category, qualifying applications remaining after all other selections have been made shall be combined into one selection pool from which an application shall be drawn to fill each unfilled position.

(d)   After seven (7) News Media Agency Representatives have been selected through the process set out in (a) through (c), all remaining applications shall be combined into one selection pool from which a first alternate and a second alternate shall be drawn. Alternates shall be allowed, in order of selection, to substitute for a News Media Agency Representative selected as a witness who is unable to attend and witness the execution of a death sentence.

(7).   After the drawing the Department of Correction shall promptly issue an advisory to the Associated Press identifying the News Media Agency Representatives selected.

(8)   News Media Agency Representatives shall be subject to the approval of the Warden. The Warden may, in the Warden's discretion, disapprove or exclude a witness for reasons of safety or security. No News Media Agency Representative shall be related to the condemned prisoner or the condemned prisoner's victim or victims or have any personal interest in the case. News Media Agency Representatives must be eighteen (18) years of age or older.

(9)   The Department of Correction will allow no substitution of News Media Agencies or News Media Agency Representatives.

(10)   In the event the execution does not take place within one (1) year of the date of the drawing, the Commissioner, in the Commissioner's sole discretion, may cancel the result of a drawing and, if necessary, direct that a new drawing be held.

*Authority: T.C.A. § 40-23-116. Administrative History: Original rule filed November 22, 2000; effective February 6, 2001.*

**0420-3-4-.05 WITNESS GUIDELINES**

(1)   No News Media Agency Representative allowed to witness the execution of a death sentence shall have exclusive rights to the story. Immediately after the execution of the death sentence is complete, all News Media Agency Representatives shall make themselves available for a news conference of other news media representatives and shall remain at the news conference until it is completed.

(2)   The news conference shall be held at a location designated by the warden immediately following the execution.

**Attachment 1**

(Rule 0420-3-4-.05, continued)

    (3)    Photographic or recording equipment are prohibited at the execution site during the execution.

    (4)    News Media Agency Representatives shall abide by all departmental and institutional rules and policies, and the directives of authorized staff. Failure of a witness to do so may result in the witness being excluded and /or removed from the premises. The News Media Agency Representative and the News Media Agency being represented shall be ineligible to attend future executions without the specific approval of the Commissioner.

*Authority: T.C.A. § 40-23-116. Administrative History: Original rule filed November 22, 2000; effective February 6, 2001.*

Case 3:18-cv-01234  Document 1-2  Filed 11/02/18  Page 86 of 87 PageID #: 223

**Attachment 1**

**Affidavit to Select Defense Counsel Witness to Execution**

Under Tennessee law, TCA 40-23-116, you may select one (1) defense counsel to witness your scheduled upcoming execution. The Department of Correction needs to know who you are selecting to be your witness.

_____

I, _____, TDOC# _____, select the

following defense counsel witness: _____

_____     _____
Signature of Inmate                                          Date

_____

I certify that I presented this Affidavit to Select Defense Counsel Witness to Execution to inmate

_____ , TDOC# _____, and

_____ The inmate refused to sign.

_____ I witnessed the inmate sign this affidavit.

_____     _____
Signature of Warden/Designee                            Date

_____

Sworn to and subscribed before me this _____ day of _____, 20_____

_____ My Commission expires _____
Notary Public

Case 3:18-cv-01234   Document 1-2   Filed 11/02/18   Page 87 of 87 PageID #: 224

**Attachment 1**