THE CHANCERY COURT
DAVIDSON COUNTY, TENNESSEE

HONORABLE ELLEN HOBBS LYLE, CHANCELLOR

MARIA M. SALAS, CLERK AND MASTER

ABU-ALI-ABDUR'RAHMAN, ET AL
Plaintiffs/Appellants

VOLUME 23 of 28

**FILED** AUG 2 2 2018 Clerk of the Appellate Courts Rec'd By

Vol. XLVI



CERTIFIED TRANSCRIPT OF Cause

Appearance No. 18-183-III
CHANCERY COURT

Vs

No. M2018-01385-SC-RDO-CV

SUPREME COURT

TRANSMITTED ON:

August 21, 2018

Execution No
SUPREME COURT

APPEALED TO Next Term, 20

TONY PARKER, IN HIS OFFICIAL CAPACITY AS TENNESSEE COMMISSIONER OF
CORRECTION, ET AL
Defendants/Appellees

Trial Transcript from July 18, 2018
Pages 2098 - 2205

Kelley J. Henry, #21113
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville TN 37202
(615) 736-5047

*Attorney for Plaintiffs/Appellants Abu-Ali-Abdur'Rahman, John Michael Bane, Byron Black, Andre Bland, Kevin Burns, Tony Carruthers, Tyrone Chalmers, James Dellinger, David Duncan, Kennath Henderson, Anthony Darrell Hines, Henry Hodges, Stephen Hugueley, Akil Jahi, David Ivy, Donnie Johnson, David Jordan, David Keen, Donald Middlebrooks, Farris Morris, Pervis Payne, Gerald Powers, William Glenn Rogers, Michael Sample, Oscar Smith, Charles Walton Wright and Edmund Zagorski*

```
 1   label -- I'm sorry.  I skipped a section from
 2   Warner.
 3           You also testified in Warner that a
 4   toxic dose of Midazolam, it would take about
 5   20 minutes for the person who had ingested a
 6   toxic dose to stop breathing.
 7           Was that your testimony in Warner?
 8   A.      May have been.
 9   Q.      Let's go to the issue of coma.  Before
10   we do that, maybe the issue of pain.  I want
11   to talk with you a little bit, Dr. Evans,
12   about Midazolam and pain.  Okay?
13   A.      Sure.
14   Q.      Midazolam is not an analgesic, is it?
15   A.      It is not.
16   Q.      And, in fact, you testified to that in
17   2014 in the Howell case, did you not?
18   A.      I don't recall.
19   Q.      And then you changed your testimony --
20           MR. SUTHERLAND:  Your Honor, if
21   she's going to ask questions --
22           THE COURT:  Yes.  You need direct
23   references.
24           MR. SUTHERLAND:  Direct
25   references in presenting the information
```

www.huseby.com    Huseby, Inc. Regional Centers    800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco
Case 3:18-cv-01234   Document 1-9   Filed 11/02/18   Page 2 of 8 PageID #: 535

Attachment 8

```
 1    asserted.
 2              MS. HENRY:  Sorry, Your Honor.
 3    I'm trying to get smooth transitions.  I'll
 4    be slow.
 5    BY MS. HENRY:
 6    Q.    I'm showing you, sir, a transcript
 7    from the case of the State of Florida versus
 8    Paul Augustus Howell.
 9          Do you see that there?
10    A.    Yes.
11    Q.    Do you see it's dated February 11th,
12    2014?
13    A.    Yes.
14    Q.    And that was one of the cases in
15    Florida you testified about, correct?
16    A.    Yes.
17    Q.    I'm going back to establish when you
18    testified that there was no pain.  So on Page
19    151, Line 19, So has nothing to do with pain?
20    And your answer at Line 20 is no.  Line 21,
21    So the fact that you compare Midazolam with
22    opioid that has pain-suppressing qualities
23    has nothing to do with it?  Answer, At
24    therapy level, I think you want a therapeutic
25    use of Midazolam and you'd want to see
```

www.huseby.com          Huseby, Inc. Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco
Case 3:18-cv-01234   Document 1-9   Filed 11/02/18   Page 3 of 8 PageID #: 536

Attachment 8

```
 1    something else.
 2    A.      Yes.
 3    Q.      I'm sorry.  I lost my place.
 4            So then you stated -- we'll go through
 5    the testimony.
 6            If we're talking about inducing,
 7    that's not necessary for -- okay.  But in
 8    typical practice, you never used Midazolam
 9    alone because it doesn't have any
10    pain-relieving properties, correct?
11    A.      Correct.
12    Q.      Not in therapeutic doses?  No.  And it
13    doesn't have any analgesic or pain-relieving
14    properties at any level, does it?
15            Answer, Well, in actuality there's
16    evidence that would suggest that Midazolam
17    has been effectively used for its analgesic
18    properties in lower back pain.
19            Line 13, But when we start talking
20    about general surgical procedures, this drug
21    would not be my choice to use by itself.
22            Line 15, Now, in the Chavez testimony,
23    you remember that you testified, correct?
24    Answer, yes.  Question, You testified in that
25    case that Midazolam has absolutely no
```

www.huseby.com                Huseby, Inc. Regional Centers                800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco
Case 3:18-cv-01234   Document 1-9   Filed 11/02/18   Page 4 of 8 PageID #: 537

Attachment 8

```
 1   pain-relieving properties.  Are you changing
 2   your testimony?
 3           Answer, Line 21, Well, yes, because I
 4   did have a chance to do more digging.
 5           That was your answer, sir?
 6   A.      Yes.
 7   Q.      And then just now I asked you if
 8   Midazolam had any analgesic properties and
 9   you testified that it does not, correct?
10   A.      I did.
11   Q.      So you did more digging since Howell,
12   correct?
13   A.      Yes.
14   Q.      Well, in fact --
15              MR. SUTHERLAND:  Can he speak?
16              THE COURT:  Well, I couldn't tell
17   if he had something else to answer.  She
18   asked if he had done a little more digging.
19   He said yes.
20              Was there something else you
21   wanted to answer on that, Dr. Evans?
22              THE WITNESS:  Yes.  There is some
23   pretty hypothetical information that very
24   high doses of this drug may have analgesic
25   effects.  I think that's -- so in some
```

www.huseby.com        Huseby, Inc. Regional Centers        800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco
Case 3:18-cv-01234   Document 1-9   Filed 11/02/18   Page 5 of 8 PageID #: 538

Attachment 8

```
 1   respects, I have been willing to make that an
 2   issue because it is so hypothetical.
 3              THE COURT:  I'm going to strike
 4   that answer.  Because when you provide an
 5   explanation, it has to relate to the
 6   question.  So the question was did you do
 7   more digging.  You said yes.  What was the
 8   digging?  Were there articles, talking to
 9   people, how many, what were they, et cetera
10   so I can judge, assess how much weight and
11   whether this is credible or not.
12              When you explain the answer to
13   the question, it has to relate to the
14   question.  So it's got to relate to the
15   digging.
16              So is there anything you want to
17   tell me about?  You did a little more
18   digging.  What was the digging that you did?
19              THE WITNESS:  Digging was
20   research.
21              THE COURT:  Into what?
22              THE WITNESS:  Into additional
23   effects of the Midazolam.
24              THE COURT:  And what did you
25   research?  Where did you find this?
```

www.huseby.com         Huseby, Inc. Regional Centers         800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco
Case 3:18-cv-01234   Document 1-9   Filed 11/02/18   Page 6 of 8 PageID #: 539

Attachment 8

```
 1              THE WITNESS:  Your Honor, I don't
 2   remember the journal, but it was in a
 3   journal.
 4              THE COURT:  It was in a journal.
 5              THE WITNESS:  Yes.
 6              THE COURT:  Was that the
 7   explanation about the digging that you wanted
 8   to provide?
 9              THE WITNESS:  Yes.
10              THE COURT:  All right.  Next
11   question.
12   BY MS. HENRY:
13   Q.     In your declaration for this case, Dr.
14   Evans, you cite the Coll-Vincent article that
15   was discussed on direct-examination as proof
16   that Midazolam is used in cardioversion as a
17   sole anesthetic agent, correct?
18   A.     Yes.
19   Q.     And you also cite the Parlack article
20   from 2006, correct?
21   A.     I did.
22   Q.     The Parlack article in actuality says
23   that they used -- the study in that case used
24   Fentanyl along with Midazolam; isn't that
25   correct?
```

www.huseby.com          Huseby, Inc. Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco
Case 3:18-cv-01234   Document 1-9   Filed 11/02/18   Page 7 of 8 PageID #: 540
Attachment 8

```
 1   A.      Yes.
 2   Q.      In the Coll-Vincent article, I pointed
 3   out to you in your deposition the protocol
 4   called for the anesthesiologist to administer
 5   the drugs that he would normally use in his
 6   or her standard practice, which we
 7   established is Fentanyl along with the
 8   Midazolam for cardioversion, correct?
 9   A.      And I disagree.
10   Q.      You disagree with me?
11   A.      Right.
12   Q.      So let's take a look at the article.
13   I believe it's already in evidence as Exhibit
14   143.
15                   THE COURT:  Exhibit 143, you
16   should have it.  Do you have that, Dr. Evans?
17                   THE WITNESS:  I do.  Should have.
18   Here it is.
19   BY MS. HENRY:
20   Q.      And if you look, sir, at Page 768,
21   second column, first full paragraph beginning
22   with cardioversions, and the whole paragraph
23   states, Cardioversions were performed in a
24   room with the equipment necessary for
25   cardioversion and for emergency
```

www.huseby.com          Huseby, Inc. Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco
Case 3:18-cv-01234   Document 1-9   Filed 11/02/18   Page 8 of 8 PageID #: 541

Attachment 8