## DAY OF EXECUTION – LETHAL INJECTION EXECUTION RECORDER CHECKLIST

Inmate Name **Billy Ray Irick** Inmate # **113945**

Date **8-9-2018**

| TIME | |
|---|---|
| 1630 | Report to designated area for final briefing |
| 1657 | Extraction Team and IV Team report to Administrative Lieutenants office. IV Team sets up IV system. |
| 1714 | Physician in place |
| 1714 | IV Team in place (EMTs and Officers) |
| 1714 | Medical Examiner in place |
| 1657 | Team Leader in place |
| 1724 | Check blinds and curtains |
| 1817 | Advise Escort Officer to transport Official Witnesses to Parole Room |
| 1820 | Advised by Escort Officer that Official Witnesses are in Parole Room |
| 1739 | Advise Escort Officers (2) to escort Victim's Witnesses to Viewing Room |
| 1742 | Advised by Escort Officers (2) that Victim's Witnesses are in place |
| 1900 | Warden or designee checks to ensure execution is to proceed |
| 1900 | Gurney positioned in Death Watch Area |
| 1905 | Extraction Team enters and secures offender to gurney |
| 1840 | Advise Escort Officer to transport Official Witnesses to Death Watch vestibule |
| 1843 | Advised by Escort Officer that Official Witnesses are in the vestibule |
| 1914 | IV Team enters the Execution Chamber |
| 1924 | IV Team exits the Execution Chamber |
| 1843 | Advise Escort Officer to "Transport Official Witnesses in place" |

Recorder's Initials 

## DAY OF EXECUTION – LETHAL INJECTION EXECUTION RECORDER CHECKLIST (continued)

Inmate Name  Billy Ray Irick   Inmate # 113945

Date  8/9/2018

**TIME**

| Time | Event |
|---|---|
| 1846 | Advised by Escort Officer that "Witnesses are in place" |
| 1926 | Warden checks with Command Center to proceed |
| 1926 | Warden orders blinds opened, closed circuit TV activated and audio activated for viewing rooms. |
| 1927 | Warden asks offender for any last comments |
| 1928 | Warden orders Execution Team to proceed |
| 1946 | Lethal Injection process completed |
| 1946 | Blinds and curtains closed and closed circuit TV deactivated |
| 1947 | Physician enters the Execution Chamber |
| 1948 | Physician pronounces death – exact time |
| 1948 | Audio deactivated to witness rooms |
| 1949 | Advise Escort Officers (2) to remove Victims Witnesses |
| 1949 | Advise Commissioner or designee in Command Center that execution is completed |
| 2039 | Physician and EMTs depart |
| 1950 | Medical Examiner escorted to chamber to take possession of body. Pictures will be taken of body and Execution Chamber prior to removal of body. |
| 2000 | Advised by Escort Officer (2) Victims Witnesses are at Checkpoint |
| 2000 | Advise Escort Officer to remove Official Witnesses |
| 2006 | Advised by Escort Officer that Official Witnesses are at Checkpoint |
| 2007 | The body removed from the institution |

Recorder's Initials ▮

Rev. July 7, 2014

Page 83

Case 3:18-cv-01234   Document 1-11   Filed 11/02/18   Page 2 of 7 PageID #: 545

**Attachment 10**

Inmate Name Billy Ray Irick   Inmate # 113945
Date 8/9/2018

Offender's Comments if any:

I just want to say that I am really sorry and that's it.



**Lethal Injection Recorder**                8/9/2018
                                              Date

**Warden**                                    8/09/2018
                                              Date

# LETHAL INJECTION CHEMICAL ADMINISTRATION RECORD

Inmate Name: Irick, Billy    Inmate #: 113945

Date: 8/9/18

## SET 1   (Red)

|            | Chemical            | Time Begin |
|------------|---------------------|------------|
| Syringe 1  | Midazolam           | 1929       |
| Syringe 2  | Midazolam           | 1930       |
| Syringe 3  | Saline              | 1931       |

(Two minute waiting period)

Consciousness check notes: Checked at 1934; no audible or physical response to checks

|            | Chemical            | Time Begin |
|------------|---------------------|------------|
| Syringe 4  | Vecuronium Bromide  | 1935       |
| Syringe 5  | Vecuronium Bromide  | 1936       |
| Syringe 6  | Saline              | 1937       |
| Syringe 7  | Potassium Chloride  | 1938       |
| Syringe 8  | Potassium Chloride  | 1939       |
| Syringe 9  | Saline              | 1940       |

End Time 1941

Recorder Signature: [redacted]

Warden: [redacted]

Rev July 5, 2018

# LETHAL INJECTION CHEMICAL ADMINISTRATION RECORD

Inmate Name **Irick, Billy**     Inmate # **113945**

Date **8/9/18**

**NOT USED** ~~SET 2~~ (Blue)

| Syringe | Chemical | Time Begin |
|---|---|---|
| Syringe 1 | Midazolam | |
| Syringe 2 | Midazolam | |
| Syringe 3 | Saline | |

(Two minute waiting period)

Consciousness check notes: _____

| Syringe | Chemical | |
|---|---|---|
| Syringe 4 | Vecuronium Bromide | |
| Syringe 5 | Vecuronium Bromide | |
| Syringe 6 | Saline | |
| Syringe 7 | Potassium Chloride | |
| Syringe 8 | Potassium Chloride | |
| Syringe 9 | Saline | |

End Time _____

Recorder Signature ▮▮▮▮▮▮▮▮

Warden ▮▮▮▮▮▮▮▮

# CHEMICAL PREPARATION TIME SHEET

Date 8/9/18

## RED

| | Time |
|---|---|
| **500 mg Midazolam** | |
| 2-Syringes prepared by ▮▮▮ | at 1928 |
| Witnessed by ▮▮▮ | |
| **100 mg Vecuronium Bromide** | |
| 2-Syringes prepared by ▮▮▮ | at 1724 |
| Witnessed by ▮▮▮ | |
| **240 mEq Potassium Chloride** | |
| 2-Syringes prepared by ▮▮▮ | at 1728 |
| Witnessed by ▮▮▮ | |
| **Saline** | |
| 3-Syringes prepared by ▮▮▮ | at 1707 |
| Witnessed by ▮▮▮ | |

Case 3:18-cv-01234  Document 1-11  Filed 11/02/18  Page 6 of 7 PageID #: 549

**Attachment 10**

## BLUE

500 mg Midazolam                                             Time

2-Syringes prepared by _____ at *Not Used*

Witnessed by _____

**100 mg Vecuronium Bromide**

2-Syringes prepared by ▮▮▮▮▮ at *1752*

Witnessed by ▮▮▮▮▮

**240 mEq Potassium Chloride**

2-Syringes prepared by ▮▮▮▮▮ at *1756*

Witnessed by ▮▮▮▮▮

**Saline**

3-Syringes prepared by ▮▮▮▮▮ at *1738*

Witnessed by ▮▮▮▮▮