Vol. XLII

THE CHANCERY COURT
DAVIDSON COUNTY, TENNESSEE

HONORABLE ELLEN HOBBS LYLE, CHANCELLOR

MARIA M. SALAS, CLERK AND MASTER

FILED
AUG 2 2 2018
Clerk of the Appellate Courts
Rec'd By _____

ABU-ALI-ABDUR'RAHMAN, ET AL
Plaintiffs/Appellants

VOLUME 19 of 28



| CERTIFIED TRANSCRIPT OF Cause | Appearance No. 18-183-II CHANCERY COURT | Vs<br>No. M2018-01385-SC-RDO-CV<br>SUPREME COURT<br>TRANSMITTED ON:<br>August 21, 2018 | Execution No SUPREME COURT | APPEALED TO Next Term, 20 |

TONY PARKER, IN HIS OFFICIAL CAPACITY AS TENNESSEE COMMISSIONER OF CORRECTION, ET AL
Defendants/Appellees

Trial Transcript from July 17, 2018
Pages 1678 - 1828

Kelley J. Henry, #21113
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville TN 37202
(615) 736-5047

*Attorney for Plaintiffs/Appellants Abu-Ali-Abdur'Rahman, John Michael Bane, Byron Black, Andre Bland, Kevin Burns, Tony Carruthers, Tyrone Chalmers, James Dellinger, David Duncan, Kenneth Henderson, Anthony Darrell Hines, Henry Hodges, Stephen Hugueley, Akil Jahi, David Ivy, Donnie Johnson, David Jordan, David Keen, Donald Middlebrooks, Farris Morris, Pervis Payne, Gerald Powers, William Glenn Rogers, Michael Sample, Oscar Smith, Charles Walton Wright and Edmund Zagorski*

```
 1   A.      I have.  And in the ICU and on the
 2   wards.
 3   Q.      Is that a drug that is, in fact,
 4   frequently used in surgical settings?
 5   A.      It is.
 6   Q.      Does it have a useful purpose?
 7   A.      It does.
 8   Q.      What does it do?
 9   A.      It raises your potassium levels in
10   your body.  Any disorder of potassium balance
11   can lead to abnormal heart rates.
12   Q.      What would be the experience of an
13   inmate who was administered Potassium
14   Chloride under the Tennessee lethal injection
15   protocol if that inmate was not in a state of
16   general anesthesia?
17   A.      It would be akin to being burnt alive
18   in that amount, in my opinion.  Even small
19   doses accidentally given too fast will cause
20   a patient to scream out in pain.
21   Q.      Is that supported in the literature?
22   A.      It is.  We tend to limit the infusion
23   rates to no more than about half an
24   equivalent per kilo per hour.  And what that
25   means is that in general you get about half a
```

www.huseby.com           Huseby, Inc. Regional Centers           800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco
Case 3:18-cv-01234   Document 1-14   Filed 11/02/18   Page 2 of 7 PageID #: 566

Attachment 13

```
 1   million in a minute.  And any more than that
 2   causes pain.  And, you know, like I said, the
 3   injection in an IV push causes pain and
 4   someone is screaming.  And it's a very
 5   serious event.
 6   Q.      Now, Dr. Lubarsky, you're good at
 7   using analogies and things like that.
 8           When you say that someone would feel
 9   like they're being burned alive, are you
10   exaggerating?
11   A.      No.
12   Q.      Why would it feel like being burned
13   alive?
14   A.      First of all, it's a very caustic
15   chemical.  One of the reasons it's so caustic
16   is it not only -- it basically causes all
17   your cell membranes to go crazy.  It sends
18   serious pains throughout.  And it is an
19   extremely painful thing.  It's like every
20   nerve fiber in your body along the path and
21   the trail of that potassium chloride would be
22   delivered.
23   Q.      Now you're aware that Plaintiffs'
24   expert, Dr. Evans, equates the pain and
25   suffering from the administration of
```

www.huseby.com        Huseby, Inc. Regional Centers        800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco
Case 3:18-cv-01234   Document 1-14   Filed 11/02/18   Page 3 of 7 PageID #: 567
Attachment 13

```
 1   Potassium Chloride and Vecuronium Bromide to
 2   cardioversion?
 3   A.     Yes.  I read that.
 4   Q.     Is cardioversion the same as the
 5   administration of Potassium Chloride?
 6   A.     In no way, shape or form.
 7   Q.     What is cardioversion?
 8   A.     Cardioversion is the delivery of an
 9   electric shock.  It's able to change a heart
10   rhythm to a -- that's abnormal to a more
11   normal heart rate.
12   Q.     How long does it last?
13   A.     Less than a quarter of a second.
14   Q.     Are cardioversion given in emergency
15   settings and nonemergency settings?
16   A.     They are.
17   Q.     If cardioversion is delivered in a
18   nonemergency setting, is the patient given
19   something to help relieve the pain?
20   A.     Yes.  They are routinely given a
21   little bit of pain medicine and a general
22   anesthetic dose of a real general anesthetic,
23   like Propofol.
24   Q.     In an emergency setting, obviously,
25   it's an emergency.  So you need to get to the
```

www.huseby.com          Huseby, Inc. Regional Centers              800-333-2082
          Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco
Case 3:18-cv-01234   Document 1-14   Filed 11/02/18   Page 4 of 7 PageID #: 568

Attachment 13

1  hospital.
2  A.    Right. And I'll point out that in the
3  emergency setting there is some sedation
4  present, because usually the emergency
5  attends shock. So they have lower blood
6  pressure. So they're not really processing
7  everything exactly.
8        So yes. But in that case, it is
9  painful and very well remembered by people.
10 Q.    But the two are not equipped?
11 A.    They are not equipped at all.
12 Q.    Are you familiar with the testimony
13 from Defendants' expert, Dr. Li, that the
14 administration of potassium might burn a
15 little on injection but it really isn't all
16 that painful?
17 A.    Again, I've seen Potassium Chloride
18 injected and being completely --
19         MR. SUTHERLAND: Excuse me, Dr.
20 Lubarsky.
21         Dr. Li and Dr. Evans haven't
22 testified yet. We're getting into rebuttal
23 in the case in chief. And so I object.
24         THE COURT: The Court overrules
25 the objection. I don't know this witness'

www.huseby.com    Huseby, Inc. Regional Centers    800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco
Case 3:18-cv-01234   Document 1-14   Filed 11/02/18   Page 5 of 7 PageID #: 569
Attachment 13

1  availability.  I don't know if they can come
2  back.  And the Court has made a good note of
3  how it was set up.  And I will hear Dr. Li's
4  testimony and the other witness's testimony
5  and I will be able to judge if the question
6  fairly represents how they're going to
7  testify.
8              MR. SUTHERLAND:  Thank you.
9              THE COURT:  Go ahead.
10 BY MS. HENRY:
11 Q.    You're familiar with the testimony and
12 I want to ask you:  Does potassium burn a
13 little bit upon administration?
14 A.    No.  It burns a tremendous amount.
15 It's one of the most painful drugs you can
16 administer if you're wrong.  I don't know of
17 any other drug, to be quite honest, that is
18 more painful than the administration of
19 Potassium Chloride.
20 Q.    Would the administration of Potassium
21 Chloride to an inmate under the Tennessee
22 lethal injection protocol that has been
23 administered a 500-milligram bolus of
24 Midazolam, could that Potassium Chloride be a
25 noxious stimuli that would rouse the inmate

www.huseby.com              Huseby, Inc. Regional Centers                800-333-2082
           Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco
Case 3:18-cv-01234   Document 1-14   Filed 11/02/18   Page 6 of 7 PageID #: 570

Attachment 13

1   into awareness?
2   A.    I would actually expect that to
3   happen.
4   Q.    That's to a reasonable degree of
5   medical certainty?
6   A.    That is to a reasonable degree of
7   medical certainty.
8             MS. HENRY:  Your Honor, I want to
9   let you know that I'm about to move into
10  another area and would it be possible for us
11  to have a morning break since we didn't take
12  one this morning and then come back?
13            THE COURT:  You mean before
14  lunch?
15            MS. HENRY:  I meant go to lunch
16  and then come back.
17            THE COURT:  Sure.  That will be
18  fine.  We'll do that and come back at one
19  o'clock.
20            (Lunch recess was taken.)
21            THE COURT:  All right.  We'll
22  resume the examination of Dr. Lubarsky.
23            If you would come forward,
24  please, come to the witness stand.
25            MS. HENRY:  Thank you, Your

www.huseby.com     Huseby, Inc. Regional Centers     800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco
Case 3:18-cv-01234   Document 1-14   Filed 11/02/18   Page 7 of 7 PageID #: 571
Attachment 13