### THE CHANCERY COURT
### DAVIDSON COUNTY, TENNESSEE

### HONORABLE ELLEN HOBBS LYLE, CHANCELLOR

### MARIA M. SALAS, CLERK AND MASTER

### ABU-ALI-ABDUR'RAHMAN, ET AL
Plaintiffs/Appellants

FILED

AUG 2 2 2018

Clerk of the Appellate Courts
Rec'd By _____

**VOLUME 16 of 28**



CERTIFIED

TRANSCRIPT

OF

Cause

Appearance No. 18-183-III
CHANCERY COURT

Vs

No. M2018-01385-SC-RDO-CV

SUPREME COURT

TRANSMITTED ON:

August 21, 2018

Execution No
SUPREME COURT

APPEALED

TO

Next Term,

20

---

### TONY PARKER, IN HIS OFFICIAL CAPACITY AS TENNESSEE COMMISSIONER OF CORRECTION, ET AL
Defendants/Appellees

---

### Trial Transcript from July 16, 2018
### Pages 1369 - 1520

**Kelley J. Henry, #21113**
**Assistant Federal Public Defender**
**810 Broadway, Suite 200**
**Nashville TN 37202**
**(615) 736-5047**

*Attorney for Plaintiffs/Appellants Abu-Ali-Abdur'Rahman, John Michael Bane, Byron Black, Andre Bland, Kevin Burns, Tony Carruthers, Tyrone Chalmers, James Dellinger, David Duncan, Kennath Henderson, Anthony Darrell Hines, Henry Hodges, Stephen Hugueley, Akil Jahi, David Ivy, Donnie Johnson, David Jordan, David Keen, Donald Middlebrooks, Farris Morris, Pervis Payne, Gerald Powers, William Glenn Rogers, Michael Sample, Oscar Smith, Charles Walton Wright and Edmund Zagorski*

1  suppose, for heavy smokers.

2  Q.     And just to clarify, you mentioned several

3  drugs that the Court is well familiar with at this

4  point.  But were you, before beginning to look at

5  these autopsies, familiar with the function of

6  potassium chloride as a medical doctor?

7  A.     Oh, yes.  Potassium chloride is used in

8  cardiac surgery to stop the heart.

9  Q.     And that's something, even though you work

10 primarily on the deceased, that you knew from your

11 residency; is that fair?

12 A.     From medical school.  I watched cardiac

13 surgeons stop the heart.

14 Q.     So as -- again, just still speaking sort

15 of at a level of generality, what struck you as

16 you looked through these autopsies that then made

17 you examine them more closely?

18 A.     I was struck by the abnormalities in the

19 lung, as I mentioned.  All of the lungs were

20 heavy.  There were none of them that were what I

21 would expect, in that 350- to 400-gram range.

22        But in addition to that, they all

23 showed -- not all, but the majority of them, over

24 85 percent of them showed pulmonary edema.  And

25 that's certainly not expected in someone who dies

**Attachment 14**

1   instantaneously.  And a good number of them showed

2   fulminant pulmonary edema, which indicates it's

3   sudden and severe.  And that's evidenced by

4   bubbles, froth and foam, both in the lung tissue

5   and in the larger airways.

6         I don't see that in a hospital autopsy

7   except maybe once every 10 years, where someone

8   has had a catastrophic problem with their heart

9   that has led to acute, fatal pulmonary edema.

10  Q.      You've noted initially that the lungs were

11  heavy.  Is that a specific finding or considered a

12  nonspecific finding?  What does that mean to you?

13  A.      It's a nonspecific finding, but as I say,

14  it was unexpected to me.

15  Q.      If someone were to suffer a brain aneurysm

16  and fall dead quickly, would they have heavy

17  lungs?

18  A.      They would not.  If someone dies

19  instantaneously, they would not have heavy lungs.

20  That's the only way we know the normal weight of

21  lungs, other than taking it out at surgery, and no

22  one would take out a normal lung at surgery.

23  Q.      So let's talk about pulmonary edema.  Can

24  you explain for the Court what that term means in

25  an anatomical way?

**Attachment 14**

1  A.       Pulmonary edema is a accumulation of fluid

2  in the airspaces of the lung, and it has a variety

3  of causes, the final common pathway of which is

4  always injury to the blood vessels and the lining

5  cells of the lung, allowing fluid and sometimes

6  blood, to escape from the blood vessels into the

7  airspaces.

8  Q.       What's the difference in a finding of

9  pulmonary edema versus a finding of congestion in

10  the lungs?

11  A.       Congestion, as used by pathologists,

12  refers to an increased amount of blood in an organ

13  or tissue.  So tissues that are congested will

14  have dilated blood vessels and will be very red

15  and boggy on gross examination, but they won't

16  necessarily show edema.  They'll be just full of

17  blood.  The blood is in the right place, though,

18  in the blood vessels.

19  Q.       So if a lung is said to congested, how is

20  that different from edema?  Where is the fluid?

21  A.       The fluid is still in the blood vessels.

22  Q.       As opposed to?

23  A.       Being in the airspaces.  Having said that,

24  it's certainly the case that persistent, severe

25  congestion can be followed by pulmonary edema if

Case 3:16-cv-01234 Atl Document 31 Washington, IN Ded New York 18 Houston San Francisco #: 575

**Attachment 14**

1    it is present for long enough.

2    Q.       That was going to be my next question.

3    What are the known causes of pulmonary edema?

4    A.       So people typically divide pulmonary edema

5    into cardiogenic and non-cardiogenic.

6            Cardiogenic pulmonary edema occurs when

7    the heart is not pumping properly and basically

8    blood backs up behind it into the lungs.  You get

9    a kind of hyperstatic pressure that leads to fluid

10   leaking into the lungs.

11           Non-cardiogenic pulmonary edema is a broad

12   range of causes, including inhalation of toxic

13   gas, injection of the toxins, drowning.  A variety

14   of physical chemical assaults to the lung can

15   cause pulmonary edema of the non-cardiogenic type.

16   Q.       From your clinical practice do you know

17   what the symptoms of pulmonary edema are?

18   A.       Yes.  Just as a one-time medical student,

19   intern, and now as a practicing pathologist, we

20   all know that pulmonary edema, when it begins, the

21   patients are short of breath.  And they feel like

22   they can't catch their breath, and they breathe a

23   bit faster.

24           As it gets worse, they may have the sense

25   of air hunger and be gasping for air.  As it gets

Case 3:16-cv-01234  Atlanta   Washington, DC  New York   Houston   San Francisco  Filed 11/30/18  Page 5 of 15  PageID #: 576

```
 1  even worse, they may have a sense of terror,
 2  panic, drowning, asphyxiation.  It's a medical
 3  emergency and it's a state of extreme discomfort.
 4  Q.      In a hospital setting, if someone is
 5  experiencing those symptoms, what is done for that
 6  person?
 7  A.      They're given diuretics to remove fluid
 8  from the body and, therefore, also from the lung.
 9  And because they're in a such a state of panic,
10  they're given morphine, typically.
11          It used to be thought that morphine was
12  useful to dilate the blood vessels in the lungs,
13  but we now know that -- we now believe that the
14  morphine is more helpful as a palliative measure.
15  It calms the patients down and thereby reduces the
16  heart rate because it reduces the terror.  So
17  diuretics, oxygen, and opiates are helpful.
18  Q.      You said that there were indications in a
19  number of these autopsies of "fulminant pulmonary
20  edema."
21          Could you tell us what "fulminant" means
22  in that context?
23  A.      So "fulminant" refers to something that is
24  sudden and severe.  And when I see froth --
25                  THE COURT:  Pardon me.  Are you
```

Case 3:18-cv-01234-Dtc-Document-5  Filed-11/02/18  Page 6 of 15  PageID #: 577

Attachment 14

```
 1  saying, like, f-o-m-e-n, like "foment" --
 2            THE WITNESS:  No, "fulminant,"
 3  f-u-l --
 4            THE COURT:  "Fulmonate,"
 5  f-u-l-m-o-n-a-t-e?
 6            THE WITNESS:  No, f-u-l-m-i-n-a-n-t.
 7            THE COURT:  "Fulminant."  Thank you.
 8  All right.
 9            THE WITNESS:  So "sudden and severe"
10  in this context would mean it was -- even though
11  it showed fluid in the form of bubbles in the
12  tracheal/bronchial tree, so not just fluid and
13  bubbles in the lung tissue, but enough that it
14  actually left the lungs and went up into larger
15  airways.
16            That, I think to anyone, is evidence
17  of fulminant pulmonary edema.
18  BY MS. HARWELL:
19  Q.     You've also said that there were a number
20  more where you found acute pulmonary edema.  What
21  does "acute" mean to a pathologist in that
22  context?
23  A.     "Acute," when it's used properly, always
24  refers to a time frame.  And in this context we're
25  talking about pulmonary edema as something that
```

Case 3:18-cv-01234  Document 18  Filed 11/02/18  Page 7 of 15 PageID #: 578

Attachment 14

1    comes on over the course of minutes.  In other

2    situations, like infections of bones it has acute

3    osteomyelitis, acute infection of the bone is

4    weeks, but here we're talking about something that

5    comes on over the course of minutes.

6    Q.        And when you looked at these autopsies,

7    what allowed you to make a finding that something

8    was acute?

9    A.        I knew the time course, the time course of

10   the execution, so it had to be acute.  That's one

11   way to know.  But I also had the knowledge that

12   there were these bubbles, this foam, this froth,

13   and that doesn't appear in chronic pulmonary edema

14   that is compensated.  You just will see heavy

15   lungs and some edema fluid.  When you actually

16   have bubbles, foam and froth, it indicates acute

17   pulmonary edema.

18   Q.        So you talked about two different concepts

19   there and how to break them apart.  First you

20   talked about time course.  And I think I know that

21   in assessing the time course, you had some

22   assumptions about the people who came in to be

23   executed; is that correct?

24   A.        Yes.  I had some assumptions and some

25   knowledge.  I know that -- I understand that the

Case 3:18-cv-01234-ATB Document 105 Filed 12/30/18 Page 8 of 15 PageID #: 579

**Attachment 14**

1  inmates were on death watch before being executed
2  and were mobile, up and around, talking to family
3  members and religious leaders. And I didn't see
4  any evidence, at least in the death watch reviews
5  that I read, that anyone was sick, unable to walk
6  properly, was short of breath.

7          I would have thought that something like
8  that would be recorded, and I didn't see any
9  evidence of that.

10  Q.     And to be clear, Dr. Edgar, if somebody
11  had this level of edema, would it cause symptoms
12  that would be noticeable to a layperson?

13  A.     Absolutely. If they had the findings in
14  the worst of these cases, they would be gravely
15  ill.

16  Q.     You also talked, then, about froth and
17  foam, and I would like us to discuss that concept
18  for the Court a little bit before we get into the
19  actual autopsies.

20          When you say "foam," what composes this
21  foam?

22  A.     So foam in the setting of pulmonary edema
23  is composed of three main things, perhaps four.
24  The three main things are this protein that lines
25  the surface of normal lungs that helps to reduce

**Attachment 14**

1   the surface tension, so it will keep the airways

2   in the airspaces expanded.  And it's called

3   surfactant.  It's like a detergent.

4   Q.      Could you spell that for the court

5   reporter?

6   A.      S-u-r-f-a-c-t-a-n-t.  It's what babies

7   born very prematurely lack so their lungs are not

8   expandable.

9           So surfactant mixes with water and air,

10  and together those things, under the energy of

11  breathing, moving air back and forth and in and

12  out at the airspaces, produce bubbles.  And it's

13  fine bubbles.  Foam or froth is the term that's

14  used.

15  Q.      And did you provide me with a medicolegal

16  study regarding the production of foam and froth

17  with regard to drowning?

18  A.      Yes, I did.

19  Q.      I'm going to show you that study.  It's

20  previously been provided to the defense.  I'll ask

21  if you recognize that study.

22  A.      I do recognize it.

23  Q.      You provided the study for us --

24              MS. HARWELL:  Your Honor, for the

25  record, it's a medicolegal study of drowning

Case 3:18-cv-01234-Atlanta~Washington, DC~New York~Houston~San Francisco D #: 581

Attachment 14

1  deaths.

2  BY MS. HARWELL:

3  Q.      Because the study outlines what

4  important -- how does it highlight what you just

5  said?

6  A.      Well, it discusses what pulmonary edema

7  froth is.  At the last paragraph on page 3, it

8  says, "The froth consists of a whipped-up mixture

9  of drowning medium, air and secretions from

10  bronchial mucous glands."

11          Bronchial mucous glands, I think, are

12  actually a lesser component.  When I said there

13  are possibly four components, surfactant, when

14  chemists have looked at the composition of

15  pulmonary edema foam, they find more surfactant

16  than mucous, but there are situations in which the

17  pulmonary edema fluid is caused by excess mucous.

18          In any event, a it's a whipped-up mixture

19  of air, fluid and some kind of protein.

20  Q.      And when you say "whipped-up," that

21  implies some sort of energy or force; is that

22  correct?

23  A.      Some kind of physical action, yes.  It

24  doesn't just happen by itself in a non-moving

25  lung.

Case 3:18-cv-01234 Document 1-15   Filed 11/02/18   Page 11 of 15 PageID #: 582

**Attachment 14**

```
 1  Q.       And in a moving lung -- maybe I'm being a

 2  little bit too basic, but what is the action that

 3  whips it up?

 4  A.       It's just the action of breathing, moving

 5  of the air in and out of the airspaces and the

 6  moving of fluid in and out of the airspaces.

 7  Q.       So that is to say foam is only formed when

 8  the subject is breathing?

 9  A.       Correct.

10  Q.       Is the presence or absence of foam or

11  froth in a lung an objective or subjective finding

12  for a pathologist?

13  A.       I think that's always a difficult question

14  to answer, but along the spectrum of objective and

15  subjective, it's closer to the objective end.

16  It's a finding that's readily recognizable and

17  difficult to miss.  And that's why I would

18  consider it to be more on the objective side.

19  Q.       I think at one point you told me it's sort

20  of like recognizing the color of blue?

21  A.       Yes, it's like that.  There are people who

22  might not immediately recognize blue, but in the

23  right light, it's blue to everyone.

24  Q.       If you review an autopsy and there's no

25  froth or foam noted on the exam, does that
```

Case 3:18-cv-01234-Attachment Washington, Filed 11/02/18 Page 12 of 15 PageID #: 583

Attachment 14

1  automatically, in your mind, rule out the

2  possibility that any edema noted was acute?

3  A.      I don't think I could say that.  It's

4  quite possible that there was acute edema that

5  began but was abruptly terminated by death.  So

6  you may have a minor amount of edema that's not

7  visible to the naked eye but could be seen under

8  the microscope if the patient didn't live long

9  enough to see it develop.

10  Q.      Are there also things that can happen

11  postmortem to a body that would cause foam or

12  froth to change or dissipate?

13  A.      Yes.  After death, and I think probably

14  from people's own experience, you know that foam

15  and froth eventually breaks down.  Bubbles don't

16  last forever, they disappear.  I don't know

17  specifics, but I imagine that there are physical

18  constraints on what would keep bubbles around,

19  temperature and so forth.

20          But in time, bubbles break down and leave

21  a little bit of fluid behind.

22  Q.      So that is to say if there's extra fluid,

23  it could have, at one point, been foam or froth?

24  A.      Absolutely.

25  Q.      To be clear just about your findings as

Case 3:18-cv-01234  Attachment Washington, D.C.  New York  Houston  San Francisco  ID #: 584

Attachment 14

1  you reviewed these autopsies, did you report a

2  finding where the state pathologist did not?

3  A.       (Pause.)

4  Q.       That is to say, does your report basically

5  adopt or attribute or interpret findings of other

6  pathologists, or did you go back in and

7  second-guess them?

8  A.       No, I did not second-guess.  I took what I

9  saw to be correct because I had no reason not to.

10 I would say that there were occasions in these

11 reports where things were noted on examination but

12 not indicated in the final diagnosis, so I was

13 sort of second-guessing them there, saying, "Gosh,

14 I would have put that brain tumor in the final

15 diagnosis line."

16         But I wasn't -- I took what I had as

17 someone going in and seeing for themselves.

18 Q.       Thank you.

19         Let's turn to the autopsies themselves

20 now.  Did we prepare a chart of your findings with

21 regard to each of these autopsies?

22 A.       Yes.

23 Q.       Do you have one with you?

24 A.       I do not.

25 Q.       I will hand you one.

Case 3:18-cv-01234   Document 1-15   Filed 11/02/18   Page 14 of 15 PageID #: 585

**Attachment 14**

```
 1              MS. HARWELL:  Your Honor, if I could
 2  put it on the ELMO as well, if it please the
 3  Court?
 4              THE COURT:  Yes, that would be fine.
 5  Thank you.
 6              MS. HARWELL:  Here we go.
 7  BY MS. HARWELL:
 8  Q.     Dr. Edgar, I don't know if it will become
 9  necessary, but that screen in front of you is
10  actually a touch screen, so if you need to gesture
11  or indicate something for the Court, that actually
12  works.
13  A.     Okay.
14  Q.     Have you seen this chart before?
15  A.     Yes, I have.
16  Q.     In fact, is it a chart that you and I
17  prepared together?
18  A.     Yes, it is.
19  Q.     To be clear, I did not do the science
20  parts; you told me how to do the science parts?
21  A.     I added -- I basically abstracted the
22  science parts into the chart.
23  Q.     And my role was a little more pedantic of
24  putting things in alphabetical order and making it
25  look pretty; is that right?
```

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

Case 3:18-cv-01234   Document 1-15   Filed 11/02/18   Page 15 of 15 PageID #: 586

**Attachment 14**