# Execution List 2018

**Nineteen prisoners have been executed in the United States in 2018. Eight states have carried out executions.**

| Date | Number Since 1976 | State | Name | Age | Race | Victim Race | Method | Drug Protocol | Years From Sentence To Execution |
|---|---|---|---|---|---|---|---|---|---|
| 1/18/18 | 1466 | TX | Anthony Shore | 55 | White | 1 Latina female | Lethal Injection | 1-drug (Pentobarbital) | 12 |
| 1/30/18 | 1467 | TX | William Rayford | 64 | Black | 1 Black female | Lethal Injection | 1-drug (Pentobarbital) | 17 |
| 2/1/18 | 1468 | TX | John David Battaglia | 62 | White | 2 White females | Lethal Injection | 1-drug (Pentobarbital) | 16 |
| 2/22/18 | 1469 | FL | Eric Scott Branch | 47 | White | 1 White female | Lethal Injection | 3-drug (Etomidate) | 23 |
| 3/15/18 | 1470 | AL | Michael Eggers* | 50 | White | 1 White female | Lethal Injection | 3-drug (Midazolam) | 15 |
| 3/15/18 | 1471 | GA | Carlton Michael Gary | 67 | Black | 3 White females | Lehtal Injection | 1-drug (Pentobarbital) | 31 |
| 3/27/18 | 1472 | TX | Rosendo Rodriguez III | 38 | Latino | 1 White female | Lehtal Injection | 1-drug (Pentobarbital) | 9 |
| 4/19/18 | 1473 | AL | Walter Leroy Moody | 83 | White | 1 White male | Lethal Injection | 3 drug (Midazolam) | 22 |
| 4/25/18 | 1474 | TX | Erick Daniel Davila | 31 | Black | 2 Black females | Lethal Injection | 1-drug (Pentobarbital) | 9 |
| 5/4/18 | 1475 | GA | Robert Earl Butts, Jr. | 40 | Black | 1 Black male | Lethal Injection | 1-drug (Pentobarbital) | 19 |
| 5/16/18 | 1476 | TX | Juan Castillo | 37 | Latino | 1 Latino male | Lethal Injection | 1-drug (Pentobarbital) | 12 |
| 6/27/18 | 1477 | TX | Danny Bible | 66 | White | 1 White female | Lethal Injection | 1-drug (Pentobarbital) | 14 |
| 7/17/18 | 1478 | TX | Christopher Young | 34 | Black | 1 South Asian male | Lethal Injection | 1-drug (Pentobarbital) | 12 |
| 7/18/18 | 1479 | OH | Robert Van Hook | 58 | White | 1 White male | Lethal Injection | 3-drug (Midazolam) | 32 |
| 8/9/18 | 1480 | TN | Billy Ray Irick | 59 | White | 1 White female | Lethal Injection | 3-drug (Midazolam) | 32 |
| 8/14/18 | 1481 | NE | Carey Dean Moore* | 60 | White | 2 White males | Lethal Injection | 4-drug (Diazepam, Fentanyl) | 38 |
| 9/26/18 | 1482 | TX | Troy Clark | 51 | White | 1 White Female | Lethal Injection | 1-drug (Pentobarbital) | 18 |
| 9/27/18 | 1483 | TX | Daniel Acker | 46 | White | 1 White Female | Lethal Injection | 1-drug (Pentobarbital) | 17 |
| 10/29/18 | 1484 | SD | Rodney Berget* | 56 | White | 1 White Male | Lethal Injection | 1-drug (Pentobarbital) | 7 |