



TN
Department of
Correction

Lethal Injection Update

August 31, 2017

EXHIBIT# 105
FILE DATE 7-13-18
CASE# 18-183-III
BY: JFS

FILED
AUG 22 2018
Clerk of the Appellate Courts
Rec'd By ______



Purpose

To provide an overview of the offenders sentenced to death, the current law as it pertains to executions and the efforts made to procure the necessary chemicals to compound the State's Lethal Injection Compound (LIC).

TN
Correction

1470

000003

# Population

**As of August 31, 2017**

**Offenders with sentences of death:** 60

**By sex and race:**
59 males and 1 female
30 White, 27 African Americans, 1 Hispanic, 1 Asian

**Where are they from?**
36 offenders are from the largest metropolitan counties:
Shelby (25), Davidson (6), Knox (5), and Hamilton (3)

16 offenders were convicted in East Tennessee
11 offenders were convicted in Middle Tennessee
33 offenders were convicted in West Tennessee

TN
Department of
Correction

Case 3:18-cv-01234 Document 1-20 Filed 11/02/18 Page 3 of 30 PageID #: 687

Attachment 19

# Dates Scheduled

**2017 Dates (0):**

**2018 Dates (2):**

January 3, 2018
May 9, 2018

Both cases just completed direct appeal and have additional steps in the legal process.

TN
Department of
Correction



1472

000005

The Law

- T.C.A. § 40-23-114 provides that any person who is sentenced to the punishment of death, that sentence will be carried out by lethal injection with some exceptions such as:
  - A person sentenced to death for an offense committed prior to January 1, 1999 may elect to be executed by electrocution by signing a waiver; OR
  - The TDOC Commissioner certifies to the governor that one or more of ingredients essential to carrying out a sentence of death by lethal injection is unavailable through no fault of TDOC.

TN
Correction

Case 3:18-cv-01234 Document 1-20 Filed 11/02/18 Page 5 of 30 PageID #: 689

Attachment 19



The La

Tennessee law further provides that the alternative means of execution **shall** be electrocution if the chemicals for the LIC are unavailable and/or lethal injection is found to be an unconstitutional method of carrying out a sentence of death.

TN
Department of
Correction

1474

000007

# Method

## Tennessee Protocol:

Pentobarbital (Barbiturate) – compounded into an injectable solution. For each execution, there are 2 syringes, each containing a 5 gram compounded solution of Pentobarbital.

Case 3:18-cv-01234 Document 1-20 Filed 11/02/18 Page 7 of 30 PageID #: 691

Attachment 19

# Search for Source

Reached out to [redacted], as it was understood that they had a source for Pentobarbital. [redacted] was unwilling to either share the identity of their source, or provide our contact information to their source. [redacted] was also unwilling to offer any guidance as to how [redacted] was able to find its current source.

TN
Department of
Correction



# Search for Source

- [redacted] assigned with task of locating source of Pentobarbital
- First step was to search by contacting compounding pharmacies to determine if they: 1) Had an inventory of Pentobarbital; or 2) Had a source of Pentobarbital and were willing to compound the LIC for the department
- Several pharmacies declined to be involved in any way. Finally, a compounding pharmacy agreed to both compound the LIC and aid in the search for a source.
- Search involved cold calling U.S. based Active Pharmaceutical Ingredient (API) supply companies.

# Search for Source

Collectively, contact was made with close to 100 potential sources, including the 3 major U.S. chemical wholesalers. None of these worked for one or more of the following reasons:

- Company did not have an inventory of Pentobarbital - apprx. 70%
- Company did not have sufficient quantities of the needed form of Pentobarbital and no source to obtain sufficient quantities – apprx. 10%
- Company unwilling to supply Pentobarbital if it was to be used in lethal injection – apprx. 20%

TN
Department of
Correction

000010

1477



It appears there is no U.S. based source for Pentobarbital and so the search was broadened into the possibility of importing the chemical from overseas:

- C.F.R. § 1312.13 grants the DEA the authority to issue permits for the importation of schedule II narcotics (i.e. Pentobarbital) when it is necessary to provide for a legitimate need of the U.S. and the domestic supply is inadequate
- 

TN
Department of
Correction

000011

1478

Case 3:18-cv-01234 Document 1-20 Filed 11/02/18 Page 11 of 30 PageID #: 695

Attachment 19



- [redacted]

- At the meeting, the agents informed [redacted] that [redacted] because, according to them, there is a supply of pentobarbital available in the United States.

- When told that the companies who do have a supply would not sell their supply for use in lethal injection, the [redacted] agents explained that it didn't matter and that it was an issue to take up with the companies themselves.

TN
Department of
Correction



Search for Source

In the course of researching the possibility of importation, [redacted] became aware of a federal case in Texas wherein the FDA had seized a shipment of drugs/chemicals being imported by the Texas Department of Correction. Texas DOC filed suit in federal district court for the release of the shipment. To this date there has not been any resolution to this case.

[redacted] is now researching FDA regulations as a result of this case to determine what if any process can be undertaken to obtain FDA approval for the importation of Pentobarbital. Thus far the approval process appears to be very cumbersome unless an exception can be claimed to lessen the burden.

TN
Department of
Correction



Activity in Other States

Other states have had similar difficulty/inability in locating a source for their LIC.

- Arkansas attempted to perform 7 executions in the span of 10 days because their current supply of LIC was set to expire and the State did not have a source for additional LIC chemicals. Arkansas has subsequently obtained a supply of midazolam.

- South Carolina has stated, in connection with the recent conviction of Dylan Roof, that they do not have a supply of LIC and have not been able to find a supply.

- Indiana DOC was reprimanded for not following proper procedure in unilaterally trying to change their protocol to a new LIC due their inability to locate a supply of the current drug.

TN
Department of
Correction



States

Other states have had similar difficulty/inability in locating a source for their LIC.

- Texas, in the case mentioned before, attempted to import a different LIC chemical than they currently use in executions. Presumably due to the potential unavailability of Pentobarbital even on an international level.

- Some states are using LIC chemicals that have come under harsh scrutiny, such as Alabama's used of Midazolam in the recent execution of Robert Melson.

- Florida is using a drug, etomidate, that has never been used in the United States for execution.

TN
Department of
Correction



1483

000016

A few years ago approximately 13 states reached out to the Department of Justice seeking aid in locating a source for LIC chemicals and/or gaining access to any supply that the Federal Government currently had. This did not result in any action by DOJ.

There are circumstances where the Federal Government can step in and orchestrate the supply of chemicals in situations where supply is so low and the cost for the chemical is so high as to make it virtually unavailable where there is a significant need.

Case 3:18-cv-01234 Document 1-20 Filed 11/02/18 Page 16 of 30 PageID #: 700

Attachment 19







# Discussion

TN
Department of
Correction

17

000017
Attachment 1984

Case 3:18-cv-01234   Document 1-20   Filed 11/02/18   Page 18 of 30 PageID #: 702

[redacted]

Tuesday, Apr 4, 2017

Me
[redacted] is there a good time for me to give u a holler?
10:06 AM

[redacted]
Good morning [redacted] I'll give you a call in an hour.
10:07 AM

Me
10-4 Just call this # in case I'm out of office thx
10:07 AM

Wednesday, Apr 5, 2017

Me
I'm running around today so not sure when I'll be open for a call but in the meantime can u send me a list of all companies etc u reached out to about sourcing so I can have it for when we have to show it's unavailable? Thanks
8:49 AM

Thursday, Apr 6, 2017

[redacted]
I'm not ignoring you I promise. Been getting over a nasty cold. I'm working on the list this morning. I'll have it to you soon.
9:16 AM

Me

10-4 Sorry ur sick in my voicemail I had a question about what type of pento y'all need cause I'm looking into a company and they needed to know which kind we wanted

9:17 AM

Me

Would [redacted] be available for me to ask [redacted]?

9:27 AM

[redacted]

We would need USP grade.

I've spoken with the following with no luck:

9:52 AM

Me

9:55 AM

Me
Can u tell from that pic which of those would work?
9:55 AM

I don't think any of those would work for injection. I'm confirming with
10:25 AM

Me
10-4
10:25 AM

[redacted]

[redacted]

Also those are such small quantities.

10:26 AM

Me

Well they do bulk options on things so once [redacted] says which one or what specific type we need I'll shoot that to them to see if possible

10:27 AM

[redacted]

If they have a crystalline option that would work. Methanol and ethanol are not injectable

10:33 AM

Me

Ok I've sent inquiry as to USP grade in crystalline form

10:37 AM

Me

Ok no dice with that company

11:03 AM

[redacted]

What are your thoughts on acquiring it through a veterinarian? They sometimes have better access to it since it's widely used for euthanasia in animals.

11:09 AM

Me

How would that even work? I'm wondering how the vet could legally transfer or sell the schedule 2 to y'all

1:02 PM



2:28 PM

Me
Let me do some looking into that possibility and talk with the bosses
2:43 PM

Thursday, Apr 13, 2017

Me
U got a free minute this afternoon for a call?
11:04 AM

Yes sir I do.
11:07 AM

Generated by GilApps SMSShare 2



[redacted]

| | |
|---|---|
| **From:** | [redacted] |
| **Sent:** | Wednesday, February 15, 2017 12:36 PM |
| **To:** | [redacted] |
| **Subject:** | pharmacy contact |

[redacted]

Hi [redacted] It's [redacted]. Thx, [redacted]

[redacted]

*Our Mission – To protect, promote and improve the health and prosperity of people in Tennessee.*



| | |
|---|---|
| **From:** | |
| **Sent:** | Tuesday, April 04, 2017 10:41 AM |
| **To:** | |
| **Subject:** | RE: Your Inquiry |

We had an internal discussion and we have to respectfully decline to quote.

Kind regards,

The information contained in this message and/or attachments is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the sender and delete the material from any system and destroy any remaining copies.

**From:**
**Sent:** April-04-17 10:44 AM
**To:**
**Subject:** RE: Your Inquiry

Thank you



CONFIDENTIALITY: The information contained in this e-mail message, including any attachments, is intended only for the personal, confidential and privileged (either legally or otherwise) use of the individual to which it is addressed. The email message and attachments may contain confidential information that is protected by Attorney/Client privilege and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are notified that any review, use, disclosure, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please contact the sender by reply e-mail immediately and destroy all copies of the original message

**From:**
**Sent:** Tuesday, April 04, 2017 8:58 AM
**To:**
**Subject:** RE: Your Inquiry

We have not made this compound in the past. I will have our technical team evaluate and let you know if we can develop the synthetic route and GMP manufacture process here.

Kind regards,

The information contained in this message and/or attachments is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the sender and delete the material from any system and destroy any remaining copies.

**From:**
**Sent:** April-04-17 9:41 AM
**To:**
**Subject:** RE: Your inquiry

Here is the requested info:

1) Pentobarbital CAS # 76-74-4
2) Need at least 100 grams, would be interested in pricing for bulk orders

3) We have a compounding pharmacy able to compound the solution they just need the pentobarbital, however would be interested in pricing to compound as well through your organization.

Let me know if there is any other info you need. Thanks for your help.

[redacted]

CONFIDENTIALITY: The information contained in this e-mail message, including any attachments, is intended only for the personal, confidential and privileged (either legally or otherwise) use of the individual to which it is addressed. The email message and attachments may contain confidential information that is protected by Attorney/Client privilege and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are notified that any review, use, disclosure, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please contact the sender by reply e-mail immediately and destroy all copies of the original message.

**From:** [redacted]
**Sent:** Tuesday, April 04, 2017 8:31 AM
**To:** [redacted]
**Subject:** Your Inquiry

***** This is an EXTERNAL email. Please exercise caution. DO NOT open attachments or click links from unknown senders or unexpected email - STS-Security. *****

Hello [redacted]

It was nice speaking with you, and thank you for your interest in [redacted] Could you provide the following information:

- Name of the API
- Amount required
- Will it be supplied in bulk, or do you need formulation, sterilization, fill/finish etc?

Kind regards,
[redacted]

[redacted]

THE CHANCERY COURT
DAVIDSON COUNTY, TENNESSEE

HONORABLE ELLEN HOBBS LYLE, CHANCELLOR

MARIA M. SALAS, CLERK AND MASTER

FILED
AUG 22 2018
Clerk of the Appellate Courts
Rec'd By ______

ABU-ALI-ABDUR'RAHMAN, ET AL
Plaintiffs/Appellants

**VOLUME 11 of 19**

| CERTIFIED **TRANSCRIPT** OF **Cause** | Appearance No. 18-183-III **CHANCERY COURT** | Vs No. M2018-01385-SC-RDO-CV SUPREME COURT **TRANSMITTED ON:** August 21, 2018 | Execution No **SUPREME COURT** | APPEALED TO **Next Term,** **20** |
|---|---|---|---|---|

**TONY PARKER, IN HIS OFFICIAL CAPACITY AS TENNESSEE COMMISSIONER OF CORRECTION, ET AL**
Defendants/Appellees

**Trial Exhibits 106 - 116**

**Kelley J. Henry, #21113**
**Assistant Federal Public Defender**
**810 Broadway, Suite 200**
**Nashville TN 37202**
**(615) 736-5047**

***Attorney for Plaintiffs/Appellants Abu-Ali-Abdur'Rahman, John Michael Bane, Byron Black, Andre Bland, Kevin Burns, Tony Carruthers, Tyrone Chalmers, James Dellinger, David Duncan, Kennath Henderson, Anthony Darrell Hines, Henry Hodges, Stephen Hugueley, Akil Jahi, David Ivy, Donnie Johnson, David Jordan, David Keen, Donald Middlebrooks, Farris Morris, Pervis Payne, Gerald Powers, William Glenn Rogers, Michael Sample, Oscar Smith, Charles Walton Wright and Edmund Zagorski***

Exhibit # 105-continued

Contains 11

**From:**
**Sent:** Thursday, April 06, 2017 11:00 AM
**To:**
**Cc:**
**Subject:** RE: Inquiry

Dear
The products we sell are isotopically labeled and used as internal standards for analytical purposes. The concentrations noted below are micrograms/ ml.
We are unable to provide the quantity you need.
Thank you for your inquiry.

**From:**
**Sent:** Thursday, April 06, 2017 10:37 AM
**To:**
**Subject:** FW: Inquiry

Word I am getting from pharmacist is that we would need "USP" grade and is asking if the Pentobarbital comes in a crystalline form for bulk orders to be used to compound? Thanks

CONFIDENTIALITY. The information contained in this e-mail message, including any attachments, is intended only for the personal, confidential and privileged (either legally or otherwise) use of the individual to which it is addressed. The email message and attachments may contain confidential information that is protected by Attorney/Client privilege and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are notified that any review, use, disclosure, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please contact the sender by reply e-mail immediately and destroy all copies of the original message

**From:**
**Sent:** Thursday, April 06, 2017 9:19 AM
**To:**
**Cc:**
**Subject:** RE: Inquiry

*** This is an EXTERNAL email. Please exercise caution. DO NOT open attachments or click links from unknown senders or unexpected email - STS-Security. ***

Hi [redacted]

As discussed over the phone, please see below for the different item numbers and descriptions. Also copied to this email is our [redacted] to assist with your questions.

[redacted] PENTOBARBITAL, (ETHYL-D5, 98%)
PENTOBARBITAL, (D5, 98%) 100 UG/ML IN METHANOL
PENTOBARBITAL; UNLABELED 1.0 MG/ML IN METHANOL
PENTOBARBITAL, (D5, 98%) 1000 UG/ML IN METHANOL

Best Regards,

[redacted]

---

**From:** [redacted]
**Sent:** Thursday, April 06, 2017 9:35 AM
**To:** [redacted]
**Subject:** Inquiry

I am looking to purchase Pentobarbital CAS # 76-74-4. We would need at least 100 grams to start with. Please let me know if you need any other info and if your organization would be able to and willing to source this material. Thank you.

[redacted]

CONFIDENTIALITY: The information contained in this e-mail message, including any attachments, is intended only for the personal, confidential and privileged (either legally or otherwise) use of the individual to which it is addressed. The email message and attachments may contain confidential information that is protected by Attorney/Client privilege and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are notified that any review, use, disclosure, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please contact the sender by reply e-mail immediately and destroy all copies of the original message.