# THE CHANCERY COURT
# DAVIDSON COUNTY, TENNESSEE

## HONORABLE ELLEN HOBBS LYLE, CHANCELLOR

## MARIA M. SALAS, CLERK AND MASTER

**ABU-ALI-ABDUR'RAHMAN, ET AL**
Plaintiffs/Appellants

**FILED**
AUG 2 2 2018
Clerk of the Appellate Courts
Rec'd By _____

**VOLUME 11 of 19**

| CERTIFIED TRANSCRIPT OF Cause | Appearance No. 18-183-III CHANCERY COURT | Vs<br><br>No. M2018-01385-SC-RDO-CV<br><br>SUPREME COURT<br><br>TRANSMITTED ON:<br><br>August 21, 2018 | Execution No SUPREME COURT | APPEALED TO Next Term, 20 |

**TONY PARKER, IN HIS OFFICIAL CAPACITY AS TENNESSEE COMMISSIONER OF CORRECTION, ET AL**
Defendants/Appellees

**Trial Exhibits 106 - 116**

Kelley J. Henry, #21113
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville TN 37202
(615) 736-5047

*Attorney for Plaintiffs/Appellants Abu-Ali-Abdur'Rahman, John Michael Bane, Byron Black, Andre Bland, Kevin Burns, Tony Carruthers, Tyrone Chalmers, James Dellinger, David Duncan, Kenneth Henderson, Anthony Darrell Hines, Henry Hodges, Stephen Hugueley, Akil Jahi, David Ivy, Donnie Johnson, David Jordan, David Keen, Donald Middlebrooks, Farris Morris, Pervis Payne, Gerald Powers, William Glenn Rogers, Michael Sample, Oscar Smith, Charles Walton Wright and Edmund Zagorski*

Exhibit # 105 - continued

Contains 11



10g per ind.
↳ $24K
Comp. fee? $35.K per 10g
Source?
Amt buy @ a time

Time till avail

Once Acct apprvd bulk $ option





74-4           DEA Code

they sell us the compound
or

– no

Pentobarbital
↳ CAS #

Pentobarbital

No

=> Supplier    1000s Co.

( ) => Pentobarbitone

[REDACTED] Pharm call & [REDACTED] 3/1 ship
source it in.

X [REDACTED] not licensed to [REDACTED] Inst'l agreement

[REDACTED] compound → 2 weeks to
[REDACTED] & confirm
[REDACTED] Several use

3 wholesalers

000039

Case 3:18-cv-01234   Document 1-21   Filed 11/02/18   Page 5 of 7 PageID #: 719
Attachment 29 006

dom. supply incd.
↑
21 USC §23, 952(a) §58(a)

www.deadiversion.usdoj.gov
Form 225
4-6 weeks

---

21 USC 321(p)
New Drug => not generally recognized by experts as safe & effective for use as prescribed

FDA Regs
‖
⇓
Disallow importation of "new drugs" w/out prior approved app.
  ↳ contents of app are onerous

---

<7/24/17 ▇▇▇▇▇>                    email on
Steps taken?                         7/20
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

Any overseas sources?

Entire ▇▇▇▇▇▇ mtg @ field ofc.
  ↓
  says no shortage in U.S. so would not approve import lic.

000046

Plenty in Europe & available according ███████ has it.
no lawyers.

---

What is def. of law enforcement in CFR ??

VA uses Midazolam ① Sodium Thiopental ②
Editomide ⑤

Summer 2016
↳ Transitioned into Spring of 2017 I was dedicating 60-70% of each day on the search

Sedatives ??