█████████████████████████

# INVOICE



INVOICE NO. TN001
DATE November 1, 2017

TO
TNDOC
320 6th Avenue North
Nashville, TN 37243

SHIP TO
SAME

| SALESPERSON | JOB | SHIPPING METHOD | SHIPPING TERMS | DELIVERY DATE | PAYMENT TERMS | DUE DATE |
|---|---|---|---|---|---|---|
|  | TNDOC |  |  |  |  |  |

| QTY | ITEM # | DESCRIPTION | LOT | UNIT PRICE | LINE TOTAL |
|---|---|---|---|---|---|
| 8.00 | ██ | Midazolam 5mg/ml; 10 x 5mL | ██ | $ 750.00 | $ 6,000.00 |
| 4.00 | ██ | Vecuronium 10mg; 10 x 10mL | ██ | $ 750.00 | $ 3,000.00 |
|  |  |  |  |  | $ - |

TOTAL DISCOUNT $ 1,500.00
SUBTOTAL $ 9,000.00
SALES TAX
TOTAL $ 9,000.00

Make all checks payable to: ██████████
THANK YOU FOR YOUR BUSINESS!



# INVOICE

INVOICE NO. TN003
DATE November 27, 2017

TO
TNDOC
320 6th Avenue North
Nashville, TN 37243

SHIP TO
SAME

| SALESPERSON | JOB | SHIPPING METHOD | SHIPPING TERMS | DELIVERY DATE | PAYMENT TERMS | DUE DATE |
|---|---|---|---|---|---|---|
| | TNDOC | | | | | |

| QTY | ITEM # | DESCRIPTION | LOT | UNIT PRICE | LINE TOTAL |
|---|---|---|---|---|---|
| 4.00 | | Midazolam 5mg/ml; 10 x 5mL | | $ 750.00 | $ 3,000.00 |
| 4.00 | | Vecuronium 10mg; 10 x 10mL | | $ 750.00 | $ 3,000.00 |

| | |
|---|---|
| TOTAL DISCOUNT | $ 1,500.00 |
| SUBTOTAL | $ 6,000.00 |
| SALES TAX | |
| TOTAL | $ 6,000.00 |

Make all checks payable to:
THANK YOU FOR YOUR BUSINESS!

Attachment 24

# INVOICE



INVOICE NO. TN004
DATE December 14, 2017

**TO**
TNDOC
320 6th Avenue North
Nashville, TN 37243

**SHIP TO**
SAME

| SALESPERSON | JOB | SHIPPING METHOD | SHIPPING TERMS | DELIVERY DATE | PAYMENT TERMS | DUE DATE |
|---|---|---|---|---|---|---|
|  | TNDOC |  |  |  |  |  |

| QTY | ITEM # | DESCRIPTION | LOT | UNIT PRICE | LINE TOTAL |
|---|---|---|---|---|---|
| 4.00 |  | Midazolam 5mg/ml; 10 x 5mL |  | $ 750.00 | $ 3,000.00 |
| 1.00 |  | Vecuronium 10mg; 10 x 10mL |  | $ 750.00 | $ 750.00 |
| 1.00 |  | Vecuronium 10mg; 10 x 10mL |  | $ 750.00 | $ 750.00 |

| | |
|---|---|
| TOTAL DISCOUNT | $ 2,250.00 |
| SUBTOTAL | $ 4,500.00 |
| SALES TAX |  |
| TOTAL | $ 4,500.00 |

Make all checks payable to:
**THANK YOU FOR YOUR BUSINESS!**



# INVOICE

INVOICE NO. TN005
DATE December 28, 2017

TO
TNDOC
320 6th Avenue North
Nashville, TN 37243

SHIP TO
SAME

| SALESPERSON | JOB | SHIPPING METHOD | SHIPPING TERMS | DELIVERY DATE | PAYMENT TERMS | DUE DATE |
|---|---|---|---|---|---|---|
|  | TNDOC |  |  |  |  |  |

| QTY | ITEM # | DESCRIPTION | LOT | UNIT PRICE | LINE TOTAL |
|---|---|---|---|---|---|
| 8.00 |  | Midazolam 5mg/ml; 10 x 5mL |  | $ 750.00 | $ 6,000.00 |
| 4.00 |  | Vecuronium 10mg; 10 x 10mL |  | $ 750.00 | $ 3,000.00 |
| 4.00 |  | Sterile Water for Injection |  | $ 100.00 | $ 400.00 |
| 1.00 |  | Sterile Water for Injection |  | $ 100.00 | $ 100.00 |
| 50.00 |  | Potassium Chloride (2 mEq/mL) |  | $ 83.00 | $ 4,150.00 |

TOTAL DISCOUNT $ 1,783.00
SUBTOTAL $ 13,650.00
SALES TAX
TOTAL $ 13,650.00

Make all checks payable to:
THANK YOU FOR YOUR BUSINESS!



# INVOICE

INVOICE NO. TN001
DATE October 26, 2017



TO
TNDOC
320 6th Avenue North
Nashville, TN 37243

SHIP TO
SAME

| SALESPERSON | JOB | SHIPPING METHOD | SHIPPING TERMS | DELIVERY DATE | PAYMENT TERMS | DUE DATE |
|---|---|---|---|---|---|---|
| | TNDOC | | | | | |

| QTY | ITEM # | DESCRIPTION | LOT | UNIT PRICE | LINE TOTAL |
|---|---|---|---|---|---|
| 4.00 | | Midazolam 5mg/ml; 10 x 5mL | | $ 750.00 | $ 3,000.00 |
| 2.00 | | Vecuronium 10mg; 10 x 10mL | | $ 750.00 | $ 1,500.00 |
| 50.00 | | Potassium Chloride 2mEq/mL x 20ml | | $ 83.00 | $ 4,150.00 |

TOTAL DISCOUNT $ 1,583.00
SUBTOTAL $ 8,650.00
SALES TAX
TOTAL $ 8,650.00

Make all checks payable to:
THANK YOU FOR YOUR BUSINESS!