*Attachment 28 (Omitted)*