

# SERVICES

Home (/) / Services

By offering a variety of services, ▮▮▮▮ Pharmacy is able to provide our patients with the latest in medications prescribed by the health providers. ▮▮▮▮ Pharmacy offers a variety of services to their patients, from customary retail prescriptions, to compounded medications and the latest in specialty drugs.

Since we are contracted with numerous insurance carriers, we can handle the claims' processing with greater ease – simplifying the treatment process for our patients.

➕ **FULL RETAIL**

➖ **COMPOUNDING**

Pharmaceutical compounding is the science of preparing custom medications to fit the unique needs of a patient. Since not all patients can adhere to prescribed medications, at Surecare Specialty Pharmacy our trained pharmacist can work alongside the provider and patient to come up with an alternative – compounded medications.

At Surecare Specialty Pharmacy, we offer **Non-Sterile** compounding. Non-sterile refers to medications similar to creams and gels that are compounded in a safe environment.

**We are currently updating our clean room facilities to meet changes in standards and regulations – at which time we will continue to offer sterile compounding for our patients.**

Once the medication has been compounded, it is filled and sent out to the patient. Again, regular follow-ups are made with the patient to determine the efficacy of their compounded medication and to see if there were any side effects that need to be noted.

- **PRIOR AUTHORIZATION**
- **TREATMENT PLANS**
- **FINANCIAL ASSISTANCE**
- **ASPN NETWORK**

Full Retail

Compounding

Prior Authorization

Treatment Plans

Financial Assistance

ASPN Network

ABOUT US (/▮▮▮▮-PHARMACY)    SPECIALTIES (/SPECIALTIES)    PROVIDERS (/PROVIDERS)    PATIENTS (/PATIENTS)    SERVICES (/SERVICES)    CONTACT US (/CONTACT-US)

Case 3:18-cv-01234    Document 1-30    Filed 11/02/18    Page 2 of 3 PageID #: 1133

https://www.▮▮▮▮.com/services#compounding    2/3

**Attachment 29**

Specialty Drugstore | ▇▇▇ Pharmacy | Services

© 2018 ▇▇▇ Pharmacy

▇▇▇, ▇▇▇, ▇▇▇
(▇▇▇) ▇▇▇
Fax: (▇▇▇) ▇▇▇

f (https://www.facebook.com/▇▇▇)   🐦 (https://twitter.com/r▇▇▇)

Designed by stantonstreet (http://www.stantonstreet.com).