*AGREED BOARD ORDER*

RE: IN THE MATTER OF            BEFORE THE      STATE
                                                      BOARD OF PHARMACY
    (PHARMACIST LICENSE     )

On this day came on to be considered by the      State Board of Pharmacy (Board) the matter of pharmacist license number      issued to      (Respondent).

By letter dated May 22, 2018, the Board gave preliminary notice to Respondent of its intent to take disciplinary action. This action was taken as a result of an investigation which produced evidence indicating that Respondent may have violated:

Sections     1(a)(1), (12) and (13);     2(a) and (d); and     (a)(1) and (7) of the     Pharmacy Act,     CODE ANN. Title  ,     2015); and

Sections     !(a)(2)(H);     (b);     (c)(1)(C) and (E);     ; and (a)(1) and (d) of the     Pharmacy Board Rules,     ADMIN. CODE (2016), in that allegedly:

## COUNT

On or about March 15, 2016, through on or about July 11, 2016, (previously registered as     ), while acting as an employee of      Compounding Pharmacy,      Road, Suite  ,     ,      , was unlawfully engaged in the duties of a pharmacy technician. Ms.      had previously registered with the      State Board of Pharmacy (Board) as a pharmacy technician, but her registration expired on May 31, 2009. As evidenced by pharmacy records, Ms.      engaged in the duties of a pharmacy technician without a registration until her registration status was discovered during a Board inspection on July 11, 2016.

On or about March 15, 2016, through on or about July 11, 2016, , while acting as an employee (pharmacist-in-charge) and sole managing officer of      Compounding Pharmacy,      Road, Suite  ,     ,      , failed to properly supervise pharmacy personnel as previously described.

By letter dated May 22, 2018, Respondent was notified that the matters previously set out in this Order could be disposed of without the scheduling of an informal conference or a formal administrative hearing. By signing this Order, Respondent neither admits nor denies the truth of the matters previously set out in this Order, and agrees that the Board has jurisdiction in this

matter and waives the right to informal conference, notice of hearing, formal administrative hearing, and judicial review of this Order.

The parties acknowledge that this Order resolves the allegations set forth herein, and agree to the terms and conditions set forth in the ORDER OF THE BOARD below.

### ORDER OF THE BOARD

THEREFORE, PREMISES CONSIDERED, the Board does hereby ORDER that:

(1) Respondent shall pay an administrative penalty of one thousand dollars ($1,000) due one hundred twenty (120) days after the entry of this Order.

(2) Failure to comply with any of the requirements in this Order constitutes a violation and shall be grounds for further disciplinary action. The requirements of this Order are subject to the Pharmacy Act, CODE ANN., Title , Subtitle (2017), and Pharmacy Board Rules, ADMIN. CODE (2018).

*Agreed Board Order*

Page 3

And it is so Ordered.

THIS ORDER IS A PUBLIC RECORD.

Signed and entered by the Executive Director on behalf of the State Board of Pharmacy on this ___3rd___ day of ___July___, ___2018___.

_____, R.Ph., M.S.
Executive Director/Secretary
State Board of Pharmacy

APPROVED AS TO FORM AND AGREED TO:

APPROVED AS TO FORM:

_____, General Counsel
State Board of Pharmacy

# AGREED BOARD ORDERS
# ENTERED BY EXECUTIVE DIRECTOR
# ON
# July 3, 2018

| # | NAME | VIOLATION | DATE | FALSIFICATION APPLICATION | SANCTION |
|---|---|---|---|---|---|
| 1. | ███ Compounding Pharmacy ███, Ste. ███ ███, ██ █ ███ License #4███ | ███████████ unlawfully engaged in the duties of a pharmacy technician at ███ Compounding Pharmacy with an expired registration ████████████████ PIC at ███ Compounding Pharmacy, failed to properly supervise pharmacy personnel | 03/15/2016 through 07/11/2016 *Above dates* | NA | $3,000 penalty |
| 2. | ███████████ ███████ License #█████ | ████████████, PIC at ███ Compounding Pharmacy, failed to properly supervise pharmacy personnel | 03/15/2016 through 07/11/2016 *Above dates* | NA | $1,000 penalty |
| 3. | **Shekhar Prakash Sinha** License #57885 | Agreed Order entered by Kentucky Board of Pharmacy based on allegations that Mr. Sinha completed 3 of the 15 continuing education hours required for 2016. Falsified renewal application | 10/30/2017 | YES | $1,000 penalty |
| 4. | **Tommy W. Swayden** License #28223 | Assault Family Violence-Deferred | 11/20/2017 | NA | Reprimand |