



**Attachment 32**



**Attachment 32**