

CUSTOM
MACHINERY
GROUP

Wellsboro Industrial Park
PO Box 636
Wellsboro, PA 16901
717-724-7553   FAX-7989

ENGINEERS AND BUILDERS OF CUSTOM MACHINERY

April 23, 1996

Mr. Bobby Campbell
Associate Warden for Administration
Riverbend Maximum Security Institution
Nashville, TN 37243-0471

Dear Warden Campbell,

Please be advised that JVM Industries, Inc. has acquired the design drawings and all rights to the Execution Technology of Fred A. Leuchter, Associates, Inc. of Boston, Massachusetts.

JVM Industries assumes all guarantees on Leuchter designed and installed equipment throughout the country including your Modular Electrocution System at Riverbend.

However, it has come to our attention that certain improper and unsound modifications have been made to Leuchter's original equipment by the Wiechert Company of Fort Smith Arkansas per the enclosed letter.

We are of the opinion these modifications, particularly (c) and (f) are dangerous and inconsistent withh proper Execution Technology and Procedure. These modifications may result in 'tissue cooking'of the executee and further, fibrillation of the executees heart resulting in failure to execute and a brain dead vegetable at the conclusion of the execution procedure.

Please be advised the Wiechert modifications void the Leuchter guarantee JVM has assumed. In addition it places the State of Tennessee at risk in terms of failing to properly execute. in the event of the use of said system.

Attachment 33

We bear no legal liability in this matter except to advise you of these conditions and the possibility of torture of the inmate if an execution is carried out with the modified equipment.

Please advise if the Wiechert modifications were in fact carried out on the Leuchter equipment at Riverbend and, if they in fact were, whether you intend to make the necessary changes to restore the equipment to proper operating order, thus reinstating your guarantee and preventing your system from becoming an instrument of torture.

I await your reply on this matter.

Very truly yours,

John V Maye
President

cc: Commissioner of Correction
    Warden, Riverbend Maximum Security Institution

enc.

JVM
CUSTOM
MACHINERY
GROUP
ENGINEERS AND BUILDERS OF CUSTOM MACHINERY

Attachment 33



# JAY WIECHERT MANUFACTURING
### SPECIAL MACHINES · TOOLS · FIXTURES
### INDUSTRIAL CONTROL SYSTEMS
### 719 SOUTH 10TH
### FORT SMITH, ARKANSAS 72901

JAY WIECHERT, Owner
PROFESSIONAL ENGINEER

OFFICE 601 782-6667
FAX 601 782-8178
RES. 802-2664

January 26, 1996

Mr. Bobby Campbell
Associate Warden for Administration
Riverbend Maximum Security Institution
Nashville, TN  37243-0471

Dear Mr. Bobby Campbell:

The following modifications have been make to the Electrocution
System built for the State of Tennessee by Fred A. Leuchter
Associates, Inc.  These modifications were made by Jay Wiechert
and by the technical personnel at Riverbend Maximum Security
Institution.  Work performed by Riverbend employees was examined
and approved by Jay Wiechert.

A.   Components of Electrocution System were consolidated in
     Executioners Room.  Modular Power Supply with meters was
     moved from utility room.  Fused Disconnect Switch was
     mounted on wall near power supply in Executioners Room.

B.   Circuit Breaker (CB3) in Modular Power Supply Cabinet
     was eliminated because normal execution current exceeds
     device rating and would cause unwanted shut-down of
     system.  Circuit is now protected by fuses (incoming power).

C.   The Current Regulation Circuitry was modified to permit
     more amperes to flow during an execution.  Original design
     limited the current flow to four and one-half amps.
     Circuit was modified to allow eight amps of current which
     is consistent with electrocution history.  This was
     accomplished by modifying the existing monitoring circuitry.
     Originally the current transformer in the monitoring
     circuit had nineteen turns of high voltage cable.
     This was changed to eleven turns.

Case 3:18-cv-01234   Document 1-34   Filed 11/02/18   Page 3 of 4 PageID #: 1148

Attachment 8

# JAY WIECHERT MANUFACTURING
## SPECIAL MACHINES · TOOLS · FIXTURES
### INDUSTRIAL CONTROL SYSTEMS
718 SOUTH 10TH
FORT SMITH, ARKANSAS 72901

OFFICE 601 782-5567
FAX 501 782-2178
RES. 896-2554

JAY WIECHERT, Owner
PROFESSIONAL ENGINEER

D.  Ammeter in Power Supply Cabinet was changed to reflect new amperage capability. Full scale is now fifteen amps. Shielding of back-side of meter was added to increase accuracy. Meter is now within view of executioner (see A. above).

E.  The wiring within the Control Console was modified to eliminate the "Test" feature. This was done to prevent energizing the system inadvertently when moving the key switch from the "operate" position to the "off" position.

F.  The automatic timing cycle was adjusted as follows: Originally, the system was energized for two periods of one minute each with a pause of ten or fifteen seconds between. This was changed to 45 seconds ON, 15 seconds OFF, and then 45 seconds ON. The electrical energy provided by this cycle is consistent with other modern execution equipment.

Jay Wiechert
PE #3731

2.