# REPORT OF INVESTIGATION BY COUNTY MEDICAL EXAMINER

MEC 07-2980
State Number: 07-19-1952

**DECEDENT:** Daryl Holton
**RACE:** White  **SEX:** Male  **AGE:** 45 Years  **MARITAL STATUS:** Divorced
**HOME ADDRESS:** 7475 Cockrill Bend Industrial Road TDOC ; Nashville , TN

**OCCUPATION:** Inmate  **DATE OF BIRTH:** 11/23/61

**TYPE OF DEATH:**
- [ ] Apparent Natural/Unattended
- [ ] Casualty
- [x] Homicide/Suspected Homicide
- [ ] In Prison
- [ ] Motor Vehicle
- [ ] Other
- [ ] Suddenly when in apparent health
- [ ] Suicide

Cremation: Y

**COMMENT:** Capital punishment via electric chair. (Cremation Permit Added 9-16-07)
**AGENCY INVESTIGATOR AND COMPLAINT #:** TN Dept. of Corrections

**DESCRIPTION OF BODY:** [ ] Clothed  [ ] Unclothed  [ ] Partly Clothed    Circumcised?
Eyes:  Hair:  Mustache:  Beard:
Weight: (Lbs.)  Length: (In.)  Body Temp:
Rigor?  Livor Color:  Fixed?

## Marks & Wounds

CERTIFIED COPY
Date:
Certified by:
Forensic Medical - Office of the
Medical Examiner, Nashville, TN

| Probable Cause of Death | Manner of Death | | Disposition Of Case |
|---|---|---|---|
| High voltage electrocution | [ ] Accident<br>[ ] Homicide<br>[ ] Suicide<br><br>Cremation Approved: Y | [ ] Natural<br>[ ] Could Not Be Determined<br>[ ] Pending Investigation | Medical Examiner Jurisdiction: Accepted<br>Autopsy Ordered: Autopsy<br>Toxicology: Y<br>Responsible for Death Certificate:<br>  Medical Examiner<br>  Other Physician<br><br>Funeral Home: Hillcrest Funeral Home, |

I hereby declare that after receiving notice of death described herein, I took charge of the body and made inquiries regarding the cause of death in accordance with Section 38-7-101-117 Tennessee Code Annotated and that the information contained herein regarding such death is true and correct to the best of my knowledge and belief.

November 02, 2007    **Davidson**
Date              County of Appointment          Signature of County Medical Examiner

| | Last Seen Alive | Injury or Illness | Death | Discovery | Medical Examiner Notified | View of Body | Police Notified |
|---|---|---|---|---|---|---|---|
| Date | 09/12/2007 | 09/12/2007 | 09/12/2007 | | 09/12/2007 | 09/12/2007 | |
| Time | 01:00 AM | 01:00 AM | 01:25 AM | | 01:28 AM | | |

| | Location | City or County | Type of Premises (hospital, hotel, highway, etc.) |
|---|---|---|---|
| Injury or onset of illness | 7475 Cockrill Bend Blvd. | Nashville, TN | Prison |
| Death | 7475 Cockrill Bend Blvd. | Nashville | Prison |
| Viewing of body by Medical Examiner | 850 R.S. Gass Blvd. | Nashville | Center For Forensic Medicine |

MEDICAL ATTENTION AND HOSPITAL, INSTITUTIONAL CARE OR HOME HEALTH CARE

| Name of Physician or Institution | Address | Diagnoses | Dates |
|---|---|---|---|
| | | | - |

(35) CIRCUMSTANCES OF DEATH

| | Name | Address |
|---|---|---|
| Found Dead By | | |
| Last Seen Alive By | Warden Ricky Bell | 7475 Cockrill Bend Blvd. ; Nashville, TN 37243 |
| Witness to Injury or Illness | Warden Ricky Bell | 7475 Cockrill Bend Blvd. ; Nashville, TN 37243 |
| Witness to Death | Dr. Frank Thomas | |
| Next of Kin | Marie Sanders | |

(36) NARRATIVE SUMMARY OF CIRCUMSTANCES SURROUNDING DEATH

Reportedly this 45 y.o. W/M who was an inmate with the Tennessee Department of Corrections had his death sentence carried out via electrocution in the electric chair very near 01:00 on 9/12/2007. Warden Ricky Bell and other witnesses were present at the time. Death was pronounced by a physician at 01:25 at the Riverbend Maximum Security Prison. The body was viewed and photographed while in the execution chamber by Dr. Bruce Levy and myself. The body was next transported by MTRS personnel to the Center for Forensic Medicine for an examination by the medical examiner. Lance V. Long      09/12/2007

TENNESSEE DEPARTMENT OF HEALTH AND ENVIRONMENT
OFFICE OF THE STATE MEDICAL EXAMINER
Center for Forensic Medicine
850 R.S. Gass Blvd.
Nashville, Tennessee 37216-2640

CASE: MEC07-2980
County: DAVIDSON

## AUTOPSY REPORT

**NAME OF DECEDENT:** HOLTON, DARYL KEITH    **RACE:** W    **SEX:** M    **AGE:** 45

**HOME ADDRESS:** TDOC, 7475 Cockrill Bend Ind. Drive., Nashville TN

**DATE AND TIME OF DEATH:** September 12, 2007 at 1:25 a.m.

**DATE AND TIME OF AUTOPSY:** September 12, 2007 at 9:00 a.m.

**COUNTY MEDICAL EXAMINER:** Bruce P. Levy, M.D.

   **ADDRESS:** 850 R.S. Gass Blvd., Nashville, TN 37216-2640

**DISTRICT ATTORNEY GENERAL:** Honorable Victor S. Johnson

   **ADDRESS:** Washington Square, Suite 500, 222 2nd Avenue North, Nashville, TN 37201

### PATHOLOGIC DIAGNOSES

1. High voltage electrocution:

    a. Thermal burns (first/second degree) of head and extremities.

2. Atherosclerotic cardiovascular disease:

    a. Cardiac hypertrophy (410 grams).
    b. Aortic atherosclerosis, slight.
    c. Coronary artery atherosclerosis, slight.

3. Pulmonary vascular congestion and anthracosis (1310 grams together).

**CAUSE OF DEATH:** High voltage electrocution

**MANNER OF DEATH:** Homicide

**CIRCUMSTANCES OF DEATH:** Judicial execution

Case 3:18-cv-01234   Document 1-37   Filed 11/02/18   Page 3 of 11 PageID #: 1263

Attachment 36

*I hereby certify that I, Bruce P. Levy, M.D. have performed an autopsy on the body of Daryl Keith Holton on the 12th day of September 2007 at 9:00 a.m. in the State of Tennessee Center for Forensic Medicine. The purpose of this report is to provide a certified opinion to the County Medical Examiner and District Attorney General. The facts and findings to support these conclusions are filed with the Tennessee Department of Health.*

## EXTERNAL EXAMINATION

The body is that of a well-developed, well-nourished white male, measuring 71 inches and weighing 181 pounds, whose appearance is consistent with the reported age of 45 years. The head hair is shaved. The face is clean-shaven. There is blanching vascular congestion of the upper torso and head. The irides are blue and the pupils are round. The sclerae are anicteric and the conjunctivae are congested without petechiae. Tache noire is present bilaterally. The ears, nose and mouth are unremarkable. There is no significant quantity of foreign material in the mouth or nose. Natural teeth are in poor repair.

The anterior torso is symmetric with a flat abdomen. The posterior torso is unremarkable. The upper extremities are symmetric and unremarkable. The lower extremities are symmetric with superficial varicosities, otherwise unremarkable. External genitalia are those of a circumcised male with descended testes.

Rigor mortis is full and symmetric. Livor mortis is purple in color, posterior in distribution, and blanching. The body is warm to touch.

**THERAPEUTIC PROCEDURES:** None.

**SCARS:** There are no significant scars on the body.

**TATTOOS:** None.

**INJURIES:**

**THERMAL BURNS:** There are multiple areas of thermal burns on the body. They consist of erythema of the skin with focal areas of blistering, but without full thickness burns. Less than one percent of the total body surface area is involved. The areas of burning include above and behind the left ear, above the right ear, the right side of the forehead, the anterior and posterior portions of the neck, the right lower portion of the back, both hands, the posterior aspect of the right thigh, the left popliteal fossa, the anterior and posterior aspects of both calves.

**SUPERFICIAL BLUNT FORCE INJURIES:** There is a 1 x 1/2 inch area of linear superficial abrasions on the left temporal aspect of the scalp adjacent to the thermal burns noted above. There is a 1/8 inch abrasion on the right side of the forehead just above the medial aspect of the right eyebrow. There are a few scattered abrasions at the vertex and upper occipital aspects of the scalp that measure a maximum of 1/8 inch in dimension each. There is a 1/8 x 1/16 inch abrasion on the right side of the chin.

There is a 3 x 3/16 inch dry appearing yellow/brown colored abrasion on the anterior and inner aspects of the left upper arm. There is a 1 x 3/4 inch blue/yellow colored contusion on the posterior aspect of the left forearm. There are multiple small abrasions on the anterior aspect of the right calf


that measure a maximum of 1/8 inch in dimension each. There are two red colored contusions on the dorsum of the right foot that measure 1/8 inch and 3/16 inch, respectively.

*The above injuries, having been described, will not be repeated.*

## INTERNAL EXAMINATION

**HEAD**:　　The scalp is unremarkable without abrasions, contusions or lacerations. The skull is intact without fracture. The meningeal coverings of the brain are intact without epidural, subdural or subarachnoid hemorrhages.

The 1690 gram brain is symmetric with an unremarkable gyral pattern. There are no visible injuries on the surface or cut section of the brain. The distribution of cranial nerves at the base of the brain is normal. The cerebral vessels are unremarkable and normally distributed. Coronal sections through the cerebral hemispheres reveal a normal distribution of gray and white matter without focal lesions. The ventricles are of normal configuration and size. Horizontal sections through the cerebellum and brain stem reveal a normal distribution of gray and white matter without focal lesions.

**NECK**:　　There are no hemorrhages into the musculature or soft tissues of the neck. The hyoid, larynx, and trachea are intact without obstructions. The tongue is unremarkable without injury. The cervical vertebrae are palpably intact.

**BODY CAVITIES**:　　All organs are in their normal anatomic locations. The pleural, pericardial, and peritoneal cavities have smooth and glistening surfaces. Typical quantities of translucent fluid are present within the body cavities.

**CARDIOVASCULAR SYSTEM**:　　The great vessels are normally distributed without thromboemboli. There are slight atherosclerotic deposits of the aorta. The coronary artery ostia are normally placed and free of significant atherosclerotic obstruction.

The 410 gram heart has a smooth, glistening, intact epicardial surface. The right dominant coronary arteries are normally distributed and contain slight atherosclerotic deposits in the left anterior descending and right coronary arteries with maximal occlusions less than 50 percent. The left circumflex artery is free of significant atherosclerotic deposits. The myocardium is homogeneous red-brown in color without focal lesions. The left and right ventricles are 1.3 and 0.3 cm. in thickness at the lateral walls, respectively, and symmetric. The endocardial surfaces and four cardiac valves are unremarkable. The papillary muscles and chordae tendineae are normal. The mitral and tricuspid valves measure 11.4 and 13.2 cm. in circumference, respectively.

**RESPIRATORY SYSTEM**:　　The right and left lungs weigh 700 and 610 grams, respectively. The lungs are normally lobated. The pleural surfaces are glistening and intact with black anthracotic pigment deposits. The pulmonary arteries are free of thromboemboli. The bronchi are unremarkable. The parenchyma is pink/tan in color and well aerated without focal lesions or consolidations. There is vascular congestion in dependent segments.

**DIGESTIVE SYSTEM AND LIVER**:　　The esophagus is unremarkable with a sharp gastroesophageal junction. The unremarkable stomach contains approximately 25 ml. of translucent liquids. The duodenum, small intestines, appendix, and large intestines are unremarkable.

The 1760 gram liver has a smooth, intact capsule. The parenchyma is red-brown in color and soft without focal lesions. The unremarkable gallbladder contains approximately 12 ml. of bile. The extrahepatic bile ducts are patent and unremarkable. The pancreas is unremarkable.

**RETICULOENDOTHELIAL SYSTEM:** The 200 gram spleen is unremarkable. There is a normal distribution of unremarkable lymph nodes. The thymus gland is involuted.

**GENITOURINARY SYSTEM:** The kidneys weigh 200 grams each. The subcapsular surfaces are smooth. The cortices are of normal thickness with sharp corticomedullary junctions. The calices, pelves, and ureters are patent and unremarkable. The unremarkable urinary bladder contains approximately 20 ml. of urine.

The testes, prostate gland and seminal vesicles are unremarkable.

**ENDOCRINE SYSTEM:** The pituitary, thyroid, parathyroid and adrenal glands are unremarkable.

**MUSCULOSKELETAL SYSTEM:** The musculoskeletal system is intact and unremarkable. There are appropriate quantities of subcutaneous and intra-cavity adipose tissue.

**TOXICOLOGY:** The following specimens are submitted for possible toxicologic analysis: Blood, bile, urine and vitreous humor. A separate report will be issued.

**HISTOLOGY:** The following specimens are submitted for histologic examination: Heart, lungs, liver, kidney and brain. A separate report will be issued.

## SUMMARY OF CASE

This 45-year-old male was executed in the early-morning hours of September 12, 2007 by electrocution. An autopsy was ordered.

Autopsy revealed first and second degree thermal burns of the body consistent with the electrocution. There were a few others scattered superficial injuries. The heart was slightly enlarged with slight atherosclerotic deposits in the aorta and coronary arteries. There were no other significant injuries or pathology. Specimens were obtained for toxicology and histology studies.

In my opinion, this person died as a result of a high voltage electrocution. The manner of death is homicide.

Signature _____    Date  10/29/07
Bruce P. Levy, M.D.
Chief Medical Examiner

BPL/lmr
T: 10/3/2007

# OFFICE OF THE MEDICAL EXAMINER
# FORENSIC MEDICAL

## REPORT OF MICROSCOPIC EXAMINATION

**Name of Deceased:** HOLTON, DARYL     MEC07-2980

**Date of Report:** October 30, 2007

**HEART:** Sections of both ventricles are examined. The epicardial surfaces of both ventricles are unremarkable. The myocardium of both ventricles and interventricular septum is unremarkable without significant ischemic or inflammatory changes. The endocardial surfaces are unremarkable.

**LUNGS:** Sections of both lungs are examined. The overall architecture of the lungs is normal with variable atelectasis and hyperexpansion of pulmonary segments. The pleural surfaces are unremarkable. There is vascular congestion of the otherwise unremarkable pulmonary vessels with focal areas of alveolar hemorrhage. The bronchi are unremarkable without significant inflammation or foreign material. The alveolar walls are thin and delicate, and the alveoli are free of significant inflammation.

**LIVER:** The liver capsule is unremarkable. Hepatocytes consist of a granular cytoplasm without significant inclusions or vacuoles. There is no significant hepatocyte necrosis. Portal areas are unremarkable without a significant increase in inflammation. Portal areas are congested, otherwise unremarkable.

**KIDNEY:** The overall architecture of the kidney is unremarkable. Glomeruli and tubules are unremarkable. There is vascular congestion. The urinary collecting system is lined by unremarkable transitional epithelium.

**BRAIN:** Sections of the cerebral cortex, basal ganglia, cerebellum and brainstem are examined. The arachnoid membranes are congested without hemorrhage or inflammation. There is normal layering of the cerebral cortex without significant ischemic, inflammatory or neoplastic changes. White matter tracts appear unremarkable. The architecture of the hippocampus is unremarkable without significant ischemic change. The overall architecture of the cerebellum is unremarkable. Purkinje and granular cell layers are present without significant ischemic change. A section through the medulla reveals a normal distribution of white matter tracts and deep nuclei without significant ischemic, inflammatory or neoplastic changes.

_____
Bruce P. Levy, M.D.



# AEGIS
## SCIENCES CORPORATION
345 Hill Avenue Nashville, TN 37210
Ph: (615) 255-2400 Fax: (615)255-3030 Web: www.aegislabs.com

| | | | |
|---|---|---|---|
| **Client:** | 225 - Forensic Medical | **Case ID:** | 07-2980 |
| **Report To:** | Dr. Bruce Levy | **Laboratory ID:** | 4348928 |
| | Forensic Medical | **Collected:** | 09/12/07 00:00 |
| | 850 RS Gass Blvd | **Received:** | 09/13/07 11:12 |
| | Nashville, TN 37216 | **Completed:** | 09/24/07 13:48 |
| | | **Reported:** | 09/24/07 16:53 |
| **Reason:** | Post-mortem | | |
| **Specimen Type:** | Femoral Blood | | |

Holton, Daryl

**Test(s) Ordered:** 40599 - Profile-ME Comprehensive

| Drug Class | Result | Quantitation | Reporting Threshold |
|---|---|---|---|
| Alcohol - Volatiles | NEGATIVE | | 10 mg/dL |
| Acetaminophen | NONE DETECTED | | 10 mcg/mL |
| Amphetamines | NONE DETECTED | | 50 ng/mL |
| Stimulants | NONE DETECTED | | 50 ng/mL |
| Barbiturates | NONE DETECTED | | 200 ng/mL |
| Meprobamate | NONE DETECTED | | 200 ng/mL |
| Methadone | NONE DETECTED | | 50 ng/mL |
| Benzodiazepines | NONE DETECTED | | 25 ng/mL |
| Cannabinoids (Marijuana) | NONE DETECTED | | 1 ng/mL |
| Cocaine Metabolite | NONE DETECTED | | 10 ng/mL |
| Opiates | NONE DETECTED | | 100 ng/mL |
| Meperidine | NONE DETECTED | | 100 ng/mL |
| Fentanyl Analogues | NONE DETECTED | | 1 ng/mL |
| Propoxyphene | NONE DETECTED | | 100 ng/mL |
| Pentazocine | NONE DETECTED | | 100 ng/mL |
| Phenothiazines | NONE DETECTED | | 1 ng/mL |
| Salicylate | NONE DETECTED | | 50 mg/L |
| Tricyclic Antidepressants | NONE DETECTED | | 50 ng/mL |
| Atypical Antidepressants | NONE DETECTED | | 10 ng/mL |
| Antipsychotics | NONE DETECTED | | 2 ng/mL |
| Miscellaneous | NONE DETECTED | | 0.25 ng/mL |

I certify that the specimen identified by this accession number has been handled and analyzed in accordance with all applicable requirements.

Certified by: _____ TRAVIS E CURTIS, MS
Date:

SEP 25 2007       ----- END OF REPORT -----

Page 1 of 1



# AEGIS
## SCIENCES CORPORATION
345 Hill Avenue Nashville, TN 37210
Ph: (615) 255-2400 Fax: (615)255-3030 Web: www.aegislabs.com

| | | | |
|---|---|---|---|
| **Client:** | 225 - Forensic Medical | **Case ID:** | 07-2980 |
| **Report To:** | Dr. Bruce Levy | **Laboratory ID:** | 4348929 |
| | Forensic Medical | **Collected:** | 09/12/07 00:00 |
| | 850 RS Gass Blvd | **Received:** | 09/13/07 11:12 |
| | Nashville, TN  37216 | **Completed:** | 09/13/07 11:13 |
| | | **Reported:** | 09/24/07 16:53 |
| **Reason:** | Post-mortem | | |
| **Specimen Type:** | Heart Blood | | |

**Test(s) Ordered:**   49999 - Sample Received

| **Drug Class** | **Result** | **Quantitation** | **Reporting Threshold** |
|---|---|---|---|

Testing not requested or indicated.

Testing not requested or indicated.

I certify that the specimen identified by this accession number has been handled and analyzed in accordance with all applicable requirements.

Certified by: _____  TRAVIS E CURTIS, MS
Date: SEP 2 5 2007

----- END OF REPORT -----

Page 1 of 1



# AEGIS
## SCIENCES CORPORATION
345 Hill Avenue Nashville, TN 37210
Ph: (615) 255-2400 Fax: (615)255-3030 Web: www.aegislabs.com

| | | | |
|---|---|---|---|
| **Client:** | 225 - Forensic Medical | **Case ID:** | 07-2980 |
| **Report To:** | Dr. Bruce Levy | **Laboratory ID:** | 4348930 |
| | Forensic Medical | **Collected:** | 09/12/07 00:00 |
| | 850 RS Gass Blvd | **Received:** | 09/13/07 11:12 |
| | Nashville, TN 37216 | **Completed:** | 09/13/07 11:14 |
| | | **Reported:** | 09/24/07 16:53 |
| **Reason:** | Post-mortem | | |
| **Specimen Type:** | Bile | | |

**Test(s) Ordered:** 49999 - Sample Received

| **Drug Class** | **Result** | **Quantitation** | **Reporting Threshold** |
|---|---|---|---|

Testing not requested or indicated.

```
Testing not requested or indicated.

I certify that the specimen identified by this accession number has been
handled and analyzed in accordance with all applicable requirements.

Certified by:                       TRAVIS E. CURTIS, MS
Date:
                    -----  END OF REPORT  -----
```

SEP 25 2007

Page 1 of 1

Case 3:18-cv-01234   Document 1-37   Filed 11/02/18   Page 10 of 11 PageID #: 1270

**Attachment 36**



# AEGIS
## SCIENCES CORPORATION
345 Hill Avenue Nashville, TN 37210
Ph: (615) 255-2400 Fax: (615)255-3030 Web: www.aegislabs.com

| | | | |
|---|---|---|---|
| **Client:** | 225 - Forensic Medical | **Case ID:** | 07-2980 |
| **Report To:** | Dr. Bruce Levy | **Laboratory ID:** | 4348931 |
| | Forensic Medical | **Collected:** | 09/12/07 00:00 |
| | 850 RS Gass Blvd | **Received:** | 09/13/07 11:12 |
| | Nashville, TN 37216 | **Completed:** | 09/17/07 09:37 |
| | | **Reported:** | 09/24/07 16:53 |
| **Reason:** | Post-mortem | | |
| **Specimen Type:** | Vitreous | | |

**Test(s) Ordered:** 42197 - Vitreous Electrolyte Profile

| Drug Class | Result | Quantitation | Reporting Threshold |
|---|---|---|---|
| Vitreous Electrolyte Profile | POSITIVE | | |
|   Glucose | NONE DETECTED | | 20 mg/dL |
|   Blood Urea Nitrogen (BUN) | POSITIVE | 8 mg/dL | 1 mg/dL |
|   Sodium (Na) | POSITIVE | 142 mmol/L | 1 mmol/L |
|   Potassium (K) | POSITIVE | 6 mmol/L | 1 mmol/L |
|   Chloride (Cl) | POSITIVE | 117 mmol/L | 1 mmol/L |
|   Carbon Dioxide ($CO_2$) | POSITIVE | 12 mmol/L | 1 mmol/L |
|   Creatinine | POSITIVE | 1.3 mg/dL | 0.1 mg/dL |

I certify that the specimen identified by this accession number has been handled and analyzed in accordance with all applicable requirements.

Certified by: _____  TRAVIS E. CURTIS, MS
Date:

SEP 2 5 2007     ----- END OF REPORT -----

Page 1 of 1

Case 3:18-cv-01234   Document 1-37   Filed 11/02/18   Page 11 of 11 PageID #: 1271

Attachment 36