# Commonwealth of Virginia
## Department of Health
### Office of the Chief Medical Examiner
CENTRAL DISTRICT
400 EAST JACKSON STREET RICHMOND, VA 23219

Case Number: **C2017-63212**

## REPORT OF INVESTIGATION

**Decedent**: RICKY (First Name) JAVON (Middle Name) GRAY (Last Name) — Suffix Sr, Jr, III, etc

**SSN**: 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

**Home Address**: GREENSVILLE CORRECTIONAL CENTER (Number and Street) JARRATT, VA 23870 (City, State, Zip)

**Age**: 39 Yrs  **DOB**: 3/9/1977  **Sex**: MALE  **Last Known Occupation**: PRISONER

**Race**: BLACK  **Hispanic?**: NO  **Marital Status**: WIDOWED

**MEDICAL EXAMINER AUTHORITY**: VIOLENT OR UNNATURAL

**Police Notified**: YES  **Investigator**: TALBOT  **Phone**: (434) 535-7000  **Jurisdiction**: DOC-GREENSVILLE

| | DATE (MM/DD/YY) | TIME (24h) | LOCATION | CITY/ COUNTY | BY WHOM |
|---|---|---|---|---|---|
| LAST KNOWN ALIVE | 1/18/2017 | 2142 | GREENSVILLE CORRECTIONAL CENTER | GREENSVILLE COUNTY, VA | CORRECTIONAL STAFF, OTHER |
| EVENT/ INJURY ACUTE ILLNESS | 1/18/2017 | 2142 | GREENSVILLE CORRECTIONAL CENTER | GREENSVILLE COUNTY, VA | CORRECTIONAL STAFF, OTHER |
| FOUND | 1/18/2017 | 2142 | GREENSVILLE CORRECTIONAL CENTER | GREENSVILLE COUNTY, VA | CORRECTIONAL STAFF, OTHER |
| DEATH/ PRONOUNCED | 1/18/2017 | 2142 | GREENSVILLE CORRECTIONAL CENTER | GREENSVILLE COUNTY, VA | CORRECTIONAL STAFF |
| EXAMINATION OF BODY | 1/19/2017 | 0915 | 400 EAST JACKSON STREET | RICHMOND, VA | DR. HAYS |

**Cause of Death**: LETHAL INJECTION OF DRUGS DUE TO JUDICIAL EXECUTION

**Autopsy (Y/N)**: Y
**Authorized by**: ASSISTANT CHIEF MEDICAL EXAMINER
**Pathologist**: HAYS, MICHAEL
**Autopsy No**: C0041-17
**Location**: CENTRAL OCME

**Manner of Death**: HOMICIDE

This case was reviewed by:

19-Apr-2017 0829 — Date/Time — JEFFERY GOFTON — Name of Assistant Chief Medical Examiner — Signature of Assistant Chief Medical Examiner

18-Apr-2017 2352 — Date/Time — WILLIAMS-AMADO, SANDRA — Name of Reviewing Medicolegal Death Investigator

A COPY TESTE: JUL 0 3 2018

CME1_1E/ REV 10/09

| | | | | MEDICAL HISTORY | | | |
|---|---|---|---|---|---|---|---|
| ☑none known | ☐alcoholism | ☐cirrhosis | ☐hepatitis | ☐drug abuse | ☐asthma | ☐bronchitis | ☐emphysema |
| ☐seizure disorder (cause) _____ | | | ☐cancer _____ | | ☐diabetes | ☐hypertension | ☐atherosclerosis |
| ☐stroke ☐psychiatric diagnosis (specify) _____ | | | | | ☐depression | ☐dementia (specify) _____ | |
| ☐recent trauma (specify) _____ | | | | | | | ☐hip fracture |
| ☐acute infections (specify) _____ | | | | ☐HIV/AIDS | ☐COPD | ☐obesity | ☐tobacco |
| ☐other (specify): | | | | | | | |

**Treating MD** _____ **Phone#** _____

**Hospitalizations (when/where)**

**Medications**

**Tox requested: YES**

**Summary of Circumstances:**
This 39 year old inmate underwent a court-ordered execution by lethal injection. The postmortem examination showed no trauma. Postmortem drug testing showed the presence of midazolam and rocuronium in his system.

Decedent: RICKY JAVON GRAY

CME1_1E/ REV 10/09

**DEPARTMENT OF HEALTH**
**OFFICE OF THE CHIEF MEDICAL EXAMINER**
**400 EAST JACKSON STREET**
**RICHMOND, VIRGINIA 23219**

Autopsy: 0041-17
File#: C2017-63212
Date/Day: 01/19/17 - Thursday
Time: 0915 hours

**REPORT OF AUTOPSY**

**DECEDENT** Ricky Gray

**Autopsy Authorized by:** Dr. Michael Hays, M.E. for Greensville County.

| BODY IDENTIFIED BY: | PERSONS PRESENT AT AUTOPSY: |
|---|---|
| Department of Corrections | J. Banning, Jeffery Gofton, M.D. |

**Rigor:** complete  **Livor:** purple  **Distribution:** posterior and blanching
**Age:** 39  **Race:** black  **Sex:** male  **Length:** ~ 68"  **Weight:** ~ 308 lbs.  **Eyes:** brown  **Hair:** brown/gray  **Mustache:** yes
**Beard:** yes  **Circumcised:** yes  **Body Heat:** refrigerated

**CLOTHING, PERSONAL EFFECTS, EXTERNAL WOUNDS, SCARS, TATTOOS, OTHER IDENTIFYING FEATURES:**

**CLOTHING:** The decedent is received clad in a pair of blue jeans, a shirt, and a pair of boxer shorts. All clothing is receipted as evidence.
**PERSONAL EFFECTS:** The decedent is received with elastic bandages binding the wrists and ankles. A bed sheet is present in the body bag. All personal effects are receipted as evidence.
**EXTERNAL EXAMINATION:** The body is that of a well-developed, well-nourished, adult male with an overall appearance consistent with the reported age. The corneae are clear and the sclerae are white and unremarkable. The conjunctivae are pink and without petechiae. The dentition is natural. The external and mucosal aspects of the lips are without injury. The facial skeleton is palpably intact. The nares and external auditory canals are free of foreign material. Blood-tinged fluid is present from the mouth. The neck is symmetrical and has a range of mobility within normal limits. The chest and back are symmetrical and atraumatic. The abdomen is protuberant and unremarkable. The hands are received unbagged. There is no evidence of blood or injury on the hands or forearms. A ¼ inch abrasion is present on the posterior aspect of the right ankle. The lower extremities are otherwise symmetrical and atraumatic.
**SCARS:** Linear scar on the anterior aspect of the right shoulder; irregular scar on the left eyebrow.
**TATTOOS:** "Coolie High" on right arm.
**MARKS OF MEDICAL INTERVENTION:** IV in the right antecubital fossa with attached empty bag of 0.9% sodium chloride; IV in the left antecubital fossa with attached bag of 0.9% sodium chloride with approximately 600 ml remaining; two puncture marks in the right antecubital fossa; two puncture marks in the left antecubital fossa; EKG leads over the chest and abdomen.
**HISTORY:** Judicial execution.

**PATHOLOGICAL DIAGNOSES:**

Lethal injection of drugs due to judicial execution.
    Postmortem toxicology (iliac blood) –
        Rocuronium 4100 ng/mL
        Midazolam 1.5 mg/L
        Alpha-Hydroxymidazolam present
        Diazepam present, less than 0.010 mg/L
        Nordiazepam 0.021 mg/L

Pulmonary edema (combined weight 1,601 grams).

Hypertensive and atherosclerotic cardiovascular disease.
    Coronary artery disease, two-vessel, mild to moderate.
    Cardiomegaly (526 grams).
    Mild aortic atherosclerosis.
    Hypertensive change of the kidneys.

Hepatosplenomegaly.

Macrovesicular steatosis.

**Cause of Death:** Lethal injection of drugs due to judicial execution.

Final Report: 4/7/2017

The facts stated herein are true and correct to the best of my knowledge and belief.

Date Signed: 4/7/17
Place of Autopsy: Richmond City
Signature of Pathologist: Michael Hays, M.D.

A COPY TESTE: JUL 0 3 2018

| | |
|---|---|
| SEROUS CAVITIES: | Smooth and glistening with no adhesions or abnormal fluid collections. The organs are in their usual anatomic locations. |
| HEART: | 526 grams. The epicardial surface is smooth and glistening. The heart appears grossly enlarged. The coronary arteries arise in the usual fashion and follow their typical distributions. The left anterior descending artery demonstrates approximately 60% atherosclerotic narrowing while the right coronary artery demonstrates approximately 40% narrowing. The remainder of the coronary vasculature is free of any significant stenosis. Serial sections through the heart demonstrate red/brown, firm myocardium with no focal lesions seen. The left ventricle measures 1.3 cm in thickness, while the interventricular septum and right ventricle measure 1.4 cm in and 0.3 cm, respectively. The atrial and ventricular septa are intact. The valves are unremarkable. |
| AORTA: | Intact with mild atherosclerosis noted. All major vascular ostia are probe patent. |
| NECK ORGANS: | Soft tissues and strap muscles of the neck are unremarkable and without evidence of injury. The hyoid bone and laryngeal cartilages are intact. The thyroid gland is unremarkable. |
| LUNGS: | Right – 886 grams, left – 715 grams. The upper airways contains foamy liquid. The pleural surfaces are smooth and glistening with scattered reticular anthracosis. Cut sections through the lungs demonstrate soft, red/purple parenchyma which exudes an abundant amount of fluid on cut surfaces. No focal lesions are seen. The pulmonary arteries are patent and without thrombus or embolus. |
| LYMPH NODES: | Within normal limits. |
| LIVER: | 2,158 grams. Intact capsule covering moderately congested, red/brown parenchyma. The cut surfaces exhibits neither focal lesions nor evidence of fatty change or cirrhosis. |
| GALLBLADDER: | Contains a moderate amount of green/yellow bile. Unremarkable mucosa with no evidence of stones. |
| SPLEEN: | 233 grams. Intact capsule covering moderately firm, unremarkable parenchyma. |
| PANCREAS: | Tan/yellow, lobulated cross-sections with normal architecture. |
| ADRENAL GLANDS: | Within normal limits. |
| GI TRACT: | The tongue has no evidence of injury. The esophagus is unremarkable. The stomach exhibits the usual rugal folds and contains approximately 50 ml of brown chyme. The small and large bowel are unremarkable. The appendix is present. |
| KIDNEYS: | Right – 217 grams, left – 231 grams. The capsules strip easily to reveal smooth, regular contours. The renal parenchyma is red/brown with well-demarcated corticomedullary junctions. The pelvises and ureters are unremarkable and without evidence of distension. |
| BLADDER: | Contains a moderate amount of translucent, yellow urine. The mucosa is pink/white and unremarkable. |
| GENITALIA: | The internal genitalia are grossly unremarkable and appropriate for age. |
| BRAIN & MENINGES: | 1,286 grams. The dura mater is intact. The leptomeninges are thin and delicate. There is no evidence of epidural, subdural, or subarachnoid hemorrhage. The vessels at the base of the brain are intact and unremarkable. Serial sections through the cerebral hemispheres demonstrate a regular cortical ribbon with crisp gray/white junctions. No focal lesions are seen. The lateral ventricles are of the usual caliber. Serial sections through the brainstem and cerebellum are within normal limits. |
| MUSCULOSKELETAL: | No bone or joint abnormalities are present. The skeletal muscle is red/tan and moist with a mass appropriate for the decedent's age and sex. |

MICROSCOPIC SECTIONS: Heart, lung, liver, kidney, brain.

---

**OTHER LAB PROCEDURES:** PHOTO x  MICRO x  TOX x  X-RAY   FINGERPRINTS x  DENTAL   DNA x  GSR   PERK
HIV   HEPATITIS   BACTERIOLOGY   VIROLOGY   ACCELERANTS   OTHER

DISPOSITION OF EVIDENCE:
**TOXICOLOGY** – Vitreous, iliac blood x2, and urine to DFS; iliac blood to NMS.
**OCME** – EDTA, tiger top, liver, and bile.
**INVESTIGATOR** – Clothing and personal effects.
**FUNERAL HOME** – None.

## MICROSCOPIC DESCRIPTION AND CASE SUMMARY on AUTOPSY #0041-17

**HEART:** Mild interstitial fibrosis.

**LUNG:** Severely congested and focally edematous pulmonary parenchyma with extravasated red cells present in the airspaces. Anthracotic pigment deposition is noted.

**LIVER:** Congested hepatic tissue with normal architectural features and a moderate degree of macrovesicular steatosis. Scant periportal mononuclear inflammation is present.

**KIDNEY:** Appropriately organized renal parenchyma with hypertensive change.

**BRAIN:** Examination of the cerebral cortex and cerebellum shows normal microanatomy. Mild, acute hypoxic-ischemic changes are present throughout.

**SUMMARY:**

According to report, this thirty-nine year old black male was an inmate at Greensville Correctional Center that was sentenced to death by lethal injection. This sentence was carried out on 1/18/2017.

Autopsy examination revealed puncture marks and IV access in the bilateral antecubital fossae. Postmortem toxicology showed the presence of the short-acting benzodiazepine midazolam and its metabolite, alpha-hydroxymidazolam. The neuromuscular blocker rocuronium was present at a therapeutic level. The decedent's prescribed diazepam and its metabolite, nordiazepam, were also detected. Potassium levels cannot be evaluated as they are obscured by post-mortem cell death. There was no evidence of traumatic injury.

Incidental natural pathology included hypertensive and atherosclerotic cardiovascular disease and fatty change of the liver.

**CAUSE OF DEATH:**

Lethal injection of drugs due to judicial execution.

**MANNER OF DEATH:**

Homicide.





Commonwealth of Virginia
## DEPARTMENT OF FORENSIC SCIENCE

### CERTIFICATE OF ANALYSIS

ORIGINAL

February 17, 2017

Central Laboratory
700 North 5th Street
Richmond, VA 23219

Tel. No.: (804) 786-4707
Fax: (804) 786-6907

TO: MICHAEL HAYS, M.D.
OFFICE OF THE CHIEF MEDICAL EXAMINER
400 EAST JACKSON STREET
RICHMOND, VA 23219

FS Lab # C17-812

Your Case #: C2017-63212, C0041-17

Victim(s): GRAY, Ricky

Suspect(s): - - -

Evidence Submitted By: Scott Banning

Date Received: 01/20/2017

Item TX1  Two (2) vials of iliac blood
Item TX2  One (1) vial of vitreous
Item TX3  One (1) vial of urine

RESULTS:

Item TX1
Iliac Blood:
  Ethanol none detected
  Midazolam 1.5 mg/L
  Alpha-Hydroxymidazolam present
  Diazepam present, less than 0.010 mg/L
  Nordiazepam 0.021 mg/L
  No other drugs and/or drug classes were detected.

Item TX1 was screened for the following drugs and/or drug classes:
Ethanol, methanol, acetone, isopropanol, cocaine/benzoylecgonine, opiates, oxycodone/oxymorphone, methamphetamine/methylenedioxymethamphetamine (MDMA), phencyclidine, barbiturates, benzodiazepines, carisoprodol/meprobamate, fentanyl, methadone, zolpidem.

Item TX2
Vitreous:
  Not analyzed

Item TX3
Urine:
  Not analyzed

See attached document for Uncertainty of Measurement reporting.

DFS -70 -005 (Rev. 7/05)

Page 1 of 2



## Commonwealth of Virginia
## DEPARTMENT OF FORENSIC SCIENCE

### CERTIFICATE OF ANALYSIS

ORIGINAL

Office of the Chief Medical Examiner
FS Lab # C17-812
Your Case # C2017-63212, C0041-17
February 17, 2017

Supporting examination documentation is maintained in the case file. The evidence is being returned to the Office of the Chief Medical Examiner.

Attest:

I certify that I performed the above analysis or examination as an employee of the Department of Forensic Science and that the above is an accurate record of the results and interpretations of that analysis or examination.

Cailin Delaney
Forensic Scientist

CLD/lb
22m



# COMMONWEALTH of VIRGINIA
## DEPARTMENT OF FORENSIC SCIENCE

Attachment: Uncertainty of Measurement (UoM)
FS Lab #: C17-812

TX1  Midazolam  $1.5 \pm 0.3$ mg/L
TX1  Nordiazepam  $0.021 \pm 0.004$ mg/L

Measurement uncertainty is reported at a 95.45% level of confidence for all toxicological analyses except blood alcohol or ethanol which is reported at a 99.73% level of confidence.