# Commonwealth of Virginia
## Department of Health
### Office of the Chief Medical Examiner
CENTRAL DISTRICT
400 EAST JACKSON STREET RICHMOND, VA 23219

Case Number: C2017-64386

## REPORT OF INVESTIGATION

**Decedent** WILLIAM CHARLES MORVA
First Name / Middle Name / Last Name / Suffix Sr, Jr, III, etc

**SSN** 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

**Home Address** 219 SHEFFEY LANE  NORTH CHESTERFIELD, VA  23235
Number and Street / City, State, Zip

**Age** 35 Yrs   **DOB** 2/9/1982   **Sex** MALE   **Last Known Occupation** PRISONER

**Race** WHITE   **Hispanic?** NO   **Marital Status** NEVER MARRIED

**MEDICAL EXAMINER AUTHORITY** VIOLENT OR UNNATURAL

**Police Notified** YES   **Investigator** EVERETT   **Phone** (434) 535-7000   **Jurisdiction** DOC-GREENSVILLE

| | DATE (MM/DD/YY) | TIME (24h) | LOCATION | CITY/ COUNTY | BY WHOM |
|---|---|---|---|---|---|
| LAST KNOWN ALIVE | 7/6/2017 | 2115 | GREENSVILLE CORRECTIONAL CENTER | GREENSVILLE COUNTY, VA | PRISON STAFF, OTHER |
| EVENT/ INJURY ACUTE ILLNESS | 7/6/2017 | 2115 | GREENSVILLE CORRECTIONAL CENTER | GREENSVILLE COUNTY, VA | PRISON STAFF, OTHER |
| FOUND | 7/6/2017 | 2115 | GREENSVILLE CORRECTIONAL CENTER | GREENSVILLE COUNTY, VA | PRISON STAFF, OTHER |
| DEATH/ PRONOUNCED | 7/6/2017 | 2115 | GREENSVILLE CORRECTIONAL CENTER | GREENSVILLE COUNTY, VA | DR. MAMONETTE |
| EXAMINATION OF BODY | 7/7/2017 | 0930 | 400 EAST JACKSON STREET | RICHMOND, VA | HUDDLE, LAUREN |

**Cause of Death:**
JUDICIALLY SANCTIONED LETHAL INJECTION

**Manner of Death:** HOMICIDE

**Autopsy (Y/N):** Y
**Authorized by** ASSISTANT CHIEF MEDICAL EXAMINER
**Pathologist** HUDDLE, LAUREN
**Autopsy No** C0455-17
**Location** CENTRAL OCME

This case was reviewed by:

7-Oct-2017 0701   **LAUREN HUDDLE**
Date/Time   Name of Assistant Chief Medical Examiner
Signature of Assistant Chief Medical Examiner

5-Oct-2017 2256   **WILLIAMS-AMADO, SANDRA**
Date/Time   Name of Reviewing Medicolegal Death Investigator

JUL 0 3 2018

CME1_1E/ REV 10/09

| MEDICAL HISTORY | | | | | | | |
|---|---|---|---|---|---|---|---|
| ☐none known | ☐alcoholism | ☐cirrhosis | ☐hepatitis | ☐drug abuse | ☐asthma | ☐bronchitis | ☐emphysema |
| ☐seizure disorder (cause) _____ | | | ☐cancer _____ | | ☐diabetes | ☐hypertension | ☑atherosclerosis |
| ☐stroke ☐psychiatric diagnosis (specify) _____ | | | | | ☐depression | ☐dementia (specify) _____ | |
| ☐recent trauma (specify) _____ | | | | | | | ☐hip fracture |
| ☐acute infections (specify) _____ | | | | ☐HIV/AIDS | ☐COPD | ☐obesity | ☐tobacco |
| ☐other (specify): | | | | | | | |

**Treating MD** _____  **Phone#** _____

**Hospitalizations (when/where)**

**Medications**

**Tox requested:** YES

**Summary of Circumstances:**
Per report, this 35-year-old white male was executed via lethal injection.

Postmortem toxicology revealed a lethal level of midazolam. Results of rocuronium testing by an outside toxicology laboratory will follow in a separate report when complete. Autopsy findings consistent with death due to lethal injection were present to include pulmonary congestion and cerebral hypoxia/ischemia. There was no evidence of infiltration of the intravenous injection sites.

Natural pathology included mild atherosclerosis and coronary artery disease, mild cardiac fibrosis and myxomatous degeneration of the mitral valve.

There was no evidence of additional inflicted trauma.

Decedent: WILLIAM CHARLES MORVA
CME1_1E/ REV 10/09

DEPARTMENT OF HEALTH
OFFICE OF THE CHIEF MEDICAL EXAMINER
400 EAST JACKSON STREET
RICHMOND, VIRGINIA 23219

**Autopsy File#:** C0455-17
**File#:** C2017-64386
**Date/Day:** July 7, 2017, Friday
**Time:** 0930

REPORT OF AUTOPSY

**DECEDENT** WILLIAM MORVA

Autopsy Authorized by: Dr. Huddle, Medical Examiner for DOC-Greensville.

**BODY IDENTIFIED BY:**
Greensville Regional Correctional Center tag, Correctional tag,

**PERSONS PRESENT AT AUTOPSY:**
S. Banning

**Rigor:** Complete **Livor:** Purple/blanching **Distribution:** Posterior
**Age:** 35 **Race:** White **Sex:** Male **Length:** ~68" **Weight:** ~163 lb **Eyes:** Hazel **Hair:** Brown **Mustache:** yes **Beard:** yes
**Circumcised:** No **Body Heat:** Refrigerated

**CLOTHING, PERSONAL EFFECTS, EXTERNAL WOUNDS, SCARS, TATTOOS, OTHER IDENTIFYING FEATURES:**

**CLOTHING:** Wearing one blue prison-issued shirt (received previously cut), one prison-issued pair of jean pants, one prison-issued pair of white boxers. All prison-issued clothing is discarded per COCME protocol.
**PERSONAL EFFECTS:** None.

**EXTERNAL EXAMINATION:** Well developed, well-nourished adult white male. No decomposition is present. The corneae are clear, conjunctivae are pink and without petechiae and the sclerae are white with bilateral tache noire. The oral cavity, external nares and external auditory canals are free of foreign material. The dentition is natural. The facial skeleton is palpably intact. The external and mucosal aspects of the lips are without injury. The neck is symmetrical with a normal range of mobility. The chest and back are symmetrical with a 1/16" red abrasion present on the right side of the chest. The abdomen is flat and without injury. The hands are not received bagged. There is a 1/8" red abrasion present on the right index finger. No additional areas of injury on the hands or forearms. The fingernails are long. The lower extremities are symmetrical and remarkable for a 1" red-brown contusion on the right knee and a 3/4" red-brown contusion on the left knee. Scattered punctate, scabbed, brown abrasions present on the bilateral knees. Multiple healing scabbed brown abrasions ranging up to 1/8" in greatest dimension present at the posteriolateral aspect of the right ankle. The body is received with the wrists and ankles tied with gauze.

**MARKS OF THERAPY:** Three EKG leads present on the anterior torso. IV present in left antecubital fossa with no evidence of infiltration at the IV site. IV present in the right antecubital fossa connected to two bags of normal saline. No evidence of infiltration present at the IV site of the right antecubital fossa. Two loose bags of normal saline with attached IV tubing are received within the body bag.

**SCARS:** None.

**TATTOOS:** None.

**X-RAYS:** None.

**HISTORY:** Lethal injection.

**PATHOLOGICAL DIAGNOSES:**

Judicially sanctioned lethal injection.
    Postmortem toxicology.
        Iliac blood: Ethanol none detected
            **Midazolam 2.3 mg/L**
            **alpha-Hydroxymidazolam present**
            No other drugs and/or drug classes were detected
            *Rocuronium results to follow in a separate report when complete.*
        Viterous: Ethanol none detected
    IV's present in bilateral antecubital fossae with no evidence of infiltration of the puncture sites.
    Pulmonary congestion, bilateral.
    Cerebral hypoxic/ischemic neurons.
    No evidence of additional inflicted trauma.

Natural pathology.
    Mild aortic atherosclerosis.
    Coronary artery disease, one vessel, mild.
    Cardiac perivascular fibrosis, mild.
    Myxomatous degeneration of mitral valve.

**Cause of Death:** Judicially sanctioned lethal injection.

Final Report: 10/5/17

JUL 0 3 2018

The facts stated herein are true and correct to the best of my knowledge and belief.
**Date Signed:** 10/5/17
**Place of Autopsy:** Richmond City
**Signature of Pathologist:** Lauren Huddle, M.D.

| GROSS DESCRIPTION | Page #2 |
|---|---|
| SEROUS CAVITIES: | Smooth with no evidence of adhesions or abnormal collections of fluid. The organs are in their usual anatomic locations. |
| HEART: | 290 grams. The epicardial surface is smooth and glistening. The heart has an unremarkable size and shape. The coronary arteries arise in a right dominant fashion and follow the usual distribution. The proximal left anterior descending coronary artery grossly exhibits 25% eccentric atherosclerotic narrowing. The remaining distribution of arteries exhibits minimal atherosclerotic narrowing. Myocardium is red-brown and unremarkable. The left ventricular wall is 1.0 cm in thickness, while the septum and right ventricle are 1.2 and 2.0 cm respectively. Atrial and ventricular septae are intact. There are gross fibromyxoid changes of the mitral valve. The remaining valves are within normal limits. |
| AORTA: | The aorta exhibits mild atherosclerosis inferior to the renal artery ostia. All major vascular ostia are probe patent. |
| NECK ORGANS: | Soft tissue and strap muscles of the neck are unremarkable and without evidence of injury. The hyoid bone and laryngeal cartilages are intact. The thyroid gland is unremarkable. Thymic tissue is present and unremarkable. |
| LUNGS: | Right – 800 grams, left – 628 grams. Upper airway is notable for a moderate amount of froth. Pleural surfaces are smooth and remarkable for dependent congestion. Parenchyma is red-purple in color, exuding an abundant amount of froth on cross section. No focal lesions on cut surface. Pulmonary arteries are patent without thrombus or embolus. |
| LYMPH NODES: | Within normal limits. |
| LIVER: | 1671 grams. Intact capsule covering moderately congested red-brown parenchyma. The cut surface exhibits neither focal lesions nor evidence of fatty change or cirrhosis. |
| GALLBLADDER: | Moderate amount of green-brown bile. Unremarkable mucosa with no evidence of stones. |
| SPLEEN: | 188 grams. Intact capsule covering moderately firm unremarkable parenchyma. |
| PANCREAS: | Yellow, lobulated cross section. |
| ADRENAL GLANDS: | Within normal limits. |
| GI TRACT: | Tongue with no evidence of injury. Esophagus is unremarkable. The stomach exhibits the usual rugal folds and contains 20 mL of green liquid with scattered food particles and is slightly distended with air. The small and large bowel are unremarkable. The appendix is present and unremarkable. |
| KIDNEYS: | Right – 124 grams, left - 182 grams. The capsules strip easily to reveal smooth regular contours. The renal parenchyma is red-brown with well demarcated corticomedullary junctions. Pelves and ureters are unremarkable without evidence of distention. |
| BLADDER: | Abundant amount of clear yellow translucent urine. The mucosa is tan-pink and unremarkable. |
| GENITALIA: | The internal genitalia are unremarkable. |
| BRAIN & MENINGES: | 1380 grams. Dura mater intact. Leptomeninges are thin and delicate. There is no evidence of epidural, subdural or subarachnoid hemorrhage. No focal lesions on cut surface. Vessels at the base of the brain are intact and unremarkable. |
| MUSCULOSKELETAL: | No bone or joint abnormalities are noted. Skeletal muscle is red-tan and moist with a mass appropriate for the decedent's age and sex. |

MICROSCOPIC SECTIONS: Heart, LAD, mitral valve, lung, kidney, liver, brain.

**OTHER LAB PROCEDURES:** PHOTO x  MICRO x  TOX x  X-RAY  FINGERPRINTS x  DENTAL  DNA x  GSR  PERK
HIV  HEPATITIS  BACTERIOLOGY  VIROLOGY  ACCELERANTS  OTHER

DISPOSITION OF EVIDENCE:
**TOXICOLOGY:** DFS - Vitreous, Red border blood (iliac x2); NMS – EDTA blood (iliac x 1).
**OCME** – Red border (iliac x1), tiger top, liver, bile, urine, DNA cards and fingerprints (OCME-obtained and those provided by correctional facility).
**INVESTIGATOR** – None.
**FUNERAL HOME** – None.

**HEART:** Mild increase in perivascular fibrosis. Otherwise, within normal limits.

**LAD:** Tangential section of coronary artery with intimal hypertrophy.

**MITRAL VALVE:** Myxomatous degeneration.

**LUNG:** Within normal limits.

**LIVER:** Within normal limits.

**KIDNEY:** Within normal limits. No polarizable crystals present.

**BRAIN:** Scattered hypoxic/ischemic, pyknotic neurons present in a section of hippocampus.

**SUMMARY:**

Per report, this 35-year-old white male was executed via lethal injection.

Postmortem toxicology revealed a lethal level of midazolam. Results of rocuronium testing by an outside toxicology laboratory will follow in a separate report when complete. Autopsy findings consistent with death due to lethal injection were present to include pulmonary congestion and cerebral hypoxia/ischemia. There was no evidence of infiltration of the intravenous injection sites.

Natural pathology included mild atherosclerosis and coronary artery disease, mild cardiac fibrosis and myxomatous degeneration of the mitral valve.

There was no evidence of additional inflicted trauma.

**CAUSE OF DEATH:**

Judicially sanctioned lethal injection.

**MANNER OF DEATH:**

Homicide.





Commonwealth of Virginia

# DEPARTMENT OF FORENSIC SCIENCE

**CERTIFICATE OF ANALYSIS** Central Laboratory
700 N. 5th Street
Richmond, VA 23219

September 15, 2017

Tel. No.: (804) 786-4707
Fax: (804) 786-6907

TO: LAUREN N. HUDDLE, M.D.
OFFICE OF THE CHIEF MEDICAL EXAMINER
400 EAST JACKSON STREET
RICHMOND, VA 23219

FS Lab # C17-8070

ORIGINAL

RECEIVED
SEP 2017
OFFICE OF
CHIEF MEDICAL EXAMINER
RICHMOND, VA

Your Case #: C0455-17, C2017-64386

Victim(s): MORVA, William

Suspect(s): - - -

Evidence Submitted By: Pamela Blizzard

Date Received: 07/11/2017

Item TX1 — Two (2) red border vials of iliac blood
Item TX2 — One (1) vial of vitreous

RESULTS:

Item TX1
Iliac Blood:
 Ethanol none detected
 Midazolam 2.3 mg/L
 alpha-Hydroxymidazolam present

No other drugs and/or drug classes were detected.

Item TX1 was screened for the following drugs and/or drug classes:
Ethanol, methanol, acetone, isopropanol, cocaine/benzoylecgonine, opiates, oxycodone/oxymorphone, methamphetamine/methylenedioxymethamphetamine (MDMA), phencyclidine, barbiturates, benzodiazepines, carisoprodol/meprobamate, fentanyl, methadone, zolpidem, cannabinoids.

Item TX2
Vitreous:
 Ethanol none detected

Item TX2 was screened for the following drugs and/or drug classes:
Ethanol, methanol, acetone, isopropanol.

See attached document for Uncertainty of Measurement reporting.

Supporting examination documentation is maintained in the case file. The evidence is being returned to the Office of the Chief Medical Examiner.

JUL 0 3 2018

Assistant Chief Medical Examiner

Page 1 of 2

Rev. 7/05



Commonwealth of Virginia

# DEPARTMENT OF FORENSIC SCIENCE

## CERTIFICATE OF ANALYSIS

ORIGINAL

Office of the Chief Medical Examiner
FS Lab # C17-8070
Your Case # C0455-17, C2017-64386
September 15, 2017

Attest:

I certify that I performed the above analysis or examination as an employee of the Department of Forensic Science and that the above is an accurate record of the results and interpretations of that analysis or examination.

*Cailin Delaney*
Cailin Delaney
Forensic Scientist

CLD



# COMMONWEALTH of VIRGINIA
### DEPARTMENT OF FORENSIC SCIENCE

Attachment: Uncertainty of Measurement (UoM)
FS Lab #: C17-8070

TX1   Midazolam  $2.3 \pm 0.5$ mg/L

Measurement uncertainty is reported at a 95.45% level of confidence for all toxicological analyses except blood alcohol or ethanol which is reported at a 99.73% level of confidence.

**Attachment 39**