```
              IN THE CHANCERY COURT
        FOR DAVIDSON COUNTY, TENNESSEE

ABU ALI ABDUR'RAHMAN,  )
et al,                 )
                       )
        Plaintiffs,    )
                       )
vs.                    )   NO. 18-183-II(III)
                       )
TONY PARKER, et al,    )
                       )
        Defendants.    )
_____)




        Deposition of:

        TONY MAYS

        Taken on behalf of the Plaintiffs

        June 4, 2018




_____

        VOWELL, JENNINGS & HUSEBY
         Court Reporting Services
        207 Washington Square Building
         214 Second Avenue North
        Nashville, Tennessee  37201
              (615) 256-1935
```

**www.huseby.com**          **Huseby, Inc.  Regional Centers**          **800-333-2082**
**Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco**

**Attachment 40**

 1    exact date.  I'm asking if you can recall the

 2    month that you inventoried them.

 3    A.      I can't recall.

 4    Q.      Do you know if there are any lethal

 5    injection chemicals in the custody of TDOC

 6    right now anywhere other than Riverbend

 7    prison?

 8    A.      I would not know that.

 9    Q.      Without naming names, do you know if

10    there is a person who would know that?

11    A.      I don't.

12    Q.      You indicated that you believe some of

13    the chemicals that you have on hand at

14    Riverbend would expire before August 8th.

15            Do you have a source or do you know if

16    TDOC has a source from which to obtain more

17    chemicals?

18    A.      I wouldn't know that.

19    Q.      Without naming names, do you know of a

20    person in TDOC who would know that?

21    A.      I don't know that.

22    Q.      I'd like you, please, Warden Mays, to

23    turn to Page 35 in the manual.

24            The top of that page reads Protocol A:

25    Procurement, Storage, Accountability, and

Case 3:18-cv-01234   Document 1-41   Filed 11/02/18   Page 2 of 4 PageID #: 1295
Attachment 40

1    Q.      Okay.  Thank you.  Are you familiar

2    with the phrase "paradoxical effect" in

3    regards to Midazolam?

4    A.      No.

5    Q.      Have you or any of the TDOC employees

6    who were on the execution team been trained

7    to recognize signs of a paradoxical effect

8    from Midazolam?

9            MR. SUTHERLAND:  Asked and

10   answered.  He said he's not familiar.

11           MR. DEL PINO:  Doesn't mean he

12   hasn't been trained in what to do about it.

13           THE WITNESS:  In regards to me,

14   no.  I can't speak in regard to anyone else.

15   BY MR. DEL PINO:

16   Q.      Are there any safeguards in place to

17   deal with paradoxical effect as a result of

18   Midazolam?

19   A.      Not that I'm aware of.

20   Q.      If an inmate became agitated instead

21   of sedate after being injected with

22   Midazolam, does the protocol instruct you

23   what to do?

24   A.      Define that.

25   Q.      Hyperactive, anxious.

Case 3:18-cv-01234   Document 1-41   Filed 11/02/18   Page 3 of 4 PageID #: 1296

**Attachment 40**

```
 1   A.      I continue to follow with the protocol

 2   procedures.

 3   Q.      I would like to show you, Warden,

 4   Mays, what is Exhibit B to the plaintiffs'

 5   amended complaint and ask you to please take

 6   a look at this and read it.  Let me know if

 7   you've ever seen it before.

 8   A.      Okay.

 9   Q.      Have you ever seen this email before?

10   A.      Yes.

11   Q.      When did you see this email?

12   A.      Counsel showed it to me.

13   Q.      And when was that?

14   A.      Probably about a week ago.

15   Q.      Was that the first time you ever saw

16   this email?

17   A.      First time.

18   Q.      The subject of this email or what is

19   discussed in this email is Midazolam not

20   preventing an inmate from feeling pain from

21   the second and third drugs in lethal

22   injection Protocol B.

23           Has anyone ever discussed that with

24   you?  And please don't name names.  It's yes

25   or no.
```

Case 3:18-cv-01234   Document 1-41   Filed 11/02/18   Page 4 of 4 PageID #: 1297

**Attachment 40**