### THE CHANCERY COURT
### DAVIDSON COUNTY, TENNESSEE

### HONORABLE ELLEN HOBBS LYLE, CHANCELLOR

### MARIA M. SALAS, CLERK AND MASTER

### ABU-ALI-ABDUR'RAHMAN, ET AL
Plaintiffs/Appellants

FILED

AUG 22 2018

Clerk of the Appellate Courts
Rec'd By _____

**VOLUME 20 of 28**



| CERTIFIED TRANSCRIPT OF Cause | Appearance No. 18-183-III CHANCERY COURT | Vs No. M2018-01385-SC-RDO-CV SUPREME COURT TRANSMITTED ON: August 21, 2018 | Execution No SUPREME COURT | APPEALED TO Next Term, 20 |
|---|---|---|---|---|

### TONY PARKER, IN HIS OFFICIAL CAPACITY AS TENNESSEE COMMISSIONER OF CORRECTION, ET AL
Defendants/Appellees

### Trial Transcript from July 17, 2018
### Pages 1829 - 1945

Kelley J. Henry, #21113
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville TN 37202
(615) 736-5047

*Attorney for Plaintiffs/Appellants Abu-Ali-Abdur'Rahman, John Michael Bane, Byron Black, Andre Bland, Kevin Burns, Tony Carruthers, Tyrone Chalmers, James Dellinger, David Duncan, Kennath Henderson, Anthony Darrell Hines, Henry Hodges, Stephen Hugueley, Akil Jahi, David Ivy, Donnie Johnson, David Jordan, David Keen, Donald Middlebrooks, Farris Morris, Pervis Payne, Gerald Powers, William Glenn Rogers, Michael Sample, Oscar Smith, Charles Walton Wright and Edmund Zagorski*

1   human dignity to give the condemned their

2   first amendment right to speak until the end.

3   And I don't know how to describe that. That

4   is another yet act of suffering. Remove the

5   Vecuronium Bromide. But certainly, I think

6   the number one is removing the paralytic and

7   speeding up the process.

8         THE COURT: And is this a bit of

9   unusual use of the Glossip alternative? When

10   they say the Glossip alternative, I guess

11   conceptually excluding something is an

12   alternative. But from everything that I've

13   read, Glossip, an alternative is something

14   different. It's not exclusion. It's using a

15   different drug or a different method.

16         MR. TENNENT: I think we're

17   looking at strictly is it feasible.

18   Absolutely. It's clearly feasible to have

19   the other two drugs. And they're readily

20   available. So taking those terms and turning

21   them on their face.

22         THE COURT: I'm not sure that the

23   Defendants have had an opportunity to really

24   process that as an alternative you have.

25         Are you prepared to speak to it

Case 3:16-cv-01234 Atlanta Document Washington, DC Filed New York 8 Houston 2 of 6 Page 2 of 6 PageID #: 1305
Attachment 42

1    or not?  I will let Mr. Tennent finish.  Do

2    we need more time or are you going to wrap it

3    up today?

4              MR. SUTHERLAND:  I think we need

5    more time.  Frankly, it sounds like to me

6    that it's possible.  We would certainly need

7    to talk to the Department.  It sounds like to

8    me it's certainly something we'd do.

9              THE COURT:  Okay.  Let's proceed

10   then.  Anything else?  I've been asking you

11   the question, because I want to make sure

12   that I understand the function of this.  So

13   tell me anything else.  I'll stop

14   interrupting so I will get the full benefit

15   of your presentation on this.

16             MR. TENNENT:  Thank you, Your

17   Honor.  Factually, I think we introduced

18   evidence from Arizona to remove the

19   paralytic.  That's evidence in the record.  I

20   believe among other places in the

21   complaint -- under the alternative section,

22   we allege that Vecuronium was unnecessary in

23   the 302 and 303.  I'm not going to sit here

24   and read all of the paragraphs.  But we

25   definitely alleged it in there to say it had

Case 3:18-cv-01234 Atlanta Document Washington, DC Filed New York 18 Houston 3 San Francisco #: 1306

Attachment 42