IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DAVID EARL MILLER, ) <br> NICHOLAS TODD SUTTON, ) <br> STEPHEN MICHAEL WEST, ) <br> TERRY LYNN KING, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> TONY PARKER, Commissioner, ) <br> Tennessee Department of Correction, ) <br> in his official capacity, ) <br> ) <br> and ) <br> ) <br> TONY MAYS, Warden, ) <br> Riverbend Maximum Security ) <br> Institution, in his official capacity, ) <br> ) <br> Defendants. ) | No. 3:18-cv-01234 <br> Judge Campbell <br><br> Death Penalty Case <br> *Execution date Dec. 6, 2018* <br> *for David Miller* |

## NOTICE TO COURT

COMES NOW Plaintiffs David Earl Miller, Nicholas Todd Sutton, Stephen Michael West, and Terry Lynn King, by and through counsel, gives notice to the Court on the status of coordinating a date with opposing counsel for an initial hearing on Plaintiffs' Motion for Temporary Restraining Order (After Notice) and/or Preliminary Injunction (R.7). The undersigned counsel did attempt to contact opposing counsel today to confer on setting a date for the initial hearing, however, opposing counsel is sick and out of the office. The undersigned counsel will

{1}

continue to coordinate with opposing counsel on a hearing date and will notify the Court promptly once the undersigned counsel and opposing counsel are able confer.

>Respectfully submitted,
>
>FEDERAL DEFENDER SERVICES
>OF EASTERN TENNESSEE, INC.
>
>BY: s/Stephen M. Kissinger
>Stephen M. Kissinger, WY Bar 5-2342
>Asst. Federal Community Defender
>800 S. Gay Street, Suite 2400
>Knoxville, TN 37929
>Phone: (865) 637-7979
>Facsimile: (865) 637-7999
>Stephen_Kissinger@fd.org
>
>*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

      I hereby certify that on November 5, 2018, this Notice to Court was filed electronically via the Court's electronic filing system upon the following person. Parties may access this filing through the Court's electronic filing system.

Scott C. Sutherland
Assistant Attorney General
Law Enforcement Division
P.O. Box 20207
Nashville, TN 37202
(615) 741-2164
Scott.Sutherland@ag.tn.gov


                                                  s/Stephen M. Kissinger
                                                  Stephen M. Kissinger