IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| DAVID EARL MILLER, | ) | |
| NICHOLAS TODD SUTTON, | ) | |
| STEPHEN MICHAEL WEST, | ) | No. 3:18-cv-01234 |
| TERRY LYNN KING, | ) | Judge Campbell |
| | ) | |
| Plaintiffs, | ) | Death Penalty Case |
| | ) | *Execution date Dec. 6, 2018* |
| v. | ) | *for David Miller* |
| | ) | |
| TONY PARKER, Commissioner, | ) | |
| Tennessee Department of Correction, | ) | |
| in his official capacity, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| TONY MAYS, Warden, | ) | |
| Riverbend Maximum Security | ) | |
| Institution, in his official capacity, | ) | |
| | ) | |
| Defendants. | ) | |

## REQUEST FOR HEARING

COMES NOW Plaintiffs David Earl Miller, Nicholas Todd Sutton, Stephen Michael West, and Terry Lynn King, by and through counsel, and asks this Court to set a date for argument on Plaintiffs' Motion for Temporary Restraining Order (After Notice) and/or Preliminary Injunction (R.7) and a date before which Plaintiffs shall file their reply to Defendants' response thereto. Plaintiffs' motion involves complex issues regarding the application of equitable doctrines which can only be resolved by either this Court's independent review of the voluminous record in

{1}

*Abdur'Rahman v. Parker*, No. M2018-01385-SC-RDO-CV, ___ S.W.3d. ___, 2018 WL 4858002 (Tenn. Oct. 8, 2018) or by inquiries to counsel who are already familiar with that record. Accordingly, the argument on this matter serves both the interests of judicial economy and the interests of justice.

Counsel for Plaintiffs have consulted with opposing counsel regarding the setting of a date for argument on Plaintiffs' motion. *See* R.9. Opposing counsel declined to agree to a date for, or to the necessity of, argument.

Respectfully submitted,

FEDERAL DEFENDER SERVICES
OF EASTERN TENNESSEE, INC.

BY: s/Stephen M. Kissinger
Stephen M. Kissinger, WY Bar 5-2342
Asst. Federal Community Defender
800 S. Gay Street, Suite 2400
Knoxville, TN 37929
Phone: (865) 637-7979
Facsimile: (865) 637-7999
Stephen_Kissinger@fd.org

*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

      I hereby certify that on November 8, 2018, this Request for Hearing was filed electronically via the Court's electronic filing system upon the following person. Parties may access this filing through the Court's electronic filing system.

Scott C. Sutherland
Assistant Attorney General
Law Enforcement Division
P.O. Box 20207
Nashville, TN 37202
(615) 741-2164
Scott.Sutherland@ag.tn.gov

Jennifer L. Smith
Tennessee Attorney General's Office
P O Box 20207
Nashville, TN 37202
(615) 741-3491
Email: jennifer.smith@ag.tn.gov

Robert W. Mitchell
Tennessee Attorney General's Office
P O Box 20207
Nashville, TN 37202-0207
(615) 741-3491
Fax: (615) 532-6023
Email: robert.mitchell@ag.tn.gov

                                                    s/Stephen M. Kissinger
                                                    Stephen M. Kissinger

{3}

Case 3:18-cv-01234   Document 18   Filed 11/08/18   Page 3 of 3 PageID #: 1405