AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee

David Earl Miller, Nicholas Todd Sutton, Stephen Michael West, and Terry Lynn King,
*Plaintiff*

v.   Civil Action No. 3:18-1234

Tony Parker, Commissioner, TN Dept. of Corrections, and Tony Mays, Warden, RMSI.
*Defendant*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Tony C. Parker, Commissioner of Corrections
Tennessee Department of Correction
Rachel Jackson Building
Sixth Floor
Nashville, TN 37243-0465
(615) 741-1000

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Stephen M. Kissinger
Assistant Federal Community Defender
800 South Gay Street, Suite 2400
Knoxville, TN 37929-9714
(865) 637-7979
Stephen_Kissinger@fd.org

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT

Date:  11/06/2018

*Signature of Clerk or Deputy Clerk*

**SERVICE COPY**

Service accepted on behalf of Defendant **Tony C. Parker** in official capacity only this **11-14**, **18**

KP

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **TONY C PARKER, COMMISSIONER OF CORRECTIONS** was received by me on *(date)* **NOVEMBER 14, 2018**.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **RACHEL DAVIS, ADMIN ASSISTANT**, who is designated by law to accept service of process on behalf of *(name of organization)* **OFFICE OF THE TENNESSEE ATTORNEY GENERAL AND REPORTER** on *(date)* **NOVEMBER 14, 2018**; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **NOVEMBER 15, 2018**

*James D. Grady*
Server's signature

**JAMES D. GRADY, PROCESS SERVER**
Printed name and title

LEGAL PROCESS OF TENNESSEE
1321 MURFREESBORO PIKE, STE 511
NASHVILLE, TN 37217
1-866-737-8366
Server's address

Additional information regarding attempted service, etc:

Sworn to & subscribed before me this **15th** Day of **Nov**, 20 **18**,

*Becci Steed*

[Seal: BECCI STEED, STATE OF TENNESSEE NOTARY PUBLIC, RUTHERFORD COUNTY, TENN.]