# FEDERAL DEFENDER SERVICES
## OF EASTERN TENNESSEE, INCORPORATED

800 S. Gay Street, Suite 2400
Knoxville, Tennessee 37929-9714

Elizabeth B. Ford
Federal Community Defender

Telephone  865-637-7979
Fax        865-637-7999

October 31, 2018

VIA FAX: 615-743-1890

Dr. Feng Li
Office of the Medical Examiner
850 R.S. Gass Boulevard
Nashville, TN 37216-2640

RE:  August 9, 2018 Execution of Billy Ray Irick, TDOC #113945

Dear Dr. Li:

By copy of this letter, I am requesting a copy of any and all records from the August 9, 2018 execution of Billy Ray Irick, TDOC #113945. Specifically I am requesting any and all records regarding Mr. Irick's execution, including but not limited to, photographs, notes, and reports. I also request an in-person inspection and/or photos of the syringes and drug packaging prepared for or used during Mr. Irick's execution.

Sincerely,

FEDERAL DEFENDER SERVICES
OF EASTERN TENNESSEE, INC.

By: *Jessica Johnson*

Jessica Johnson, Investigator

Stephen Kissinger   Dana C. Hansen Chavis   Susanne Bales   Stephen Ferrell
Assistant Federal Defenders

**Attachment C**