IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| DAVID EARL MILLER, et al., | ) | |
| | ) | **CAPITAL CASE** |
| Plaintiffs, | ) | |
| | ) | No. 3:18-cv-01234 |
| v. | ) | Judge Campbell |
| | ) | |
| TONY PARKER, et al., | ) | *Execution date Dec. 6, 2018* |
| | ) | *for David Miller* |
| Defendants. | ) | |

## NOTICE OF APPEAL

Notice is hereby given that David Earl Miller, Nicholas Todd Sutton, Stephen Michael West, and Terry Lynn King, Plaintiffs in the above-captioned case hereby appeal to the United States Court of Appeals for the Sixth Circuit from the Memorandum and Order (Doc. 20), entered on November 15, 2018, denying Plaintiffs' Motion for Temporary Restraining Order (After Notice) and/or Preliminary Injunction (Doc. 7) and the Memorandum and Order denying Plaintiffs' Motion to Reconsider (Doc. 28), entered on November 20, 2018.

    Respectfully submitted,

    FEDERAL DEFENDER SERVICES
    OF EASTERN TENNESSEE, INC.

BY:    s/Stephen M. Kissinger
        Stephen M. Kissinger, BPR # 037082
        Asst. Federal Community Defender
        800 S. Gay Street, Suite 2400
        Knoxville, TN 37929
        Phone: (865) 637-7979
        Facsimile: (865) 637-7999
        Stephen_Kissinger@fd.org
        *Attorney for Plaintiffs*

# CERTIFICATE OF SERVICE

I hereby certify that on November 20, 2018, this Notice of Appeal was filed electronically via the Court's electronic filing system upon the following person. Parties may access this filing through the Court's electronic filing system.

Scott C. Sutherland
Assistant Attorney General
Law Enforcement Division
P.O. Box 20207
Nashville, TN 37202
(615) 741-2164
Scott.Sutherland@ag.tn.gov

Jennifer L. Smith
Tennessee Attorney General's Office
P. O. Box 20207
Nashville, TN 37202
(615) 741-3491
Jennifer.Smith@ag.tn.gov

Robert W. Mitchell
Tennessee Attorney General's Office
P. O. Box 20207
Nashville, TN 37202-0207
(615) 741-3491
Robert.Mitchell@ag.tn.gov

                                              s/Stephen M. Kissinger
                                              Stephen M. Kissinger