

November 21, 2018

**HAND DELIVERED**

David Earl Miller # 095792
Riverbend Maximum Security Institution
7475 Cockrill Bend Blvd.
Nashville, TN 37209

**RE:   Method of Execution Scheduled for December 6, 2018**

Mr. Miller:

Pursuant to the Tennessee Supreme Court's Amended Order dated July 10, 2018, in Case No. E1982-00075-SC-DDT-DD, this letter is to notify you that the Tennessee Department of Correction (TDOC) will carry out your death sentence by lethal injection on December 6, 2018, unless you notify me in writing by Monday, November 26, 2018 at 5:00 p.m. CST of your waiver of execution by lethal injection, in which case your sentence will be carried out by electrocution. Unless you waive lethal injection, in accordance with the protocol and procedures in TDOC's Lethal Injection Manual, as amended on July 5, 2018, TDOC will use a three-drug combination consisting of Midazolam, Vecuronium Bromide, and Potassium Chloride. TDOC will not be relying upon the Capital Punishment Enforcement Act, T.C.A. 40-23-114.

Sincerely,

Tony Mays, Warden
Riverbend Maximum Security Institution

Encl.  form Affidavit Concerning Method of Execution

Cc via email:    Stephen Kissinger, Attorney for Defendant
                 Tony Parker, Tennessee Commissioner of Corrections
                 Herbert H. Slatery III, Tennessee Attorney General and Reporter

Department of Correction • Riverbend Maximum Security Institution • 7475 Cockrill Bend Blvd. • Nashville, TN 37243 • Tel: 615-350-1101 • Fax: 615-350-3400 • tn.gov/Correction

**Attachment 1**