

**STATE OF TENNESSEE
DEPARTMENT OF CORRECTION
SIXTH FLOOR RACHEL JACKSON BUILDING
320 SIXTH AVENUE NORTH
NASHVILLE, TENNESSEE 37243-0465**

## -PRESCRIPTION FOR BILLY RAY IRICK-

DATE: July 18, 2018

PRESCRIBING PHYSICIAN:



RX: <u>MIDAZOLAM 50MG/ML x 5ML COMPOUNDED FOR IV ADMINISTRATION; #8 SINGLE DOSE VIALS</u>

PRESCRIBED FOR:    Billy Ray Irick
DOB: 08/26/1958
SSN:

PRESCRIBING PHYSICIAN SIGNATURE: