ORDER: MOTION GRANTED.

*William L. Campbell Jr.*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **NICHOLAS TODD SUTTON, et al.,** ) | |
| ) | **CAPITAL CASE** |
| **Plaintiffs,** ) | |
| ) | No. 3:18-cv-01234 |
| v. ) | Judge Campbell |
| ) | |
| **TONY PARKER, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

**PLAINTIFFS' PARTIALLY UNOPPOSED
MOTION FOR EXTENSION OF TIME
TO FILE RESPONSE TO DEFENDANTS' MOTION TO DISMISS
COMPLAINT FOR INJUNCTIVE RELIEF AND TO AMEND
AS A MATTER OF COURSE**

Plaintiffs, through counsel, submit this motion for a 30-day extension of time to file a response to Defendants' Motion to Dismiss Complaint for Injunctive Relief and Memorandum filed in support (Docs. 41, 42), pursuant to Local Rule 7.01(3), Plaintiffs' response is now due on December 18, 2018. Counsel for Defendants do not oppose this specific request.

Plaintiffs further move this Court for an order granting an extension of time for Plaintiffs to amend their complaint as a matter of course pursuant to Federal Rule of Civil Procedure Rule 15(a)(1)(B). Under Rule 15, Plaintiffs may amend their pleading "21 days after service of a motion under Rule 12(b)[.]" Therefore, the amendment must be filed on or before December 25, 2018. Plaintiffs submit that in an effort to maintain the order contemplated in the federal rules, that the filing deadline for amendments be extended to seven days following the response to