

# SERVICES

Home (/) / Services

By offering a variety of services, ▮▮▮▮▮ Pharmacy is able to provide our patients with the latest in by the health providers. ▮▮▮▮▮ Pharmacy offers a variety of services to their patients, from custom to compounded medications and the latest in specialty drugs.

Since we are contracted with numerous insurance carriers, we can handle the claims' processing with greater treatment process for our patients.

## ➕ FULL RETAIL

## ➖ COMPOUNDING

Pharmaceutical compounding is the science of preparing custom medications to fit the unique needs of a p patients can adhere to prescribed medications, at Surecare Specialty Pharmacy our trained pharmacist car provider and patient to come up with an alternative – compounded medications.

At Surecare Specialty Pharmacy, we offer **Non-Sterile** compounding. Non-sterile refers to medications si gels that are compounded in a safe environment.

**Attachment 29**

https://www.▮▮▮▮▮.om/services#compounding

We are currently updating our clean room facilities to meet changes in standards and regul[ations]. [During this] time we will continue to offer sterile compounding for our patients.

Once the medication has been compounded, it is filled and sent out to the patient. Again, regular follow-up [with the] patient to determine the efficacy of their compounded medication and to see if there were any side effects t[hey experienced].

- ⊕ **PRIOR AUTHORIZATION**
- ⊕ **TREATMENT PLANS**
- ⊕ **FINANCIAL ASSISTANCE**
- ⊕ **ASPN NETWORK**

Full Retail

Compounding

Prior Authorization

Treatment Plans

Financial Assistance

ASPN Network

ABOUT US (/▮▮▮▮-PHARMACY)　　SPECIALTIES (/SPECIALTIES)　　PROVIDERS (/PROVIDERS)　　PATIENTS (/PATIENTS
CONTACT US (/CONTACT-US)

**Attachment 29**

https://www.▮▮▮▮.com/services#compounding

Specialty Drugstore | ▇▇▇▇ Pharmacy | Services

© 2018 ▇▇▇▇ Pharmacy



Fax: (▇▇▇) ▇▇▇▇▇▇▇

f (https://www.facebook.com/▇▇▇▇)   🐦 (https://twitter.com/r▇▇▇▇)

Designed by stantonstreet (http://www.stantonstreet.com).

**Attachment 29**