```
          IN THE CHANCERY COURT
      FOR DAVIDSON COUNTY, TENNESSEE

ABU ALI ABDUR'RAHMAN,  )
et al,                 )
                       )
      Plaintiffs,      )
                       )
vs.                    )   NO. 18-183-II(III)
                       )
TONY PARKER, et al,    )
                       )
      Defendants.      )
_____)
```

            Deposition of:

            TONY MAYS

            Taken on behalf of the Plaintiffs

            June 4, 2018

_____

         VOWELL, JENNINGS & HUSEBY
        Court Reporting Services
       207 Washington Square Building
         214 Second Avenue North
        Nashville, Tennessee  37201
              (615) 256-1935

www.huseby.com         Huseby, Inc.  Regional Centers         800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco
Case 3:18-cv-01234   Document 51-40   Filed 01/25/19   Page 1 of 4 PageID #: 3441
Attachment 40

 1  exact date.  I'm asking if you can recall the
 2  month that you inventoried them.
 3  A.     I can't recall.
 4  Q.     Do you know if there are any lethal
 5  injection chemicals in the custody of TDOC
 6  right now anywhere other than Riverbend
 7  prison?
 8  A.     I would not know that.
 9  Q.     Without naming names, do you know if
10  there is a person who would know that?
11  A.     I don't.
12  Q.     You indicated that you believe some of
13  the chemicals that you have on hand at
14  Riverbend would expire before August 8th.
15         Do you have a source or do you know if
16  TDOC has a source from which to obtain more
17  chemicals?
18  A.     I wouldn't know that.
19  Q.     Without naming names, do you know of a
20  person in TDOC who would know that?
21  A.     I don't know that.
22  Q.     I'd like you, please, Warden Mays, to
23  turn to Page 35 in the manual.
24         The top of that page reads Protocol A:
25  Procurement, Storage, Accountability, and

www.huseby.com          Huseby, Inc. Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco
Case 3:18-cv-01234   Document 51-40   Filed 01/25/19   Page 2 of 4 PageID #: 3442
Attachment 40

1  Q.    Okay.  Thank you.  Are you familiar
2  with the phrase "paradoxical effect" in
3  regards to Midazolam?
4  A.    No.
5  Q.    Have you or any of the TDOC employees
6  who were on the execution team been trained
7  to recognize signs of a paradoxical effect
8  from Midazolam?
9         MR. SUTHERLAND:  Asked and
10 answered.  He said he's not familiar.
11        MR. DEL PINO:  Doesn't mean he
12 hasn't been trained in what to do about it.
13        THE WITNESS:  In regards to me,
14 no.  I can't speak in regard to anyone else.
15 BY MR. DEL PINO:
16 Q.    Are there any safeguards in place to
17 deal with paradoxical effect as a result of
18 Midazolam?
19 A.    Not that I'm aware of.
20 Q.    If an inmate became agitated instead
21 of sedate after being injected with
22 Midazolam, does the protocol instruct you
23 what to do?
24 A.    Define that.
25 Q.    Hyperactive, anxious.

www.huseby.com            Huseby, Inc. Regional Centers            800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco
Case 3:18-cv-01234   Document 51-40   Filed 01/25/19   Page 3 of 4 PageID #: 3443
Attachment 40

 1  A.     I continue to follow with the protocol
 2  procedures.
 3  Q.     I would like to show you, Warden,
 4  Mays, what is Exhibit B to the plaintiffs'
 5  amended complaint and ask you to please take
 6  a look at this and read it.  Let me know if
 7  you've ever seen it before.
 8  A.     Okay.
 9  Q.     Have you ever seen this email before?
10  A.     Yes.
11  Q.     When did you see this email?
12  A.     Counsel showed it to me.
13  Q.     And when was that?
14  A.     Probably about a week ago.
15  Q.     Was that the first time you ever saw
16  this email?
17  A.     First time.
18  Q.     The subject of this email or what is
19  discussed in this email is Midazolam not
20  preventing an inmate from feeling pain from
21  the second and third drugs in lethal
22  injection Protocol B.
23         Has anyone ever discussed that with
24  you?  And please don't name names.  It's yes
25  or no.

www.huseby.com            Huseby, Inc. Regional Centers            800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco
Case 3:18-cv-01234   Document 51-40   Filed 01/25/19   Page 4 of 4 PageID #: 3444
Attachment 40