```
 1   to the best of my knowledge it would?
 2   A.      I don't recall responding to that, but
 3   if that's what my deposition says.
 4   Q.      Have any of the chemicals that you had
 5   on hand at the time of your deposition
 6   expired?
 7   A.      Yes.
 8   Q.      Which of the chemicals that you had on
 9   hand have expired?
10   A.      The Midazolam.
11   Q.      Is that chemical still there at
12   Riverbend?
13   A.      It is.
14           MR. DEL PINO: If I could ask,
15   please, for the Warden to be handed
16   Plaintiffs' Exhibit 2.
17           MR. SUTHERLAND: Your Honor, I'm
18   going to object to the line of questioning
19   regarding expiration of drugs. The protocol
20   on its face calls for certain drugs. It
21   doesn't envision, like many things, doesn't
22   envision the use of expired drugs.
23           So getting into whether a drug
24   that is on hand might be expired really has
25   no relevance to the facial challenge
```

**Attachment 41**

www.huseby.com      Huseby, Inc. Regional Centers      800-333-2082
Charlotte - Atlanta - Washington, DC - New York - Houston - San Francisco

Case 3:18-cv-01234 Document 51-41 Filed 01/25/19 Page 1 of 5 PageID #: 3445

```
 1   challenging the use of drugs that would be
 2   properly used.
 3              THE COURT:  Is that not implicit?
 4   If it refers to drugs, we're assuming they're
 5   not expired?
 6              MR. SUTHERLAND:  We're assuming
 7   they're not expired.  So we're talking about
 8   whether drugs that might be expired or not at
 9   a certain time isn't relevant to the facial
10   challenge.
11              THE COURT:  I didn't make myself
12   clear.  Let me start over.  You know the
13   subject matter very well.
14              The protocol speaks in terms of
15   certain drugs on its face.  When it says a
16   certain drug, the assumption, of course, is
17   that it's efficacious, not expired?
18              MR. SUTHERLAND:  Yes, ma'am.
19              THE COURT:  Therefore, it's
20   appropriate to ask factually whether they
21   have those on hand, because that would be
22   compliant with the protocol they're not
23   expired.  If they are expired, it would not
24   be compliant with the protocol.  So it's a
25   factual question.
```

**Attachment 41**

```
 1            MR. SUTHERLAND:  I think our
 2   argument would be whether they were expired
 3   on a given day the protocol assumes that the
 4   use of unexpired drugs on the date of the
 5   execution and the presence of an expired drug
 6   on a given day is irrelevant to a facial
 7   challenge.
 8            THE COURT:  All right.  And the
 9   Court, either I didn't understand the
10   argument or it's been switched up a little
11   bit.  The Court overrules that objection.  It
12   does provide me information about that.  It
13   is probative.  So the Court overrules.  Thank
14   you.
15            MR. SUTHERLAND:  Thank you.
16            MR. DEL PINO:  Chancellor, in
17   light of Defendants' counsel's objection --
18   BY MR. DEL PINO:
19   Q.    Warden Mays, if you still have that
20   January, 2018, protocol or manual in front of
21   you, I would ask you, please, sir, to turn to
22   Page 37.
23            THE COURT:  For the record, this
24   is trial Exhibit 1.
25            MR. DEL PINO:  Yes, Your Honor.
```

Attachment 41

```
 1   BY MR. DEL PINO:
 2   Q.    Do you see that page, sir?
 3   A.    I do.
 4   Q.    Paragraph 3 at the bottom of the page,
 5   "The chemicals on hand are monitored for
 6   expiration dates. All of the chemical boxes
 7   and bottles have an expiration date. And all
 8   chemicals are in tamper-proof bottles or
 9   containers. As the chemicals reach their
10   expiration dates, they are disposed of by
11   hazardous waste pick up."
12         Did I read that paragraph correctly,
13   Warden?
14   A.    You did.
15   Q.    And did you just testify, Warden, that
16   the expired chemical is still there at
17   Riverbend?
18   A.    I did.
19   Q.    And, Warden, is that then in violation
20   or contradiction of the January, 2018,
21   protocol?
22   A.    I haven't gotten around to do a
23   disposal of them yet.
24   Q.    But that is what the protocol calls
25   for, isn't it?
```

**Attachment 41**

```
 1   A.      It is.
 2   Q.      And that's not happened yet; is that
 3   correct?
 4   A.      It's not.
 5   Q.      Thank you, sir.  Now, if I could ask
 6   you, please, sir, to take a look at
 7   Plaintiffs' Exhibit 2.  I'll ask you, sir, if
 8   you recognize that document?
 9   A.      I do.
10   Q.      What do you recognize that document to
11   be, Warden?
12   A.      Lethal injection execution manual.
13   Q.      And you said earlier that you had seen
14   lethal injection execution manuals for
15   several years and indicated that they updated
16   from time to time.
17           Can you tell when that execution
18   manual, lethal injection execution manual,
19   was updated?
20   A.      July 5th, 2018.
21   Q.      Okay, sir.  When's the first time that
22   you saw that document, sir?
23   A.      About a week to a week and a half ago.
24   Q.      About a week to a week and a half ago.
25   So that would be around July the 3rd?
```

**Attachment 41**