# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

August 12, 2019

Scott S. Harris
Clerk of the Court
(202) 479-3011

**FILED**
Aug 16, 2019
DEBORAH S. HUNT, Clerk

Clerk
United States Court of Appeals for the Sixth Circuit
540 Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, OH  45202-3988

Re: Stephen Michael West
v. Tony Parker, Commissioner, Tennessee Department of Corrections, et al.
No. 19-5561
(Your No. 19-5585)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on August 12, 2019 and placed on the docket August 12, 2019 as No. 19-5561.

Sincerely,

**Scott S. Harris**, Clerk

by

Mara Silver
Advising Attorney/Emergency Applications

Clerk