| Title: | Stephen Michael West, Petitioner<br>v.<br>Tony Parker, Commissioner, Tennessee Department of Correction, et al. |
|---|---|
| Docketed: | August 12, 2019 |
| Linked with 19A161 | |
| Lower Ct: | United States Court of Appeals for the Sixth Circuit |
| Case Numbers: | (19-5585) |
| Decision Date: | August 6, 2019 |
| Rehearing Denied: | August 9, 2019 |

| DATE | PROCEEDINGS AND ORDERS |
|---|---|
| Aug 12 2019 | Petition for a writ of certiorari and motion for leave to proceed in forma pauperis filed. (Response due September 11, 2019)<br><br>Petition   Appendix   Motion for Leave to Proceed in Forma Pauperis   Proof of Service |
| Aug 12 2019 | Application (19A161) for a stay of execution of sentence of death, submitted to Justice Sotomayor.<br><br>Main Document   Lower Court Orders/Opinions   Lower Court Orders/Opinions |
| Aug 13 2019 | Response of Tony Parker, et al. to application not accepted for filing. (September 05, 2019) |
| Aug 13 2019 | Brief of respondents Tony Parker, et al. in opposition filed.<br><br>Main Document |
| Aug 14 2019 | Reply of petitioner Stephen West filed.<br><br>Main Document   Proof of Service |
| Aug 14 2019 | Reply of applicant Stephen West filed.<br><br>Reply   Proof of Service |
| Aug 15 2019 | Application (19A161) referred to the Court. |
| Aug 15 2019 | Petition DENIED. |