UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | | |
|---|---|---|
| TERRY LYNN KING, | § § | CAPITAL CASE |
| Petitioner, | § § | No. 3:18-cv-01234 |
| VS. | § § | |
| TONY PARKER, et al. | § § | JUDGE CAMPBELL |
| Respondent. | § § § | |

## MOTION FOR ADMISSION *PRO HAC VICE* AND FOR SUBSTITUTION OF COUNSEL

TERRY LYNN KING, an indigent, death-sentenced inmate, by and through undersigned counsel and pursuant to 18 U.S.C. § 3599, moves this Court to appoint Alex Kursman and Lynne Leonard (nee Kolodinsky) from the Federal Community Defender Office for the Eastern District of Pennsylvania ("FCDO") in these pending proceedings, and permit the withdrawal of Stephen M. Kissinger, Esq. Mr. King has requested the substitution of counsel and current counsel is not opposed to his request. In support of this motion, Mr. King submits the following:

On March 8, 2021, the United States Court of Appeals for the Sixth Circuit entered an order permitting counsel from the Federal Public Defender for the Eastern District of Tennessee to withdraw as counsel for Mr. King, and appointing the FCDO to represent Mr. King in his federal habeas corpus proceedings. *King v. Mays*, Case No. 13-6387, Dkt No. 161-1 (6th Cir. March 8, 2021).

1

The FCDO currently represents several death sentenced prisoners within the Sixth Circuit. *See e.g. Caudill v. Conover*, No. 5:10-084-DCR (E.D. Ky.); *Foley v. Hart*, No. 5:17-cv-00471-REW (E.D. Ky.); *Hasan v. Ishee*, No. 1:03-cv-00288-SJD-MRM (S.D. Ohio); *Lang v. Shoop*, No.: 5:12-cv-2923 (N.D. Ohio).

Mrs. Leonard and Mr. Kursman are Assistant Federal Defenders at the FCDO, and are members in good standing in the United States District Court for the Eastern District of Pennsylvania. *See* Exhibits A & B (Certificates of good standing).

This Court has previously granted Mr. King *in forma pauperis* status, Dkt. No. 11. Because undersigned counsel are attorneys at the FCDO tasked with representing indigent death sentenced prisoners, they respectfully request this Court waive any and all fees relating to admission for *pro hac vice* under local rule 83.01(b).

          Respectfully Submitted,

          /s/Alex Kursman
          Assistant Federal Defender
          Capital Habeas Unit
          Federal Community Defender Office
          for the Eastern District of Pennsylvania
          601 Walnut Street, Suite 545 West
          Philadelphia, PA 19106
          (215) 928-0520
          Alex_Kursman@fd.org

Dated: March 16, 2021

2

Case 3:18-cv-01234   Document 116   Filed 03/19/21   Page 2 of 4 PageID #: 5152

## CERTIFICATE OF CONSULTATION

Pursuant to Local Rule 7.01(a), I certify that on March 12, 2021, I consulted with opposing counsel, Robert Mitchell, concerning this motion and on March 15, 2021, he stated he does not oppose this motion.

/s/Alex Kursman

## CERTIFICATE OF SERVICE

I certify on the 16th day of March 2021, a copy of the foregoing motion was filed and served via FedEX on counsel for Defendants.

Charlotte M. Davis
Tennessee Attorney General's Office
P O Box 20207
Nashville, TN 37202-0207

Miranda H. Jones
Tennessee Attorney General's Office
P O Box 20207
Nashville, TN 37202-0207

Robert W. Mitchell
Tennessee Attorney General's Office
P O Box 20207
Nashville, TN 37202-0207

Scott C. Sutherland
Tennessee Attorney General's Office
P O Box 20207
Nashville, TN 37202-0207

/s/Alex Kursman