IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

|  |  |
|---|---|
| TERRY LYNN KING, | ) |
| Plaintiff, | ) |
| v. | ) NO. 3:18-cv-1234 |
|  | ) JUDGE CAMPBELL |
| TONY PARKER, et al., | ) |
| Defendants. | ) |

## ORDER

Pending before the Court is Plaintiff's Unopposed Motion to Continue Trial Date and Amend the Scheduling Order (Doc. No. 123). Through the Motion, Plaintiff seeks to extend the deadlines in the scheduling order and continue the trial in this case because new counsel recently took over his representation. The Motion indicates Defendants do not oppose the requests.

The Motion (Doc. No. 123) is **GRANTED.** Accordingly, the following schedule, as proposed by Plaintiff (Doc. No. 123-1), shall apply:

### I. Pretrial Deadlines

a. The Parties shall complete all written discovery and depose all fact witnesses on or before August 30, 2021.

b. Plaintiff must disclose experts and provide expert reports by October 28, 2021.

c. All discovery motions shall be filed no later than November 10, 2021.

d. Defendants must disclose experts and provide expert reports by November 29, 2021.

e. Expert depositions must be completed by January 28, 2022.

f. Dispositive motions must be filed by March 16, 2022. Responses to dispositive motions shall be filed within 14 days after the filing of the motion. Optional replies may be filed 7 days after the filing of the response.

## II. Trial and Associated Deadlines

a. This case is set for a bench trial on August 3, 2022, beginning at 9:00 a.m. in Courtroom A826, United States Courthouse, 801 Broadway, Nashville, Tennessee. Counsel for the parties shall appear for a Pretrial Conference at a date and time to be established by the Court.

b. Information exchanged but not filed

No more than 28 days before trial, the parties shall exchange copies of exhibits and make available for examination by the opposing party the original of all exhibits. By that same date, the parties shall exchange designations of portions of depositions that are to be read into evidence during the trial, in accordance with the procedure set forth in Local Rule of Court 39.01(c)(4). The parties should attempt to agree on additions to the designations necessary to put responses into context.

c. Pretrial Filing Deadlines

1. No later than 16 days before trial, the parties shall file a Joint Proposed Pretrial Order. The Pretrial Order shall contain: (1) a recitation that the pleadings are amended to conform to the Pretrial Order and that the Pretrial Order supplants the pleadings; (2) a statement of the basis for jurisdiction in this Court; (3) a short summary of the Plaintiff's theory (no more than one page); (4) a short summary of the Defendant's theory (no more than one page); (5) a statement of the issues; (6) a succinct statement of the relief sought;

(7) a summary of any anticipated evidentiary disputes; and (8) an estimate of the anticipated length of the trial.

2. No later than 16 days before trial, the parties shall file witness lists, except for witnesses solely for impeachment in accordance with Fed. R. Civ. P. 26(a)(3); exhibit lists, except for documents solely for impeachment in accordance with Fed. R. Civ. P. 26(a)(3); and any stipulations.

3. Motions in Limine and Objections to Experts

  i. No later than 28 days before trial, the parties shall file any motions in limine and any motions objecting to expert testimony. Any responses to such motions shall be filed 7 days later.

It is so **ORDERED.**

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE