RECEIVED
in Clerk's Office
MAY 1 8 2021
U.S. District Court
Middle District of TN

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| TERRY LYNN KING, | : | |
| Plaintiff, | : | CAPITAL CASE |
| v. | : | No. 18-1234 |
| TONY PARKER, et al. | : | Judge Campbell |
| Defendants. | : | |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 83.01 of the Local Rules of the Court for the United States District Court, Middle District of Tennessee, Hayden Nelson-Major hereby moves for admission to appear pro hac vice in the above-captioned action as counsel for Terry King.

Pursuant to 29 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct:

1. I am a member in good standing of the bar of the United States District Court for the Eastern District of Pennsylvania. A Certificate of Good Standing from that court accompanies this motion.

2. I am not, nor have I ever been, the subject of disciplinary proceedings by any disciplinary authority, court, or tribunal.

3. I have not been found in contempt by any court or tribunal.

4. I have not been sanctioned pursuant to 28 U.S.C. § 1927.

5. I have never been censured, suspended, disbarred or denied admission or readmission by any court or tribunal.

6. I have not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below:

> In 2004, I was arrested at a demonstration in New York City, NY and charged with disorderly conduct and parading without a permit. I was given an adjudication contemplating dismissal. I satisfied the conditions and the charges were subsequently dismissed.

7. I have read and am familiar with the Local Rules of Court for the United States District Court for the Middle District of Tennessee.

8. By seeking admission to practice before this Court, I acknowledge my responsibility for compliance with all the rules of this Court and confer disciplinary jurisdiction upon this Court for any alleged misconduct arising in the course of the proceeding.

9. This Court has previously granted Mr. King in forma pauperis status, Dkt. No. 11. Because undersigned counsel is an attorney at the Federal Community Defender Office tasked with representing indigent death sentenced prisoners, it is respectfully requested that this Court waive any and all fees relating to admission pro hac vice under local rule 83.01(b).

Respectfully submitted,

/s/ Hayden Nelson-Major
Hayden Nelson-Major
Federal Community Defender Office, E.D. Pa.
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
Telephone - 215-928-0520
Email – Hayden_Nelson-Major@fd.org

Dated: May 17, 2021

# CERTIFICATE OF SERVICE

I, Hayden Nelson-Major, hereby certify that on the 17th day of May, 2021, the foregoing motion was filed with the Court and served via first class mail on the following counsel of record:

Charlotte M. Davis, Miranda H. Jones, Robert W. Mitchell and Scott C. Sutherland of the Tennessee Attorney General's Office

Dated: May 17, 2021

/s/ Hayden Nelson-Major
Hayden Nelson-Major
Federal Community Defender Office, E.D. Pa.
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
Telephone - 215-928-0520
Email – Hayden_Nelson-Major@fd.org