IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | | |
|---|---|---|
| **TERRY LYNN KING,** | ) | |
| | ) | |
| Plaintiff, | ) | **CAPITAL CASE** |
| | ) | |
| v. | ) | Case No. 3:18-cv-01234 |
| | ) | |
| **TONY PARKER, et al.,** | ) | JUDGE CAMPBELL |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS' MOTION FOR SUMMARY JUDGEMENT

Plaintiff, a death-row inmate, brought this lawsuit to "prevent[] Defendants from carrying out the Plaintiff King's execution utilizing Tennessee's July 5, 2018 midazolam-based three-drug lethal injection protocol." (D.E. 51, PageID# 2280.) The sole remaining count of the Amended Complaint is Count Three, which challenges the Protocol under 42 U.S.C. § 1983 on the grounds that it violates the Eighth and Fourteenth Amendments. (D.E. 51, PageID# 2142, 2211; D.E. 70).

Defendants Tony Parker[1] and Tony Mays now move for summary judgment under Fed. R. Civ. P. 56. As set out in the accompanying memorandum of law, which is incorporated by reference, Defendants should be granted summary judgment for the following reasons: (1) the Protocol, on its face, is neither sure nor very likely to cause needless suffering and severe pain in violation of the Eighth Amendment; (2) the Protocol contains sufficient safeguards to protect

---

[1] Tony C. Parker recently retired as Commissioner of the Tennessee Department of Correction, and Lisa Helton is currently the Interim Commissioner. *See* TN.gov, Gov. Lee Appoints Lisa Helton as Tennessee Department of Correction Interim Commissioner, https://www.tn.gov/governor/news/2021/11/29/gov--lee-appoints-lisa-helton-as-tennessee-department-of-correction-interim-commissioner.html.

against any alleged risks of maladministration; and (3) Plaintiff has failed to plead and prove an alternative method of execution that is available, feasible, readily implemented, and significantly reduces a substantial risk of severe pain.

                                                Respectfully submitted,

                                                HERBERT H. SLATERY III
                                                Attorney General and Reporter

s/ *Rob Mitchell*
ROB MITCHELL (32266)
Senior Assistant Attorney General
SCOTT C. SUTHERLAND (29013)
Deputy Attorney General
MIRANDA JONES (36070)
MALLORY SCHILLER (36191)
CODY N. BRANDON (037504)
DEAN S. ATYIA (039683)
Assistant Attorneys General
Law Enforcement and
Special Prosecutions Div.
P.O. Box 20207
Nashville, Tennessee 37202-0207
Off. (615) 532-6023
Fax (615) 532-4892

Robert.Mitchell@ag.tn.gov
Scott.Sutherland@ag.tn.gov
Miranda.Jones@ag.tn.gov
Mallory.Schiller@ag.tn.gov
Cody.Brandon@ag.tn.gov
Dean.Atyia@ag.tn.gov

# CERTIFICATE OF SERVICE

I certify that on March 16, 2022, a copy of the foregoing was filed and served via the Court's CM/ECF system on the following:

Alex Kursman
Lynne Leonard
Anastassia Baldridge
Hayden Nelson-Major
Assistant Federal Defenders
Federal Community Defender for the E.D. Penn.
Suite 545 West, The Curtis
601 Walnut St.
Philadelphia, PA 19106
(215) 928-0520
alex_kursman@fd.org
lynne_leonard@fd.org
ana_baldridge@fd.org
hayden_nelson-major@fd.org

David Esquivel
Sarah Miller
Jeremy Gunn
Michael Tackeff

Bass, Berry & Sims 150 Third Ave. South
Nashville, TN 37201
(615) 742-6200
desquivel@bassberry.com
smiller@bassberry.com
jeremy.gunn@bassberry.com
michael.tackeff@bassberry.com

Alice Haston
Amy Rao Mohan
Christopher C. Sabis
Sherrard Roe Voight & Harbison, PLC
150 Third Ave. South
Suite 1100
Nashville, TN 37201
(615) 742-4539
ahaston@srvhlaw.com
amohan@srvhlaw.com
csabis@srvhlaw.com

                                                s/ *Rob Mitchell*
                                                ROB MITCHELL