# EXHIBIT 1

**In The Matter Of:**

*TERRY LYNN KING vs*
*TONY PARKER, et al.*

---

*VIDEOTAPED VIDEOCONFERENCE DEPOSITION OF EXECUTIONER*
*July 23, 2021*

---

*Gibson Court Reporting*
*606 West Main Street*
*Suite 350*
*Knoxville, TN 37902*



Gibson COURT REPORTING

Min-U-Script®

VIDEOTAPED VIDEOCONFERENCE DEPOSITION OF EXECUTIONER

July 23, 2021

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

TERRY LYNN KING,                      )
                                      )
        Plaintiff,                    ) CAPITAL CASE
                                      )
vs.                                   ) CASE NO.
                                      ) 3:18-CV-01234
TONY PARKER, et al.,                  )
                                      )
        Defendants.                   )

APPEARANCES:

        FOR THE PLAINTIFF:

        ALEX KURSMAN, ESQ.
        LYNNE LEONARD, ESQ.
        HAYDEN NELSON-MAJOR, ESQ.
        ANA BALDRIDGE, ESQ.
        Assistant Federal Defenders
        Federal Community Defender Office
        for the Eastern District of Pennsylvania
        601 Walnut Street, Suite 545W
        Philadelphia, Pennsylvania  19106

        JEREMY A. GUNN, ESQ.
        Bass, Berry & Sims PLC
        150 Third Avenue South, Suite 2800
        Nashville, Tennessee  37201

**Gibson Court Reporting**

```
 1   APPEARANCES:   (Continued)

 2              FOR THE DEFENDANTS:

 3              ROBERT W. MITCHELL, ESQ.
                MALLORY K. SCHILLER, ESQ.
 4              MIRANDA H. JONES, ESQ.
                CODY N. BRANDON, ESQ.
 5              DEAN S. ATYIA, ESQ.
                Tennessee Attorney General's Office
 6              P.O. Box 20207
                Nashville, Tennessee  37202
 7

 8   ALSO PRESENT: David Jenkins, Videographer

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

**Gibson Court Reporting**

```
 1              S T I P U L A T I O N S
 2         The videotaped videoconference deposition of
 3    EXECUTIONER, called as a witness at the instance of the
 4    Plaintiff, taken pursuant to all rules applicable to
 5    the Federal Rules of Civil Procedure by notice on the
 6    23rd day of July, 2021, at 9:02 a.m. Central Time,
 7    before Rhonda S. Sansom, RPR, CRR, CRC, Licensed Court
 8    Reporter, pursuant to stipulation of counsel.
 9         It being agreed that Rhonda S. Sansom, RPR,
10    CRR, CRC, Licensed Court Reporter, may report the
11    deposition in machine shorthand, afterwards reducing
12    the same to typewriting.
13         All objections except as to the form of the
14    questions are reserved to on or before the hearing.
15         It being further agreed that all formalities
16    as to notice, caption, certificate, transmission, et
17    cetera, including the reading of the completed
18    deposition by the witness and the signature of the
19    witness, are expressly waived.
20
21
22
23
24
25
```

1                  I N D E X

2            E X A M I N A T I O N S

3

4   EXECUTIONER                             PAGE

5   Examination by Ms. Leonard          7

6

7                  E X H I B I T S

8

| NO. | DESCRIPTION | PAGE |
|---|---|---|
| 49 | Defendant Tony Mays' Supplemental Response to Plaintiff's First Set of Interrogatories | 103 |
| 50 | Supplement to information in response to Interrogatory 8 | 108 |
| 57 | Day of Execution - Lethal Injection Execution Recorder Checklist, re Billy Ray Irick, 8/9/18 Bates Def. Int. Discl. 000954 to 962 | 263 |
| 58 | Lethal Injection Chemical Administration Record re Irick, Billy, 8/9/18 Bates Def. Int. Discl. 000963 to 966 | 276 |
| 59 | 8/10/18 Associated Press Article: "Tennessee death row inmate Billy Ray Irick apologizes before being executed" | 272 |
| 60 | Declaration of David A. Lubarsky, M.D. | 267 |
| 61 | Lethal Injection Chemical Administration Record re Johnson, Donnie, 5/16/17 Bates Def. Int. Discl. 000827 to 828 | 254 |
| 62 | Chemical Preparation Time Sheet, 5/16/19 Bates Def. Int. Discl. 000831 to 832 | 173 |

**Gibson Court Reporting**

| | | | |
|---|---|---|---|
| 1 | 63 | Day of Execution - Lethal Injection | |
| 2 | | Execution Recorder Checklist re Donnie Johnson, 5/16/19 | |
| | | Bates Def. Int. Discl. 000818 to 826 | 250 |
| 3 | | | |
| | 64 | Not Marked | N/A |
| 4 | | | |
| | 65 | Chemical Preparation Time Sheet, | |
| 5 | | 4/14/21 | |
| | | Bates Defendants' 2nd Supplemental | |
| 6 | | Response 0118 to 119 | 171 |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | | | |
| 16 | | | |
| 17 | | | |
| 18 | | | |
| 19 | | | |
| 20 | | | |
| 21 | | | |
| 22 | | | |
| 23 | | | |
| 24 | | | |
| 25 | | | |

**Gibson Court Reporting**

1          THE VIDEOGRAPHER:  We are on the record

2     at 9:02 a.m. on July 23rd, 2021.  This is the

3     deposition of Executioner taken remotely via Zoom

4     in the matter -- in the matter of Terry Lynn King

5     versus Tony Parker, et al., Case No. 3:18-CV-0124,

6     filed in the U.S. District Court, Middle District

7     of Tennessee, Nashville Division.

8          Counsel will state their names and

9     affiliation for the record and the court reporter

10     will swear in the witness.

11          MS. LEONARD:  My name is Lynne Leonard.

12     I'm from the Federal Community Defender Office

13     from Philadelphia, Pennsylvania.  And I'm

14     representing the plaintiff, Terry King, in this

15     case.

16          Several of my colleagues are also present

17     in the office here with me today.  I have Hayden

18     Nelson-Major sitting with me, and Ana Baldridge.

19     And Alex Kursman is also appearing via Zoom.

20          MR. MITCHELL:  And good morning.  My name

21     is Rob Mitchell.  I'm with the Tennessee Attorney

22     General's Office.  I represent the defendants in

23     this case, Tony Parker and Tony Mays, as well as

24     the Executioner on this call.

25          With me in my office is cocounsel Scott

```
1          Sutherland.  Some other attorneys in my office who

2          also represent defendants are on the call, as

3          well:  Cody Brandon, Dean Atyia, Mallory Schiller,

4          and Miranda Jones.

5               MS. LEONARD:  I'm sorry, I also should

6          have introduced Jeremy Gunn.  I know Rhonda

7          interacted with Jeremy prior to the call, but he

8          is at Bass, Berry & Sims.

9               And Jeremy, I'm not sure if anyone else

10         is with you in your office?

11              MR. GUNN:  It's just me.

12              (Technical pause.)

13              MR. MITCHELL:  Executioner, you are on

14         mute right now.

15              THE WITNESS:  Okay.

16              MR. MITCHELL:  Ms. Sansom, maybe if I can

17         suggest maybe just repeating the questions about

18         the oath again, and we'll see if we can get a

19         response.

20                    EXECUTIONER,

21    having been first duly sworn, testified as follows:

22              THE WITNESS:  Yes, I do.  Can you hear?

23              MS. LEONARD:  All right.  We can hear

24         you, I think.

25                    EXAMINATION
```

1    BY MS. LEONARD:

2         Q.      Good morning, Executioner.  Do you mind

3    if I call you the Executioner?

4         A.      No, ma'am.

5         Q.      Okay.  Good morning.  My name is Lynne

6    Leonard.  I'm an attorney at the Federal Community

7    Defender Office in Philadelphia, Pennsylvania.

8                 And as you just heard, my colleagues and

9    I are representing the plaintiff in this case, King v.

10   Parker, et al., that's pending in the Middle District

11   of Tennessee.

12                Thank you for taking the time to answer

13   questions in this matter today.  You understand that

14   you're here today to answer questions about the King

15   case, right?

16        A.      I do.

17        Q.      What is your understanding of what that

18   case is about?

19        A.      The lethal injection process.

20        Q.      Sorry, could you repeat that?

21        A.      The lethal injection process.

22        Q.      Okay.  And what about the lethal

23   injection process?

24        A.      Evidently, it's being challenged.

25        Q.      Sorry, I'm just having a little bit of

Case 3:18-cv-01234   Document 184-1   Filed 03/17/22   Page 10 of 299 PageID #: 5769

1    trouble understanding you.  Could you say that one more

2    time?

3          A.      Evidently, it's being challenged.

4          Q.      Okay.  Got it.  Thank you.

5                  We're going to take this deposition on an

6    anonymous basis.  And what that means is I'm not going to

7    ask you any questions intended to make you disclose your

8    identity.

9                  To be clear, though, my understanding is

10   that you are the individual designated as the Executioner

11   in the lethal injection manual that's used by the

12   Tennessee Department of Corrections; is that right?

13         A.      Yes, ma'am.

14         Q.      And if I refer to the lethal injection

15   manual as the protocol, will you know what I'm

16   referring to?

17         A.      Yes, ma'am.

18         Q.      Okay.  And is it also okay if I refer to

19   the Tennessee Department of Corrections as the TDOC?

20         A.      Yes, ma'am.

21         Q.      Great.  Thanks a lot.

22                 Have you ever had your deposition taken

23   before?

24         A.      Yes.

25         Q.      How many times?

1       A.       I don't recall.

2       Q.       Was it more -- more than twice?

3       A.       As I recall, just two.

4       Q.       Sorry, what's that?

5       A.       Just two.

6       Q.       Just two?  Okay.  And when did those take

7   place?  Not exact years or dates; but were they

8   recently, were they longer ago?

9       A.       One was three, four months ago.  The

10  other was early 2000s.

11      Q.       Okay.  And what types of cases were

12  those?  Again, without identifying the name of the

13  case; but was it a civil case, a criminal case?

14      A.       It was one with challenging the process

15  for execution.  One was for the housing of death row

16  inmates.

17      Q.       Okay.  Great.  So your attorney may have

18  gone over some of these topics with you already.  And

19  it sounds like you have participated in a deposition

20  similar to this one relatively recently, but I am still

21  going to review some ground rules with you just to make

22  sure we're on the same page.

23              Do you understand that you're under oath?

24      A.       Yes.

25      Q.       And you understand that that means you

Case 3:18-cv-01234   Document 184-1   Filed 03/17/22   Page 12 of 299 PageID #: 5771

1    need to tell the truth to the best of your ability?

2         A.    Yes.

3         Q.    Is there any reason that you cannot

4    testify truthfully or accurately today?

5         A.    No, ma'am.

6         Q.    Are you feeling ill?

7         A.    No, ma'am.

8         Q.    Are you taking any medication that might

9    affect your ability to recall facts or give accurate

10   testimony today?

11        A.    No, ma'am.

12        Q.    Are you represented by counsel today?

13        A.    Yes.

14        Q.    Who is your counsel?

15        A.    Mr. Mitchell and Mr. Sutherland.

16        Q.    Is anyone in the room with you right now?

17        A.    No.

18        Q.    Okay.  Please let us know if anyone does

19   come into the room at any point today.

20              Also, are you communicating with anybody

21   via text message or other Internet message?

22        A.    No, ma'am.

23        Q.    Okay.  Please let us know -- again

24   throughout the deposition, given the conditions that

25   we're taking this deposition under, please feel free to

Case 3:18-cv-01234   Document 184-1   Filed 03/17/22   Page 13 of 299 PageID #: 5772

1    let us know if someone comes into the room or otherwise

2    tries to contact you.

3         A.        Yes, ma'am.

4         Q.        And even though the deposition is being

5    taken over Zoom the court reporter is making a record

6    based on what you say, so you'll need to respond to

7    questions verbally.  And in order for the court

8    reporter to accurately record your testimony, it is

9    important that we not speak over one another.

10        A.        Yes, ma'am.

11        Q.        So please, when I'm asking a question,

12   just wait for me to finish my question.  And I'll make

13   sure to do the same thing for you and wait for you to

14   finish your answer before I ask my next question.

15        A.        Okay.

16        Q.        If you don't understand a question, just

17   let me know and I will clarify.  But if you do answer a

18   question, I'll assume that you understood the question.

19   Is that okay?

20        A.        Yes, ma'am.

21        Q.        All right.  And if you need to take a

22   break at any time, please just let me know.

23        A.        Yes, ma'am.

24        Q.        The -- the only sort of exception to that

25   is if there's a question pending we'll ask that you

Case 3:18-cv-01234   Document 184-1   Filed 03/17/22   Page 14 of 299 PageID #: 5773

1  answer the question before we go off the record.  Do

2  you understand that?

3        A.      Yes, ma'am.

4        Q.      And your lawyer may object to my

5  questions from time to time, but you will still need to

6  answer those questions unless the objection is based on

7  a privilege assertion or based on statute.  Do you

8  understand that?

9        A.      Yes.

10        Q.      Do you have any questions for me right

11  now?

12        A.      No.

13        Q.      I'm sorry, was there a response to that?

14        A.      Yes.  No, I don't have any questions.

15        Q.      Thank you.

16                (Technical pause.)

17                MS. LEONARD:  Executioner, would you mind

18        just saying "Hello, my name is Executioner.  This

19        is a test?"

20                THE WITNESS:  Hello, my name is

21        Executioner.

22                MS. LEONARD:  Is that okay for everyone?

23        Okay.  Thank you.  I appreciate that.

24  BY MS. LEONARD:

25        Q.      Executioner, what did you do to prepare

Case 3:18-cv-01234   Document 184-1   Filed 03/17/22   Page 15 of 299 PageID #: 5774

1    for this deposition today?

2        A.      Had a predeposition meeting with

3    Mr. Sutherland and Mr. Mitchell.

4        Q.      Was that only one meeting?

5        A.      Yes.

6        Q.      How long did the meeting last?

7        A.      Three or four hours.

8        Q.      Was anyone else present, aside from

9    Mr. Sutherland and Mr. Mitchell?

10               Executioner, can you hear us?

11       A.      Yes.  I said "No."

12       Q.      Okay.  Did you review any documents

13   during the meeting with Mr. Mitchell and

14   Mr. Sutherland?

15       A.      Yes.

16       Q.      Approximately how many documents did you

17   review?

18       A.      We reviewed the protocol and some of

19   the -- the exhibits that --

20               MS. LEONARD:  I'm sorry, we're having --

21        a firearm alarm is going off in our office.  Hang

22        on.  I'm sorry.  One second.

23               (Technical pause.)

24               MS. LEONARD:  I'm sorry, I'm going to

25        reask the question.  I didn't hear a lot of what

Case 3:18-cv-01234   Document 184-1   Filed 03/17/22   Page 16 of 299 PageID #: 5775

1        the Executioner said when the alarm started going

2        off here.  I apologize for that.

3   BY MS. LEONARD:

4        Q.      I was asking what documents did you

5   review during the meeting with Mr. Mitchell and

6   Mr. Sutherland?

7        A.      The protocol and some of the exhibits

8   that would be presented.  And the instructions from the

9   pharmacist about mixing the chemicals.

10       Q.      Okay.  And did those documents refresh

11  your recollection about issues in this case?

12       A.      Yes.

13              (Technical pause.)

14              MS. LEONARD:  It's back.  I think maybe

15       we should go off the record for a second.

16              THE VIDEOGRAPHER:  We are off the record

17       at 10:14 a.m.

18              MS. LEONARD:  Thank you.

19              THE VIDEOGRAPHER:  9:14 a.m.  I'm sorry.

20              (Recess at 9:14 a.m. to 9:17 a.m.)

21              THE VIDEOGRAPHER:  We're back on the

22       record at 9:17 a.m.

23  BY MS. LEONARD:

24       Q.      I apologize for the delay, Executioner.

25              I was asking about your preparation --

1  preparations for the deposition, and I'm wondering how

2  much time in total do you estimate that you spent

3  preparing for this deposition?

4       A.      Six hours.

5       Q.      I'm sorry, was that 10 hours?

6               Executioner?

7       A.      No, six.

8       Q.      I'm having a little trouble understanding

9  you.  Could you repeat that?

10      A.      It was six hours.

11      Q.      I still did not quite catch that.

12      A.      I said six hours.

13              MS. LEONARD:  Am I the only person that's

14       having trouble hearing this?

15              MR. KURSMAN:  This is Alex Kursman.  Can

16       we go off the record?

17              THE VIDEOGRAPHER:  We are off the record

18       at 9:18 a.m.

19              (Recess at 9:18 a.m. to 9:22 a.m.)

20              THE VIDEOGRAPHER:  We're back on the

21       record at 9:22 a.m.

22  BY MS. LEONARD:

23      Q.      How much time in total do you estimate

24  that you spent preparing for this deposition?

25      A.      Probably five to six hours.

**Gibson Court Reporting**

Case 3:18-cv-01234   Document 184-1   Filed 03/17/22   Page 18 of 299 PageID #: 5777

1          Q.       Okay.  And did you review any materials

2    on your own to prepare for this deposition?

3          A.       Yes.

4          Q.       What materials did you review on your

5    own?

6          A.       The protocol.

7          Q.       And did you meet with anyone other than

8    your attorneys to prepare for this deposition?

9          A.       No.

10         Q.       Did you discuss this deposition with

11   anyone other than your attorneys?

12         A.       No.

13         Q.       Did you review the transcripts of any

14   other depositions taken in this case?

15         A.       No.

16         Q.       Did anyone consult with you to prepare

17   for his or her deposition in this case?

18         A.       No.

19         Q.       Did you review any of the papers that

20   have been filed with the Court in this case?

21         A.       No.

22         Q.       What is your highest level of education?

23         A.       High school.

24         Q.       I'm sorry, could you repeat that?

25         A.       High school.

1      Q.      High school?  Thank you.

2              And did you go to -- did you get any

3    special training at your high school?  For example, was

4    it a cooking school or a tech school or a STEM school?

5      A.      No.

6      Q.      It was just a regular high school?

7      A.      Just a regular high school.

8      Q.      Have you completed any other school?

9      A.      For --

10     Q.      Any other --

11     A.      For Corrections?

12     Q.      Sorry, what's that?

13     A.      For Corrections?  For the Department of

14   Correction?

15     Q.      Yes.  I'm curious about those, yes.

16     A.      Yes, I have completed numerous classes

17   and courses.  Leadership, SERT.  Basically, I manage

18   the Emergency Response Team.  Disciplinary Board.

19   Numerous different classes and certifications.

20     Q.      Okay.  And what certifications are those?

21     A.      They're certified by Tennessee

22   Corrections Academy to be an advisor, a SERT team

23   member, disciplinary board chairperson, and numerous

24   other functions within the department.

25     Q.      And can you tell me what "SERT" stands

Case 3:18-cv-01234   Document 184-1   Filed 03/17/22   Page 20 of 299 PageID #: 5779

1    for?   Is that C-E-R-T?

2         A.        It is Special Emergency Response Team.

3         Q.        And is that medical training?

4         A.        No.

5         Q.        What kind of training is that?

6         A.        It's to respond to any emergency

7    situation in a prison; escapes, riots, potential

8    situations.

9         Q.        I'm sorry, I'm not sure I caught all the

10   end of that.  Could you repeat that?

11        A.        Any type of emergency situation; riots,

12   escapes, hostage.  Those types of different situations

13   for emergency response.

14        Q.        Okay.  Thank you.  And do you have any

15   military training?

16        A.        No.

17        Q.        Do you participate in any volunteer

18   programs?

19        A.        Such as?

20        Q.        A volunteer firefighter, a soup kitchen

21   in your community; any sort of volunteer programs,

22   without telling me specifically what those -- the

23   department or the group is.

24        A.        The only thing would be something like

25   coaching Little League baseball.

Case 3:18-cv-01234   Document 184-1   Filed 03/17/22   Page 21 of 299 PageID #: 5780

```
 1          Q.        Okay.  Great.

 2                    And do you have any medical training,

 3     whether it was through the prison or otherwise?

 4          A.        Some.  I went through --

 5          Q.        Some?

 6          A.        Yes.  I went through an IV therapy class.

 7          Q.        I'm sorry, what type of therapy?

 8          A.        IV.

 9          Q.        One more time?

10          A.        IV, intravenous --

11          Q.        Okay.  Got it.

12          A.        -- therapy class.

13          Q.        And other than executions, have you

14     handled chemicals?

15                    MR. MITCHELL:  Object to form.  You can

16          answer, Executioner.

17                    THE WITNESS:  What type of chemicals?

18     BY MS. LEONARD:

19          Q.        Any type of chemicals.

20          A.        Yes.  I mean, I grew up on a farm, so we

21     were using chemicals around the farm.

22          Q.        What type of chemicals do you use around

23     a farm?

24          A.        Well, when we grow tobacco there was

25     chemicals to kill suckers.  There was -- I guess
```

```
 1   fertilizer would be a chemical.  Vaccinate cattle,
 2   hogs, that kind of stuff.
 3                  THE COURT REPORTER:  I'm sorry, I need
 4         him to repeat after he said "I guess fertilizer
 5         would be a chemical."
 6                  THE WITNESS:  And vaccinate the animals;
 7         the cattle, hogs.
 8   BY MS. LEONARD:
 9         Q.      Okay.  And have you prepared syringes?
10         A.      Yes.
11         Q.      What type of syringes?
12         A.      I don't understand the question.
13         Q.      In what context have you prepared
14   syringes?
15         A.      For vaccinating animals or in lethal
16   injection?
17         Q.      For vaccinating animals.
18         A.      You draw the medicine, the vaccination,
19   out of the bottle into the syringe.
20         Q.      And how large are those syringes?
21         A.      It varied on what you were using them
22   for.
23         Q.      What type of animals were you
24   vaccinating?
25         A.      We raised cattle and hogs.
```

Case 3:18-cv-01234   Document 184-1   Filed 03/17/22   Page 23 of 299 PageID #: 5782

1        Q.        And I imagine the syringes for the cattle

2   were quite large; is that right?

3        A.        It all depends.  Some were small.  It

4   depends on what kind of medicine you were vaccinating

5   them with.

6        Q.        What was -- well, what was the range of

7   size of syringes you were using?

8        A.        Probably 10 cc up to 40 cc.

9        Q.        Up to 40 cc?

10       A.        Yes.

11       Q.        And what were the smallest size?

12       A.        Probably 10.  A couple were at 4 cc.

13       Q.        Okay.  How long ago were you vaccinating

14  animals?

15       A.        Probably 25 years.

16       Q.        And have you vaccinated any animals since

17  that time?

18       A.        No.

19       Q.        Other than vaccinating animals, have you

20  had any other experience with syringes or vaccinations?

21       A.        None, other than using them with the

22  lethal injection.

23       Q.        Right.  Okay.

24            THE COURT REPORTER:  I'm sorry, I didn't

25       get that answer.

Case 3:18-cv-01234   Document 184-1   Filed 03/17/22   Page 24 of 299 PageID #: 5783

1          THE WITNESS:  None, other than using them

2      in the lethal injection process.

3  BY MS. LEONARD:

4      Q.      And do you have any other type of medical

5  training?  I think you said "No."  Are you trained in

6  CPR or any other sort of medical certification?

7      A.      Yes, I have been trained in CPR.

8      Q.      Are you certified in CPR?

9      A.      Not at this time.

10     Q.      Have you been certified in the past in

11 CPR?

12     A.      Numerous times.

13     Q.      When was the most recent time that you

14 held that certification?

15     A.      I couldn't remember.  Probably 2015.

16             I do have another training in medical.

17 When I was a junior in high school I went to a college,

18 a -- a medical course and became a certified EMT.  That

19 was in the late '70s.

20     Q.      In the late '70s, you said?

21     A.      Yes, yes.

22     Q.      And were you a certified EMT at any point

23 more recently than when you were a junior in high

24 school?

25     A.      No.

```
 1         Q.       How long did you serve as an EMT?
 2         A.       A little over one year.
 3         Q.       And did you have experience with syringes
 4    in your capacity as an EMT?
 5         A.       At one point EMTs didn't do that, no.
 6         Q.       What type of work did you do when you
 7    were an EMT?
 8         A.       It was pretty much responding to car
 9    accidents, emergency situations.  And it was pretty
10    much pick up, bandage up, get them to the hospital.
11         Q.       I understand.
12                  Are you currently employed, Executioner?
13         A.       Yes.
14         Q.       Are you employed by the TDOC?
15                  MR. MITCHELL:  I'm going to object and
16             instruct the Executioner not to answer, pursuant
17             to the Court's protective order, Document Entry
18             107, 108, Page ID 5116, where it talks about the
19             motion for the protective order will be granted
20             for people who participate in the preparation or
21             administration of drugs during executions.  And
22             that plaintiff is prohibited from seeking
23             information, through depositions or other forms of
24             discovery, that is calculated or otherwise likely
25             to lead to the identification of pseudo- --
```

Case 3:18-cv-01234   Document 184-1   Filed 03/17/22   Page 26 of 299 PageID #: 5785

1        pseudoanonymously -- pseudoanonymously identified

2        individuals.

3                 So do not answer, Executioner.

4    BY MS. LEONARD:

5        Q.       Are you a corrections officer?

6                 MR. MITCHELL:  Same -- same objection.

7        Do not answer, Executioner.

8    BY MS. LEONARD:

9        Q.       Executioner, you mentioned earlier that

10   you have special training in your position, including

11   SERT training.  Is there any additional training that

12   you have?

13       A.       I don't know specifically what you're

14   looking for.  I have been trained in numerous areas,

15   and we've already spoke about some of those, so....

16       Q.       I'm curious what the rest are.  Could you

17   describe what the other areas of training you've had

18   are?

19       A.       Incident command.  Without a list in

20   front of me, I don't recall all the training I've had.

21       Q.       Could you tell me off the top of your

22   head what training you've had, everything you can think

23   of?

24       A.       Different --

25                 MR. MITCHELL:  Object to the form.  You

Case 3:18-cv-01234   Document 184-1   Filed 03/17/22   Page 27 of 299 PageID #: 5786

1       can answer, Executioner.

2             THE WITNESS:  Incident report, roster

3       management, SERT, incident command, leadership are

4       just some of the ones I can think of off the top

5       of my head.

6  BY MS. LEONARD:

7       Q.      But that's not an exclusive list?

8       A.      Exclusive list?

9       Q.     I mean --

10           (Technical pause.)

11           THE VIDEOGRAPHER:  We're off the record

12       at 9:35 a.m.

13           (Recess at 9:35 a.m. to 9:55 a.m.)

14           THE VIDEOGRAPHER:  We're back on record

15       at 9:55 a.m.

16  BY MS. LEONARD:

17       Q.      Executioner, have you been involved in

18  prior executions?

19       A.      13.

20       Q.      I'm sorry, what was that?

21       A.      13.

22       Q.      13?  Were you the executioner in all 13

23  of these executions?

24       A.      12.  I was in 12 of them.

25       Q.      You were the executioner in 12 of the

1    executions?  Is that what you're saying?

2         A.      Yes.

3         Q.      And what was your role in the 13th

4    execution?

5         A.      Recorder assistant.

6         Q.      Were you the recorder assistant in the

7    first execution you ever did?

8         A.      I believe that is correct.

9         Q.      What year was that?

10        A.      I think --

11             MR. MITCHELL:  Objection.  Executioner,

12        don't answer what year that was pursuant to the

13        Court's protective order, DE107.

14   BY MS. LEONARD:

15        Q.      Where did these executions take place?

16        A.      Riverbend Maximum Security Prison.

17        Q.      When was the most recent execution you

18   participated in?

19        A.      I'm trying to think.  The year before

20   last, maybe.  I don't recall the exact year.

21        Q.      Okay.  So maybe 2019 or 2018, somewhere

22   around there?

23        A.      Yes, yes, somewhere around.

24        Q.      And were you the executioner in Donnie

25   Johnson's execution?

Case 3:18-cv-01234   Document 184-1   Filed 03/17/22   Page 29 of 299 PageID #: 5788

1          A.       Yes.

2          Q.       Were you the executioner in Billy Ray

3     Irick's execution?

4          A.       Yes.

5          Q.       Had you provided training to anyone that

6     was involved in any of these executions that you've

7     been involved in?

8          A.       We train every month.

9          Q.       Sorry, you said three trainings every

10    month?  Am I hearing you correctly?

11         A.       We train every month.

12         Q.       You train every month?

13         A.       Yes.

14         Q.       Okay.  I understand.

15                  How many --

16                  MS. LEONARD:  I'm sorry, I'm going to go

17         on mute.

18                  (Technical pause.)

19                  MS. LEONARD:  I apologize.  Hopefully,

20         we're through that.

21                  For the benefit of the record, there was

22         unplanned fire alarm testing going on in our

23         building, and unfortunately we're in a situation

24         where it should end soon.  But we've agreed to

25         proceed with the deposition, and if the alarm

Case 3:18-cv-01234   Document 184-1   Filed 03/17/22   Page 30 of 299 PageID #: 5789

1        interrupts us we'll just take a few-second break

2        to make sure that the questions and the answers

3        are all able to be clearly heard.

4    BY MS. LEONARD:

5        Q.        Executioner, do you provide the training

6    for -- that happens every month?

7        A.        I train the people in the room with me.

8    We receive training from a -- excuse me -- training

9    from a certified EMT once a year.

10       Q.        Who are the people that are in the room

11   with you?

12            MR. MITCHELL:  Executioner, do not -- and

13       I'm going to personally -- do not use names.  But

14       if you can describe those people or their -- or

15       their roles, that is okay.  But I'm going to

16       instruct, pursuant to the protect order, not to

17       use anyone's name.

18            THE WITNESS:  There is myself, the

19       executioner; recorder; and I have another set of

20       eyes, an observer to help watch what's going on.

21   BY MS. LEONARD:

22       Q.        So there are three people total in the

23   room, including you?

24       A.        Yes, ma'am.

25       Q.        And you train the recorder and the

1    observer?

2        A.        Yes, ma'am.

3        Q.        And the certified EMT trains all three of

4    you; is that correct?

5        A.        In what to look for in the execution; if

6    there's a problem with the vein, finding the vein.

7    What to look for, that kind of stuff.

8        Q.        Okay.  And just so I'm clear, that

9    training happens once a year?  Is that what you said?

10       A.        It says -- I believe the protocol says --

11   it'll say once a year.  I don't know if there's a time

12   limit, but we do it about once a year.

13       Q.        You do it about once a year?

14       A.        Yes.

15       Q.        And are there additional trainings

16   leading up to a scheduled execution?

17       A.        The whole execution team trains once a

18   month.  When a date is set, the amount of training

19   increases for that month.

20       Q.        And how does it increase?

21       A.        At the warden's discretion.  The warden

22   says we may do two a week, or two or three the week

23   before the date of the execution.

24       Q.        In the last execution you participated

25   in, how many trainings did you do in the week leading

Case 3:18-cv-01234   Document 184-1   Filed 03/17/22   Page 32 of 299 PageID #: 5791

1    up to that?

2         A.        Do not recall.

3         Q.        Was -- did you do at least one training

4    in the week leading up to that?

5         A.        Yes.

6         Q.        Did you do two trainings?

7         A.        I think so, but I don't recall.

8    Normally, that's what we do.

9         Q.        And that was in addition to your regular

10   monthly training?

11        A.        Yes, I think so.

12        Q.        And does the certified EMT participate in

13   those trainings that lead up to the scheduled

14   execution?

15        A.        Yes.

16        Q.        And the certified EMT attends all of

17   those?

18        A.        Yes.

19        Q.        And what's the certified EMT's role in

20   those trainings?

21        A.        To start the IV, insert the IV catheter.

22        Q.        Wait, I'm sorry, I was -- it was a little

23   bit garbled.  Could you start that response again?

24        A.        They start and insert the IV catheter.

25        Q.        The certified EMT starts the IV catheter?

Case 3:18-cv-01234   Document 184-1   Filed 03/17/22   Page 33 of 299 PageID #: 5792

```
 1           A.        Yes.
 2           Q.        Does anyone else?  The three people you
 3    mentioned -- you, the recorder, and the observer -- do
 4    any of you ever start the IV catheter during the
 5    training?
 6           A.        I've trained to do it in emergency
 7    situations.
 8           Q.        You've been trained to do it in emergency
 9    situations, but you don't regularly do it during --
10           A.        No, not regularly.  No, ma'am; not
11    regularly.  We have authority, but it's not the normal.
12           Q.        How many times have you done it before,
13    approximately?
14           A.        I couldn't tell you.  I used to do it
15    more than what I have the last five or six years.  I
16    can't give you -- I can't -- we used to do it maybe
17    once or twice a quarter.
18           Q.        And when you say --
19           A.        And I had --
20           Q.        I'm sorry.  Go ahead.
21           A.        But that was with a different team.  With
22    the team I'm with now, I don't think we ever have
23    started one.
24           Q.        And has it been the same team for the
25    past five or six years?
```

Case 3:18-cv-01234   Document 184-1   Filed 03/17/22   Page 34 of 299 PageID #: 5793

```
 1        A.      Yes.  Well....

 2        Q.      Prior to that --

 3        A.      The last -- last three or four, yes, the

 4   same team.

 5        Q.      Okay.  So just so I'm clear, it's been

 6   the last -- the same team the last three or four years.

 7   But you haven't -- none of you on the team have had to

 8   insert the IV catheter for about the past five or six

 9   years, roughly?

10        A.      No no, the IV team never had.  We've been

11   trained to and we have started them, but not during an

12   execution.

13        Q.      Have you ever personally inserted the IV

14   catheter during an actual execution?

15        A.      No.

16        Q.      Has the recorder that's with you ever

17   personally inserted the IV catheter during an

18   execution?

19        A.      No.

20        Q.      Has the observer ever personally inserted

21   the IV catheter during an execution?

22        A.      No.

23        Q.      Has it always been the certified EMT that

24   inserts the IV catheter during an actual execution?

25        A.      In every one that the State of Tennessee
```

Case 3:18-cv-01234   Document 184-1   Filed 03/17/22   Page 35 of 299 PageID #: 5794

1    has done, it's always been the certified EMT.

2         Q.      Okay.  How long have you been the

3    executioner in Tennessee?

4              MR. MITCHELL:  Again, I'm going to object

5         to that question and instruct the Executioner not

6         to answer pursuant to the protective order, Page

7         ID 5116.

8    BY MS. LEONARD:

9         Q.      Are you the only executioner in

10   Tennessee?

11        A.      I'm the only one that has done one.

12        Q.      What do you mean by that?

13        A.      I mean, I'm the only one that has

14   actually done an execution.  The --

15        Q.      You're the --

16        A.      One of the -- one or two of the people in

17   the room with me has watched me, they help set

18   everything up.  They have been trained.  And I am the

19   only one.

20        Q.      Okay.  So you are the only person on the

21   current team that has ever done an actual execution?

22        A.      I am the only one that's done an

23   execution, yes.

24        Q.      Okay.  I'm just trying to make sure that

25   my understanding is clear.  So you are the only person

1   with the title of executioner that has ever done an

2   execution?

3        A.       Yes.

4        Q.       And so the other team members -- the

5   recorder, the observer -- have they had past experience

6   in executions?

7        A.       They have been with me when the last two

8   were done.

9        Q.       And so it was the same individuals?  The

10  recorder and the observer --

11       A.       Yes.

12       Q.       -- were the same individuals in the most

13  recent two executions?  Is that what you're saying?

14       A.       Yes.

15       Q.       Okay.  Thanks.

16                Do you receive compensation for your work

17  as executioner?

18       A.       No.

19       Q.       Is there a time at which you will no

20  longer be the executioner?

21       A.       Except for --

22                MR. MITCHELL:  Excuse me, Executioner.

23       One, I'm going to object to the form.  Two, more

24       materially, I'm also going to object on the basis

25       of the Court's protective order DE107 and instruct

```
 1          the Executioner not to answer.
 2    BY MS. LEONARD:
 3          Q.      Do you hold any other roles in
 4    Tennessee's execution procedures?
 5          A.      No.
 6          Q.      You mentioned that you'd prepared, in
 7    part, by looking at the protocol.  When did you first
 8    become aware of that protocol?
 9          A.      When it was first written.  That would be
10    the first execution.
11          Q.      The first distribution?  And do you
12    recall --
13          A.      I said the first execution.
14          Q.      The first execution?  I'm sorry.
15                  When you say "the first execution," do
16    you mean the first execution that you did?
17          A.      The first the State of Tennessee did.
18          Q.      And do you remember around what year that
19    was?
20                  MR. MITCHELL:  Again, I'm going to object
21          again pursuant to the protective order and
22          instruct the Executioner not to answer that.
23    BY MS. LEONARD:
24          Q.      When did you first read this protocol?
25          A.      When it was first written.
```

1    Q.      And do you remember around when that was?

2    A.      Early 2000.

3    Q.      And is the State required to follow this

4 protocol?

5    A.      Yes.

6    Q.      And who authorized the State to conduct

7 executions under this protocol?

8    A.      I'm not sure I understand the question.

9    Q.      Do you know who wrote this protocol?

10    A.      Probably the TDOC legal team.

11    Q.      Okay.  And do -- is the State allowed to

12 conduct executions using anything other than this

13 protocol?

14            MR. MITCHELL:  Object to the form.  You

15    can answer.

16            THE WITNESS:  I'm sorry?

17            MR. MITCHELL:  I objected to the form,

18    but you can answer the question, Executioner.

19            THE WITNESS:  Not that I'm aware of.

20 BY MS. LEONARD:

21    Q.      Okay.  Do you know whether Tennessee is

22 authorized to use electrocution for executions?

23    A.      Whether they're authorized?  The State?

24    Q.      Yes, whether the State is allowed to --

25    A.      Yes.

1       Q.      -- legally?

2       A.      Yes.

3       Q.      Yes, they are allowed to use

4   executions for -- electrocution for executions?

5       A.      Rarely.

6       Q.      Is there a protocol for that?

7       A.      Yes.

8       Q.      Have you read that protocol?

9       A.      Yes.

10      Q.      Are you also the executioner when

11  electrocution is used?

12      A.      Yes.

13      Q.      Do you have any other roles when

14  electrocution is used?

15      A.      No.

16      Q.      And what is your role as the executioner

17  in electrocution?  What do you do in that position?

18              MR. MITCHELL:  Object to the form.  You

19      can answer.

20              THE WITNESS:  It's I have to take the

21      control panel that starts the process.

22  BY MS. LEONARD:

23      Q.      And can you describe a little bit more

24  what you mean by "the control panel that starts the

25  process?"  Do you -- can you explain to me a little bit

1    more?  I don't want to put words in your mouth.  What
2    do you mean by that?
3         A.       There's a -- it's called the main breaker
4    switch.  There's one key with three different key
5    positions on the power panel.
6              You turn the power on, set it for
7    activation.  You set it for default, and you push the
8    button to start the process.
9         Q.       Okay.  How many executions have you
10   performed using electrocution?
11        A.       I don't know.
12        Q.       Has it -- is it more than one?
13        A.       Yes.
14        Q.       More than two?
15        A.       I have done all of them since we started
16   back using the electric chair.
17        Q.       Is that more than 10?
18        A.       No.
19        Q.       Is it more than five?
20        A.       I think so.  I -- I have been involved in
21   all of them.  I don't remember which ones were lethal
22   injection, which ones were electrocutions.  I don't
23   keep count.
24        Q.       Okay.  So of the 13 executions you
25   mentioned earlier, were all of those 13 lethal

Case 3:18-cv-01234   Document 184-1   Filed 03/17/22   Page 41 of 299 PageID #: 5800

1    injection?

2         A.      No.

3         Q.      So some of those were electrocution?

4         A.      Yes.

5         Q.      Okay.  Would you say about half of those

6    were lethal injection?

7         A.      I think probably around half, five or

8    six.

9         Q.      Okay.  I'm going to talk -- focus with

10   you more on the lethal injection protocol.  Were you

11   involved in creating this protocol?

12        A.      Yes.

13        Q.      How did you participate in creating this

14   protocol?

15        A.      The construction of the IV lines in that

16   process.

17        Q.      So you mean that you helped create the

18   portions of the protocol that described that process?

19        A.      Yes.

20        Q.      Who else was involved in creating the

21   protocol?

22        A.      I don't recall.

23             MR. MITCHELL:  Object, based on the

24        protective order.  Executioner, if you can answer

25        without giving names but you can somehow describe

1          that.

2                 THE WITNESS:  I don't recall it, other

3          than the TDOC Legal Department.

4    BY MS. LEONARD:

5          Q.       Okay.  Do you remember roughly how many

6    people were involved in the process?

7          A.       No.

8          Q.       I'm sorry, if you responded I don't think

9    I caught that.

10         A.       No, I don't remember.

11         Q.       Was it more than five people?

12         A.       I don't remember.  I was given my section

13   to take care of and gave it back to whoever, Legal.

14         Q.       Okay.  I understand.  Did you ever have

15   meetings with anyone else who was creating the

16   protocol?

17         A.       I don't recall.  Probably, but I don't

18   remember.

19         Q.       Do you remember discussing the protocol

20   with anyone else who was working on it?

21         A.       When?

22         Q.       At any --

23         A.       When it was being developed?

24         Q.       Yes, exactly.

25         A.       That'd be Felix would be the only one.

```
 1        Q.       I'm sorry, who's that?  Not -- not the
 2   name, I just didn't hear the --
 3        A.       The -- the TDOC legal counsel.
 4        Q.       Okay.  I see.  Thanks.
 5                 Did you consult with doctors?
 6        A.       Not that I recall.
 7        Q.       Did you consult with -- other than TDOC,
 8   did you consult with lawyers?
 9        A.       At one time there was a nurse, an RN, at
10   Riverbend that was somewhat involved in the process.
11                 I also went to another state, witnessed
12   an execution, talked with the executioner and people
13   involved there to look at how they set their -- set
14   theirs up.  And we did basically the same thing they
15   were doing.
16                 I also went to a federal prison as they
17   were conducting practice and watched them set up their
18   process, how they did it, and was able to ask them
19   questions.
20                 So there's the way I learned how to do it.
21        Q.       Is the nurse that you talked about still
22   at Riverbend?
23        A.       No.
24        Q.       How long ago did you talk with her about
25   the protocol, roughly?  Approximate.
```

Case 3:18-cv-01234   Document 184-1   Filed 03/17/22   Page 44 of 299 PageID #: 5803

1         A.        1998.

2         Q.        And is that --

3         A.        2000.  Somewhere in there, when it was

4    being developed.

5         Q.        Is that around the same time that you

6    visited another state?

7         A.        Yes.

8         Q.        Did you ever -- did you only ever take

9    one trip to another state to watch an execution?

10        A.        One trip to one state.  One trip -- the

11   second trip was to another state, but a federal prison.

12        Q.        Right.  And which state did you visit?

13               MR. MITCHELL:  I'm going -- I'm going to

14        object and instruct the witness not to answer,

15        again based on the protective order, DE107, Page

16        ID 5116.

17   BY MS. LEONARD:

18        Q.        And when you went to the federal prison,

19   did you say that you saw only a practice session there,

20   not an actual execution?

21        A.        Yes.  They were preparing for an

22   execution.

23        Q.        Okay.  So you've only witnessed an

24   execution in another state one time?

25        A.        Correct.

1       Q.     Okay.  Was there anything else that you

2  relied on when you were creating your portions of the

3  protocol?

4       A.     Not that I recall.

5       Q.     Okay.  Did you ever read --

6       A.     The EMT -- the EMTs were there.  The

7  nurse was there.  I watched two other states do the

8  process, so that's how I learned how to do it.

9       Q.     Okay.  When you say that the EMTs and the

10  nurse were there, do you mean they were with you

11  watching the execution in the other state?

12       A.     No, when we first practiced setting up

13  our IV lines.

14       Q.     I see.  Okay.  So back around 1998 or

15  2000, when you were first --

16       A.     Yes.

17       Q.     -- first consulting with the nurse?

18             Okay.  I understand.

19             Did you consult any articles or textbooks?

20       A.     No.

21       Q.     And do you know around when the protocol

22  was most recently revised?

23       A.     I think it's 2015.

24       Q.     Were you asked to consult about these

25  revisions?

```
 1        A.      I don't recall.  I may have.
 2        Q.      Do you recall whether you were involved
 3   at all in revising the protocol?
 4        A.      I don't recall.  I may have.
 5               MS. LEONARD:  Okay.  I'm going to pull up
 6        Exhibit 1, which is the Tennessee Lethal Injection
 7        Protocol.
 8               For the court reporter's benefit, this
 9        should be the same Exhibit 1 that we used in the
10        previous deposition on Monday.
11   BY MS. LEONARD:
12        Q.      Executioner, do you have this in front of
13   you?
14        A.      Is it, did you say, Exhibit 1?
15        Q.      Yes, Exhibit 1.
16        A.      Yes, yes.
17        Q.      Okay.  Do you need a minute to look
18   through it?
19        A.      I don't think so.
20        Q.      Okay.  You had indicated earlier that you
21   just reviewed this recently in preparation for today;
22   is that right?
23        A.      Right.
24        Q.      So are you familiar with the contents of
25   this protocol?
```

1      A.      Yes.

2      Q.      Have you read this in its entirety?

3      A.      I have, and I also paid more attention

4  to my role in the protocol.

5      Q.      I'm sorry, I didn't catch the back half.

6  I caught "I paid more attention," and then it trailed

7  off.

8      A.      I more focused on my role in the

9  protocol.

10      Q.      Okay.  I understand.  I see.

11              When was the last time that you read this

12  in its entirely?

13      A.      Yesterday.

14      Q.      Yesterday?  Have you read this more than

15  once?

16      A.      Yes.

17      Q.      Okay.  And what do you understand the

18  purpose of this document to be?

19              MR. MITCHELL:  Object to form.

20              THE WITNESS:  It's instructions for doing

21      an execution by lethal injection.

22  BY MS. LEONARD:

23      Q.      All right.  I'm going to direct your

24  attention to Page 6.  Will you let me know when you get

25  there?

1         A.        Okay.

2         Q.        Okay.  I'm looking at the last sentence

3    above the signature that starts with "It will be."  Do

4    you see that?

5         A.        The last sentence?

6         Q.        The last sentence.

7         A.        "It will be annually reviewed?"

8         Q.        Yes.  So that sentence says:  "It will be

9    reviewed annually or as needed by a designated panel."

10   Are you on the panel?

11        A.        I don't know.

12        Q.        Who is on the panel?

13        A.        I don't know.

14             MR. MITCHELL:  I'm going to object and

15        instruct the witness not to answer who was on the

16        panel, pursuant to the protective order.

17   BY MS. LEONARD:

18        Q.        Has the protocol been reviewed by the

19   panel since 2018?

20        A.        I don't know.  I don't know who the panel

21   is.

22        Q.        I'm going to move down to Page 8.  Are

23   you on Page 8?

24        A.        I am.

25        Q.        Okay.  On Page 8, I'm looking at the

Case 3:18-cv-01234   Document 184-1   Filed 03/17/22   Page 49 of 299 PageID #: 5808

1    definition of "Execution Team" in the middle of the

2    page.  Do you see that?

3            A.      I do.

4            Q.      And in the list there, executioner is one

5    of the roles identified.  Is that your role?

6            A.      Yes.

7            Q.      And without identifying them, without

8    saying anybody's names, do you know who is in the other

9    roles?

10                   MR. MITCHELL:  Object to the form.  You

11           can answer.

12                   THE WITNESS:  I know who is in the -- I

13           know -- I don't know their names personally, but I

14           know what their roles are.

15   BY MS. LEONARD:

16           Q.      Okay.  And so in that list -- warden,

17   associate warden, extraction team, death watch team --

18   you know who those individuals are?  Again, don't tell

19   me their names, but you know who they are?

20           A.      Well, I know who they are, but I don't

21   know all their names.  So yes.

22           Q.      Okay.  I see.  I see.

23                   Is each of those roles always filled by

24   the same person?

25           A.      The people -- the extraction team

1    officers may change, depending on people quit or

2    resigning.  But I would say we probably use the same

3    people always.

4         Q.      Okay.  And does every person on this list

5    have previous execution experience?

6         A.      I don't know.

7              MR. MITCHELL:  Object to the form.  You

8         can answer.

9              THE WITNESS:  I don't know.

10   BY MS. LEONARD:

11        Q.      Do you think that they should?

12             MR. MITCHELL:  Object to the form.  You

13        can answer.

14             THE WITNESS:  I don't know how you get

15        experience without being there.  The warden is

16        there, associate warden.  The extraction team,

17        most of those.  The IV team, most of those.

18             Those are -- they're normally -- there's

19        not a lot of turnover in any of those, but there

20        is some turnover in personnel.

21   BY MS. LEONARD:

22        Q.      That makes sense.

23             Is anyone going to be doing an execution

24   for the first time?

25             MR. MITCHELL:  Object to the form.  You

```
 1          can answer.
 2                  THE WITNESS:  I don't know.  They're --
 3          they're -- they....
 4    BY MS. LEONARD:
 5          Q.      Do you feel that your previous execution
 6    experience has been beneficial in understanding how
 7    executions work?
 8                  MR. MITCHELL:  Object to form.  You can
 9          answer.
10                  THE WITNESS:  I don't -- I don't totally
11          understand the question.
12    BY MS. LEONARD:
13          Q.      Before, you'd indicated that you have had
14    experience in 13 executions.  Do you feel that that's
15    helped you get better at the process?
16                  MR. MITCHELL:  Same objection.
17                  THE WITNESS:  I don't know that anything
18          has changed much since we started.  The process
19          has been pretty much the same, except for the
20          chemicals used.
21    BY MS. LEONARD:
22          Q.      Okay.  I see.
23                  I'm going to move down to Page 10, which is
24    a diagram.  Will you let me know when you're on Page 10?
25          A.      Okay.
```

Case 3:18-cv-01234   Document 184-1   Filed 03/17/22   Page 52 of 299 PageID #: 5811

1       Q.      Okay.  So I just -- I'm trying to just

2   understand this.  I have not yet been there, so if you

3   could just bear with me and be patient.

4               Have you seen this blueprint before today?

5       A.      Yes.

6       Q.      When's the last time that you looked at

7   it?

8       A.      I was in the building last week.

9       Q.      Okay.  And have you looked at that

10  particular drawing or diagram?

11      A.      I have.

12      Q.      And did you look at this --

13      A.      I'm trying to.

14      Q.      I'm sorry?

15      A.      It's sideways.  Hold on.

16      Q.      If you right click, Executioner --

17      A.      I've got it.  I've got it.  I'm good.

18      Q.      You've got it?  Okay.  Great.

19              Is this an accurate diagram of the

20  Capital Punishment Unit?

21      A.      Yes.

22              MR. MITCHELL:  Object to form.  You may

23      answer.

24              THE WITNESS:  Yes, it is.

25  BY MS. LEONARD:

Case 3:18-cv-01234   Document 184-1   Filed 03/17/22   Page 53 of 299 PageID #: 5812

1        Q.        What is the distance between the gurney

2   and the executioner's room?

3                  MR. MITCHELL:   Same objection.

4   BY MS. LEONARD:

5        Q.        You can answer, Executioner.

6        A.        I'm thinking two foot, maybe three feet.

7        Q.        Two or three feet?

8        A.        Yes.

9        Q.        Is there a window between the

10  executioner's room and the execution chamber?

11       A.        There is.

12       Q.        What type of window?

13       A.        One way, where I can see out and nobody

14  can see in.

15       Q.        So you can see out?   If you're standing

16  in the executioner's room you can see the execution

17  chamber, but whoever's in the execution chamber cannot

18  see you; is that correct?

19       A.        That is correct.

20       Q.        And are there ports in the window?

21       A.        No.   There's a port in the wall that the

22  IV lines run through.

23       Q.        Is it just one port?

24       A.        Well, it's a -- it's probably an 8-inch

25  by 8-inch door that opens up.   You can open and close

1    it.  And in that port there's two what I would call
2    half-moons that the lines run through.
3          Q.      Okay.  I -- I caught most of that.  I
4    didn't catch the beginning, when you said -- the
5    beginning, you said there's one port.  Can you tell
6    me --
7          A.      It's one door.  It's an 8-by-8, probably
8    a 10-by-8 door.  It's a metal door that can be opened
9    and closed.
10              In that door there's two what we call
11   half-moon cutouts for the lines to run through.
12         Q.      Okay.  I see.  And about how big is that
13   metal door?
14         A.      About 8-by-8.
15         Q.      Inches?  I'm sorry, 8-by-8 inches?
16         A.      That's my guess, yes.
17         Q.      And roughly how big are the two
18   half-moons that you described?
19         A.      Four, four or five.
20         Q.      Four or five inches?
21         A.      No, that's out of my quarter.
22         Q.      I'm sorry, can you repeat that?
23         A.      A quarter.
24         Q.      Oh, a quarter?  Okay.
25              And are the ports -- are those half-moons

Case 3:18-cv-01234   Document 184-1   Filed 03/17/22   Page 55 of 299 PageID #: 5814

1    inside labeled?

2         A.        No.   There's one on the left and one on

3    the right.

4         Q.        Okay.   But there's no labels that say

5    "left" or right?"

6         A.        No.

7         Q.        Okay.   And then looking at the diagram

8    again, is there a window between the official witness

9    room and the execution chamber?

10        A.        No.

11        Q.        Are you able to hear what is going on in

12   the execution chamber while you're in the executioner's

13   room?

14        A.        Yes.

15        Q.        During an execution, who is in the

16   executioner's room while the drugs are being

17   administered?

18             MR. MITCHELL:   Partial objection,

19        pursuant to the protective order.

20             Executioner, you can answer without using

21        names, if that makes sense.

22             THE WITNESS:   The recorder and the

23        observer and me.

24   BY MS. LEONARD:

25        Q.        Okay.   So the same three people --

```
 1         A.       Yes.

 2         Q.       -- that you mentioned to me earlier?

 3         A.       Yes.

 4         Q.       And during an execution, who is in the

 5  execution chamber while the drugs are being

 6  administered?  Again, please don't tell me names but

 7  the roles of the people being involved.

 8         A.       The warden and the deputy warden.

 9         Q.       So the only three people in the execution

10  chamber at the time the drugs are being administered

11  are the warden, the -- did you say the deputy warden?

12         A.       Yes.

13         Q.       And the prisoner, the condemned inmate?

14         A.       Yes.

15         Q.       Okay.  Where is the warden located during

16  the execution?

17         A.       At the --

18                  MR. MITCHELL:  Object to form.  You can

19         answer.

20                  THE WITNESS:  At the right side of the

21         inmate towards the head/shoulder area.

22  BY MS. LEONARD:

23         Q.       Okay.  So looking at the diagram, the --

24  the prisoner's head is towards the right side.  So

25  towards the victim's room, it looks like?
```

Case 3:18-cv-01234   Document 184-1   Filed 03/17/22   Page 57 of 299 PageID #: 5816

```
1        A.      No.

2        Q.      The other way around?

3        A.      Yes.  It's just like there's a pillow on

4   the gurney.

5        Q.      I see.  And the warden stands to the

6   right side of the prisoner's head?

7        A.      Correct, right where the "G" for "gurney"

8   is.

9        Q.      I see.  Okay.  Does the warden ever move

10  to a different location?

11               MR. MITCHELL:  Object to form.  You can

12       answer.

13               THE WITNESS:  At what point?

14  BY MS. LEONARD:

15       Q.      At any point.  Is the warden always

16  standing where you just described, or does he move to a

17  different spot at any point during the execution?

18               MR. MITCHELL:  Same objection.

19               THE WITNESS:  When the inmate is brought

20       in, strapped down, he will -- he's not there.

21       He's away from the gurney when the strap-down is

22       occurring.

23               When the strap-down is completed, the

24       blinds are raised.  The warden will step over to

25       the telephone.  There's two telephones.  He'll
```

Case 3:18-cv-01234   Document 184-1   Filed 03/17/22   Page 58 of 299 PageID #: 5817

1    step over to the phone, call and ask if there's a

2    stay or a pending news.

3         If none, he steps over to the -- the

4    gurney, near the -- near the inmate and asks if he

5    has any last statement.  The inmate does or

6    doesn't.

7         The warden gives the signal to proceed

8    and stays in the area until the first three

9    syringes are administered.

10 BY MS. LEONARD:

11    Q.    And then does the warden move somewhere

12 after the three syringes -- first three syringes are

13 administered?

14    A.    After the first three syringes have been

15 administered, the executioner will signal the warden

16 that the first three have been administered.  The

17 warden waits two minutes and does a check for

18 responsiveness.

19    Q.    Okay.  And so are you the person that

20 gives that signal to the warden?

21    A.    I am.

22    Q.    What is the signal?

23    A.    There is a -- actually, what it is is an

24 ACE bandage shaped in a square shape that is placed in

25 the window, in the window port where the lines enter.

Case 3:18-cv-01234   Document 184-1   Filed 03/17/22   Page 59 of 299 PageID #: 5818

```
 1   When he sees that white block, he knows the first three
 2   have been administered.
 3       Q.       Okay.  And I just want to ask a follow-up
 4   question about the phone.  Where is the phone located
 5   in the execution chamber?
 6       A.       As I am looking at it, it would be the --
 7   on the wall between the execution chamber and official
 8   visitor, in that corner.
 9       Q.       Okay.  And is that just an internal
10   telephone?  That's -- that's not able to make outside
11   calls, right?
12           MR. MITCHELL:  Object to the form.  You
13       can answer.
14           THE WITNESS:  I don't know.  I think if
15       he has -- I know he calls the commissioner, who is
16       on the grounds, to see if there are any papers.
17           There's another phone there that's an
18       internal phone that's connected to the injection
19       room.
20   BY MS. LEONARD:
21       Q.       Okay, great.  That was going to be my
22   next question.  So you are able to talk to the warden
23   using that phone during an execution?
24       A.       Yes, only -- that would only be used in
25   an emergency.
```

1     Q.      In an emergency, you said?

2     A.      Yes.

3     Q.      Okay.  And you mentioned that you could

4  hear each other through the window; is that right?

5     A.      No.  There's a speaker system in the

6  whole area.  When they activate the speaker system I

7  can hear, the official visitors can hear, the victim

8  witnesses can hear.

9     Q.      Is that system activated at the beginning

10  of an execution?

11     A.      When the blinds are raised.

12     Q.      And is there any portion of this capital

13  punishment unit that cannot hear what's going on in

14  that speaker system?

15            MR. MITCHELL:  Object to form.  You can

16        answer.

17            THE WITNESS:  I don't know.  I've only

18        been in that area when it's been used.

19  BY MS. LEONARD:

20     Q.      Okay.  And when you say that you would

21  use the phone in an emergency, what type of emergency

22  are you talking about?

23            MR. MITCHELL:  Object to the form.  You

24        can answer.

25            THE WITNESS:  There would be reason to

Case 3:18-cv-01234   Document 184-1   Filed 03/17/22   Page 61 of 299 PageID #: 5820

```
 1          lower the blinds if there's a problem with either
 2          one of the IV lines.
 3   BY MS. LEONARD:
 4          Q.       What type of problems with an IV line
 5   would constitute an emergency?
 6          A.       Well, if there's --
 7                   MR. MITCHELL:  Objection.
 8                   THE WITNESS:  I'm sorry?
 9   BY MS. LEONARD:
10          Q.       You can answer.
11          A.       If there's a problem with a blown vein.
12   A blown vein is where the needle has went all the way
13   through the vein or just nicked the vein and the
14   catheter is not working as it should.
15                   Or both of them -- if it ever happened
16   where both of them was a problem, then they would lower
17   the blinds and have somebody go out and start another
18   IV.
19          Q.       Okay.  Have you ever used the emergency
20   phone during an execution?
21          A.       Never.
22          Q.       You mentioned earlier that the extraction
23   team -- that while the extraction team is in the
24   execution chamber the warden is not standing next to
25   the gurney.  Where is the warden when the execution
```

```
 1   team is in the chamber?
 2                 MR. MITCHELL:  Object to form.
 3                 THE WITNESS:  He's in the room, but he is
 4        not right there helping them strap down.
 5   BY MS. LEONARD:
 6        Q.     Okay.  So the warden is in the execution
 7   chamber at that time --
 8        A.     Yes.
 9        Q.     -- but not next to the gurney?
10        A.     Right.
11        Q.     And when does the warden first enter the
12   execution chamber?
13        A.     When the inmate enters.
14                 MR. MITCHELL:  Object to form.
15   BY MS. LEONARD:
16        Q.     So does -- the warden follows the
17   extraction team, or is the warden already in there?
18                 MR. MITCHELL:  Same objection.
19                 THE WITNESS:  He's either already in
20        there or leads them in.
21   BY MS. LEONARD:
22        Q.     Or he leads them in?  Okay.
23               And if he's already in there, how early
24   is he in there?
25        A.     I don't know that.  I just don't think it
```

Case 3:18-cv-01234   Document 184-1   Filed 03/17/22   Page 63 of 299 PageID #: 5822

1    matters, myself.

2         Q.      I'm sorry, could you repeat that?  I just

3    had a little --

4         A.      I don't recall.

5         Q.      You don't know?

6         A.      No.  I'm focused on what I'm doing.

7         Q.      All right.  And are you in the execution

8    room earlier than the warden is in the execution

9    chamber?

10        A.      Yes.

11        Q.      Okay.  I'm going to turn to -- flip to

12   Page 13 of this document, so we may have to rotate our

13   pages back.

14        A.      Okay.

15        Q.      Do you see Page 13?

16        A.      Yes.

17        Q.      And then if you flip through or scroll

18   through pages 13 through 29, it looks like these pages

19   describe the primary role of each of these members of

20   the execution team.  I'm wondering, why is the

21   executioner not listed on one of these pages?

22              MR. MITCHELL:  Object to form.  You can

23        answer.

24              THE WITNESS:  I don't know.

25   BY MS. LEONARD:

1        Q.       Have you ever noticed that your role is

2    not listed here?

3        A.       I have.

4        Q.       You have?

5        A.       I have.

6        Q.       And have you talked to anybody about

7    that?

8        A.       No.

9        Q.       What is your --

10       A.       In reality, I'm part of the IV team.

11       Q.       Oh, you're part of the IV team?

12       A.       Yes.

13       Q.       Okay.  So you would say that the IV team

14   description on Page 20 is what applies to you?

15       A.       That prepares the IV equipment.  Yes, I

16   do that.  Make sure it's in working order.  I do that.

17       Q.       How would you describe your primary role

18   as executioner?

19              MR. MITCHELL:  Object to the form.  You

20        can answer.

21              THE WITNESS:  I do that.  I prepare the

22        IV equipment, the lines.  Set up everything for

23        the execution with the lines, with the syringes,

24        with the drugs.  That's what I do.

25   BY MS. LEONARD:

1        Q.       Okay.  And where did your understanding

2   of your role come from?

3                MR. MITCHELL:  Object to form.  You can

4         answer, if you can answer without violating the

5         protective order.

6                THE WITNESS:  I was appointed by the

7         warden.

8   BY MS. LEONARD:

9        Q.       I'm sorry, did you say you were appointed

10  by the Court?

11       A.       By the warden.

12       Q.       The warden?

13       A.       Yes.

14       Q.       Okay.  I'm sorry.

15                When were you appointed by the warden as

16  the executioner?

17                MR. MITCHELL:  And I'm going to instruct

18        the witness not to answer.  I'm going to object,

19        on the basis of the protective order, that

20        year-month information could be calculated to lead

21        to the identity of the executioner.

22  BY MS. LEONARD:

23       Q.       Do you feel that -- do you feel that you

24  are the person primarily responsible for the execution?

25                MR. MITCHELL:  Object to form.  You can

Case 3:18-cv-01234   Document 184-1   Filed 03/17/22   Page 66 of 299 PageID #: 5825

1    answer.

2              THE WITNESS:  No.

3    BY MS. LEONARD:

4      Q.      Who is primarily responsible for the

5    execution?

6              MR. MITCHELL:  Same objection.

7              THE WITNESS:  You want my opinion?

8    BY MS. LEONARD:

9      Q.      Yes, in your opinion.

10     A.      It starts with the crime, the

11   investigators, the district attorney, the lawyers, the

12   jury, the judge, the appeal courts.  I'm at the very

13   end.  I'm just part of the process.

14     Q.      Okay.  And why is it that the term for

15   your role is "executioner?"

16             MR. MITCHELL:  Object to form.  You can

17       answer.

18             THE WITNESS:  I never thought about it.

19   BY MS. LEONARD:

20     Q.      Why do you consider yourself part of the

21   IV team?

22     A.      That's because I prepare the IV

23   equipment.  I make sure it's used -- the equipment is

24   in good working order.

25     Q.      And do others consider you part of the IV

Case 3:18-cv-01234   Document 184-1   Filed 03/17/22   Page 67 of 299 PageID #: 5826

1  team?

2          MR. MITCHELL:  Object to form.  You can

3     answer.

4          THE WITNESS:  Yes.  I think they do.  I

5     can't speak for them, but yes.

6  BY MS. LEONARD:

7     Q.     Okay.  I understand.

8          You mentioned that the warden appointed

9  you as the executioner.  Why do you believe you were

10 selected?

11         MR. MITCHELL:  Object -- object to form.

12    And also again, more materially, I'm going to

13    object on the basis of the protective order.

14         If I may suggest, you can ask a yes-no,

15    Ms. Leonard, if he thinks he can answer without

16    violating the protective order.  Maybe you can do

17    it that way.

18 BY MS. LEONARD:

19    Q.     Sure.  Let me see.

20         Executioner, how about we turn to Page

21 31.  Maybe we can try it this way.  Will you just let

22 me know when you get to Page 31?  No rush.

23    A.     All right.

24         (Pause.)

25         THE WITNESS:  I am there.

 1    BY MS. LEONARD:

 2        Q.        Okay.  Great.  Thank you.

 3                  I'm looking.  The top of the page says

 4    "Execution Team Member Selection Criteria, Lethal

 5    Injection."

 6                  And then underneath that heading there's

 7    a list that says:  "The warden selects the remaining

 8    team and considers, at a minimum, the following general

 9    criteria for other members," and then there's a list.

10                  Do you see what I'm looking at?

11        A.        Yes.

12        Q.        The first item is "Length of service."

13    Is that one of the reasons you believe you were

14    selected?

15                  MR. MITCHELL:  Object to form.

16                  THE WITNESS:  You're asking me to speak

17        for the warden.  But yes, I think it is.

18    BY MS. LEONARD:

19        Q.        Right, in your opinion --

20        A.        Yes.

21        Q.        -- why the warden selected you?

22        A.        Yes.

23        Q.        And then "Ability to maintain

24    confidentiality."  Is that another reason that you

25    believe the warden selected you?

Case 3:18-cv-01234   Document 184-1   Filed 03/17/22   Page 69 of 299 PageID #: 5828

1          A.        Absolutely.

2                    MR. MITCHELL:  And I'm just going to --

3          if we're going down the list, that's fine.  We'll

4          have a standing objection to each of these.

5     BY MS. LEONARD:

6          Q.        Sure.  I'll going to skip, actually, to

7     No. 4, "Willingness to participate."  What is

8     "Willingness to participate?"

9          A.        If somebody asks to be on the team, you

10    question why they want to be on it.  But you don't want

11    somebody on the team that don't want to be on it.

12                   If they don't want to be on it, that's

13    fine.  If they participate in the execution and say, "I

14    don't want to do this no more," that's fine.  Nothing

15    -- nothing ever becomes of it or is held against them.

16         Q.        I understand.  Did you ask to be on the

17    team?

18         A.        No.

19         Q.        No. 7 is "Staff recommendations to the

20    warden."  Did anyone recommend you for this position?

21                   MR. MITCHELL:  Object to form.

22                   THE WITNESS:  I wouldn't know.

23    BY MS. LEONARD:

24         Q.        Sorry.  You can answer, Executioner.

25         A.        I wouldn't know.

Case 3:18-cv-01234   Document 184-1   Filed 03/17/22   Page 70 of 299 PageID #: 5829

1          Q.      Did you have an interview for this
2     position?
3                  MR. MITCHELL:  Object to form.
4                  THE WITNESS:  Unless it was the years I
5             had been around the warden every day was an
6             interview.
7     BY MS. LEONARD:
8          Q.      Was there any formal interview
9     specifically for this -- this position?
10         A.      No.
11         Q.      Did you have to apply for the position?
12         A.      No.
13         Q.      So the warden approached you and asked
14    you if you wanted to be the executioner; is that right?
15         A.      He didn't ask me if I wanted to, he asked
16    me if I would do it.
17         Q.      And then at the bottom of the page,
18    there's a section that says "The following positions on
19    the execution team are specialized and have specific
20    requirements."  Is your position considered
21    specialized?
22                 MR. MITCHELL:  Object to the form.
23                 THE WITNESS:  Yes.
24    BY MS. LEONARD:
25         Q.      Why is your position considered

Case 3:18-cv-01234   Document 184-1   Filed 03/17/22   Page 71 of 299 PageID #: 5830

```
 1    specialized?
 2                MR. MITCHELL:  Same objection.
 3                THE WITNESS:  Because I have received the
 4         IV training and have put out the lines for the
 5         delivery of the chemicals.
 6    BY MS. LEONARD:
 7         Q.      Okay.  And what other positions are
 8    considered specialized?
 9         A.      IV.  The ones that are listed.
10         Q.      Sorry, I might have talked over you a bit
11    there.  You said the ones --
12         A.      The ones that are listed.
13         Q.      The ones that are listed?
14         A.      Yes.  Three EMTs, and three staff that
15    has the training, facility management supervisor, and
16    the SST.
17         Q.      And which one of those categories are you
18    part of?
19         A.      The three corrections staff.
20         Q.      So you're a corrections officer?
21                MR. MITCHELL:  Object.  Object, based on
22         the protective order.  Do not answer, Executioner,
23         pursuant to protective order, Page ID 5116.
24    BY MS. LEONARD:
25         Q.      Are the three correctional staff under
```

Case 3:18-cv-01234   Document 184-1   Filed 03/17/22   Page 72 of 299 PageID #: 5831

1   that specialized section you, the recorder, and

2   observer?

3          A.       Yes.

4          Q.       Have you received IV training through the

5   Tennessee Correction Academy by qualified medical

6   professionals?

7          A.       Yes.  Well, you go through the academy,

8   but it's through a -- the academy to a college.

9          Q.       Through a college?

10         A.       Through a college, yes.

11         Q.       Was -- was it a medical college?

12         A.       It had IV therapy training.

13         Q.       IV therapy training?

14         A.       Yes, ma'am.

15         Q.       Okay.  When -- when did you participate

16  in that training?

17                 MR. MITCHELL:  And I'm -- again, I'm

18         going to object pursuant to the protective order

19         and instruct the witness not to answer, based on

20         the year.

21  BY MS. LEONARD:

22         Q.       Could you give me a rough estimate of how

23  long ago you participated in this training?  Was it

24  within the last decade?

25         A.       20 years.

Case 3:18-cv-01234   Document 184-1   Filed 03/17/22   Page 73 of 299 PageID #: 5832

1          Q.      I'm sorry, you said three years?

2          A.      20.

3          Q.      20 years?

4                  I'm sorry.  Executioner, you said it was

5    20 years ago?

6          A.      20 years, yes.

7          Q.      Okay.  Thanks for clarifying that.

8                  And what type of medical professionals

9    conducted that training?

10         A.      Professionals?  It was the training for

11   medical professionals.  I would assume some kind of

12   medical professionals to be LPNs and RNs, how to start

13   IVs and what to look for.

14         Q.      Was anybody else present for that

15   training with you?

16         A.      Yes.

17         Q.      Who else was in the training with you?

18                 MR. MITCHELL:  And objection, pursuant to

19         the protective order.  Do not answer, Executioner,

20         who else was present for the training.

21                 MS. LEONARD:  Well, can he at least

22         answer the roles of other people?  I understand

23         obviously we can't use names or identifying

24         information.

25   BY MS. LEONARD:

1        Q.        But Executioner, if you can say if anyone
2   by team position participated in the training, that
3   would be helpful.
4        A.        At that time, there were three -- there
5   were two of the correctional staff as listed on
6   Page 31, No. 2.
7   BY MS. LEONARD:
8        Q.        So in Item 2 is where it says "three
9   correctional officers?"
10       A.        Yes, they were the other two.
11       Q.        They were the other two?  Okay.  I
12   understand.
13                 Were you given any written materials at
14   that training?
15       A.        Yes.
16       Q.        Did you take any notes at that training?
17       A.        Yes.
18       Q.        Do you still have those written
19   materials?
20       A.        No.
21       Q.        Do you still have your notes from the
22   training?
23       A.        No.
24       Q.        Do you remember how long the training
25   was?

Case 3:18-cv-01234   Document 184-1   Filed 03/17/22   Page 75 of 299 PageID #: 5834

```
 1        A.        As I recall -- I'm not 100-percent
 2    positive.
 3        Q.        I'm sorry, I'm having a little bit of --
 4    I'm having a little bit of trouble hearing you.
 5        A.        I'm not 100-percent positive.  Off the
 6    top of my head, I think it was 24 -- 24 hours, three
 7    days.
 8        Q.        It was a three-day training session?
 9        A.        Yes, yes.  As I recall, yes.
10        Q.        Okay.  And it took up the majority of
11    each day?  Is that what you're saying?
12        A.        They're all day every day, yeah.
13        Q.        All day and overnight?  Okay.  I
14    understand.  Okay.
15             MS. LEONARD:  I think we've been going
16         for about an hour uninterrupted.  I know we've had
17         sort of fits and starts this morning, but is this
18         a good time to maybe take a 10-minute break?
19             MR. MITCHELL:  Yeah.
20             MS. LEONARD:  Okay.  Great.
21             THE VIDEOGRAPHER:  Okay.  We're going off
22         the record.  The time is 10:50 a.m.
23             (Recess at 10:50 a.m. to 11:02 a.m.)
24             THE VIDEOGRAPHER:  We're back on the
25         record at 11:02 a.m.
```

Case 3:18-cv-01234   Document 184-1   Filed 03/17/22   Page 76 of 299 PageID #: 5835

1    BY MS. LEONARD:

2          Q.      Hi, Executioner.  I just wanted to follow

3    up on one question from before the break.

4                 You'd indicated that you went to a state

5    and that you went and saw a practice session at a

6    federal institution.  I just wanted to clarify, was it

7    only one state?

8          A.      No.

9          Q.      You went to more than one state?

10         A.      Yes.  One state where I watched the

11   execution.  The second state was for a federal prison

12   located -- and watched them prepare and practice for an

13   execution.

14         Q.      Okay.  So you saw an actual execution in

15   one state?

16         A.      Yes, ma'am.

17         Q.      But then you saw a practice session in a

18   different state?

19         A.      Yes.

20         Q.      Thank you.  I just wanted to make sure my

21   understanding of that was correct.

22                 And during the break, did you talk with

23   your counsel at all?

24         A.      No.

25         Q.      Okay.  In those states, did they use a

```
 1   lethal injection protocol?

 2        A.      Yes.

 3        Q.      Both states?

 4        A.      Yes.

 5        Q.      Was it a three-drug lethal injection

 6   protocol?

 7        A.      One was.  I'm not sure about the federal.

 8        Q.      Okay.  And I -- you had indicated earlier

 9   that you used the same protocol or the same procedures

10   as the one state.  Is that -- is that the -- I guess

11   I'm trying to ask:  Is that the same -- the state that

12   has the three-drug protocol, that's the one that you

13   use the same protocol?

14        A.      We use the same six lethal injections in

15   Tennessee.  I think, If I recall correctly, the first

16   stream was sodium pentothal, then vecuronium bromide

17   and potassium chloride.  And I think that's what they

18   used the first time it was done, basically.

19        Q.      Okay.  I think I caught most of that.

20   The audio is still a little bit garbled.  But you said

21   -- you said the first drug was sodium pentothal?

22        A.      Yes.

23        Q.      Okay.  And then in the other state you

24   said you're not sure if they used a three-drug

25   protocol?
```

1        A.        I'm not sure what the federals used.

2        Q.        Okay.  But what about the other state?

3        A.        That they used the same drugs we were

4   using:  The sodium pentothal, then vecuronium bromide

5   and potassium chloride.

6        Q.        Okay.  So both of those states used that,

7   you think?

8        A.        Yes.  Yes, ma'am.

9        Q.        Okay.  Thanks.

10            We're going back to Exhibit 1, the

11   protocol, sort of pick up where we left off at Page 32,

12   where it says "Training of Execution Team Members" at

13   the top.  Do you see what page I'm on?

14        A.        Page 32?

15        Q.        Yes.

16        A.        Yes.

17        Q.        Okay.  Great.  It says there at the top:

18   "All execution team members must read the Lethal

19   Injection Execution Manual when they become members of

20   the execution team."

21            Do team members receive any other reading

22   materials?

23            MR. MITCHELL:  Object to form.

24            THE WITNESS:  Not that I know of.

25   BY MS. LEONARD:

**Gibson Court Reporting**

1          Q.       When did you first read the lethal

2    injection manual?

3          A.       When it first came out in 2000.

4          Q.       Okay.  And have you read every revision

5    since then?

6          A.       Yes.

7          Q.       And then in the next session, it says:

8    "Additionally, the warden or designee holds a class

9    during which the manual is reviewed and clearly

10   understood by all participants."

11                  What is the class referenced in that

12   sentence?

13         A.       We go over the manual, the protocol.

14         Q.       Who is "we?"

15         A.       Everybody on the execution team.

16         Q.       So when you say everyone on the execution

17   team, is that the people that are identified at the top

18   of the page there:  the warden, the associate warden of

19   security, executioner, IV team, extraction team, death

20   watch team, lethal injection recorder, facility

21   maintenance supervisor, ITS security systems

22   technician, and escort officers?

23         A.       Yes.  As I understand it, yes.

24         Q.       Everyone on that list participates in the

25   class?

Case 3:18-cv-01234   Document 184-1   Filed 03/17/22   Page 80 of 299 PageID #: 5839

```
 1          A.      Or should, yes.

 2          Q.      Is anyone else in the class, aside from

 3   those people?

 4          A.      Not that I know of.

 5          Q.      Does the class take place in person?

 6          A.      It did, yes.  I don't know if it did last

 7   year because of COVID, that I recall.

 8                  But normally during -- we practice

 9   monthly, and there will be one month set aside to just

10   do the protocol review.

11          Q.      When you say one month is set aside, do

12   you mean one month in a year?

13          A.      Yes.

14          Q.      Okay.  So in that last sentence, it says:

15   "At least annually, the warden or designee holds an

16   execution manual review class for all members of the

17   execution team."

18                  Is that the class you are referring to?

19          A.      Yes, that's what I was saying.

20          Q.      Okay.  And I'm just trying to understand.

21          A.      Right.

22          Q.      So that's separate than the class

23   referenced in the previous sentence?

24          A.      No.

25          Q.      They're the same thing?
```

Case 3:18-cv-01234   Document 184-1   Filed 03/17/22   Page 81 of 299 PageID #: 5840

1        A.        Yes.

2        Q.        So "The warden or designee holds the

3    class during which the manual is reviewed" is the same

4    thing as the annual class; is that right?

5        A.        That's my understanding, yes.

6        Q.        Okay.  And how long does that class last?

7        A.        However how long it takes to go through

8    both manuals, both protocols.

9        Q.        What do you mean by "both protocols?"

10        A.        Well, you have the lethal injection and

11    you have electrocution.

12        Q.        And in the class, you review both of

13    those?

14        A.        Yes.

15        Q.        And about how long does that take?  It

16    could just be an estimate.

17        A.        I don't know; probably two hours, three

18    hours.

19        Q.        Okay.  How are -- is there any sort of

20    evaluation that follows the class?

21        A.        Not that I know of.

22        Q.        There's no quiz or test or assessment?

23        A.        No.

24        Q.        When it says that the warden or designee

25    holds the class, who is the warden's designee?

1          MR. MITCHELL:  Objection.

2          THE WITNESS:  Designee?  I don't know.

3     It could be -- it could be the associate warden.

4     But that's his call.  I don't know.

5  BY MS. LEONARD:

6     Q.     But has it ever been someone other than

7  the warden that leads this class?

8     A.     Not that I recall.

9     Q.     So for every class you recall attending,

10 it was always taught by the warden?

11    A.     Yes.

12    Q.     Okay.  How is the warden qualified to

13 teach this class?

14         MR. MITCHELL:  Object to form.  You can

15     answer.

16 BY MS. LEONARD:

17    Q.     Yeah, I can ask it in a different way.

18         Why is the warden the person who teaches

19 this class?

20         MR. MITCHELL:  Same objection.

21         THE WITNESS:  Because he's the person

22     responsible to see that the execution is carried

23     out, that I recall at this time.

24 BY MS. LEONARD:

25    Q.     Okay.  And does the warden have any

```
 1   special knowledge of the execution manual?
 2               MR. MITCHELL:  Same objection.
 3               THE WITNESS:  No, not that I know of.
 4        That would be a question for the warden.  I don't
 5        know what else he would have or get.
 6   BY MS. LEONARD:
 7        Q.      And what does the warden tell you about
 8   the manual?
 9               MR. MITCHELL:  Objection.
10   BY MS. LEONARD:
11        Q.      You can answer.
12               MR. MITCHELL:  You can answer.
13               THE WITNESS:  We just go over it from
14        beginning to end and go through and asks if
15        anybody have any questions about any of it.
16   BY MS. LEONARD:
17        Q.      When you say "go through it from
18   beginning to end," do you mean that you read the entire
19   manual?
20        A.      Yeah.  They go through the manual and, as
21   they go through it, inquire from the people in
22   attendance have they got any questions or input or
23   suggestions about any of it.
24        Q.      Okay.  And so when you say "go through,"
25   do you mean that the warden reads it out loud?
```

Case 3:18-cv-01234   Document 184-1   Filed 03/17/22   Page 84 of 299 PageID #: 5843

1    A.    Uh-huh, yes.

2    Q.    Okay.  And then you're allowed to sort of

3  just interject comments or questions --

4    A.    Yes.

5    Q.    -- throughout?

6    A.    Yes.

7    Q.    Have you interjected comments or

8  questions in these classes?

9    A.    I do not recall.

10    Q.    Do you recall whether anyone else has

11  asked questions?

12    A.    I don't know.  Probably, but I don't

13  know.  Nothing sticks out that I recall.

14    Q.    Okay.  So when -- it takes two or three

15  hours to get through this class.  That's two or three

16  hours to read through the lethal injection manual with

17  the opportunity to ask questions; is that right?

18    A.    Yes.

19    Q.    Okay.  And does this review class happen

20  at the same time every year, roughly?

21    A.    I don't think so.

22    Q.    You don't think so?  So it could be at

23  any time during the year?

24    A.    Yes.

25    Q.    And is that up to the warden?

Case 3:18-cv-01234   Document 184-1   Filed 03/17/22   Page 85 of 299 PageID #: 5844

1        A.        Yes.

2        Q.        Okay.  I'm looking now a little bit

3    further down the page, Item 2, "The execution team

4    simulates."  It says:

5                  "The execution team simulates Day 3

6                  (Execution Day) of the death watch

7                  procedures and the steps outlined in

8                  Section 4 for at least one hour each

9                  month."

10                 Does that mean that the entire simulation

11   of Day 3, from start to finish, takes one hour?

12       A.        No, that we are practicing the lethal

13   injection until they come in and place them on the

14   gurney, move them into the room, move the visitors and

15   official witnesses and victim witnesses until starting

16   IVs, and the direct push of three cc syringes of saline

17   to which simulate lethal injection.

18       Q.        Okay.  And which portion of that takes

19   the one hour?

20       A.        The whole thing.

21       Q.        The whole thing only takes an hour?

22       A.        I will say prior to the -- the execution

23   team goes through moving people, simulating the

24   execution, simulating waiting the two minutes before

25   the consciousness check, simulating injecting the next

1   set of syringes; that whole thing, kind of like that

2   part is as real as we can make it.

3       Q.      Okay.  And everything you just described

4   takes one hour?

5       A.      Yes.

6       Q.      And then in the next sentence, it says:

7   "Additional training is held within two weeks before

8   the scheduled execution."

9               I think you mentioned that earlier.  What

10  is this additional training?

11      A.      Just more, just doing it more.

12      Q.      So it's the same process that you --

13      A.      Yes.

14      Q.      -- just described --

15      A.      Yes.

16      Q.      -- but you do it within two weeks of the

17  scheduled execution?

18      A.      Yes.

19      Q.      And does that also take one hour?

20      A.      It takes as long as it needs to take,

21  really, I mean, because you have to address it, adjust

22  it.  To me, that's a rough estimate.  It could take a

23  little bit less time, it could take two hours.

24      Q.      Okay.  How would you -- how much time

25  would you say, on average, these trainings tend to

1    take?

2         A.        An hour and a half.

3         Q.        Okay.  So roughly an hour and a half; but

4    it could be a little bit more, it could be a little bit

5    less?

6         A.        It could be less, it could be more, yes.

7         Q.        Okay.  I understand.

8                   What determines -- what determines when

9    that training is scheduled?

10                  MR. MITCHELL:  Object to the form.

11                  THE WITNESS:  The warden.

12   BY MS. LEONARD:

13        Q.        And are all team members required to

14   participate in those trainings?

15        A.        Yes.

16                  MR. MITCHELL:  Object to the form.

17                  THE WITNESS:  And that's unless someone

18        is on leave or sick or something.

19   BY MS. LEONARD:

20        Q.        And if someone is on leave or otherwise

21   out, does someone substitute for them in the training?

22                  MR. MITCHELL:  Object to form.

23                  THE WITNESS:  The ideal plan is to have

24        more people all involved in the training than what

25        is actually required so if somebody is out, either

1          for practice or the real thing, that they can step

2          in and take their place.

3    BY MS. LEONARD:

4          Q.       Okay.  So there's -- so there's

5    additional staff members that participate in these

6    trainings?  Is that what you're saying?

7          A.       Yes.

8          Q.       But at least everyone who will be in the

9    actual execution is in the training, as well?

10         A.       I'm sorry, everybody what?

11         Q.       Everybody who is in the actual execution

12   is in the training?

13         A.       It should be, yes; again, unless they're

14   out on leave or sickness.

15         Q.       Right.  If someone is out on leave and

16   misses the training that happens within two weeks of

17   the scheduled execution, does that person still

18   participate in the actual execution?

19              MR. MITCHELL:  Objection.  You can

20         answer, Executioner.

21              THE WITNESS:  I don't know.  I don't

22         really understand the question.  We have our group

23         that practices.  You have your main group.  Say

24         like the extraction team, if one of those is

25         out -- it can be any one of the five -- somebody

Case 3:18-cv-01234   Document 184-1   Filed 03/17/22   Page 89 of 299 PageID #: 5848

1          else is already trained to step in and take their

2          place.

3     BY MS. LEONARD:

4          Q.       Okay.  So if someone is out on leave and

5     misses training, a different person would substitute

6     for them in the actual execution?

7          A.       Yes.  Well, if need be, yes; because they

8     have been training and watching and know what to do,

9     yes.

10         Q.       Okay.  Has it ever happened that someone

11    is out on leave and missed a training but then they

12    still participate in the actual execution?

13         A.       I don't know.  I am focused on what I am

14    doing at the time.

15         Q.       Have you ever missed one of those

16    additional trainings?

17              MR. MITCHELL:  Objection.

18              THE WITNESS:  One of the additional

19         trainings?

20    BY MS. LEONARD:

21         Q.       Yes.

22         A.       Not that I recall.  That doesn't mean I

23    didn't, I just don't recall missing them.

24         Q.       Okay.  And then a little bit below that

25    it describes the simulation, which I think are

1    basically the same steps that you just described to me.

2                It says in Item A that "Volunteers play

3    the roles of the condemned inmate and physician."  Who

4    are the volunteers?

5                MR. MITCHELL:  Object, pursuant to the

6         protective order.  And I'm going to instruct the

7         witness not to name any names as to who the

8         volunteers are.

9                THE WITNESS:  I won't name any names, but

10        you want -- it's other members of the team.

11   BY MS. LEONARD:

12        Q.      So other members of the execution team?

13        A.      Yes.

14        Q.      Okay.  And if it's other members of the

15   execution team, then does someone else fulfill their

16   roles during the training?

17        A.      That's what we just talked about.

18   There's people there, more than what you need.  If you

19   have to fill in -- somebody's out, fill in for them,

20   just learn as much about each job as they can so that

21   they can fill in.  If they don't need to fill in during

22   training, then they can be.

23        Q.      Okay.  I see what you're saying.

24                Then in Item B, it says "Saline solution

25   is substituted for the lethal chemicals."  Is IV

1    insertion simulated?

2        A.      No, we start IVs.

3        Q.      What do you mean by you start IVs?

4        A.      Both arms, there's IVs started in each

5    arm on the volunteer playing the condemned inmate.

6        Q.      Okay.  So you insert an IV into each arm

7    of the -- you actually insert the IV into each arm of

8    the volunteer?

9        A.      I don't; the EMT does, yes.

10        Q.      Okay.  And has access been achieved in

11    the antecubital fossa area during each of the

12    simulations you've attended?

13                MR. MITCHELL:  Objection.

14                THE WITNESS:  Yes.  But they also

15        practice in the back of the hand, different areas,

16        if they cannot find a vein in the antecubital

17        fossa.

18    BY MS. LEONARD:

19        Q.      Do you practice finding those different

20    areas during every training?

21                MR. MITCHELL:  Objection.

22                THE WITNESS:  Not every training, no.

23    BY MS. LEONARD:

24        Q.      When do you practice looking for those

25    different areas?

Case 3:18-cv-01234   Document 184-1   Filed 03/17/22   Page 92 of 299 PageID #: 5851

1          A.      That's up to the EMTs as they practice.

2          Q.      It's up to the EMTs?

3          A.      Yes.

4          Q.      Okay.  And do you recall roughly --

5    again, it doesn't have to be a number; but do you

6    recall roughly how many times it's happened that they

7    weren't able to insert the IV into the antecubital

8    fossa area?

9               MR. MITCHELL:  Objection.

10              THE WITNESS:  During practice or the real

11         thing?

12   BY MS. LEONARD:

13         Q.      During practice.

14         A.      I don't know.  There's been a few times.

15         Q.      When you say "a few times," was that more

16   than five?

17         A.      I don't recall.  Could be five, could

18   be -- I don't know.

19         Q.      Okay.  During the practice, how do -- how

20   did you practice pushing the drugs?

21              MR. MITCHELL:  Object to form.

22              THE WITNESS:  How do I practice pushing?

23         Once the lines are set up, the IV is patent,

24         there's a good line, we go through the thing just

25         like it's a real thing.

1            The warden asks for the last statement,

2        gives me the signal.  I push the No. 1 stream

3        that's a saline solution into the line and do a

4        push.

5            In the process in this training, when

6        EMTs search for a vein on an IV, you can't look at

7        it.  You have to feel for it.  So they use -- it

8        helps them when they practice, learn -- finding a

9        vein.

10            When you do a push, whether it's the

11        chemicals, drugs, there's a feel to it.  Not every

12        vein is the same.  Some are bigger, some are

13        smaller.  You may use a larger catheter or a small

14        catheter.  All that dictates how you push, and

15        there's a feel to it.

16    BY MS. LEONARD:

17        Q.     And so is that feel different, depending

18    on who the volunteer is?

19        A.     Everybody's different.

20        Q.     Okay.  I -- I understand what you're

21    saying.

22            So when you say that there's a feel, does

23    that feel apply to when you're pushing the saline through

24    the tubing?

25            MR. MITCHELL:  Objection.

Case 3:18-cv-01234   Document 184-1   Filed 03/17/22   Page 94 of 299 PageID #: 5853

```
 1              THE WITNESS:  It applies any time you do
 2         a push into anybody that has a catheter in.  It
 3         depends on the vein.  Everybody's vein's
 4         different.
 5   BY MS. LEONARD:
 6         Q.       Right.
 7         A.       Different-sized catheter used is
 8   different.  That's how you know you have the catheter
 9   in a vein is by the feel, more than by the look.  If
10   you get a lot of resistance, you're not in a vein.  If
11   you pull back on the plunger and don't get a flash of
12   blood back in the flash chamber, you're probably not in
13   a vein.
14              So all that is based on feel.
15         Q.       And how do the IV team members know what
16   size catheter to use?
17              MR. MITCHELL:  Objection.
18              THE WITNESS:  That is the EMT.  They feel
19         for the vein, they look for the vein.  Depending
20         on the size of the vein, depending on the location
21         of the vein, determines what size catheter they
22         use.
23              Normally they like to use an 18 gauge,
24         which is a little bit bigger.  But sometimes you
25         can't.  You have to go to a smaller 22 gauge,
```

1    which would be used in the back of the hand or the

2    foot.

3  BY MS. LEONARD:

4        Q.        Okay.  Are you the person that pushes the

5  saline during simulation?

6        A.        I am.

7        Q.        How fast do you push the saline during

8  simulation?

9              MR. MITCHELL:  Object to form.

10             THE WITNESS:  Again, going back to what

11    we were just talking about, it's all based on

12    feel.  Sometimes, in some people, you don't have

13    to push much pressure out.

14        So it's all about the feel.  There's no

15    time limit, there's no -- well, if you do it in 30

16    seconds, that's good or that's bad.  It's all

17    about the feel.

18  BY MS. LEONARD:

19        Q.        Okay.  And then do you push the chemicals

20  at the same rate during an actual execution?

21             MR. MITCHELL:  Objection.

22             THE WITNESS:  It's all about the feel.

23  BY MS. LEONARD:

24        Q.        So it could be different?  What you do

25  during the practice could be a different push rate than

Case 3:18-cv-01234   Document 184-1   Filed 03/17/22   Page 96 of 299 PageID #: 5855

1  what you do during the actual execution?

2      A.      The push rate could be different from

3  syringe to syringe.  It could be different -- it is

4  different from person to person.

5      Q.      And does the fact that it's saline in the

6  practice matter, versus the actual chemicals?  Does

7  that affect the push rate?

8      A.      Not that I can tell.  It's all about the

9  feel.  Sometimes you can have someone laying there with

10  a catheter, and it's their -- I don't know if it has to

11  do with the blood pressure, the size of the vein, you

12  don't have to use much pressure at all.  It's almost

13  like it pulls the plunger into the syringe.  So

14  everybody is different.  Everybody.

15      Q.      Okay.  So the push rate can change,

16  depending an all these different factors?

17      A.      That's exactly right.  Depending on the

18  size of the catheter, the location of the catheter, the

19  size of the vein.  There's a lot of factors going into

20  that.

21              And the only way I can do it is by feel.

22  There's no good or bad; that's too fast, that's too

23  slow.  It's all by feel.

24      Q.      Okay.

25      A.      That's one reason I think Tennessee may

Case 3:18-cv-01234   Document 184-1   Filed 03/17/22   Page 97 of 299 PageID #: 5856

1  be the only state that does that.

2          Q.      That does what?

3          A.      They practice like that.

4          Q.      What do you mean by "like that?"

5          A.      Using a person to play the condemned as

6  part of the IVs.

7          Q.      What's your understanding what the --

8  what other states do?

9          A.      I don't know.  I just know what I seen

10 when I went to other states.

11         Q.      And so what's an example -- without

12 telling me the state, what's an example of a different

13 way to do it?

14         A.      Not use a person as the condemned, just

15 have the lines run and push the saline into an empty

16 bucket on the side.

17         Q.      Okay.  I see, using the empty bucket.

18         A.      Yeah.

19         Q.      But you're saying that in Tennessee the

20 way you do it is to use people that are pushing it into

21 the veins and the people are judging it by the feel?

22         A.      Using that feel.  That's -- to me,

23 that's -- that's important, the feel.  That's the way

24 you know you have a good vein, no issues.

25         Q.      Okay.  I see.  Is the physician ever

Case 3:18-cv-01234   Document 184-1   Filed 03/17/22   Page 98 of 299 PageID #: 5857

 1   involved in the simulation at any point?

 2        A.      No.

 3        Q.      Do you know what a botched execution is?

 4                MR. MITCHELL:  Object to form.

 5                THE WITNESS:  I got an idea.

 6   BY MS. LEONARD:

 7        Q.      Sorry, can you repeat that?

 8        A.      I got an idea.

 9        Q.      What's your idea of what a botched

10   execution is?

11        A.      Something went wrong.

12                MR. MITCHELL:  Same objection.

13   BY MS. LEONARD:

14        Q.      You can answer.

15        A.      Something went wrong.

16        Q.      What type of thing would qualify as going

17   wrong?

18                MR. MITCHELL:  Same objection.

19                THE WITNESS:  Which type of execution?

20   BY MS. LEONARD:

21        Q.      In a lethal injection.

22        A.      The drugs not working properly.  I don't

23   know.  That's the first thing that comes to mind.

24        Q.      Do you practice for that type of

25   situation during a simulations?

1          MR. MITCHELL:  Same objection.

2          THE WITNESS:  We practice that if the

3     inmate is not unconscious after the first three

4     drugs we start the protocol all over again.

5  BY MS. LEONARD:

6     Q.      When you say "start all over again," at

7  what point did you start the protocol again?

8          MR. MITCHELL:  Same objection.

9          THE WITNESS:  When the warden will signal

10    that the inmate isn't unconscious, we start with

11    the backup set with No. 1, which is the midazolam,

12    all over again.

13  BY MS. LEONARD:

14    Q.      Okay.  What's the signal that the warden

15  gives to indicate that the prisoner is not unconscious?

16          MR. MITCHELL:  Same objection.

17          THE WITNESS:  The same signal he gives to

18    start the execution.

19  BY MS. LEONARD:

20    Q.      And what is that?

21    A.      We talked about that before, to make sure

22  we're on the same page.  So far, it's been a certain

23  way he rubs his face.

24    Q.      So a certain way he rubs his face?

25    A.      Yes.

```
 1        Q.      And that's the same signal for both --
 2        A.      Yes.
 3        Q.      -- starting the execution and for letting
 4   you know that the inmate is not unconscious; is that
 5   right?
 6        A.      That's right; to start again, yes.
 7        Q.      Is there a different signal for signaling
 8   that the prisoner is unconscious?
 9        A.      No.
10        Q.      So how do you know if the prisoner is
11   unconscious?
12             MR. MITCHELL:  Objection.
13             THE WITNESS:  He's stepping back away
14        from the inmate and does nothing.
15   BY MS. LEONARD:
16        Q.      Okay.  So if you don't receive any
17   signal, then you move ahead with the execution?
18             MR. MITCHELL:  Objection.
19             THE WITNESS:  Correct.
20   BY MS. LEONARD:
21        Q.      I see.  Okay.  And what does it mean to
22   be unconscious?
23             MR. MITCHELL:  Object to form.
24             THE WITNESS:  Not moving, not reacting,
25        almost like being asleep and you can't wake up.
```

```
 1   BY MS. LEONARD:
 2        Q.      Have you ever heard the term "insensate?"
 3        A.      No, I have not.
 4        Q.      Okay.  What does the warden do to assess
 5   consciousness?
 6        A.      Shouts the name, says "Inmate."  Does an
 7   eyelash brush and pinches a nerve in the shoulder and
 8   waits for a reaction.
 9        Q.      Are you able to see the warden doing the
10   consciousness check through the window?
11        A.      Yes.
12        Q.      Have you ever observed any response from
13   the prisoner when this happens?
14        A.      None.
15        Q.      All right.  Back on Page 32, there's a
16   special section there for the executioner, for your
17   role.  It says that "The executioner receives initial
18   and periodic instruction from a qualified medical
19   professional."
20                What does "initial" mean?
21                MR. MITCHELL:  Object to form.
22                THE WITNESS:  Where are you?  I'm sorry,
23        where are you?
24   BY MS. LEONARD:
25        Q.      At the bottom of Page 32, I'm sorry.  The
```

Case 3:18-cv-01234   Document 184-1   Filed 03/17/22   Page 102 of 299 PageID #: 5861

1     very last sentence on that page.

2          A.        That would be part of our annual update

3     training from the certified EMT instructor, to know

4     what to look for for a blown vein.  They update

5     material having to do with IV therapy.  Just an update.

6          Q.        Okay.  And how often does that take

7     place?

8                    MR. MITCHELL:  Object to form.

9                    THE WITNESS:  About once a year.

10    BY MS. LEONARD:

11         Q.        Does it happen at the same time every

12    year?

13         A.        No.

14         Q.        Does the warden set that date?

15         A.        Don't recall.  I don't know if he does or

16    the EMT.

17         Q.        Is the qualified medical professional

18    always the same person?

19         A.        No.  Well, when you say "always," how far

20    back are you going?

21         Q.        That's a good question.  How many

22    different people has it been throughout the years?

23    Again, it could be approximate.

24                   MR. MITCHELL:  Objection.

25                   THE WITNESS:  I'd have to say two, three,

```
 1          maybe.
 2     BY MS. LEONARD:
 3          Q.      Two or three people --
 4          A.      Yes.
 5          Q.      -- since what, around 2000?
 6          A.      Yes.
 7          Q.      Okay.  And is that medical professional
 8     employed by the TDOC?
 9              MR. MITCHELL:  Objection, pursuant to the
10          protective order.  Do not answer, Executioner.
11     BY MS. LEONARD:
12          Q.      Does that person get paid to provide this
13     instruction?
14              MR. MITCHELL:  Object to form, but you
15          can answer if you know.
16              THE WITNESS:  I don't know.
17     BY MS. LEONARD:
18          Q.      Are you the only person that receives
19     this training that's on the bottom of Page 32?
20          A.      No.  The other two people that are with
21     me, the recorder and the observer.
22          Q.      Okay.  And when's the last time that you
23     received this instruction?
24          A.      Within the past few -- I don't remember.
25     I want to say it was somewhere between November and
```

1   February, I would think, however far out that would be.

2       Q.      Sometime between November of 2020 and

3   February of 2021?

4       A.      I think so, yes.

5       Q.      And the recorder and the observer

6   attended along with you?

7       A.      Yes.

8       Q.      And when's the next time that you'll

9   receive this instruction?

10      A.      Before then, before -- I mean, whenever

11  the class is.  I don't know.

12      Q.      I'm sorry; at the beginning, did you say

13  before the end of the quarter?

14      A.      No, before -- before November -- before

15  whenever we had it last year, we'll have it before that

16  date this year.  I haven't looked.  I don't know.  We

17  haven't discussed it.

18      Q.      I see.  So likely before November 2021?

19      A.      Yes.

20      Q.      I see.  Okay.

21              (Exhibit No. 49 marked.)

22              MS. LEONARD:  I'm going to introduce a

23      new exhibit, Exhibit 49.  Do you have that

24      available for you, Executioner?

25              (Exhibit No. 49 marked.)

```
 1              THE WITNESS:  49?
 2    BY MS. LEONARD:
 3         Q.    49.
 4         A.    I got it.
 5         Q.    Okay.  I'm looking at Page 3 of this
 6    exhibit.
 7         A.    Okay.
 8         Q.    In the middle of the page there's a
 9    section there with a little -- a lower case e.  Do you
10    see that?
11         A.    Yes.
12         Q.    And I'm looking at the bold typeface
13    underneath that that starts with "IV 2-Executioner."
14    Is that you?
15         A.    I don't know.  Hold on.
16         Q.    Sorry, I caught the "I don't know."
17         A.    I'm looking at it now.  I don't know.
18    This is the first time I've seen this.
19         Q.    This is the first time you've seen this
20    document?
21         A.    I think so.
22         Q.    We'll read it together.  It says:
23               "IV 2-Executioner has previously received
24               IV training by EMTs and participates in
25               monthly training/practice sessions during
```

1          which saline is injected through the IV

2          into the median cubital vein of

3          participant."

4          Is this the instruction that we were just

5   talking about --

6        A.      Yes.

7        Q.      -- on the bottom of Page 32?

8        A.      Yes, about doing it there, during the

9   monthly training they would be participating in.

10          That's not the specialized training we

11  get from the certified trainer EMT we do once a year,

12  but they are there when we do our monthly training

13  class.

14        Q.      By "they," do you mean the EMTs?

15        A.      Yes.

16        Q.      Okay.  I see.  What is the medial cubital

17  vein?

18              MR. MITCHELL:  Object to form.

19              THE WITNESS:  Now, what?  Where do you

20        see it there?

21  BY MS. LEONARD:

22        Q.      On the -- on the third line of the

23  boldfaced paragraph, it starts "injected through the IV

24  into the median cubital vein."  What is that?

25        A.      I'm still looking.  I don't see it.

Case 3:18-cv-01234   Document 184-1   Filed 03/17/22   Page 107 of 299 PageID #: 5866

```
 1          Q.      I'm sorry, I'm looking at Exhibit 49.
 2          A.      I am, too.  Under lower case e?
 3          Q.      Yes, lower case e; and then in the
 4   boldface it says "IV 2-Executioner."  And then two more
 5   lines below that, the first word of the line is
 6   "Injected."
 7          A.      Yes.  It says, "injection of 320
 8   milliliters of liquid?"
 9          Q.      I'm not sure we're looking at the same.
10   That's -- are you looking right at e itself?
11          A.      Yes.
12          Q.      Okay.  If you look below that, do you see
13   the boldfaced type, the new paragraph after e?
14          A.      I see it says "IV 2-Executioner."
15          Q.      Yes, exactly, yeah.  If you read that
16   sentence --
17          A.      Okay.
18          Q.      -- I'll read it with you.
19                  "IV 2-Executioner has previously received
20                  IV training by EMTs and participates in
21                  monthly training/practice sessions during
22                  which saline is injected through the IV
23                  into the median cubital vein of
24                  participant."
25                  Do you see that?
```

```
 1          A.      Yes, I see it.

 2          Q.      What is the median cubital vein?

 3          A.      I don't know what the median cubital is.

 4   I know what the -- no, I don't know what that is.

 5          Q.      You don't know what the median cubital --

 6          A.      Median cubital?  No, I don't know that.

 7          Q.      You don't know that one?

 8          A.      No.

 9          Q.      Okay.  And who is the participant?  It

10   says "median cubital vein of participant."

11                  MR. MITCHELL:  Object, pursuant to the

12          protective order.  Don't name any proper names.

13                  THE WITNESS:  That would be the

14          volunteer, I would assume.

15   BY MS. LEONARD:

16          Q.      Okay.  The volunteers that we just talked

17   about --

18          A.      Yes.

19          Q.      -- a couple minutes ago?

20          A.      Yes, ma'am.

21          Q.      Okay.  Why do you do this training?

22                  MR. MITCHELL:  Object to form.

23                  THE WITNESS:  To set up the line so the

24          other people in the room can watch how

25          everything's done, to develop a feel of what it
```

```
 1            feels like to do a push.  To make sure the
 2            strap-down team knows exactly where and when to
 3            strap down.  It's just to make sure they know what
 4            they're doing.
 5    BY MS. LEONARD:
 6        Q.      And when did you most recently
 7    participate in this training?
 8        A.      Last Tuesday.
 9        Q.      For an execution?
10        A.      Last Tuesday is when we trained.
11        Q.      Last Tuesday, you said?
12        A.      Yes.
13        Q.      Okay.  I got that.
14                MS. LEONARD:  Thanks for putting up with
15            these audio issues.
16                (Exhibit No. 50 marked.)
17    BY MS. LEONARD:
18        Q.      It says here also in the next paragraph,
19    it mentions the documentation of the training.  I'm
20    going to pull up a new exhibit.  This is Exhibit 50,
21    five-zero.
22        A.      Wait a minute.  Okay.
23        Q.      Have you ever seen this document before?
24        A.      No.
25        Q.      Okay.  We'll work together on this one,
```

1  too.

2          I'm looking about halfway down the page,

3  there's a break that says "IV Team."

4      A.      Yes.

5      Q.      And underneath that, "IV 2-Executioner."

6      A.      Right.

7      Q.      And then there's a long list of dates?

8      A.      Right.

9      Q.      Are these the dates that you attended

10  these trainings?

11     A.      I don't know.  I don't know where this

12  come from.

13     Q.      Would it seem -- does that make sense?

14  Do any of these ring a bell to you?

15          MR. MITCHELL:  Object to form.

16          THE WITNESS:  Not really.  I mean, when

17      we go to training, we have a training roster.  I

18      don't know where this comes from.  I don't know if

19      this was developed from a training roster or where

20      this comes from.  I don't know how to answer that.

21  BY MS. LEONARD:

22     Q.      Okay.  I understand.

23          I'm going to turn back to Exhibit 1.  So

24  we're back in the protocol again.  And this time, we're

25  going to take a look at Page 34.  The heading is

```
 1    "Chemicals Used in Lethal Injection."
 2         A.      Give me just a second.
 3         Q.      Sure.
 4         A.      34?  I'm there.  I'm good.
 5         Q.      Okay.  So it says on that page that:
 6    "The Department will use the following protocol for
 7    carrying out executions by lethal injection."  And then
 8    it lists three drugs:  midazolam, vecuronium bromide,
 9    and potassium chloride.  Do you see that?
10         A.      Yes, ma'am.
11         Q.      What is your understanding of the purpose
12    for using each of the three drugs?
13                 MR. MITCHELL:  Object to the form.
14                 THE WITNESS:  The midazolam would be a
15         sedative to make them unconscious.  The vecuronium
16         bromide is a para- -- a paralytic, paralyzing
17         agent.  And the potassium chloride stops the
18         heart.
19    BY MS. LEONARD:
20         Q.      Okay.  What type of drug is midazolam?
21                 MR. MITCHELL:  Object to form.
22                 THE WITNESS:  As far as I can tell, it's
23         a sedative.  It puts -- puts them -- puts them to
24         sleep.
25    BY MS. LEONARD:
```

Case 3:18-cv-01234   Document 184-1   Filed 03/17/22   Page 112 of 299 PageID #: 5871

1       Q.      Okay.  What do you mean by being put to

2  sleep?

3       A.      Knocked out.  I'm not a doctor, I don't

4  know how to phrase it.  But yeah, knocked out.

5       Q.      I understand.  Are you aware that

6  midazolam is highly acidic?

7               MR. MITCHELL:  Object to form.

8               THE WITNESS:  No.

9  BY MS. LEONARD:

10      Q.      Sorry, what was that?

11      A.      No.

12      Q.      Do you know what the drug classification

13  for midazolam is?

14      A.      No.

15      Q.      Okay.  Is there a difference between a

16  sedative and an anesthetic?

17              MR. MITCHELL:  Objection.

18              THE WITNESS:  I don't know.

19  BY MS. LEONARD:

20      Q.      What type of drug is vecuronium bromide?

21              MR. MITCHELL:  Objection.

22              THE WITNESS:  My understanding is it's a

23         paralyzing drug.

24  BY MS. LEONARD:

25      Q.      And why is that used?

```
 1                MR. MITCHELL:  Objection.

 2                THE WITNESS:  I don't know.

 3   BY MS. LEONARD:

 4        Q.    You don't know why that's used in an

 5   execution?

 6        A.    No.

 7        Q.    What type of drug is potassium chloride?

 8                MR. MITCHELL:  Objection.

 9                THE WITNESS:  I don't know.

10   BY MS. LEONARD:

11        Q.    Do you know what potassium chloride is

12   used for outside of executions?

13        A.    No.

14        Q.    Do you know what midazolam is used for

15   outside of execution?

16                MR. MITCHELL:  Objection.

17                THE WITNESS:  No.

18   BY MS. LEONARD:

19        Q.    Do you know what potassium chloride is

20   used for outside of executions?

21                MR. MITCHELL:  Form.

22                THE WITNESS:  No.

23   BY MS. LEONARD:

24        Q.    How is the amount of each dose

25   determined?
```

**Gibson Court Reporting**

1          MR. MITCHELL:  Form.

2          THE WITNESS:  By the pharmacist, I would

3     think.

4  BY MS. LEONARD:

5          Q.     So the numbers that are on this page, you

6  think a pharmacist came up with those?

7          A.     I don't know.  I would think so.

8          Q.     Okay.  But were you involved in coming up

9  with those dosages?

10         A.     No.  I'm not a doctor; I'm not a

11 pharmacist, not a chemist.

12         Q.     Was a doctor involved in coming up with

13 these?

14         MR. MITCHELL:  Object to form.

15         THE WITNESS:  I don't know.

16 BY MS. LEONARD:

17         Q.     Are any of these drugs diluted before

18 they're administered?

19         MR. MITCHELL:  Same objection.

20         THE WITNESS:  Diluted?

21 BY MS. LEONARD:

22         Q.     Yes, diluted.

23         A.     The midazolam is mixed with -- it's 5 --

24 5 milliliters of midazolam.  They're mixed with 45

25 milliliters of saline.  They're mixed.  I think so.

1            The vecuronium bromide is mixed with

2 bacteriostatic water.

3            The potassium chloride is simply drawn into

4 the syringe.

5            Those are done by instructions from the

6 pharmacist, and that is subject to change when the drugs

7 are received again.

8       Q.       What do you mean by "received again?"

9       A.       We don't have any now. And there's an

10 infusion schedule. The person that procures the drugs

11 would get those with any instructions as to what needed

12 to be mixed, how is it prepared, that -- that type of

13 thing.

14       Q.       Okay. So you're -- you're saying that

15 there's a new set of instructions with each new

16 delivery?

17       A.       No, I said there could be.

18       Q.       There could be? Okay.

19       Do you know whether TDOC currently has

20 drugs to use for an execution?

21       A.       I do not know.

22       Q.       How often do the instructions change?

23       MR. MITCHELL: Objection.

24       THE WITNESS: I do not know.

25 BY MS. LEONARD:

1    Q.    Have you experienced changing

2  instructions in the past?

3         MR. MITCHELL:  Object to form.

4         THE WITNESS:  We have went from the first

5    executions was -- we used to put in different

6    drugs, except for the potassium chloride.

7  BY MS. LEONARD:

8    Q.    Okay.  The instructions for those were --

9  were different?

10   A.    Yes, because we used the potassium -- I

11 mean, we used potassium chloride.  We used pancuronium

12 bromide and sodium pentothal.  Some of those had to be

13 mixed, so the instructions changed just because the

14 drugs changed.

15   Q.    Right, that makes sense.  And you

16 mentioned that the midazolam is mixed with saline and

17 the vecuronium bromide is also mixed with something.

18 Did you say bacteriostatic water?

19   A.    Yes.

20   Q.    Is that the same as saline?

21        MR. MITCHELL:  Objection.

22 BY MS. LEONARD:

23   Q.    What's the difference between

24 bacteriostatic water and saline?

25   A.    My understanding is that bacteriostatic

```
 1   water is a sterile -- sterilized water.
 2        Q.      Does that come in a bag?
 3        A.      No.
 4        Q.      Does it come in a vial?
 5        A.      As I recall, it did.
 6        Q.      Okay.  Does the saline come in a bag?
 7        A.      Yes.
 8        Q.      Do you discard the bags of saline after
 9   each simulation?
10        A.      Yes.
11        Q.      Do you destroy the bags of saline after
12   each execution?
13        A.      After each execution, let me say this.
14   Before the execution starts, all the trash cans are
15   emptied and replaced with a red bag.  The storage
16   container for the syringes all are new.
17               Everything we use -- the wrappers, the
18   saline, the new syringes, the needles, the cotton
19   balls; anything we use in an execution goes in those
20   red trash bags and goes to the medical examiner's
21   office.  Everything.
22        Q.      Okay.  And is that true for a simulation,
23   as well as for a traditional execution?
24               MR. MITCHELL:  Object to form.
25               THE WITNESS:  No, no.
```

Case 3:18-cv-01234   Document 184-1   Filed 03/17/22   Page 118 of 299 PageID #: 5877

1  BY MS. LEONARD:

2      Q.      No?  How is my -- sorry, what did I just

3  say that's wrong?

4              MR. MITCHELL:  Same objection.

5  BY MS. LEONARD:

6      Q.      You can answer.

7      A.      No, there's no need to send it when we're

8  doing a practice.  Real thing, we send everything.

9      Q.      Okay, but -- so I see what you're saying.

10  So you're saying that after the rehearsal -- that after

11  the actual execution everything is discarded, but at a

12  rehearsal you don't need to discard anything?

13      A.      That's exactly right.  We want everything

14  to go to the medical examiner for review for any

15  question.

16      Q.      But you can use, for example, the same

17  bag of saline for more than one simulation?

18      A.      No.

19      Q.      What do you do with the saline after the

20  rehearsal?

21      A.      Throw it away.

22      Q.      Okay.  So you do throw away the saline.

23              Do you also throw away the bacteriostatic

24  water?

25      A.      We don't use that during the simulation.

```
 1          Q.        Okay.  Because you're only using the
 2     saline?
 3          A.        That's exactly right.
 4          Q.        I see.  So what equipment are you -- do
 5     you not throw away after the simulation?
 6               MR. MITCHELL:  Object to form.
 7               THE WITNESS:  I'm lost.  What equipment
 8          do we not throw away?  We throw away the syringes,
 9          we throw away the needles.  We throw away the IV
10          lines, the catheters; anything we use that could
11          be contaminated, can be contaminated.  The gloves
12          we wear are all thrown away.
13     BY MS. LEONARD:
14          Q.        Okay.  I think I see -- I think I
15     understand.  So it's all thrown away, but it's not sent
16     to the medical examiner's office.  Is that right?
17          A.        Exactly.
18          Q.        I understand.  I appreciate you bearing
19     with me on that.
20               On the same page, on Page 34, it says --
21     there's a paragraph that says:  "Chemicals used in
22     lethal injection."  Do you see that?
23          A.        I see it.
24          Q.        And it says they "will either be
25     FDA-approved commercially manufactured drugs; or, shall
```

Case 3:18-cv-01234   Document 184-1   Filed 03/17/22   Page 120 of 299 PageID #: 5879

1  be compounded preparations" -- "compounded preparations

2  prepared in compliance with pharmaceutical standards."

3            What is the difference between a

4  commercially manufactured drug or a compounded

5  preparation?

6        A.      I do not know.

7        Q.      Are the drugs that you use manufactured

8  or compounded?

9            MR. MITCHELL:  Same objection.

10            THE WITNESS:  I do not know.

11  BY MS. LEONARD:

12        Q.      Do you check the expiration dates on the

13  drugs before you use them?

14        A.      I do.  I check them when we receive them,

15  when they're placed in storage, before we -- not just

16  the drugs, everything that has an expiration date.

17        Q.      What else has an expiration date?

18            MR. MITCHELL:  Same objection.

19            THE WITNESS:  I can't recall off the top

20        of my head, but I know things like syringes -- I'm

21        sorry, needles have an expiration date.  So we

22        check all -- anything we use very thoroughly to

23        make sure it's not out of date.

24  BY MS. LEONARD:

25        Q.      Okay.  Does the saline expire?

**Gibson Court Reporting**

1        A.      Yes.

2        Q.      Does the bacteriostatic water expire?

3        A.      I have no idea.  We don't keep that on

4   hand.  That comes when the drugs arrive.

5        Q.      The bacteriostatic water is delivered

6   along with the supply of drugs?

7        A.      Yes.

8        Q.      Okay.  I'm going to direct your attention

9   towards Exhibit 8.  Do you have that one available?

10       A.      8?  I'm sorry, 8?

11       Q.      8, yes.

12       A.      Yes, I do.

13       Q.      This is -- just to make sure we're

14  looking at the same thing, do you see it's an email?

15  There's a lot of blackouts for redaction; but do you

16  see it's an email dated Thursday, September 7th, 2017?

17       A.      Yes.

18       Q.      Have you ever seen this document before?

19       A.      No.

20       Q.      Do you want just a minute to sort of

21  scroll through it?

22       A.      No.  Give me a minute.

23       Q.      Sure.

24       A.      I'll scroll.

25       Q.      Yeah.  Just take your time.  You can

```
 1   scroll through the pages, and let me know when you've
 2   gotten a chance to look at it.
 3                (Pause.)
 4                THE WITNESS:  Okay.
 5   BY MS. LEONARD:
 6        Q.      Okay.  Thanks.
 7                At the top of the document, the first
 8   page, there's a list there of three chemicals.  Do you
 9   see where I'm looking at?
10        A.      At the top of the first page?
11        Q.      Right, where it says "Etomidate."
12        A.      Yes, I see it.
13        Q.      You see it?
14        A.      First page.  It says "Thursday, September
15   7, 2017."
16        Q.      Right.  And then underneath that, it
17   says --
18        A.      Yeah, wherever those are.  Yeah, I see
19   it.
20        Q.      Okay.  Great.  So it says "Etomidate -
21   limited supply."  Do you see that?
22        A.      Yes.
23        Q.      What is etomidate?
24                MR. MITCHELL:  Objection.
25                THE WITNESS:  I have no idea.
```

```
 1   BY MS. LEONARD:

 2        Q.      What is ketamine?

 3                MR. MITCHELL:  Same objection.

 4                THE WITNESS:  I don't know.

 5   BY MS. LEONARD:

 6        Q.      What is sodium thiopental?

 7                MR. MITCHELL:  Same objection.

 8                THE WITNESS:  That would be a drug we

 9        used from 2000 to like 2006 as the first drug

10        given in a lethal injection, sodium thiopental.

11   BY MS. LEONARD:

12        Q.      Okay.  What type of drug is that?

13                MR. MITCHELL:  Objection.

14                THE WITNESS:  It's like midazolam, is my

15        understanding.

16   BY MS. LEONARD:

17        Q.      I'm sorry, you said it's like midazolam?

18        A.      That's my understanding, yes.

19        Q.      Why is it listed as no longer available?

20                MR. MITCHELL:  Same objection.

21                THE WITNESS:  I have no idea.

22   BY MS. LEONARD:

23        Q.      Are you aware that sodium thiopental is

24   not available?

25                MR. MITCHELL:  Same objection.
```

```
 1              THE WITNESS:  I think it's available.  I
 2       don't know it's available for us to use for
 3       execution.  I don't know.  I'm not sure.
 4  BY MS. LEONARD:
 5       Q.      Okay.  Do you know who wrote this email?
 6       A.      No.  Never seen it before.
 7       Q.      I understand.  Scrolling down to the
 8  fourth page -- this is a five-page document, so the
 9  fourth page would be the second to last.
10       A.      Right.  Hold on.
11       Q.      I'll give you a minute to get down there.
12       A.      Page 4?
13       Q.      Yes, Page 4.
14       A.      I'm with you.
15       Q.      Okay.  I'm looking where it says on the
16  bottom half of the page "This is an external email."
17       A.      Okay.
18       Q.      And then under that, it says "Hello" --
19  blank.
20       A.      Yes.
21       Q.      I'm want to give you a chance.  Could you
22  just take a minute to read that paragraph?
23       A.      Okay.
24       Q.      And just let me know when you've looked
25  at it.
```

**Gibson Court Reporting**

```
1              (Pause.)
2              THE WITNESS:   Okay.
3    BY MS. LEONARD:
4         Q.      Okay.  I want to focus on the part of
5    that that starts with the sentence, "Here's my
6    concern," which is the fourth sentence, I believe.
7    It's on the third line.
8         A.      Okay.
9         Q.      It says:
10                "Here's my concern with midazolam.  Being a
11                benzodiazepine, it does not elicit strong
12                analgesic effects.  The subjects may be
13                able to feel pain from the administration
14                of the second and third drugs, potassium
15                chloride especially.  It may not be a huge
16                issue but can open the door to some
17                scrutiny on your end.  Consider the use of
18                an alternative like ketamine or use in
19                conjunction with an opioid."
20                Are you surprised by that information?
21        A.      Okay.
22        Q.      I'm asking you whether -- are you
23   surprised to hear that information?
24                MR. MITCHELL:  Hey, Lynne, you froze on
25        mine.  Can you repeat that?
```

```
 1                  MS. LEONARD:  Yes.  Sorry about that.
 2   BY MS. LEONARD:
 3        Q.      Are you surprised by that information
 4   about midazolam?
 5                  MR. MITCHELL:  Object to form.
 6                  THE WITNESS:  I don't know.  I don't
 7        know.  I have no thought about it, one way or
 8        another.
 9   BY MS. LEONARD:
10        Q.      Well, let me ask you this:  Did you ever
11   hear that before, that midazolam does not elicit strong
12   analgesic effects?
13                  MR. MITCHELL:  Same objection.
14   BY MS. LEONARD:
15        Q.      You can answer.
16        A.      No, ma'am.
17        Q.      This is the first time that you've ever
18   heard that?
19        A.      Yes.
20        Q.      Is this -- is this the first time that
21   you've ever heard that the prisoners may be able to
22   feel pain from the administration of the second and
23   third drugs?
24        A.      I think that's been brought up before at
25   some point.  It's not the first I heard of it; but I
```

```
 1   don't have any control over it.  I don't have any
 2   power.
 3        Q.      So we had talked before about your
 4   willingness to participate.  Does this have any impact
 5   on your willingness to participate?
 6        A.      No.
 7                MR. MITCHELL:  Object to form.
 8   BY MS. LEONARD:
 9        Q.      Sorry, I don't think I caught your
10   answer, Executioner.
11        A.      No, it does not.
12        Q.      Why not?
13                MR. MITCHELL:  Same objection.
14                THE WITNESS:  Why would it?
15   BY MS. LEONARD:
16        Q.      Does it matter to you, one way or the
17   other, whether the prisoners are able to feel the pain
18   from the second and third drugs?
19        A.      I have witnessed --
20                MR. MITCHELL:  Same objection.
21                THE WITNESS:  I have witnessed six or
22           seven, one out of state, lethal injection
23           executions.  I myself, personally, have not seen
24           anything at any time that led me to believe an
25           inmate felt pain.
```

```
 1   BY MS. LEONARD:

 2        Q.        So you believe that they can never feel

 3   anything?

 4        A.        From what I have seen, out of the ones I

 5   have seen, I have not seen anything that would lead me

 6   to believe that they felt pain.

 7        Q.        And if it's possible that they feel it,

 8   but you wouldn't be able to see that, does your opinion

 9   change?

10             MR. MITCHELL:  Object to form.

11             THE WITNESS:  Not really.

12   BY MS. LEONARD:

13        Q.        I'm going to go back to Exhibit 1, the

14   protocol.  We're going to start on Page 35 this time,

15   which says at the top page, "Compounded Preparations."

16        A.        35?

17        Q.        35.

18        A.        Okay.  One moment.

19             (Pause.)

20   BY MS. LEONARD:

21        Q.        Are you on Page 35?

22        A.        Almost, 34.  Yes, ma'am; 35.

23        Q.        Okay.  Great.  I'm looking about halfway

24   down the page, there's a heading underlined that says

25   "Storage of LIC."  Do you see where I'm looking?
```

1       A.       Yes, ma'am.

2       Q.       Okay.  It says in No. 1:

3                "When the LIC is received, a member of the

4                execution team and the warden take the LIC

5                to the armory building of" -- "armory of

6                Building 7 at RMSI."

7       A.       Yes.

8       Q.       Which member of the execution team is

9   that talking about?

10               MR. MITCHELL:  Form.  Objection, based on

11          the protective order.  If you can answer based on

12          role, but not on a name.

13               THE WITNESS:  I'm not sure.  That implies

14          to me that I'm there.  I always try to be there.

15  BY MS. LEONARD:

16      Q.       You said you always try to be there?

17      A.       Yes.

18      Q.       Okay.  But it's not necessarily always

19  you that does that?

20               MR. MITCHELL:  Objection.

21               THE WITNESS:  It could be somebody else.

22          I'm not sure who that is exactly directed at, but

23          I always try to be there whenever the drugs come

24          in because I like to see them for myself.  I like

25          to see how they're packaged.  I like to see the

Case 3:18-cv-01234   Document 184-1   Filed 03/17/22   Page 130 of 299 PageID #: 5889

1      dates on them.  I want to see how they're kept,

2      whether they're frozen, whether they have to be

3      refrigerated, have to be mixed; and lay eyes on

4      the instructions to prepare myself for what I'm

5      going to have to do.

6  BY MS. LEONARD:

7      Q.     Okay.  Have you seen the storage

8  container of the LIC?

9      A.     Yes.  There's -- there's two of them,

10  yes.

11      Q.     There's -- where are the two storage

12  containers located?

13      A.     In the -- in the key-controlled section

14  next to the armory in the Riverbend Maximum Security

15  Prison.

16      Q.     Okay.  And have others on the execution

17  team seen the storage containers?

18             MR. MITCHELL:  Objection.

19             THE WITNESS:  I couldn't tell you.  It

20      depends on -- yeah, I'm sure.  When you say the

21      execution team, you're talking about the warden,

22      deputy warden, and other people.  It may be even

23      people that work in that area.  So I'm sure they

24      are, but I don't know -- I wouldn't know who.

25  BY MS. LEONARD:

1     Q.     Okay.  It looks like here there's a

2  couple details about the security of the container on

3  this page.  Do you need a minute to review the details

4  of that that are in items 1 and 2 under "Storage of

5  LIC?"

6     A.     I think I may have read it.

7     Q.     Okay, yeah.  I just want to ask you some

8  questions about some of it; but I don't want to take up

9  your time reading that all out loud, if that's --

10     A.     Okay, that's fine.  Go ahead.

11     Q.     Okay.  It says there that in one section

12  that "There is only one key to access the storage

13  container."

14     A.     Correct.

15     Q.     "That key is issued permanently to the

16  warden of RMSI.  There are no other duplicates

17  produced.  The warden surrenders the key to no one

18  other than the one member of the execution team

19  designated for inventorying the LIC and only for the

20  duration of the count and expiration checking of the

21  LIC.  Only the warden or designee is allowed to access

22  the storage container."

23     I'm wondering, who is the one member of the

24  execution team to whom the key is surrendered?

25     A.     That -- that would be the discretion of

Case 3:18-cv-01234   Document 184-1   Filed 03/17/22   Page 132 of 299 PageID #: 5891

1    the warden.  I can't answer that.

2         Q.     You don't know who gets that key to the

3    storage container?

4         A.     To do an inspection, no.

5         Q.     So it's not you?

6         A.     I don't do the inspection.  The only time

7    I have anything to do with that is when the drugs are

8    placed in there.  And when the drugs are taken out for

9    an execution I'm there in that area to take the drugs,

10   account for them, check their dates, and bring them

11   back to the execution chamber.  That's the only

12   involvement I have with it.

13        Q.     Okay.  So do you ever have the key to the

14   storage container?

15        A.     No.

16        Q.     And you don't know who else is allowed to

17   access the storage container?

18        A.     No.

19        Q.     But it's never been you?

20        A.     No.  Any time I'm in there the warden is

21   in there, because he's the only one that got the key.

22   So I don't know.

23        Q.     Okay.  I'm going to skip ahead a little

24   bit to Page 39; the same document, the protocol.

25        A.     Okay.  I'm there.

1     Q.     Okay.  I'm looking -- well, do you need a

2    minute to review this, or is this also information that

3    you're familiar with?

4     A.     I guess it depends on what you're going

5    to ask.  I think I'm familiar.

6     Q.     Okay.  Well, you can let me know -- you

7    can let me know if you need a minute to review it at

8    any point.

9     A.     Okay.

10     Q.     But I'll just start asking you the

11    questions that I have.

12     A.     Okay.

13     Q.     I'm wondering, it says in the first

14    sentence of Item 1, it says:

15           "Prior to execution, a minimum of two

16           members of the execution team bring the

17           LICs from the armory area directly to the

18           lethal injection room."

19     A.     Yes.

20     Q.     Is that the same as the lethal injection

21    executioner's room that we viewed in the diagram

22    earlier today?

23     A.     Those drugs are only ever in the armory

24    in a storage box, or in my hands -- the executioner's

25    hands -- in the lethal injection room.

1     Q.      That's -- you said that's the only two

2   places --

3     A.      Yes, ma'am.

4     Q.      -- that these drugs ever are?

5     A.      Yes.

6     Q.      And in that same sentence, it says "a

7   minimum of two members of the execution team."  Who are

8   the two members, without giving me their names?

9     A.      It could be the warden and myself.  It

10  could be the warden and me and the recorder for the

11  execution.

12    Q.      And so when you say "it could be," does

13  that mean that you switch off depending on the

14  execution?  Or what -- what exactly do you mean by

15  "could be?"

16    A.      Well, sometimes it may be just the

17  warden, me and the warden.  Sometimes it may be me, the

18  warden, the other two members of the -- of my team, the

19  recorder and observer.  It just depends on who's

20  present when we move those.

21    Q.      Okay.  I see.  But are you and the warden

22  always there?

23    A.      Always?  Always where?

24    Q.      Yeah.  Are you -- are you always -- is it

25  always you and the warden, at minimum, who bring the

1   LICs from the armory area to the lethal injection room?

2      A.      Yes, because I'm the one that's got to

3   have them and he's the only one that's got the key to

4   them, yes.

5      Q.      Fair enough.  What exactly -- when it

6   says "prior to an execution," what -- what does that

7   mean?

8              MR. MITCHELL:  Object to the form.

9              THE WITNESS:  When it says what?

10  BY MS. LEONARD:

11     Q.      "Prior to an execution" at the beginning

12  of that sentence.  When is that?  When is "Prior to the

13  execution?"

14     A.      Actually, the best I recall, we normally

15  -- executions are at 7:00 p.m.  We start going to the

16  armory, getting the drugs, getting everything set up

17  about, as I recall, two hours prior.  Thataway, we got

18  time to take our time and ensure everything's done.  We

19  try to.

20     Q.      Okay.  And how do you know when to do

21  that?  How do you know -- sorry, let me be clearer.

22             How do you know when to bring the LICs

23  from the armory area directly to the lethal injection

24  room?

25             MR. MITCHELL:  Form.

1          THE WITNESS:  Because I have a pretty
2     good idea how long it takes to set all that up.
3          That's another reason I like to look at
4     the drugs when they arrive to see the instructions
5     to tell me -- tell me to do more than what I've
6     normally been doing.
7          Like as now, just saying the potassium
8     chloride's got to be mixed now, so that's going to
9     entail more time.  So I may need to start three
10    hours earlier instead of two hours earlier.
11 BY MS. LEONARD:
12    Q.     And you can tell that by looking at the
13 drugs?
14          MR. MITCHELL:  Form.
15          THE WITNESS:  Well, if it's got to be
16    mixed it takes more time, yes.
17 BY MS. LEONARD:
18    Q.     And what would -- and I'm just trying to
19 understand how the drugs work.  What would you see that
20 would make you know that it would take more time?
21          MR. MITCHELL:  Same objection.
22          THE WITNESS:  I do each stream one at a
23    time.  If they don't have to be mixed, you take
24    the needle, put it in the vial, and draw the --
25    draw it out.

Case 3:18-cv-01234   Document 184-1   Filed 03/17/22   Page 137 of 299 PageID #: 5896

1          If it's got to be mixed, that entails

2     taking a syringe with a needle and a mix, drawing

3     out the bacteriostatic water or saline, injecting

4     it through the vial, taking it up; taking another

5     vial, another syringe, drawing it out of the vial.

6     So there's more steps to the process.

7  BY MS. LEONARD:

8          Q.     I see.  So that, yeah, it sounds like

9  there's -- there's quite a few steps there.  I see what

10 you're saying.

11         A.     Yes.

12         Q.     So I'm just going to back it up a bit.

13 Just bear with me as I'm trying to understand this.

14         When do you first see the lethal injection

15 chemicals?

16         A.     When they arrive at the institute.

17         Q.     Okay.  And on the day of an execution,

18 when is the first time that you see the lethal

19 injection chemicals?

20         A.     When I receive them to take to the

21 execution room.

22         Q.     And that's around two hours prior to the

23 start time?

24         A.     It's no later -- I'll say about two

25 hours.

Case 3:18-cv-01234   Document 184-1   Filed 03/17/22   Page 138 of 299 PageID #: 5897

1      Q.      Okay.  And what do the LICs look like at

2  that point?

3              MR. MITCHELL:  Form.

4              THE WITNESS:  Give me a minute.  I've got

5       to recall.

6              The midazolam, I think there are two

7       small vials -- actually, four small vials.  The

8       vecuronium bromide, I think there was 10.

9              I can't remember how many vials -- how

10      many vials of bacteriostatic water there were.

11      And you know what, I can't recall exactly.  But

12      most times it's just a vial; a vial, either 5-cc,

13      10-cc, 30-cc vials.

14  BY MS. LEONARD:

15      Q.      And are they all -- are all three drugs

16  in vials?

17      A.      Well, all except for the -- I don't know

18  if you call them vials.  There's 30 cc's in a vial,

19  yes.  But they're all in vials except for, as I recall,

20  the bacteriostatic water is in a plastic vial, glycerin

21  glass, I think.

22      Q.      I'm sorry, the bacteriostatic water is in

23  something different?  Is that what you said?

24      A.      I think it was in like a plastic vial.

25  It may not have been.  I -- I can't recall.

Case 3:18-cv-01234   Document 184-1   Filed 03/17/22   Page 139 of 299 PageID #: 5898

1    Q.    And are all three of the drugs liquid
2  when you see them?
3              MR. MITCHELL:  Form.
4              THE WITNESS:  I'm thinking.  Give me a
5        minute.
6              As I recall, the vecuronium bromide I
7        think is in powder form with the bacteriostatic
8        water that had to be mixed.  I think the rest of
9        them are in liquid form.
10  BY MS. LEONARD:
11    Q.    Okay.  So the midazolam and the potassium
12  chloride are liquid?
13    A.    I think so, as I remember.
14    Q.    All right.  And I'm looking at the same
15  section again.  So in Item 1 on the same page, 39, the
16  second sentence in Item 1 starts with "The amount of."
17  Do you see that?
18    A.    Uh-huh.
19    Q.    All right.  So it says:  "The amount of
20  chemicals and saline is sufficient to make two complete
21  sets of nine syringes each."
22              How much is the amount that is sufficient?
23    A.    It depends on what the direction from the
24  pharmacist calls for.
25    Q.    Are there written instructions for every

1   drug?

2               MR. MITCHELL:  Form.

3               THE WITNESS:  I think there was.  As I

4       recall, I think there was.

5   BY MS. LEONARD:

6       Q.      And are you the person who prepares the

7   syringes?

8       A.      Yes.

9       Q.      And you have written instructions for

10  each of the three?

11              MR. MITCHELL:  Form.

12              THE WITNESS:  How to prepare the drugs,

13      yes.

14  BY MS. LEONARD:

15      Q.      Do you ever have any discussions with

16  anyone else on the team about preparing the drugs?

17      A.      What do you mean, "discussions?"  I don't

18  understand that question, really.

19      Q.      I'm just wondering, do you -- so you're

20  the person that prepares the drugs.  Do you ever

21  discuss the preparation of the drugs with anyone else

22  during the process or before the process?

23      A.      The person with me that's the recorder

24  records each stream with the powder; the powder for the

25  proper amount -- say 50 cc's, 45 cc's -- to make sure

```
 1   the amount is right.

 2              After I prepare that, I hand it to him.  He

 3   verifies the amount and places a label on the syringe.

 4   Like the first syringe would be "midazolam, 45 cc's."  It

 5   would be color coded Red, No. 1.

 6              So, yeah; we discuss what's going on, yeah.

 7        Q.    Okay.  That -- that makes sense to me.

 8              Do you -- how do you know what those

 9   amounts are?  Is that included in the instructions?

10        A.    Yes.

11        Q.    And have you ever had any verbal

12   instructions from anyone?

13        A.    No.

14              MR. MITCHELL:  Form.

15              THE WITNESS:  Not that I recall.

16   BY MS. LEONARD:

17        Q.    Okay.  I'm moving to Item 2 there on the

18   same page.  It starts with "The LICs are drawn."

19        A.    Uh-huh.

20        Q.    "The LICs are drawn into syringes by one

21   member of the execution team."  Is that you?

22        A.    That's me.

23        Q.    Okay.  And "Then another member of the

24   execution team observes and verifies that the procedure

25   has been carried out correctly."  Is that the recorder
```

1  that you were just talking about?

2       A.      That's what I was just speaking of, yes.

3       Q.      Okay.  Great, makes sense.

4               Is it always you that draws the LICs into

5  syringes?

6       A.      Always.

7       Q.      Who decided that it should always be you?

8       A.      The executioner?  The warden.

9       Q.      So the warden decided that you should

10 always do it as the executioner?

11      A.      Well, if you are going to have an

12 execution, you should always be sure it's done right.

13 So, yes.  I wouldn't want to be the executioner if it's

14 something that I hadn't prepared for myself.

15      Q.      You're right.  That makes sense.

16              When -- is the recorder always the same

17 person?

18      A.      No.  When you say "always," it has been

19 since the last two lethal injections that were done, it

20 was the recorder.

21      Q.      Okay.  And is that going to be the same

22 person next time?

23              MR. MITCHELL:  Object to form.

24              THE WITNESS:  I don't know.

25 BY MS. LEONARD:

 1      Q.      Looking in the same section a little

 2  further down, there's a sentence about part way -- or

 3  excuse me, sorry.

 4          Actually, I'm going to go to No. 3.  I

 5  think you were just talking about the executioner, only

 6  one syringe is prepared at a time?

 7      A.      That's correct.

 8      Q.      And then about halfway through that, it

 9  says that:

10          "One member of the execution team will

11          perform this procedure, while another

12          member of the execution team observes and

13          verifies that the procedure has been

14          carried out correctly."

15          So is the one member of the execution team

16  that performs this procedure, that's you?

17      A.      No.  I prepare the syringe.  A member of

18  the execution team observes.  That's the recorder.

19          While the other member observes as I

20  prepare them, he observes and verifies.  That's what we

21  were just talking about.  I prepare the syringes.  It

22  isn't him.  He verifies the correct amount of cc's in

23  the syringe and labels the syringe and places them in

24  order in the trays.

25      Q.      Okay.  And how does he verify that it's

1   been done correctly?

2        A.      Because he has a set of instructions,

3   just like I do.

4        Q.      So he also has --

5        A.      And -- and in two weeks prior to a

6   scheduled execution when we have the practices that we

7   talked about, this is one of the things we practice.

8        Q.      Okay.  So when -- you said he has the --

9   he's looking at the same thing that you did.

10       A.      Yes.

11       Q.      So he has the same written instructions

12  that you follow?

13       A.      Yes.

14       Q.      And they have --

15       A.      We go over it once.  When we do an

16  execution, we'll have the protocol in the room with us.

17  We will have the instructions, if there is any, of how

18  to draw the drugs.

19       Q.      And when you say "if there is any," are

20  there drugs that you don't have the instructions for?

21              MR. MITCHELL:  Form.

22              THE WITNESS:  How far back are we going

23       to go?

24  BY MS. LEONARD:

25       Q.      Was there ever a time that you did not

1  have written instructions for all three drugs?

2      A.      Yes.

3      Q.      And was that more than 10 years ago?

4      A.      Yes.

5      Q.      Was it more than five years ago?

6      A.      No.

7      Q.      Okay.  But in the last five years, have

8  you had written instructions for all three drugs?

9      A.      As I recall.

10          MR. MITCHELL:  Form.

11          THE WITNESS:  I know we have had written

12      instructions since midazolam.  I'm not sure before

13      that.

14  BY MS. LEONARD:

15      Q.      Have you ever talked with a pharmacist

16  about preparing the drugs?

17      A.      No, not that I recall.

18      Q.      Do you use the same size syringes for all

19  three drugs?

20      A.      Same size, different amounts.

21      Q.      Same size syringes but different amounts

22  of drugs?  Is that what you're saying?

23      A.      Yes.

24      Q.      Okay.  And what color is the content of

25  the prepared syringes?

1        MR. MITCHELL:  Form.

2        THE WITNESS:  Clear.

3   BY MS. LEONARD:

4        Q.     Are they all the same color?

5        A.     Clear.  I mean, color -- the color of the

6   drug is not a large focus of mine, but I do think

7   they're all water colored, clear.

8        Q.     Okay.  And what do you do with the empty

9   vials after the syringes are prepared?

10       A.     They go to the trash can.  They go to the

11  medical examiner's office.

12       Q.     Okay.  Moving down to Item 4, it starts

13  with "Preparation in accordance."  Do you see where I'm

14  looking?

15       A.     Uh-huh.

16       Q.     Okay.  Do you need a -- this is sort of a

17  long section here.  It extends onto the next page.  It

18  has the headings for each piece of the process.  Do you

19  need a second to review that, or --

20       A.     No, I'm familiar with it.

21       Q.     Okay.  Are you the person that's

22  responsible for carrying out each of these steps?

23       MR. MITCHELL:  Form.

24       THE WITNESS:  You mean preparing the

25  drugs?

**Gibson Court Reporting**

```
 1   BY MS. LEONARD:

 2        Q.        Yes.

 3        A.        Yes.

 4        Q.        Is anyone else responsible for this?

 5        A.        No.

 6                  MR. MITCHELL:  Same objection.

 7                  THE WITNESS:  I do not know.  If I were

 8        to fall over dead, I'm assuming somebody would be.

 9        Right at this point, I am the one that does that.

10   BY MS. LEONARD:

11        Q.        Okay.  Jumping down to vecuronium bromide

12   there, it's the last paragraph of Page 39.

13        A.        Okay.

14        Q.        It says:  "The vecuronium is in powder

15   form and must be reconstituted with bacteriostatic

16   water."  What does it mean to reconstitute?

17                  THE WITNESS:  Mix.

18                  MR. MITCHELL:  Form.

19   BY MS. LEONARD:

20        Q.        "Reconstitute" means to mix?

21        A.        Mix the water with the powder form.

22        Q.        Okay.  And does that turn it into a

23   liquid?

24        A.        It's mixed with the liquid of the

25   bacteriostatic water, yes.
```

**Gibson Court Reporting**

1      Q.      Okay.

2      A.      Once they're mixed -- once they're mixed,

3  it's clear.  There's no particles in there.  It's

4  clear.

5      Q.      Okay.  And are you the person that does

6  that?

7      A.      Yes.

8      Q.      How do you know how to do that?

9          MR. MITCHELL:  Form.

10         THE WITNESS:  You draw 10 -- 10

11      milligrams of bacteriostatic water, inject it into

12      the vial of vecuronium powder, shake it up until

13      it's clear, draw it back out into the syringe.

14  BY MS. LEONARD:

15     Q.      And how did you learn how to do that?

16     A.      I don't know.  It may have been written

17  instructions, or it may have been common sense, or it

18  may have been both.

19     Q.      Did you ever talk to the pharmacist about

20  how to prepare vecuronium bromide?

21     A.      Not that I recall.

22     Q.      Do you ever write down notes on these

23  instructions?

24     A.      No.

25     Q.      Does anyone supervise the preparation of

1  the drugs?

2       A.       Me.

3       Q.       So you're both the person that does it

4  and you supervise yourself doing it?

5       A.       I'm the only one that -- I'm the one that

6  does it, so yeah.

7       Q.       Okay.  But no one else watches you do it?

8       A.       The recorder.

9                MR. MITCHELL:  Form.

10  BY MS. LEONARD:

11       Q.       The recorder?  Okay.  We talked about

12  that already.

13       A.       Yeah, right.

14       Q.       And then you also -- you mentioned

15  earlier that the syringes, and all the way at the

16  bottom it says here:  "All syringes and any of the

17  prepared but unused LIC are sent to the medical

18  examiner's office with the body."

19                Who does that?

20       A.       We just -- we just collect the trash.  We

21  put everything we used in a red bag and put it in the

22  medical examiner's van.  It could be me, it could be

23  one of the other people in the room with me, just -- I

24  don't know that anybody is designated that job.

25       Q.       Who else is in the room with you at that

1    point?

2         A.        The recorder and the observer.

3         Q.        So it could be any of the three of you

4    that disposes of the syringes?

5         A.        Could be.  It could be an EMT if they're

6    still there.  So it could be anybody.

7         Q.        Okay.  And when did you send that, the --

8    send those materials?

9         A.        When the body leaves.  It goes in the van

10   with the body.

11        Q.        Okay.  Got it.  Does anyone take photos

12   prior to the execution?

13        A.        The people from the medical examiner's

14   office.  They spend -- after the execution, they'll

15   spend at least 30 minutes examining the body, taking

16   pictures, all that.

17        Q.        Is that before the execution?

18        A.        No.  After the execution, they'll spend

19   30 minutes examining the body and taking pictures and

20   doing all that.

21        Q.        Okay.  Are there any photos that are

22   taken before the execution?

23        A.        Not that I know of.

24        Q.        Are there any photos taken during the

25   execution?

Case 3:18-cv-01234   Document 184-1   Filed 03/17/22   Page 151 of 299 PageID #: 5910

1     A.     No.

2     Q.     And I'm sorry, who did you say was

3 responsible for taking those photos?

4     A.     The medical -- the medical examiner's

5 office, when they're picking up the body.

6           MS. LEONARD:  Okay.  We've been going for

7         a while again now, a little over an hour.  Is this

8         a place, would you want to stop for lunch, Rob?

9           MR. MITCHELL:  Sounds great, yeah.

10         MS. LEONARD:  Okay.  Maybe we can come

11        back -- I don't know how much time you all want.

12        I know it's Friday, and we don't want to be here

13        forever and ever, I don't think.  Is that okay to

14        come back at 2:00 Eastern/1:00 Central, or is that

15        too soon?

16         MR. MITCHELL:  No, that works for our

17        team.

18         THE WITNESS:  What time is that?

19         MR. MITCHELL:  1:00.

20         MS. LEONARD:  Is that okay?  Is that long

21        enough for you, Executioner?

22         THE WITNESS:  That's fine.

23         MS. LEONARD:  Okay.  I don't want to rush

24        anybody; but I also, you know, don't want to keep

25        us here later than we all have to be here, either.

```
 1          So --
 2                    THE WITNESS:  Okay.
 3                    MS. LEONARD:  Okay.  Great.  We can go
 4          off the record, then, and come back around 2:00
 5          for me, 1:00 for you.
 6                    THE VIDEOGRAPHER:  Okay.  We're off
 7          record at 12:26 p.m.
 8                    (Recess at 12:26 p.m. to 1:05 p.m.)
 9                    THE VIDEOGRAPHER:  We're back on the
10          record.  The time is 1:05 p.m.
11    BY MS. LEONARD:
12          Q.     All right.  Executioner, on the break did
13    you speak with your counsel at all?
14          A.     No.
15          Q.     And did anyone else come into the room?
16          A.     No.  I went out and went to Subway, but I
17    didn't talk to anybody.
18          Q.     Okay.  You didn't talk to anyone?  And
19    there's still no one in the room where you're taking
20    this?
21          A.     No.
22                    MS. LEONARD:  And I'll just restate:  If
23          anyone else does come in the room, please let us
24          know.
25                    And the same thing.  If the court
```

Case 3:18-cv-01234   Document 184-1   Filed 03/17/22   Page 153 of 299 PageID #: 5912

```
 1          reporter could let us know if she's having any
 2          trouble hearing at any point, please feel free to
 3          interject so we can make sure that we're catching
 4          everything.  But so far I think so good, for the
 5          most part.
 6   BY MS. LEONARD:
 7          Q.     I'm going to pull up an exhibit we
 8   haven't looked at today.  This is Exhibit 2.
 9                 Executioner, if you could just let me
10   know, do you have that in front of you?
11          A.     Yes.
12          Q.     Okay.  And have you seen this document
13   before?
14          A.     Yes.
15          Q.     What is this document?
16          A.     It's the storage and preparation
17   instructions for midazolam.
18          Q.     And where does this come from?
19          A.     The pharmacist has it.
20          Q.     Do you know for sure that it comes from
21   the pharmacist?
22          A.     I don't know for sure, no.  I didn't
23   receive it from him.  I was told that's where it was
24   from.
25          Q.     Who told you where it was from?
```

1      A.      Probably the person that brings the

2  drugs.

3      Q.      And who is that?

4          MR. MITCHELL:  Objection.  Restate.

5  BY MS. LEONARD:

6      Q.      Yeah, don't tell -- don't tell me a name;

7  but when you say "the person that brings the drugs,"

8  what do you mean by that?  What person is that?  Not a

9  name.

10         MR. MITCHELL:  And if -- if I can

11     interject real quick, Executioner.  When -- or

12     Ms. Leonard, the Executioner may not know how to

13     refer to that, might not know the pharmacy in this

14     case, if that's what you're getting at.  I'm not

15     sure if that's what you need, without saying a

16     name.

17         MS. LEONARD:  Yeah, let me see if I can

18     -- maybe if I ask it in a different way, that

19     would help.

20         MS. LEONARD:  Actually, could you -- do

21     you -- court reporter, could you just read back

22     the last question and answer.

23         (The record was read.)

24  BY MS. LEONARD:

25     Q.      Let me try it this way.  Is the person

1  who brings the drugs a person from the pharmacy?

2  Executioner?

3        A.      I don't have anything to do with

4  obtaining the drugs.   The person that obtains the

5  drugs, I think, is drugs from the pharmacy.   And I only

6  get them from the person who obtains the drugs.

7        Q.      Okay.   So you receive the instructions

8  from the person who obtains the drugs?

9        A.      Yes.

10        Q.      And you aren't sure where the

11  instructions come from, but you think it's the

12  pharmacist?

13        A.      That's my understanding, but I don't know

14  that.

15        Q.      Okay.   And have you ever talked with the

16  pharmacist about these instructions?

17        A.      Not that I recall.

18        Q.      Have you ever talked with the pharmacist

19  about any of the instructions for the drugs?

20        A.      Not that I recall.

21        Q.      Okay.   When is the last time that you

22  reviewed these instructions for midazolam?

23        A.      Yesterday.

24        Q.      How frequently do you review them,

25  typically?

1    A.    I don't until we get ready to give them,

2  because they may change.

3    Q.    And how frequently would you say they

4  change?

5    A.    I don't know.

6    Q.    Are these the same instructions that you

7  get when the drugs arrive?

8    A.    That's -- that's where they come from.

9  When they arrive, I get these.

10    Q.    Okay.  So when there -- when there's a

11  new delivery -- I'm just trying to make sure that I

12  understand this correctly.

13        So when there's a new delivery of drugs,

14  these are the instructions that would be included in

15  that delivery.  Is that how it works?

16    A.    I assume that's where it comes from, yes.

17  When a new batch, a delivery of drugs is received, we

18  would get instructions on how they should be prepared.

19    Q.    Okay.  And are there any additional sets

20  of instructions besides these?

21    A.    Not that I know of.

22    Q.    So these are the only instructions that

23  you've seen for midazolam?

24    A.    As I recall them.

25    Q.    Okay.  Other than I understand that they

Case 3:18-cv-01234   Document 184-1   Filed 03/17/22   Page 157 of 299 PageID #: 5916

```
 1    may change over time with the different deliveries.
 2         A.    Yes.
 3         Q.    But you don't have multiple sets of
 4    instructions?
 5         A.    No.
 6         Q.    Okay.
 7         A.    I don't have any.  These would be just
 8    given to me when the drug -- when the drugs got
 9    delivered so I could start planning and practicing.
10    And if I did have any questions, then I'd ask.
11         Q.    Okay.  And if you had questions, who
12    would you ask?
13              MR. MITCHELL:  Objection.
14              THE WITNESS:  The person who provided the
15         drugs.
16    BY MS. LEONARD:
17         Q.    Okay.  And would you expect that person
18    would know the answer, or does that person ask anyone
19    else?
20         A.    I would assume that person would ask the
21    pharmacist.
22         Q.    Okay.  So ultimately, as far as you're
23    aware, the ultimate source of these instructions is the
24    pharmacist?
25         A.    Yes.
```

1        Q.      Okay.  And do you have any authority to
2   deviate from these instructions?
3              MR. MITCHELL:  Form.
4              THE WITNESS:  When you say "deviate,"
5        from the preparing of the drugs?
6   BY MS. LEONARD:
7        Q.      Yes.
8        A.      I follow it to the letter.
9        Q.      Sorry.  What was that?
10       A.      When it comes to preparing the drugs, I
11  follow it to the letter as best I can.
12       Q.      And when you say as best you can, what do
13  you mean by that?
14       A.      As I read them, as I understand them.
15       Q.      Okay.  Is there ever a time that you have
16  not followed these instructions?
17       A.      Not that I know of.
18       Q.      Does anyone else have the authority to
19  change these instructions?
20       A.      Not that I know of.
21       Q.      So once you receive these instructions,
22  you are obligated to follow what the instructions say?
23       A.      That's what I understand.
24       Q.      Okay.  And if you -- what happens if you
25  run into a problem with these instructions?

1                  MR. MITCHELL:  Form.

2                  THE WITNESS:  I would contact the person

3     who received the drugs and ask them for direction

4     from the pharmacy.

5  BY MS. LEONARD:

6        Q.     Okay.  And is that what you would do if

7  it happened during an execution?

8        A.     No, ma'am.

9        Q.     What would you do if there was a problem

10  with preparing the drugs during the execution itself?

11        A.     Well, what kind of problem?

12        Q.     Um, let's say that there was a -- one of

13  the vials was missing.

14             MR. MITCHELL:  Same objection.

15  BY MS. LEONARD:

16        Q.     What would you do?

17        A.     We would already know that before we

18  started the execution.  We would know that when we got

19  the drugs out of the armory.

20        Q.     What if one of the needles broke?

21        A.     I got boxes of needles.

22        Q.     Okay.  So you would -- essentially, you

23  would just sort of proceed as best you could?

24             MR. MITCHELL:  Objection, form.

25             THE WITNESS:  If a needle breaks, I've

1          got a box of needles.

2    BY MS. LEONARD:

3          Q.      Okay.  And nothing's ever happened that

4    has required you to stop following these instructions?

5          A.      No.

6                  MR. MITCHELL:  Form.

7    BY MS. LEONARD:

8          Q.      Okay.  I'm going to ask a couple of

9    questions about the instructions.  Do you want time to

10   review them, or --

11         A.      No, ma'am; I -- I think I'm good.

12         Q.      Okay.  I'm looking first at steps 6

13   through 8 on the first page.

14         A.      Okay.

15         Q.      There's a couple of references in these

16   steps to something called aseptic technique.  You can

17   see it most clearly in Step 8, "Using aseptic

18   technique, connect the needles to the syringe tip."

19         A.      Yes.

20         Q.      What is aseptic technique?

21         A.      We always wear gloves, we always use

22   alcoholic wipes and wipe surfaces and make sure the

23   nipple of the needle, the nipple of the trench, and the

24   end of the needle is clean.  So I'll clean the needle.

25         Q.      Okay.  So you always use gloves when

 1    you're working with the needle?

 2         A.      Yes.

 3         Q.      Is there anything else you do to conform

 4    with aseptic technique?

 5                 MR. MITCHELL:  Form.

 6                 THE WITNESS:  Gloves.

 7    BY MS. LEONARD:

 8         Q.      Just only wearing gloves?

 9         A.      Yes.

10         Q.      Okay.

11         A.      Now a face shield, we would wear a face

12    shield to prevent splatter, if there were to be any.

13         Q.      Okay.  So aseptic technique means wearing

14    gloves and a face shield?

15         A.      Yes, and using alcohol wipes to make

16    everything as sterile as possible.

17         Q.      Using what kind of wipes?

18         A.      Alcohol wipes.

19         Q.      Alcohol wipes?

20         A.      To make sure everything is sterile, clean

21    as possible.

22         Q.      Got it.

23                 Then on Page 2, Step 13 instructs you to:

24                 "Withdraw 5 milliliters from the first vial

25                 of midazolam by drawing back slowly on the

1           syringe plunger until 5 milliliters is

2           obtained."

3                What do you do if you inadvertently draw

4   out too little midazolam?

5                MR. MITCHELL:  Form.

6                THE WITNESS:  Too little?  When you draw

7           it out, the midazolam will be like in the vial.

8           And I don't remember if it was 10 milliliters, 20

9           milliliters.  I think midazolam comes in 5

10          milliliters.

11               But in those vials there's always a

12          little bit more than 5 milliliters.  You insert

13          the needle into the vial.  You don't put it all

14          the way in the vial.  You barely put it through

15          the top with the very end of the needle, and it

16          pulls the midazolam out of the vial and withdraw 5

17          milliliters.

18  BY MS. LEONARD:

19          Q.     Okay.  And what do you do if the vial of

20  midazolam you have is bigger than 5 milliliters?

21               MR. MITCHELL:  Objection.

22               THE WITNESS:  I go to the 5 milliliters.

23  BY MS. LEONARD:

24          Q.     How do you know it's 5 milliliters?

25          A.     The syringes are marked in 5 milliliters.

Case 3:18-cv-01234   Document 184-1   Filed 03/17/22   Page 163 of 299 PageID #: 5922

1    Q.  And do you sometimes have drugs that are

2 different sizes?

3    A.  Different drugs come in different sizes.

4    Q.  Do you ever have different sizes for

5 midazolam?

6       MR. MITCHELL:  Object to the form.

7       THE WITNESS:  Not that I recall.

8 BY MS. LEONARD:

9    Q.  I'm sorry, I didn't quite catch that

10 answer.

11    A.  Not that I recall.

12    Q.  Okay.  On the same page, Step 16 says to

13 "Draw out enough normal saline to achieve a final

14 solution volume of 50 milliliters per cc."  Do you see

15 that?  It's the last sentence in Step 16.

16    A.  Yes.

17    Q.  How much is "enough normal saline" in

18 that sentence?

19       MR. MITCHELL:  Form.

20       THE WITNESS:  For midazolam?  We're still

21   talking about midazolam?

22 BY MS. LEONARD:

23    Q.  Yes.

24    A.  I would take the first two needles, the

25 first two syringes; 45 milliliters of saline, 5

Case 3:18-cv-01234   Document 184-1   Filed 03/17/22   Page 164 of 299 PageID #: 5923

```
 1   milliliters of midazolam make 50.
 2        Q.      Okay.  And what do you do if you draw out
 3   too much saline?
 4                MR. MITCHELL:  Form.
 5                THE WITNESS:  You mean like 46
 6        milliliters?
 7   BY MS. LEONARD:
 8        Q.      Right, that -- that would be an example.
 9        A.      Inject one milliliter back in the bag.
10        Q.      Okay.  And what if you draw up too
11   little?
12                MR. MITCHELL:  Form.
13                THE WITNESS:  Do it over.
14   BY MS. LEONARD:
15        Q.      You would dip back into the same bag and
16   get more?
17        A.      No.  You don't remove the needle from the
18   bag until you've got exactly what you want.
19        Q.      Okay.  I see.  So it wouldn't be really
20   possible to get too little, is what you're saying?
21        A.      Well, I use a 1,000 milliliter bag; so
22   no, ma'am.
23        Q.      Okay.  And I want to go back up to the
24   top of Page 1 for a second of the same document.  It
25   starts with "USP Chapter 797."  Do you see where I'm
```

```
 1    looking?
 2          A.        I'm getting there.  Yes, I do.
 3          Q.        Okay.  There's a couple of instructions
 4    there.  It says:
 5                    "USP Chapter 797 sets the following BUDs on
 6                    high-risk compounded preparations:  1, 24
 7                    hours at room temperature; 2, 3 days at
 8                    cold temperature, refrigerated; and 3, 45
 9                    days frozen."
10                    What is a "BUD?"
11          A.    Best used by.
12          Q.    Best used by?
13          A.    Best used by.
14          Q.    And what does -- what does that mean
15    exactly?
16          A.        That means expiration date.
17          Q.        Okay.  And are you --
18          A.        And then the expiration date -- this is
19    the instructions -- it's good for 24 hours at room
20    temperature.  After 24 hours it's not as good -- or not
21    good, one or the other.
22          Q.        Are you still able to use it after it's
23    been out at room temperature for 24 hours?
24                    MR. MITCHELL:  Form.
25                    THE WITNESS:  I would not.
```

```
 1   BY MS. LEONARD:
 2        Q.      You would not?
 3        A.      No.
 4        Q.      But would anyone -- could anyone
 5   authorize you to use something that's been out for -- a
 6   midazolam that's been out for 24 hours?
 7        A.      They may authorize it, but I'm not doing
 8   it.
 9        Q.      Okay.  That -- I understand that.
10             And it looks like, then, is there a
11   process by which the midazolam is moved from a freezer
12   to a refrigerator?
13        A.      Yes.
14        Q.      Could you tell me a little bit about that
15   process?
16             MR. MITCHELL:  Form.
17             THE WITNESS:  The warden or someone on
18        his staff -- that may be where the passive lead
19        comes in.  But I'm fairly certain the warden
20        himself would go out there and move it from the
21        freezer to the refrigerator.  And that would be
22        documented in a logbook held in the refrigerator,
23        under lock and seal, to verify movement.
24   BY MS. LEONARD:
25        Q.      Okay.  And how does -- how did they know
```

1  that they should move the midazolam from the freezer to

2  the fridge?

3           MR. MITCHELL:  Form.

4           THE WITNESS:  The inmate has a date set,

5      and the execution time is at 7:00 p.m.

6  BY MS. LEONARD:

7      Q.      Are you the person that moves the

8  midazolam from the freezer to the fridge?

9      A.      No, ma'am.  I don't have a key.

10     Q.      Right.  And have you ever seen the person

11 who does that move the midazolam from the freezer to

12 the fridge?

13     A.      I don't recall that, no.  I've been

14 involved in many of these, but I do not really recall.

15 May have.

16     Q.      Okay.  I'm going to move to a new

17 document.  This is Exhibit 4.

18     A.      Okay.

19     Q.      Have you seen this document?

20     A.      Yes.

21     Q.      And what is this?

22     A.      This is for the preparation of the

23 potassium chloride.

24     Q.      Okay.  And the same thing for the

25 midazolam.  Do these instructions come with the drugs?

1    A.    Yes, I believe it does.

2    Q.    And do these instructions ever change?

3          MR. MITCHELL:  Form.

4          THE WITNESS:  I don't recall what we did

5    before the last time we used this.  So it may have

6    changed, but I don't know.  And if a new batch

7    comes in, it may change.  I don't know.

8 BY MS. LEONARD:

9    Q.    Okay.  It looks like there are 17 total

10 steps here.  How long does it take you to complete all

11 17 steps?

12          MR. MITCHELL:  Form.

13          THE WITNESS:  To fill four syringes, I'm

14    going to say six minutes; seven, eight minutes.

15    Somewhere in there.

16 BY MS. LEONARD:

17    Q.    Somewhere between six and eight minutes?

18    A.    Yeah, probably.

19    Q.    And that's to prepare all four of the

20 potassium chloride syringes; is that what you said?

21    A.    Yes, I believe that is correct.

22    Q.    And just quickly turning back to Exhibit

23 2, the midazolam instructions, it looks like there are

24 20 steps there.  Approximately how long does it take

25 you to complete those steps?

1    A.    It's the same as with the midazolam;

2  drawing the four syringes of saline probably takes four

3  minutes, three minutes.

4         They're placed in the tray.  When the

5  warden gives the signal to start the passage, I take

6  the first tray, Red No. 1, and draw 5 milliliters out

7  of the vial of midazolam.  And the recorder, he sits

8  and verifies we now have 50 milliliters.  And I do that

9  on all four and proceed.

10         So the time it takes to do the midazolam

11  is two separate things.

12    Q.    Okay.  That -- that makes sense to me.

13  So the time it takes to do the midazolam, how long is

14  that?

15    A.    That's what I just said.  You have the

16  syringes first, which takes several minutes.  Later,

17  when the warden gives the signal to start, I have got

18  to take those four syringes one at a time, put 5

19  milliliters in the first one.

20         And it's the recorder who verifies that

21  we now have 50, puts it in a tray.

22         I get the second one, Tray No. 2, put 5

23  milliliters of midazolam in that one.  Hand it to the

24  recorder, he verifies it and puts it in Tray No. 2.

25         Then I do the same process with the third

Case 3:18-cv-01234   Document 184-1   Filed 03/17/22   Page 170 of 299 PageID #: 5929

1    set, No. 2.

2             So the time, we'll say four minutes to do

3    the saline and we'll say four -- let's say four, five

4    minutes to add the midazolam.

5        Q.      Okay.  And that's for all of those total

6    syringes of midazolam?

7        A.      All syringes of the midazolam, Red No. 1

8    and 2, Blue No. 1 and 2.

9        Q.      So about four minutes to prepare all

10   four?

11       A.      I'll say again, you got your share of

12   time.  You got three or four minutes to do the saline,

13   you got three or four minutes to add the midazolam,

14   so....

15       Q.      So maybe more like six to eight minutes

16   total?

17       A.      Total, both times, yes.  Probably six,

18   eight minutes.

19       Q.      Okay.  And thanks for clarifying that.

20   That's -- that's helpful.

21             Do you -- and so are you the person that

22   prepares both the red set and the blue set?

23       A.      I am.

24       Q.      Does anyone else ever prepare one of the

25   sets?

1          A.      No.

2          Q.      In the past in the executions, has anyone

3   else ever prepared a different set, one of the sets?

4          A.      When you say -- when you say "past," how

5   far back do we want to go?

6          Q.      Ever in your career.

7                  MR. MITCHELL:  Form.

8                  THE WITNESS:  In the past, the executions

9          that was done, I don't really recall who done

10         those -- those -- those syringes.

11  BY MS. LEONARD:

12         Q.      So at that point --

13         A.      Other than that, it was me.

14         Q.      Okay.  So other than the first execution,

15  you have prepared the syringes for every execution?

16         A.      Right.

17         Q.      I'm going to take a look at a new

18  exhibit.  This is 44.

19         A.      Okay.  I've got it.

20         Q.      Okay.  This is a -- it says "Chemical

21  Preparation Time Sheet" at the top.  Is that what

22  you're looking at?

23         A.      Yes.

24         Q.      Okay.  Have you seen this document

25  before?

 1          A.       I've seen this document -- I don't know
 2     about this particular one; but yes, this document.
 3          Q.       Okay.  What is this document?
 4          A.       That's when the syringes are prepared.
 5     That's when the two midazolam syringes are prepared,
 6     when the two vecuronium, the two potassium chloride,
 7     and the three saline.
 8                    MR. MITCHELL:  And real quick,
 9          Ms. Leonard, my 44 from Monday is different.
10                    MS. LEONARD:  Oh, is it?
11                    MR. MITCHELL:  Yes.
12                    MS. LEONARD:  Let's see.
13                    MR. MITCHELL:  And I can screen share if
14          that's easiest, but it has a different date on it.
15          And let's see, it's has a different page number.
16          My 44 comes from the initial disclosures, and this
17          44 comes from the second supplemental response.
18                    MS. LEONARD:  Let me see.  Oh, I see.
19          Yeah, I see what you're saying.  In that case,
20          let's make -- yeah, I apologize.  That's an error
21          on our end.  Let's -- let's maybe mark this, then,
22          as this new exhibit rather than being 44.  How
23          about we say that this is, I guess it would be
24          what, 65?
25                    (Exhibit No. 65 marked.)

1          MR. MITCHELL:  That sounds good.  We'll

2     make the adjustment on our end.

3          MS. LEONARD:  Okay.  Great.  Thanks for

4     that.

5   BY MS. LEONARD:

6     Q.        Sorry about that, Executioner.  That was

7   an error on our end in arranging these exhibits.

8          I'm hoping we can maybe walk through this

9   so I understand a little bit more about the timing.  So

10  when it says here "2-Syringes prepared by" -- blank --

11  "at 12:45," is 12:45 the time that they are finished

12  being prepared?

13    A.        This is a -- a practice sheet from the

14  packet.  The date is April 14th, and we hadn't done

15  anything.

16         On this, I'm assuming -- because I don't

17  fill this out, the recorder fills it out.  I'm assuming

18  that's the time he puts on there when those syringes

19  are -- when those syringes are filled.

20    Q.        Okay.  And so when it says here "100

21  milligrams of vecuronium bromide, 2-syringes prepared

22  by" -- blank -- "at 12:48," it looks like about three

23  minutes elapsed between 12:45 and 12:48.

24         Does that mean that it took three minutes

25  to prepare the two syringes of vecuronium bromide?

Case 3:18-cv-01234   Document 184-1   Filed 03/17/22   Page 174 of 299 PageID #: 5933

1     A.      I would assume.  Now, you got to

2   remember, this is important.  This is the practice part

3   of it.  These drugs are not mixed.  All you're doing is

4   drawing saline into the syringe.  We are not mixing the

5   drugs.

6     Q.      Okay.

7     A.      If the drugs were mixed, like the

8   vecuronium or the midazolam, it's going to take longer

9   than three minutes.  This is a practice.

10    Q.      Okay, I see.  So do you ever practice

11  mixing the drugs?

12    A.      No.

13    Q.      Do -- you said that the recorder writes

14  down these times.

15    A.      Right.

16    Q.      Are you the person who's drawing up the

17  saline in the practice?

18    A.      Yes.

19    Q.      Okay.  And then I'm going to pull up

20  another exhibit.  This one is Exhibit 62.

21    A.      Okay.

22    Q.      It looks actually like this one might be

23  the same as --

24            MR. MITCHELL:  44.

25            MS. LEONARD:  I'm sorry.  Yeah, I'm

1          sorry, what number was that?

2                  MR. MITCHELL:  44.

3                  MS. LEONARD:  Let's make this 44.  I

4          apologize for the mix-up, for the sake of trying

5          to keep these as consistent as possible.

6     BY MS. LEONARD:

7          Q.     Executioner, do you see this also says

8     "Chemical Preparation Time Sheet" at the top?

9          A.     I do.

10         Q.     And the date on it is 5/16/19?

11         A.     I do.

12         Q.     Do you know what this document is?

13         A.     Yes.

14         Q.     Have you seen this document before?

15         A.     No -- I mean, yes, I sent it in the -- I

16    sent it yesterday.  But normally I don't see documents

17    because I'm not the one that filled them out.  The

18    recorder does.

19         Q.     Okay.  And what is this document?

20         A.     It's the time the chemicals are prepared

21    for the red set of syringes.

22         Q.     And is this from a rehearsal or an actual

23    execution?

24         A.     It looks like -- it looks to be -- let me

25    see that date.  It looks to be actual.

**Gibson Court Reporting**

1    Q.    And how can you tell?

2    A.    By the date.

3    Q.    By the date?

4    A.    Yes.

5    Q.    And who was executed on that date?

6    A.    I don't know, but I know there was one

7    because it was my birthday.

8    Q.    That's an unusual way to remember.

9         MR. MITCHELL:  Can we strike that from

10       the record, pursuant to the protective order.

11   BY MS. LEONARD:

12   Q.    So I'm -- looking at these times, it

13   looks like they're a little bit different.  Not only

14   are they a little bit different for the time of day,

15   but it looks here that the two syringes of midazolam

16   were prepared at 1920.  Is that what -- is that

17   correct?

18   A.    Is that correct?  That's what it says.

19   Q.    Okay.  And then it says that the two

20   syringes of vecuronium bromide were prepared at 1724?

21   A.    Right.

22   Q.    So that's about two hours apart, right?

23   A.    Yes.

24   Q.    Why were those prepared two hours apart?

25   A.    Like I explained a while ago, we start

Case 3:18-cv-01234  Document 184-1  Filed 03/17/22  Page 177 of 299 PageID #: 5936

1  preparing these two hours, about, before the execution.

2          The midazolam syringes are drawn up with

3  45 milliliters of saline.  The vecuronium is prepared.

4  The potassium chloride is prepared.  The saline is

5  prepared.

6          1920 is I think 7:20.  That would be when

7  the warden gave the command to start the execution.

8  There would be four syringes that would be prepared by

9  adding 5 milliliters of midazolam to them, completing

10  that process.

11      Q.      Okay.  So the -- the saline is added at

12  1920, at what you think is 7:20?

13      A.      No, that's when the -- that's when the

14  midazolam is added.

15      Q.      All right.  So that's not -- the

16  midazolam is added at 1920?  That's what that time

17  reflects?

18      A.      Yes.

19      Q.      Okay.  And then the -- so the 1724, does

20  that reflect the time at which the vecuronium bromide

21  is prepared?

22      A.      It -- it should.

23      Q.      Okay.  So the midazolam is the -- was the

24  last of the three drugs to be prepared?

25      A.      Yes.  The reason is, once it's mixed it's

Case 3:18-cv-01234  Document 184-1  Filed 03/17/22  Page 178 of 299 PageID #: 5937

1  just good for one hour.  If we mix it at 1724 when

2  we're mixing the other stuff, it's beyond use then.

3       Q.       Okay.  So it's -- only once you prepare

4  the midazolam, it's only usable for one hour?

5       A.       I think that is correct, if I remember

6  correctly.  And if the execution isn't stayed, if we

7  prepare it at 5:30, even if we prepare it at 6:00, the

8  execution don't start until 7:15, 7:20.  That's beyond

9  use then.

10      Q.       I see.  So if that were to happen, so you

11  would have to throw away that midazolam and not use it?

12      A.       That's exactly right.

13      Q.       Okay.  I see what you're saying.

14               And is that -- so the vecuronium bromide

15  does not have a beyond use date that happened?

16      A.       I don't think so, no.

17      Q.       Do you know what the beyond use date of

18  vecuronium bromide is?

19      A.       I do not.

20      Q.       Is there a beyond use date for potassium

21  chloride?

22      A.       I do not know.

23      Q.       Okay.

24      A.       According to the instructions, this is

25  what we do to satisfy the time limits on the drugs.

1      Q.     Okay.  And do you know what it means for

2  a chemical to fall out of solution?

3      A.     I do not.

4      Q.     Have you ever heard that term before?

5      A.     Not that I know of.

6      Q.     Not that you know of?

7      A.     Not that I know of, no.

8      Q.     You've never heard that term?

9      A.     I don't think so.

10     Q.     Okay.  And just going back quickly to

11  Exhibit 4, which is the potassium chloride

12  instructions.

13     A.     Okay.

14     Q.     Have you ever deviated from these

15  instructions?

16     A.     Not that I know of.  I don't think so.

17     Q.     Have you prepared the potassium chloride

18  for every execution since 2000?

19     A.     I believe I have, yes.

20     Q.     And is it -- does anyone else have the

21  authority to tell you to do something different than

22  these instructions?

23     A.     They may have the authority, but I

24  wouldn't.

25     Q.     Okay.  I'm going to move back to Exhibit

Case 3:18-cv-01234   Document 184-1   Filed 03/17/22   Page 180 of 299 PageID #: 5939

```
 1    1, the protocol.

 2         A.      Okay.

 3         Q.      It says at the top of the page here, "IV

 4    Line Setup."  Are we looking at the same thing?

 5         A.      What page?

 6         Q.      Page 41.

 7         A.      Hold on.

 8                 (Pause.)

 9                 THE WITNESS:  Okay.

10    BY MS. LEONARD:

11         Q.      Do you need to review this for a second?

12         A.      I don't think so.

13         Q.      Okay.  Who is responsible for carrying

14    out the steps on this page?

15         A.      Me.

16         Q.      Is anyone else responsible?

17         A.      No.

18         Q.      Okay.  It says in the first step:  "Two

19    bags of .9 percent sodium chloride injection USP are

20    hung in the injection room.  The expiration dates must

21    be checked."

22                 Who checks the expiration dates of the

23    bags of sodium chloride injection USP?

24         A.      I do.  And the other two people in the

25    room are checking them also, as well as I do.
```

Case 3:18-cv-01234   Document 184-1   Filed 03/17/22   Page 181 of 299 PageID #: 5940

1   Q.    What happens if the bags are expired?

2   A.    I have one that's not.

3   Q.    Where do you keep them?

4   A.    They are kept on hand in the execution

5   room.

6   Q.    How many of those do you keep on hand?

7   A.    I don't have any idea.  Those are

8   checked -- as a matter of fact, we check them monthly

9   because we use them during training.

10  Q.    And that was going to be my next

11  question.  Do you train for a scenario in which the bag

12  is expired?

13  A.    We keep everything up to date, because

14  every month we look at them and see if we need to order

15  more.  So there's always on hand.  So when it's

16  expired, we get -- we get rid of it and there's others

17  there.  We keep it in inventory.

18  Q.    Okay.  Is there ever a situation in which

19  you would use expired sodium chloride injection?

20  A.    No.

21        MR. MITCHELL:  Form.

22  BY MS. LEONARD:

23  Q.    Have you ever done it in the past?

24  A.    No.

25  Q.    Okay.  In Section 4, it says:  "Once the

```
1   port is opened, an extension is inserted.  Extensions
2   can be purchased in different lengths."
3              Do you see where I'm reading?
4      A.     No.
5      Q.     No?  Item 4 on the same page, on Page 41.
6      A.     Hello?
7      Q.     Can you hear me?
8      A.     I can't hear.
9              MR. MITCHELL:  I think our office froze
10         for a second.
11             MS. LEONARD:  Okay.  Sorry about that.
12         Sorry, Executioner.
13             THE WITNESS:  That's okay.
14   BY MS. LEONARD:
15     Q.     I was looking at Step 4 on Page 41.  It
16   starts with "Once the port is opened."
17     A.     Okay.
18     Q.     "Once the port is opened, an extension is
19   inserted.  Extensions can be purchased in different
20   lengths.  The extension into the first port should be
21   18 to 24 inches in length.  Extensions are added to
22   each end of the solution set until it reaches the
23   desired length."
24             What does "desired length" mean?
25     A.     So it gets to where it needs to go.
```

1        Q.      And how do you know what lengths to

2   purchase?

3               MR. MITCHELL:  Form.

4               THE WITNESS:  The injection sets come

5        in -- that we use come in lengths of I think it's

6        118 inches, and the other is 153 inches.  The

7        153-inch one is for the right side, which is the

8        farthest away.  The 118-inch one is on the left

9        side, which is nearest.

10              And you can buy extensions to make it as

11       long as you need to be.  There's different kinds

12       of solution sets and different lengths.

13  BY MS. LEONARD:

14       Q.      Okay.  Who is responsible for purchasing

15  those extension sets?  Please don't give me a name.

16       A.      The person at the facility usually knows

17  when they need to order those.

18       Q.      So is it -- is it a member of the

19  execution team?

20       A.      I don't know.  I let the warden know.

21  Whoever he tells, whatever.

22       Q.      I had a little trouble understanding sort

23  of the first half.

24       A.      I let the warden know, and he will tell

25  me who to talk to or he would tell them himself.

1      Q.      Okay.  I see.  And are the extensions
2  specific to each inmate?
3      A.      I don't understand the question.
4      Q.      Do you reuse the extensions in different
5  executions?
6      A.      Reuse?  We don't reuse anything.  When
7  the execution is over with, those go in the red bags
8  that go to the coroner's office, the medical examiner's
9  office, with everything else.
10     Q.      Okay.  So then the tubing is bought
11 specifically for a scheduled execution; is that right?
12     A.      No, we keep the tubing on hand.  We use
13 that when we're practicing.
14     Q.      Okay.  So you practice with the tubing,
15 and then you use it in an execution but then it gets
16 thrown away?
17     A.      We practice with the tubing, throw it
18 away.  They're sealed.  They're medically sealed.
19     Q.      Oh, okay.
20     A.      When you use it, you throw it away
21 whether it's practice or the real thing.  You throw
22 them away and to the medical examiner's office.
23     Q.      I see.  Okay.
24     A.      We do not reuse anything.
25     Q.      Okay.  And then in Step 6, it says:  "The

1  line is taped to the port where the syringe is inserted
2  in place."  What type of tape is used?
3      A.      Medical.
4      Q.      And who is responsible for obtaining that
5  medical tape?
6      A.      The same person who gets all the other --
7  the lines, the solution sets, the needles, the
8  syringes.  Whatever we need.
9      Q.      Okay.  And is all that equipment just
10 kept on hand?
11     A.      Yes.
12     Q.      And when it is discarded, someone
13 replaces that --
14     A.      Yes.
15     Q.      -- right away?
16     A.      Not right away.  We buy like 60 cc's --
17 60-cc syringes, it may come in a box of 36.  You keep
18 three or four boxes on hand so you don't run out.
19     Q.      Okay.  I see.  Has the tape ever fallen
20 off or come loose?
21     A.      If it does, you just have to tape it
22 back.  The reason for the tape there is to keep the
23 lines from being pinched, too, on the -- on the port
24 when you're placing the red or white square out the
25 port to notify the warden, whether it is the tech or

1  the -- the executioner, it is complete.  That just

2  holds the lines in place so they don't automatically

3  get pinched off.

4          And yes, there's probably five, six

5  pieces of tape on the average.

6      Q.     And do you ever train for a scenario in

7  which the tape comes off?

8      A.     If it comes off, we keep going.  The tape

9  doesn't do anything other than keep the line secure

10  while I'm opening the flows in the port.

11          And if it does come off, I will slide the

12  line over to the hole in the port, close the port, and

13  put another piece -- another piece of tape on it.

14      Q.     Okay.  Has that ever happened during an

15  execution?

16      A.     No, because we use five or six pieces.

17      Q.     I see.  Okay.  So then in Step 7, it

18  states:

19          "The sodium chloride bag and line on the

20          left goes to the left side of the condemned

21          inmate.  The left side of the condemned

22          inmate is nearest the wall/window and

23          requires fewer extensions."

24          How do you know which line is to the left

25  arm once it has been fed through the port?

1     A.     Well, the one on the left is on the left

2  side.  The one on the right is on the right side.  I

3  mean, they're not -- and the one on the right is a lot

4  longer than the one on the left.  And we start doing

5  the IV on the right side.

6     Q.     When you say "right" and "left," is right

7  and left as you're facing the ports from the lethal

8  injection room?

9     A.     Yes, it is, because the bag on the left

10  goes to the left arm, it goes through the left port.

11  The bag on the right goes to the right arm through the

12  right port.

13     Q.     Okay.  So just to make sure I'm clear, if

14  someone is standing in the execution chamber --

15     A.     Right.

16     Q.     -- I think you mentioned earlier the

17  warden stands there.

18     A.     Right.

19     Q.     If he were looking at it, he would see

20  that the left -- what you see as the left is going

21  through what he would see as the right?  Is that how it

22  works?

23     A.     Yes.

24     Q.     Okay.  I'm going to move to Page 42.  It

25  says at the top, "Insertion of a Catheter and

1    Connection of IV Lines."

2         A.       One second.  Page?

3         Q.       42.  It's just the next page.

4         A.       Oh, I'm sorry.  I didn't know where I was

5    going.  Okay.  Go ahead.

6         Q.       It says here at the beginning:  "The

7    extraction team straps the inmate to the gurney in the

8    death watch area."  Are you part of the extraction

9    team?

10        A.       No.

11        Q.       Have you ever been?

12        A.       I'm part of the -- I'm part of the IV

13   team.

14        Q.       Have you ever been part of the extraction

15   team?

16        A.       Yes.

17        Q.       When were you part of the extraction

18   team?

19        A.       Up until around 2002, I think.

20        Q.       Did you say 2002?

21        A.       Yes.  I think, 2001 or 2002.

22        Q.       Okay.

23        A.       More so on the extraction team with the

24   chair, not the lethal injection.

25        Q.       With the electric chair?

 1      A.      Yes.

 2      Q.      Okay.  Have you been part of the

 3  extraction team with the lethal injection?

 4      A.      No.

 5      Q.      And when you did it for the electric

 6  chair, were you serving as both the executioner and

 7  part of the extraction team for the same execution?

 8      A.      Yes.

 9      Q.      Okay.  So coming back into the present

10  time in the more recent executions, you are not part of

11  the extraction team; is that right?

12      A.      Neither one, right.

13      Q.      Okay.  And what is your role while the

14  extraction team carries out the steps described here in

15  1 through 3?

16      A.      I am in the injection room.

17      Q.      Okay.  What are you doing in there at

18  that time?

19      A.      Waiting.

20      Q.      Waiting, you said?

21      A.      Yes.

22      Q.      Okay.  And it says here that "The member

23  of the IV team in the lethal injection room signals the

24  IV team to insert IV lines."  Is that you?

25      A.      Yes.

1    Q.    And it looks like there's another member.

2  In Step 4, "One member of the IV team remains in the

3  lethal injection room." But it looks like someone else

4  enters the execution chamber with an instrument cart.

5  Is that right?

6    A.    There is a member, not in the room with

7  us, but another member with EMTs that takes the cart

8  out and starts the -- starts the IVs.

9    Q.    So is that person part of the IV team?

10    A.    I guess they would be considered part of

11  that, yes.

12    Q.    Okay. But sorry, is that person an EMT,

13  did you say?

14    A.    No.

15    Q.    Okay. That's another -- so that person

16  is a member of the execution team?

17    A.    I would call him that, yes.

18    Q.    Okay. So when it says in No. 4: "The IV

19  team enters the execution chamber with an instrument

20  cart," that person is not an EMT but they are a member

21  of the IV team?

22    A.    When -- when -- the EMTs are part of the

23  IV team. The person that goes out with the cart is the

24  IV team. And actually, the three people in the

25  injection room are with the IV team.

1          Once we three of us go into the injection
2     room, nobody else -- we don't let anybody else come in
3     there.
4          Q.    Okay.  And when you say "the three of
5     us," you mean the people we've been talking about?  The
6     recorder --
7          A.    Yes.  The recorder and the observer, yes.
8          Q.    -- and you?
9          So is it -- is it one of you three that
10    takes the instrument equipment cart into the execution
11    chamber?
12         A.    No.
13         Q.    It's someone different?
14         A.    Yes.
15         Q.    Okay.  I see.  And so where are you when
16    the IV team is inserting the IV lines?
17         A.    I am in the room, the injection room.
18         Q.    Okay.  And I think that you talked about
19    this before, but have you ever personally inserted the
20    IV lines during an execution?
21         A.    No.
22         Q.    All right.  In Step 6, it says in the
23    second sentence:  "The EMT inserts the first catheter
24    into a vein on the right side of the inmate in the
25    antecubital fossa area."  Do you see that?

 1     A.        Yes.

 2     Q.        What is the antecubital fossa area?

 3               MR. MITCHELL:  Objection, form.

 4               THE WITNESS:  The inner part of the

 5     elbow.

 6 BY MS. LEONARD:

 7     Q.        I'm sorry, could you repeat that?

 8     A.        The inner part of the elbow, the joint in

 9 your arm.

10     Q.        Okay.  Got it.  And then it says:  "If a

11 catheter can't be successfully inserted into the

12 antecubital area, the EMT examines other locations for

13 insertion in the following order."

14               Just before we talk about those, how many

15 times does the EMT try to insert the first catheter in

16 the antecubital area?

17     A.        Well, it depends.  If they find one and

18 they can't hit it, then they go over to another vein

19 and try a couple of veins in the antecubital fossa.

20               If not, then they start moving to other

21 sites mentioned:  arm, wrist, back of hand, top of

22 foot, leg.

23     Q.        Okay.  How many times is the EMT allowed

24 to try the antecubital area before they need to move to

25 different locations?

```
 1              MR. MITCHELL:  Form.
 2              THE WITNESS:  That's up to them.
 3   BY MS. LEONARD:
 4       Q.     That's up to the EMT?
 5       A.     Yes.
 6       Q.     Okay.  Does anyone else participate in
 7   that decision?
 8       A.     No.  There's two -- at least two EMTs out
 9   there, and they -- they take care of all of that.
10       Q.     Okay.  And do you have any say in that
11   decision?
12       A.     No.
13       Q.     Does the physician have any say in that
14   decision?
15              MR. MITCHELL:  Form.
16              THE WITNESS:  The physician is one guy
17         and one guy only, because he pronounces death.
18         That's the only time you'll ever see or hear from
19         a physician -- unless we have to do a cutdown,
20         which has never been done.
21   BY MS. LEONARD:
22       Q.     You've never had to perform a cutdown in
23   an execution?
24       A.     No.
25              MR. MITCHELL:  Form.
```

Case 3:18-cv-01234   Document 184-1   Filed 03/17/22   Page 194 of 299 PageID #: 5953

BY MS. LEONARD:

 Q.     Okay.  And is the warden involved in the decision to search for a different vein?

 A.     No.

              MR. MITCHELL:  Form.

              THE WITNESS:  The warden's not had any medical training, either.

BY MS. LEONARD:

 Q.     The warden is not responsible because he does not have medical training?

 A.     That would be my -- I mean, I don't know how the warden is going to correct the EMT that does this every day on where they need to go next.

 Q.     So the EMTs are more qualified to decide that?

 A.     That would be my -- my thinking; yes, ma'am.

 Q.     Okay.  And at the bottom of Page 42, there's a heading that says "Venipuncture and IV Lines," and then there's a set of steps there.  It says "The EMTs," a through f.

              Do you see where I'm looking?

 A.     Yes.

 Q.     What are you doing while the EMTs perform those steps?

```
1        A.      Let me see.  I'll look at some of the
2   actual....
3               You mean steps 1 -- no, steps a through f,
4   what am I doing?
5        Q.      Right.
6        A.      Watching.
7        Q.      You're watching?
8        A.      Yes.
9        Q.      Okay.  And are you able to watch what
10  they're doing through the window?
11       A.      On the right side you can see, yes.  But
12  we have a camera in the ceiling with a -- it's called a
13  pan and zoom tilt, where we can zoom it on the area
14  where they are working and I can watch.  If they are on
15  the right side, I can pretty much look through the
16  window and see what's going on.
17       Q.      Do you usually watch on the camera or do
18  you watch through the window?
19       A.      Which side?
20       Q.      Either one.  I guess I'm just --
21       A.      Right side, I do both.  Left side I do
22  both, but look more through the window.
23       Q.      Okay.  I see.  Have you ever noticed a
24  problem with the insertion of the catheters?
25       A.      Define "problem."  I don't know.  I don't
```

1    know exactly where you're going with that.  I don't

2    know.

3         Q.       Maybe the type of thing that you

4    suggested earlier; that if the EMT cannot find a vein,

5    something like that.

6         A.       If they can't find one there, they'll

7    move to another one, another area.

8         Q.       Okay.  Have you observed that before?

9         A.       Yes.

10        Q.       And when did that happen?

11        A.       We've practiced once a month all these

12   years.  I don't -- I don't -- I can't say when it

13   happened.  I know over the -- over the years of doing

14   this there's been times where they had to look for

15   another location.

16        Q.       Okay.  And do you have any say in this

17   process?

18        A.       None.

19        Q.       So if you saw there being a problem,

20   would you be allowed to intervene?

21        A.       The only time I would intervene is once a

22   catheter has been inserted in my line back to the drip

23   chamber, they would give me a signal to turn the line

24   on.  I look for the drip chamber; there is a small,

25   steady stream of fluid or a drop every one or two

1    seconds to be sure the line is running.

2              If it's not working, that's when I let them

3    know that they need to find another -- find another vein.

4        Q.      And when you say "them," do you mean

5    EMTs?

6        A.      Yes.

7        Q.      Okay.  And does anyone else assist you in

8    making that determination?

9        A.      Not really.  The other two guys -- the

10   other two people in the room with me see what I'm

11   seeing.  But I'm pretty much the one to make that

12   decision.

13       Q.      Okay.  It also says here that the hands

14   are taped to the arm support to prevent movement.  Why

15   do you do this?

16       A.      For two reasons we tape the hands down.

17   Now, if the IV is started in either the fossa or the

18   wrist, you can tape the hands up.  If you have to start

19   it in back of the hand or a certain portion of the

20   wrist, we tape the hands down.

21              We do that for two reasons.  One reason

22   is if we get any, let's say, obscene gestures through

23   the process.

24              And the second reason, and the most

25   important, is to keep the arm -- from the inmate

1    twisting the arm back and forth, around, and loosening

2    the or damaging the IV line.

3          Q.      Okay.  And that would -- are you -- do

4    you mean that the inmate might try to do that

5    purposefully?

6          A.      Well, could.  We don't take that chance.

7          Q.      I see.  And what type of tape do you use

8    to tape the hands to the arm support?

9          A.      Medical.

10         Q.      So it's the same type of tape you use for

11   the ports?

12         A.      Yes, only wider.  Yes.

13         Q.      Okay.  Does anyone remain inside the

14   execution chamber after the hands are taped in place?

15         A.      The warden and the associate warden.

16         Q.      Okay.  I'm looking at Page 44.  The top

17   -- the top of the page says "Chemical Administration

18   and IV Monitoring."

19         A.      Okay.

20         Q.      And then in Step 4, it says:  "Designated

21   members of the IV team enter the lethal injection room

22   and assume their preassigned stations."

23                 Who preassigns these stations, without

24   telling me their name?

25         A.      The warden.

1      Q.      Is the warden the only person that

2  preassigns these?

3      A.      Yes, that would be the executioner; so

4  yes, he'd be -- he'd be the one that was assigned.

5      Q.      And when it says "designated members of

6  the IV team," is the warden the person that designates

7  these members?

8      A.      Yes.

9      Q.      Okay.  And when are these preassignments

10  and these designations made?

11      A.      You'll have to ask the warden.  I don't

12  know.  Like my position, I've been in it for years, so

13  I don't know.  The other people, I don't know exactly

14  when they were assigned.

15      Q.      Okay.  In Section 5 under that, it says:

16              "The executioner selects either the left or

17              right solution set line based on the flow

18              drip inside the drip chamber.  If both

19              lines are equal, the left line nearest the

20              executioner is used."

21              What does "based on the flow/drip" mean?

22              MR. MITCHELL:  Form.

23              THE WITNESS:  The drip in the -- in the

24          drip chamber of the IV line.  The IV line,

25          sometimes the saline, sodium chloride, there's a

1          -- there's an IV drip.

2                  If you have a good line, the better the

3          drip is.  Like one, if you have your line all the

4          way it'd be a steady stream or a drip every

5          second.

6                  So that's what we're talking about; how

7          good that line is, how good is the flow in that

8          line.

9     BY MS. LEONARD:

10         Q.      Okay.  And how do you evaluate that?

11         A.      Just by the drip and the flow.

12         Q.      You just look at it?

13         A.      Yes.

14         Q.      Okay.  Is there any sort of measurement

15    system that tells you about the drip or flow?

16         A.      No.

17         Q.      Do you consult with anyone else in making

18    that decision?

19         A.      No.

20         Q.      The warden doesn't weigh in on that?

21         A.      The warden is not in the execution

22    room -- I mean, in the -- in the execution chamber, no.

23         Q.      Okay.  And what experience do you have

24    that qualifies you to make that decision?

25                 MR. MITCHELL:  Form.

1          THE WITNESS:  Six executions.  I mean, I
2     don't know how else to word that.  I'm not
3     being -- I mean, I know that -- when the line is
4     working and when it's not.  If there's -- if
5     there's no drip in the drip chamber, if it's not
6     dripping and the arm is swelling, the catheter in
7     the vein isn't working.  So it's time to find a
8     new vein, a new location.
9          If the line is dripping in the drip
10    chamber with no swelling, the line's good.
11  BY MS. LEONARD:
12    Q.     Okay.
13    A.     And that -- that goes back to the IV
14  training all the way back to about, what was it, 1998,
15  or whenever I went through that, and all the training
16  we get annually from the EMTs and going over this with
17  them.
18         So that's how we know that's how it's a
19  good thing.
20    Q.     Okay.  And why is it the left line that's
21  used, if they're both equal?
22    A.     The shorter -- it's a shorter distance
23  for the drugs to travel.  The left -- left arm is
24  closer, and I can see it either through the camera or
25  clearly through the window.

```
 1          Q.      Okay.  Who -- who made the decision to
 2   use the left line, if both are equal?
 3                  MR. MITCHELL:  Form.
 4                  THE WITNESS:  Me.
 5   BY MS. LEONARD:
 6          Q.      You make that decision?
 7          A.      I do.
 8          Q.      Do you consult anyone else in making that
 9   decision?
10          A.      No.
11          Q.      Okay.  In Section 6, it says:  "When the
12   warden gives the signal to proceed with the execution,
13   the executioner clamps the line near the spike."
14                  What does it mean to clamp the line near
15   the spike?
16          A.      Your -- the solution set has the drip
17   chamber, and somewhere on the line there's going to be
18   a clamp up near the drip chamber.
19                  What it used is called a -- it's a roller
20   clamp.  You take your thumb and roll it down and it
21   clamps off the line from the drip chamber in the bag.
22   So when you start with the push with the syringe,
23   there's no backflow going up into the bag.  It goes
24   into the inmate.
25                  If you don't take it all, the drugs will
```

 1    follow the path of least resistance and will flow up

 2    into the bag.  So you clamp the bag off so the drugs go

 3    where they're supposed to go.

 4        Q.        Okay.  And how does the warden give you

 5    that signal?

 6        A.        He has -- we discussed this before the

 7    execution to make sure we're on the same page.  And so

 8    far, it has been a certain way he rubs his -- he rubs

 9    his face or rubs his chin.

10        Q.        So is that something that only you and

11    the warden understand?

12        A.        I think we've probably done it enough

13    that everybody kind of realizes it now that sees it,

14    but yes.

15        Q.        And what's the purpose of using a signal

16    that only the execution team has seen?

17        A.        Well, probably you have victims,

18    witnesses, you have official witnesses watching all

19    this.  So it's probably just a subtle -- a subtle way

20    of doing it.

21        Q.        I see.  In Section 7, which is on the

22    next page, 45, it says:  "The Executioner pushes on the

23    plunger of the No. 1 syringe, red, with a slow, steady

24    pressure."

25                  What is a slow, steady pressure?

1    A.    Whatever the vein will allow.

2    Q.    So does this go back to -- does this go

3    back to --

4    A.    We discussed this, with the size of the

5    catheter, the location.  And everybody is different

6    when you do -- you know, when you do the IV.

7    Q.    Okay.  So this gets back to our previous

8    discussion about going by feel?

9    A.    Right, exactly.

10    Q.    And in the same step, it says who -- it

11    says there -- "Should there be or appear to be swelling

12    around the catheter, or if there is resistance to the

13    pressure, the executioner pulls the plunger back."

14          Who is watching for the swelling around

15    the catheter?

16    A.    I am.

17    Q.    And is anyone --

18    A.    And the other person, the one we

19    mentioned, the observer; that's his job, to watch that

20    camera and see if he sees anything unusual.  And we're

21    all -- all three of us are kind of watching.  So yeah,

22    I'm watching, the other two are watching.

23    Q.    Okay.  And if -- if that happens, you

24    pull back on the plunger?

25    A.    If you -- if it's a -- on a good line, if

Case 3:18-cv-01234   Document 184-1   Filed 03/17/22   Page 205 of 299 PageID #: 5964

1   you pull back on a plunger, when the -- when the EMTs

2   first insert the catheter, they know they have a good

3   line with a flash in the catheter.  A flash of blood

4   will fill the chamber and catheter, and they know they

5   have a line.

6          This is the same premise that if there's

7   an issue right before I start, I can pull back on the

8   plunger just a little bit and the line I use will fill

9   with blood just a little bit.  That's an indicator that

10   I have a good line.

11      Q.      Okay.  I think I understand all that.

12          So it says "If there is no blood, the

13   executioner discontinues with this line."

14          Why is that?

15      A.      Well, if I pull back -- if there's

16   swelling and I pull back and nothing is happening, and

17   there's -- even if you try to do a push it's not going

18   anywhere, that means the catheter has went all the way

19   through the vein or just nicked the side of the vein

20   and the drug is not going in the vein.

21      Q.      Okay.  So in that case, you switch to the

22   blue line instead?

23      A.      I would.  We would cut that line off.  I

24   would cut the drug off, cut it off completely and go to

25   the blue, the blue set.

Case 3:18-cv-01234   Document 184-1   Filed 03/17/22   Page 206 of 299 PageID #: 5965

1    Q.      Are you the only person that decides to
2  make that switch?

3    A.      Yes.

4    Q.      Does the warden assist in that decision?

5    A.      No.

6    Q.      Do the recorder and observer help you
7  make that decision?

8    A.      They could, but probably not.  It's my
9  decision alone.

10    Q.      And have -- have you switched to the blue
11  line in previous executions?

12    A.      Never.

13    Q.      "Never," you said?

14    A.      Never.

15    Q.      Without identifying the person, is it
16  always the same IV team member who hands you the
17  syringes?

18    A.      When you say "always," how far back are
19  we going?  The last two?  The last two, yes.

20    Q.      Okay.  And is that always, say, the
21  recorder or the observer?  You don't need to -- you
22  know, is it -- is it the observer that does it?

23    A.      No, the observer is over there watching
24  the camera and just keeping an eye on everything.

25          The recorder would be the one who hands me

```
 1    the syringes as needed and records when they were pushed.
 2        Q.       Okay.  And it's always the recorder that
 3    does that?
 4        A.       Yes, ma'am.
 5        Q.       Okay.  I understand.
 6                 What happens if one of the IV team members
 7    observes that the order of syringes is not correct?
 8                 MR. MITCHELL:  Form.
 9                 THE WITNESS:  Well, that would be me, and
10            then I would get the correct one.  I'm not taking
11            them out of order.
12    BY MS. LEONARD:
13        Q.       Right.  And what if the order is not
14    correct?  What if there's a misunderstanding?
15        A.       It will be correct.  It is correct.  You
16    go 1 through 9, you double and triple check.  There is
17    no not correct.
18        Q.       Okay.  And how do you ensure, it says in
19    Step 9 that:
20                 "After the last syringe has been injected,
21                 the executioner closes the extension line
22                 with a clamp and opens the line below the
23                 spike to allow a drop of 1 to 2 drops per
24                 second in the drip chamber."
25                 How do you ensure that this happens?
```

1    A.    When the execution is complete, when the
2 last syringe is pushed, there's a clamp.  It's a set of
3 like forceps that comes off that line.  I reach up and
4 I open up the clamp as we discussed earlier, open it
5 where there's a drip.  I count one through six, one
6 drip, and let it run.
7    Q.    Okay.  And is the one to two drops a
8 second measured?
9    A.    No.
10    Q.    Is that just something you eyeball?
11    A.    Yes.  And it may not even be that.  It
12 may be a drop every three or four seconds, as long as
13 it's running.  Because after the last syringe is given
14 the purpose of that is if there's any drugs left in the
15 line, to press it all out.
16    Q.    So -- sorry.  So you're suggesting that
17 it could be more than one to two drops per second?
18    A.    It could be more than one or two, or it
19 could be less.  But normally if it's more than one or
20 two, I would close the clamp in that, close the clamp
21 down then.  It would be just one, two.
22    Q.    Okay.  Why does it matter if it's one or
23 two, versus three or four?
24    A.    It doesn't, at that point.
25    Q.    It does not matter whether it's one or

1  two or three or four?

2       A.      Not if all nine syringes have been used,

3  it doesn't matter.  It does not vary at all.

4       Q.      Okay.  I see.  I see what you're saying.

5               So in Step 10, it talks about the

6  executioner signaling the warden that all the LIC and

7  saline solution have been administered.  How do you give

8  the warden that signal?

9       A.      As we discussed before, there is a

10  white-looking block that is placed in the port where

11  the IV lines are at.  And when he sees that, he knows

12  that all syringes have been given.

13       Q.      Okay.  And is that because the warden

14  can't see into your window?  Is that right?

15       A.      There's no way, other way, of notifying

16  him.  That's the signal that we are -- that the process

17  is complete.

18       Q.      Right.  Okay.

19               MS. LEONARD:  We've been going for a

20          little over an hour.  Do you want to take a

21          10-minute break here?

22               MR. MITCHELL:  Sure thing.  2:25 to 2:35?

23               MS. LEONARD:  That sounds great.

24               THE VIDEOGRAPHER:  We are off the record

25          at 2:14 p.m.

```
 1              (Recess at 2:14 p.m. to 2:26 p.m.)
 2              THE VIDEOGRAPHER:  Okay.  We are back on
 3      the record.  The time is 2:26 p.m.
 4  BY MS. LEONARD:
 5      Q.      Executioner, I just wanted to follow up
 6  quickly on the signal you give to the warden.  I
 7  believe you explained it this morning, but it is a
 8  block, you said, that's wrapped in a bandage?  Is that
 9  what you said?
10      A.      It's a -- no, it's an ACE bandage wrapped
11  up in the shape of a block with the -- with medical
12  tape.
13      Q.      All right.  It's an ACE bandage wrapped
14  up in the shape of a block --
15      A.      Right.
16      Q.      -- and then wrapped up with medical tape?
17      A.      Yes.
18      Q.      Got it.  Okay.  And -- and you said that
19  you stick it on one of the ports, or you put that in
20  the door between the ports?
21      A.      The door is one of these little
22  8-by-8-inch doors that the line goes through.  On that
23  door, I place it in that area and close the door behind
24  it.
25      Q.      Okay.  Okay.  I understand.  I just
```

1    wanted to backtrack.  On Page 42, I had one

2    more question.

3          A.      I'm sorry, I'm lost.  Which exhibit?

4          Q.      I'm sorry.  It's Exhibit 1, the protocol.

5          A.      Okay.  42?

6          Q.      Page 42.

7                  (Pause.)

8                  THE WITNESS:  Okay.

9    BY MS. LEONARD:

10         Q.      Okay?

11         A.      Yes.

12         Q.      In Item 6, we had talked about the

13   different locations for veins that could be used.  Have

14   you ever seen the EMTs use a vein in the forearm?

15         A.      In practice or in real?

16         Q.      In a real execution.

17         A.      No.

18         Q.      Have you are seen them use the wrist?

19         A.      No.

20         Q.      Have you ever seen them use the back of

21   the hand?

22         A.      No.

23         Q.      Have you ever seen the top of the foot?

24         A.      No.

25         Q.      Have you ever seen the ankle, lower leg,

1    or any other location?

2         A.      No.

3         Q.      And how about in practice?

4         A.      Yes.

5         Q.      Which one of those have you seen the EMTs

6    use in practice?

7         A.      All of those at some point in time.

8         Q.      So the EMTs have at some point or

9    another --

10         A.      Yes.

11         Q.      -- practiced with the forearm, wrist --

12         A.      Yes.

13         Q.      -- back of the hand, top of the foot, and

14    ankle?

15         A.      Yes.

16         Q.      Are there any other locations they've

17    used?

18         A.      Not that I am aware of.

19         Q.      Okay. I'm going to move down in the same

20    exhibit to Page 51.

21         A.      Okay.

22         Q.      This says "Execution Team" at the top of

23    the page. Is that what you're looking at?

24         A.      Yes.

25         Q.      Okay. Great. In Item 3, it says:

Case 3:18-cv-01234   Document 184-1   Filed 03/17/22   Page 213 of 299 PageID #: 5972

1    "Readily available to the execution team are radios
2    with holster, keys, and restraints."
3              What does it mean that these are readily
4    available?
5         A.    It means if you need them, they're
6    available.
7         Q.    Do you use this equipment?
8         A.    No.
9         Q.    Have you ever used this equipment?
10        A.    No.
11        Q.    Does anyone else use this equipment?
12        A.    Yes.
13        Q.    Who uses it?
14              MR. MITCHELL:  Objection.
15              THE WITNESS:  Well, when they're planning
16        the -- the -- I'm trying to think of the proper
17        name, but the death watch.  I was on death watch
18        three days.
19              The extraction team, maybe, because the
20        extraction team has to communicate with me.  The
21        IV team has a radio to communicate with signal
22        control for when they move people into place.  The
23        escorts have radios to move people into place.
24        The victim's family, the official visitors, all
25        that is coordinated through radio.

1    Q.      Okay.  But you never use a radio?

2    A.      No, ma'am.

3    Q.      Okay.  In Section 4, there's a list of

4    procedures there by letter.  In the first one, letter

5    A, it says "The Execution Team's Officer in Charge."

6    Who is that, without giving me a name?

7    A.      That would have to be the warden, because

8    he's the one that would make sure all that's done.

9    Q.      Okay.  The officer -- the execution

10   team's officer in charge is the warden?

11   A.      Yes.

12   Q.      And it says "And/or the assistant officer

13   in charge."  Again, without giving me a name, who is

14   the assistant officer in charge?

15   A.      I assume that would be the assistant

16   warden.

17   Q.      You would presume, but you don't know for

18   sure?

19   A.      No.

20   Q.      And have you ever heard these terms used,

21   the "officer in charge" or the "assistant officer in

22   charge?"

23   A.      No.

24   Q.      It says here that either one of these

25   officers could conduct a training session.  Have you

1    ever seen the assistant officer, who I believe you just

2    said was the associate warden, conduct a training?

3         A.      Not that I recall.

4         Q.      Not that you've ever seen?

5         A.      No.

6         Q.      Okay.  So every training you've ever gone

7    to has been conducted by the warden?

8         A.      Yes.

9         Q.      Okay.  And then when it says "The

10   training includes a simulated execution," is that the

11   same simulated execution we discussed earlier?

12        A.      Yes.

13        Q.      And you do not practice mixing the drugs?

14        A.      No.

15        Q.      Do you ever practice mixing the drugs,

16   aside from the simulated execution?

17        A.      The only time I mix drugs is right before

18   an execution.

19        Q.      So you only ever do it when a real

20   execution is taking place?

21        A.      Correct.

22        Q.      Okay.  In Section 4 also, it says here

23   that a -- "Conducts a training session at least once

24   each month, at time" -- "at which time all equipment

25   will be tested."

```
 1              Does this session happen at the same time
 2    each month?
 3         A.      No.  The warden sets it.  We have
 4    training every month, but the warden sets the time and
 5    date.  It's usually at 1:00 in the evening.  But he
 6    sets the date, and that's when we show up and get our
 7    monthly training.
 8         Q.      Okay.  Sorry, you said the time was
 9    usually 5:00 in the evening?
10         A.      1:00.
11         Q.      1:00?
12         A.      Yes.
13         Q.      Okay.  I just wanted to make sure I heard
14    that correctly.
15              Is it -- and we also have in the section a
16    section that's says:
17                 "A week before a scheduled execution, the
18                 officer in charge and assistant assembles
19                 the execution team in the execution chamber
20                 area to prepare and test all appliances and
21                 equipment for the scheduled execution."
22                 What appliances and equipment are tested?
23         A.      It depends on which execution process
24    we're talking about.  If --
25         Q.      For --
```

1      A.      If we're talking about lethal injection,

2  the cameras, the sound equipment so everybody can hear,

3  and the visitors, the official visitors and -- and the

4  victim's family.

5              All the cameras.  So everybody that needs

6  to see what's happening has the camera in the injection

7  room.  All that -- all that's gone through.

8      Q.      Are you part of the -- that session?

9      A.      I'm there for the training.

10     Q.      Okay.  So --

11     A.      If there's a problem with a camera in the

12  injection room, we'll let somebody know.

13     Q.      And who would you let know about that,

14  without naming the name of the person?

15     A.      The IT.

16     Q.      I'm sorry about that?

17     A.      IT.

18     Q.      The IT team?

19     A.      Yeah.

20     Q.      And how long does it take to test all the

21  appliances and equipment?

22     A.      I don't know.  Not long in my area.  It's

23  part of the monthly training, the hour and a half we

24  train every month.

25     Q.      And this testing is part of the hour and

1   a half?

2       A.      Yes.  Again, that's the point of -- the

3   point of doing this, to make sure that everybody knows

4   what they're doing and all the equipment runs.

5       Q.      Okay.  I see.  So the simulated execution

6   involves what we talked about before.  So the IV

7   insertion, but it also includes testing the

8   equipment --

9       A.      Yes.

10      Q.      -- and making sure the camera is working

11  and all of that?

12      A.      Yes.

13      Q.      Okay.  How does the warden ensure that

14  the execution team carries out the following

15  instructions that are listed on these two pages?

16              MR. MITCHELL:  Object to form.

17              THE WITNESS:  Which?  Give me the

18      numbers.

19  BY MS. LEONARD:

20      Q.      Yeah.  So in Item 4C, it says:  "The

21  warden ensures that the execution team carries out the

22  following instructions."  And then, right, there's a

23  set of numbers that extends onto the next page.

24              How does the warden ensure that those

25  instructions happen?

```
 1              MR. MITCHELL:  Same objection.
 2  BY MS. LEONARD:
 3       Q.     Sir, you can answer.
 4       A.     I mean, he's there when the inmate is
 5  taken out of his cell.  He's there when he's in the
 6  execution chamber being strapped down to the gurney.
 7       Q.     So you said at the beginning the warden
 8  is there for some of it?  I just want to make sure I
 9  heard it.
10       A.     He's there for all of it.  He is in the
11  execution chamber.  He's sitting there when the inmate
12  is taken out of the cell and brought into this
13  execution chamber.  He's there for all of it.
14       Q.     So the warden is in the execution chamber
15  while the execution team is doing all of these steps,
16  1 through 10 on pages 51 and 52?
17              MR. MITCHELL:  Form.
18              THE WITNESS:  Well, he's there when the
19         inmate is removed from the cell to the execution
20         chamber.  He's there when he's -- when the
21         execution team is in the holding area.  He's there
22         when the physician pronounces the inmate deceased.
23         He's there when the inmate is moved.  He's there
24         when the inmate is placed in the medical
25         examiner's vehicle.  He's there for all that.
```

```
 1   BY MS. LEONARD:

 2        Q.        Okay.  I see.  So he's there for the

 3   whole thing, and that's --

 4        A.        Yes.

 5        Q.        -- how he's ensuring?  Okay.

 6                  And No. 2 says:  "Ensure that all equipment

 7   is properly placed."  Is the warden responsible for that?

 8        A.        In an execution process, technically the

 9   warden is responsible for all it -- technically.

10                  But yes, all this is -- before this,

11   basically everything has been tested and tested again

12   and people are standing by.  There are people following

13   with a camera, with a sound system.  We have IT

14   standing by.

15                  If there is a problem with the locks,

16   keys, we have the key control sergeant and officer

17   standing by.

18                  So, yeah, everything's prepared and ready.

19        Q.        Okay.  At the very bottom of Page 51,

20   Item 6, it says:  "After the physician pronounces the

21   inmate deceased, the designee informs the commissioner

22   that the sentence has been carried out."

23                  Who is the designee, without giving any

24   name?

25        A.        I'm assuming that's the warden.
```

1      Q.      You're assuming that's the designee?  You

2    don't know for sure if the warden is the designee?

3      A.      That's not my area; no, ma'am.

4      Q.      In the past executions that you've been

5    in, is it the warden that informs the commissioner?

6      A.      Again, I'm a little busy at the time.

7    But I think he's the one that if there's -- if it's

8    been completed, I think he would be the one the

9    commissioner would want to hear from.  So yeah, I

10   think -- I think it's him.

11     Q.      Where is the commissioner located after

12   the physician pronounces the inmate deceased?

13     A.      Where is the commissioner after he's

14   pronounced deceased?

15     Q.      Yes.

16     A.      He's in the Riverbend administration

17   building.

18     Q.      Okay.  So -- so how does someone get in

19   contact with him to let him know that the execution is

20   over?

21            MR. MITCHELL:  Form.

22            THE WITNESS:  We -- we discussed this

23       earlier.  There's a telephone in the corner that

24       he would pick up and ask the commissioner or

25       somebody if there is a stay or whether to proceed

```
 1          with the execution.  So, yeah, there's a phone
 2          there.
 3     BY MS. LEONARD:
 4          Q.       Okay.  And has -- have you ever seen
 5     anyone besides the warden use that phone?
 6          A.       Never.
 7          Q.       Okay.  So it's probably safe to assume
 8     that the warden is the designee who informs the
 9     commissioner?
10          A.       That's -- that's my assumption; yes,
11     ma'am.
12          Q.       Okay.  I see.  In Step 7, who removes the
13     body and places it in the body bag?
14          A.       That would be personnel from the medical
15     examiner's office.
16          Q.       Who places the LIC and the syringes in
17     the body bag?
18          A.       We discussed that.  It could be me, it
19     could be a member of the injection team.  It could be
20     the EMTs.  There's only one person designated to do
21     that job.
22          Q.       So is it just whomever is available?
23          A.       Well, there's a trash can on the IV cart
24     that's taken into the execution chamber when the IVs
25     are started.  So I would think the EMTs would take care
```

Case 3:18-cv-01234   Document 184-1   Filed 03/17/22   Page 223 of 299 PageID #: 5982

1  of that one.

2         There's a trash can in the injection room

3  with all the syringes, lines, empty bottles.  One of us

4  three in that room would take care of that.

5      Q.      And have you ever been the person to

6  throw away -- to put the LIC and the syringes in the

7  body bag?

8      A.      They're in the -- either -- either in the

9  body bag or in the back of the van, wherever the

10  medical examiner team wants them.

11     Q.      So do you not always put the LIC syringes

12  in the body bag?

13     A.      I don't know.  I don't remember.  I

14  believe we put them wherever they ask us to put them.

15     Q.      Okay.  So if the medical examiner asks

16  you to put them in the back of the van, then you put

17  them in the back of the van?

18     A.      As long as they take responsibility for

19  them, yes.

20     Q.      All right.  And whose responsibility is

21  it to ensure that the LIC and syringes are given to the

22  medical examiner?

23     A.      There's no one person that's designated

24  to make sure it happens.  I know, when the execution is

25  over with, all the items are collected.  I take the IV

1   bags down.

2              More than likely it's going to be me, but

3   it don't have to be me.

4       Q.     Okay.  And has it been you in the past?

5       A.     I think I have, yeah.

6       Q.     And has anyone helped you do that in the

7   past?

8       A.     I don't know.  I don't know.

9       Q.     In the next step, what does it mean to

10  clean the equipment in the death watch area?

11             MR. MITCHELL:  Form.

12             THE WITNESS:  Hello?  Are you there?

13      Hello?

14  BY MS. LEONARD:

15      Q.     Sorry.  Did you not hear -- can you hear

16  me?

17      A.     No.  You faded out, I think.

18      Q.     Are you able to hear me now?

19      A.     I can, yes.

20      Q.     Okay.  I'm sorry about that.  Let me

21  repeat the question.

22      A.     Okay.

23      Q.     In Step 9, what does it mean to clean the

24  equipment in the death watch area?

25             MR. MITCHELL:  Form.

1          THE WITNESS:  I don't -- I don't really

2     know how to explain it, other than make sure the

3     floors are clean, put a new -- a new sheet on the

4     gurney.

5          There's a break room in the area for the

6     officers assigned to death watch.  Make sure those

7     trash cans are clean.  Just make sure the place is

8     clean.

9  BY MS. LEONARD:

10     Q.     And what does it mean to sanitize the

11 mattress and pillow?

12          MR. MITCHELL:  Same objection.

13          THE WITNESS:  Well, the inmate was in a

14     cell for 72 hours, so they would have to clean

15     that cell in preparation for if another one goes

16     back there.

17          So they take chemicals and sanitize the

18     sheets, wash the sheets.  Sanitize the cell, the

19     mattress.  All that.

20  BY MS. LEONARD:

21     Q.     And when does this occur?

22     A.     It'd be the day -- the day after,

23 probably the day after the execution.  Because by the

24 time everything gets done -- it could be done the night

25 of, but it depends on what time everything wraps up;

1  9:00, 10:00, or they may wait until the next morning.

2      Q.      Is it ever later than the day after the

3  execution?

4      A.      I don't know.

5      Q.      Are you part of the execution team that

6  does this cleaning?

7      A.      No.

8      Q.      Okay.  And who -- who's the person that

9  makes the entry into the post log documenting the

10 completion of these procedures?

11     A.      I don't know.

12             MR. MITCHELL:  I was just going to log an

13     objection if you were to say who that person was.

14     But Executioner, what was your answer?

15             THE WITNESS:  I do not know.

16 BY MS. LEONARD:

17     Q.      And the final -- final step there, it

18 says:  "The execution chamber and death watch areas are

19 secured."  Who secures the execution chamber and death

20 watch areas?

21     A.      You would have to ask the warden.

22 Probably the last person to help after cleaning, or

23 whoever has the key to the area.

24     Q.      Have you ever been the person that

25 secures the execution chamber or the death watch area?

1      A.      No, ma'am.  I'm never the last one out.

2      Q.      And it says:  "The execution team reports

3 to the warden's office for additional instructions."

4 Where is the warden's office located with respect to

5 the execution chamber?

6      A.      In the administration building.  The

7 execution chamber is in a whole nother building behind

8 the fence.  The warden's is Building 7, which is

9 outside the fence.

10      Q.      So how far away are those buildings from

11 each other?

12      A.      I'm not good at measurements, but I'd say

13 75 yards.

14      Q.      Okay.  So how long does it take you --

15 how long does it take you to walk over to the warden's

16 office?  Do you walk there?

17      A.      From -- from the execution?

18      Q.      Right.

19      A.      Well, there's variables in that.  It

20 depends on when you're leaving, how fast the officer in

21 the control room can open one, two, three, four doors.

22      In a prison, you just can't just walk in

23 and out, you have to wait for them to open the doors.

24      So it would take the fastest probably is

25 five minutes.  It can take ten minutes or longer.

```
 1       Q.       Okay.  And what type of additional
 2  instructions does the warden give you when you report
 3  to his office?
 4       A.       I don't know if he ever give me any
 5  instructions.  He talks about the process.  He talks
 6  about if there's anything anybody needs to discuss with
 7  any of our mental health people.  He'll do that.  And
 8  that's pretty much it.  Just wants to thank everybody
 9  for their -- for their help and dedication and
10  appreciate what they do.
11       Q.       And you mentioned that sometimes it gets
12  to be pretty late at night by this point.  Does the
13  warden ever skip these meetings?
14       A.       I don't know.  Not that I know of.
15       Q.       Do you ever -- or did you ever
16  participate in an execution where you did not report to
17  the warden's office after the execution?
18       A.       It might not be the warden's office.  It
19  could be the visitation area, it could be the muster
20  room.  It would be a different area, not necessarily
21  the warden's office.
22       Q.       But you've always met with the execution
23  team and the warden at the end of an execution?
24       A.       As far as I remember, yes.
25       Q.       Okay.  I'm going to skip forward in
```

1    Exhibit 1 to Pages 66 and 67.  So the top of 66 --

2         A.      In the same -- in the same exhibit?

3         Q.      Same -- same exhibit, yes.

4                 The top of Page 66 says "7:10 pm."

5         A.      What page are we on?

6         Q.      66, six-six.

7         A.      Okay.  Go ahead.

8         Q.      Where is the lethal injection recorder

9    located while you begin to administer the first

10   chemical?

11        A.      Well, there's two recorders.  There's

12   one, I think they're gone.  The lethal injection

13   recorder is in the control room in the -- let's see

14   which one we're talking about.  Which -- which number

15   is it?

16        Q.      The number -- I'm looking in Item 4:

17   "The warden gives the signal to proceed and the

18   executioner begins to administer the first chemical."

19        A.      The lethal injection, the one in our room

20   is right beside me.

21        Q.      And is that the --

22        A.      There's another recorder in the -- in

23   the -- it's hard to talk with this reverb.

24                In the -- in the control room -- control

25   room, he documents when the inmates -- the inmates.

1   When the visitors are moved, when the official visitors

2   are moved, when the inmate is taken into the chamber.

3   There's another recorder that documents all that.  The

4   one in the execution chamber is the injection room with

5   me is standing right beside me.

6         Q.     Okay.  And are you having trouble with

7   your audio?  Did you just say you're getting some

8   reverb?

9         A.     The reverb or something.  I'm hearing

10  myself, and it's messing me up.

11             MS. LEONARD:  Do you want to pause and

12       see if somebody might be able to help you with

13       that?

14             THE WITNESS:  I don't know that it -- no,

15       we'll keep going for now.

16             MS. LEONARD:  Okay.  Well, if it gets

17       worse or it's hard for you to concentrate, just

18       let us know and we will see if we can try to help

19       fix that, maybe.

20             THE WITNESS:  Okay.

21  BY MS. LEONARD:

22        Q.     In No. 5, it says:

23             "After 500 milligrams of midazolam and a

24            saline flush have been dispensed, the

25            executioner shall signal to the warden and

1          await further direction from the warden."

2          I believe you mentioned this pause earlier,

3  too.  What is the purpose of the pause?

4          MR. MITCHELL:  Form.

5          THE WITNESS:  The warden does the

6     consciousness check.

7  BY MS. LEONARD:

8     Q.     And how do you do that signal?

9     A.     It's the same little square flag that I

10  set in the room.

11     Q.     Okay.  And then in Section 6, it says:

12          "The warden shall wait two minutes

13          following the administration of midazolam

14          and the saline flush before assessing the

15          consciousness of the inmate."

16          What is the purpose of waiting two minutes?

17     A.     I don't know.  I don't know exactly,

18  unless he's waiting to make sure that the drugs,

19  chemicals, have done what they're supposed to do.

20     Q.     Who times the two minutes?

21     A.     The warden.

22     Q.     And so when he sees the signal from you,

23  he starts timing two minutes and then he does the

24  consciousness check?

25     A.     I'm assuming that's what he does.  That's

1  -- when I set the -- the object in the window, he

2  should start doing a countdown then.

3          Q.      Okay.  And why is it two minutes?

4          A.      I can't answer that.

5          Q.      You can't answer it because you don't

6  know the answer?

7          A.      I don't know; yes, ma'am.

8          Q.      Have you ever discussed why it's two

9  minutes with anyone else on the execution team?

10         A.      No, ma'am.

11         Q.      Do you practice waiting two minutes

12 during the simulations?

13         A.      Yes.

14         Q.      Okay.  In Section 7, do you need a second

15 to read that?  That one's a little bit longer.

16         A.      No, ma'am; I understand that.

17         Q.      Okay.  It looks like it's talking a

18 little bit more about the consciousness check.  Is

19 there a different between being asleep and being

20 unconscious?

21         A.      I would think so.

22         Q.      How would you describe that difference?

23                 MR. MITCHELL:  Object to form.

24                 THE WITNESS:  If you're asleep, you can

25         wake up.  If you're unconscious, your body ain't

1          going to wake up if they rub your eyelashes.

2     BY MS. LEONARD:

3          Q.       So you think if you're asleep, if someone

4     rubs your eyelashes you'd wake up?

5          A.       Yells your name or pinches your nerve in

6     your neck, you'd probably wake up.

7          Q.       And do you think it's possible that

8     someone could be unconscious and still not respond when

9     their eyelashes are rubbed or their shoulders grabbed?

10              MR. MITCHELL:  Object to the form.

11              THE WITNESS:  I do not know.

12    BY MS. LEONARD:

13         Q.       You do not know?

14         A.       I do not know.

15         Q.       Are you aware of any medical standards

16    relating to consciousness checks?

17         A.       I am not.

18         Q.       You don't know whether you're aware of

19    them or you don't know what they are?

20         A.       I'm not aware of them.

21         Q.       You've never heard of any medical

22    standards for checking consciousness?

23         A.       Not that I know of; no, ma'am.

24         Q.       Okay.  Do you know whether moving fingers

25    is an indication of consciousness?

1      A.      I do not.

2      Q.      You don't know whether it is?

3      A.      I don't know, no.

4      Q.      Okay.  And in Section -- the final

5  sentence of Section 7 says:  "If the condemned inmate

6  is responsive, the warden shall direct the executioner

7  to switch to the secondary IV line."

8              What does it mean to be responsive?

9      A.      That's the warden's decision.

10      Q.      So if you were to see the inmate move but

11  the warden directed you to switch to the other line, do

12  you always agree with that?

13              MR. MITCHELL:  Form.

14              THE WITNESS:  I don't know.  I wouldn't

15          agree with it doesn't qualify, because it's never

16          happened.

17              If I see something the warden didn't see,

18          there's a telephone where I can contact the warden

19          and ask him to look and check again.

20  BY MS. LEONARD:

21      Q.      Okay.  So if you were to see -- if the

22  warden did the consciousness check and then he told you

23  to proceed with the second and third drugs, but you saw

24  the inmate move, you would be able to call the warden

25  and discuss that with him?

1      A.      I would.  And there's also the associate

2  warden in there with him watching the same thing the

3  rest of us are.

4      Q.      By "in there," do you mean in the

5  execution chamber?

6      A.      Yes, standing next to the inmate.

7      Q.      Okay.  And is the associate warden always

8  inside the execution chamber with the warden?

9      A.      Always.

10      Q.      Okay.  Does the associate warden help the

11  warden make decisions inside the execution chamber?

12              MR. MITCHELL:  Form.

13              THE WITNESS:  Not that I know of.

14  BY MS. LEONARD:

15      Q.      So he's there just more as an observer?

16              MR. MITCHELL:  Form.

17              THE WITNESS:  I don't know.  You would

18      have to ask the warden and the associate warden

19      what the role is.

20  BY MS. LEONARD:

21      Q.      Right.  Okay.

22              Why is it that you switched to the

23  secondary IV line if the inmate is responsive?

24      A.      If he is?

25              MR. MITCHELL:  Form.

```
 1                    THE WITNESS:   We start all over again
 2          with the blue No. 1, blue No. 2, 50 cc's of
 3          midazolam.
 4   BY MS. LEONARD:
 5          Q.      And why do you do that?
 6          A.      Because the protocol says so.
 7          Q.      And do you understand what the purpose of
 8   starting over again with midazolam is?
 9          A.      All I can say is because the protocol
10   says that's what I do.
11          Q.      And did you -- you indicated earlier that
12   you helped create the protocol.  Did you help create
13   that part of the protocol?
14          A.      I'm not a doctor.  I am not a pharmacist.
15   I know how to set up the protocol with past experience
16   working on death watch, leading the countdown team,
17   leading the countdown team for the --
18                  MR. MITCHELL:  Executioner, I'm going to
19          -- I'm going to interrupt and instruct you not to
20          answer based on the protective order.
21                  THE WITNESS:  Okay.
22                  MR. MITCHELL:  Can we strike from the
23          record the executioner's answer there?
24   BY MS. LEONARD:
25          Q.      I'm going to move to the next section
```

1  here, Section 8.  It says:  "Following the completion

2  of the lethal injection process and a five-minute

3  waiting period."  What is the purpose of the

4  five-minute waiting period?

5          MR. MITCHELL:  Objection.

6          THE WITNESS:  I don't know.

7  BY MS. LEONARD:

8      Q.      What do you do while the physician is

9  completing his examination?

10     A.      Wait.

11     Q.      And -- okay.  Who is the warden's

12  designee to whom the physician reports his findings?

13     A.      The physician is in the room with the

14  warden and the deputy with the microphone on.  When he

15  announces the death, it's so everybody -- the

16  witnesses, the -- well, the official witnesses, the

17  victim's family can hear the doctor's pronounced death.

18     Q.      So does the doctor say that into the

19  microphone?

20     A.      Yes.

21     Q.      Okay.  And so when it says in Step 10

22  "The warden or designee announces that the sentence has

23  been carried out," is that the warden repeating what

24  the physician already said?

25     A.      No, the warden says:  "The sentence of"

1    -- whoever -- "has been carried out.  Please exit."

2    That's pretty much what he says.

3         Q.      Okay.  And is that after the physician

4    has already said that the inmate is deceased?

5         A.      Yes.

6         Q.      Okay.  I see.

7                 And then in Section 12 that's on the next

8    page, it says:  "The commissioner or designee notifies

9    all appropriate state officials that the sentence has

10   been carried out."

11                Who is this designee --

12        A.      I don't know.

13        Q.      -- without naming a name?

14        A.      I don't know.

15        Q.      And who are the appropriate state

16   officials that are informed?

17                MR. MITCHELL:  Form.

18                THE WITNESS:  I do not know.

19   BY MS. LEONARD:

20        Q.      Do you have any part in that process?

21        A.      I do not.

22        Q.      And then the final step there is 16:

23   "The lethal injection recorder completes the lethal

24   injection execution recorder checklist."

25                What happens to the lethal injection

Case 3:18-cv-01234   Document 184-1   Filed 03/17/22   Page 239 of 299 PageID #: 5998

```
1    execution recorder checklist after it's completed?
2              MR. MITCHELL:  Form.
3              THE WITNESS:  I do not know.  I think the
4         warden collects all forms, logbooks.  He collects
5         all that for him and the Legal Department, I
6         think.
7    BY MS. LEONARD:
8         Q.    Have you ever read that checklist?
9         A.    No.
10             MR. MITCHELL:  Form.
11   BY MS. LEONARD:
12        Q.    Do you know where the checklist is
13   stored?
14        A.    No.
15        Q.    Have you ever reviewed any of the
16   paperwork from an execution?
17             MR. MITCHELL:  Form.
18             THE WITNESS:  Yes.
19   BY MS. LEONARD:
20        Q.    What paperwork have you reviewed?
21             MR. MITCHELL:  Same objection.
22             THE WITNESS:  I do not recall.  This was
23        years ago.
24   BY MS. LEONARD:
25        Q.    Why would you have --
```

1      A.      Why would I have done it?  To verify
2  something that I was being deposed about.
3      Q.      Okay.  And but for -- aside from
4  depositions, would you ever review any of the paperwork
5  from an execution?
6      A.      I can't think of any reason why I would,
7  no.
8      Q.      Does anyone ever --
9      A.      I said -- I said no.  I don't know of any
10  reason I would, and I don't even know where they keep
11  that.
12      Q.      Okay.  And it's -- the paperwork's never
13  reviewed in trainings?
14      A.      Not that I know of, because in training
15  if there is any issue it would come up during the
16  training of what corrective measures were taken.
17  So....
18      Q.      Okay.  I'm going to move down to Page 69.
19      A.      Okay.
20      Q.      At the top of the page, it says
21  "Contingency Issues."  Do you see that heading?
22      A.      Yes.
23      Q.      Okay.  Are the contingency issues that
24  are listed on this page the only contingency issues
25  that you're prepared to address?

1          A.        That's the only that I know of.  That's

2      the only ones in the protocol.

3          Q.        And so what are -- what are the

4      contingencies that you're prepared to address?

5                    MR. MITCHELL:  Form.

6                    THE WITNESS:  The interruption of the

7          delivery of the lethal injection drugs or the

8          inmate exhibits signs of conscious --

9          consciousness.

10     BY MS. LEONARD:

11         Q.        And is -- is that it?

12         A.        Well, that's all that's in the protocol,

13     so that's all I know about.

14         Q.        Okay.  So if anything were to happen that

15     were -- that was a different problem that's not the

16     interruption of a delivery of lethal injection or the

17     inmate exhibiting signs of consciousness, you wouldn't

18     necessarily be prepared to address that?

19                   MR. MITCHELL:  Form.

20                   THE WITNESS:  Depends.  Tell me what that

21         is.

22     BY MS. LEONARD:

23         Q.        Well, what would happen if there were

24     some sort of medical issues with the inmate?

25                   MR. MITCHELL:  Objection.

```
 1              THE WITNESS:  That's the warden's
 2       decision.  We have a medical doctor a few feet
 3       away.  We have three EMTs a few feet away.  There
 4       is an infirmary inside of Riverbend.  Medical
 5       would make a decision on what to do.
 6  BY MS. LEONARD:
 7       Q.     When you say "Medical would make a
 8  decision," do you mean the physician?
 9              MR. MITCHELL:  Form.
10              THE WITNESS:  No, I mean the official
11       medical personnel.
12  BY MS. LEONARD:
13       Q.     Is that all the medical personnel that's
14  present at the execution?
15              MR. MITCHELL:  Form.
16              THE WITNESS:  No.  They work shifts, like
17       any hospital.
18  BY MS. LEONARD:
19       Q.     Sorry, I had a little trouble
20  understanding that.  Could you repeat the last answer?
21       A.     Like at the hospital, they work shifts.
22  The nurses are always there.  The doctor, it depends on
23  when it is, so....
24       Q.     Okay.  And what if there were
25  unanticipated issues with a member of the execution
```

1  team?

2           MR. MITCHELL:  Objection to form.

3           THE WITNESS:  Again, we have medical

4      people on site, and so we would deal with that and

5      move on at the warden's direction.

6  BY MS. LEONARD:

7      Q.      Is the warden the only person who decides

8  whether to stop an execution?

9           MR. MITCHELL:  Form.

10          THE WITNESS:  No.  You've got the --

11  BY MS. LEONARD:

12     Q.      Who else?

13     A.      -- gov- -- governor and the commissioner

14  that are in touch with each other to let us know if

15  anybody other -- if anybody can decide.

16     Q.      Okay.  And what if there were some kind

17  of other issue with your equipment or your supplies?

18  For example, what if the pan-tilt zoom camera you

19  mentioned earlier stopped working in the middle of the

20  execution?  What would you do?

21          MR. MITCHELL:  Objection.

22          THE WITNESS:  I would have the warden --

23     tell him what's going on.  I would then send the

24     doctor to the right arm, which is where the issue

25     would be, and ask him to help us watch for any

1    problem.

2  BY MS. LEONARD:

3    Q.    And how would you let the warden know

4  that?

5         MR. MITCHELL:  Form.

6         THE WITNESS:  There's a telephone by the

7    wall, and there's one in the injection room just

8    for that.

9  BY MS. LEONARD:

10   Q.    Okay.  And I think you just mentioned

11 this briefly early.  Have you ever seen a cutdown

12 procedure used?

13        MR. MITCHELL:  Form.

14        THE WITNESS:  No, we have never used one.

15 BY MS. LEONARD:

16   Q.    Do you practice the cutdown procedure

17 during simulations?

18   A.    No.

19   Q.    And the physician does not participate in

20 the simulations?

21   A.    No.

22   Q.    Okay.  In the middle of the page, it says

23 that the executioner switches to the secondary IV line

24 and then begins the administration of the second set of

25 syringes using the reserve tray.

1          Why would you do this if there's an
2    interruption in the primary line?
3              MR. MITCHELL:  Form.
4              THE WITNESS:  Because the protocol says
5          to.  If there was an interruption, that means the
6          line is no good, ain't working properly.  So we go
7          to the backup set, which would be put the backup
8          set in the other arm.
9    BY MS. LEONARD:
10         Q.      What would you do if the backup set were
11   not working?
12         A.      Let the warden know, and he would close
13   the curtains.  And we would do whatever is necessary;
14   get another nine syringes, get the drugs that we need,
15   the saline solution we need, set it up and go from
16   there.
17         Q.      And you have enough drugs that you would
18   be able to set up a whole second two sets?
19         A.      I think we normally do.
20         Q.      Have you ever experienced an execution
21   where neither of the lines worked properly?
22         A.      No.
23         Q.      And we touched on this before, but it
24   also says that you would switch to the secondary line
25   if the inmate exhibits signs of consciousness.  And

**Gibson Court Reporting**

1  what is it that you understand is the reason for using

2  that second line?

3           MR. MITCHELL:  Form.

4           THE WITNESS:  Because the protocol says

5       to.  I don't know the reason for that.  I just

6       know that's what I am to do.

7  BY MS. LEONARD:

8       Q.      If you do that, do you know how much

9  total midazolam is injected into the prisoner?

10      A.      I don't know the percentage.  I know

11 there would be 20 cc's, or 20 milliliters.

12      Q.      So how much is one dose from the red

13 line, for example?

14          MR. MITCHELL:  Form.

15          THE WITNESS:  You said "dose."  Are you

16      talking -- percentage-wise, are you talking

17      premixed or are you talking mixed?

18 BY MS. LEONARD:

19      Q.      I'm talking when the midazolam is mixed

20 and it's injected into the prisoner, how much --

21      A.      It's 50 cc's per syringe.

22      Q.      And how many syringes are there?

23          MR. MITCHELL:  Form.

24          THE WITNESS:  For midazolam, two.

25 BY MS. LEONARD:

1       Q.      Okay.  And that's per each set; so two

2  for red and two for blue?

3       A.      That's correct.

4       Q.      Got it.  So if you were to do both sets,

5  the red and the blue, basically you're giving double

6  the amount of midazolam?

7       A.      Correct.

8       Q.      And what are -- what are the effects of

9  that amount of midazolam on the prisoner?

10         MR. MITCHELL:  Form.

11         THE WITNESS:  I do not know.  I've never

12      done it.

13  BY MS. LEONARD:

14       Q.      What -- do you have any idea about what

15  might happen if you'd give someone that much midazolam?

16       A.      I do not.

17       Q.      Has anyone ever talked to you about

18  injecting someone with that much midazolam?

19       A.      They have not.

20       Q.      What would you do if the prisoner showed

21  signs of consciousness after the second set of syringes

22  was administered?

23         MR. MITCHELL:  Form.  Form.

24         MS. LEONARD:  Let the warden know.

25  BY MS. LEONARD:

1    Q.    And what would you do if the prisoner was
2  not deceased after both sets of syringes were
3  administered?
4              MR. MITCHELL:  Form.
5              THE WITNESS:  Let the warden know.
6  BY MS. LEONARD:
7    Q.    And is the warden the ultimate
8  decision-maker during the executions?
9              MR. MITCHELL:  Form.
10  BY MS. LEONARD:
11    Q.    What would you do --
12    A.    Yes, he is.
13    Q.    What would you do if the IV catheter
14  became dislodged?
15              MR. MITCHELL:  Form.
16              THE WITNESS:  One of them?  Both of them?
17    And at what time?
18  BY MS. LEONARD:
19    Q.    I'm sorry, could you repeat the last part
20  of that?
21    A.    One of them?  Both of them?  At what
22  time?
23    Q.    What would happen if one of them became
24  dislodged?
25              MR. MITCHELL:  Form.

**Gibson Court Reporting**

1        THE WITNESS:  At what point?

2   BY MS. LEONARD:

3        Q.      At the point that the drugs are being

4   administered.

5        A.      I would stop that line and start again on

6   the other line.

7        Q.      And what would you do if that second line

8   became dislodged?

9            MR. MITCHELL:  Form.

10           THE WITNESS:  Just like we talked before.

11       I'd notify the warden.  We would close the

12       curtains and get what we need and start all over

13       again.

14  BY MS. LEONARD:

15       Q.      Okay.  Are you aware of something called

16  "paradoxical effect?"

17       A.      I am not.

18       Q.      Have you ever heard that term before?

19       A.      I don't think so.

20       Q.      You don't think so, or you might have?

21       A.      I don't think so.  I don't think I've

22  ever heard of that.

23       Q.      Has anyone ever used that term with you

24  in discussing executions?

25       A.      No, or I would have probably remembered.

1    I've never heard of that.

2        Q.       Okay.  What happens if the prisoner shows

3    signs of pain during the execution?

4                MR. MITCHELL:  Form.

5                THE WITNESS:  Signs of pain?

6    BY MS. LEONARD:

7        Q.       Yes.

8        A.       I wouldn't know.  I've never seen that.

9        Q.       You --

10       A.       It ain't like I'm going to stop it unless

11   the warden -- unless the warden tells me to stop.

12       Q.       So even if you saw signs of pain, you

13   wouldn't stop administering the drugs?

14       A.       I'm not stopping once it starts.  It's

15   line a plane taking off.  There's no stopping unless

16   the warden tells me to stop.

17       Q.       Okay.  I'm going to move into talking

18   about some of the prior executions that you did.  I

19   think you mentioned that you were involved in Donnie

20   Johnson's execution; is that right?

21       A.       Yes, I was.

22       Q.       And you were the executioner in that

23   execution?

24       A.       I was.

25       Q.       Were you involved in the execution in

```
 1   other -- any other role?
 2        A.        Pardon me?  I don't understand.
 3        Q.        Did you serve any other role on -- in
 4   Donnie Johnson's execution?
 5        A.        No.
 6        Q.        And how long did that execution take to
 7   complete?
 8        A.        I don't know.
 9                  (Exhibit No. 63 marked.)
10   BY MS. LEONARD:
11        Q.        If we look at Exhibit 63 -- six-three.
12        A.        Okay.
13        Q.        Does this help refresh your recollection
14   as to how long the execution took?
15        A.        Not really, because I never seen this.
16   This is the first time I've seen this, so....
17        Q.        And what -- I should have asked you.
18   What is this?
19                  MR. MITCHELL:  Form.
20                  THE WITNESS:  "Day of Execution - Lethal
21        Injection, Recorder Checklist."
22   BY MS. LEONARD:
23        Q.        And so who filled this checklist out?
24   Not the name of the person.
25        A.        The recorder did.  I think it's the
```

1  recorder that's in the control room and death watch.

2      Q.      Okay.  And if you scroll down to Page 4,

3  it looks like that's the same form --

4      A.      Yes.

5      Q.      -- but with different handwriting.  Do

6  you see where I'm looking?

7      A.      I do.

8      Q.      Is that the form that was filled out by

9  the other recorder?  I think you'd mentioned there was

10 more than one?

11     A.      I do not know.  I don't know who fills

12 those out.  I don't know.  This is the first time I've

13 seen these.

14     Q.      Okay.  I understand.

15             It says here on Page 2 of this exhibit -- I

16 can wait until you scroll back up.

17     A.      Okay.

18     Q.      I'm looking sort of about a third of the

19 way down, it says at 1919 the warden orders the

20 execution team to proceed.

21     A.      Right.

22     Q.      And then the next line says "1935, lethal

23 injection process completed."  So what do those times

24 mean?

25             MR. MITCHELL:  I'm sorry, which time are

1    you looking at?  1919?

2            MS. LEONARD:  1919, and then 1935 is

3        directly underneath it.

4            MR. MITCHELL:  Object to form.

5            THE WITNESS:  1919, that would be the

6        last comment, correct?

7    BY MS. LEONARD:

8        Q.      Right.  And there's another 1919

9    underneath that, "Warden orders execution team to

10   proceed."

11       A.      Okay.  What's the question?

12       Q.      So I'm wondering -- the question is the

13   line underneath that is "1935, Lethal injection process

14   completed."

15           What happens in between those two lines?

16   So when it says "Warden orders execution team to

17   proceed" and then "Lethal injection process completed,"

18   what are the -- the steps that happen in between those

19   two?

20           MR. MITCHELL:  Objection.

21           THE WITNESS:  That's when the injection

22       takes place.  This is probably a record from

23       someone in the control room in the death watch

24       area.  They can't see anything, other than what's

25       in the trailer.  So I don't know what he is doing,

1      but that's when we are doing the injection.

2   BY MS. LEONARD:

3      Q.      Okay.  So 1919 to 1935 is approximately

4   16 minutes.  Does that sound right?

5      A.      Yes.  It all depends on the rate of the

6   push, how fast.  You have to take in seven minutes of

7   waiting time.  So approximately that sounds right.

8      Q.      Okay.  And you -- so that sounds -- that

9   would be the time during which all nine syringes are

10  administered?

11     A.      Yes.

12     Q.      Okay.  So that took about 16 minutes from

13  start to finish?

14     A.      Probably.  Probably -- probably after the

15  first three.  And if you had the -- the form that the

16  injection room recorder had, you could see how long it

17  took for each one.  But that's the other form.

18     Q.      I'm sorry, what was the name of that

19  form, just to make sure I heard you right?

20     A.      That's the one that we looked at earlier.

21     Q.      All right.

22     A.      When the -- when the recorder in there

23  with me when the syringes are prepared, which one is

24  used.

25     Q.      Yeah, I got you.  So that's Exhibit 62,

```
 1    is that right?  If you want to pull up Exhibit 62?
 2         A.      That's when they were preparing -- when
 3    they were administered.
 4         Q.      So when they were administered.
 5                 I believe that may be Exhibit No. 61.
 6    Let's see if we're thinking about the same form.  Can you
 7    pull up Exhibit 61?
 8                 (Exhibit No. 61 marked.)
 9                 THE WITNESS:  Yes.
10    BY MS. LEONARD:
11         Q.      Is that what you're talking about?
12         A.      Yes.
13         Q.      Okay.  And so what is this document?  And
14    have you seen this document before?
15         A.      No.
16         Q.      What is this document?
17         A.      I know what the document is, but I've
18    never seen this one.
19         Q.      What is the document?
20         A.      When the chemicals were administered,
21    when they were used.
22         Q.      Okay.  So when it says in Set 1, "Red,
23    Syringe 1, midazolam, time begin, 1921," what does that
24    mean?
25         A.      The midazolam started to push.
```

 1          Q.       And the same thing for Syringe 2 and
 2    Syringe 3?
 3          A.       Yes, yes.
 4          Q.       And it looks like there was that
 5    two-minute break there, "Checked at 1925?"
 6          A.       Yes, yes.
 7          Q.       Okay.  I see.
 8                   Going back to Exhibit 62, do you still
 9    have that one in front of you?
10          A.       I do.
11          Q.       Okay.  That one shows -- we mentioned
12    this earlier -- that the midazolam red set was prepared
13    at 7 -- it looks like 1920, so that's 7:20 p.m.?
14          A.       Correct.
15          Q.       And you mentioned that the reason that is
16    prepared about two hours later than the other drugs is
17    because of its beyond use date; is that right?
18          A.       Correct.
19          Q.       And who told you that?
20          A.       Who told me what?
21          Q.       Who told you that the midazolam has a
22    one-hour expiration or one-hour beyond use date,
23    without giving me the name of that individual?
24          A.       It's on the instructions.
25          Q.       So no one told you that, but it's in the

Case 3:18-cv-01234   Document 184-1   Filed 03/17/22   Page 257 of 299 PageID #: 6016

1  instructions?

2      A.      Yes.

3      Q.      Is that the same instructions that we

4  looked at earlier?

5      A.      Yes.

6      Q.      I think that was Exhibit 2.  Sorry to

7  keep you jumping between so many documents here.

8      A.      That's all right.

9      Q.      If we look at Exhibit 2, the midazolam

10 instructions, can you show me where it says that the

11 midazolam has to be used within an hour?

12     A.      The next.

13             (Pause.)

14             THE WITNESS:  I don't see it right now,

15     but I know I've seen it somewhere.  Maybe so.

16 BY MS. LEONARD:

17     Q.      Did you -- do you always wait to prepare

18 the midazolam until last?

19     A.      Yes.

20             MR. MITCHELL:  Form.

21 BY MS. LEONARD:

22     Q.      Okay.  And that's because it's going to

23 expire within an hour?

24     A.      That's what I thought I read or was told.

25     Q.      Okay.  Did you -- were you involved in

```
 1   any of the practice sessions leading up to Donnie

 2   Johnson's execution?

 3        A.      Yes.

 4        Q.      When did those practice sessions take

 5   place?  I know you might not remember the dates, but do

 6   you remember the --

 7        A.      I don't remember.  I don't remember the

 8   dates.

 9        Q.      But do you remember did they happen a

10   week before, a month before?

11        A.      I do not.

12        Q.      Do you remember how many practice

13   sessions there were leading up to this execution?

14        A.      I do not.

15        Q.      Was the second dose of midazolam prepared

16   for this execution?

17        A.      It was.

18        Q.      And how do you know that?

19        A.      I did it.

20        Q.      Do you get any instructions that are not

21   documented?

22              MR. MITCHELL:  Form.

23              THE WITNESS:  I don't, no.  I don't think

24        so.

25   BY MS. LEONARD:
```

1      Q.      You don't think so?  Let me try to ask

2  the question in a different way.  When you said, you

3  know, you thought you had read the midazolam beyond use

4  date somewhere, is there some other place besides the

5  instructions that we just looked at that you might know

6  of?

7      A.      No.  The instructions or anything,

8  instructions or anything through the person that

9  received the drugs through the pharmacies.

10     Q.      I'm sorry, I just want to make sure I

11 understand.  You said that those instructions are the

12 only thing you receive from that individual?

13     A.      They are.  But if there's a question,

14 they would contact the person that received the drugs.

15 They'd contact the pharmacist for other clarification.

16     Q.      Right.  Okay.  I remember you said that

17 before.

18             But are there any other instructions that

19 you receive from anyone else -- again, without telling me

20 who the people are?  It's just "Yes" or "No," are there

21 any other subsequent instructions?

22             MR. MITCHELL:  Form.

23             THE WITNESS:  No.

24 BY MS. LEONARD:

25     Q.      No?  Okay.

```
 1              During Mr. Johnson's execution, what was
 2    the rate of injection of the drugs?
 3              MR. MITCHELL:  Form.
 4              THE WITNESS:  I don't know.
 5    BY MS. LEONARD:
 6         Q.     Is that just something you did by feel,
 7    like you described earlier?
 8         A.     Always.  Always.
 9         Q.     Let's see.  I just want to flip back
10    quickly to Exhibit 44.
11              MR. MITCHELL:  Is it 44, 65, or --
12              MS. LEONARD:  Yeah, I think that's what
13         we said, is that we were going to rename that one.
14         Although I think that, as the executioner is
15         looking at it, it would probably still say 44 for
16         him.
17              THE WITNESS:  So which one?
18              MR. MITCHELL:  It should say "Chemical
19         Preparation Time Sheet" at the top.
20              THE WITNESS:  What's the date?
21    BY MS. LEONARD:
22         Q.     Is the date at the top of that 4/14/21?
23         A.     Yes.
24         Q.     Okay.  So there I'm just trying to
25    understand.  It looks like the midazolam was not
```

1  delayed, and you said that was because it's just saline

2  in the practice?

3      A.      Because we just use saline.

4      Q.      Okay.  So have you ever practiced waiting

5  to do the midazolam until after the other drugs?

6      A.      Yes.  We practice and use saline, yes.

7      Q.      And how -- can you just sort of walk me

8  through what that mixing process is?

9      A.      Which one?

10          MR. MITCHELL:  Form.

11 BY MS. LEONARD:

12      Q.      For the midazolam.

13      A.      For the real thing?

14      Q.      In the real thing, yes.

15      A.      We got the signal to start distribution.

16 When we pull it out of the syringes, 1 and 2 are filled

17 with 45 cc's of saline and placed in the tray, along

18 with the left.

19          When the warden gives the signal it's

20 time to execute, I pick up No. 1, put a needle on it.

21 Insert the needle into the midazolam, draw out 5 cc's

22 of midazolam.  Take the needle off.  Give it back to

23 the -- excuse me -- recorder, who verifies it is now 50

24 cc's.  Puts it in a tray and hands me the second red

25 tray.

1          And the process isn't completed until all

2   four syringes have 50 cc's of saline and midazolam.

3        Q.      Okay.  That's -- that's helpful to my

4   understanding.  And you wait to do that until the

5   warden gives you the signal to proceed during the

6   execution?

7        A.      Yes.  The -- the four trays of midazolam

8   are completed when he gives the signal to start.

9        Q.      Okay.  And we touched on this earlier,

10  and I think you said that this -- the midazolam appears

11  to be clear inside the syringes.  Is that right?

12       A.      Every drug appears, as best as I

13  remember, to be clear.

14       Q.      And what's the consistency of that drug?

15            MR. MITCHELL:  Form.

16            THE WITNESS:  I don't understand the

17       question.

18  BY MS. LEONARD:

19       Q.      When you say it's clear, is it foggy, is

20  it cloudy, is it perfectly clear?

21       A.      It's clear.

22       Q.      It's perfectly clear?

23       A.      It's clear.

24       Q.      Perfectly clear?

25       A.      Best as I recall.

```
 1          Q.      Okay.  Just a couple more questions about
 2    Mr. Johnson's execution.
 3                  Were Mr. Johnson's fingers taped to the
 4    gurney during his execution?
 5                  MR. MITCHELL:  Form.
 6                  THE WITNESS:  As I recall, they were.
 7         That's not my main focus.
 8    BY MS. LEONARD:
 9          Q.      Sorry, I didn't catch the end of that?
10          A.      They -- I assume they were, but that's
11    not my main focus.
12          Q.      I see.  Okay.  Did you observe any
13    movement of Mr. -- of Mr. Johnson's fingers during the
14    execution?
15          A.      No.
16          Q.      Did you observe any other movement from
17    Mr. Johnson during the execution?
18          A.      No.
19                  MS. LEONARD:  Okay.  I'm going to switch
20          over.  This could be an okay stopping point for a
21          break if you want, although I don't think we'll go
22          tremendously much longer.  It's your call.  How
23          are you feeling, Executioner?
24                  THE WITNESS:  I'm fine.
25                  MR. LEONARD:  Would you like to keep
```

1      going?

2                  THE WITNESS:  I'm fine if we do.

3                  MS. LEONARD:  And Mr. Mitchell, are you

4      okay with that, or do you want to take a --

5                  MR. MITCHELL:  Continuing is good, yeah.

6                  MS. LEONARD:  Okay.  If you change your

7      mind and if you want a break at any time, please

8      don't hesitate to ask.

9                  THE WITNESS:  Yes, ma'am.  I'm fine.

10     BY MS. LEONARD:

11         Q.      I'm going to switch over to talking about

12     the Billy Ray Irick execution.  You said that you were

13     the executioner for his execution, too; is that right?

14         A.      Yes, ma'am.

15         Q.      Were you involved in that execution in

16     any other capacity?

17         A.      No.

18         Q.      How long did that execution take?

19         A.      I do not recall.

20                 (Exhibit No. 57 marked.)

21     BY MS. LEONARD:

22         Q.      If we look at Exhibit 57, five-seven.

23         A.      Right.

24         Q.      You got it?

25         A.      Yes, I do.

1       Q.     Okay.  Have you seen this document

2  before?

3       A.     No.

4       Q.     What is this document?

5       A.     "Day of Execution - Lethal Injection

6  Execution Recorder Checklist."

7       Q.     Okay.  And so if we scroll to the second

8  page of that, it looks about a third of the way down,

9  "1928, Warden orders execution team to proceed."

10      A.     Okay.

11      Q.     And then "1946, Lethal injection process

12  completed?"

13      A.     Okay.

14      Q.     Is that the same that we just discussed

15  with respect to Mr. Johnson's execution?  That's the

16  amount of time in which it took --

17      A.     Yes.

18      Q.     -- to administer all nine syringes?

19             MR. MITCHELL:  Objection.

20             THE WITNESS:  Well, I assume that.  This

21       form is filled out in the death watch area.  They

22       can only see what they see through the camera.  So

23       if they see that the warden gives the order to --

24       or motion to start the execution, they can see it.

25       They can also see when the white block

 1          appears in the window, and they know what that

 2          means.

 3                  But I don't know what else they can see.

 4     BY MS. LEONARD:

 5          Q.      Tell me what --

 6          A.      Nothing that goes on inside the injection

 7     room.

 8          Q.      So they watch everything on the camera?

 9          A.      Yes.

10          Q.      Okay.  Have you ever been in the death

11     watch area, watching from the camera?

12          A.      I've always been the executioner.

13          Q.      Okay.  What did you observe during Billy

14     Ray Irick's execution?

15          A.      Nothing unusual.

16          Q.      Well, what do you mean by "unusual?"

17          A.      If you remember something from something

18     like that, it is because something -- especially after

19     you've done 12, 10, 13.  Unless there's something

20     unusual about it, there's nothing -- nothing to

21     remember.  There's nothing.  It's not like -- there's

22     not.  There's nothing rememberable about it.

23          Q.      Do you remember what Billy Ray Irick

24     looked like?

25          A.      I do.

Case 3:18-cv-01234   Document 184-1   Filed 03/17/22   Page 267 of 299 PageID #: 6026

1    Q.        And do you remember if he moved during

2  the execution?

3    A.        I do not remember anybody ever moving

4  during -- after the first syringe is started.

5    Q.        And when you say "anybody," you mean

6  anyone that's ever been executed that you've

7  participated in?

8    A.        Usually, after the first syringe is

9  administered, all movement, all sound -- except maybe a

10  snore -- stops.

11    Q.        And who did -- who did you hear snoring

12  during an execution?

13    A.        I've heard many.

14    Q.        And how many is "many?"

15    A.        I don't know.  I have no idea.  Somewhere

16  between three and six.

17    Q.        Okay.  So would you consider that a

18  normal sign during an execution?

19    A.        I've heard -- when I've talked to the

20  people in other states that I've visited, it seems to

21  be normal.  Some do and some don't.

22    Q.        Okay.  And so that doesn't give you any

23  cause for concern, that the inmate snores?

24    A.        It does not.

25    Q.        Did you notice Mr. Irick, did he snore?

```
 1        A.       I do not recall.
 2        Q.       Do you recall if he was coughing at all?
 3        A.       I do not recall.
 4        Q.       Do you remember if he made any other sort
 5   of movement of his head?
 6        A.       Not that I recall.
 7                 MS. LEONARD:  I'm going to pull up
 8        Exhibit 60, six-zero.
 9                 (Exhibit No. 60 marked.)
10                 THE WITNESS:  Okay.
11   BY MS. LEONARD:
12        Q.       At the top of this document, it says
13   "Declaration of David A. Lubarsky, M.D."  Is that what
14   you're looking at?
15        A.       Yes, it is.
16        Q.       Have you ever seen this document before?
17        A.       I have not.
18        Q.       Okay.  Do you want a second to look
19   through it?
20        A.       Okay.
21        Q.       Just let me know.  You can take your
22   time, but let me know when you're ready to talk about
23   it.
24                 (Pause.)
25                 THE WITNESS:  Okay.
```

```
 1   BY MS. LEONARD:
 2        Q.        I'm looking in particular at Item 3 on
 3   Page 1.
 4        A.        Okay.
 5        Q.        It starts with "The official media
 6   witnesses."
 7        A.        Okay.
 8        Q.        It says that:
 9                  "The official media witnesses described
10                  physical behavior of Mr. Irick after the
11                  drugs were administered that I recognized
12                  to be signs that Mr. Irick was not in the
13                  plane of surgical anesthesia during his
14                  execution.  This is important, because an
15                  inmate who is not placed in a plane of
16                  surgical anesthesia is not protected from
17                  the subsequent torturous effects of the
18                  lethal injection process.  These signs and
19                  indicators include that Mr. Irick, quote,
20                  gulped for an extended period of time, end
21                  quote; was, quote, choking and gasping,
22                  coughing; and that, quote, his stomach was
23                  moving up and down, end quote.  Published
24                  media accounts report, quote, Irick did
25                  appear to react physically to the
```

```
 1              vecuronium bromide.  He jolted and produced

 2              what sounded like a coughing or choking

 3              noise.  He moved his head slightly and

 4              appeared to briefly strain his forearms

 5              against the restraints.  End quote.

 6         And that came from Steven Hale in an

 7    article that he wrote in the "Nashville Scene" on August

 8    10, 2018.

 9         Does that refresh your recollection seeing

10    Mr. Irick move during the execution?

11              MR. MITCHELL:  Objection, form.

12              THE WITNESS:  I do not -- I do not recall

13         any of that.  I don't know how anybody would know

14         when that drug was administered, because of the

15         time it takes to prepare the midazolam and how

16         long it took to administer each drug, to say

17         anything other than -- I'm interested in how they

18         get their timeline, but that's not for me to

19         decide.

20              All I remember is nothing turned out any

21         different about Billy Irick opposed to anybody

22         else.  They've all been basically the same, other

23         than occasionally you'll get a snoring sound from

24         some of them.

25    BY MS. LEONARD:
```

1    Q.    Okay.  But you don't remember any sort of

2  choking, gasping, or coughing?

3    A.    I do not.

4    Q.    Do you have any idea where the media

5  witnesses might have gotten this idea?

6    A.    No, ma'am; I do not.

7    Q.    And when the doctor explains that the

8  inmate who's not placed in a plane of surgical

9  anesthesia is not protected from the subsequent

10  torturous effects, do you know what that means?

11    A.    No, ma'am; I do not.

12    Q.    I think what the doctor's trying to say

13  there is that the inmate who is not completely

14  unconscious may feel the effects from the second and

15  third drug.  Does that make sense to you?

16        MR. MITCHELL:  Form.

17        THE WITNESS:  I don't know.  I don't know

18      how anybody would know, other than people in the

19      room, when the second and third drugs were exactly

20      administered.

21  BY MS. LEONARD:

22    Q.    Right.  But if it's the case that the

23  second drug and/or the third drug caused someone to

24  feel torturous pain, it would be important for the

25  first drug to make an anesthetic effect, right?

**Gibson Court Reporting**

1       A.       Right, and that's the reason we take the

2    two minutes and the warden does his check to see if

3    anyone reacts before we start the second syringe.

4       Q.       And if it is medically possible for

5    someone to be feeling those torturous effects, even if

6    they're not making any movement, does that bother you?

7                MR. MITCHELL:  Form.

8                THE WITNESS:  I follow the protocol as it

9          is written.  And what I have seen out of all the

10         executions I've been involved with, I've not seen

11         anything that gives me pause.

12   BY MS. LEONARD:

13      Q.       And if you ever did see something that

14   gave you pause, what would you do?

15      A.       You would have to wait for that to

16   happen.  I can't sit here and say what would happen or

17   what I would do.

18      Q.       And what if you learned that they are

19   feeling pain, even though you can't see anything?

20               MR. MITCHELL:  Object to form.

21               THE WITNESS:  I don't know.

22   BY MS. LEONARD:

23      Q.       You don't know what you would do?

24      A.       No.

25      Q.       Would you feel differently about the

1  execution process?

2          MR. MITCHELL:  Same objection.

3          THE WITNESS:  I don't know.  I can't

4      answer that.

5  BY MS. LEONARD:

6      Q.      Why do you think it is that the media

7  witnesses said that they saw all these signs in

8  Mr. Irick?

9          MR. MITCHELL:  Same objection.

10          THE WITNESS:  I do not know.

11  BY MS. LEONARD:

12      Q.      Did anyone else on the execution team see

13  Mr. Irick make any of those movements?

14          MR. MITCHELL:  Same objection.

15          THE WITNESS:  You would probably have to

16      ask them.  I never heard nobody mention anything

17      of the sort.

18  BY MS. LEONARD:

19      Q.      When you had the follow-up meeting with

20  the warden after the execution, did anyone talk about

21  seeing Mr. Irick make any movements or choking or

22  coughing?

23          MR. MITCHELL:  Object to the form.

24          THE WITNESS:  Not that I recall.

25          (Exhibit No. 59 marked.)

1   BY MS. LEONARD:

2       Q.    I'll now introduce Exhibit 59, five-nine.

3       A.    Okay.

4       Q.    Have you ever seen this document before?

5       A.    No, ma'am.

6       Q.    Do you want a minute to look through it?

7       A.    Is that Billy Ray apologizes?  Is that

8   what you're talking about?

9       Q.    Yes.  The title at the top says

10  "Tennessee Inmate Billy Ray Irick Apologizes Before

11  Being Executed."

12      A.    Okay.

13         (Pause.)

14       THE WITNESS:  Okay, I'm good.

15  BY MS. LEONARD:

16      Q.    Okay.  On the bottom of Page 2, there's a

17  paragraph underneath the photo of Mr. Irick.  There's a

18  paragraph that starts, "Then the execution proceeded."

19  Do you see the paragraph I'm looking at?

20      A.    Yes, I do.

21      Q.    It says:  "Then the execution" --

22      A.    Yes, yes.

23      Q.    Okay.  "Then the execution proceeded.  A

24  minute later his eyes closed.  Snoring and heavy

25  breathing were heard.  At 7:34 p.m., there was

Case 3:18-cv-01234   Document 184-1   Filed 03/17/22   Page 275 of 299 PageID #: 6034

1  coughing, huffing, and deep breaths.  An attendant

2  began yelling 'Billy,' and checked the inmate and

3  grabbed his shoulder, but there didn't seem to be any

4  reaction.  Minutes later, Irick let out a cough or

5  choking sound as his face turned dark purple.  Then he

6  appeared to stop making noise and was soon after

7  pronounced dead."

8          Do you remember Mr. Irick snoring?

9     A.     I don't remember.  I don't recall it.

10     Q.     Do you remember seeing his face turn dark

11  purple?

12     A.     No.  But I will say the number of

13  executions I've seen, I've seen some people turn red.

14  I've seen some turn ashen color.  I think everybody --

15  they all seem to react a little different.  But I don't

16  remember anything unusual about Billy Irick.

17     Q.     So you would consider turning purple or

18  turning red or turning ashen, is that what you said,

19  you would consider that normal?

20          MR. MITCHELL:  Form.

21          THE WITNESS:  Some are different.  I

22       don't know if it's normal, but I don't see

23       anything outstandingly unusual about it.

24  BY MS. LEONARD:

25     Q.     Okay.  So it wouldn't be -- so this is an

```
 1   article from the Associated Press.  So if the media
 2   witness saw Mr. Irick's face turn dark purple, you
 3   would say that that's not unusual?
 4                   MR. MITCHELL:  Form.
 5                   THE WITNESS:  I'd say not to me.  What --
 6        what does "turning purple" mean?  What does that
 7        mean?  I don't know what that means.  So it may
 8        turn purple, but what -- what caused it to turn
 9        purple?  Was it because he was -- because he was
10        dead, or what caused it?
11   BY MS. LEONARD:
12        Q.      I'm not sure.  It sounds like from this
13   that he was still making noise, so I assume he was
14   still alive when his face turned purple.
15        A.      I just don't see anything in the whole
16   process.  I haven't seen -- I have not seen anything
17   where I thought myself that the inmate was feeling
18   anything.
19        Q.      Okay.  But you've watched the process the
20   entire time?
21        A.      I watch each and every one of them from
22   beginning to end.
23        Q.      And were Mr. Irick's fingers taped to the
24   gurney during his execution?
25                   MR. MITCHELL:  Form.
```

1          THE WITNESS:  I cannot say 100 percent,

2     but all of them should be or are.

3  BY MS. LEONARD:

4     Q.     Okay.  And whose job is it to make sure

5  they are?

6     A.     The attendant we talked about that goes

7  in with the EMTs, that's their duty.

8     Q.     The person who pushes the equipment cart?

9     A.     Yes; yes, that's him.

10    Q.     Okay.  Did you prepare the lethal

11 injection chemicals for Mr. Irick's execution?

12    A.     I did.

13    Q.     Did you prepare a second dose of the

14 midazolam?

15    A.     I did.

16    Q.     I'm going to take a look at Exhibit 58 --

17 five eight.

18         (Exhibit No. 58 marked.)

19         (Pause.)

20         THE WITNESS:  Okay.

21 BY MS. LEONARD:

22    Q.     Have you seen this document before?

23    A.     Didn't we look at this a few minutes ago?

24    Q.     We looked at one that was similar for

25 Mr. Johnson, I believe.  I do not believe we looked at

1   this document yet.

2        A.        Because other than what I saw a few

3   minutes ago, it would be the first time I seen it.

4        Q.        Okay.  And do you know what this document

5   is?

6        A.        Yeah, for the lethal injection and for

7   the -- yeah, the chemicals are mentioned.

8        Q.        Okay.  And so this -- I think you

9   explained this to me before about Donnie Johnson's

10  execution.  But is this the record of the lethal

11  injection chemicals that were administered?

12       A.        This is -- it should be.  The recorder

13  next to me should record the times when they were

14  injected; yes, ma'am.

15       Q.        Okay.  And when you go to Page 2 of this

16  document, it says in the handwriting, sort of in the

17  blank section there, "Not used."  What does that mean?

18       A.        That's Set No. 2.  It wasn't used.

19  That's a backup set.

20       Q.        Okay.  And then on Page 3, I think we

21  looked at one of these, at least one of these, earlier

22  on today.  I don't believe we looked at Mr. Irick's.

23  But is this the Chemical Preparation Time Sheet that

24  describes when the drugs are prepared?

25       A.        It appears to be; yes, ma'am.

1      Q.      And so when the drugs are prepared, the
2   lethal injection recorder makes sure to record that
3   time?
4      A.      Yes.
5      Q.      And then --
6      A.      The midazolam was prepared two hours
7   later, yes.
8      Q.      Okay.  I think we're looking at the same
9   thing, because it says the midazolam was prepared at
10  1928 and the vecuronium bromide was at 1724?
11     A.      Yes, ma'am.
12     Q.      And then the last page, Page 4, it has
13  the blue set.  Do you see where I'm looking?
14     A.      I do.
15     Q.      And it shows there that the vecuronium
16  bromide was prepared at 1752, the potassium chloride
17  prepared at 1756, the saline was prepared at 1738.  And
18  it says "Midazolam not used."  Do you see that?
19     A.      I do.
20     Q.      What does that mean, that the midazolam
21  was not used?
22     A.      I have no idea.  I didn't fill the form
23  out.  It probably wasn't used, but it was prepared.
24     Q.      I'm sorry, you said it wasn't used but it
25  was prepared?

1    A.    It's -- yes, I always prepare it.

2    Q.    How do you know that it was prepared?

3    A.    I prepare it.

4    Q.    Is that documented on any logs anywhere?

5    A.    It should be right there.

6    Q.    It should be right there?

7    A.    That's the whole point of this form, yes.

8    Q.    And can you think of any reason why it's

9 not there?

10   A.    No, ma'am, because I don't do the form.

11 I do the preparation.

12   Q.    Okay.  Are there any other forms that

13 document whether the second set of chemicals was

14 prepared?

15   A.    No.

16   Q.    And were you involved in any of the

17 practice sessions leading up to Mr. Irick's execution?

18   A.    I don't recall.  Probably all of them.

19   Q.    Do you remember how many of them there

20 were?

21   A.    No, ma'am.

22   Q.    And I asked you this question about

23 Mr. Johnson.  I'll ask again for Mr. Irick.  Did you

24 measure the rate of injection of midazolam?

25   A.    There's no rate of injection.  I don't

1 understand what that is. That's -- we're talking

2 about, again, the size of the catheter, which vein was

3 used, how fast or slow it's pushed would determine how

4 it filled.

5     Q.    Okay. And how long was the tubing that

6 was used in Mr. Irick's execution?

7             MR. MITCHELL: Form.

8             THE WITNESS: I do not recall. I'm

9     assuming that we used somewhere around 120 inches.

10 BY MS. LEONARD:

11     Q.    Is that documented anywhere?

12     A.    No, I don't think so.

13             MR. MITCHELL: Form.

14             MS. LEONARD: Okay. I think this might

15     be a good stopping point for just a short break,

16     maybe a 10-minute break, until 5:00 Eastern/4:00

17     Central.

18             THE VIDEOGRAPHER: We're off the record

19     at 3:49 p.m.

20             (Recess at 3:49 p.m. to 4:01 p.m.)

21             THE VIDEOGRAPHER: We're back on record

22     at 4:01 p.m.

23             MS. LEONARD: Thanks for bearing with me,

24     Executioner. I think we're getting close to the

25     end. I just have a couple more questions for you.

**Gibson Court Reporting**

 1  BY MS. LEONARD:

 2      Q.      I want to go back to Exhibit 2.

 3      A.      Okay.

 4      Q.      These are the midazolam storage and

 5  preparation instructions.  Earlier, we read the first

 6  paragraph that talked about 24 hours at room

 7  temperature; three days at cold temperature,

 8  refrigerated; and 24 days frozen.

 9              When you go to retrieve the drugs with

10  the warden prior to the execution, are they at room

11  temperature?

12      A.      No, they're in the refrigerator.

13      Q.      They're in the refrigerator at that

14  point?

15      A.      Yes, yes.

16      Q.      Okay.  And how do you know that they're

17  not still frozen?

18      A.      Because you can see the liquid move

19  inside.

20      Q.      Are you the individual that moves the

21  vials from the freezer to the refrigerator?

22      A.      No.

23      Q.      Who does that, without giving me their

24  name?

25      A.      Well, it has to be the warden, because

1  he's the only one that got a key to it.

2      Q.      Okay.  So the first time that you ever

3  see the lethal injection drugs is when you pull them

4  from the refrigerator?

5      A.      No.  Sometimes when they're delivered to

6  the institution, like we talked about earlier today, I

7  like to be there to see if anything has changed.  What

8  kind of vials are they in, the size of the vials.  Are

9  there any instructions, special instructions, come with

10  them.

11          But I try and like to be there, and I

12  think most every time I have been, just to see what we

13  have and how I need to prepare them at practice.

14      Q.      Okay.  So you see them when they're first

15  delivered?

16      A.      Yes.

17      Q.      And then -- and then you sometimes see

18  them at practices?

19      A.      Yes.

20      Q.      Some of that was a little garbled, but I

21  think I got it.

22      A.      I see them at practice, I see them when

23  they're delivered, I see them when we pick them up to

24  use them.

25      Q.      On the night of the execution, you mean?

1   A.  Yes, yes.

2   Q.  Okay.  And do they look different between

3 those two points?

4   A.  No.

5   Q.  Okay.  So when you pick them up out of

6 the refrigerator, they look basically the same as when

7 they were delivered?

8   A.  No.  When they are delivered, at the time

9 it's frozen and put in the freezer.  Now, when I pick

10 it up to use it, they've moved from the freezer down to

11 the refrigerator and they're not frozen anymore.

12   Q.  Okay.  I see.  But you're not the person

13 who makes that move, though, right?

14   A.  No, I'm not.

15   Q.  And I just had another follow-up question

16 for you about the photos.  You mentioned that there

17 were not photos before the execution in the execution

18 chamber; is that right?

19   A.  That's correct.

20   Q.  Are there any photos taken in the lethal

21 injection room before the execution?

22   A.  There are no photos or cameras or

23 cellphones allowed in the execution area.  That's the

24 chamber, the lethal injection, where he's housed three

25 days before execution.  None of those are allowed.

1          The -- the medical examiner's office

2  shows up to get the body, and they take pictures then

3  before he is taken to the medical examiner's office.

4      Q.      Right, I remember you saying that.  But

5  the medical examiner's office is not allowed to take

6  any other photos, aside from those photos at the end?

7      A.      At the end, right.  That's the only

8  time -- they don't see the inmate until we get ready to

9  place him in the body bag, and they start taking

10  pictures and examine the body.

11      Q.      Okay.  And does the medical examiner ever

12  take pictures of the syringes?

13      A.      I don't know if it's the medical

14  examiner, somebody from your office.  And I don't

15  remember them taking pictures of the syringes.  I don't

16  remember.  It don't mean he didn't.  I just don't

17  remember.

18      Q.      So it's possible that someone from the

19  medical examiner's office does take photos of the

20  syringes?

21      A.      Could be.  I don't recall.

22      Q.      Would that be before the execution?

23      A.      Taking the pictures?  No.  There's no

24  cameras, no cellphones, no nothing allowed in that area

25  until the coroner's -- the medical examiner's office

Case 3:18-cv-01234   Document 184-1   Filed 03/17/22   Page 286 of 299 PageID #: 6045

```
 1   has access to take pictures after the execution.
 2        Q.        Okay.  I think I -- I've got you.  So no
 3   one from the medical examiner's office is allowed to
 4   come in until the execution is completed?
 5        A.        They're in a holding area close to the
 6   execution chamber.  They're not in contact with the
 7   inmate or anything.
 8        Q.        Okay.  And they're not -- and they don't
 9   interact with you at all?
10        A.        No, because I'm in the room.
11        Q.        Okay.
12        A.        I'm in that room for a while.
13                  And, now, could they make contact in the
14   area where they are?  Could they?  I'm not -- I'm busy.
15   I'm in the room busy, doing what I do.
16        Q.        Right.  So they're -- so they're not in
17   the lethal injection room with you while you're
18   preparing the drugs?
19        A.        The lethal injection room is big enough
20   for three people.  That's it.
21        Q.        And the three people are you, the
22   recorder, and the observer and never anyone else?
23        A.        That's correct.
24        Q.        Okay.  And no one ever takes photos of
25   what the three of you are doing in there?
```

1      A.    No, they better not take photos of

2  anything that has to do with the -- with the -- any

3  execution, other than the coroner's office takes

4  pictures when they pick up the body.

5      Q.    Why is it so important that no one take

6  any of those pictures before the execution?

7      A.    I'm not real sure, but I think it has to

8  do with state law.

9      Q.    Do you think there's a state law that

10  prohibits taking photos before an execution?

11      A.    Well, when you say "before," I don't know

12  how much you mean "before." While he's on death watch,

13  the execution and all that, I think so.

14      Q.    Okay. Are you aware that some states

15  perform executions by firing squad?

16      MR. MITCHELL: Form.

17      THE WITNESS: I've heard they have.

18  BY MS. LEONARD:

19      Q.    I'm sorry, could you repeat that answer?

20      A.    I've heard they have.

21      Q.    Do you know which states they are?

22      A.    No, I do not.

23      Q.    Do you know how many states allow that?

24      A.    I do not.

25      Q.    Do you carry a firearm?

```
1          A.      I do not.

2          Q.      Do you carry a firearm at work?

3          A.      I do not.

4          Q.      Do you have any firearms training?

5          A.      I do.

6          Q.      When did you complete firearms training?

7          A.      I did it for a number of years.  Now,

8   it's been two or three years since I have had a

9   requalification.  But I know about firearms, yes.

10         Q.      Okay.  And are you required to do that as

11  part of your job?

12         A.      Not for my job.

13                 MR. MITCHELL:  Objection.  Objection.

14         I'm going to instruct you not to answer,

15         Executioner.

16                 THE WITNESS:  Okay.

17  BY MS. LEONARD:

18         Q.      Without --

19                 MR. MITCHELL:  Pursuant to the protective

20         order.

21  BY MS. LEONARD:

22         Q.      Without -- without specifically

23  identifying anyone, do you know of anyone at TDOC

24  that's qualified to use a firearm?

25         A.      I know a lot of people are.
```

```
 1           Q.      A lot of people are, you said?

 2           A.      Yes.

 3           Q.      Okay.  And does TDOC provide firearms

 4  training?

 5           A.      They do.

 6           Q.      Does TDOC have access to firearms?

 7           A.      They do.

 8           Q.      Does TDOC have access to a shooting

 9  range?

10           A.      They do.

11           Q.      Does TDOC own firearms?

12                   MR. MITCHELL:  Objection to form.

13                   THE WITNESS:  Do they -- do they own

14           them?

15  BY MS. LEONARD:

16           Q.      Yes.

17           A.      They have -- yeah, the department has

18  firearms.

19           Q.      Okay.  And does the TDOC have access to

20  ammunition?

21           A.      Yes.

22           Q.      Does the TDOC have facilities where a

23  firing execution -- squad execution could take place?

24                   MR. MITCHELL:  Form.

25                   THE WITNESS:  I don't know what that
```

1        entails.

2   BY MS. LEONARD:

3        Q.        Could the TDOC use the firing -- the

4   shooting range that you mentioned before to conduct a

5   firing squad execution?

6                  MR. MITCHELL:  Objection to for.

7                  THE WITNESS:  I don't see how, because

8        you have to allow if there are witnesses.  You

9        have to allow victims, witnesses.  And there's a

10       lot more to it than just shooting somebody.

11  BY MS. LEONARD:

12       Q.        And so there wouldn't be room for that in

13  the current shooting range?

14       A.        No.  Not the way it is now, no.

15                 MR. MITCHELL:  Form.

16  BY MS. LEONARD:

17       Q.        Not the way it is now?  Okay.

18                 Could the TDOC execute somebody by firing

19  squad?

20                 MR. MITCHELL:  Same objection.

21                 THE WITNESS:  Could they?

22  BY MS. LEONARD:

23       Q.        Could they, yes?

24       A.        Is that a question?  Do I answer that?

25       Q.        You have to answer that, yeah.

```
 1                  MR. MITCHELL:  You can answer, yes.

 2                  THE WITNESS:  I think it would require a

 3          change in state law.  So no; until the law is

 4          changed, no.

 5   BY MS. LEONARD:

 6          Q.       And if the law changed, would the TDOC be

 7   allowed to do it?

 8                  MR. MITCHELL:  Same objection.

 9                  THE WITNESS:  What?  If -- if it's the

10          law, that's what we do.

11   BY MS. LEONARD:

12          Q.       Okay.  And if the law said Tennessee was

13   going to use a firing squad, would you be willing to

14   act as the executioner in that protocol?

15                  MR. MITCHELL:  Form.

16                  THE WITNESS:  When you say "firing

17          squad," I don't know how that works.  How does

18          that work?  Is that one person, six people?  One

19          loaded gun, six loaded guns?  We're inside,

20          outside?  Outside in the rain, the cold?  Inside,

21          where there's chance of ricochet?

22                  There's a lot of factors that would go in

23          to making that decision.

24   BY MS. LEONARD:

25          Q.       So whether or not you were willing to
```

1  participate would depend on the answer to those

2  questions?

3        A.      That, and probably a few more.

4        Q.      Okay.  And what if the execution protocol

5  under the state law were to execute someone by a single

6  bullet to the back of the head?  Would you be willing

7  to be the executioner for that protocol?

8            MR. MITCHELL:  Form.

9            THE WITNESS:  Those are the same

10       questions that I would have for a firing squad.

11 BY MS. LEONARD:

12       Q.      What if it were outside?

13           MR. MITCHELL:  Form.

14           THE WITNESS:  Outside?  Where are you

15       going to put the witnesses?  How did you protect

16       that from news media coverage with drones?  And

17       now there's -- there's a lot of things to

18       consider.

19           I've heard of people getting shot in the

20       head and surviving.

21 BY MS. LEONARD:

22       Q.      Well, let's assume that all those -- the

23 issues with the media and the witnesses were accounted

24 for, so there was a way that the witnesses could view

25 it; but no else who's not allowed to would be able to

1   see it, just like it is now for the lethal injection.

2               If that were the case, assuming that,

3   would you be willing to be the executioner who executes

4   someone by a single bullet in the back of the head?

5               MR. MITCHELL:  Form objection.

6               THE WITNESS:  We would have to cross that

7       bridge when we got do it.

8   BY MS. LEONARD:

9       Q.      Would you consider it?

10              MR. MITCHELL:  Form objection.

11              THE WITNESS:  I would consider anything,

12      but we would have to cross that bridge when we got

13      to it.

14  BY MS. LEONARD:

15      Q.      Okay.  And when you say you would

16  consider anything, if the state law were a different

17  set of drugs -- so something other than midazolam,

18  vecuronium bromide, and potassium chloride -- would you

19  still be willing to act as the executioner?

20              MR. MITCHELL:  Form objection.

21              THE WITNESS:  If the warden and the

22      commissioner asked me to, and state law, yes.

23  BY MS. LEONARD:

24      Q.      Okay.  And what if the state law were

25  such that they took away the vecuronium bromide so all

Case 3:18-cv-01234   Document 184-1   Filed 03/17/22   Page 294 of 299 PageID #: 6053

```
 1   you used was the midazolam and potassium chloride?
 2   Would you still be willing to act as the executioner?
 3                MR. MITCHELL:  Same objection.
 4                THE WITNESS:  I don't know what the drug
 5           does or doesn't do or how that affects anything.
 6           I don't know.
 7                All I can tell you, if the State passes a
 8           law that that's allowed, the warden or
 9           commissioner, whoever asked me to continue doing
10           what I'm doing, I would.
11   BY MS. LEONARD:
12       Q.      And would that be true even if the drugs
13   were administered orally instead of by injection?
14                MR. MITCHELL:  Same form objection.
15                THE WITNESS:  When you say "administered
16           orally," there'd be no need for an executioner.
17           They could take them themselves, I would think.
18   BY MS. LEONARD:
19       Q.      Well, would you be willing to make -- to
20   be the person who mixed up the drugs if that were
21   required?
22                MR. MITCHELL:  Same objection.
23                THE WITNESS:  If the state law and the
24           warden and commissioner asked me to do -- to
25           continue doing what I do, I would.
```

1   BY MS. LEONARD:

2       Q.      Okay.  And you raise an interesting

3   point, that maybe the inmate could do it by themselves.

4   Do you think that would be a good idea?

5                   MR. MITCHELL:  Same objection.

6                   THE WITNESS:  It don't matter what I

7           think.  It is what state law thinks and what I am

8           asked to do.

9   BY MS. LEONARD:

10      Q.      But you participated in creating this

11  protocol, right?

12      A.      I was asked to tell the part I do in

13  setting up the lines and having witnesses, as many as I

14  seen, to develop some of the procedures.

15      Q.      Okay.  And if the state law and the

16  warden and commissioner decided they were going to use

17  a different protocol, such as an oral -- an oral

18  administration of drugs, would you want to be involved

19  in that process?

20      A.      I never asked to be in another one.

21                  MR. MITCHELL:  Objection.

22                  THE WITNESS:  They -- they told me I

23          would be.  So if they told me I would be, I would

24          be.

25                  MS. LEONARD:  Okay.  I think we're almost

```
 1          at the end of this deposition.  Is it okay if we

 2          just go off the record for maybe five minutes,

 3          just so I can consult with my cocounsel here?

 4                  MR. MITCHELL:  Sure thing.

 5                  MS. LEONARD:  Okay.  Great.

 6                  THE VIDEOGRAPHER:  We're off the record

 7          at 4:15 p.m.

 8                  (Recess at 4:15 p.m. to 4:23 p.m.)

 9                  THE VIDEOGRAPHER:  We're back on record

10          at 4:23 p.m.

11   BY MS. LEONARD:

12          Q.      Executioner, is there anything that you

13   said here today that you feel the need to clarify?

14          A.      Nothing comes to mind right now.

15          Q.      Okay.  Or anything that you need to

16   restate or otherwise add to?

17          A.      No.  Maybe the fact that I should have

18   said it a different way or something, but no.  I was

19   sitting here thinking, and I -- I can't think of a

20   thing, no.

21          Q.      It's funny how that works.

22          A.      Yeah.

23          Q.      Did you take any notes during the

24   deposition today?

25          A.      I have not.
```

1      Q.      And did you take any -- do you have any

2  documents in the room with you, other than the ones

3  that we discussed together?

4      A.      I don't have any.

5      Q.      Okay.  So just the exhibits that we used,

6  and that's it?

7      A.      Just what you used on the computer.

8              MS. LEONARD:  Okay.  Great.  I think

9        that's all that I have.

10             MR. MITCHELL:  Okay.  Thank you.

11             THE VIDEOGRAPHER:  Okay.  We're off

12       record.  The time is 4:24 p.m.

13         (Proceedings concluded at 4:24 p.m.)

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                C E R T I F I C A T E

 2

 3   STATE OF TENNESSEE

 4   COUNTY OF KNOX

 5          I, Rhonda S. Sansom, RPR, CRR, CRC, LCR #685,

 6   licensed court reporter in and for the State of

 7   Tennessee, do hereby certify that the above videotaped

 8   videoconference deposition of EXECUTIONER was reported

 9   by me and that the foregoing 296 pages of the

10   transcript is a true and accurate record to the best of

11   my knowledge, skills, and ability.

12          I further certify that I am not related

13   to nor an employee of counsel or any of the parties to

14   the action, nor am I in any way financially interested

15   in the outcome of this action.

16          I further certify that I am duly licensed

17   by the Tennessee Board of Court Reporting as a Licensed

18   Court Reporter as evidenced by the LCR number and

19   expiration date following my name below.

20

21              [signature: Rhonda S. Sansom]

22         _____

23   RhondaSansom@gibsonreporters.c   Rhonda S. Sansom, RPR, CRR, CRC
           2021.08.02 16:00:41           Tennessee LCR# 0685
24   Signer:                            Expiration Date:  6/30/22
     CN=RhondaSansom@gibsonreporters.com

25
```

**Gibson Court Reporting**