EXHIBIT

10

# KING

## vs.

## PARKER, et al.

---

## GAIL VAN NORMAN, MD

## January 11, 2022

---



**Jenny Checuga, RPR, LCR**

Chattanooga (423)266-2332  Jackson (731)425-1222
Knoxville (865)329-9919  Nashville (615)595-0073  Memphis (901)522-4477
www.elitereportingservices.com

1              IN THE UNITED STATES DISTRICT COURT
              FOR THE MIDDLE DISTRICT OF TENNESSEE
2                    AT NASHVILLE

3  _____

    TERRY LYNN KING,
4

            Plaintiff,
5

    vs.                 Case No. 3:18-cv-01234
6

    TONY PARKER, et al.,
7

            Defendants.
8  _____

9

10

11

12

13         Videoconference Deposition of:
14
         GAIL VAN NORMAN, MD
15
         Taken on behalf of the Defendants
16         January 11, 2022
          Commencing at 9:15 a.m. CST
17

18

19

20

21  _____

22        Elite-Brentwood Reporting Services
          Www.elitereportingservices.com
23          Jenny Checuga, LCR, RPR
           Post Office Box 292382
24         Nashville, Tennessee 37229
           (615)595-0073
25

Case 3:18-cv-01234 Document 164-1 Filed 08/17/22 Page 1 of 295 PageID #: 7124
Elite-Brentwood Reporting Services (615) 595-0073
www.EliteReportingServices.com

```
1              A P P E A R A N C E S

2
     For the Plaintiff:
3
          MR. ALEX KURSMAN
4         MS. ANASTASSIA BALDRIDGE
          MS. HAYDEN NELSON-MAJOR
5         MS. LYNNE N. LEONARD
          Attorneys at Law
6         Federal Community Defender Office, PAED
          601 Walnut Street, Suite 545 West
7         Philadelphia, PA 19106
          (215)928-0520
8         alex_kursman@fd.org
          ana_baldridge@fd.org
9         hayden_nelson-major@fd.org
          lynne_leonard@fd.org
10

11        MR. JEREMY GUNN
          MS. SARAH BYER MILLER
12        Attorneys at Law
          Bass, Berry & Sims
13        150 Third Avenue South, Suite 2800
          Nashville, TN 37201
14        (615)742-7931
          jeremy.gunn@bassberry.com
15        smiller@bassberry.com

16

17
     For the Defendants:
18
          MR. ROBERT MITCHELL
19        MR. SCOTT SUTHERLAND
          MS. MIRANDA JONES
20        MR. CODY BRANDON
          Assistant Attorneys General
21        Office of the Tennessee Attorney
          General and Reporter
22        PO Box 20207
          Nashville, TN 37202-0207
23        (615)532-6023
          robert.mitchell@ag.tn.gov
24        scott.sutherland@ag.tn.gov
          miranda.jones@ ag.tn.gov
25        cody.brandon@ag.tn.gov
```

Case 3:18-cv-01234-Document-Report-Filed 09/17/22 Page 4 of 289 PageID #: 7123
FLORA BARNES, Court Reporter (615) 595-0073
www.EliteReportingServices.com

```
                              I  N  D  E  X

                                                      Page
        Examination
        By Mr. Mitchell                                5




                        E  X  H  I  B  I  T  S

                                                      Page

        Exhibit No. 1                                  6
             Notice of Subpoena

        Exhibit No. 2                                 73
             Report
```

```
 1           S T I P U L A T I O N S

 2

 3

 4          The videoconference deposition of GAIL

 5    VAN NORMAN, MD was taken by counsel for the

 6    Defendants, with all participants appearing in

 7    their respective locations, on January 11,

 8    2022, by Subpoena for all purposes under the

 9    Federal Rules of Civil Procedure.

10          All formalities as to caption, notice,

11    statement of appearance, et cetera, are waived.

12    All objections, except as to the form of the

13    questions, are reserved to the hearing, and

14    that said deposition may be read and used in

15    evidence in said cause of action in any trial

16    thereon or any proceeding herein.

17          It is agreed that JENNIFER CHECUGA, LCR,

18    RPR, and Court Reporter for the State of

19    Tennessee, may swear the witness, and that the

20    reading and signing of the completed deposition

21    by the witness were not discussed.

22

23

24

25
```

www.EliteReportingServices.com

```
 1                        *    *    *

 2                  GAIL VAN NORMAN,

 3   was called as a witness, and having first been

 4   duly sworn, testified as follows:

 5

 6                    EXAMINATION

 7   QUESTIONS BY MR. MITCHELL:

 8   Q.    Good morning, again, Dr. Van Norman.

 9   A.    Hi.

10   Q.    I know we introduced ourselves a moment

11   ago.  My name is a Rob Mitchell.  And I, along

12   with several cocounsel who are on this call,

13   represent the Defendants in this case.

14        Where are you located right now,

15   Dr. Van Norman?

16   A.    Seattle, Washington.  I am doing this

17   meeting from my home.

18   Q.    Okay.  And just a second, I'm turning up

19   my volume.

20        Is anyone present in the room with you at

21   your home?

22   A.    No, there's no one else in the house but

23   my faithful dog, Cedar.

24   Q.    And you've given a deposition before,

25   correct, Dr. Van Norman?
```

www.EliteReportingServices.com

```
 1    A.    I have, yes.

 2    Q.    You probably know how this works then,

 3    but just a couple of ground rules I'd like to

 4    go over before we begin.

 5          If you don't hear what I say, please ask

 6    me to repeat.  Can you agree to that?

 7    A.    Oh, sure.  Yeah.

 8    Q.    Okay.  And if you don't understand what

 9    I'm asking, can you ask me to clarify?

10    A.    Will do.

11    Q.    Okay.  And I'm sure you know this, breaks

12    are okay, but we can't take a break between me

13    asking a question and you answering that

14    question.

15    A.    Understood.

16    Q.    Okay.  Now, I'm going to show you

17    Exhibit 1 in this case, which is the notice of

18    subpoena for deposition and to produce

19    documents.

20              (WHEREUPON, a document was marked as

21    Exhibit Number 1.)

22    BY MR. MITCHELL:

23    Q.    And can you see this, Dr. Van Norman?

24    A.    I can, thank you.

25    Q.    Okay.  And have you seen this before?
```

```
 1    A.    Well, looking at it at this moment, it
 2    looks like the subpoena I received that was
 3    passed on to me by Mr. Kursman.
 4    Q.    And one other rule since we're doing this
 5    over Zoom, because of issues with Zoom on the
 6    screen and, you know, what percentage of a
 7    document is able to be visible, if you ever
 8    need me to scroll up or scroll down or go to
 9    another page, you're welcome to ask me to do
10    that.
11    A.    Thank you.
12    Q.    Sure.  Let me scroll down.
13          You see the date right there for
14    December 14th, 2021?
15    A.    Yes.
16    Q.    Okay.  And is this the subpoena you
17    received for today's deposition?
18    A.    I believe so, yes.
19    Q.    Okay.  When did you receive a copy of
20    this document?
21    A.    I don't recall the specific date, but it
22    was very shortly after the date you showed
23    above.  It was sometime in December.
24    Q.    Okay.  And have you produced the
25    subpoenaed materials to your attorneys?
```

Case 3:18-cv-01234-B Document Report Filed 09/17/22 Page 9 of 289 PageID #: 7130
FIU294-Brennan Reporting Services (615) 595-0073
www.EliteReportingServices.com

```
 1    A.    I have.

 2    Q.    Okay.  Well, let's just go through those

 3    briefly.

 4          MR. KURSMAN:  I'm going to object at

 5    this point.  To the extent, Rob, that you're

 6    calling for answers regarding discussions

 7    between Plaintiff's counsel and Dr. Van Norman,

 8    we've responded to these requests via e-mail,

 9    so I will instruct Dr. Van Norman not to get

10    into discussions that she had with Plaintiff's

11    counsel.

12          MR. MITCHELL:  Are you instructing

13    her not to answer whether she has produced

14    documents or as to content of conversations

15    with Plaintiff's counsel?

16          MR. KURSMAN:  Well, the contents of

17    the conversations with Plaintiff's counsel.

18    You can ask your questions, and then I'll

19    decide one by one whether to object.

20          MR. MITCHELL:  Okay, that sounds

21    good.

22    BY MR. MITCHELL:

23    Q.    Do you understand that, Dr. Van Norman?

24    A.    To the extent that I understand legal

25    language, yes.
```

```
 1    Q.    Okay.  So do you see these requests, and

 2    Requests 1, 2, 3, 4 are shown on the screen?

 3    A.    I do see them, yes.

 4    Q.    Did you produce your entire file on this

 5    case to Plaintiff's counsel?

 6    A.    Yes.

 7    Q.    Okay.  Did you produce all documents and

 8    communications regarding this litigation to

 9    Plaintiff's counsel?

10    A.    I believe so, yes.  Yes.

11    Q.    Have you produced your complete time and

12    billing records in this litigation to

13    Plaintiff's counsel?

14    A.    Yes.

15    Q.    Have you produced all documents and

16    communications describing the nature and scope

17    of your work in this case to Plaintiff's

18    counsel?

19    A.    Yes.

20    Q.    Do you see now Numbers 5 through 8?

21    A.    Yes.

22    Q.    Okay.  And --

23          MR. KURSMAN:  I will object to the 5,

24    6.  To the extent that these are communications

25    between counsel and their expert, I will object
```

Case 3:18-cv-01234-B Document 184 Filed 03/17/22 Page 11 of 289 PageID #: 7132
ELITE B Document Reporting Services (615) 595-0073
www.EliteReportingServices.com

```
 1    at this point and instruct Dr. Van Norman not

 2    to answer as to whether she provided us with

 3    this information.

 4              MR. MITCHELL:  Okay, and that was --

 5    so you're instructing Dr. Van Norman not to

 6    answer regarding Requests 5 and 6?

 7              MR. KURSMAN:  5, 6, 7, 8, 9, 10, 11,

 8    12, 13 and 14.

 9              MR. MITCHELL:  Okay.

10              All right.  If I didn't say it

11    already, we'll have it marked as Exhibit 1,

12    please.

13    BY MR. MITCHELL:

14    Q.    Okay.  Dr. Van Norman, are you under the

15    influence of anything that could hinder your

16    ability to testify truthfully today?

17    A.    No.

18    Q.    Okay.  Including -- are you under the

19    influence of any medications that could affect

20    your ability to testify truthfully?

21    A.    No.

22    Q.    Do you have any medical condition that

23    could affect your testimony today?

24    A.    No.

25    Q.    Did you speak with anyone in preparation
```

Case 3:18-cv-01234-B Document 184-10 Filed 06/17/22 Page 12 of 289 PageID #: 7133
Elite Litigation Reporting Services (615) 595-0073
www.EliteReportingServices.com

```
1    for your testimony today?
2    A.    Yes.
3    Q.    And who did you speak with in preparation
4    for your testimony?
5    A.    I met with Mr. Kursman and counsel in his
6    office.  I didn't meet in his office, I met
7    with people from his office.
8    Q.    Was that meeting over some sort of medium
9    like Zoom or Teams or Webex, or was it over the
10   phone?
11   A.    It was a phone meeting.  Oh, wait, wait.
12   No, it was over Zoom.  I apologize.
13   Q.    That's okay.
14         When was that meeting?
15   A.    It was on Friday, I believe, of last
16   week.
17   Q.    Okay.  Did you only have one meeting with
18   Mr. Kursman and other attorneys for the
19   Plaintiff in this case?
20   A.    One meeting the entire case -- time the
21   case has been --
22   Q.    Let me clarify that.  Good example of the
23   ground rule we went over.
24         Since submitting your expert report in
25   this case, how many times have you met with
```

Case 3:18-cv-01234-BEN-MDD   Document 184   Filed 03/17/22   Page 13 of 289   PageID #: 7134
Elite Reporting Services
www.EliteReportingServices.com

1    Mr. Kursman or other Plaintiff's counsel?

2    A.    Can you -- I'm sorry, I need a

3    clarification of what you consider "meeting."

4    I mean, we've communicated, but I don't know

5    what you mean by "meeting."

6    Q.    Sure.  We can break that down.

7    A.    Yeah.

8    Q.    Since November 17th, how many Zoom or

9    Teams or Webex meetings have you had with

10   Plaintiff's counsel?

11   A.    Just the one.

12   Q.    Okay.  And how many -- since

13   November 17th, how many phone calls have you

14   had with Plaintiff's counsel?

15   A.    I may have -- I don't recall exactly.  I

16   may have had two or three brief phone calls to

17   clarify materials and things like that.

18   Q.    And were all of those phone calls in

19   preparation for your testimony today?

20   A.    Not directly, no.

21   Q.    Were any of them in preparation for your

22   testimony today?

23   A.    No, none of them.  The only -- no.

24   Q.    So the only meeting in preparation for

25   your testimony today that you had with

Case 3:18-cv-01124-B Document 184 Filed 05/17/22 Page 14 of 289 PageID #: 7135
ELITE B Document Reporter Services (541) 259-0123
www.EliteReportingServices.com

```
 1    Plaintiff's counsel was the Zoom meeting?

 2    A.     That's correct, yes.

 3    Q.     And during that Zoom meeting, did

 4    Plaintiff's counsel show anything to you?

 5    A.     Not that I recall, no.

 6    Q.     Did they read anything to you?

 7    A.     Again --

 8           MR. KURSMAN:  I'm going to --

 9    Dr. Van Norman, I'm going to object to the

10    extent that it -- Mr. Mitchell's questions are

11    getting into conversations between counsel and

12    Dr. Van Norman.

13    BY MR. MITCHELL:

14    Q.     How long was the meeting with Plaintiff's

15    counsel that was over Zoom in anticipation of

16    your testimony today?

17    A.     I think it was about two-and-a-half

18    hours.  It might have been three.

19    Q.     Did you speak with anyone else, other

20    than Plaintiff's counsel, in anticipation of

21    your testimony today?

22    A.     No.

23    Q.     Did you review anything to prepare for

24    your testimony today?

25    A.     I did.
```

Case 3:18-cv-01124-B Document 184-10 Filed 03/17/22 Page 15 of 289 PageID #: 7136
Elite Reporting Services  (555) 299-9999
www.EliteReportingServices.com

```
 1    Q.    What did you review to prepare for your
 2    testimony?
 3    A.    I reviewed my expert report.
 4    Q.    Okay.  Did you review anything beside
 5    your expert report?
 6    A.    Well, it depends on what you would
 7    consider preparation for today.  I mean, not
 8    specifically, but I have reviewed other
 9    materials in the course of my work.
10    Q.    In the last two weeks, what materials
11    have you reviewed for your work in this case?
12    A.    In the last two weeks, I -- I've reviewed
13    expert reports from the Defendants and expert
14    reports from the Plaintiff.
15    Q.    Which Plaintiff's expert reports have you
16    reviewed in the last two weeks?
17    A.    I have reviewed -- I'd have to look
18    at the name -- I'm sorry, names don't stick
19    with me, but I've reviewed Dr. Antognini's
20    expert report.  There was a medical examiner.
21    I believe there was a pharmacist.  And I think
22    I'm forgetting one, but I would have to look at
23    the file to see.
24    Q.    And those -- those were the reports
25    provided by Defendants in that case?
```

Case 3:18-cv-01234-B Document 184 Filed 03/17/22 Page 16 of 289 PageID #: 7137
Elite Reporting Services
www.EliteReportingServices.com

```
 1    A.    I'm sorry, that -- yes.  Yes, that's
 2    correct.
 3    Q.    Which expert reports provided by
 4    Plaintiffs did you review in the last two
 5    weeks?
 6    A.    I reviewed Dr. Stephen's report.  I, of
 7    course, reviewed my own report.  Again, I'm
 8    forgetting the names of a couple of experts, so
 9    I'd have to look.  I believe there were four
10    reports that I reviewed.
11    Q.    To your knowledge, did you review all of
12    Plaintiff's expert reports?
13    A.    I reviewed all that were sent to me, yes.
14    Q.    Where did you attend high school,
15    Dr. Van Norman?
16    A.    I attended Issaquah High School in
17    Issaquah, Washington.
18    Q.    And did you go to college after high
19    school?
20    A.    I did.  I went to the University of
21    Washington.
22    Q.    Did you take any time between graduating
23    high school and going to college?
24    A.    No, uh-uh.
25    Q.    And you said you went to college at the
```

Elite Reporting Services (615) 595-0073
www.EliteReportingServices.com

1    University of Washington?

2    A.     I went to undergraduate at the University

3    of Washington.  That's correct.

4    Q.     And did you get a bachelor's degree

5    there?

6    A.     I got an honors bachelor's degree there,

7    yes.

8    Q.     What was that bachelor's degree in?

9    A.     Microbiology.

10    Q.     And what year did you receive that

11    degree?

12    A.     1977.

13    Q.     And after receiving your bachelor's, did

14    you pursue your education further?

15    A.     Yes.

16    Q.     Okay.  What did you do next to pursue

17    your education?

18    A.     I went to medical school.  I started in

19    1977.

20    Q.     And did you graduate from medical school?

21    A.     Yes, I did.

22    Q.     I'm sorry, can you say that again?

23    A.     I apologize.  Yes.

24    Q.     And where did you graduate -- where did

25    you graduate from medical school?

Case 3:18-cv-01234-B Document 184 Filed 03/17/22 Page 18 of 289 PageID #: 7139
Elite Reporting Services  (615) 595-0073
www.EliteReportingServices.com

```
 1   A.    The University of Washington, also.

 2   Q.    And what year was that?

 3   A.    That was 1981.

 4   Q.    And so, did you get an MD degree there?

 5   A.    I did, yes.

 6   Q.    And where did you do your residency?

 7   A.    I did two residencies.  So I first went

 8   to Virginia Mason Hospital to do internship and

 9   then internal medicine residency.  And then I

10   did an anesthesia residency -- anesthesiology

11   residency at the University of Washington

12   starting in 1986.

13   Q.    And did that anesthesiology residency

14   translate into full-time employment?

15   A.    Yes.  Very full time.

16   Q.    Yes.

17         And are you still with the University of

18   Washington today?

19   A.    Well, still -- yes, I'm with University

20   of Washington today, but I've had employment

21   with private anesthesiology groups in my

22   career, as well.  So I've worked continuously

23   as part of the University of Washington, but

24   I've also had other employers.

25   Q.    In what areas do you currently practice
```

Elite Reporting Services
www.EliteReportingServices.com

```
 1    medicine, Dr. Van Norman?
 2    A.    Anesthesiology and perioperative
 3    medicine.
 4    Q.    And since completing your residency, have
 5    you ever practiced any other areas of medicine?
 6    A.    Well, yes, I -- since graduating
 7    anesthesia -- anesthesiology residency or
 8    internal medicine residency?
 9    Q.    Let's stick with the anesthesiology
10    residency.
11    A.    Other than -- yeah, it's
12    been anesthesiology and/or perioperative
13    medicine since graduation from the
14    anesthesiology residency, yes.
15    Q.    Can you break down when you practiced
16    perioperative medicine?
17    A.    Well, all the way through, but it really
18    became known as kind of a subset of the
19    specialty of anesthesiology probably in the
20    late 1990s.
21          So everybody practices a form of
22    perioperative medicine, but I've also --
23    besides operating room medicine, I've also
24    concentrated in clinical perioperative medicine
25    where we actually prepare patients for surgery
```

```
1    ahead of time.  So there's a slight difference
2    in what I do than what most anesthesiologists
3    do.
4    Q.    Okay.  Can you describe that difference a
5    little more for me?  Yeah, can you describe
6    that -- the difference between what you do and
7    what typical anesthesiologists do?
8    A.    Well, when we talk about
9    perioperativeness and we're talking about sort
10   of taking care of the patient both before
11   their -- they come to surgery, in the surgery,
12   and also postoperatively, after surgery, which
13   may mean pain management and in-hospital
14   management of hospital patients.
15          So every anesthesiologist does some of
16   that, but I also am specialized in preparing
17   patients for surgery.  So when a patient, for
18   example, with medically complex problems gets
19   to their surgeon for a surgery that's being
20   planned, I will often see them or contact them
21   or review their medical status in some way to
22   determine, one, do we know everything we know
23   about the patient that we need to for surgery;
24   two, are their medical problems adequately
25   stabilized to undergo the surgery; three, are
```

Elite Reporting Services * (615) 595-0073
www.EliteReportingServices.com

1    there tests that I should order or someone else

2    should order to give us more information and/or

3    help us stabilize them if they're not.

4        I will consult with the providers, the

5    surgical providers and the medicine consult

6    people in the hospital about what we would like

7    to see happen to stabilize patients before

8    surgery.  And then we communicate and sometimes

9    coordinate special scheduling for the patient;

10   meaning, if we think their anesthesia care

11   might require a very specialized anesthesia

12   provider, we coordinate with the schedule to

13   make sure that happens.

14       So we do a form of internal medicine

15   prior to the patient's surgery, and then we are

16   less involved with the postoperative -- I am

17   less involved with the postoperative

18   management, except when I'm performing

19   anesthesia as a -- as -- in the operating room,

20   so...

21   Q.   And how often are you performing

22   anesthesia in the operating room?

23   A.   These last few months, I'm not doing any

24   because of the pandemic.  I have medical

25   conditions that make it particularly high risk

Case 3:18-cv-01124-B Document 184-1 Filed 06/17/22 Page 22 of 289 PageID #: 7243
EliteReporting Services (214) 520-3768
www.EliteReportingServices.com

```
 1    if I catch COVID.  And at the time, we were

 2    about -- we were partially into the pandemic

 3    when we realized that I -- I was really doing

 4    virtually all high-risk surgeries to catch

 5    COVID.  I was doing things called

 6    bronchoscopies and navigation bronchoscopies

 7    and endoscopies.  And so, both being medically

 8    at risk myself, plus doing the high-risk

 9    procedures, there were a number of us,

10    including myself, that decided not to do

11    operating room care, anticipating that the

12    pandemic would be over in a few months.  But,

13    of course, it's drug on.

14         So for a few months now, I haven't done

15    operating room anesthesiology, but I've

16    continued doing active perioperative care.  And

17    if the pandemic ends before I retire, I

18    would -- I would go back to the operating room.

19    Q.    So let's rewind and go pre-pandemic.

20    Let's say in 2019, how many operating room

21    anesthesias were you performing in a given

22    month?

23    A.    Oh, gosh.  That's so long ago now.  I was

24    probably doing around 80 per month, something

25    like that, at that time.
```

```
 1    Q.    In 2019?
 2    A.    Yeah.  That's a guesstimate.  I'd have to
 3    go back and look at my calendar and see, but I
 4    think that it would be more in months where I
 5    was in the operating more and less in clinic,
 6    but if I gave an average, probably about that.
 7    Q.    When you're in the operating room, can
 8    you walk me through what your role is and what
 9    your responsibilities are related to
10    anesthesia?
11    A.    Well, our responsibilities begin before
12    the operating room, which is, I review my
13    patient's medical history.  If I wasn't the one
14    to do the preoperative clinic visit, I review
15    my patient's medical history and determine and
16    plan what I think will be the best course of
17    anesthesia care for them.
18          Then I meet the patient and go through
19    that medical history and do a physical exam to
20    be sure that they do -- that the picture I have
21    of them on the day of surgery indicates that
22    they are stable and that I do know what I need
23    to know for them medically.
24          And presuming that that's all in line, I
25    then will usually start -- at least start an IV
```

Elite Reporting Services (615) 595-0073
www.EliteReportingServices.com

because we'll need to be giving medications

       through the IV.  And the reason I say "usually"

       is that sometimes the nurses will do that for

       us, but I personally do that most of the time.

       I place the monitors, take the patient to the

       operating room where we then transfer them to

       the monitors and the machines in the operating

       room.

              I administer medications that help them

       feel comfortable and relaxed.  When everybody

       is prepared and ready in the operating room and

       we've confirmed that the patient is the correct

       patient and that we all agree on what surgery's

       going to be done and we confirm that with the

       patient, I'll usually go ahead and use

       medications to sedate them and to help them

       fall asleep.

              If they require airway manipulation, I

       carry that out.  And then I begin the period of

       maintenance anesthesia where we are -- where

       the surgery after that -- well, the patient's

       usually being prepped and draped, and then the

       surgery begins and I have to adjust all of my

       medications and start watching the surgical

       field to do a continual adjustment of

1    medications to meet surgical stimulus.

2         When the surgeon is -- has finished the

3    surgery, then I go through a process of

4    withdrawing medications from the patient so

5    that they can become arousable again and be

6    safe to transfer to the care of another in the

7    recovery room.

8         We monitor them continuously from the

9    time they enter the pre-op holding area to the

10   time we take them to the recovery room.  And

11   then after that, I'm still responsible to go

12   and assess their wellbeing and assess how well

13   they're recovering from the anesthetic and from

14   the surgery, whether they have good pain

15   control, whether they're suffering any

16   immediate complications that require treatment,

17   call those to the attention of the surgeon if

18   they're appropriate or deal with them myself,

19   and determine whether it's appropriate and safe

20   to discharge the patient home if they're going

21   home or discharge them to the ward in the

22   hospital if they're going to ward care.

23   Q.    That's helpful, thank you.

24         So as an anesthesiologist, when you're

25   monitoring a patient during surgery, what are

Case 3:18-cv-01234-B Document 184 Reporting Services Page 26 of 289 PageID #: 7247
FD1234B Document 184 Filed 06/17/22 es Page (265) 229-0303
www.EliteReportingServices.com

```
1    you monitoring?

2    A.    We're monitoring a lot of things.  We're

3    physically monitoring the patient for signs of

4    distress, and that may include things like --

5    we use almost all of our senses.  We use touch

6    and hearing and eyesight to show, for example,

7    is the patient -- when they're under -- let me

8    back up.

9          Did you ask me under anesthesia?  Is that

10   when you were --

11   Q.    Presumably under anesthesia, because I'm

12   asking about during surgery.

13   A.    Oh, great.

14   Q.    Hopefully they're under anesthesia.

15   A.    Thank you.

16         So I'm monitoring whether the patient's

17   tearing, for example, sweating as though

18   they're under stress.  I'm monitoring heart

19   rate and blood pressure.  I'm monitoring things

20   like, is their respiratory -- it depends

21   large -- it -- I should say all my monitoring

22   also depends not only what surgery's going on

23   but what type of anesthetic I'm doing.

24         So, for example, if I'm doing an

25   anesthetic that is requiring the administration
```

Case 3:18-cv-01234-B   Document 184   Filed 06/17/22   Page 27 of 289   PageID #: 7248
EliteReportingServices.com
www.EliteReportingServices.com

1    of a muscle relaxant, I have a nerve twitch
2    monitor that helps me to monitor whether, in
3    fact, they are paralyzed or not, or whether the
4    muscle relaxant needs re-dosing.
5         I am also monitoring the clock because
6    there are certain medications that we give
7    during surgery that are timed dosing, so I have
8    to be sure and make sure that those go in on
9    time.
10        And I'm monitoring the surgery.  I mean,
11   that's important to say, because the anesthetic
12   varies -- that I have to administer varies a
13   lot during the course of one surgery, depending
14   upon what the surgeon is doing.
15        I'm also monitoring to see when it's
16   appropriate to time various aspects of the
17   anesthetic, okay?  So I might be monitoring
18   whether the surgeon has, for example, curtailed
19   the surgery earlier than normal, and so I need
20   to be adjusting the medication accordingly, or
21   perhaps the surgeon has run into trouble and
22   needs different operating conditions.
23        So let's -- I'll give you an example,
24   just so that seems clear.  Let's say the
25   surgeon accidentally tears a significant blood

Elite Reporting Services
www.EliteReportingServices.com

1    vessel and the patient starts to bleed, I may

2    have to administer medications to lower the

3    patient's blood pressure so that they're

4    bleeding less so that the surgeon can see

5    better and also that there would be less blood

6    loss until the -- until he or she is able to

7    manage it.

8         I'm taking as an example a general

9    surgery case rather than, like, a neurosurgery

10   case, which would require different monitors of

11   the brain than we would use in the general

12   operating room.  So I'll give you that caveat.

13   Q.    So let me ask you this:  What's a typical

14   surgery case?  Can you give me some examples of

15   those, typical surgery cases you're involved in

16   or used to be involved in in the OR?

17   A.    You mean what kinds of surgeries?

18   Q.    Yes.

19   A.    What is called a -- you know, what is a

20   bread-and-butter -- what we call a

21   bread-and-butter anesthesia case, because I

22   also subspecialize in heart surgery.  So

23   bread-and-butter case might include any what we

24   call intracavitary surgery, so surgery within

25   the chest, within the belly, within the pelvis.

1   So let's say you had colon cancer, we might be

 2   resecting that.

 3       Bread-and-butter cases also include

 4   orthopedic cases such as major hip surgery,

 5   knee surgery, et cetera.  They would be GYN

 6   cases such as hysterectomies.  ENT cases such

 7   as sinus surgeries.  Those are the ones that

 8   come to mind to me as being sort of mainstream.

 9   There are lots of other surgeries that all

10   anesthesiologists participate in but that

11   sometimes require specialty anesthesia care,

12   so...

13   Q.   So you talked about how you use at least

14   three senses when you're monitoring a patient

15   during surgery.  We talked about eyesight.  Can

16   you tell me a little bit about touch, how you

17   use sense of touch when you're monitoring a

18   patient?

19   A.   Well, a number of different ways.  For

20   example, I -- if I think a patient is stressed,

21   I may place my hands on the skin of their face,

22   if that's what's close to me, to see if they've

23   become hot.

24       I'm also monitoring the patient's

25   temperature, by the way, for other reasons

Case 3:18-cv-01234-B   Document 184   Filed 05/17/22   Page 30 of 289   PageID #: 721
EliteReportingServices.com
www.EliteReportingServices.com

1    because certain reactions to anti -- number

2    one, certain reactions to anesthesia can cause

3    a severe temperature.

4         I also use my fingers to tell me if the

5    patient's getting cold because getting cold

6    leads to certain postoperative complications,

7    in addition to monitoring their core

8    temperature.  So I might touch them there, I

9    might touch them to see if they're sweaty, for

10   example.  Are they acting like they're under

11   stress, so sweat is another sign of that.  You

12   don't usually see people sweat under surgery.

13        And I also may use my sense of touch in

14   other ways.  I mean, there might be times in

15   which I want to -- I know the patient has a

16   pulse, but I want to feel what that pulse is

17   like.  Is it strong and bounding, is it meek

18   and thready?  The monitors don't tell me that.

19   They just tell me that the pulse is there.

20        I may want to see if the muscles are

21   tight in certain aspects on the patient, so I

22   may feel those with my fingers.

23   Q.   Are there any other ways you rely on the

24   sense of touch when you're monitoring a patient

25   during surgery?

Elite Reporting Services (615) 595-0073
www.EliteReportingServices.com

```
 1    A.    Probably, but I don't know that I'm
 2    covering them all here.  I don't want to say
 3    that I've told you every single way in which I
 4    use my sense of touch, so -- I've covered the
 5    major ones, yes.
 6    Q.    Are these ways of monitoring the patient,
 7    are these all standardized?
 8    A.    Some of them are and some of them are
 9    not.
10    Q.    How do we -- or how do you know which
11    ones are and which ones aren't?
12    A.    Are you asking the question about
13    monitoring in general or are you asking about
14    touch specifically?
15    Q.    Let's start with touch.
16    A.    There aren't really -- because touch is a
17    subjective feeling, I don't -- I can't think of
18    an example to give you of a standardized way to
19    use my touch sense to monitor patients.  You
20    know, I -- I'm using a sense that I, myself,
21    have a subjective feeling of or I might be
22    using my sense of touch to compare how the
23    patient feels at one point than another in the
24    case, but I can't think of an example at this
25    moment of a standardized test for touch.
```

ELITE Court Reporting Services
www.EliteReportingServices.com

```
 1    Q.    Are the means of monitoring a patient

 2    during surgery via the sense of touch that

 3    you've described common among

 4    anesthesiologists?

 5    A.    I presume so, yes.

 6    Q.    But you don't know?

 7    A.    I -- I think so, yes.

 8    Q.    Okay.  Are there other common means of

 9    monitoring a patient by the sense of touch that

10    we haven't talked about?

11    A.    As I said, I'm just not thinking of any

12    right now.  I'm not going to tell you they

13    don't exist, but at this moment, those are the

14    ones I think -- I can think of.

15    Q.    Okay.  What about the sense of hearing,

16    how do you use your sense of hearing when

17    you're monitoring a patient during surgery?

18    A.    Well, the most common way sense of

19    hearing is used with direct monitoring of the

20    patient is we're listening to sounds that the

21    electronic and mechanical monitors are making,

22    as well as the sounds of our equipment.

23          So, for example, when we say we listen to

24    the patient's heartbeat, which we do all the

25    way through surgery, I don't mean that I lay my
```

Elite Reporting Services (615) 595-0073
www.EliteReportingServices.com

```
 1    ear on their chest and listen to their heart
 2    that way.  What I mean is that I'm listening to
 3    the monitor making a beeping sound.  It tells
 4    me that the patient's heart is beating.
 5         And all of the different monitors have
 6    different tones and sounds that I listen to to
 7    tell me things like, first of all, does the
 8    patient have a heartbeat; how fast is it
 9    beating; is it regular or irregular; is the
10    pulse oximeter telling me that the oxygen
11    saturation is within normal range; is it
12    rising; is it falling; is my ventilator
13    sounding appropriate; is it struggling to get
14    air into the patient or is it not?
15         Is my -- are any of the alarms that are
16    going -- that I have set on my machine to tell
17    me that I should look, they aren't necessarily
18    alarms that tell me anything's wrong, but they
19    tell me, I don't want that blood pressure, say,
20    above 150, so I'm going to set an alarm to tell
21    me when it gets to 140 so that I look and see
22    what's happening.  And there are multiple,
23    multiple such alarms that we listen to in the
24    operating room.
25         We also listen to things that the
```

Elite Reporting Services · Certified Court Reporters
www.EliteReportingServices.com

1    surgeon's saying about what's going on in the

2    surgery.  We listen to the patient, if the

3    patient is making noises, to see if they --

4    what kinds of noises that they might be making.

5         And I've probably covered most of them, I

6    may have missed some of them.

7    Q.    What are noises patients make during

8    surgery?

9    A.    Under general anesthesia?

10   Q.    Sure.

11   A.    It's rare for someone to make any sounds

12   under general anesthesia, particularly during

13   bread-and-butter surgeries, we usually have

14   them paralyzed and they don't make noises.

15        But, for example, as I'm getting them off

16   to sleep, they might look or sound distressed.

17   As they're waking up, they may look or sound

18   distressed.  So, for example, if they're waking

19   up and now they're not paralyzed and they're

20   moaning, then I know I haven't given them

21   enough pain medicine, and I will be not waiting

22   for them to be able to tell me that, I'm going

23   to give them pain medicine beforehand.

24        There are sometimes sounds that patients

25   make unintentionally -- well, I shouldn't even

Case 3:18-cv-01234-B   Document 184   Filed 06/17/22   Page 35 of 289   PageID #: 7356
EliteReportingServices.com
www.EliteReportingServices.com

```
1    say -- well, the patient makes the sound, but
2    it's not that the body, per se, is making the
3    sound.  For example, the -- if I have a
4    breathing tube in them or an LMA, there may be
5    leakage around those, and so I may hear sighing
6    or bubbling or gurgling that are not sounds
7    that the patient is trying to make.  These are
8    sounds that the secretions of the patients are
9    making against the equipment, but we call
10   them the sound -- you know, the patient has a
11   gurgling sound or whatever.
12         So I -- those are the things I'm thinking
13   of right now.  Does that answer your -- the
14   question that you were --
15   Q.    That's helpful.
16         Do you ever hear the gurgling sound when
17   a patient isn't intubated?
18   A.    Sure.
19   Q.    Is that common?
20   A.    Sure.
21   Q.    What sounds do patients make when they're
22   not under general anesthesia?
23   A.    Well, it could be anything.  I could be
24   doing monitored anesthesia care in a patient
25   who has regional anesthetic in and having a
```

Case 3:18-cv-01234-B Document 184-1 Filed 03/17/22 Page 36 of 289 PageID #: 7157
EliteReportingServices
www.EliteReportingServices.com

1    conversation with them, you know.

2         So the patients can alert us to the fact

3    that they're becoming uncomfortable if they

4    aren't under general anesthesia.  They can

5    tell -- they are able to communicate more

6    directly with us and tell us what might make

7    them more comfortable.  It's not always and not

8    even often that they would be uncomfortable

9    from what the surgeon is doing.  It might be,

10   for example, that they're now positioned on a

11   table or that they need to be repositioned so

12   that they don't have pressure, things like

13   that.

14        They can tell me that they're distressed

15   psychologically, that they're feeling anxious

16   and ask me if I can give them something for

17   that.  They may -- I mean, it's anything.  If

18   they have a sudden pain for whatever reason,

19   they may yelp or make a sound that indicates

20   pain.  They may -- if they sort of drift off to

21   a light sleep, they might snore and wake

22   themselves up, so I might hear those sounds.

23        So it's -- there's a multitude of sounds

24   that people make in the operating room.

25   Q.    Do patients snore under general

Case 3:18-cv-01234-B   Document 184   Filed 06/17/22   Page 37 of 289   PageID #: 7358
ELITE Document Reporting Services
www.EliteReportingServices.com

```
 1    anesthesia ever?

 2    A.    Yes, but they don't have to be under

 3    general anesthesia to snore.

 4    Q.    But under general anesthesia, they can

 5    snore?

 6    A.    They can if -- a snore is a sound when

 7    the airway is narrow and the air is rushing

 8    through and making a loud noise.  That's what

 9    snoring is caused.  And that can happen under

10    general anesthesia, yes.

11    Q.    And during surgery, you talked about

12    machines and instruments, what machines and

13    instruments are you relying on to monitor a

14    patient?

15    A.    Well, obviously blood pressure, an EKG

16    would be standard of care, as is pulse

17    oximetry.  We use -- those are the main

18    monitors that are standard of care right now.

19          Capnography, which is monitoring the

20    amount of carbon dioxide that a patient's

21    exhaling, is another monitor we commonly use,

22    although it's not required.

23          There are monitors, as I mentioned, of

24    nerve twitch that are commonly used to tell us

25    if the patient needs muscle paralysis.
```

Elite Reporting Services
www.EliteReportingServices.com

```
 1   Q.    As an anesthesiologist, are there any

 2   other machines you commonly use when a patient

 3   is undergoing surgery?

 4   A.    Well, I mean, sure.  I mean, there are --

 5   well, "commonly" is a -- any monitors we

 6   commonly use.  I'm sorry, we do -- well, no.

 7   Our machines will monitor our ventilator -- our

 8   ventilator function, for example, peak

 9   inspiratory pressure, tidal volumes, how

10   much -- if we're ventilating the patient, if

11   the patient's been given assistance.  So we

12   monitor that commonly.

13         I need to walk myself through a common

14   case here for a second.

15   Q.    Take your time.

16   A.    Yeah, I think I mentioned blood pressure

17   already.

18         There are more -- I'm not sure if you're

19   referring to this, there are more evasive

20   methods of blood pressure monitoring such as

21   arterial waveforms and Swan-Ganz catheters, but

22   they are not commonly used.  They are used in

23   specialty cases.

24   Q.    What -- what types of anesthetic do you

25   use, Dr. Van Norman, for patients who are
```

Elite Reporting Services (615) 595-0073
www.EliteReportingServices.com

1    undergoing surgery?  And let's leave cardiac

2    surgery to the side.

3    A.    Oh, darn.

4    Q.    Sorry, what was that?

5    A.    Oh, darn.

6    Q.    Yeah, we can come back to that in just a

7    moment.  So for your general surgeries, the

8    bread-and-butter ones that you outlined a

9    minute ago, what sorts of anesthetics do you

10   generally use?  Not what sorts, what

11   anesthetics do you normally use?

12   A.    It totally depends on the surgery and on

13   the patient, and so I'd have to name a hundred

14   different anesthetic techniques for you.  If

15   you can be more specific of what you're

16   referring to.

17   Q.    Just give me a couple of examples of

18   common ones.  I mean, in 2019, you know, we're

19   talking about 80 procedures per month, what

20   were some of the ones on the top of the list?

21   I'm not asking necessarily what the top was,

22   just give me what those were.

23   A.    Well, for example, for bronchoscopy, we

24   would use -- we generally used what's called

25   TIVA, which is total IV anesthesia.  Not

Case 3:18-cv-01234-B Document 184 Filed 03/17/22 Page 40 of 289 PageID #: 7361
ELITE Document Reporting Services (405) 239-0403
www.EliteReportingServices.com

1    always.  The reason we use -- we sometimes use

2    volatile anesthetic agents, which are those

3    agents that you breathe in, the gases like

4    isoflurane, sevoflurane, desflurane.

5        But sometimes -- often in those cases, we

6    are what's called sharing the airway with the

7    surgeon who's actually peering down a scope

8    into the patient's airway, and we don't want to

9    anesthetize the surgeon, as well, which would

10   be counterproductive.  So we often will use

11   what's called total IV anesthesia or TIVA, and

12   that would consist usually of Propofol and

13   together with a very potent narcotic,

14   alfentanil or remifentanil or one of those with

15   a muscle paralytic agent.

16   Q.    And what agents -- I'm sorry.

17   A.    I'm sorry, and that would -- that would

18   be three drugs -- three main drugs we would

19   use, but most general anesthetics don't just

20   rely on those drugs.  There are also a number

21   of other drugs that we're giving that affect

22   the patient's depth of the anesthesia and

23   responsiveness.

24       We are giving medications like Atropine

25   and glycopyrrolate, which affect thinking,

Case 3:18-cv-01234-B Document 184-10 Filed 03/17/22 Page 41 of 289 PageID #: 7362
Elite Reporting Services * (615) 595-0073
www.EliteReportingServices.com

1    function.  We're giving the muscle relaxant
2    along with its antidotes at times.  We're
3    giving drugs like ephedrine that affect both
4    blood pressure and brain.  We give droperidol
5    in certain cases, which affect the brain's
6    perception of nausea and other issues.
7         So, I mean, I could list -- the average
8    general anesthetic probably takes about six to
9    ten drugs in order to complete.  So the TIVA
10   that I described, I've just described the very
11   bare bones, but there's really a myriad of
12   other drugs that also go in to orchestrating
13   that anesthetic.
14   Q.    And for cardiac anesthesia, how does that
15   differ?
16   A.    It doesn't -- it differs not
17   significantly now.  It used to differ quite a
18   lot.  Right now, people use a very similar
19   array of drugs.  There are many more
20   dopaminergic and norepinephrinergic medications
21   that are used in the course of anesthesia for
22   heart surgery that also affects arousal, things
23   in the brain.
24        And the different -- part of the
25   difference now -- well, in heart surgery is

Elite Reporting Services (512) 595-6060
www.EliteReportingServices.com

1  that some of the surgeries require use of the

2  cardiopulmonary bypass machine, and there is a

3  volatile agent that is given that way rather

4  than through the lungs, for example, and it's

5  administered by a different individual than the

6  anesthesiologist.

7  Q.    And what would that agent be?

8  A.    Depends on where you do the -- it's local

9  practice, so the agent would usually -- in our

10  institution would either be sevoflurane or

11  isoflurane.

12  Q.    And what agents do you use for the

13  induction of anesthesia?

14  A.    Well, the induction of anesthesia is

15  really the presurgical part of the anesthetic,

16  and that can include any number of agents.

17        You know, patients -- first of all, it

18  includes the patient's premedication, and that

19  can include things like glycopyrrolate,

20  depending upon the case to dry up the mouth if

21  it's an ENT case.

22        We would give also probably a small dose

23  of midazolam.  We would give narcotic.  And

24  then in the -- and then as we continue to

25  progress through the induction phase of the

Case 3:18-cv-01234-B Document 184 Filed 03/17/22 Page 43 of 289 PageID #: 7164
ELITE Courtroom Reporting Services (415) 221-0073
www.EliteReportingServices.com

```
1    anesthesia, we may add on the volatile agents
2    and we may also add on a muscle paralytic
3    agent.
4         Those are examples.  They are not
5    inclusive of all the drugs I could choose from.
6    I could use droperidol, for example.  I could
7    use any one of the high dose potent narcotics.
8    Q.    You said small dose of midazolam.  What
9    would a small dose be?
10   A.    It's unusual for anyone to use more than
11   1 to 2 milligrams of midazolam.
12   Q.    And has that always been the case through
13   the course of your practice?
14   A.    Well, not with the benzodiazepines, no.
15   In -- when I did -- in the -- you're talking to
16   an old anesthesiologist.  And when I trained in
17   cardiac anesthesia, the standard anesthetic
18   that we gave consisted of a high dose
19   benzodiazepine.  In the beginning, it was
20   Valium, which is closely related to midazolam,
21   and about one -- about -- only slightly less
22   potent.  They're almost equivalent.  And then
23   that changed to midazolam briefly when
24   midazolam was invented.  But that together with
25   a high dose of potent narcotic -- in our case,
```

Case 3:18-cv-01234-B Document 184 Filed 03/17/22 Page 44 of 289 PageID #: 7465
ED1234 B Deutwood Reporting Services (415) 299-0093
www.EliteReportingServices.com

```
 1   it was fentanyl at the University of the
 2   Washington, but many cardiac groups used
 3   another drug called sufentanil.  We gave a high
 4   dose muscle relaxant and we gave, in addition
 5   to that, premedicant with a high dose potent
 6   narcotic like morphine, high dose central
 7   acting anticholinergic like scopolamine.
 8        And, boy, you're asking me to remember
 9   back when, way back when, but again, you know,
10   those other -- those other medications I've
11   also mentioned that -- like dopaminergic
12   medications and such that go along with also
13   regulating the heart.
14   Q.    What's a high dose of Valium?
15   A.    Well, most people -- it depends on
16   whether you're going to administer it by oral
17   ingestion or IV ingestion.  Most of us would
18   not prescribe for a patient who's not -- not
19   around to take more than 5 or 10 milligrams of
20   Valium orally.  If we gave that amount IV, we
21   would see some pretty serious effects from it.
22   But in the case of the cardiac surgeries that
23   I'm talking about, we gave at least one
24   milligram per kilo of volume.  So in a hundred
25   milligram -- I'm sorry, hundred kilogram
```

Elite Reporting Services
www.EliteReportingServices.com

1  person, we would give a hundred milligram of
2  Valium IV.
3  Q.   Which -- hundred kilograms is about what
4  in pounds?
5  A.   It's 220 pounds.
6  Q.   And you mentioned a couple times earlier
7  about relying on a ventilator.  Do you commonly
8  rely on a ventilator when you put someone under
9  anesthesia?
10  A.   It's -- it's -- yes and no.  I mean, yes,
11  it's common, but it's also common to not
12  require one.
13  Q.   And when is one required?
14  A.   Well, if we're going to give a muscle
15  relaxant or a paralytic agent, we have to use
16  the ventilator because the patient will not be
17  able to breathe on their own.  And so, any case
18  that requires paralyzing the patient will
19  require some form of ventilation, whether by
20  hand or by a ventilator.
21       With your permission, I'm going to refer
22  to ventilation as being either one because it
23  amounts to somebody else giving a breath to the
24  patient.  And so, obviously, those we have to
25  do -- use ventilation in.

```
 1        There can be others in which the patient
 2   has medical conditions and won't maintain their
 3   own oxygenation well under spontaneous
 4   ventilation, laying in a certain position on
 5   their back or whatever, and so we may choose to
 6   ventilate them during that time, even though
 7   they're breathing.
 8        And if there's going to be surgery up
 9   inside the airway, and that includes the face,
10   the nose and the upper airway, we're pretty
11   likely to want to ventilate them because we'll
12   want to protect that airway from blood and
13   secretions that could go down into the airway
14   from the surgery itself.
15        Let's see.  There are certain types of
16   patients we may want to ventilate even if the
17   surgery by itself wouldn't require it.  A very,
18   very heavy person, for example, somebody who
19   weighs -- I shouldn't say very, very heavy
20   person.  A heavy person might not have good gas
21   exchange under anesthesia unless we assist
22   their ventilation, so we might want to do it
23   for that reason.
24        And then there are patients in which the
25   surgery itself may affect breathing, so we'll
```

Case 3:18-cv-01124-B Document 184-10 Filed 03/17/22 Page 47 of 289 PageID #: 7468
Elite Reporting Services (415) 229-0000
www.EliteReportingServices.com

1    want to ventilate them, like surgery on the
2    lungs themselves.
3    Q.    And help me understand, did I hear you
4    correctly that each time you administer a
5    muscle relaxant, you also ventilate the
6    patient?
7    A.    In some way, yes.
8    Q.    Okay.  And those ways are either through
9    a machine or by hand?
10   A.    Yeah.  I mean, there are some esoteric
11   ways to deliver it, but they would all be
12   mechanical.  They aren't necessarily all
13   through a traditional ventilator, but they do
14   involve mechanical ventilation or hand
15   ventilation by the anesthesiologist.
16   Q.    What -- can you go through the ways of
17   mechanical ventilation for me?
18   A.    Sure.
19   Q.    I mean, how many are there?
20   A.    Oh, I mean, there are -- let me see if I
21   can divide them into groups.  I mean, there are
22   probably a hundred different ways to do it, but
23   you're not interested in that, I assume.
24         Well --
25   Q.    So the -- well then, let me stop you

Case 3:18-cv-01234-B   Document 184   Filed 03/17/22   Page 48 of 289   PageID #: 7169
ELITE Document Reporting Services (855) 299-DEPO
www.EliteReportingServices.com

```
 1    right there, because I'm just trying to learn.
 2    There's a -- are there a hundred different
 3    machines to mechanically ventilate someone?  Is
 4    that what you're saying?
 5    A.    No, I'm -- well, ventilators come in
 6    hundreds of different varieties, but I'm just
 7    going to call it a ventilator.  That's -- and
 8    that's a machine that delivers a specific tidal
 9    volume of gas to the patient or of -- yeah, gas
10    because it's not usually room air, in measured
11    intervals at certain times under certain
12    desired pressures.
13         But there are other ways you can
14    ventilate a patient.  You can use something
15    called jet ventilation, for example.
16    Q.    And what's that?  I'm unfamiliar with
17    that.
18    A.    Well, without -- the explanation might be
19    too long to get too detailed, so let me see if
20    I can summarize it.
21         In that, what we're doing is we're using
22    a very small tube, usually a metal tube,
23    through which we pass gas, air, at high
24    velocity.  That tube is pointed down the airway
25    and it will -- as that gas goes in, it will
```

ELITE B Courtroom Reporting Services (951) 299-0412
www.EliteReportingServices.com

```
 1    draw air into the chest from the atmosphere,

 2    and the chest will expand, and then we can --

 3    we can rhythmically do that, stop doing that

 4    and allow the chest to fall.

 5         This is not the same as having a

 6    ventilator push gas to the patient.  It doesn't

 7    regulate how much gas goes in.  It would be a

 8    common method of ventilation during some ENT

 9    procedures that are looking at the vocal cords

10    and whatever, where they don't want a tube in

11    place.

12         We can also ventilate through a

13    bronchoscope in a similar way.  So if a surgeon

14    is using a bronchoscope down to look around the

15    lungs, we can use a similar but not identical

16    technique to ventilate -- partially ventilate

17    the patient that way.

18         Is that what you wanted to know?

19    Q.    That's helpful, that's helpful.  Thank

20    you.

21         Under what circumstances would you

22    ventilate a patient by hand?

23    A.    I might ventilate them by hand if, for

24    example, they only need help for a minute or

25    two and I don't want to take -- I don't want to
```

Case 3:18-cv-01234-B   Document 184   Filed 03/17/22   Page 50 of 289   PageID #: 7171
ELITE Courtroom Reporting Services (615) 595-0073
www.EliteReportingServices.com

```
 1    put them through the risk of putting a

 2    breathing tube in.

 3         So let's say a patient is having a

 4    surgery where the stimulus is rising and

 5    falling pretty dramatically at different times

 6    during the surgery.  So I have to have them --

 7    I don't have them paralyzed because they don't

 8    need it.  Obviously, if I'm going to -- in a

 9    case like this, and --

10    Q.    In a case like what?

11    A.    Where the -- in a case like what I'm

12    talking about.  I'm talking about when I'm hand

13    ventilating.

14         So I might be hand ventilating -- you

15    asked me instances, and one instance might be a

16    surgical case in which I don't have them

17    paralyzed, the stimulus is increasing and

18    decreasing, and so, my medications are not --

19    I'm not able to sync my medications very well

20    with the stimulus, and there are times in which

21    they are breathing less effectively.  I might

22    put a mask on their face and hand ventilate

23    them.

24         I might hand ventilate them also through

25    cases in which -- that are very, very short.
```

ELITE B Courtwood Reporting Services (615) 595-0073
www.EliteReportingServices.com

```
 1    For example, the -- a quick case where an ENT
 2    doc wants to just quickly take a look at the
 3    vocal cords, we're not going to do anything
 4    more than that, and to paralyze them and put a
 5    breathing tube in would require -- then a
 6    recovery time would be much longer than they
 7    need.  So I would actually -- I might paralyze
 8    the patient at that time and hand ventilate
 9    them myself, give them a much lower dose of
10    paralytic, hand ventilate myself, and then as
11    soon as the surgeon is done, I can reverse them
12    and they're breathing.
13         So there are also times in which a
14    patient might just breathe inadequately for
15    intrinsic reasons to the patient and they don't
16    need full ventilation, they just need an
17    occasional extra puff from me in addition to
18    what they're doing, and I would ventilate them
19    that way.
20         So those are some examples.  They aren't
21    all-inclusive.
22    Q.    So do you often hand ventilate when a
23    paralytic is administered?
24    A.    We often end up hand ventilating for a
25    few minutes because, obviously, when we are
```

Elite Reporting Services   www.EliteReportingServices.com

```
 1    doing a case with a paralytic being

 2    administered, we give the paralytic before we

 3    have the breathing tube in.  So if we're going

 4    to put a breathing tube in, we have to give a

 5    paralytic.

 6          And during the time that the paralytic is

 7    taking effect, the person is unable to breathe

 8    on their own.  And so, we would hand ventilate

 9    them during that time.  And then once they were

10    para -- once we had a degree of paralysis that

11    would permit the intubation, we would put the

12    tube in and put them on the ventilator.

13          So yes, hand ventilation is quite common

14    in that situation.

15    Q.    How long does it take the paralytic to

16    take effect?

17    A.    The timing of onset of paralytic depends

18    on the agent, depends on the dose given, and

19    depends on the route given.  So you'd have to

20    give me a specific circumstance.

21    Q.    How long does it take vecuronium bromide

22    to take effect?

23    A.    Again, it depends on the route -- since

24    you've given me the agent, it depends on the

25    route, how rapidly it's given and the dose
```

EliteReporting Services
www.EliteReportingServices.com

```
1    that's given.
2    Q.    So let's say it was delivered
3    intravenously.
4    A.    Okay.
5    Q.    Let's say it was 10 milligrams.  What
6    would be -- so let's step back.
7          What would be a rapid infusion of
8    10 milligrams intravenously of vecuronium
9    bromide?
10   A.    It would be to push the syringe as fast
11   as you can, and that would probably take under
12   one or two seconds.
13   Q.    And so, how long would it take the
14   vecuronium bromide to take effect under that
15   circumstance?
16   A.    Well, the -- that's a little bit of a
17   high dose for clinical use, but it's close, so
18   let's say it's a clinical dose.  We typically
19   think of the -- the onset happens pretty
20   quickly, but the maximal clinical effect will
21   occur within about two to two-and-a-half
22   minutes.
23         So you get paralysis -- you start to get
24   paralysis immediately, but it doesn't take full
25   effect for two to two-and-a-half minutes.  At
```

```
 1    higher --
 2    Q.    Is --
 3    A.    Sorry.
 4    Q.    No, I'm sorry.  Keep going.
 5    A.    The higher the dose, the faster the
 6    maximum effect will occur.
 7    Q.    How -- okay.  So how quick can maximum
 8    effect occur with vecuronium bromide?
 9    A.     Well, in clinical doses, clinical doses,
10    it's been shown that if you give it rapidly
11    enough, roughly a 10-milligram or 12-milligram
12    dose will take effect within about 80 seconds,
13    will have maximum effect within about
14    80 seconds.  But we know that the dose --
15    there's a dose response curve in terms of
16    achieving maximum effect.  So if you gave
17    higher doses than that, it would happen more
18    quickly.
19         I don't know of any clinical studies that
20    have looked at supramaximal clinical --
21    supramaximal dosage and could tell you, but it
22    would certainly be under 60 seconds if you, for
23    example, doubled the dose.
24    Q.    And what is the maximum clinical dose of
25    vecuronium bromide?
```

Elite Reporting Services
www.EliteReportingServices.com

```
 1    A.    I don't know.  And again, the term

 2    "maximum clinical dose of vecuronium" is a

 3    little weird, so let me think about this for a

 4    minute.

 5         I can give enough vecuronium, a clinical

 6    dose, like 6 milligrams, 7 milligrams of

 7    vecuronium that would completely paralyze the

 8    patient.  It will give me a maximum clinical

 9    effect, okay?  That's clinical dose.  So that

10    will happen in two to two-and-a-half minutes.

11         If I give more vecuronium, I don't get --

12    the maximum clinical effect is still total

13    paralysis.  The maximum effect is the same.  So

14    I can get that maximum effect with my 6 or --

15    between 6 and 10 milligrams.  I'll just get it

16    slower.

17         Does that make sense, what I just said?

18    Q.    Yes.

19         So let's quadruple that.  Let's say

20    24 milligrams was injected intravenously of

21    vecuronium bromide, how quickly would you

22    expect total paralysis to occur?

23    A.    I would expect total paralysis in under

24    60 seconds with that.

25    Q.    Okay.  And you've mentioned earlier, you
```

Case 3:18-cv-01234-B   Document 184   Filed 05/17/22   Page 56 of 289   PageID #: 7547
ELITE Courtroom Reporting Services
www.EliteReportingServices.com

```
 1    know, there may be instances where you can

 2    ventilate to avoid the risk of a breathing

 3    tube.  Can you tell me what the risk of a

 4    breathing tube is?

 5    A.    Well, the risk -- there are risks to

 6    putting in a breathing tube.  The first is

 7    that -- a failure to get the breathing tube in.

 8    You plan -- you plan to paralyze the patient

 9    and you can't get the tube in after they're

10    paralyzed.

11         And so, a failure to intubate is an

12    anesthesia emergency and it's a nightmare for

13    us, because in most cases the patient was

14    breathing fine on their own before we gave the

15    muscle paralytic agent.  And so, if we can't --

16    before -- if we can't either reverse the

17    paralytic agent or get -- or achieve an airway

18    in a different way, the patient will probably

19    die.

20         So that's one risk, and it's a real risk.

21    And we can't always predict when that will

22    happen, but because of that, we do an extensive

23    exam of the airway to make sure that we don't

24    see obvious reasons why it would happen.

25         A second risk is that in between the time
```

```
 1    we give the muscle relaxant and we're waiting

 2    for it to work -- muscle paralytic agent, and

 3    they're waiting for it to work, in the time we

 4    get the tube in, something happens to put

 5    debris down the airway.  So the patient can

 6    vomit or regurgitate, and those are two

 7    different things, into the airway and contents

 8    from the stomach can go down into the lungs and

 9    cause an immediate inflammation and destruction

10    of lung tissue, and that can then lead to death

11    or pneumonia and serious illness.

12         It isn't always stomach contents that

13    we're worried about.  It can also be blood, for

14    example, that can happen, as well, but the

15    typical one we worry about is stomach contents.

16    And so, we tend to treat patients who have a

17    risk for doing that, a known risk for doing

18    that, differently in the way that we intubate

19    them.

20         Then once -- the other risks of

21    intubation are damage to the airway during

22    intubation, which is not common, but it's not

23    exceedingly rare, where the action of either

24    putting the laryngoscope in or putting the tube

25    in causes tearing, injury, bleeding, scarring
```

Case 3:18-cv-01234-B   Document 184   Filed 06/17/22   Page 58 of 289   PageID #: 7179
EliteReportingServices.com Court Reporting Services (855) 299-PAGE
www.EliteReportingServices.com

1    in the airway.

2         One of the common cases we take care of

3    at the University of Washington is subsequent

4    surgeries to deal with the scarring in a

5    damaged airway from a breathing tube.  And it

6    isn't that -- I want to emphasize it isn't that

7    that condition is common, but we are a center

8    that takes care of that kind of problem, so we

9    see the aftermath of that a lot.

10        And then there's risk in some patients

11   that they may become dependant on a breathing

12   tube and we will not be able to get the

13   breathing tube out, that they will then require

14   that breathing tube for an extended period of

15   time to manage their breathing after surgery,

16   or in the ICU that they may require it

17   indefinitely.

18        So again, not an all-inclusive list of

19   complications, but those should give you an

20   idea of what they are.  So we don't take the

21   idea of intubating someone lightly, and we do

22   it only when it's indicated, when it's needed.

23   Q.    That's helpful.

24        Kind of jumping in a different direction

25   off something you said, so is the hospital you

Case 3:18-cv-01234-B   Document 184   Filed 03/17/22   Page 59 of 289   PageID #: 7570
EliteReportingServices.com
www.EliteReportingServices.com

```
 1   work at -- do we call it the University of
 2   Washington?  Is that kind of what you
 3   colloquially referred to it as, or does it have
 4   another name?
 5   A.    I'm -- where I specifically work is the
 6   University Medical Center, since we have five
 7   hospitals and each hospital is dedicated to
 8   slightly different issues -- I shouldn't say
 9   dedicated.  They have -- they have more --
10   their cases have slightly different types.
11   Q.    Okay.  So University Medical Center, is
12   that where you work?
13   A.    Yes.
14   Q.    Okay.  And it's associated with the
15   University of Washington?
16   A.    Yeah.  It's the central hospital for
17   University of Washington.
18   Q.    And has that -- since you started
19   practicing there -- which was in the '80s; am I
20   correct?
21   A.    Yeah.
22   Q.    Since you started practicing there, has
23   it always been called University Medical
24   Center?
25   A.    Yeah, University -- the full name is
```

ELITE Deposition & Court Reporting Services (615) 595-0073
www.EliteReportingServices.com

1    University of Washington Medical Center, and

2    it's been called that as long as I've been at

3    the university, which would be since 1973.

4    Q.    Okay.  And at University Medical Center,

5    are there certain types of patients that you

6    specialize in or certain types of procedures

7    that are specialize in?

8    A.    We do a lot of bread-and-butter cases and

9    a lot of neuro cases, but a large portion of

10   the patients that we work with are cancer

11   patients and cardiac patients.  So we do a lot

12   of oncology procedures and heart procedures, as

13   well.

14        And then in those bread-and-butter cases,

15   the patients we're doing -- the patients we're

16   taking care of will usually have those medical

17   conditions.  We do have a smaller number of

18   healthy outpatients.  We do have an outpatient

19   surgery center up the street, for example, but

20   the hospital proper generally deals with those

21   kinds of patients.

22   Q.    So is it fair to say most of your

23   patients have comorbidities?

24   A.    It's very fair to say that, yep.

25   Q.    And do you work at any other hospital,

Case 3:18-cv-01234-B Document 184 Filed 56/17/22 Page 61 of 289 PageID #: 7592
EliteReportingServices.com
www.EliteReportingServices.com

1    other than University Medical Center?

2    A.    Not at this time, no.

3    Q.    And you have in the past?

4    A.    Yes.

5    Q.    When was the last time you worked at

6    another hospital besides University Medical

7    Center?

8    A.    Well, I mean, I've worked at other

9    hospitals.  The last other hospital I worked at

10   was the -- a series of hospitals that was

11   covered by the anesthesia group I worked in

12   for -- called Pacific Anesthesia that I worked

13   until 2008.

14         I've worked, however, also at the

15   University -- at the Seattle Cancer Care

16   Alliance operating rooms, which isn't

17   technically a hospital.  It's a multispecialty

18   medical clinic.

19   Q.    And what are the specialties at that

20   medical clinic?

21   A.    It's a cancer hospital -- cancer medical

22   center.  It's associated with the university.

23   We have what's called SCCA, the Seattle Cancer

24   Care Alliance, which is really a melding of the

25   University of Washington with the old -- a

EliteReportingServices.com — Court Reporting Services (251) 295-0007
www.EliteReportingServices.com

```
 1   place called the Fred Hutchinson Cancer
 2   Research Center.  So it deals with cancer
 3   patients from around the world.
 4   Q.    Other than what we've talked about so
 5   far, presently do you have any other
 6   medical-related employment?
 7   A.    No.
 8   Q.    Okay.  And in 2021, did you have any
 9   other medical-related employment, other than
10   what we've talked about?
11   A.    No.
12   Q.    Are you board certified, Dr. Van Norman?
13   A.    I'm board certified in both internal
14   medicine and in anesthesiology.
15   Q.    And roughly how long have you been board
16   certified in both those specialties?
17   A.    Thank you for saying roughly.  It's --
18   Q.    Decades?  We can stop at decades if
19   that's the answer.
20   A.    The 1980s, let's say -- let's say that.
21   It might be 1990 that I formally got my
22   anesthesia board certification, but it would be
23   in that time frame.
24   Q.    And do you belong to any professional
25   associations, Dr. Van Norman?
```

Elite Reporting Services (615) 595-0073
www.EliteReportingServices.com

```
1    A.    I belong currently to the Royal Society
2    of Medicine and also to the International
3    Academy of Law and Mental Health.  I don't
4    currently belong to any other professional
5    societies, but I have in the past.
6    Q.    What is the Royal Society of Medicine?
7    A.    It's sort of the equivalent of the AMA
8    for Great Britain.
9    Q.    And how long have you been a member of
10   the Royal Society?
11   A.    I'm not sure.  I'd have to look at my CV.
12   It's been -- it's been quite a while, but I
13   don't remember off the top of my head.
14   Q.    Do you practice medicine in Great
15   Britain?  Can you explain why you're a member?
16   A.    It is kind of unusual, isn't it?
17        I don't practice in Great Britain, but
18   they -- I have many close colleagues and, in
19   fact, have trained some physicians, some
20   anesthesiologists who practice in London.
21        The reason I belong to the society is
22   it's a really dedicated historic and potent
23   education society for medicine.  So their
24   meetings are really about education and not --
25   not as much political.  And so not only do I
```

Case 3:18-cv-01234-B Document 184 Filed 05/17/22 Page 64 of 289 PageID #: 7185
**Elite Reporting Services**
www.EliteReportingServices.com

```
 1    have very close colleagues and my own trainees
 2    that belong to the society, but I've had --
 3    I've -- for example, I've presented in London
 4    for various meetings and things, and so I've
 5    had dealings with them through that.
 6    Q.    And at one point, did you belong to the
 7    American Society of Anesthesiologists?
 8    A.    I did, yes, I did for many years.  In
 9    fact, I served for 19 years, I think it was, on
10    the American Society of Anesthesiologists'
11    committee on ethics and I chaired that
12    committee.  I was in the SA leadership on that
13    committee.
14    Q.    When did you cease to belong to the
15    American Society of Anesthesiologists?
16    A.    I don't remember the exact year.  Again,
17    it's a few years ago.  I want to say 2013 or
18    so, but I -- it's on my CV if you want to look
19    at it, yeah.
20    Q.    And why did you cease to belong or stop
21    belonging to the ASA?
22    A.    The American Society of Anesthesiologists
23    is a heavily political organization.  They do
24    have educational meetings and sponsor them.
25    And it's probably because being on the
```

```
 1    committee on ethics, I was exposed more to the
 2    political side of the ASA than to the
 3    clinical -- than probably many people ever get.
 4    And they had a -- let's say they had a mission
 5    that I just didn't agree with.
 6         And at the -- at the time, and I can't
 7    speak to what their mission is now, I felt
 8    heavily that we were pressured to put money
 9    issues ahead of patient care.  And I didn't
10    like that, I didn't feel it was appropriate.  I
11    went -- I entered leadership in part to see if
12    we could influence that, and it was a very
13    frustrating time.
14         And so, eventually I decided that I --
15    and a lot of the tuition -- not the tuition,
16    the membership dues were quite high, meaning
17    that I was giving a substantial amount of money
18    to a political cause, and I really didn't agree
19    with that.  So I withdrew for that reason.
20    Q.    And do you also teach medicine?
21    A.    I do.
22    Q.    Okay.  Are you a professor?
23    A.    I am.
24    Q.    Okay.  Are you a full-time professor or
25    an adjunct professor?
```

E01234B Deatherage Reporting Services (615) 595-0073
www.EliteReportingServices.com

```
 1   A.    I'm a full professor of anesthesiology
 2   and pain medicine.  I'm an adjunct professor of
 3   bioethics.
 4         Adjunct -- I can't speak to what all
 5   academic centers -- how they use the terms, but
 6   at the University of Washington, you're a full
 7   professor in the department that pays your
 8   salary.  And then if you become a professor,
 9   meaning you meet all the academic requirements
10   and teaching requirements in an alternative
11   department but that they don't contribute to
12   your salary, you are an adjunct professor.
13         You have to go through the exact same
14   vetting and voting for professorship in the
15   non-home department as you would for your home
16   department.  So every year, just like they do
17   in my own department, they go through and
18   review my CV and say, do we still want you in
19   your non-home department as a full professor,
20   so...
21   Q.    So let me break that down and just make
22   sure I'm tracking.
23         Is your home department anesthesiology,
24   and your non-home department is bioethics?
25   A.    Yes.  The home department -- the
```

Case 3:18-cv-01234-B Document 184 Filed 03/17/22 Page 67 of 289 PageID #: 7158
FD1234B Encumbered Reporting Services (615) 595-0073
www.EliteReportingServices.com

1    department that pays my salary is the
2    department of -- through which my salary flows.
3    There are actually a couple of funding sources
4    that -- but that's technical.
5         My home department is the one through
6    whom my salary flows.  That's the Department of
7    Anesthesiology and Medicine.  But I carry the
8    adjunct appointment in bioethics because I meet
9    all of their standards for teaching and
10   professor, and I participate actively in their
11   department in teaching and publication, but
12   they don't pay my salary.
13   Q.    Did you teach any bioethics classes in
14   2021?
15   A.    Yes, I have -- well -- yes, I regularly
16   give lectures to both University of Washington
17   undergraduates.  These are not medical school
18   students.  There are some undergraduate
19   bioethic -- medical bioethics courses to
20   graduate students that also have a similar line
21   of courses for their bioethics degree.  And I
22   also give lectures and classes to our own
23   residents in bioethics.  So yes, to all -- to
24   all level -- all three levels.
25   Q.    When you say classes and lectures, are

```
 1    these isolated, like, one-time or weekend
 2    things, or are these semester-long courses?
 3    A.     In the cases that I've mentioned, they --
 4    it's kind of -- it's not one or the other.
 5          For example, I'm part of a continuing
 6    lecture series in informed consent for
 7    undergraduates.  So I give that lecture once or
 8    twice a year, but it's part of a continuing
 9    course.
10          In case of the anesthesia residents, we
11    have a series of bioethics lectures that I give
12    over time to them.  So while they're not given
13    in a specific semester, there's a specific set
14    of courses that they get.  In fact, I'm
15    supposed to teach one Thursday night.  We do
16    night -- these days with the pandemic, we do
17    night classes.  So I'm supposed to teach one on
18    Thursday night.
19    Q.     Are those classes online, or are you --
20    A.     Well, we do them by Zoom.  They're -- we
21    don't meet together, but it's -- it's like a
22    classroom, but it's on Zoom.
23    Q.     Okay.  How long have you taught medical
24    ethics?
25    A.     Since at least the mid '90s.  The mid
```

Elite Reporting Services
www.EliteReportingServices.com

1    '90s, yeah.

    2    Q.    Have you delivered any lectures on

    3    whether physicians should participate in lethal

    4    injection?

    5    A.    I have, and I've participated in debates,

    6    yeah.

    7    Q.    About how many lectures and debates would

    8    you estimate you've participated in?

    9    A.    Total or on that topic?

   10    Q.    On that topic, on whether physicians

   11    should participate in lethal injection

   12    executions.

   13    A.    I think over the course of my career,

   14    perhaps three.

   15    Q.    And do you have an opinion on whether

   16    physicians should participate in lethal

   17    injection?

   18    A.    I do.

   19    Q.    What is that position?

   20    A.    My position is the same as the American

   21    Society of Anesthesiologists, the AMA and the

   22    American Board of Anesthesia, physicians

   23    shouldn't participate in lethal injection.

   24    Q.    And why is that?

   25    A.    You want the whole lecture?

Case 3:18-cv-01234-B Document 184 Filed 06/17/22 Page 70 of 289 PageID #: 7191
EliteReportingServices.com
www.EliteReportingServices.com

```
 1    Q.    Give me the CliffsNotes.  Just give me a
 2    couple bullet points.
 3    A.    The CliffsNotes are this, that neither
 4    lethal injection nor any form of execution
 5    requires physician participation.  They don't
 6    require anyone who is trained in medicine to
 7    use their medical skills to accomplish them,
 8    number one.
 9          And number two, there is a high concern
10    that when physicians start to actually
11    participate and use their medical skills, they
12    violate the primary oaths of being -- of
13    wanting to, you know, benefit patients.
14    Prisoners are not patients, and executions are
15    not medical procedures.  And so, using medical
16    skills to participate in nonmedical procedures
17    is unethical.
18          In addition, there is a real tendency for
19    that participation to affect professional and
20    lay trust in the medical profession.  For that
21    reason, all of the western medical societies,
22    all western medical societies, and by that I
23    mean European and American, condemn physician
24    participation in lethal injection; although all
25    of them also take the stance that they make
```

Elite Reporting Services
www.EliteReportingServices.com

```
 1    no -- they take no opinion on lethal injection
 2    itself.  They just argue with whether a
 3    physician should be participating.
 4    Q.    Have you ever witnessed an execution,
 5    Dr. Van Norman?
 6    A.    I have not.
 7    Q.    And do you have any blogs,
 8    Dr. Van Norman?
 9    A.    I do not.
10    Q.    Have you --
11    A.    Well --
12    Q.    Oh.
13    A.    I was going to -- if you're going to ask
14    me did I ever have any blogs, I used to write
15    some poetry and I had a blog back in the '90s.
16    Please don't go look it up.
17    Q.    We will not.
18          Have you ever had any blogs that are
19    related to your professional experience?
20    A.    No, I have not.
21    Q.    And are you on social media,
22    Dr. Van Norman?
23    A.    I exchange free items on Buy Nothing
24    Magnolia on Facebook, and I occasionally
25    communicate with friends that way.
```

ELITE B Courtwood Reporting Services (725) 239-0096
www.EliteReportingServices.com

```
 1        I think I have a Twitter account, but I
 2   don't use it.  It irritates the heck out of me.
 3   I never check it.
 4        I don't have a Snapchat or anything like
 5   that.
 6   Q.   Safe to say no TikTok?
 7   A.   No, although I will say when I see a
 8   TikTok posted on CNN that's funny, I will look
 9   it up.
10   Q.   Understood.
11   A.   But no, I -- so Facebook, but not even
12   really that.  I don't do a lot of -- I don't do
13   a lot of that, other than with a handful of
14   friends where we sometimes will use their
15   messaging function to say, what's up, you know.
16        MR. MITCHELL:  Can we go off record
17   real quick?
18        MR. KURSMAN:  Do you want to go off
19   the record and discuss something with me,
20   Mr. Mitchell, or do you just want to go off the
21   record for a few minutes?
22        MR. MITCHELL:  I just wanted to go
23   off the record and go on a ten-minute break.
24        MR. KURSMAN:  Oh, yeah.  Sure.
25   Absolutely.
```

Elite Reporting Services (615) 595-0073
www.EliteReportingServices.com

```
 1              MR. MITCHELL:  That was it.

 2              (Short break.)

 3    BY MR. MITCHELL:

 4    Q.    Dr. Van Norman, we just got back from

 5    break.  Did you speak with anyone during the

 6    break?

 7    A.    I spoke for a few seconds with

 8    Mr. Kursman.

 9    Q.    What did you speak with Mr. Kursman

10    about?

11    A.    Just checked in to see if there's

12    anything either of us needed.  It wasn't a long

13    conversation, just a few seconds.

14    Q.    Was there anything Mr. Kursman needed?

15    A.    No.

16    Q.    Was there anything you needed?

17    A.    Nope.

18    Q.    Did you speak about anything else with

19    Mr. Kursman?

20    A.    Nope.

21    Q.    Did you speak with anyone else during the

22    break?

23    A.    No, there's no -- no one here.

24    Q.    Did you review anything during the break?

25    A.    No.
```

Case 3:18-cv-01234-B Document 184 Reporting Services Page 74 of 289 PageID #: 7195
ELITE Document 184 Filed 06/17/22 Page 74 of 289 PageID #: 7195
www.EliteReportingServices.com

```
 1   Q.    Did you prepare an expert report in this

 2   case, Dr. Van Norman?

 3   A.    I did.

 4   Q.    And is this a copy of your expert report

 5   in this case?

 6   A.    It appears to be, yes.  Obviously, I --

 7   you'd have to scroll through the whole thing,

 8   but I think it is, yeah.

 9   Q.    Do you see the date, November 17th, 2021?

10   A.    I do.

11   Q.    And prepared for Alex Kursman?

12   A.    I do.

13   Q.    And is that your signature on Page 34?

14   A.    It is.

15   Q.    Also dated November 17th of '21?

16   A.    Yep, that's correct.

17         MR. MITCHELL:  Can we mark this as

18   Exhibit 2, please.

19         (WHEREUPON, a document was marked as

20   Exhibit Number 2.)

21   BY MR. MITCHELL:

22   Q.    Did you review this report prior to

23   submission, Dr. Van Norman?

24   A.    Yes.

25   Q.    Okay.  Did you draft this report from
```

EliteReportingServices.com
www.EliteReportingServices.com

1    scratch or did you rely on any previous expert
2    reports you've used?
3    A.    I drafted it from scratch, but it may
4    contain similar statements to previous reports
5    I've submitted.
6    Q.    Okay.  What prior reports would those be?
7    A.    I had an expert report submitted for a
8    case in Mississippi and one in Arkansas.
9    Q.    Were those lethal injection -- were those
10   cases involving challenges to state lethal
11   injection procedures?
12   A.    They were.  I'm just -- I'm trying to
13   remember if Arkansas was actually a federal
14   case or not, but I believe they were all state.
15   Q.    And those two cases were Mississippi and
16   Arkansas?
17   A.    That's correct.
18   Q.    Have you participated in any other cases
19   in which execution procedures were challenged?
20   A.    Yes.
21   Q.    How many other cases?
22   A.    Two or three, I believe.  Not more than
23   three, it might just be two.
24   Q.    And where were those other cases?
25   A.    Well, one of them was an ongoing case on

Case 3:18-cv-01234-B   Document 184   Filed 03/17/22   Page 76 of 289   PageID #: 7197
ELITE B Document 184 Reporting Services 03/17/22 Page 76 of 289 PageID #: 7197
(615) 595-0073
www.EliteReportingServices.com

```
1   the -- regarding the federal execution protocol
2   and not a state case.  It was about the
3   execution protocol itself.  And then the other
4   one I'm remembering was a report prepared for a
5   Florida case.
6   Q.    I'm sorry, can you say that one more
7   time, a what?
8   A.    I did prepare a report for a Florida
9   case.
10  Q.    And do you remember when that was?
11  A.    You know, I don't.  It would have been
12  several years ago.  It wasn't -- it's not -- it
13  wasn't this year.
14  Q.    It wasn't in 2022?
15  A.    Oh, no, it wasn't in 2022.  I haven't
16  done any -- submitted any expert reports in
17  2022.
18  Q.    Would it have been in 2021?
19  A.    You know, I'm trying to remember if
20  they -- if -- it's -- I think I was asked for
21  an update on a report in 2021, but it might
22  have been 2020.  I'm not sure of the year on
23  it.
24  Q.    And this would be the Florida litigation?
25  A.    That's correct, yeah.
```

Elite Reporting Services
www.EliteReportingServices.com

```
 1    Q.    Have you testified as an expert in 2022
 2    beside this deposition?
 3    A.    No.
 4    Q.    Did you testify as an expert in 2021?
 5    A.    I testified in January of 2021 in the
 6    federal case that I mentioned in a -- the D.C.
 7    District Court of Appeals.
 8    Q.    Going back to this Exhibit 2, your expert
 9    report in this case, did you personally sight
10    check this document before submitting it?
11    A.    Yes.
12    Q.    Okay.  When did you perform that sight
13    check?
14    A.    It would have been before submitting it.
15    I don't know the date.
16    Q.    Do you know, Dr. Van Norman, if this
17    Footnote 7 still works?
18    A.    It did at the time.  And, in fact, then I
19    actually submitted a package -- you know, the
20    package materials that you asked for to
21    Mr. Kursman, in which I had gone through and
22    checked all of the links that I used in this,
23    and they were all active at the time.
24    Q.    So roughly within the last 60 days, this
25    link would have worked?
```

Elite Reporting Services* www.EliteReportingServices.com

```
 1    A.    It should have, yes.  And I personally
 2    checked that, yes.
 3    Q.    And it says access June 14th, 2018?
 4    A.    Yeah, I didn't update that report because
 5    that's when I first accessed it for the report,
 6    but I personally checked all of the links on
 7    this report when I went through to gather the
 8    materials that you subpoenaed me to supply.
 9    Q.    So just to make sure I'm following, for
10    this report that you built from scratch, you
11    first accessed it in June of 2018?
12    A.    Well, yes.  I see what you're saying.
13    This probably was carried over.  As I
14    mentioned, I -- the report itself, but the
15    citations I have also used in other reports.
16    And so it was accessed in 2018, but it was
17    active within the last 60 days.
18    Q.    Okay.  Okay.
19          What questions did Plaintiff's counsel
20    engage you to answer as an expert witness in
21    this case?
22    A.    Well, can you scroll back up to the top
23    of the report, please?
24    Q.    Just tell me when to stop.  Do you want
25    me to go first -- let's go to the first page,
```

Case 3:18-cv-01234-B Document 184-10 Filed 03/17/22 Page 79 of 289 PageID #: 7200
Elite Reporting Services
www.EliteReportingServices.com

1  and then I'll scroll down.

2  A.    First page and then come down a little

3  bit, because I think I listed them pretty

4  carefully.  If I didn't, I'll go through and

5  say -- go ahead.

6      Okay.  Well, the questions I was

7  specifically asked to address were whether

8  midazolam is an anesthetic and whether -- and

9  to talk about the effects of midazolam, both

10  clinically and in inmates in which a large dose

11  of midazolam is being given.

12      Scroll down for a moment, please, just so

13  I can see the statements, because they usually

14  address the questions they have.

15      I was asked whether midazolam has a

16  ceiling effect, whether the consciousness

17  checks used during the Tennessee protocol are

18  valid.  I was asked whether vecuronium is an

19  anesthetic.  I was asked what would happen if

20  someone who was sensate was given a large dose

21  of vecuronium.

22      Can you scroll down, please, a little bit

23  further.  Just go a little further, please.

24      I was also asked about the effects of

25  injecting undiluted potassium into the veins of

Case 3:18-cv-01234-B Document 184 Filed 06/17/22 Page 80 of 289 PageID #: 7281
EliteReportingServices.com Court Reporting Services (615) 595-0073
www.EliteReportingServices.com

1    a sensate person.

2        Can you please scroll a little further.

3        And I was asked to address some of the

4    movements that are being seen and reported by

5    eyewitness reports of executions.  That is --

6    the big question I was asked to review was the

7    effects in a clinical and during the protocol.

8    I distinguish clinical from the protocol itself

9    because of both the circumstances in dosing of

10   midazolam.

11   Q.    Were you engaged to answer any other

12   questions other than what you've mentioned?

13   A.    I don't think so.  If I -- I don't think

14   so.  It may come up in the course of our

15   discussion, but those are the ones that I

16   recall being asked.

17   Q.    When were you retained as an expert in

18   this case, Dr. Van Norman?

19   A.    If you can go back and look at the

20   contract I sent you, it would be the first day

21   of the first contract.  I don't remember the

22   date.

23   Q.    Okay.  Was it in 2021?

24   A.    I believe so, yes.  It might have been

25   late 2020, but it would be that or, you know,

Case 3:18-cv-01234-B Document 184-1 Filed 03/17/22 Page 81 of 289 PageID #: 7202
ELITE Courtroom Reporting Services (615) 595-0073
www.EliteReportingServices.com

1    early 2021.

2    Q.    And is this Appendix 3 to your report a

3    list of materials that you relied upon and/or

4    reviewed in preparing this report?

5    A.    Yes -- scroll down a little bit, let me

6    just see.

7    Q.    Sure.  I can scroll to the bottom of the

8    appendix and then come back up if --

9    A.    That might be easier, if you don't mind.

10   Q.    So I believe this is the bottom of the

11   appendix on Page 62, because Page 63 starts a

12   new document.

13   A.    Yeah, okay.  Go -- yeah.

14   Q.    Tell me when to scroll down.

15   A.    Well, here -- what I'll tell you is that

16   this is a list of materials that were supplied

17   to me by the Plaintiff's attorneys.  So I did

18   rely upon them, but they are not the only

19   things I relied upon.

20   Q.    So what did you rely on that's not on

21   these two pages?

22   A.    Well, I include on these two pages things

23   like I reviewed -- I reviewed the eyewitness

24   reports of executions.  I also looked at

25   autopsy reports.

```
 1          I have a -- I had a file of 309 autopsies
 2    of prisoners executed in the United States by
 3    lethal injection through the -- September, I
 4    believe, of 2020.  And I reviewed autopsy
 5    findings for those prisoners who had been
 6    executed using midazolam that appeared in my
 7    files at that time.  So that is an additional
 8    set of materials that you've been supplied
 9    with.
10          And I also -- obviously, I'm aware of a
11    wide range of published articles, reviews,
12    textbooks, things like that that I also
13    reviewed that I didn't -- I don't necessarily
14    explicitly list in this appendix.
15    Q.    So do you have a file of 309 autopsies of
16    prisoners executed by lethal injection?
17    A.    I do.
18    Q.    And did you receive that from Plaintiff's
19    counsel?
20    A.    I did not.
21    Q.    Did you provide that to Plaintiff's
22    counsel?
23    A.    I provided to -- not all of those
24    prisoners' files are relevant to this case
25    because they don't involve the lethal injection
```

Case 3:18-cv-01234-B Document 184 Filed 06/17/22 Page 83 of 289 PageID #: 7204
Elite Reporting Services (615) 595-0073
www.EliteReportingServices.com

```
 1    protocol, but I have supplied to counsel all of
 2    the files that I used and relied upon in this
 3    case.
 4                MR. MITCHELL:  And, Alex, is that
 5    what you provided this morning?
 6                MR. KURSMAN:  Yes, Rob, just for the
 7    record, that is what we provided to you this
 8    morning.
 9                MR. MITCHELL:  Okay.
10    BY MR. MITCHELL:
11    Q.    Dr. Van Norman, how many autopsy reports
12    did you review for this case?
13    A.    I'd have to look at the report.  I
14    actually did a review -- I believe it was of 25
15    autopsy reports, 23 of which were relevant to
16    this -- were relevant to my report.
17    Q.    And is that this Appendix 4?
18    A.    Is that 25 there?  It should be, yes, but
19    let's -- let's make sure that's the 25.
20          And can you tell me -- let's see, 3, 6,
21    9, 12, 15, 18, 21 -- sorry, 3, 6, 9, 18, 21,
22    24, 25.  Yes, so that is it.
23    Q.    So Appendix 4 is a list of the 25 autopsy
24    reports you reviewed for this case?
25    A.    That is correct.
```

```
1   Q.    And you'll see, I mean, in the appendix,
2   it does say autopsy files in the --
3   A.    Oh, that was cut off at the top.  I
4   didn't see that, so I'm sorry.
5   Q.    I'm sorry, that wasn't a trick question.
6   A.    No, I just -- I didn't see the end of it
7   and realized that was the appendix.  So, okay,
8   go ahead.
9   Q.    So how did you receive these 309 autopsy
10  files or autopsy reports?
11  A.    I -- this file was -- is a file that was
12  obtained by the Freedom of Information Act by
13  Noel Caldwell for NPR, and he has a G-drive of
14  these autopsy files and he simply gave me
15  access to them.
16  Q.    Okay.  Do you know -- so do you know Noel
17  Caldwell?
18  A.    I do not.
19  Q.    How did Noel Caldwell give you access?
20  A.    It's a little bit of a long story.
21  Around the time that he was writing an article
22  for NPR, his office contacted me for an
23  interview, which I refused to give.  And he --
24  in the contact, they mentioned that they had
25  the files, and through them and the fact that
```

```
 1   these were also -- well, it was through them
 2   and through an attorney involved in one of my
 3   other cases that I received access to the
 4   files.
 5   Q.    Now, do you know which drugs were used in
 6   each of these executions for these different
 7   states in Appendix 4?
 8   A.    All of them used midazolam.  I would have
 9   to go through -- I did not compile which of
10   them used -- if all of them used vecuronium or
11   if all of them -- or if some of them used
12   rocuronium.  And then all of them used
13   potassium.
14   Q.    And do you know whether the dosages were
15   the same for all of these different states with
16   all those different drugs?
17   A.    My recollection looking at it right now
18   is that the doses were the same -- were the --
19   yes, that the doses were the same.  I don't
20   remember, again, for vecuronium versus
21   rocuronium, but the midazolam dose was
22   500 milligrams in each of these.
23   Q.    Was the potassium chloride dosage the
24   same in each of these executions?
25   A.    I don't specifically recall, but I
```

Case 3:18-cv-01234-B Document 184-2 Filed 03/17/22 Page 86 of 289 PageID #: 7367
Elite Reporting Services
www.EliteReportingServices.com

1    believe it was.  I just -- at this moment, as

     2    we're talking, I don't recall.  Most --

     3    Q.    Does that matter?

     4    A.    No.

     5    Q.    Why not?

     6    A.    Because in all cases, the dose of

     7    potassium given in these executions was a fatal

     8    dose and was supramaximal.

     9    Q.    What is a fatal dose of potassium

    10    chloride?

    11    A.    You mean what is the actual fatal dose or

    12    what were the actual doses in these cases?

    13    Q.    What is the actual fatal dose?

    14    A.    Well, it depends -- I'm going to go back

    15    to clinical pharmacology.  It depends on how

    16    it's given and into what vein.  A relatively

    17    small dose of potassium can be fatal if given

    18    into a central vein, but what I'm saying is

    19    that there was a minimum of 150 milligram --

    20    milliequivalents of potassium given into a

    21    peripheral vein, which would be fatal.

    22          We would not ordinarily give more than 40

    23    milliequivalents through a peripheral vein,

    24    concerned that it would cause a fatal cardiac

    25    arrythmia.  But I don't know an -- I can't give

Case 3:18-cv-01234-B Document 184-10 Filed 03/17/22 Page 87 of 289 PageID #: 7308
ELITE BY Courtroom Reporting Services (615) 595-0073
www.EliteReportingServices.com

```
 1    you an absolute number because it depends on
 2    circumstances and how it's injected.
 3    Q.    What circumstances does it depend on?
 4    A.    How rapidly it's injected, which vein
 5    it's injected in and how dilute it is.
 6    Q.    Does it depend on any other
 7    circumstances?
 8    A.    Give me a "for instance."
 9    Q.    Well, I'm asking you.  I'm not sure if
10    there are, but I'm just curious if there are
11    other circumstances in which the fatality of a
12    dosage of potassium chloride delivered
13    intravenously would hinge on --
14    A.    Well, clinically, and I'm not talking
15    about executions now, I'm talking about
16    clinically, the dose that would be fatal would
17    also depend on the potassium level that the
18    patient already intrinsically has.  So there
19    are some clinical conditions that lead to acute
20    rises in potassium, and it would take a much
21    smaller dose then to cause a cardiac arrest by
22    adding potassium to that.
23          Cardiac -- I'm sorry.
24    Q.    What were you going to say,
25    Dr. Van Norman?
```

ELITE B Courtwood Reporting Services (850) 595-9929
www.EliteReportingServices.com

```
 1    A.    I was just going to say that cardiac
 2   arrest depends on the level of potassium in the
 3   system.  And so, if you already have a high
 4   level of potassium, it doesn't take as much to
 5   get -- to get to a fatal level in the system.
 6    Q.    Do you know -- going back to Noel
 7   Caldwell, do you know whether Noel Caldwell
 8   made one Freedom of Information Act request or
 9   a number of different Freedom of Information
10   Act requests?
11    A.    I do not -- I do not know.
12            MR. KURSMAN:  Yeah, objection to
13   form.
14            MR. MITCHELL:  What's the basis for
15   your objection, Alex?
16            MR. KURSMAN:  Just that it's calling
17   for hearsay information.
18   BY MR. MITCHELL:
19    Q.    Dr. Van Norman, have you ever been
20   present when an autopsy was performed?
21    A.    Certainly, yes.
22    Q.    And have any of those autopsies you were
23   present for been when someone was executed?
24    A.    No.
25    Q.    And is this -- Appendix 5 to your report,
```

```
 1    I believe it's two pages, is this a log of --

 2    or is this a table compiling logs of

 3    executions?

 4    A.    Yes.

 5    Q.    Did you put this log together or this

 6    table together, we'll call it?

 7    A.    This is a -- yes.

 8    Q.    When did you compose this table?

 9    A.    I don't remember exactly when.  It's

10    recently.

11    Q.    Like in 2021?

12    A.    Oh, yes.  I'm sorry, yes.

13    Q.    For this expert report?

14    A.    Correct.

15    Q.    Okay.  Did anyone help you compose this

16    table?

17    A.    No.

18    Q.    And did you review each of these logs on

19    Pages 64 and 65 of your report in anticipation

20    of creating this table?

21    A.    I did.

22    Q.    Did you review these logs for any other

23    litigation?

24    A.    No.

25    Q.    Does this data affect your report that's
```

ELITE B Courtroom Reporting Services (615) 595-0073
www.EliteReportingServices.com

1    contained in these logs in Appendix 5?

2    A.    It does, yes.

3    Q.    How does it affect your report?

4    A.    In terms of understanding -- it affected

5    my analysis of the questions I was asked

6    because among the data that's contained here is

7    included the injection times of the various

8    drugs, together with the timing of cardiac

9    arrest, the time -- not just the time of

10   declared death but the time of witnessed

11   cardiac arrest when it happened.

12        This also contains information about

13   approximately when the so-called consciousness

14   checks occurred during the execution process

15   and how long between the end of the first

16   injection and the second injection started, so

17   how long the time frame was between the

18   injection of the first drug, the finish of the

19   first drug injection, the timing of the

20   consciousness check and the beginning of the

21   second drug, which was vecuronium.  Drug two is

22   vecuronium, by the way.

23        And I was asked, for example, whether --

24   about potassium, injection of potassium and

25   timing of death and whether vecuronium hastened

Case 3:18-cv-01234-Bxxxxxxx Document 184 Filed 05/17/22 Page 91 of 289 PageID #: 7212
ELITE Courtroom Reporting Services (615) 599-0073
www.EliteReportingServices.com

```
 1    death.  That was an additional question I was

 2    asked to address that I forgot in your previous

 3    question.  And the timings on this table helped

 4    to illustrate my answer -- the reasoning for my

 5    answers for them.

 6    Q.    How many inmates are on this report?  And

 7    I can scroll whenever you ask me to.

 8    A.    Count them out, 3, 6 -- sorry.  I -- my

 9    glasses don't do as well with the computer.  3,

10    6, 9.  Go ahead.  12, 15, 18, 21 or 22.

11    Q.    Okay.  And this isn't the same list as

12    Appendix 4, is it?

13    A.    That is correct; it is not the same list.

14    Q.    Okay.  For instance, there's three

15    inmates from Ohio here?

16    A.    Correct.

17    Q.    And if we scroll up to Appendix 4,

18    there's no Ohio executions; is that correct?

19    A.    That's correct.

20    Q.    Likewise, Appendix 4 has three inmates

21    from Arkansas?

22    A.    I assume so.  I mean, we can look at it.

23    Looks like it's three there, might -- could be

24    four, yeah.

25    Q.    And you see the first four are Arkansas
```

Case 3:18-cv-01234-B Document 184-10 Filed 03/17/22 Page 625 of 289 PageID #: 7203
ELITE B Document 184 Reporting Services Page (225) 293-9933
www.EliteReportingServices.com

1    here in Appendix 5?

2    A.    Correct.

3    Q.    Okay.  Now, going up to Appendix 4, from

4    the autopsy files, were you able to tell which

5    inmates had a heartbeat at the time of the

6    potassium chloride administration?

7    A.    I was not, from the autopsy files.

8    Q.    Okay.  Were you from the execution logs?

9    A.    Yes.

10   Q.    How so?

11   A.    Well, in the execution logs, there were

12   two different kinds of notation -- well, two or

13   three different kinds of notations made.  In

14   many cases, notice where I say "witnessed

15   cardiac arrest."  That second to the last

16   column from the right says, "Witnessed cardiac

17   arrest or declaration of death."

18         And when I say "CA," it's -- that's when

19   this is witnessed, and what we say is the --

20   and the "D" is for declaration of death.

21         So not only through those logs at times

22   did people say "the heart has stopped," "the

23   heart has ceased," "cardiac arrest" or some

24   other statement as to the moment that that

25   occurred, but there was also an official time

Case 3:18-cv-01234-B Document 184 Filed 03/17/22 Page 93 of 289 PageID #: 7214
Elite Reporting Services
www.EliteReportingServices.com

1    of death put on those logs.

2        And I've noted where the -- and

3    sometimes -- sometimes one was present but not

4    the other, and sometimes both were present.  So

5    you can read that column and see which -- where

6    there were eyewitness reports of the stoppage

7    of the heart, and there were eyewitness reports

8    of the declaration of death.

9    Q.    So, for instance, if we look here at

10   Thomas Knight, third from the bottom, where it

11   says "D," is that when death was pronounced?

12   A.    I believe so.  I'd have to look back at

13   that log, but that's -- that's what that's

14   intended to mean.

15   Q.    Okay.

16   A.    And you can see here, if you look, the

17   end of the injection of drug three, which is

18   potassium, was 2,000 -- was 8:14.  Time of

19   death was 8:17.  And the time from the end of

20   potassium to either one of these is three

21   minutes, so that would be the declaration of

22   death.

23   Q.    Okay.

24   A.    Yeah.

25   Q.    Give me just a moment.

```
1          So, Dr. Van Norman, looking here at
2     Page 28 of your report, you talked about
3     Appendix 4, which is the 22 prisoner log of
4     autopsy files you reviewed, and you said, "In
5     every single case, the prisoner was still alive
6     and had a heartbeat at the time of potassium
7     chloride administration."
8     A.    I'm sorry, say that again for me.
9     Q.    Sure.
10          I'm looking at this -- this second
11    sentence on Page 28 of your report.
12    A.    Uh-huh.
13    Q.    It says, "In every single case, the
14    prisoner was still alive and had a heartbeat at
15    the time of potassium chloride administration."
16    Did I read that correctly?
17    A.    You did.
18    Q.    And that's for Appendix 4, the log of 22
19    prisoners?
20    A.    Go back, that might be a misprint.  Can
21    you show me Appendix 4 again?  I might have had
22    a misprint there that I missed.
23    Q.    This is Appendix 4.
24    A.    And that's the autopsies.  No, that
25    should have been Appendix 5 then, I think.
```

Case 3:18-cv-01234-B Document 184 Filed 03/17/22 Page 95 of 289 PageID #: 7216
ELITE Document Reporting Services (855) 299-0093
www.EliteReportingServices.com

```
 1    That -- I think that was a typo.

 2              MR. KURSMAN:  And can I interject for

 3    a second, Rob?  You -- someone from your office

 4    sent Exhibit 2 to myself and co-counsel, being

 5    Dr. Van Norman's report.  It did not -- this

 6    e-mail did not go to Dr. Van Norman.  So what I

 7    will do is I will forward it to her so she can

 8    scroll through while talking to you.

 9              MR. MITCHELL:  Sure.

10              MR. KURSMAN:  Okay.

11              MR. MITCHELL:  Do we want to take a

12    break for a second for Dr. Van Norman to -- I

13    don't know if her e-mail's up so she can open

14    the report and have it in front of her?

15              THE WITNESS:  I think I can open it.

16    Give the e-mail a moment to come through, so...

17              MR. MITCHELL:  And, Alex, if -- we

18    don't have Dr. Van Norman's e-mail, to the best

19    of my knowledge.  If you want us to e-mail her

20    directly, we can, but we didn't want to

21    communicate with her without your blessing,

22    so...

23              MR. KURSMAN:  Well, how about we just

24    keep doing it you send it to us, and then I'll

25    just notify you that I'm forwarding it to her.
```

1    So I did forward it to her.

2          THE WITNESS:  Yeah, let -- sorry.

3    Let me check and see if it's come through.

4          MR. MITCHELL:  Okay.

5          THE WITNESS:  It often takes a couple

6    minutes.  Yeah, looks like it has.  Give me a

7    moment to download.

8          All right, I have it up.  Let me

9    clean up my screen here.

10          And now, I'm going to just

11   superimpose the report right over the screen

12   where you have the report.  And if you tell me

13   where we want to -- you want me to direct my

14   attention, I'd be happy to scroll to it.

15   BY MR. MITCHELL:

16   Q.    Sure.  Page 28, please.

17   A.    Okay.

18   Q.    Do you see -- there's a sentence we

19   talked about a second ago, the sentence that

20   says, "In every single case, the prisoner was

21   still alive and had a heartbeat at the time of

22   potassium chloride administration."

23   A.    Yes.

24   Q.    And I think we've established that that

25   was actually Appendix 5, not Appendix 4 that

Case 3:18-cv-01234-B Document 184 Filed 03/17/22 Page 97 of 289 PageID #: 7218
Elite Reporting Services
www.EliteReportingServices.com

1    you meant.

2    A.    I think so.  Let me just, now that I can

3    scroll, take a quick look, if you don't mind,

4    but I think that's just a typo.

5         Yes, I -- that's -- that has to be a typo

6    because the logs are Appendix 5.

7    Q.    And so, for instance, looking at the

8    Arkansas executions, the first four in

9    Appendix 5, how do we know -- or how do you

10   know that there was a heartbeat at the time the

11   potassium chloride was administered?

12   A.    I confess, in those cases, I don't have a

13   timing for the third drug, so I can't state for

14   sure, although it would certainly be

15   nonsensical to inject potassium into a patient

16   who is dead.  But I -- I admit that I don't --

17   now that you asked me, I notice that the third

18   drug doesn't have a start and stop time.

19   Q.    So would you agree that on Page 28, your

20   statement "in every single case, the prisoner

21   was still alive and had a heartbeat at the time

22   of potassium chloride administration," that is

23   not reflected by the data you reviewed?

24   A.    I agree that the data reflects that in

25   every single case where the timing of the third

Case 3:18-cv-01234-B Document 184-20 Filed 06/17/22 Page 63 of 229 PageID #: 7269
ELITE B. Underwood Reporter - Elite Services (615) 595-0073
www.EliteReportingServices.com

1    drug is noted, the patient had a heartbeat at

2    the timing of the potassium injection.  So

3    that's -- the fact that I admit to is that that

4    is the case.

5    Q.    And how do we know that the patient had a

6    heartbeat every time a third drug was injected

7    on the one where the timing of the third drug

8    is stated?

9    A.    Because in cases where there was a

10   cardiac arrest with potassium -- in cases where

11   there -- let me go back to the logs, I'm sorry.

12   I'm trying to scroll and talk at the same time,

13   I'm going to make myself nauseated.

14        In timing -- in cases where the timing of

15   the potassium injection is noted, there is a

16   subsequent notation that is later than the

17   start of the potassium injection of either

18   death or cardiac arrest.

19   Q.    And so, for instance, if we look at

20   Thomas Knight, third from the bottom on

21   Appendix 5.

22   A.    Okay, let me see if I can turn this up.

23   In Appendix -- oh, Appendix 5, sorry.  Hang on.

24   Q.    Dated January 7th, 2014 --

25   A.    Well, I'm sorry, that -- here's from the

Case 3:18-cv-01234-B Document 184 Filed 05/17/22 Page 99 of 289 PageID #: 7270
EliteReportingServices.com
www.EliteReportingServices.com

1    bottom on Page 1 of Appendix -- I was looking

2    somewhere --

3    Q.    Yes, I'm sorry.

4    A.    Yeah.

5    Q.    So what in Thomas Knight's -- the entry

6    for Thomas Knight tells us that Thomas Knight

7    had a heartbeat when the potassium chloride was

8    administered?

9    A.    Because the medical examiner or whoever

10   was called upon to determine that he was dead

11   said he was not dead until 18:45, and the

12   potassium injection began at 18:39.

13   Q.    Could he have been dead at 18:44?

14   A.    Not if you have a competent medical

15   examiner.

16   Q.    But what if the medical examiner didn't

17   check him until 18:45?

18   A.    I -- the -- since -- all I can say is

19   that the medical examiner says this prisoner

20   was not dead until 18:45, and the potassium

21   injection began at 18:39.

22   Q.    The medical examiner said that the

23   prisoner didn't die until 18:45, or 18:45 was

24   when the medical examiner pronounced death?

25   A.    The time of death is the time when the

Case 3:18-cv-01234-BJD-Document 18-20 Filed 09/17/22 Page 100 of 289 PageID #: 721
EliteReportingServices.com
www.EliteReportingServices.com

```
1   patient officially dies, and that is declared
2   by the medical -- I -- let me back up and say,
3   we keep talking about the medical examiner, and
4   I'm not meaning your state medical examiner.
5         I'm meaning the person who examines the
6   inmate for death, and that person has to
7   certify when that person died as the time of
8   death, and that person certified that this
9   person died at 18:45.  And so, they made an
10  official statement that this patient was not
11  dead until 18:45.
12  Q.    But did -- was there anything in the data
13  you relied on saying that the individual was
14  alive at 18:44?
15  A.    Yes.  The logs demonstrate that they were
16  not dead until 18:45.
17  Q.    And how do the logs demonstrate that?
18  A.    The medical examiner declared that that
19  is when the patient -- when the inmate died.
20  Q.    And so, my question is, could the inmate
21  have died sooner but not been examined?
22  A.    Then the medical examiner should not have
23  given the time of death as 18:45.
24  Q.    But it's possible?
25  A.    Only if you have an incompetent medical
```

```
 1    examiner.

 2    Q.    And why would that be incompetent?

 3    A.    Because the medical examiner provides a

 4    declaration of when the inmate died.  And if

 5    they say that the inmate died at 18:45, we have

 6    to rely on that.  We can't make up something

 7    else.

 8    Q.    Okay.  Now, Dr. Van Norman, going up to

 9    Appendix 1, is that your CV?

10    A.    Let me scroll.  Hang on.  I think it is,

11    yes, but let me just be sure.  I don't want to

12    make another mistake of, you know, mistaking

13    four for five, so...

14          Hang on, hang on.

15          Yes.

16    Q.    Okay.  And is this CV up to date?

17    A.    It is missing a couple of publications

18    that have occurred in the last 60 days, but

19    other than that, it is up to date, yes.

20    Q.    And if we scroll down to Page 60 of your

21    report, Appendix 2, a list of your depositions

22    and court testimony in the last four years?  Do

23    you have that in front of you?

24    A.    I'm getting there, just a moment.  Sorry,

25    it's taking a minute.
```

Elite Reporting Services * (615) 595-0073
www.EliteReportingServices.com

```
 1          Yes, I'm there.
 2     Q.    Is Appendix 2 up to date?
 3     A.    Let me see.  It should be, but let me
 4     just look at what's on here to make sure it is.
 5          Yes, that is up to date.
 6     Q.    Prior to today, when was the last time
 7     you testified in a lethal injection case?
 8     A.    January of 2021.
 9     Q.    And was that the federal case you talked
10     about?
11     A.    Yeah, that's the Roane v. Barr for the
12     Washington, D.C. Federal Court of Appeals.
13     Q.    And before that case, what was the last
14     lethal injection case you testified in?
15     A.    That was in 2018, McGehee v. Asa
16     Hutchinson.
17     Q.    Okay.  What was the first lethal
18     injection case you testified in?
19     A.    2018, Jason McGehee v. Asa Hutchinson.
20     Q.    How did you get involved in that case?
21     A.    I was contacted by an attorney on the
22     case, a Mr. Williams from Arkansas.
23     Q.    Okay, just out of the blue?
24     A.    Yeah, pretty much.  I don't remember -- I
25     don't remember how he came to get my name.  I
```

```
1    was not expecting any kind -- I wasn't
2    expecting a contact, so...
3    Q.    And have you ever served as an expert
4    witness on behalf of a State in an execution
5    case?
6    A.    On behalf of the State, oh, you mean not
7    on behalf of the inmates?
8    Q.    Correct.
9    A.    Yeah, okay.  No, I have not.
10   Q.    Okay.  Would it be consistent with your
11   ethical obligations to do so?
12   A.    It wouldn't be inconsistent.
13   Q.    So it would be consistent?  It would be
14   acceptable?
15   A.    It would be -- it would be acceptable --
16   are you asking me is it ethical to provide
17   expert witness for the State in lethal
18   injection -- sure.
19   Q.    Yes.  Yes.
20   A.    Sure, there are ways you could do it
21   unethically, but it certainly could be -- would
22   be ethical to do so.
23   Q.    Okay.  Now, your report contains 13
24   statements starting on Page 4; is that correct?
25   A.    I believe so, yes.
```

```
 1    Q.    Do you still stand by these 13 statements

 2    today?

 3    A.    I believe so.  Let me -- let me just

 4    quickly peruse them.  I don't recall having any

 5    new information, so let me just look through.

 6          Yeah, I would still stand by them.

 7    Q.    Since submitting this report on

 8    November 17th, has your expert opinion

 9    regarding any of these 13 statements changed in

10    any way?

11    A.    Not that -- no, not that I'm aware of.

12    Q.    Okay.  And do you know what drugs are

13    used in Tennessee's protocol, Dr. Van Norman?

14    A.    The Tennessee protocol, as is stated up

15    in the -- on Page 4, at least the one that was

16    supplied to me, consists of midazolam,

17    vecuronium and potassium chloride.

18    Q.    And what amount of midazolam does

19    Tennessee's protocol call for?

20    A.    It calls for a total of 500 milligrams of

21    midazolam, given as two syringe-fulls of --

22    50 CCs of syringe-fulls of 5 milligrams per ML

23    of midazolam.

24    Q.    Okay.  And how many milligrams of

25    vecuronium bromide does Tennessee's protocol
```

Case 3:18-cv-01234-Document 189 Filed 03/17/22 Page 105 of 289 PageID #: 7026
EliteReportingServices.com
www.EliteReportingServices.com

1    call for?

2    A.    It calls for a total of a hundred

3    milligrams vecuronium, also given as an

4    injection of two syringes, each containing --

5    two 50 CC syringes, each containing one

6    milligram per ML of vecuronium.

7    Q.    And how much potassium chloride is called

8    for in Tennessee's protocol?

9    A.    It calls for a total injection of 240

10   milliequivalents of undiluted potassium

11   chloride drawn up into two 60 CC syringes.

12   Q.    And you can close out of your report.

13   Those are the only questions I have for you at

14   the moment based on that.

15   A.    There you are, behind my report.

16   Q.    So let's talk through the drugs a little

17   bit.  What is midazolam?

18   A.    Midazolam is a benzodiazapine.

19   Q.    Okay.  And you're familiar with it from

20   your medical practice; is that right?

21   A.    Certainly, yes.

22   Q.    Is midazolam also an anticonvulsant

23   agent?

24   A.    But -- well, not technically.  Midazolam

25   does raise the seizure threshold, meaning that

```
 1    it makes people -- it -- it decreases the
 2    probability that someone will have a seizure,
 3    but you can't use it for treatment of chronic
 4    seizures.  So I would not call it -- it is not
 5    in the class of anticonvulsants, but it has an
 6    effect that reduces seizures.
 7    Q.    Does -- is one of the effects of
 8    midazolam that it can reduce involuntary
 9    movement?
10    A.    Reduce involuntary movement.  Some, but
11    it doesn't have a power -- powerful effect
12    on -- as powerful effect on involuntary
13    movements as voluntary movements.
14    Q.    Does midazolam cause pain?
15    A.    Midazolam itself was -- is a -- the
16    benzodiazepines all are uncomfortable to inject
17    IV, depending upon the dose and the
18    concentration.
19          Midazolam causes -- is a water-soluble
20    one that causes much less pain, for example,
21    than Valium.
22    Q.    Okay.  Upon injection?
23    A.    Correct.
24    Q.    Can injection of midazolam cause pain?
25    A.    Yes.
```

Case 3:18-cv-01234-Document 1 Reported Filed 03/17/22 e Page (075 of 289 Page ID #: 7028
ELITE REPORTING SERVICES * (615) 595-0073
www.EliteReportingServices.com

```
 1    Q.    How so?

 2    A.    It has -- I don't know the actual

 3    peripheral nerve mechanism that it does.  It

 4    does have a low pH, which means it's slightly

 5    acidic compared to blood, so it may have an

 6    effect on veins like that, but I really don't

 7    know the specific mechanism.

 8          With Valium, it is because there's a

 9    direct caustic effect on the veins as well as

10    the pH, but I'm not familiar with the specific

11    work in midazolam for that.

12    Q.    Do you use midazolam in your medical

13    practice?

14    A.    I do, yes.

15    Q.    For what procedures do you use midazolam?

16    A.    Well, I use it as an adjunct in many

17    different kinds of procedures.  Are you asking

18    me -- but I never -- I never use midazolam

19    alone in any of the procedures that I'm working

20    on.

21    Q.    So what procedures do you use midazolam

22    as an adjunct for?

23    A.    It could be used for almost any

24    procedure, except perhaps ones in which we are

25    wanting to have a patient recall a procedure.
```

```
 1   So it's possible that in certain neuro
 2   procedures where we need to have memory and
 3   recall as part of the testing of neuro function
 4   afterwards, that we would avoid midazolam.
 5        We also would avoid midazolam in patients
 6   who have a tendency towards postop delirium or
 7   dementia, postoperative cognitive dysfunction
 8   because it can have -- it can both precipitate
 9   that and it can also inhibit our ability to
10   assess the patient.  But I could use midazolam
11   potentially in -- as part of my -- as part of
12   my management of patients in almost any
13   procedure.
14   Q.   So does midazolam affect recall?
15   A.   It has a very powerful effect on recall,
16   yes.
17   Q.   What is that effect?
18   A.   It causes amnesia.
19   Q.   At what dosage?
20   A.   It can cause amnesia at very small doses,
21   1 to 2 milligrams.
22   Q.   What do you use midazolam with?  Like --
23   let me rephrase my question.
24        When you administer midazolam, what other
25   drugs are you administering with it?
```

ELITE-Brenda Dapprich, Court Reporter (850)529-9673
www.EliteReportingServices.com

1    A.    Well, for -- if we are not talking about

2    a painful procedure, if we're just talking

3    about a patient who's anxious, for example,

4    undergoing an X-ray, like going in an MRI

5    scanner, I might just give them midazolam

6    alone.

7         When I said previously that I wouldn't

8    use it as a solo drug, I meant for

9    significant -- for painful procedures.  And so,

10   almost always with procedures that are going to

11   cause discomfort and pain rather than simply

12   anxiety, I would almost always combine it with

13   a very potent narcotic.  And I will also

14   additionally likely combine it with other drugs

15   that include some anticholinergics and/or

16   droperidol, butorphanol, things like that to

17   prevent nausea.  So -- but it totally depends,

18   and for surgeries that involve significantly

19   painful procedures, there might be six to ten

20   other drugs that I give.

21   Q.    What would be examples of surgeries with

22   significantly painful procedures?

23   A.    Let's say intracavitary procedures are

24   significantly painful for -- so for surgeries

25   inside the belly, inside the pelvis, inside the

Case 3:18-cv-01234-Document 123-9 Report Filed 09/17/22 Page 110 of 289 PageID #: 7281
EliteReportingServices.com
www.EliteReportingServices.com

1   chest, for example -- are good examples of

2   significantly painful procedures.

3   Q.     And so, the only times you've

4   administered midazolam by itself is to address

5   a patient's anxiety?

6   A.     Pretty much.  I mean, I won't swear that

7   I haven't given it -- I can -- for example, I

8   could foresee giving midazolam if I had no

9   other drugs available or if I had a patient

10  such that they would not tolerate any other

11  drugs.  For example, they were dying from

12  injuries in a motor vehicle accident or

13  something like that.

14        There might be brief periods in which I

15  would use midazolam alone because they

16  wouldn't -- it wouldn't be as likely to cause a

17  fatal change in blood pressure or, you know,

18  that.  But essentially, no, I don't use that

19  drug alone except in nonpainful procedures.

20  Q.     And if you -- in those limited situations

21  where you would use midazolam alone, would you

22  be using it to reduce pain?

23  A.     Absolutely not.  A patient would have no

24  pain relief whatsoever.  What I would be doing

25  is trying to make them forget that they had

Case 3:18-cv-01234-Document 123-1 Report Filed 09/17/22 Page 111 of 289 PageID #: 7092
ELITE-Document 18 Reporting Services (615) 595-0073
www.EliteReportingServices.com

1    pain.

2    Q.    Okay.  Subsequently be unable to recall

3    that they were in pain?

4    A.    Yep.

5    Q.    Okay.  If you were to use midazolam by

6    itself for that purpose, how much midazolam

7    would you administer?

8    A.    Again, it depends on the status of the

9    patient.  If I have a very compromised patient,

10   I might just use as little as 1 milligram.  But

11   I can pretty reliably produce amnesia if I give

12   2 milligrams.

13   Q.    Are there any other purposes that

14   anesthesiologists use midazolam for?

15   A.    Any other purposes.  Well, there have

16   been a lot of --

17          MR. KURSMAN:  I'll object to form.

18   BY MR. MITCHELL:

19   Q.    Do you know whether there are other

20   purposes anesthesiologists have used midazolam

21   for?

22   A.    There are some research studies in which

23   trials of midazolam for other purposes have

24   been used.  Most of those clinical studies are

25   pretty problematic.  I don't know of any common

Case 3:18-cv-01234-BHS Document 18 Report Filed 09/17/22 e Page (615) 589-9113 PageID #: 7103
EliteReportingServices
www.EliteReportingServices.com

```
 1    clinical use for painful procedures that
 2    midazolam would be used for other than as
 3    adjunct.
 4    Q.    What's the intended effect or effects of
 5    midazolam?
 6    A.    The intended effect is to provide the
 7    patient with relief of anxiety, relaxation,
 8    sedation and amnesia.
 9    Q.    Are there any other intended effects of
10    midazolam?
11    A.    None that I'm thinking of at this moment,
12    but if they occur to me, I'll let you know.
13    Q.    Okay.  Does midazolam also sometimes
14    produce unintended effects?
15    A.    Sure.
16    Q.    What are some examples of unintended
17    effects midazolam can produce?
18    A.    Well, when -- if we define "unintended
19    effects" not meaning unexpected, just
20    unintended, it's not --
21    Q.    Sure.
22    A.    -- why we give the drug.
23    Q.    Yes.
24    A.    Midazolam can lower blood pressure.  It
25    can -- if it's -- are we -- and if we're -- let
```

Case 3:18-cv-01234-BZ Document 18 Report Filed 03/17/22 Page 113 of 289 Page ID #: 7234
EliteReportingServices.com
www.EliteReportingServices.com

1    me back up and say, if we're talking about

2    intravenously injected midazolam?

3    Q.    Yes.

4    A.    Yes.  Then it can have effects on blood

5    pressure.  It can also have effects on

6    breathing, although it doesn't -- the

7    benzodiazepines generally don't cause

8    respiratory arrest by themselves.  They can

9    cause a change in how responsive the brain is

10   to the buildup of carbon dioxide and to the

11   fallen oxygen level.

12        So a patient -- let me translate that.  A

13   patient's breathing may become more shallow

14   with midazolam.

15   Q.    Shallow enough that you would use a

16   ventilator?

17   A.    Not generally, no.  It's actually pretty

18   hard to stop some -- with just using midazolam

19   alone, which is what we're talking about, it's

20   actually hard to stop someone's breathing.

21   Q.    But is it possible?

22   A.    It might be, if the patient had the right

23   medical conditions.  I don't -- I mean, I --

24   you know, any -- anything's possible, but that

25   doesn't mean it happens, you know.

1    Q.    What it if the dose was extremely high,
2    could that stop a patient's breathing?
3    A.    Well, define "extremely high."
4    Q.    Hundred milligrams of midazolam delivered
5    intravenously, could that stop a patient's
6    breathing?
7    A.    Well, first of all, there are no clinical
8    studies that study that.  So we're looking at
9    doses that are lower than that and that are
10   below the ceiling effect of midazolam anyway.
11        But in what are considered relatively
12   high clinical doses, which would be 40 to
13   50 milligrams, patients continue to breathe.
14   And if they don't have -- if they haven't taken
15   any other medications and we don't give them
16   any other medications, it would be unlikely to
17   stop their breathing.
18        Accord -- and this is according to
19   studies done with benzodiazepines when they
20   were created.
21   Q.    So is it your testimony that midazolam
22   could not stop a patient's breathing by itself?
23   A.    I think what I just said is, given the
24   right circumstances it might, but that in
25   clinical doses it's unlikely to.

Case 3:18-cv-01234-BJD-JRK  Document 189  Filed 09/17/22  Page 115 of 289 PageID #: 7236
ELITE-Brentwood Reporting Services  (615) 595-0073
www.EliteReportingServices.com

```
 1    Q.    What are other unintended effects of

 2    midazolam?

 3    A.    I think I mentioned that you can

 4    sometimes get a fall in blood pressure when you

 5    inject it, and that -- benzodiazepines cause --

 6    that can be due to relief of anxiety if the

 7    blood pressure's been raised by anxiety, but

 8    it -- but the benzodiazepines also have a

 9    direct effect on dilating blood vessels, which

10    can cause a fall in blood pressure, and that

11    can lead reflexively to a rise in heart rate.

12    Q.    Does midazolam have any other unintended

13    effects that you're aware of that we didn't

14    discuss?

15    A.    Well, I mentioned the unintended effects

16    of contributing potentially to postop delirium

17    of postoperative cognitive dysfunction.

18         It can cause prolonged sedation, meaning

19    it can have unintended duration of effects.  We

20    expect the patient to have clinical effects for

21    an hour, and they have clinical effects for two

22    or three.

23         I'm not thinking of any other effects at

24    the moment, but there probably are some others

25    I've just not named.
```

Elite-Document Reporting Services (615) 595-0073
www.EliteReportingServices.com

```
 1   Q.    What are some of Midazolam's unexpected
 2   effects?
 3   A.    Well, an example of an unexpected effect
 4   would apply to any drug.  You can get -- just
 5   like with any drug, you can get an allergic
 6   reaction to it.  So you can have allergy and
 7   anaphylaxis.  You can also have paradoxical
 8   reactions to any of the benzodiazepines, in
 9   which we're expecting the patient to have some
10   relaxation and sedation and instead they get
11   agitated, terrified and start to become
12   combative because of the drug.
13         There are also disinhibitory effects in
14   the brain, meaning that it's a little like
15   being drunk.  You would say or do things that
16   you might not normally do, or become
17   uncharacteristically, well, combative as a
18   result of it.  So those are among the most
19   common unexpected effects of midazolam.
20   Q.    And other benzodiazepines, too?
21   A.    Yes.  That's a general characteristic of
22   the benzodiazepines.
23   Q.    Can Midazolam's effects vary from person
24   to person?
25   A.    They do, yes.
```

```
 1    Q.    Okay.  In any ways we haven't talked
 2    about?
 3    A.    None that I can think of.
 4          I did just realize one kind of silly side
 5    effect of midazolam, and it occurs in about
 6    25 percent of people, and that is it gives them
 7    the hiccups.
 8    Q.    I'm sorry, say that --
 9    A.    It can give them the hiccups.
10    Q.    Before you administer midazolam, what do
11    you consider -- what characteristics of a
12    patient do you consider?
13    A.    Well, the one -- some of the ones I
14    mentioned.  For example, the first thing I
15    consider is whether the midazolam is needed.
16          The second is whether they are in a
17    generally frail condition such that my drug is
18    likely to affect their blood pressure, pulse.
19          Another is whether or not they may be at
20    risk for prolonged side effects from midazolam,
21    such as people who have mild dementia,
22    borderline dementia and shouldn't receive it.
23          And then finally, whether they've had a
24    prior bad reaction to midazolam.  If there's a
25    known bad reaction, be it allergic, be it
```

Case 3:18-cv-01234-Document1-Report Filed 03/17/22 Page 118 of 289 PageID #: 1289
EliteReportingServices.com
www.EliteReportingServices.com

```
 1    combativeness or any core paradoxical reaction.
 2    Q.    Is there anything else you take into
 3    account before administering midazolam?
 4    A.    Probably, but that's what I'm remembering
 5    right now.  I mean, I'd have to be given a
 6    specific patient to tell -- for you to say what
 7    all are you going to think of on this
 8    particular patient.  But yeah, those are the
 9    basic ones.
10    Q.    Okay.  Can midazolam inhibit movement?
11    A.    I'm not sure what you mean by "inhibit
12    movement."
13    Q.    Can midazolam impede the ability of
14    someone to move their lips, for example?
15    A.    Well, potentially.  I mean, there --
16    the -- there is no direct effect of midazolam
17    on the muscles.  That's what I was really
18    asking, if that's what you meant.  And it
19    doesn't tell the nerves not to tell the muscles
20    to move.
21          There are central effects of midazolam at
22    the GABAergic receptors that -- and midazolam
23    does act in central areas of the brain that
24    tell the brain to move in response to stimulus
25    and that tell it what kind of movement to make.
```

Elite-Brandon Report Services (615) 595-0073
www.EliteReportingServices.com

```
 1    And because midazolam is a GABAergic drug, it
 2    can affect those sites.  And so, a patient
 3    might -- there's not a physical inhibition of
 4    movement.  There's nothing telling the muscles
 5    not to move, but midazolam can create a
 6    situation in which the patient doesn't move,
 7    even though you think they should.
 8    Q.    How does midazolam create that situation?
 9    A.    Well, if -- I'm going to refer you to my
10    report, but I'll give you a basic summary.  As
11    I just said, GABAergic drugs, many of them can
12    have this effect, they do affect areas in the
13    thalamus, amygdala and other areas, which are
14    the signal-switching centers of the brain.
15          So the brain gets a signal, I'm in pain,
16    I'm terrified, and the -- it gets a multitude
17    of signals often at once in stressful
18    situations, and areas of the brain that I just
19    mentioned are responsible for selecting which
20    of those signals go forward and how they go
21    forward, what they signal the brain to do about
22    the stimulus.
23          And so, the switching station actually is
24    affected by GABAergic drugs and can prevent the
25    brain from selecting an action out of those,
```

1   myriad of actions it could do.  It could tell

2   the body to move.  It could tell the body to

3   move in a certain way, to move an arm, to push

4   away what's causing a stimulus or whatever, or

5   to just generally move.  But GABAergic drugs

6   affect centers of the brain that tell the brain

7   actually which move to select.

8         And so, there are patients who have been

9   shown under high dose midazolam anesthetics to

10  be awake but not move, even though they later

11  say they were in pain, for example.

12  Q.    So midazolam can inhibit movement?

13  A.    Yeah, the -- there are -- the studies

14  indicate that it can, yes, but I caught what

15  you were asking, that you were asking about

16  does it stop muscles from working, and the

17  answer is generally no.  No, it doesn't.

18  Q.    It's through the operation of the brain

19  that it inhibits movement?

20  A.    It's through switching in the brain that

21  it prevents movement in answer to a stimulus.

22  Q.    And did I understand you correctly,

23  midazolam can also cause movement?  Or did I

24  misunderstood you?

25  A.    I don't think I said that.

Case 3:18-cv-01234-Document 1 Report Filed 09/17/22 Page 121 of 289 PageID #: 7242
EliteReportingServices.com
www.EliteReportingServices.com

```
1    Q.    Okay.  Okay, that's user error.

2    A.    I can't think of it doing that, so I

3    don't think I said that.

4    Q.    Understood.

5          When was the last time you administered

6    midazolam for a patient, Dr. Van Norman?

7    A.    It was the -- when I was doing OR

8    anesthesia.  As I mentioned, I stopped just a

9    few months ago because of the pandemic.

10   Q.    And you stopped because of COVID, as

11   discussed, and --

12   A.    Exactly.

13   Q.    -- other -- yep.

14   A.    Yep.

15   Q.    Okay.  How much midazolam did you

16   administer to a patient the last time you gave

17   a patient midazolam?

18   A.    It was probably 1 or 2 milligrams.  I

19   can't give you a specific dose, but it's so

20   rare for me to give more than that these days.

21             (WHEREUPON, technical difficulties

22   were had.)

23   BY MR. MITCHELL:

24   Q.    And so, Dr. Van Norman, what is the

25   maximum -- maximum dose of midazolam you've
```

Elite-Brentwood Reporting Services (615) 595-0073
www.EliteReportingServices.com

```
 1    ever administered to a patient?

 2    A.    It's been several decades since it was

 3    used in cardiac anesthesia, so I can't give you

 4    the specific dose, but it would have been --

 5    that I used, but it would have been between 1

 6    and 1 and a half milligrams per kilogram.

 7    Q.    Which is how many milligrams?

 8    A.    Well, for a hundred kilogram person, it

 9    would be a hundred milligrams.

10    Q.    So you've administered a hundred

11    milligrams of midazolam to a person?

12    A.    On a couple of occasions, probably.  I

13    haven't -- what I -- the benzodiazepine that we

14    were using at that time was Valium, and

15    midazolam had just come on the market.  So

16    there were a couple -- there were a few cases,

17    a handful of cases in which we used midazolam,

18    and we would have used them in that dose -- in

19    that dose.

20    Q.    Would you have ever given a higher dose

21    than a hundred milligrams?

22    A.    I -- you mean have I or would I?

23    Q.    Have you, have you, have you ever given a

24    higher dose than a hundred?

25    A.    Possibly, but not that I specifically
```

Case 3:18-cv-01234-Document 1234 Report Filed 09/17/22 e Page (625 of 289) Page ID #: 1244
ELITE - Document 1 Report Filed 09/17/22 e Page (625 of 289) Page ID #: 1244
www.EliteReportingServices.com

```
 1    recall.

 2    Q.    Over what time period would that hundred

 3    milligrams have been administered?

 4    A.    Over -- probably -- we give it -- we

 5    would give all of the benzodiazepines because

 6    they have that effect on blood pressure, we

 7    would give it not as an IV push, like not over

 8    one or two seconds.  We would probably give it

 9    over a total of about two minutes, two to

10    three minutes.

11    Q.    And why wouldn't you give it in just a

12    couple seconds?

13    A.    Because of its effect on blood pressure.

14    It -- benzodiazepines all have a vasodilatory

15    effect and can lower blood pressure.  And since

16    we were using these in cardiac patients, these

17    would be patients that we'd be particularly

18    susceptible to harm if their blood pressure

19    fell.  So we gave all of our drugs in the

20    cardiac room more slowly than we would give

21    them in regular anesthesia practice.

22    Q.    And now, in your current practice, what

23    is the standard dose of midazolam that you

24    would use?

25    A.    That I would use or that I have used?
```

Elite-Document Reporting Services (615) 595-0073
www.EliteReportingServices.com

```
 1   Q.    That you -- let's say 2019, let's use

 2   2019 as a benchmark.  What was the standard

 3   dose of midazolam for Dr. Van Norman to use in

 4   2019?

 5   A.    Again, it would be 1 to 2 milligrams, but

 6   a standard variation would be up to 0.1

 7   milligram per kilogram.  So in an average-size

 8   guy, that would be 7 to 10 milligrams.  Usually

 9   not given as -- at once, through, given over a

10   few minutes.

11   Q.    A few minutes?

12   A.    Yeah.

13   Q.    Like five to ten minutes?

14   A.    Possibly, yeah.

15   Q.    All right.  And would this be considered

16   a typical dose for other anesthesiologists, as

17   well?

18   A.    I think so, yes.

19   Q.    What do you consider a high dose of

20   midazolam?

21   A.    I would say if you're giving midazolam

22   greater than 0.1 milligram per kilogram, you're

23   getting into higher doses.

24   Q.    Which how many milligrams is that in an

25   average-sized adult?
```

Case 3:18-cv-01234-BJD-JRK Document 180-1 Filed 03/17/22 Page 125 of 289 PageID #: 7246
ELITE-Brenwood Reporting Services (615) 595-0073
www.EliteReportingServices.com

```
 1    A.    Well, in a 100-kilogram person, it would

 2    be ten milligrams.

 3    Q.    And hundred kilograms is how many pounds?

 4    A.    It's 220 pounds.  You're asking me to do

 5    math now in my head.

 6    Q.    And what would a small dose of midazolam

 7    be?

 8    A.    Half a milligram, a quarter of a

 9    milligram we sometimes would give in really

10    frail or elderly patients.

11    Q.    In what circumstances would you give half

12    a milligram to a person?

13    A.    Only when I'm trying to provide

14    anxiolysis, meaning relief of anxiety.  I might

15    start with that dose in a frail person.

16    Q.    In a healthy-sized adult, what would you

17    expect -- what is the effect of 1 milligram of

18    midazolam?

19    A.    I would expect in most healthy adults

20    that they would get some anxiolysis from it,

21    that they might -- they may or may not have

22    sedation.  In fact, probably not.  They would

23    probably subjectively report to me that they

24    could, quote, feel it, end quote.

25    Q.    What about 5 milligrams in a healthy
```

Case 3:18-cv-01234-BJD-JRK Document 1-2 Filed 09/17/22 Page 126 of 289 PageID #: 7247
ELITE-Document Report Service (626) 529-9700
www.EliteReportingServices.com

```
 1    adult, what would you expect the effect would
 2    be?
 3    A.    With the caveat that we're talking about
 4    giving this drug without any stimulation, is
 5    that what you mean?
 6    Q.    Yes.
 7    A.    Yeah.  In a healthy adult, again, it will
 8    depend on the size, the sex and the frailty of
 9    the adult.  I would expect nearly everybody to
10    tell me they don't feel anxious anymore, but
11    some might still feel anxious.  I would expect
12    nearly everyone to say that they can feel some
13    effect from the drug.  And I would expect some
14    people to feel like they were relaxed enough to
15    fall asleep.
16    Q.    What about 10 milligrams of midazolam,
17    what would you expect in a healthy adult?
18    A.    I would expect in an unstimulated,
19    healthy adult of average size that almost
20    everyone would feel -- that everyone would feel
21    anxiolysis from that, that they would all have
22    subjective feelings that they had received the
23    drug, and that they -- and some of them
24    would -- if they were -- would be relaxed
25    enough in an unstimulated environment to doze
```

1    off.

2         I should go back and say, in addition, at

3    each one of these doses coming forward, I would

4    expect the vast majority of people to be

5    amnestic from the moment I gave them the drug

6    forward.

7    Q.   Can you say that last sentence one more

8    time?

9    A.   In all of these doses, even the small

10   ones, I would expect the vast majority of

11   patients, stimulated or not, to be amnestic for

12   everything after they're given the drug until

13   it wears off.

14   Q.   Okay.  One more:  What would you expect

15   in a healthy-sized adult intravenously given

16   20 milligrams of midazolam?

17            MR. KURSMAN:  And, Rob, can I just

18   clarify the question?  Are you asking in the

19   absence of a noxious stimuli?

20            MR. MITCHELL:  Yeah, I thought that's

21   what Dr. Van Norman was testifying when she

22   said unstimulated.

23            MR. KURSMAN:  Okay, thanks.

24            THE WITNESS:  Oh, yeah.  In an

25   unstimulated adult at 20 milligrams, I would

Case 3:18-cv-01234-BJD-MCR   Document 128   Filed 09/17/22   Page 128 of 289 PageID #: 7249
ELITE-Brenntag Reporting Services (850) 525-0606
www.EliteReportingServices.com

```
 1    expect everyone to be amnestic for not just the
 2    vast majority, but everyone would be.  I would
 3    expect that everyone would be really relaxed,
 4    and many of them would be falling asleep if
 5    they weren't stimulated.
 6                I would still expect most of them,
 7    however, to wake up quite stimulated and
 8    particularly with a painful stimulus.  I --
 9    if -- when the patient spoke to me, I would
10    expect them all to tell me that they felt
11    significant drug effects.
12    BY MR. MITCHELL:
13    Q.    Would you expect these people to be
14    non-responsive to you saying their name?
15    A.    Depends on how I said their name.
16    Q.    Let's say you --
17    A.    If I whispered it to them, perhaps.  I
18    would expect the vast majority to still be
19    responding to their name if called loudly
20    enough and more than once, yes.
21    Q.    What if only called once?
22    A.    Some of the clinical studies show that if
23    you say their name in a normal volume voice
24    only once, that some patients don't respond,
25    but then if you raise your voice and say it
```

```
 1    again, they will respond.  So you tell me which
 2    situation you mean.
 3    Q.    What clinical studies are those?
 4    A.    I've cited them in my report, and also
 5    most of the clinical studies that your expert,
 6    Dr. Antognini, cites say the same thing.
 7    Q.    What does it mean to give someone a
 8    therapeutic dose of something?
 9    A.    It means that the effects that we are
10    expecting from the drug have been achieved in
11    that person.  So a therapeutic dose, you might
12    say -- you know, a drug package insert says a
13    therapeutic dose is -- let's -- I'm not talking
14    about midazolam now.  I'm just talking about
15    generic drug that's like, say, 2 to
16    3 milligrams.  What that means to me is that
17    when you give 2 to 3 milligrams, you're going
18    to see the expected result of what the drug was
19    designed to do, in most patients.
20    Q.    So what is --
21    A.    Let me just continue for one second.
22    Q.    Yeah.
23    A.    But there's also the question of, what is
24    the therapeutic dose in this patient.  So there
25    can be individual patients in which I would
```

1    say, no, I didn't get that effect until I got

2    to this dose or I got it much sooner; in which

3    case, their individual therapeutic dose is

4    different than, say, the standard that the

5    package insert would say.

6    Q.    So for a healthy adult, what's the

7    therapeutic dose for midazolam?

8    A.    It depends on what outcome you're looking

9    for, because you have to -- when you're saying

10   therapeutic dose, you have to say, what

11   specific effect were you trying to achieve?

12   Q.    So let's assume you were trying to

13   achieve complete amnesia.

14   A.    Well, studies demonstrate that for all --

15   virtually everybody, 1 to 2 milligrams of

16   midazolam will achieve amnesia for an

17   unstimulated environment.

18        It also depends -- I should back up and

19   say amnesia and awareness are going to be

20   related to the level of stimulus that the

21   patient is getting, because consciousness and

22   awareness are not an all-or-none phenomenon.

23   So if I take --

24   Q.    You said consciousness and awareness are

25   not what?  I'm sorry to interrupt.

Case 3:18-cv-01234-BJD-PDB Document 189 Filed 09/17/22 Page 131 of 289 PageID #: 7292
Elite Reporting Services
www.EliteReportingServices.com

```
 1    A.    An all-or-none phenomenon.

 2          And so, if, for example, I take a patient

 3    in the preop holding area and they're just

 4    anxious but I'm not doing anything painful to

 5    them, I'm not stimulating them with anything

 6    that would cause them more distress, then the

 7    vast majority of patients will be amnestic with

 8    1 to 2 milligrams of everything going forward.

 9    Q.    And what if they were stimulated?

10    A.    Still the vast majority will be amnestic,

11    but the number might be somewhat less.  But the

12    studies show that -- you -- you can -- let me

13    put it this way:  You can give a very strong,

14    severely painful stimulus to somebody who has

15    been given an amnestic drug and know -- and

16    they can be aware of it and report it if they

17    remember it later, but the problem with

18    midazolam is they won't usually remember it

19    later.  So you -- if you're going to determine

20    whether they're aware of it at the time, you

21    have to actually test them at the moment that

22    you're giving it.

23    Q.    What is the maximum clinically studied

24    dose of midazolam that you're aware of?

25    A.    Since I can't cite a specific study, I
```

```
 1    would say that we gave those cardiac doses
 2    based on studies, so that would probably be the
 3    highest.  It certainly is not 500 milligrams of
 4    midazolam.
 5    Q.    200 milligrams of midazolam?
 6    A.    No, I think that -- I think there are
 7    some studies that we were working off of back
 8    then that were around a hundred to
 9    150 milligrams, but these were only -- these
10    were not pharmacokinetic or pharmacologic
11    studies.  These would be given to patients in a
12    heart situation.
13    Q.    Did you cite to these studies in your
14    expert report in this litigation?
15    A.    I didn't, because they weren't rigorously
16    studied for any of the factors that we were
17    looking at.
18    Q.    When was the last time you gave someone
19    at least 20 milligrams of midazolam?
20    A.    I can't remember.  It would have probably
21    been 20 years ago.
22    Q.    Okay.  And over what time period would
23    you have administered that?
24    A.    You mean how fast would I give the drug?
25    Q.    How fast?  Yes, I'm sorry.
```

Case 3:18-cv-01234-Document 1 Report Filed 09/17/22 Page 133 of 289 PageID #: 7254
ELITE Document Reporting Services (615) 595-0073
www.EliteReportingServices.com

```
 1    A.    It's very likely that that would have
 2    been over minutes or even, you know, a half an
 3    hour or so.  The effects of midazolam are
 4    cumulative, so you would still see the full
 5    effect of the 20 milligrams, but it wouldn't
 6    have been something given IV push.
 7    Q.    What sort of procedure would you have
 8    given 20 milligrams of midazolam for?
 9    A.    Well, if I gave 20 -- and again, you're
10    asking me to remember something a long time
11    ago -- it would have been for -- as an adjunct
12    to a general anesthetic I was giving, or in the
13    course of a prolonged procedure requiring
14    monitored anesthesia care where the patient was
15    going to be awake during the procedure but for
16    many hours during the surgical procedure.
17    Q.    What would be an example of that kind of
18    surgery?
19    A.    I can give you an example of the surgery,
20    but I can't guarantee you that I actually gave
21    it in this circumstance.
22         If I had a patient, for example, that was
23    having an extensive head and neck surgery in
24    which there was a lot of neuro monitoring going
25    on, we didn't want to ping the facial nerve or
```

Case 3:18-cv-01234-Document-1 Report Filed 09/17/22 e Page (6345 of 5288-Page ID #: 7285
EliteReportingServices.com
www.EliteReportingServices.com

```
 1   whatever in that, nowadays we would study that
 2   differently than we did 20 years ago in the
 3   operating room, but we might have well wanted
 4   verbal contact with the patient during that
 5   time.
 6   Q.    And would you ever have administered --
 7   have you ever administered 50 milligrams of
 8   midazolam or more for a procedure that wasn't
 9   cardiac anesthesia?
10   A.    50, 5-0.
11   Q.    Not -- 55, just 55?
12   A.    I mean 5-0, not 1-5.  I couldn't tell.
13   Q.    Oh, yeah, yeah, 5-0, I'm sorry.  Not
14   5-5-0.
15   A.    No, uh-uh.
16   Q.    So to rephrase, you have not administered
17   50 milligrams or more of midazolam for a
18   noncardiac anesthesia procedure?
19   A.    No, not that I can recall.
20   Q.    Do you advise patients who've received
21   midazolam not to drive home from the hospital?
22   A.    I do.
23   Q.    And why do you do that?
24   A.    There are studies that show that fine
25   motor -- I'm sorry, not fine motor, that motor
```

Case 3:18-cv-01234-BJD-XXXX Document 123-4 Report Filed 03/17/22 Page 135 of 289 PageID #: 7256
EliteReportingServices.com
www.EliteReportingServices.com

```
 1    reaction times are slowed by midazolam for up
 2    to 24 hours after surgery.  And there have been
 3    reported cases of patients who were involved in
 4    car accidents because -- and it was presumed it
 5    was because they did not have the fine motor
 6    control to hit the brakes in time.
 7         And so, we tell people -- we know that
 8    the drug is out of their system in the
 9    24 hours, and we know of no -- I know of no
10    studies that have shown accidents related to
11    the drug after that period of time.
12    Q.    Is midazolam administered when a doctor
13    is setting or resetting a bone?
14    A.    It might be, yes.
15    Q.    Do you know whether it is?
16    A.    I don't have a personal experience of
17    that, but it would be a reasonable drug to
18    reach to as part of what's given when somebody
19    is setting a bone.
20    Q.    And would midazolam be a reasonable drug
21    to administer when someone was replacing a
22    dislocated joint?
23    A.    Yes, but in neither of the cases you've
24    cited would we expect the patient have any pain
25    relief.  We would be giving it for anxiety,
```

Elite Document Reporting Service (615) 595-0073
www.EliteReportingServices.com

```
 1   relaxation and to make them forget what's about
 2   to happen.
 3   Q.    And would midazolam be a reasonable drug
 4   to administer when a doctor was performing a
 5   cesarean section?
 6   A.    Yeah, for the same reason.  I would
 7   not -- we would not expect that to cause any
 8   pain relief whatsoever.
 9           MR. KURSMAN:  Rob, just to clarify
10   again, are you asking as a solo drug or are you
11   asking in conjunction with other drugs or both?
12           MR. MITCHELL:  Well, in conjunction
13   with other drugs.
14           MR. KURSMAN:  Okay.
15           THE WITNESS:  Yeah, and let me
16   clarify that I meant in each of those cases in
17   conjunction with other drugs.
18   BY MR. MITCHELL:
19   Q.    And would it be your position, Dr. Van
20   Norman, that it would be unreasonable to use as
21   a solo drug in those three aforementioned
22   circumstances?
23   A.    Not -- it would depend on the
24   circumstances under which they were being
25   carried out to determine whether it's
```

```
 1    reasonable or not.  So I can't -- I'd have to
 2    know the specific circumstances and patient to
 3    tell you that.  There are certainly -- I think
 4    in most cases, it would be unreasonable to use
 5    it as a solo drug.
 6    Q.    Can you craft a situation in which it
 7    would be reasonable to use midazolam as a solo
 8    drug for resetting a bone?
 9    A.    Well, I mean, if -- no, I -- you're
10    asking an anesthesiologist, and we hate pain.
11    And some of our ER colleagues are more willing
12    to put their patients through pain than we are.
13         No, I don't think it's reasonable in
14    anything but extreme circumstances to use
15    midazolam for a significantly painful procedure
16    without accompanying it with other drugs,
17    because midazolam will not cause any relief of
18    pain.  I would be using it solely to make a
19    patient forget.  And it is -- to put a patient
20    through a torturous experience and then just
21    give them something to make them forget is not
22    considered good anesthesia practice.
23    Q.    What is a ceiling effect of a drug,
24    Dr. Van Norman?
25    A.    Well, it depends on whether you're
```

```
 1   talking -- well, the ceiling effect that we
 2   typically talk about is clinical ceiling effect
 3   where you -- you give a drug in increasing
 4   doses and at some point you hit a level, and
 5   you don't with all drugs, but with most drugs
 6   you hit a level at which giving more of the
 7   drug doesn't result in more clinical effects.
 8   So you've reached the maximum clinical effect
 9   and you're not going to get any more by giving
10   more of the drug.
11   Q.    So under that definition, do you know
12   what Midazolam's ceiling effect is?
13   A.    Well, the clinical studies in human
14   beings that have found a ceiling effect
15   generally demonstrated at between 0.2 and 0.3
16   milligrams per kilogram.
17         There are --
18   Q.    Which is how many --
19   A.    I'm sorry.
20   Q.    Which is how many milligrams?
21   A.    For a 100-kilogram human being, it would
22   be 20 to 30 milligrams.
23   Q.    Okay.  And so, Midazolam's ceiling effect
24   in an average human being is around 20 to
25   30 milligrams?
```

1    A.    That's what the -- when there's been
2    ceiling effects seen with midazolam in human
3    subjects, that's where that appears to happen.
4    There has been no clinical study that
5    identifies between those two doses the exact
6    dose.
7    Q.    So let's say someone received
8    30 milligrams of midazolam, someone who's a
9    hundred kilograms received 30 milligrams of
10   midazolam and then 30 minutes later received
11   another 30 milligrams of midazolam, what would
12   you expect to happen?
13   A.    Why am I giving them that?  I need to
14   know what the stimulus is.
15   Q.    Let's say you're not giving it, you just
16   walk into the operating room and someone chose
17   to do that.
18   A.    If they are in the operating room, are
19   they being stimulated or not?  I'm sorry, I'm
20   trying to get specific here.
21         If they are not being stimulated, I would
22   expect the effects we already talked about.  I
23   would expect every one of those patients to be
24   probably dozing, if they're unstimulated, but
25   responsive, certainly responsive to pain.

Case 3:18-cv-01234-Document 1234 Report Filed 09/17/22 e-Page (405) 529-9673 ID #: 7281
EliteReportingServices.com
www.EliteReportingServices.com

```
 1        I would expect amnesia for whatever

 2    happens to them at that point.  In fact, it

 3    would be a surprise if they could recall any of

 4    it.  And I would expect probably a modest

 5    decrease in blood pressure with the

 6    administration of those drugs -- of that drug.

 7    Q.    What if the person was stimulated, what

 8    would you expect?

 9    A.    Are they paralyzed or unparalyzed?

10    Q.    Unparalyzed.

11    A.    I would expect that with a severe

12    stimulus, they would respond -- that most of

13    them would respond with movement.

14        However, there are studies using the

15    isolated forearm technique that show that some

16    patients can -- who report experiences in the

17    operating room later because they have recall

18    did not voluntarily move.

19        So I would expect the majority to move,

20    but there would be some patients who would

21    still be aware who would not move.  And I would

22    still expect, if it were a very significantly

23    painful event, the patient would be aware at

24    the time of the stimulus.

25    Q.    And would the extra -- the second dose of
```

Case 3:18-cv-01234-Document-1 Report-Filed 03/17/22 Page 141 of 289 PageID #: 7282
EliteReportingServices.com
www.EliteReportingServices.com

```
 1    30 milligrams of midazolam, would that extend

 2    the duration of the midazolam would affect the

 3    patient?

 4    A.    Yes, but that's not -- possibly, but

 5    that's not a ceiling effect.  The ceiling

 6    effect is not about duration, it's about the

 7    maximum effect.  So it would not affect the

 8    maximum effect of the drug, but it might

 9    prolong how long the drug was acting.

10    Q.    Dr. Van Norman, can midazolam cause apnea

11    in someone?

12    A.    It generally doesn't, no, unless it's

13    accompanied by other drugs or unless the

14    patients are on an adjunct drug.

15    Q.    Generally doesn't, but can it?

16    A.    I -- to be honest, the studies don't seem

17    to indicate -- it's -- they indicate that that

18    would be a very rare event, but I suppose it's

19    possible.

20    Q.    Switching gears, we talked a little bit

21    about vecuronium bromide.  What is vecuronium

22    bromide?

23    A.    It's a paralytic -- it's a drug that

24    paralyzes the muscles by acting at the --

25    what's called the neuromuscular junction, where
```

Case 3:18-cv-01234-BJD-PDB Document 180 Report Filed 09/17/22 Page 142 of 289 PageID #: 7403
EliteReportingServices.com
www.EliteReportingServices.com

1    the nerves give signals to the muscles.

2    Q.    And does vecuronium bromide affect the

3    patient's ability to breathe?

4    A.    It will stop the patient's ability to

5    breathe.

6    Q.    How quickly?

7    A.    It depends on the size of the dose, how

8    rapidly it's given, and the patient -- and

9    patient individual factors, as well, but we've

10   talked about that earlier in the deposition.

11   Q.    Yeah, it can -- depending on the dosage,

12   it can happen in 60 seconds or less; is that

13   correct?

14   A.    Potentially, yes.

15   Q.    And are there studies that support that?

16   A.    I am aware of the clinical study that

17   looked at the -- looked at the rapidity of

18   onset of vecuronium compared to the dosing

19   level and found a more or less linear

20   relationship, although they didn't -- I don't

21   have the -- a ceiling effect on it.  And they

22   found that with a clinically -- sort of the

23   clinically range of dosing given rapidly, you

24   could get paralysis in 82 seconds.

25         So in supramaximal doses, I think I

1   mentioned this earlier in the deposition, it is

2   very likely that you'd be under 60 seconds for

3   that effect to occur.

4   Q.    Do you use vecuronium bromide in your

5   medical practice, Dr. Van Norman?

6   A.    When I was in the operating room, yes.  I

7   mean, I'm just -- you say "do," and I just

8   wanted to make sure we bear in mind that I'm --

9   Q.    Yeah, yeah, yeah.  If you -- any time you

10  want to say the pre-COVID caveat, please speak

11  up.

12  A.    Yeah.  The COVID caveat, but yes.

13  Q.    Okay.  For what procedures would you use

14  vecuronium bromide in your medical practice?

15  A.    It's a wide variety of procedures, any

16  time that I need muscle paralysis.

17       Now, I may need muscle paralysis, for

18  example, for just intubating a patient to

19  relax -- to relax the muscles of the neck and

20  pharynx that I can get the breathing tube in,

21  and then not use it during the stimulus --

22  during the stimulating part of the surgery.

23       Most intracavitary procedures, and I'm

24  going to just repeat what I mean by that, the

25  chest, the abdomen, the pelvis, the surgeon has

1   to work through muscles to get there, and those

2   muscles tighten up and can make it harder for

3   them to get a good field of view, and so they

4   generally want patients to be paralyzed during

5   those procedures so that they can get a

6   widespread of the muscles.

7        So virtually all of them where the

8   patient's going to be open rather than

9   laparoscopically or through a scope, we're

10  going to use muscle paralysis.  We will use

11  muscle paralysis with laparoscopy for a

12  different reason that allows us to insufflate

13  gas into the belly sufficient to give the

14  surgeon the clinical view.

15       If there are times when I need the airway

16  paralyzed for an ENT doctor, I'm going to use a

17  muscle paralytic agent.  If there are times

18  when we need the muscles relaxed that are not

19  intracavitary and we're doing a total joint and

20  we need to relax the muscles, we may well use a

21  paralytic for that, although we could achieve

22  the same thing by doing a regional anesthetic

23  instead.

24       That's not an all-inclusive list, but

25  that should give you an idea of the kinds of

Case 3:18-cv-01234-DWD   Document 184-20   Filed 09/17/22   Page 145 of 289   Page ID #: 7256
EliteReporting Reporting Services (615) 595-0073
www.EliteReportingServices.com

```
 1    things where we would use it.
 2    Q.    So when you administer vecuronium
 3    bromide, how much vecuronium bromide are you
 4    typically administering?
 5    A.    I'd be giving between 0.1 and
 6    0.15 milligrams per kilogram.
 7    Q.    Which is how many milligrams --
 8    A.    Up to --
 9    Q.    -- in a healthy adult?
10    A.    Up to 10 milligrams, let's say, in a
11    healthy adult.  And I'm going to titrate that,
12    though.  I may give less in a smaller adult and
13    I'm going to titrate the effect because I'm
14    going to have a twitch monitor on the patient
15    that tells me whether the muscles are, indeed,
16    paralyzed.  So I'm going to --
17    Q.    What does it mean -- I'm sorry.
18    A.    I'm sorry, go ahead.
19    Q.    What does it mean to titrate the drug?
20    A.    It means that I'm going to use a monitor,
21    whether it's a -- the general term means I'm
22    going to use a monitor, whether it's my own
23    physical, you know, eyes, ears, whatever, or
24    it's a mechanical or an electronic monitor to
25    guide how much drug I give and whether I add
```

Case 3:18-cv-01234-DCN Document 180 Filed 09/17/22 Page 146 of 289 PageID #: 7267
EliteReporting Services - Court Reporters (615) 595-0073
www.EliteReportingServices.com

```
 1    more drug and when.

 2         So titration is to not just give a slug

 3    of drug.  It's to give it, give it, give it as

 4    you see the effects coming on until you -- just

 5    until you get the effect you want and not

 6    beyond.

 7    Q.    And do you always titrate vecuronium

 8    bromide?

 9    A.    I -- no -- the answer is no.  There may

10    be times in which I have to give the drug

11    for -- to get a -- get what I think will be a

12    maximal effect rapidly because either emergency

13    situations or control an airway; in which case,

14    I'm going to give a standardized dose per

15    kilogram.  I'm not going to give less than that

16    and work my way up.

17    Q.    And do you frequently administer

18    vecuronium bromide intravenously?

19    A.    It's the only way I've administered

20    vecuronium.

21    Q.    How does vecuronium bromide affect a

22    person's ability to breathe?

23    A.    It -- a person can't breathe when they're

24    paralyzed, not on their own.

25    Q.    And so, if you're preparing to administer
```

1    vecuronium bromide to a patient, what -- run me
2    through the checklist of things you're
3    considering.
4    A.    I'm sorry, I'm kind of stunned by the
5    scope of the question.
6         You mean, I already know I need the
7    vecuronium.  I'm not assessing whether I need
8    it.  I'm going to --
9    Q.    Right, you made the decision to use it.
10   A.    Okay.  So if I made the decision to use
11   it, first of all, I need to have a well-running
12   IV.  I can't give it -- I shouldn't give it
13   into an IV that is not free-flowing.
14        I need to have available suction so that
15   if the patient vomits and -- I can quickly
16   suction that away from the airway and hopefully
17   save them from drowning in their own vomit.
18        And by the way, frequently, if I'm going
19   to be giving vecuronium in an emergency
20   situation, that's the situation in which I will
21   be giving it.  I want to have a means of
22   intubating them and controlling the airway or
23   putting in what's called an LMA in, which is
24   another way of controlling the airway, a
25   laryngeal mask airway.

Case 3:18-cv-01234-BJD-MCR   Document 180-1   Filed 09/17/22   Page 148 of 289 PageID #: 7269
EliteReporting Services.com
www.EliteReportingServices.com

```
 1          I want to make sure that that equipment
 2    is working and in good order, so I'm going to
 3    have checked that out ahead of time.  I want to
 4    make sure that I have a video -- either a
 5    laryngoscope or a videoscope of some kind that
 6    will help -- that will facilitate me putting
 7    the airway in quickly.
 8          I'm going to want to have some sort of
 9    means of ventilating the patient once I have
10    the airway in, whether it's a ventilator, an
11    Ambu bag.
12          I'm going to want to warn the patient
13    that they may feel weak.  It is rare for me to
14    give vecuronium without giving some narcotic in
15    addition to it, because I want the airway
16    reflexes suppressed, but if there were an
17    extreme situation, I can imagine giving someone
18    a paralytic agent in order to intubate them, in
19    order to save their life; in which case, I
20    would warn them that they were going to feel
21    weak and I would assure them that I'm going to
22    make sure they get enough air.
23          I'm going to want to also, if possible,
24    if it's in -- if it's not in the field
25    somewhere, I'm going to want to have monitors
```

1    that work, that show me the blood oxygen

2    saturation, the blood pressure and the pulse

3    heart rate and rhythm.

4    Q.    So -- okay.  So then, let's take it a

5    step back.  When you're making the decision

6    whether to use vecuronium, what is the

7    checklist you're running through?

8    A.    Well, first of all, it's do I need a

9    muscle paralytic agent at all.  So we're going

10   to -- I'm just going to give that as a class

11   and set it aside.

12        Then I want to know -- one consideration

13   might be, what do I have available and is there

14   a better drug than vecuronium to use for this,

15   either for rapidity of onset or more likely for

16   how quickly it will wear off.  And do -- and

17   does the patient have any contraindications to

18   using vecuronium, such as a previous

19   anaphylactic reaction to vecuronium, or are

20   they on other drugs that might make the

21   administration of vecuronium dangerous.

22        And a typical -- there is a well-known

23   combination, for example, of vecuronium and

24   sufentanil that can cause cardiac arrest, so --

25   but sufentanil is not present in most patients,

Elite-Brentwood Reporting Services (615) 595-0073
www.EliteReportingServices.com

```
 1    so...

 2    Q.    Okay.  So now we're going to go back even

 3    another stage.  When you're deciding whether to

 4    use a muscle paralytic, what's that checklist

 5    of considerations you run through?

 6    A.    Well, in an emergency situation or -- I

 7    mean, if it's an elective surgical case, the

 8    decision to use an airway includes, one, does

 9    the patient have risk factors that they will --

10    that they would, if they didn't have an airway

11    in place, even if they were breathing on their

12    own, vomit and aspirate and potentially die

13    from that.  So if they have risk factors for

14    that, I'm going to want to intubate them.

15         Two, does the patient have risk factors

16    such that under the course of general

17    anesthesia or due to mechanical factors in the

18    surgery, they're not going to be able to

19    breathe well enough on their own.  Laparoscopic

20    procedures present a physical scenario in which

21    patients can't breathe well even if they're not

22    paralyzed.

23         Three, I'm going to want to then look at

24    them and look at whether they have risk factors

25    in the physical makeup of their airways such
```

Elite Reporting Services (615) 595-0073
www.EliteReportingServices.com

1    that I'm going to have a difficult time getting

2    that airway secured once I give the vecuronium,

3    or assisting their ventilation once they're

4    paralyzed until I get that airway secured.

5         So if I see a patient, for example, who I

6    think will be difficult to intubate or

7    ventilate, I'm not going to give them

8    vecuronium in terms of a muscle relaxant

9    because I would condemn -- I might be

10   condemning them to a failed intubation and a

11   suffocating death.

12        So then, of course, I'm going to look

13   at -- for -- also for whether I need a

14   paralytic agent -- well, I think I've covered

15   it, the -- whether the surgery requires it.

16   So, for example, I might not need it at all for

17   myself, but the surgeon needs it.  And so, I'm

18   going to say, I need a muscle paralytic agent,

19   which of my muscle paralytic agents do I prefer

20   to use and do I even have a choice depending

21   upon where I'm working.

22   Q.    And what are different surgeries where a

23   paralytic agent is used?

24   A.    I think we've talked about this before,

25   but any -- any surgery in which movements would

Elite-Brentwood Reporting Services (615) 595-0073
www.EliteReportingServices.com

```
 1    be a disaster and -- and we don't require
 2    movement as part of the monitoring in the case.
 3    In other words, you might not want in a
 4    delicate eye surgery, intraocular surgery,
 5    to carry -- certain of those to carry out
 6    without muscle relaxant.
 7         Any surgery in which the surgeon requires
 8    muscle relaxation, either for access or for
 9    parts of the procedure.  Any surgery in which
10    we need to interrupt the breathing and control
11    it with a machine, such as surgery on the
12    lungs.  These are examples of surgeries that
13    might require it.
14    Q.    Does vecuronium bromide have any effect
15    on the heart?
16    A.    It has -- not directly.  It has something
17    called a vagotonic effect, meaning it actually
18    affects a nerve that dictates -- it has a mild
19    effect on a nerve called the vagus nerve that
20    affects the heart rate, and -- so it can -- I'm
21    sorry, I said vagotonic.  It can be vagolytic,
22    which means we see after some agents like
23    pancuronium, vecuronium a slight rise in heart
24    rate due to that drug alone, but it's not due
25    to a direct action on the heart.  It's due to
```

```
 1    an action on a nerve.

 2         I'm going to stop for a moment.  I

 3    just -- could I take like a three-minute break

 4    to go use the bathroom?

 5              MR. MITCHELL:  Sure.  Actually, if we

 6    want to break for -- we can do that or we can

 7    break for lunch, which I was planning on doing

 8    at some point.

 9              MR. KURSMAN:  Yeah, how about we

10    break for lunch right now, if that's okay with

11    both of you?

12              MR. MITCHELL:  Yeah, that's fine.

13              Does that work for Alex and Dr. Van

14    Norman and court reporter, what if we came back

15    at like 1:10 Central, which is 50 minutes from

16    now?  I apologize for the delay, but I got to

17    run to Jimmy John's.

18              (An off-the-record discussion was

19    held.)

20              MR. KURSMAN:  Let's do 5-0, if that's

21    fine with you, Rob.

22              MR. MITCHELL:  Yep.  And, Ms. Court

23    Reporter, does that work for you?  Okay, so

24    1:10 Central.  5-0 minutes from now.

25              (Lunch break.)
```

Case 3:18-cv-01234-BBC Document 18 Report Filed 09/17/22 eFate 15450 529 Page ID #: 7275
EliteReportingServices.com
www.EliteReportingServices.com

```
 1    BY MR. MITCHELL:
 2    Q.    Dr. Van Norman, we're back on the record
 3    after taking a lunch break.  I don't know if
 4    it's lunch in the Seattle area for you or what.
 5         During our break, did you speak with
 6    anyone?
 7    A.    No.
 8    Q.    Did you review anything?
 9    A.    Nope, just the walk around the block with
10    the dog.
11    Q.    And before we took a break, we were
12    talking about vecuronium bromide.  Dr. Van
13    Norman, what is the largest dose of vecuronium
14    bromide you've ever administered to a patient?
15    A.    You mean as one bolus?
16    Q.    Yes.
17    A.    I actually don't know.  It's going to be
18    between 10 and 20 milligrams.  It's probably
19    closer to 10, but I don't know the exact dose.
20    Q.    What's the maximum amount of vecuronium
21    bromide you administered to a patient in a
22    24-hour period?
23    A.    Oh boy, for longer surgery, that might
24    be -- that might be considerably more, but I
25    don't know.  It's not going to be -- it's not
```

**Elite-Documents Reporting Services**
**www.EliteReportingServices.com**

```
 1    going to exceed 30 milligrams, for example,
 2    but I -- if I had an eight-hour surgery
 3    paralyzing somebody, it might add up to quite a
 4    bit, so...
 5    Q.    For the -- what would an eight-hour
 6    surgery be?  What would be an example of an
 7    eight-hour surgery where you'd administer, you
 8    know, 20 milligrams or so of vecuronium
 9    bromide?
10    A.    There are lots of what are called neck
11    dissections where people have head and neck
12    cancers and they not only have to have the
13    cancer taken out, which is the long part of the
14    procedure, but they would have a dissection of
15    the lymph nodes and everything in the neck.
16    It's not unusual for those to go eight hours.
17         Liver transplants can go -- we have
18    actually had -- back when I was doing them, we
19    had several that went more than 24 hours.  It's
20    not usual for them to do that, but it can
21    happen.
22         It is -- it was not unusual when I was
23    training for specialized heart cases to go for
24    more than 12 hours.
25         So there are long surgeries.  They aren't
```

1    the most common, but I couldn't -- I would not,

2    by the way, have used vecuronium.  In many of

3    those cases, vecuronium wouldn't have been

4    available during some of that.  And I can't be

5    sure, you know, what I would have administered

6    for such cases, but just to let you know, it's

7    possible.

8    Q.    Vecuronium would be possible in those

9    cases?

10   A.    Yes.

11   Q.    For the 10- to 20-milligram bolus dose of

12   vecuronium that you mentioned a moment ago, do

13   you remember what that medical procedure was?

14   A.    No.  You're just asking -- you were just

15   asking what's the maximum dose, and I know that

16   I have at times gone above 0.1 per kilo to,

17   like, 0.15 and that I do a hundred milligram --

18   excuse me, hundred kilogram patient, so I know

19   it's been in there, but I wouldn't have a

20   specific surgery I could point to.

21   Q.    What's the largest dose of vecuronium

22   bromide you've ever been present for a patient

23   to receive that you didn't administer yourself?

24   A.    I really don't know.  I don't have an

25   answer for that.

Case 3:18-cv-01234-Document 189 Report Filed 09/17/22 Page (157 of 289) Page ID #: 7258
EliteReportingServices.com
www.EliteReportingServices.com

```
1    Q.    Would it be within that range we've
2    talked about?
3    A.    I think so.  I think so, yeah.
4    Q.    How much vecuronium bromide would it take
5    to paralyze an average adult, hundred-kilogram
6    adult for 30 minutes?
7    A.    To completely paralyze them, an
8    average -- if we said an average was between 70
9    and a hundred kilograms, say, which is kind of
10   the size these days, it would be between 7 and
11   10 milligrams.
12   Q.    Do neuromuscular blockers double the
13   possibility of a patient being aware during
14   surgery?
15   A.    Clinical studies have shown that the --
16   not aware.  There is -- because we -- the
17   studies didn't test awareness, they tested
18   recall.  And it was found that in patients who
19   had received neuromuscular blockers of any kind
20   during surgery, the chances of them having
21   recall, which means they were aware, was
22   doubled.
23         We don't know how many of those patients
24   were aware, because many more patients are
25   aware than actually have recall of it.  So I
```

1    can't make a statement about that.

2    Q.    So in order to have recall, do you have

3    to be aware?

4    A.    Of course.  In order to remember

5    something, you have to experience it.

6    Q.    And be aware that it's occurring?

7    A.    That's correct, but you can certainly be

8    aware of things and not recall it.  And so,

9    that's the -- that's a much larger group of

10   patients.  We know that from the IFT.  And the

11   studies that looked at neuromuscular blockade

12   and recall were very -- were pretty early

13   before there were good studies of awareness, so

14   we don't have that number.

15   Q.    So just to make sure I understand,

16   awareness is a predicate for recall, but recall

17   is not a predicate for awareness; does that

18   make sense?

19   A.    That's correct, yes.

20   Q.    Okay, is that right?

21         Okay.  And so, so then going back to the

22   question, neuromuscular -- your position would

23   be that neuromusculars double the possibility

24   of a patient recalling during surgery?

25   A.    Right.  And so, yeah, it may -- it may

1    also double -- it likely also doubles the risk
2    of awareness, but the test was actually recall.
3    And I want to be pretty specific about that, I
4    don't want to -- I want to be clear because
5    there's so much confusion about these early
6    studies who said, we tested awareness, when
7    they didn't test awareness.  They tested
8    recall.  And so, they were testing a very small
9    subset of patients who were actually aware.
10   Q.    Actually aware or actually recalling?
11   A.    They were testing aware patients, and the
12   number of patients -- I'm sorry, they were
13   testing -- see, I get it, too.
14         They were testing the patients who
15   recalled their surgery, and that is a very
16   small number of patients.  The number of
17   patients that are aware during surgery is much
18   larger, but the studies that I am aware of
19   looking at neuromuscular blockade says that
20   more -- many more patients recalled their
21   surgery if they had neuromuscular blockade
22   given during the surgery.
23   Q.    Okay.  And what studies are those?
24   A.    I've quoted them in my report.  I'd have
25   to pull up the report and look for that

Case 3:18-cv-01234-Document 18 Report Filed 03/17/22 Page 160 of 289 PageID #: 1281
Elite-Document Reporting Services (615) 595-0073
www.EliteReportingServices.com

```
 1    citation, but you have the citation, so...

 2    Q.    Okay, and you don't remember them

 3    offhand?

 4    A.    No.  I mean, we've -- between the --

 5    among the experts, we've probably thrown around

 6    something like 300 citations, and so I'm not

 7    going to rely on my memory for that.

 8    Q.    Okay.  Do muscles send signals to the

 9    brain?

10    A.    No.

11    Q.    Okay.  Can muscles wake the brain up?

12    A.    That -- I'm not sure what you're asking.

13    I mean, there are nerves in muscles that send

14    sensation to the brain.  Is that what you mean,

15    or do you mean the actual muscle fibers

16    themselves?

17    Q.    No.  I mean, that's a fair distinction.

18    I guess I was thinking -- I thought those

19    nerves were part of the muscle, maybe I'm

20    mistaken.

21    A.    Not technically in the way we would

22    described them.  We'd say you have nerves that

23    feed the muscle and then you have the muscle

24    fibers itself that make up the muscle.  So the

25    nervous system has tentacles that are attached
```

```
 1   in the muscles that provide signals to and from
 2   the brain and spinal cord, but the muscle
 3   itself doesn't have its own connection to the
 4   brain, if that makes sense.
 5   Q.    So let's take an example.  Someone wakes
 6   up in the night with muscle cramps in their
 7   calf of their leg.  That's the -- the nerve
 8   fibers in that muscle are waking up -- are
 9   telling the brain to wake up; is that fair?
10   A.    I think that's a pretty fair description,
11   yes.
12   Q.    Okay.  Under that circumstance, could a
13   muscle relaxant reduce a person's ability to
14   wake up?
15   A.    No.  Muscles -- not for pain, no.
16   Muscles have -- I'm sorry, neuromuscular
17   blockers have no analgesic properties
18   whatsoever, and this has been tested many, many
19   times.
20         So neuromuscular blockers do not relieve
21   pain; meaning, once the fibers, the nerve
22   fibers are sending signals to the brain, pain,
23   pain, pain, the neuromuscular blockers do not
24   change that.  What they -- does that make
25   sense, what I just said?
```

ELITE-Document Report e-Transcript (625) 589-4783
www.EliteReportingServices.com

```
 1    Q.    I think so.  I'm thinking about that.
 2    A.    Yeah, maybe if you ask the question
 3    another way, but...
 4    Q.    Yeah.
 5          Does vecuronium bromide affect
 6    consciousness?
 7    A.    No.  It has no effect on consciousness at
 8    all.  None of the muscle relaxants do, muscle
 9    paralytics do.
10    Q.    What is potassium chloride?
11    A.    It's an electrolyte.  You know, it's an
12    electrolyte salt.  Potassium and chloride
13    together are really a mineral salt, and the
14    electrolyte on that is potassium.  It's a
15    natural-occurring mineral, and it also occurs
16    throughout various tissues in the body.  And
17    it's particularly important in neural
18    transmission, particularly things like the
19    electrical transmission in the heart.  It also,
20    though, facilitates muscle contraction, so...
21    Q.    So in medicine, what is potassium
22    chloride used for?
23    A.    If you don't have a normal potassium
24    chloride level, we would use potassium chloride
25    level to correct that.  And so -- if it were
```

1    low.  And the reason we would is that a low

2    potassium chloride can lead to, in some cases,

3    muscle cramps because the effect of potassium

4    in the muscles causes some contraction.

5        But more importantly, low potassium

6    chloride can cause heart arrhythmias, so the

7    heart can go into an arrhythmia or even stop if

8    your potassium level is too low or too high.

9        And we would obviously not treat a high

10   potassium level with potassium.  We would treat

11   a low level with it.  We'd treat a high

12   potassium level in other ways.

13   Q.    And so, is potassium chloride used in

14   order to treat arrhythmias?

15   A.    Only if the potassium level is low.  I

16   mean, if you had an excessively low potassium

17   level -- I guess it's kind of a funny way to

18   ask the question in that I wouldn't treat the

19   arrhythmia with the potassium.  I'd use an

20   anti-arrhythmic drug, but to make the

21   arrhythmia stay under control, I would correct

22   the potassium.  So my actual treatment of the

23   arrhythmia would be something else.

24   Q.    What else is potassium chloride used for

25   in medicine?

Case 3:18-cv-01234-Document 1 Report Filed 09/17/22 Page 164 of 289 PageID #: 7235
EliteReportingServices.com
www.EliteReportingServices.com

```
 1    A.    That's the main thing.  It's added as an
 2    electrolyte into, for example, IV solutions
 3    variously, because if we don't, putting more
 4    fluid in a bloodstream actually lowers the
 5    potassium of the bloodstream.  So we're
 6    preventing the potassium level from changing,
 7    but those -- it's really about maintaining
 8    normal electrolyte balance for the reasons I
 9    mentioned.
10    Q.    Do you use potassium chloride in your
11    medical practice?
12    A.    I have.  In anesthesia, the actual use of
13    potassium chloride, other than as a normal
14    additive that the IV's come with for the
15    reasons I mentioned, is pretty rare.
16          But in -- when I was in internal
17    medicine, we -- I administered potassium to
18    patients who had low potassium a number -- many
19    times.  I mean, it was not a rare occurrence,
20    so...
21    Q.    Would you administer potassium chloride
22    in the context of cardiac anesthesia?
23    A.    Again, only if the potassium level were
24    low -- well, let me back up.
25          There are two ways potassium is used in
```

Elite Document Reporting Services, Inc. (615) 595-0073
www.EliteReportingServices.com

```
 1    cardiac surgery, and it might be administered
 2    by the anesthesiologist.  The most common
 3    reason I, as the anesthesiologist, would be
 4    administering potassium chloride would be to
 5    correct a low level so that I could prevent an
 6    arrhythmia in the heart.
 7         But the actual most common use of
 8    potassium chloride in cardiac surgery is to
 9    stop the heart so that they can operate on it.
10    And -- and, I'm sorry, it would be uncommon for
11    me to be administering it, although quite
12    possible.  More often, that would be put in the
13    bypass machine, in what's called the
14    cardioplegia solution.
15    Q.   And how does the potassium chloride stop
16    the heart so it can be operated on?
17    A.   Oh boy.  Well, let's give you the
18    CliffsNotes version.  The way electricity --
19    the way contraction in a heart is generated,
20    the way the electrical conduction system of the
21    heart, which is not a nerve system by the way,
22    that is actually a heart tissue that has
23    electrical activity, is it relies on a balance
24    between potassium and sodium inside and outside
25    of any individual muscle cell.
```

Case 3:18-cv-01234-Document 1234 Reporter Filed 03/17/22 Page 166 of 289 PageID #: 7287
ELITE Document 18 Official Reporter Services (615) 595-0073
www.EliteReportingServices.com

```
 1        And what the electrical tissue in the
 2   heart does is it sets off an impulse that opens
 3   the cell to allow potassium ions and sodium
 4   ions to flow across the membrane, and that
 5   creates an electrical current.  That's as much
 6   as I can get into it right now.
 7        So potassium, in terms of heart
 8   surgery -- well, potassium affects the way in
 9   which electricity flows around the heart and
10   the magnitude of the response to that, whether
11   the heart is going to go into an arrhythmia,
12   whether it's going to be irritated by a lot of
13   electrical signals from the cardiac conducting
14   tissue.
15   Q.    How long does it take potassium chloride
16   to stop the heart?
17   A.    Depends on the dose you give, but -- and
18   it depends on the administration.  Is it being
19   given directly into the heart or is it being
20   given in a peripheral vein?  What -- in
21   either -- and what's the dose -- yeah, and
22   what's the dose, so...
23   Q.    Let's say it's given through a peripheral
24   vein.
25   A.    And the dose?
```

Case 3:18-cv-01234-BTD-EOR Document 18-20 Report Filed 09/17/22 Page 167 of 289 PageID #: 7258
Elite Document Reporting Services (615) 595-0073
www.EliteReportingServices.com

```
 1    Q.    Ten milligrams.

 2    A.    Milliequivalents?

 3    Q.    Milliequivalents.

 4    A.    It's not measured in milligrams.  It's

 5    measured in how many ions there are in

 6    solution.

 7          Ten, if it's given slowly through a

 8    peripheral vein, might not stop the heart at

 9    all, but it has to be given slowly.  It's

10    not -- a 10 is not necessarily a cardiac arrest

11    dose.

12    Q.    Forty milliequivalents?

13    A.    You could stop the heart with 40

14    milliequivalents, particularly if it's given

15    directly into the heart.  If you give it very

16    rapidly in a peripheral vein, you would

17    certainly get severe pain, but -- and you would

18    certainly get some sort of arrhythmia, but you

19    might not get a complete cardiac arrest.

20    Q.    So if a medical professional wanted to be

21    certain to stop the heart and was delivering

22    potassium chloride through a peripheral vein,

23    how much potassium chloride should they

24    deliver?

25    A.    I would be totally guessing, but I would
```

Case 3:18-cv-01234-Document 18-20 Filed 03/17/22 Page 168 of 289 PageID #: 7269
ELITE-Document Reported Service (615) 595-0073
www.EliteReportingServices.com

```
 1   say that in terms of what they can -- what the
 2   certain dose is, so I -- because obviously, I
 3   never used that drug in that way, but I can
 4   assure you if you gave a hundred
 5   milliequivalents by vein, you would stop the
 6   heart.
 7   Q.    Have you ever given a patient an infusion
 8   of potassium chloride too rapidly?
 9   A.    Yes.
10   Q.    How many times?
11   A.    I think it only takes once.  In the
12   particular case, and I remember it because it's
13   a learning case for me, it was not very
14   serious.  This was 25 -- it was a standard
15   what's called piggyback for the IV.  It was in
16   this case 40 milliequivalents of potassium
17   dissolved in a liter of fluid, and I ran the
18   fluid at about 200 CCs per hour rather than the
19   prescribed 100 CCs per hour, and that is too
20   rapid.
21         The effect it had was the patient had
22   pain in their IV.  It didn't have an effect on
23   the heart because when they had pain, we
24   stopped the infusion, and they had gotten far
25   less than even 10 milliequivalents of
```

1    potassium.

2          So I've never had an instance in which I

3    gave a dangerous bolus of potassium too

4    quickly.

5    Q.    How did you know you had given it too

6    rapidly?

7    A.    The patient told me it hurt.

8    Q.    Like in the moment?

9    A.    In the moment, yeah.

10   Q.    And what did the patient say?

11   A.    Oh, ow -- something like, oh, ow, my arm

12   is burning.  I don't remember the exact words,

13   but he said words to the effect that, wow, that

14   IV hurts, so -- and that was a very small dose

15   of potassium.

16   Q.    We've talked a little bit throughout the

17   day about stimulus or stimuli in the context of

18   anesthesia.  Can you give me some examples of

19   stimuli?

20   A.    Well, I mean, you can have all sorts of

21   stimuli.  In terms of -- you can have just very

22   light stimuli that are neither noxious nor

23   painful.  An example of that would be brushing

24   someone's eyelids or calling their name.

25          You can have painful stimuli, which could

```
1   be mildly painful, such as, oh, I don't know,
2   the patient's laying wrong or whatever.  I
3   can't -- I'll think of it in a minute, I'm just
4   kind of going blank.
5        Moderately painful would include things
6   like pinching a muscle or things like that,
7   physically on a patient.
8        And you can have very severe -- severely
9   painful stimuli by, say, taking a big knife and
10  cutting them open from the bottom of their
11  sternum to their pelvis.
12       You can have what we call noxious
13  stimuli, which is in general another word that
14  lay people substitute pain for where a patient
15  is experiencing a horrible sensation, but it
16  isn't -- but -- and they might even describe it
17  as pain, but we describe it differently.
18       So you can have, for example, a sensation
19  like you can't breathe, which is an extremely
20  powerful stimulus, or you can have a sensation
21  like something makes you itch.  That's a
22  noxious stimulus, but it may not be severe.
23       So what else -- I'm trying to give you a
24  scope of what we're --
25  Q.   Yeah.
```

```
 1    A.    You know.

 2    Q.    That's helpful.

 3          So I think, if I'm hearing you correctly,

 4    noxious stimuli and painful stimuli are not the

 5    same?

 6    A.    They are in lay terms.  They are the same

 7    in lay terms, when people describe it.  I'm

 8    trying to say, well, do they -- do those two

 9    different stimuli activate the same nerve

10    systems, they don't, but they cause the same

11    kind of experience in the brain, if that makes

12    any sense to you.

13    Q.    So, you know, in a routine procedure,

14    what are examples of some noxious stimuli?

15    Like, would intubation be a noxious stimulus?

16    A.    It's a moderate stimulus.  It's not

17    nearly as bad as surgical incision, but it

18    certainly stimulates patients.  And if we don't

19    have them appropriately premedicated, many of

20    them will respond if they're not paralyzed.

21    Q.    Do patients typically respond to

22    intubation?

23    A.    No, because I've usually paralyzed them

24    for intubation, so they wouldn't be able to

25    respond.
```

```
1    Q.    Okay.  Would they be aware that the

2    intubation was happening?

3    A.    A lot of them might be, yes.  And

4    patients do actually report -- after some

5    procedures will report on intubations.

6    That's -- and that means, by the way, not only

7    they were aware but they recall it.

8              MR. KURSMAN:  And, Rob, just to

9    clarify your question, would they be aware that

10   the intubation is occurring, what -- what

11   anesthetic drugs are you -- in this

12   hypothetical are you suggesting that they have

13   been given before --

14             MR. MITCHELL:  I'm just asking if

15   it's routine in her practice.  I'm not ironing

16   down, you know, any particular drugs.

17             MR. KURSMAN:   Okay.

18   BY MR. MITCHELL:

19   Q.    So talking about awareness, because you

20   have a section in your report that talks about

21   terminology, Dr. Van Norman, what -- when you

22   say awareness, what is awareness in the context

23   of anesthesia?

24   A.    Well, it's not just when I say it.  When

25   experts talk about awareness, we're talking
```

```
 1    about a patient being in the moment and
 2    experiencing what's going on in the operating
 3    room.  When we're talking about awareness
 4    during a surgery, for example, let's take that
 5    example, we're talking about a patient being
 6    conscious of what's going on with them during
 7    the surgery, end of story.
 8    Q.    Okay.  How do you -- well, do you monitor
 9    awareness in patients during surgery?
10    A.    There is no monitor for awareness during
11    patient -- for patients during surgery.  We
12    certainly do monitor some things, but most of
13    them have been shown not to correlate with
14    consciousness.
15         And things that most anesthesiologists
16    monitor and that I have, too, are -- I
17    mentioned earlier in this deposition, are they
18    sweating, are they tearing, are they -- if they
19    can move, are they moving, are they vocalizing
20    if they haven't been given a muscle relaxant
21    and can vocalize?  Does their heart rate go up,
22    does their blood pressure go up?
23         However, studies of actual awareness
24    under anesthesia have shown that blood pressure
25    and heart rate only change in a random sampling
```

```
 1    of patients, literally half, might as well take
 2    a coin and toss it.  And so, it's -- even
 3    though we do it, it doesn't really tell us
 4    much, but we don't have anything else that we
 5    can do.
 6    Q.    So are the vast majority of patients
 7    aware even under general anesthesia?
 8    A.    The studies with the isolated forearm
 9    technique, which is the golden standard for
10    studying awareness, indicate that under general
11    anesthesia, many, if not most patients are
12    aware and if given the opportunity to respond
13    and asked to, they will.
14          We also know of cases where patients are
15    aware and could have responded but didn't.  So
16    the answer to that is, the majority appear
17    under most studies of awareness to be aware
18    during the surgery.
19    Q.    During general anesthesia?
20    A.    Yes.
21    Q.    Do you agree with those studies'
22    conclusions?
23    A.    I do.
24    Q.    Is it possible that maybe even all
25    patients are aware when under general
```

anesthesia?

A.     I have -- I have not seen a study that
shows that all are aware, and so I'd have to
say that I don't know the answer to that.  I
don't have any way of knowing that.  All I can
tell you is the degrees that studies have
detected awareness.

Q.     So this vast majority of patients who are
aware under general anesthesia, do they -- can
they experience pain?

A.     Absolutely.  The studies show that a
large number of them will actually, in the
moment on the IFT, report that they're having
pain.

Q.     And --

       MR. KURSMAN:  Again, I just want to
clarify with you, Rob, when you're talking
about under general anesthesia and awareness,
are we also talking about that they're
receiving a combination of drugs for general
anesthesia, including analgesics, or are you --

       MR. MITCHELL:  Well, I'm just talking
about general anesthesia.  I mean, we're not --
we haven't ironed out those hypos, I mean, but
it's Dr. Van Norman's position, my

Case 3:18-cv-01234-Document 1 Report Filed 09/17/22 e Page (676) 529-9673 #:1247
Elite-Document Reporting Services (765) 529-9673
www.EliteReportingServices.com

```
1    understanding is, is that midazolam doesn't
2    apply to general anesthesia.  So I'm just
3    understanding her practice as an
4    anesthesiologist.
5                MR. KURSMAN:  Sure, okay.
6                THE WITNESS:  Well, okay.  Then I --
7    yes, I will -- but I will make a caveat that
8    the studies of awareness -- the issue of pain
9    under general anesthesia may be different
10   depending upon the different types of general
11   anesthetic regimens that are present.
12               We're talking -- you're talking about
13   general anesthesia, which in these cases -- in
14   these studies has included a combination of
15   drugs.  And yes, the majority have been shown
16   to be aware.
17   BY MR. MITCHELL:
18   Q.    And also, a large number of them can
19   experience pain under general anesthesia; is
20   that correct?
21   A.    Yes, presumably, depending upon which
22   drugs they receive.
23         So you haven't -- you haven't asked me
24   which drugs they received and what the studies
25   show on that.  And so, depending upon which
```

1  drugs they receive, they may experience pain.

2      There are also some studies of awareness

3  using single drugs just to see how different

4  anesthetic drugs affect awareness and pain

5  perception that indicate that it's possible

6  that there's a different experience depending

7  upon which drugs are used.

8  Q.    So what would be an example of drugs

9  where someone would experience or could

10 experience pain under general anesthesia?  What

11 drugs would have been administered?

12 A.    Well, in several studies using midazolam

13 in significant doses, meaning about 0.3

14 milligrams per kilogram, and higher and

15 alfentanil, one of the potent narcotics, up to

16 72 percent of women undergoing a full-on major

17 gynecologic procedure with an open pelvis

18 responded on the IFT, and a significant number

19 of them, I think it was two-thirds, reported

20 that they were in pain during the surgery.

21 Q.    Was that an ethical study?

22 A.    It was -- yes, it's an ethical study

23 because it was done under the standard

24 conditions of doing anesthetics.  It's just

25 that they did some special test to -- they did

```
 1    the IFT to look for awareness.  And so, there's
 2    nothing unstandard about that practice.
 3    Q.    Now, you mentioned midazolam, for
 4    instance.  Is midazolam used for general
 5    anesthesia?
 6    A.    Midazolam is never used as a general
 7    anesthetic, but it is used as an adjunct drug
 8    in general anesthesia, as we talked about
 9    previously in this deposition, to provide
10    relaxation, lack of anxiety and lack of recall
11    of disturbing experiences.
12    Q.    And when you, as an anesthesiologist, use
13    the term "responsiveness," what is
14    responsiveness?
15    A.    Responsiveness means that you are not
16    merely perceiving; in other words, you're aware
17    and perceiving, but you are creating a physical
18    movement or a physical -- visible physical
19    response that shows that you've received it.
20          So when we talk about responsiveness in
21    anesthesia and responsiveness in the awareness
22    studies, we're talking about whether the
23    patient did something when they became aware.
24    And you can become aware and not do anything,
25    can still remain unresponsive.
```

1    Q.    Is awareness a predicate for

2    responsiveness?

3    A.    It is -- it is for the kind of

4    responsiveness we look for on that test.

5    Technically, yes, I would say so, because

6    reflexes are not a response.  They don't

7    involve a brain arc saying, oh, this is

8    happening to me, so I'm doing this.  And so,

9    movement can indicate response -- usually

10   indicates responsiveness, but -- anyway, yeah.

11   So...

12   Q.    So what tests do you use to monitor

13   responsiveness?

14   A.    I watch the patient.

15   Q.    Okay, just eyesight?

16   A.    Well, yes, or if any of my other monitors

17   indicate that the patient is moving, but

18   basically I'm watching for movement in those

19   patients -- I'm watching for it in all

20   patients, but particularly in those patients

21   that are not paralyzed by a muscle relaxant.

22   Q.    And how do you, as an anesthesiologist,

23   pay attention to recall in your patients?

24   A.    Poorly, because it's hard to -- recall

25   itself is quite rare and we haven't really

Case 3:18-cv-01234-BLW  Document 180  Filed 09/17/22  Page 180 of 289  PageID #: 7801
EliteReportingServices.com  Official Reporters  (805) 529-9073
www.EliteReportingServices.com

```
 1    figured out the right test for it.  But one

 2    thing that most anesthesiologists and I

 3    certainly do is after the anesthetic is over

 4    and the patient is awake and acting normally,

 5    so they're no longer sleepy, they're no longer

 6    under the influence of any drugs that I can

 7    see, I ask them what is the last thing that

 8    they recall before or at the time of going in

 9    the operating room.  Did they have any

10    particular dreams or experiences that they want

11    to report to me in the operating room, what

12    were -- and if they do, and sometimes they do,

13    even though it's -- it's not awareness of the

14    surgery, and we can get to that, I ask them

15    about how disturbed they feel by that, if they

16    feel like they -- if it was a bad experience

17    for them or if it was okay, and I ask them if

18    they want to have me explain more of what might

19    have happened.

20         In cases where patients are traumatized

21    by this, I offer -- and this has only happened

22    really once in my career.  I offered the

23    patient psychological counseling about it,

24    which he felt he didn't need because he felt

25    the most reassuring thing was to understand
```

Case 3:18-cv-01234-Document 181 Report Filed 09/17/22 e Page (815 of 529 Page ID #: 1802
EliteReportingServices.com
www.EliteReportingServices.com

```
 1   what had happened to him.
 2   Q.     And did you say there's no tests for
 3   monitoring recall?
 4   A.     Well, what I mean -- the only test is ask
 5   the patient about recall, but it isn't simply a
 6   matter -- you can't simply ask just, what do
 7   you recall, because sometimes -- you have to
 8   ask the question in several ways.  It's been
 9   shown even in the Russell tests that if you ask
10   the patient a couple of different ways, they're
11   more likely to actually report recall to you
12   than if you just ask, did you remember
13   anything, for example.
14        So the only guidance on that in terms of
15   interviews is really to ask, do you have any
16   recall, did you have any dreams, anything --
17   any experiences that you want to report to me.
18   Q.     And is recall the same as remembrance?
19   A.     Yeah.
20   Q.     And is recall of concern during a lethal
21   injection execution?
22   A.     Of course not, the prisoner isn't going
23   to remember anything.
24   Q.     Right, because the prisoner would be
25   executed?
```

1    A.    That's right.  Recall requires that you
2    survive to recall it.  And in this case, recall
3    makes no difference.  What we're concerned with
4    was, were they aware?
5    Q.    If an execution was called off after an
6    inmate had received the dose of midazolam and
7    vecuronium bromide under Tennessee's protocol,
8    would the inmate be able to remember receiving
9    the administration of those two drugs?
10   A.    It's very doubtful.
11   Q.    And why is that?
12   A.    Because midazolam prevents them from
13   remembering.
14   Q.    Would -- okay.  Would the inmate survive
15   if the inmate had received the dosages called
16   for by the protocol?
17   A.    If the execution were called off,
18   presumably we would then support the patient's
19   breathing because you've given a paralytic
20   agent and they can't breathe.  You wouldn't
21   just sit there.  And so, it wouldn't be fatal
22   to them.
23         There's nothing intrinsically fatal about
24   midazolam.  It can affect breathing, but you
25   can survive that if you're given the right

Case 3:18-cv-01234-Document-182-10 Filed 03/17/22 Page 183 of 289 PageID #: 7804
EliteReportingServices.com
www.EliteReportingServices.com

1      support.

2      Q.    Could a 500-milligram dose of midazolam

3      kill an inmate?

4      A.    If it could, it would be because there is

5      airway obstruction that occurs.  Midazolam does

6      cause relaxation of the muscles in the neck and

7      throat, and it's possible that it could, in

8      sufficient doses, cause relaxation of those

9      muscles enough to obstruct the airway so that

10     the inmate couldn't breathe, but it would not

11     kill the inmate in a short period of time.

12     Q.    And would 500 milligrams of midazolam be

13     sufficient, though, to kill the inmate?

14     A.    I know of no studies of that to know for

15     sure.  There's never, to my knowledge, been a

16     clinical study of 500 milligrams of midazolam.

17     Q.    Do you think, based on your experience

18     with midazolam, that 500 milligrams of

19     midazolam administered to a patient

20     intravenously and left alone would kill the

21     patient?

22     A.    Again, I don't have any experience with

23     that.  And I don't know what the sufficient

24     dose would be to cause reliable airway

25     obstruction in patients or in inmates that have

Case 3:18-cv-01234-BHH Document 187-8 Filed 09/17/22 Page 184 of 289 PageID #: 7825
EliteReportingServices.com
www.EliteReportingServices.com

1    been given midazolam.  So I really can't answer

2    that question with any science basis at all.

3    Q.    How quickly -- if an execution was called

4    off after the administration of 500 milligrams

5    of midazolam and a hundred milligrams of

6    vecuronium bromide, how quickly would support,

7    you know, ventilation have to be brought to the

8    inmate in order to save the inmate?

9    A.    That'll be dependant on factors related

10    to the inmate, because it'll depend on how

11    rapidly the inmate's blood oxygen level has

12    fallen during that time.  Has it fallen -- you

13    know, how long it takes for the blood oxygen

14    levels to fall to dangerous enough levels that

15    the heart is going to experience an arrhythmia

16    and stop, or that the brain will experience

17    irrevocable damage and they'll be brain dead.

18        And that's going to vary from inmate to

19    inmate depending upon how -- their own oxygen

20    carbon dioxide kinetics, their body habitus,

21    what position they're in, and whether -- and

22    little things like did they take a deep breath

23    when the midazolam was given.  So it would

24    depend and there'd be a range.

25    Q.    And what would that range be?

1    A.    I don't know the short end of the range
2    because that would depend entirely on inmate
3    factors.  So there'd be a period of time that's
4    totally inmate dependant.
5        What we know from both understanding
6    asphyxia in humans and something called
7    noncompressive asphyxia in dogs, noncompressive
8    asphyxia is where you don't do anything to
9    strangle the person, okay, you just give them a
10   drug to stop their breathing.  That's what
11   we're talking about.  When you give the
12   vecuronium, you're going to stop their
13   breathing.  And in a dog, it will take more
14   than 15 minutes for that dog to die.
15   Q.    And there are no studies on that in
16   humans?
17   A.    Well, we know something of it from
18   studies in humans who have undergone asphyxia
19   due to other causes.  And we also know the
20   mechanics of hemoglobin and oxygen and carbon
21   dioxide in humans.
22       We know that if you have a person who's
23   breathing who's then given vecuronium, the
24   mechanics would suggest that it will take
25   several minutes for the lungs themselves to be

Case 3:18-cv-01234-Document 186-1 Reported Filed 09/17/22 e-Page (835) 528-9473 ID #: 7847
EliteReportingServices.com
www.EliteReportingServices.com

```
 1   emptied of the oxygen reserve that's in the
 2   lungs.  And then it will take probably four or
 3   five or six minutes longer for the blood oxygen
 4   levels to fall to dangerously low levels that
 5   could damage the brain, kill the brain or stop
 6   the heart.
 7        And then once that happens, it will take
 8   about four minutes in the brain for permanent
 9   damage to set in, additional, and about the
10   same in the heart, and ten minutes for the
11   whole brain.  So you can add that all up.
12   That's three plus six, we're out at around 15
13   again.
14        So the mechanics of what we know what
15   happens to blood oxygen in a nonbreathing
16   patient would tell us that we're going to get
17   out in that range in about the same period of
18   time.  15 minutes would be what I would say.
19   Q.    And is that timeline you just mentioned
20   assuming a patient receives a clinical dose of
21   vecuronium bromide?
22   A.    It assumes any dose of vecuronium bromide
23   that would stop the breathing, stop -- stop
24   the --
25   Q.    So that -- that even assumes the -- does
```

Case 3:18-cv-01234-BJD Document 189-11 Filed 03/17/22 Page 187 of 289 PageID #: 7808
Elite Reporting Services * (615) 595-0073
www.EliteReportingServices.com

```
1    that assume a hundred milligram dose of

2    vecuronium bromide?

3    A.    It assumes any dose that would stop the

4    breathing.  Whether it's five or whether it's

5    500, it's what dose -- it isn't the dose

6    itself.  The dose -- vecuronium itself does

7    nothing directly to kill an individual.  What

8    it does is it paralyzes the muscles that

9    sustain breathing, and that's what kills the

10   individual.  So whatever dose you give that

11   stops the breathing will have the same effect.

12   Q.    Inmate dependant, what's the other end of

13   that range, assuming an inmate with

14   comorbidities?

15   A.    Other end, I'm sorry, which -- I

16   apologize, I don't know what you mean by other

17   --

18            MR. KURSMAN:  Objection.

19   BY MR. MITCHELL:

20   Q.    Well, I think you were saying for a

21   healthy individual, normally you would

22   expect it -- you would expect it to take 10 to

23   15 minutes for the vecuronium bromide to kill

24   the individual, but you had said there are

25   certain inmate-specific or person-specific
```

Elite Reporting Services * (850) 570-0073
www.EliteReportingServices.com

factors.  And so, I'm wondering -- and my
understanding was those factors were at the
other end of the range.  So what's the short
end of how long?

A.    Well, and first of all, I didn't say 10
to 15 minutes.  I said 15 minutes, that's what
we have the calculations for and that's what we
have the evidence for in clinical studies.

Q.    Is that in the animal studies or with
humans?

A.    I said the animal -- the animal studies,
and also understanding how the process of
asphyxia in human beings, which are clinical
studies.

      And so, the -- I think what you're asking
me is, would some inmates die quicker than
that, and the answer is not much.  There might
be a slight effect, for example, if the inmate
had severe pulmonary disease and started with a
very low oxygen level to begin with, you might
shorten that by two or three minutes, because
that's the part of the oxygen dissociation
curve that involves emptying out the reserve
volume in the lungs.

      If you have an especially heavy inmate,

```
 1    it's exactly the same thing but for a different
 2    reason.  The weight of their body might empty
 3    out the reserve volume in the lungs, might
 4    press on the reserve volume in the lungs, but
 5    again, you'd only be talking about perhaps a
 6    two-minute difference.  So I don't think you're
 7    going to see much variation in this from inmate
 8    to inmate, but it will vary a little bit.
 9    Q.    Is it possible that a hundred-milligram
10    dose of vecuronium bromide delivered
11    intravenously could kill someone in under five
12    minutes?
13    A.    I -- somebody who's breathing room air?
14    I cannot imagine that, no.
15    Q.    Okay.  And you don't think it's possible?
16    A.    I don't think it's possible, if we --
17    given the caveat that we have a normal patient
18    or a normal inmate breathing room air who
19    doesn't have -- isn't already -- already
20    dangerously low in oxygen.  And even then, it
21    would still take the obligate four minutes for
22    reversible damage in the brain and heart to
23    occur, and an additional -- and ten minimum to
24    get permanent damage.  So no, I can't -- I
25    don't think so.  I think you would be standing
```

```
 1    there for 15 minutes waiting for someone's
 2    heart to stop.
 3    Q.    What -- switching gears, Dr. Van Norman,
 4    as an anesthesiologist, what is consciousness?
 5    A.    That's kind of an existential question.
 6    When we talk about consciousness, we're talking
 7    about sufficient connections within the brain
 8    such that the brain can perceive its
 9    environment and, for lack of a better word,
10    enjoy it or experience it.  It doesn't mean
11    that they can respond to it, but they can
12    experience it.  So the brain on some level
13    understands what's happening to it or to the
14    body.
15    Q.    Do you monitor consciousness as an
16    anesthesiologist?
17    A.    We monitor responsiveness.  There's no
18    way to monitor consciousness.
19    Q.    Can you monitor responsiveness via your
20    sense of sight?
21    A.    Yes.  And as I mentioned, if there are --
22    if my monitors are indicating that the patient
23    is beginning to respond in a physical way, then
24    I can monitor that, as well.
25    Q.    And what monitors do you use for
```

Elite-Brentwood Reporting Services (615) 595-0073
www.EliteReportingServices.com

1    monitoring that?

 2    A.    Well, I think we've talked about this

 3    before.  We monitor the EKG and heart rate,

 4    blood pressure, pulse oximetry.  We watch to

 5    see if the patient's moving.  We monitor -- we

 6    monitor the patient's level of paralysis so

 7    that we know if what we're -- you know, so that

 8    we can adjust it if we need to see whether the

 9    patient is responsive or not.

10         We monitor -- so those are -- those are

11    the monitors that are used in the vast majority

12    of cases.

13    Q.    And those monitors are used to monitor

14    responsiveness, not consciousness?

15    A.    That's correct.

16    Q.    What is connected consciousness?

17    A.    Some people divide consciousness, which

18    is awareness of what's happening to the

19    brain -- or the body, right?

20         In cases where the brain is aware of

21    what's happening to it but what's happening to

22    it isn't in the real world, so in dreams, they

23    generally will call that disconnected

24    consciousness.  The brain is conscious of

25    what's happening in the dream.  You and I can

Elite Document Reporting Service (850) 725-2475
www.EliteReportingServices.com

```
 1    have good dreams or bad dreams and respond

 2    physically in the real world to them.  We might

 3    make vocalizations, we might move in our sleep.

 4    Sleepwalkers get up and walk around in response

 5    to things that are happening to them that are

 6    not real, if that makes sense, or not in the

 7    real world.  They're real on an emotional sense

 8    but not in a physical sense.

 9         And connected consciousness is when the

10    brain is aware of and -- the brain is aware of

11    events that are happening in the real world.

12    Q.    So if you say conscious or consciousness

13    in your report, assuming you don't use

14    "disconnected," generally are you referring to

15    connected consciousness?

16    A.    I'm generally referring to connected

17    consciousness.  And I try, I won't say I'm a

18    hundred percent successful, but I try always to

19    point out those instances when I'm referring to

20    disconnected consciousness.

21    Q.    And again, disconnected consciousness is

22    dreaming -- are there other examples of

23    disconnected consciousness?

24    A.    There are -- the answer's yes, there are

25    certain kinds of psychological conditions and
```

```
 1    things like fugue states and whatever, but I
 2    don't -- I don't think they are any more
 3    relevant than the dream state in talking about
 4    the difference, so...
 5    Q.    So when the lay person says
 6    consciousness, nine times out of ten at least
 7    they're talking about connected consciousness;
 8    would that be fair?
 9    A.    I would think so.
10          MR. KURSMAN:  Objection.  Objection.
11    BY MR. MITCHELL:
12    Q.    When you use the term "consciousness,"
13    are you generally referring to connected
14    consciousness?
15    A.    I try to point out those times when I'm
16    not talking about connected consciousness.  I
17    don't -- I -- yes, the answer's yes, but I will
18    tell you I'm sure I make mistake now and then
19    and don't -- and forget to mention that I'm
20    talking about one or the other.
21    Q.    Is consciousness a continuum?
22    A.    Yeah.
23    Q.    And do connected consciousness and
24    disconnected consciousness have separate
25    continuums or are they on the same continuum?
```

```
 1   A.    That's a -- you know, I don't know that I
 2   can answer that question.  I think that they
 3   probably operate the same, but I don't know
 4   that they are the same.
 5        So particularly stimulating things that
 6   happen in a dreamlike state are more likely to
 7   lead to strong responses in the dream, just as
 8   particularly strong stimuli in the physical
 9   world are likely to rouse consciousness in a
10   person who -- in a person who may be sleeping.
11        So it's a funny question -- I'm sorry,
12   I'm trying -- I'm struggling with the question
13   because it's kind of funny to ask.  There are
14   different -- they're -- there are -- they are
15   consciousness of different worlds literally,
16   and I think it's best to keep them separated
17   for our purposes and talk about them
18   separately.
19   Q.    So on the continuum of connected
20   consciousness, what would be some end points on
21   that continuum?
22   A.    End points, would -- I apologize --
23   Q.    What would be some -- I mean, if it's a
24   continuum, presumably there's degrees of
25   consciousness.
```

Case 3:18-cv-01234-BHH Document 123-4 Report Filed 09/17/22 Page 195 of 289 Page (195 of 289) PageID #: 7316
EliteReportingServices.com
www.EliteReportingServices.com

```
 1    A.    Well, I guess maybe I can say it a little
 2    better.  It isn't so much a degree of
 3    consciousness as the level of stimulation that
 4    is required to have the brain aware of what's
 5    happening in the physical world.  And so, in
 6    different situations, you may have awareness
 7    and not in others.  But I'm not sure I would
 8    say you were more conscious in one situation.
 9         There are -- I'm struggling with the idea
10    of -- consciousness is not an all-or-none
11    proposition.  There are -- you can have sort of
12    awareness of things that are happening to you
13    and you want to respond to them; and yet, maybe
14    not be able to describe each and every facet of
15    what's happening to you.
16         I guess I'm struggling with almost a
17    philosophical question here.  I apologize, but
18    I -- so I -- I'm going to stop.  I don't really
19    think I can answer what you've asked.
20    Q.    Okay.  Well -- okay, so let's take this
21    from a different angle.  What's
22    unconsciousness?
23    A.    Unconsciousness is a lack of awareness in
24    the brain, a complete lack of awareness in the
25    brain of the physical world.  So it's the
```

```
 1   opposite of consciousness.  It's -- it's not
 2   having the brain understand that something
 3   physical has happened -- with connective
 4   consciousness, that something physical has
 5   happened in the real world that it needs attend
 6   to.
 7   Q.    So under what circumstances is a person
 8   unconscious?
 9   A.    Now you are asking a philosophical
10   question, because nobody has defined that
11   point.  There isn't a medical definition of it.
12   You're talking about a philosophical question.
13   Q.    Okay.  Well, so just helping me as the
14   inverse of consciousness, are people ever
15   unconscious?
16   A.    Again, I'm going to say that's a
17   philosophical question.
18         I think the scientific question you're
19   asking me is, how much connectedness can you
20   lose and not be conscious, and the answer is
21   nobody knows.
22   Q.    And so, is it your opinion, as an
23   anesthesiologist, that no -- you can't answer
24   whether anyone is ever unconscious?
25   A.    It's my -- no, it's my opinion that as an
```

```
 1    anesthesiologist, I don't have the definition
 2    of where that point is.  It hasn't been
 3    defined.  It hasn't been defined medically, and
 4    you're asking me as a medical doctor, and I
 5    can't answer that question.
 6    Q.    When you put people under general
 7    anesthesia, have you ever made anyone
 8    unconscious?
 9              MR. KURSMAN:  Objection.
10              MR. MITCHELL:  On what basis?
11              MR. KURSMAN:  It's been asked and
12    answered repeatedly that -- Dr. Van Norman has
13    said, as a medical expert, she cannot define
14    when a person is conscious versus unconscious.
15              MR. MITCHELL:  Can you read my
16    question back, please, Ms. Court Reporter?
17              (WHEREUPON, the record was read as
18    requested.)
19    BY MR. MITCHELL:
20    Q.    So you can answer, Dr. Van Norman, even
21    though your counsel made an objection.
22    A.    Yeah.  Well, I can't answer that
23    question.  I don't know.  What I do know is
24    that there are probably many patients I have
25    not made unconscious.
```

Case 3:18-cv-01234-BJD-PDB Document 180 Report Filed 09/17/22 Page 198 of 289 PageID #: 7369
ELITE Document Reporting Services (985) 525-9100
www.EliteReportingServices.com

1    Q.    The vast majority, you have not made
 2    unconscious?
 3    A.    I don't know.
 4    Q.    So do trained medical professionals
 5    mistake people for being unconscious when those
 6    people are actually conscious?
 7    A.    Every single day.
 8    Q.    Can anesthesia even produce
 9    unconsciousness?
10    A.    I don't know.
11    Q.    What does it mean for someone to be
12    awake?
13    A.    That's a lay term, and what it means is
14    that the patient -- generally means is that the
15    patient is fully aroused, the brain is fully
16    aware of what's going on around it and is
17    responding in some way.
18    Q.    And if a person is awake, is that person
19    also aware?
20    A.    I think -- well, "awake" isn't a
21    technical term here, so I think the way
22    you're -- the way most lay people use the term
23    "awake," they are referring to awareness.  But
24    I don't use the term "awake" because it's -- it
25    is not the right term to use, but I think most

Case 3:18-cv-01234-BGS Document 18 Report Filed 09/17/22 Page 199 of 289 PageID #: 7320
ELITE-Document Reporting Services (855) 585-9973
www.EliteReportingServices.com

1    lay people, when they use it, mean the

 2    patient -- they are referring to the process of

 3    awareness.

 4    Q.    When the typical person is sleeping at

 5    night, are they aware?

 6    A.    What stimulation are they getting?

 7          When they're asleep at night, they may or

 8    may not be aware of things in the environment.

 9    For example, many people who dream will

10    incorporate sounds that are occurring in their

11    environment in their dream, and they are

12    conscious.  They may not respond to it.

13    They're usually -- it's usually a form of

14    disconnected consciousness.

15          So asking me if they're aware is tough

16    because the brain -- part of the brain can be

17    aware to what's happening in the environment,

18    but that's not what we're talking about when

19    we're talking about medical awareness.  We're

20    talking about being connected to the physical

21    environment around them.

22          If -- no.

23    Q.    Dr. Van Norman, what is brain depression?

24    A.    That, I have no idea.  That is not a

25    precise medical term and it has no meaning for

```
 1    me.
 2    Q.    Okay.  Is it a term you're familiar with?
 3    A.    Not as a precise term.  I've heard people
 4    talk about depressing the brain, but no, it is
 5    not a specific term.
 6    Q.    Have you ever heard any of your
 7    colleagues talk about depressing the brain?
 8    A.    I've had -- no, not -- no, I actually
 9    have never heard that term used by any of my
10    colleagues, either.
11    Q.    What is your understanding of what
12    brain -- depressing the brain is?
13    A.    As I said, it is a meaningless term to
14    me.  I don't know what a person would mean when
15    they're using it.
16    Q.    Does the brain need oxygen to function?
17    A.    Yes.
18    Q.    How so?
19    A.    I'm sorry, I don't know what your
20    question means.
21    Q.    Well, if the oxygen supplied to the brain
22    is cut off, what happens?
23    A.    All cells in the body need oxygen to
24    live.  We are oxygen-requiring creatures.
25          The processes in the brain -- the
```

Case 3:18-cv-01234-Document 1-8 Filed 09/17/22 Page 201 of 289 PageID #: 7322
**ELITE-Document Reporting Services (205) 529-0673**
**www.EliteReportingServices.com**

1    processes in any cell, and this includes the
2    brain, brain cells, which include, like, their
3    metabolism, their growth, their response to
4    stimuli and also their production of critical
5    elements that the cells produce in the brain,
6    this would be neurotransmitters, for example,
7    all depends on chemical processes that utilize
8    oxygen.  And without that, those processes
9    stop.
10          Processes that maintain the integrity of
11   the cell so that the cell has an intact
12   membrane and remains an intact cell, there's
13   energy expended at that level that requires
14   oxygen as part of the process to do that.  So
15   when you deprive the cells of any part of the
16   body of oxygen, they will die.  They happen to
17   die at different rates, but they do all die
18   without oxygen.
19   Q.    So what happens if the brain receives,
20   you know, a little less oxygen than regularly?
21   A.    Well, there's -- what do you mean by "a
22   little less oxygen"?
23   Q.    Well -- okay.  Do you monitor oxygen
24   levels to the brain, as an anesthesiologist?
25   A.    We monitor the peripheral oxygen

Case 3:18-cv-01234-BJD-PDB   Document 180   Filed 09/17/22   Page 202 of 289 PageID #: 7023
EliteReportingServices.com Court Reporters (205) 525-0466
www.EliteReportingServices.com

1   saturation of the blood.  And we presume that
2   that reflects what the brain is getting, but we
3   do not do any direct monitoring of brain oxygen
4   levels.
5   Q.    And can you tell if the brain is getting
6   less oxygen than its accustomed to?
7   A.    Can I -- I know that seems like a simple
8   question, but I'm not sure what you mean.  You
9   many by monitoring the peripheral oxygen
10  levels, could I tell if the brain is getting
11  less oxygen than it's accustomed to?
12  Q.    Sure.
13  A.    We hope so, but there are certain
14  physical circumstances in which that may not be
15  true.
16  Q.    What would those examples be?
17  A.    Well, for example, I had a colleague who
18  did an anesthetic on a young man for a back
19  surgery, and everything was completely normal,
20  including the saturation of the blood with
21  oxygen.  And yet, when he went to wake his
22  patient up after a fairly brief surgery, the
23  brain was dead.  And it had suffered -- when it
24  was -- it became clear that the brain had
25  suffered an anoxic brain injury.  It had not

1  received any oxygen.

2      And we investigated this because it's an
3  unusual circumstance, and there were only two
4  ways in which we believed that could happen.
5  The first was that there had been compression
6  of the neck so that even though the blood
7  pressure was normal, the blood had not flowed
8  to the brain and given the oxygen that it had
9  to the brain during the surgery.

10     The second is that the blood oxygen was
11  actually displaced by another substance that
12  lets the pulse oximeter read that the blood
13  oxygen is normal and lets the patient remain
14  pink in color but, in fact, is not oxygen, and
15  that's carbon monoxide.

16     And we actually concluded that it was
17  likely this patient had been receiving carbon
18  monoxide during the anesthetic because there
19  was a failure of the maintenance of our gas
20  scavenging system in a way that is too complex
21  to explain here.

22     So there are ways in which everything can
23  look normal and the blood oxygen level as being
24  read by the pulse oximeter is normal, but the
25  brain actually doesn't receive oxygen.  Those

```
 1    instances obviously are catastrophic and
 2    they're rare.
 3    Q.    And so, is it -- it's catastrophic if the
 4    brain has low levels of blood oxygen?
 5    A.    For a sufficient period of time to cause
 6    brain damage, yes.
 7    Q.    And if blood oxygen levels are low, will
 8    that affect consciousness?
 9    A.    It will -- yeah, it will affect how
10    arousable and how responsive the person is.
11    We're getting back to that original question
12    about consciousness that I kind of hate because
13    I'm not sure what you mean by that, but it
14    affects the way the brain -- it can affect the
15    responsiveness of the brain, let me put it that
16    way.
17    Q.    And so, when we talk about low blood
18    oxygen levels, is that the same as hypoxia?
19    A.    Yes.
20    Q.    Okay.  And is hypoxia just a lack of
21    oxygen?
22    A.    Yes.
23    Q.    Do you encounter low blood oxygen levels,
24    you know, frequently in your practice?
25    A.    Yes.
```

```
1    Q.    Under what circumstances?

2    A.    Well, we haven't defined whether we're

3    talking about just abnormally low blood oxygen

4    levels or dangerously, catastrophically low

5    blood oxygen levels.

6          In several -- in many circumstances, we

7    will see low blood oxygen levels.  We can see

8    patients who have low blood oxygen levels as a

9    baseline because they have lung disease or

10   other diseases that prevent them from having

11   normal blood oxygen levels, but those levels

12   are not low enough to affect the functioning of

13   their brain or to cause brain damage.

14         During the course of an anesthetic, it's

15   not unusual, for example, during an intubation

16   to see a patient have their blood oxygen levels

17   drop.  It is unusual to have them stay low or

18   progress to a level that's low enough to cause

19   brain damage or to -- or to have them stay low

20   enough for long enough to cause brain damage,

21   but it's not unusual to see blood oxygen levels

22   drop below normal when we're intubating a

23   patient, for example.

24         Or if they cough -- if they aren't

25   intubated and are coughing during a procedure,
```

```
 1    that actually causes a natural occurrence of
 2    low blood oxygen levels for a minute to a
 3    minute and a half, but it's not sufficient for
 4    the brain to be affected by it.  And, in fact,
 5    if that occurred in a patient who was able to
 6    talk to you about it, you probably wouldn't
 7    notice any difference between them and normal
 8    functioning.
 9         But yes, we see low blood oxygen levels
10    all the time.  Our goal is to prevent low
11    oxygen levels that would either be deep enough
12    to cause damage or last long enough and -- be
13    deep enough and long enough to cause permanent
14    damage.
15    Q.    And could severe hypoxia also affect the
16    heart?
17    A.    It can, yes.
18    Q.    Okay, how so?
19    A.    Well, the heart, as I mentioned before,
20    is another tissue in the body that -- and all
21    tissues in the body require oxygen to function.
22         The brain and the heart actually require
23    about a similar amount of blood flowing to them
24    all the time delivering oxygen, about
25    20 percent of the whole blood volume.  And if
```

Case 3:18-cv-01234-EDL Document 182-1 Report Filed 03/17/22 Page 207 of 289 PageID #: 7028
ELITE-Deposition Reporting Services (205) 529-0763
www.EliteReportingServices.com

1   the blood -- and, in fact, when you have a

2   heart attack, for example, it's because a

3   blockage -- it often is because there's a

4   blockage that's occurred in a blood vessel such

5   that part of the heart doesn't get any blood

6   and, therefore, doesn't get any oxygen and it

7   becomes damaged by that.

8   Q.    Could an inmate who's received

9   500 milligrams of midazolam become hypoxic

10  after receiving that dosage?

11  A.    If there was interference with their

12  ability to breathe, if they became obstructed,

13  they would -- and nothing was done about it,

14  eventually they could definitely become

15  hypoxic, yes.

16  Q.    And how long would that take?

17  A.    We've talked about this.  When you do a

18  noncompressive asphyxia in dogs and in -- what

19  studies have been done in asphyxia in humans,

20  dangerously low blood oxygen levels take

21  somewhere around eight, nine, ten minutes to

22  develop, but those levels then have to be held

23  low for four to ten minutes to cause either

24  reversible or irreversible damage.

25          So you can achieve a dangerously low

1    blood oxygen level, and then it has to be held

2    that low for a few more minutes before you have

3    damage to the heart or damage to the brain.

4    Q.    So do you expect an inmate to experience

5    hypoxia during an execution under Tennessee's

6    protocol?

7    A.    They might, but that's not the primary

8    mechanism that I expect them to experience, no.

9    Q.    What's the primary mechanism you expect

10   them to experience?

11   A.    I expect that they're going to experience

12   flash pulmonary edema from administration of

13   the midazolam, and that that's going to give

14   them horrific sensation of drowning and

15   suffocation.

16        And I expect that they are also going to

17   experience searing pain when the potassium

18   chloride is injected after they're paralyzed.

19   Q.    Do you expect an inmate to also

20   experience ventricular fibrillation?

21   A.    I would -- I do not expect them to do so

22   in the course of the execution until after the

23   potassium has begun being injected.  It's

24   possible for them to experience the arrhythmia

25   during the injection of the potassium, but

Case 3:18-cv-01234-Document-1234 Report Filed 09/17/22 e Page 209 of 289 PageID #: 7030
EliteReportingServices.com
www.EliteReportingServices.com

1    there's not enough time that passes between the
2    injection -- first injection of the midazolam
3    and the end of the injection of the vecuronium
4    for enough hypoxia to occur to cause cardiac
5    standstill before the potassium's injected.
6    Q.    So if a person was severely hypoxic when
7    the vecuronium bromide was administered, could
8    the vecuronium bromide accelerate death?
9    A.    No.
10   Q.    How soon after the administration of the
11   vecuronium bromide could hypoxia occur?
12   A.    Well, we talked about that, as well.  If
13   the patient -- I'm sorry, if the inmate is
14   otherwise not obstructed and you give
15   vecuronium, then you're going to talk about
16   waiting for the maximal effect of the
17   vecuronium, but in the executions, I think that
18   happens in under a minute.  And then you would
19   have to wait then for the emptying of the
20   oxygen reserves, for the blood oxygen level to
21   drop to dangerously hypoxic levels, and that
22   period is probably around eight to ten minutes.
23         If -- so -- I mean, we -- it's the same
24   calculation we've been doing over and over
25   here.

Case 3:18-cv-01234-Document 189 Reporting Services Page 210 of 289 PageID #: 7081
ELITE - Document 189 Reported Filed 09/17/22 Page 210 of 289 PageID #: 7081
www.EliteReportingServices.com

```
 1   Q.    Okay.  So you don't believe ventricular
 2   fibrillation could occur within two minutes
 3   after administration of the vecuronium bromide?
 4   A.    Let's put it this way:  If it occurred,
 5   it wouldn't be because of the vecuronium
 6   bromide.  I mean, you -- if somebody
 7   coincidentally had a heart attack, I suppose,
 8   but the vecuronium bromide would not cause
 9   ventricular fibrillation within two minutes.
10   It won't, it just won't.
11        If that happened, we would see
12   ventricular fibrillation every day in the
13   operating room.
14   Q.    Okay.
15             MR. MITCHELL:  Can we take a
16   10-minute break or a 12-minute break to 2:30
17   Central?
18             MR. KURSMAN:  Sure.
19             (Short break.)
20   BY MR. MITCHELL:
21   Q.    Dr. Van Norman, we are back on the record
22   from our break.  Did you speak with anyone
23   during your break?
24   A.    I just spoke with Alex for a moment to
25   ask him to give me an extra five minutes,
```

```
 1   because I'd received a phone call I needed to
 2   quickly answer.  That's the only thing we
 3   talked about.
 4   Q.    Do you still need more time?
 5   A.    No.  Actually, it was -- it was from
 6   work.  They needed a request for a password.  I
 7   was able to answer the question quickly, so
 8   yeah.
 9   Q.    Okay.  Did you speak with Mr. Kursman
10   about the content of your testimony today?
11   A.    No, not at all.
12   Q.    Okay.  Did you speak with anyone else
13   during our break?
14   A.    No.
15   Q.    Did you review anything during our break?
16   A.    No.
17   Q.    Dr. Van Norman, I want to go back to
18   Exhibit 2, which is your report.  Do you see
19   that?
20   A.    I do, yes.
21   Q.    Is this -- okay.
22   A.    Do you want me to put my version up so I
23   can scroll a little easier, or do you want
24   to --
25   Q.    I think let's do it this way, because I
```

Case 3:18-cv-01234-B
Document 1
Report
Filed 03/17/22
Page 212 of 289
PageID #: 7303
EliteReportingServices.com
www.EliteReportingServices.com

1  want go through the instances where you use

2  "unconscious."

3      So when you said midazolam does not

4  produce unconsciousness, what did you mean by

5  "unconsciousness"?

6  A.    Well, I didn't say it doesn't produce

7  unconsciousness.  I said it produces -- does

8  not produce unconsciousness during severely

9  painful stimulation.

10      And so, when you give midazolam, the

11  brain can become unresponsive and unaware as

12  long as it's not stimulated.  But once you

13  start applying stimulation, you then have to

14  weigh what you're giving to counteract the

15  awareness of the painful stimulation.  And so,

16  then you have to ask, well, how much did you

17  give and how much did you stimulate the

18  patient?

19  Q.    So is unresponsive --

20          MR. KURSMAN:  I'm going to object for

21  a second.  To the extent, Rob, that you just

22  somewhat took her statement out of context,

23  Dr. Van Norman's statement out of context, I'll

24  ask that Dr. Van Norman pull up her report so

25  she can see exactly the entirety of the report

```
 1   while you're questioning her on it.
 2           THE WITNESS:  Yeah, I --
 3   BY MR. MITCHELL:
 4   Q.    So is unconsciousness the same as
 5   unresponsiveness?
 6   A.    No, it's not.
 7   Q.    Okay, is unconsciousness the same as
 8   unawareness?
 9   A.    Yeah, generally speaking.
10   Q.    So on Page 9, when you said, "midazolam
11   does not produce unconsciousness during
12   severely painful stimulation," what did you
13   mean by "unconsciousness"?
14   A.    I meant that the brain -- that when you
15   give midazolam in the absence of stimulation,
16   the brain can become unaware of its
17   surroundings, and that -- but that you cannot
18   give enough midazolam during painful
19   stimulation that the brain will not be aware.
20   Q.    And so, what is unconsciousness?
21   A.    It's -- it is the brain's lack of ability
22   to know what's going on in its environment.
23   Q.    And so, are you now able to define
24   "unconsciousness"?
25   A.    Well, I mean, to that extent, sure.
```

```
1    Q.   So under what circumstances is someone
2    unconscious?
3    A.   I think we just said it's when the brain
4    is unaware of its environment.
5    Q.   Okay.  So when the brain is unaware of
6    its environment, it is unconscious.  So does
7    that mean awareness is synonymous with
8    consciousness?
9    A.   I actually can't answer that question
10   appropriately because there's a broader
11   question of consciousness, but what we're
12   concerned about in this case is awareness.  So
13   for these purposes, we're talking about
14   awareness.
15   Q.   Well, I'm trying to understand what you
16   mean when you use the term "unconsciousness,"
17   Dr. Van Norman.
18   A.   Yeah, and I'm trying -- I'm struggling to
19   explain it to you, but it -- basically when I
20   talk about unconsciousness, the brain is
21   unaware of its environment.
22   Q.   So in what circumstances is a human
23   unconscious?
24   A.   When their brain is unaware of their
25   environment, I suppose, although we've talked
```

Case 3:18-cv-01234-Document 18-20 Filed 09/17/22 Page 215 of 289 PageID #: 7336
ELITE-Document Reporting Services 615-595-0073
www.EliteReportingServices.com

```
 1   about the fact that you can be in a dreamlike
 2   state and that is not an unconscious state and
 3   the brain is unaware of the real world.  That's
 4   why I don't like trying to define this here.
 5         So when the brain is unaware of the
 6   stimulus that's being brought to it, it's -- I
 7   suppose we could call that unconsciousness for
 8   our purposes.
 9   Q.    Have any of your patients ever been
10   unconscious?
11   A.    I assume so.
12   Q.    And how do you -- why do you assume so?
13   A.    Because in most cases, I've given them
14   multiple drugs that would affect multiple brain
15   areas, including very strong pain medication
16   that will prevent them from perceiving pain.
17   But I don't know that all of my patients have
18   been unconscious or even that the majority of
19   them have been.
20   Q.    And, in fact, didn't you testify earlier
21   that most people under general anesthesia are
22   conscious?
23   A.    What I testified, if I'm remembering
24   correctly, earlier, is that clinical studies of
25   cases have found that the majority of patients
```

```
 1    are aware and responsive in severely

 2    stimulating cases, such as gynecologic surgery

 3    and others, so --

 4    Q.    In --

 5    A.    Sorry.

 6    Q.    Do you believe those studies are

 7    accurate?

 8    A.    They are accurate.

 9    Q.    And so, if people are aware and

10    responsive, would you agree those people are

11    also conscious?

12    A.    Yes.

13    Q.    And so, turning to your exhibit -- your

14    expert report, looking here on Page 14, do you

15    see your statement, "Studies have clearly

16    demonstrated that people are seldom purely

17    unconscious until all brain activity has

18    stopped"?

19    A.    Yes.

20    Q.    Okay.  So do you believe that people are

21    seldom purely unconscious until they are dead?

22    A.    I don't know.

23    Q.    What do you mean you don't know?

24    A.    I mean just exactly what I said, I don't

25    know.
```

```
 1    Q.    So you don't know if your patients are
 2    unconscious?
 3               MR. KURSMAN:   Objection.
 4    BY MR. MITCHELL:
 5    Q.    You can answer.
 6    A.    I think I've answered it before several
 7    times.  I don't -- there's no way I can tell.
 8    There's no monitor for consciousness.
 9    Q.    So do you see here further on Page 14
10    when you say, "midazolam does not produce a
11    state of unconsciousness deep enough to prevent
12    the prisoner from awakening and experiencing
13    severe pain and suffering when severely painful
14    stimulus is applied"?
15    A.    Yes.
16    Q.    What drug does produce such a state of
17    unconsciousness?
18    A.    I don't know that any single drug does.
19    Q.    Okay.  What combination of drugs produces
20    such a state of unconsciousness?
21    A.    Again, I don't know of a specific
22    combination of drugs that guarantee
23    unconsciousness.
24    Q.    Have you ever produced a state of
25    unconsciousness deep enough to prevent someone
```

Case 3:18-cv-01234-Document 128 Report Filed 03/17/22 Page 218 of 289 PageID #: 7369
ELITE Document Reporting Services (615) 595-0073
www.EliteReportingServices.com

```
 1    from awakening and experiencing severe pain and
 2    suffering when severely painful stimulus was
 3    applied?
 4              MR. KURSMAN:  Objection.
 5              MR. MITCHELL:  On what basis?
 6              MR. KURSMAN:  She -- Dr. Van Norman
 7    has answered this question probably ten times
 8    now.
 9    BY MR. MITCHELL:
10    Q.    What's your answer, Dr. Van Norman?
11    A.    I'm going to refer you to my previous
12    answers.  I don't know how many times I can
13    answer this question, Mr. Mitchell.  You can
14    ask it again if you'd like, and I'll say the
15    same thing.
16    Q.    Okay.  Have you ever, through any
17    combination of drugs or drug by itself -- have
18    you ever, through any combination of drugs,
19    produced a state of unconsciousness deep enough
20    to prevent someone from awakening and
21    experiencing severe pain and suffering when
22    severely painful stimulus is applied?
23              MR. KURSMAN:  Objection.
24              MR. MITCHELL:  On the same basis?
25              MR. KURSMAN:  Same basis.
```

Case 3:18-cv-01234-BJD-MCR   Document 182   Filed 03/17/22   Page 219 of 289 PageID #: 2340
ELITE Document Reporting Service (615) 595-0073
www.EliteReportingServices.com

```
1    BY MR. MITCHELL:

2    Q.    You can answer.

3    A.    Same answer.

4    Q.    What's that answer?

5    A.    The answer is I've already answered the

6    question, and I'm going to give you the same

7    answer each time.  I don't know what you're

8    asking -- how you -- what you -- how you expect

9    me to change my answer, Mr. Mitchell.

10   Q.    Well, you've said that midazolam can't

11   produce a certain state of unconsciousness, so

12   I'm asking you, any drug or combination of

13   drugs can.

14   A.    And I have said --

15         MR. KURSMAN:  Objection again.

16         THE WITNESS:  I believe I've said

17   several times now that I don't know.

18   BY MR. MITCHELL:

19   Q.    What is a drug that is efficient at

20   producing unconsciousness?

21   A.    As I believe I answered in a previous

22   question --

23         MR. KURSMAN:  I'm going to object

24   before you answer it.

25         Objection, asked and answered.
```

Case 3:18-cv-01234-Document 1 Report Filed 09/17/22 e Page 220 of 289 PageID #: 234
**EliteReportingServices.com**
**www.EliteReportingServices.com**

```
1    BY MR. MITCHELL:

2    Q.     You can answer, Dr. Van Norman.  What is

3    a drug efficient at producing unconsciousness?

4    A.     As I believe I've answered in a previous

5    question, I don't know that any single drug can

6    produce unconsciousness.

7    Q.     Is any combination of drugs efficient at

8    producing unconsciousness?

9           MR. KURSMAN:  Objection.

10   BY MR. MITCHELL:

11   Q.     You can answer, Dr. Van Norman.

12   A.     I've answered this question before, I

13   don't know.

14   Q.     Do you see your statement here on Page 16

15   at the beginning of the first full paragraph,

16   starting "multiple case reports"?

17   A.     Yes, I see it.

18   Q.     Can you read that first sentence?

19   A.     "Multiple case reports and clinical

20   studies in the literature have demonstrated

21   that even massive doses of drug combinations

22   that include benzodiazepines and narcotics in

23   an operating room setting do not guarantee that

24   a surgical patient is unconscious once painful

25   stimulus is applied."
```

Elite Document Reporting Services - 3:17-cv-01235-PGB-PDB
www.EliteReportingServices.com

```
 1    Q.    Is there any sort of drug combination

 2    that can guarantee that a surgical patient is

 3    unconscious once painful stimulus is applied?

 4              MR. KURSMAN:  Objection.

 5    BY MR. MITCHELL:

 6    Q.    You can answer, Dr. Van Norman.

 7    A.    It's the same answer as the previous six

 8    or seven times you've asked it, I don't know.

 9    Q.    And do you see this Footnote 33 in your

10    report?

11    A.    I do.

12    Q.    And do you see where it says,

13    "Unresponsiveness does not equal

14    unconsciousness"?

15    A.    That's correct.

16    Q.    Do you agree with that?

17    A.    I do.

18    Q.    And do you see this Footnote 46 of your

19    report?

20    A.    That is on Page 17 instead of 16?

21    Q.    17, yes.

22    A.    I believe that's the same foot -- yes.

23    Q.    I was just making that same discovery,

24    Dr. Van Norman.

25              Okay.  Do you see -- can you turn to
```

```
 1    Page 21 of your report?

 2    A.    I'm on Page 21.

 3    Q.    Can you read me the sentence, third line

 4    from the top, that starts with the word

 5    "during"?

 6    A.    "During a period of one minute of breath

 7    holding, oxygen levels will still be normal and

 8    carbon dioxide rise only slightly above normal,

 9    so oxygen and carbon dioxide levels do not

10    explain the compulsion to breathe and will not

11    cause unconsciousness."

12    Q.    Do you agree with that statement?

13    A.    I do.

14    Q.    What is something that could cause

15    unconsciousness?

16    A.    Something?

17    Q.    Anything.

18    A.    Severe head trauma.

19    Q.    And so, if someone received severe head

20    trauma, they could be unconscious?

21    A.    I believe so, yes.

22    Q.    And what do you mean by "unconscious"?

23    A.    Where they do not have enough connection

24    left in the brain to be aware of the

25    environment.  Some people after severe head
```

```
 1    trauma are brain dead, Mr. Mitchell.

 2    Q.    Can you turn to Page 22?

 3    A.    Okay.

 4    Q.    Is unconscious the same as anesthetized?

 5    A.    The reason I'm hesitating is awareness

 6    used to be considered a critical part of the

 7    definition of general anesthesia.

 8          Well, first of all, not all anesthetics

 9    are general anesthetics.  So you can be

10    anesthestized for a procedure using a local

11    anesthetic, for example, where somebody injects

12    just -- like for dental extraction, you're

13    anesthetized.  They inject a local and you

14    don't feel pain with that.

15          You can be anesthestized using regional

16    anesthesia, like spinal and peripheral nerve

17    blocks, or you could be anesthetized using a

18    general anesthetic.  And it used to be that

19    everyone said that awareness, unawareness, was

20    part of a general anesthetic, but actually many

21    people have changed their definition to say

22    that it's unresponsiveness rather than

23    unawareness.

24    Q.    Okay.  So is anesthetized the same as

25    unconscious?
```

```
 1    A.    Not necessarily, no.

 2    Q.    Can they be the same?

 3    A.    A --

 4            MR. KURSMAN:  Objection.

 5            MR. MITCHELL:  On what basis?

 6            MR. KURSMAN:  Asked and answered.

 7    BY MR. MITCHELL:

 8    Q.    Can they be the same, Dr. Van Norman?

 9    A.    Perhaps.

10    Q.    Can you give me an example of when they

11    would be the same?

12    A.    Well, we've -- you've already asked me a

13    number of times if I know for sure that all

14    patients are unconscious under anesthesia, and

15    I said I don't know.  But it is -- I suppose

16    it's possible that some are and they would then

17    be, therefore, unconscious and anesthestized.

18    Q.    Can you turn to Page 23 of your report?

19    A.    Uh-huh.

20          Okay, I'm there.

21    Q.    Can you go to the bottom?

22    A.    Yes.

23    Q.    Can you read the sentence that starts

24    with "this is particularly true"?

25    A.    Well, since you don't have the -- okay,
```

```
 1    "This is particularly true with the Tennessee
 2    protocol because Warden Mays, the person
 3    charged with the so-called consciousness check
 4    in the Tennessee protocol and therefore
 5    determines whether the execution requires a
 6    repeat injection of midazolam or whether the
 7    paralytic drug can be given, appears to not
 8    know exactly how a consciousness check is
 9    intended to work, nor how to tell a conscious
10    person from an unconscious one."
11    Q.    How would Warden Mays succeed in
12    differentiating a conscious person from an
13    unconscious person when trained medical
14    professionals fail?
15    A.    Well, I would ask the same question,
16    Mr. Mitchell.  I am asserting that he cannot.
17    Q.    Could anyone?
18    A.    Unlikely.
19    Q.    And do you see this sentence on Page 24
20    where you say, "Warden Mays confuses
21    unresponsiveness with unconsciousness"?
22    A.    About how far down is it so I can find it
23    for you?
24    Q.    Five lines.
25    A.    Yes.
```

Case 3:18-cv-01234-Document-1234-Report-Filed-09-17-22 Page 226 of 289 PageID #: 7347
EliteReportingServices.com
www.EliteReportingServices.com

```
1    Q.    What's the difference between

2    unresponsiveness and unconsciousness?

3    A.    You can have a person who is unresponsive

4    but still aware of their environment.  And in

5    this case -- and so, he doesn't understand that

6    a person may be unresponsive and still be

7    conscious.  That's what that sentence means.

8         He -- by "confuses," I mean that he

9    equates the two, and they are not equivalent,

10   as we've already said.

11   Q.    Dr. Van Norman, have you ever observed a

12   patient struggling to breathe during surgery?

13   A.    Yes.

14   Q.    Have you ever observed a conscious

15   patient struggling to breathe during surgery?

16   A.    Yes.

17   Q.    Have you ever observed an anesthestized

18   person struggling to breathe during surgery?

19   A.    Yes.

20   Q.    Okay.  Was that anesthestized person

21   conscious?

22   A.    I don't know.

23   Q.    What is the isolated forearm technique?

24   A.    In the isolated forearm technique,

25   because so many of the major surgeries that
```

Case 3:18-cv-01234-BJD-MCR Document 186-1 Filed 09/17/22 Page 227 of 289 PageID #: 7348
EliteReportingServices.com
www.EliteReportingServices.com

1    cause severe pain involve paralyzing the

2    patient and because all those surgeries also

3    often involve the administration of midazolam,

4    which wipes out memory, in order to determine

5    if the person is aware in the moment during

6    surgery, you have to ask them in the moment,

7    but they're paralyzed and they can't answer.

8         So in the isolated forearm technique,

9    before the paralytic agent is given, a

10   tourniquet is applied on the arm, and the

11   patient is instructed in several signals to

12   give if they're -- in answer to questions.  And

13   they're told that they'll be asked to move

14   their arm at various points.  They may be asked

15   to signal -- to provide a particular signal if

16   they're in pain.

17        The tourniquet is inflated so that no

18   blood carrying the paralytic can enter the arm.

19   The paralytic is administered into a vein that

20   is either in a different limb or above the

21   tourniquet, and the patient -- the rest of the

22   patient's body is paralyzed.

23        And then during the surgery, the

24   anesthetist or anesthesiologist can ask the

25   patient if they are awake and to do certain

```
1    things to show if they're awake, and also ask
2    them if they're in pain.
3    Q.    Is the isolated forearm technique
4    commonly referred to as the IFT?
5    A.    Yeah, because isolated forearm technique
6    is a mouthful.
7    Q.    Can we both agree to refer to it as IFT?
8    A.    Oh, please.  That be would be great.
9    Q.    Does the IFT require a high level of
10   consciousness?
11   A.    It does.  It requires the brain being
12   able to know that it's being addressed or an
13   event -- that an event is happening.
14         So if we ignore the surgical stimulus for
15   a moment, the brain has to be able to, in other
16   words, hear the anesthesiologist and understand
17   what's being asked, what they're -- what the
18   brain is being asked to do.  And then it has to
19   actually not only be conscious of that, it has
20   to also demonstrate responsiveness by moving
21   and following the instructions that the
22   anesthesiologist gives it.
23   Q.    And does the IFT require a high level of
24   awareness, too?
25   A.    I would assume so, yes.
```

Case 3:18-cv-01234-BJD-xxxx Document 1 Report Filed 09/17/22 Page 229 of 289 PageID #: 7350
ELITE Document Reporting Services
www.EliteReportingServices.com

```
 1    Q.    Okay, but you don't know?

 2    A.    No, I -- yes, I'll just say yes.

 3    Q.    Is the IFT the gold standard for studying

 4    consciousness?

 5    A.    It is.

 6    Q.    Okay.  And it's the gold standard for

 7    studying consciousness after injection of

 8    drugs; is that correct?

 9    A.    I -- yes.  I don't know if -- I don't

10    know what it's also used in other

11    circumstances, but in the study of

12    consciousness after injection of drugs, it

13    is -- oh, it is the standard.

14    Q.    What does "gold standard" mean?

15    A.    Well, for you history buffs, the gold

16    standard refers to the thing that everything

17    refers back to, the thing that stands for the

18    thing that best represents it, because we used

19    to use a gold standard and may -- and still do

20    to some degree to represent how much something

21    is worth.

22    Q.    And so, would you agree that the IFT is

23    the premier mechanism of studying

24    consciousness?

25    A.    Yes.
```

```
 1   Q.    Okay.  Do you use the IFT in your

 2   clinical practice for monitoring patient

 3   consciousness?

 4   A.    I have done some -- I have done, during

 5   some clinical work, some clinical research, but

 6   it is -- in the United States, it is not a

 7   common clinical monitor to use.  It is used in

 8   Great Britain.

 9   Q.    When did you use it in the United States?

10   A.    Well, I became interested in awareness

11   under anesthesia when I had a patient in

12   cardiac surgery who had received massive doses

13   of Valium and fentanyl and yet still was able

14   to describe having his chest sawed open during

15   the cardiac surgery.

16         So we -- this was in the '80s, and we

17   were interested in figuring out how many

18   patients were aware.  And we really couldn't

19   find a way to do that, sort of playing people

20   sounds, asking them to remember words, none of

21   that worked because the benzodiazepines wipe

22   out awareness.

23         And in the early '90s, Dr. Russell and

24   others began to use the IFT to experiment with

25   it.  And we ran a couple of preliminary
```

1    clinical experiments in my department during
2    which we looked the IFT, and they were run during
3    the actual surgeries. So we were using them as
4    a monitor.
5        But we didn't have -- this was not a
6    popular area of funding or anything. We didn't
7    have funding. I was not -- I was a young
8    attending. I wasn't a full researcher. And it
9    just didn't go anywhere. But I have used the
10   technique and I do know how to use it.
11   Q.    So have you used -- if I heard you
12   correctly, you've used the IFT during surgery?
13   A.    During a couple of little clinical
14   studies that were carried out during actual
15   surgeries, yes.
16   Q.    What types of surgeries were those?
17   A.    Just general -- actually, I think they
18   were GYN surgeries, if I remember right. We
19   were looking at -- the IFT requires some space
20   around it to carry out, so we were looking at
21   surgeries where the surgeon would be a little
22   further away from us in the site, so the
23   further down the table.
24       So my -- I do remember doing them in a
25   couple of GYN surgeries.

```
 1    Q.    And roughly what year would this have
 2    been or years?
 3    A.    It would have been in the '90s sometime,
 4    but I don't really remember.  It was such a
 5    brief thing, I just don't remember.
 6    Q.    And why don't you use it during surgeries
 7    now?
 8    A.    It's a long and very unsatisfying answer.
 9          In the United States, traditionally,
10    anesthesiologists have not had a lot of
11    authority in the operating room, and the
12    surgeons have.  And performing the IFT requires
13    not only a lot of space, it requires the
14    anesthesiologist talking to the patient during
15    the surgery.  It requires movement of the
16    patient.  It requires a longer setup before the
17    surgery, so it's going to take time for the
18    anesthesiologist to get ready.
19          And in a system like ours, which is
20    profit driven, for example, time is money, and
21    surgeons don't like that time taken up.
22    They're frequently complaining that -- during
23    the time that we were doing it, they were
24    complaining about the fact that we were
25    actually talking to the patient during the
```

Elite Court Reporting Services
www.EliteReportingServices.com

1    surgery.

2         And culturally, in the US, it's been

3    traditional that what the surgeon wants, the

4    surgeon gets.  Times are changing, and we may

5    see that change, but it's just not accepted in

6    the operating room culturally.

7    Q.    And --

8    A.    I'm sorry, excuse me.

9    Q.    Do you remember this morning, Dr. Van

10   Norman, you testified that you had served as an

11   expert witness in Arkansas in the McGehee case?

12   A.    Yes, uh-huh.

13   Q.    And do you remember saying you had worked

14   with Mr. Williams in that case?

15   A.    John Williams, I believe.  I think so,

16   yes.  I think I did say that, yeah.

17   Q.    Okay.  Can you see my screen right here,

18   Dr. Van Norman?

19   A.    I can.

20   Q.    Okay.

21         MR. KURSMAN:  Rob, can you send this

22   exhibit that you're about to use with Dr. Van

23   Norman so I can forward it to her?

24         MR. MITCHELL:  Yeah.  Yeah.  Let me

25   scroll down while that's being sent.

Elite-Document Reporting Services (345) 555-9473
www.EliteReportingServices.com

```
1            MR. KURSMAN:  Do you want to go off

2   the record for five minutes?

3            MR. MITCHELL:  Sure.

4            MR. KURSMAN:  Okay.

5            (Short break.)

6   BY MR. MITCHELL:

7   Q.    So I'm going to share my screen, Dr. Van

8   Norman, but I know you have the document in

9   front of you.

10            So in front of you, do you see what

11   appears to be a transcript from the McGehee

12   versus Hutchinson case?

13   A.    I do.

14   Q.    Is that transcript dated April 26th,

15   2019?

16   A.    Yes.

17   Q.    Okay.  And if you scroll to the third

18   page, 496, do you see your name as a witness?

19   A.    I do.

20   Q.    Okay.  And does it say direct started on

21   Page 497?

22   A.    I assume that's what it means.  It just

23   says "direct" and "497," so I assume that's

24   what you're referring to.

25   Q.    Okay.  And cross, 558?
```

```
 1    A.    Yep.

 2    Q.    And redirect 543?

 3    A.    Yes.

 4    Q.    And then the next witness, Gran P. (sp),

 5    is listed as direct started at 612; is that

 6    right?

 7    A.    Yes.

 8    Q.    Okay.  So if you can scroll down to

 9    Page 593.

10    A.    593?

11    Q.    Correct.

12    A.    Okay.

13          MR. KURSMAN:  And, Mr. Mitchell, just

14    for the record, it looks like this document has

15    been at least tampered with a bit; is that

16    right?

17          MR. MITCHELL:  Highlighted?

18          MR. KURSMAN:  Sure, okay.

19          MR. MITCHELL:  Is that what you're

20    referring to?

21          MR. KURSMAN:  Yep, just that it's not

22    an original document.

23          MR. MITCHELL:  Okay.  Do you see any

24    other evidence of tampering?

25          MR. KURSMAN:  Well, I just received
```

Case 3:18-cv-01234-Document-1 Report Filed 09/17/22 e-Page 236 of 289 Page ID #: 2357
ELITE-Document Reporting Services (866) 520-9073
www.EliteReportingServices.com

```
1    the document about 30 seconds ago.
2              MR. MITCHELL:  But so far, do you see
3    any other evidence of tampering other than the
4    highlighting?
5              MR. KURSMAN:  No, and that's all I
6    meant.  It was just a poor choice of language,
7    poor choice of words by me.
8    BY MR. MITCHELL:
9    Q.    Dr. Van Norman, can you scroll down to
10   Line 19 on Page 593?
11   A.    Yeah.  I'm sorry, my program's skipping
12   around, so I'm just getting to 593.  And I'm
13   sorry, what line did you refer to?
14   Q.    Line 19.
15             MR. KURSMAN:  And, Dr. Van Norman,
16   I -- at this point, I'm going to object.  If
17   there are any questions regarding what this
18   says, if you need to take your time to review
19   this document, you are entitled to do that.
20             THE WITNESS:  And I will, but in
21   order to do that, I'd like to hear the question
22   first, if that's okay.
23             MR. KURSMAN:  Sure.
24   BY MR. MITCHELL:
25   Q.    Well, on Page 593, Line 19, do you see
```

Case 3:18-cv-01234-Document 18 Report Filed 09/17/22 e Page 237 of 289 Page 3750 529-9079 ID #:2358
Elite Reporting Services
www.EliteReportingServices.com

1    where the question was, "And you just told me

2    you've never in your career used IFT during

3    surgery?"

4    A.    Yes, I see that.

5    Q.    Okay.  And do you see on Line 21 where

6    the answer was, "I don't think you will find

7    anyone who has in this country.  It's not what

8    we use.  It's not used here"?

9    A.    Yes.

10    Q.    Was that your answer to the question

11    whether you used an IFT during surgery?

12    A.    Let me just take a moment and review this

13    section of the transcript, because I want to

14    make sure I know the -- I remember the context

15    in which this was given.

16    Q.    Sure.

17    A.    So give me just a moment, please.

18    Q.    Take your time.

19    A.    I'm sorry, my thing is -- I apologize, my

20    program's skipping around.  Let me just go

21    back.

22          (Witness viewing document.)

23          Yes, that's correct.  That was my

24    testimony.

25    Q.    So have you or have you not used an IFT

1  during surgery?

2  A.    Mr. Mitchell, you just asked me a little

3  while ago if I had used it, and I said I had

4  used it in a research clinical study that was

5  performed during actual surgery.  I wasn't the

6  anesthesiologist during the study procedures

7  that we did, so I was not performing

8  anesthesia.

9       And I interpreted your question to mean,

10  have I ever used it clinically to monitor my

11  patients during surgery, and the answer is, no,

12  I never have.  So I apologize if I misled you

13  or I wasn't clear in what I was testifying to a

14  couple of moments ago, but it is correct what I

15  said in Arkansas that I have personally never

16  used it while I was anesthetizing someone to

17  monitor their progress during the anesthetic.

18  Q.    Is that what you said in Arkansas?

19  A.    They said -- well, that's what I

20  interpreted at the time their context to mean.

21  If you look at that word, they just ask me --

22  let me find it again.

23       "You have never in your career used IFT

24  during surgery?"  And they were asking about

25  whether I was monitoring patients using it, at

```
 1    least that's what I was interpreting at the
 2    time, I, when I was doing anesthesia.  It seems
 3    to me that -- I mean, that is how I interpreted
 4    this and that is still my answer.  I've never
 5    used it to monitor a patient while under
 6    anesthesia.
 7         I was a -- doing a little clinical
 8    research study during someone else's
 9    anesthetic.  And so, I still would stand by
10    both of my answers, the answer in this
11    transcript and the one that I gave you a few
12    minutes ago with that clarification so you
13    understand what I meant.
14    Q.    So to make sure I understand your
15    explanation, you actually have used an IFT
16    during surgery?
17    A.    I have not used it as a monitoring -- I'm
18    going to say what I -- my answer again.  I have
19    never used the IFT as a monitoring device
20    during an anesthetic that I performed during my
21    surgery.  I was doing research that used the
22    IFT on someone else's anesthetic, and that is
23    what I was referring to in my earlier answers.
24    Q.    So would that constitute using an IFT
25    during surgery?
```

```
 1    A.    I did not interpret it to mean that, no.

 2    Q.    Can you scroll up to Page 579, Dr. Van

 3    Norman?  Tell me when you're there.

 4    A.    It's a slow scroll, I'm sorry.

 5          Okay, I'm on 579.

 6    Q.    And do you see on Line 3 where you were

 7    asked if the highest dose of midazolam that

 8    you've ever given a patient is approximately 50

 9    or 55 milligrams?

10    A.    Yes, I do.

11    Q.    And what was your answer in Line 6?

12    A.    "I think that's correct, yes."

13    Q.    Do you agree with that statement?

14    A.    I do, yes.

15    Q.    Okay.  So the highest dose of midazolam

16    you've ever given a patient is 50 to

17    55 milligrams?

18    A.    Well, I -- as we talked about earlier,

19    doses of midazolam --

20          MR. KURSMAN:  I'm going to object

21    here.  You just asked, she answered yes.

22          MR. MITCHELL:  Okay.

23    BY MR. MITCHELL:

24    Q.    So you can continue, Dr. Van Norman.  Is

25    the highest dose of midazolam you've ever given
```

Elite Reporting Services * (615) 595-0073
www.EliteReportingServices.com

1    a patient 50 to 55 milligrams?

2    A.    I think it -- it's closer to a hundred

3    milligrams, but to be honest, in both

4    instances, I am now trying and I was trying

5    then to recall something that had happened

6    almost 30 years earlier.

7         My recollection today is that we used 1

8    to 1 and a half milligrams of midazolam in the

9    cases that we did and -- because we had

10   patients that averaged a hundred kilograms,

11   that's where I'm saying.  So I -- to be honest,

12   both of these are based on memory, but my

13   honest recollection today is that it was closer

14   to a hundred milligrams.

15   Q.    Could it have been as much as

16   150 milligrams?

17   A.    Yeah, it could have, because as I

18   mentioned, I think our average patient was

19   around a hundred kilo by that time, and I

20   believe our standard was 1 to 1 and a half

21   milligrams per kilo.  But this is a

22   recollection, it's not a -- I can't point to a

23   particular case and tell you for sure what the

24   doses were.

25   Q.    Would you expect a different effect in a

```
 1    patient who received 50 milligrams of midazolam

 2    versus a patient who received 150 milligrams of

 3    midazolam?

 4    A.    I would not.  It would not be relevant.

 5    Q.    Then why would you give the extra hundred

 6    milligrams of midazolam?

 7    A.    That was the protocol at the time.

 8    Usually we operate on clinical protocols in

 9    terms of some of the standardized surgery.  And

10    so, when a department decides this is our

11    practice, here's what we're going to do, we do

12    that.

13    Q.    And you wouldn't expect that extra

14    hundred milligrams to make any discernable

15    effect in the patient?

16            MR. KURSMAN:  Objection, asked and

17    answered.

18    BY MR. MITCHELL:

19    Q.    You can answer.

20    A.    No.

21    Q.    No, you would not expect a discernable

22    effect?

23    A.    That's correct.

24    Q.    Do you use any tools for monitoring

25    patient consciousness?
```

Case 3:18-cv-01234-BJD-JBT   Document 180-20   Filed 09/17/22   Page 243 of 289 PageID #: 7364
Elite Document Reporting Services (615) 595-0073
www.EliteReportingServices.com

```
 1   A.    We've already talked about the tools that
 2   I use and that most anesthesiologists use for
 3   attempting to monitor consciousness, but we've
 4   also discussed the fact that there's no monitor
 5   that actually can monitor or detect
 6   consciousness.
 7   Q.    Including a BIS monitor?
 8   A.    Oh, absolutely including a BIS monitor.
 9   Q.    Does a BIS monitor measure awareness?
10   A.    It does not.
11   Q.    What is a BIS monitor?
12   A.    A BIS monitor is a -- it's what's called
13   a processed EEG monitor.  It was invented by
14   Aspect Medical Corporation back in late '80s,
15   early '90s.  They created a super secret
16   proprietary formula by which they would take
17   a -- I don't remember if it was a 12- or
18   14-channel EEG and create a number instead of
19   wave forms.  They would create a number from, I
20   don't know, zero to a hundred that was supposed
21   to tell you if the patient was awake or not.
22   Q.    Have you ever used a BIS monitor?
23   A.    I have.  Early in my career, we played
24   around with the BIS monitor at the University
25   of Washington, yes.
```

```
 1    Q.    Do you think you've used a BIS monitor in
 2    the last 20 years?
 3    A.    I -- what's 20 years ago?  Help me --
 4    about 2000?
 5    Q.    2002.
 6    A.    I doubt it, no.
 7    Q.    Okay.  Do you remember what the
 8    circumstances were when you last used the BIS
 9    monitor?
10    A.    Not specifically, no.
11    Q.    Do you know whether anyone at the
12    University of Washington uses a BIS monitor in
13    their clinical practice?
14    A.    Yes.  I couldn't tell you what
15    percentage.  We do have BIS monitors, but they
16    are not used by all of the anesthesiologists
17    nationally.  They're only used by about 25 to
18    30 percent of anesthesiologists, and they're
19    not considered a standard of care monitor by
20    the ASA.
21    Q.    Are BIS monitors commonly used in
22    emergency vehicles?
23    A.    I have no idea.
24    Q.    What is the medical standard of care for
25    monitoring consciousness in anesthesia?
```

1    A.    The medical standard of care would be the

2    monitor methods I've already talked about;

3    watching the vital signs and physically

4    observing the patient.  There is no other kind

5    of monitor that is called upon for -- for

6    monitoring consciousness in patients who are

7    undergoing anesthesia in surgery.

8    Q.    Would your answer be the same for

9    monitoring awareness?

10   A.    That is correct.

11   Q.    Okay.  I just want to make sure I

12   understand.  Is it your testimony that there's

13   no reliable monitor to monitor consciousness in

14   anesthesia?

15   A.    That's correct.

16   Q.    Have you ever used the Glasgow Coma Scale

17   to monitor consciousness?

18   A.    The Glasgow Coma Scale is not a

19   consciousness monitor.  It is a scale that

20   rates the level of consciousness of a person in

21   one point in time, and it's usually used to

22   rate consciousness or at least the level of

23   brain injury in trauma patients.  So it's

24   widely used in emergency rooms and in ICUs.

25   Q.    Have you ever used it to rate

EliteReportingServices.com
www.EliteReportingServices.com

consciousness?

A.     In the deep, dark, distant past when I
was an internist, we did use it.

Q.     Okay.  But not in the last 20 years?

A.     Not that I recall, no.

Q.     Do you know other anesthesiologists who
use the Glasgow Coma Scale today to rate
consciousness?

A.     Glasgow Coma Scale is not used in the
operating room.

Q.     Do you know any anesthesiologists who use
it?

A.     Not in the operating room, no.

Q.     Do you know any anesthesiologists who use
it anywhere?

A.     I suppose that some of our intensivists
might use it in the ICU, but not in the --
or -- no, in the ICU but not in the operating
room.  It's not a continuous monitor.

Q.     It's not a what?

A.     It's not a continuous monitor.

Q.     What does that mean?

A.     It -- as I said when I first answered the
question, it rates a person's responsiveness,
not their consciousness, their responsiveness

Elite-Document Reporting Services (615) 595-0073
www.EliteReportingServices.com

```
 1    at a given point in time.  So it isn't

 2    something where you can keep repeating it in a

 3    short period of time and get a different

 4    answer.  It wouldn't be useful for monitoring a

 5    rapidly changing situation.

 6    Q.    Have you ever used the Richmond

 7    Agitation-Sedation Scale?

 8    A.    I have, yes.

 9    Q.    Under what circumstances?

10    A.    I can't remember, and I don't remember

11    the details of that scale off the top of my

12    head.

13    Q.    Do you know any anesthesiologists who

14    currently use the Richmond Agitation-Sedation

15    Scale?

16    A.    Not in the operating room.

17    Q.    Do you know any who use it anywhere else,

18    such as the ICU?

19    A.    I don't know.

20          MR. MITCHELL:  Can we go off the

21    record real quick?

22          MR. KURSMAN:  Sure.

23          (Short break.)

24    BY MR. MITCHELL:

25    Q.    Dr. Van Norman, we just took a break.
```

Case 3:18-cv-01234-Document 1 Report Filed 09/17/22 e Page 248 of 289 PageID #: 7369
EliteReportingServices.com
www.EliteReportingServices.com

```
 1    During that break, did you speak with anyone?

 2    A.     Nope.

 3    Q.     Did you review anything?

 4    A.     No.

 5    Q.     Were you asked by Plaintiff or

 6    Plaintiff's counsel to identify a source of

 7    pentobarbital for Defendants to use in

 8    executions?

 9           MR. KURSMAN:  And I'll object to that

10    anyway.

11           MR. MITCHELL:  On what basis?

12           MR. KURSMAN:  Attorney-client

13    privilege.

14    BY MR. MITCHELL:

15    Q.     Did you include anything in your report

16    about pentobarbital, Dr. Van Norman?

17    A.     In my expert report?

18    Q.     In this litigation, yes.

19    A.     Not that I recall, no.

20    Q.     Do you know where Defendants in this case

21    can obtain pentobarbital for use in executions?

22    A.     No.

23    Q.     Have you told Plaintiff's counsel where

24    Defendants can obtain pentobarbital for use in

25    executions?
```

Case 3:18-cv-01234-Document 128-1  Filed 09/17/22  Page 249 of 289  PageID #: 7870
ELITE-Document Reporting Services (245) 555-0789
www.EliteReportingServices.com

```
 1              MR. KURSMAN:  Objection, and I'll
 2    instruct the witness not to answer.
 3    BY MR. MITCHELL:
 4    Q.    Have you told Plaintiff himself where
 5    Defendants can obtain pentobarbital for use in
 6    executions?
 7              MR. KURSMAN:  And to clarify, Dr. Van
 8    Norman, when Mr. Mitchell says "Plaintiff
 9    himself," Mr. Mitchell is talking about Terry
10    King.
11              THE WITNESS:  I'm sorry,
12    Mr. Mitchell, I'm -- can you just repeat the
13    question for me again?
14    BY MR. MITCHELL:
15    Q.    Absolutely.
16          Have you told the Plaintiff in this case,
17    Terry Lynn King, where Defendants can obtain
18    pentobarbital for use in executions?
19    A.    No.
20    Q.    Dr. Van Norman, thank you for your time.
21    That's all my questions for you.
22          Until the resolution of the subpoena
23    issue, we are going to leave your deposition
24    open, but I have no more questions for you at
25    this time.
```

Case 3:18-cv-01234-Document 1 Report Filed 03/17/22 Page 250 of 289 PageID #: 7481
EliteReportingServices.com
www.EliteReportingServices.com

```
 1    A.    Can I -- does that mean that you can

 2    bring me back to ask questions or --

 3    Q.    Maybe, depending on how discussions play

 4    out with your counsel.

 5    A.    Okay.

 6          MR. KURSMAN:  Dr. Van Norman, you and

 7    I can talk about that off the record after.

 8          THE WITNESS:  Absolutely.  Thank you.

 9          MR. KURSMAN:  Mr. Mitchell, we have

10    no questions.

11          MR. MITCHELL:  Okay.

12          THE REPORTER:  Just a quick question

13    before you all go, gentlemen.  Did you want to

14    order this, Mr. Mitchell?

15          MR. MITCHELL:  Yes, please.

16          THE REPORTER:  MR. KURSMAN, did you

17    want a copy?

18          MR. KURSMAN:  Yes, we would like a

19    copy.

20          (An off-the-record discussion was

21    held.)

22          MR. KURSMAN:  Could we just go back

23    on the record for one second.  I'm just going

24    to lodge an objection to keeping the deposition

25    open.
```

```
 1              MR. MITCHELL:  Okay, what's the

 2    objection?

 3              MR. KURSMAN:  That the documents were

 4    provided to the extent that a subpoena wasn't

 5    served on Dr. Van Norman.  So that can be

 6    resolved at some point, but I will object to

 7    leaving the deposition open.

 8              MR. MITCHELL:  Even though you've

 9    lodged objections to her answering about

10    whether documents were provided?  You

11    instructed the witness not to answer.

12              MR. KURSMAN:  Yes.

13              MR. MITCHELL:  But you're still

14    objecting to leaving the deposition open to

15    resolution of that issue?

16              MR. KURSMAN:  To a resolution of

17    which issue?

18              MR. MITCHELL:  Production of

19    documents.

20              MR. KURSMAN:  I thought the

21    resolution of -- I'm objecting to leaving the

22    deposition open to subject Dr. Van Norman to

23    further questions on any topics whatsoever.

24              MR. MITCHELL:  Even if we're entitled

25    to additional documents that we requested via
```

```
 1   subpoena?

 2            MR. KURSMAN:  Yes.

 3            MR. MITCHELL:  Okay.  Nothing

 4   further.

 5            FURTHER DEPONENT SAITH NOT

 6              (At 3:40 p.m. CST)
```

```
 1                    REPORTER'S CERTIFICATE

 2

 3   STATE OF TENNESSEE

 4   COUNTY OF SUMNER

 5          I, JENNY CHECUGA, Licensed Court Reporter,

 6   with offices in Nashville, Tennessee, and Registered

 7   Professional Reporter, hereby certify that I reported

 8   the foregoing videoconference deposition of GAIL VAN

 9   NORMAN, MD by machine shorthand to the best of my

10   skills and abilities, and thereafter the same was

11   reduced to typewritten form by me.

12          I further certify that I am not related to

13   any of the parties named herein, nor their counsel,

14   and have no interest, financial or otherwise, in the

15   outcome of the proceedings.

16       I further certify that in order for this
     document to be considered a true and correct copy, it
17   must bear my original signature and that any
     unauthorized reproduction in whole or in part and/or
18   transfer of this document is not authorized, will not
     be considered authentic, and will be in violation of
19   Tennessee Code Annotated 39-14-104, Theft of
     Services.

20

21

22

         JENNY CHECUGA, LCR, RPR
23       Elite-Brentwood Reporting Services
         Licensed Court Reporter (TN)
24       Notary Public State of Tennessee

25       My Notary Commission Expires:  5/22/2023
         LCR #690 - Expires:  6/30/2022
```

Case 3:18-cv-01234-Document-1234-Page-254-of-289-PageID #: 7575
Elite-Brentwood Reporting Services
www.EliteReportingServices.com

**Exhibits**

**Ex 01 -**
  **Gail Van Norma**
  **n, MD** 3:14 6:17,
  21 10:11

**Ex 02 -**
  **Gail Van Norma**
  **n, MD** 3:15 73:18,
  20 76:8 94:4
  210:18

---

**0**

---

**0.1** 123:6,22 144:5
  155:16

**0.15** 144:6 155:17

**0.2** 137:15

**0.3** 137:15 176:13

---

**1**

---

**1** 6:17,21 9:2 10:11
  42:11 98:1 100:9
  107:21 110:10
  120:18 121:5,6
  123:5 124:17
  129:15 130:8
  240:7,8,20

**1-5** 133:12

**10** 10:7 43:19
  52:5,8 54:15
  123:8 125:16
  144:10 153:18,19
  156:11 166:10
  167:25 186:22
  187:5

**10-** 155:11

**10-milligram**
  53:11

**10-minute** 209:16

**100** 167:19

**100-kilogram**
  124:1 137:21

**11** 10:7

**12** 10:8 82:21

90:10 154:24

**12-** 242:17

**12-milligram**
  53:11

**12-minute** 209:16

**13** 10:8 102:23
  103:1,9

**14** 10:8 215:14
  216:9

**14-channel**
  242:18

**140** 32:21

**14th** 7:14 77:3

**15** 82:21 90:10
  184:14 185:12,18
  186:23 187:6
  189:1

**150** 32:20 85:19
  131:9 240:16
  241:2

**16** 219:14 220:20

**17** 220:20,21

**17th** 12:8,13 73:9,
  15 103:8

**18** 82:21 90:10

**18:39** 98:12,21

**18:44** 98:13 99:14

**18:45** 98:11,17,20,
  23 99:9,11,16,23
  100:5

**19** 63:9 235:10,14,
  25

**1973** 59:3

**1977** 16:12,19

**1980s** 61:20

**1981** 17:3

**1986** 17:12

**1990** 61:21

**1990s** 18:20

**1:10** 152:15,24

---

**2**

---

**2** 9:2 42:11 73:18,
  20 76:8 94:4
  100:21 101:2
  107:21 110:12
  120:18 123:5
  128:15,17 129:15
  130:8 210:18

**2,000** 92:18

**20** 126:16,25
  131:19,21 132:5,
  8,9 133:2 137:22,
  24 153:18 154:8
  205:25 243:2,3
  245:4

**20-milligram**
  155:11

**200** 131:5 167:18

**2000** 243:4

**2002** 243:5

**2008** 60:13

**2013** 63:17

**2014** 97:24

**2018** 77:3,11,16
  101:15,19

**2019** 21:20 22:1
  38:18 123:1,2,4
  233:15

**2020** 75:22 79:25
  81:4

**2021** 7:14 61:8
  66:14 73:9 75:18,
  21 76:4,5 79:23
  80:1 88:11 101:8

**2022** 75:14,15,17
  76:1

**21** 73:15 82:21
  90:10 221:1,2
  236:5

**22** 90:10 93:3,18
  222:2

**220** 44:5 124:4

**23** 82:15 223:18

**24** 54:20 82:22

134:2,9 154:19
  224:19

**24-hour** 153:22

**240** 104:9

**25** 82:14,18,19,22,
  23 116:6 167:14
  243:17

**26th** 233:14

**28** 93:2,11 95:16
  96:19

**2:30** 209:16

---

**3**

---

**3** 9:2 80:2 82:20,21
  90:8,9 128:16,17
  239:6

**30** 137:22,25
  138:8,9,10,11
  140:1 154:1 156:6
  235:1 240:6
  243:18

**300** 159:6

**309** 81:1,15 83:9

**33** 220:9

**34** 73:13

**3:40** 251:6

---

**4**

---

**4** 9:2 82:17,23 84:7
  90:12,17,20 91:3
  93:3,18,21,23
  95:25 102:24
  103:15

**40** 85:22 113:12
  166:13 167:16

**46** 220:18

**496** 233:18

**497** 233:21,23

---

**5**

---

**5** 9:20,23 10:6,7
  43:19 87:25 89:1
  91:1 93:25 95:25

Case 3:18-cv-01234-Document 181-1 Filed 09/17/22 Page 255 of 289 Page ID #: 5876
EliteReportingServices.com
www.EliteReportingServices.com

96:6,9 97:21,23 103:22 124:25

**5-0** 133:10,12,13 152:20,24

**5-5-0** 133:14

**50** 103:22 104:5 113:13 133:7,10, 17 152:15 239:4, 16 240:1 241:1

**500** 84:22 103:20 131:3 182:12,16, 18 183:4 186:5 206:9

**500-milligram** 182:2

**543** 234:2

**55** 133:11 239:9, 17 240:1

**558** 233:25

**579** 239:2,5

**593** 234:9,10 235:10,12,25

---

**6**

**6** 9:24 10:6,7 54:6, 14,15 82:20,21 90:8,10 239:11

**60** 53:22 54:24 76:24 77:17 100:18,20 104:11 141:12 142:2

**612** 234:5

**62** 80:11

**63** 80:11

**64** 88:19

**65** 88:19

---

**7**

**7** 10:7 54:6 76:17 123:16 156:10

**70** 156:8

**72** 176:16

---

**7th** 97:24

---

**8**

**8** 9:20 10:7

**80** 21:24 38:19 53:12,14

**80s** 58:19 229:16 242:14

**82** 141:24

**8:14** 92:18

**8:17** 92:19

---

**9**

**9** 10:7 82:21 90:10 212:10

**90s** 67:25 68:1 70:15 229:23 231:3 242:15

---

**A**

**abdomen** 142:25

**ability** 10:16,20 107:9 117:13 141:3,4 145:22 160:13 206:12 212:21

**abnormally** 204:3

**absence** 126:19 212:15

**absolute** 86:1

**absolutely** 71:25 109:23 174:11 242:8 248:15 249:8

**academic** 65:5,9

**Academy** 62:3

**accelerate** 208:8

**acceptable** 102:14,15

**accepted** 232:5

**access** 77:3

---

83:15,19 84:3 151:8

**accessed** 77:5, 11,16

**accident** 109:12

**accidentally** 26:25

**accidents** 134:4, 10

**accompanied** 140:13

**accompanying** 136:16

**accomplish** 69:7

**Accord** 113:18

**account** 71:1 117:3

**accurate** 215:7,8

**accustomed** 201:6,11

**achieve** 55:17 129:11,13,16 143:21 206:25

**achieved** 128:10

**achieving** 53:16

**acidic** 106:5

**act** 83:12 87:8,10 117:23

**acting** 29:10 43:7 140:9,24 179:4

**action** 56:23 118:25 151:25 152:1

**actions** 119:1

**activate** 170:9

**active** 21:16 76:23 77:17

**actively** 66:10

**activity** 164:23 215:17

**actual** 85:11,12, 13 106:2 159:15 162:22 163:12 164:7 172:23

---

230:3,14 237:5

**acute** 86:19

**add** 42:1,2 144:25 154:3 185:11

**added** 163:1

**adding** 86:22

**addition** 29:7 43:4 50:17 69:18 126:2 147:15

**additional** 81:7 90:1 185:9 188:23 250:25

**additionally** 108:14

**additive** 163:14

**address** 78:7,14 79:3 90:2 109:4

**addressed** 227:12

**adequately** 19:24

**adjunct** 64:25 65:2,4,12 66:8 106:16,22 111:3 132:11 140:14 177:7

**adjust** 23:23 190:8

**adjusting** 26:20

**adjustment** 23:25

**administer** 23:9 26:12 27:2 43:16 46:4 107:24 110:7 116:10 120:16 134:21 135:4 144:2 145:17,25 154:7 155:23 163:21

**administered** 41:5 50:23 51:2 96:11 98:8 109:4 120:5 121:1,10 122:3 131:23 133:6,7,16 134:12 145:19 153:14,21 155:5 163:17 164:1 176:11

182:19 208:7 226:19

**administering** 107:25 117:3 144:4 164:4,11

**administration** 25:25 91:6 93:7, 15 95:22 96:22 139:6 148:21 165:18 181:9 183:4 207:12 208:10 209:3 226:3

**admit** 96:16 97:3

**adult** 123:25 124:16 125:1,7,9, 17,19 126:15,25 129:6 144:9,11,12 156:5,6

**adults** 124:19

**advise** 133:20

**affect** 10:19,23 39:21,25 40:3,5 45:25 69:19 88:25 89:3 107:14 116:18 118:2,12 119:6 140:2,7 141:2 145:21 161:5 176:4 181:24 203:8,9,14 204:12 205:15 214:14

**affected** 89:4 118:24 205:4

**affects** 40:22 151:18,20 165:8 203:14

**aforementioned** 135:21

**aftermath** 57:9

**agent** 39:15 41:3, 7,9 42:3 44:15 51:18,24 55:15,17 56:2 104:23 143:17 147:18 148:9 150:14,18, 23 181:20 226:9

**agents** 39:2,3,16 41:12,16 42:1 150:19 151:22

**agitated** 115:11

**Agitation-sedation** 246:7, 14

**agree** 6:6 23:13 64:5,18 96:19,24 173:21 215:10 220:16 221:12 227:7 228:22 239:13

**ahead** 19:1 23:15 64:9 78:5 83:8 90:10 144:18 147:3

**air** 32:14 36:7 47:10,23 48:1 147:22 188:13,18

**airway** 23:18 36:7 39:6,8 45:9,10,12, 13 47:24 55:17,23 56:5,7,21 57:1,5 143:15 145:13 146:16,22,24,25 147:7,10,15 149:8,10 150:2,4 182:5,9,24

**airways** 149:25

**alarm** 32:20

**alarms** 32:15,18, 23

**alert** 35:2

**Alex** 73:11 82:4 87:15 94:17 152:13 209:24

**alfentanil** 39:14 176:15

**alive** 93:5,14 95:21 96:21 99:14

**all-inclusive** 50:21 57:18 143:24

**all-or-none** 129:22 130:1 194:10

**allergic** 115:5 116:25

**allergy** 115:6

**Alliance** 60:16,24

**alternative** 65:10

**AMA** 62:7 68:21

**Ambu** 147:11

**American** 63:7, 10,15,22 68:20,22 69:23

**amnesia** 107:18, 20 110:11 111:8 129:13,16,19 139:1

**amnestic** 126:5, 11 127:1 130:7, 10,15

**amount** 36:20 43:20 64:17 103:18 153:20 205:23

**amounts** 44:23

**amygdala** 118:13

**analgesic** 160:17

**analgesics** 174:21

**analysis** 89:5

**anaphylactic** 148:19

**anaphylaxis** 115:7

**and/or** 18:12 20:2 80:3 108:15

**anesthesia** 17:10 18:7 20:10,11,19, 22 22:10,17 23:20 25:9,11,14 27:21 28:11 29:2 33:9, 12 34:22,24 35:4 36:1,3,4,10 38:25 39:11,22 40:14,21 41:13,14 42:1,17 44:9 45:21 55:12 60:11,12 61:22 67:10 68:22 120:8 121:3 122:21 132:14 133:9,18 136:22 149:17 163:12,22 168:18 171:23 172:24 173:7,11,19

174:1,9,18,21,23 175:2,9,13,19 176:10 177:5,8,21 196:7 197:8 214:21 222:7,16 223:14 229:11 237:8 238:2,6 243:25 244:7,14

**anesthesias** 21:21

**anesthesiologist** 19:15 24:24 37:1 41:6 42:16 46:15 136:10 164:2,3 175:4 177:12 178:22 189:4,16 195:23 196:1 200:24 226:24 227:16,22 231:14, 18 237:6

**anesthesiologist s** 19:2,7 28:10 31:4 62:20 63:7,15,22 68:21 110:14,20 123:16 172:15 179:2 231:10 242:2 243:16,18 245:6,11,14 246:13

**Anesthesiologist s'** 63:10

**anesthesiology** 17:10,13,21 18:2, 7,9,12,14,19 21:15 61:14 65:1, 23 66:7

**anesthestized** 222:10,15 223:17 225:17,20

**anesthetic** 24:13 25:23,25 26:11,17 34:25 37:24 38:14 39:2 40:8,13 41:15 42:17 78:8, 19 132:12 143:22 171:11 175:11 176:4 177:7 179:3 201:18 202:18 204:14 222:11,18, 20 237:17 238:9, 20,22

**anesthetics** 38:9, 11 39:19 119:9 176:24 222:8,9

**anesthetist** 226:24

**anesthetize** 39:9

**anesthetized** 222:4,13,17,24

**anesthetizing** 237:16

**angle** 194:21

**animal** 187:9,11

**anoxic** 201:25

**answer's** 191:24 192:17

**answering** 6:13 250:9

**answers** 8:6 90:5 217:12 238:10,23

**anti** 29:1

**anti-arrhythmic** 162:20

**anticholinergic** 43:7

**anticholinergics** 108:15

**anticipating** 21:11

**anticipation** 13:15,20 88:19

**anticonvulsant** 104:22

**anticonvulsants** 105:5

**antidotes** 40:2

**Antognini** 128:6

**Antognini's** 14:19

**anxiety** 108:12 109:5 111:7 114:6,7 124:14 134:25 177:10

**anxiolysis** 124:14,20 125:21

**anxious** 35:15 108:3 125:10,11 130:4

**anymore** 125:10

**anything's** 32:18 112:24

**apnea** 140:10

**apologize** 11:12 16:23 152:16 186:16 193:22 194:17 236:19 237:12

**Appeals** 76:7 101:12

**appeared** 81:6

**appears** 73:6 138:3 224:7 233:11

**appendix** 80:2,8, 11 81:14 82:17,23 83:1,7 84:7 87:25 89:1 90:12,17,20 91:1,3 93:3,18,21, 23,25 95:25 96:6, 9 97:21,23 98:1 100:9,21 101:2

**applied** 216:14 217:3,22 219:25 220:3 226:10

**apply** 115:4 175:2

**applying** 211:13

**appointment** 66:8

**appropriately** 170:19 213:10

**approximately** 89:13 239:8

**April** 233:14

**arc** 178:7

**area** 24:9 130:3 153:4 230:6

**areas** 17:25 18:5 117:23 118:12,13, 18 214:15

**argue** 70:2

**Arkansas** 74:8, 13,16 90:21,25 96:8 101:22 232:11 237:15,18

**arm** 119:3 168:11 226:10,14,18

**arousable** 24:5 203:10

**arousal** 40:22

**aroused** 197:15

**array** 40:19

**arrest** 86:21 87:2 89:9,11 91:15,17, 23 97:10,18 112:8 148:24 166:10,19

**arrhythmia** 162:7,19,21,23 164:6 165:11 166:18 183:15 207:24

**arrhythmias** 162:6,14

**arrythmia** 85:25

**arterial** 37:21

**article** 83:21

**articles** 81:11

**Asa** 63:21 64:2 101:15,19 243:20

**asleep** 23:17 125:15 127:4 198:7

**Aspect** 242:14

**aspects** 26:16 29:21

**asphyxia** 184:6,7, 8,18 187:13 206:18,19

**aspirate** 149:12

**asserting** 224:16

**assess** 24:12 107:10

**assessing** 146:7

**assist** 45:21

**assistance** 37:11

**assisting** 150:3

**associations** 61:25

**assume** 46:23 90:22 129:12 186:1 214:11,12 227:25 233:22,23

**assumes** 185:22, 25 186:3

**assuming** 185:20 186:13 191:13

**assure** 147:21 167:4

**atmosphere** 48:1

**Atropine** 39:24

**attached** 159:25

**attack** 206:2 209:7

**attempting** 242:3

**attend** 15:14 195:5

**attended** 15:16

**attending** 230:8

**attention** 24:17 95:14 178:23

**attorney** 84:2 101:21

**Attorney-client** 247:12

**attorneys** 7:25 11:18 80:17

**authority** 231:11

**autopsies** 81:1, 15 87:22 93:24

**autopsy** 80:25 81:4 82:11,15,23 83:2,9,10,14 87:20 91:4,7 93:4

**average** 22:6 40:7 125:19 137:24 156:5,8 240:18

**average-size** 123:7

**average-sized**

www.EliteReportingServices.com

123:25

**averaged** 240:10

**avoid** 55:2 107:4, 5

**awake** 119:10 132:15 179:4 197:12,18,20,23, 24 226:25 227:1 242:21

**awakening** 216:12 217:1,20

**aware** 81:10 103:11 114:13 130:16,20,24 139:21,23 141:16 156:13,16,21,24, 25 157:3,6,8 158:9,10,11,17,18 171:1,7,9 173:7, 12,15,17,25 174:3,9 175:16 177:16,23,24 181:4 190:20 191:10 194:4 197:16,19 198:5, 8,15,17 212:19 215:1,9 221:24 225:4 226:5 229:18

**awareness** 129:19,22,24 156:17 157:13,16, 17 158:2,6,7 171:19,22,25 172:3,9,10,23 173:10,17 174:7, 18 175:8 176:2,4 177:1,21 178:1 179:13 190:18 194:6,12,23,24 197:23 198:3,19 211:15 213:7,12, 14 222:5,19 227:24 229:10,22 242:9 244:9

---

**B**

**bachelor's** 16:4, 6,8,13

**back** 21:18 22:3 25:8 38:6 43:9

45:5 52:6 70:15 72:4 76:8 77:22 79:19 80:8 85:14 87:6 92:12 93:20 97:11 99:2 112:1 126:2 129:18 131:7 148:5 149:2 152:14 153:2 154:18 157:21 163:24 196:16 201:18 203:11 209:21 210:17 228:17 236:21 242:14 249:2,22

**bad** 116:24,25 170:17 179:16 191:1

**bag** 147:11

**balance** 163:8 164:23

**bare** 40:11

**Barr** 101:11

**based** 104:14 131:2 182:17 240:12

**baseline** 204:9

**basic** 117:9 118:10

**basically** 178:18 213:19

**basis** 87:14 183:2 196:10 217:5,24, 25 223:5 247:11

**bathroom** 152:4

**bear** 142:8

**beating** 32:4,9

**beeping** 32:3

**began** 98:12,21 229:24

**begin** 6:4 22:11 23:19 187:20

**beginning** 42:19 89:20 189:23 219:15

**begins** 23:23

**begun** 207:23

**behalf** 102:4,6,7

**beings** 137:14 187:13

**believed** 202:4

**belly** 27:25 108:25 143:13

**belong** 61:24 62:1,4,21 63:2,6, 14,20

**belonging** 63:21

**benchmark** 123:2

**benefit** 69:13

**benzodiazapine** 104:18

**benzodiazepine** 42:19 121:13

**benzodiazepines** 42:14 105:16 112:7 113:19 114:5,8 115:8,20, 22 122:5,14 219:22 229:21

**big** 79:6 169:9

**billing** 9:12

**bioethic** 66:19

**bioethics** 65:3,24 66:8,13,19,21,23 67:11

**BIS** 242:7,8,9,11, 12,22,24 243:1,8, 12,15,21

**bit** 28:16 52:16 78:3,22 80:5 83:20 104:17 140:20 154:4 168:16 188:8 234:15

**blank** 169:4

**bleed** 27:1

**bleeding** 27:4 56:25

**blessing** 94:21

**block** 153:9

**blockade** 157:11 158:19,21

**blockage** 206:3,4

**blockers** 156:12, 19 160:17,20,23

**blocks** 222:17

**blog** 70:15

**blogs** 70:7,14,18

**blood** 25:19 26:25 27:3,5 32:19 36:15 37:16,20 40:4 45:12 56:13 106:5 109:17 111:24 112:4 114:4,7,9,10 116:18 122:6,13, 15,18 139:5 148:1,2 172:22,24 183:11,13 185:3, 15 190:4 201:1,20 202:6,7,10,12,23 203:4,7,17,23 204:3,5,7,8,11,16, 21 205:2,9,23,25 206:1,4,5,20 207:1 208:20 226:18

**bloodstream** 163:4,5

**blue** 101:23

**board** 61:12,13, 15,22 68:22

**body** 34:2 119:2 161:16 183:20 188:2 189:14 190:19 199:23 200:16 205:20,21 226:22

**bolus** 153:15 155:11 168:3

**bone** 134:13,19 136:8

**bones** 40:11

**borderline** 116:22

**bottom** 80:7,10 92:10 97:20 98:1 169:10 223:21

Elite-Brentwood Reporting Services (866)558-0448
www.EliteReportingServices.com

bounding 29:17

boy 43:8 153:23
164:17

brain 27:11 40:4,
23 112:9 115:14
117:23,24 118:14,
15,18,21,25
119:6,18,20
159:9,11,14
160:2,4,9,22
170:11 178:7
183:16,17 185:5,
8,11 188:22
189:7,8,12
190:19,20,24
191:10 194:4,24,
25 195:2 197:15
198:16,23 199:4,
7,12,16,21,25
200:2,5,19,24
201:2,3,5,10,23,
24,25 202:8,9,25
203:4,6,14,15
204:13,19,20
205:4,22 207:3
211:11 212:14,16,
19 213:3,5,20,24
214:3,5,14 215:17
221:24 222:1
227:11,15,18
244:23

brain's 40:5
212:21

brakes 134:6

bread-and-butter
27:20,21,23 28:3
33:13 38:8 59:8,
14

break 6:12 12:6
18:15 65:21 71:23
72:2,5,6,22,24
94:12 152:3,6,7,
10,25 153:3,5,11
209:16,19,22,23
210:13,15 233:5
246:23,25 247:1

breaks 6:11

breath 44:23
183:22 221:6

breathe 39:3
44:17 50:14 51:7
113:13 141:3,5

145:22,23 149:19,
21 169:19 181:20
182:10 206:12
221:10 225:12,15,
18

breathing 34:4
45:7,25 49:2,21
50:5,12 51:3,4
55:2,4,6,7,14
57:5,11,13,14,15
112:6,13,20
113:2,6,17,22
142:20 149:11
151:10 181:19,24
184:10,13,23
185:23 186:4,9,11
188:13,18

briefly 8:3 42:23

bring 249:2

Britain 62:8,15,17
229:8

broader 213:10

bromide 51:21
52:9,14 53:8,25
54:21 103:25
140:21,22 141:2
142:4,14 144:3
145:8,18,21 146:1
151:14 153:12,14,
21 154:9 155:22
156:4 161:5 181:7
183:6 185:21,22
186:2,23 188:10
208:7,8,11 209:3,
6,8

bronchoscope
48:13,14

bronchoscopies
21:6

bronchoscopy
38:23

brought 183:7
214:6

brushing 168:23

bubbling 34:6

buffs 228:15

buildup 112:10

built 77:10

bullet 69:2

burning 168:12

butorphanol
108:16

Buy 70:23

bypass 41:2
164:13

―――――――――

C

CA 91:18

calculation
208:24

calculations
187:7

Caldwell 83:13,
17,19 87:7

calendar 22:3

calf 160:7

call 5:12 24:17
27:20,24 34:9
47:7 58:1 88:6
103:19 104:1
105:4 169:12
190:23 210:1
214:7

called 5:3 21:5
27:19 38:24 39:6,
11 43:3 47:15
58:23 59:2 60:12,
23 61:1 98:10
104:7 127:19,21
140:25 146:23
151:17,19 154:10
164:13 167:15
181:5,15,17 183:3
184:6 242:12
244:5

calling 8:6 87:16
168:24

calls 12:13,16,18
103:20 104:2,9

cancer 28:1 59:10
60:15,21,23 61:1,
2 154:13

cancers 154:12

Capnography

36:19

car 134:4

carbon 36:20
112:10 183:20
184:20 202:15,17
221:8,9

cardiac 38:1
40:14 42:17 43:2,
22 59:11 85:24
86:21,23 87:1
89:8,11 91:15,16,
23 97:10,18 121:3
122:16,20 131:1
133:9 148:24
163:22 164:1,8
165:13 166:10,19
208:4 229:12,15

cardioplegia
164:14

cardiopulmonar
y 41:2

care 19:10 20:10
21:11,16 22:17
24:6,22 28:11
34:24 36:16,18
57:2,8 59:16
60:15,24 64:9
132:14 243:19,24
244:1

career 17:22
68:13 179:22
236:2 237:23
242:23

carefully 78:4

carried 77:13
135:25 230:14

carry 23:19 66:7
151:5 230:20

carrying 226:18

case 5:13 6:17
9:5,17 11:19,20,
21,25 14:11,25
27:9,10,14,21,23
30:24 37:14
41:20,21 42:12,25
43:22 44:17 49:9,
10,11,16 50:1
51:1 67:10 73:2,5
74:8,14,25 75:2,5,
9 76:6,9 77:21

Case 3:18-cv-01234 Document 180 Filed 09/17/22 Page 260 of 289 PageID #: 361
U.S. Legal Support | Eric Fordham
www.EliteReportingServices.com

79:18 81:24 82:3, 12,24 93:5,13 95:20 96:20,25 97:4 101:7,9,13, 14,18,20,22 102:5 129:3 145:13 147:19 149:7 151:2 167:12,13, 16 181:2 213:12 219:16,19 225:5 232:11,14 233:12 240:23 247:20 248:16

**cases** 27:15 28:3, 4,6 37:23 39:5 40:5 49:25 55:13 57:2 58:10 59:8,9, 14 67:3 74:10,15, 18,21,24 84:3 85:6,12 91:14 96:12 97:9,10,14 121:16,17 134:3, 23 135:16 136:4 154:23 155:3,6,9 162:2 173:14 175:13 179:20 190:12,20 214:13, 25 215:2 240:9

**catastrophic** 203:1,3

**catastrophically** 204:4

**catch** 21:1,4

**catheters** 37:21

**caught** 119:14

**caused** 36:9

**causing** 119:4

**caustic** 106:9

**caveat** 27:12 125:3 142:10,12 175:7 188:17

**CCS** 103:22 167:18,19

**cease** 63:14,20

**ceased** 91:23

**Cedar** 5:23

**ceiling** 78:16 113:10 136:23

137:1,2,12,14,23 138:2 140:5 141:21

**cell** 164:25 165:3 200:1,11,12

**cells** 199:23 200:2,5,15

**center** 57:7 58:6, 11,24 59:1,4,19 60:1,7,22 61:2

**centers** 65:5 118:14 119:6

**central** 43:6 58:16 85:18 117:21,23 152:15,24 209:17

**certification** 61:22

**certified** 61:12, 13,16 99:8

**certify** 99:7

**cesarean** 135:5

**cetera** 28:5

**chaired** 63:11

**challenged** 74:19

**challenges** 74:10

**chances** 156:20

**change** 109:17 112:9 160:24 172:25 218:9 232:5

**changed** 42:23 103:9 222:21

**changing** 163:6 232:4 246:5

**characteristic** 115:21

**characteristics** 116:11

**charged** 224:3

**check** 71:3 76:10, 13 89:20 95:3 98:17 224:3,8

**checked** 72:11 76:22 77:2,6 147:3

**checklist** 146:2 148:7 149:4

**checks** 78:17 89:14

**chemical** 200:7

**chest** 27:25 32:1 48:1,2,4 109:1 142:25 229:14

**chloride** 84:23 85:10 86:12 91:6 93:7,15 95:22 96:11,22 98:7 103:17 104:7,11 161:10,12,22,24 162:2,6,13,24 163:10,13,21 164:4,8,15 165:15 166:22,23 167:8 207:18

**choice** 150:20 235:6,7

**choose** 42:5 45:5

**chose** 138:16

**chronic** 105:3

**circumstance** 51:20 52:15 132:21 160:12 202:3

**circumstances** 48:21 79:9 86:2,3, 7,11 113:24 124:11 135:22,24 136:2,14 195:7 201:14 204:1,6 213:1,22 228:11 243:8 246:9

**citation** 159:1

**citations** 77:15 159:6

**cite** 130:25 131:13

**cited** 128:4 134:24

**cites** 128:6

**clarification** 12:3 238:12

**clarify** 6:9 11:22 12:17 126:18

135:9,16 171:9 174:17 248:7

**class** 105:5 148:10

**classes** 66:13,22, 25 67:17,19

**classroom** 67:22

**clean** 95:9

**clear** 26:24 158:4 201:24 237:13

**Cliffsnotes** 69:1, 3 164:18

**clinic** 22:5,14 60:18,20

**clinical** 18:24 52:17,18,20 53:9, 19,20,24 54:2,5,8, 9,12 64:3 79:7,8 85:15 86:19 110:24 111:1 113:7,12,25 114:20,21 127:22 128:3,5 137:2,7,8, 13 138:4 141:16 143:14 156:15 182:16 185:20 187:8,13 214:24 219:19 229:2,5,7 230:1,13 237:4 238:7 241:8 243:13

**clinically** 78:10 86:14,16 130:23 141:22,23 237:10

**clock** 26:5

**close** 28:22 52:17 62:18 63:1 104:12

**closely** 42:20

**closer** 153:19 240:2,13

**CNN** 71:8

**co-counsel** 94:4

**cocounsel** 5:12

**cognitive** 107:7 114:17

**coin** 173:2

Case 3:18-cv-01234-BDJ Document 18 Filed 09/17/22 Page 261 of 289 PageID #:7382
www.EliteReportingServices.com

coincidentally 209:7

cold 29:5

colleague 201:17

colleagues 62:18
63:1 136:11
199:7,10

college 15:18,23,
25

colloquially 58:3

colon 28:1

color 202:14

column 91:16
92:5

Coma 244:16,18
245:7,9

combative
115:12,17

combativeness
117:1

combination
148:23 174:20
175:14 216:19,22
217:17,18 218:12
219:7 220:1

combinations
219:21

combine 108:12,
14

comfortable
23:10 35:7

committee 63:11,
12,13 64:1

common 31:3,8,
18 34:19 37:13
38:18 44:11 48:8
51:13 56:22 57:2,
7 110:25 115:19
155:1 164:2,7
229:7

commonly 36:21,
24 37:2,5,6,12,22
44:7 227:4 243:21

communicate
20:8 35:5 70:25
94:21

communicated
12:4

communications
9:8,16,24

comorbidities
59:23 186:14

compare 30:22

compared 106:5
141:18

competent 98:14

compile 84:9

compiling 88:2

complaining
231:22,24

complete 9:11
40:9 129:13
166:19 194:24

completely 54:7
156:7 201:19

completing 18:4

complex 19:18
202:20

complications
24:16 29:6 57:19

compose 88:8,15

compression
202:5

compromised
110:9

compulsion
221:10

computer 90:9

concentrated
18:24

concentration
105:18

concern 69:9
180:20

concerned 85:24
181:3 213:12

concluded
202:16

conclusions
173:22

condemn 69:23
150:9

condemning
150:10

condition 10:22
57:7 116:17

conditions 20:25
26:22 45:2 59:17
86:19 112:23
176:24 191:25

conducting
165:13

conduction
164:20

confess 96:12

confirm 23:14

confirmed 23:12

confuses 224:20
225:8

confusion 158:5

conjunction
135:11,12,17

connected
190:16 191:9,15,
16 192:7,13,16,23
193:19 198:20

connectedness
195:19

connection
160:3 221:23

connections
189:7

connective 195:3

conscious 172:6
190:24 191:12
194:8 195:20
196:14 197:6
198:12 214:22
215:11 224:9,12
225:7,14,21
227:19

consciousness
78:16 89:13,20
129:21,24 161:6,7
172:14 189:4,6,
15,18 190:14,16,
17,24 191:9,12,

15,17,20,21,23
192:6,7,12,14,16,
21,23,24 193:9,
15,20,25 194:3,10
195:1,4,14 198:14
203:8,12 213:8,11
216:8 224:3,8
227:10 228:4,7,
12,24 229:3
241:25 242:3,6
243:25 244:6,13,
17,19,20,22
245:1,8,25

consent 67:6

considerably
153:24

consideration
148:12

considerations
149:5

considered
113:11 123:15
136:22 222:6
243:19

consist 39:12

consisted 42:18

consistent
102:10,13

consists 103:16

constitute 238:24

consult 20:4,5

contact 19:20
83:24 102:2 133:4

contacted 83:22
101:21

contained 89:1,6

content 8:14
210:10

contents 8:16
56:7,12,15

context 163:22
168:17 171:22
211:22,23 236:14
237:20

continual 23:25

continue 41:24

113:13 128:21 239:24

**continued** 21:16

**continuing** 67:5, 8

**continuous** 245:19,21

**continuously** 17:22 24:8

**continuum** 192:21,25 193:19, 21,24

**continuums** 192:25

**contract** 79:20,21

**contraction** 161:20 162:4 164:19

**contraindications** 148:17

**contribute** 65:11

**contributing** 114:16

**control** 24:15 134:6 145:13 151:10 162:21

**controlling** 146:22,24

**conversation** 35:1 72:13

**conversations** 8:14,17 13:11

**coordinate** 20:9, 12

**copy** 7:19 73:4 249:17,19

**cord** 160:2

**cords** 48:9 50:3

**core** 29:7 117:1

**Corporation** 242:14

**correct** 5:25 13:2 15:2 16:3 23:12 58:20 73:16 74:17 75:25 82:25 88:14

90:13,16,18,19 91:2 102:8,24 105:23 141:13 157:7,19 161:25 162:21 164:5 175:20 190:15 220:15 228:8 234:11 236:23 237:14 239:12 241:23 244:10,15

**correctly** 46:4 93:16 119:22 170:3 214:24 230:12

**correlate** 172:13

**cough** 204:24

**coughing** 204:25

**counsel** 8:7,11, 15,17 9:5,9,13,18, 25 11:5 12:1,10, 14 13:1,4,11,15, 20 77:19 81:19,22 82:1 196:21 247:6,23 249:4

**counseling** 179:23

**Count** 90:8

**counteract** 211:14

**counterproductive** 39:10

**country** 236:7

**couple** 6:3 15:8 38:17 44:6 66:3 69:2 95:5 100:17 121:12,16 122:12 180:10 229:25 230:13,25 237:14

**courses** 66:19,21 67:2,14

**court** 76:7 100:22 101:12 152:14,22 196:16

**covered** 30:4 33:5 60:11 150:14

**covering** 30:2

**COVID** 21:1,5 120:10 142:12

**craft** 136:6

**cramps** 160:6 162:3

**create** 118:5,8 242:18,19

**created** 113:20 242:15

**creates** 165:5

**creating** 88:20 177:17

**creatures** 199:24

**critical** 200:4 222:6

**cross** 233:25

**CST** 251:6

**culturally** 232:2,6

**cumulative** 132:4

**curious** 86:10

**current** 122:22 165:5

**curtailed** 26:18

**curve** 53:15 187:23

**cut** 83:3 199:22

**cutting** 169:10

**CV** 62:11 63:18 65:18 100:9,16

---

**D**

**D.C.** 76:6 101:12

**damage** 56:21 183:17 185:5,9 188:22,24 203:6 204:13,19,20 205:12,14 206:24 207:3

**damaged** 57:5 206:7

**dangerous** 148:21 168:3 183:14

**dangerously** 185:4 188:20

204:4 206:20,25 208:21

**dark** 245:2

**darn** 38:3,5

**data** 88:25 89:6 96:23,24 99:12

**date** 7:13,21,22 73:9 76:15 79:22 100:16,19 101:2,5

**dated** 73:15 97:24 233:14

**day** 22:21 79:20 168:17 197:7 209:12

**days** 67:16 76:24 77:17 100:18 120:20 156:10

**dead** 96:16 98:10, 11,13,20 99:11,16 183:17 201:23 215:21 222:1

**deal** 24:18 57:4

**dealings** 63:5

**deals** 59:20 61:2

**death** 56:10 89:10,25 90:1 91:17,20 92:1,8, 11,19,22 97:18 98:24,25 99:6,8, 23 150:11 208:8

**debates** 68:5,7

**debris** 56:5

**decades** 61:18 121:2

**December** 7:14, 23

**decide** 8:19

**decided** 21:10 64:14

**decides** 241:10

**deciding** 149:3

**decision** 146:9,10 148:5 149:8

**declaration** 91:17,20 92:8,21

100:4

declared 89:10
99:1,18

decrease 139:5

decreases 105:1

decreasing 49:18

dedicated 58:7,9
62:22

deep 183:22
205:11,13 216:11,
25 217:19 245:2

Defendants 5:13
14:13,25 247:7,
20,24 248:5,17

define 111:18
113:3 196:13
212:23 214:4

defined 195:10
196:3 204:2

definition 137:11
195:11 196:1
222:7,21

degree 16:4,6,8,
11 17:4 51:10
66:21 194:2
228:20

degrees 174:6
193:24

delay 152:16

delicate 151:4

delirium 107:6
114:16

deliver 46:11
166:24

delivered 52:2
68:2 86:12 113:4
188:10

delivering 166:21
205:24

delivers 47:8

dementia 107:7
116:21,22

demonstrate
99:15,17 129:14
227:20

demonstrated
137:15 215:16
219:20

dental 222:12

department 65:7,
11,15,16,17,19,
23,24,25 66:1,2,5,
6,11 230:1 241:10

depend 86:3,6,17
125:8 135:23
183:10,24 184:2

dependant 57:11
183:9 184:4
186:12

depending 26:13
41:20 105:17
141:11 150:20
175:10,21,25
176:6 183:19
249:3

depends 14:6
25:20,22 38:12
41:8 43:15 51:17,
18,19,23,24
85:14,15 86:1
87:2 108:17 110:8
127:15 129:8,18
136:25 141:7
165:17,18 200:7

DEPONENT
251:5

deposition 5:24
6:18 7:17 76:2
141:10 142:1
172:17 177:9
248:23 249:24
250:7,14,22

depositions
100:21

depressing
199:4,7,12

depression
198:23

deprive 200:15

depth 39:22

describe 19:4,5
169:16,17 170:7
194:14 229:14

describing 9:16

description
160:10

desflurane 39:4

designed 128:19

desired 47:12

destruction 56:9

detailed 47:19

details 246:11

detect 242:5

detected 174:7

determine 19:22
22:15 24:19 98:10
130:19 135:25
226:4

determines
224:5

develop 206:22

device 238:19

dictates 151:18

die 55:19 98:23
149:12 184:14
187:16 200:16,17

died 99:7,9,19,21
100:4,5

dies 99:1

differ 40:15,17

difference 19:1,4,
6 40:25 181:3
188:6 192:4 205:7
225:1

differentiating
224:12

differently 56:18
133:2 169:17

differs 40:16

difficult 150:1,6

difficulties
120:21

dilating 114:9

dilute 86:5

dioxide 36:20

112:10 183:20
184:21 221:8,9

direct 31:19 95:13
106:9 114:9
117:16 151:25
201:3 233:20,23
234:5

direction 57:24

directly 12:20
35:6 94:20 151:16
165:19 166:15
186:7

disaster 151:1

discernable
241:14,21

discharge 24:20,
21

discomfort
108:11

disconnected
190:23 191:14,20,
21,23 192:24
198:14

discovery 220:23

discuss 71:19
114:14

discussed
120:11 242:4

discussion 79:15
152:18 249:20

discussions 8:6,
10 249:3

disease 187:19
204:9

diseases 204:10

disinhibitory
115:13

dislocated
134:22

displaced 202:11

dissection
154:14

dissections
154:11

dissociation

187:22

**dissolved** 167:17

**distant** 245:2

**distinction** 159:17

**distinguish** 79:8

**distress** 25:4 130:6

**distressed** 33:16, 18 35:14

**District** 76:7

**disturbed** 179:15

**disturbing** 177:11

**divide** 46:21 190:17

**doc** 50:2

**doctor** 134:12 135:4 143:16 196:4

**document** 6:20 7:7,20 73:19 76:10 80:12 233:8 234:14,22 235:1, 19 236:22

**documents** 6:19 8:14 9:7,15 250:3, 10,19,25

**dog** 5:23 153:10 184:13,14

**dogs** 184:7 206:18

**dopaminergic** 40:20 43:11

**dosage** 53:21 84:23 86:12 107:19 141:11 206:10

**dosages** 84:14 181:15

**dose** 41:22 42:7, 8,9,18,25 43:4,5, 6,14 50:9 51:18, 25 52:17,18 53:5, 12,14,15,23,24 54:2,6,9 78:10,20

84:21 85:6,8,9,11, 13,17 86:16,21 105:17 113:1 119:9 120:19,25 121:4,18,19,20,24 122:23 123:3,16, 19 124:6,15 128:8,11,13,24 129:2,3,7,10 130:24 138:6 139:25 141:7 145:14 153:13,19 155:11,15,21 165:17,21,22,25 166:11 167:2 168:14 181:6 182:2,24 185:20, 22 186:1,3,5,6,10 188:10 239:7,15, 25

**doses** 53:9,17 84:18,19 85:12 107:20 113:9,12, 25 123:23 126:3,9 131:1 137:4 138:5 141:25 176:13 182:8 219:21 229:12 239:19 240:24

**dosing** 26:7 79:9 141:18,23

**double** 156:12 157:23 158:1

**doubled** 53:23 156:22

**doubles** 158:1

**doubt** 243:6

**doubtful** 181:10

**download** 95:7

**doze** 125:25

**dozing** 138:24

**draft** 73:25

**drafted** 74:3

**dramatically** 49:5

**draped** 23:22

**draw** 48:1

**drawn** 104:11

**dream** 190:25 192:3 193:7 198:9,11

**dreaming** 191:22

**dreamlike** 193:6 214:1

**dreams** 179:10 180:16 190:22 191:1

**drift** 35:20

**drive** 133:21

**driven** 231:20

**drop** 204:17,22 208:21

**droperidol** 40:4 42:6 108:16

**drowning** 146:17 207:14

**drug** 21:13 43:3 89:18,19,21 92:17 96:13,18 97:1,6,7 108:8 109:19 111:22 115:4,5,12 116:17 118:1 125:4,13,23 126:5,12 127:11 128:10,12,15,18 130:15 131:24 134:8,11,17,20 135:3,10,21 136:5,8,23 137:3, 7,10 139:6 140:8, 9,14,23 144:19,25 145:1,3,10 148:14 151:24 162:20 167:3 177:7 184:10 216:16,18 217:17 218:12,19 219:3,5,21 220:1 224:7

**drugs** 39:18,20,21 40:3,9,12,19 42:5 84:5,16 89:8 103:12 104:16 107:25 108:14,20 109:9,11 118:11, 24 119:5 122:19 135:11,13,17 136:16 137:5

139:6 140:13 148:20 171:11,16 174:20 175:15,22, 24 176:1,3,4,7,8, 11 179:6 181:9 214:14 216:19,22 217:17,18 218:13 219:7 228:8,12

**drunk** 115:15

**dry** 41:20

**due** 114:6 149:17 151:24,25 184:19

**dues** 64:16

**duly** 5:4

**duration** 114:19 140:2,6

**dying** 109:11

**dysfunction** 107:7 114:17

---

**E**

**e-mail** 8:8 94:6, 16,18,19

**e-mail's** 94:13

**ear** 32:1

**earlier** 26:19 44:6 54:25 141:10 142:1 172:17 214:20,24 238:23 239:18 240:6

**early** 80:1 157:12 158:5 229:23 242:15,23

**ears** 144:23

**easier** 80:9 210:23

**edema** 207:12

**education** 16:14, 17 62:23,24

**educational** 63:24

**EEG** 242:13,18

**effect** 51:7,16,22 52:14,20,25 53:6, 8,12,13,16 54:9,

12,13,14 78:16
105:6,11,12
106:6,9 107:15,17
111:4,6 113:10
114:9 115:3 116:5
117:16 118:12
122:6,13,15
124:17 125:1,13
129:1,11 132:5
136:23 137:1,2,8,
12,14,23 140:5,6,
7,8 141:21 142:3
144:13 145:5,12
151:14,17,19
161:7 162:3
167:21,22 168:13
186:11 187:18
208:16 240:25
241:15,22

**effectively** 49:21

**effects** 43:21
78:9,24 79:7
105:7 111:4,9,14,
17,19 112:4,5
114:1,13,15,19,
20,21,23 115:2,
13,19,23 116:20
117:21 127:11
128:9 132:3 137:7
138:2,22 145:4

**efficient** 218:19
219:3,7

**eight-hour** 154:2,
5,7

**EKG** 36:15 190:3

**elderly** 124:10

**elective** 149:7

**electrical** 161:19
164:20,23 165:1,
5,13

**electricity** 164:18
165:9

**electrolyte**
161:11,12,14
163:2,8

**electronic** 31:21
144:24

**elements** 200:5

**else's** 238:8,22

**emergency** 55:12
145:12 146:19
149:6 243:22
244:24

**emotional** 191:7

**emphasize** 57:6

**employers** 17:24

**employment**
17:14,20 61:6,9

**emptied** 185:1

**empty** 188:2

**emptying** 187:23
208:19

**encounter**
203:23

**end** 50:24 83:6
89:15 92:17,19
124:24 172:7
184:1 186:12,15
187:3,4 193:20,22
208:3

**endoscopies**
21:7

**ends** 21:17

**energy** 200:13

**engage** 77:20

**engaged** 79:11

**enjoy** 189:10

**ENT** 28:6 41:21
48:8 50:1 143:16

**enter** 24:9 226:18

**entered** 64:11

**entire** 9:4 11:20

**entirety** 211:25

**entitled** 235:19
250:24

**entry** 98:5

**environment**
125:25 129:17
189:9 198:8,11,
17,21 212:22
213:4,6,21,25
221:25 225:4

**ephedrine** 40:3

**equal** 220:13

**equates** 225:9

**equipment** 31:22
34:9 147:1

**equivalent** 42:22
62:7 225:9

**ER** 136:11

**error** 120:1

**esoteric** 46:10

**essentially**
109:18

**established**
95:24

**estimate** 68:8

**ethical** 102:11,16,
22 176:21,22

**ethics** 63:11 64:1
67:24

**European** 69:23

**evasive** 37:19

**event** 139:23
140:18 227:13

**events** 191:11

**eventually** 64:14
206:14

**evidence** 187:8
234:24 235:3

**exact** 63:16 65:13
138:5 153:19
168:12

**exam** 22:19 55:23

**EXAMINATION**
5:6

**examined** 99:21

**examiner** 14:20
98:9,15,16,19,22,
24 99:3,4,18,22
100:1,3

**examines** 99:5

**examples** 27:14
38:17 42:4 50:20
108:21 109:1

**ephedrine** 40:3

111:16 151:12
168:18 170:14
191:22 201:16

**exceed** 154:1

**exceedingly**
56:23

**excessively**
162:16

**exchange** 45:21
70:23

**excuse** 155:18
232:8

**executed** 81:2,6,
16 87:23 180:25

**execution** 69:4
70:4 74:19 75:1,3
89:14 91:8,11
102:4 180:21
181:5,17 183:3
207:5,22 224:5

**executions** 68:12
69:14 79:5 80:24
84:6,24 85:7
86:15 88:3 90:18
96:8 208:17
247:8,21,25
248:6,18

**exhaling** 36:21

**exhibit** 6:17,21
10:11 73:18,20
76:8 94:4 210:18
215:13 232:22

**exist** 31:13

**existential** 189:5

**expand** 48:2

**expect** 54:22,23
114:20 124:17,19
125:1,9,11,13,17,
18 126:4,10,14
127:1,3,6,10,13,
18 134:24 135:7
138:12,22,23
139:1,4,8,11,19,
22 186:22 207:4,
8,9,11,16,19,21
218:8 240:25
241:13,21

**expected** 128:18

expecting 102:1, 2 115:9 128:10

expended 200:13

experience 70:19 134:16 136:20 157:5 170:11 174:10 175:19 176:1,6,9,10 179:16 182:17,22 183:15,16 189:10, 12 207:4,8,10,11, 17,20,24

experiences 139:16 177:11 179:10 180:17

experiencing 169:15 172:2 216:12 217:1,21

experiment 229:24

experiments 230:1

expert 9:25 11:24 14:3,5,13,15,20 15:3,12 73:1,4 74:1,7 75:16 76:1, 4,8 77:20 79:17 88:13 102:3,17 103:8 128:5 131:14 196:13 215:14 232:11 247:17

experts 15:8 159:5 171:25

explain 62:15 179:18 202:21 213:19 221:10

explanation 47:18 238:15

explicitly 81:14

exposed 64:1

extend 140:1

extended 57:14

extensive 55:22 132:23

extent 8:5,24 9:24 13:10 211:21 212:25 250:4

extra 50:17 139:25 209:25 241:5,13

extraction 222:12

extreme 136:14 147:17

extremely 113:1, 3 169:19

eye 151:4

eyelids 168:24

eyes 144:23

eyesight 25:6 28:15 178:15

eyewitness 79:5 80:23 92:6,7

---

**F**

face 28:21 45:9 49:22

Facebook 70:24 71:11

facet 194:14

facial 132:25

facilitate 147:6

facilitates 161:20

fact 26:3 35:2 62:19 63:9 67:14 76:18 83:25 97:3 124:22 139:2 202:14 205:4 206:1 214:1,20 231:24 242:4

factors 131:16 141:9 149:9,13, 15,17,24 183:9 184:3 187:1,2

fail 224:14

failed 150:10

failure 55:7,11 202:19

fair 59:22,24 159:17 160:9,10 192:8

fairly 201:22

faithful 5:23

fall 23:17 48:4 114:4,10 125:15 183:14 185:4

fallen 112:11 183:12

falling 32:12 49:5 127:4

familiar 104:19 106:10 199:2

fast 32:8 52:10 131:24,25

faster 53:5

fatal 85:7,9,11,13, 17,21,24 86:16 87:5 109:17 181:21,23

fatality 86:11

federal 74:13 75:1 76:6 101:9,12

feed 159:23

feel 23:10 29:16, 22 64:10 124:24 125:10,11,12,14, 20 147:13,20 179:15,16 222:14

feeling 30:17,21 35:15

feelings 125:22

feels 30:23

fell 122:19

felt 64:7 127:10 179:24

fentanyl 43:1 229:13

fibers 159:15,24 160:8,21,22

fibrillation 207:20 209:2,9,12

field 23:25 143:3 147:24

figured 179:1

figuring 229:17

file 9:4 14:23 81:1,

15 83:11

files 81:7,24 82:2 83:2,10,14,25 84:4 91:4,7 93:4

finally 116:23

find 224:22 229:19 236:6 237:22

findings 81:5

fine 55:14 133:24, 25 134:5 152:12, 21

fingers 29:4,22

finish 89:18

finished 24:2

flash 207:12

Florida 75:5,8,24

flow 165:4

flowed 202:7

flowing 205:23

flows 66:2,6 165:9

fluid 163:4 167:17,18

foot 220:22

Footnote 76:17 220:9,18

forearm 139:15 173:8 225:23,24 226:8 227:3,5

foresee 109:8

forget 109:25 135:1 136:19,21 192:19

forgetting 14:22 15:8

forgot 90:2

form 18:21 20:14 44:19 69:4 87:13 110:17 198:13

formally 61:21

forms 242:19

formula 242:16

**Forty** 166:12

**forward** 94:7 95:1
118:20,21 126:3,6
130:8 232:23

**forwarding** 94:25

**found** 137:14
141:19,22 156:18
214:25

**frail** 116:17
124:10,15

**frailty** 125:8

**frame** 61:23 89:17

**Fred** 61:1

**free** 70:23

**free-flowing**
146:13

**Freedom** 83:12
87:8,9

**frequently**
145:17 146:18
203:24 231:22

**Friday** 11:15

**friends** 70:25
71:14

**front** 94:14 100:23
233:9,10

**frustrating** 64:13

**fugue** 192:1

**full** 17:15 50:16
52:24 58:25 65:1,
6,19 132:4 219:15
230:8

**full-on** 176:16

**full-time** 17:14
64:24

**fully** 197:15

**function** 37:8
40:1 71:15 107:3
199:16 205:21

**functioning**
204:12 205:8

**funding** 66:3
230:6,7

**funny** 71:8 162:17
193:11,13

---

## G

**G-DRIVE** 83:13

**GABAERGIC**
117:22 118:1,11,
24 119:5

**GAIL** 5:2

**gas** 45:20 47:9,23,
25 48:6,7 143:13
202:19

**gases** 39:3

**gather** 77:7

**gave** 22:6 42:18
43:3,4,20,23
53:16 55:14 83:14
120:16 122:19
126:5 131:1,18
132:9,20 167:4
168:3 238:11

**gears** 140:20
189:3

**general** 27:8,11
30:13 33:9,12
34:22 35:4,25
36:3,4,10 38:7
39:19 40:8 115:21
132:12 144:21
149:16 169:13
173:7,10,19,25
174:9,18,20,23
175:2,9,10,13,19
176:10 177:4,6,8
196:6 214:21
222:7,9,18,20
230:17

**generally** 38:10,
24 59:20 112:7,17
116:17 119:5,17
137:15 140:12,15
143:4 190:23
191:14,16 192:13
197:14 212:9

**generated** 164:19

**generic** 128:15

**gentlemen**
249:13

---

**give** 20:2 26:6,23
27:12,14 30:18
33:23 35:16
38:17,22 40:4
41:22,23 44:1,14
50:9 51:2,4,20
53:10 54:5,8,11
56:1 57:19 66:16,
22 67:7,11 69:1
83:19,23 85:22,25
86:8 92:25 94:16
95:6 108:5,20
110:11 111:22
113:15 116:9
118:10 120:19,20
121:3 122:4,5,7,8,
11,20 124:9,11
128:7,17 130:13
131:24 132:19
136:21 137:3
141:1 143:13,25
144:12,25 145:2,
3,10,14,15 146:12
147:14 148:10
150:2,7 164:17
165:17 166:15
168:18 169:23
184:9,11 186:10
207:13 208:14
209:25 211:10,17
212:15,18 218:6
223:10 226:12
236:17 241:5

**giving** 23:1 39:21,
24 40:1,3 44:23
64:17 109:8
123:21 125:4
130:22 132:12
134:25 137:6,9
138:13,15 144:5
146:19,21 147:14,
17 211:14

**Glasgow** 244:16,
18 245:7,9

**glasses** 90:9

**glycopyrrolate**
39:25 41:19

**goal** 205:10

**gold** 228:3,6,14,
15,19

**golden** 173:9

**good** 5:8 8:21

---

11:22 24:14 45:20
109:1 136:22
143:3 147:2
157:13 191:1

**gosh** 21:23

**graduate** 16:20,
24,25 66:20

**graduating** 15:22
18:6

**graduation** 18:13

**Gran** 234:4

**great** 25:13 62:8,
14,17 227:8 229:8

**greater** 123:22

**ground** 6:3 11:23

**group** 60:11
157:9

**groups** 17:21
43:2 46:21

**growth** 200:3

**guarantee** 132:20
216:22 219:23
220:2

**guess** 159:18
162:17 194:1,16

**guessing** 166:25

**guesstimate**
22:2

**guidance** 180:14

**guide** 144:25

**gurgling** 34:6,11,
16

**guy** 123:8

**GYN** 28:5 230:18,
25

**gynecologic**
176:17 215:2

---

## H

**habitus** 183:20

**half** 121:6 124:8,
11 132:2 173:1
205:3 240:8,20

**hand** 44:20 46:9, 14 48:22,23 49:12,14,22,24 50:8,10,22,24 51:8,13

**handful** 71:13 121:17

**hands** 28:21

**hang** 97:23 100:10,14

**happen** 20:7 36:9 53:17 54:10 55:22,24 56:14 78:19 135:2 138:3,12 141:12 154:21 193:6 200:16 202:4

**happened** 89:11 179:19,21 180:1 195:3,5 209:11 240:5

**happening** 32:22 171:2 178:8 189:13 190:18,21, 25 191:5,11 194:5,12,15 198:17 227:13

**happy** 95:14

**hard** 112:18,20 178:24

**harder** 143:2

**harm** 122:18

**hastened** 89:25

**hate** 136:10 203:12

**head** 62:13 124:5 132:23 154:11 221:18,19,25 246:12

**Health** 62:3

**healthy** 59:18 124:19,25 125:7, 17,19 129:6 144:9,11 186:21

**healthy-sized** 124:16 126:15

**hear** 6:5 34:5,16

35:22 46:3 227:16 235:21

**heard** 199:3,6,9 230:11

**hearing** 25:6 31:15,16,19 170:3

**hearsay** 87:17

**heart** 25:18 27:22 32:1,4 40:22,25 43:13 59:12 91:22,23 92:7 114:11 131:12 148:3 151:15,20, 23,25 154:23 161:19 162:6,7 164:6,9,16,19,21, 22 165:2,7,9,11, 16,19 166:8,13, 15,21 167:6,23 172:21,25 183:15 185:6,10 188:22 189:2 190:3 205:16,19,22 206:2,5 207:3 209:7

**heartbeat** 31:24 32:8 91:5 93:6,14 95:21 96:10,21 97:1,6 98:7

**heavily** 63:23 64:8

**heavy** 45:18,19, 20 187:25

**heck** 71:2

**held** 152:19 206:22 207:1 249:21

**helped** 90:3

**helpful** 24:23 34:15 48:19 57:23 170:2

**helping** 195:13

**helps** 26:2

**hemoglobin** 184:20

**hesitating** 222:5

**hiccups** 116:7,9

**high** 15:14,16,18, 23 20:25 42:7,18, 25 43:3,5,6,14 47:23 52:17 64:16 69:9 87:3 113:1,3, 12 119:9 123:19 162:8,9,11 227:9, 23

**high-risk** 21:4,8

**higher** 53:1,5,17 121:20,24 123:23 176:14

**highest** 131:3 239:7,15,25

**Highlighted** 234:17

**highlighting** 235:4

**hinder** 10:15

**hinge** 86:13

**hip** 28:4

**historic** 62:22

**history** 22:13,15, 19 228:15

**hit** 134:6 137:4,6

**holding** 24:9 130:3 221:7

**home** 5:17,21 24:20,21 65:15, 23,25 66:5 133:21

**honest** 140:16 240:3,11,13

**honors** 16:6

**hope** 201:13

**horrible** 169:15

**horrific** 207:14

**hospital** 17:8 19:14 20:6 24:22 57:25 58:7,16 59:20,25 60:6,9, 17,21 133:21

**hospitals** 58:7 60:9,10

**hot** 28:23

**hour** 114:21 132:3 167:18,19

**hours** 13:18 132:16 134:2,9 154:16,19,24

**house** 5:22

**human** 137:13,21, 24 138:2 187:13 213:22

**humans** 184:6, 16,18,21 187:10 206:19

**hundred** 38:13 43:24,25 44:1,3 46:22 47:2 104:2 113:4 121:8,9,10, 21,24 122:2 124:3 131:8 138:9 155:17,18 156:9 167:4 183:5 186:1 191:18 240:2,10, 14,19 241:5,14 242:20

**hundred-kilogram** 156:5

**hundred-milligram** 188:9

**hundreds** 47:6

**hurt** 168:7

**hurts** 168:14

**Hutchinson** 61:1 101:16,19 233:12

**hypos** 174:24

**hypothetical** 171:12

**hypoxia** 203:18, 20 205:15 207:5 208:4,11

**hypoxic** 206:9,15 208:6,21

**hysterectomies** 28:6

---

**I**

**ICU** 57:16 245:17, 18 246:18

**ICUS** 244:24

**idea** 57:20,21
143:25 194:9
198:24 243:23

**identical** 48:15

**identifies** 138:5

**identify** 247:6

**IFT** 157:10 174:13
176:18 177:1
227:4,7,9,23
228:3,22 229:1,24
230:2,12,19
231:12 236:2,11,
25 237:23 238:15,
19,22,24

**ignore** 227:14

**illness** 56:11

**illustrate** 90:4

**imagine** 147:17
188:14

**immediately**
52:24

**impede** 117:13

**important** 26:11
161:17

**importantly**
162:5

**impulse** 165:2

**in-hospital** 19:13

**inadequately**
50:14

**incision** 170:17

**include** 25:4
27:23 28:3 41:16,
19 80:22 108:15
169:5 200:2
219:22 247:15

**included** 89:7
175:14

**includes** 41:18
45:9 149:8 200:1

**including** 10:18
21:10 174:21
201:20 214:15
242:7,8

**inclusive** 42:5

**incompetent**
99:25 100:2

**inconsistent**
102:12

**incorporate**
198:10

**increasing** 49:17
137:3

**indefinitely** 57:17

**indicating** 189:22

**individual** 41:5
99:13 128:25
129:3 141:9
164:25 186:7,10,
21,24

**induction** 41:13,
14,25

**inflammation**
56:9

**inflated** 226:17

**influence** 10:15,
19 64:12 179:6

**information** 10:3
20:2 83:12 87:8,9,
17 89:12 103:5

**informed** 67:6

**infusion** 52:7
167:7,24

**ingestion** 43:17

**inhibit** 107:9
117:10,11 119:12

**inhibition** 118:3

**inhibits** 119:19

**inject** 96:15
105:16 114:5
222:13

**injected** 54:20
86:2,4,5 97:6
112:2 207:18,23
208:5

**injecting** 78:25

**injection** 68:4,11,
17,23 69:4,24
70:1 74:9,11 81:3,

16,25 89:7,16,18,
19,24 92:17 97:2,
15,17 98:12,21
101:7,14,18
102:18 104:4,9
105:22,24 180:21
207:25 208:2,3
224:6 228:7,12

**injects** 222:11

**injuries** 109:12

**injury** 56:25
201:25 244:23

**inmate** 99:6,19,20
100:4,5 181:6,8,
14,15 182:3,10,
11,13 183:8,10,
18,19 184:2,4
186:12,13 187:18,
25 188:7,8,18
206:8 207:4,19
208:13

**inmate's** 183:11

**inmate-specific**
186:25

**inmates** 78:10
90:6,15,20 91:5
102:7 182:25
187:16

**insert** 128:12
129:5

**inside** 45:9
108:25 164:24

**inspiratory** 37:9

**instance** 49:15
86:8 90:14 92:9
96:7 97:19 168:2
177:4

**instances** 49:15
55:1 191:19 203:1
211:1 240:4

**institution** 41:10

**instruct** 8:9 10:1
248:2

**instructed**
226:11 250:11

**instructing** 8:12
10:5

**instructions**
227:21

**instruments**
36:12,13

**insufflate** 143:12

**intact** 200:11,12

**integrity** 200:10

**intended** 92:14
111:4,6,9 224:9

**intensivists**
245:16

**interested** 46:23
229:10,17

**interference**
206:11

**interject** 94:2

**internal** 17:9 18:8
20:14 61:13
163:16

**International**
62:2

**internist** 245:3

**internship** 17:8

**interpret** 239:1

**interpreted**
237:9,20 238:3

**interpreting**
238:1

**interrupt** 129:25
151:10

**intervals** 47:11

**interview** 83:23

**interviews**
180:15

**intracavitary**
27:24 108:23
142:23 143:19

**intraocular** 151:4

**intravenously**
52:3,8 54:20
86:13 112:2 113:5
126:15 145:18
182:20 188:11

intrinsic 50:15

intrinsically 86:18 181:23

introduced 5:10

intubate 55:11 56:18 147:18 149:14 150:6

intubated 34:17 204:25

intubating 57:21 142:18 146:22 204:22

intubation 51:11 56:21,22 150:10 170:15,22,24 171:2,10 204:15

intubations 171:5

invented 42:24 242:13

inverse 195:14

investigated 202:2

involuntary 105:8,10,12

involve 46:14 81:25 108:18 178:7 226:1,3

involved 20:16,17 27:15,16 84:2 101:20 134:3

involves 187:23

involving 74:10

ions 165:3,4 166:5

ironed 174:24

ironing 171:15

irregular 32:9

irreversible 206:24

irrevocable 183:17

irritated 165:12

irritates 71:2

isoflurane 39:4 41:11

isolated 67:1 139:15 173:8 225:23,24 226:8 227:3,5

Issaquah 15:16, 17

issue 175:8 248:23 250:15,17

issues 7:5 40:6 58:8 64:9

itch 169:21

items 70:23

IV 22:25 23:2 38:25 39:11 43:17,20 44:2 105:17 122:7 132:6 146:12,13 163:2 167:15,22 168:14

IV's 163:14

J

January 76:5 97:24 101:8

Jason 101:19

jet 47:15

Jimmy 152:17

John 232:15

John's 152:17

joint 134:22 143:19

jumping 57:12

junction 140:25

June 77:3,11

K

keeping 249:24

kill 182:3,11,13,20 185:5 186:7,23 188:11

kills 186:9

kilo 43:24 155:16 240:19,21

kilogram 43:25 121:6,8 123:7,22 137:16 144:6 145:15 155:18 176:14

kilograms 44:3 124:3 138:9 156:9 240:10

kind 18:18 57:8,24 58:2 62:16 67:4 102:1 116:4 117:25 132:17 146:4 147:5 156:9,19 162:17 169:4 170:11 178:3 189:5 193:13 203:12 244:4

kinds 27:17 33:4 59:21 91:12,13 106:17 143:25 191:25

kinetics 183:20

King 248:10,17

knee 28:5

knife 169:9

Knight 92:10 97:20 98:6

Knight's 98:5

knowing 174:5

knowledge 15:11 94:19 182:15

Kursman 7:3 8:4, 16 9:23 10:7 11:5, 18 12:1 13:8 71:18,24 72:8,9, 14,19 73:11 76:21 82:6 87:12,16 94:2,10,23 110:17 126:17,23 135:9, 14 152:9,20 171:8,17 174:16 175:5 186:18 192:10 196:9,11 209:18 210:9 211:20 216:3

217:4,6,23,25 218:15,23 219:9 220:4 223:4,6 232:21 233:1,4 234:13,18,21,25 235:5,15,23 239:20 241:16 246:22 247:9,12 248:1,7 249:6,9, 16,18,22 250:3, 12,16,20 251:2

L

lack 177:10 189:9 194:23,24 203:20 212:21

language 8:25 235:6

Laparoscopic 149:19

laparoscopically 143:9

laparoscopy 143:11

large 25:21 59:9 78:10,20 174:12 175:18

larger 157:9 158:18

largest 153:13 155:21

laryngeal 146:25

laryngoscope 56:24 147:5

late 18:20 79:25 242:14

Law 62:3

lay 31:25 69:20 169:14 170:6,7 192:5 197:13,22 198:1

laying 45:4 169:2

lead 56:10 86:19 114:11 162:2 193:7

leadership 63:12 64:11

www.EliteReportingServices.com

leads 29:6

leakage 34:5

learn 47:1

learning 167:13

leave 38:1 248:23

leaving 250:7,14, 21

lecture 67:6,7 68:25

lectures 66:16, 22,25 67:11 68:2, 7

left 182:20 221:24

leg 160:7

legal 8:24

lethal 68:3,11,16, 23 69:4,24 70:1 74:9,10 81:3,16, 25 101:7,14,17 102:17 180:20

lets 202:12,13

level 66:24 86:17 87:2,4,5 112:11 129:20 137:4,6 141:19 161:24,25 162:8,10,11,12, 15,17 163:6,23 164:5 183:11 187:20 189:12 190:6 194:3 200:13 202:23 204:18 207:1 208:20 227:9,23 244:20,22

levels 66:24 183:14 185:4 200:24 201:4,10 203:4,7,18,23 204:4,5,7,8,11,16, 21 205:2,9,11 206:20,22 208:21 221:7,9

life 147:19

light 35:21 168:22

lightly 57:21

Likewise 90:20

limb 226:20

limited 109:20

linear 141:19

lines 224:24

link 76:25

links 76:22 77:6

lips 117:14

list 38:20 40:7 57:18 80:3,16 81:14 82:23 90:11,13 100:21 143:24

listed 78:3 234:5

listen 31:23 32:1, 6,23,25 33:2

listening 31:20 32:2

liter 167:17

literally 173:1 193:15

literature 219:20

litigation 9:8,12 75:24 88:23 131:14 247:18

live 199:24

Liver 154:17

LMA 34:4 146:23

local 41:8 222:10, 13

located 5:14

lodge 249:24

lodged 250:9

log 88:1,5 92:13 93:3,18

logs 88:2,18,22 89:1 91:8,11,21 92:1 96:6 97:11 99:15,17

London 62:20 63:3

long 13:14 21:23 47:19 51:15,21 52:13 59:2 61:15

62:9 67:23 72:12 83:20 89:15,17 132:10 140:9 154:13,25 165:15 183:13 187:4 204:20 205:12,13 206:16 211:12 231:8

longer 50:6 153:23 179:5 185:3 231:16

looked 53:20 80:24 141:17 157:11

lose 195:20

loss 27:6

lot 25:2 26:13 40:18 57:9 59:8,9, 11 64:15 71:12,13 110:16 132:24 165:12 171:3 231:10,13

lots 28:9 154:10

loud 36:8

loudly 127:19

low 106:4 162:1,5, 8,11,15,16 163:18,24 164:5 185:4 187:20 188:20 203:4,7, 17,23 204:3,4,7,8, 12,17,18,19 205:2,9,10 206:20,23,25 207:2

lower 27:2 50:9 111:24 113:9 122:15

lowers 163:4

lunch 152:7,10,25 153:3,4

lung 56:10 204:9

lungs 41:4 46:2 48:15 56:8 151:12 184:25 185:2 187:24 188:3,4

lymph 154:15

Lynn 248:17

---

**M**

machine 32:16 41:2 46:9 47:8 151:11 164:13

machines 23:7 36:12 37:2,7 47:3

made 87:8 91:13 99:9 146:9,10 196:7,21,25 197:1

magnitude 165:10

Magnolia 70:24

main 36:17 39:18 163:1

mainstream 28:8

maintain 45:2 200:10

maintaining 163:7

maintenance 23:20 202:19

major 28:4 30:5 176:16 225:25

majority 126:4,10 127:2,18 130:7,10 139:19 173:6,16 174:8 175:15 190:11 197:1 214:18,25

make 20:13,25 26:8 33:7,11,14, 25 34:7,21 35:6, 19,24 54:17 55:23 65:21 69:25 77:9 82:19 97:13 100:6,12 101:4 109:25 117:25 135:1 136:18,21 142:8 143:2 147:1,4,22 148:20 157:1,15,18 159:24 160:24 162:20 175:7 191:3 192:18 236:14 238:14 241:14 244:11

makes 34:1 105:1 160:4 169:21 170:11 181:3 191:6

makeup 149:25

making 31:21 32:3 33:3,4 34:2,9 36:8 148:5 220:23

man 201:18

manage 27:7 57:15

management 19:13,14 20:18 107:12

manipulation 23:18

mark 73:17

marked 6:20 10:11 73:19

market 121:15

mask 49:22 146:25

Mason 17:8

massive 219:21 229:12

materials 7:25 12:17 14:9,10 76:20 77:8 80:3, 16 81:8

math 124:5

matter 85:3 180:6

maximal 52:20 145:12 208:16

maximum 53:6,7, 13,16,24 54:2,8, 12,13,14 120:25 130:23 137:8 140:7,8 153:20 155:15

Mays 224:2,11,20

Mcgehee 101:15, 19 232:11 233:11

MD 17:4

meaning 20:10 64:16 65:9 99:4,5

104:25 111:19 114:18 115:14 124:14 151:17 160:21 176:13 198:25

meaningless 199:13

means 31:1,8 106:4 128:9,16 144:20,21 146:21 147:9 151:22 156:21 171:6 177:15 197:13,14 199:20 225:7 233:22

meant 96:1 108:8 117:18 135:16 212:14 235:6 238:13

measure 242:9

measured 47:10 166:4,5

mechanical 31:21 46:12,14,17 144:24 149:17

mechanically 47:3

mechanics 184:20,24 185:14

mechanism 106:3,7 207:8,9 228:23

media 70:21

medical 10:22 14:20 16:18,20,25 19:21,24 20:24 22:13,15,19 45:2 58:6,11,23 59:1,4, 16 60:1,6,18,20, 21 66:17,19 67:23 69:7,11,15,20,21, 22 98:9,14,16,19, 22,24 99:2,3,4,18, 22,25 100:3 104:20 106:12 112:23 142:5,14 155:13 163:11 166:20 195:11 196:4,13 197:4 198:19,25 224:13 242:14 243:24

244:1

medical-related 61:6,9

medically 19:18 21:7 22:23 196:3

medication 26:20 214:15

medications 10:19 23:1,9,16, 24 24:1,4 26:6 27:2 39:24 40:20 43:10,12 49:18,19 113:15,16

medicine 17:9 18:1,3,5,8,13,16, 22,23,24 20:5,14 33:21,23 61:14 62:2,6,14,23 64:20 65:2 66:7 69:6 161:21 162:25 163:17

medium 11:8

meek 29:17

meet 11:6 22:18 24:1 66:8 67:21

meet all 65:9

meeting 5:17 11:8,11,14,17,20 12:3,5,24 13:1,3, 14

meetings 12:9 62:24 63:4,24

melding 60:24

member 62:9,15

membership 64:16

membrane 165:4 200:12

memory 107:2 159:7 226:4 240:12

Mental 62:3

mention 192:19

mentioned 36:23 37:16 43:11 44:6 54:25 67:3 76:6

77:14 79:12 83:24 114:3,15 116:14 118:19 120:8 142:1 155:12 163:9,15 172:17 177:3 185:19 189:21 205:19 240:18

messaging 71:15

met 11:5,6,25

metabolism 200:3

metal 47:22

method 48:8

methods 37:20 244:2

Microbiology 16:9

mid 67:25

midazolam 41:23 42:8,11,20,23,24 78:8,9,11,15 79:10 81:6 84:8, 21 103:16,18,21, 23 104:17,18,22, 24 105:8,14,15, 19,24 106:11,12, 15,18,21 107:4,5, 10,14,22,24 108:5 109:4,8,15,21 110:5,6,14,20,23 111:2,5,10,13,17, 24 112:2,14,18 113:4,10,21 114:2,12 115:19 116:5,10,15,20,24 117:3,10,13,16, 21,22 118:1,5,8 119:9,12,23 120:6,15,17,25 121:11,15,17 122:23 123:3,20, 21 124:6,18 125:16 126:16 128:14 129:7,16 130:18,24 131:4, 5,19 132:3,8 133:8,17,21 134:1,12,20 135:3 136:7,15,17 138:2,8,10,11 140:1,2,10 175:1

176:12 177:3,4,6 181:6,12,24 182:2,5,12,16,18, 19 183:1,5,23 206:9 207:13 208:2 211:3,10 212:10,15,18 216:10 218:10 224:6 226:3 239:7,15,19,25 240:8 241:1,3,6

**Midazolam's** 115:1,23 137:12, 23

**mild** 116:21 151:18

**mildly** 169:1

**milliequivalents** 85:20,23 104:10 166:2,3,12,14 167:5,16,25

**milligram** 43:24, 25 44:1 85:19 104:6 110:10 123:7,22 124:8,9, 12,17 155:17 186:1

**milligrams** 42:11 43:19 52:5,8 54:6, 15,20 84:22 103:20,22,24 104:3 107:21 110:12 113:4,13 120:18 121:6,7,9, 11,21 122:3 123:5,8,24 124:2, 25 125:16 126:16, 25 128:16,17 129:15 130:8 131:3,5,9,19 132:5,8 133:7,17 137:16,20,22,25 138:8,9,11 140:1 144:6,7,10 153:18 154:1,8 156:11 166:1,4 176:14 182:12,16,18 183:4,5 206:9 239:9,17 240:1,3, 8,14,16,21 241:1, 2,6,14

**mind** 28:8 80:9 96:3 142:8

**mineral** 161:13,15

**minimum** 85:19 188:23

**minute** 38:9 48:24 54:4 100:25 169:3 205:2,3 208:18 221:6

**minutes** 50:25 52:22,25 54:10 71:21 92:21 95:6 122:9,10 123:10, 11,13 132:2 138:10 152:15,24 156:6 184:14,25 185:3,8,10,18 186:23 187:6,21 188:12,21 189:1 206:21,23 207:2 208:22 209:2,9,25 233:2 238:12

**misled** 237:12

**misprint** 93:20,22

**missed** 33:6 93:22

**missing** 100:17

**mission** 64:4,7

**Mississippi** 74:8, 15

**mistake** 100:12 192:18 197:5

**mistaken** 159:20

**mistaking** 100:12

**misunderstood** 119:24

**Mitchell** 5:7,11 6:22 8:12,20,22 10:4,9,13 13:13 71:16,20,22 72:1, 3 73:17,21 82:4,9, 10 87:14,18 94:9, 11,17 95:4,15 110:18 120:23 126:20 127:12 135:12,18 152:5, 12,22 153:1 171:14,18 174:22 175:17 186:19 192:11 196:10,15, 19 209:15,20

212:3 216:4 217:5,9,13,24 218:1,9,18 219:1, 10 220:5 222:1 223:5,7 224:16 232:24 233:3,6 234:13,17,19,23 235:2,8,24 237:2 239:22,23 241:18 246:20,24 247:11, 14 248:3,8,9,12, 14 249:9,11,14,15 250:1,8,13,18,24 251:3

**Mitchell's** 13:10

**ML** 103:22 104:6

**moaning** 33:20

**moderate** 170:16

**Moderately** 169:5

**modest** 139:4

**moment** 5:10 7:1 30:25 31:13 38:7 78:12 85:1 91:24 92:25 94:16 95:7 100:24 104:14 111:11 114:24 126:5 130:21 152:2 155:12 168:8,9 172:1 174:13 209:24 226:5,6 227:15 236:12,17

**moments** 237:14

**money** 64:8,17 231:20

**monitor** 24:8 26:2 30:19 32:3 36:13, 21 37:7,12 144:14,20,22,24 172:8,10,12,16 178:12 189:15,17, 18,19,24 190:3,5, 6,10,13 200:23,25 216:8 229:7 230:4 237:10,17 238:5 242:3,4,5,7,8,9, 11,12,13,22,24 243:1,9,12,19 244:2,5,13,17,19 245:19,21

**monitored** 34:24 132:14

**monitoring** 24:25 25:1,2,3,16,18,19, 21 26:5,10,15,17 28:14,17,24 29:7, 24 30:6,13 31:1,9, 17,19 36:19 37:20 132:24 151:2 180:3 190:1 201:3,9 229:2 237:25 238:17,19 241:24 243:25 244:6,9 246:4

**monitors** 23:5,7 27:10 29:18 31:21 32:5 36:18,23 37:5 147:25 178:16 189:22,25 190:11,13 243:15, 21

**monoxide** 202:15,18

**month** 21:22,24 38:19

**months** 20:23 21:12,14 22:4 120:9

**morning** 5:8 82:5, 8 232:9

**morphine** 43:6

**motor** 109:12 133:25 134:5

**mouth** 41:20

**mouthful** 227:6

**move** 117:14,20, 24 118:5,6 119:2, 3,5,7,10 139:18, 19,21 172:19 191:3 226:13

**movement** 105:9, 10 117:10,12,25 118:4 119:12,19, 21,23 139:13 151:2 177:18 178:9,18 231:15

**movements** 79:4 105:13 150:25

**moving** 172:19

178:17 190:5 227:20

**MRI** 108:4

**multiple** 32:22,23 214:14 219:16,19

**multispecialty** 60:17

**multitude** 35:23 118:16

**muscle** 26:1,4 36:25 39:15 40:1 42:2 43:4 44:14 46:5 55:15 56:1,2 142:16,17 143:10, 11,17 148:9 149:4 150:8,18,19 151:6,8 159:15, 19,23,24 160:2,6, 8,13 161:8,20 162:3 164:25 169:6 172:20 178:21

**muscles** 29:20 117:17,19 118:4 119:16 140:24 141:1 142:19 143:1,2,6,18,20 144:15 159:8,11, 13 160:1,15,16 162:4 182:6,9 186:8

**myriad** 40:11 119:1

---

### N

**named** 114:25

**names** 14:18 15:8

**narcotic** 39:13 41:23 42:25 43:6 108:13 147:14

**narcotics** 42:7 176:15 219:22

**narrow** 36:7

**nationally** 243:17

**natural** 205:1

**natural-occurring** 161:15

**nature** 9:16

**nausea** 40:6 108:17

**nauseated** 97:13

**navigation** 21:6

**necessarily** 32:17 38:21 46:12 81:13 166:10 223:1

**neck** 132:23 142:19 154:10,11, 15 182:6 202:6

**needed** 57:22 72:12,14,16 116:15 210:1,6

**nerve** 26:1 36:24 106:3 132:25 151:18,19 152:1 160:7,21 164:21 170:9 222:16

**nerves** 117:19 141:1 159:13,19, 22

**nervous** 159:25

**neural** 161:17

**neuro** 59:9 107:1, 3 132:24

**neuromuscular** 140:25 156:12,19 157:11,22 158:19, 21 160:16,20,23

**neuromusculars** 157:23

**neurosurgery** 27:9

**neurotransmitters** 200:6

**night** 67:15,16,17, 18 160:6 198:5,7

**nightmare** 55:12

**nodes** 154:15

**Noel** 83:13,16,19 87:6,7

**noise** 36:8

**noises** 33:3,4,7,

14

**non-home** 65:15, 19,24

**non-responsive** 127:14

**nonbreathing** 185:15

**noncardiac** 133:18

**noncompressive** 184:7 206:18

**nonmedical** 69:16

**nonpainful** 109:19

**nonsensical** 96:15

**norepinephrinergic** 40:20

**normal** 26:19 32:11 127:23 161:23 163:8,13 188:17,18 201:19 202:7,13,23,24 204:11,22 205:7 221:7,8

**Norman** 5:2,8,15, 25 6:23 8:7,9,23 10:1,5,14 13:9,12 15:15 18:1 37:25 61:12,25 70:5,8, 22 72:4 73:2,23 76:16 79:18 82:11 86:25 87:19 93:1 94:6,12 100:8 103:13 120:6,24 123:3 126:21 135:20 136:24 140:10 142:5 152:14 153:2,13 171:21 189:3 196:12,20 198:23 209:21 210:17 211:24 213:17 217:6,10 219:2,11 220:6,24 223:8 225:11 232:10,18, 23 233:8 235:9,15 239:3,24 246:25 247:16 248:8,20

249:6 250:5,22

**Norman's** 94:5, 18 174:25 211:23

**nose** 45:10

**notation** 91:12 97:16

**notations** 91:13

**noted** 92:2 97:1, 15

**notice** 6:17 91:14 96:17 205:7

**notify** 94:25

**November** 12:8, 13 73:9,15 103:8

**nowadays** 133:1

**noxious** 126:19 168:22 169:12,22 170:4,14,15

**NPR** 83:13,22

**number** 6:21 21:9 28:19 29:1 39:20 41:16 59:17 69:8, 9 73:20 86:1 87:9 130:11 157:14 158:12,16 163:18 174:12 175:18 176:18 223:13 242:18,19

**Numbers** 9:20

**nurses** 23:3

---

### O

**oaths** 69:12

**object** 8:4,19 9:23,25 13:9 110:17 211:20 218:23 235:16 239:20 247:9 250:6

**objecting** 250:14, 21

**objection** 87:12, 15 186:18 192:10 196:9,21 216:3 217:4,23 218:15, 25 219:9 220:4

223:4 241:16 248:1 249:24 250:2

**objections** 250:9

**obligate** 188:21

**obligations** 102:11

**observed** 225:11, 14,17

**observing** 244:4

**obstruct** 182:9

**obstructed** 206:12 208:14

**obstruction** 182:5,25

**obtain** 247:21,24 248:5,17

**obtained** 83:12

**obvious** 55:24

**occasional** 50:17

**occasionally** 70:24

**occasions** 121:12

**occur** 52:21 53:6, 8 54:22 111:12 142:3 188:23 208:4,11 209:2

**occurred** 89:14 91:25 100:18 205:5 206:4 209:4

**occurrence** 163:19 205:1

**occurring** 157:6 171:10 198:10

**occurs** 116:5 161:15 182:5

**off-the-record** 152:18 249:20

**offer** 179:21

**offered** 179:22

**offhand** 159:3

**office** 11:6,7 83:22 94:3

**official** 91:25 99:10

**officially** 99:1

**Ohio** 90:15,18

**oncology** 59:12

**one-time** 67:1

**ongoing** 74:25

**online** 67:19

**onset** 51:17 52:19 141:18 148:15

**open** 94:13,15 143:8 169:10 176:17 229:14 248:24 249:25 250:7,14,22

**opens** 165:2

**operate** 164:9 193:3 241:8

**operated** 164:16

**operating** 18:23 20:19,22 21:11, 15,18,20 22:5,7, 12 23:6,7,11 26:22 27:12 32:24 35:24 60:16 133:3 138:16,18 139:17 142:6 172:2 179:9,11 209:13 219:23 231:11 232:6 245:10,13, 18 246:16

**operation** 119:18

**opinion** 68:15 70:1 103:8 195:22,25

**opportunity** 173:12

**opposite** 195:1

**oral** 43:16

**orally** 43:20

**orchestrating** 40:12

**order** 20:1,2 40:9 147:2,18,19 157:2,4 162:14 183:8 226:4

235:21 249:14

**ordinarily** 85:22

**organization** 63:23

**original** 203:11 234:22

**orthopedic** 28:4

**outcome** 129:8

**outlined** 38:8

**outpatient** 59:18

**outpatients** 59:18

**ow** 168:11

**oximeter** 32:10 202:12,24

**oximetry** 36:17 190:4

**oxygen** 32:10 112:11 148:1 183:11,13,19 184:20 185:1,3,15 187:20,22 188:20 199:16,21,23 200:8,14,16,18, 20,22,23,25 201:3,6,9,11,21 202:1,8,10,13,14, 23,25 203:4,7,18, 21,23 204:3,5,7,8, 11,16,21 205:2,9, 11,21,24 206:6,20 207:1 208:20 221:7,9

**oxygen-requiring** 199:24

**oxygenation** 45:3

---

**P**

---

**p.m.** 251:6

**Pacific** 60:12

**package** 76:19,20 128:12 129:5

**pages** 80:21,22 88:1,19

**pain** 19:13 24:14 33:21,23 35:18,20 65:2 105:14,20,24 108:11 109:22,24 110:1,3 118:15 119:11 134:24 135:8 136:10,12, 18 138:25 160:15, 21,22,23 166:17 167:22,23 169:14, 17 174:10,14 175:8,19 176:1,4, 10,20 207:17 214:15,16 216:13 217:1,21 222:14 226:1,16 227:2

**painful** 108:2,9, 19,22,24 109:2 111:1 127:8 130:4,14 136:15 139:23 168:23,25 169:1,5,9 170:4 211:9,15 212:12, 18 216:13 217:2, 22 219:24 220:3

**pancuronium** 151:23

**pandemic** 20:24 21:2,12,17 67:16 120:9

**para** 51:10

**paradoxical** 115:7 117:1

**paragraph** 219:15

**paralysis** 36:25 51:10 52:23,24 54:13,22,23 141:24 142:16,17 143:10,11 190:6

**paralytic** 39:15 42:2 44:15 50:10, 23 51:1,2,5,6,15, 17 55:15,17 56:2 140:23 143:17,21 147:18 148:9 149:4 150:14,18, 19,23 181:19 224:7 226:9,18,19

**paralytics** 161:9

**paralyze** 50:4,7

www.EliteReportingServices.com

54:7 55:8 156:5,7

**paralyzed** 26:3 33:14,19 49:7,17 55:10 139:9 143:4,16 144:16 145:24 149:22 150:4 170:20,23 178:21 207:18 226:7,22

**paralyzes** 140:24 186:8

**paralyzing** 44:18 154:3 226:1

**part** 17:23 40:24 41:15 64:11 67:5, 8 107:3,11 134:18 142:22 151:2 154:13 159:19 187:22 198:16 200:14,15 206:5 222:6,20

**partially** 21:2 48:16

**participate** 28:10 66:10 68:3,11,16, 23 69:11,16

**participated** 68:5,8 74:18

**participating** 70:3

**participation** 69:5,19,24

**parts** 151:9

**pass** 47:23

**passed** 7:3

**passes** 208:1

**password** 210:6

**past** 60:3 62:5 245:2

**patient** 19:10,17, 23 20:9 22:18 23:5,12,13,15 24:4,20,25 25:3,7 27:1 28:14,18,20 29:15,21,24 30:6, 23 31:1,9,17,20 32:8,14 33:2,3 34:1,7,10,17,24

36:14,25 37:2,10 38:13 43:18 44:16,18,24 45:1 46:6 47:9,14 48:6, 17,22 49:3 50:8, 14,15 54:8 55:8, 13,18 56:5 64:9 86:18 96:15 97:1, 5 99:1,10,19 106:25 107:10 108:3 109:9,23 110:9 111:7 112:12,22 114:20 115:9 116:12 117:6,8 118:2,6 120:6,16,17 121:1 127:9 128:24 129:21 130:2 132:14,22 133:4 134:24 136:2,19 139:23 140:3 141:8,9 142:18 144:14 146:1,15 147:9,12 148:17 149:9,15 150:5 153:14,21 155:18, 22 156:13 157:24 167:7,21 168:7,10 169:7,14 172:1,5, 11 177:23 178:14, 17 179:4,23 180:5,10 182:19, 21 185:16,20 188:17 189:22 190:9 197:14,15 198:2 201:22 202:13,17 204:16, 23 205:5 208:13 211:18 219:24 220:2 225:12,15 226:2,11,21,25 229:2,11 231:14, 16,25 238:5 239:8,16 240:1,18 241:1,2,15,25 242:21 244:4

**patient's** 20:15 22:13,15 23:21 25:16 27:3 28:24 29:5 31:24 32:4 36:20 37:11 39:8, 22 41:18 109:5 112:13 113:2,5,22 141:3,4 143:8 169:2 181:18 190:5,6 226:22

**patients** 18:25 19:14,17 20:7 30:19 33:7,24 34:8,21 35:2,25 37:25 41:17 45:16,24 56:16 57:10 59:5,10,11, 15,21,23 61:3 69:13,14 107:5,12 113:13 119:8 122:16,17 124:10 126:11 127:24 128:19,25 130:7 131:11 133:20 134:3 136:12 138:23 139:16,20 140:14 143:4 148:25 149:21 156:18,23,24 157:10 158:9,11, 12,14,16,17,20 163:18 170:18,21 171:4 172:9,11 173:1,6,11,14,25 174:8 178:19,20, 23 179:20 182:25 196:24 204:8 214:9,17,25 216:1 223:14 229:18 237:11,25 240:10 244:6,23

**pay** 66:12 178:23

**pays** 65:7 66:1

**peak** 37:8

**peering** 39:7

**pelvis** 27:25 108:25 142:25 169:11 176:17

**pentobarbital** 247:7,16,21,24 248:5,18

**people** 11:7 20:6 29:12 35:24 40:18 43:15 64:3 91:22 105:1 116:6,21 125:14 126:4 127:13 134:7 154:11 169:14 170:7 190:17 195:14 196:6 197:5,6,22 198:1, 9 199:3 214:21 215:9,10,16,20

221:25 222:21 229:19

**perceive** 189:8

**perceiving** 177:16,17 214:16

**percent** 116:6 176:16 191:18 205:25 243:18

**percentage** 7:6 243:15

**perception** 40:6 176:5

**perform** 76:12

**performed** 87:20 237:5 238:20

**performing** 20:18,21 21:21 135:4 231:12 237:7

**period** 23:19 57:14 122:2 131:22 134:11 153:22 182:11 184:3 185:17 203:5 208:22 221:6 246:3

**periods** 109:14

**perioperative** 18:2,12,16,22,24 21:16

**perioperativenes s** 19:9

**peripheral** 85:21, 23 106:3 165:20, 23 166:8,16,22 200:25 201:9 222:16

**permanent** 185:8 188:24 205:13

**permission** 44:21

**permit** 51:11

**person** 44:1 45:18,20 51:7 79:1 99:5,6,7,8,9 115:23,24 121:8, 11 124:1,12,15

www.EliteReportingServices.com

128:11 139:7
145:23 184:9,22
192:5 193:10
195:7 196:14
197:18 198:4
199:14 203:10
208:6 224:2,10,
12,13 225:3,6,18,
20 226:5 244:20

**person's** 145:22
160:13 245:24

**person-specific**
186:25

**personal** 134:16

**personally** 23:4
76:9 77:1,6
237:15

**peruse** 103:4

**ph** 106:4,10

**pharmacist**
14:21

**pharmacokinetic**
131:10

**pharmacologic**
131:10

**pharmacology**
85:15

**pharynx** 142:20

**phase** 41:25

**phenomenon**
129:22 130:1

**philosophical**
194:17 195:9,12,
17

**phone** 11:10,11
12:13,16,18 210:1

**physical** 22:19
118:3 144:23
149:20,25 177:17,
18 189:23 191:8
193:8 194:5,25
195:3,4 198:20
201:14

**physically** 25:3
169:7 191:2 244:3

**physician** 69:5,
23 70:3

**physicians** 62:19
68:3,10,16,22
69:10

**picture** 22:20

**piggyback**
167:15

**pinching** 169:6

**ping** 132:25

**pink** 202:14

**place** 23:5 28:21
48:11 61:1 149:11

**Plaintiff** 11:19
14:14 247:5
248:4,8,16

**Plaintiff's** 8:7,10,
15,17 9:5,9,13,17
12:1,10,14 13:1,4,
14,20 14:15 15:12
77:19 80:17
81:18,21 247:6,23

**Plaintiffs** 15:4

**plan** 22:16 55:8

**planned** 19:20

**planning** 152:7

**play** 249:3

**played** 242:23

**playing** 229:19

**pneumonia**
56:11

**poetry** 70:15

**point** 8:5 10:1
30:23 63:6 137:4
139:2 152:8
155:20 191:19
192:15 195:11
196:2 235:16
240:22 244:21
246:1 250:6

**pointed** 47:24

**points** 69:2
193:20,22 226:14

**political** 62:25
63:23 64:2,18

**poor** 235:6,7

**Poorly** 178:24

**popular** 230:6

**portion** 59:9

**position** 45:4
68:19,20 135:19
157:22 174:25
183:21

**positioned** 35:10

**possibility**
156:13 157:23

**possibly** 121:25
123:14 140:4

**posted** 71:8

**postop** 107:6
114:16

**postoperative**
20:16,17 29:6
107:7 114:17

**postoperatively**
19:12

**potassium** 78:25
84:13,23 85:7,9,
17,20 86:12,17,
20,22 87:2,4
89:24 91:6 92:18,
20 93:6,15 95:22
96:11,15,22 97:2,
10,15,17 98:7,12,
20 103:17 104:7,
10 161:10,12,14,
21,23,24 162:2,3,
5,8,10,12,13,15,
16,19,22,24
163:5,6,10,13,17,
18,21,23,25
164:4,8,15,24
165:3,7,8,15
166:22,23 167:8,
16 168:1,3,15
207:17,23,25

**potassium's**
208:5

**potent** 39:13 42:7,
22,25 43:5 62:22
108:13 176:15

**potentially**
107:11 114:16
117:15 141:14
149:12

**pounds** 44:4,5
124:3,4

**power** 105:11

**powerful** 105:11,
12 107:15 169:20

**practice** 17:25
41:9 42:13 62:14,
17,20 104:20
106:13 122:21,22
136:22 142:5,14
163:11 171:15
175:3 177:2
203:24 229:2
241:11 243:13

**practiced** 18:5,15

**practices** 18:21

**practicing** 58:19,
22

**pre-covid** 142:10

**pre-op** 24:9

**pre-pandemic**
21:19

**precipitate** 107:8

**precise** 198:25
199:3

**predicate** 157:16,
17 178:1

**predict** 55:21

**prefer** 150:19

**preliminary**
229:25

**premedicant**
43:5

**premedicated**
170:19

**premedication**
41:18

**premier** 228:23

**preop** 130:3

**preoperative**
22:14

**preparation**
10:25 11:3 12:19,
21,24 14:7

EU123-4 - Document 1 Report Filed 03/15/22 - Page 278 of 289 - Page ID #: 7349
**www.EliteReportingServices.com**

prepare 13:23 14:1 18:25 73:1 75:8

prepared 23:11 73:11 75:4

preparing 19:16 80:4 145:25

prepped 23:22

prescribe 43:18

prescribed 167:19

present 5:20 87:20,23 92:3,4 148:25 149:20 155:22 175:11

presented 63:3

presently 61:5

press 188:4

pressure 25:19 27:3 32:19 35:12 36:15 37:9,16,20 40:4 109:17 111:24 112:5 114:4,10 116:18 122:6,13,15,18 139:5 148:2 172:22,24 190:4 202:7

pressure's 114:7

pressured 64:8

pressures 47:12

presume 31:5 201:1

presumed 134:4

presuming 22:24

presurgical 41:15

pretty 43:21 45:10 49:5 52:19 78:3 101:24 109:6 110:11,25 112:17 157:12 158:3 160:10 163:15

prevent 108:17 118:24 164:5 204:10 205:10

214:16 216:11,25 217:20

preventing 163:6

prevents 119:21 181:12

previous 74:1,4 90:2 148:18 217:11 218:21 219:4 220:7

previously 108:7 177:9

primary 69:12 207:7,9

prior 20:15 73:22 74:6 101:6 116:24

prisoner 93:3,5, 14 95:20 96:20 98:19,23 180:22, 24 216:12

prisoners 69:14 81:2,5,16 93:19

prisoners' 81:24

private 17:21

privilege 247:13

probability 105:2

problem 57:8 130:17

problematic 110:25

problems 19:18, 24

procedure 106:24,25 107:13 108:2 132:7,13, 15,16 133:8,18 136:15 151:9 154:14 155:13 170:13 176:17 204:25 222:10

procedures 21:9 38:19 48:9 59:6, 12 69:15,16 74:11,19 106:15, 17,19,21 107:2 108:9,10,19,22,23 109:2,19 111:1 142:13,15,23

143:5 149:20 171:5 237:6

process 24:3 89:14 187:12 198:2 200:14

processed 242:13

processes 199:25 200:1,7,8, 10

produce 6:18 9:4, 7 110:11 111:14, 17 197:8 200:5 211:4,6,8 212:11 216:10,16 218:11 219:6

produced 7:24 8:13 9:11,15 216:24 217:19

produces 211:7 216:19

producing 218:20 219:3,8

production 200:4 250:18

profession 69:20

professional 61:24 62:4 69:19 70:19 166:20

professionals 197:4 224:14

professor 64:22, 24,25 65:1,2,7,8, 12,19 66:10

professorship 65:14

profit 231:20

program's 235:11 236:20

progress 41:25 204:18 237:17

prolong 140:9

prolonged 114:18 116:20 132:13

pronounced

92:11 98:24

proper 59:20

properties 160:17

Propofol 39:12

proposition 194:11

proprietary 242:16

protect 45:12

protocol 75:1,3 78:17 79:7,8 82:1 103:13,14,19,25 104:8 181:7,16 207:6 224:2,4 241:7

protocols 241:8

provide 81:21 102:16 111:6 124:13 160:1 177:9 226:15

provided 10:2 14:25 15:3 81:23 82:5,7 250:4,10

provider 20:12

providers 20:4,5

psychological 179:23 191:25

psychologically 35:15

publication 66:11

publications 100:17

published 81:11

puff 50:17

pull 158:25 211:24

pulmonary 187:19 207:12

pulse 29:16,19 32:10 36:16 116:18 148:2 190:4 202:12,24

purely 215:16,21

**purpose** 110:6

**purposes** 110:13, 15,20,23 193:17 213:13 214:8

**pursue** 16:14,16

**push** 48:6 52:10 119:3 122:7 132:6

**put** 44:8 49:1,22 50:4 51:4,11,12 56:4 64:8 88:5 92:1 130:13 136:12,19 164:12 196:6 203:15 209:4 210:22

**putting** 49:1 55:6 56:24 146:23 147:6 163:3

---

## Q

**quadruple** 54:19

**quarter** 124:8

**question** 6:13,14 30:12 34:14 79:6 83:5 90:1,3 99:20 107:23 126:18 128:23 146:5 157:22 161:2 162:18 171:9 180:8 183:2 189:5 193:2,11,12 194:17 195:10,12, 17,18 196:5,16,23 199:20 201:8 203:11 210:7 213:9,11 217:7,13 218:6,22 219:5,12 224:15 235:21 236:1,10 237:9 245:24 248:13 249:12

**questioning** 212:1

**questions** 5:7 8:18 13:10 77:19 78:6,14 79:12 89:5 104:13 226:12 235:17 248:21,24 249:2, 10 250:23

**quick** 50:1 53:7 71:17 96:3 246:21 249:12

**quicker** 187:16

**quickly** 50:2 52:20 53:18 54:21 103:4 141:6 146:15 147:7 148:16 168:4 183:3,6 210:2,7

**quote** 124:24

**quoted** 158:24

---

## R

**raise** 104:25 127:25

**raised** 114:7

**ran** 167:17 229:25

**random** 172:25

**range** 32:11 81:11 141:23 156:1 183:24,25 184:1 185:17 186:13 187:3

**rapid** 52:7 167:20

**rapidity** 141:17 148:15

**rapidly** 51:25 53:10 86:4 141:8, 23 145:12 166:16 167:8 168:6 183:11 246:5

**rare** 33:11 56:23 120:20 140:18 147:13 163:15,19 178:25 203:2

**rate** 25:19 114:11 148:3 151:20,24 172:21,25 190:3 244:22,25 245:7

**rates** 200:17 244:20 245:24

**re-dosing** 26:4

**reach** 134:18

**reached** 137:8

**reaction** 115:6 116:24,25 117:1 134:1 148:19

**reactions** 29:1,2 115:8

**read** 13:6 92:5 93:16 196:15,17 202:12,24 219:18 221:3 223:23

**ready** 23:11 231:18

**real** 55:20 69:18 71:17 190:22 191:2,6,7,11 195:5 214:3 246:21

**realize** 116:4

**realized** 21:3 83:7

**reason** 23:2 35:18 39:1 45:23 62:21 64:19 69:21 135:6 143:12 162:1 164:3 188:2 222:5

**reasonable** 134:17,20 135:3 136:1,7,13

**reasoning** 90:4

**reasons** 28:25 50:15 55:24 163:8,15

**reassuring** 179:25

**recall** 7:21 12:15 13:5 79:16 84:25 85:2 103:4 106:25 107:3,14,15 110:2 122:1 133:19 139:3,17 156:18, 21,25 157:2,8,12, 16 158:2,8 171:7 177:10 178:23,24 179:8 180:3,5,7, 11,16,18,20 181:1,2 240:5 245:5 247:19

**recalled** 158:15, 20

**recalling** 157:24 158:10

**receive** 7:19 16:10 81:18 83:9 116:22 155:23 175:22 176:1 202:25

**received** 7:2,17 84:3 125:22 133:20 138:7,9,10 156:19 175:24 177:19 181:6,15 202:1 206:8 210:1 221:19 229:12 234:25 241:1,2

**receives** 185:20 200:19

**receiving** 16:13 174:20 181:8 202:17 206:10

**recently** 88:10

**receptors** 117:22

**recollection** 84:17 240:7,13,22

**record** 71:16,19, 21,23 82:7 153:2 196:17 209:21 233:2 234:14 246:21 249:7,23

**records** 9:12

**recovering** 24:13

**recovery** 24:7,10 50:6

**redirect** 234:2

**reduce** 105:8,10 109:22 160:13

**reduces** 105:6

**refer** 44:21 118:9 217:11 227:7 235:13

**referred** 58:3 227:4

**referring** 37:19 38:16 191:14,16, 19 192:13 197:23 198:2 233:24 234:20 238:23

**refers** 228:16,17

reflected 96:23

reflects 96:24
201:2

reflexes 147:16
178:6

reflexively
114:11

refused 83:23

regimens 175:11

regional 34:25
143:22 222:15

regular 32:9
122:21

regularly 66:15
200:20

regulate 48:7

regulating 43:13

regurgitate 56:6

related 22:9 42:20
70:19 129:20
134:10 183:9

relationship
141:20

relax 142:19
143:20

relaxant 26:1,4
40:1 43:4 44:15
46:5 56:1 150:8
151:6 160:13
172:20 178:21

relaxants 161:8

relaxation 111:7
115:10 135:1
151:8 177:10
182:6,8

relaxed 23:10
125:14,24 127:3
143:18

relevant 81:24
82:15,16 192:3
241:4

reliable 182:24
244:13

reliably 110:11

relied 80:3,19
82:2 99:13

relief 109:24
111:7 114:6
124:14 134:25
135:8 136:17

relies 164:23

relieve 160:20

rely 29:23 39:20
44:8 74:1 80:18,
20 100:6 159:7

relying 36:13 44:7

remain 177:25
202:13

remains 200:12

remember 43:8
62:13 63:16 74:13
75:10,19 79:21
84:20 88:9
101:24,25 130:17,
18 131:20 132:10
155:13 157:4
159:2 167:12
168:12 180:12,23
181:8 229:20
230:18,24 231:4,5
232:9,13 236:14
242:17 243:7
246:10

remembering
75:4 117:4 181:13
214:23

remembrance
180:18

remifentanil
39:14

repeat 6:6 142:24
224:6 248:12

repeatedly
196:12

repeating 246:2

rephrase 107:23
133:16

replacing 134:21

report 11:24 14:3,
5,20 15:6,7 73:1,
4,22,25 74:7 75:4,

8,21 76:9 77:4,5,
7,10,14,23 80:2,4
82:13,16 87:25
88:13,19,25 89:3
90:6 93:2,11 94:5,
14 95:11,12
100:21 102:23
103:7 104:12,15
118:10 124:23
128:4 130:16
131:14 139:16
158:24,25 171:4,
5,20 174:13
179:11 180:11,17
191:13 210:18
211:24,25 215:14
220:10,19 221:1
223:18 247:15,17

reported 79:4
134:3 176:19

reporter 152:14,
23 196:16 249:12,
16

reports 14:13,14,
15,24 15:3,10,12
74:2,4,6 75:16
77:15 79:5 80:24,
25 82:11,15,24
83:10 92:6,7
219:16,19

repositioned
35:11

represent 5:13
228:20

represents
228:18

request 87:8
210:6

requested 196:18
250:25

requests 8:8 9:1,
2 10:6 87:10

require 20:11
23:18 24:16 27:10
28:11 41:1 44:12,
19 45:17 50:5
57:13,16 69:6
151:1,13 205:21,
22 227:9,23

required 36:22
44:13 194:4

requirements
65:9,10

requires 44:18
69:5 150:15 151:7
181:1 200:13
224:5 227:11
230:19 231:12,13,
15,16

requiring 25:25
132:13

research 61:2
110:22 229:5
237:4 238:8,21

researcher 230:8

resecting 28:2

reserve 185:1
187:23 188:3,4

reserves 208:20

resetting 134:13
136:8

residencies 17:7

residency 17:6,9,
10,11,13 18:4,7,8,
10,14

residents 66:23
67:10

resolution
248:22 250:15,16,
21

resolved 250:6

respiratory 25:20
112:8

respond 127:24
128:1 139:12,13
170:20,21,25
173:12 189:11,23
191:1 194:13
198:12

responded 8:8
173:15 176:18

responding
127:19 197:17

response 53:15
117:24 165:10
177:19 178:6,9
191:4 200:3

responses 193:7

responsibilities 22:9,11

responsible 24:11 118:19

responsive 112:9 138:25 190:9 203:10 215:1,10

responsiveness 39:23 177:13,14, 15,20,21 178:2,4, 10,13 189:17,19 190:14 203:15 227:20 245:24,25

rest 226:21

result 115:18 128:18 137:7

retained 79:17

retire 21:17

reverse 50:11 55:16

reversible 188:22 206:24

review 13:23 14:1,4 15:4,11 19:21 22:12,14 65:18 72:24 73:22 79:6 82:12,14 88:18,22 153:8 210:15 235:18 236:12 247:3

reviewed 14:3,8, 11,12,16,17,19 15:6,7,10,13 80:4, 23 81:4,13 82:24 93:4 96:23

reviews 81:11

rewind 21:19

rhythm 148:3

rhythmically 48:3

Richmond 246:6, 14

rigorously 131:15

rise 114:11 151:23

221:8

rises 86:20

rising 32:12 49:4

risk 20:25 21:8 49:1 55:2,3,5,20, 25 56:17 57:10 116:20 149:9,13, 15,24 158:1

risks 55:5 56:20

Roane 101:11

Rob 5:11 8:5 82:6 94:3 126:17 135:9 152:21 171:8 174:17 211:21 232:21

rocuronium 84:12,21

role 22:8

room 5:20 18:23 20:19,22 21:11, 15,18,20 22:7,12 23:6,8,11 24:7,10 27:12 32:24 35:24 47:10 122:20 133:3 138:16,18 139:17 142:6 172:3 179:9,11 188:13,18 209:13 219:23 231:11 232:6 245:10,13, 19 246:16

rooms 60:16 244:24

roughly 53:11 61:15,17 76:24 231:1

rouse 193:9

route 51:19,23,25

routine 170:13 171:15

Royal 62:1,6,10

rule 7:4 11:23

rules 6:3

run 26:21 146:1 149:5 152:17 230:2

running 148:7

rushing 36:7

Russell 180:9 229:23

S

SA 63:12

safe 24:6,19 71:6

SAITH 251:5

salary 65:8,12 66:1,2,6,12

salt 161:12,13

sampling 172:25

saturation 32:11 148:2 201:1,20

save 146:17 147:19 183:8

sawed 229:14

scale 244:16,18, 19 245:7,9 246:7, 11,15

scanner 108:5

scarring 56:25 57:4

scavenging 202:20

SCCA 60:23

scenario 149:20

schedule 20:12

scheduling 20:9

school 15:14,16, 19,23 16:18,20,25 66:17

science 183:2

scientific 195:18

scope 9:16 39:7 143:9 146:5 169:24

scopolamine 43:7

scratch 74:1,3 77:10

screen 7:6 9:2 95:9,11 232:17 233:7

scroll 7:8,12 73:7 77:22 78:1,12,22 79:2 80:5,7,14 90:7,17 94:8 95:14 96:3 97:12 100:10,20 210:23 232:25 233:17 234:8 235:9 239:2,4

searing 207:17

Seattle 5:16 60:15,23 153:4

seconds 52:12 53:12,14,22 54:24 72:7,13 122:8,12 141:12,24 142:2 235:1

secret 242:15

secretions 34:8 45:13

section 135:5 171:20 236:13

secured 150:2,4

sedate 23:16

sedation 111:8 114:18 115:10 124:22

seizure 104:25 105:2

seizures 105:4,6

seldom 215:16,21

select 119:7

selecting 118:19, 25

semester 67:13

semester-long 67:2

send 94:24 159:8, 13 232:21

sending 160:22

sensate 78:20 79:1

sensation 159:14
169:15,18,20
207:14

sense 28:17
29:13,24 30:4,19,
20,22 31:2,9,15,
16,18 54:17
157:18 160:4,25
170:12 189:20
191:6,7,8

senses 25:5
28:14

sentence 93:11
95:18,19 126:7
219:18 221:3
223:23 224:19
225:7

separate 192:24

separated 193:16

separately
193:18

September 81:3

series 60:10 67:6,
11

served 63:9 102:3
232:10 250:5

set 32:16,20 67:13
81:8 148:11 185:9

sets 165:2

setting 134:13,19
219:23

setup 231:16

severe 29:3
139:11 166:17
169:8,22 187:19
205:15 216:13
217:1,21 221:18,
19,25 226:1

severely 130:14
169:8 208:6 211:8
212:12 215:1
216:13 217:2,22

sevoflurane 39:4
41:10

sex 125:8

shallow 112:13,
15

share 233:7

sharing 39:6

short 49:25 72:2
182:11 184:1
187:3 209:19
233:5 246:3,23

shorten 187:21

shortly 7:22

show 6:16 13:4
25:6 93:21 127:22
130:12 133:24
139:15 148:1
174:11 175:25
227:1

showed 7:22

shown 9:2 53:10
119:9 134:10
156:15 172:13,24
175:15 180:9

shows 174:3
177:19

side 38:2 64:2
116:4,20

sighing 34:5

sight 76:9,12
189:20

sign 29:11

signal 118:15,21
226:15

signal-switching
118:14

signals 118:17,20
141:1 159:8
160:1,22 165:13
226:11

signature 73:13

significant 26:25
108:9 127:11
176:13,18

significantly
40:17 108:18,22,
24 109:2 136:15
139:22

signs 25:3 244:3

silly 116:4

similar 40:18
48:13,15 66:20
74:4 205:23

simple 201:7

simply 83:14
108:11 180:5,6

single 30:3 93:5,
13 95:20 96:20,25
176:3 197:7
216:18 219:5

sinus 28:7

sit 181:21

site 230:22

sites 118:2

situation 51:14
118:6,8 128:2
131:12 136:6
146:20 147:17
149:6 194:8 246:5

situations 109:20
118:18 145:13
194:6

size 125:8,19
141:7 156:10

skills 69:7,11,16

skin 28:21

skipping 235:11
236:20

sleep 33:16 35:21
191:3

sleeping 193:10
198:4

Sleepwalkers
191:4

sleepy 179:5

slight 19:1 151:23
187:18

slightly 42:21
58:8,10 106:4
221:8

slow 239:4

slowed 134:1

slower 54:16

slowly 122:20

166:7,9

slug 145:2

small 41:22 42:8,9
47:22 85:17
107:20 124:6
126:9 158:8,16
168:14

smaller 59:17
86:21 144:12

Snapchat 71:4

snore 35:21,25
36:3,5,6

snoring 36:9

so-called 89:13
224:3

social 70:21

societies 62:5
69:21,22

society 62:1,6,10,
21,23 63:2,7,10,
15,22 68:21

sodium 164:24
165:3

solely 136:18

solo 108:8 135:10,
21 136:5,7

solution 164:14
166:6

solutions 163:2

someone's
112:20 168:24
189:1

sooner 99:21
129:2

sort 11:8 19:9
28:8 35:20 62:7
132:7 141:22
147:8 166:18
194:11 220:1
229:19

sorts 38:9,10
168:20

sound 32:3 33:16,
17 34:1,3,10,11,
16 35:19 36:6

sounding 32:13

sounds 8:20
31:20,22 32:6
33:11,24 34:6,8,
21 35:22,23
198:10 229:20

source 247:6

sources 66:3

sp 234:4

space 230:19
231:13

speak 10:25 11:3
13:19 64:7 65:4
72:5,9,18,21
142:10 153:5
209:22 210:9,12
247:1

speaking 212:9

special 20:9
176:25

specialize 59:6,7

specialized
19:16 20:11
154:23

specialties 60:19
61:16

specialty 18:19
28:11 37:23

specific 7:21
38:15 47:8 51:20
67:13 106:7,10
117:6 120:19
121:4 129:11
130:25 136:2
138:20 155:20
158:3 199:5
216:21

specifically 14:8
30:14 58:5 78:7
84:25 121:25
243:10

spinal 160:2
222:16

spoke 72:7 127:9
209:24

sponsor 63:24

spontaneous
45:3

stabilize 20:3,7

stabilized 19:25

stable 22:22

stage 149:3

stance 69:25

stand 103:1,6
238:9

standard 36:16,
18 42:17 122:23
123:2,6 129:4
167:14 173:9
176:23 228:3,6,
13,14,16,19
240:20 243:19,24
244:1

standardized
30:7,18,25 145:14
241:9

standards 66:9

standing 188:25

stands 228:17

standstill 208:5

start 22:25 23:24
30:15 52:23 69:10
96:18 97:17
115:11 124:15
211:13

started 16:18
58:18,22 89:16
187:19 233:20
234:5

starting 17:12
102:24 219:16

starts 27:1 80:11
221:4 223:23

state 74:10,14
75:2 96:13 99:4
102:4,6,17 192:3
193:6 214:2
216:11,16,20,24
217:19 218:11

stated 97:8
103:14

statement 91:24

96:20 99:10 157:1
211:22,23 215:15
219:14 221:12
239:13

statements 74:4
78:13 102:24
103:1,9

states 81:2 84:7,
15 192:1 229:6,9
231:9

station 118:23

status 19:21
110:8

stay 162:21
204:17,19

step 52:6 148:5

Stephen's 15:6

sternum 169:11

stick 14:18 18:9

stimulate 211:17

stimulated
126:11 127:5,7
130:9 138:19,21
139:7 211:12

stimulates
170:18

stimulating
130:5 142:22
193:5 215:2

stimulation
125:4 194:3 198:6
211:9,13,15
212:12,15,19

stimuli 126:19
168:17,19,21,22,
25 169:9,13
170:4,9,14 193:8
200:4

stimulus 24:1
49:4,17,20 117:24
118:22 119:4,21
127:8 129:20
130:14 138:14
139:12,24 142:21
168:17 169:20,22
170:15,16 214:6
216:14 217:2,22
219:25 220:3

227:14

stomach 56:8,12,
15

stop 46:25 48:3
61:18 63:20 77:24
96:18 112:18,20
113:2,5,17,22
119:16 141:4
152:2 162:7
164:9,15 165:16
166:8,13,21 167:5
183:16 184:10,12
185:5,23 186:3
189:2 194:18
200:9

stoppage 92:6

stopped 91:22
120:8,10 167:24
215:18

stops 186:11

story 83:20 172:7

strangle 184:9

street 59:19

stress 25:18
29:11

stressed 28:20

stressful 118:17

strong 29:17
130:13 193:7,8
214:15

struggling 32:13
193:12 194:9,16
213:18 225:12,15,
18

students 66:18,
20

studied 130:23
131:16

studies 53:19
110:22,24 113:8,
19 119:13 127:22
128:3,5 129:14
130:12 131:2,7,
11,13 133:24
134:10 137:13
139:14 140:16
141:15 156:15,17
157:11,13 158:6,

18,23 172:23
173:8,17 174:6,11
175:8,14,24
176:2,12 177:22
182:14 184:15,18
187:8,9,11,14
206:19 214:24
215:6,15 219:20
230:14

**studies'** 173:21

**study** 113:8
130:25 133:1
138:4 141:16
174:2 176:21,22
182:16 228:11
237:4,6 238:8

**studying** 173:10
228:3,7,23

**stunned** 146:4

**subject** 250:22

**subjective** 30:17,
21 125:22

**subjectively**
124:23

**subjects** 138:3

**submission**
73:23

**submitted** 74:5,7
75:16 76:19

**submitting** 11:24
76:10,14 103:7

**subpoena** 6:18
7:2,16 248:22
250:4 251:1

**subpoenaed**
7:25 77:8

**subsequent** 57:3
97:16

**Subsequently**
110:2

**subset** 18:18
158:9

**subspecialize**
27:22

**substance**
202:11

**substantial** 64:17

**substitute** 169:14

**succeed** 224:11

**successful**
191:18

**suction** 146:14,16

**sudden** 35:18

**sufentanil** 43:3
148:24,25

**suffered** 201:23,
25

**suffering** 24:15
216:13 217:2,21

**sufficient** 143:13
182:8,13,23 189:7
203:5 205:3

**suffocating**
150:11

**suffocation**
207:15

**suggest** 184:24

**suggesting**
171:12

**summarize** 47:20

**summary** 118:10

**super** 242:15

**superimpose**
95:11

**supplied** 80:16
81:8 82:1 103:16
199:21

**supply** 77:8

**support** 141:15
181:18 182:1
183:6

**suppose** 140:18
209:7 213:25
214:7 223:15
245:16

**supposed** 67:15,
17 242:20

**suppressed**
147:16

**supramaximal**
53:20,21 85:8
141:25

**surgeon** 19:19
24:2,17 26:14,18,
21,25 27:4 35:9
39:7,9 48:13
50:11 142:25
143:14 150:17
151:7 230:21
232:3,4

**surgeon's** 33:1

**surgeons** 231:12,
21

**surgeries** 21:4
27:17 28:7,9
33:13 38:7 41:1
43:22 57:4
108:18,21,24
150:22 151:12
154:25 225:25
226:2 230:3,15,
16,18,21,25 231:6

**surgery** 18:25
19:11,12,17,19,
23,25 20:8,15
22:21 23:21,23
24:3,14,25 25:12
26:7,10,13,19
27:9,14,15,22,24
28:4,5,15 29:12,
25 31:2,17,25
33:2,8 36:11 37:3
38:1,2,12 40:22,
25 45:8,14,17,25
46:1 49:4,6 57:15
59:19 132:18,19,
23 134:2 142:22
149:18 150:15,25
151:4,7,9,11
153:23 154:2,6,7
155:20 156:14,20
157:24 158:15,17,
21,22 164:1,8
165:8 172:4,7,9,
11 173:18 176:20
179:14 201:19,22
202:9 215:2
225:12,15,18
226:6,23 229:12,
15 230:12 231:15,
17 232:1 236:3,11
237:1,5,11,24
238:16,21,25

241:9 244:7

**surgery's** 23:13
25:22

**surgical** 20:5
23:24 24:1 49:16
132:16 149:7
170:17 219:24
220:2 227:14

**surprise** 139:3

**surroundings**
212:17

**survive** 181:2,14,
25

**susceptible**
122:18

**sustain** 186:9

**Swan-ganz** 37:21

**swear** 109:6

**sweat** 29:11,12

**sweating** 25:17
172:18

**sweaty** 29:9

**switching** 118:23
119:20 140:20
189:3

**sworn** 5:4

**sync** 49:19

**synonymous**
213:7

**syringe** 52:10

**syringe-fulls**
103:21,22

**syringes** 104:4,5,
11

**system** 87:3,5
134:8 159:25
164:20,21 202:20
231:19

**systems** 170:10

---

**T**

---

**table** 35:11 88:2,
6,8,16,20 90:3
230:23

Case 3:18-cv-00123-Document-1 Report Filed 03/17/22 Page 285 of 289 PageID # 7106
EliteReportingServices.com
www.EliteReportingServices.com

**takes** 40:8 57:8 95:5 167:11 183:13

**taking** 19:10 27:8 51:7 59:16 100:25 153:3 169:9

**talk** 19:8 78:9 97:12 104:16 137:2 171:25 177:20 189:6 193:17 199:4,7 203:17 205:6 208:15 213:20 249:7

**talked** 28:13,15 31:10 36:11 61:4, 10 93:2 95:19 101:9 116:1 138:22 140:20 141:10 150:24 156:2 168:16 177:8 190:2 206:17 208:12 210:3 213:25 239:18 242:1 244:2

**talking** 19:9 38:19 42:15 43:23 49:12 85:2 86:14,15 94:8 99:3 108:1,2 112:1,19 125:3 128:13,14 137:1 153:12 171:19,25 172:3,5 174:17, 19,22 175:12 177:22 184:11 188:5 189:6 192:3,7,16,20 195:12 198:18,19, 20 204:3 213:13 231:14,25 248:9

**talks** 171:20

**tampered** 234:15

**tampering** 234:24 235:3

**taught** 67:23

**teach** 64:20 66:13 67:15,17

**teaching** 65:10 66:9,11

**Teams** 11:9 12:9

**tearing** 25:17 56:25 172:18

**tears** 26:25

**technical** 66:4 120:21 197:21

**technically** 60:17 104:24 159:21 178:5

**technique** 48:16 139:15 173:9 225:23,24 226:8 227:3,5 230:10

**techniques** 38:14

**telling** 32:10 118:4 160:9

**tells** 32:3 98:6 144:15

**temperature** 28:25 29:3,8

**ten** 40:9 108:19 123:13 124:2 166:1,7 185:10 188:23 192:6 206:21,23 208:22 217:7

**ten-minute** 71:23

**tend** 56:16

**tendency** 69:18 107:6

**Tennessee** 78:17 103:14 224:1,4

**Tennessee's** 103:13,19,25 104:8 181:7 207:5

**tentacles** 159:25

**term** 54:1 144:21 177:13 192:12 197:13,21,22,24, 25 198:25 199:2, 3,5,9,13 213:16

**terminology** 171:21

**terms** 53:15 65:5 89:4 150:8 165:7 167:1 168:21

170:6,7 180:14 241:9

**terrified** 115:11 118:16

**Terry** 248:9,17

**test** 30:25 130:21 156:17 158:2,7 176:25 178:4 179:1 180:4

**tested** 156:17 158:6,7 160:18

**testified** 5:4 76:1, 5 101:7,14,18 214:23 232:10

**testify** 10:16,20 76:4 214:20

**testifying** 126:21 237:13

**testimony** 10:23 11:1,4 12:19,22, 25 13:16,21,24 14:2 100:22 113:21 210:10 236:24 244:12

**testing** 107:3 158:8,11,13,14

**tests** 20:1 178:12 180:2,9

**textbooks** 81:12

**thalamus** 118:13

**That'll** 183:9

**therapeutic** 128:8,11,13,24 129:3,7,10

**there'd** 183:24 184:3

**thing** 73:7 116:14 128:6 143:22 163:1 179:2,7,25 188:1 210:2 217:15 228:16,17, 18 231:5 236:19

**things** 12:17 21:5 25:2,4,19 32:7,25 34:12 35:12 40:22 41:19 56:7 63:4 67:2 80:19,22

81:12 108:16 115:15 144:1 146:2 157:8 161:18 169:5,6 172:12,15 183:22 191:5 192:1 193:5 194:12 198:8 227:1

**thinking** 31:11 34:12 39:25 111:11 114:23 159:18 161:1

**Thomas** 92:10 97:20 98:5,6

**thought** 126:20 159:18 250:20

**thready** 29:18

**three-minute** 152:3

**threshold** 104:25

**throat** 182:7

**thrown** 159:5

**Thursday** 67:15, 18

**tidal** 37:9 47:8

**tight** 29:21

**tighten** 143:2

**Tiktok** 71:6,8

**time** 9:11 11:20 15:22 17:15 19:1 21:1,25 23:4 24:9, 10 26:9,16 37:15 45:6 46:4 50:6,8 51:6,9 55:25 56:3 57:15 60:2,5 61:23 64:6,13 67:12 75:7 76:18, 23 81:7 83:21 89:9,10,17 91:5, 25 92:18,19 93:6, 15 95:21 96:10, 18,21 97:6,12 98:25 99:7,23 101:6 120:5,16 121:14 122:2 126:8 130:20 131:18,22 132:10 133:5 134:6,11 139:24 142:9,16

147:3 150:1 179:8
182:11 183:12
184:3 185:18
203:5 205:10,24
208:1 210:4 218:7
231:17,20,21,23
235:18 236:18
237:20 238:2
240:19 241:7
244:21 246:1,3
248:20,25

**timed** 26:7

**timeline** 185:19

**times** 11:25 29:14
40:2 44:6 47:11
49:5,20 50:13
89:7 91:21 109:3
134:1 143:15,17
145:10 155:16
160:19 163:19
167:10 192:6,15
216:7 217:7,12
218:17 220:8
223:13 232:4

**timing** 51:17 89:8,
19,25 96:13,25
97:2,7,14

**timings** 90:3

**tissue** 56:10
164:22 165:1,14
205:20

**tissues** 161:16
205:21

**titrate** 144:11,13,
19 145:7

**titration** 145:2

**TIVA** 38:25 39:11
40:9

**today** 10:16,23
11:1 12:19,22,25
13:16,21,24 14:7
17:18,20 101:6
103:2 210:10
240:7,13 245:7

**today's** 7:17

**told** 30:3 168:7
226:13 236:1
247:23 248:4,16

**tolerate** 109:10

**tones** 32:6

**tools** 241:24
242:1

**top** 38:20,21 62:13
77:22 83:3 221:4
246:11

**topic** 68:9,10

**topics** 250:23

**torturous** 136:20

**toss** 173:2

**total** 38:25 39:11
54:12,22,23 68:9
103:20 104:2,9
122:9 143:19

**totally** 38:12
108:17 166:25
184:4

**touch** 25:5 28:16,
17 29:8,9,13,24
30:4,14,15,16,19,
22,25 31:2,9

**tough** 198:15

**tourniquet**
226:10,17,21

**tracking** 65:22

**traditional** 46:13
232:3

**traditionally**
231:9

**trained** 42:16
62:19 69:6 197:4
224:13

**trainees** 63:1

**training** 154:23

**transcript**
233:11,14 236:13
238:11

**transfer** 23:6 24:6

**translate** 17:14
112:12

**transmission**
161:18,19

**transplants**
154:17

**trauma** 221:18,20
222:1 244:23

**traumatized**
179:20

**treat** 56:16 162:9,
10,11,14,18

**treatment** 24:16
105:3 162:22

**trials** 110:23

**trick** 83:5

**trouble** 26:21

**true** 201:15
223:24 224:1

**trust** 69:20

**truthfully** 10:16,
20

**tube** 34:4 47:22,
24 48:10 49:2
50:5 51:3,4,12
55:3,4,6,7,9 56:4,
24 57:5,12,13,14
142:20

**tuition** 64:15

**turn** 97:22 220:25
222:2 223:18

**turning** 5:18
215:13

**twitch** 26:1 36:24
144:14

**Twitter** 71:1

**two-and-a-half**
13:17 52:21,25
54:10

**two-minute**
188:6

**two-thirds**
176:19

**type** 25:23

**types** 37:24 45:15
58:10 59:5,6
175:10 230:16

**typical** 19:7
27:13,15 56:15
123:16 148:22
198:4

**typically** 52:18
137:2 144:4
170:21

**typo** 94:1 96:4,5

---

**U**

---

**uh-huh** 93:12
223:19 232:12

**uh-uh** 15:24
133:15

**unable** 51:7 110:2

**unaware** 211:11
212:16 213:4,5,
21,24 214:3,5

**unawareness**
212:8 222:19,23

**uncharacteristic
ally** 115:17

**uncomfortable**
35:3,8 105:16

**uncommon**
164:10

**unconscious**
195:8,15,24
196:8,14,25
197:2,5 211:2
213:2,6,23 214:2,
10,18 215:17,21
216:2 219:24
220:3 221:20,22
222:4,25 223:14,
17 224:10,13

**unconsciousnes
s** 194:22,23 197:9
211:4,5,7,8 212:4,
7,11,13,20,24
213:16,20 214:7
216:11,17,20,23,
25 217:19 218:11,
20 219:3,6,8
220:14 221:11,15
224:21 225:2

**undergo** 19:25

**undergoing** 37:3
38:1 108:4 176:16
244:7

**undergone**
184:18

Case 3:18-cv-01234-Document 18-2 Filed 09/17/20 Page 287 of 289 PageID #: 7408
U.S. Legal Support | www.uslegalsupport.com
www.EliteReportingServices.com

**undergraduate** 16:2 66:18

**undergraduates** 66:17 67:7

**understand** 6:8 8:23,24 46:3 119:22 157:15 179:25 195:2 213:15 225:5 227:16 238:13,14 244:12

**understanding** 89:4 175:1,3 184:5 187:2,12 199:11

**understands** 189:13

**Understood** 6:15 71:10 120:4

**undiluted** 78:25 104:10

**unethical** 69:17

**unethically** 102:21

**unexpected** 111:19 115:1,3,19

**unfamiliar** 47:16

**unintended** 111:14,16,18,20 114:1,12,15,19

**unintentionally** 33:25

**United** 81:2 229:6,9 231:9

**university** 15:20 16:1,2 17:1,11,17, 19,23 43:1 57:3 58:1,6,11,15,17, 23,25 59:1,3,4 60:1,6,15,22,25 65:6 66:16 242:24 243:12

**unparalyzed** 139:9,10

**unreasonable** 135:20 136:4

**unresponsive**

**177:25 211:11,19 225:3,6

**unresponsivene ss** 212:5 220:13 222:22 224:21 225:2

**unsatisfying** 231:8

**unstandard** 177:2

**unstimulated** 125:18,25 126:22, 25 129:17 138:24

**unusual** 42:10 62:16 154:16,22 202:3 204:15,17, 21

**update** 75:21 77:4

**upper** 45:10

**user** 120:1

**usual** 154:20

**utilize** 200:7

---

**V**

**vagolytic** 151:21

**vagotonic** 151:17,21

**vagus** 151:19

**valid** 78:18

**Valium** 42:20 43:14,20 44:2 105:21 106:8 121:14 229:13

**Van** 5:2,8,15,25 6:23 8:7,9,23 10:1,5,14 13:9,12 15:15 18:1 37:25 61:12,25 70:5,8, 22 72:4 73:2,23 76:16 79:18 82:11 86:25 87:19 93:1 94:5,6,12,18 100:8 103:13 120:6,24 123:3 126:21 135:19 136:24 140:10 142:5 152:13

**153:2,12 171:21 174:25 189:3 196:12,20 198:23 209:21 210:17 211:23,24 213:17 217:6,10 219:2,11 220:6,24 223:8 225:11 232:9,18, 22 233:7 235:9,15 239:2,24 246:25 247:16 248:7,20 249:6 250:5,22

**variation** 123:6 188:7

**varies** 26:12

**varieties** 47:6

**variety** 142:15

**variously** 163:3

**vary** 115:23 183:18 188:8

**vasodilatory** 122:14

**vast** 126:4,10 127:2,18 130:7,10 173:6 174:8 190:11 197:1

**vecuronium** 51:21 52:8,14 53:8,25 54:2,5,7, 11,21 78:18,21 84:10,20 89:21, 22,25 103:17,25 104:3,6 140:21 141:2,18 142:4,14 144:2,3 145:7,18, 20,21 146:1,7,19 147:14 148:6,14, 18,19,21,23 150:2,8 151:14,23 153:12,13,20 154:8 155:2,3,8, 12,21 156:4 161:5 181:7 183:6 184:12,23 185:21, 22 186:2,6,23 188:10 208:3,7,8, 11,15,17 209:3,5, 8

**vehicle** 109:12

**vehicles** 243:22

**vein** 85:16,18,21, 23 86:4 165:20,24 166:8,16,22 167:5 226:19

**veins** 78:25 106:6, 9

**velocity** 47:24

**ventilate** 45:6,11, 16 46:1,5 47:3,14 48:12,16,22,23 49:22,24 50:8,10, 18,22 51:8 55:2 150:7

**ventilating** 37:10 49:13,14 50:24 147:9

**ventilation** 44:19, 22,25 45:4,22 46:14,15,17 47:15 48:8 50:16 51:13 150:3 183:7

**ventilator** 32:12 37:7,8 44:7,8,16, 20 46:13 47:7 48:6 51:12 112:16 147:10

**ventilators** 47:5

**ventricular** 207:20 209:1,9,12

**verbal** 133:4

**version** 164:18 210:22

**versus** 84:20 196:14 233:12 241:2

**vessel** 27:1 206:4

**vessels** 114:9

**vetting** 65:14

**video** 147:4

**videoscope** 147:5

**view** 143:3,14

**viewing** 236:22

**violate** 69:12

**Virginia** 17:8

virtually 21:4 129:15 143:7

visible 7:7 177:18

visit 22:14

vital 244:3

vocal 48:9 50:3

vocalizations 191:3

vocalize 172:21

vocalizing 172:19

voice 127:23,25

volatile 39:2 41:3 42:1

volume 5:19 43:24 47:9 127:23 187:24 188:3,4 205:25

volumes 37:9

voluntarily 139:18

voluntary 105:13

vomit 56:6 146:17 149:12

vomits 146:15

voting 65:14

---

**W**

wait 11:11 208:19

waiting 33:21 56:1,3 189:1 208:16

wake 35:21 127:7 159:11 160:9,14 201:21

wakes 160:5

waking 33:17,18 160:8

walk 22:8 37:13 138:16 153:9 191:4

wanted 48:18 71:22 133:3 142:8

166:20

wanting 69:13 106:25

ward 24:21,22

Warden 224:2,11, 20

warn 147:12,20

Washington 5:16 15:17,21 16:1,3 17:1,11,18,20,23 43:2 57:3 58:2,15, 17 59:1 60:25 65:6 66:16 101:12 242:25 243:12

watch 178:14 190:4

watching 23:24 178:18,19 244:3

water-soluble 105:19

wave 242:19

waveforms 37:21

ways 28:19 29:14, 23 30:6 46:8,11, 16,22 47:13 102:20 116:1 162:12 163:25 180:8,10 202:4,22

weak 147:13,21

wear 148:16

wears 126:13

Webex 11:9 12:9

week 11:16

weekend 67:1

weeks 14:10,12, 16 15:5

weigh 211:14

weighs 45:19

weight 188:2

weird 54:3

well-known 148:22

well-running 146:11

wellbeing 24:12

western 69:21,22

whatsoever 109:24 135:8 160:18 250:23

whispered 127:17

who've 133:20

wide 81:11 142:15

widely 244:24

widespread 143:6

Williams 101:22 232:14,15

wipe 229:21

wipes 226:4

withdrawing 24:4

withdrew 64:19

witnessed 70:4 89:10 91:14,16,19

women 176:16

wondering 187:1

word 169:13 189:9 221:4 237:21

words 151:3 168:12,13 177:16 227:16 229:20 235:7

work 9:17 14:9,11 56:2,3 58:1,5,12 59:10,25 106:11 143:1 145:16 148:1 152:13,23 210:6 224:9 229:5

worked 17:22 60:5,8,9,11,12,14 76:25 229:21 232:13

working 106:19 119:16 131:7 147:2 150:21

works 6:2 76:17

world 61:3 190:22 191:2,7,11 193:9 194:5,25 195:5 214:3

worlds 193:15

worried 56:13

worry 56:15

worth 228:21

wow 168:13

write 70:14

writing 83:21

wrong 32:18 169:2

---

**X**

X-RAY 108:4

---

**Y**

year 16:10 17:2 63:16 65:16 67:8 75:13,22 231:1

years 63:8,9,17 75:12 100:22 131:21 133:2 231:2 240:6 243:2,3 245:4

yelp 35:19

young 201:18 230:7

---

**Z**

Zoom 7:5 11:9,12 12:8 13:1,3,15 67:20,22

Case 3:18-cv-01234-Document 18 Report Filed 09/17/22 Page 289 of 289 PageID # 7450
www.EliteReportingServices.com