# EXHIBIT
# 19

5-16-2019    2nd shift

0014 ▮▮▮ enters Death watch

0015 Inmate Johnson still sleeping

0018 ▮▮▮ exits Deathwatch

0021 ▮▮ And ▮▮▮ enters
    Death watch

0024 ▮▮ And ▮▮▮ exit
    Deathwatch

0030 Inmate Johnson Still sleeping

0045 Inmate Johnson still sleeping

0100 Inmate Johnson still sleeping

0115 Inmate Johnson still sleeping

0130 Inmate Johnson still sleeping

0135 Inmate Johnson wakes up walks back and
    forth In his cell

0140 Inmate Johnson lay's back in his bunk facing
    towards the wall to go to sleep

0155 Inmate Johnson still sleeping

0200 Count Time    Total - 1

0215 Inmate Johnson still sleeping

0230 Count Clear

0230 Inmate Johnson still sleeping

0245 Inmate Johnson still sleeping

0300 Inmate Johnson still sleeping

Relieved by 1st shift ▮▮▮
5/16/19
▮▮▮    1st shift

0300 Arrived on post, keys & Equipment in good
Condition and Accounted for. Inmate Johnson is
asleep turn on his left side facing the wall
Covers pull up to his neck with Channel 34.7
playing Gossip music. All Secure

0330 Inmate Johnson still asleep

0357 ▮▮▮ on Unit Distubic chech
106 chene (for level) super". No slot Needed. Inmate
layed back down on his right side head on
pillow with Covers put up to his neck, resting.

0927 Inmate Johnson still asleep

0457 Inmate Johnson still asleep

0515 Count time e 1

0516 Good in house Count

14

0534 Inmate Johnson up to used the restroom and then wash his hands.

0539 Inmate Johnson asked for his eye drops for [redacted] he stood a the front of the thu cell land his head back and administered one drop in his right eye, and asked for his brush to brush his hair.

0542 Inmate Johnson asked for his diet sack he received his food from the mid-level piehlot with was four pieces of bread, 2 pieces of bologna, butter and a brownie.

0544 Inmate Johnson knelt on the side of the bed and places both head by his forehead and started to pray.

0549 Inmate Johnson asked the T.V. can be turnd to Channel 347 Gossip music, he then took his food to the back of the cell sat down at the table and ate his food.

0551 Count cleared

0600 Inmate Johnson got out his trash, he asked for a roll of toilet paper, then he sit back on the bed with his back to the wall pick up his bible that was sitting on his side and started reading.

0602 Count time cleared

0610 Inmate Johnson got up off the bed when over to the toilet an defecated on the toilet.

0611 Good to have Count

0618 Inmate Johnson asked for his eye drops in administered the second round of eye drops (white top).

0630 Inmate Johnson asked on the phone he toyed two Member No answer.

0631 Inmate Johnson stood up when to the back of the cell sit down at the desk on open his Bible and started reading.

0644 Count Cleared

0645 Inmate Johnson asked the yellow top eye drops for his eyes.

5/16/19 ████████████ 1st Shift

0700 Inmate Johnson asked to use the phone
he Sitting at the top of the bed landing
back on the wall with his right leg over
the left leg talking on the phone.

0709 Breakfast Arrived, oatmeal, Eggs, Blueberry muffin.

0711 Activated Command Center

0715 Inmate Johnson asked for the phone sitting
with back on the wall, phone up to his
right ear, right arm on the cell bars
and his right leg over the left.

0745 Inmate Johnson Still on the phone

0745 Institutional breakdown @ 1

0751 Good Inn house Count

0821 Inmate Johnson Still on the phone

0831 Count Cleared

0844 ████████ on visit to Check vitals, vitals
Gave, 8 pills.

0908 Inmate Johnson has a visit getting ready Strip/
Search/ and change if clothes.

0910 Inmate Johnson moved to the VG where
Charles Fels is waiting. Visit has Started.

0935 ████████ on visit to Inmate Johnson
to sign a piece of paper.

1003 Inmate Johnson Still in visit

1026 Inmate Johnson visit Done, waiting to go
back.

1031 Inmate Johnson back in cell Strip/ search/ and
change clothes, while in visit he received three piece
of meal, and his lunch tray. Meddle with meatball,
green beans. Inmate Johnson after changing clothes
asked for his mail, first.

1037 medical staff on visit ████████
on wellbeing.

1044 Mental staff ████████████
on visit checking on Inmate Johnson wellbeing.

1100 Inmate Johnson asked to use the phone.

1115 Count time @ 1

1115 Inmate Johnson has a visit, he finished his
phone call, before strip/ search, and change

5/14/14 ▮ 1st Shift

Clothes Before going out.

1125 Inmate Johnson is now on his visit with
his Spiritual advisor Richard Tennet.

1155 Inmate Johnson still in his visit

1200 Count Cleared

1215 Inmate Johnson visit Done, waiting to go back.

1220 Inmate Johnson back in cell, Strip, Search and a
change of clothes, after change of clothes he
went to the table at his cell to clean his lunch.

1235 Inmate Johnson went over to the toilet and
defecating in the toilet. Then Wash his hand
sit back on the bed and asked to use the
phone, No answer, once again asked for a
Number to he dial. While on the phone
Inmate Johnson started crying, but still
on the phone.

1246 ▮ and ▮ on unit

1253 Inmate Johnson is get ready for his Next
visit, Strip, Search and change of clothes,

1300 Inmate Johnson in his visit with mr's mrs. Dysinger
Spiritual advisor.

1330 Inmate Johnson Still in visit

140 Inmate Johnson Still in visit

1430 Inmate Johnson Still in visit

5-16-2019 ▮ 2nd Shift

1455 I ▮ relieved ▮
Inmate Johnson still in visit

1510 Inmate Johnson escorted back to his cell And
strip searched After visit New Change of clothes

1513 Visitors mr, And mrs. Dysinger escorted back up front
from Death Watch

1521 ▮ And ▮ entered
Deathwatch to pass meds And check Inmate Johnson

1530 ▮ And ▮ exit
Deathwatch

1533 Inmate Johnson makes A phone call

1559 ▮ enters Death watch
Inmate Johnson still on the phone

1615 Count Time Total - 1

5-16-2019 ▮▮▮▮ 2nd shift

| | |
|---|---|
| 1615 | ▮▮▮ visits with Inmate Johnson |
| 1618 | ▮▮▮ enters Deathwatch |
| 1633 | finished praying with Inmate Johnson |
| 1634 | exits Deathwatch |
| 1636 | Inmate Johnson makes A phone call |
| 1637 | Inmate Johnson makes Another Call on the phone |
| 1639 | Inmate Johnson makes Another Call on the phone |
| 1642 | Inmate Johnson makes Another Call on the phone |
| 1651 | ▮▮▮ And ▮▮▮ enters Deathwatch |
| 1652 | Inmate Johnson being Strip Searched And A New change of clothes for lawyer visit |
| 1652 | ▮▮▮ exits Deathwatch |
| | Count Clear |
| 1657 | Inmate Johnson's lawyer Kelly Henry escorted to Death watch |
| 1701 | Inmate Johnson escorted to visit with lawyer Kelly Henry |
| 1716 | Inmate Johnson still on visit |
| 1730 | Inmate Johnson still on visit |
| 1745 | Inmate Johnson still on visit |
| 1800 | Inmate Johnson ended visit with lawyer Kelly Henry escorted back to His cell |
| 1806 | Inmate Johnson strip searched And was Given A new set of clothes |
| 1811 | Inmate Johnson Gave ▮▮▮ His Notebook And Bible to be placed with His property |
| 1813 | ▮▮▮ And ▮▮▮ entered Deathwatch |
| 1814 | Inmate Johnson sitting on his Bunk |
| 1815 | ▮▮▮ talking with Inmate Johnson to check on Him |
| 1818 | ▮▮▮ And ▮▮▮ exits Death watch |
| | Inmate Johnson was Given Back His Bible And Note Pad And made A phone call |
| 1821 | Inmate Johnson makes Another Phone call |
| 1827 | ▮▮▮ enters Death watch |
| 1835 | Inmate Johnson still on the phone |
| 1844 | Inmate Johnson Hangs up the phone |
| | ▮▮▮ visits with Inmate Johnson |
| 1848 | ▮▮▮ Starts to pray with Inmate Johnson |

18

5-16-2019 ▮▮▮▮▮ 2ⁿᵈ Shift

1849 | ▮▮▮▮▮ Enters Death watch
1850 | ▮▮▮▮▮ Assisted visiting with Inmate Johnson
— | Inmate Johnson use's the Rest Room
1852 | Inmate Johnson Kneel's At His Bank to pray
1853 | ▮▮▮▮▮ And ▮▮▮▮▮ exit Death watch
1854 | ▮▮▮▮▮ Stay's in Deathwatch
1900 | ▮▮▮▮▮ And ▮▮▮▮▮ enter with
— | Strap down team. Strap down team removes
— | Inmate Donnie Johnson TDOC number 109031
— | from Cell And take to Chamber, Post
— | deactived At This Time

THURSDAY 5-15-19    INMATE DONNIE JOHNSON  109031

1123 INMATE MOVED TO VG
1124 INMATE / ATTORNEY VISIT STARTED
1142 LAUNDRY REQUEST FILLED
1200 COUNT CLEARED
1212 ATTORNEY VISIT COMPLETE
1215 INMATE MOVED BACK TO CELL
1219 ATTORNEY ESCORTED BACK TO CHECK POINT
1229 FOOD TRAYS FOR STAFF DELIVERED.
1244 ▮▮▮▮▮▮▮ AND ▮▮▮▮▮▮▮ IN
     DEATH WATCH
1300 SPIRITUAL ADVISERS MR. AND MRS. DYSINGER
     IN DW, APPROVED BY ▮▮▮▮▮
1307 INMATE MOVED TO VG
1309 ▮▮▮▮▮▮▮ AND ▮▮▮▮▮▮▮
     Out of DW.
1339 INMATE STILL HAVING VISIT
1357 INMATE STILL IN VISIT
1425 INMATE STILL IN VISIT
1447 2ND SHIFT CONTROL Room IN
1448 2ND SHIFT WATCH ONE AND WATCH TWO IN DW
1455 RELIEVED By 2ND SHIFT
Thursday 5-16-19   Inmate Donnie Johnson # 109031
1455 2nd shift Relieves 1st Shift. All Keys And
     equipment Accounted for. Inmate Johnson is Still
     In Visit With Spiritual Advisors MR and MRS
     Dysinger.
1508 Visit With Spiritual Advisors Concludes
1515 Spiritual Advisors Mr And Mrs Dysinger exit
     Death Watch
1520 Medical Staff ▮▮▮▮▮▮ And
     ▮▮▮▮▮ enter Death Watch to Assess Inmate.
1530 Sallyport officer enters Death Watch to Receive
     Radio.
1531 Medical Staff exits Death Watch
1532 Inmate making A phone call.
1557 ▮▮▮▮▮ enters Death Watch
1558 Inmate is on the phone
1615 Count Time
1616 Good In House count (1)
     Visit With ▮▮▮▮▮ begins visit With inmate

5-16-19   Inmate Donnie Johnson # 109031

| | |
|---|---|
| 5 | Inmate is still visiting with ████████ |
| 53 | Visit with ████████ ends |
| 637 | ████████ exits Death Watch |
| 1649 | Attorney Kelly Heney enters Death Watch |
| 1652 | Count Cleared |
| 1701 | Inmate exits cell for Attorney visit |
| 1720 | Inmate in Attorney visit. ████████ enters Death Watch. |
| 1724 | ████████ exits Death Watch |
| 1730 | Inmate is in visit with Attorney |
| 1758 | Inmate in visit with Attorney |
| 1802 | Attorney visit ends |
| 1825 | ████████ enters Death Watch |
| 1826 | Inmate is on the telephone |
| 1837 | ████████ enters Death Watch. |
| 1853 | Visit with ████████ ends |
| 1855 | Inmate is standing at cell door |
| 1900 | ████████, and ████████ enter Death Watch Area to get inmate Johnson |
| 1904 | ████████ and Extraction Team exit Death Watch Area. |
| 1905 | Death Watch Control Room post deactivated |

# DAY OF EXECUTION – LETHAL INJECTION EXECUTION RECORDER CHECKLIST

Inmate Name **Donnie Johnson**   Inmate # **10903/**

Date **5/16/2019**

TIME

| Time | Event |
|------|-------|
| 1700 | Report to designated area for final briefing |
| 1700 | Extraction Team and IV Team report to Death Watch Supervisor's office for final briefing. IV Team sets up IV system. |
| 1704 | Physician in place |
| 1704 | IV Team in place (EMTs and Officers) |
| 1704 | Medical Examiner in place |
| 1700 | Team Leader in place |
| 1808 | Check blinds and curtains |
| 1808 | Advise Escort Officer to transport Official Witnesses to Parole Room |
| 1811 | Advised by Escort Officer that Official Witnesses are in Parole Room |
| 1823 | Advise Escort Officers (2) to escort Victim's Witnesses to Viewing Room |
| 1824 | Advised by Escort Officers (2) that Victim's Witnesses are in place |
| 1900 | Warden or designee checks to ensure execution is to proceed |
| 1900 | Gurney positioned in Death Watch Area |
| 1903 | Extraction Team enters cell and secures condemned inmate to gurney |
| 1843 | Advise Escort Officer to transport Official Witnesses to Death Watch vestibule |
| 1845 | Advised by Escort Officer that Official Witnesses are in the vestibule |
| 1910 | IV Team enters the Execution Chamber |
| 1916 | IV Team exits the Execution Chamber |
| 1846 | Advise Escort Officer to "Transport Official Witnesses in place" |

Recorder's Initials

Rev. January 8, 2018

Case 3:18-cv-01234   Document 184-19   Filed 03/17/22   Page 10 of 24 PageID #: 9878

Def. Intvn Discl. 000878

Inmate Name _Donnie Johnson_  Inmate # _109031_

Date _5/16/2019_

**TIME**

| Time | Event |
|------|-------|
| _1849_ | Advised by Escort Officer that "Witnesses are in place" |
| _1918_ | Warden checks with Command Center to proceed |
| _1917_ | Warden orders blinds opened, closed circuit TV activated, and audio activated for viewing rooms. |
| _1919_ | Warden asks inmate for any last comments |
| _1919_ | Warden orders Execution Team to proceed |
| _1935_ | Lethal Injection process completed |
| _1935_ | Blinds and curtains closed and closed circuit TV deactivated |
| _1936_ | Physician enters the Execution Chamber |
| _1937_ | Physician pronounces death – exact time |
| _1938_ | Audio deactivated to witness rooms |
| _1938_ | Advise Escort Officers (2) to remove Victim's Witnesses |
| _1938_ | Advise Commissioner or designee in Command Center that execution is completed |
| _1952_ | Physician and EMTs depart |
| _1939_ | Medical Examiner escorted to chamber to take possession of body. Pictures will be taken of body and Execution Chamber prior to removal of body |
| _1947_ | Advised by Escort Officer (2) Victim's Witnesses are at Checkpoint |
| _1947_ | Advise Escort Officer to remove Official Witnesses |
| _1952_ | Advised by Escort Officer that Official Witnesses are at Checkpoint |
| _1959_ | The body removed from the institution |

**Recorder's Initial**

Case 3:18-cv-01234   Document 184-19   Filed 03/17/22   Page 11 of 24 PageID #: 6629

Inmate Name _Donnie Johnson_ Inmate # _109031_

Date _5/16/2019_

Inmate's Comments if any:

Inmate Johnson asked for forgiveness to all involved
because they know not what they do. He made a comment
appressing regret for pain he had caused. Inmate
Johnson said, "Father, the 7:00 O'clock hour is upon
me as you specify that the time is complete."
He asked the warden permission to sing, then
sang songs.

_____

**Lethal Injection Recorder**

5/16/2019
Date

_____

Warden

5/16/2019
Date

Inmate Name **Donnie Johnson**   Inmate # **109031**

Date **5-16-19**

TIME

| | |
|---|---|
| **1700** | Report to designated area for final briefing |
| **1700** | Extraction Team and IV Team report to Death Watch Supervisor's office for final briefing.  IV Team sets up IV system. |
| **1704** | Physician in place |
| **1704** | IV Team in place (EMTs and Officers) |
| **1704** | Medical Examiner in place |
| **1700** | Team Leader in place |
| **1808** | Check blinds and curtains |
| **1808** | Advise Escort Officer to transport Official Witnesses to Parole Room |
| **1811** | Advised by Escort Officer that Official Witnesses are in Parole Room |
| **1823** | Advise Escort Officers (2) to escort Victim's Witnesses to Viewing Room |
| **1824** | Advised by Escort Officers (2) that Victim's Witnesses are in place |
| **1900** | Warden or designee checks to ensure execution is to proceed |
| **1900** | Gurney positioned in Death Watch Area |
| **1903** | Extraction Team enters cell and secures condemned inmate to gurney |
| **1843** | Advise Escort Officer to transport Official Witnesses to Death Watch vestibule |
| **1845** | Advised by Escort Officer that Official Witnesses are in the vestibule |
| **1910** | IV Team enters the Execution Chamber |
| **1916** | IV Team exits the Execution Chamber |
| **1846** | Advise Escort Officer to "Transport Official Witnesses in place" |

Recorder's  Initials ▆▆

# DAY OF EXECUTION – LETHAL INJECTION EXECUTION RECORDER
## CHECKLIST (continued)

Inmate Name __Donnie Johnson__  Inmate # __109031__

Date __5-16-19__

| TIME | |
|------|---|
| 1849 | Advised by Escort Officer that "Witnesses are in place" |
| 1918 | Warden checks with Command Center to proceed |
| 1917 | Warden orders blinds opened, closed circuit TV activated, and audio activated for viewing rooms. |
| 1919 | Warden asks inmate for any last comments |
| 1919 | Warden orders Execution Team to proceed |
| 1935 | Lethal Injection process completed |
| 1935 | Blinds and curtains closed and closed circuit TV deactivated |
| 1936 | Physician enters the Execution Chamber |
| 1937 | Physician pronounces death – exact time |
| 1938 | Audio deactivated to witness rooms |
| 1938 | Advise Escort Officers (2) to remove Victim's Witnesses |
| 1938 | Advise Commissioner or designee in Command Center that execution is completed |
| 1952 | Physician and EMTs depart |
| 1939 | Medical Examiner escorted to chamber to take possession of body. Pictures will be taken of body and Execution Chamber prior to removal of body |
| 1947 | Advised by Escort Officer (2) Victim's Witnesses are at Checkpoint |
| 1947 | Advise Escort Officer to remove Official Witnesses |
| 1952 | Advised by Escort Officer that Official Witnesses are at Checkpoint |
| 1459 | The body removed from the institution |

Recorder's Initials

Case 3:18-cv-01234   Document 184-19   Filed 03/17/22   Page 14 of 24 PageID #: 6832

Inmate Name _Donnie Johnson_   Inmate # _109031_

Date _5-16-19_

**Inmate's Comments if any:**

Forgive All those Involved for they Know Not what they do.
Inmate Johnson Asked for forgiveness for All involved because they
Know Not what they do. He Made a comment expressing regret for pain he
had caused. Inmate Johnson said "Father the 7o'clock hour is upon me As
you specify that the time is complete." He Asked the Warden for permission
to sing, then sang songs.

_____ **Lethal Injection Recorder**        5-16-19
                                           Date

_____ Warden                               5/16/19
                                           Date

Case 3:18-cv-01234   Document 184-19   Filed 03/17/22   Page 15 of 24 PageID #: 9623   Def. Int. Disc. 000823

# DAY OF EXECUTION – LETHAL INJECTION EXECUTION RECORDER CHECKLIST

Inmate Name _Donnie Johnson_      Inmate # _109031_

Date _5/16/19_

**TIME**

| Time | Event |
|------|-------|
| 1700 | Report to designated area for final briefing |
| 1700 | Extraction Team and IV Team report to Death Watch Supervisor's office for final briefing. IV Team sets up IV system. |
| 1704 | Physician in place |
| 1704 | IV Team in place (EMTs and Officers) |
| 1704 | Medical Examiner in place |
| 1700 | Team Leader in place |
| 1808 | Check blinds and curtains |
| 1808 | Advise Escort Officer to transport Official Witnesses to Parole Room |
| 1811 | Advised by Escort Officer that Official Witnesses are in Parole Room |
| 1823 | Advise Escort Officers (2) to escort Victim's Witnesses to Viewing Room |
| 1824 | Advised by Escort Officers (2) that Victim's Witnesses are in place |
| 1900 | Warden or designee checks to ensure execution is to proceed |
| 1900 | Gurney positioned in Death Watch Area |
| 1903 | Extraction Team enters cell and secures condemned inmate to gurney |
| 1843 | Advise Escort Officer to transport Official Witnesses to Death Watch vestibule |
| 1845 | Advised by Escort Officer that Official Witnesses are in the vestibule |
| 1910 | IV Team enters the Execution Chamber |
| 1916 | IV Team exits the Execution Chamber |
| 1846 | Advise Escort Officer to "Transport Official Witnesses in place" |

Recorder's Initials _____

Case 3:18-cv-01234   Document 184-19   Filed 03/17/22   Page 16 of 24 PageID #: 9634   Def. Int. Disc. #000634

# DAY OF EXECUTION – LETHAL INJECTION EXECUTION RECORDER
## CHECKLIST (continued)

Inmate Name _Donnie Johnson_ Inmate # _109031_

Date _5-16-19_

TIME

| Time | Event |
|------|-------|
| _1849_ | Advised by Escort Officer that "Witnesses are in place" |
| _1918_ | Warden checks with Command Center to proceed |
| _1917_ | Warden orders blinds opened, closed circuit TV activated, and audio activated for viewing rooms. |
| _1919_ | Warden asks inmate for any last comments |
| _1919_ | Warden orders Execution Team to proceed |
| _1935_ | Lethal Injection process completed |
| _1935_ | Blinds and curtains closed and closed circuit TV deactivated |
| _1936_ | Physician enters the Execution Chamber |
| _1937_ | Physician pronounces death – exact time |
| _1938_ | Audio deactivated to witness rooms |
| _1938_ | Advise Escort Officers (2) to remove Victim's Witnesses |
| _1938_ | Advise Commissioner or designee in Command Center that execution is completed |
| _1952_ | Physician and EMTs depart |
| _1939_ | Medical Examiner escorted to chamber to take possession of body. Pictures will be taken of body and Execution Chamber prior to removal of body |
| _1947_ | Advised by Escort Officer (2) Victim's Witnesses are at Checkpoint |
| _1947_ | Advise Escort Officer to remove Official Witnesses |
| _1952_ | Advised by Escort Officer that Official Witnesses are at Checkpoint |
| _1959_ | The body removed from the institution |

Recorder's Initials ▮▮▮

Case 3:18-cv-01234   Document 184-19   Filed 03/17/22   Page 17 of 24 PageID #: 6635

Inmate Name _Donnie Johnson_  Inmate # _109031_

Date _5-16-19_

Inmate's Comments if any:

Forgive all those involved for they know not what they do.
Was spoken by Inmate Donnie Johnson. Inmate Johnson
made comments expressing sorrow and regret then proceeded
to pray. After praying Inmate Johnson asked the Warden
permission to sing and began to sign songs. Inmate
Johnson also said "Father the 7:00 oclock hour is upon
me as you specify, that the time is complete.

_____
Lethal Injection Recorder

_5-16-19_
Date

_____
Warden

_5/16/2019_
Date

Case 3:18-cv-01234   Document 184-19   Filed 03/17/22   Page 18 of 24 PageID #: 00636

# LETHAL INJECTION CHEMICAL ADMINISTRATION RECORD

Inmate Name _Johnson, Donnie_ ___ Inmate # _109031_

Date _5/16/19_

## SET 1  (Red)

|  | Chemical | Time Begin |
|---|---|---|
| Syringe 1 | Midazolam | 1921 |
| Syringe 2 | Midazolam | 1922 |
| Syringe 3 | Saline | 1923 |

(Two minute waiting period)

Consciousness check notes: _Checked at 1925; no audible or physical response_

|  | Chemical | Time Begin |
|---|---|---|
| Syringe 4 | Vecuronium Bromide | 1926 |
| Syringe 5 | Vecuronium Bromide | 1927 |
| Syringe 6 | Saline | 1927 |
| Syringe 7 | Potassium Chloride | 1928 |
| Syringe 8 | Potassium Chloride | 1929 |
| Syringe 9 | Saline | 1929 |

End Time _1930_

Recorder Signature ████████

Warden ████████

Rev July 5, 2018

Case 3:18-cv-01234   Document 184-19   Filed 03/17/22   Page 19 of 24 PageID #: 4637   Def. Int. Disc. #000637

# LETHAL INJECTION CHEMICAL ADMINISTRATION RECORD

Inmate Name _Johnson, Donnie_     Inmate # _109031_

Date _5/16/19_

### SET 2     (Blue)     No used

|  | Chemical | Time Begin |
|---|---|---|
| Syringe 1 | Midazolam |  |
| Syringe 2 | Midazolam |  |
| Syringe 3 | Saline |  |

(Two minute waiting period)

Consciousness check notes: _____

_____

| Syringe 4 | Vecuronium Bromide |  |
| Syringe 5 | Vecuronium Bromide |  |
| Syringe 6 | Saline |  |
| Syringe 7 | Potassium Chloride |  |
| Syringe 8 | Potassium Chloride |  |
| Syringe 9 | Saline |  |

End Time _____

Recorder Signature _____

Warden ▇▇▇▇▇▇

Rev. July 5, 2018

Def. Int. Disc. #000828

# PHYSICIAN'S INVENTORY CHECKLIST

(4)   5cc syringes

(4)   Small tubes Betadine ointment

(12)  Pair gloves (sterile), size 7½

(12)  Pair gloves (sterile), size 8

(2)   Prep kits

(2)   BP cuffs

(2)   Stethoscope(s)

(1)   Flashlight with batteries

(8)   Chux

(4)   Cut-down trays

(2)   Lidocaine 2%

(2)   Lidocaine 2% with Epinephrine

(2)   4-0 vicryl

(2)   4-0 ethilon sutures

(1)   5-0 vicryl

(2)   5-0 ethilon sutures

(2)   PPE size XL

(1)   PPE size XXL

(2)   Faceshields

(1)   Scissors

(2)   Scalpel #11 & #15

# IV TEAM INVENTORY CHECKLIST

Normal saline 1000 cc or more

Solution set

Extension tubing sufficient to reach condemned inmate

Tourniquets – various styles

Assortment of IV catheters (range 18 gauge to 21 gauge)

Assortment of surgical tape

Arm boards

Tegaderm transparent dressing

Alcohol pads

Sharps container

4x4 Gauge pads

Red biohazard bag

Chux

Latex-free gloves

# CHEMICAL PREPARATION TIME SHEET

Date 5/16/19

## RED

**500 mg Midazolam**　　　　　　　　　　　　　　　Time

2-Syringes prepared by �_____ at 1920 .

Witnessed by �_____

**100 mg Vecuronium Bromide**

2-Syringes prepared by ▮_____ at 1724 .

Witnessed by ▮_____

**240 mEq Potassium Chloride**

2-Syringes prepared by ▮_____ at 1729 .

Witnessed by ▮_____

**Saline**

3-Syringes prepared by ▮_____ at 1706 .

Witnessed by ▮_____

Case 3:18-cv-01234   Document 184-19   Filed 03/17/22   Page 23 of 24 PageID #: 9641
Def. Init. Discl. #000851

## BLUE



500 mg Midazolam

2-Syringes prepared by ▮▮▮▮▮    at   1921

Witnessed by ▮▮▮▮▮

Time

100 mg Vecuronium Bromide

2-Syringes prepared by ▮▮▮▮▮    at   1747

Witnessed by ▮▮▮▮▮

240 mEq Potassium Chloride

2-Syringes prepared by ▮▮▮▮▮    at   1751

Witnessed by ▮▮▮▮▮

Saline

3-Syringes prepared by ▮▮▮▮▮    at   1733

Witnessed by ▮▮▮▮▮

Rev. Jan. 5, 2018

Def. Init. Discl. #000832