# EXHIBIT
## 20

# KING

## vs.

## PARKER, et al.

---

## WARDEN TONY MAYS

## July 27, 2021

---



Terri Beckham, RPR, RMR, CRR

Chattanooga (423)266-2332    Jackson (731)425-1222
Knoxville (865)329-9919    Nashville (615)595-0073    Memphis (901)522-4477
www.elitereportingservices.com

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

_____

TERRY LYNN KING,

            Plaintiff,

vs.                 Case No. 3:18-cv-01234

TONY PARKER, et al.,

            Defendants.
_____




            Video Deposition of:

            WARDEN TONY MAYS

            Taken on behalf of the Plaintiff

            July 27, 2021

            Commencing at 9:09 a.m.






_____

Elite-Brentwood Reporting Services
www.elitereportingservices.com
Terri Beckham, RMR, CRR, LCR
P.O. Box 292382
Nashville, Tennessee 37229
(615)595-0073

Case 3:18-cv-01234 Document 184-20 Filed 08/17/22 Page 1 of 352 PageID #: 8645
Elite-Brentwood Reporting Services (615)595-0073
www.EliteReportingServices.com

```
1                A P P E A R A N C E S

2    For the Plaintiff:

3            ALEX KURSMAN
             LYNNE N. LEONARD
4            Assistant Federal Defenders
             Federal Community Defender Office-PAED
5            601 Walnut Street, Suite 545 West
             Philadephia, Pennsylvania 19106
6            215.201.9788
             alex_kursman@fd.org
7            lynne_leonard@fd.org

8            JEREMY GUNN
             Attorney at Law
9            Bass Berry & Sims PLC
             150 Third Avenue South, Suite 2800
10           Nashville, Tennessee 37201
             615.742.6200
11           jeremy.gunn@bassberry.com

12
     For the Defendants:
13
             SCOTT C. SUTHERLAND
14           Deputy Attorney General
             Tennessee Attorney General's Office
15           P.O. Box 20207
             Nashville, Tennessee 37202
16           615.532.7688
             Scott.Sutherland@ag.tn.gov
17
             MIRANDA H. JONES
18           ROBERT W. MITCHELL
             MALLORY K SCHILLER
19           DEAN ATYIA
             Assistant Attorneys General
20           Tennessee Attorney General's Office
             P.O. Box 20207
21           Nashville, Tennessee 37202
             615.741.2009
22           Miranda.Jones@ag.tn.gov
             Robert.Mitchell@ag.tn.gov
23           Mallory.Schiller@ag.tn.gov

24   Also present:

25           Augusta Smith, Videographer
```

Case 3:18-cv-01234 Document 120-1 Filed 09/17/22 Page 4 of 352 PageID #: 8648
ELITE Reporting Services * (615) 595-0073
www.EliteReportingServices.com

```
                         I  N  D  E  X

                                                      Page

Examination
By Mr. Kursman                                          8




                    E  X  H  I  B  I  T  S

                                                      Page

Exhibit No. 1                                          41
      Previously marked: Lethal Injection
      Execution Manual Execution Procedures

Exhibit No. 2                                         170
      Previously marked: Midazolam storage and
      preparation instructions

Exhibit No. 4                                         170
      Previously marked: Potassium Chloride
      preparation instructions

Exhibit No. 5                                         268
      Previously marked: Pharmacy logs for
      Midazolam and Potassium Chloride, dated
      August 13, 2020

Exhibit No. 6                                         306
      Previously marked: September 7, 2017
      email in re Update Def Int. Discl. 001975

Exhibit No. 7                                         309
      Previously marked: September 7, 2017
      email chain re Update Def. Int. Discl.
      001973

Exhibit No. 41                                        251
      Previously marked: Handwritten inventory
      list Def. Int. Discl. 000448
```

```
 1                E  X  H  I  B  I  T  S

 2                      (Continued)

 3                                                    Page

 4   Exhibit No. 42                                    256
          Previously marked: Handwritten inventory
 5        list Def Int. Discl. 000834-000840

 6   Exhibit No. 43                                    261
          Previously marked: Handwritten inventory
 7        list Mays' Supp. Int and Prod. Responses
          000226
 8
     Exhibit No. 49                                    147
 9        Previously marked: Defendant Tony Mays'
          Supplemental Response to Plaintiff's
10        First Set of Interrogatories

11   Exhibit No. 50                                    105
          Previously marked: Supplement to
12        information in responses to
          Interrogatory 8
13
     Exhibit No. 53                                    144
14        Previously marked: TDOC In-Service
          Training Course Roster
15
     Exhibit No. 58                                    280
16        Previously marked: Lethal Injection
          Chemical Administration Record, Billy
17        Irick, August 9, 2018

18   Exhibit No. 59                                    276
          Previously marked: "Tennessee death row
19        inmate Billy Ray Irick apologizes before
          being executed" article
20
     Exhibit No. 60                                    274
21        Previously marked: Declaration of David
          A. Lubarsky, M.D.
22
     Exhibit No. 62                                    266
23        Previously marked: Chemical Preparation
          Time Sheet May 16, 2019 Def. Int. Discl.
24        000831-000832

25
```

www.EliteReportingServices.com

```
1                E X H I B I T S

2                    (Continued)

3                                                    Page

4   Exhibit No. 63                                    263
         Previously marked: Day of Execution -
5        Lethal Injection Execution Recorder
         Checklist re Donnie Johnson May 16, 2019
6
    Exhibit No. 65                                    282
7        Previously marked: Chemical Preparation
         Time Sheet April 14, 2021 Defendants' 2nd
8        Supplemental Response 0118-0119

9   Exhibit No. 66                                    283
         Day of Execution Lethal Injection
10       Execution Recorder Checklist (continued)
         re John Doe May 16, 2018
11
    Exhibit No. 68                                    284
12       Day of Execution Lethal Injection
         Execution Recorder Checklist re Wild
13       Bill, February 22, 2017
```

```
                    S  T  I  P  U  L  A  T  I  O  N  S
```

         The Video Deposition of WARDEN TONY MAYS

was taken by counsel for the Plaintiff, at Bass,

Berry & Sims, 150 Third Avenue South, Suite 2800,

Nashville, Tennessee, on July 27, 2021, for all

purposes under the Federal Rules of Civil

Procedure.

         All formalities as to caption, notice,

statement of appearance, et cetera, are waived.

All objections, except as to the form of the

question, are reserved to the hearing, and that

said deposition may be read and used in evidence in

said cause of action in any trial thereon or any

proceeding herein.

         It is agreed that Terri Beckham, RMR,

CRR, Notary Public and Licensed Court Reporter for

the State of Tennessee, may swear the witness, and

that the reading and signing of the completed

deposition by the witness are reserved.

                         * * *

```
 1                          * * *

 2               THE VIDEOGRAPHER:  We are now on the

 3     record.  Today is Tuesday, the 27th of July, 2021,

 4     and the time indicated on the video screen is

 5     9:09 a.m.  This is the video deposition of Warden

 6     Tony Mays in the matter of Terry King versus Tony

 7     Parker, et al., Case No. 18-cv-1234, filed in the

 8     Middle District of Tennessee.  This deposition is

 9     being held today at the office of Bass, Berry & Sims

10     at 150 3rd Avenue South, Nashville, Tennessee.  My

11     name is Augusta Smith, the videographer, and the

12     court reporter is Terri Beckham, both in association

13     with Elite-Brentwood Reporting Services.

14               Would counsel please introduce

15     yourselves and state whom you represent.

16               MR. KURSMAN:  Good morning.  My name is

17     Alex Kursman.  I represent Terry King.

18               MR. SUTHERLAND:  My name's Scott

19     Sutherland, and I represent the defendants, Tony

20     Parker and Tony Mays.

21                          *    *    *

22               WARDEN TONY MAYS,

23     was called as a witness, and after having been duly

24     sworn, testified as follows:

25     ///
```

FUCES-Brentwood Reporting Services (615) 595-0073
www.EliteReportingServices.com

```
                        EXAMINATION

QUESTIONS BY MR. KURSMAN:

Q.     Good morning, Mr. Mays.

A.     Morning.

           MR. KURSMAN:  Before we begin, I just
want to note for the record that we have introduced
Exhibits 1 through 65 in previous depositions.  We
are just going to keep going sequentially.

BY MR. KURSMAN:

Q.     So in front of you right now you have a
binder with those exhibits and a few additional
exhibits as well.

A.     Okay.

Q.     Like I said a minute ago, my name is Alex
Kursman.  I'm an attorney with the federal defender
in Philadelphia.

       I represent the plaintiff in this case,
Terry King, in King v. Parker, et al., pending in
the Middle District of Tennessee.

       Do you understand that you're here today to
answer questions related to the King case?

A.     Yes.

Q.     And what is your understanding of what the
case is about?

A.     My understanding of what this case is about,
```

Case 3:18-cv-01234-B Document 184-20 Filed 03/17/22 Page 10 of 352 PageID #: 8652
Elite Reporting Services * (615) 595-0073
www.EliteReportingServices.com

```
 1    I've been told different methods, alternative

 2    methods, to possibly execution.

 3    Q.      Okay.  And have you -- have you read anything

 4    about this case in particular before this

 5    deposition?

 6    A.      Other than my previous depositions?

 7    Q.      Yes.

 8    A.      No.

 9    Q.      What about your previous deposition?

10    A.      I just read previous depositions and

11    protocols.

12    Q.      Okay.  So let's cover a few ground rules,

13    then.  And I think you just mentioned this, but how

14    many times have you taken depositions before?

15    A.      In relation to this?

16    Q.      In total.

17    A.      Probably three or four.

18    Q.      And what were all those cases about?

19    A.      Every one of them was tied to probably lethal

20    injection.

21    Q.      Oh, each deposition that you -- you've taken

22    in the past was tied to lethal injection?

23    A.      Are you referring to my lifetime?

24    Q.      Yeah, your lifetime.  I apologize.

25    A.      Exactly.
```

Case 3:18-cv-01234-B Document 184-20 Filed 06/17/22 Page 11 of 352 PageID #: 8653
EliteReporting Services (615) 595-0073
www.EliteReportingServices.com

```
 1   Q.     Each of them was in relation to lethal

 2   injection, that's what you're saying, in your

 3   lifetime?

 4   A.     Correct.

 5   Q.     Okay.  And do you -- do you remember when

 6   those depositions were?

 7   A.     Exact dates?  Not exact dates.  Probably in

 8   the last five years maybe.

 9   Q.     Okay.  So you think you've taken about three

10   other depositions --

11   A.     Probably, yes.

12   Q.     -- in the last five years --

13   A.     Yes.

14   Q.     -- on lethal injection cases?

15   A.     (Nods)

16   Q.     Okay.  And do you understand that you're

17   under oath?

18   A.     I do.

19   Q.     Okay.  And you understand that means you need

20   to tell the truth to the best of your ability?

21   A.     To the best of my ability.

22   Q.     Is there any reason that you can't testify

23   truthfully or accurately today?

24   A.     No reason.

25   Q.     Okay.  For example, are you filing ill?
```

Case 3:18-cv-01234-B Document 184-20 Filed 06/17/22 Page 12 of 352 PageID #: 8654
ELITE Courtroom Reporting Services  (615) 595-0073
www.EliteReportingServices.com

```
 1   A.      No.

 2   Q.      Are you taking any medication?

 3   A.      Yes.

 4   Q.      Okay.  And what medication are you taking?

 5   A.      Cholesterol, blood pressure.

 6   Q.      Okay.  Is there any medication that you're

 7   taking that would affect your ability to recall

 8   facts or give accurate testimony today?

 9   A.      No.

10   Q.      Okay.  And are you represented by counsel

11   today?

12   A.      I am.

13   Q.      And who is that?

14   A.      It would be Mr. Rob and company.

15   Q.      Okay.  And as I'm sure you're aware, the

16   court reporter is making a record based on what you

17   say, so you'll have to answer verbally instead of

18   nodding your head.

19           Do you understand that?

20   A.      I do.

21   Q.      Okay.  And if you could, could you wait for

22   me to finish my questions before you answer?  And I

23   promise I'll do the same for you.  I'll finish --

24   let you finish your answers before I ask the next

25   question.
```

Case 3:18-cv-01234-B Document 184-20 Filed 03/17/22 Page 13 of 352 PageID #: 8655
EliteReportingServices.com    Court Reporting Services    (615) 595-0073
www.EliteReportingServices.com

```
 1          Do you understand that?

 2    A.    I do.

 3    Q.    Okay.  And if you don't understand a

 4    question, just let me know and I'll try to rephrase

 5    it so you can understand it.  Sometimes I ask some

 6    long-winded or confusing questions, so just let me

 7    know and I'll try to make the question a bit

 8    clearer, okay?

 9    A.    Just let me know if I'm answering too quick.

10    Q.    Okay.  I appreciate that.  And if you need a

11    break at any time, just let me know and we can take

12    a break whenever you need, okay?

13    A.    Okay.

14    Q.    And your lawyer may object from time to time,

15    but you'll still need to answer my questions unless

16    that objection is based on some sort of secrecy

17    statute or a privilege.

18          Do you understand that?

19    A.    I do.

20    Q.    Okay.  Do you have any questions?

21    A.    None.

22    Q.    Okay.  And I think we just discussed it a

23    second ago, but what did you do to prepare for this

24    deposition?

25    A.    I read my previous depositions and I visit
```

Case 3:18-cv-01224-B Document 184-20 Filed 03/17/22 Page 15 of 352 PageID #: 8656
ELITE B Document 184-20 Filed 03/17/22 Pages (405) 595-0000 #: 8656
www.EliteReportingServices.com

```
 1   the protocol currently as I always do, often.

 2   Q.    And did you meet with your attorneys before

 3   the deposition?

 4   A.    I did.

 5   Q.    Okay.  And who?

 6   A.    Mr. Sutherland.  I'm terrible with names.

 7   The other gentleman, third from the right.

 8   Q.    And how many times did you meet with them?

 9   A.    Twice.

10   Q.    And how long were the meetings?

11   A.    First meeting, approximately two hours or

12   two-and-a-half.  Second meeting, approximately two

13   hours.

14   Q.    And when were the meetings?

15   A.    On yesterday.

16   Q.    Both meetings were yesterday?

17   A.    Yes.

18   Q.    Okay.  So you met with them once for an

19   hour-and-a-half, then you took a break and met with

20   them again for two hours?

21   A.    I met with them for about two hours yesterday

22   morning.

23   Q.    Uh-huh.

24   A.    I met with them about two hours last night.

25   Q.    And was anyone else present aside from you
```

```
 1    and the two attorneys that you just mentioned?
 2    A.      No.
 3    Q.      Okay.  And did you review any documents
 4    during those meetings?
 5    A.      Protocol and my deposition prior.
 6    Q.      Was that it?  Just those two documents?
 7    A.      That was it.
 8    Q.      Okay.  Did any of those documents refresh
 9    your recollection as to any specific issues?
10    A.      Nothing specific, just reading over the
11    previous deposition.
12    Q.      Like, for example, were there any dates that
13    you couldn't remember or specific topics you
14    couldn't remember?
15    A.      Of course, I probably struggled through some
16    of it.  It has been a few years since I was depo'd
17    last in reference to that.
18    Q.      Okay.  And why did you review your previous
19    deposition?
20    A.      Basically refresh my memory.
21    Q.      Okay.  And did it do that?
22    A.      Yes.
23    Q.      Okay.  What did it refresh your memory on?
24    A.      Particulars?
25    Q.      Yeah, particulars.
```

Elite Reporting Services  *  (615) 595-0073
www.EliteReportingServices.com

```
 1   A.     I really can't say.  I can't remember.
 2   Q.     Well, was there anything that you recalled,
 3   after reading your deposition, that you didn't
 4   remember before reading it?
 5   A.     Not really.
 6   Q.     Did you think there was going to be anything
 7   that you would have recalled after reading it?
 8   A.     It's just, like, a safe feature that I did
 9   just to refresh my memory in case it wasn't.
10   Q.     Okay.  Was it -- was it because you wanted to
11   testify today consistently with the deposition back
12   then?
13   A.     Well, I always want to be able to tell the
14   truth.
15   Q.     Sure.  But was the reason you reviewed that
16   deposition that was taken a few years ago, like you
17   said, was the reason that you reviewed that
18   deposition was so that you could testify
19   consistently today with your answers in that
20   deposition?
21   A.     Correct.
22   Q.     Okay.  Did you meet with anyone other than
23   your attorneys to prepare for this deposition?
24   A.     No.
25   Q.     Okay.  Did you review the transcripts of any
```

Case 3:18-cv-01234-B Document 1842 Filed 03/17/22 Page 17 of 352 PageID #: 8659
EliteReportingServices - (615) 595-0073
www.EliteReportingServices.com

1   other depositions taken in this case?  So I don't
 2   mean your prior deposition, I mean any people who
 3   were previously deposed in this case.
 4   A.      No.
 5   Q.      Okay.  Did you consult -- did anyone consult
 6   with you to prepare for another deposition in this
 7   case?
 8   A.      Anyone other than my attorneys?
 9   Q.      Yes.  So what I mean by that is, for
10   instance, did the commissioner talk to you about his
11   preparation for his deposition --
12   A.      No.
13   Q.      -- or the drug procurer or the executioner?
14   A.      No.
15   Q.      Okay.  And aside from the protocol and your
16   prior deposition, did you review any papers that
17   were filed in this case?  And what I mean by that
18   is, like, the complaint or any answers submitted by
19   defendants' counsel.
20   A.      No.
21   Q.      Okay.  Did you discuss this deposition with
22   anyone other than your counsel?
23   A.      No.
24   Q.      Do you have a spouse?
25   A.      I do.

```
 1   Q.      Did you discuss the deposition with your
 2   spouse?
 3   A.      No.
 4   Q.      Okay.  Did you do anything else to prepare
 5   for the deposition?
 6   A.      No.
 7   Q.      Okay.  And how much time in total do you
 8   estimate you spent preparing for the deposition?
 9   A.      To include my attorneys, spending time with
10   my attorneys and reading deposition, protocol,
11   probably seven hours total.
12   Q.      Okay.  So a minute ago you testified that you
13   spent three-and-a-half hours meeting with your
14   attorneys.  What did you spend the other
15   three-and-a-half hours doing to prepare for this
16   deposition?
17   A.      I thought I stated earlier I spent a couple
18   of hours yesterday morning with them and a couple of
19   hours last night and the rest of the time would have
20   been me reviewing my deposition, along with the
21   protocol.
22   Q.      Okay.  So you reviewed your deposition on
23   your own?
24   A.      On my own.
25   Q.      Okay.  Did you review the protocol on your
```

Elite Reporting Services
www.EliteReportingServices.com

```
 1    own as well?

 2    A.     I did.

 3    Q.     Okay.  And did you talk with your attorneys

 4    about both the protocol and your prior deposition,

 5    without going into the substance of those

 6    conversations?

 7              MR. SUTHERLAND:  Object to the form.

 8    BY MR. KURSMAN:

 9    Q.     You can still answer.

10    A.     I did.

11    Q.     Okay.  Now, let's switch gears a little bit

12    and talk about your background.  What is your

13    highest level of education?

14    A.     Master's degree.

15    Q.     Okay.  And where did you get that degree?

16    A.     Tennessee State University here in Nashville.

17    Q.     Do you remember what year that was?

18    A.     '18, '19.

19    Q.     Okay.  And what type of training did you get

20    as part of that degree?

21    A.     I got a master's in public administration.

22    Q.     And were you the warden at the time that

23    you --

24    A.     I was the warden at the time.

25    Q.     Okay.  And what type of information did you
```

Elite Reporting Services  (615) 595-0073
www.EliteReportingServices.com

```
 1   learn in that master's degree?
 2   A.      Various things.  How to deal with public,
 3   public administration, public society, corrections,
 4   just to name a few.
 5   Q.      And do you have any other postgraduate
 6   degrees aside from your master's degree that you
 7   just mentioned?
 8   A.      I have a bachelor's.
 9   Q.      And where is the bachelor's from?
10   A.      Bethel University.
11   Q.      Okay.  What was your bachelor's degree in?
12   A.      It was also in public administration.
13   Q.      And what year was that?
14   A.      That was in 2016.
15   Q.      So you got your bachelor's degree in 2016?
16   A.      Uh-huh.
17   Q.      And your master's degree in 2019?
18   A.      Correct.
19   Q.      And what year did you become the warden?
20   A.      I became the warden in '17.
21   Q.      Okay.  And what year did you graduate high
22   school?
23   A.      1982.
24   Q.      1982.  And where did you graduate high
25   school?
```

Elite Reporting Services * (615) 595-0073
www.EliteReportingServices.com

```
 1   A.      Lake County High School.
 2   Q.      Okay.  Did you get any special training at
 3   your high school?
 4   A.      Define "special."
 5   Q.      Like, was it a STEM school or a scientific
 6   school, or was it just your normal high school?
 7   A.      Just your normal high school.
 8   Q.      Okay.  And have you -- did you complete any
 9   other trainings between the year you graduated high
10   school, that almost 30-year period, I guess, that
11   you graduated high school and then when you got your
12   college degree?
13   A.      Other than training that coincide with my
14   job?
15   Q.      Yeah.  And what kind of training did you get
16   that coincided with your job?
17   A.      We have a correctional academy, Tennessee
18   Corrections Academy, that is designed for
19   correctional staff.  We learn policies, procedures,
20   safety measures, security measures, several things.
21   Q.      And who teaches at that correctional academy?
22   A.      Those are instructors at the academy.
23   Q.      Who?  I'm sorry?
24   A.      Instructors at the academy.
25   Q.      Right.  Where are the instructors from?
```

```
 1  A.    I don't know where they're from.  They just
 2  work at the Tennessee Corrections Academy.
 3  Q.    Are they -- are they employed by TDOC?
 4  A.    They are.
 5  Q.    Are they corrections officers within TDOC?
 6  A.    They are not correction officers, they're
 7  corrections instructors.
 8  Q.    And is that their full-time job, corrections
 9  instructors?
10  A.    That is their full-time job.
11  Q.    Okay.  And do you become a corrections
12  instructor from first being a corrections officer?
13  Is that how it works?
14  A.    I wouldn't know that.  I've never applied.
15  Q.    Okay.  But you as the -- as the warden, you
16  don't oversee that at all now?
17  A.    Oh, no.
18  Q.    Okay.  Do you hold any certifications or
19  certificates?
20  A.    Some in the past that have expired.
21  Q.    Uh-huh.  And what would those be?
22  A.    Lethal weapons, chemical agents, things of
23  that sort.
24  Q.    And when you say "lethal weapons," what does
25  that mean?
```

Elite Reporting Services (615) 595-0073
www.EliteReportingServices.com

1  A.      How to handle a firearm, Mace, fogger, pepper
2  fogger, things of that nature.
3  Q.      So are you trained in handling a firearm?
4  A.      I am.
5  Q.      Okay.  And can you describe that training for
6  me?
7  A.      Classroom, safety, how to handle a weapon,
8  break down a weapon for cleaning purposes, storing,
9  things of that nature.
10  Q.      And do you own a firearm?
11  A.      I do.
12  Q.      Do you carry it as part of your job?
13  A.      I don't.
14  Q.      Okay.  Do you have any medical training?
15  A.      Other than basic first aid?
16  Q.      You don't other than basic first aid?  Is
17  that what you're saying?
18  A.      Correct.
19  Q.      Okay.  And what is the basic first aid
20  training?
21  A.      CPR, properly wrap a wound, clean a wound.
22  Q.      Do you have any military training?
23  A.      Do not.
24  Q.      Do you participate in any volunteer programs?
25  A.      Do not.

Case 3:18-cv-01234 Document 184-20 Filed 03/17/22 Page 24 of 352 PageID #: 8666
EliteReportingServices.com   (615) 595-0073
www.EliteReportingServices.com

```
 1   Q.    Okay.  And are you currently employed?

 2   A.    I am.

 3   Q.    Where?

 4   A.    Tennessee Department of Corrections.

 5   Q.    How long have you been with the Tennessee

 6   Department of Corrections?

 7   A.    This Saturday I think is the first, maybe

 8   Sunday, will be 38 years.

 9   Q.    38 years.  Wow, congratulations.

10   A.    Thank you.

11   Q.    What is -- what is your current job title?

12   A.    Correctional Warden 4.

13   Q.    Correctional Warden -- what was that?  I'm --

14   A.    4.

15   Q.    4?  And what does that 4 mean?

16   A.    Once upon a time they was broken in division

17   Warden 1, 2, 3, and 4, but I'm a Warden 4.

18   Q.    Okay.  And how does that differentiate from

19   Corrections Warden 1, 2, or 3?

20   A.    The type of facility that you manage.

21   Q.    And is --

22   A.    The level of the facility.

23   Q.    And would 4 be the highest security level?

24   A.    Correct.

25   Q.    Okay.  And what is your role in that job
```

Case 3:18-cv-01234 Document 184-20 Filed 03/17/22 Page 25 of 352 PageID #: 8667
Elite Reporting Services * (615) 595-0073
www.EliteReportingServices.com

```
 1   title?
 2   A.     My role as the warden, I don't want to be
 3   sarcastic, but just manage the day-to-day
 4   operations.  Everything that has to do with that
 5   facility, I'm responsible for.
 6   Q.     So with the facility obviously running 24
 7   hours a day, seven days a week --
 8   A.     Correct.
 9   Q.     -- how much are you working?
10   A.     Out of a 24-hour day, I'm really never off
11   the clock, but physically at the facility, anywhere
12   from nine to ten hours a day.
13   Q.     And you're managing, you're overseeing
14   everything that goes on at the facility essentially?
15   A.     Correct.
16   Q.     Okay.  Is it a stressful job?
17   A.     Can be.
18   Q.     Do you have a lot of -- a lot of
19   responsibilities as the warden?
20   A.     That is true.
21   Q.     Yeah.  Okay.  Does anyone report to you?
22   A.     They do.
23   Q.     How many people would you guess report to
24   you?
25   A.     Under my direct supervision, probably eight.
```

```
 1   But, of course, everyone in the entire facility is
 2   under the stamp of the warden.  But my direct is
 3   approximately eight.
 4   Q.    And what are the names of the eight people
 5   that report to you?
 6                MR. SUTHERLAND:  I'm going to object.
 7                I'll withdraw the objection to that
 8   specific question.
 9                THE WITNESS:  Names or positions?
10   BY MR. KURSMAN:
11   Q.    Both.
12   A.    Okay.  I will have one by the name of Ernest
13   Lewis.  He is my associate warden of security.  I
14   will have one by the name of Michael Keys.  He's my
15   associate warden of treatment.  The fiscal director,
16   Jacob Heron (phonetic).  HR manager, Tracy -- I have
17   a tough time pronouncing her last name.  Brewington.
18   Training coordinator, facility training coordinator,
19   Dina Duncan.  Fire and safety of the facility, Amy.
20   I can't remember her last name.  Amy.
21         Let's see.  What else, what else, what else?
22   (Pause)  That would be it.
23   Q.    Okay.
24   A.    That's the extent.
25   Q.    And do you report to anyone as the warden?
```

Case 3:18-cv-01234-B Document 184-20 Filed 06/17/22 Page 27 of 352 PageID #: 8669
Elite Reporting Services     (615) 595-0073
www.EliteReportingServices.com

```
 1   A.      I do.

 2   Q.      And who do you report to?

 3   A.      We have a regional administrator.  His name

 4   is Kevin Myers.

 5   Q.      And that's who you report to?

 6   A.      That's my immediate supervisor.

 7   Q.      Do you also report to the commissioner?

 8   A.      Well, everyone reports to the commissioner,

 9   but Kevin Myers is my immediate supervisor.

10   Q.      Okay.  And what is -- what is Mr. Myers'

11   title, again?

12   A.      He is the regional administrator.

13   Q.      Okay.  And what does that mean?

14   A.      Within this region, being the middle region,

15   he is responsible for assisting the wardens of those

16   facilities.

17   Q.      Okay.  And what was your role before you were

18   the warden?

19   A.      I was interim deputy warden.  Later they

20   changed those titles to associate warden of

21   security.

22   Q.      Okay.  And what were you before you were the

23   interim deputy warden?

24   A.      I was a correctional unit manager.

25   Q.      Okay.  And how about before you were a
```

Elite Reporting Services * (615) 595-0073
www.EliteReportingServices.com

```
 1    correctional unit manager?

 2    A.      I was a shift captain.

 3    Q.      And before you were a shift captain?

 4    A.      I was a shift lieutenant.

 5    Q.      Okay.  And before you were a shift

 6    lieutenant?

 7    A.      I was a shift sergeant.

 8    Q.      And before you were a shift sergeant?

 9    A.      I was a corporal, shift corporal.

10    Q.      And before you were a shift corporal?

11    A.      I was a correctional officer.

12    Q.      Okay.  And how about before you were a

13    correctional officer?

14    A.      I hired into the department as a correctional

15    officer.

16    Q.      Okay.  And when you became -- what prompted

17    you to apply to become the associate warden?

18    A.      Career advancement.

19    Q.      Okay.  And how about the warden?

20    A.      Career advancement.

21    Q.      Did you apply for both of those positions?

22    A.      I did.

23    Q.      Was it competitive?

24    A.      Very much.

25    Q.      Okay.  Do you -- do you know how many people
```

Elite Reporting Services  (931) 592-4398
www.EliteReportingServices.com

```
 1  applied?
 2  A.      Do not.
 3  Q.      Okay.  Does it pay more than your prior
 4  position?
 5  A.      Yes.
 6  Q.      Yeah.  Every time you stepped up, did it pay
 7  more than the position prior?
 8  A.      Not every time.
 9  Q.      Okay.  Were you involved with executions
10  prior to being the warden?
11  A.      (Pause)  Depends on what -- how you want to
12  define "involved."  Was I part of the execution
13  team?
14  Q.      Yes.
15  A.      Yes, I was.
16  Q.      You were?  Were you part of the execution
17  team prior to being the associate warden?
18  A.      No.
19  Q.      Okay.  So only as the associate warden were
20  you part of the execution team?
21  A.      The interim deputy warden and the associate
22  warden.
23  Q.      Okay.  And what was your role as part of the
24  execution team as the associate warden?
25  A.      To assist the warden.
```

**Elite Reporting Services**
**www.EliteReportingServices.com**

```
 1   Q.    Okay.  But were you on the IV team?

 2   A.    No.

 3   Q.    Were you an EMT?

 4   A.    No.

 5   Q.    Were you the executioner?

 6   A.    No.

 7   Q.    So your role -- your first role in an

 8   execution was as the associate warden?

 9   A.    As the interim deputy warden.

10   Q.    Which is -- and it's now called the associate

11   warden?

12   A.    It's now called the associate warden.

13   Q.    Okay.  And your role then was to assist the

14   warden?

15   A.    Correct.

16   Q.    Okay.  And can you describe for me what you

17   did to assist the warden in executions when you were

18   the interim deputy warden?

19   A.    To help prepare for executions.

20   Q.    And what did you do to help prepare for

21   executions?

22   A.    From assembling the team, from assisting him

23   in training purposes, and to be able to carry out

24   his duties should I need to.

25   Q.    Okay.  And what did you do to prepare
```

Case 3:18-cv-01234-B Document 184-20 Filed 54/17/22 Page 31 of 352 PageID #: 8673
ELITE Reporting Services (615) 595-0073
www.EliteReportingServices.com

```
1    yourself to carry out his duties should you need to?
2    A.     Studied the protocol, constantly rehearse.
3    Q.     And you -- I think you said you helped him
4    assemble the team.  How did you help him assemble
5    the execution team?
6    A.     What I mean by "assemble," making sure that
7    everyone has practiced regularly as we're supposed
8    to, everyone is at practice when they're supposed to
9    be, doing everything that the protocol prescribed us
10   to do.
11   Q.     And do people apply to be part of the
12   execution team?
13           MR. SUTHERLAND:  Could you repeat that,
14   Alex?
15           MR. KURSMAN:  Yeah.
16   BY MR. KURSMAN:
17   Q.     Do people apply to be part of the execution
18   team?
19   A.     They request to become part of the team.
20   Q.     They do.  That's how -- do you ever ask
21   somebody to be part of the execution team who hasn't
22   requested to be part of the team?
23   A.     No.
24   Q.     It's always a request?
25   A.     Yes.
```

Elite Reporting Services       (850) 595-0073
www.EliteReportingServices.com

1    Q.     So how does -- how does that work?  Do you --
2    does the warden and the associate warden send out a
3    notice to everybody saying "request to be part of
4    the execution"?  Or do you just get a note from
5    somebody saying, "I want to be part of the execution
6    team"?
7    A.     I can't speak for the associate warden.  He
8    has to speak for himself.  But I do not send out any
9    request or ask anyone to become part of the team.
10   Q.     Okay.  So people just -- how do they request
11   to be part of the team?
12   A.     The request is brought to me by mostly the
13   associate warden of security.
14   Q.     Okay.  And when you were the deputy warden,
15   which is now the associate warden, how did people
16   request then to be part of the execution team?
17   A.     At the time, best I could recall, when I was
18   deputy warden, there weren't any requests because
19   there were no positions to be filled.
20   Q.     Okay.  But now that you're the warden, there
21   have been requests because there have been positions
22   to be filled; is that what you're saying?
23   A.     Correct.
24   Q.     Okay.  And has anybody requested to be part
25   of the execution team that you or the associate

Case 3:18-cv-01234-B Document 184-20 Filed 06/17/22 Page 635 of 352 PageID #: 8675
E01124 B Executwood Reporter Filed Services (615) 593-0003
www.EliteReportingServices.com

```
1   warden denied that request?

2   A.      Yes.

3   Q.      Okay.  Why would you deny that request?

4   A.      Once I interviewed the individual myself, and

5   within my expertise of what I see and hear, I feel

6   like that they wouldn't be a fit and they're denied.

7   Q.      Okay.  And why -- why wouldn't they be a fit

8   to be part of the execution team?

9   A.      Have you ever seen people that want to be a

10  part of something because they feel like that --

11  some have tried to use it for career advancement.

12  Some of them take it lightly and it's something that

13  I don't take lightly.  Some not mature-minded enough

14  based on what I see and observe, things of that

15  sort.

16  Q.      And how many -- how many people requested to

17  be part of the execution team?

18  A.      Over a period of time, I wouldn't know that

19  number.

20  Q.      Over the last -- since you were the warden.

21  A.      That have requested?

22  Q.      To be part of the execution team.

23  A.      I don't know an exact number, but if I had to

24  say a number -- I wouldn't know the exact number.

25  Q.      Is it about 50?  Is it about 10?
```

Case 3:18-cv-01234-B Document 184-20 tiled 56/17/22 s Page (145) 592 Page3D #: 8676
ELITE B Documenend 184220 tiled Se/17/22 sPage (145) 592 Page3D #: 8676
www.EliteReportingServices.com

```
 1    A.      No, not 50.  I would say around 10 maybe.

 2    Q.      Okay.

 3    A.      10, 11, 12.

 4    Q.      And what openings did you have on the

 5    execution team?  What positions were you trying to

 6    fill?

 7    A.      We don't fill certain positions.  When you

 8    become part of the team, you learn every role in

 9    that team.  You may be this today and you may have

10    to do this tomorrow.  We cross-train and require

11    everybody to know what everybody do.

12    Q.      Okay.  So just so I'm clear, so the -- an IV

13    team member could be an EMT member?

14    A.      No --

15    Q.      Okay.

16    A.      -- no.  I apologize.  That's a different

17    individual.

18    Q.      Okay.

19    A.      I was basically requiring -- specifying what

20    we call our security team.

21    Q.      Okay.

22    A.      That's -- no, IV, that's a whole different

23    team.  That's a whole different thing.

24    Q.      Okay.  So maybe I'm confused and I'm not

25    asking good enough questions.  The IV team and the
```

Case 3:18-cv-01234-B Document 184-20 filed 05/17/22 Page 35 of 352 PageID #: 8637
Elite Reporting Services (615) 595-0073
www.EliteReportingServices.com

```
1    EMTs, that whole team, the actual execution team
2    with the executioner, have any of those roles been
3    filled while you were warden?
4    A.      Executioner, no.  IV team, one.
5    Q.      And why was the role of an IV team member
6    filled while you were the warden?
7    A.      Approximately I'd say three months ago we had
8    a death, one of our EMTs, which is the IV team, and
9    his position had to be filled.
10   Q.      So the EMTs in the protocol are also the IV
11   team members?  Is that what you're saying?
12   A.      Correct.
13   Q.      Okay.  How do you decide who's going to be --
14   who's going to fill that role as EMT/IV team member?
15   A.      The one position that was filled, we took a
16   recommendation from the current IV team members,
17   individuals were brought in, interviewed by myself
18   with my supervisor present, credentials looked at,
19   make sure everything was in order.
20   Q.      And what credentials did you look at?
21   A.      License, background check, recommendations
22   from the person that recommended them.  And then
23   it's cleared with our legal team.
24   Q.      And what was the last part?  I apologize.
25   A.      Cleared with our legal team.
```

```
 1   Q.      What license do you look at?

 2   A.      Medical.

 3   Q.      Okay.  What type of medical license are we

 4   talking about?

 5   A.      Well, if they're an EMT or nurse, they would

 6   have to have a license in order to fulfill their job

 7   duties.  And their license have to be in good

 8   standing.

 9   Q.      And are --

10   A.      Medical license.

11   Q.      I apologize.  And these are all prison guards

12   as well?

13   A.      No.

14   Q.      Okay.  But they all work at TDOC?

15   A.      No.

16   Q.      Oh, they don't?

17   A.      No.

18   Q.      So the IV team members don't have to work at

19   TDOC as their permanent job?

20   A.      Correct.

21   Q.      Okay.  Just so I'm clear, some of -- is

22   everybody on the IV team, are they not employees of

23   TDOC outside of their role in the execution?

24   A.      Correct.

25   Q.      Okay.  So you bring these people from outside
```

Elite Reporting Services  (615) 595-0073
www.EliteReportingServices.com

```
 1   of TDOC to work on the execution?

 2   A.     Correct.

 3   Q.     Okay.  Is that -- does that include the

 4   executioner?

 5   A.     No.

 6   Q.     Okay.  But it includes the IV team?

 7   A.     Correct.

 8   Q.     And the EMTs, who you said are the IV team,

 9   right?

10   A.     Correct.

11   Q.     Okay.  Does it include the recorder?

12   A.     No.

13   Q.     Okay.  Does it include the drug procurer?

14   A.     No.

15   Q.     Okay.  The person who procures the drugs also

16   works at TDOC?

17   A.     Correct.

18   Q.     Okay.  And are they paid to be part of the

19   execution team?

20   A.     "They"?

21   Q.     They, I apologize.  Is -- are the members of

22   the IV team paid to be part of each execution?

23   A.     They're paid to perform a duty, yes.

24   Q.     Right.  And how much are they paid?

25   A.     That I don't know off the top of my head.
```

Elite Reporting Services
www.EliteReportingServices.com
(855) 591-1903

```
 1    Q.     Okay.  But do you have to -- as the warden of
 2    Riverbend, do you have to approve whatever they're
 3    paid?
 4    A.     No.
 5    Q.     Okay.  Who does that?
 6           MR. SUTHERLAND:  I'm going to object
 7    under the protective order and instruct the warden
 8    not to answer who pays the people that participate
 9    in an execution.
10    BY MR. KURSMAN:
11    Q.     Okay.  Are they paid for coming to TDOC for
12    trainings?
13    A.     They are.
14    Q.     Are they -- are they paid for reading the
15    protocol on their own?
16    A.     You have to define reading it on their own.
17    Q.     Sure.  So what I mean is there's the actual
18    executions.  There's scheduled trainings with the
19    executioners.
20           Do the IV team or the executioner read and
21    learn the protocol when they're not in these
22    trainings?
23    A.     No.
24    Q.     Okay.  So the only time that they're trained
25    on the protocol is when they're at these scheduled
```

Case 3:18-cv-01234-BDocument 184-20 Filed 06/17/22 Page 39 of 352 PageID #: 8681
E01234 B Deadwood Reporting Services (615) 595-0073
www.EliteReportingServices.com

1    trainings?

2    A.      Correct.

3    Q.      Okay.  Do they bring the protocols home with

4    them, do you know?

5    A.      No.

6    Q.      Okay.  So they leave the protocol, which I'll

7    show you in a minute, but they leave the protocol at

8    TDOC?

9    A.      At the facility.

10   Q.      At the facility.

11   A.      Correct.

12   Q.      Okay.  So the group of people who come in who

13   aren't employees of TDOC, and these are the members

14   of the execution team that we're talking about now,

15   they come to these trainings and they're given the

16   protocol at the trainings?  Is that how it works?

17   A.      When you say "members of the execution team,"

18   now you're including everyone.

19   Q.      Yeah, I apologize.  When I'm talking right

20   now and saying "members of the execution team," all

21   I'm talking about is the IV team and the EMTs, who

22   are one and the same.  They come and they're just

23   given the protocol at that time?

24   A.      Correct.

25   Q.      Okay.  Is the physician there as well who --

Case 3:18-cv-01234-B Document 184-20 Filed 03/17/22 Page 40 of 352 PageID #: 8682
EliteReportingServices.com
www.EliteReportingServices.com   (405) 595-9960

```
 1   who works on the -- with the executioners?
 2   A.      Not every time.
 3   Q.      Okay.  Do you know how much they're paid
 4   hourly?
 5   A.      I do not.
 6   Q.      Okay.  And are you the person who's
 7   responsible for training the EMTs/the IV team
 8   members for an execution?
 9   A.      Define "training."
10   Q.      Leading these scheduled trainings.
11   A.      I do lead the trainings.
12   Q.      Do you make sure that they understand what is
13   said in the protocol?
14   A.      Yes.
15   Q.      Okay.  Is there a reason that you don't give
16   them the protocol to bring home with them?
17   A.      I don't give anyone the protocol to take home
18   with them.
19   Q.      And what is the reason for that?
20   A.      I keep it as confidential as possible.
21   Q.      Okay.  Why?
22   A.      I just don't want it in anyone's hands
23   outside the facility.
24   Q.      Okay.  Is the -- are you aware that the
25   protocol has been filed in federal district court --
```

```
 1   A.      I am.
 2   Q.      -- so it's a public document?
 3   A.      I am.
 4   Q.      So is there a reason that you wouldn't want
 5   the people who are conducting the executions to know
 6   exactly what it says?
 7   A.      It's not that I don't want them to know what
 8   it says, I just don't let them leave the facility
 9   with it.
10   Q.      And do you think they have a thorough
11   understanding of the protocol, everybody on --
12                   MR. SUTHERLAND:  Object to the form.
13   BY MR. KURSMAN:
14   Q.      -- the execution team?
15                   MR. SUTHERLAND:  You can answer.
16                   THE WITNESS:  I don't know what they're
17   thinking -- they have to think for themselves -- but
18   I would hope that they do.
19   BY MR. KURSMAN:
20   Q.      Okay.  Do you give them a test on the
21   protocol?
22   A.      I do not.
23   Q.      Does anybody test them on the protocol?
24   A.      That I would not know.
25   Q.      Okay.  You wouldn't know whether anybody
```

Case 3:18-cv-01234-BJD-PDB Document 184-20 Filed 03/17/22 Page 42 of 352 PageID #: 8684
ELITE B Deposition Reporting Services (425) 591-0003
www.EliteReportingServices.com

```
 1   tests the execution team on the protocol?

 2   A.      I wouldn't -- I would not know that, but...

 3              (WHEREUPON, the above-mentioned

 4   document was presented, previously marked as

 5   Exhibit Number 1.)

 6   BY MR. KURSMAN:

 7   Q.      Okay.  Let's turn to Exhibit 1, which is in

 8   front of you in that packet.

 9           And have you seen Exhibit 1 before?

10   A.      I'm sorry?

11   Q.      Have you seen Exhibit 1 before?

12   A.      I have.

13   Q.      Okay.  And is this the current TDOC

14   procedures for planning and carrying out the

15   execution of prisoners?

16   A.      It is.

17   Q.      Okay.  And if I refer to it as "the

18   protocol," will you understand what I'm talking

19   about?

20   A.      I will.

21   Q.      Okay.  How are you aware of the protocol?

22   A.      I'm aware of the protocol -- when I first

23   became part of the execution team, I had to review

24   it as well.

25   Q.      And is that when you were what is now
```

ELITE Court Reporting Services (615) 595-0073
www.EliteReportingServices.com

```
 1   referred to as associate warden?
 2   A.     Correct.
 3   Q.     Okay.  And when you were in that position
 4   that I'll call associate warden, did you attend all
 5   of the trainings?
 6   A.     I did.
 7   Q.     Okay.  And did the warden at that time attend
 8   all of the trainings?
 9   A.     Best of my recollection, yes.
10   Q.     Okay.  And now that you're the warden, do you
11   attend all the trainings?
12   A.     Best of my recollection, I've attended all
13   except for two.
14   Q.     Which two did you not attend?
15   A.     I had COVID.
16   Q.     Okay.
17   A.     And my sister passed.
18   Q.     I'm sorry to hear that.
19          When you weren't able to attend those
20   trainings, did the associate warden take over in
21   your duties?
22   A.     Yes, he did.
23   Q.     Okay.  So could we turn to -- let me ask you
24   this:  How long has this current protocol been in
25   place, if you know?
```

Case 3:18-cv-01234-B Document 184-20 Filed 03/17/22 Page 44 of 352 PageID #: 8696
Elite Reporting Services
www.EliteReportingServices.com

```
 1    A.     This current one has a revision date, lower
 2    left, July 5th, 2018.
 3    Q.     And were you the warden at that time?
 4    A.     I was.
 5    Q.     So you were the warden for a protocol before
 6    this and also for the new protocol?
 7    A.     Correct.
 8    Q.     Okay.  Did you help create this protocol?
 9    A.     Did not.
10    Q.     Okay.  You didn't write any of the sections
11    in this protocol?
12    A.     None.
13    Q.     Okay.  Did anybody come to you and say,
14    "Warden Mays, does this make sense?"
15    A.     No.
16    Q.     Okay.  So you didn't give your stamp of
17    approval on any section of the protocol?
18    A.     No.
19    Q.     Okay.  Do you know if the instructions in the
20    protocol are mandatory?
21    A.     I will say it is our protocol and that's what
22    we go by.
23    Q.     Okay.  So does that -- is that a "yes," that
24    they are mandatory?
25    A.     That is a "yes."
```

Case 3:18-cv-01234-B Document 184-20 Filed 03/17/22 Page 45 of 352 PageID #: 8687
**Elite Reporting Services** (615) 595-0073
www.EliteReportingServices.com

```
 1   Q.     Okay.  So if you wanted to deviate from the
 2   protocol, what would you do?
 3   A.     I don't deviate.
 4   Q.     Okay.  Can anybody decide to deviate from the
 5   protocol?
 6   A.     That I would not know.
 7   Q.     Could the commissioner deviate from the
 8   protocol?
 9   A.     That I would not know.
10   Q.     Okay.
11          MR. SUTHERLAND:  Object to the form.
12   BY MR. KURSMAN:
13   Q.     Can the executioner deviate from the
14   protocol?
15          MR. SUTHERLAND:  Object to the form.
16   BY MR. KURSMAN:
17   Q.     You can answer.
18   A.     No.
19   Q.     Okay.  Can the IV team deviate from the
20   protocol?
21          MR. SUTHERLAND:  Object to the form.
22          THE WITNESS:  No.
23   BY MR. KURSMAN:
24   Q.     Can the drug procurer deviate from the
25   protocol?
```

```
 1              MR. SUTHERLAND:  Object to the form.
 2              THE WITNESS:  That I would not know.
 3  BY MR. KURSMAN:
 4  Q.    Okay.  And what would you do as the warden if
 5  someone deviated from the protocol?
 6  A.    When I have jurisdiction at the site doing
 7  training purposes, doing an actual procedure, I'm
 8  there.  And if I observe a deviation during
 9  practices, I will probably make mention afterwards.
10  During actual situations, and thank God we haven't
11  had to do that, I would call it right then.
12  Q.    And what if there's a deviation during an
13  actual execution?  What would you do?
14  A.    I don't know, I've never had to do it.
15  Q.    Okay.  So while you've been warden, have you
16  ever noticed a deviation from the protocol?
17  A.    In what --
18              MR. SUTHERLAND:  Object to the form.
19  BY MR. KURSMAN:
20  Q.    You can answer.
21  A.    In what form?
22  Q.    Have you ever noticed the executioner deviate
23  from the protocol?
24  A.    I haven't.
25  Q.    Have you ever noticed the IV team deviate
```

Case 3:18-cv-01234-B Document 134-20 Filed 03/17/22 Page 47 of 352 PageID #: 8659
EliteReportingServices (415) 592-9300
www.EliteReportingServices.com

1    from the protocol?

2    A.    No.

3    Q.    Have you ever noticed the drug procurer

4    deviate from the protocol?

5    A.    That I would not know.

6    Q.    Okay.  So you have never noticed the drug

7    procurer deviating from the protocol?

8    A.    That I would not know whether a deviation was

9    there or not.

10   Q.    My question is only have you noticed it, not

11   whether the drug procurer has.

12   A.    No.

13   Q.    Have you noticed?

14   A.    No.

15   Q.    Okay.  And if somebody decided that a

16   deviation needed to happen in the protocol to go

17   forward with an execution or to store things or to

18   make sure that something went smoothly with the

19   execution procedure, who would they go to to say,

20   "We need to deviate from this protocol?"

21          MR. SUTHERLAND:  I'm going to object to

22   the form and object to the identification, I mean,

23   within the question.

24   BY MR. KURSMAN:

25   Q.    And I apologize.  Without revealing any

Case 3:18-cv-01234-B Document 184-20 Filed 03/17/22 Page 48 of 352 PageID #: 8690
ELITE B Document 184-20 the Reporter Services (615) 595-0073
www.EliteReportingServices.com

```
 1    identities, who would they go to to ask to deviate

 2    from the protocol?

 3              MR. SUTHERLAND:  Objection, form.

 4              You can answer.

 5              THE WITNESS:  It would be above me.

 6    BY MR. KURSMAN:

 7    Q.    Okay.

 8    A.    That I would not know.

 9    Q.    And if that person above you gave someone the

10    approval to deviate from the protocol, do you think

11    they would notify you that they were going to

12    allow --

13              MR. SUTHERLAND:  Objection to the form.

14    BY MR. KURSMAN:

15    Q.    -- a deviation from the protocol?

16    A.    Yes.

17    Q.    Okay.  Do you know what was relied on to

18    create the protocol?

19    A.    No.

20    Q.    Do you know who created the protocol?

21              MR. SUTHERLAND:  I'm going to object to

22    the identities of people other than the named

23    defendants.

24    BY MR. KURSMAN:

25    Q.    And you can answer without revealing any
```

```
 1   identities.  And it was just a yes or no question --
 2   A.      No.
 3   Q.      -- what -- okay.
 4           And I think you said this before, but were
 5   you asked to consult about the creation of the
 6   protocol?  Meaning did they ask you your opinion --
 7   the people that created this protocol, did they ask
 8   you your opinion about any section in the protocol?
 9   A.      No.
10   Q.      Do you think, as the warden, you should have
11   been asked --
12               MR. SUTHERLAND:  Object to the form.
13   BY MR. KURSMAN:
14   Q.      -- about things within the protocol?
15   A.      It is my duty to carry it out, not to say how
16   it is to be carried out.  And that would be a no.
17   Q.      Okay.  So in front of you you have Exhibit 1.
18   Do you want to take a minute to look through it
19   today?
20   A.      I'm good.
21   Q.      Okay.  And when was the last time you
22   reviewed this document?
23   A.      12, 14 hours ago.
24   Q.      Okay.  And did you read the full protocol
25   front to back?
```

```
 1    A.      No.
 2    Q.      Okay.  What did you read 12 to 14 hours ago
 3    when you were looking at the protocol?
 4    A.      Just certain sections of it, none to be in
 5    particular, just glanced through it.
 6    Q.      Okay.  Which sections do you remember looking
 7    at?
 8    A.      It would begin with page 1, and, like I said,
 9    I can't recall.  I just thumbed through it.
10    Wherever I landed, I just read it.
11    Q.      Okay.  And do you know why you did that?
12    A.      It's always good to refresh.
13    Q.      Have you ever read the entire protocol in its
14    entirety?
15    A.      I have.
16    Q.      When was -- when was the last time you did
17    that?
18    A.      I can't recall exact date.  It was probably
19    sometime this year.
20    Q.      Okay.  And when reading the protocol, did you
21    ever have any questions about what things meant?
22    A.      It's pretty clear.
23    Q.      So is that a "no"?
24    A.      That's a "no."
25    Q.      Okay.
```

```
 1    A.      Sorry.

 2    Q.      And did you ever take any notes on the

 3    protocol and ask questions to any of the

 4    executioners about what things may mean in the

 5    protocol?

 6    A.      Take notes and ask the executioner?

 7    Q.      Yeah, meaning -- and I apologize.  It's a

 8    poorly worded question.  Meaning did you ever look

 9    at the protocol and say, "I don't understand what

10    this term means.  Let me ask the execution team what

11    they think it means"?

12    A.      We may ask questions even though we

13    understand.  We do confer with each other.

14    Q.      Okay.  So describe to me how you would confer

15    with each other even though you do understand.

16    A.      Sometimes me as a person, myself, only

17    speaking about myself, I may know something but just

18    ask someone just to see if I can get a clearer

19    understanding, even though I already understand what

20    it says.

21    Q.      And you've done that in regards to this

22    protocol?

23    A.      Not -- yes, parts of it, not all of it.

24    Q.      Do you remember which parts of that you've

25    done to this protocol?
```

Case 3:18-cv-01234-B Document 184-20 Filed 06/17/22 Page 52 of 352 PageID #: 8594
ELITE REPORTING Services (615) 595-0073
www.EliteReportingServices.com

```
 1   A.      I do not.  That's a "no."
 2   Q.      Has there ever been a time where your
 3   understanding of the protocol was different from
 4   someone else's understanding of the protocol?
 5   A.      May have been.  That's a "yes."
 6   Q.      Okay.  Do you remember when?
 7   A.      I do not.
 8   Q.      Do you remember what provisions in the
 9   protocol where your understanding was different than
10   someone else's?
11   A.      Not -- that's a "no."
12   Q.      Okay.  And what would you do if your
13   understanding of the protocol was different from
14   somebody else's understanding of the protocol?  How
15   would you resolve those differences?
16   A.      Discussing an understanding.
17   Q.      Okay.  Would you bring it to the people who
18   created the protocol?
19   A.      Yes.
20   Q.      Have you done that?
21   A.      No.
22   Q.      Okay.  Have you asked the people who created
23   the protocol to define any terms in the protocol?
24   A.      No.
25   Q.      Okay.  Has any members of the execution
```

Case 3:18-cv-01234-B  Document 1842-20  Filed 03/17/22  Page 53 of 352  PageID #: 8695
ELITE B Document Reporting Services (615) 595-0073
www.EliteReportingServices.com

1    team -- and when I say the execution team, I mean

2    the entire execution team now.  Has any members of

3    the execution team ever went to the creators of the

4    protocol to ask them to define terms in the

5    protocol?

6              MR. SUTHERLAND:  Objection to the form.

7              THE WITNESS:  I can't speak about

8    members of the execution team, what they would do

9    outside of my knowledge, so I guess that would be a

10   "no."

11   BY MR. KURSMAN:

12   Q.    If any members of the execution team had

13   questions about the protocol, would they go to you?

14   A.    They --

15             MR. SUTHERLAND:  Objection to the form.

16             You can answer.

17             THE WITNESS:  They should.

18   BY MR. KURSMAN:

19   Q.    Okay.  And then would it be your

20   responsibility to go to people higher up than you?

21   A.    Yes.

22   Q.    Okay.  I'm just trying to get a clear

23   understanding of how the prison operations work.

24   Does it work that people under you who report to you

25   aren't supposed to go over your head to get answers?

Elite Document Reporting Services
www.EliteReportingServices.com

```
 1    A.     Yes.

 2    Q.     Okay.  Okay.  Do you know who authorized the

 3    State to conduct executions under this protocol?

 4              MR. SUTHERLAND:  Yeah, I'm going to

 5    object to the identity or any person that's not a

 6    named party under the protective order.

 7              THE WITNESS:  Define your question,

 8    please.

 9    BY MR. KURSMAN:

10    Q.     Sure.  And I'm sorry.  Meaning do you know if

11    this was authorized by the governor?  If this was

12    authorized by TDOC's general counsel?  Just in

13    general terms, when you got this protocol, without

14    identifying any names, do you know where this

15    protocol came from?

16    A.     I do not, no.

17    Q.     Okay.  And do you know if the State is

18    allowed to conduct executions using any other

19    methods?

20    A.     Yes.

21    Q.     Okay.  And what are those methods?

22    A.     Other than lethal injection would be

23    electrocution.

24    Q.     Okay.  How about other than the current

25    lethal injection method, the three drugs prescribed
```

Case 3:18-cv-01234-B Document 184-20 Filed 03/17/22 Page 55 of 352 PageID #: 8597
ELITE Reporting Services
www.EliteReportingServices.com

1    by this protocol?

2    A.      Not that I know of.

3    Q.      Okay.  And have you received any other

4    trainings for executions aside from what is in this

5    protocol?

6    A.      Training, no.

7    Q.      Do you do trainings for electrocutions?

8    A.      Yes.

9    Q.      Okay.  And is the same team that conducts the

10   trainings for the lethal injection protocol, is that

11   the same team that is involved in the electrocution

12   protocol?

13   A.      Yes.

14   Q.      Okay.  Is it all the same people?

15   A.      Yes.

16   Q.      Okay.  Are the members of the IV team also

17   involved in the electrocution protocol?

18   A.      No.

19   Q.      Okay.  So who is part of the electrocution

20   protocol, without disclosing any names?  All I'm

21   looking for is titles.

22   A.      Everyone, to exclude the IV team.

23   Q.      Okay.  And do you -- does the execution team

24   ever practice for a one-drug protocol?

25   A.      No.

Case 3:18-cv-01234-B Document 184-20 filed 03/17/22 Page 56 of 352 PageID #: 8598
EliteReportingServices
www.EliteReportingServices.com

1   Q.     Okay.  Have you ever attended any one-drug

2   protocol trainings?

3   A.     No.

4   Q.     Okay.  So as your time as associate warden

5   and warden, you've only attended execution protocols

6   for the three-drug current execution protocol --

7   execution trainings?  I'm sorry.  Let me -- let me

8   ask that question again.

9          As your time at TDOC as both the associate

10  warden and the warden, has every training that

11  you've attended only been for the current

12  three-drug execution protocol?

13  A.     To include electrocution?

14  Q.     Oh, I apologize.  And electrocution as well?

15  A.     Correct.

16  Q.     Okay.  So let's go to page 6 in the protocol.

17  Let me know when you get there.

18         And do you -- do you see at the very bottom,

19  the last two sentences say, "This manual explains

20  the procedures for lethal injection.  It will be

21  reviewed annually or as needed by a designated

22  panel."

23         Do you see that?

24  A.     I do.

25  Q.     Are you on that panel?

Case 3:18-cv-01234-B Document 184-20 Filed 03/17/22 Page 57 of 352 PageID #: 8659
ELITE Deeinwood Reporting Services (615) 595-0073
www.EliteReportingServices.com

```
 1   A.      No.

 2   Q.      Okay.  Without disclosing any names, do you

 3   know who's on that panel?

 4   A.      No.

 5   Q.      Okay.  Do you know if the protocol has been

 6   reviewed by anyone since 2018?

 7   A.      For revision purposes?  Or just reviewed?

 8   Q.      For revision purposes.

 9   A.      No.

10   Q.      Okay.  How about do you know if the protocol

11   has been reviewed by this panel that we're

12   discussing right now?  Do you know if the protocol

13   has been reviewed by this panel since 2018?

14   A.      For revision or just reviewed?

15   Q.      Just reviewed.

16   A.      I wouldn't know that.

17   Q.      Okay.  Let's go to page 1 of the -- turn back

18   to page 1 of Exhibit 1.  And let me know when you

19   get there.

20   A.      Page 1 of...

21   Q.      Exhibit 1, so just a few pages back.

22   A.      Okay.

23   Q.      Do you see at the very bottom it says -- the

24   last paragraph says, "It will be used as a guideline

25   for the Warden to assure that operational functions
```

Elite Reporting Services
www.EliteReportingServices.com

```
 1    are properly planned with the staff who have

 2    designated responsibilities in performing a

 3    judicially ordered execution by lethal injection."

 4          What does that paragraph mean to you?

 5    A.    That this manual, this protocol, is used as a

 6    guideline for us to carry out an execution

 7    effectively.

 8    Q.    And what does the term "guideline" mean to

 9    you?

10    A.    "Guideline" to me means they give you

11    something to go by.

12    Q.    And you would have to follow that guideline?

13    Is that -- is that what it means?

14    A.    Correct.

15    Q.    Okay.  And do you see that it says, "For the

16    warden to assure that operational functions are

17    properly planned with the staff"?

18    A.    I do see that.

19    Q.    How do you ensure that operational functions

20    are properly planned?

21    A.    Very carefully, practices, rehearsals.

22    Q.    And are you the one who's overseeing the

23    execution team in all of the practices aside from

24    the two that we just mentioned?

25    A.    I am.
```

Elite Reporting Services • (615) 595-0073
www.EliteReportingServices.com

```
 1   Q.     Okay.  And are you the one who is overseeing

 2   the entire execution team during an actual

 3   execution?

 4   A.     I am.

 5   Q.     Okay.  And are -- so you're the one to ensure

 6   that the operational functions are followed in this

 7   protocol?

 8   A.     Correct.

 9   Q.     Okay.  Does anyone else oversee the execution

10   team aside from you?

11   A.     Define "oversee."

12   Q.     Does anybody else monitor the execution team

13   to make sure they're doing what the protocol

14   instructs them to do?

15             MR. SUTHERLAND:  He can answer if

16   there's a title, but without identifying anyone, if

17   there is a person.

18             THE WITNESS:  You talking about actual

19   rehearsal?

20   BY MR. KURSMAN:

21   Q.     I'm talking about both the rehearsal and an

22   execution.  And I apologize for not being clear.

23   Any time I'm asking for a name, I don't mean the

24   actual name, I just want the title --

25   A.     I understand.
```

Case 3:18-cv-01234-B Document 184-20 Filed 03/17/22  Page 60 of 352  PageID #: 8792
ELITE Reporting Services  (615) 595-0073
www.EliteReportingServices.com

```
 1   Q.     -- in the execution protocol.
 2             MR. SUTHERLAND:  Could you repeat the
 3   question, Alex?
 4             MR. KURSMAN:  Sure.
 5   BY MR. KURSMAN:
 6   Q.     Does anyone else oversee the execution team
 7   either during a rehearsal or during an execution,
 8   aside from you?
 9   A.     That would be a "yes."
10   Q.     Okay.  And by their title, who would that be?
11   A.     That would be, by the title, commissioner.
12   Q.     Okay.  So is the commissioner also in the
13   execution trainings?
14   A.     Yes.
15   Q.     Okay.  Has he attended every training as
16   well?
17   A.     No.
18   Q.     Okay.  How many trainings would you say he
19   attends?
20   A.     That I wouldn't know.
21   Q.     Okay.  But you are at those trainings too,
22   right?
23   A.     Other than the two I missed.
24   Q.     Right.  Do you think he's at at least half of
25   the trainings?
```

Elite Reporting Services (615) 595-0073
www.EliteReportingServices.com

```
 1    A.      That I wouldn't know.

 2    Q.      Okay.  Is he at the executions?

 3    A.      Yes.

 4    Q.      Okay.  And does he monitor you as well to

 5    make sure you're doing your job?

 6    A.      Yes.

 7    Q.      Okay.  So you monitor the entire execution

 8    team that's below you.  He then monitors the entire

 9    execution team as well but also includes you in that

10    monitoring --

11    A.      Correct.

12    Q.      -- is that right?

13    A.      Yes.

14    Q.      Okay.  Now, let's go to the top paragraph

15    of -- still on page 1.  And in the third line down

16    it says -- talking about the protocol it says, "It

17    contains a detailed listing of some of the duties

18    and responsibilities of certain key departmental

19    personnel."

20            Do you see that?

21    A.      I do.

22    Q.      Okay.  Are there any instructions that aren't

23    included in the protocol for the execution team?

24    A.      Not that I'm aware of, no.

25    Q.      Okay.  Do you see it says, "Some of the
```

Elite Reporting Services * (615) 595-0073
www.EliteReportingServices.com

```
 1    duties"?

 2    A.      I do.

 3    Q.      Okay.  Why doesn't it contain a detailed

 4    listing of all of their duties?

 5    A.      That I wouldn't know.

 6    Q.      Okay.  Are there any duties that any member

 7    of the execution team carries out that you know of

 8    that's not spelled out in the protocol?

 9    A.      No.

10    Q.      Okay.  And I think you said before that you

11    aren't aware of any other instructions for members

12    of the protocol to carry out an execution aside from

13    what's contained in the protocol, correct?

14    A.      Correct.

15    Q.      Okay.  So let's go to page 8 of Exhibit 1.

16            And do you see it says at the top

17    "Definitions"?

18    A.      Correct.

19    Q.      Okay.  And then do you see it lists all the

20    members of the execution team?  The sixth term.

21    A.      Six down?

22    Q.      Yeah.

23    A.      Yes.

24    Q.      Okay.  Without identifying any of these

25    people, do you know who all these people are?
```

Elite Reporting Services * (615) 595-0073
www.EliteReportingServices.com

```
 1    A.    Yes.

 2    Q.    Okay.  And is each role always filled by the

 3    same individual?

 4    A.    No.

 5    Q.    Okay.  And I think you described this before,

 6    but can you tell me exactly how that works that

 7    individuals perform different roles at different

 8    practices or different executions?

 9    A.    Escort officers, the last one in the

10    paragraph, escort officers may be different the next

11    practice than it was the practice before that were

12    possibly cross-trained.  Extraction team may vary,

13    cross-train.  And other than myself, allow the

14    associate warden of security to train in what I do,

15    that's basically it.

16    Q.    And when you say the extraction team or the

17    escort officers may change, do you just mean they

18    may -- the same people, like an escort officer may

19    become an extraction officer?  Or do you mean that

20    people outside of the execution team may come in?

21    A.    No, the first.

22    Q.    Okay.  Okay.  Do you know if every execution

23    team member, without identifying who they are, has

24    previous execution experience?

25    A.    That I wouldn't know.
```

```
1    Q.    Okay.  How about the most recent IV team
2    member that was recently hired?  Does that person
3    have previous execution experience?
4    A.    That I wouldn't know.
5    Q.    Did you hire that person?
6    A.    I did.
7    Q.    Okay.  And you said you checked that person's
8    background?
9    A.    I did.
10   Q.    And you interviewed that person?
11   A.    I did.
12   Q.    You didn't ask them whether they had prior
13   execution experience?
14   A.    I did.
15   Q.    And did they tell you whether they did?
16   A.    They did not.
17   Q.    Okay.  They -- you asked them whether they
18   had prior execution experience?
19   A.    Correct.
20   Q.    And what was their answer?
21   A.    They did not.
22   Q.    Oh, they do not.  Okay.
23         So this member of the execution team, at
24   least one member, one IV team member, has no prior
25   execution experience?
```

Case 3:18-cv-01234-B Document 184-20 Filed 05/17/22 Page 65 of 352 PageID #: 8707
Elite Reporting Services
www.EliteReportingServices.com

```
 1    A.      According to her verbal testimony.

 2    Q.      Okay.  Does any other member of the execution

 3    team not have prior execution experience?

 4    A.      We have new members since the last execution

 5    that wasn't involved in one.

 6    Q.      Okay.  How many new members do you have?

 7    A.      Probably about three to four members.

 8    Q.      And these are members of the extraction team

 9    or of the escort team?

10    A.      Correct.

11    Q.      Okay.  And why do you have new members?

12    A.      Members have moved on.

13    Q.      Okay.  Meaning they no longer work at TDOC?

14    A.      They no longer work at TDOC or no longer want

15    to be a part of the team.

16    Q.      Okay.  And do you offer mental health

17    counseling to these members of the execution team?

18    A.      Yes.

19    Q.      Okay.  And do they take that counseling?

20            MR. SUTHERLAND:  Objection to the form.

21            THE WITNESS:  To the best of my

22    recollection, my memory, I am not aware of any that

23    have accepted any counseling session.

24    BY MR. KURSMAN:

25    Q.      Okay.  And have you accepted any counseling
```

Case 3:18-cv-01234-B Document 184-20 Filed 03/17/22 Page 66 of 352 PageID #: 8768
EliteReporting Services (615) 595-0073
www.EliteReportingServices.com

1    sessions for your role in executions?

2    A.    No.

3    Q.    Okay.  Why do you think no one from the

4    execution team has accepted any mental health

5    counseling for their role in the executions?

6              MR. SUTHERLAND:  Objection to the form.

7              You can answer.

8              THE WITNESS:  I would say within the

9    facility that we offer no one have because I

10   probably would know, unless they wanted to keep it

11   confidential within themselves.  Outside the

12   facility, I would not know.  But I don't know of

13   anyone that have asked or received any mental health

14   counseling.

15   BY MR. KURSMAN:

16   Q.    Okay.  My question, though, is why?  Why do

17   you think everybody has declined?

18              MR. SUTHERLAND:  Same objection.

19              THE WITNESS:  That I wouldn't know.

20   BY MR. KURSMAN:

21   Q.    Okay.  Let's turn to page 10 of the protocol.

22        And do you see this is a blueprint of what

23   appears to be rooms of the execution chamber and

24   then rooms surrounding the execution chamber?

25   A.    Yes.

Case 3:18-cv-01234-B Document 184-20 Filed 56/17/22 Page 67 of 352 PageID #: 8759
Elite Reporting Services (615) 595-0073
www.EliteReportingServices.com

```
 1    Q.     Is that how you would describe this
 2    blueprint?
 3    A.     Yes.
 4    Q.     Okay.  And have you seen this blueprint
 5    before today?
 6    A.     Yes.
 7    Q.     Okay.  When was -- when was the last time you
 8    reviewed this?
 9    A.     The last time that I reviewed this layout?
10    Q.     The blueprint, yep.
11    A.     I've glanced at it, but just studied it?
12    Probably yesterday.
13    Q.     Okay.  And can you explain to me who is where
14    during an execution?  Meaning without identifying
15    any names, just the role of each person during an
16    execution, where they are in each of these rooms.
17    A.     Excuse me.  And when you say "during the
18    execution," there's different points.
19    Q.     Right.  So could you go through that entire
20    thing?
21    A.     The preparation?
22    Q.     All of it.  So we could start with
23    preparation, then bringing the inmate in, then
24    preparing the inmate for the IVs, then injecting the
25    drugs, just one by one if you could let me know
```

Elite-Brentwood Reporting Services (615) 595-0073
www.EliteReportingServices.com

1    where everybody is and where everybody goes.

2    A.      Okay.  I will start with myself and associate

3    warden of security, prior to -- and this will take a

4    while.

5    Q.      Sure, take your time.

6    A.      Prior to -- I'll try to make it short --

7    myself, the associate warden of security, one of

8    the -- what we call the gurney persons, one of the

9    escort persons will be in the gurney room -- that's

10   where you see the bed -- at the 7:00 hour.  We'll

11   start from there.

12          You see the execution chamber sallyport?

13   Okay, if you leave the gurney room, go through the

14   left door, that's an execution chamber sallyport.

15   Once you enter that, there's a door to the right.

16   And you enter a room that is not labeled.  That's

17   where the rest of the extraction team are located

18   at the 7:00 hour.

19          Where you see the lethal injection

20   executioner's room, that will be right to the

21   gurney room, the door that swings inward.  That's

22   where the IV team and the assistant commissioner is

23   located, the doctor is located.

24          Inside that lethal injection execution room,

25   if you go right and the door that swings inward

ELITE Reporting Services  *  www.EliteReportingServices.com
www.EliteReportingServices.com

1    where that arrow actually spells out the lethal
2    injection execution room.  That's where the
3    executioner is located.
4         The condemned -- which you probably know
5    that, if you go into the death watch area to your
6    extreme left, the death watch area, that broad
7    area, Cell 1 is where the condemned will be
8    located.
9         Death watch area, the wide area, the room to
10   the left, which is the control room, if you can see
11   that, the door swings inward.  That's where the
12   recorder is located.
13        That's where the -- what we call our IT
14   team, but they defined them as ITS, they're located
15   in that room where the cameras, monitors, controls
16   are located in that room.
17        The death watch team is also in the death
18   watch area, be two correctional officers, one
19   lieutenant.
20        The facility maintenance supervisor, during
21   a lethal injection, will be located inside that
22   room as well, that room being the death watch
23   control room.  During an electrocution procedure,
24   that individual will actually be inside the
25   execution chamber.

```
 1          I think that gets everybody.

 2   Q.     Okay.  And once the execution begins to

 3   proceed, then where does everybody go?

 4   A.     Proceed as in...?

 5   Q.     Meaning you have the -- at this point, as I

 6   understand it, the inmate is still in Cell 1?

 7   A.     Okay.

 8   Q.     Okay.  What about once the inmate is taken

 9   from Cell 1?  Well, let's start with this.  Where

10   does the inmate go after he's in Cell 1?

11   A.     7:00 hour, myself, the AW, and the gurney man

12   would leave the execution chamber, proceed through

13   execution chamber sallyport, proceed into death

14   watch area with the extraction team following

15   behind.  We proceed into that chamber.  I proceed to

16   Cell 1.  The condemned is removed from Cell 1,

17   placed on the gurney in that area, rolled from that

18   area back into the execution chamber.

19   Q.     Okay.  So let me stop you there.  When you

20   say he's placed on the gurney in that area, does

21   that mean he's placed on the gurney in the death

22   watch area?

23   A.     That is correct.

24   Q.     Okay.  And who rolls him back into the

25   execution chamber?
```

Elite Reporting Services
www.EliteReportingServices.com

1    A.    The same individual that pushes the gurney in
2    from the execution chamber.
3    Q.    And is he strapped down in the death watch
4    area or is he strapped down in the execution
5    chamber?
6    A.    He is strapped down in the death watch area.
7    Q.    Okay.  And is he strapped down any further
8    once he gets to the execution chamber or is -- are
9    the straps fully tightened in the death watch area?
10   A.    They are -- they are tightened in the death
11   watch area.  He's strapped with restraints, leg
12   restraints, cuffs still on him at the time.  Once he
13   leaves that area and get to the execution chamber,
14   the leg irons and restraints are removed and the
15   straps are checked again to make sure that he is
16   secured.
17   Q.    Okay.  And once he gets to the execution
18   chamber, who is in the execution chamber with him?
19   A.    Once he gets to the execution chamber,
20   myself, the associate warden of security, the
21   extraction team would be in that area at that time.
22   Q.    Okay.  And once you're all in that area, what
23   happens next?
24   A.    Of course, all the individuals that I did not
25   make mention of, his attorney, they can come in, and

```
 1    things of that sort.

 2    Q.    They can come into the execution chamber?

 3    A.    At that period.

 4    Q.    Okay.  While the inmate is strapped to the

 5    gurney, the inmate's attorneys can come into the

 6    execution chamber at that period?

 7    A.    Attorney.

 8    Q.    Attorney?

 9    A.    Uh-huh.

10    Q.    Okay.  Okay.  And then what is the next step

11    in the execution procedure?

12    A.    The next step, once the restraints are

13    removed, restraints being leg irons and handcuffs,

14    of course, the curtains and blinds are pulled, the

15    IV team would be brought into the room.

16    Q.    And who is now in the room now that the IV

17    team is in there?

18    A.    It's the IV -- myself, the associate warden

19    of security, IV team, one person from the extraction

20    team.

21    Q.    And what does the IV team do while they're in

22    the execution chamber?

23    A.    They come in to make preparation to insert

24    the IV.

25    Q.    Okay.  And do you oversee the IV team at this
```

Elite Reporting Services      (615) 595-0073
www.EliteReportingServices.com

1  point?

 2  A.     I don't oversee.  I'm there, but I'm

 3  watching.

 4  Q.     Okay.  And what are you watching for?

 5  A.     For anything.

 6  Q.     Okay.  What does "anything" mean?

 7  A.     I watch -- I watch a lot the emotions of the

 8  people in the room, the emotions of the condemned,

 9  the -- I watch everything, how they go about

10  applying the IV.  I just watch.

11  Q.     Okay.  And would you know if they were

12  establishing an IV site that deviated from the

13  protocol?

14  A.     I would not know.

15         MR. SUTHERLAND:  Objection to the form.

16  BY MR. KURSMAN:

17  Q.     Okay.

18         MR. SUTHERLAND:  You can answer.

19  BY MR. KURSMAN:

20  Q.     Now, once they establish that IV site, where

21  does the IV team go?

22  A.     Once they establish that IV site, they leave

23  and go back to the lethal -- go back into the room

24  where they left.

25  Q.     Okay.  And -- but they're -- at their point

Case 3:18-cv-01234-B Document 184-20 Filed 03/17/22 Page 74 of 352 PageID #: 8712
Elite Court Reporting Services (615) 595-0073
www.EliteReportingServices.com

1    they're in the lethal injection executioner's room?

2    A.    Not in the room, they're in that area.

3    Q.    Okay.  Right.  Okay.  And who is now in the

4    execution chamber?

5    A.    Once the IV is inserted, the only person in

6    there is myself and the associate warden of

7    security.

8    Q.    Okay.  And at this point are the blinds

9    raised or are they still drawn?

10   A.    They're still -- they're still drawn.

11   Q.    Okay.  And then once the IV is established,

12   what is the next thing that is pushed into the IV?

13             MR. SUTHERLAND:  Objection to the form.

14             THE WITNESS:  Other things have taken

15   place before -- you're talking about pushing,

16   inserting chemicals?

17   BY MR. KURSMAN:

18   Q.    Sure, yes.

19   A.    Okay.  Well, once everyone leaves the room

20   besides myself and the associate warden of security,

21   we ensure that audio is good, we ensure that

22   individuals that have left that room that has a

23   right to view are in place, that communication is

24   fed to my associate warden of security.  Once that

25   is in place, then he and I at the time raise the

Case 3:18-cv-01234-BJD-PDB   Document 184-20   Filed 06/17/22   Page 75 of 352 PageID #: 8737
Elite Reporting Services                                                                    (555) 555-0123
www.EliteReportingServices.com

1    blinds and open the curtains.

2    Q.    Okay.  So let me stop you there.  So where's

3    the physician at this point?

4    A.    The physician is still in the room with the

5    IV team.

6    Q.    Oh, the physician is not in the garage yet?

7    A.    Well, the garage is the outside area and the

8    protocol says the physician will be in the garage,

9    but the garage area -- you see that door goes out?

10   He may or may not be in the garage or he may be in

11   the room, either one.

12   Q.    Okay.  So the -- so there's an inmate on the

13   gurney.  The IV lines are established.  The

14   executioner, is he -- he's in the room with the

15   little arrow at this point?

16   A.    The lethal injection executioner's room.

17   Q.    Right.  And the IV team is in this room that

18   doesn't actually have a name for it, with all these

19   doors going in; is that right?

20   A.    Correct.

21   Q.    Okay.  And the physician is either in the

22   garage or he's in this room that doesn't have a

23   name?

24   A.    Yes.

25   Q.    Okay.  Can you see into the execution chamber

1    from this room that doesn't have a name?

2    A.    No.

3    Q.    Okay.  Can you see into the execution chamber

4    from the garage?

5    A.    No.

6    Q.    Okay.  Can you see into the execution chamber

7    from the lethal injection executioner's room?

8    A.    Yes.

9    Q.    Okay.  Are there video monitors in this room

10   that doesn't have a name?

11   A.    Repeat.

12   Q.    Are there TVs in this room that doesn't have

13   a name, or are the --

14   A.    No.

15   Q.    Okay.  So what is the IV team doing in this

16   room that doesn't have a name --

17            MR. SUTHERLAND:  Objection to the form.

18   BY MR. KURSMAN:

19   Q.    -- at this point?

20   A.    They're just sitting.

21   Q.    Okay.  And what is the physician doing in the

22   garage or either in this room that doesn't have a

23   name?

24            MR. SUTHERLAND:  Objection to the form.

25            You can answer.

Case 3:18-cv-01234-B Document 184-20 Filed 03/17/22 Page 77 of 352 PageID #: 8759
ELITE B Document 184-20 Filed 03/17/22 Page 71 of 352 PageID #: 8759
www.EliteReportingServices.com    (715) 592-0001

```
 1              THE WITNESS:  Either sitting or

 2    standing, one of the two.

 3    BY MR. KURSMAN:

 4    Q.    Okay.  And what is the executioner doing at

 5    this point?

 6              MR. SUTHERLAND:  Objection to the form.

 7              You can answer.

 8              THE WITNESS:  The executioner is

 9    monitoring.

10    BY MR. KURSMAN:

11    Q.    Monitoring what?

12    A.    He monitors -- at different points, depending

13    on what -- he's monitoring the condemned, he's

14    monitoring the IV lines, he's watching me, and the

15    whole nine yards.

16    Q.    Okay.  And can you see the executioner?

17    A.    I cannot.

18    Q.    So it is just a -- do you only see, like, a

19    mirror on his window?

20    A.    Yes.

21    Q.    Okay.  So he can see out but you can't see

22    in?

23    A.    Yes.

24    Q.    Okay.  Can you see out to any room at this

25    point when you're in the execution chamber?
```

```
 1    A.       Once the blinds and curtains are raised and
 2    pulled, I can see into -- to other rooms.
 3    Q.       Okay.  So what is the -- now that it's only
 4    you and the associate warden in the execution
 5    chamber with the inmate on the gurney, what is the
 6    next step in the execution process?
 7    A.       Once the curtains is pulled and the blinds
 8    are raised, from that same room, I call the
 9    commissioner to make sure that there hadn't been any
10    reprieves.  Once the commissioner give me
11    directions, then I approach the gurney, ask the
12    condemned for last words.  Once the condemned give
13    his last words, then the next process proceeds.
14    Q.       And describe that next process.
15    A.       Once the condemned has given his last words,
16    then I signal the executioner to proceed with
17    chemicals.
18    Q.       Okay.  And which chemicals do you signal him
19    to proceed with?
20    A.       The ones that listed in the protocol, the
21    three.
22    Q.       Okay.
23    A.       Begin with the midazolam.
24    Q.       Okay.  So you signal for the executioner to
25    proceed with the midazolam.  And what happens next?
```

Case 3:18-cv-01234-B Document 184-20 Filed 06/17/22 Page 79 of 352 PageID #: 8721
E01234 B Document 184-20 the Services Page 79 of 352 Page
www.EliteReportingServices.com

```
 1              MR. SUTHERLAND:  Objection to the form.
 2              THE WITNESS:  He proceeds.
 3  BY MR. KURSMAN:
 4  Q.     Okay.  And when you say "he proceeds," what
 5  does that mean?
 6  A.     That means he begin to insert midazolam into
 7  the lines.
 8  Q.     Okay.  How do you know when he's done
 9  inserting the midazolam into the lines?
10  A.     Once he have completed inserting midazolam
11  into the lines, he gives me a signal, it's a little
12  ball that he has, it's a window that you would be
13  able to see that comes from the lethal injection
14  executioner's room.  He opens that window, and he
15  places the ball on the outside to let me know that
16  he has completed with the insertion of the
17  midazolam.
18  Q.     Okay.  And once he sticks out that ball in
19  the execution chamber at this point, is it just you,
20  the associate warden, and the inmate in the
21  execution room?
22  A.     Yes.
23  Q.     Okay.  And once you see that ball, what do
24  you do?
25  A.     There's a waiting period.  I wait.
```

Case 3:18-cv-01234-B Document 184-20 Filed 56/17/22 Page 80 of 352 PageID #: 8732
Elite Reporting Services  (601) 555-0103
www.EliteReportingServices.com

```
 1    Q.    Okay.  How long do you wait?

 2    A.    Two minutes.

 3    Q.    Okay.  And after two minutes, what do you do?

 4    A.    Excuse me.  I perform what the manual or the

 5    protocol refers to as a conscious check once two

 6    minutes pass.

 7    Q.    I'm sorry, conscious check what?

 8    A.    Once two minutes pass.

 9    Q.    Okay.  And is anyone else, aside from you,

10    performing that consciousness check?

11    A.    Just myself.

12    Q.    Okay.  Is anyone overseeing that

13    consciousness check?

14    A.    Of course, my associate warden of security,

15    he can see it because he's standing next to me.

16    Q.    Okay.

17    A.    Of course, from the lethal injection room,

18    the executioner can see it because he can look

19    through the glass.

20    Q.    Okay.

21    A.    And he can actually see it on his monitor in

22    there as well.

23    Q.    Okay.

24    A.    And the commissioner can observe.

25    Q.    And where's the commissioner at this point?
```

Elite Reporting Services * (615) 595-0073
www.EliteReportingServices.com

```
 1   A.      He's not in this building.

 2   Q.      Okay.  How can he observe it?

 3   A.      By monitor.

 4   Q.      And at this point -- do you leave the room at

 5   any point?

 6   A.      Never.

 7   Q.      Okay.  So once you do this consciousness

 8   check, then what happens?

 9   A.      Once the consciousness check is done and I

10   make the determination that he's unconscious, then I

11   give signal to proceed with the next LICs.

12   Q.      And do you have training on determining what

13   you're calling unconscious?

14   A.      I have been trained, if you want to call it

15   trained, I have been addressed, shown how to perform

16   it.

17   Q.      Okay.  And without giving me any names, what

18   was the role of the person who showed you how to

19   perform a consciousness check?

20   A.      It was a doctor.

21   Q.      Okay.  And did this doctor tell you what to

22   look for to determine whether the inmate was

23   conscious or unconscious?

24   A.      Yes.

25   Q.      Okay.  Did you go -- did you discuss with the
```

Elite Court Reporting Services (615) 595-0073
www.EliteReportingServices.com

```
1    doctor different levels of sedation?

2    A.     Yes.

3    Q.     Okay.  Did you discuss with the doctor the

4    difference between being unresponsive or insensate?

5    A.     Yes.

6    Q.     Okay.  And do you know what the term

7    "unresponsive" means?

8    A.     Not alert.

9    Q.     Okay.  And do you know what the term

10   "sensate" means?

11   A.     It would be not fully alert.

12   Q.     Okay.  If I told you that "sensate" means the

13   ability to feel pain, did you and the doctor

14   describe -- discuss that a person can be

15   unresponsive to a touch but can still feel pain?

16   A.     Yes.

17   Q.     Okay.  And what did the doctor describe to

18   you about that?

19              MR. SUTHERLAND:  Object to the form.

20              THE WITNESS:  There is normal reactions

21   that the human body can have nerve-wise, flinching,

22   jerking, even when no one is touching them.  When

23   you can do certain things to an individual and if I

24   observe what I think that may be still alertness,

25   then that would lead me to believe that they're not
```

Case 3:18-cv-01234-B Document 184-20 Filed 06/17/22 Page 83 of 352 PageID #: 875
Elite Reporting Services
www.EliteReportingServices.com

1   fully unconscious.

2   BY MR. KURSMAN:

3   Q.    Okay.  So how do you decide that the inmate

4   is fully unconscious?

5   A.    Certain things I do, by calling their name at

6   a tone that I think it would alert a person.

7   Q.    Okay.  And could you do that right now?

8            MR. SUTHERLAND:  Object to the form.

9            THE WITNESS:  My name is Tony.  If I was

10  trying to alert, I would yell at a high voice

11  high-pitched voice, my name.

12  BY MR. KURSMAN:

13  Q.    Okay.  Could you do that, though, right now

14  for us?

15  A.    Yes.  Tony!

16  Q.    Okay.

17  A.    And I would do it twice.

18  Q.    Okay.  And what else do you do aside from

19  yelling the inmate's name twice?

20  A.    I'd touch his eyelids with the back of my

21  hand to see if maybe I can get a reaction.

22  Q.    And could you demonstrate on your own face

23  how exactly you'd touch his eyelids?

24  A.    Back of my hand, eye closed, of course, and

25  brush the back of his or her eyelids to see if

Case 3:18-cv-01234-B Document 1842-20 Filed 56/17/22 Page 84 of 352 PageID #: 8726
ELITE Document Reporting Services (645) 332-0093
www.EliteReportingServices.com

1    there's any reaction there.

2    Q.      Okay.  Is that all you do?

3    A.      I do another step called a trapezius -- if I

4    pronounce that word -- trapezius squeeze.  And

5    that's a muscle inside the neck area of the

6    shoulder.  I would squeeze, and that nerve would

7    cause some form of reaction if a person was alert.

8    And once I squeeze, and if I don't observe or see

9    anything, then I feel that they're unconscious.

10   Q.      Okay.  And do you -- at that point do you ask

11   any members of the IV team their thoughts on whether

12   the inmate is unconscious?

13   A.      No.

14   Q.      Okay.  Do you ask the physician his thoughts

15   on whether the inmate is unconscious at that point?

16   A.      No.

17   Q.      Okay.  Do you ask the executioner his

18   thoughts?

19   A.      No.

20   Q.      Do you ask the associate warden?

21   A.      No.

22   Q.      Okay.  And have you ever been involved in any

23   surgeries in a hospital setting, in an observing

24   fashion?  Have you ever observed anesthesia

25   performed in a hospital setting?

Case 3:18-cv-01234-B Document 184-20 Filed 04/17/22 Page 85 of 352 PageID #: 8737
EliteReportingServices.com  Court Reporting Services  (855) 591-0909
www.EliteReportingServices.com

```
 1   A.      Yes.

 2   Q.      You have?  Okay.  When?

 3   A.      When I was a correctional officer, I used to

 4   work in transportation.  That's transporting of

 5   offenders.  Offenders, at some time or another, have

 6   to have outpatient surgery or inpatient surgery, and

 7   there is times that I have actually had to go into

 8   an operating room because the offender has to have

 9   security there, even though they're unconscious.

10   And I've observed them being put under.

11   Q.      And have you ever talked to an

12   anesthesiologist about what to look for in

13   determining whether an inmate is unconscious as

14   defined in the protocol?

15   A.      No.

16   Q.      Okay.  Have you ever talked to an

17   anesthesiologist about the difference between

18   someone being unresponsive versus not sensate to

19   pain, meaning not being able to feel pain?

20   A.      No.

21   Q.      Okay.  And at this time are you able to hear

22   what goes on in the execution room while you're in

23   the execution chamber?

24   A.      At this time?  Repeat, please.

25   Q.      While you're in the execution chamber --
```

```
 1   A.     Okay.
 2   Q.     -- are you able to hear what goes on in the
 3   lethal injection executioner's room?
 4   A.     No.
 5   Q.     Okay.  Now -- and once you determine that the
 6   inmate is unconscious as defined in the protocol,
 7   what do you do then?
 8   A.     I signal for the executioner to proceed.
 9   Q.     Okay.  And how do you do that?
10   A.     Once I've determined he's unconscious, I
11   approach the gurney to do the consciousness check.
12   If I see that he's not conscious, I'll just step
13   away from the gurney, and they -- and stand at a
14   normal position, just stand.
15   Q.     And what if he is conscious?
16   A.     Then I will step away from the gurney and I
17   will give a signal that he is unconscious.
18   Q.     Okay.  And what happens if you declare the
19   inmate unconscious as defined in the protocol and
20   then he looks to regain some sort of movement?  What
21   do you do then?
22   A.     Once I do --
23              MR. SUTHERLAND:  Object to the form.
24              THE WITNESS:  Once I do the conscious
25   check and I determine that the condemned is still
```

Elite Reporting Services * (615) 595-0073
www.EliteReportingServices.com

1    conscious, I step back, give the signal to proceed

2    with the second set of -- the first round -- first

3    round of midazolam.

4    BY MR. KURSMAN:

5    Q.    So -- but my question is if you do this

6    consciousness check --

7    A.    Uh-huh.

8    Q.    -- and you determine that the inmate is

9    unconscious --

10   A.    Yes.

11   Q.    -- and you step back --

12   A.    Yes.

13   Q.    -- signaling to the executioner to proceed,

14   and then the inmate moves, what do you do then?

15   A.    Being that I've never had to do that because

16   that's never happened --

17   Q.    Uh-huh.

18   A.    -- after I have determined that there was

19   unconsciousness --

20   Q.    Yes.

21   A.    -- and I stepped back to proceed and then I

22   noticed him move as though he may be conscious?

23   Q.    Uh-huh.

24   A.    Being that I have never did that before, I

25   probably would approach the condemned again.  It's

Elite Reporting Services (615) 595-0073
www.EliteReportingServices.com

1    not written, but me -- and my mind will tell me I

2    want to be 190 percent sure and accurate that what I

3    saw is what I saw.  Nothing is preventing me from

4    approaching the condemned again.

5    Q.    Okay.  And if you approach the condemned

6    again, does that signal to the executioner to

7    stop --

8    A.    He's watching.

9    Q.    -- the second drug?

10            MR. SUTHERLAND:  Object to the form.

11   BY MR. KURSMAN:

12   Q.    Okay.

13   A.    He's watching me.  And it's not like you're

14   doing things in a rapid motion.  There's enough

15   time, I should say, in between me stepping away and

16   me stepping back up before he proceeds, even after I

17   step back.

18   Q.    Tell me how quickly -- after you step back to

19   signal for the execution to proceed, how quickly

20   does he administer the second drug?

21            MR. SUTHERLAND:  Object to the form.

22            THE WITNESS:  That I would not know.

23   BY MR. KURSMAN:

24   Q.    Okay.  So once you determine that the inmate

25   is unconscious and you take a step back, you don't

Case 3:18-cv-01234-B Document 184-20 Filed 03/17/22 Page 89 of 352 PageID #: 8731
Elite Reporting Services
www.EliteReportingServices.com

```
1   know how long the executioner waits to push the
2   second drug?
3   A.      I do not know.
4   Q.      Okay.  And do you know how long he waits
5   between pushing the second drug to push the third
6   drug?
7   A.      I do not know.
8   Q.      Okay.
9   A.      He would have to answer that.
10  Q.      Okay.  And during this time, is it only you
11  and the associate warden and the inmate in the
12  execution chamber?
13  A.      Yes.
14  Q.      Okay.  And after the second and third drugs
15  are pushed, then what happens?
16  A.      Once I step back from the unconsciousness
17  check, the executioner takes the ball back in before
18  he begins with the second and third.  Once he has
19  finished administering the second and third, he
20  places that same ball outside the window to let me
21  know that the second and third have been
22  administered.
23  Q.      And after the third is administered, what
24  happens?
25  A.      There's a waiting period.
```

Elite Reporting Services  (615) 595-0073
www.EliteReportingServices.com

1   Q.      Okay.  And how long is that waiting period?

2   A.      Five minutes approximately.

3   Q.      Okay.  And what happens after five minutes?

4   A.      Myself, the associate warden of security

5   close blinds and pull curtains.

6   Q.      And what happens after you close the blind

7   and pull the curtains?

8   A.      The associate warden of security will ensure

9   that the audio system is off so no one will hear

10  outside of the room, by radio.  I give him the

11  signal to retrieve the doctor and the doctor enters

12  the chamber.

13  Q.      Okay.  So at this point is it just you, the

14  associate warden, the physician, and the inmate now

15  in the execution room?

16  A.      Correct.

17  Q.      Okay.  And what does the physician do at this

18  point?

19  A.      He examines the condemned.

20  Q.      Okay.  And does he declare the inmate dead if

21  the inmate is dead?

22  A.      Correct.

23  Q.      Okay.  And do you do anything for that

24  determination?

25  A.      No.

Case 3:18-cv-01234-BDepartment 1 Reporting Services Page 91 of 352 PageID #: 8793
Elite Reporting Services   (615) 595-0073
www.EliteReportingServices.com

```
 1              MR. KURSMAN:  Okay.  I think, if it's
 2   okay with you, if we could take a break for about
 3   10 minutes?
 4              THE VIDEOGRAPHER:  One moment, please.
 5   Going off the record at 10:49 a.m.
 6              (Recess observed from 10:52 a.m. to
 7   11:09 a.m.)
 8              THE VIDEOGRAPHER:  Back on the record at
 9   11:07 a.m.
10   BY MR. KURSMAN:
11   Q.    Warden Mays, we just went on a break.  Was
12   there anything during the break that you thought of
13   that made you want to correct any earlier answer?
14   A.    No.
15   Q.    Okay.  Let's go back to Exhibit 1.  And could
16   we go to page 13?
17         Do you see it says at the top "Warden," and
18   then it says "Primary Role, to ensure that the
19   procedures prescribed by law and outlined in this
20   manual are performed either by personal performance
21   or by delegation"?
22   A.    Yes.
23   Q.    Okay.  What does "prescribed by law" mean to
24   you in this paragraph?
25   A.    Prescribed by law, anything having to do
```

Case 3:18-cv-01234-B Document 184-20 Filed 03/17/22 Page 92 of 352 PageID #: 8734
ELITE B Court Reporting Services (615) 595-0073
www.EliteReportingServices.com

1    within the law, anything that is outlined within

2    this, in this manual, as to -- that I ensure that

3    those procedures are carried out.

4    Q.    Have you reviewed the laws in Tennessee as

5    they relate to executions?

6    A.    No.

7    Q.    Okay.  And have you reviewed Supreme Court

8    case law interpreting constitutional or

9    unconstitutional executions?

10   A.    No.

11   Q.    Okay.  What do you think this paragraph, the

12   entire paragraph, what do you -- what do you think

13   it means?

14            MR. SUTHERLAND:  Objection to the form.

15            THE WITNESS:  This entire paragraph to

16   me, it seems like it's telling me that I am to

17   ensure exactly what it said, that the outlines in

18   this manual, that they are either performed either

19   by my personal performance or by delegation.

20   BY MR. KURSMAN:

21   Q.    Now, let's go to heading 6, do you see that,

22   under your duties, No. 6?

23   A.    Yes.

24   Q.    It says "To coordinate the appointment of

25   execution team staff members"?

Case 3:18-cv-01234-B Document 184-20 Filed 06/17/22 Page 63 of 352 PageID #: 8735
EliteReportingServices.com
www.EliteReportingServices.com

```
 1   A.    Yes.

 2   Q.    Now, we talked about this a bit before, but

 3   do you select the team members?

 4   A.    Some, but not all.

 5   Q.    Okay.  Which ones don't you select?

 6   A.    I select them all.  Some are selected -- was

 7   there before me.  Basically that's it.

 8   Q.    How many were there before you?

 9   A.    The executioner, the doctor, two EMTs/IV

10   team, and basically that's it.

11   Q.    So how many IV team members did you select?

12   A.    One.

13   Q.    So there's only three total IV team members?

14   A.    Yes.

15   Q.    Okay.  So let's go to page 31.  Do you see

16   this says, "Execution Team Member Selection

17   Criteria?"

18   A.    Yes.

19   Q.    Okay.  And it says at the bottom, "The

20   following positions on the Execution Team are

21   specialized and have specific requirements."  Then

22   it has three EMTs, three correctional staff,

23   et cetera.

24         And if we go back to the top paragraph, it

25   says, "The Warden selects the remaining team and
```

considers at minimum the following general criteria
for other members."

And do you see the eight things it lists,
length of service, ability to maintain
confidentiality, maturity, et cetera?

A.     Yes.

Q.     Okay.  Did -- with the members that were
already on the team before you were warden, did you
reevaluate any of this to decide that they were to
stay on the team?

A.     No.

Q.     Okay.  For the IV team member that you did
select, one of the -- one of the criteria is length
of service.  What does that mean as it relates to
that IV team member?

MR. SUTHERLAND:  Object to the form.

THE WITNESS:  I would say length of
service in regards to that IV team member, it was
probably how long she's performed those duties.

BY MR. KURSMAN:

Q.     Okay.  So length of service in your mind
isn't length of service at TDOC?

A.     It could be --

Q.     Okay.

A.     -- if you work for TDOC.

```
 1    Q.      But if you don't work for TDOC, what would
 2    length of service mean to you?
 3    A.      To me --
 4                MR. SUTHERLAND:  Object to the form.
 5                You can answer.
 6                THE WITNESS:  To me length of service
 7    would be anyone who had worked with the department
 8    and how long that she had been doing what she is
 9    doing in her field.
10    BY MR. KURSMAN:
11    Q.      When you selected her, did you talk to her
12    supervisors wherever she works?
13    A.      No.
14    Q.      Okay.  Did you get any references outside of
15    TDOC that recommended her for the lethal injection
16    team?
17    A.      Yes.
18    Q.      Okay.  And did you talk to those people who
19    recommended her?
20    A.      Yes.
21    Q.      Okay.  And were those people who recommended
22    her people who were already on the execution team?
23    A.      Yes.
24    Q.      Okay.  Was there anybody outside of the
25    execution team that recommended her?
```

Case 3:18-cv-01234 Document 1420 thing Services Page 96 of 352 PageID #: 8738
EliteReporting Services
www.EliteReportingServices.com

```
 1    A.     No.
 2    Q.     Okay.  And how did that come to be?  How did
 3    someone from the execution team know to recommend
 4    this person?
 5               MR. SUTHERLAND:  Objection to the form.
 6               THE WITNESS:  I inquired.
 7    BY MR. KURSMAN:
 8    Q.     And what do you mean by that?
 9    A.     We had a position that needed to be filled.
10    I inquired with other team members that are already
11    on the team --
12    Q.     So did --
13    A.     -- what recommendations.
14    Q.     I apologize.  So just so I'm clear, what you
15    mean is you asked members of the IV team, "Do you
16    know anyone else in your profession who wants to
17    work on the IV team?"
18    A.     That would be interested.
19    Q.     Okay.  And how many people applied for this
20    position?
21    A.     It wasn't applied for.
22    Q.     Okay.  How many people were you notified were
23    interested in this position?
24    A.     The one was presented to me --
25    Q.     Uh-huh.
```

Elite Reporting Services (615) 595-0073
www.EliteReportingServices.com

```
 1   A.      -- and then the interest was expressed from

 2   my behalf and that's how it came to be.

 3   Q.      Okay.  So was there anybody, aside from that

 4   one person, who you interviewed for that position?

 5   A.      No.

 6   Q.      What would disqualify someone from serving on

 7   a team?

 8              MR. SUTHERLAND:  Objection to the form.

 9              THE WITNESS:  Anything outside of these

10   eight, anything based on my personal perception of

11   what I see of that individual could disqualify them.

12   BY MR. KURSMAN:

13   Q.      And what qualifications do you have to make

14   that determination?

15              MR. SUTHERLAND:  Objection to the form.

16              You can answer.

17              THE WITNESS:  When I look at length of

18   service, that speaks for itself.  Ability to

19   maintain confidentiality, take them as their word,

20   and to include the background check.  It's not hard

21   to tell if a person is mature.  If you watch them,

22   if you talk to them, you can almost tell whether

23   they are or not or whether they're responsible.

24   Willing to participate is self-explanatory.

25   Satisfactory work performance, recommendations that
```

Case 3:18-cv-01234-B Document 184-20 Filed 03/17/22 Page 98 of 352 PageID #: 8740
Case 3:18-cv-01234-B Document 184-20 Filed 03/17/22 Page 98 of 352 PageID #: 8740
www.EliteReportingServices.com

1    I was given from the person that recommended the

2    individual.

3           Professionalism, outstanding based on

4    what was presented to me, this person in the

5    community based on what was given to me from the

6    person that referred them.  The recommendation was

7    brought to me.  And, of course, the file was

8    reviewed, background.

9    BY MR. KURSMAN:

10   Q.    Let me ask you this:  Do you -- do you have

11   any medical experience?

12   A.    No.

13   Q.    Okay.  So how would you be able to evaluate

14   an IV team member's qualifications?

15          MR. SUTHERLAND:  Objection to the form.

16          THE WITNESS:  I wouldn't.  I would take

17   the recommendation upon the person that recommended

18   them that has that ability to do that.

19   BY MR. KURSMAN:

20   Q.    Did you ask the IV team member who applied --

21   did you ask this person if they had experience

22   setting IV lines?

23   A.    Yes.

24   Q.    Did you ask them if they had experience with

25   midazolam?

Case 3:18-cv-01234-B Document 184-20 Filed 03/17/22 Page 69 of 352 PageID #: 8741
ED124B Document Reported Services Page 95 1 332 Page D #: 741
www.EliteReportingServices.com

```
 1   A.      No.

 2   Q.      Did you ask them if they had experience with

 3   vecuronium bromide?

 4   A.      No.

 5   Q.      Did you ask them if they had experience with

 6   potassium chloride?

 7   A.      No.

 8   Q.      Okay.  Did you ask them if they had

 9   experience in a prison setting?

10   A.      Yes.

11   Q.      Okay.  Did you ask them if they had

12   experience in prior executions?

13   A.      Yes.

14   Q.      Okay.  And what did they tell you about the

15   prison setting question?  Did they have prior

16   experience in a prison setting?

17           MR. SUTHERLAND:  Objection to the form.

18           THE WITNESS:  They didn't.

19   BY MR. KURSMAN:

20   Q.      They did not have prior experience in a

21   prison setting?

22   A.      Huh-uh.

23   Q.      Okay.  And when they come in and tell you --

24   when this person came in and told you that they

25   wanted to be on the team, what did you tell them
```

Case 3:18-cv-01234-Document 18-20 Filed 09/17/22 Page 100 of 352 PageID #: 8742
EliteReportingServices.com
www.EliteReportingServices.com

1  would be the amount of time they would need to spend

2  preparing for an execution?

3  A.    Well, they came in -- they came in based on

4  the fact that I requested for them to come in after

5  the recommendation.  The time spent, of course, I

6  explained to them our training methods, how often we

7  trained, and that this person would be required to

8  review the protocol, as everyone else do.

9  Q.    And how quickly would that person be able to

10 participate in an execution after you put them on an

11 execution team?

12           MR. SUTHERLAND:  Objection to the form.

13           THE WITNESS:  Once everything had been

14 cleared background-wise, reviewing of the manual,

15 rehearsal along with us, there is no period.

16 BY MR. KURSMAN:

17 Q.    Okay.  And let me go back for a second to a

18 question I asked you earlier about the diagram that

19 we discussed.

20           When you and the associate warden are in the

21 execution chamber with the inmate, if you see signs

22 of swelling at an IV site, what would you do?

23 A.    That would be for them to monitor the IV

24 sites.  I don't monitor the IV sites.

25 Q.    Okay.  And how are they monitoring the IV

Case 3:18-cv-01234-BJD-JRK Document 198-20 Filed 03/17/22 Page 101 of 352 PageID #: 8743
Elite Document Reporting Services (615) 595-0073
www.EliteReportingServices.com

```
 1   sites once they're out of the room?

 2   A.     There is a monitor that shows the IV sites.

 3   They're monitoring from internal.

 4   Q.     Oh, so there is a monitor in there, in the

 5   non-identified room, where they can see the IV

 6   sites?  Is that what you're saying?

 7   A.     No.

 8   Q.     Okay.

 9   A.     There is a monitor in the IV room.

10   Q.     So let's quickly go back -- go back to

11   page -- go back to page 10.  Can you tell me where

12   the IV room is?

13   A.     Take the right door from the gurney room --

14   Q.     Uh-huh.

15   A.     -- into the lethal injection, executioner's

16   room where the arrow's pointing into that room?

17   Q.     Uh-huh.

18   A.     That's where the monitor is.

19   Q.     In the lethal injection or executioner's

20   room?

21   A.     Correct.

22   Q.     Okay.  But isn't only the executioner in that

23   room?

24   A.     Yes.

25   Q.     And that's where the monitor is?
```

Elite Reporting Services
www.EliteReportingServices.com

```
 1    A.     Yes.

 2    Q.     Okay.  So the executioner is monitoring the

 3    IV sites?

 4    A.     He's monitoring along with others that is in

 5    the room with him.

 6    Q.     Okay.  So who else is in the executioner's

 7    room with the executioner during the execution?

 8           MR. SUTHERLAND:  Object to disclosure of

 9    any identities.  Just answer with regard to the

10    title.

11           THE WITNESS:  There is more than one

12    executioner.  We have an executioner, along with

13    other executioners, that assist him with monitoring,

14    documenting, and things of that sort.

15    BY MR. KURSMAN:

16    Q.     Okay.  Who -- so I do not see a role for

17    other executioners in the protocol.  What would

18    their title be, these other executioners?

19    A.     Assistants.

20    Q.     Assistant executioners?

21    A.     Yes.

22    Q.     Okay.  And are they also correction officers?

23    A.     No.

24    Q.     Okay.  What are the assistant executioners?

25    What are their qualifications?
```

EliteReportingServices.com
www.EliteReportingServices.com

```
 1   A.      One of them is --

 2              MR. SUTHERLAND:   Object to any

 3   specifics.  We're not going to talk about specifics

 4   that could lead to the identification of the

 5   individual.

 6   BY MR. KURSMAN:

 7   Q.      But you can still answer, without the

 8   specifics.

 9   A.      They have other roles in the department.

10   Q.      Okay.  Okay.  Are they -- do they have

11   medical backgrounds?

12   A.      That I wouldn't know.

13   Q.      Okay.  Is it -- is it the recorder who's in

14   there with the -- is that who you're describing as

15   the assistant executioner?

16   A.      No.

17   Q.      Okay.  Is it the observer?

18   A.      Observer?

19   Q.      Yeah.  I'm not actually even sure what the

20   observer is.  So you're saying it's just different

21   people in the department who are with the -- with

22   the executioner?

23   A.      Yes.

24   Q.      And they're the ones who are monitoring the

25   IV sites?
```

Elite Reporting Services * (615) 595-0073
www.EliteReportingServices.com

```
 1   A.      Yes.

 2   Q.      Is the executioner also monitoring the IV

 3   sites?

 4   A.      That I wouldn't know.

 5   Q.      Okay.  And you are unaware whether the

 6   assistant executioners, as you call them, have any

 7   medical training or experience?

 8   A.      Not aware.

 9   Q.      Okay.  And do you know whether they have any

10   experience with setting IVs?

11   A.      That I wouldn't know.

12   Q.      Okay.  And you've never heard the term

13   "observer" before?

14   A.      I've heard the term "observer" before, but in

15   reference to this?

16   Q.      Yeah.  That was a bad question.  I apologize.

17           Have you ever heard the term "observer" in

18   reference to the execution protocol, someone's role

19   as the observer?

20   A.      Not that I could recall.

21   Q.      Okay.  And would you know what to look for in

22   terms of swelling at an injection site?

23   A.      No.

24   Q.      Okay.  So let's go back -- let's go back

25   again to page 31.
```

Case 3:18-cv-01234-Document 182-20 Filed 09/17/22 Page 105 of 352 PageID #: 3747
EliteReportingServices.com
www.EliteReportingServices.com

```
 1          And has anybody who's been involved as one
 2   of these execution team members declined to
 3   participate again after an execution?
 4   A.      No.
 5   Q.      Okay.  And when you selected the one member
 6   of the execution team, did you consult with anyone
 7   else while selecting that member?
 8   A.      I consulted with the individual that
 9   recommended the individual.
10   Q.      Okay.  And that individual was just another
11   member of the IV team?
12   A.      Correct.
13   Q.      Okay.  And have you ever removed anyone from
14   the execution team?
15   A.      Yes.
16   Q.      Okay.  Can you tell me who, just their role,
17   not any identifying information?
18   A.      An escort member.
19   Q.      Okay.  And can you tell me why?
20   A.      Based on conduct.
21   Q.      And what was that conduct that made you
22   remove them?
23   A.      Not cohesive to departmental standards.
24   Q.      Was it during an execution?
25   A.      No.
```

Case 3:18-cv-01234-Document 1820 Filed 09/17/22 Page 106 of 352 PageID #: 3748
EliteReportingServices - Court Reporters (615) 595-0073
www.EliteReportingServices.com

```
 1   Q.     Was it during an execution training?

 2   A.     No.

 3   Q.     Okay.  What did they do that you describe

 4   as --

 5          MR. SUTHERLAND:  I'm going to object to

 6   the extent that any specific information

 7   regarding -- to the disclosure of any information

 8   that, with inquiry, could result in the disclosure

 9   of that person's identity.

10          Does that make sense, Alex?

11          MR. KURSMAN:  That makes sense to me.

12          MR. SUTHERLAND:  Okay.

13          MR. KURSMAN:  And I'm okay with it.

14          (WHEREUPON, the above-mentioned

15   document was presented, previously marked as

16   Exhibit Number 50.)

17          MR. KURSMAN:  Let's go to Exhibit 50.

18   50, five zero.  Sorry.

19          MR. SUTHERLAND:  Exhibit 50?

20          MR. KURSMAN:  Exhibit 50.

21          MR. SUTHERLAND:  Gotcha.

22   BY MR. KURSMAN:

23   Q.     And do you recognize this document?

24   A.     Yes.

25   Q.     Okay.  And what is this document?
```

Case 3:18-cv-01234-Document 18-20 Filed 09/17/22 Page 107 of 352 PageID #: 3749
**EliteReportingServices**
www.EliteReportingServices.com

```
 1   A.     It appears to be where it looked like
 2   training -- maybe training dates of individuals that
 3   is part of the team.
 4   Q.     Okay.  And I think you told me a minute ago
 5   that there were three IV team members; is that
 6   right?
 7   A.     Yes.
 8   Q.     Okay.  Why does this have six IV team
 9   members?
10   A.     (Reviewing)
11          MR. SUTHERLAND:  I'm sorry.  What are
12   you referring to?
13          MR. KURSMAN:  So if you look at IV team,
14   you see on Exhibit 50?  I think you're on 51.
15          MR. SUTHERLAND:  You're right.  My
16   apologies.
17          THE WITNESS:  Well, the EMTs and the IVs
18   is basically the same.  We have three EMTs, which is
19   three IV teams.  One of those is the individual that
20   is -- that is -- okay.  IV 2 is a part of the
21   executioner team.  That would dismiss 1.  And 1 is
22   deceased, which that dismiss 2.  Which would give
23   us, what, four left?  That's a good question.
24   BY MR. KURSMAN:
25   Q.     So you don't know the answer why it lists --
```

Case 3:18-cv-01234-Document 18-20 Filed 09/17/22 Page 108 of 352 PageID #: 3760
EliteReportingServices.com
www.EliteReportingServices.com

```
 1   A.      I do not.

 2   Q.      Okay.  So just so I'm clear, there's -- you

 3   see at the top it's three EMT members, EMT 1, EMT 2,

 4   and EMT 3.  You're saying all three of these members

 5   are also members of the IV team, right?

 6   A.      Correct.

 7   Q.      Okay.  One of those members serves as the

 8   executioner, right?

 9   A.      Correct.

10   Q.      Okay.

11   A.      Appears to -- that's what it's -- that's what

12   it's listed as.

13   Q.      But the executioner -- and correct me if I'm

14   wrong -- the executioner is not an EMT, right?

15   A.      No.

16   Q.      Okay.  So we have the executioner and then we

17   should have three other IV team members who are

18   EMTs, right?

19   A.      Correct.

20   Q.      Okay.  So we have one, two, three, four,

21   five.  You're saying there's one here because

22   somebody is deceased now, right?

23   A.      Correct.

24   Q.      And you don't know why -- who the other

25   person is?
```

Elite Reporting Services * (615) 595-0073
www.EliteReportingServices.com

```
 1   A.      Correct.

 2   Q.      Okay.  Do you know if that person was fired

 3   from the execution team?

 4   A.      No.

 5   Q.      Okay.  And you don't know of anyone else,

 6   while you were warden, that served as an IV team

 7   member aside from the person who's deceased, the

 8   three current IV team members, and the executioner?

 9   A.      Not to my knowledge.

10   Q.      Okay.  Do you know why, at the top when it

11   says EMT 1, EMT 2, and EMT 3, it says, "Information

12   regarding specific dates of attendance for EMT will

13   be provided as soon as possible."

14           My understanding, from what you're saying,

15   is those EMTs are just also the IV team members.

16   A.      Correct, yes.

17   Q.      So do you know why that -- the information

18   about their practice sessions couldn't have been

19   provided at the same date that the information about

20   the practice sessions for the IV team member was

21   provided?

22   A.      I do not.

23   Q.      Okay.  Did the IV team member who passed

24   away, did that member participate in Donnie

25   Johnson's execution?
```

```
 1    A.     I can't say.

 2    Q.     Okay.  And the reason I ask is because we

 3    have IV 6 and IV 5 training on 8/5/2019.  And I

 4    believe Donnie Johnson's execution was 8/9/2019.

 5    But you don't know?

 6    A.     I don't know.

 7    Q.     Okay.  And do you know if -- if either IV

 8    Member 5 or IV Member 6 is the person that we're

 9    discussing that you selected to serve on the

10    execution team?

11    A.     I don't know that either.

12    Q.     Okay.  And are the people identified here as

13    EMT 1, EMT 2, and EMT 3, are they part of the

14    current execution team?

15    A.     That I wouldn't know either.

16    Q.     And why wouldn't you know that?

17    A.     If I would have formulated this document, I

18    would be able to tell you, but I didn't formulate

19    that document.

20    Q.     Okay.  Let's go back to page 13 of Exhibit 1.

21           Do you see No. 7, it says, "Select a person

22    to serve as Executioner"?

23    A.     Yes.

24    Q.     Did you do this?

25    A.     No.
```

```
 1   Q.     Why didn't you do this?

 2   A.     There was an executioner already in place

 3   when I assumed my duties.

 4   Q.     And did you talk to that executioner before

 5   the first execution that occurred while you were the

 6   warden?

 7   A.     Yes.

 8   Q.     Okay.  And did you already have a history

 9   with that executioner before you became warden?

10   A.     Yes.

11   Q.     Okay.  And then do you see, under No. 9, it

12   says, "To arrange for the presence of a physician to

13   carry out functions as set forth on page 19."

14          Do you see that?

15   A.     I do.

16   Q.     Is it the same physician every execution?

17   A.     Yes.

18   Q.     How did you arrange for the presence of that

19   physician?

20   A.     That is conducted through another individual,

21   the commissioner's designee.

22   Q.     Did you delegate that to someone else?

23   A.     No.

24   Q.     Okay.  Who delegated that role to someone

25   else?
```

Case 3:18-cv-01234-Document 1820 Reported Filed 09/17/22 Page (1150 of 352) Page ID #: 3704
ELITE Document Reporting Services (615) 595-0073
www.EliteReportingServices.com

```
 1   A.      That would probably be the commissioner.

 2   Q.      Okay.  Did anybody ask you to arrange for the

 3   presence of a physician?

 4   A.      We worked together in the decision-making,

 5   but he made the decision.

 6   Q.      Okay.  And when you say "we," you mean you

 7   and the --

 8   A.      Commissioner.

 9   Q.      -- commissioner?  Okay.

10           And prior to selecting the physician, do you

11   know if -- or did you discuss their experience with

12   performing venous cutdown procedures?

13   A.      No.

14   Q.      Do you know what venous cutdown procedures

15   are?

16   A.      It's implementing an IV in other areas other

17   than within the arm.

18   Q.      And do you know how a venous cutdown

19   procedure is done?

20   A.      Not really.

21   Q.      Okay.

22           Let's turn to page 19 of Exhibit 1.  And do

23   you see it says the physician and then it says,

24   "Physician's Primary Role"?

25   A.      Uh-huh, yes.
```

Case 3:18-cv-01234-Document 182-20 Filed 09/17/22 Page 113 of 352 PageID #: 3755
EliteReportingServices.com
www.EliteReportingServices.com

```
 1    Q.     And then do you see No. 5, it says, "To
 2    pronounce death if no vital signs are detected"?
 3    A.     Yes.
 4    Q.     Why doesn't the physician also check for
 5    consciousness?
 6              MR. SUTHERLAND:  Objection to the form.
 7              THE WITNESS:  That I couldn't answer.
 8    BY MR. KURSMAN:
 9    Q.     Do you think they're more qualified than you
10    to check for consciousness?
11              MR. SUTHERLAND:  Objection to the form.
12              THE WITNESS:  Most definitely.
13    BY MR. KURSMAN:
14    Q.     And then do you see No. 1, it says, "Duties:
15    To be present at the time of execution in the
16    capital punishment garage"?
17    A.     I do.
18    Q.     Do you know why the physician isn't in the
19    execution chamber?
20    A.     I don't.
21              MR. SUTHERLAND:  Objection to the form.
22    BY MR. KURSMAN:
23    Q.     Okay.  Do you know why the physician isn't in
24    the -- the lethal injection executioner's room?
25              MR. SUTHERLAND:  Objection to the form.
```

Case 3:18-cv-01234-Document 18-20 Filed 03/17/22 Page 114 of 352 PageID #: 3786
EliteReportingServices.com
www.EliteReportingServices.com

```
 1                    THE WITNESS:  I do not.
 2   BY MR. KURSMAN:
 3   Q.    Do you think it would help you with your
 4   duties if the physician was in the chamber?
 5                    MR. SUTHERLAND:  Objection to the form.
 6                    THE WITNESS:  I do not.
 7   BY MR. KURSMAN:
 8   Q.    Okay.  Why?
 9                    MR. SUTHERLAND:  Same objection.
10                    THE WITNESS:  Why do I feel like he
11   would not assist me in my duties by being there?
12   BY MR. KURSMAN:
13   Q.    Yeah.
14   A.    Based on my prior experiences, I don't see
15   where there had been a need for the physician to be
16   there.
17   Q.    Okay.  And then you see No. 2, it says, "As
18   an ultimate and last option, the physician may
19   perform a venous cut-down procedure should the IV
20   team be unable to find a vein adequate to insert the
21   catheter"?
22   A.    I see it, yes.
23   Q.    WHAT does "ultimate and last option" mean?
24                    MR. SUTHERLAND:  Objection to the form.
25                    THE WITNESS:  IV team unable to perform
```

Case 3:18-cv-01234-Document 18-20 Filed 09/17/22 Page 115 of 352 PageID #: 3757
EliteReportingServices.com
www.EliteReportingServices.com

```
 1    in other areas, that's where the physician would
 2    come in and perform that procedure is what that
 3    means.
 4    BY MR. KURSMAN:
 5    Q.     And who makes that decision?
 6    A.     The EMTs, the IV team.
 7    Q.     Do they consult with you?
 8    A.     If they're unable to find a vein?
 9    Q.     Yes.
10    A.     Yes.
11    Q.     Okay.  And do you have a procedure for that?
12    A.     No procedure.  They would just let me know.
13    Q.     Now, I'm sorry --
14    A.     They're all there in the room together.
15    Q.     I meant a procedure for what it means for
16    them to not find a vein, meaning how long do they
17    have to look before they say, "We can't find a
18    vein"?
19    A.     I'd say no time limit.
20    Q.     Okay.  It's just up to the IV team?
21    A.     Yes.
22    Q.     Okay.  And then do you see, if you go to
23    No. 3, it says, "To examine the body for vital signs
24    five minutes after the LIC has been injected."
25           Do you see that?
```

Elite Reporting Services * (615) 595-0073
www.EliteReportingServices.com

```
 1   A.      Yes.

 2   Q.      Okay.  Why wait for five minutes?

 3           MR. SUTHERLAND:  Objection to the form.

 4           THE WITNESS:  Protocol prescribes five

 5   minutes.

 6   BY MR. KURSMAN:

 7   Q.      But why does the protocol prescribe five

 8   minutes?

 9           MR. SUTHERLAND:  Same objection.

10           THE WITNESS:  I didn't write the

11   protocol, I just follow it.

12   BY MR. KURSMAN:

13   Q.      Okay.  Now, if you are in the execution

14   chamber and you need help with the consciousness

15   check, who would you call?

16   A.      It's not written who I will call.

17   Q.      Well, what would you do?

18   A.      If I felt as though I needed assistance in

19   determining a conscious check, which I haven't yet,

20   it could be either the EMT or the doctor.

21   Q.      Okay.  And you said which you haven't yet.

22   How can you be sure that you're right when you

23   determine an inmate's consciousness?

24           MR. SUTHERLAND:  Objection to the form.

25           THE WITNESS:  Nothing is sure, you just
```

Case 3:18-cv-01234-Document 1820 Report Filed 04/17/22 e Page 117 of 352 PageID #: 8759
EliteReportingServices.com
www.EliteReportingServices.com

```
 1   know and go with it.

 2   BY MR. KURSMAN:

 3   Q.     And what does that mean?

 4              MR. SUTHERLAND:  Objection to the form.

 5              THE WITNESS:  That means that -- if I'm

 6   sure whether an individual was conscious or

 7   unconscious or not?

 8   BY MR. KURSMAN:

 9   Q.     Yes.

10   A.     The times I checked, they weren't -- they

11   weren't conscious.

12   Q.     Right, but my question is just how can you be

13   sure?

14              MR. SUTHERLAND:  Same objection.

15              THE WITNESS:  What I'm saying, where we

16   discussed earlier to give me indication that they

17   may be unconscious or conscious, then I deem them to

18   be unconscious.

19   BY MR. KURSMAN:

20   Q.     And that makes you sure of your decision?  Is

21   that what you're saying?

22   A.     Yes.

23   Q.     Okay.  And are you aware that in the medical

24   field they don't use the term "unconscious"?

25              MR. SUTHERLAND:  Objection to the form.
```

Case 3:18-cv-01234-Document 18-20 Filed 03/17/22 Page 118 of 352 PageID #: 3760
EliteReportingServices.com  618-593-9473
www.EliteReportingServices.com

```
 1              THE WITNESS:  No.
 2  BY MR. KURSMAN:
 3  Q.    Okay.  Instead -- are you aware that instead
 4  what they use are different planes of anesthesia?
 5              MR. SUTHERLAND:  Same objection.
 6              THE WITNESS:  No.
 7  BY MR. KURSMAN:
 8  Q.    Okay.  And are you aware of the difference
 9  between sedation versus anesthesia?
10  A.    Full term, no.
11  Q.    Okay.  And how would you be able to tell
12  whether the prisoner was sedated as opposed to being
13  under surgical anesthesia?
14              MR. SUTHERLAND:  Objection to the form.
15              THE WITNESS:  I couldn't.
16  BY MR. KURSMAN:
17  Q.    Okay.  So if we go to No. 4 for physician's
18  duties, back on page 19, do you see it says, "To
19  notify the Warden if the inmate is not legally
20  dead"?
21  A.    Yes.
22  Q.    What would you do then?
23  A.    The physician will leave the chamber.  We
24  will open the blinds and the curtain again, follow
25  the procedure as before.
```

Elite-Document Reporting Services (615) 595-0073
www.EliteReportingServices.com

```
 1    Q.     So let me just get this straight.  If the
 2    inmate is injected with all three drugs and you wait
 3    five minutes and the physician comes in and says,
 4    "The inmate is not dead" --
 5    A.     Uh-huh.
 6    Q.     -- then you just repeat the entire protocol
 7    again?
 8    A.     We insert the first rounds of the midazolam.
 9    Q.     Uh-huh.  And then do you do another
10    consciousness check again?
11    A.     Yes.
12    Q.     Okay.  But at this point you're aware that
13    the inmate is paralyzed, right?
14                MR. SUTHERLAND:  Objection to the form.
15                THE WITNESS:  Okay.  Yes.
16    BY MR. KURSMAN:
17    Q.     So how would you able to do a consciousness
18    check if the inmate was already paralyzed from the
19    second drug?
20                MR. SUTHERLAND:  Objection to the form.
21                THE WITNESS:  Just perform the test.
22    BY MR. KURSMAN:
23    Q.     Okay.  Let's go back to page 13 of Exhibit 1,
24    which is the warden's duties.  And do you see
25    No. 11, it says, "To keep the Commissioner and
```

Case 3:18-cv-01234-Document 182-20 Filed 09/17/22 Page 120 of 352 PageID #: 8782
EliteReportingServices.com
www.EliteReportingServices.com

```
 1   Assistant Commissioner of Prisons informed of the
 2   progress towards and implementation of the
 3   execution."
 4   A.     Yes.
 5   Q.     What does that mean?
 6              MR. SUTHERLAND:  Objection to the form.
 7              THE WITNESS:  If I feel that something
 8   was, so to speak, out in left field that's outside
 9   the norm, that's when I will keep them informed.
10   BY MR. KURSMAN:
11   Q.     And what would be outside of the norm?
12              MR. SUTHERLAND:  Same objection.
13              THE WITNESS:  Anything that is not
14   being -- going according to protocol.
15   BY MR. KURSMAN:
16   Q.     So if there is a deviation from the protocol,
17   you will inform the commissioner and assistant
18   commissioner of the prisons?
19   A.     Once he have exhausted everything that the
20   procedure calls for, then yes, at that time.
21   Q.     Okay.  What if there is a deviation from the
22   protocol before you exhaust everything else that the
23   protocol calls for, meaning let's say you're going
24   along with the protocol and then one of the
25   executioners deviates from the protocol.  At that
```

Case 3:18-cv-01234-Document 182-20 Filed 03/17/22 Page 121 of 352 PageID #: 3783
EliteReportingServices.com
www.EliteReportingServices.com

```
1    point do you notify the commissioner and the
2    assistant commissioner?
3              MR. SUTHERLAND:  Objection to the form.
4              THE WITNESS:  If -- and they never
5    have -- one of the EMTs deviate from the protocol, I
6    observe something out of the norm, yes, I will stop
7    it at that time and, yes, I will inform the
8    commissioner as to what is taking place.
9    BY MR. KURSMAN:
10   Q.     Okay.  And how do you notify the
11   commissioner?
12   A.     By phone.
13   Q.     Okay.  And the commissioner is where at this
14   point?
15   A.     In a different building.
16   Q.     Okay.  And why do you notify the
17   commissioner?
18   A.     Protocol instructs me to notify the
19   commissioner.
20   Q.     Okay.  And if there's a deviation, who makes
21   the decisions to proceed with the execution?
22              MR. SUTHERLAND:  Objection to the form.
23              THE WITNESS:  That would be the
24   commissioner.
25   ///
```

Case 3:18-cv-01234-Document 18-20 Filed 09-17-22 Page 122 of 352 PageID #: 3704
EliteReportingServices.com
www.EliteReportingServices.com

```
 1   BY MR. KURSMAN:

 2   Q.     So that's not you, that's the commissioner?

 3   A.     Correct.

 4   Q.     Okay.  Let's go to 13 of your duties.  It

 5   says, "To order the Executioner, either verbally or

 6   by gesture, to proceed with the execution."

 7          So we talked about this a bit, but does

 8   the -- does the assistant -- the associate warden

 9   help you with this determination as well?

10   A.     No.

11   Q.     Okay.  So you and he don't talk during this

12   determination?

13   A.     No.

14   Q.     Okay.  Does he approach the inmate as well?

15   A.     He's standing there, but --

16   Q.     He --

17   A.     -- he don't approach him like I do.

18   Q.     Yeah, that's my question.  So the two of you

19   are standing somewhere in the execution room --

20   A.     Correct.

21   Q.     -- correct?

22          And then you approach the inmate?

23   A.     Correct.

24   Q.     But the associate warden does not come with

25   you to approach the inmate?
```

Elite-Brown Reporting Services (625) 573-9673
www.EliteReportingServices.com

```
 1    A.      Correct.

 2    Q.      Okay.  So let's go to page 14, which is

 3    titled "Associate Warden of Security."  And it says

 4    the primary role is to "Assist the Warden in

 5    performing execution procedures and substitute for

 6    the Warden if he is unable to perform his duties."

 7            How does he assist you during an execution?

 8    A.      In multiple ways.  Are you speaking about

 9    from beginning to end or just during the actual

10    execution itself?

11    Q.      From beginning to end.

12    A.      He also is there helping coordinate members

13    of the team.  He's doing basically the same thing

14    that I'm doing, observing to make sure everything is

15    in order from beginning to end.

16    Q.      And how about during the execution?

17    A.      During the execution, basically he assists

18    with the opening and closing of the curtains and

19    blinds, he assists me when I give him the order to

20    retrieve the physician or the IV team.  He assists

21    me during the actual execution by making sure that

22    audio and everything is in order.  Basically he

23    takes directions from me once I give them to him.

24    That's how he assists me.

25    Q.      And it says he would substitute for you if
```

Elite-Document Reporting Services (615) 595-0073
www.EliteReportingServices.com

```
 1   you were unable to perform your duties?

 2   A.      True, yes.

 3   Q.      When would you be unable to perform your

 4   duties?

 5               MR. SUTHERLAND:  Objection to the form.

 6               THE WITNESS:  If I was unable to perform

 7   my duties, if for some reason I had to be out for an

 8   emergency situation, God forbid what, if I became

 9   ill in some way that I would not be able to maintain

10   control of myself, something of that nature.

11   BY MR. KURSMAN:

12   Q.      Does the associate warden have training on

13   assessing consciousness?

14   A.      Yes, he does.

15   Q.      He does?  And did he receive the same

16   training with you?

17   A.      Yes, he did.

18   Q.      And was that from a medical professional?

19   A.      He received --

20               MR. SUTHERLAND:  Objection to the form.

21               THE WITNESS:  He received it from me.

22   Now, he has to speak for himself if he received any

23   other from me.

24   BY MR. KURSMAN:

25   Q.      Okay.  So you trained the associate warden on
```

Elite Reporting Services * (615) 595-0073
www.EliteReportingServices.com

```
 1   how to assess consciousness?

 2   A.     By him monitoring and watching.

 3   Q.     Okay.  And you said earlier that you received

 4   training from someone?

 5   A.     I did.

 6   Q.     And was that the warden while you were the

 7   associate warden?

 8   A.     No.

 9   Q.     Okay.  Who was that, without identifying any

10   names?

11   A.     I stated earlier it was a physician.

12   Q.     Okay.  Is it the physician involved in this

13   execution?

14   A.     No.

15   Q.     Okay.  And how many times did that physician

16   train you on assessing consciousness?

17   A.     Multiple, not a number.

18   Q.     You mean over 10?

19   A.     Probably less than 10.

20   Q.     Probably less than 10.  Is the physician at

21   the trainings that you conduct at TDOC, the

22   execution trainings?

23   A.     Not every one.

24   Q.     But that physician is at some of those

25   trainings, you're saying?
```

```
1    A.     Yes.

2    Q.     Okay.  And this is a physician that's

3    different from the physician in the execution

4    protocol?

5    A.     Yes.

6    Q.     Okay.  And that physician shows you how to

7    perform a consciousness check?

8                  MR. SUTHERLAND:  Objection to the form.

9                  THE WITNESS:  He showed me how to

10   perform, yes.

11   BY MR. KURSMAN:

12   Q.     And he does that at the training sessions?

13   A.     Outside of the training sessions.

14   Q.     Do you do that with a live body?

15   A.     Yes.

16   Q.     Okay.  Does the physician have experience

17   doing his own consciousness checks?

18                  MR. SUTHERLAND:  Objection to the form.

19                  THE WITNESS:  That I would not know.

20   BY MR. KURSMAN:

21   Q.     Okay.  Did you ask the physician whether they

22   had experience performing consciousness checks?

23   A.     I did not.

24   Q.     Okay.  So let's go to page 15 on Exhibit 1,

25   titled "Lethal Injection Recorder."
```

Elite Reporting Services * (615) 595-0073
www.EliteReportingServices.com

```
 1          Do you see it says the primary role is to
 2     "Assist the Warden in carrying out his duties"?
 3     A.     I do.
 4     Q.     Okay.  How does he assist you in carrying out
 5     your duties?
 6               MR. SUTHERLAND:  Objection to the form.
 7               THE WITNESS:  As the protocol spells
 8     out, one, two, and three, what his duties are.
 9     BY MR. KURSMAN:
10     Q.     So does he do anything else aside from
11     Duties 1, 2, and 3?
12     A.     No.
13     Q.     Okay.  Let's go to page 20 of the protocol.
14     Do you see at the top it says, "IV Team"?
15     A.     Yes.
16     Q.     And do you see it says, "Primary Role, To
17     establish properly functioning IV lines for
18     administration of the lethal injection chemicals"?
19     A.     Yes.
20     Q.     How do you ensure that the IV team has done
21     this?
22               MR. SUTHERLAND:  Objection to the form.
23               THE WITNESS:  I explained earlier I
24     don't make that determination.  The people that
25     monitor the IV lines make that determination.
```

Elite-Document Reporting Services (850)-595-9973
www.EliteReportingServices.com

BY MR. KURSMAN:

Q.    And that would be the executioner and the executioner's assistant?

A.    Yes.

Q.    Okay.  And then if we go to 4, it says, "To make sure vascular access is properly established."

      Who ensures this is done?  Is that also the executioner and the executioner's assistants?

A.    Yes.

Q.    Okay.  And then if we go to 5, it says, "To make sure the IV lines are flowing properly."

      Is this also the executioner and the executioner's assistants --

A.    Yes.

Q.    -- that make sure that this is done?

            MR. SUTHERLAND:  Objection to the form.

            THE WITNESS:  Yes.

BY MR. KURSMAN:

Q.    Okay.  So let's go now to page 26.

      And do you see it says at the top, "Assistant Commissioner of Prisons"?

A.    Yes.

Q.    And under No. 2 it says, "To maintain telephone and/or radio contact with the Warden and other personnel."

Case 3:18-cv-01234-ABC-DEF Document 18-20 Filed 03/17/22 Page 129 of 352 PageID #: 3771
ELITE DOCUMENT REPORTING SERVICES (629) 555-9793
www.EliteReportingServices.com

```
 1   A.     Yes.

 2   Q.     Okay.  Why is this done?

 3   A.     In case any communication needs to be made or

 4   something needed to be, I guess, conveyed up or

 5   reported up.

 6   Q.     And during any execution where you've been

 7   warden, has communication needed to be made?

 8   A.     No.

 9   Q.     Okay.  Is there a telephone contact while

10   you're determining consciousness?

11   A.     No.

12   Q.     And what would you be discussing with the

13   associate warden of executions --

14          MR. SUTHERLAND:  Objection to the form.

15   BY MR. KURSMAN:

16   Q.     -- if telephone contact were to be made?

17   A.     If anything looks out of the ordinary, as I

18   would with the commissioner.

19   Q.     Okay.  Do you feel like you have a lot of

20   roles during the execution?

21          MR. SUTHERLAND:  Objection to the form.

22          THE WITNESS:  There's several roles,

23   yes.

24   BY MR. KURSMAN:

25   Q.     Do you think anyone on the execution team has
```

Case 3:18-cv-01234-Document 18-20 Filed 09/17/22 Page 130 of 352 PageID #: 3782
EliteReportingServices.com
www.EliteReportingServices.com

```
 1   more roles than you have?
 2             MR. SUTHERLAND:  Objection to the form.
 3             THE WITNESS:  No.
 4   BY MR. KURSMAN:
 5   Q.    Is there a reason that some of your roles
 6   aren't delegated to other people?
 7             MR. SUTHERLAND:  Same objection.
 8   BY MR. KURSMAN:
 9   Q.    The only reason I ask is it seems like a
10   lot -- you know, you sort of play the role of
11   everything during an execution.
12   A.    Several roles that I'm responsible for are
13   delegated.  When I -- when an individual escort an
14   inmate from the -- into the chamber, that's my
15   responsibility and duty, but others are doing the
16   role.  When they restrain him to the gurney, it's my
17   responsibility and duty, but they're performing the
18   role.
19         My assistant, when he's retrieving the
20   doctor, assisting me in opening blinds and
21   curtains, that's part of my duties, but he helped
22   me perform those roles.  They're all delegated to
23   those individuals to make sure they carry it out.
24   Q.    Are there any roles that you think are so
25   important that you don't delegate?
```

Case 3:18-cv-01234-Document 182-20 Filed 03/17/22 Page 131 of 352 PageID #: 3773
EliteReportingServices.com
www.EliteReportingServices.com

1    A.     There's not a role that I perform that no one
    2    there is not able to perform.
    3    Q.     So would you be comfortable delegating
    4    checking consciousness to the associate warden?
    5    A.     Yes.
    6                MR. SUTHERLAND:  Objection to the form.
    7    BY MR. KURSMAN:
    8    Q.     Okay.  And do you think you are any more
    9    qualified to check consciousness than the associate
   10    warden?
   11                MR. SUTHERLAND:  Same objection.
   12                THE WITNESS:  I would say no.
   13    BY MR. KURSMAN:
   14    Q.     Okay.  So let's turn to page 32.
   15           You see at the top it says, "Training of
   16    Execution Team Members"?
   17    A.     Yes.
   18    Q.     And then it says under "Training," No. 1,
   19    "All Execution Team members must read the Lethal
   20    Injection Execution Manual when they become members
   21    of the Execution Team"?
   22    A.     Yes.
   23    Q.     Is the lethal injection manual the same thing
   24    that we've been describing as the protocol?
   25    A.     Yes.

```
 1    Q.      Is there any other manuals that they must
 2    read that aren't the protocol?
 3    A.      For lethal injection?
 4    Q.      Yes.
 5    A.      No.
 6    Q.      Okay.  What about for anything else?
 7    A.      Separate manual for electrocution, of course.
 8    Q.      Okay.  And do the team members receive any
 9    other reading or training materials as it relates to
10    the lethal injection protocol?
11    A.      No.
12    Q.      Okay.  So aside from getting the protocol,
13    they're not given any other training materials?
14    A.      Materials?  No.
15    Q.      Okay.  Is there something else that they are
16    given?
17    A.      Other than reading the manual --
18    Q.      Yes.
19    A.      -- and doing the monthly training?
20    Q.      Yes.
21    A.      That's it.
22    Q.      Okay.  And you don't know who created the
23    protocol, right?
24            MR. SUTHERLAND:  Objection to the form.
25            THE WITNESS:  No.
```

Elite Reporting Services * (615) 595-0073
www.EliteReportingServices.com

```
 1  BY MR. KURSMAN:

 2  Q.      Okay.  And then do you see right after that

 3  it says, "Additionally, the Warden or designee holds

 4  a class during which the manual is reviewed and

 5  clearly understood by all participants"?

 6          Can you describe this class for me?

 7  A.      We assemble with the manual.  We read either

 8  together or alone.  And we sign a training roster.

 9  Q.      So you get to the class, you all read the

10  manual, and then you sign a training roster?

11  A.      Uh-huh.

12  Q.      Do you do anything else at the class?

13  A.      No.

14  Q.      Okay.  Do you practice executions at the

15  class?

16  A.      At a class?

17  Q.      At the class.

18  A.      No.  Outside our monthly training, no.

19  Q.      Okay.  How often is this class held?

20  A.      Annually.

21  Q.      Okay.  At these classes do the execution team

22  ask questions?

23  A.      If they have one.

24  Q.      Have they had one?

25  A.      Not really, no.
```

```
 1   Q.      Okay.  Are there discussions about issues
 2   that have arisen during either the rehearsals or
 3   actual executions?
 4   A.      We really haven't had any.
 5   Q.      Okay.  And how do you know that all of the
 6   participants are understanding the manual?
 7               MR. SUTHERLAND:  Objection to the form.
 8               THE WITNESS:  That I don't know.
 9   BY MR. KURSMAN:
10   Q.      Do you give them any type of test?
11   A.      No.
12   Q.      And what qualifies you to teach the class?
13               MR. SUTHERLAND:  Objection to the form.
14               THE WITNESS:  Based on my experience,
15   based on reading and understanding, based on the
16   protocol, spelling out that it is me.  That's
17   basically it, what qualifies me.
18   BY MR. KURSMAN:
19   Q.      And how long is the class?
20   A.      There's no time limit.
21   Q.      Okay.  Well, how long has it been?
22   A.      We have -- it takes a while to read that.
23   Two to three hours, sometimes maybe less, maybe
24   longer.
25   Q.      And you said the participants then sign a
```

```
 1  sheet?

 2  A.     Training roster.

 3  Q.     Okay.  And where is that kept?

 4  A.     That's kept in a safe in my office.

 5              MR. KURSMAN:  Okay.  Mr. Sutherland, we

 6  would -- we would request those, that roster.

 7              MR. SUTHERLAND:  Noted.

 8  BY MR. KURSMAN:

 9  Q.     Does it happen at the same time every year,

10  the class?

11  A.     No.

12  Q.     Okay.  And who schedules it?

13  A.     My associate warden, based on my

14  instructions.

15  Q.     And now let's go to part 2, it says, "The

16  Execution Team simulates Day 3 (Execution Day) of

17  the Death Watch Procedure and steps outlined in

18  Section 4 for at least one hour each month.

19  Additional training is held within two weeks before

20  a scheduled execution.  A training record is

21  maintained to document all staff members who

22  participate in the training."

23         Do you see that?

24  A.     I do, yes.

25  Q.     Does this mean that the entire simulation of
```

1    Day 3, from start to finish, takes only one hour?

2    A.    No.  What that means, we simulate Day 3, but

3    it has to be at least an hour.

4    Q.    Okay.  And how long has it been when you've

5    done it?

6    A.    Each month it varies.  It may be an

7    hour-and-a-half, it may be two hours, depending on

8    how many times we go through the scenario.  It may

9    be two-and-a-half hours.

10   Q.    And do you follow the protocol to a tee when

11   you're doing those simulations?

12   A.    Yes.

13   Q.    Okay.  So you start at the 5 p.m. mark or

14   whatever it is?

15   A.    We start at the 7 p.m. mark.

16   Q.    Oh, you start at the 7 p.m. mark.

17   A.    Uh-huh.

18   Q.    Okay.  And what is the additional training

19   that takes place within the two weeks of a scheduled

20   execution?

21   A.    The additional training is just basically, if

22   we've got an execution that is two weeks out, we

23   enhance our rehearsals.  Normally it's once a month.

24   Two weeks away from the execution we may practice

25   twice a week, three times a week.

```
 1   Q.      And when you say "enhance the rehearsals," do
 2   you just mean you practice more?
 3   A.      Practice more.
 4   Q.      And who determines how much more practice the
 5   execution team needs?
 6   A.      That's me.
 7   Q.      Okay.  And what -- and what goes into your
 8   decision-making?
 9   A.      Really, if I feel like we need more, then we
10   do more.
11   Q.      And who oversees those trainings?
12   A.      I do.
13   Q.      Okay.  Is there anyone more qualified than
14   you --
15           MR. SUTHERLAND:  Objection to the form.
16   BY MR. KURSMAN:
17   Q.      -- to oversee the trainings?
18   A.      Yes.
19   Q.      Who?
20   A.      I would say the -- my supervisor,
21   commissioner.
22   Q.      Okay.  And is there anyone more qualified
23   than you to do those classes that we just discussed?
24   A.      That I couldn't answer.  It would probably be
25   the same person.
```

Elite Reporting Services  *  (615) 595-0073
www.EliteReportingServices.com

```
 1    Q.    And why do you think the commissioner is more
 2    qualified than you --
 3               MR. SUTHERLAND:  Objection to the form.
 4    BY MR. KURSMAN:
 5    Q.    -- to lead these trainings and classes?
 6    A.    That I wouldn't know.  I would just assume,
 7    his title and his position, that he probably would
 8    be.
 9    Q.    Do you think he's more qualified than you to
10    determine an inmate's consciousness?
11               MR. SUTHERLAND:  Same objection.
12               THE WITNESS:  That I couldn't answer.
13    BY MR. KURSMAN:
14    Q.    Okay.  And during these practice sessions,
15    how do you practice for determining an inmate's
16    consciousness?
17    A.    According to the manual specifications.
18    Q.    And do you practice with a live body?
19    A.    I do.
20    Q.    Does the live person ever pretend to be
21    conscious?
22    A.    Never have.
23    Q.    Never has pretended to be conscious?
24    A.    Uh-huh.
25    Q.    Okay.
```

Elite Document Reporting Services
www.EliteReportingServices.com

```
 1    A.     No.

 2    Q.     And have you ever been tested on whether you

 3    can adequately determine whether an inmate is under

 4    a certain level of anesthetic depth?

 5               MR. SUTHERLAND:  Objection to the form.

 6               THE WITNESS:  That I would not know.

 7    BY MR. KURSMAN:

 8    Q.     Okay.  Meaning -- and what I mean by that is

 9    have you ever -- have you ever tested your skills on

10    somebody who was maybe injected with just a little

11    bit of midazolam?

12               MR. SUTHERLAND:  Objection to the form.

13               THE WITNESS:  No.

14    BY MR. KURSMAN:

15    Q.     Okay.  And have you ever tested your skills

16    on an inmate who was either drunk or under the

17    influence of some illegal drugs?

18               MR. SUTHERLAND:  Objection to the form.

19               THE WITNESS:  No.

20    BY MR. KURSMAN:

21    Q.     Okay.  And then if we go back to page 32, do

22    you see it says, under No. 2, the second paragraph,

23    "The simulation includes all steps of the execution

24    process with the following exceptions:  Volunteers

25    play the roles of the condemned inmate and
```

```
 1   physician.  Saline solution is substituted for the
 2   lethal chemicals.  And a body is not placed in the
 3   bag."
 4          Without identifying any names, who are the
 5   volunteers?
 6   A.     Various members of the execution team.
 7   Q.     Okay.  Now, how can you be a member of the
 8   execution team and also a volunteer?
 9   A.     Everyone that is on the execution team does
10   not have necessarily to fulfill the role at every
11   practice.  So we use that individual as a volunteer.
12   Q.     Okay.  So just so I understand what you're
13   saying, do you mean like a member of the restraint
14   team?
15   A.     It could be a member of the restraint team.
16   It could be a member of the escort team.  It could
17   be any member.
18   Q.     Could it be a member of the IV team?
19   A.     No.
20   Q.     Okay.  Is IV insertion simulated?
21   A.     No.
22   Q.     Okay.  And is the physician ever involved in
23   the training?
24   A.     It's been a while, but yes.
25   Q.     I'm sorry, what was that?
```

Case 3:18-cv-01234-Document 182-20 Filed 09/17/22 Page 141 of 352 PageID #: 3783
EliteReporting Services
www.EliteReportingServices.com

```
 1   A.      I said it's been a while, but yes.

 2   Q.      Okay.  And are botches addressed during the

 3   training?

 4   A.      Botches?

 5   Q.      Yeah, like mistakes?

 6   A.      If there is any recognized.

 7   Q.      How about emergency scenarios?

 8           MR. SUTHERLAND:  Objection to the form.

 9           THE WITNESS:  I have did a couple in the

10   past.

11   BY MR. KURSMAN:

12   Q.      Okay.  And what have you done?

13   A.      Simulating individuals being removed from

14   their cell and being removed maybe unwillingly.

15   Simulating an individual maybe losing consciousness

16   en route to the chamber.  Simulating between the --

17   both kits, whether an individual was actually

18   conscious or consciousness, things of that sort.

19   Q.      Say that last one again.

20   A.      After the consciousness check --

21   Q.      Uh-huh.

22   A.      -- I may simulate as though the individual is

23   still conscious --

24   Q.      Okay.  And what --

25   A.      -- to --
```

Case 3:18-cv-01234-Document 1820 Filed 03/17/22 Page 142 of 352 PageID #: 3704
EliteReporting Services (615) 595-0073
www.EliteReportingServices.com

```
 1    Q.     What happens then?

 2    A.     According to the protocol, signals is given

 3    to the executioner and then he proceeds with the

 4    second part of the protocol in regards to the kits

 5    that are being used.

 6    Q.     And you mean injecting the prisoner with more

 7    midazolam?

 8    A.     Yes.

 9    Q.     Okay.  What happens if after the second

10    injection of midazolam, meaning after you signal to

11    the executioner, the inmate is still conscious and

12    then the executioner injects the inmate with a

13    second batch of midazolam?  What happens if the

14    inmate is still conscious then?

15               MR. SUTHERLAND:  Can I interject?  Are

16    you talking about the practice or are you talking

17    about real --

18               MR. KURSMAN:  I'm talking about real.

19               MR. SUTHERLAND:  Okay.

20               MR. KURSMAN:  Real.  Thanks.  Sorry.

21               THE WITNESS:  Never had that to happen.

22    BY MR. KURSMAN:

23    Q.     But what -- what would happen if that did

24    happen?

25    A.     What would happen if that did happen during
```

Case 3:18-cv-01234-Document 128-20 Filed 09/17/22 Page 143 of 352 PageID #: 3785
EliteReportingServices.com
www.EliteReportingServices.com

```
 1   an actual, live execution?

 2   Q.     Right.  What would you do?

 3   A.     And we've exhausted both batches?

 4   Q.     Of midazolam.

 5   A.     Curtains will be pulled, blinds will be

 6   closed.  I will consult with the doctor and advise

 7   the commissioner.

 8   Q.     And who makes the decision whether to

 9   proceed?

10          MR. SUTHERLAND:  Objection to the form.

11          THE WITNESS:  Commissioner.

12   BY MR. KURSMAN:

13   Q.     Okay.  During the practices, is push rate

14   practiced?

15          MR. SUTHERLAND:  Objection to the form.

16          THE WITNESS:  I'm not there in the room,

17   but I'm sure it is.

18   BY MR. KURSMAN:

19   Q.     Okay.  And do you know how fast the IV push

20   rate is practiced?

21   A.     I don't.

22   Q.     Okay.  Do you know how fast they push the

23   drugs during the simulation?

24   A.     I don't.

25   Q.     Okay.  Does anybody oversee the executioner
```

Elite Reporting Services * www.EliteReportingServices.com

```
 1  to ensure the push rate is correct?
 2  A.     That I wouldn't know.  I know they've been
 3  trained to do it.
 4  Q.     And who have they been trained by?
 5  A.     Medical professionals.
 6  Q.     Okay.  And without -- without giving any
 7  identifying information, what type of medical
 8  professionals do you mean?
 9  A.     I would say probably doctors and others.
10  Q.     So it's your understanding the executioner
11  has been trained by a doctor for his correct push
12  rate?
13  A.     I will say probably.  I didn't say that they
14  were.
15  Q.     Okay.
16  A.     Probably doctors and EMTs and IV members and
17  other people as well.
18  Q.     Okay.  But you're not sure, you're saying?
19  A.     Correct.
20  Q.     Okay.  And then do you see it says, under
21  No. 3 on -- we're still on page 32, "All training
22  that occurs is documented.  The documentation
23  includes the times and dates of the training, the
24  participants, and the training content"?
25  A.     I do see that.
```

```
 1    Q.    Who's responsible for this documentation?

 2    A.    I am.

 3    Q.    And where is the documentation kept?

 4    A.    In a binder in my safe in my office.

 5          (WHEREUPON, the above-mentioned

 6    document was presented, previously marked as

 7    Exhibit Number 53.)

 8    BY MR. KURSMAN:

 9    Q.    Okay.

10          Can we go to Exhibit 53?

11          Is this an example of that training

12    documentation?

13    A.    Yes, it is.

14    Q.    And did you lead this?

15    A.    I'm sorry?

16    Q.    Did you lead this training session?

17    A.    I don't know about this one in particular

18    because the instructor's name has been redacted.

19    Q.    Okay.

20          Let's go to page -- back to page 32.  Do you

21    see it says -- at the bottom, it says,

22    "Executioner"?  And then it says, "The Executioner

23    receives initial and periodic instruction from a

24    qualified medical professional"?

25    A.    I'm sorry, you said 32?
```

Case 3:18-cv-01234-Document 182-20 Filed 09/17/22 Page 146 of 352 PageID #: 3788
Elite Reporting Services * (615) 595-0073
www.EliteReportingServices.com

```
 1   Q.     Yeah, I apologize.  Exhibit 1 on page 32.

 2   Oh, not Exhibit 32, Exhibit 1 --

 3   A.     Oh, I'm sorry.

 4   Q.     -- page 32.  Sorry about that.

 5   A.     Sorry.  Exhibit 1, 32.  Okay.

 6   Q.     Do you see at the bottom it says,

 7   "Executioner"?

 8   A.     Yes.

 9   Q.     And it says, "The Executioner receives

10   initial and periodic instruction from a qualified

11   medical professional"?

12   A.     I see that, yes.

13   Q.     What does this section mean?

14          MR. SUTHERLAND:  Objection to the form.

15          THE WITNESS:  It means periodically he

16   will receive instructions from a qualified medical

17   professional.

18   BY MR. KURSMAN:

19   Q.     Who is the qualified medical professional,

20   without identifying any names?

21   A.     That I wouldn't know.

22   Q.     Okay.  Are you -- are you present at these

23   trainings?

24   A.     No.

25   Q.     Okay.  Do you know what "initial training"
```

Case 3:18-cv-01234-Document 18-20 Filed 09/17/22 Page 147 of 352 PageID #: 3789
Elite-Brentwood Reporting Services (615) 595-0073
www.EliteReportingServices.com

```
 1  means?

 2  A.     "Initial" usually means beginning.

 3  Q.     Okay.  Do you know what "periodic" means as

 4  it's used in this paragraph?

 5  A.     Every so often.

 6  Q.     Do you know how often the executioner

 7  receives training?

 8  A.     I do not.  I just know he receives it.

 9  Q.     And the qualified medical professional, is it

10  always the same individual?

11  A.     That I wouldn't know.

12  Q.     Okay.  Is the executioner the only person who

13  receives this additional training?

14  A.     I would say the executioner and his

15  assistants.

16  Q.     Okay.  Do you receive any additional

17  training?

18  A.     No.

19            MR. SUTHERLAND:  Objection to the form.

20  BY MR. KURSMAN:

21  Q.     Okay.  Do you know when the last time the

22  executioner received this additional training?

23  A.     Do not, no.

24  Q.     Okay.  Do you know the next time they'll

25  receive this training?
```

```
 1    A.     No.

 2                (WHEREUPON, the above-mentioned

 3    document was presented, previously marked as

 4    Exhibit Number 49.)

 5    BY MR. KURSMAN:

 6    Q.     Okay.  Let's go to Exhibit 49.

 7           If you could go to that third page of

 8    Exhibit 49.

 9           Well, I apologize.  Let's go to the first

10    page first so you can see what Exhibit 49 is.  Do

11    you see it says at the top, "Defendant Tony Mays'

12    Supplemental Response to Plaintiff's First Set of

13    Interrogatories"?

14    A.     I do.

15    Q.     Okay.  So let's go to page 3.  And do you see

16    it says, under E, "IV 2-Executioner has previously

17    received IV training by EMTs and participates in

18    monthly training/practice sessions during which

19    saline is injected through the IV into the median

20    cubital vein of participant"?

21    A.     I see that, yes.

22    Q.     Is this the instruction that's referenced on

23    page 32?

24    A.     I think I said that earlier, did I not?

25    Q.     I'm not sure.  I must have misheard you.
```

Case 3:18-cv-01234-Document 1820 Filed 09/17/22 Page 149 of 352 PageID #: 3791
ELITE Document Reporting Services (645) 555-9473
www.EliteReportingServices.com

```
 1   A.     Well, yes, I think that's what I said.

 2   Q.     Okay.  And do you know what a median cubital

 3   vein is?

 4   A.     No.

 5   Q.     Okay.  And do you know what a antecubital

 6   fossa area is?

 7   A.     No.

 8              MR. KURSMAN:  Okay.

 9              I think -- how long have we been going

10   during this?  I think it may be a good time for a

11   break right now, if that's fine with all of you.

12   Okay.

13              THE VIDEOGRAPHER:  One moment, please.

14              MR. KURSMAN:  Sure.

15              THE VIDEOGRAPHER:  Going off the record

16   at 12:18 p.m.

17              (Lunch recess from 12:21 p.m. to

18   1:05 p.m.)

19              THE VIDEOGRAPHER:  Back on the record at

20   1:02 p.m.

21   BY MR. KURSMAN:

22   Q.    Good afternoon, Warden Parker [sic].  Is

23   there anything during the break that you thought of

24   that you want to correct in terms of your answers

25   that you gave this morning?
```

Case 3:18-cv-01234-EDB Document 18-20 Filed 09/17/22 Page 150 of 352 PageID #: 3792
EliteDeaf Reporting Services (505) 555-9493
www.EliteReportingServices.com

```
 1   A.     No.

 2   Q.     Okay.  Now, while we were on break, I

 3   actually read an article saying that you sent a

 4   message to your staff announcing your retirement; is

 5   that right?

 6   A.     No, sir.

 7              MR. KURSMAN:  Oh, I apologize.  It's the

 8   commissioner.  I'm sorry.  Okay.  I read -- I read

 9   that wrong.  Okay.  I apologize for that, everybody.

10              THE WITNESS:  No, sir.

11   BY MR. KURSMAN:

12   Q.     Okay.  Okay.  Okay.

13          Let's turn to page 34 of -- or 34 -- yeah,

14   page 34 of Exhibit 1.

15          And I apologize again for that.

16   A.     That's okay.

17   Q.     And do you see on page 34 that it describes

18   the three chemicals used in the lethal injection

19   procedure?

20   A.     Yes.

21   Q.     And it has midazolam, vecuronium bromide, and

22   potassium chloride?

23   A.     Yes.

24   Q.     Okay.  What is your understanding of the

25   purpose of each drug in the execution protocol?
```

```
 1              MR. SUTHERLAND:  Objection to the form.
 2              THE WITNESS:  Early on we'll explain the
 3  three drugs and I guess the purposes of it.
 4  Midazolam, I may be wrong, but I think it's designed
 5  to put you to sleep, make you go to sleep; is that
 6  correct?
 7  BY MR. KURSMAN:
 8  Q.    I -- I unfortunately can't answer questions.
 9  A.    Okay.
10  Q.    I just --
11  A.    That's fine.
12        I think the midazolam makes you sleepy or go
13  to sleep.  The vecuronium bromide, I guess,
14  basically paralyzes the body.  And the potassium
15  chloride is designed to affect the heart.  I think
16  I'm right.
17  Q.    And do you know what type of drug midazolam
18  is?
19  A.    I do not.
20  Q.    Okay.  Were you aware that it's a
21  benzodiazepine?
22  A.    No.
23  Q.    Okay.  So are you aware that it's the same
24  classification as, like, a drug such as Xanax?
25  A.    No.
```

Case 3:18-cv-01234-BJD-MCR   Document 180-20   Filed 09/17/22   Page 152 of 352 PageID #: 3794
EliteReportingServices.com
www.EliteReportingServices.com

```
 1    Q.     Okay.  And do you know whether midazolam is

 2    typically used as an anesthetic in hospital

 3    settings?

 4    A.     I don't.

 5              MR. SUTHERLAND:  Objection to the form.

 6    BY MR. KURSMAN:

 7    Q.     Okay.

 8    A.     No.

 9    Q.     Are you aware that midazolam has a ceiling

10    effect?

11              MR. SUTHERLAND:  Objection to the form.

12              THE WITNESS:  No.

13    BY MR. KURSMAN:

14    Q.     Do you know what a ceiling effect is?

15    A.     No.

16    Q.     Okay.  Are you aware that midazolam may have

17    a paradoxical effect?

18    A.     No.

19    Q.     And do you know what a paradoxical effect is?

20    A.     No.

21    Q.     Okay.  Are you aware that midazolam is highly

22    acidic?

23    A.     No.

24    Q.     And I think you said a second ago that

25    vecuronium bromide was a paralytic?
```

Case 3:18-cv-01234-BJD-PDB Document 182-20 Filed 03/17/22 Page 153 of 352 PageID #: 3795
EliteReportingServices.com
www.EliteReportingServices.com

```
 1   A.     I think so.
 2   Q.     Do you know why Tennessee is using vecuronium
 3   bromide as the second drug in the --
 4              MR. SUTHERLAND:  Objection to the form.
 5   BY MR. KURSMAN:
 6   Q.     -- execution protocol?
 7   A.     No.
 8   Q.     Okay.  Could Tennessee conduct an execution
 9   using only the first and third drugs?
10              MR. SUTHERLAND:  Same objection.
11              THE WITNESS:  I couldn't answer that
12   because I've only used the three.  I've never used
13   the two, so I don't know if they could or not.
14   BY MR. KURSMAN:
15   Q.     Okay.  And do you know what a paralytic
16   means?
17   A.     Paralytic sounds as though it will paralyze
18   you.
19   Q.     So could you tell me how you would be able to
20   assess an inmate's consciousness as defined in the
21   protocol after they were injected with vecuronium
22   bromide?
23              MR. SUTHERLAND:  Objection, form.
24              THE WITNESS:  If my memory serves me
25   correctly, I think the consciousness check is made
```

Case 3:18-cv-01234-Document 182-20 Filed 03/17/22 Page 155 of 352 PageID #: 3726
EliteReportingServices.com
www.EliteReportingServices.com

```
 1   before the drug is injected.

 2   BY MR. KURSMAN:

 3   Q.    And that's right.  But if -- we talked

 4   earlier that if the inmate wasn't declared dead

 5   after all three, that you would reassess

 6   consciousness after they got the second dose of

 7   midazolam.

 8         So my question is just how would you be able

 9   to describe -- how would you be able to assess an

10   inmate's consciousness if they were already

11   injected with vecuronium bromide?

12   A.    That I would not know.

13   Q.    Okay.  And do you know what type of drug

14   potassium chloride is?

15   A.    I do not.

16   Q.    And do you know what will happen to the

17   inmate if the inmate is administered the second and

18   third drugs and they are not insensate to pain?

19   A.    I would not -- do not know.

20   Q.    Okay.  Do you know how the amount of each

21   dose was determined?

22   A.    I don't.

23   Q.    Do you know who made that determination?

24   A.    No.

25   Q.    Do you know if any of the drugs are diluted
```

```
 1   before they're administered?
 2   A.     I'm thinking -- I'm not for sure.  I'm
 3   thinking maybe the midazolam maybe.
 4   Q.     Okay.  And are any of the drugs
 5   reconstituted?
 6   A.     Reconstituted?
 7             MR. SUTHERLAND:  Objection, form.
 8   BY MR. KURSMAN:
 9   Q.     Yeah, reconstituted.
10   A.     I would -- you mean if it's made over?
11   Q.     Yes.
12   A.     I'm thinking the potassium chloride and the
13   midazolam may be.
14   Q.     Okay.  Do you know if bacteriostatic water
15   and saline are the same things?
16   A.     I would say two different types of water.
17   Q.     Okay.  Does the bacteriostatic water, does it
18   come in a bag or a vial?
19   A.     A vial.
20   Q.     And does the saline come in a bag or a vial?
21   A.     A bag.
22   Q.     Do you know if you can use them
23   interchangeably?
24   A.     I don't know that.
25   Q.     And do you discard the bags or the vials
```

```
1   after each rehearsal?

2   A.      Yes.

3   Q.      And do you discard them after each execution?

4   A.      Yes.

5   Q.      Okay.  And when the executioner is diluting

6   the drugs, do you know how they assess the proper pH

7   level?

8   A.      I don't.

9   Q.      Okay.  Now, let's go to page 34.  And do you

10  see, at that full paragraph, it says, "Chemicals

11  used in lethal injection executions will either be

12  FDA-approved commercially manufactured drugs; or,

13  shall be compounded preparations prepared in

14  compliance with pharmaceutical standards consistent

15  with the United States Pharmacopeia guidelines and

16  accreditation Departments, and in accordance with

17  applicable licensing regulations"?

18  A.      I see that, yes.

19  Q.      Do you know what the difference between a

20  compounded and manufactured drug is?

21  A.      Compounded sounds as though it will be mixed

22  with something else or something additive.

23  Manufactured sounds as though it will come in its

24  natural state.

25  Q.      Do you know if any of the drugs used for
```

Case 3:18-cv-01234-Document 1 Report Filed 09/17/22 Page (657 of 352) Page ID #: 1799
EliteReportingServices.com
www.EliteReportingServices.com

```
 1    executions in Tennessee are compounded?

 2    A.      Yes.

 3    Q.      Which ones?

 4    A.      Midazolam and potassium chloride.

 5    Q.      And do you all at TDOC do the compounding?

 6    A.      Yes.

 7    Q.      Okay.  And who does that?

 8              MR. SUTHERLAND:  I'm going to object to

 9    the extent that you're asking for a question that

10    might lead to the identity of an individual.

11    BY MR. KURSMAN:

12    Q.      Just by title only.

13    A.      I would say the executioner.

14    Q.      Okay.  And do you ever use expired drugs?

15    A.      No.

16    Q.      Okay.  Who would decide whether to use

17    expired drugs?

18    A.      The --

19              MR. SUTHERLAND:  Objection to the form.

20              THE WITNESS:  Wouldn't be me.

21    BY MR. KURSMAN:

22    Q.      Okay.  Well, would -- do you have the power,

23    as warden, to say, "We will never use expired drugs

24    in an execution"?

25              MR. SUTHERLAND:  Objection to the form.
```

Elite-Brentwood Reporting Services (615) 595-0073
www.EliteReportingServices.com

```
 1                    THE WITNESS:  I would hope so.
 2   BY MR. KURSMAN:
 3   Q.    Okay.  What does "consistent with USP
 4   guidelines and accreditation departments," as used
 5   in this paragraph, mean to you?
 6                    MR. SUTHERLAND:  Objection, form.
 7                    THE WITNESS:  It's whatever they would
 8   describe and prescribe for it to be.
 9   BY MR. KURSMAN:
10   Q.    And what about, "in accordance with
11   applicable licensing regulations"?
12                    MR. SUTHERLAND:  Same objection.
13                    THE WITNESS:  Basically the same.
14   BY MR. KURSMAN:
15   Q.    Okay.  And how do you ensure that that will
16   happen?
17   A.    I don't.
18   Q.    Who does?
19                    MR. SUTHERLAND:  I'm going to object to
20   the -- to the extent that it's going to lead to the
21   identification of an individual.
22                    Don't identify any specific person.
23                    THE WITNESS:  That I wouldn't know.
24   BY MR. KURSMAN:
25   Q.    Is it the drug procurer?
```

Case 3:18-cv-01234-Document 18-20 Filed 03-17-22 Page 165 of 352 PageID #: 3301
EliteReportingServices.com
www.EliteReportingServices.com

```
 1              MR. SUTHERLAND:  Let me just interrupt
 2     just a second, Alex.  Just so -- and we've been
 3     doing this for the last couple depositions, but we
 4     agree that an objection to form preserves all
 5     objections so we're not doing speaking objections?
 6              MR. KURSMAN:  Yeah, I agree to that on
 7     the record.
 8              MR. SUTHERLAND:  Okay.
 9              MR. KURSMAN:  Yes.
10              MR. SUTHERLAND:  I just -- I wanted to
11     make sure because I keep saying the same thing, and
12     I think in the first deposition you and Rob had a
13     discussion.  You asked him not to do speaking
14     objections, and so we've just done objections to
15     form.
16              MR. KURSMAN:  And we agree to that --
17              MR. SUTHERLAND:  Okay.
18              MR. KURSMAN:  -- yes.
19              MR. SUTHERLAND:  Yeah.
20              MR. KURSMAN:  That preserves all
21     objections.  The only objection I would say to make
22     is the secrecy objection.
23              MR. SUTHERLAND:  Yes, sir, yep.
24     BY MR. KURSMAN:
25     Q.    Is it the drug procurer?
```

Case 3:18-cv-01234-B Document 182-20 Filed 09/17/22 Page 160 of 352 PageID #: 3302
EliteReportingServices.com
www.EliteReportingServices.com

```
 1    A.      That I wouldn't know.

 2    Q.      Okay.  Do you know what is done to ensure

 3    that compounded chemicals are prepared in compliance

 4    with USP guidelines?

 5    A.      That I wouldn't know.

 6    Q.      Do you know who in TDOC ensures that?

 7            MR. SUTHERLAND:  Objection to the extent

 8    that it could lead to the identification of an

 9    individual.

10            Don't say a person's name.

11            THE WITNESS:  Not that I know of.  I

12    would -- if I had to venture a guess, and I don't

13    like to guess, so I would say I don't know.

14    BY MR. KURSMAN:

15    Q.      Okay.

16    A.      I would say -- I would like to say if I was

17    procuring something that I would be the one that

18    would know how that needed to be used.

19    Q.      Sure.  Okay.  And so I assume you don't know

20    what is done to ensure that these compounded

21    chemicals are prepared in compliance with applicable

22    licensing regulations either; is that right?

23    A.      That's right.

24    Q.      Okay.  Let's go to page 35.  Do you see at

25    the top it says, "Compounded Preparations:
```

```
 1    Procurement, Storage, and Accountability"?

 2    A.      Uh-huh.

 3    Q.      And then if you go down to 1 it says,

 4    "Storage of LIC"?

 5    A.      Uh-huh.

 6    Q.      It says --

 7    A.      Yes.

 8    Q.      -- "When the LIC is received, a member of the

 9    Execution Team and the Warden take the LIC to the

10    armory area of Building 7 at RMSI"?

11    A.      I see that, yes.

12    Q.      Do you do this?

13    A.      Yes.

14    Q.      Okay.  At this time do you check the

15    temperature of the drugs?

16    A.      When it is received?

17    Q.      Yes.

18    A.      The way it comes, it come compacted in -- not

19    ice, but dry ice.

20    Q.      Okay.

21    A.      So it is frozen.

22    Q.      The compounded chemicals?

23    A.      The -- yes.

24    Q.      Okay.  And how can you ensure that it's

25    completely frozen?
```

Case 3:18-cv-01234-Document-1 Report-Filed 03/17/22 Page (162 of 352 PageID #: 8604
ELITE Document Reporting Services (615) 595-0073
www.EliteReportingServices.com

```
 1              MR. SUTHERLAND:  Objection to the form.
 2              THE WITNESS:  I would say by looking at
 3   it.  It's not liquefied, it's frozen.
 4   BY MR. KURSMAN:
 5   Q.    Okay.  So what do you do when you receive the
 6   package of drugs?
 7   A.    When it is come -- when it comes, it is
 8   carried to the armory to be put away, and it is put
 9   away by the -- I guess the procurer.
10   Q.    And do you -- do you receive it through mail?
11   A.    That I wouldn't know.
12   Q.    Okay.  Do you know how long it travels in
13   interstate --
14   A.    That I wouldn't know.  I don't receive it.
15   Q.    Oh, you don't receive it?
16   A.    No.
17   Q.    Okay.  Do you take the chemicals to the
18   armory building?
19   A.    In conjunction with the commissioner's
20   designee.
21   Q.    And the commissioner's designee is the drug
22   procurer?
23   A.    I couldn't answer that.  I wouldn't know.
24   Q.    I'm just trying to find out who is taking the
25   drugs into the armory with you.
```

1    A.    It would be me, the commissioner's designee,

2    and a member of the execution team.

3    Q.    Okay.  So maybe I should ask this.  Without

4    identifying any names, just yes or no, do you know

5    the identity of the drug procurer?

6    A.    No.

7    Q.    Okay.

8          And then if you see, in -- still in

9    Section 1, "The LIC is placed in an unmovable heavy

10   gauge steel container with security grade locks."

11         Do you see that?

12   A.    Yes.

13   Q.    Okay.  Is that where the compounded lethal

14   injection chemicals are kept?

15   A.    Yes.

16   Q.    Okay.  So it's your understanding that

17   they're kept in a heavy gauge steel container?

18   A.    Yes.

19   Q.    Do you monitor the temperatures of that heavy

20   gauge steel container?

21   A.    The heavy gauge steel container is not --

22   doesn't have to be monitored temperature-wise.

23   Q.    Okay.  And can you explain why?

24   A.    Because it doesn't require for it to be at a

25   certain temp.

Case 3:18-cv-01234-Document 182-20 Filed 09/17/22 e Page 164 of 352 PageID #: 3806
EliteReportingServices.com
www.EliteReportingServices.com

```
 1   Q.     Okay.  So it's your understanding that the
 2   frozen compounded chemicals are brought into the
 3   office and then placed in a heavy gauge steel
 4   container?
 5   A.     The ones that are frozen does not go into
 6   the -- the manufactured goes into the freezer.  The
 7   compounded one that's not frozen, that goes into the
 8   dry container.
 9   Q.     Okay.  Let's talk about the frozen ones.
10   A.     Okay.
11   Q.     Okay.  Where do the frozen ones go?
12   A.     It goes into a freezer.
13   Q.     Okay.  Who decided to store it in the
14   freezer?
15   A.     According to the protocol.
16   Q.     Well, can you show me in the protocol where
17   it says that compounded preparations should be
18   stored in a freezer?
19   A.     Not compounded ones.
20   Q.     Okay.  Well, if I were to tell you that
21   compounded preparations, they're the ones that come
22   frozen, would that refresh your recollection as to
23   which ones are coming frozen?
24   A.     I'm trying to ensure which ones are frozen
25   and which one is compounded.  The commercially ones
```

```
 1    are -- let me get this right.  Compounded ones is
 2    the -- is the ones that is recommended by the
 3    pharmacy as how to be handled.  So, therefore,
 4    that's the instructions that we follow.
 5    Q.    So you follow the pharmacy instructions?
 6    A.    Correct.
 7    Q.    For the compounded preparations?
 8    A.    Correct.
 9    Q.    And the pharmacy instructions tell you to put
10    them in the freezer?
11    A.    According to the procurer -- not the
12    procurer, according to the commissioner's designee,
13    that is what the prescription would describe.
14    Q.    Okay.  Now, who made the decision that you
15    could deviate from the protocol and keep them in the
16    freezer rather than in the -- in the heavy gauge
17    container?
18    A.    (Pause)  If I may refer to paragraph --
19    page 34, at the bottom, "Chemicals used in lethal
20    injection execution will either be FDA-approved
21    commercially manufactured or shall be compounded
22    preparation in compliance with the pharmaceutical
23    standards consistent with United States" -- what you
24    just read, which is which -- the midazolam and the
25    potassium chloride is the compounded ones, so they
```

Case 3:18-cv-01234-DPJ-FKB  Document 182  Filed 09/17/22  Page 166 of 352  PageID #: 3848
EliteReportingServices.com
www.EliteReportingServices.com

```
1    are kept in the dry area.  The vecuronium bromide,
2    if I'm correct, would be kept in a -- in the
3    freezer.
4    Q.    Okay.  So I think your understanding is not
5    actually right.  I think the midazolam and the --
6    and the --
7    A.    Potassium chloride.
8    Q.    -- potassium chloride are kept in the
9    freezer.
10   A.    Okay.
11   Q.    My question is, under No. 1 for compounded
12   preparations --
13   A.    Uh-huh.
14   Q.    -- it says, "The LIC is placed in an
15   unmovable heavy gauge steel container with security
16   grade locks."
17   A.    Uh-huh.
18   Q.    Okay.  Why -- why are the compounded
19   preparations, the midazolam and the potassium
20   chloride, why are they not kept where the protocol
21   says for them to be kept?
22   A.    They are kept where the protocol said they're
23   supposed to be kept.
24   Q.    And where is that?
25   A.    If it's -- if according to what the
```

Case 3:18-cv-01234-Document 1 Report Filed 09/17/22 Page 167 of 352 PageID #: 3659
Elite Reporting Services * (615) 595-0073
www.EliteReportingServices.com

```
1    pharmacist recommend, midazolam and potassium
2    chloride goes into the freezer, that's where they're
3    kept.  If -- the vecuronium bromide is kept in a dry
4    storage area.
5    Q.    Okay.  So page 35 talks about compounded
6    preparations.  And we can go to future exhibits so I
7    can show you what compounded preparations you have.
8    And the compounded preparations that TDOC gets are
9    midazolam and potassium chloride.
10         Now, for compounded preparations the
11   protocol says -- and we talked about how the
12   protocol is mandatory.  The protocol says the LIC
13   is placed in an unmoveable heavy gauge steel
14   container.
15                MR. SUTHERLAND:  Your Honor --
16   Your Honor.  Alex, excuse me.  Can you refer to him
17   specifically where you are just so he can follow
18   with you?
19                MR. KURSMAN:  Sure.
20   BY MR. KURSMAN:
21   Q.    So I'm on paragraph 1 under "Storage LIC."
22   A.    Okay.
23   Q.    Do you see at the very bottom it says, "The
24   LIC is placed in an unmovable heavy gauge steel
25   container"?
```

**Elite Document Reporting Services (615) 595-0073**
**www.EliteReportingServices.com**

```
 1    A.      I do.

 2    Q.      And do you see at the top it's talking about

 3    compounded preparations?

 4    A.      I do.

 5    Q.      So my question is why are the compounded

 6    preparations not secured in an unmovable heavy gauge

 7    steel container as the protocol directs?

 8    A.      If they are compounded and they go into the

 9    heavy gauge steel, that's where they go.

10    Q.      Okay.  Well, so let's -- let's see how I can

11    do this.  But let's say they're not stored in the

12    heavy gauge steel container, right?  Let's say

13    midazolam and potassium chloride are stored in the

14    freezer, right?  Who would make that decision to say

15    let's deviate from the protocol and put them in the

16    freezer instead of a --

17                 MR. SUTHERLAND:  Objection.

18    BY MR. KURSMAN:

19    Q.      -- heavy gauge steel container?

20                 MR. SUTHERLAND:  Objection to the form.

21                 THE WITNESS:  It wouldn't be me.

22    BY MR. KURSMAN:

23    Q.      Would you have to sign off on that decision?

24    A.      No.

25    Q.      Okay.  Even though you're responsible for
```

Elite Document Reporting Services (615) 595-0073
www.EliteReportingServices.com

1    bringing the drugs into the armory area?

2    A.    If it belonged to that area and whatever's

3    prescribed according to the pharmacist, that's the

4    way they're stored.

5    Q.    Okay.  So who oversees the person who's

6    storing the execution drugs?

7    A.    That would be me.

8    Q.    Okay.  And you see this person who's storing

9    the execution drugs, right?

10   A.    I do.

11   Q.    Have you seen that they store the execution

12   drugs not in accordance with the protocol?

13   A.    No.

14            MR. SUTHERLAND:  Objection to the form.

15   BY MR. KURSMAN:

16   Q.    Okay.  I want to talk about the freezer and

17   the refrigerator.  Do you know how temperatures are

18   monitored of the freezer and the refrigerator?

19   A.    By thermometer.

20   Q.    Okay.  Is there any way to monitor that

21   temperature when the doors to the freezer and

22   refrigerator are shut?

23   A.    No.

24   Q.    Okay.  So there's no external thermometer on

25   the freezer or the refrigerator?

Case 3:18-cv-01234-ABC-DEF Document 18-20 Filed 09/17/22 Page 67 of 93 PageID #: 3682
Elite Document Reporting Services (675) 555-9473
www.EliteReportingServices.com

```
 1   A.     No.
 2   Q.     So while those doors are shut, you don't know
 3   what the exact temperature is inside the freezer or
 4   the refrigerator, right?
 5   A.     Correct.
 6   Q.     Okay.  How do you know that the refrigerator
 7   or the freezer are working properly the entire time
 8   the drugs are stored in there?
 9   A.     The refrigerator and freezer is only a backup
10   system, so it's constantly -- it's constantly
11   working properly at all times.
12   Q.     Are you aware that the refrigerator and
13   freezer fluctuate in temperature?
14   A.     No, I'm not.
15   Q.     Okay.  Do you know what temperature
16   compounded drugs should be kept at in the
17   refrigerator and freezer?
18   A.     No.
19   Q.     Okay.  And who checks the temperature in the
20   refrigerator and freezer?
21   A.     I check it.  The commissioner designee check
22   it when it's -- when we inventory it and when it's
23   delivered.
24   Q.     Okay.  So you check it once it's delivered
25   and when it's inventoried?
```

Case 3:18-cv-01234-Document-1820-Filed-03/17/22-Page-171-of-352-PageID #: 3613
EliteReporting Services
www.EliteReportingServices.com

```
 1   A.     Yes.

 2   Q.     And every time you check, you have to break

 3   the seal, right?

 4   A.     Yes.

 5   Q.     Okay.  And every time you break the seal,

 6   that would be recorded, right?

 7   A.     Yes.

 8              (WHEREUPON, the above-mentioned

 9   document was presented, previously marked as

10   Exhibit Number 2.)

11              (WHEREUPON, the above-mentioned

12   document was presented, previously marked as

13   Exhibit Number 4.)

14   BY MR. KURSMAN:

15   Q.     Okay.  So let's look at Exhibit 2 and 4.

16          Have you seen these exhibits before?

17   A.     No.

18   Q.     Okay.  And do you see that they're exhibits

19   for midazolam and for potassium chloride?

20   A.     Yes.

21   Q.     Okay.  And do you see this calls for the

22   compounded midazolam on Exhibit 2 and the compounded

23   potassium chloride on Exhibit 4 to be stored in the

24   freezer?

25   A.     Yes.
```

```
 1   Q.     Okay.  And in your mind is that inconsistent

 2   with the paragraph on page 35 we just discussed?

 3             MR. SUTHERLAND:  Could you refer him to

 4   which paragraph?

 5             MR. KURSMAN:  Yeah.

 6   BY MR. KURSMAN:

 7   Q.     So it would be "Storage of LIC" under

 8   Section 1, "The LIC is placed in an unmovable heavy

 9   gauge steel container with security grade locks."

10   A.     It is stored where it's stored.  We have more

11   than one LIC, we have three.

12   Q.     Right.  No, I understand that.  But my

13   question is these two compounded chemicals,

14   potassium chloride and midazolam --

15   A.     Correct.

16   Q.     -- the instructions say store them in a

17   freezer when you receive them.

18         Is that inconsistent with the directions in

19   the protocol of what to do with compounded

20   chemicals?

21             MR. SUTHERLAND:  Objection to the form.

22             THE WITNESS:  I would say no.

23   BY MR. KURSMAN:

24   Q.     No?  Why?

25   A.     Why?  Because it tells you to be in
```

Case 3:18-cv-01234-Document 18-20 Filed 03/17/22 Page 67 of 352 PageID #: 3815
FU134- Document Reporting Services (675) 573-9470
www.EliteReportingServices.com

```
 1   consistence the way it is prescribed by the
 2   pharmacist, and if the pharmacist says
 3   refrigerator/freezer, it goes in the
 4   refrigerator/freezer for those compounded
 5   substances.
 6   Q.    Okay.  But do you see where the protocol
 7   says, "The LIC is placed in an unmovable heavy gauge
 8   steel container"?
 9   A.    That would be the vecuronium bromide.
10   Q.    So your understanding is that instruction
11   under "Storage of LIC" is for the vecuronium
12   bromide?
13   A.    It's consistent with both of them.  It's
14   telling you how would it be stored, that's the way
15   you store it.
16   Q.    Okay.  So when you read under Section 1,
17   "Storage of LIC," the sentence that we keep
18   discussing, "The LIC is placed in an unmovable heavy
19   gauge steel container with security grade locks,"
20   you take that to mean it's talking about the
21   vecuronium bromide?
22   A.    Correct.
23   Q.    Okay.  Are you aware that the vecuronium
24   bromide is not compounded?
25   A.    Yes.
```

```
 1    Q.      Okay.  And you do see at the top that this is
 2    for compounded preparations?
 3    A.      That is true.
 4    Q.      Okay.  Do you have instructions for
 5    vecuronium bromide?
 6    A.      Whatever the pharmacist's instructions are.
 7    Q.      Okay.  And who did the pharmacist give
 8    instructions to, if you know?
 9    A.      I don't know.
10            MR. SUTHERLAND:  I'm going to object to
11    the extent that it calls for the identification --
12    don't identify an individual.
13            THE WITNESS:  I don't know.
14    BY MR. KURSMAN:
15    Q.      Have you ever spoken to the pharmacist?
16    A.      No.
17    Q.      Okay.  Let's go back to Exhibit 2.  Do you
18    see, under "Preparation," it says No. 1?
19    A.      Yes.
20    Q.      "Remove 4 vials of midazolam from the freezer
21    and place in refrigerator 24 hours prior to use to
22    allow to thaw"?
23    A.      Yes.
24    Q.      Okay.  What does that mean to you?
25            MR. SUTHERLAND:  Objection to the form.
```

Case 3:18-cv-01234-BJD-JRK Document 182-20 Filed 09/17/22 Page 175 of 352 PageID #: 8817
Elite Reporting Services * (615) 595-0073
www.EliteReportingServices.com

```
 1              THE WITNESS:  That means that if an

 2    execution is scheduled for today, we need to remove

 3    it on yesterday, 24 hours prior.

 4    BY MR. KURSMAN:

 5    Q.    And how do you ensure that the vials are

 6    thawed?

 7              MR. SUTHERLAND:  Same objection.

 8              THE WITNESS:  Remove them from the

 9    freezer and put them in the refrigerator and the

10    next day, when you go and check them, give them to

11    whoever, then whoever receives them, they ensure

12    that they're thawed.

13    BY MR. KURSMAN:

14    Q.    And when you say "whoever," without

15    identifying that person, who are you talking about?

16    A.    The executioner.

17    Q.    Okay.  And do you think No. 1, this

18    instruction we just read, do you think that's

19    consistent with the protocol instructing that the

20    compounded chemicals are stored in a heavy gauge

21    steel container?

22         (Cell phone interruption.)

23              THE WITNESS:  I'm sorry.

24    BY MR. KURSMAN:

25    Q.    That's okay.
```

Case 3:18-cv-01234-Document 182-2 Filed 09/17/22 Page 176 of 352 PageID #: 3848
EliteReportingServices.com
www.EliteReportingServices.com

```
 1   A.      That would be correct.

 2   Q.      That would be correct, it is consistent or

 3   that would be correct, it's not consistent?

 4   A.      That would be correct in being consistent.

 5   Q.      Inconsistent?

 6   A.      Consistent.

 7   Q.      Okay.  So when the protocol says store in a

 8   heavy gauge steel container, you think it's

 9   consistent to just store in a freezer instead?

10   A.      Whatever is designed to be in the freezer, it

11   goes in the freezer, the compounded ones.  And

12   whatever is designed to go into the steel cabinet

13   goes in that.

14   Q.      Okay.  Do you see on No. 3, under

15   "Preparation," it says, "On the day of use, retrieve

16   the necessary vials of midazolam from the

17   refrigerator and remove the blue seal from the top

18   of each vial of midazolam"?

19           Do you see that?

20   A.      I do.

21   Q.      Okay.  Do you know why the protocol doesn't

22   call for the use of a refrigerator for compounded

23   chemicals?

24   A.      I don't know.

25   Q.      Okay.  And can you tell me how the drugs are
```

```
 1   transported to DOC?

 2              MR. SUTHERLAND:  Objection, form.

 3              THE WITNESS:  I don't know.

 4   BY MR. KURSMAN:

 5   Q.    Okay.  Are you aware that they're transported

 6   overnight?

 7   A.    I don't know that either.

 8   Q.    Do you know if the compounded and

 9   manufactured drugs are transported together?

10   A.    I don't know that either.

11   Q.    Okay.  You -- you take the drugs, once you

12   receive them, into the armory area, right?

13   A.    I go with the individual that brings them.

14   Q.    So --

15   A.    I don't take them.

16   Q.    So you don't see the drugs at that point?

17   A.    I go into the area and I watch them be put

18   away.

19   Q.    Okay.  But you're --

20   A.    I don't handle them.

21   Q.    So you're unaware if some of the drugs are

22   compounded and some are manufactured at the same

23   time?

24   A.    Correct.  I just go with what the protocol

25   says they are.
```

```
 1   Q.     Okay.  Do you know if the manufactured drugs
 2   come frozen?
 3   A.     That would be the vecuronium bromide?  No.
 4   Q.     Okay.  Does the -- do you know if the
 5   pharmacist encloses instructions for storing and
 6   preparing with each shipment?
 7   A.     I wouldn't know.
 8   Q.     Okay.  So you don't actually see the shipment
 9   that comes in when the drugs arrive at TDOC?
10   A.     No.
11   Q.     Okay.  And do you know how TDOC ensures that
12   the drugs are sterile at the time of use?
13               MR. SUTHERLAND:  Objection, form.
14               THE WITNESS:  No.
15   BY MR. KURSMAN:
16   Q.     Okay.  So at the time of use, what do you do
17   with the drugs?
18   A.     At the time of the use?
19   Q.     Yeah, meaning on the date of an execution.
20   A.     I don't do anything with them.
21   Q.     Do --
22   A.     At the time of use?
23   Q.     On the day of execution, yes.
24   A.     I don't do anything with them.
25   Q.     Are you the one who breaks the seal and
```

```
 1   opens --

 2   A.      At that point I do.

 3   Q.      Okay.  And what do you do at that point?

 4   A.      I break the seal and I issue them to the

 5   individual that receives them for purposes of

 6   execution.

 7   Q.      And is that the executioner?

 8   A.      Correct.

 9   Q.      Okay.  And does anybody else look at the

10   drugs at that time?

11   A.      The executioner, myself, and my designee.

12   Q.      And --

13   A.      But we don't look at them, we're there.  The

14   executioner gets them himself and he takes them

15   himself.  I just open the freezer.

16   Q.      Okay.  So let me understand what happens on

17   the day of an execution.  So when you say your

18   designee, are you talking about the associate

19   warden?

20   A.      Correct.

21   Q.      Okay.  So you and the associate warden are in

22   the armory area?

23   A.      Correct.

24   Q.      And the executioner comes in?

25   A.      Correct.
```

Case 3:18-cv-01234-Document 18-20 Filed 09/17/22 Page 180 of 352 PageID #: 3822
EliteReportingServices.com (800) 555-9473
www.EliteReportingServices.com

```
 1    Q.     And you break the seal?

 2    A.     Correct.

 3    Q.     And then the executioner takes a certain

 4    number of vials of midazolam?

 5    A.     Correct.

 6    Q.     He takes a certain number of vials of

 7    vecuronium bromide?

 8    A.     Correct.

 9    Q.     And he takes a certain number of vials of

10    potassium chloride?

11    A.     Correct.

12    Q.     Does anybody else look at those drugs once he

13    takes those drugs?

14    A.     No.

15    Q.     Okay.  And what does he do with those drugs

16    once he takes them?

17              MR. SUTHERLAND:  Objection, form.

18              THE WITNESS:  He takes them with him to

19    the execution chamber.

20    BY MR. KURSMAN:

21    Q.     Okay.

22    A.     The dispense room.

23    Q.     And where does he put them once they're in

24    the execution chamber?

25              MR. SUTHERLAND:  Same objection.
```

```
 1                    THE WITNESS:  That I don't know.
 2    BY MR. KURSMAN:
 3    Q.    And does he reconstitute any of the drugs?
 4                    MR. SUTHERLAND:  Same objection.
 5                    THE WITNESS:  That I don't know.
 6    BY MR. KURSMAN:
 7    Q.    And does he mix any of the drugs?
 8                    MR. SUTHERLAND:  Same objection.
 9                    THE WITNESS:  That I don't know.
10    BY MR. KURSMAN:
11    Q.    And does anybody oversee him doing that?
12    A.    That I don't know.
13    Q.    Okay.  And does he --
14    A.    I'm not there.
15    Q.    Okay.  And does he dilute any of the drugs?
16                    MR. SUTHERLAND:  Same objection.
17                    THE WITNESS:  Not there.
18    BY MR. KURSMAN:
19    Q.    Okay.  Do you see him doing that during
20    training sessions?
21    A.    No.
22    Q.    Okay.  Now, let's turn to Exhibit 4.
23          And do you see this is the instructions for
24    potassium chloride?
25    A.    Yes.
```

Case 3:18-cv-01234-BJD-document 182 Reporting Services-Page (850) 595-PAGE ID #: 3824
EliteReportingServices.com
www.EliteReportingServices.com

```
 1   Q.     Do you know who provided these instructions?

 2   A.     No.

 3   Q.     Okay.  Do you know whether TDOC follows these

 4   instructions?

 5                MR. SUTHERLAND:  Objection, form.

 6                THE WITNESS:  Yes.

 7   BY MR. KURSMAN:

 8   Q.     Yes, you do know that they follow these

 9   instructions?

10   A.     Certain portions of it.

11   Q.     Okay.  Which portions do they follow?

12   A.     The portion that I follow is 1.  It's 1.

13   Q.     Are there any portions that aren't followed?

14   A.     Other than 1, I would not know.

15   Q.     Okay.  And do you think, under No. 1,

16   "Preparation:  Remove 2 vials of potassium chloride

17   from the freezer and place in refrigerator 24 hours

18   prior to use to allow to thaw," do you think that's

19   inconsistent with the protocol?

20   A.     No.

21   Q.     Okay.  And who is responsible for following

22   these instructions?

23                MR. SUTHERLAND:  Objection to the extent

24   that it calls for the identification of an

25   individual.
```

Case 3:18-cv-01234-Document 182-20 Filed 09/17/22 Page 183 of 352 PageID #: 3825
EliteReportingServices.com (850) 595-9970
www.EliteReportingServices.com

```
 1              Don't name anyone.
 2              THE WITNESS:  Anyone that has anything
 3  to do with these instructions.
 4  BY MR. KURSMAN:
 5  Q.    So would that be anyone aside from you and
 6  the drug procurer?
 7  A.    Removing two vials of potassium chloride,
 8  that's the day prior to the execution.  It could be
 9  me, yes, and the drug procurer, or me and the
10  commissioner's designee.
11  Q.    And it's your belief that this is consistent
12  with the protocol?
13  A.    Yes.
14  Q.    Okay.  Do you see, under No. 14 on the second
15  page of this exhibit, it says, "Inspect the syringe
16  now filled with potassium chloride.  Inspect to
17  ensure you see no particles or discoloring.  Set
18  aside."
19              Do you see that?
20  A.    I do.
21  Q.    Okay.  Do you know who does this?
22  A.    By reading that I would say it would probably
23  be the executioner.
24  Q.    And are you sure that always happens?
25  A.    No I'm not --
```

Case 3:18-cv-01234-Document 1 Report Filed 09/17/22 Page 184 of 352 PageID #: 3826
EliteReportingServices.com
www.EliteReportingServices.com

```
 1              MR. SUTHERLAND:  Objection, form.

 2              THE WITNESS:  I'm not sure because I'm

 3   not there.

 4   BY MR. KURSMAN:

 5   Q.     Okay.  So who oversees the executioner to

 6   make sure he's doing this?

 7   A.     That I would not know.

 8   Q.     Do you know what happens if discoloration is

 9   present?

10   A.     No.

11   Q.     Okay.  Do you know why the instructions don't

12   say what to do if --

13              MR. SUTHERLAND:  Objection, form.

14   BY MR. KURSMAN:

15   Q.     -- discoloration is present?

16   A.     No.

17   Q.     Okay.  Do you know what to do if there are

18   particles?

19              MR. SUTHERLAND:  Objection, form.

20              THE WITNESS:  Other than reading what's

21   in front of me, that would probably let me know, but

22   other than that, no.

23   BY MR. KURSMAN:

24   Q.     Okay.  So what would you do if the

25   executioner told you that there was either
```

Case 3:18-cv-01234-Document 182-2 Filed 03/17/22 Page 185 of 352 PageID #: 3827
Elite Reporting Services • (615) 595-0073
www.EliteReportingServices.com

```
 1    discoloration or particles in the syringe?

 2              MR. SUTHERLAND:  Objection, form.

 3              THE WITNESS:  It has never happened, but

 4    if he told me that that had taken place, I would

 5    probably contact the commissioner.

 6    BY MR. KURSMAN:

 7    Q.    Okay.  And who would then decide if the

 8    execution moved forward, without disclosing names?

 9    A.    As always, the commissioner.

10    Q.    Okay.  Now, let's go to page 35 of Exhibit 1.

11          Do you see it says, in No. 3 under "Storage

12    of LIC," it says, "The LIC on hand is monitored for

13    expiration dates.  All of the LIC boxes/bottles

14    have an expiration date and all are in tamper-proof

15    containers.  As the LIC reaches its expiration

16    date, it shall be disposed of by hazardous waste

17    pick-up."

18          Do you see that?

19    A.    Yes.

20    Q.    What's the point of that paragraph?

21              MR. SUTHERLAND:  Objection, form.

22              THE WITNESS:  I would say the point of

23    it, if it's expired, it has to be disposed of and it

24    tells you how to dispose of it.

25    ///
```

Case 3:18-cv-01234-BJD-JRK  Document 182-20  Filed 09/17/22  Page 186 of 352  PageID #: 3828
EliteDocument Reporting Services (850) 952-9470
www.EliteReportingServices.com

```
 1   BY MR. KURSMAN:
 2   Q.     Okay.  And is that a mandatory provision of
 3   the protocol?
 4   A.     Yes.
 5   Q.     Okay.  Are you responsible for monitoring the
 6   expiration dates?
 7   A.     In conjunction, yes.
 8   Q.     In conjunction with who, without identifying
 9   anybody?
10   A.     Designee.
11   Q.     And the designee would be the associate
12   warden?
13   A.     The commissioner's designee.
14   Q.     The -- so who is the commissioner's designee,
15   without identifying anyone?
16   A.     I just identify him as the designee.
17   Q.     Okay.  And is that the same person as the
18   drug procurer?
19   A.     I wouldn't know.
20   Q.     Okay.  Right.  I apologize.
21          And have you disposed of all the lethal
22   injection chemicals once they've reached their
23   expiration dates?
24   A.     Yes.
25   Q.     You have?
```

Case 3:18-cv-01234-Document 182-20 Filed 09/17/22 Page 187 of 352 PageID #: 3829
**EliteReportingServices**
**www.EliteReportingServices.com**

```
1    A.    Yes.

2    Q.    Okay.  Does TDOC have any lethal injection

3    chemicals in its possession that's currently

4    expired?

5    A.    No.

6    Q.    Okay.  We can -- we'll talk about that in a

7    minute.

8          Let's go to paragraph 2.  And if you go to

9    the third line, under "Storage of LIC" on page 35,

10   it says, "There is only one key to access the

11   storage container."

12         And then -- skip the next sentence.  Then it

13   says, "The Warden also has the pattern key to the

14   container in his -- in his possession.  There are

15   no duplicates produced.  The Warden surrenderers

16   the key to no one other than one member of the

17   Execution Team designated for inventorying the

18   LIC."

19         Do you see that?

20   A.    I do.

21   Q.    Without identifying anyone, who is that

22   person that you give the key to?

23   A.    That would be my designee.

24   Q.    And that would be the associate warden?

25   A.    Security.
```

1    Q.    Okay.  Now, let's go to the next page,

2    page 36, and paragraph 4 under "Accountability of

3    LIC."  Do you see it says, "Upon receipt of the LIC,

4    the Warden or designee proceeds to the armory

5    storage area, secures the LIC, and adjusts the

6    inventory properly [sic].  Prior to the LIC being

7    placed in storage, the expiration date and lot

8    number or other identifying marking is recorded to

9    ensure that the LIC is properly disposed of at the

10   time of expiration."

11         Do you see that?

12   A.    I do.

13   Q.    Do you do this?

14   A.    I do.

15   Q.    Okay.  How do you know where to store each

16   drug?

17   A.    Based on the prescription according to the

18   designee that delivers it.

19   Q.    And are you the person who is storing each of

20   the drugs?

21   A.    In --

22            MR. SUTHERLAND:  Objection, form.

23            THE WITNESS:  In conjunction with the

24   designee.

25   ///

```
 1    BY MR. KURSMAN:

 2    Q.    Who is actually putting the drugs into the

 3    freezer or refrigerator?

 4    A.    The designee.

 5    Q.    Okay.  And where is your understanding where

 6    you store the midazolam?

 7    A.    Midazolam, my understanding, is stored in the

 8    freezer.

 9    Q.    Okay.  And what about the potassium chloride?

10    A.    The freezer.

11    Q.    And the vecuronium bromide?

12    A.    Dry storage.

13    Q.    Okay.  Now, let's go to paragraph 5, same

14    page, after "Accountability of LIC."  Do you see it

15    says, "The Warden and the designee jointly verify

16    the inventory of LIC on a semi-annual basis," and

17    then in parentheses, "January/July," and then, "at

18    minimum, and subsequent to each execution."

19    A.    I do see that.

20    Q.    And then it says, "The Warden and the

21    designee make appropriate entries in the ledger with

22    their full signatures that verify the correctness of

23    the LIC count."

24    A.    I see that.

25    Q.    When was the last time that you did this?
```

Case 3:18-cv-01234-Document 1020 Filed 09/17/22 Page 190 of 352 PageID #: 3882
EliteReportingServices.com
www.EliteReportingServices.com

```
 1   A.      This month.

 2   Q.      Okay.  How long ago?

 3   A.      That's not hard.  Yesterday.

 4   Q.      Yesterday.  Okay.  When did you do it before

 5   yesterday?

 6   A.      It had to have been January of this year

 7   because the protocol designed that -- I know we've

 8   had faults with COVID, so it may have been somewhere

 9   between January and July.

10   Q.      Okay.  But it's your understanding that you

11   have done it --

12   A.      Yes.

13   Q.      -- at least sometime between January and

14   July?

15   A.      Yes.

16   Q.      Okay.  And how many drugs are currently in

17   the fridge right now?

18   A.      Zero.

19   Q.      And how many are currently in the freezer?

20   A.      Zero.

21   Q.      Okay.  Now, let's go to "Transfer of

22   Location," paragraph 2.  See it says, "If the LIC is

23   not used and not compromised in any way, the LIC is

24   returned to the armory, re-entered on the perpetual

25   inventory ledger, and secured in the refrigerator."
```

Elite-Document Reporting Services (615) 595-0073
www.EliteReportingServices.com

```
 1          Do you see that?
 2   A.     I do, yes.
 3   Q.     What does it mean "not compromised in any
 4   way"?
 5               MR. SUTHERLAND:  Objection, form.
 6               THE WITNESS:  Not compromised to me
 7   would mean not tampered with.
 8   BY MR. KURSMAN:
 9   Q.     Can it be opened?
10   A.     That's tampered with.
11   Q.     Why is it secured in the refrigerator?
12   A.     Can't just be left laying around.  It has to
13   be put somewhere secured.
14   Q.     Can it be reused on the same inmate?
15   A.     No.
16   Q.     Let's say an inmate got a stay of execution
17   for 12 hours.
18   A.     Okay.
19   Q.     Would that LIC be able to be used on the same
20   inmate if it wasn't tampered with?
21   A.     If it haven't expired and is not outside of
22   the time limit of being outside, I would say
23   probably yes.
24   Q.     Okay.  And -- you would say probably yes?
25   A.     Yes.
```

Case 3:18-cv-01234-Document 18-20 Filed 09/17/22 Page 192 of 352 PageID #: 3904
EliteReporting Services-Court Reporting Services (615) 595-0073
www.EliteReportingServices.com

```
 1   Q.    Okay.  Who would make that determination?

 2   A.    Probably the executioner.

 3   Q.    Okay.  So it's up to the executioner as to

 4   whether drugs that have been transferred can be

 5   reused again on the same inmate?

 6              MR. SUTHERLAND:  Objection, form.

 7              THE WITNESS:  I would say he handled it

 8   outside of my possession, so he would know.

 9   BY MR. KURSMAN:

10   Q.    And would you defer to his expertise on this

11   area?

12   A.    Yes.

13   Q.    Okay.  Let's go to page 37.  And you see at

14   the top it's talking about commercially manufactured

15   drugs?

16   A.    Yes.

17   Q.    Okay.  And then do you see the last sentence

18   in 1 under "Storage of LIC," it says, "The chemicals

19   are placed in unmovable heavy gauge steel containers

20   with security grade locks"?

21   A.    Yes.

22   Q.    Are the manufactured drugs stored with the

23   compounded drugs?

24   A.    No.

25   Q.    Okay.
```

```
 1            MR. SUTHERLAND:  Objection to the form.

 2   BY MR. KURSMAN:

 3   Q.     And why not?

 4            MR. SUTHERLAND:  Same objection.

 5            THE WITNESS:  One has a different

 6   requirement than the other.

 7   BY MR. KURSMAN:

 8   Q.     According to what?

 9   A.     According to the -- probably the prescription

10   from the pharmacist.

11   Q.     Okay.  Now, if there's a conflict between a

12   prescription from the pharmacist and the protocol

13   itself, which provision would you follow?

14            MR. SUTHERLAND:  Objection to form.

15            THE WITNESS:  If I had to do that, being

16   that I don't see the prescription and I'm not the

17   one putting it away, I would follow what the

18   protocol says.

19   BY MR. KURSMAN:

20   Q.     Okay.  And what if somebody who was doing it

21   chose to follow the prescription rather than the

22   protocol?

23            MR. SUTHERLAND:  Objection, form.

24            THE WITNESS:  Never have taken place,

25   they can't.
```

Elite-Brown Reporting Services
www.EliteReportingServices.com
(845) 575-7450

```
 1   BY MR. KURSMAN:

 2   Q.     Would you stop them from doing it?

 3   A.     Yes.

 4   Q.     Okay.  And why?

 5              MR. SUTHERLAND:  Objection, form.

 6              THE WITNESS:  Because I'm the warden and

 7   it's my responsibility to stop them.

 8   BY MR. KURSMAN:

 9   Q.     And what if you didn't stop them from doing

10   it?

11              MR. SUTHERLAND:  Objection, form.

12   BY MR. KURSMAN:

13   Q.     Do you think it could interfere with the

14   lethal injection process?

15   A.     Don't know, never had to do it.

16   Q.     Okay.  Let's go to "Storage of LIC,"

17   paragraph 3.  And do you see it says, at the very

18   bottom, "As the chemicals reach their expiration

19   dates, they are disposed of by hazardous waste

20   pick-up"?

21          Do you see that?

22   A.     I do, yes.

23   Q.     Okay.  Who's responsible for ensuring this?

24   A.     Myself in conjunction with the designee.

25   Q.     Okay.  And is this always done on time?
```

Case 3:18-cv-01234-Document 123-1 Page 20 Filed 03/17/22 e-Page (955 of 352 Page ID #: 3937
EliteReportingServices.com
www.EliteReportingServices.com

```
 1    A.       It's done as required by protocol.

 2    Q.       The drugs that you disposed of yesterday,

 3    were many of them expired?

 4    A.       Yes.

 5    Q.       And had they been expired for a long time?

 6    A.       Yes, probably so.

 7    Q.       Past --

 8    A.       You'd have to define "long."

 9    Q.       Past January of this year?  Did they expire

10    in 2020?

11    A.       Yes.

12    Q.       Okay.  And a minute ago you said you did one

13    of these checks in January or sometime about -- to

14    look at the beyond use dates of the drugs in the

15    freezer and refrigerator?

16    A.       Yes.

17    Q.       Why weren't they disposed of then?

18    A.       They just weren't.  I mean, I can inventory

19    and make sure they're there, but that doesn't mean I

20    have to dispose of them at that time.

21    Q.       Well, doesn't the protocol require that you

22    dispose of the chemicals when they reach their

23    expiration dates?

24    A.       Yes.

25    Q.       Okay.  But that wasn't done in January?
```

Case 3:18-cv-01234-Document 182-20 Filed 09/17/22 Page 196 of 352 PageID #: 3948
ELITE Document Reporting Services (615) 595-0073
www.EliteReportingServices.com

```
 1   A.      Apparently not.

 2   Q.      Okay.  Who decided that it was okay to

 3   deviate from the protocol?

 4           MR. SUTHERLAND:  Don't identify any

 5   individuals' names.

 6           THE WITNESS:  I would say the designee.

 7   BY MR. KURSMAN:

 8   Q.      The designee said to you, "It's okay to

 9   deviate from the protocol"?

10   A.      Not okay to deviate.  If you want to look at

11   it that way.  It's we'll dispose of it at a later

12   time.  We were doing COVID at that time, and we did

13   not dispose of anything at that time.

14   Q.      You didn't dispose of trash at the prison at

15   that time?

16   A.      Yes.

17   Q.      You didn't dispose of hazardous waste at the

18   prison at that time?

19   A.      I'm sure we did.

20   Q.      Okay.  So why didn't you dispose of the

21   lethal injection chemicals at that time?

22   A.      No answer for that.

23   Q.      Okay.  And the person -- okay.

24           And when the designee said, "Let's not

25   dispose of these drugs yet," what was your
```

```
 1    response?

 2                MR. SUTHERLAND:  Objection to the form.

 3                THE WITNESS:  We'll dispose of them when

 4    we get to them.

 5    BY MR. KURSMAN:

 6    Q.    Okay.  Did you think, "I'm the warden and

 7    it's my job to carry out the protocol, and the

 8    protocol says we have to dispose of them now, so we

 9    have to"?

10                MR. SUTHERLAND:  Objection to the form.

11                THE WITNESS:  What I thought was they're

12    here in a secure area, and though they're expired,

13    we will dispose of them the first opportunity we

14    get, outside of that opportunity.

15    BY MR. KURSMAN:

16    Q.    Okay.  And the first opportunity was

17    yesterday?

18    A.    Yes.

19    Q.    Okay.  And who ultimately made the decision

20    that it was okay to deviate from the protocol's

21    requirement that you have to dispose of the drugs

22    when they reach their expiration date?

23    A.    I would say it was a joint decision.

24    Q.    Between who?  Without identifying any names.

25    A.    Myself and the designee.
```

Case 3:18-cv-01234-BJD-PDB   Document 120   Filed 03/17/22   Page 198 of 352 PageID #: 3940
EliteReportingServices.com
www.EliteReportingServices.com

```
 1   Q.     Okay.  Now, let's go on paragraph 37 -- I
 2   mean, on page 37, I apologize.
 3          In the -- in the middle of the main
 4   paragraph it says -- you see where it says
 5   chemicals are picked up from the DSNF or RMSI
 6   warehouse.  "A member of the Execution Team checks
 7   the supply of chemicals, the concentration, and
 8   expiration dates"?
 9          It begins three -- four lines from the
10   bottom.
11   A.     (Reviewing)  "One of the members of the
12   Execution Team," you reading from there?
13   Q.     No, I'm sorry.  So at the very end of the
14   last paragraph --
15   A.     Okay.
16   Q.     -- it says --
17              MR. SUTHERLAND:  You mean the first
18   paragraph?
19              MR. KURSMAN:  Yeah, on the first
20   practice, I apologize.
21   BY MR. KURSMAN:
22   Q.     It says, "A member of the Execution Team
23   checks the supply of the chemicals, the
24   concentration, and the expiration dates."
25          You see that?
```

Case 3:18-cv-01234-BJD-Document 18-20 Filed 03/17/22 Page 199 of 352 PageID #: 8841
ELITE Document Reporting Services (950) 952-9076
www.EliteReportingServices.com

```
 1   A.    I do.

 2   Q.    Okay.  Without identifying who that person

 3   is, who is that member of the execution team?

 4   A.    I would say myself and the -- my designee.

 5   Q.    Okay.  Do either yourself or your designee

 6   have any medical or pharmacological training?

 7   A.    No.

 8   Q.    Okay.  And how do you check the concentration

 9   of the chemicals?

10   A.    It's saying that -- I would say that would

11   have to be the executioner.

12   Q.    Okay.  So --

13   A.    I don't do that.

14            THE VIDEOGRAPHER:  Counsel, I'm sorry.

15   You're rustling some paper.

16            MR. KURSMAN:  Oh, yeah, I apologize.

17   BY MR. KURSMAN:

18   Q.    So the executioner is the person who would

19   check the concentration?

20   A.    I would say yes.

21   Q.    Okay.  So you or your designee don't check

22   the concentration; is that right?

23   A.    Correct.

24   Q.    Okay.  Do you know why the protocol requires

25   that the concentration would be checked?
```

```
 1              MR. SUTHERLAND:  Objection to form.

 2              THE WITNESS:  No.

 3    BY MR. KURSMAN:

 4    Q.     Do you know why -- do you see at the top it

 5    says, "Commercially Manufactured Drugs"?

 6    A.     Yes.

 7    Q.     Do you know why this same requirement isn't

 8    for the compounded drugs?

 9              MR. SUTHERLAND:  Same objection.

10              THE WITNESS:  No.

11    BY MR. KURSMAN:

12    Q.     Okay.  I have one other question.  What was

13    scheduled first, your deposition today or

14    yesterday's inventory?

15    A.     My deposition.

16    Q.     Okay.  Let's go to page 38.  And do you see

17    at the bottom it says, "Transfer of Location"?

18    A.     Yes.

19    Q.     Do you see it says, "The Warden's designee is

20    responsible for the delivery of the LICs to the

21    appropriate individuals in the Execution Chamber"?

22              MR. SUTHERLAND:  I'm sorry, Alex, where

23    are you?

24              MR. KURSMAN:  Oh, so it's page 38,

25    "Transfer of Location," paragraph 1.  It's the very
```

```
 1   last sentence in paragraph 1.

 2              MR. SUTHERLAND:  Thank you.

 3              MR. KURSMAN:  I should have been more

 4   clear.  I'm sorry.

 5              MR. SUTHERLAND:  That's okay.

 6              THE WITNESS:  That last sentence?

 7   BY MR. KURSMAN:

 8   Q.    Yeah.

 9   A.    "The Warden's designee is responsible for the

10   delivery of the LICs to the appropriate individual

11   in the Execution Chamber"?

12   Q.    Yes.  Do you see that?

13   A.    Yes.

14   Q.    Okay.  And do you see that that same

15   language -- if you go back to 36 for compounded

16   chemicals, that same language is there also, under

17   "Transfer of Location," paragraph 1, "The Warden's

18   designee is responsible for the delivery"?

19         Do you see that?

20   A.    Yes.

21   Q.    Who is the designee, without identifying any

22   names?

23   A.    It would be my designee.

24   Q.    And is that the associate warden?

25   A.    Uh-huh.
```

```
 1    Q.     Okay.  A minute ago you told me that the
 2    executioner actually takes the drugs from the
 3    refrigerator and the freezer.
 4    A.     That's because myself, along with the
 5    executioner, do it.  I don't -- I don't designate
 6    that to my designee to do.  The protocol says the
 7    warden's designee is responsible, but I take that
 8    upon myself to do.
 9    Q.     Okay.  But nobody delivers the -- do you
10    deliver the lethal injection chemicals to the
11    appropriate individuals in the chamber?
12    A.     No.
13    Q.     Okay.  Does your designee deliver the LICs to
14    the appropriate individuals in the execution
15    chamber?
16    A.     No.
17    Q.     Okay.  Who decided that they could deviate
18    from the protocol here?
19             MR. SUTHERLAND:  Objection, form.
20             THE WITNESS:  I decided that, in
21    conjunction with the executioner.
22    BY MR. KURSMAN:
23    Q.     Okay.  And how did you determine that you
24    were able to deviate from the protocol?
25             MR. SUTHERLAND:  Objection, form.
```

Elite Reporting Services
www.EliteReportingServices.com

```
1              THE WITNESS:  Really, there weren't a
2    determination.  We just did it.
3    BY MR. KURSMAN:
4    Q.     Okay.  And was there any -- did anybody tell
5    you you can't do this?
6    A.     No.
7    Q.     Okay.  And how long have you been doing this?
8    A.     The first two executions that I performed was
9    both lethal and we did it with both.
10   Q.     Okay.  Now, let's go to page 39.  And you see
11   it says at the very top, "Lethal Injection Chemical
12   Set-Up and Preparation"?
13   A.     Yes.
14   Q.     And then it says, under 1, "Prior to an
15   execution, a minimum of two members of the Execution
16   Team bring the LICs from the armory area directly
17   into the Lethal Injection Room."
18          Do you see that?
19   A.     Yes.
20   Q.     That's not what happens, though, is it?
21   A.     "Prior to the execution, a minimum of two --
22   minimum of two members of the Execution Team bring
23   LICs from the armory area directly to the Lethal" --
24   that is what happens.
25   Q.     Oh.  So I'm -- I guess I'm confused.  You
```

```
 1    told me that the executioner brings them from the
 2    armory --
 3    A.      The executioner is a member of the team as
 4    well as myself a member of the team.
 5    Q.      So you go with the executioner to the
 6    execution room --
 7    A.      Yes.
 8    Q.      -- once he grabs the drugs?
 9    A.      Yes.
10    Q.      Okay.  And then do you see, in paragraph 1,
11    it says, "The amount of chemicals and saline is
12    sufficient to make two complete sets of nine
13    syringes each.  One set is color coded red and the
14    back-up set is color coded blue."
15            Do you see that?
16    A.      Yes.
17    Q.      Who does this procedure?
18            MR. SUTHERLAND:  Don't identify anyone
19    by name.
20            THE WITNESS:  The executioner.
21    BY MR. KURSMAN:
22    Q.      And where are you at this point?
23    A.      Along with him, at the armory where we
24    receive the drugs.
25    Q.      Okay.  So just so I'm clear, when he makes
```

1    the two sets of nine syringes, that's in the armory?

2    A.    No, they're made in the drip room, what we

3    call it.  But he's there by himself then, along with

4    his assistants.

5    Q.    Okay.

6    A.    I'm not there.

7    Q.    Is the drip room the same as --

8    A.    Yes.

9    Q.    -- the -- just so I'm clear -- the same as

10   the lethal injection executioner's room?

11   A.    Yes.

12   Q.    Okay.  And where are you at this point?

13   A.    I may not even be in that area at that time.

14   Q.    Well, where would you be?

15   A.    Who knows?

16   Q.    Okay.

17   A.    Somewhere at the facility.

18   Q.    Well, okay, so a minute ago you told me that

19   you and the executioner take the lethal injection

20   chemicals and walk them into the execution area.

21   A.    Yes.

22   Q.    Okay.  Then he takes -- the executioner then

23   takes the drugs and mixes them into the red and blue

24   sets?

25   A.    And I'm not there.

Case 3:18-cv-01234-Document 18-20 Filed 03/17/22 e Page 206 of 352 PageID #: 3848
ELITE Document Reporting Services (205) 595-0123
www.EliteReportingServices.com

```
 1   Q.    You're not in the execution room at this

 2   point?

 3   A.    No.

 4   Q.    Okay.  So you leave -- you do whatever you

 5   need to do?

 6   A.    I leave the area.

 7   Q.    Okay.  And you said him and his assistants?

 8   A.    Yes.

 9   Q.    And that's him and two assistants?

10   A.    I don't think I said a number.

11   Q.    Well, I thought you -- okay.  Are any of his

12   assistants members of the IV team?

13   A.    No.

14   Q.    Okay.  Do any of his assistants have any

15   medical training?

16   A.    That I wouldn't know.

17   Q.    Okay.  And then you see, in paragraph 2 on

18   the same page, on 39, it says, "The LICs are drawn

19   into syringes by one member of the Execution Team."

20         And you're saying that is the executioner,

21   right?

22   A.    Yes.

23   Q.    And then it says, "Another member of the

24   Execution Team observes and verifies that the

25   procedure has been carried out correctly."
```

Case 3:18-cv-01234-Document 182-20 Filed 09/17/22 Page 207 of 352 PageID #: 2849
EliteReportingServices.com
www.EliteReportingServices.com

```
 1   A.      Yes.
 2   Q.      Okay.  Is that other member, is that one of
 3   his assistants?
 4   A.      Yes.
 5   Q.      Do you know which assistant that is, without
 6   identifying any names?
 7   A.      No.
 8   Q.      Okay.  Do you know whether the same size
 9   syringe is used for each drug?
10   A.      I wouldn't know.
11   Q.      Do you know whether the drug is drawn
12   directly into the syringe?
13   A.      I wouldn't know.
14   Q.      Do you know if the drug is mixed first with
15   either saline or bacteriostatic water before it's
16   put into a syringe?
17   A.      Yes, but I can't say for sure which one it
18   is.
19   Q.      And have you ever seen that done?
20   A.      No.
21   Q.      Okay.  Do you know what color the content is
22   of the prepared syringes?
23   A.      No.
24   Q.      Do you know what falling out of solution
25   means?
```

```
 1    A.      No.
 2    Q.      Do you know who checks to determine if the
 3    lethal injection chemicals are falling out of
 4    solution?
 5            MR. SUTHERLAND:  Don't identify anybody
 6    by name.
 7            THE WITNESS:  No.
 8    BY MR. KURSMAN:
 9    Q.      Okay.  What does it mean where it says,
10    "Another member of the Execution Team observes and
11    verifies that the procedure has been carried out
12    correctly"?
13         What does it mean for the procedure to be
14    carried out correctly?
15            MR. SUTHERLAND:  Objection to the form.
16            THE WITNESS:  Which procedure?
17    BY MR. KURSMAN:
18    Q.      The procedure of being -- the LICs being
19    drawn into syringes.
20    A.      It probably would be one of his assistants.
21    Q.      But my question is what does it mean for the
22    procedure to be carried out correctly?
23            MR. SUTHERLAND:  Same objection.
24            THE WITNESS:  Probably according to what
25    the protocol says it has to be done.
```

BY MR. KURSMAN:

Q.    Do you know how the execution team member verifies that that procedure has been carried out correctly?

A.    No.

Q.    And do you know if that member has a background in chemistry?

A.    I wouldn't know.

Q.    Okay.  And what do you do with the empty vials after preparing the syringes?

         MR. SUTHERLAND:  Objection to the form.

         THE WITNESS:  The empty vials, bagged up in a biohazard bag, it has to accompany the deceased to the ME's office.

BY MR. KURSMAN:

Q.    Did you decide which member will be responsible for which role in this procedure here?

A.    No.

Q.    Okay.  So as the warden, did you decide who the executioner would be?

         MR. SUTHERLAND:  Objection, form.

         THE WITNESS:  No.

BY MR. KURSMAN:

Q.    Did you decide who the executioner's assistants would be?

Case 3:18-cv-01234-BDC Document 182-20 Filed 09/17/22 Page 210 of 352 PageID #: 3082
Elite Document Reporting Services (615) 595-0073
www.EliteReportingServices.com

```
1   A.      No.

2   Q.      Who decided who the executioner's assistants

3   would be, without identifying any names?

4   A.      The commissioner, as I stated earlier, in

5   conjunction with myself.  But the commissioner make

6   that decision.

7   Q.      But you were with the commissioner at that

8   time to make the decision?

9   A.      Yes, he discussed it with me.

10  Q.      Are the executioner's assistants at all of

11  the trainings?

12  A.      Not all.

13  Q.      Are they at most?

14  A.      Yes.

15  Q.      Okay.  Are they at all the classes?

16  A.      Not all.

17  Q.      How did you decide who the executioner's

18  assistants would be?

19  A.      I don't.

20  Q.      How did you and the commissioner together

21  decide who the executioner's assistants would be?

22  A.      He presents them to me, we discuss them, and

23  then he makes the decision whether they're a good

24  candidate.

25  Q.      Okay.  And what qualifications do you base
```

Elite Reporting Services * (615) 595-0073
www.EliteReportingServices.com

```
1    that on?
2    A.    We utilize some of the qualifications in
3    here.  Basically that's it, the commissioner makes a
4    decision.
5    Q.    So you and the commissioner talked about who
6    the executioner's assistants would be?
7    A.    Yes, he presented them to me and we discussed
8    them.
9    Q.    And you -- and you knew they would have a
10   role of mixing the drugs, or at least watching the
11   executioner mix the drugs --
12   A.    Yes.
13   Q.    -- and watching the executioner push the
14   drugs?
15   A.    Yes.
16   Q.    And you weren't curious as to whether they
17   had medical experience?
18   A.    No.
19           MR. SUTHERLAND:  Objection, form.
20   BY MR. KURSMAN:
21   Q.    Okay.  And you weren't curious as to whether
22   they had a background in chemistry?
23           MR. SUTHERLAND:  Objection, form.
24           THE WITNESS:  No.
25   ///
```

```
 1   BY MR. KURSMAN:

 2   Q.     And you weren't curious as to whether they

 3   had a background in pushing drugs through IV lines?

 4            MR. SUTHERLAND:  Same objection.

 5            THE WITNESS:  No.

 6   BY MR. KURSMAN:

 7   Q.     Okay.  And you didn't find that out while

 8   discussing the qualifications of these people with

 9   the commissioner?

10   A.     No.

11   Q.     Okay.  And how does the warden have knowledge

12   or experience to determine who should be responsible

13   for this role?

14            MR. SUTHERLAND:  Objection to the form.

15            THE WITNESS:  The role of a executioner?

16   BY MR. KURSMAN:

17   Q.     Yes.

18   A.     I don't.

19   Q.     Okay.  Let's go to page -- stay on page 39.

20        Do you see at the bottom it says,

21   "Preparation in accordance with the directions of

22   the Pharmacy with which the Department has Pharmacy

23   Service Agreements," and then it -- you see it

24   discusses midazolam, saline, vecuronium bromide,

25   saline again, potassium chloride, and saline?
```

Case 3:18-cv-01234-Document 1820 Reporting Services Page 213 of 352 PageID #: 2855
EliteReportingServices.com
www.EliteReportingServices.com

```
 1   A.     Yes.
 2   Q.     Is the executioner responsible for carrying
 3   out all of these steps as described in paragraph 4
 4   on page 39?
 5   A.     Yes.
 6   Q.     Is the executioner responsible for
 7   reconstituting the vecuronium bromide?  And that
 8   would be in paragraph 4, Subsection c.
 9   A.     Uh-huh.  Yes.
10   Q.     Did you ask the executioner how he knows how
11   to reconstitute the vecuronium bromide?
12          MR. SUTHERLAND:  Objection to the form.
13          THE WITNESS:  No.
14   BY MR. KURSMAN:
15   Q.     Do you know how he knows to reconstitute the
16   vecuronium bromide?
17   A.     Not without guessing or speculating.
18   Q.     Okay.  Do you have any written instructions
19   on how to reconstitute the vecuronium bromide?
20   A.     Do I?
21   Q.     Does TDOC, that you're aware of?
22   A.     I'm sure they would have a prescription on
23   how to mix it.
24   Q.     Okay.  And if they don't have instructions,
25   how could another member of the execution team
```

Elite Reporting Services * (615) 595-0073
www.EliteReportingServices.com

```
 1   verify that this is being done correctly?

 2              MR. SUTHERLAND:  Objection to the form.

 3              THE WITNESS:  They would have to know.

 4   BY MR. KURSMAN:

 5   Q.    They would have to know what?

 6   A.    How to properly mix it.

 7   Q.    The other member of the execution team,

 8   you're saying?

 9   A.    The assistants, yeah.

10   Q.    The assistants --

11   A.    Yes.

12   Q.    -- would have to know how to properly mix it?

13   A.    Yes.

14   Q.    And how would they know how to properly mix

15   it if there were no written instructions?

16              MR. SUTHERLAND:  Objection to the form.

17              THE WITNESS:  Without written

18   instructions, they wouldn't.

19   BY MR. KURSMAN:

20   Q.    Okay.  And you said you've never spoken with

21   the executioner regarding the preparation of

22   vecuronium bromide, right?

23   A.    No.

24   Q.    And you've never spoken with the pharmacist,

25   right?
```

Elite Reporting Services
www.EliteReportingServices.com

```
 1   A.      No.
 2   Q.      Okay.  And do you know what the protocol is
 3   for determining whether any of the LIC has fallen
 4   out of solution?
 5              MR. SUTHERLAND:  Can you rephrase that?
 6              MR. KURSMAN:  Sure.
 7              MR. SUTHERLAND:  Using the term
 8   "protocol" is kind of --
 9              MR. KURSMAN:  Right, yeah, I -- yeah,
10   sorry about that.
11   BY MR. KURSMAN:
12   Q.      Do you know what the policy would be or
13   instructions would be or steps that would be taken
14   to determine whether any of the LIC has fallen out
15   of solution?
16   A.      I don't understand that terminology.
17   Q.      Do you mean -- what terminology are you
18   talking about, falling out of solution?
19   A.      Falling out of solution.
20   Q.      Okay.  And who sends the syringes and
21   prepared but unused lethal injection chemicals to
22   the medical examiner's office after the execution is
23   complete?
24   A.      Who sends the syringes and -- repeat, please.
25   Q.      Sure.  Who sends the syringes and the
```

Case 3:18-cv-01234-BJD-JBT  Document 1 Report Filed 09/17/22  Page 216 of 352  PageID #: 3858
EliteReportingServices.com
www.EliteReportingServices.com

```
 1   prepared but unused lethal injection chemicals --
 2            MR. SUTHERLAND:  Don't state a person's
 3   name?
 4   BY MR. KURSMAN:
 5   Q.    -- to the medical examiner's office after the
 6   execution is complete?
 7   A.    The executioner.
 8   Q.    Let's go to page 42.
 9         And do you see at the top it says,
10   "Insertion of a Catheter and Connection of IV
11   Lines"?
12   A.    Yes.
13   Q.    And then it says, No. 7, "In the unlikely
14   event that none of these veins are usable, the
15   physician is called into the Execution Chamber to
16   perform a cut-down procedure"?
17   A.    Yes, I see it.
18   Q.    And I think we talked about this before, but
19   who decides to call the physician into the execution
20   chamber?
21            MR. SUTHERLAND:  Don't identify a
22   specific individual.
23            THE WITNESS:  It would have to be the IV
24   team/EMTs.
25   ///
```

```
 1   BY MR. KURSMAN:

 2   Q.    Do you make the ultimate call on that?

 3   A.    If they shared it with me and they request a

 4   doctor, then, yes, we would do that.

 5   Q.    Do they have to share it with you?

 6   A.    Yes.

 7   Q.    Okay.  So if they can't find a vein, they

 8   have to tell you before going to the physician?

 9   A.    Yes, I would say we share it in conjunction

10   together.

11   Q.    Okay.  And then who makes the ultimate

12   determination whether to call the doctor?  Is that

13   you?

14   A.    Yes.

15   Q.    Okay.  Now let's go to page 44 of Exhibit 1.

16   And it's titled, "Chemical Administration and IV

17   Monitoring."

18         And you see in Section 1 it says, "All

19   members of the IV Team monitor both catheters to

20   ensure there's no swelling around the catheter that

21   could indicate the catheter is not sufficiently

22   inside the vein."

23         Do you see that?

24   A.    I do.

25   Q.    Okay.  At this point, though, they're not in
```

```
 1   the execution chamber anymore, right?

 2   A.      "They" being the --

 3   Q.      The IV team.

 4           MR. SUTHERLAND:  Objection to the form.

 5           THE WITNESS:  (Reviewing)  Correct.

 6   BY MR. KURSMAN:

 7   Q.      Okay.  So who is monitoring both catheters to

 8   ensure there's no swelling around the catheter?

 9   A.      Will be one of the assistants in the IV room.

10   Q.      Okay.  So it would be one of the

11   executioner's assistants?

12   A.      Yes.

13   Q.      Okay.  And how can they see the possible

14   swelling around the catheters?

15   A.      By viewing it on closed circuit monitor.

16   Q.      Okay.  And do you know what their expertise

17   is with the swelling around catheters?

18   A.      That I don't.

19   Q.      Okay.  And then if you go to 6 on this same

20   page, page 44, it says, "When the Warden gives the

21   signal to proceed with the execution, the

22   Executioner clamps the line near the spike."

23           Do you see that?

24   A.      I do.

25   Q.      Are you monitoring the IV sites at this
```

```
 1  point?

 2  A.      No.

 3  Q.      Okay.  And then if you go to -- on page 45,

 4  paragraph 7, it says, on the second sentence,

 5  "Should there be or appear to be swelling around the

 6  catheter or if there is resistance to the pressure

 7  being applied to the plunger, the Executioner pulls

 8  the plunger back."

 9          Do you see that?

10  A.      Yes.

11  Q.      At this point who is looking for that

12  swelling?

13              MR. SUTHERLAND:  Objection to the form.

14              THE WITNESS:  It would be the

15  individuals in the IV room.

16  BY MR. KURSMAN:

17  Q.      And you're talking about the executioner's

18  assistants?

19  A.      Uh-huh.

20  Q.      And are they aware that they're looking for

21  the swelling?

22              MR. SUTHERLAND:  Objection to the form.

23              THE WITNESS:  I will say that they are.

24  BY MR. KURSMAN:

25  Q.      Okay.  And they're not watching the
```

Elite Reporting Services * (205) 595-9073
www.EliteReportingServices.com

```
 1   executioner at this point?

 2              MR. SUTHERLAND:  Objection to the form.

 3              THE WITNESS:  I wouldn't have an

 4   understanding of what they would be watching in the

 5   room.  I know they monitor.

 6   BY MR. KURSMAN:

 7   Q.    Okay.  Well, it was my understanding when we

 8   were discussing this earlier that the executioner's

 9   assistants are watching the push rate of the

10   executioner.

11   A.    More than one watch more than one thing.

12   Q.    So they're watching both the push rate of the

13   executioner and swelling for -- at the execution

14   site -- at the injection site?

15   A.    Don't like to --

16              MR. SUTHERLAND:  Objection to the form.

17              THE WITNESS:  Don't like to assume, but

18   I will take it that one is monitoring the execution

19   and one is monitoring the veins.

20   BY MR. KURSMAN:

21   Q.    Okay.  And you don't know whether either of

22   these individuals have any medical experience,

23   right?

24   A.    Do not.

25   Q.    Okay.  Now let's go to page 51.  It's titled
```

Elite Reporting Services
www.EliteReportingServices.com

```
 1   "Execution Team" at the top.
 2        If we go to paragraph 4, it says, "The
 3   following procedures shall apply:  The Execution
 4   Team's Officer in Charge and/or the Assistant
 5   Officer in Charge conducts a training session at
 6   least once each month at which time all equipment
 7   will be tested.  The training includes a simulated
 8   execution."
 9        Who -- without identifying any names, who is
10   the execution team's officer in charge?
11   A.     That would be me.
12   Q.     And same as before, without identifying any
13   names, who is the assistant officer in charge?
14   A.     My associate security.
15   Q.     Okay.  And do these trainings happen at least
16   once a month?
17   A.     Yes.
18   Q.     And do you schedule the training?
19   A.     Yes.
20   Q.     And when was your most recent training?
21   A.     Week before last.
22   Q.     And when's the next training?
23   A.     I haven't scheduled.
24   Q.     Okay.  And what does the term "simulated
25   execution" mean?
```

ELITE-Document Reporting Services (225) 555-0173
www.EliteReportingServices.com

```
 1                    MR. SUTHERLAND:  Objection to the form.

 2                    THE WITNESS:  Not an actual execution,

 3      you're just simulating it, acting it out.

 4      BY MR. KURSMAN:

 5      Q.      Who inserts the IV lines at this point?

 6      A.      The IV team, the EMTs.

 7      Q.      And how do you test the IV drip?

 8                    MR. SUTHERLAND:  Objection to the form.

 9                    THE WITNESS:  I don't.

10      BY MR. KURSMAN:

11      Q.      How do the executioners test the IV drip?

12      A.      I wouldn't know.

13      Q.      And how do they practice for monitoring

14      swelling at the injection site?

15                    MR. SUTHERLAND:  Same objection.

16                    THE WITNESS:  Same way if it was an

17      actual execution.

18      BY MR. KURSMAN:

19      Q.      Which is what?

20      A.      Monitor -- on the monitor in the -- in the

21      room.

22      Q.      But how do they know what to look for is my

23      question.

24                    MR. SUTHERLAND:  Same objection.

25                    THE WITNESS:  I wouldn't know that.
```

Case 3:18-cv-01234-Document 182-20 Filed 09/17/22 Page 225 of 352 PageID #: 8365
EliteReporting Services
www.EliteReportingServices.com

```
 1    BY MR. KURSMAN:

 2    Q.      Then it says, "A week before the scheduled

 3    execution, the Officer in Charge and Assistant

 4    assembles the Execution Team in the execution area

 5    to prepare and test all appliances and equipment for

 6    the scheduled execution."

 7            And that's 4B.  How long does this take?

 8    A.      No specific time.

 9    Q.      And what appliances and equipment are tested?

10    A.      Everything that is utilized to carry out an

11    execution properly, the gurney, the audio systems,

12    the video systems, equipment in the room and

13    everything, the telephones and all.

14    Q.      Do you have any equipment to help determine

15    consciousness of the inmate?

16    A.      No.

17    Q.      Do you know why you don't have that

18    equipment?

19              MR. SUTHERLAND:  Objection to the form.

20              THE WITNESS:  No.

21    BY MR. KURSMAN:

22    Q.      Do you know that in hospitals they have that

23    equipment?

24              MR. SUTHERLAND:  Objection to the form.

25              THE WITNESS:  No.
```

ELITE-Document Reporting Services (245) 555-9473
www.EliteReportingServices.com

```
 1   BY MR. KURSMAN:

 2   Q.      Do you think that equipment would be helpful

 3   for you --

 4            MR. SUTHERLAND:  Objection to the form.

 5   BY MR. KURSMAN:

 6   Q.      -- in determining an inmate's consciousness?

 7   A.      I wouldn't know.

 8   Q.      Okay.  Now, who is responsible for ensuring

 9   that all equipment is properly placed?  And that's

10   page 51, C2.

11            MR. SUTHERLAND:  Don't state an

12   individual's name.

13            THE WITNESS:  Every individual that had

14   been designated to do certain assignments, it's

15   their responsibility to make sure that it's all in

16   place when it's time to go.

17   BY MR. KURSMAN:

18   Q.      And without identifying those individuals,

19   who would they be?

20   A.      Every station, from the escort person to the

21   IV team to the audio team, from the -- everyone that

22   have a part in it and anything to do with it,

23   everyone ensure that their area is ready to roll

24   when it's time to roll.

25   Q.      And then you see in paragraph 6 it says,
```

Case 3:18-cv-01234-Document 182-20 Filed 09/17/22 Page 225 of 352 PageID #: 3357
EliteReportingServices.com
www.EliteReportingServices.com

```
 1    "After the physician pronounces death -- the inmate

 2    deceased, the designee -- pronounces the inmate

 3    deceased" -- I apologize -- "the designee informs

 4    the Commissioner that the sentence has been carried

 5    out."

 6          Who is the designee, without naming that

 7    person's name, that informs the commissioner that

 8    the sentence has been carried out?

 9    A.    That would be me.

10    Q.    And who removes the body and places it into a

11    body bag?

12                MR. SUTHERLAND:  Don't state any

13    person's name.

14                THE WITNESS:  The medical examiner's

15    office.

16    BY MR. KURSMAN:

17    Q.    Okay.  And without identifying anybody, who

18    places the lethal injection chemicals and syringes

19    into the body bag?

20                MR. SUTHERLAND:  Objection to the form.

21                THE WITNESS:  The medical examiner.

22    BY MR. KURSMAN:

23    Q.    And who closes the bag?

24    A.    The medical examiner.

25    Q.    Okay.  At what point do you leave the
```

```
1   execution chamber?

2   A.      Once everything is what I call squared away,

3   everything's back in order and -- I'm usually the

4   last one to leave.

5               MR. KURSMAN:  Could we take a 10-minute

6   break at this point?

7               MR. SUTHERLAND:  Absolutely.

8               MR. KURSMAN:  Okay.

9               THE VIDEOGRAPHER:  One moment, please.

10  Going off the record at 2:28 p.m.

11              (Recess observed from 2:30 p.m. to

12  2:48 p.m.)

13              THE VIDEOGRAPHER:  Back on the record at

14  2:45 p.m.

15              MR. KURSMAN:  Warden, we just went on

16  break.  During that break was there anything you

17  thought of that would change your response to any of

18  my questions earlier?

19              THE WITNESS:  No, sir.

20  BY MR. KURSMAN:

21  Q.      Okay.  Let's go to page 64, which has "Day

22  3 - Evening Schedule."  That would be 64 of

23  Exhibit 1.  Just let me know when you get there.

24  A.      Okay.

25  Q.      Okay.  And then if you go to page 66, which
```

Case 3:18-cv-01234-BJD-JBT   Document 182-20   Filed 03/17/22   Page 227 of 352 PageID #: 8859
EliteReportingServices.com
www.EliteReportingServices.com

```
 1    is still on that evening schedule, at the top it

 2    says 7:10 p.m.

 3    A.     Okay.

 4    Q.     Do you see No. 4, it says, "The Warden gives

 5    the signal to proceed and the Executioner begins to

 6    administer the first chemical"?

 7           Yes.

 8    A.     Is there any checklist you go through

 9    before --

10           MR. SUTHERLAND:  Sorry, Alex, where are

11    you?

12           MR. KURSMAN:  So do you see on page 66,

13    7:10 p.m.?

14           MR. SUTHERLAND:  Yes.

15           MR. KURSMAN:  Okay.  And then No. 4.

16           MR. SUTHERLAND:  Gotcha.

17    BY MR. KURSMAN:

18    Q.     Is there any checklist you go through before

19    giving the signal to proceed?

20    A.     I just follow the protocol to the letter.

21    When it gets to that point, then I proceed.

22    Q.     I mean, are you looking for proper vein

23    access at that time?

24    A.     No.  That will be after I have checked for

25    consciousness.
```

Case 3:18-cv-01234-Document 18-20 Filed 09/17/22 Page 228 of 352 PageID #: 3370
ELITE-Document Reporting Services #228 of 352 Page 228
www.EliteReportingServices.com

```
 1          I'm sorry.  Let me back up.
 2   Q.     Sure.
 3   A.     That's after everything had gotten to the
 4   point and he has given his last words.
 5   Q.     Right.  So my question is before you give the
 6   signal to proceed, is there any checklist you go
 7   through, meaning do you look at his veins?  Do you
 8   look --
 9   A.     No.  At that time there wouldn't be a need.
10   I don't look at his veins anyway, but at that time
11   there wouldn't be a need to look at his veins.
12   Q.     Okay.  So is the only thing you're waiting
13   for are his last words to end?
14   A.     Yes.
15   Q.     And then Section 5 says, "After
16   500 milligrams of midazolam and a saline flush has
17   been dispensed, the Executioner shall signal to the
18   Warden and await further direction."
19   A.     Yes.
20   Q.     What's the purpose of this pause?
21          MR. SUTHERLAND:  Objection to the form.
22          THE WITNESS:  After 500 milligrams
23   midazolam will be given, you're asking about the
24   pause?
25   ///
```

Elite Reporting Services * etrservices@aol.com * (225) 755-9750
www.EliteReportingServices.com

```
 1   BY MR. KURSMAN:

 2   Q.      Yeah.

 3   A.      Speculation, other than waiting on it to work

 4   into the system is the only thing I can think of.

 5   Q.      Okay.  And what happens if you see any signs

 6   of distress from the inmate?  What would you do at

 7   that point?

 8                   MR. SUTHERLAND:  Objection to the form.

 9                   THE WITNESS:  I've never seen any signs

10   of distress as of yet.  Once the midazolam is

11   inserted and the waiting period, that I couldn't

12   answer.  I've never had to be confronted with that.

13   BY MR. KURSMAN:

14   Q.      Have you trained for that?

15   A.      No.

16   Q.      Okay.  So if you go to Section 6, it says,

17   "The Warden shall wait two minutes following the

18   administration of midazolam and the saline flush

19   before assessing the consciousness of the inmate."

20           Do you know why you wait two minutes?

21                   MR. SUTHERLAND:  Objection to the form.

22                   THE WITNESS:  As just stated, other than

23   wait until it gets into his system.

24   BY MR. KURSMAN:

25   Q.      But do you know who decided on two minutes
```

```
 1    rather than one or rather than ten?

 2                MR. SUTHERLAND:  Same objection.

 3                THE WITNESS:  I don't.

 4    BY MR. KURSMAN:

 5    Q.    And then if you go to Section 7, do you see

 6    Section 7 says, "At this time, the Warden shall

 7    assess the consciousness of the condemned inmate" --

 8    A.    Yes.

 9    Q.    -- "by brushing the back of his hand" -- and

10    you see that what paragraph says?

11    A.    Yes.

12    Q.    What does it mean to you to be unconscious?

13                MR. SUTHERLAND:  Objection to the form.

14                THE WITNESS:  Unaware.

15    BY MR. KURSMAN:

16    Q.    Is there a way for an individual to be

17    unconscious and then regain consciousness in your

18    opinion?

19                MR. SUTHERLAND:  Objection to the form.

20                THE WITNESS:  That would be yes.

21    BY MR. KURSMAN:

22    Q.    Okay.  Are you aware of medical procedures

23    where a person is sedated but not under a deep level

24    of anesthesia?

25                MR. SUTHERLAND:  Objection to the form.
```

**Elite Reporting Services**
**www.EliteReportingServices.com**

```
 1              THE WITNESS:  Professionally, not -- not
 2    really.
 3    BY MR. KURSMAN:
 4    Q.    Okay.  So an example would be, like, a
 5    colonoscopy, let's say.  Are you aware of what a
 6    colonoscopy is?
 7    A.    Yes.
 8    Q.    Are you aware that sometimes midazolam is
 9    given as the drug to sedate patients during a
10    colonoscopy?
11    A.    No.
12    Q.    Okay.  Are you aware that during a
13    colonoscopy patients aren't under a deep level of
14    anesthesia?
15              MR. SUTHERLAND:  Objection to the form.
16              THE WITNESS:  Repeat, please.
17    BY MR. KURSMAN:
18    Q.    Sure.  Are you aware that during a
19    colonoscopy patients aren't under a deep level of
20    anesthesia?
21    A.    No.
22              MR. SUTHERLAND:  Same objection.
23    BY MR. KURSMAN:
24    Q.    Meaning that some stimuli, like violent
25    stimuli, could arouse them and wake them up,
```

1    although they seem to be sleeping?

2                MR. SUTHERLAND:  Objection to the form.

3                THE WITNESS:  No, not aware.  I've had a

4    colonoscopy and I slept like a baby.  I wasn't aware

5    of my surrounding.

6    BY MR. KURSMAN:

7    Q.    Right.  Are you aware -- are you aware that a

8    colonoscopy procedure is much less intrusive than

9    receiving the doses of vecuronium bromide and

10   potassium chloride, as called for as -- from the

11   protocol?

12               MR. SUTHERLAND:  Objection to the form.

13               THE WITNESS:  I've never received

14   vecuronium bromide or midazolam.

15   BY MR. KURSMAN:

16   Q.    Sure.  But are you aware of the pain that

17   those two drugs would cause if a person wasn't

18   insensate to pain before receiving those two drugs?

19               MR. SUTHERLAND:  Objection to the form.

20               THE WITNESS:  Not knowing that there is

21   pain to be received, I don't know that.

22   BY MR. KURSMAN:

23   Q.    Okay.  So you're not aware that the second

24   and third drugs could cause an inmate pain?

25   A.    Not aware.

```
 1   Q.    Okay.  You said that you had received a
 2   colonoscopy and slept like a baby.
 3         Do you think if you received that same
 4   anesthetic drug for a heart surgery you would have
 5   slept like a baby?
 6              MR. SUTHERLAND:  Objection to the form.
 7              THE WITNESS:  Which drug are you
 8   referring to?
 9   BY MR. KURSMAN:
10   Q.    Whatever drug you received during your
11   colonoscopy.
12   A.    I don't know.  I've never been involved in
13   that.
14   Q.    Okay.  And is that because you're not a
15   medical professional?
16              MR. SUTHERLAND:  Objection to the form.
17              THE WITNESS:  Medical profession or ever
18   had to do it.
19   BY MR. KURSMAN:
20   Q.    Okay.  Do you know how you can tell whether
21   somebody is insensate verse unresponsive?
22              MR. SUTHERLAND:  Objection to the form.
23              THE WITNESS:  No.
24   BY MR. KURSMAN:
25   Q.    Okay.  And are you aware that --
```

```
1              MR. GUNN:  Sorry.
2              THE VIDEOGRAPHER:  I'm so sorry.  Your
3    mic is rubbing against your shirt and I'm getting
4    some interference.  Can I just adjust that for you
5    real quick?
6              MR. KURSMAN:  Sure.
7              (Off the record.)
8              THE VIDEOGRAPHER:  Continue.
9    BY MR. KURSMAN:
10   Q.    And are you able to tell whether somebody is
11   unresponsive but still sensate to pain?
12             MR. SUTHERLAND:  Same objection,
13   objection to form.
14             THE WITNESS:  No.
15   BY MR. KURSMAN:
16   Q.    Do you think if somebody is sleeping that
17   they are unconscious?
18             MR. SUTHERLAND:  Objection to the form.
19             THE WITNESS:  Sleeping but unconscious?
20   Yes.
21   BY MR. KURSMAN:
22   Q.    Okay.  And can you describe in your own words
23   what a person who is unconscious, as defined in the
24   protocol, what this person would look like?
25             MR. SUTHERLAND:  Objection to the form.
```

```
 1              THE WITNESS:  Sleeping but unconscious

 2   and what that person would look like.  It's someone

 3   that would be unconscious, of course, because their

 4   eyes would be closed.  Some will have no reaction to

 5   anything.  Some can maybe resist noise of their

 6   surroundings.

 7   BY MR. KURSMAN:

 8   Q.    Okay.  And in your opinion what would it take

 9   for that person to regain consciousness as defined

10   in the protocol?

11              MR. SUTHERLAND:  Objection to the form.

12              THE WITNESS:  I have no opinion.

13   BY MR. KURSMAN:

14   Q.    Okay.  But what would signal to you that the

15   person has regained consciousness?

16              MR. SUTHERLAND:  Same objection.

17              THE WITNESS:  Reacting to certain --

18   certain things.

19   BY MR. KURSMAN:

20   Q.    Okay.  If there is a person who drinks too

21   much alcohol and is passed out, would you consider

22   that person unconscious?

23              MR. SUTHERLAND:  Objection to the form.

24              THE WITNESS:  I wouldn't know.

25   ///
```

Case 3:18-cv-01234-BJD-MCR   Document 120   Filed 09/17/22   Page 236 of 352 PageID #: 8878
EliteReportingServices.com
www.EliteReportingServices.com

```
 1   BY MR. KURSMAN:

 2   Q.    Okay.  But if you -- if you called their name

 3   and they didn't respond, wouldn't you consider that

 4   person unconscious?

 5             MR. SUTHERLAND:  Objection to the form.

 6             THE WITNESS:  Wouldn't know.  I've never

 7   had to do it, but I would say if someone had passed

 8   out to the point from drinking alcohol and you

 9   yelled their name and did other things, such as

10   pinching certain areas, and if you don't get a

11   reaction, then I will say that they're unconscious.

12   BY MR. KURSMAN:

13   Q.    Okay.  Is movement of an inmate's fingers

14   indicative of consciousness?

15             MR. SUTHERLAND:  Objection to the form.

16             THE WITNESS:  No.

17   BY MR. KURSMAN:

18   Q.    Okay.  So if an inmate moves their fingers,

19   you don't think that that would mean that they are

20   conscious?

21             MR. SUTHERLAND:  Same objection.

22             THE WITNESS:  No, not necessarily.

23   BY MR. KURSMAN:

24   Q.    Okay.  Did you discuss that with the

25   physician at all?
```

Case 3:18-cv-01234-BJD-PDB   Document 180-20   Filed 09/17/22   Page 237 of 352 PageID #: 3879
EliteReportingServices.com
www.EliteReportingServices.com

```
 1   A.      I did.

 2   Q.      Whether an inmate moves their fingers?

 3   A.      Yes.

 4   Q.      Okay.  And what did the physician tell you?

 5   A.      You can actually be deceased and have finger

 6   movement with nerves.  It doesn't mean that you're

 7   conscious.  That can just be your nerves reacting.

 8   Q.      Okay.  What about if they -- if their eyes

 9   blinked?  Would that signal to you that they were

10   conscious?

11              MR. SUTHERLAND:  I'm sorry.  Can you --

12   you were talking about the physician, and can you

13   just rephrase the question?  Are you --

14              MR. KURSMAN:  Oh, I'm done with that,

15   the physician question.

16              MR. SUTHERLAND:  You're now back to just

17   asking him his --

18              MR. KURSMAN:  Yeah.

19              MR. SUTHERLAND:  Okay.  Can you just

20   rephrase the question?

21              MR. KURSMAN:  Sure.

22   BY MR. KURSMAN:

23   Q.      So what if an inmate's eyes blink, would that

24   signal to you that the inmate was conscious?

25              MR. SUTHERLAND:  Objection to the form.
```

Elite-Document Reporting Services (865) 522-9670
www.EliteReportingServices.com

```
 1                    THE WITNESS:  It could.
 2   BY MR. KURSMAN:
 3   Q.     But would it be a definitive signal of
 4   consciousness?
 5                    MR. SUTHERLAND:  Same objection.
 6                    THE WITNESS:  Not necessarily.
 7   BY MR. KURSMAN:
 8   Q.     What if an inmate opened their mouth --
 9                    MR. SUTHERLAND:  Same objection.
10   BY MR. KURSMAN:
11   Q.     -- after you called their name but didn't say
12   anything?  Would that signal to you that they were
13   still conscious?
14   A.     Not necessarily.
15   Q.     Okay.  So what would indicate to you, after
16   you performed the consciousness test, that an inmate
17   was still conscious?
18   A.     By them reacting to the things that I have
19   done and to watch for some form of reaction when I
20   do the things that I do.  That may be an indication.
21   Q.     Okay.  So let's say their response is
22   nonresponsive to what you do.  So you call their
23   name, you rub their eye, you pinch their shoulder,
24   and instead of reacting to any of that, they turn
25   their head to the side.  Would you think the inmate
```

Elite Reporting Services * (405) 935-9463
www.EliteReportingServices.com

```
 1  was conscious at that point?

 2           MR. SUTHERLAND:  Object to the form.

 3           THE WITNESS:  Not necessarily.

 4  BY MR. KURSMAN:

 5  Q.    Okay.  What if they made sounds out of their

 6  mouth?  Would you think the inmate was conscious?

 7           MR. SUTHERLAND:  Same objection.

 8           THE WITNESS:  Not necessarily.

 9  BY MR. KURSMAN:

10  Q.    What if they kicked their legs, or at least

11  attempted to kick their legs, because they're

12  strapped in?

13           MR. SUTHERLAND:  Same objection.

14           THE WITNESS:  Not necessarily.  Could be

15  a nervous reaction.

16  BY MR. KURSMAN:

17  Q.    What if they said a word out loud --

18           MR. SUTHERLAND:  Same objection.

19  BY MR. KURSMAN:

20  Q.    -- unresponsive to your calling their name or

21  grabbing -- or grabbing them?

22  A.    Said a word?

23  Q.    Just any word.  Dog.

24  A.    Then I would say that they were probably

25  unconscious.
```

ELITE Document Reporting Services • (405) 595-9073
www.EliteReportingServices.com

```
 1   Q.    Unconscious.  Okay.

 2   A.    I mean conscious.

 3   Q.    Oh, conscious.

 4   A.    Conscious.

 5   Q.    Okay.  Okay.  And what if they squeezed their

 6   fists, if they could?

 7   A.    Could be nerves.  That doesn't mean they're

 8   conscious.

 9   Q.    Okay.  So at that point would you tell the

10   executioner to proceed?

11              MR. SUTHERLAND:  I'm sorry.  At what

12   point, Alex?

13              MR. KURSMAN:  At these points of

14   determining consciousness.

15              MR. SUTHERLAND:  All these?

16              MR. KURSMAN:  Yeah, each one, aside from

17   the dog example that we said.

18              MR. SUTHERLAND:  I'll object to the

19   form.

20              THE WITNESS:  If they reacted, once I

21   performed the things that I did at the time I did

22   them, I would probably just say yes, that they're

23   conscious.  But after I did them and didn't observe

24   any signs, then I would probably say that they're

25   unconscious.
```

Case 3:18-cv-01234-Document 18-20 Filed 09/17/22 Page 241 of 352 PageID #: 3883
**EliteReportingServices.com**
**www.EliteReportingServices.com**

BY MR. KURSMAN:

Q.    Okay.  But my question is after you do your three things --

A.    Uh-huh.

Q.    -- if the inmate then blinks their eyes but nothing else, would you tell the executioner he can proceed?

A.    I never have experienced that.  It would just depend on what I see.

Q.    Okay.  What if the inmate -- after you do your three tests, if the inmate moves his fingers?  Would you tell the executioner he can proceed?

A.    Probably.

Q.    Okay.  And what about if the inmate's legs start moving after you do your three things?  Would you tell the executioner he can proceed?

A.    I guess I would have to ask the question -- I know I'm not the one asking the questions.  How much time in between the conclusion of the consciousness check and this person doing whatever reaction you're describing?

Q.    Sure.  Maybe a minute.  I'm saying if it's not in response to the consciousness check.

A.    If it's a minute --

Q.    Yep.

```
 1    A.      -- after I have concluded consciousness

 2    check?

 3    Q.      Yeah.

 4    A.      I would say it's too late anyway.

 5    Q.      Okay.  What if it's just some point between

 6    the consciousness check and your scheduled timing to

 7    tell the executioner to proceed?  So it's 15 seconds

 8    after, if the inmate starts tapping his fingers or

 9    moving his fingers?

10    A.      Step back.  Signal is given then.  I don't

11    know when the executioner begin to push.  It'd just

12    depend on how much I saw.  Movement of fingers could

13    be nerves as well.

14    Q.      Okay.  And what criteria do you rely on to

15    determine whether the inmate is conscious or not?

16            MR. SUTHERLAND:  Object to the form.

17            THE WITNESS:  The criteria that the

18    protocol spells out that I have to carry out

19    describing conscious check.

20    BY MR. KURSMAN:

21    Q.      Right.  But what I mean is -- and sorry, I'm

22    asking the question inartfully.  If you do the

23    consciousness check and the inmate doesn't respond

24    at all, let's say, aside from leg movements, how do

25    you know whether to declare the inmate conscious or
```

```
 1  unconscious?
 2            MR. SUTHERLAND:  Objection to the form.
 3            THE WITNESS:  If he responds to what I
 4  do, I will take him as being conscious.
 5  BY MR. KURSMAN:
 6  Q.      Uh-huh.
 7  A.      If he don't respond at the time that I do the
 8  things that I do, I will determine him to be
 9  unconsciousness.
10  Q.      Okay.  Just so I'm clear, I just want to --
11  so if he doesn't respond to the consciousness check
12  but then later makes some sort of movement, you
13  would declare him unconscious because he didn't
14  respond to the consciousness check?
15            MR. SUTHERLAND:  I'm going to object to
16  the form.
17            THE WITNESS:  Yes.
18  BY MR. KURSMAN:
19  Q.      Okay.  And then do you see in paragraph 7 it
20  also says, "Observation shall be documented"?  We're
21  still on 7:10, page 66 of Exhibit 1.
22  A.      Midway the paragraph?
23  Q.      Yep.
24  A.      Yes.
25  Q.      Who documents your observation?
```

Case 3:18-cv-01234-Document 18-20 Filed 03/17/22 Page 244 of 352 PageID #: 2836
EU1234-Deposition Reporting Service Case 3:18-cv-01234 Page 244 of 352 Page ID #: 2836
www.EliteReportingServices.com

```
 1              MR. SUTHERLAND:  Don't name any names.
 2              THE WITNESS:  Recorders.
 3   BY MR. KURSMAN:
 4   Q.     Recorders?
 5   A.     Uh-huh.
 6   Q.     Are they the same individuals as the
 7   executioner's assistants?
 8   A.     No.  It's multiple ones.
 9   Q.     Where are the recorders during a time that
10   you're performing the consciousness check?
11   A.     I stated earlier, of course, they're in their
12   room with the executioner and I stated earlier when
13   we were going through the diagram that, back in the
14   video/audio room, recorders is in there as well
15   watching on monitors.
16   Q.     Okay.  And I apologize, I --
17   A.     That's fine.
18   Q.     And do you know who wrote this language in
19   the protocol?
20              MR. SUTHERLAND:  Don't name any names.
21   BY MR. KURSMAN:
22   Q.     Without naming any names, this entire
23   procedure at 7:10 p.m.?
24   A.     No.
25   Q.     Okay.  And do you know why it's not the
```

Case 3:18-cv-01234-Document 18-20 Filed 03/17/22 Page 245 of 352 PageID #: 2837
ELITE Document Reporting Services (245) 555-9473
www.EliteReportingServices.com

```
 1   physician who checks the inmate for consciousness?
 2              MR. SUTHERLAND:  Objection to the form.
 3              THE WITNESS:  I do not know.
 4   BY MR. KURSMAN:
 5   Q.    Okay.  Could you give the physician that
 6   role?
 7              MR. SUTHERLAND:  Objection to the form.
 8   BY MR. KURSMAN:
 9   Q.    Do you have that power to do that?
10              MR. SUTHERLAND:  Same objection.
11              THE WITNESS:  No.
12   BY MR. KURSMAN:
13   Q.    Who does?
14   A.    That I don't know.
15   Q.    And if there's a problem with the execution,
16   who directs that the execution stop?
17              MR. SUTHERLAND:  Objection to the form.
18              THE WITNESS:  As we discussed earlier as
19   well, it depend on what point you're speaking about
20   stop.
21   BY MR. KURSMAN:
22   Q.    So let's say the midazolam was injected, the
23   inmate is declared unconscious, and as the
24   executioner begins pushing the second drugs, the
25   inmate's eyes open.
```

Elite-Document Reporting Services (615) 595-0073
www.EliteReportingServices.com

```
 1   A.     (Pause)  I would say -- once he begins to
 2   push the second drug, you said, and his eyes open?
 3   Q.     Uh-huh.
 4   A.     Probably wouldn't stop.
 5   Q.     The execution would just proceed?
 6   A.     It probably could be -- that doesn't mean
 7   that he's conscious because his eyes come open.
 8   Q.     Okay.  And what if the midazolam has been
 9   injected, the vecuronium bromide begins to be
10   injected, and the inmate yells, "Help"?
11          MR. SUTHERLAND:  What's the question?
12   I'm sorry.
13   BY MR. KURSMAN:
14   Q.     The question is who stops the execution at
15   that point?  If anybody does stop the execution.
16          MR. SUTHERLAND:  Object to the form of
17   the question.
18          THE WITNESS:  If an inmate hollers
19   "Help" once midazolam was inserted and they begin to
20   push the vecuronium bromide and he yells "Help,"
21   then I would think that he is conscious.
22   BY MR. KURSMAN:
23   Q.     And who -- my question is who directs that
24   the execution would stop at that point, if anybody?
25   Because maybe nobody does, so the first question I
```

```
 1    think should be would the execution be called off at
 2    that point?
 3    A.     Well, it wouldn't be called off.  We may --
 4    that I wouldn't know.  We've never had to do that.
 5    I understand what you're getting, but that person
 6    probably would be me.
 7    Q.     Okay.  But you don't know if it would be you?
 8    A.     I don't know.
 9    Q.     Okay.  Then if we go to Section 16, it says,
10    "The lethal injection recorder completes the Lethal
11    Injection Execution Recorder Checklist."
12           And just for the record, that's on page 67
13    of Exhibit 1.  Do you see that?
14    A.     I do.
15    Q.     Do you ever read that checklist?
16    A.     I do.
17    Q.     When is the last time you reviewed a lethal
18    injection recorder checklist?
19    A.     The last time we rehearsed.
20    Q.     Okay.  And why do you do that?
21    A.     To make sure that everything is in order and
22    all lines is filled completely the way that it's
23    supposed to be, nothing's been ignored.
24    Q.     And when you're looking at that checklist, do
25    you look to see what time the drugs are mixed?
```

```
 1   A.     It's a checklist with times and everything,
 2   so if I look at times, yes, of course, I see on
 3   there what time they're mixed.
 4   Q.     Do you know why some drugs are mixed later
 5   than other drugs?
 6              MR. SUTHERLAND:  Are you talking about
 7   rehearsal or --
 8              MR. KURSMAN:  I'm talking about actual
 9   executions.
10              MR. SUTHERLAND:  Okay.
11              THE WITNESS:  Actual execution, first
12   set, second set?
13   BY MR. KURSMAN:
14   Q.     No.  And we'll get to it, but what I'm
15   talking about is why is midazolam mixed much later
16   than the other two drugs?  Do you know why that
17   happens?
18   A.     No.
19   Q.     Okay.  Let's go to page 69 on Exhibit 1.  And
20   you see it says, "Contingency Issues"?
21   A.     Yes.
22   Q.     And then it lists a few of the contingency
23   issues, the three.  Do you see that?
24   A.     Yes.
25   Q.     Are the contingency issues listed on this
```

Case 3:18-cv-01234-Document-1820-Filed-09/17/22-Page-245-of-352-PageID #: 3891
Elite Reporting Services * (615) 595-0073
www.EliteReportingServices.com

```
 1   page the only issues that you have trained for?

 2   A.      (Reviewing)  Other than what should happen if

 3   I receive a phone call before we begin the

 4   procedure, there's a contingency.

 5   Q.      Okay.  And that phone call would be what?

 6   A.      That phone call would be from the

 7   commissioner telling me to halt/cease or whatever.

 8   Q.      Okay.  And I'm sorry.  I should have asked

 9   this first:  Have you trained for these three

10   contingency issues?

11   A.      Yes.

12   Q.      Okay.  And the only other contingency issue

13   you've trained for is if you get the phone call from

14   the commissioner, I think you said, right?

15   A.      Yes.

16   Q.      Okay.  So do you see, under "Interruptions of

17   the delivery of lethal injection drugs" --

18   A.      Uh-huh.

19   Q.      -- and then it --

20   A.      Yes.

21   Q.      -- calls for what to do if that happens?

22   A.      Yes.

23   Q.      Do you know why you would do that, why you

24   would switch to the secondary IV line?

25   A.      That would mean that the individual is
```

Case 3:18-cv-01234-Document 182-20 Filed 09/17/22 Page 250 of 352 PageID #: 2892
EliteReporting Services 911/22 e Page 250 of 352 PageID #: 2892
www.EliteReportingServices.com

```
 1   unconscious.
 2   Q.     So if you have -- if the inmate is exhibiting
 3   signs of consciousness following the first set, and
 4   then it says to administer the second set -- do you
 5   see that?
 6   A.     When you're speaking of "set" are you
 7   speaking in whole or a certain drug in that set?
 8   Q.     I mean whole.  So now you're going from red
 9   to blue.
10   A.     Midazolam given in the first set, individual
11   still showing signs of unconscious, switch to the
12   second set, midazolam, not the first set of the two
13   drugs.  So it's not the whole set, it's the
14   midazolam.
15   Q.     Right.  That's what -- I apologize.  That's
16   what I'm talking about, the midazolam sets --
17   A.     That's the whole set.
18   Q.     -- the red and blue set.
19   A.     Yeah, midazolam.
20   Q.     Right.  Sorry about that.  So my question is
21   do you know how much total midazolam would be
22   injected into an inmate at that point if you
23   injected them with both the red and blue sets?
24   A.     It's -- protocol spells it out how much it
25   is.
```

```
 1   Q.     And do you know what the effects of that
 2   quantity of midazolam are on a human body?
 3   A.     I'm sorry?
 4   Q.     Do you know what the effects of that quantity
 5   of midazolam are on a human body?
 6   A.     No.
 7   Q.     Okay.  And I think we talked about this
 8   before, but what happens if the prisoner is still
 9   conscious after the second set, the blue set of
10   midazolam, is administered?
11              MR. SUTHERLAND:  Objection to the form.
12              THE WITNESS:  As stated before, a call
13   on my behalf would be to close blinds and curtains,
14   consult with the doctor, and notify commissioner.
15   BY MR. KURSMAN:
16   Q.     Would you call off the execution?
17   A.     Commissioner the only one who can do that.
18   Q.     Okay.  And would you advise him to call off
19   the execution at that point?
20   A.     I don't advise him, he advises me.
21   Q.     Okay.  He does not ask for your advice on
22   decisions?
23   A.     We have never had to discuss that.
24   Q.     If he advised you to proceed with the second
25   drug, would you do it?
```

Elite Reporting Services
www.EliteReportingServices.com

```
 1   A.      Second drug of...?

 2   Q.      So if the inmate received two sets of

 3   midazolam, the red and the blue --

 4   A.      Yes.

 5   Q.      -- and was still conscious --

 6   A.      Yes.

 7   Q.      -- and you called the warden and the warden

 8   said --

 9   A.      If I called the commissioner.

10   Q.      Commissioner, I apologize.  And you called

11   the commissioner, and the commissioner said, "Please

12   proceed with the execution," would you --

13              MR. SUTHERLAND:  Object to the form.

14   BY MR. KURSMAN:

15   Q.      -- would you tell the executioner to proceed?

16   A.      Yes.

17   Q.      Okay.  Let's go to Exhibit 41.

18              (WHEREUPON, the above-mentioned

19   document was presented, previously marked as

20   Exhibit Number 41.)

21   BY MR. KURSMAN:

22   Q.      Let me know when you get there.

23   A.      There.

24   Q.      Okay.  And you see this is logs dated

25   September 7, 2018?
```

```
 1   A.     Yes.

 2   Q.     Okay.  Is this your handwriting right here?

 3   A.     Yes, it is.

 4   Q.     Okay.  And are these the lethal injection

 5   logs that we were discussing before?

 6   A.     Logs or inventory lists?

 7   Q.     Inventory list if that's what you call them.

 8   Is that what this is, the inventory list?

 9   A.     Yes.

10   Q.     Okay.  So let's start at -- do you see

11   potassium chloride second from the bottom -- I mean,

12   second from the top.  I apologize.

13   A.     Yes.

14   Q.     And it says 88 vials?

15   A.     Yes.

16   Q.     And it says, "Expire 6/1/2018."  Do you see

17   that?

18   A.     50 vials?

19   Q.     Yes.

20   A.     Yes.

21   Q.     Okay.  Why it wasn't discarded by

22   September 7th, 2018?

23   A.     Who said that it wasn't?

24   Q.     Well, this is an inventory list, right?

25   A.     Uh-huh.
```

Case 3:18-cv-01234-Document 182-20 Filed 09/17/22 Page 254 of 352 PageID #: 2326
ELITE Document Reporting Services Case 3:18-cv-01234-Page 254 of 352 PageID #: 2326
www.EliteReportingServices.com

```
 1   Q.     Okay.  So my understanding of the inventory
 2   list was these are the drugs that you have on hand
 3   September 7, 2018.  Am I right?
 4   A.     No.
 5   Q.     Okay.  So can you explain to me what exactly
 6   this means, then, by potassium chloride, 50 vials
 7   expires 6/1/2018?
 8   A.     That is the expiration date for 50 vials of
 9   potassium chloride.
10   Q.     And where was these 50 vials on
11   September 7th, 2018, at the time you created this
12   log?
13   A.     They were stored in the armory.
14   Q.     Okay.  So my question to you is why weren't
15   these 50 vials discarded?
16   A.     As stated earlier, just because the date is
17   September and this is June, that doesn't mean we
18   discarded it in June.  I explained that earlier,
19   that just because six -- three months have went by
20   and it's still there, that doesn't mean you have to
21   discard just because it's expired.  We eventually
22   got around to doing it.
23   Q.     Right.  So my question only is why wasn't it
24   discarded?
25   A.     No explanation.
```

Elite Reporting Services * (555) 555-9493
www.EliteReportingServices.com

```
 1   Q.     Okay.  Who decided that you could deviate
 2   from the protocol by not discarding them when they
 3   were expired?
 4   A.     As stated earlier, that was a joint decision
 5   between me and the designee.
 6   Q.     Okay.  And how did you and the designee come
 7   to that decision?
 8   A.     We just said we will discard it the next time
 9   we inventory or we'll discard it eventually.  No
10   reason.
11   Q.     Okay.  And then if you go down one you have
12   midazolam 280 vials expires 6/1/2018.  Do you see
13   that?
14   A.     I do.
15   Q.     So at this point the midazolam that expired
16   on June 1st, 2018 still wasn't discarded, right?
17   A.     According to this inventory ledger.
18   Q.     Okay.  And this inventory ledger is your
19   handwriting, right?
20   A.     That is correct.
21   Q.     Okay.  And is it accurate?
22   A.     I would hope that it is.
23   Q.     Okay.  So why wasn't the midazolam that was
24   expired June 1st, 2018 discarded at this time?
25   A.     The midazolam, potassium chloride, as I
```

Elite Reporting Services * (555) 555-5555
www.EliteReportingServices.com

```
 1   stated earlier, it just wasn't.

 2   Q.    Okay.  And who decided for the midazolam that

 3   you could deviate from the protocol that requires

 4   expired drugs to be discarded?

 5   A.    I repeat, myself and the designee.

 6   Q.    Okay.  And did you consult with anybody in

 7   determining that you could deviate from the

 8   protocol?

 9   A.    I consulted with the designee and we came

10   with a joint decision.

11   Q.    Okay.  And the -- let's go down to midazolam

12   at the bottom.  It says four vials expires

13   7/26/2018.  Do you see that?

14   A.    I do.  Yes.

15   Q.    Okay.  And then above it do you see it says

16   40 days, on the right side?

17   A.    It says 40 who?

18   Q.    Forty days.

19   A.    I don't know what that -- I see a 40.  I

20   don't know if that's "days" or not.

21   Q.    Okay.  If it does say 40 days, do you know

22   what that would mean?

23   A.    I do not.

24   Q.    Okay.  Do you know why the midazolam wasn't

25   discarded at this point?
```

Case 3:18-cv-01234-Document 18-20 Filed 03/17/22 Page 257 of 352 PageID #: 3899
ELITE Document Reporting Services
www.EliteReportingServices.com

```
1    A.    Do not.

2             (WHEREUPON, the above-mentioned

3    document was presented, previously marked as

4    Exhibit Number 42.)

5    BY MR. KURSMAN:

6    Q.    Okay.  Let's go to Exhibit 42.  And let's go

7    to page 2 of that exhibit.

8             And do you see, on page 2, at 10/30/2018, do

9    you see that at the very top?  It says --

10            MR. SUTHERLAND:  I'm sorry, Alex, page 2

11   of 42?

12            MR. KURSMAN:  That was my problem.  I

13   went way past.

14   BY MR. KURSMAN:

15   Q.    So let's go back to page 2.  I'm sorry about

16   that.

17            MR. SUTHERLAND:  Of 42?

18            MR. KURSMAN:  Of 42.

19            MR. SUTHERLAND:  Okay.

20   BY MR. KURSMAN:

21   Q.    And do you see 7/27/2018, it says,

22   "Midazolam, 50 milligrams per milliliter"?  Do you

23   say that compounded at the very top?

24   A.    Yes.

25   Q.    Okay.  Is this your handwriting also?
```

Case 3:18-cv-01234-EDL Document 182-20 Filed 09/17/22 Page 255 of 352 PageID #: 2900
EliteReportingServices.com
www.EliteReportingServices.com

```
 1   A.      Looks like my handwriting.

 2   Q.      Okay.  And do you see it says, "In freezer, 4

 3   degrees"?

 4   A.      Yes.

 5   Q.      And then if you go down a bit to 8/8/2018.

 6   A.      Yes.

 7   Q.      Okay.  And do you see it says freezer

 8   temperature next to 1:30 p.m. from 5 degrees to 48

 9   degrees?

10   A.      Yes.

11   Q.      Do you know why the temperature in the

12   freezer changed from 7/27 to 8/8?

13   A.      7/27, 4 degrees; 8/8, 1:30, 5 to 48.  It

14   appears that the midazolam had been moved from the

15   freezer down to the refrigerator.

16   Q.      Right.  My question, though, is just a bit

17   different, which is do you know why the freezer

18   temperature changed from 4 degrees to 5 degrees?

19   A.      One temp?

20   Q.      1 degree.

21   A.      I do not.

22   Q.      Okay.  And then you see it says the

23   refrigerator is at 48 degrees?

24   A.      Yes.

25   Q.      Okay.  Is that also your handwriting?
```

Case 3:18-cv-01234-Document 182-20 Filed 09/17/22 Page 259 of 352 PageID #: 8901
EliteTranscriptReporting Services (555) 555-9493
www.EliteReportingServices.com

```
 1   A.      Yes.

 2   Q.      Who determined that the temperature of the

 3   refrigerator should be 48 degrees?

 4            MR. SUTHERLAND:  Don't identify an

 5   individual by name.

 6            Object to the form.

 7            THE WITNESS:  Determined that it's at

 8   48?  If it's stored according to pharmacy

 9   prescribing and has to be kept, I would say it was

10   within the guidelines of the temp.

11   BY MR. KURSMAN:

12   Q.      And did you ask the pharmacist what

13   temperature the refrigerator should be?

14   A.      No.

15   Q.      Okay.  Do you know if anybody did?

16   A.      I don't know.

17   Q.      Okay.  Let's go to the next page.  And you

18   see it says 10/10/18 on the left side?

19   A.      Yes.

20   Q.      Do you see that the freezer is now at

21   1 degree?

22   A.      Yes.

23   Q.      And the refrigerator is at 44 degrees?

24   A.      Yes.

25   Q.      Okay.  Did anyone keep track of this
```

ELITE-Brentwood Reporting Services (615) 595-0073
www.EliteReportingServices.com

```
 1   temperature change?

 2             MR. SUTHERLAND:  Object to the form.

 3             THE WITNESS:  Because it was 1 degree?

 4   BY MR. KURSMAN:

 5   Q.    Do you know why the temperature changed?

 6   A.    No.

 7   Q.    Now let's go two pages over.  There should be

 8   a -- and you see it's 10/31/18 on the left side?

 9   A.    Yes.

10   Q.    And it says, "Remove four vials of

11   midazolam"?

12   A.    Yes.

13   Q.    Is that your handwriting?

14   A.    Yes.

15   Q.    Is there a reason that the temperature isn't

16   noted at this point?

17   A.    (Reviewing)  Hoping that it wasn't redacted.

18   The right-hand line box looks pretty thick.  I -- I

19   just don't know why it's not there.

20             MR. KURSMAN:  Okay.  To the extent that

21   counsel for defendants have redacted the temperature

22   of log -- the temperatures on log 42, and that would

23   be Defendants' Initial Disclosure 838, we'd request

24   an unredacted copy of that.

25             MR. SUTHERLAND:  Noted.
```

```
 1   BY MR. KURSMAN:

 2   Q.     Let's go to the next page.  And you'll see

 3   it's Defendants' Initial Disclosure 839.  And on the

 4   left-hand side it says 11/20/2018?

 5   A.     Yes.

 6   Q.     Is this your handwriting also?

 7   A.     Yes.

 8   Q.     Okay.  Now, here it says freezer temperature

 9   is 7 degrees.

10           MR. SUTHERLAND:  I'm sorry, Alex, can

11   you --

12           MR. KURSMAN:  Sure.  It's Defendants'

13   Initial Disclosure 839, still on Exhibit 42.

14           MR. SUTHERLAND:  Okay.  Gotcha.

15   BY MR. KURSMAN:

16   Q.     Do you see it says, "Freezer temperature

17   7 degrees"?

18   A.     Yes.

19   Q.     Do you know why the freezer was 7 degrees on

20   this day?

21   A.     Do not.

22   Q.     And do you know why it rose in temperature

23   from 6 degrees only a month earlier?

24   A.     Do not.

25   Q.     Okay.  Did anybody discuss getting a new
```

Elite Reporting Services
www.EliteReportingServices.com

```
 1    freezer or refrigerator?

 2    A.      Not to my knowledge.

 3    Q.      Okay.  Is there an interior temperature gauge

 4    on the fridge or freezer aside from the thermometer?

 5    Meaning is it an electronic fridge that you can set

 6    the temperature, or do you just put it on cold?

 7    A.      I'm not sure.  It's probably you just put it

 8    on cold.

 9             (WHEREUPON, the above-mentioned

10    document was presented, previously marked as

11    Exhibit Number 43.)

12    BY MR. KURSMAN:

13    Q.      Okay.  Now let's go to Exhibit 43.  Do you

14    see at the top it says February 11, 2020?

15    A.      Yes.

16    Q.      And then it says, "Received midazolam," and

17    then it says, "8 to 10 milliliter vials."

18            Do you see that?

19    A.      Yes.

20    Q.      8 by 10 milliliter vials?

21    A.      Yes.

22    Q.      Doesn't that conflict with the pharmacist's

23    instructions to have 10 milliliter vials?

24    A.      Wouldn't know that.

25    Q.      Okay.  Well, why don't we go to Exhibit 2.
```

Case 3:18-cv-01234-Document 18-20 Filed 03/17/22 Page 263 of 352 Page ID #: 2905
EliteReportingServices.com
www.EliteReportingServices.com

```
1          And do you see in Exhibit 2 under "Items you
2   will need," No. 1 it says, "Four 5 milliliter
3   midazolam 50 milligram per milliliter vials"?
4   A.      I do see that.
5   Q.      You see that?  Is there a reason that the
6   instructions call for 5 milliliter vials but on the
7   log it has 10 milliliter vials?
8   A.      Wouldn't know that.
9   Q.      Okay.  Did you write this down?
10  A.      I did -- no, I didn't write that down, I'm
11  sorry.
12  Q.      Okay.  Who wrote this?  Who wrote this down?
13  A.      That's not my handwriting.
14  Q.      Do you know who wrote this down?
15  A.      I would say the designee.
16  Q.      Okay.  And after the designee records logs,
17  do you double check those logs to make sure they're
18  accurate?
19  A.      I do.
20  Q.      Okay.  Now, if we could turn to -- well, let
21  me ask you this.  Were you the warden when Donnie
22  Johnson was executed?
23  A.      Yes, I was.
24  Q.      Okay.  And do you remember how long the
25  execution took?
```

```
 1   A.     Not to the minute, I do not.

 2   Q.     Okay.  What would you guess?

 3              MR. SUTHERLAND:  Object to the form.

 4              THE WITNESS:  What period of time are

 5   you talking?  From beginning of the -- what period

 6   of time were you talking?  From the time we

 7   assembled to the end?  Or the time that chemicals

 8   began to be administered to the time it was

 9   pronounced?  Or what period of time are you

10   referring to?

11   BY MR. KURSMAN:

12   Q.     Well, let's go to, to make it easier --

13   because I don't want to trick you.  This isn't,

14   like, a trick.  Let's go to Exhibit 63.

15              (WHEREUPON, the above-mentioned

16   document was presented, previously marked as

17   Exhibit Number 63.)

18              THE WITNESS:  Okay, I'm there.

19   BY MR. KURSMAN:

20   Q.     Okay.  And do you see on page 92, which would

21   be page 2 of the execution procedure --

22   A.     Yes.

23   Q.     -- at 1919, "Warden orders Execution Team to

24   proceed"?  And then at 1935, "Lethal Injection

25   process completed"?
```

Case 3:18-cv-01234-Document 1 Report Filed 09/17/22 Page 265 of 352 PageID #: 2907
EliteReportingServices.com
www.EliteReportingServices.com

```
 1    A.    Yes, I see both of those.

 2    Q.    So would that be a total of 16 minutes?  Does

 3    that sound about right?

 4    A.    About right.

 5    Q.    Okay.  And are you the person who declared

 6    Donnie Johnson unconscious?

 7    A.    Yes.

 8    Q.    And what did you observe during the

 9    execution?

10            MR. SUTHERLAND:  Object to the form.

11            THE WITNESS:  From which point?

12    BY MR. KURSMAN:

13    Q.    From the point that you ordered the execution

14    to proceed to the point that the blinds and curtains

15    were closed.

16    A.    From the time that I ordered for it to

17    proceed?  And that's beginning to push the first

18    vial of midazolam?

19    Q.    That's right.

20    A.    To the time we closed the curtains?

21    Q.    That's right.

22    A.    Okay.  Once the signal was given to proceed

23    with pushing of the first vial of midazolam,

24    Mr. Johnson was just laying there.  Mr. Johnson

25    starts speaking words, biblical verses.  He asked me
```

Elite Reporting Services • (866) 595-9473
www.EliteReportingServices.com

1  as the warden if he could sing.  And I said, "Sing

2  away."

3         And he began singing, sung a beat of a song,

4  sung a piece of another song.  And I would describe

5  him as just sung until he went to sleep.

6  Q.    And did he sing while the midazolam was being

7  pushed?

8               MR. SUTHERLAND:  Object to the form.

9               THE WITNESS:  Yes, he was.

10 BY MR. KURSMAN:

11 Q.    And did you notice Mr. Johnson's fingers

12 moving after the midazolam was pushed?

13              MR. SUTHERLAND:  Object to the form.

14              THE WITNESS:  Best of my recollection.

15 I wasn't -- I was mostly focusing on his facial

16 features because he was singing.

17 BY MR. KURSMAN:

18 Q.    How about when you checked for consciousness?

19 A.    I did not notice any finger movement.

20 Q.    Did you look at his fingers while you were

21 checking for consciousness?

22 A.    I can't say that I did or didn't.

23 Q.    Okay.  Is that part of the consciousness

24 check, to look at an inmate's fingers?

25 A.    Not necessarily, just parts of his anatomy.

Case 3:18-cv-01234-BJD-JBT  Document 180-20  Filed 03/17/22  Page 267 of 352  PageID #: 8959
EliteReportingServices.com
www.EliteReportingServices.com

```
 1   Q.    Okay.  Do you know whether a second dose of
 2   midazolam was prepared for that execution?  A second
 3   dose meaning the blue set?
 4   A.    I do not know that.
 5   Q.    Okay.  And were you involved in any of the
 6   practice sessions leading up to Mr. Johnson's
 7   execution?
 8   A.    Every one.
 9   Q.    Okay.  When did those practice sessions take
10   place?
11   A.    Don't know exact dates.
12   Q.    Okay.  Let's go to -- let's go to Exhibit 62.
13         (WHEREUPON, the above-mentioned
14   document was presented, previously marked as
15   Exhibit Number 62.)
16   BY MR. KURSMAN:
17   Q.    And do you see at the top that says,
18   "Chemical Preparation Time Sheet"?
19   A.    Yes.
20   Q.    And the date is 5/16/19?
21   A.    Yes.
22   Q.    And that's the date of Donnie Johnson's
23   execution, right?
24   A.    I don't recall the exact date.
25   Q.    Well, if you go to Exhibit 63, you'll see
```

```
 1   that it's the same date?

 2   A.      Okay.

 3   Q.      So would this be the chemical preparation

 4   time sheet for Donnie Johnson's execution?

 5   A.      Yes, it appears to be it.

 6   Q.      Okay.  Do you know why the vecuronium bromide

 7   and the potassium chloride were prepared two hours

 8   before the execution but the midazolam wasn't

 9   prepared until you ordered the execution to proceed?

10   A.      Do not.

11   Q.      Is that part of your training, that the

12   midazolam isn't prepared until the execution is

13   ordered to proceed?

14              MR. SUTHERLAND:  Object to the form.

15              THE WITNESS:  Well, no.

16   BY MR. KURSMAN:

17   Q.      Okay.  Well, who decides when to prepare the

18   midazolam?

19   A.      That would be the executioner.

20   Q.      And does anybody oversee the executioner in

21   terms of when to prepare the different drugs?

22   A.      He and his assistants.

23   Q.      Does he follow anybody's direction when

24   deciding what time to prepare each drug?

25              MR. SUTHERLAND:  Objection, form.
```

Case 3:18-cv-01234-Document 182-20 Filed 09/17/22 Page 269 of 352 PageID #: 8971
EliteReportingServices.com
www.EliteReportingServices.com

```
1              THE WITNESS:  That I wouldn't know.

2   BY MR. KURSMAN:

3   Q.     And during the execution, were you aware that

4   the midazolam was not yet prepared until you ordered

5   the execution to proceed?

6   A.     No.

7              MR. SUTHERLAND:  Objection, form.

8   BY MR. KURSMAN:

9   Q.     Okay.  Let's go to Exhibit 5.

10             (WHEREUPON, the above-mentioned

11  document was presented, previously marked as

12  Exhibit Number 5.)

13  BY MR. KURSMAN:

14  Q.     And let me know when you get there.

15  A.     I'm there.

16  Q.     Do you recognize this log?

17  A.     No.

18  Q.     Okay.  Are you aware that this is a log from

19  the pharmacist?

20             MR. SUTHERLAND:  Objection, form.

21             THE WITNESS:  No.

22  BY MR. KURSMAN:

23  Q.     Okay.  Do you see that on 4/24 55 milliliters

24  of midazolam were made?

25  A.     Yes.
```

Elite Reporting Services • (615) 595-0073
www.EliteReportingServices.com

```
 1   Q.     Do you see it says discard after 5/1?

 2   A.     Yes.

 3   Q.     Okay.  And do you see that the next time

 4   midazolam was made was 7/5/19?

 5   A.     Line below it, yes.

 6   Q.     Okay.  So at least according to these logs,

 7   the pharmacist didn't make any non-expired drugs

 8   between 5/1/2019 and 7/15/2019, right?

 9                MR. SUTHERLAND:  Objection, form.

10                THE WITNESS:  If that's what this log is

11   saying, yes.

12   BY MR. KURSMAN:

13   Q.     Okay.  So do you know what midazolam was used

14   on May 16th, 2019, for the execution of Donnie

15   Johnson?

16   A.     It would have had to have been the midazolam

17   that was prescribed for Mr. Johnson.

18   Q.     And would that be the midazolam that was made

19   on 4/24?

20   A.     That I could not know, I would not know.

21   Q.     Okay.  Let's move to another execution.  Were

22   you the warden during the execution of Billy Ray

23   Irick?

24   A.     Yes.

25   Q.     And were you involved in the execution in any
```

```
 1   other capacity aside from warden?

 2   A.    (Pause)

 3   Q.    Were you involved in the execution in any

 4   other capacity aside from your role as warden?

 5   A.    Irick and Johnson?

 6   Q.    Yeah.

 7   A.    Yes.

 8   Q.    You were?

 9   A.    Uh-huh.

10   Q.    What other roles did you play in the

11   execution?

12   A.    Five other executions as a warden.

13   Q.    Oh, no, I apologize.  What I'm asking is did

14   you have any other role in the execution -- in

15   the -- in Billy Ray Irick's execution, aside from

16   your role as the warden?

17   A.    No.

18   Q.    Okay.  And can you describe for me, like you

19   described for me for Mr. Johnson's execution -- can

20   you describe for me what you observed from the time

21   you ordered the execution to proceed to the time

22   that the blinds were drawn?

23   A.    Mr. Irick was laying on the gurney.  He was a

24   talker, as he always was, and even after I had

25   ordered him to begin to push, he was still speaking
```

Case 3:18-cv-01234-Document 18-20 Filed 03/17/22 Page 272 of 352 PageID #: 8904
Elite Reporting Services * (615) 595-0073
www.EliteReportingServices.com

1  with myself and the AW, saying things like, "Don't
 2  be down on yourself, it's not you all's fault."
 3       He laid -- he laid still.  He began to
 4  snore, like he went to sleep, just snoring.  And
 5  then once he stopped snoring, he just -- he just
 6  went to sleep, into a deeper sleep.
 7  Q.     And was that during the midazolam being
 8  pushed?
 9  A.     Yes.
10  Q.     And at that point did you then do a
11  consciousness check?
12  A.     Yes.
13  Q.     Okay.  And did you observe Mr. Irick's
14  fingers?
15  A.     I can't say what I observed.  I just
16  observed.  I may have and I may not have.
17  Q.     Okay.  When Mr. Irick was telling you it's
18  not your fault, how did that make you feel?
19            MR. SUTHERLAND:  Objection to form.
20            THE WITNESS:  Feelings?  I -- I really
21  didn't have feelings.  He apologized to me that it
22  wasn't my fault or his fault, as he did with other
23  staff members, what he had got himself involved in.
24            I hear that a lot, not just from
25  execution victims, but other individuals as well.  I

Elite Reporting Services * Cindy R. Jones
www.EliteReportingServices.com

```
 1   mean, that's not the first time I heard that.
 2   Mr. Johnson did the same thing.  And several other
 3   individuals did the same thing.
 4   BY MR. KURSMAN:
 5   Q.     And did you know Mr. Irick or Mr. Johnson
 6   before the execution?
 7   A.     I did.
 8   Q.     Okay.  And how does it feel serving as part
 9   of the execution team when you know these
10   individuals?
11              MR. SUTHERLAND:  Objection to the form.
12              THE WITNESS:  Any human that have
13   respect for any individual, regardless of who they
14   are or where they are or how they are, quite
15   naturally acknowledged that individual.  You will
16   have the same feeling regardless if it was coming
17   from Mr. Irick, Mr. Johnson, or the other five, just
18   as if I knew you beforehand and you apologizing to
19   me, of course, if you have built a rapport, if you
20   want to use that word, with individuals, quite
21   naturally, you know, you're going to have -- it's
22   going to go through your mind.  You'll think about
23   it.  You acknowledge it.
24   BY MR. KURSMAN:
25   Q.     Right.  Do you think you're still able to
```

EliteReportingServices.com
www.EliteReportingServices.com

```
 1  proceed in the same fashion you do during training
 2  when you're going through these executions where
 3  people are being executed who you know?
 4              MR. SUTHERLAND:  Objection to the form.
 5              THE WITNESS:  Please repeat.
 6  BY MR. KURSMAN:
 7  Q.    Sure.  So in these trainings when you're
 8  doing them, you know, it's not with a live -- it's
 9  with a live body, but the person isn't actually
10  being executed.  And then when you go into these
11  executions, the person who's being executed is a
12  person that you know because you're the warden.
13       Does that change the dynamics of what goes
14  on?
15              MR. SUTHERLAND:  Objection to the form.
16              THE WITNESS:  Not really.
17  BY MR. KURSMAN:
18  Q.    Okay.  How about after, after the execution
19  is over, when you go home, is there anything you do
20  to decompress?
21              MR. SUTHERLAND:  Same objection.
22              THE WITNESS:  I have -- I consider
23  myself to be a strong faith believer.  And that's
24  where I draw my substance from.  I don't -- if I may
25  be able to elaborate, I don't -- I don't look at it
```

Case 3:18-cv-01234-Document 182-20 Filed 09/17/22 Page 275 of 352 PageID #: 3917
EliteReportingServices.com
www.EliteReportingServices.com

```
 1   as something that I did, per se, that was mean,
 2   evil, or something out of the ordinary.
 3              Of course, I'm strong in my faith.  I
 4   have performed seven executions.  Of course, you
 5   think about it beforehand, during, and after.  But
 6   it's just something you just learn to -- as an
 7   individual, to deal with and move on.
 8   BY MR. KURSMAN:
 9   Q.    Do you think about leaving the job at all
10   because of the amount of executions that you're
11   doing?
12              MR. SUTHERLAND:  Objection to the form.
13              THE WITNESS:  Never.
14   BY MR. KURSMAN:
15   Q.    Okay.  So let's go to Exhibit 60.
16              (WHEREUPON, the above-mentioned
17   document was presented, previously marked as
18   Exhibit Number 60.)
19              MR. SUTHERLAND:  I'm sorry, which one
20   now?
21              MR. KURSMAN:  60, six zero.
22   BY MR. KURSMAN:
23   Q.    And do you see this says at the top,
24   "Declaration of David Lubarsky, M.D."?
25   A.    Yes.
```

```
 1    Q.     Okay.  And do you -- do you see it says,

 2   under paragraph 3, "The official media witnesses

 3   describe physical behavior of Mr. Irick after the

 4   drugs were administered that I recognize to be signs

 5   that Mr. Irick was not in a plane of surgical

 6   anesthesia during his execution.  This is important

 7   because an inmate who is not placed in a plane of

 8   surgical anesthesia is not protected from the

 9   subsequent torturous effects of the lethal injection

10   process.  These signs and indicators include that

11   Mr. Irick," and then in quotation, "gulped for an

12   extended period of time, was choking, gasping,

13   coughing, and that his stomach was moving up and

14   down.  Published media accounts report Irick did not

15   appear to react physically to the vecuronium

16   bromide -- did appear" -- I apologize -- "did appear

17   to react physically to the vecuronium bromide.  He

18   jolted and produced what sounded like a coughing or

19   choking noise.  He moved his head slightly and

20   appeared to briefly strain his forearm against the

21   restraints."

22          Did you notice those movements during

23   Mr. Irick's execution?

24   A.     No.

25   Q.     None of them?
```

Elite-Document Reporting Services
www.EliteReportingServices.com

```
1    A.     No.

2    Q.     Okay.  Do you have any opinion as to why

3    media witnesses would say this?

4              MR. SUTHERLAND:  Objection to the form.

5              THE WITNESS:  Opinion?  My personal

6    opinion?

7    BY MR. KURSMAN:

8    Q.     Yes.

9    A.     I don't know why media do what they do, but I

10   know everything they report firsthand is not true.

11   And that's not what I've been told or heard, it's

12   what I've actually witnessed myself with media.  So

13   everything that they write or say, no, it's not

14   always true.

15   Q.     Okay.  So let's go to Exhibit 59.

16             (WHEREUPON, the above-mentioned

17   document was presented, previously marked as

18   Exhibit Number 59.)

19   BY MR. KURSMAN:

20   Q.     And do you see at the top this is -- it says,

21   "Tennessee death row inmate Billy Ray Irick

22   apologizes before being executed"?

23             And then if we go to the second page, it

24   says, "Then the execution proceeded.  A minute

25   later, his eyes closed.  Snoring and heavy
```

```
1   breathing.  At 7:34 p.m., there was coughing,

2   huffing and deep breaths.  An attendant began

3   yelling 'Billy' and checked the inmate and grabbed

4   his shoulder, but there didn't seem to be any

5   reaction."

6           Would that attendant be you?

7   A.      That attendant would be me.

8   Q.      Okay.  And what is the reporter describing at

9   that point?

10  A.      Me being the attendant and me reading this,

11  it sounds like all of this happened that didn't

12  happen.  A lot -- a lot of this didn't happen.  But

13  it sounds as though -- they're making it sound as

14  though everything is right there within five seconds

15  or ten seconds of itself.  That's not true.

16  Q.      Okay.

17  A.      They making it sound like snoring and heavy

18  breathing was heard at 7:30 and then at 7:34 there

19  were coughing, huffing and deep breathing, deep

20  breaths, and then the attendant began yelling

21  "Billy," as though I'm just yelling "Billy" at the

22  time he was doing that.  That's not true.

23  Q.      Okay.

24  A.      At the time I performed my conscious test --

25  check, none of this was going on.  None of it went
```

Elite Reporting Services * www.EliteReportingServices.com
www.EliteReportingServices.com

```
 1   on other than him snoring and falling asleep.
 2   Q.     Okay.  So when you're yelling "Billy," you're
 3   saying that's during the consciousness check?
 4   A.     That's during the consciousness check.  They
 5   make it read right here as though he's choking and
 6   I'm calling his name.
 7   Q.     Okay.  So you -- let me ask you this first:
 8   Did you observe him coughing, huffing, and deep
 9   breaths?
10   A.     I observed him snoring and falling asleep.
11   Q.     Okay.  And then after that, is that when you
12   performed the consciousness check --
13   A.     Yes.
14   Q.     -- when you say he fell asleep?
15   A.     Yes.
16   Q.     Okay.  And then -- let me continue.  Then it
17   says, "Minutes later, Irick let out a cough or
18   choking sound, as his face turned dark purple."
19   A.     That's what they say.
20   Q.     Do you -- and my question to you is do you
21   recall that?
22   A.     No.
23   Q.     Okay.  What do you recall after the
24   consciousness check?
25   A.     I recall nothing.  Once the conscious check
```

Case 3:18-cv-01234-BJD-PDB Document 18-20 Filed 09/17/22 Page 280 of 352 PageID #: 3922
FLORIDA DEPOSITION REPORTERS - Serato Services (305) 595-9393
www.EliteReportingServices.com

```
 1  was done, there was nothing else within Irick.

 2  Q.     Nothing else -- I'm sorry?

 3  A.     Nothing else within him.

 4  Q.     Okay.  And what does that mean, "nothing else

 5  within Irick"?

 6  A.     It means that he was asleep and never woke up

 7  again.

 8  Q.     Okay.  Do you know if Mr. Irick's fingers

 9  were taped to the gurney during the execution?

10  A.     Yes.

11  Q.     Why?

12  A.     To prevent gestures.

13  Q.     To who?

14  A.     The victim's family.

15  Q.     Did you observe any movements of Mr. Irick's

16  fingers during the execution?

17  A.     No, I can't -- what you just said, you

18  couldn't see fingers anyway if they're taped.

19  Q.     Did you look at his fingers?

20  A.     I can't say that I did or didn't.

21  Q.     Okay.  Do you know if a second dose of

22  midazolam, meaning the blue set, was prepared during

23  Mr. Irick's execution?

24  A.     No, I do not.

25  Q.     Okay.  And are you aware that the protocol
```

Case 3:18-cv-01234-Document 1 Report Filed 09/17/22 Page 281 of 352 PageID #: 3923
ELITE Document Reporting Services Page (615) 595-0073
www.EliteReportingServices.com

```
 1   calls for both a red set and a blue set to be

 2   prepared?

 3   A.     If needed, yes.

 4   Q.     Okay.  So it's your understanding that the

 5   blue set is only prepared if needed?

 6   A.     That would be my understanding.

 7   Q.     Okay.  What would you have done if Mr. Irick

 8   had still been -- if you had determined Mr. Irick

 9   was still conscious --

10            MR. SUTHERLAND:  Objection --

11   BY MR. KURSMAN:

12   Q.     -- following the injection of the red set of

13   midazolam?

14            MR. SUTHERLAND:  Objection to the form.

15            THE WITNESS:  Red set being the second

16   set?

17   BY MR. KURSMAN:

18   Q.     The red set being the first set.

19   A.     First set?  I would have done what the

20   protocol spelled out.

21   Q.     Okay.  Let's go to Exhibit 58.

22            (WHEREUPON, the above-mentioned

23   document was presented, previously marked as

24   Exhibit Number 58.)

25   ///
```

BY MR. KURSMAN:

Q.     And if you go to 965, which is the third page, do you see that the potassium chloride and vecuronium bromide were prepared at 1724 and 1728?

A.     Third page of this exhibit?

Q.     Yeah, would be Defendants' Initial Disclosure 965.

A.     Chemical preparation time set on 8/9/18?

Q.     Yep.

A.     Okay, red.

Q.     Yep.

A.     And you're referring to...?

Q.     Vecuronium bromide and potassium chloride. Do you see that they were prepared at 1724 and 1728?

A.     Yes.

Q.     Do you know why the midazolam wasn't prepared until two hours later, at the time of the execution?

A.     Do not.

Q.     Okay.  Is this how you train for executions?

        MR. SUTHERLAND:  Object to the form.

        THE WITNESS:  We do paperwork just like we do in an actual execution, correct.

BY MR. KURSMAN:

Q.     But my question is -- my question is why is this inconsistent with how you train?

```
 1              MR. SUTHERLAND:  Objection to the form.
 2    BY MR. KURSMAN:
 3    Q.     So maybe it'll be easier if I do this.  Let's
 4    go to Exhibit 65.
 5                 @(WHEREUPON, the above-mentioned
 6    document was presented, previously marked as
 7    Exhibit Number 65.)
 8    BY MR. KURSMAN:
 9    Q.     Let me know when you get there.
10    A.     I'm there.
11    Q.     Okay.  Do you see it's a chemical preparation
12    time sheet and it's at a training dated 4/14/21?
13    A.     Yes.
14    Q.     And do you see the midazolam is prepared at
15    12:45?
16    A.     Yes.
17    Q.     And then the vecuronium bromide at 12:48?
18    A.     Yes.
19    Q.     And the potassium chloride at 12:50?
20    A.     Yes.
21    Q.     So if we go back to Exhibit 58 at page 3, and
22    this is the same with the previous execution, why is
23    the executioner waiting until you direct the
24    execution to proceed to prepare the midazolam?
25    A.     That I wouldn't know, as stated earlier.
```

```
 1   Q.     Do you know if this is a deviation from the
 2   protocol?
 3   A.     Wouldn't know that.
 4   Q.     Okay.  When you're not at trainings and the
 5   associate warden comes in your place, does he report
 6   back to you to let you know how it went?
 7   A.     He do.
 8   Q.     Are there any written communications
 9   documenting that?
10   A.     No.
11   Q.     Okay.  Let's go to Exhibit 66.
12              (WHEREUPON, the above-mentioned
13   document was marked as Exhibit Number 66.)
14   BY MR. KURSMAN:
15   Q.     Do you see this on 5/6/18?
16   A.     Yes.
17   Q.     Is this one of the trainings that you missed?
18   A.     Oh, I couldn't say whether it was or wasn't.
19   Q.     Okay.  Well, if you could go to the last
20   page, page 93?
21   A.     Okay.
22   Q.     Do you see that it's a -- there's a space for
23   the warden to sign?
24   A.     Yes.
25   Q.     Do you know why it wouldn't be signed?
```

Case 3:18-cv-01234-Document 182-20 Filed 09-17-22 Page 285 of 352 PageID #: 2927
Elite-Brentwood Reporting Services (615) 595-0073
www.EliteReportingServices.com

```
 1   A.     Must have been an oversight.

 2   Q.     Okay.  Do you know why most of the trainings

 3   start at 1 p.m.?

 4   A.     That's usually the time that we -- that I

 5   select.

 6   Q.     Why don't you do the trainings at 7 p.m.?

 7              MR. SUTHERLAND:  Object to the form.

 8              THE WITNESS:  We just don't.  We just

 9   train at 1.

10   BY MR. KURSMAN:

11   Q.     Okay.  And do you take the training

12   seriously?

13   A.     If you only knew, yes, I do.

14   Q.     Okay.  Well, let's go to Exhibit 68.

15              (WHEREUPON, the above-mentioned

16   document was marked as Exhibit Number 68.)

17              THE WITNESS:  68?

18   BY MR. KURSMAN:

19   Q.     68.  Do you see on the -- on the first page

20   you have the inmate name Wild Bill?

21   A.     Never seen that before.

22   Q.     Okay.  Do you think --

23   A.     2/22/17.

24   Q.     Do you think that is indicative of taking the

25   training seriously?
```

```
 1   A.      I would think so, being that 2/22/17, I was
 2   not the warden, but...
 3   Q.      When did you become the warden?
 4   A.      October of '17.
 5   Q.      Okay.  You were the associate warden at this
 6   time, though?
 7   A.      Yes, I would have been.
 8   Q.      Okay.  Do you think describing the inmate as
 9   Wild Bill is indicative of taking the training
10   seriously?
11   A.      Most definitely.
12   Q.      Oh, you do?  Okay.
13           Let's go to the second page.  And do you see
14   that says 4/19/17?
15   A.      Uh-huh.
16   Q.      And the inmate's name is Con Demned?
17   A.      I do see that.
18   Q.      Do you think that's indicative of taking the
19   training seriously?
20   A.      Most definitely.
21   Q.      Okay.  Let's go to the next page.  And that
22   is on 6/28/17?
23   A.      Yes.
24   Q.      And do you see the inmate's name is Annie
25   Oakley?
```

```
 1   A.     Yes.
 2   Q.     Do you think that's indicative of taking the
 3   training seriously?
 4   A.     I would.
 5   Q.     Okay.  Let's go to the next page.
 6   A.     Okay.
 7   Q.     And that's 7/26/17?
 8   A.     Uh-huh.
 9   Q.     And do you see the inmate name is Doc
10   Holliday?
11   A.     I do.
12   Q.     Do you think that's indicative of taking the
13   training seriously?
14   A.     I do.
15   Q.     Okay.  Let's go to the next page.  And you
16   see this is August 16, 2017?
17   A.     Yes.
18   Q.     And you have the inmate name as Tom Thumb.
19   Do you think that's indicative of taking the
20   training seriously?
21   A.     Yes.
22   Q.     Okay.  Now we're in October of 2017, and this
23   is when you were the warden.  Do you see you have
24   the inmate name as John Henry?
25   A.     I do.
```

Case 3:18-cv-01234-E Document 182-20 Filed 03/17/22 Page 288 of 352 PageID #: 8960
EliteReportingServices.com
www.EliteReportingServices.com

```
1    Q.    Do you think that's indicative of taking the
2    training seriously?
3    A.    I do.
4    Q.    Okay.  And the next training we have
5    12/20/17?
6    A.    Uh-huh.
7    Q.    And you have the inmate name as Billy the
8    Kid?
9    A.    Yes.
10   Q.    Do you think using the name Billy the Kid is
11   appropriate for a training?
12   A.    I do not think it's appropriate.
13   Q.    Okay.  Do you think any of these names are
14   appropriate?
15   A.    I do not.
16   Q.    Okay.  Do you know who decided to write these
17   names during an execution training?
18         MR. SUTHERLAND:  Don't say any
19   individuals' names.
20         THE WITNESS:  I do not.
21   BY MR. KURSMAN:
22   Q.    Without identifying the individual, do you
23   know the role of the person that picked these names?
24   A.    I do not.
25   Q.    Okay.  And when the execution team trains,
```

```
1    has that been referred -- have you heard the term
2    "band practice" before?
3    A.     That was a term that they was utilizing when
4    I first arrived at the facility, which we later
5    changed.
6    Q.     And was that term used to refer to execution
7    trainings?
8    A.     Correct.
9    Q.     Okay.  And you changed that?
10   A.     Correct.
11   Q.     And why did you change that?
12   A.     I was informed by Legal to change it.
13   Q.     Okay.  And would have you changed it had you
14   not been informed by Legal?
15                 MR. SUTHERLAND:  Object to the form.
16                 THE WITNESS:  I believe in things being
17   done decent and in order.  If I thought that
18   something was wrong with it, most definitely I would
19   have changed it.  "Band practice" doesn't sound
20   kosher for something of the sort, so, yes, I
21   probably would have changed it.
22   BY MR. KURSMAN:
23   Q.     Okay.
24   A.     Just like these names, and I know I'm
25   continuing to elaborate, I stopped that.
```

```
 1   Q.     So you were aware that --

 2   A.     I wasn't aware, but then it came to me that

 3   names were being used of the sort and we -- if you

 4   look, you won't find any more of that sort.

 5   Q.     And when did it come to your attention?

 6   A.     Probably was in '17, late '17.

 7   Q.     And do you know if it was the executioner who

 8   was writing these names?

 9   A.     No --

10          MR. SUTHERLAND:  Objection to the form.

11          THE WITNESS:  -- I do not know that.

12   BY MR. KURSMAN:

13   Q.     Do you know who it was?

14          MR. SUTHERLAND:  Objection to the form.

15          THE WITNESS:  I do not know that.

16   BY MR. KURSMAN:

17   Q.     Did you have a conversation with the

18   execution team about these names?

19   A.     I remember having a conversation saying, "We

20   will use John and Jane Doe."

21   Q.     Okay.  But you didn't ask who on the team has

22   been writing these names?

23   A.     I did not.

24   Q.     Okay.  Was it the recorder?

25   A.     I don't know that.
```

ELITE Document Reporting Services ● (915) 595-9793
www.EliteReportingServices.com

```
 1                    MR. SUTHERLAND:  Objection to the form.
 2                    (Reporter asked for clarification.)
 3     BY MR. KURSMAN:
 4     Q.      Are you aware that some states perform
 5     executions by firing squad?
 6     A.      I'm not aware.
 7     Q.      Okay.  Are you aware that Utah performs
 8     executions by firing squad?
 9                    MR. SUTHERLAND:  Objection to the form.
10                    THE WITNESS:  No.
11     BY MR. KURSMAN:
12     Q.      Okay.  Do you carry a firearm?
13     A.      No.
14     Q.      Were you required to complete firearm
15     training as an employee of TDOC?
16     A.      Not required.
17     Q.      Did you -- did you complete firearm training
18     as an employee of TDOC?
19     A.      Yes.
20     Q.      Did you complete firearm training aside from
21     the training involved with your employment as -- in
22     TDOC?
23     A.      No.
24     Q.      Okay.  Do you know of anyone at TDOC that is
25     qualified to use a firearm?
```

Case 3:18-cv-01234-Document 182-20 Filed 03/17/22 Page 292 of 352 PageID #: 8904
Elite Reporting Services * (615) 595-0073
www.EliteReportingServices.com

```
1    A.      Repeat.

2    Q.      Do you know of anyone at TDOC that is

3    qualified to use a firearm?

4    A.      Yes.

5    Q.      Okay.  Do you know if any members of the

6    execution team are qualified to use firearms?

7    A.      Yes.

8    Q.      How many members?

9    A.      Wouldn't know a number without guessing, but

10   there are some.

11   Q.      Would you guess over half?

12   A.      (Indicating)

13   Q.      Would you guess over half?

14   A.      Yes.

15   Q.      Does TDOC provide firearms training?

16   A.      Yes.

17   Q.      Does TDOC have access to a firearms range?

18   A.      Range?

19   Q.      A range.

20   A.      Yes.

21   Q.      To a shooting range?

22   A.      Yes.

23   Q.      Does TDOC own firearms?

24   A.      Yes.

25   Q.      Can TDOC readily acquire firearms?
```

```
 1   A.     That would be a question --

 2            MR. SUTHERLAND:  Object to the form.

 3            THE WITNESS:   -- that would be above me

 4   if it was readily to acquire.

 5   BY MR. KURSMAN:

 6   Q.     It would be above you to acquire firearms?

 7   As the warden, do you ever put in orders for

 8   firearms?

 9   A.     No.

10   Q.     Okay.  Does the commissioner ever put in

11   orders for firearms?

12            MR. SUTHERLAND:  Object to the form.

13            THE WITNESS:  That I wouldn't know.

14   BY MR. KURSMAN:

15   Q.     Okay.  Does TDOC own ammunition?

16   A.     Yes.

17   Q.     Does TDOC have facilities where a firing

18   squad execution could take place?

19            MR. SUTHERLAND:  Object to the form.

20            THE WITNESS:  I would not know what that

21   would consist of.

22   BY MR. KURSMAN:

23   Q.     Do you think TDOC could execute someone by

24   firing squad?

25            MR. SUTHERLAND:  Object to the form.
```

ELITE Document Reporting Services
www.EliteReportingServices.com

```
 1              THE WITNESS:  I would not know what it
 2   consists of to have those accommodations, to say
 3   "yes" or "no," but I will say "no."
 4   BY MR. KURSMAN:
 5   Q.     You would say "no"?
 6   A.     Yes.
 7   Q.     Why?
 8   A.     I've never seen a firing squad.  I know the
 9   facilities that we have, and by me not knowing what
10   those accommodations are, so I can't speculate and
11   speak on that.
12   Q.     Okay.  So why would you say, no, TDOC could
13   not execute someone by firing squad?
14   A.     Well, we pride ourself, and it's part of our
15   mission, to promote safe and secure facilities as
16   well -- as well as good community cooperation,
17   participation.  To shoot someone, I would say, even
18   though I don't know what it requires for a firing
19   range and an open range with the individuals that
20   would have to be there to observe and some possibly
21   not observing that shouldn't even be there that
22   would be observing, I would say that that would be
23   unbecoming.  That's why I said "no."
24   Q.     Okay.  But you don't think electrocution is
25   unbecoming?
```

Case 3:18-cv-01234-Document 18-20 Filed 09/17/22 e Page 295 of 352 PageID #: 2937
EliteReportingServices.com
www.EliteReportingServices.com

```
 1              MR. SUTHERLAND:  Objection to the form.

 2              THE WITNESS:  Electrocution is not in an

 3    outdoor area as though -- same thing we have as far

 4    as the firing range, it's enclosed, concealed, and

 5    only certain individuals allowed to be there to

 6    witness or view.

 7    BY MR. KURSMAN:

 8    Q.     So you think it's unbecoming because it would

 9    be outside?  The firing squad?

10              MR. SUTHERLAND:  Objection to the form.

11              THE WITNESS:  I think it's unethical.

12    BY MR. KURSMAN:

13    Q.     Okay.  But you don't think electrocution is

14    unethical?

15              MR. SUTHERLAND:  Objection to the form.

16              THE WITNESS:  Electrocution is nothing

17    to shoot someone out in open range.

18    BY MR. KURSMAN:

19    Q.     I'm sorry, electrocution is what?

20    A.     Nothing compared to probably shooting an

21    individual out in open range.

22    Q.     And what expertise do you have to compare the

23    two?

24              MR. SUTHERLAND:  Objection to the form.

25              THE WITNESS:  The only expertise I have
```

```
 1   in regards to electrocution is what I've observed
 2   myself.  I've never observed a firing squad/range
 3   type of execution.
 4   BY MR. KURSMAN:
 5   Q.    So how can you compare the two?
 6             MR. SUTHERLAND:  Objection to the form.
 7             THE WITNESS:  I can't.
 8   BY MR. KURSMAN:
 9   Q.    Okay.  But didn't you just do that?
10   A.    Well, I said it would be unethical to shoot
11   someone out in open -- in the eyes of the public.
12   And you asked me about electrocution, is it
13   unethical inside of a concealed place with certain
14   individuals.
15   Q.    Sure.  What if you could perform a firing
16   squad, not in front of the public, on TDOC's grounds
17   where the public obviously isn't allowed?
18             MR. SUTHERLAND:  What's the question,
19   Alex?  I'm sorry.
20   BY MR. KURSMAN:
21   Q.    Would TDOC be able to carry out an execution
22   by firing squad?
23             MR. SUTHERLAND:  Objection to the form.
24             THE WITNESS:  No.  We've never done it.
25   I wouldn't know.
```

Case 3:18-cv-01234-Document 182-20 Filed 03/17/22 Page 297 of 352 PageID #: 8959
EliteReportingServices.com
www.EliteReportingServices.com

```
 1   BY MR. KURSMAN:

 2   Q.    Okay.  So I think those are two different

 3   answers, that you wouldn't know and no.  So is the

 4   answer that TDOC -- it's your opinion that TDOC

 5   can't carry out a execution by firing squad, or is

 6   it your answer that you don't know whether --

 7   A.    I wouldn't -- I wouldn't know.

 8   Q.    Okay.  But in your opinion an execution by

 9   firing squad is unbecoming?

10            MR. SUTHERLAND:  Objection to the form.

11            THE WITNESS:  It's my opinion.

12   BY MR. KURSMAN:

13   Q.    Okay.  But an execution by electrocution is

14   not unbecoming?

15            MR. SUTHERLAND:  Same objection.

16            THE WITNESS:  Yes.

17   BY MR. KURSMAN:

18   Q.    Okay.  And an execution injecting an inmate

19   with potassium chloride and vecuronium bromide,

20   would that be unbecoming if we took the midazolam

21   out of the equation?

22            MR. SUTHERLAND:  Objection, form.

23            THE WITNESS:  I wouldn't know.  I never

24   did it.

25   ///
```

Elite-Document Reporting Services
www.EliteReportingServices.com

BY MR. KURSMAN:

Q.    Okay.  But let's say the protocol required
that, that it was just a two-drug protocol starting
with vecuronium bromide, which would paralyze the
inmate, and then potassium chloride that would stop
their heart.  In your mind, would that be
unbecoming?

            MR. SUTHERLAND:  Objection, form.

            THE WITNESS:  I wouldn't know.  I've
never seen it.

BY MR. KURSMAN:

Q.    Okay.  So have you ever seen a firing squad
execution?

A.    No.

Q.    Okay.  So why are you opining on a firing
squad execution being unbecoming, but a --

            MR. SUTHERLAND:  Objection, form.

BY MR. KURSMAN:

Q.    -- two-drug protocol not being unbecoming?

A.    Repeat your question, please.

Q.    Sure.  So a minute ago you said that it was
your opinion that an execution by firing squad would
be unbecoming.  I asked you then about an execution
with a two-drug protocol, the two drugs, aside from
the midazolam, in the protocol.

Case 3:18-cv-01234-BJD-PDB   Document 128-20   Filed 03/17/22   Page 299 of 352 PageID #: 8941
Elite Document Reporting Services, LLC • (904) 553-9760
www.EliteReportingServices.com

```
 1          You said to me that firing squad would be
 2    unbecoming, even though you've never seen one.  But
 3    when I asked you about the two-drug protocol, you
 4    responded that you couldn't comment on that because
 5    you've never seen one.
 6          So my question is why can you comment on the
 7    firing squad execution but not on a two-drug
 8    protocol involving just vecuronium bromide and
 9    potassium chloride?
10    A.    I commented on the firing range being
11    unbecoming because me, as an individual, the way I
12    think, to perform outdoors that form of exercise to
13    me is unbecoming.  That's what I was explaining.
14    Q.    Okay.
15    A.    The vecuronium bromide and the chloride,
16    excluding the vecuronium bromide and using the
17    midazolam and the chloride, I explained that I could
18    not say because I have never seen -- I do know that
19    the three-drug protocol we have and we're utilizing,
20    that I've seen work twice, it does work.
21    Q.    And what do you mean by "it does work"?
22    A.    Well --
23              MR. SUTHERLAND:  Objection to the form.
24              THE WITNESS:  -- I have seen people die
25    gruesome deaths to where they do suffer.  They do
```

Case 3:18-cv-01234-Document 182-20 Filed 09/17/22 Page 300 of 352 PageID #: 3942
EliteReportingServices.com
www.EliteReportingServices.com

1    all of the things that you have described.  I've
2    seen it with my own naked eye, with the gurgling and
3    the coughing of the blood and however you want to
4    describe it.  I've seen that.
5              I've seen two individuals lay down on a
6    gurney and was put to sleep as though you would put
7    a baby to sleep, calmly, quietly, with nothing as
8    though someone died of a gruesome death.  Those two
9    I can speak about and I know that it works because
10   I've seen it firsthand.
11   BY MR. KURSMAN:
12   Q.    Are you aware that the second drug in the
13   protocol is a paralytic?
14   A.    As you stated earlier, that's what you stated
15   it is.
16   Q.    And are you aware that that means it
17   paralyzes the body?
18   A.    As you stated earlier, I guess it is.
19   Q.    So are you aware that if somebody is under
20   the effects of a paralytic, even if they can feel
21   those effects or the effects of another drug, they
22   can't move because they're paralyzed?
23              MR. SUTHERLAND:  Objection to the form.
24              THE WITNESS:  I'm not aware of that
25   because I've never seen it, so I wouldn't know.  I

Case 3:18-cv-01234-BJD-MCR  Document 120-20  Filed 09/17/22  Page 301 of 352 PageID #: 3943
EliteReportingServices.com
www.EliteReportingServices.com

```
 1   wouldn't know what it would or would not do if you
 2   removed that paralytic drug.
 3   BY MR. KURSMAN:
 4   Q.     That's not my question, though.
 5   A.     Okay.
 6   Q.     Are you -- are you aware that the paralytic
 7   causes the inmate, no matter what happens next, not
 8   to be able to move because it paralyzes their entire
 9   body?
10   A.     I'm not aware.
11   Q.     So you're not aware of what a paralytic does?
12   A.     I'm aware that a paralytic will paralyze, but
13   I think your question, if you would rephrase it --
14   you asked me if it was not there.
15   Q.     No -- oh, so -- that's not what I'm asking.
16   A.     Okay.
17   Q.     What I'm asking is are you aware that after
18   somebody receives a paralytic --
19   A.     Okay.
20   Q.     -- no matter how much pain they're in, they
21   cannot express that because they're paralyzed?
22           MR. SUTHERLAND:  Objection to the form.
23           THE WITNESS:  Midazolam comes before the
24   paralytic drug.
25   ///
```

```
 1   BY MR. KURSMAN:

 2   Q.    But that's not what I'm asking right now.

 3   All I'm --

 4   A.    Okay.

 5   Q.    -- asking you is this.  Are you aware that

 6   after somebody receives a paralytic drug, no matter

 7   how much pain they're in, they cannot express that

 8   pain if they're under the effects of the paralytic

 9   drug?  Are you aware of that?

10             MR. SUTHERLAND:  Objection to --

11             THE WITNESS:  No.

12             MR. SUTHERLAND:  -- the form.

13   BY MR. KURSMAN:

14   Q.    You're not?  Okay.  As the warden, as the

15   person who oversees this execution, don't you think

16   you should be aware of what each of these three

17   drugs do?

18             MR. SUTHERLAND:  Objection to the form.

19             THE WITNESS:  I am aware of what the

20   three drugs do.  I am not aware what the two drugs

21   would do with the second drug being removed.

22   BY MR. KURSMAN:

23   Q.    Sure.  That's not what I'm asking here,

24   though, at all.

25   A.    Okay.
```

```
1    Q.     What I'm asking you is this.  Let's make it a
2    little easier.  What I'm asking you is this.  What
3    does the second drug do?
4    A.     You said it's a paralytic.
5    Q.     And what does that do?
6    A.     Paralyzes you.
7    Q.     Okay.  And what does it mean to be paralyzed?
8    A.     Not able to move.
9    Q.     Okay.  Is there any circumstance in which an
10   individual could move if they were paralyzed?
11             MR. SUTHERLAND:  Object to the form.
12             THE WITNESS:  I would say no.
13   BY MR. KURSMAN:
14   Q.     Okay.  So if a paralyzed individual is in
15   excruciating pain, would they be able to move?
16             MR. SUTHERLAND:  Object to the form.
17             THE WITNESS:  I would say no because
18   they're paralyzed.
19   BY MR. KURSMAN:
20   Q.     Okay.  So do you understand that a person who
21   is under the effects of the paralytic would not be
22   able to move even if they're under excruciating
23   pain?
24             MR. SUTHERLAND:  Object to the form.
25             THE WITNESS:  I understand that.
```

BY MR. KURSMAN:

Q.     Okay.  You do understand that.  Okay.  And do
you understand the first drug in the protocol is a
benzodiazepine?

A.     Midazolam.

Q.     Yeah.  Do you know that it's a
benzodiazepine?

A.     You asked me that earlier, and I said no.

Q.     Okay.  Do you know what a benzodiazepine is?

A.     You asked -- I understand that the midazolam
will make you go to sleep, and that the
benzodiazepine?  No.

Q.     And what does it mean to you to make you go
to sleep?

           MR. SUTHERLAND:  Object to the form.

           THE WITNESS:  What does it mean to me to
make me go to sleep?

BY MR. KURSMAN:

Q.     When you use the term "midazolam will make
you go to sleep," what does that mean to you?

A.     Self-explanatory.  You go to sleep, you're
not aware.

Q.     Okay.  And does it matter how deep that sleep
is, in your mind?

           MR. SUTHERLAND:  Same objection.

Case 3:18-cv-01234-BJD-Document-182-20 Filed 09/17/22 Page 305 of 352 PageID #: 3947
ELITE Document Report Service (305) 595-9079
www.EliteReportingServices.com

```
 1                    THE WITNESS:  Yes.
 2    BY MR. KURSMAN:
 3    Q.    Okay.  And how deep of a sleep does midazolam
 4    put you in, if you know?
 5                    MR. SUTHERLAND:  Same objection.
 6                    THE WITNESS:  Apparently a deep sleep
 7    that you're not aware of your surroundings or
 8    someone is alerting you --
 9    BY MR. KURSMAN:
10    Q.    Okay.
11    A.    -- that's a deep sleep.
12    Q.    As someone calling your name?
13    A.    Yes.
14    Q.    As somebody pinching your shoulder?
15    A.    Yes.
16    Q.    Okay.  What if somebody stuck a knife in your
17    chest?
18                    MR. SUTHERLAND:  Objection to the form.
19                    THE WITNESS:  That I wouldn't know.
20    BY MR. KURSMAN:
21    Q.    Okay.  What if somebody punched you in the
22    face?
23                    MR. SUTHERLAND:  Objection to the form.
24                    THE WITNESS:  That I wouldn't know.
25    ///
```

```
 1    BY MR. KURSMAN:

 2    Q.      Okay.  What if somebody put a lighter to your

 3    back and turned it on?

 4              MR. SUTHERLAND:  Same objection.

 5              THE WITNESS:  That I wouldn't know.

 6    BY MR. KURSMAN:

 7    Q.      Okay.  Are you aware that if you're given the

 8    second drug without enough -- without a deep enough

 9    sleep, it'll make you feel like you're choking to

10    death?

11              MR. SUTHERLAND:  Objection to the form.

12              THE WITNESS:  I'm not aware of that.

13    BY MR. KURSMAN:

14    Q.      Are you aware that if you're given the third

15    drug while you're not in a deep enough sleep, as you

16    call it, it'll make you feel like your body is

17    burning from the inside?

18              MR. SUTHERLAND:  Objection to the form.

19              THE WITNESS:  I'm not aware of that.

20    BY MR. KURSMAN:

21    Q.      Okay.  Do you think, as the warden of TDOC,

22    you should educate yourself on the three drugs of

23    the protocol?

24              MR. SUTHERLAND:  Objection to the form.

25              THE WITNESS:  I'm educated -- I feel I'm
```

```
 1  educated to the point that I know that the drugs

 2  work, what they do as well.

 3  BY MR. KURSMAN:

 4  Q.     And have you talked to an anesthesiologist

 5  about the drugs?

 6             MR. SUTHERLAND:  Objection to the form.

 7             THE WITNESS:  No, I haven't.

 8  BY MR. KURSMAN:

 9  Q.     Do you know if anybody at TDOC has talked to

10  an anesthesiologist about the drugs?

11  A.     Don't know that.

12  Q.     Okay.  Let's go to Exhibit 6.

13             (WHEREUPON, the above-mentioned

14  document was presented, previously marked as

15  Exhibit Number 6.)

16             MR. SUTHERLAND:  I'm sorry, which one?

17             MR. KURSMAN:  Exhibit 6.

18  BY MR. KURSMAN:

19  Q.     So do you see this is an email from

20  September 7, 2017?

21  A.     Yes.

22  Q.     And do you see it's -- have you seen this

23  email before?

24  A.     No.

25  Q.     Okay.  Did you see this in a prior
```

Elite-Document Reporting Services (305) 593-9973
www.EliteReportingServices.com

```
 1   deposition, do you know?
 2   A.      Can't say that I have.
 3   Q.      Okay.  So do you see it says, "So the word
 4   from the powers that be is that they first want to
 5   try to get midazolam and go from there if there none
 6   out there to get."
 7           Do you see that?
 8   A.      I do see that.
 9   Q.      Are you part of the powers that be?
10   A.      No.
11   Q.      Okay.  There was also a Powerpoint that was
12   exhibited around this time that discussed the
13   efforts to get pentobarbital.  Were you part of the
14   audience when that Powerpoint was presented?
15   A.      No.
16   Q.      Okay.  Do you know if TDOC is still
17   attempting to get pentobarbital?
18   A.      No, I don't know that.
19   Q.      Okay.  Do you know what pentobarbital is?
20   A.      I take it it's a drug.
21   Q.      Do you know whether it's been used in prior
22   Tennessee execution protocols?
23   A.      Yes.
24   Q.      Okay.  Do you know whether other states are
25   currently using a one-drug pentobarbital method to
```

Case 3:18-cv-01234-Document-1820-Filed-09/17/22-Page-309-of-352-PageID #:8951
Elite-Reporting-Services.com
www.EliteReportingServices.com

```
 1  execute individuals?

 2  A.     That I don't know.

 3  Q.     Okay.  As warden, would you rather use a

 4  one-drug pentobarbital method than the three-drug

 5  method as required by the protocol?

 6              MR. SUTHERLAND:  Objection to the form.

 7              THE WITNESS:  Not my decision.

 8  BY MR. KURSMAN:

 9  Q.     But my question is would you rather?

10              MR. SUTHERLAND:  Same objection.

11              THE WITNESS:  I don't know how it would

12  work.

13  BY MR. KURSMAN:

14  Q.     Okay.  You don't know how the one-drug

15  pentobarbital protocol would work?

16  A.     How it would affect the individual.  I've

17  never seen it.

18  Q.     When you were warden and when you were

19  associate warden, are you aware that Tennessee's

20  execution protocol called for a one-drug

21  pentobarbital execution procedure?

22  A.     Yes, for a short period of time, yes.

23  Q.     And as the associate warden, wasn't it your

24  duty to read the protocol?

25  A.     It was.
```

```
 1   Q.    Okay.  And at that time were you aware how

 2   pentobarbital worked?

 3   A.    I knew it was a drug, but how it worked, no,

 4   I wasn't.

 5   Q.    After reading the protocol, were you aware

 6   how it killed an inmate?

 7   A.    No.

 8   Q.    Okay.  So the execution protocol called for a

 9   certain amount of pentobarbital to be injected into

10   an inmate and then the inmate would die.  You aren't

11   aware of how that would work, even though you read

12   the execution protocol?

13             MR. SUTHERLAND:  Objection to the form.

14             THE WITNESS:  No.

15   BY MR. KURSMAN:

16   Q.    Okay.  Let's go to Exhibit 7.

17             (WHEREUPON, the above-mentioned

18   document was presented, previously marked as

19   Exhibit Number 7.)

20   BY MR. KURSMAN:

21   Q.    And let's go to the second page.  You'll see

22   it's an email from Thursday, September 7th at

23   12:58 p.m.

24        And at this point were you the associate

25   warden?
```

```
 1    A.     September '17?  I was probably acting warden
 2    at that time.
 3    Q.     Oh, you were the acting warden at this time?
 4    A.     Uh-huh.
 5    Q.     Okay.  So do you see this email says, "Here's
 6    my concern with midazolam.  Being a benzodiazepine,
 7    it does not elicit strong analgesic" --
 8    A.     I'm sorry.  You lost me.
 9    Q.     Oh, I'm sorry.  If you go --
10    A.     Second page?
11    Q.     Yes, second page, three lines down.
12    A.     Okay.  I'm with you.
13    Q.     It says, "Being a benzodiazepine does not
14    elicit strong analgesic effects."
15           Do you know what an analgesic effect means?
16    A.     Maybe allergies.
17    Q.     Okay.  And then it says, "The subjects may be
18    able to feel pain from the administration of the
19    second and third drugs.  Potassium chloride
20    especially."
21           Did the person who received this email show
22    this to you?
23    A.     I've never seen it.
24    Q.     Okay.  Even though -- as the person who
25    oversees the protocol, do you think you should have
```

Case 3:18-cv-01234-Document 18-20 Filed 09/17/22 Page 312 of 352 PageID #: 8964
EliteReportingServices.com
www.EliteReportingServices.com

```
 1   been shown this email?

 2             MR. SUTHERLAND:  Objection to the form.

 3             THE WITNESS:  No.

 4   BY MR. KURSMAN:

 5   Q.    Okay.  If I told you that the drug procurer

 6   received this email, do you think that the drug

 7   procurer should have showed you this email --

 8             MR. SUTHERLAND:  Object to the form.

 9   BY MR. KURSMAN:

10   Q.    -- as the warden?

11   A.    No.

12   Q.    Would have you wanted to know that somebody

13   was writing the drug procurer letting them know that

14   inmates may be able to feel pain from the

15   administration of the second and third drugs?

16             MR. SUTHERLAND:  Objection to the form.

17             THE WITNESS:  No.

18   BY MR. KURSMAN:

19   Q.    You wouldn't want to know that as somebody

20   who's checking the consciousness of the inmates?

21   A.    No.

22   Q.    Why wouldn't you want to know that?

23   A.    Why do I need to know it?

24   Q.    Well, isn't that important to you, as

25   somebody who's overseeing the execution, that even
```

ELITE-Document Reporting Services Page 313 of 352 Page ID #: 3955
www.EliteReportingServices.com

```
 1   if the inmates receive the first drug they still may
 2   feel the effects of the second and third drugs?
 3   A.      So you're asking me, and I don't want to
 4   rephrase your question for you, that would I want to
 5   know that a person would be able to feel something
 6   after the first and second drug is given --
 7   Q.      After the first drug is given.
 8   A.      After the first drug is given, would I want
 9   to know that?
10   Q.      Yes.
11   A.      Not necessarily.
12   Q.      Okay.  Are you concerned with how much pain
13   the inmates feel during an execution?
14              MR. SUTHERLAND:  Objection to the form.
15              THE WITNESS:  That wouldn't be my
16   concern.
17   BY MR. KURSMAN:
18   Q.      Okay.  So if the execution protocol called
19   for an execution that you knew would inflict a high
20   level of pain on an inmate, would you still carry
21   out that execution as the warden?
22              MR. SUTHERLAND:  Objection to the form.
23              THE WITNESS:  Such as a firing squad?
24   BY MR. KURSMAN:
25   Q.      Any.  Any.
```

```
 1    A.      I'm sorry?

 2    Q.      Any.  Any execution method.

 3    A.      It's part of the process.

 4    Q.      So is that a "yes"?

 5    A.      That's a "yes."

 6            MR. KURSMAN:  Okay.  Could we take a

 7    quick break?  Thanks.

 8            THE VIDEOGRAPHER:  One moment, please.

 9    All right.  We are going off the record at 4:29 p.m.

10            (Recess observed from 4:32 p.m. to

11    4:43 p.m.)

12            THE VIDEOGRAPHER:  Back on the record at

13    4:40 p.m.

14    BY MR. KURSMAN:

15    Q.      Warden Mays, while we were on break, was

16    there anything that you thought of that would change

17    your testimony that you gave in the last session?

18    A.      No.

19            MR. KURSMAN:  Okay.  I think I am done

20    with my questions.  I just want to put on the record

21    that prior to this deposition, we entered Exhibits 1

22    through 65.  In this deposition we entered Exhibits,

23    I believe, 66, 67, and 68 and then reused a few from

24    prior depositions.  So I would just ask the court

25    reporter to attach the packet, if that's fine with
```

Case 3:18-cv-01234-Document 182-20 Filed 09/17/22 Page 315 of 352 PageID #: 8957
ELITE Document Reporting Services Page 315 of 352 PageID #: 8957
www.EliteReportingServices.com

```
 1    you, Mr. Sutherland.
 2              MR. SUTHERLAND:  I'll let Mr. -- it's
 3    fine with me.
 4              MR. MITCHELL:  Yeah, that's fine.
 5              MR. KURSMAN:  Okay.  Great.  So I am
 6    done and we can go off the record.
 7              THE VIDEOGRAPHER:  All right.  If there
 8    are no further questions, this concludes the
 9    deposition.  The time is 4:41 p.m.
10              (The following was off the video
11    record:)
12              THE REPORTER:  Do you want this
13    transcript?
14              MR. KURSMAN:  Yeah, but just regular.
15              THE REPORTER:  And you all want a copy?
16              MR. MITCHELL:  Yes, please.
17              THE REPORTER:  Do you want to read and
18    sign?
19              MR. MITCHELL:  Yeah.
20              (Proceedings adjourned at 4:44 p.m.)
21              FURTHER DEPONENT SAITH NOT.
22
23
24
25
```

```
 1                REPORTER'S CERTIFICATE

 2                I certify that the witness in the

 3   foregoing deposition, WARDEN TONY MAYS, was by me

 4   duly sworn to testify in the within entitled cause;

 5   that the said deposition was taken at the time and

 6   place therein named; that the testimony of said

 7   witness was reported by me, a Shorthand Reporter and

 8   Notary Public of the State of Tennessee authorized

 9   to administer oaths and affirmations, and said

10   testimony, pages 1 through 314, was thereafter

11   transcribed to typewriting.

12                I further certify that I am not of

13   counsel or attorney for either or any of the parties

14   to said deposition, nor in any way interested in the

15   outcome of the cause named in said deposition.

16                IN WITNESS WHEREOF, I have hereunto set

17   my hand on August 9, 2021.

18

19

20        Terri Beckham, RPR, RMR, CRR, LCR No. 355
21        My commission expires:  3/6/2022

22

23

24

25
```

Case 3:18-cv-01234-Document 182-20 Filed 09/17/22 Page 317 of 352 PageID #: 8959
EliteReportingServices.com
www.EliteReportingServices.com

```
1                    E R R A T A

2          I, WARDEN TONY MAYS, having read the
   foregoing deposition, pages 1 through 314, taken
3  July 27, 2021, do hereby certify said testimony is
   a true and accurate transcript, with the following
4  corrections, if any:

5  PAGE     LINE    SHOULD HAVE BEEN

6  _____   _____  _____

7  _____   _____  _____

8  _____   _____  _____

9  _____   _____  _____

10 _____   _____  _____

11 _____   _____  _____

12 _____   _____  _____

13 _____   _____  _____

14 _____   _____  _____

15 _____   _____  _____

16 _____   _____  _____

17 _____   _____  _____

18 _____   _____  _____

19

20                  _____

21                  WARDEN TONY MAYS

22

23 _____    _____

   Notary Public                  My commission expires:
24

25
```

Case 3:18-cv-01234-Document 182-20 Filed 09/17/22 Page 318 of 352 PageID #: 8960
EliteReporting Services
www.EliteReportingServices.com

## Exhibits

**Ex 01 -**
 **Warden Tony M**
**ays** 3:10 41:5,7,9,
 11 48:17 56:18,21
 61:15 90:15
 109:20 111:22
 112:14 118:23
 125:24 130:18
 145:1,2,5 149:14
 165:11 173:18
 174:17 181:15
 184:10 216:15
 225:23 242:21
 246:13 247:19
 262:2

**Ex 02 -**
 **Warden Tony M**
**ays** 3:12 113:17
 127:23 138:22
 170:10,15,22
 173:17 261:25
 262:1

**Ex 04 -**
 **Warden Tony M**
**ays** 3:14 117:17
 170:13,23 180:22
 226:4,15

**Ex 05 -**
 **Warden Tony M**
**ays** 3:16 112:1
 268:9,12

**Ex 06 -**
 **Warden Tony M**
**ays** 3:18 91:22
 306:12,15,17

**Ex 07 -**
 **Warden Tony M**
**ays** 3:20 109:21
 215:13 309:16,19

**Ex 41 -**
 **Warden Tony M**
**ays** 3:23 251:17,
 20

**Ex 42 -**
 **Warden Tony M**
**ays** 4:4 256:4,6
 260:13

**Ex 43 -**
 **Warden Tony M**
**ays** 4:6 261:11,13

**Ex 49 -**
 **Warden Tony M**
**ays** 4:8 147:4,6,8,
 10

**Ex 50 -**
 **Warden Tony M**
**ays** 4:11 105:16,
 17,19,20 106:14

**Ex 53 -**
 **Warden Tony M**
**ays** 4:13 144:7,10

**Ex 58 -**
 **Warden Tony M**
**ays** 4:15 280:21,
 24 282:21

**Ex 59 -**
 **Warden Tony M**
**ays** 4:18 276:15,
 18

**Ex 60 -**
 **Warden Tony M**
**ays** 4:20 274:15,
 18

**Ex 62 -**
 **Warden Tony M**
**ays** 4:22 266:12,
 15

**Ex 63 -**
 **Warden Tony M**
**ays** 5:4 263:14,17
 266:25

**Ex 65 -**
 **Warden Tony M**
**ays** 5:6 282:4,7

**Ex 66 -**
 **Warden Tony M**
**ays** 5:9 283:11,13

**Ex 68 -**
 **Warden Tony M**
**ays** 5:11 284:14,
 16

---

## 1

**1** 8:7 23:17,19

41:5,7,9,11 48:17
 49:8 56:17,18,20,
 21 60:15 61:15
 68:7 69:6,9,10,16
 90:15 106:21
 107:3 108:11
 109:13,20 111:22
 112:14 118:23
 125:24 126:11
 130:18 145:1,2,5
 149:14 160:3
 162:9 165:11
 166:21 171:8
 172:16 173:18
 174:17 181:12,14,
 15 184:10 191:18
 199:25 200:1,17
 202:14 203:10
 216:15,18 225:23
 242:21 246:13
 247:19 257:20
 258:21 259:3
 262:2 284:3,9
 313:21

**10** 32:25 33:1,3
 65:21 90:3 100:11
 124:18,19,20
 261:17,20,23
 262:7

**10-minute** 225:5

**10/10/18** 258:18

**10/30/2018** 256:8

**10/31/18** 259:8

**10:49** 90:5

**10:52** 90:6

**11** 33:3 118:25
 261:14

**11/20/2018** 260:4

**11:07** 90:9

**11:09** 90:7

**12** 33:3 48:23 49:2
 190:17

**12/20/17** 287:5

**12:18** 148:16

**12:21** 148:17

**12:45** 282:15

**12:48** 282:17

**12:50** 282:19

**12:58** 309:23

**13** 90:16 109:20
 118:23 121:4

**14** 48:23 49:2
 122:2 182:14

**15** 125:24 241:7

**150** 7:10

**16** 246:9 264:2
 286:16

**16th** 269:14

**17** 19:20 285:4
 289:6 310:1

**1724** 281:4,14

**1728** 281:4,14

**18** 18:18

**18-cv-1234** 7:7

**19** 18:18 110:13
 111:22 117:18

**190** 87:2

**1919** 263:23

**1935** 263:24

**1982** 19:23,24

**1:02** 148:20

**1:05** 148:18

**1:30** 257:8,13

**1st** 254:16,24

---

## 2

**2** 23:17,19 106:20,
 22 107:3 108:11
 109:13 113:17
 126:11 127:23
 134:15 138:22
 170:10,15,22
 173:17 181:16
 186:8 189:22
 205:17 256:7,8,
 10,15 261:25
 262:1 263:21

**2-executioner**
 147:16

**2/22/17** 284:23 285:1

**20** 126:13

**2016** 19:14,15

**2017** 286:16,22 306:20

**2018** 43:2 56:6,13 251:25 252:22 253:3,11 254:16, 24

**2019** 19:17 269:14

**2020** 194:10 261:14

**2021** 7:3

**24** 24:6 173:21 174:3 181:17

**24-hour** 24:10

**26** 127:19

**27th** 7:3

**280** 254:12

**2:28** 225:10

**2:30** 225:11

**2:45** 225:14

**2:48** 225:12

---

**3**

**3** 23:17,19 107:4 108:11 109:13 114:23 126:11 134:16 135:1,2 143:21 147:15 175:14 184:11 193:17 225:22 275:2 282:21

**30-year** 20:10

**31** 92:15 103:25

**32** 130:14 138:21 143:21 144:20,25 145:1,2,4,5 147:23

**34** 149:13,14,17 155:9 164:19

**35** 159:24 166:5 171:2 184:10

186:9

**36** 187:2 200:15

**37** 191:13 197:1,2

**38** 23:8,9 199:16, 24

**39** 202:10 205:18 211:19 212:4

**3rd** 7:10

---

**4**

**4** 23:12,14,15,17, 23 117:17 127:5 134:18 170:13,15, 23 173:20 180:22 187:2 212:3,8 220:2 226:4,15 257:2,13,18

**4/14/21** 282:12

**4/19/17** 285:14

**4/24** 268:23 269:19

**40** 255:16,17,19, 21

**41** 251:17,20

**42** 215:8 256:4,6, 11,17,18 259:22 260:13

**43** 261:11,13

**44** 216:15 217:20 258:23

**45** 218:3

**48** 257:8,13,23 258:3,8

**49** 147:4,6,8,10

**4:29** 313:9

**4:32** 313:10

**4:40** 313:13

**4:41** 314:9

**4:43** 313:11

**4:44** 314:20

**4B** 222:7

---

**5**

**5** 109:3,8 112:1 127:10 135:13 188:13 227:15 257:8,13,18 262:2,6 268:9,12

**5/1** 269:1

**5/1/2019** 269:8

**5/16/19** 266:20

**5/6/18** 283:15

**50** 32:25 33:1 105:16,17,18,19, 20 106:14 252:18 253:6,8,10,15 256:22 262:3

**500** 227:16,22

**51** 106:14 219:25 223:10

**53** 144:7,10

**55** 268:23

**58** 280:21,24 282:21

**59** 276:15,18

**5th** 43:2

---

**6**

**6** 55:16 91:21,22 109:3,8 217:19 223:25 228:16 260:23 306:12,15, 17

**6/1/2018** 252:16 253:7 254:12

**6/28/17** 285:22

**60** 274:15,18,21

**62** 266:12,15

**63** 263:14,17 266:25

**64** 225:21,22

**65** 8:7 282:4,7 313:22

**66** 225:25 226:12 242:21 283:11,13 313:23

**67** 246:12 313:23

**68** 284:14,16,17, 19 313:23

**69** 247:19

---

**7**

**7** 109:21 135:15,16 160:10 215:13 218:4 229:5,6 242:19 251:25 253:3 260:9,17,19 284:6 306:20 309:16,19

**7/15/2019** 269:8

**7/26/17** 286:7

**7/26/2018** 255:13

**7/27** 257:12,13

**7/27/2018** 256:21

**7/5/19** 269:4

**7:00** 67:10,18 69:11

**7:10** 226:2,13 242:21 243:23

**7:30** 277:18

**7:34** 277:1,18

**7th** 252:22 253:11 309:22

---

**8**

**8** 61:15 261:17,20

**8/5/2019** 109:3

**8/8** 257:12,13

**8/8/2018** 257:5

**8/9/18** 281:8

**8/9/2019** 109:4

**838** 259:23

**839** 260:3,13

**88** 252:14

EliteReporting Services, Inc. Schedule 30(b)(6) 833-893-5338
www.EliteReportingServices.com

**9**

**9** 110:11

**92** 263:20

**93** 283:20

**965** 281:2,7

**9:09** 7:5

**A**

**a.m.** 7:5 90:5,6,7,9

**ability** 10:20,21
11:7 81:13 93:4
96:18 97:18

**above-
mentioned** 41:3
105:14 144:5
147:2 170:8,11
251:18 256:2
261:9 263:15
266:13 268:10
274:16 276:16
280:22 282:5
283:12 284:15
306:13 309:17

**Absolutely** 225:7

**academy** 20:17,
18,21,22,24 21:2

**accepted** 64:23,
25 65:4

**access** 127:6
186:10 226:23
291:17

**accommodation
s** 293:2,10

**accompany**
208:13

**accordance**
155:16 157:10
168:12 211:21

**Accountability**
160:1 187:2
188:14

**accounts** 275:14

**accreditation**
155:16 157:4

**accurate** 11:8
87:2 254:21
262:18

**accurately** 10:23

**acidic** 151:22

**acknowledge**
272:23

**acknowledged**
272:15

**acquire** 291:25
292:4,6

**acting** 221:3
310:1,3

**actual** 34:1 37:17
45:7,10,13 58:2,
18,24 122:9,21
133:3 142:1
221:2,17 247:8,11
281:22

**additional** 8:11
134:19 135:18,21
146:13,16,22

**Additionally**
132:3

**additive** 155:22

**addressed** 80:15
140:2

**adequate** 113:20

**adequately** 138:3

**adjourned**
314:20

**adjust** 233:4

**adjusts** 187:5

**administer** 87:20
226:6 249:4

**administered**
88:22,23 153:17
154:1 250:10
263:8 275:4

**administering**
88:19

**administration**
18:21 19:3,12
126:18 216:16
228:18 310:18
311:15

**administrator**
26:3,12

**advancement**
27:18,20 32:11

**advice** 250:21

**advise** 142:6
250:18,20

**advised** 250:24

**advises** 250:20

**affect** 11:7 150:15
308:16

**afternoon** 148:22

**agents** 21:22

**agree** 158:4,6,16

**Agreements**
211:23

**aid** 22:15,16,19

**alcohol** 234:21
235:8

**alert** 81:8,11 82:6,
10 83:7

**alerting** 304:8

**alertness** 81:24

**Alex** 7:17 8:14
30:14 59:3 105:10
158:2 166:16
199:22 226:10
239:12 256:10
260:10 295:19

**all's** 271:2

**allergies** 310:16

**allowed** 53:18
294:5 295:17

**alternative** 9:1

**ammunition**
292:15

**amount** 99:1
153:20 203:11
274:10 309:9

**Amy** 25:19,20

**analgesic** 310:7,
14,15

**anatomy** 265:25

**and/or** 127:24
220:4

**anesthesia** 83:24
117:4,9,13 229:24
230:14,20 275:6,8

**anesthesiologist**
84:12,17 306:4,10

**anesthetic** 138:4
151:2 232:4

**Annie** 285:24

**announcing**
149:4

**annually** 55:21
132:20

**answering** 12:9

**answers** 11:24
15:19 16:18 52:25
148:24 296:3

**antecubital** 148:5

**anybody's**
267:23

**anymore** 217:1

**anyone's** 39:22

**apologies** 106:16

**apologize** 9:24
33:16 34:24 35:11
36:21 38:19 46:25
50:7 55:14 58:22
95:14 103:16
145:1 147:9
149:7,9,15 185:20
197:2,20 198:16
224:3 243:16
249:15 251:10
252:12 270:13
275:16

**apologized**
271:21

**apologizes**
276:22

**apologizing**
272:18

**Apparently** 195:1
304:6

**appeared** 275:20

appears 65:23
106:1 107:11
257:14 267:5

appliances
222:5,9

applicable
155:17 157:11
159:21

applied 21:14
28:1 95:19,21
97:20 218:7

apply 27:17,21
30:11,17 220:3

applying 72:10

appointment
91:24

approach 77:11
85:11 86:25 87:5
121:14,17,22,25

approaching
87:4

approval 43:17
47:10

approve 37:2

approximately
13:11,12 25:3
34:7 89:2

area 68:5,6,7,9,18
69:14,17,18,20,22
70:4,6,9,11,13,21,
22 73:2 74:7,9
83:5 148:6 160:10
165:1 166:4
168:1,2 176:12,17
178:22 187:5
191:11 196:12
202:16,23 204:13,
20 205:6 222:4
223:23 294:3

areas 111:16
114:1 235:10

arisen 133:2

arm 111:17

armory 160:10
161:8,18,25 168:1
176:12 178:22
187:4 189:24
202:16,23 203:2,

23 204:1 253:13

arouse 230:25

arrange 110:12,
18 111:2

arrive 177:9

arrived 288:4

arrow 68:1 74:15

arrow's 100:16

article 149:3

asleep 278:1,10,
14 279:6

assemble 30:4,6
132:7

assembled 263:7

assembles 222:4

assembling
29:22

assess 124:1
152:20 153:9
155:6 229:7

assessing
123:13 124:16
228:19

assignments
223:14

assist 28:25
29:13,17 101:13
113:11 122:4,7
126:2,4

assistance
115:18

assistant 67:22
101:20,24 102:15
103:6 119:1,17
120:2 121:8
127:3,21 129:19
206:5 220:4,13
222:3

assistants
101:19 127:8,13
146:15 204:4
205:7,9,12,14
206:3 207:20
208:25 209:2,10,
18,21 210:6
213:9,10 217:9,11

218:18 219:9
243:7 267:22

assisting 26:15
29:22 129:20

assists 122:17,
19,20,24

associate 25:13,
15 26:20 27:17
28:17,19,21,24
29:8,10,12 31:2,7,
13,15,25 42:1,4,
20 55:4,9 62:14
67:2,7 70:20
71:18 73:6,20,24
77:4 78:20 79:14
83:20 88:11 89:4,
8,14 99:20 121:8,
24 122:3 123:12,
25 124:7 128:13
130:4,9 134:13
178:18,21 185:11
186:24 200:24
220:14 283:5
285:5 308:19,23
309:24

association 7:12

assume 137:6
159:19 219:17

assumed 110:3

assure 56:25
57:16

attach 313:25

attempted 238:11

attempting
307:17

attend 42:4,7,11,
14,19

attendance
108:12

attendant 277:2,
6,7,10,20

attended 42:12
55:1,5,11 59:15

attends 59:19

attention 289:5

attorney 8:15
70:25 71:7,8

attorneys 13:2
14:1 15:23 16:8
17:9,10,14 18:3
71:5

audience 307:14

audio 73:21 89:9
122:22 222:11
223:21

August 286:16

Augusta 7:11

authorized 53:2,
11,12

Avenue 7:10

AW 69:11 271:1

await 227:18

aware 11:15
39:24 41:21,22
60:24 61:11 64:22
103:8 116:23
117:3,8 118:12
150:20,23 151:9,
16,21 169:12
172:23 176:5
212:21 218:20
229:22 230:5,8,
12,18 231:3,4,7,
16,23,25 232:25
268:3,18 279:25
289:1,2 290:4,6,7
299:12,16,19,24
300:6,10,11,12,17
301:5,9,16,19,20
303:22 304:7
305:7,12,14,19
308:19 309:1,5,11

___

**B**

___

baby 231:4 232:2,
5 299:7

bachelor's 19:8,
9,11,15

back 15:11 48:25
56:17,21 69:18,24
72:23 82:20,24,25
86:1,11,21 87:16,
17,18,25 88:16,17
90:8,15 92:24
99:17 100:10,11
103:24 109:20

117:18 118:23 138:21 144:20 148:19 173:17 200:15 218:8 225:3,13 227:1 229:9 236:16 241:10 243:13 256:15 282:21 283:6 305:3 313:12

**back-up** 203:14

**background** 18:12 34:21 63:8 96:20 97:8 208:7 210:22 211:3

**background-wise** 99:14

**backgrounds** 102:11

**backup** 169:9

**bacteriostatic** 154:14,17 206:15

**bad** 103:16

**bag** 139:3 154:18, 20,21 208:13 224:11,19,23

**bagged** 208:12

**bags** 154:25

**ball** 78:12,15,18, 23 88:17,20

**band** 288:2,19

**base** 209:25

**based** 11:16 12:16 32:14 96:10 97:3,5 99:3 104:20 113:14 133:14,15 134:13 187:17

**basic** 22:15,16,19

**basically** 14:20 33:19 62:15 92:7, 10 106:18 122:13, 17,22 133:17 135:21 150:14 157:13 210:3

**basis** 188:16

**Bass** 7:9

**batch** 141:13

**batches** 142:3

**beat** 265:3

**Beckham** 7:12

**bed** 67:10

**began** 263:8 265:3 271:3 277:2,20

**begin** 8:5 49:8 77:23 78:6 241:11 245:19 248:3 270:25

**beginning** 122:9, 11,15 146:2 263:5 264:17

**begins** 69:2 88:18 197:9 226:5 244:24 245:1,9

**behalf** 96:2 250:13

**behavior** 275:3

**belief** 182:11

**believer** 273:23

**belonged** 168:2

**benzodiazepine** 150:21 303:4,7,9, 12 310:6,13

**Berry** 7:9

**Bethel** 19:10

**biblical** 264:25

**Bill** 284:20 285:9

**Billy** 269:22 270:15 276:21 277:3,21 278:2 287:7,10

**binder** 8:11 144:4

**biohazard** 208:13

**bit** 12:7 18:11 92:2 121:7 138:11 257:5,16

**blind** 89:6

**blinds** 71:14 73:8

74:1 77:1,7 89:5 117:24 122:19 129:20 142:5 250:13 264:14 270:22

**blink** 236:23

**blinked** 236:9

**blinks** 240:5

**blood** 11:5 299:3

**blue** 175:17 203:14 204:23 249:9,18,23 250:9 251:3 266:3 279:22 280:1,5

**blueprint** 65:22 66:2,4,10

**body** 81:21 114:23 125:14 137:18 139:2 150:14 224:10,11, 19 250:2,5 273:9 299:17 300:9 305:16

**botches** 140:2,4

**bottom** 55:18 56:23 92:19 144:21 145:6 164:19 166:23 193:18 197:10 199:17 211:20 252:11 255:12

**box** 259:18

**boxes/bottles** 184:13

**break** 12:11,12 13:19 22:8 90:2, 11,12 148:11,23 149:2 170:2,5 178:4 179:1 225:6,16 313:7,15

**breaks** 177:25

**breathing** 277:1, 18,19

**breaths** 277:2,20 278:9

**Brewington** 25:17

**briefly** 275:20

**bring** 35:25 38:3 39:16 51:17 202:16,22

**bringing** 66:23 168:1

**brings** 176:13 203:1

**broad** 68:6

**broken** 23:16

**bromide** 98:3 149:21 150:13 151:25 152:3,22 153:11 165:1 166:3 172:9,12, 21,24 173:5 177:3 179:7 188:11 211:24 212:7,11, 16,19 213:22 231:9,14 245:9,20 267:6 275:16,17 281:4,13 282:17 296:19 297:4 298:8,15,16

**brought** 31:12 34:17 71:15 97:7 163:2

**brush** 82:25

**brushing** 229:9

**building** 80:1 120:15 160:10 161:18

**built** 272:19

**burning** 305:17

---

**C**

**C2** 223:10

**cabinet** 175:12

**call** 33:20 42:4 45:11 67:8 68:13 77:8 80:14 103:6 115:15,16 175:22 204:3 215:19 216:2,12 225:2 237:22 248:3,5,6, 13 250:12,16,18 252:7 262:6

305:16

**called** 7:23 29:10, 12 83:3 215:15 231:10 235:2 237:11 246:1,3 251:7,9,10 308:20 309:8 312:18

**calling** 80:13 82:5 238:20 278:6 304:12

**calls** 119:20,23 170:21 173:11 181:24 248:21 280:1

**calmly** 299:7

**cameras** 68:15

**candidate** 209:24

**capacity** 270:1,4

**capital** 112:16

**captain** 27:2,3

**career** 27:18,20 32:11

**carefully** 57:21

**carried** 48:16 91:3 161:8 205:25 207:11,14,22 208:3 224:4,8

**carries** 61:7

**carry** 22:12 29:23 30:1 48:15 57:6 61:12 110:13 129:23 196:7 222:10 241:18 290:12 295:21 296:5 312:20

**carrying** 41:14 126:2,4 212:2

**case** 7:7 8:17,21, 24,25 9:4 15:9 16:1,3,7,17 91:8 128:3

**cases** 9:18 10:14

**catheter** 113:21 215:10 216:20,21 217:8 218:6

**catheters** 216:19

---

217:7,14,17

**ceiling** 151:9,14

**cell** 68:7 69:6,9, 10,16 140:14 174:22

**certificates** 21:19

**certifications** 21:18

**cetera** 92:23 93:5

**chamber** 65:23, 24 67:12,14 68:25 69:12,13,15,18,25 70:2,5,8,13,18,19 71:2,6,22 73:4 74:25 75:3,6 76:25 77:5 78:19 84:23,25 88:12 89:12 99:21 112:19 113:4 115:14 117:23 129:14 140:16 179:19,24 199:21 200:11 201:11,15 215:15,20 217:1 225:1

**change** 62:17 225:17 259:1 273:13 288:11,12 313:16

**changed** 26:20 257:12,18 259:5 288:5,9,13,19,21

**charge** 220:4,5, 10,13 222:3

**check** 34:21 79:5, 7,10,13 80:8,9,19 85:11,25 86:6 88:17 96:20 112:4,10 115:15, 19 118:10,18 125:7 130:9 140:20 152:25 160:14 169:21,24 170:2 174:10 198:8,19,21 240:20,23 241:2, 6,19,23 242:11,14 243:10 262:17 265:24 271:11 277:25 278:3,4, 12,24,25

---

**checked** 63:7 70:15 116:10 198:25 226:24 265:18 277:3

**checking** 130:4 265:21 311:20

**checklist** 226:8, 18 227:6 246:11, 15,18,24 247:1

**checks** 125:17,22 169:19 194:13 197:6,23 207:2 244:1

**chemical** 21:22 202:11 216:16 226:6 266:18 267:3 281:8 282:11

**chemicals** 73:16 77:17,18 126:18 139:2 149:18 155:10 159:3,21 160:22 161:17 162:14 163:2 164:19 171:13,20 174:20 175:23 185:22 186:3 191:18 193:18 194:22 195:21 197:5,7,23 198:9 200:16 201:10 203:11 204:20 207:3 214:21 215:1 224:18 263:7

**chemistry** 208:7 210:22

**chest** 304:17

**chloride** 98:6 149:22 150:15 153:14 154:12 156:4 164:25 165:7,8,20 166:2, 9 167:13 170:19, 23 171:14 179:10 180:24 181:16 182:7,16 188:9 211:25 231:10 252:11 253:6,9 254:25 267:7 281:3,13 282:19 296:19 297:5

---

298:9,15,17 310:19

**choking** 275:12, 19 278:5,18 305:9

**Cholesterol** 11:5

**chose** 192:21

**circuit** 217:15

**circumstance** 302:9

**clamps** 217:22

**clarification** 290:2

**class** 132:4,6,9, 12,15,16,17,19 133:12,19 134:10

**classes** 132:21 136:23 137:5 209:15

**classification** 150:24

**Classroom** 22:7

**clean** 22:21

**cleaning** 22:8

**clear** 33:12 35:21 49:22 52:22 58:22 95:14 107:2 200:4 203:25 204:9 242:10

**cleared** 34:23,25 99:14

**clearer** 12:8 50:18

**clock** 24:11

**close** 89:5,6 250:13

**closed** 82:24 142:6 217:15 234:4 264:15,20 276:25

**closes** 224:23

**closing** 122:18

**coded** 203:13,14

**cohesive** 104:23

**coincide** 20:13

coincided 20:16

cold 261:6,8

college 20:12

colonoscopy 230:5,6,10,13,19 231:4,8 232:2,11

color 203:13,14 206:21

comfortable 130:3

comment 298:4,6

commented 298:10

commercially 155:12 163:25 164:21 191:14 199:5

commissioner 16:10 26:7,8 44:7 59:11,12 67:22 77:9,10 79:24,25 111:1,8,9 118:25 119:1,17,18 120:1,2,8,11,13, 17,19,24 121:2 127:21 128:18 136:21 137:1 142:7,11 149:8 169:21 184:5,9 209:4,5,7,20 210:3,5 211:9 224:4,7 248:7,14 250:14,17 251:9, 10,11 292:10

commissioner's 110:21 161:19,21 162:1 164:12 182:10 185:13,14

communication 73:23 128:3,7

communications 283:8

community 97:5 293:16

compacted 160:18

company 11:14

compare 294:22 295:5

compared 294:20

competitive 27:23

complaint 16:18

complete 20:8 203:12 214:23 215:6 290:14,17, 20

completed 78:10, 16 263:25

completely 160:25 246:22

completes 246:10

compliance 155:14 159:3,21 164:22

compounded 155:13,20,21 156:1 159:3,20,25 160:22 162:13 163:2,7,17,19,21, 25 164:1,7,21,25 165:11,18 166:5, 7,8,10 167:3,5,8 169:16 170:22 171:13,19 172:4, 24 173:2 174:20 175:11,22 176:8, 22 191:23 199:8 200:15 256:23

compounding 156:5

compromised 189:23 190:3,6

Con 285:16

concealed 294:4 295:13

concentration 197:7,24 198:8, 19,22,25

concern 310:6 312:16

concerned 312:12

concluded 241:1

concludes 314:8

conclusion 240:19

condemned 68:4,7 69:16 72:8 76:13 77:12,15 85:25 86:25 87:4, 5 89:19 138:25 229:7

conduct 53:3,18 104:20,21 124:21 152:8

conducted 110:20

conducting 40:5

conducts 54:9 220:5

confer 50:13,14

confidential 39:20 65:11

confidentiality 93:5 96:19

conflict 192:11 261:22

confronted 228:12

confused 33:24 202:25

confusing 12:6

congratulations 23:9

conjunction 161:19 185:7,8 187:23 193:24 201:21 209:5 216:9

Connection 215:10

conscious 79:5,7 80:23 85:12,15,24 86:1,22 115:19 116:6,11,17 137:21,23 140:18, 23 141:11,14 235:20 236:7,10, 24 237:13,17

238:1,6 239:2,3,4, 8,23 241:15,19,25 242:4 245:7,21 250:9 251:5 277:24 278:25 280:9

consciousness 79:10,13 80:7,9, 19 85:11 86:6 112:5,10 115:14, 23 118:10,17 123:13 124:1,16 125:7,17,22 128:10 130:4,9 137:10,16 140:15, 18,20 152:20,25 153:6,10 222:15 223:6 226:25 228:19 229:7,17 234:9,15 235:14 237:4,16 239:14 240:19,23 241:1, 6,23 242:11,14 243:10 244:1 249:3 265:18,21, 23 271:11 278:3, 4,12,24 311:20

considers 93:1

consist 292:21

consistence 172:1

consistent 155:14 157:3 164:23 172:13 174:19 175:2,3,4, 6,9 182:11

consistently 15:11,19

consists 293:2

constantly 30:2 169:10

constitutional 91:8

consult 16:5 48:5 104:6 114:7 142:6 250:14 255:6

consulted 104:8 255:9

contact 127:24 128:9,16 184:5

Case 3:18-cv-...-Document 18...20 Filed 09/17/21 Page 325 of 352 PageID #: 8967
U123 - Document 1 Report Filed 09/17/21 Page 325 of 352 PageID #: 8967
www.EliteReportingServices.com

contained 61:13

container 162:10, 17,20,21 163:4,8 164:17 165:15 166:14,25 167:7, 12,19 171:9 172:8,19 174:21 175:8 186:11,14

containers 184:15 191:19

content 143:24 206:21

contingency 247:20,22,25 248:4,10,12

continue 233:8 278:16

continuing 288:25

control 68:10,23 123:10

controls 68:15

conversation 289:17,19

conversations 18:6

conveyed 128:4

cooperation 293:16

coordinate 91:24 122:12

coordinator 25:18

copy 259:24 314:15

corporal 27:9,10

correct 10:4 15:21 19:18 22:18 23:24 24:8,15 29:15 31:23 34:12 35:20,24 36:2,7, 10,17 38:2,11,24 42:2 43:7 55:15 57:14 58:8 60:11 61:13,14,18 63:19 64:10 69:23 74:20 89:16,22 90:13

100:21 104:12 107:6,9,13,19,23 108:1,16 121:3, 20,21,23 122:1 143:1,11,19 148:24 150:6 164:6,8 165:2 169:5 171:15 172:22 175:1,2,3, 4 176:24 178:8, 20,23,25 179:2,5, 8,11 198:23 217:5 254:20 281:22 288:8,10

correction 21:6 101:22

correctional 20:17,19,21 23:12,13 26:24 27:1,11,13,14 68:18 84:3 92:22

corrections 19:3 20:18 21:2,5,7,8, 11,12 23:4,6,19

correctly 152:25 205:25 207:12,14, 22 208:4 213:1

correctness 188:22

cough 278:17

coughing 275:13, 18 277:1,19 278:8 299:3

counsel 7:14 11:10 16:19,22 53:12 198:14 259:21

counseling 64:17,19,23,25 65:5,14

count 188:23

County 20:1

couple 17:17,18 140:9 158:3

court 7:12 11:16 39:25 91:7 313:24

cover 9:12

COVID 42:15

189:8 195:12

CPR 22:21

create 43:8 47:18

created 47:20 48:7 51:18,22 131:22 253:11

creation 48:5

creators 52:3

credentials 34:18,20

criteria 92:17 93:1,13 241:14,17

cross-train 33:10 62:13

cross-trained 62:12

cubital 147:20 148:2

cuffs 70:12

curious 210:16, 21 211:2

current 23:11 34:16 41:13 42:24 43:1 53:24 55:6, 11 108:8 109:14

curtain 117:24

curtains 71:14 74:1 77:1,7 89:5,7 122:18 129:21 142:5 250:13 264:14,20

cut-down 113:19 215:16

cutdown 111:12, 14,18

D

dark 278:18

date 43:1 49:18 108:19 177:19 184:14,16 187:7 196:22 253:8,16 266:20,22,24 267:1

dated 251:24 282:12

dates 10:7 14:12 106:2 108:12 143:23 184:13 185:6,23 193:19 194:14,23 197:8, 24 266:11

David 274:24

day 24:7,10,12 134:16 135:1,2 174:10 175:15 177:23 178:17 182:8 225:21 260:20

day-to-day 24:3

days 24:7 255:16, 18,20,21

dead 89:20,21 117:20 118:4 153:4

deal 19:2 274:7

death 34:8 68:5,6, 9,17,22 69:13,21 70:3,6,9,10 112:2 134:17 224:1 276:21 299:8 305:10

deaths 298:25

deceased 106:22 107:22 108:7 208:13 224:2,3 236:5

decent 288:17

decide 34:13 44:4 82:3 93:9 156:16 184:7 208:16,19, 24 209:17,21

decided 46:15 163:13 195:2 201:17,20 209:2 228:25 254:1 255:2 287:16

decides 215:19 267:17

deciding 267:24

decision 111:5 114:5 116:20

142:8 164:14
167:14,23 196:19,
23 209:6,8,23
210:4 254:4,7
255:10 308:7

**decision-making**
111:4 136:8

**decisions** 120:21
250:22

**Declaration**
274:24

**declare** 85:18
89:20 241:25
242:13

**declared** 153:4
244:23 264:5

**declined** 65:17
104:2

**decompress**
273:20

**deem** 116:17

**deep** 229:23
230:13,19 277:2,
19 278:8 303:23
304:3,6,11 305:8,
15

**deeper** 271:6

**Defendant**
147:11

**defendants** 7:19
47:23 259:21

**defendants'**
16:19 259:23
260:3,12 281:6

**defender** 8:15

**defer** 191:10

**define** 20:4 28:12
37:16 39:9 51:23
52:4 53:7 58:11
194:8

**defined** 68:14
84:14 85:6,19
152:20 233:23
234:9

**Definitions** 61:17

**definitive** 237:3

**degree** 18:14,15,
20 19:1,6,11,15,
17 20:12 257:20
258:21 259:3

**degrees** 19:6
257:3,8,9,13,18,
23 258:3,23
260:9,17,19,23

**delegate** 110:22
129:25

**delegated** 110:24
129:6,13,22

**delegating** 130:3

**delegation** 90:21
91:19

**deliver** 201:10,13

**delivered** 169:23,
24

**delivers** 187:18
201:9

**delivery** 199:20
200:10,18 248:17

**Demned** 285:16

**demonstrate**
82:22

**denied** 32:1,6

**deny** 32:3

**department** 23:4,
6 27:14 94:7
102:9,21 211:22

**departmental**
60:18 104:23

**departments**
155:16 157:4

**depend** 240:9
241:12 244:19

**depending** 76:12
135:7

**Depends** 28:11

**depo'd** 14:16

**DEPONENT**
314:21

**deposed** 16:3

**deposition** 7:5,8

9:5,9,21 12:24
13:3 14:5,11,19
15:3,11,16,18,20,
23 16:2,6,11,16,
21 17:1,5,8,10,16,
20,22 18:4 158:12
199:13,15 307:1
313:21,22 314:9

**depositions** 8:7
9:6,10,14 10:6,10
12:25 16:1 158:3
313:24

**depth** 138:4

**deputy** 26:19,23
28:21 29:9,18
31:14,18

**describe** 22:5
29:16 50:14 66:1
77:14 81:14,17
105:3 132:6 153:9
157:8 164:13
233:22 265:4
270:18,20 275:3
299:4

**describes** 149:17

**describing**
102:14 130:24
240:21 241:19
277:8 285:8

**designate** 201:5

**designated** 55:21
57:2 186:17
223:14

**designed** 20:18
150:4,15 175:10,
12 189:7

**designee** 110:21
132:3 161:20,21
162:1 164:12
169:21 178:11,18
182:10 185:10,11,
13,14,16 186:23
187:4,18,24
188:4,15,21
193:24 195:6,8,24
196:25 198:4,5,21
199:19 200:9,18,
21,23 201:6,7,13
224:2,3,6 254:5,6
255:5,9 262:15,16

**detailed** 60:17
61:3

**detected** 112:2

**determination**
80:10 89:24 96:14
121:9,12 126:24,
25 153:23 191:1
202:2 216:12

**determine** 80:22
85:5,25 86:8
87:24 115:23
137:10 138:3
201:23 207:2
211:12 214:14
222:14 241:15
242:8

**determined**
85:10 86:18
153:21 258:2,7
280:8

**determines**
136:4

**determining**
80:12 84:13
115:19 128:10
137:15 214:3
223:6 239:14
255:7

**deviate** 44:1,3,4,
7,13,19,24 45:22,
25 46:4,20 47:1,
10 120:5 164:15
167:15 195:3,9,10
196:20 201:17,24
254:1 255:3,7

**deviated** 45:5
72:12

**deviates** 119:25

**deviating** 46:7

**deviation** 45:8,
12,16 46:8,16
47:15 119:16,21
120:20 283:1

**diagram** 99:18
243:13

**die** 298:24 309:10

**died** 299:8

**difference** 81:4

Case 3:18-cv-01234-BRM-DEA Document 18-20 Filed 09/05/20 Page 327 of 352 PageID: 6989
EliteReportingServices.com
www.EliteReportingServices.com

84:17 117:8
155:19

**differences**
51:15

**differentiate**
23:18

**dilute** 180:15

**diluted** 153:25

**diluting** 155:5

**Dina** 25:19

**direct** 24:25 25:2
282:23

**direction** 227:18
267:23

**directions** 77:11
122:23 171:18
211:21

**directly** 202:16,23
206:12

**director** 25:15

**directs** 167:7
244:16 245:23

**discard** 154:25
155:3 253:21
254:8,9 269:1

**discarded** 252:21
253:15,18,24
254:16,24 255:4,
25

**discarding** 254:2

**disclosing** 54:20
56:2 184:8

**disclosure** 101:8
105:7,8 259:23
260:3,13 281:7

**discoloration**
183:8,15 184:1

**discoloring**
182:17

**discuss** 16:21
17:1 80:25 81:3,
14 111:11 209:22
235:24 250:23
260:25

**discussed** 12:22

99:19 116:16
136:23 171:2
209:9 210:7
244:18 307:12

**discusses**
211:24

**discussing** 51:16
56:12 109:9
128:12 172:18
211:8 219:8 252:5

**discussion**
158:13

**discussions**
133:1

**dismiss** 106:21,
22

**dispense** 179:22

**dispensed**
227:17

**dispose** 184:24
194:20,22 195:11,
13,14,17,20,25
196:3,8,13,21

**disposed** 184:16,
23 185:21 187:9
193:19 194:2,17

**disqualify** 96:6,
11

**distress** 228:6,10

**district** 7:8 8:19
39:25

**division** 23:16

**Doc** 176:1 286:9

**doctor** 67:23
80:20,21 81:1,3,
13,17 89:11 92:9
115:20 129:20
142:6 143:11
216:4,12 250:14

**doctors** 143:9,16

**document** 40:2
41:4 48:22
105:15,23,25
109:17,19 134:21
144:6 147:3
170:9,12 251:19
256:3 261:10

263:16 266:14
268:11 274:17
276:17 280:23
282:6 283:13
284:16 306:14
309:18

**documentation**
143:22 144:1,3,12

**documented**
143:22 242:20

**documenting**
101:14 283:9

**documents** 14:3,
6,8 242:25

**Doe** 289:20

**dog** 238:23
239:17

**Donnie** 108:24
109:4 262:21
264:6 266:22
267:4 269:14

**door** 67:14,15,21,
25 68:11 74:9
100:13

**doors** 74:19
168:21 169:2

**dose** 153:6,21
266:1,3 279:21

**doses** 231:9

**double** 262:17

**draw** 273:24

**drawn** 73:9,10
205:18 206:11
207:19 270:22

**drinking** 235:8

**drinks** 234:20

**drip** 204:2,7
221:7,11

**drug** 16:13 36:13
44:24 46:3,6,11
87:9,20 88:2,5,6
118:19 149:25
150:17,24 152:3
153:1,13 155:20
157:25 158:25
161:21 162:5
182:6,9 185:18

187:16 206:9,11,
14 230:9 232:4,7,
10 245:2 249:7
250:25 251:1
267:24 299:12,21
300:2,24 301:6,9,
21 302:3 303:3
305:8,15 307:20
309:3 311:5,6,13
312:1,6,7,8

**drugs** 36:15 53:25
66:25 88:14 118:2
138:17 142:23
150:3 152:9
153:18,25 154:4
155:6,12,25
156:14,17,23
160:15 161:6,25
168:1,6,9,12
169:8,16 175:25
176:9,11,16,21
177:1,9,12,17
178:10 179:12,13,
15 180:3,7,15
187:20 188:2
189:16 191:4,15,
22,23 194:2,14
195:25 196:21
199:5,8 201:2
203:8,24 204:23
210:10,11,14
211:3 231:17,18,
24 244:24 246:25
247:4,5,16 248:17
249:13 253:2
255:4 267:21
269:7 275:4
297:24 301:17,20
305:22 306:1,5,10
310:19 311:15
312:2

**drunk** 138:16

**dry** 160:19 163:8
165:1 166:3
188:12

**DSNF** 197:5

**duly** 7:23

**Duncan** 25:19

**duplicates**
186:15

**duties** 29:24 30:1
35:7 42:21 60:17

61:1,4,6 91:22
93:19 110:3
112:14 113:4,11
117:18 118:24
121:4 122:6
123:1,4,7 126:2,5,
8,11 129:21

**duty** 36:23 48:15
129:15,17 308:24

**dynamics** 273:13

---

## E

**earlier** 17:17
90:13 99:18
116:16 124:3,11
126:23 147:24
153:4 209:4 219:8
225:18 243:11,12
244:18 253:16,18
254:4 255:1
260:23 282:25
299:14,18 303:8

**Early** 150:2

**easier** 263:12
282:3 302:2

**educate** 305:22

**educated** 305:25
306:1

**education** 18:13

**effect** 151:10,14,
17,19 310:15

**effectively** 57:7

**effects** 250:1,4
275:9 299:20,21
301:8 302:21
310:14 312:2

**efforts** 307:13

**elaborate** 273:25
288:25

**electrocution**
53:23 54:11,17,19
55:13,14 68:23
131:7 293:24
294:2,13,16,19
295:1,12 296:13

**electrocutions**
54:7

**electronic** 261:5

**elicit** 310:7,14

**Elite-brentwood**
7:13

**else's** 51:4,10,14

**email** 306:19,23
309:22 310:5,21
311:1,6,7

**emergency** 123:8
140:7

**emotions** 72:7,8

**employed** 21:3
23:1

**employee**
290:15,18

**employees** 35:22
38:13

**employment**
290:21

**empty** 208:9,12

**EMT** 29:3 33:13
35:5 107:3,4,14
108:11,12 109:13
115:20

**EMT/IV** 34:14

**EMTS** 34:1,8,10
36:8 38:21 92:22
106:17,18 107:18
108:15 114:6
120:5 143:16
147:17 221:6

**EMTS/IV** 92:9

**EMTS/THE** 39:7

**en** 140:16

**enclosed** 294:4

**encloses** 177:5

**end** 122:9,11,15
197:13 227:13
263:7

**enhance** 135:23
136:1

**ensure** 57:19 58:5
73:21 89:8 90:18
91:2,17 126:20
143:1 157:15

159:2,20 160:24
163:24 174:5,11
182:17 187:9
216:20 217:8
223:23

**ensures** 127:7
159:6 177:11

**ensuring** 193:23
223:8

**enter** 67:15,16

**entered** 313:21,
22

**enters** 89:11

**entire** 25:1 49:13
52:2 58:2 60:7,8
66:19 91:12,15
118:6 134:25
169:7 243:22
300:8

**entirety** 49:14

**entries** 188:21

**equation** 296:21

**equipment** 220:6
222:5,9,12,14,18,
23 223:2,9

**Ernest** 25:12

**escort** 62:9,10,17,
18 64:9 67:9
104:18 129:13
139:16 223:20

**essentially** 24:14

**establish** 72:20,
22 126:17

**established**
73:11 74:13 127:6

**establishing**
72:12

**estimate** 17:8

**et al** 7:7 8:18

**evaluate** 97:13

**evening** 225:22
226:1

**event** 215:14

**eventually**
253:21 254:9

**everything's**
225:3

**evil** 274:2

**exact** 10:7 32:23,
24 49:18 169:3
266:11,24

**EXAMINATION**
8:1

**examine** 114:23

**examiner** 224:21,
24

**examiner's**
214:22 215:5
224:14

**examines** 89:19

**exceptions**
138:24

**exclude** 54:22

**excluding** 298:16

**excruciating**
302:15,22

**excuse** 66:17
79:4 166:16

**execute** 292:23
293:13 308:1

**executed** 262:22
273:3,10,11
276:22

**execution** 9:2
28:12,16,20,24
29:8 30:5,12,17,
21 31:4,5,16,25
32:8,17,22 33:5
34:1 35:23 36:1,
19,22 37:9 38:14,
17,20 39:8 40:14
41:1,15,23 45:13
46:17,19 50:10
51:25 52:1,2,3,8,
12 54:23 55:5,6,7,
12 57:3,6,23 58:2,
3,9,12,22 59:1,6,
7,13 60:7,9,23
61:7,12,20 62:20,
22,24 63:3,13,18,
23,25 64:2,3,4,17
65:4,23,24 66:14,
16,18 67:12,14,24

68:2,25 69:2,12,
13,18,25 70:2,4,8,
13,17,18,19 71:2,
6,11,22 73:4
74:25 75:3,6
76:25 77:4,6
78:19,21 84:22,
23,25 87:19 88:12
89:15 91:25
92:16,20 94:22,25
95:3 99:2,10,11,
21 101:7 103:18
104:2,3,6,14,24
105:1 108:3,25
109:4,10,14
110:5,16 112:15,
19 115:13 119:3
120:21 121:6,19
122:5,7,10,16,17,
21 124:13,22
125:3 128:6,20,25
129:11 130:16,19,
20,21 132:21
134:16,20 135:20,
22,24 136:5
138:23 139:6,8,9
142:1 149:25
152:6,8 155:3
156:24 160:9
162:2 164:20
168:6,9,11 174:2
177:19,23 178:6,
17 179:19,24
182:8 184:8
186:17 188:18
190:16 197:6,12,
22 198:3 199:21
200:11 201:14
202:15,21,22
203:6 204:20
205:1,19,24
207:10 208:2
212:25 213:7
214:22 215:6,15,
19 217:1,21
219:13,18 220:1,
3,8,10,25 221:2,
17 222:3,4,6,11
225:1 244:15,16
245:5,14,15,24
246:1,11 247:11
250:16,19 251:12
262:25 263:21,23
264:9,13 266:2,7,
23 267:4,8,9,12
268:3,5 269:14,

21,22,25 270:3,
11,14,15,19,21
271:25 272:6,9
273:18 275:6,23
276:24 279:9,16,
23 281:17,22
282:22,24 287:17,
25 288:6 289:18
291:6 292:18
295:3,21 296:5,8,
13,18 297:13,16,
22,23 298:7
301:15 307:22
308:20,21 309:8,
12 311:25 312:13,
18,19,21 313:2

**executioner**
16:13 29:5 34:2,4
36:4 37:20 44:13
45:22 50:6 68:3
74:14 76:4,8,16
77:16,24 79:18
83:17 85:8 86:13
87:6 88:1,17 92:9
100:22 101:2,7,12
102:15,22 103:2
106:21 107:8,13,
14,16 108:8
109:22 110:2,4,9
121:5 127:2,8,12
141:3,11,12
142:25 143:10
144:22 145:7,9
146:6,12,14,22
155:5 156:13
174:16 178:7,11,
14,24 179:3
182:23 183:5,25
191:2,3 198:11,18
201:2,5,21 203:1,
3,5,20 204:19,22
205:20 208:20
210:11,13 211:15
212:2,6,10 213:21
215:7 217:22
218:7 219:1,10,13
226:5 227:17
239:10 240:6,12,
16 241:7,11
243:12 244:24
251:15 267:19,20
282:23 289:7

**executioner's**
67:20 73:1 74:16
75:7 78:14 85:3

100:15,19 101:6
112:24 127:3,8,13
204:10 208:24
209:2,10,17,21
210:6 217:11
218:17 219:8
243:7

**executioners**
37:19 39:1 50:4
101:13,17,18,20,
24 103:6 119:25
221:11

**executions** 28:9
29:17,19,21 37:18
40:5 53:3,18 54:4
60:2 62:8 65:1,5
91:5,9 98:12
128:13 132:14
133:3 155:11
156:1 202:8 247:9
270:12 273:2,11
274:4,10 281:19
290:5,8

**exercise** 298:12

**exhaust** 119:22

**exhausted**
119:19 142:3

**exhibit** 41:5,7,9,
11 48:17 56:18,21
61:15 90:15
105:16,17,19,20
106:14 109:20
111:22 118:23
125:24 144:7,10
145:1,2,5 147:4,6,
8,10 149:14
170:10,13,15,22,
23 173:17 180:22
182:15 184:10
216:15 225:23
242:21 246:13
247:19 251:17,20
256:4,6,7 260:13
261:11,13,25
262:1 263:14,17
266:12,15,25
268:9,12 274:15,
18 276:15,18
280:21,24 281:5
282:4,7,21
283:11,13 284:14,
16 306:12,15,17
309:16,19

**exhibited** 307:12

**exhibiting** 249:2

**exhibits** 8:7,11,12
166:6 170:16,18
313:21,22

**experience** 62:24
63:3,13,18,25
64:3 97:11,21,24
98:2,5,9,12,16,20
103:7,10 111:11
125:16,22 133:14
210:17 211:12
219:22

**experienced**
240:8

**experiences**
113:14

**expertise** 32:5
191:10 217:16
294:22,25

**expiration**
184:13,14,15
185:6,23 187:7,10
193:18 194:23
196:22 197:8,24
253:8

**expire** 194:9
252:16

**expired** 21:20
156:14,17,23
184:23 186:4
190:21 194:3,5
196:12 253:21
254:3,15,24 255:4

**expires** 253:7
254:12 255:12

**explain** 66:13
150:2 162:23
253:5

**explained** 99:6
126:23 253:18
298:17

**explaining**
298:13

**explains** 55:19

**explanation**
253:25

express 300:21
301:7

expressed 96:1

extended 275:12

extent 25:24
105:6 156:9
157:20 159:7
173:11 181:23
259:20

external 168:24

extraction 62:12,
16,19 64:8 67:17
69:14 70:21 71:19

extreme 68:6

eye 82:24 237:23
299:2

eyelids 82:20,23,
25

eyes 234:4 236:8,
23 240:5 244:25
245:2,7 276:25
295:11

---

**F**

face 82:22 278:18
304:22

facial 265:15

facilities 26:16
292:17 293:9,15

facility 23:20,22
24:5,6,11,14 25:1,
18,19 38:9,10
39:23 40:8 65:9,
12 68:20 204:17
288:4

fact 99:4

facts 11:8

faith 273:23 274:3

fallen 214:3,14

falling 206:24
207:3 214:18,19
278:1,10

family 279:14

fashion 83:24
273:1

fast 142:19,22

fault 271:2,18,22

faults 189:8

FDA-APPROVED
155:12 164:20

feature 15:8

features 265:16

February 261:14

fed 73:24

federal 8:15 39:25

feel 32:5,10 81:13,
15 83:9 84:19
113:10 119:7
128:19 136:9
271:18 272:8
299:20 305:9,16,
25 310:18 311:14
312:2,5,13

feeling 272:16

feelings 271:20,
21

fell 278:14

felt 115:18

field 94:9 116:24
119:8

file 97:7

filed 7:7 16:17
39:25

filing 10:25

fill 33:6,7 34:14

filled 31:19,22
34:3,6,9,15 62:2
95:9 182:16
246:22

find 113:20 114:8,
16,17 161:24
211:7 216:7 289:4

fine 148:11 150:11
243:17 313:25
314:3,4

finger 236:5
265:19

fingers 235:13,18
236:2 240:11

241:8,9,12
265:11,20,24
271:14 279:8,16,
18,19

finish 11:22,23,24
135:1

finished 88:19

Fire 25:19

firearm 22:1,3,10
290:12,14,17,20,
25 291:3

firearms 291:6,
15,17,23,25
292:6,8,11

fired 108:2

firing 290:5,8
292:17,24 293:8,
13,18 294:4,9
295:2,15,22
296:5,9 297:12,
15,22 298:1,7,10
312:23

firsthand 276:10
299:10

fiscal 25:15

fists 239:6

fit 32:6,7

flinching 81:21

flowing 127:11

fluctuate 169:13

flush 227:16
228:18

focusing 265:15

fogger 22:1,2

follow 57:12
115:11 117:24
135:10 164:4,5
166:17 181:8,11,
12 192:13,17,21
226:20 267:23

forbid 123:8

forearm 275:20

form 18:7 40:12
44:11,15,21 45:1,
18,21 46:22 47:3,

13 48:12 52:6,15
64:20 65:6 72:15
73:13 75:17,24
76:6 78:1 81:19
82:8 83:7 85:23
87:10,21 91:14
93:16 94:4 95:5
96:8,15 97:15
98:17 99:12
112:6,11,21,25
113:5,24 115:3,24
116:4,25 117:14
118:14,20 119:6
120:3,22 123:5,20
125:8,18 126:6,22
127:16 128:14,21
129:2 130:6
131:24 133:7,13
136:15 137:3
138:5,12,18 140:8
142:10,15 145:14
146:19 150:1
151:5,11 152:4,23
154:7 156:19,25
157:6 158:4,15
161:1 167:20
168:14 171:21
173:25 176:2
177:13 179:17
181:5 183:1,13,19
184:2,21 187:22
190:5 191:6
192:1,14,23
193:5,11 196:2,10
199:1 201:19,25
207:15 208:11,21
210:19,23 211:14
212:12 213:2,16
217:4 218:13,22
219:2,16 221:1,8
222:19,24 223:4
224:20 227:21
228:8,21 229:13,
19,25 230:15
231:2,12,19
232:6,16,22
233:13,18,25
234:11,23 235:5,
15 236:25 237:19
238:2 239:19
241:16 242:2,16
244:2,7,17 245:16
250:11 251:13
258:6 259:2 263:3
264:10 265:8,13
267:14,25 268:7,

Case 3:18-cv-01234-Document-182-Report-Filed-09/17/22-Page-635-of-352-PageID-#-8973
U.S. Legal Support | 800-567-8658 331
www.EliteReportingServices.com

20 269:9 271:19
272:11 273:4,15
274:12 276:4
280:14 281:20
282:1 284:7
288:15 289:10,14
290:1,9 292:2,12,
19,25 294:1,10,
15,24 295:6,23
296:10,22 297:8,
17 298:12,23
299:23 300:22
301:12,18 302:11,
16,24 303:15
304:18,23 305:11,
18,24 306:6 308:6
309:13 311:2,8,16
312:14,22

**formulate** 109:18

**formulated**
109:17

**Forty** 255:18

**forward** 46:17
184:8

**fossa** 148:6

**freezer** 163:6,12,
14,18 164:10,16
165:3,9 166:2
167:14,16 168:16,
18,21,25 169:3,7,
9,13,17,20 170:24
171:17 173:20
174:9 175:9,10,11
178:15 181:17
188:3,8,10 189:19
194:15 201:3
257:2,7,12,15,17
258:20 260:8,16,
19 261:1,4

**fridge** 189:17
261:4,5

**front** 8:10 41:8
48:17,25 183:21
295:16

**frozen** 160:21,25
161:3 163:2,5,7,9,
11,22,23,24 177:2

**fulfill** 35:6 139:10

**full** 48:24 117:10
155:10 188:22

**full-time** 21:8,10

**fully** 70:9 81:11
82:1,4

**functioning**
126:17

**functions** 56:25
57:16,19 58:6
110:13

**future** 166:6

---

### G

**garage** 74:6,7,8,9,
10,22 75:4,22
112:16

**gasping** 275:12

**gauge** 162:10,17,
20,21 163:3
164:16 165:15
166:13,24 167:6,
9,12,19 171:9
172:7,19 174:20
175:8 191:19
261:3

**gave** 47:9 148:25
313:17

**gears** 18:11

**general** 53:12,13
93:1

**gentleman** 13:7

**gesture** 121:6

**gestures** 279:12

**give** 11:8 39:15,17
40:20 43:16 57:10
77:10,12 80:11
85:17 86:1 89:10
106:22 116:16
122:19,23 133:10
173:7 174:10
186:22 227:5
244:5

**giving** 80:17
143:6 226:19

**glanced** 49:5
66:11

**glass** 79:19

**God** 45:10 123:8

**good** 7:16 8:3
33:25 35:7 48:20
49:12 73:21
106:23 148:10,22
209:23 293:16

**Gotcha** 105:21
226:16 260:14

**governor** 53:11

**grabbed** 277:3

**grabbing** 238:21

**grabs** 203:8

**grade** 162:10
165:16 171:9
172:19 191:20

**graduate** 19:21,
24

**graduated** 20:9,
11

**Great** 314:5

**ground** 9:12

**grounds** 295:16

**group** 38:12

**gruesome** 298:25
299:8

**guards** 35:11

**guess** 20:10
24:23 52:9 128:4
150:3,13 159:12,
13 161:9 202:25
240:17 263:2
291:11,13 299:18

**guessing** 212:17
291:9

**guideline** 56:24
57:6,8,10,12

**guidelines**
155:15 157:4
159:4 258:10

**gulped** 275:11

**GUNN** 233:1

**gurgling** 299:2

**gurney** 67:8,9,13,
21 69:11,17,20,21

70:1 71:5 74:13
77:5,11 85:11,13,
16 100:13 129:16
222:11 270:23
279:9 299:6

---

### H

**half** 59:24 291:11,
13

**halt/cease** 248:7

**hand** 82:21,24
184:12 229:9
253:2

**handcuffs** 71:13

**handle** 22:1,7
176:20

**handled** 164:3
191:7

**handling** 22:3

**hands** 39:22

**handwriting**
252:2 254:19
256:25 257:1,25
259:13 260:6
262:13

**happen** 46:16
134:9 141:21,23,
24,25 153:16
157:16 220:15
248:2 277:12

**happened** 86:16
184:3 277:11

**hard** 96:20 189:3

**hazardous**
184:16 193:19
195:17

**head** 11:18 36:25
52:25 237:25
275:19

**heading** 91:21

**health** 64:16 65:4,
13

**hear** 32:5 42:18
84:21 85:2 89:9
271:24

heard 103:12,14,
17 272:1 276:11
277:18 288:1

heart 150:15
232:4 297:6

heavy 162:9,17,
19,21 163:3
164:16 165:15
166:13,24 167:6,
9,12,19 171:8
172:7,18 174:20
175:8 191:19
276:25 277:17

held 7:9 132:19
134:19

helped 30:3
129:21

helpful 223:2

helping 122:12

Henry 286:24

Heron 25:16

high 19:21,24
20:1,3,6,7,9,11
82:10 312:19

high-pitched
82:11

higher 52:20

highest 18:13
23:23

highly 151:21

hire 63:5

hired 27:14 63:2

history 110:8

hold 21:18

holds 132:3

hollers 245:18

Holliday 286:10

home 38:3 39:16,
17 273:19

Honor 166:15,16

hope 40:18 157:1
254:22

Hoping 259:17

hospital 83:23,25
151:2

hospitals 222:22

hour 67:10,18
69:11 134:18
135:1,3

hour-and-a-half
13:19 135:7

hourly 39:4

hours 13:11,13,
20,21,24 17:11,
13,15,18,19 24:7,
12 48:23 49:2
133:23 135:7,9
173:21 174:3
181:17 190:17
267:7 281:17

HR 25:16

huffing 277:2,19
278:8

Huh-uh 98:22

human 81:21
250:2,5 272:12

---

I

ice 160:19

identification
46:22 102:4
157:21 159:8
173:11 181:24

identified 109:12

identify 157:22
173:12 185:16
195:4 203:18
207:5 215:21
258:4

identifying 53:14
58:16 61:24 62:23
66:14 104:17
124:9 139:4 143:7
145:20 162:4
174:15 185:8,15
186:21 187:8
196:24 198:2
200:21 206:6
209:3 220:9,12
223:18 224:17
287:22

identities 47:1,22
48:1 101:9

identity 53:5
105:9 156:10
162:5

ill 10:25 123:9

illegal 138:17

implementation
119:2

implementing
111:16

important 129:25
275:6 311:24

inartfully 241:22

include 17:9 36:3,
11,13 55:13 96:20
275:10

included 60:23

includes 36:6
60:9 138:23
143:23 220:7

including 38:18

inconsistent
171:1,18 175:5
181:19 281:25

Indicating 291:12

indication 116:16
237:20

indicative 235:14
284:24 285:9,18
286:2,12,19 287:1

indicators 275:10

individual 32:4
33:17 62:3 68:24
70:1 81:23 96:11
97:2 102:5 104:8,
9,10 106:19
110:20 116:6
129:13 139:11
140:15,17,22
146:10 156:10
157:21 159:9
173:12 176:13
178:5 181:25
200:10 215:22
223:13 229:16
248:25 249:10

258:5 272:13,15
274:7 287:22
294:21 298:11
302:10,14 308:16

individual's
223:12

individuals 34:17
62:7 70:24 73:22
106:2 129:23
140:13 199:21
201:11,14 218:15
219:22 223:18
243:6 271:25
272:3,10,20
293:19 294:5
295:14 299:5
308:1

individuals'
195:5 287:19

inflict 312:19

influence 138:17

inform 119:17
120:7

information
18:25 104:17
105:6,7 108:11,
17,19 143:7

informed 119:1,9
288:12,14

informs 224:3,7

initial 144:23
145:10,25 146:2
259:23 260:3,13
281:6

injected 114:24
118:2 138:10
147:19 152:21
153:1,11 244:22
245:9,10 249:22,
23 309:9

injecting 66:24
141:6 296:18

injection 9:20,22
10:2,14 53:22,25
54:10 55:20 57:3
67:19,24 68:2,21
73:1 74:16 75:7
78:13 79:17 85:3
94:15 100:15,19
103:22 112:24

125:25 126:18
130:20,23 131:3,
10 141:10 149:18
155:11 162:14
164:20 185:22
186:2 193:14
195:21 201:10
202:11,17 204:10,
19 207:3 214:21
215:1 219:14
221:14 224:18
246:10,11,18
248:17 252:4
263:24 275:9
280:12

**injects** 141:12

**inmate** 66:23,24
69:6,8,10 71:4
74:12 77:5 78:20
80:22 82:3 83:12,
15 84:13 85:6,19
86:8,14 87:24
88:11 89:14,20,21
99:21 117:19
118:2,4,13,18
121:14,22,25
129:14 138:3,16,
25 141:11,12,14
153:4,17 190:14,
16,20 191:5
222:15 224:1,2
228:6,19 229:7
231:24 235:18
236:2,24 237:8,
16,25 238:6
240:5,10,11
241:8,15,23,25
244:1,23 245:10,
18 249:2,22 251:2
275:7 276:21
277:3 284:20
285:8 286:9,18,24
287:7 296:18
297:5 300:7
309:6,10 312:20

**inmate's** 71:5
82:19 115:23
137:10,15 152:20
153:10 223:6
235:13 236:23
240:14 244:25
265:24 285:16,24

**inmates** 311:14,
20 312:1,13

**inpatient** 84:6

**inquired** 95:6,10

**inquiry** 105:8

**insensate** 81:4
153:18 231:18
232:21

**insert** 71:23 78:6
113:20 118:8

**inserted** 73:5
228:11 245:19

**inserting** 73:16
78:9,10

**insertion** 78:16
139:20 215:10

**inserts** 221:5

**inside** 67:24
68:21,24 83:5
169:3 216:22
295:13 305:17

**Inspect** 182:15,16

**instance** 16:10

**instruct** 37:7

**instructing**
174:19

**instruction**
144:23 145:10
147:22 172:10
174:18

**instructions**
43:19 60:22 61:11
134:14 145:16
164:4,5,9 171:16
173:4,6,8 177:5
180:23 181:1,4,9,
22 182:3 183:11
212:18,24 213:15,
18 214:13 261:23
262:6

**instructor** 21:12

**instructor's**
144:18

**instructors**
20:22,24,25 21:7,
9

**instructs** 58:14
120:18

**interchangeably**
154:23

**interest** 96:1

**interested** 95:18,
23

**interfere** 193:13

**interference**
233:4

**interim** 26:19,23
28:21 29:9,18

**interior** 261:3

**interject** 141:15

**internal** 100:3

**interpreting** 91:8

**Interrogatories**
147:13

**interrupt** 158:1

**interruption**
174:22

**Interruptions**
248:16

**interstate** 161:13

**interviewed** 32:4
34:17 63:10 96:4

**introduce** 7:14

**introduced** 8:6

**intrusive** 231:8

**inventoried**
169:25

**inventory** 169:22
187:6 188:16
189:25 194:18
199:14 252:6,7,8,
24 253:1 254:9,
17,18

**inventorying**
186:17

**involved** 28:9,12
54:11,17 64:5
83:22 104:1
124:12 139:22
232:12 266:5
269:25 270:3
271:23 290:21

**involving** 298:8

**Irick** 269:23 270:5,
23 271:17 272:5,
17 275:3,5,11,14
276:21 278:17
279:1,5 280:7,8

**Irick's** 270:15
271:13 275:23
279:8,15,23

**irons** 70:14 71:13

**issue** 178:4
248:12

**issues** 14:9 133:1
247:20,23,25
248:1,10

**Items** 262:1

**IV** 29:1 33:12,22,
25 34:4,5,8,10,16
35:18,22 36:6,8,
22 37:20 38:21
39:7 44:19 45:25
54:16,22 63:1,24
67:22 71:15,16,
18,19,21,24,25
72:10,12,20,21,22
73:5,11,12 74:5,
13,17 75:15 76:14
83:11 92:11,13
93:12,15,18
95:15,17 97:14,
20,22 99:22,23,
24,25 100:2,5,9,
12 101:3 102:25
103:2 104:11
106:5,8,13,19,20
107:5,17 108:6,8,
15,20,23 109:3,7,
8 111:16 113:19,
25 114:6,20
122:20 126:14,17,
20,25 127:11
139:18,20 142:19
143:16 147:16,17,
19 205:12 211:3
215:10,23 216:16,
19 217:3,9,25
218:15 221:5,6,7,
11 223:21 248:24

**IVS** 66:24 103:10
106:17

## J

**Jacob** 25:16

**Jane** 289:20

**January** 189:6,9, 13 194:9,13,25

**January/july** 188:17

**jerking** 81:22

**job** 20:14,16 21:8, 10 22:12 23:11,25 24:16 35:6,19 60:5 196:7 274:9

**John** 286:24 289:20

**Johnson** 262:22 264:6,24 269:15, 17 270:5 272:2,5, 17

**Johnson's** 108:25 109:4 265:11 266:6,22 267:4 270:19

**joint** 196:23 254:4 255:10

**jointly** 188:15

**jolted** 275:18

**judicially** 57:3

**July** 7:3 43:2 189:9,14

**June** 253:17,18 254:16,24

**jurisdiction** 45:6

## K

**Kevin** 26:4,9

**key** 60:18 186:10, 13,16,22

**Keys** 25:14

**kick** 238:11

**kicked** 238:10

**Kid** 287:8,10

**killed** 309:6

**kind** 20:15 214:8

**King** 7:6,17 8:18, 21

**kits** 140:17 141:4

**knew** 210:9 272:18 284:13 309:3 312:19

**knife** 304:16

**knowing** 231:20 293:9

**knowledge** 52:9 108:9 211:11 261:2

**kosher** 288:20

**Kursman** 7:16,17 8:2,5,9,15 18:8 25:10 30:15,16 37:10 40:13,19 41:6 44:12,16,23 45:3,19 46:24 47:6,14,24 48:13 52:11,18 53:9 58:20 59:4,5 64:24 65:15,20 72:16,19 73:17 75:18 76:3,10 78:3 82:2,12 86:4 87:11,23 90:1,10 91:20 93:20 94:10 95:7 96:12 97:9, 19 98:19 99:16 101:15 102:6 105:11,13,17,20, 22 106:13,24 112:8,13,22 113:2,7,12 114:4 115:6,12 116:2,8, 19 117:2,7,16 118:16,22 119:10, 15 120:9 121:1 123:11,24 125:11, 20 126:9 127:1,18 128:15,24 129:4,8 130:7,13 132:1 133:9,18 134:5,8 136:16 137:4,13 138:7,14,20 140:11 141:18,20, 22 142:12,18 144:8 145:18 146:20 147:5

148:8,14,21 149:7,11 150:7 151:6,13 152:5,14 153:2 154:8 156:11,21 157:2, 9,14,24 158:6,9, 16,18,20,24 159:14 161:4 166:19,20 167:18, 22 168:15 170:14 171:5,6,23 173:14 174:4,13,24 176:4 177:15 179:20 180:2,6,10,18 181:7 182:4 183:4,14,23 184:6 185:1 188:1 190:8 191:9 192:2,7,19 193:1,8,12 195:7 196:5,15 197:19, 21 198:16,17 199:3,11,24 200:3,7 201:22 202:3 203:21 207:8,17 208:1, 15,23 210:20 211:1,6,16 212:14 213:4,19 214:6,9, 11 215:4 216:1 217:6 218:16,24 219:6,20 221:4, 10,18 222:1,21 223:1,5,17 224:16,22 225:5, 8,15,20 226:12, 15,17 228:1,13,24 229:4,15,21 230:3,17,23 231:6,15,22 232:9,19,24 233:6,9,15,21 234:7,13,19 235:1,12,17,23 236:14,18,21,22 237:2,7,10 238:4, 9,16,19 239:13,16 240:1 241:20 242:5,18 243:3,21 244:4,8,12,21 245:13,22 247:8, 13 250:15 251:14, 21 256:5,12,14, 18,20 258:11 259:4,20 260:1, 12,15 261:12 263:11,19 264:12

265:10,17 266:16 267:16 268:2,8, 13,22 269:12 272:4,24 273:6,17 274:8,14,21,22 276:7,19 280:11, 17 281:1,23 282:2,8 283:14 284:10,18 287:21 288:22 289:12,16 290:3,11 292:5, 14,22 293:4 294:7,12,18 295:4,8,20 296:1, 12,17 297:1,11,18 299:11 300:3 301:1,13,22 302:13,19 303:1, 18 304:2,9,20 305:1,6,13,20 306:3,8,17,18 308:8,13 309:15, 20 311:4,9,18 312:17,24 313:6, 14,19 314:5,14

## L

**labeled** 67:16

**laid** 271:3

**Lake** 20:1

**landed** 49:10

**language** 200:15, 16 243:18

**late** 241:4 289:6

**law** 90:19,23,25 91:1,8

**laws** 91:4

**lawyer** 12:14

**lay** 299:5

**laying** 190:12 264:24 270:23

**layout** 66:9

**lead** 39:11 81:25 102:4 137:5 144:14,16 156:10 157:20 159:8

**leading** 39:10 266:6

learn 19:1 20:19
33:8 37:21 274:6

leave 38:6,7 40:8
67:13 69:12 72:22
80:4 117:23
205:4,6 224:25
225:4

leaves 70:13
73:19

leaving 274:9

ledger 188:21
189:25 254:17,18

left 43:2 67:14
68:6,10 72:24
73:22 106:23
119:8 190:12
258:18 259:8

left-hand 260:4

leg 70:11,14 71:13
241:24

legal 34:23,25
288:12,14

legally 117:19

legs 238:10,11
240:14

length 93:4,13,17,
21,22 94:2,6
96:17

lethal 9:19,22
10:1,14 21:22,24
53:22,25 54:10
55:20 57:3 67:19,
24 68:1,21 72:23
73:1 74:16 75:7
78:13 79:17 85:3
94:15 100:15,19
112:24 125:25
126:18 130:19,23
131:3,10 139:2
149:18 155:11
162:13 164:19
185:21 186:2
193:14 195:21
201:10 202:9,11,
17,23 204:10,19
207:3 214:21
215:1 224:18
246:10,17 248:17
252:4 263:24
275:9

letter 226:20

letting 311:13

level 18:13 23:22,
23 138:4 155:7
229:23 230:13,19
312:20

levels 81:1

Lewis 25:13

LIC 114:24 160:4,
8,9 162:9 165:14
166:12,21,24
171:7,8,11 172:7,
11,17,18 184:12,
13,15 186:9,18
187:3,5,6,9
188:14,16,23
189:22,23 190:19
191:18 193:16
214:3,14

license 34:21
35:1,3,6,7,10

licensing 155:17
157:11 159:22

LICS 80:11 199:20
200:10 201:13
202:16,23 205:18
207:18

lieutenant 27:4,6
68:19

lifetime 9:23,24
10:3

lighter 305:2

lightly 32:12,13

limit 114:19
133:20 190:22

lines 74:13 76:14
78:7,9,11 97:22
126:17,25 127:11
197:9 211:3
215:11 221:5
246:22 310:11

liquefied 161:3

list 252:7,8,24
253:2

listed 77:20
107:12 247:25

listing 60:17 61:4

lists 61:19 93:3
106:25 247:22
252:6

live 125:14
137:18,20 142:1
273:8,9

located 67:17,23
68:3,8,12,14,16,
21

Location 189:22
199:17,25 200:17

locks 162:10
165:16 171:9
172:19 191:20

log 253:12 259:22
262:7 268:16,18
269:10

logs 251:24 252:5,
6 262:16,17 269:6

long 13:10 23:5
42:24 79:1 88:1,4
89:1 93:19 94:8
114:16 133:19,21
135:4 148:9
161:12 189:2
194:5,8 202:7
222:7 262:24

long-winded
12:6

longer 64:13,14
133:24

looked 34:18
106:1

losing 140:15

lost 310:8

lot 24:18 72:7
128:19 129:10
187:7 271:24
277:12

loud 238:17

lower 43:1

Lubarsky 274:24

lunch 148:17

## M

M.D. 274:24

Mace 22:1

made 90:13
104:21 111:5
128:3,7,16 152:25
153:23 154:10
164:14 196:19
204:2 238:5
268:24 269:4,18

mail 161:10

main 197:3

maintain 93:4
96:19 123:9
127:23

maintained
134:21

maintenance
68:20

make 12:7 34:19
39:12 43:14 45:9
46:18 58:13 60:5
67:6 70:15,25
71:23 77:9 80:10
96:13 105:10
122:14 126:24,25
127:6,11,15
129:23 150:5
158:11,21 167:14
183:6 188:21
191:1 194:19
203:12 209:5,8
216:2 223:15
246:21 262:17
263:12 269:7
271:18 278:5
302:1 303:11,13,
17,19 305:9,16

makes 105:11
114:5 116:20
120:20 142:8
150:12 203:25
209:23 210:3
216:11 242:12

making 11:16
30:6 122:21
277:13,17

man 69:11

manage 23:20 24:3

manager 25:16 26:24 27:1

managing 24:13

mandatory 43:20,24 166:12 185:2

manual 55:19 57:5 79:4 90:20 91:2,18 99:14 130:20,23 131:7, 17 132:4,7,10 133:6 137:17

manuals 131:1

manufactured 155:12,20,23 163:6 164:21 176:9,22 177:1 191:14,22 199:5

mark 135:13,15, 16

marked 41:4 105:15 144:6 147:3 170:9,12 251:19 256:3 261:10 263:16 266:14 268:11 274:17 276:17 280:23 282:6 283:13 284:16 306:14 309:18

marking 187:8

master's 18:14, 21 19:1,6,17

materials 131:9, 13,14

matter 7:6 300:7, 20 301:6 303:23

mature 96:21

mature-minded 32:13

maturity 93:5

Mays 7:6,20,22 8:3 43:14 90:11 313:15

Mays' 147:11

ME's 208:14

meaning 48:6 50:7,8 53:10 64:13 66:14 69:5 84:19 114:16 119:23 138:8 141:10 177:19 227:7 230:24 261:5 266:3 279:22

means 10:19 50:10,11 57:10,13 78:6 81:7,10,12 91:13 114:3,15 116:5 135:2 145:15 146:1,2,3 152:16 174:1 206:25 253:6 279:6 299:16 310:15

meant 49:21 114:15

measures 20:20

media 275:2,14 276:3,9,12

median 147:19 148:2

medical 22:14 35:2,3,10 97:11 102:11 103:7 116:23 123:18 143:5,7 144:24 145:11,16,19 146:9 198:6 205:15 210:17 214:22 215:5 219:22 224:14,21, 24 229:22 232:15, 17

medication 11:2, 4,6

meet 13:2,8 15:22

meeting 13:11,12 17:13

meetings 13:10, 14,16 14:4

member 33:13 34:5,14 61:6 62:23 63:2,23,24 64:2 92:16 93:12,

15,18 97:20 104:5,7,11,18 108:7,20,23,24 109:8 139:7,13, 15,16,17,18 160:8 162:2 186:16 197:6,22 198:3 203:3,4 205:19,23 206:2 207:10 208:2,6,16 212:25 213:7

member's 97:14

members 34:11, 16 35:18 36:21 38:13,17,20 39:8 51:25 52:2,8,12 54:16 61:11,20 64:4,6,7,8,11,12, 17 83:11 91:25 92:3,11,13 93:2,7 95:10,15 104:2 106:5,9 107:3,4,5, 7,17 108:8,15 122:12 130:16,19, 20 131:8 134:21 139:6 143:16 197:11 202:15,22 205:12 216:19 271:23 291:5,8

memory 14:20,23 15:9 64:22 152:24

mental 64:16 65:4,13

mention 45:9 70:25

mentioned 9:13 14:1 19:7 57:24

message 149:4

met 13:18,19,21, 24

method 53:25 307:25 308:4,5 313:2

methods 9:1,2 53:19,21 99:6

mic 233:3

Michael 25:14

midazolam 77:23,25 78:6,9, 10,17 86:3 97:25

118:8 138:11 141:7,10,13 142:4 149:21 150:4,12, 17 151:1,9,16,21 153:7 154:3,13 156:4 164:24 165:5,19 166:1,9 167:13 170:19,22 171:14 173:20 175:16,18 179:4 188:6,7 211:24 227:16,23 228:10, 18 230:8 231:14 244:22 245:8,19 247:15 249:10,12, 14,16,19,21 250:2,5,10 251:3 254:12,15,23,25 255:2,11,24 256:22 257:14 259:11 261:16 262:3 264:18,23 265:6,12 266:2 267:8,12,18 268:4,24 269:4, 13,16,18 271:7 279:22 280:13 281:16 282:14,24 296:20 297:25 298:17 300:23 303:5,10,19 304:3 307:5 310:6

middle 7:8 8:19 26:14 197:3

Midway 242:22

military 22:22

milligram 262:3

milligrams 227:16,22 256:22

milliliter 256:22 261:17,20,23 262:2,3,6,7

milliliters 268:23

mind 87:1 93:21 171:1 272:22 297:6 303:24

minimum 93:1 188:18 202:15,21, 22

minute 8:14 17:12 38:7 48:18 106:4

186:7 194:12 201:1 204:18 240:22,24 263:1 276:24 297:21

**minutes** 79:2,3,6, 8 89:2,3 90:3 114:24 115:2,5,8 118:3 228:17,20, 25 264:2 278:17

**mirror** 76:19

**misheard** 147:25

**missed** 59:23 283:17

**mission** 293:15

**mistakes** 140:5

**MITCHELL** 314:4, 16,19

**mix** 180:7 210:11 212:23 213:6,12, 14

**mixed** 155:21 206:14 246:25 247:3,4,15

**mixes** 204:23

**mixing** 210:10

**moment** 90:4 148:13 225:9 313:8

**monitor** 58:12 60:4,7 79:21 80:3 99:23,24 100:2,4, 9,18,25 126:25 162:19 168:20 216:19 217:15 219:5 221:20

**monitored** 162:22 168:18 184:12

**monitoring** 60:10 76:9,11,13,14 99:25 100:3 101:2,4,13 102:24 103:2 124:2 185:5 216:17 217:7,25 219:18,19 221:13

**monitors** 60:8 68:16 75:9 76:12 243:15

**month** 134:18 135:6,23 189:1 220:6,16 260:23

**monthly** 131:19 132:18 147:18

**months** 34:7 253:19

**morning** 7:16 8:3, 4 13:22 17:18 148:25

**motion** 87:14

**mouth** 237:8 238:6

**move** 86:22 269:21 274:7 299:22 300:8 302:8,10,15,22

**moved** 64:12 184:8 257:14 275:19

**movement** 85:20 235:13 236:6 241:12 242:12 265:19

**movements** 241:24 275:22 279:15

**moves** 86:14 235:18 236:2 240:11

**moving** 240:15 241:9 265:12 275:13

**multiple** 122:8 124:17 243:8

**muscle** 83:5

**Myers** 26:4,9

**Myers'** 26:10

### N

**naked** 299:2

**name's** 7:18

**named** 47:22 53:6

**names** 13:6 25:4, 9 53:14 54:20

56:2 66:15 80:17 124:10 139:4 145:20 162:4 184:8 195:5 196:24 200:22 206:6 209:3 220:9,13 243:1, 20,22 287:13,17, 19,23 288:24 289:3,8,18,22

**naming** 224:6 243:22

**Nashville** 7:10 18:16

**natural** 155:24

**naturally** 272:15, 21

**nature** 22:2,9 123:10

**necessarily** 139:10 235:22 237:6,14 238:3,8, 14 265:25 312:11

**neck** 83:5

**needed** 46:16 55:21 95:9 115:18 128:4,7 159:18 280:3,5

**nerve** 83:6

**nerve-wise** 81:21

**nerves** 236:6,7 239:7 241:13

**nervous** 238:15

**night** 13:24 17:19

**nodding** 11:18

**Nods** 10:15

**noise** 234:5 275:19

**non-expired** 269:7

**non-identified** 100:5

**nonresponsive** 237:22

**norm** 119:9,11 120:6

**normal** 20:6,7 81:20 85:14

**note** 8:6 31:4

**noted** 134:7 259:16,25

**notes** 50:2,6

**nothing's** 246:23

**notice** 31:3 265:11,19 275:22

**noticed** 45:16,22, 25 46:3,6,10,13 86:22

**notified** 95:22

**notify** 47:11 117:19 120:1,10, 16,18 250:14

**number** 32:19,23, 24 41:5 105:16 124:17 144:7 147:4 170:10,13 179:4,6,9 187:8 205:10 251:20 256:4 261:11 263:17 266:15 268:12 274:18 276:18 280:24 282:7 283:13 284:16 291:9 306:15 309:19

**nurse** 35:5

### O

**Oakley** 285:25

**oath** 10:17

**object** 12:14 18:7 25:6 37:6 40:12 44:11,15,21 45:1, 18 46:21,22 47:21 48:12 53:5 81:19 82:8 85:23 87:10, 21 93:16 94:4 101:8 102:2 105:5 156:8 157:19 173:10 238:2 239:18 241:16 242:15 245:16 251:13 258:6 259:2 263:3

264:10 265:8,13
267:14 281:20
284:7 288:15
292:2,12,19,25
302:11,16,24
303:15 311:8

**objection** 12:16
25:7 47:3,13 52:6,
15 64:20 65:6,18
72:15 73:13
75:17,24 76:6
78:1 91:14 95:5
96:8,15 97:15
98:17 99:12
112:6,11,21,25
113:5,9,24 115:3,
9,24 116:4,14,25
117:5,14 118:14,
20 119:6,12
120:3,22 123:5,20
125:8,18 126:6,22
127:16 128:14,21
129:2,7 130:6,11
131:24 133:7,13
136:15 137:3,11
138:5,12,18 140:8
142:10,15 145:14
146:19 150:1
151:5,11 152:4,
10,23 154:7
156:19,25 157:6,
12 158:4,21,22
159:7 161:1
167:17,20 168:14
171:21 173:25
174:7 176:2
177:13 179:17,25
180:4,8,16 181:5,
23 183:1,13,19
184:2,21 187:22
190:5 191:6
192:1,4,14,23
193:5,11 196:2,10
199:1,9 201:19,25
207:15,23 208:11,
21 210:19,23
211:4,14 212:12
213:2,16 217:4
218:13,22 219:2,
16 221:1,8,15,24
222:19,24 223:4
224:20 227:21
228:8,21 229:2,
13,19,25 230:15,
22 231:2,12,19
232:6,16,22

233:12,13,18,25
234:11,16,23
235:5,15,21
236:25 237:5,9
238:7,13,18 242:2
244:2,7,10,17
250:11 267:25
268:7,20 269:9
271:19 272:11
273:4,15,21
274:12 276:4
280:10,14 282:1
289:10,14 290:1,9
294:1,10,15,24
295:6,23 296:10,
15,22 297:8,17
298:23 299:23
300:22 301:10,18
303:25 304:5,18,
23 305:4,11,18,24
306:6 308:6,10
309:13 311:2,16
312:14,22

**objections** 158:5,
14,21

**observation**
242:20,25

**observe** 32:14
45:8 79:24 80:2
81:24 83:8 120:6
239:23 264:8
271:13 278:8
279:15 293:20

**observed** 83:24
84:10 90:6 225:11
270:20 271:15,16
278:10 295:1,2
313:10

**observer** 102:17,
18,20 103:13,14,
17,19

**observes** 205:24
207:10

**observing** 83:23
122:14 293:21,22

**occurred** 110:5

**occurs** 143:22

**October** 285:4
286:22

**offender** 84:8

**offenders** 84:5

**offer** 64:16 65:9

**office** 7:9 134:4
144:4 163:3
208:14 214:22
215:5 224:15

**officer** 21:12
27:11,13,15
62:18,19 84:3
220:4,5,10,13
222:3

**officers** 21:5,6
62:9,10,17 68:18
101:22

**official** 275:2

**one-drug** 54:24
55:1 307:25
308:4,14,20

**open** 74:1 117:24
178:15 244:25
245:2,7 293:19
294:17,21 295:11

**opened** 190:9
237:8

**opening** 122:18
129:20

**openings** 33:4

**opens** 78:14
178:1

**operating** 84:8

**operational**
56:25 57:16,19
58:6

**operations** 24:4
52:23

**opining** 297:15

**opinion** 48:6,8
229:18 234:8,12
276:2,5,6 296:4,8,
11 297:22

**opportunity**
196:13,14,16

**opposed** 117:12

**option** 113:18,23

**order** 34:19 35:6
37:7 53:6 121:5

122:15,19,22
225:3 246:21
288:17

**ordered** 57:3
264:13,16 267:9,
13 268:4 270:21,
25

**orders** 263:23
292:7,11

**ordinary** 128:17
274:2

**ourself** 293:14

**outdoor** 294:3

**outdoors** 298:12

**outlined** 90:19
91:1 134:17

**outlines** 91:17

**outpatient** 84:6

**outstanding** 97:3

**overnight** 176:6

**oversee** 21:16
58:9,11 59:6
71:25 72:2 136:17
142:25 180:11
267:20

**overseeing** 24:13
57:22 58:1 79:12
311:25

**oversees** 136:11
168:5 183:5
301:15 310:25

**oversight** 284:1

---

**P**

**p.m.** 135:13,15,16
148:16,17,18,20
225:10,11,12,14
226:2,13 243:23
257:8 277:1
284:3,6 309:23
313:9,10,11,13
314:9,20

**package** 161:6

**packet** 41:8
313:25

pages 56:21
259:7

paid 36:18,22,23,
24 37:3,11,14
39:3

pain 81:13,15
84:19 153:18
231:16,18,21,24
233:11 300:20
301:7,8 302:15,23
310:18 311:14
312:12,20

panel 55:22,25
56:3,11,13

paper 198:15

papers 16:16

paperwork
281:21

paradoxical
151:17,19

paragraph 56:24
57:4 60:14 62:10
90:24 91:11,12,15
92:24 138:22
146:4 155:10
157:5 164:18
166:21 171:2,4
184:20 186:8
187:2 188:13
189:22 193:17
197:1,4,14,18
199:25 200:1,17
203:10 205:17
212:3,8 218:4
220:2 223:25
229:10 242:19,22
275:2

paralytic 151:25
152:15,17 299:13,
20 300:2,6,11,12,
18,24 301:6,8
302:4,21

paralyze 152:17
297:4 300:12

paralyzed
118:13,18 299:22
300:21 302:7,10,
14,18

paralyzes 150:14
299:17 300:8

302:6

parentheses
188:17

Parker 7:7,20
8:18 148:22

part 18:20 22:12
28:12,16,20,23
30:11,17,19,21,22
31:3,5,9,11,16,24
32:8,10,17,22
33:8 34:24 36:18,
22 41:23 54:19
64:15 106:3,20
109:13 129:21
134:15 141:4
223:22 265:23
267:11 272:8
293:14 307:9,13
313:3

participant
147:20

participants
132:5 133:6,25
143:24

participate 22:24
37:8 96:24 99:10
104:3 108:24
134:22

participates
147:17

participation
293:17

particles 182:17
183:18 184:1

particulars
14:24,25

parts 50:23,24
265:25

party 53:6

pass 79:6,8

passed 42:17
108:23 234:21
235:7

past 9:22 21:20
140:10 194:7,9
256:13

patients 230:9,
13,19

pattern 186:13

pause 25:22
28:11 164:18
227:20,24 245:1
270:2

pay 28:3,6

pays 37:8

pending 8:18

pentobarbital
307:13,17,19,25
308:4,15,21
309:2,9

people 16:2 24:23
25:4 27:25 30:11,
17 31:10,15 32:9,
16 35:25 37:8
38:12 40:5 47:22
48:7 51:17,22
52:20,24 54:14
61:25 62:18,20
72:8 94:18,21,22
95:19,22 102:21
109:12 126:24
129:6 143:17
211:8 273:3
298:24

pepper 22:1

percent 87:2

perception 96:10

perform 36:23
62:7 79:4 80:15,
19 113:19,25
114:2 118:21
122:6 123:1,3,6
125:7,10 129:22
130:1,2 215:16
290:4 295:15
298:12

performance
90:20 91:19 96:25

performed 83:25
90:20 91:18 93:19
202:8 237:16
239:21 274:4
277:24 278:12

performing 57:2
79:10 111:12
122:5 125:22
129:17 243:10

pattern 186:13

performs 290:7

period 20:10
32:18 71:3,6
78:25 88:25 89:1
99:15 228:11
263:4,5,9 275:12
308:22

periodic 144:23
145:10 146:3

periodically
145:15

permanent 35:19

perpetual 189:24

person 34:22
36:15 39:6 47:9
50:16 53:5 58:17
63:2,5,10 66:15
71:19 73:5 80:18
81:14 82:6 83:7
95:4 96:4,21 97:1,
4,6,17,21 98:24
99:7,9 107:25
108:2,7 109:8,21
136:25 137:20
146:12 157:22
168:5,8 174:15
185:17 186:22
187:19 195:23
198:2,18 223:20
229:23 231:17
233:23,24 234:2,
9,15,20,22 235:4
240:20 246:5
264:5 273:9,11,12
287:23 301:15
302:20 310:21,24
312:5

person's 63:7
105:9 159:10
215:2 224:7,13

personal 90:20
91:19 96:10 276:5

personnel 60:19
127:25

persons 67:8,9

ph 155:6

pharmaceutical
155:14 164:22

pharmacist
166:1 168:3 172:2

Case 3:18-cv-01234-Document Reporter Filed 09/17/21 Page 340 of 352 PageID #: 8322
EliteReportingServices.com
www.EliteReportingServices.com

173:7,15 177:5
192:10,12 213:24
258:12 268:19
269:7

**pharmacist's**
173:6 261:22

**pharmacological**
198:6

**Pharmacopeia**
155:15

**pharmacy** 164:3,
5,9 211:22 258:8

**Philadelphia**
8:16

**phone** 120:12
174:22 248:3,5,6,
13

**phonetic** 25:16

**physical** 275:3

**physically** 24:11
275:15,17

**physician** 38:25
74:3,4,6,8,21
75:21 83:14
89:14,17 110:12,
16,19 111:3,10,23
112:4,18,23
113:4,15,18 114:1
117:23 118:3
122:20 124:11,12,
15,20,24 125:2,3,
6,16,21 139:1,22
215:15,19 216:8
224:1 235:25
236:4,12,15
244:1,5

**physician's**
111:24 117:17

**pick-up** 184:17
193:20

**picked** 197:5
287:23

**piece** 265:4

**pinch** 237:23

**pinching** 235:10
304:14

**place** 42:25 73:15,

23,25 110:2 120:8
135:19 173:21
181:17 184:4
192:24 223:16
266:10 283:5
292:18 295:13

**places** 78:15
88:20 224:10,18

**plaintiff** 8:17

**Plaintiff's** 147:12

**plane** 275:5,7

**planes** 117:4

**planned** 57:1,17,
20

**planning** 41:14

**play** 129:10
138:25 270:10

**plunger** 218:7,8

**point** 69:5 72:1,25
73:8 74:3,15
75:19 76:5,25
78:19 79:25 80:4,
5 83:10,15 89:13,
18 118:12 120:1,
14 176:16 178:2,3
184:20,22 203:22
204:12 205:2
216:25 218:1,11
219:1 221:5
224:25 225:6
226:21 227:4
228:7 235:8 238:1
239:9,12 241:5
244:19 245:15,24
246:2 249:22
250:19 254:15
255:25 259:16
264:11,13,14
271:10 277:9
306:1 309:24

**pointing** 100:16

**points** 66:18
76:12 239:13

**policies** 20:19

**policy** 214:12

**poorly** 50:8

**portion** 181:12

**portions** 181:10,
11,13

**position** 28:4,7
34:9,15 42:3
85:14 95:9,20,23
96:4 137:7

**positions** 25:9
27:21 31:19,21
33:5,7 92:20

**possession**
186:3,14 191:8

**possibly** 9:2
62:12 293:20

**postgraduate**
19:5

**potassium** 98:6
149:22 150:14
153:14 154:12
156:4 164:25
165:7,8,19 166:1,
9 167:13 170:19,
23 171:14 179:10
180:24 181:16
182:7,16 188:9
211:25 231:10
252:11 253:6,9
254:25 267:7
281:3,13 282:19
296:19 297:5
298:9 310:19

**power** 156:22
244:9

**Powerpoint**
307:11,14

**powers** 307:4,9

**practice** 30:8
54:24 62:11
108:18,20 132:14
135:24 136:2,3,4
137:14,15,18
139:11 141:16
197:20 221:13
266:6,9 288:2,19

**practiced** 30:7
142:14,20

**practices** 45:9
57:21,23 62:8
142:13

**preparation**
16:11 66:21,23

**portions** — cont.

**preparations**
155:13 159:25
163:17,21 164:7
165:12,19 166:6,
7,8,10 167:3,6
173:2

**prepare** 12:23
15:23 16:6 17:4,
15 29:19,20,25
222:5 267:17,21,
24 282:24

**prepared** 155:13
159:3,21 206:22
214:21 215:1
266:2 267:7,9,12
268:4 279:22
280:2,5 281:4,14,
16 282:14

**preparing** 17:8
66:24 99:2 177:6
208:10

**prescribe** 115:7
157:8

**prescribed** 30:9
53:25 90:19,23,25
168:3 172:1
269:17

**prescribes** 115:4

**prescribing**
258:9

**prescription**
164:13 187:17
192:9,12,16,21
212:22

**presence** 110:12,
18 111:3

**present** 13:25
34:18 112:15
145:22 183:9,15

**presented** 41:4
95:24 97:4 105:15
144:6 147:3
170:9,12 210:7
251:19 256:3

261:10 263:16
266:14 268:11
274:17 276:17
280:23 282:6
306:14 307:14
309:18

**presents** 209:22

**preserves** 158:4,
20

**pressure** 11:5
218:6

**pretend** 137:20

**pretended**
137:23

**pretty** 49:22
259:18

**prevent** 279:12

**preventing** 87:3

**previous** 8:7 9:6,
9,10 12:25 14:11,
18 62:24 63:3
282:22

**previously** 16:3
41:4 105:15 144:6
147:3,16 170:9,12
251:19 256:3
261:10 263:16
266:14 268:11
274:17 276:17
280:23 282:6
306:14 309:18

**pride** 293:14

**primary** 90:18
111:24 122:4
126:1,16

**prior** 14:5 16:2,16
18:4 28:3,7,10,17
63:12,18,24 64:3
67:3,6 98:12,15,
20 111:10 113:14
173:21 174:3
181:18 182:8
187:6 202:14,21
306:25 307:21
313:21,24

**prison** 35:11
52:23 98:9,15,16,
21 195:14,18

**prisoner** 117:12
141:6 250:8

**prisoners** 41:15

**prisons** 119:1,18
127:21

**privilege** 12:17

**problem** 244:15
256:12

**procedure** 45:7
46:19 68:23 71:11
111:19 113:19
114:2,11,12,15
117:25 119:20
134:17 149:19
203:17 205:25
207:11,13,16,18,
22 208:3,17
215:16 231:8
243:23 248:4
263:21 308:21

**procedures**
20:19 41:14 55:20
90:19 91:3
111:12,14 122:5
220:3 229:22

**proceed** 69:3,4,
12,13,15 77:16,
19,25 80:11 85:8
86:1,13,21 87:19
120:21 121:6
142:9 217:21
226:5,19,21 227:6
239:10 240:7,12,
16 241:7 245:5
250:24 251:12,15
263:24 264:14,17,
22 267:9,13 268:5
270:21 273:1
282:24

**proceeded**
276:24

**proceedings**
314:20

**proceeds** 77:13
78:2,4 87:16
141:3 187:4

**process** 77:6,13,
14 138:24 193:14
263:25 275:10
313:3

**Procurement**
160:1

**procurer** 16:13
36:13 44:24 46:3,
7,11 157:25
158:25 161:9,22
162:5 164:11,12
182:6,9 185:18
311:5,7,13

**procures** 36:15

**procuring** 159:17

**produced** 186:15
275:18

**profession** 95:16
232:17

**professional**
123:18 144:24
145:11,17,19
146:9 232:15

**Professionalism**
97:3

**Professionally**
230:1

**professionals**
143:5,8

**programs** 22:24

**progress** 119:2

**promise** 11:23

**promote** 293:15

**prompted** 27:16

**pronounce** 83:4
112:2

**pronounced**
263:9

**pronounces**
224:1,2

**pronouncing**
25:17

**proper** 155:6
226:22

**properly** 22:21
57:1,17,20 126:17
127:6,11 169:7,11
187:6,9 213:6,12,
14 222:11 223:9

**protected** 275:8

**protective** 37:7
53:6

**protocol** 13:1
14:5 16:15 17:10,
21,25 18:4 30:2,9
34:10 37:15,21,25
38:6,7,16,23
39:13,16,17,25
40:11,21,23 41:1,
18,21,22 42:24
43:5,6,8,11,17,20,
21 44:2,5,8,14,20,
25 45:5,16,23
46:1,4,7,16,20
47:2,10,15,18,20
48:6,7,8,14,24
49:3,13,20 50:3,5,
9,22,25 51:3,4,9,
13,14,18,23 52:4,
5,13 53:3,13,15
54:1,5,10,12,17,
20,24 55:2,6,12,
16 56:5,10,12
57:5 58:7,13 59:1
60:16,23 61:8,12,
13 65:21 72:13
74:8 77:20 79:5
84:14 85:6,19
99:8 101:17
103:18 115:4,7,11
118:6 119:14,16,
22,23,24,25
120:5,18 125:4
126:7,13 130:24
131:2,10,12,23
133:16 135:10
141:2,4 149:25
152:6,21 163:15,
16 164:15 165:20,
22 166:11,12
167:7,15 168:12
171:19 172:6
174:19 175:7,21
176:24 181:19
182:12 185:3
189:7 192:12,18,
22 194:1,21
195:3,9 196:7,8
198:24 201:6,18,
24 207:25 214:2,8
226:20 231:11
233:24 234:10
241:18 243:19
249:24 254:2

255:3,8 279:25 280:20 283:2 297:2,3,19,24,25 298:3,8,19 299:13 303:3 305:23 308:5,15,20,24 309:5,8,12 310:25 312:18

**protocol's** 196:20

**protocols** 9:11 38:3 55:5 307:22

**provide** 291:15

**provided** 108:13, 19,21 181:1

**provision** 185:2 192:13

**provisions** 51:8

**public** 18:21 19:2, 3,12 40:2 295:11, 16,17

**Published** 275:14

**pull** 89:5,7

**pulled** 71:14 77:2, 7 142:5

**pulls** 218:7

**punched** 304:21

**punishment** 112:16

**purple** 278:18

**purpose** 149:25 227:20

**purposes** 22:8 29:23 45:7 56:7,8 150:3 178:5

**push** 88:1,5 142:13,19,22 143:1,11 210:13 219:9,12 241:11 245:2,20 264:17 270:25

**pushed** 73:12 88:15 265:7,12 271:8

**pushes** 70:1

**pushing** 73:15 88:5 211:3 244:24 264:23

**put** 84:10 99:10 150:5 161:8 164:9 167:15 174:9 176:17 179:23 190:13 206:16 261:6,7 292:7,10 299:6 304:4 305:2 313:20

**putting** 188:2 192:17

---

## Q

**qualifications** 96:13 97:14 101:25 209:25 210:2 211:8

**qualified** 112:9 130:9 136:13,22 137:2,9 144:24 145:10,16,19 146:9 290:25 291:3,6

**qualifies** 133:12, 17

**quantity** 250:2,4

**question** 11:25 12:4,7 25:8 46:10, 23 48:1 50:8 53:7 55:8 59:3 65:16 86:5 98:15 99:18 103:16 106:23 116:12 121:18 153:8 156:9 165:11 167:5 171:13 199:12 207:21 221:23 227:5 236:13,15, 20 240:2,17 241:22 245:11,14, 17,23,25 249:20 253:14,23 257:16 278:20 281:24 292:1 295:18 297:20 298:6 300:4,13 308:9 312:4

**questions** 8:2,21 11:22 12:6,15,20

33:25 49:21 50:3, 12 52:13 132:22 150:8 225:18 240:18 313:20 314:8

**quick** 12:9 233:5 313:7

**quickly** 87:18,19 99:9 100:10

**quietly** 299:7

**quotation** 275:11

---

## R

**radio** 89:10 127:24

**raise** 73:25

**raised** 73:9 77:1,8

**range** 291:17,18, 19,21 293:19 294:4,17,21 298:10

**rapid** 87:14

**rapport** 272:19

**rate** 142:13,20 143:1,12 219:9,12

**Ray** 269:22 270:15 276:21

**re-entered** 189:24

**reach** 193:18 194:22 196:22

**reached** 185:22

**reaches** 184:15

**react** 275:15,17

**reacted** 239:20

**reacting** 234:17 236:7 237:18,24

**reaction** 82:21 83:1,7 234:4 235:11 237:19 238:15 240:20 277:5

**reactions** 81:20

**read** 9:3,10 12:25 37:20 48:24 49:2, 10,13 130:19 131:2 132:7,9 133:22 149:3,8 164:24 172:16 174:18 246:15 278:5 308:24 309:11 314:17

**readily** 291:25 292:4

**reading** 14:10 15:3,4,7 17:10 37:14,16 49:20 131:9,17 133:15 182:22 183:20 197:12 277:10 309:5

**ready** 223:23

**real** 141:17,18,20 233:5

**reason** 10:22,24 15:15,17 39:15,19 40:4 109:2 123:7 129:5,9 254:10 259:15 262:5

**reassess** 153:5

**recall** 11:7 31:17 49:9,18 103:20 266:24 278:21,23, 25

**recalled** 15:2,7

**receipt** 187:3

**receive** 123:15 131:8 145:16 146:16,25 161:5, 10,14,15 171:17 176:12 203:24 248:3 312:1

**received** 54:3 65:13 123:19,21, 22 124:3 146:22 147:17 160:8,16 231:13,21 232:1, 3,10 251:2 261:16 310:21 311:6

**receives** 144:23 145:9 146:7,8,13 174:11 178:5 300:18 301:6

---

www.EliteReportingServices.com

receiving 231:9, 18

recent 63:1 220:20

recently 63:2

recess 90:6 148:17 225:11 313:10

recognize 105:23 268:16 275:4

recognized 140:6

recollection 14:9 42:9,12 64:22 163:22 265:14

recommend 95:3 166:1

recommendation 34:16 97:6,17 99:5

recommendations 34:21 95:13 96:25

recommended 34:22 94:15,19, 21,25 97:1,17 104:9 164:2

reconstitute 180:3 212:11,15, 19

reconstituted 154:5,6,9

reconstituting 212:7

record 7:3 8:6 11:16 90:5,8 134:20 148:15,19 158:7 225:10,13 233:7 246:12 313:9,12,20 314:6,11

recorded 170:6 187:8

recorder 36:11 68:12 102:13 125:25 246:10,11, 18 289:24

recorders 243:2,

4,9,14

records 262:16

red 203:13 204:23 249:8,18,23 251:3 280:1,12,15,18 281:10

redacted 144:18 259:17,21

reevaluate 93:9

refer 41:17 164:18 166:16 171:3 288:6

reference 14:17 103:15,18

referenced 147:22

references 94:14

referred 42:1 97:6 288:1

referring 9:23 106:12 232:8 263:10 281:12

refers 79:5

refresh 14:8,20, 23 15:9 49:12 163:22

refrigerator 168:17,18,22,25 169:4,6,9,12,17, 20 173:21 174:9 175:17,22 181:17 188:3 189:25 190:11 194:15 201:3 257:15,23 258:3,13,23 261:1

refrigerator/ freezer 172:3,4

regain 85:20 229:17 234:9

regained 234:15

regard 101:9

region 26:14

regional 26:3,12

regular 314:14

regularly 30:7

regulations 155:17 157:11 159:22

rehearsal 58:19, 21 59:7 99:15 155:1 247:7

rehearsals 57:21 133:2 135:23 136:1

rehearse 30:2

rehearsed 246:19

relate 91:5

related 8:21

relates 93:14 131:9

relation 9:15 10:1

relied 47:17

rely 241:14

remaining 92:25

remember 10:5 14:13,14 15:1,4 18:17 25:20 49:6 50:24 51:6,8 262:24 289:19

remove 104:22 173:20 174:2,8 175:17 181:16 259:10

removed 69:16 70:14 71:13 104:13 140:13,14 300:2 301:21

removes 224:10

Removing 182:7

repeat 30:13 59:2 75:11 84:24 118:6 214:24 230:16 255:5 273:5 291:1 297:20

rephrase 12:4 214:5 236:13,20 300:13 312:4

report 24:21,23 25:5,25 26:2,5,7 52:24 275:14 276:10 283:5

reported 128:5

reporter 7:12 11:16 277:8 290:2 313:25 314:12,15, 17

Reporting 7:13

reports 26:8

represent 7:15, 17,19 8:17

represented 11:10

reprieves 77:10

request 30:19,24 31:3,9,10,12,16 32:1,3 134:6 216:3 259:23

requested 30:22 31:24 32:16,21 99:4

requests 31:18, 21

require 33:10 162:24 194:21

required 99:7 194:1 290:14,16 297:2 308:5

requirement 192:6 196:21 199:7

requirements 92:21

requires 198:24 255:3 293:18

requiring 33:19

resist 234:5

resistance 218:6

resolve 51:15

respect 272:13

respond 235:3 241:23 242:7,11, 14

responded 298:4

responds 242:3

response 147:12

U.S. Legal Support | www.uslegalsupport.com 344
www.EliteReportingServices.com

196:1 225:17 237:21 240:23

**responsibilities** 24:19 57:2 60:18

**responsibility** 52:20 129:15,17 193:7 223:15

**responsible** 24:5 26:15 39:7 96:23 129:12 144:1 167:25 181:21 185:5 193:23 199:20 200:9,18 201:7 208:17 211:12 212:2,6 223:8

**rest** 17:19 67:17

**restrain** 129:16

**restraint** 139:13, 15

**restraints** 70:11, 12,14 71:12,13 275:21

**result** 105:8

**retirement** 149:4

**retrieve** 89:11 122:20 175:15

**retrieving** 129:19

**returned** 189:24

**reused** 190:14 191:5 313:23

**revealing** 46:25 47:25

**review** 14:3,18 15:25 16:16 17:25 41:23 99:8

**reviewed** 15:15, 17 17:22 48:22 55:21 56:6,7,11, 13,14,15 66:8,9 91:4,7 97:8 132:4 246:17

**reviewing** 17:20 99:14 106:10 197:11 217:5 248:2 259:17

**revision** 43:1 56:7,8,14

**right-hand** 259:18

**Riverbend** 37:2

**RMSI** 160:10 197:5

**Rob** 11:14 158:12

**role** 23:25 24:2 26:17 28:23 29:7, 13 33:8 34:5,14 35:23 62:2 65:1,5 66:15 80:18 90:18 101:16 103:18 104:16 110:24 111:24 122:4 126:1,16 129:10, 16,18 130:1 139:10 208:17 210:10 211:13,15 244:6 270:4,14,16 287:23

**roles** 34:2 62:7 102:9 128:20,22 129:1,5,12,22,24 138:25 270:10

**roll** 223:23,24

**rolled** 69:17

**rolls** 69:24

**room** 67:9,13,16, 20,21,24 68:2,9, 10,15,16,22,23 71:15,16 72:8,23 73:1,2,19,22 74:4, 11,14,16,17,22 75:1,7,9,12,16,22 76:24 77:8 78:14, 21 79:17 80:4 84:8,22 85:3 89:10,15 100:1,5, 9,12,13,16,20,23 101:5,7 112:24 114:14 121:19 142:16 179:22 202:17 203:6 204:2,7,10 205:1 217:9 218:15 219:5 221:21 222:12 243:12,14

**rooms** 65:23,24 66:16 77:2

**rose** 260:22

**roster** 132:8,10 134:2,6

**round** 86:2,3

**rounds** 118:8

**route** 140:16

**row** 276:21

**rub** 237:23

**rubbing** 233:3

**rules** 9:12

**running** 24:6

**rustling** 198:15

---

## S

**safe** 15:8 134:4 144:4 293:15

**safety** 20:20 22:7 25:19

**SAITH** 314:21

**saline** 139:1 147:19 154:15,20 203:11 206:15 211:24,25 227:16 228:18

**sallyport** 67:12, 14 69:13

**sarcastic** 24:3

**Satisfactory** 96:25

**Saturday** 23:7

**scenario** 135:8

**scenarios** 140:7

**schedule** 220:18 225:22 226:1

**scheduled** 37:18, 25 39:10 134:20 135:19 174:2 199:13 220:23 222:2,6 241:6

**schedules** 134:12

**school** 19:22,25 20:1,3,5,6,7,10,11

**scientific** 20:5

**Scott** 7:18

**screen** 7:4

**seal** 170:3,5 175:17 177:25 178:4 179:1

**secondary** 248:24

**seconds** 241:7 277:14,15

**secrecy** 12:16 158:22

**section** 43:17 48:8 134:18 145:13 162:9 171:8 172:16 216:18 227:15 228:16 229:5,6 246:9

**sections** 43:10 49:4,6

**secure** 196:12 293:15

**secured** 70:16 167:6 189:25 190:11,13

**secures** 187:5

**security** 20:20 23:23 25:13 26:21 31:13 33:20 62:14 67:3,7 70:20 71:19 73:7,20,24 79:14 84:9 89:4,8 122:3 162:10 165:15 171:9 172:19 186:25 191:20 220:14

**sedate** 230:9

**sedated** 117:12 229:23

**sedation** 81:1 117:9

**select** 92:3,5,6,11 93:13 109:21 284:5

**selected** 92:6 94:11 104:5 109:9

selecting 104:7 111:10

Selection 92:16

selects 92:25

self-explanatory 96:24 303:21

semi-annual 188:16

send 31:2,8

sends 214:20,24, 25

sensate 81:10,12 84:18 233:11

sense 43:14 105:10,11

sentence 172:17 186:12 191:17 200:1,6 218:4 224:4,8

sentences 55:19

Separate 131:7

September 251:25 252:22 253:3,11,17 306:20 309:22 310:1

sequentially 8:8

sergeant 27:7,8

serve 109:9,22

served 108:6

serves 107:7 152:24

service 93:4,14, 18,21,22 94:2,6 96:18 211:23

Services 7:13

serving 96:6 272:8

session 64:23 144:16 220:5 313:17

sessions 65:1 108:18,20 125:12, 13 137:14 147:18 180:20 266:6,9

set 86:2 110:13 147:12 182:17 203:13,14 247:12 249:3,4,6,7,10,12, 13,17,18 250:9 261:5 266:3 279:22 280:1,5, 12,15,16,18,19 281:8

Set-up 202:12

sets 203:12 204:1, 24 249:16,23 251:2

setting 83:23,25 97:22 98:9,15,16, 21 103:10

settings 151:3

share 216:5,9

shared 216:3

sheet 134:1 266:18 267:4 282:12

shift 27:2,3,4,5,7, 8,9,10

shipment 177:6,8

shirt 233:3

shoot 293:17 294:17 295:10

shooting 291:21 294:20

short 67:6 308:22

shoulder 83:6 237:23 277:4 304:14

show 38:7 163:16 166:7 310:21

showed 80:18 125:9 311:7

showing 249:11

shown 80:15 311:1

shows 100:2 125:6

shut 168:22 169:2

sic 148:22 187:6

side 237:25 255:16 258:18 259:8 260:4

sign 132:8,10 133:25 167:23 283:23 314:18

signal 77:16,18, 24 78:11 80:11 85:8,17 86:1 87:6, 19 89:11 141:10 217:21 226:5,19 227:6,17 234:14 236:9,24 237:3,12 241:10 264:22

signaling 86:13

signals 141:2

signatures 188:22

signed 283:25

signs 99:21 112:2 114:23 228:5,9 239:24 249:3,11 275:4,10

Sims 7:9

simulate 135:2 140:22

simulated 139:20 220:7,24

simulates 134:16

simulating 140:13,15,16 221:3

simulation 134:25 138:23 142:23

simulations 135:11

sing 265:1,6

singing 265:3,16

sir 149:6,10 158:23 225:19

sister 42:17

site 45:6 72:12,20, 22 99:22 103:22 219:14 221:14

sites 99:24 100:1, 2,6 101:3 102:25 103:3 217:25

sitting 75:20 76:1

situation 123:8

situations 45:10

sixth 61:20

size 206:8

skills 138:9,15

skip 186:12

sleep 150:5,13 265:5 271:4,6 299:6,7 303:11, 14,17,20,21,23 304:3,6,11 305:9, 15

sleeping 231:1 233:16,19 234:1

sleepy 150:12

slept 231:4 232:2, 5

slightly 275:19

Smith 7:11

smoothly 46:18

snore 271:4

snoring 271:4,5 276:25 277:17 278:1,10

society 19:3

solution 139:1 206:24 207:4 214:4,15,18,19

someone's 103:18

song 265:3,4

sort 12:16 21:23 32:15 71:1 85:20 101:14 129:10 140:18 242:12 288:20 289:3,4

sound 264:3 277:13,17 278:18 288:19

sounded 275:18

**sounds** 152:17
155:21,23 238:5
277:11,13

**South** 7:10

**space** 283:22

**speak** 31:7,8 52:7
119:8 123:22
293:11 299:9

**speaking** 50:17
122:8 158:5,13
244:19 249:6,7
264:25 270:25

**speaks** 96:18

**special** 20:2,4

**specialized**
92:21

**specific** 14:9,10,
13 25:8 92:21
105:6 108:12
157:22 215:22
222:8

**specifically**
166:17

**specifications**
137:17

**specifics** 102:3,8

**speculate** 293:10

**speculating**
212:17

**Speculation**
228:3

**spelled** 61:8
280:20

**spelling** 133:16

**spells** 68:1 126:7
241:18 249:24

**spend** 17:14 99:1

**spending** 17:9

**spent** 17:8,13,17
99:5

**spike** 217:22

**spoken** 173:15
213:20,24

**spouse** 16:24

17:2

**squad** 290:5,8
292:18,24 293:8,
13 294:9 295:16,
22 296:5,9
297:12,16,22
298:1,7 312:23

**squad/range**
295:2

**squared** 225:2

**squeeze** 83:4,6,8

**squeezed** 239:5

**staff** 20:19 57:1,
17 91:25 92:22
134:21 149:4
271:23

**stamp** 25:2 43:16

**stand** 85:13,14

**standards** 104:23
155:14 164:23

**standing** 35:8
76:2 79:15
121:15,19

**start** 66:22 67:2,
11 69:9 135:1,13,
15,16 240:15
252:10 284:3

**starting** 297:3

**starts** 241:8
264:25

**state** 7:15 18:16
53:3,17 155:24
215:2 223:11
224:12

**stated** 17:17
124:11 209:4
228:22 243:11,12
250:12 253:16
254:4 255:1
282:25 299:14,18

**states** 155:15
164:23 290:4
307:24

**station** 223:20

**statute** 12:17

**stay** 93:10 190:16

211:19

**steel** 162:10,17,
20,21 163:3
165:15 166:13,24
167:7,9,12,19
171:9 172:8,19
174:21 175:8,12
191:19

**STEM** 20:5

**step** 71:10,12 77:6
83:3 85:12,16
86:1,11 87:17,18,
25 88:16 241:10

**stepped** 28:6
86:21

**stepping** 87:15,
16

**steps** 134:17
138:23 212:3
214:13

**sterile** 177:12

**sticks** 78:18

**stimuli** 230:24,25

**stomach** 275:13

**stop** 69:19 74:2
87:7 120:6 193:2,
7,9 244:16,20
245:4,15,24 297:5

**stopped** 271:5
288:25

**stops** 245:14

**storage** 160:1,4
166:4,21 171:7
172:11,17 184:11
186:9,11 187:5,7
188:12 191:18
193:16

**store** 46:17
163:13 168:11
171:16 172:15
175:7,9 187:15
188:6

**stored** 163:18
167:11,13 168:4
169:8 170:23
171:10 172:14
174:20 188:7
191:22 253:13

258:8

**storing** 22:8
168:6,8 177:5
187:19

**straight** 118:1

**strain** 275:20

**strapped** 70:3,4,
6,7,11 71:4
238:12

**straps** 70:9,15

**stressful** 24:16

**strong** 273:23
274:3 310:7,14

**struggled** 14:15

**stuck** 304:16

**studied** 30:2
66:11

**subjects** 310:17

**submitted** 16:18

**Subsection**
212:8

**subsequent**
188:18 275:9

**substance** 18:5
273:24

**substances**
172:5

**substitute** 122:5,
25

**substituted**
139:1

**suffer** 298:25

**sufficient** 203:12

**sufficiently**
216:21

**Sunday** 23:8

**sung** 265:3,4,5

**supervision**
24:25

**supervisor** 26:6,
9 34:18 68:20
136:20

**supervisors** 94:12

**Supplemental** 147:12

**supply** 197:7,23

**supposed** 30:7,8 52:25 165:23 246:23

**Supreme** 91:7

**surgeries** 83:23

**surgery** 84:6 232:4

**surgical** 117:13 275:5,8

**surrenderers** 186:15

**surrounding** 65:24 231:5

**surroundings** 234:6 304:7

**Sutherland** 7:18, 19 13:6 18:7 25:6 30:13 37:6 40:12, 15 44:11,15,21 45:1,18 46:21 47:3,13,21 48:12 52:6,15 53:4 58:15 59:2 64:20 65:6,18 72:15,18 73:13 75:17,24 76:6 78:1 81:19 82:8 85:23 87:10, 21 91:14 93:16 94:4 95:5 96:8,15 97:15 98:17 99:12 101:8 102:2 105:5,12,19,21 106:11,15 112:6, 11,21,25 113:5,9, 24 115:3,9,24 116:4,14,25 117:5,14 118:14, 20 119:6,12 120:3,22 123:5,20 125:8,18 126:6,22 127:16 128:14,21 129:2,7 130:6,11 131:24 133:7,13 134:5,7 136:15 137:3,11 138:5, 12,18 140:8

141:15,19 142:10, 15 145:14 146:19 150:1 151:5,11 152:4,10,23 154:7 156:8,19,25 157:6,12,19 158:1,8,10,17,19, 23 159:7 161:1 166:15 167:17,20 168:14 171:3,21 173:10,25 174:7 176:2 177:13 179:17,25 180:4, 8,16 181:5,23 183:1,13,19 184:2,21 187:22 190:5 191:6 192:1,4,14,23 193:5,11 195:4 196:2,10 197:17 199:1,9,22 200:2, 5 201:19,25 203:18 207:5,15, 23 208:11,21 210:19,23 211:4, 14 212:12 213:2, 16 214:5,7 215:2, 21 217:4 218:13, 22 219:2,16 221:1,8,15,24 222:19,24 223:4, 11 224:12,20 225:7 226:10,14, 16 227:21 228:8, 21 229:2,13,19,25 230:15,22 231:2, 12,19 232:6,16,22 233:12,18,25 234:11,16,23 235:5,15,21 236:11,16,19,25 237:5,9 238:2,7, 13,18 239:11,15, 18 241:16 242:2, 15 243:1,20 244:2,7,10,17 245:11,16 247:6, 10 250:11 251:13 256:10,17,19 258:4 259:2,25 260:10,14 263:3 264:10 265:8,13 267:14,25 268:7, 20 269:9 271:19 272:11 273:4,15, 21 274:12,19

276:4 280:10,14 281:20 282:1 284:7 287:18 288:15 289:10,14 290:1,9 292:2,12, 19,25 294:1,10, 15,24 295:6,18,23 296:10,15,22 297:8,17 298:23 299:23 300:22 301:10,12,18 302:11,16,24 303:15,25 304:5, 18,23 305:4,11, 18,24 306:6,16 308:6,10 309:13 311:2,8,16 312:14,22 314:1,2

**swelling** 99:22 103:22 216:20 217:8,14,17 218:5,12,21 219:13 221:14

**swings** 67:21,25 68:11

**switch** 18:11 248:24 249:11

**sworn** 7:24

**syringe** 182:15 184:1 206:9,12,16

**syringes** 203:13 204:1 205:19 206:22 207:19 208:10 214:20,24, 25 224:18

**system** 89:9 169:10 228:4,23

**systems** 222:11, 12

---

**T**

**takes** 88:17 122:23 133:22 135:1,19 178:14 179:3,6,9,13,16, 18 201:2 204:22, 23

**taking** 11:2,4,7 120:8 161:24 284:24 285:9,18

286:2,12,19 287:1

**talk** 16:10 18:3,12 94:11,18 96:22 102:3 110:4 121:11 163:9 168:16 186:6

**talked** 84:11,16 92:2 121:7 153:3 166:11 210:5 215:18 250:7 306:4,9

**talker** 270:24

**talking** 35:4 38:14,19,21 41:18 58:18,21 60:16 73:15 141:16,18 167:2 172:20 174:15 178:18 191:14 214:18 218:17 236:12 247:6,8,15 249:16 263:5,6

**talks** 166:5

**tamper-proof** 184:14

**tampered** 190:7, 10,20

**taped** 279:9,18

**tapping** 241:8

**TDOC** 21:3,5 35:14,19,23 36:1, 16 37:11 38:8,13 41:13 55:9 64:13, 14 93:22,25 94:1, 15 124:21 156:5 159:6 166:8 177:9,11 181:3 186:2 212:21 290:15,18,22,24 291:2,15,17,23,25 292:15,17,23 293:12 295:21 296:4 305:21 306:9 307:16

**TDOC's** 53:12 295:16

**teach** 133:12

**teaches** 20:21

**team** 28:13,17,20,

24 29:1,22 30:4,5, 12,18,19,21,22 31:6,9,11,16,25 32:8,17,22 33:5,8, 9,13,20,23,25 34:1,4,5,8,11,14, 16,23,25 35:18,22 36:6,8,19,22 37:20 38:14,17, 20,21 39:7 40:14 41:1,23 44:19 45:25 50:10 52:1, 2,3,8,12 54:9,11, 16,22,23 57:23 58:2,10,12 59:6 60:8,9,23 61:7,20 62:12,16,20,23 63:1,23,24 64:3,8, 9,15,17 65:4 67:17,22 68:14,17 69:14 70:21 71:15,17,19,20, 21,25 72:21 74:5, 17 75:15 83:11 91:25 92:3,10,11, 13,16,20,25 93:8, 10,12,15,18 94:16,22,25 95:3, 10,11,15,17 96:7 97:14,20 98:25 99:11 104:2,6,11, 14 106:3,5,8,13, 21 107:5,17 108:3,6,8,15,20, 23 109:10,14 113:20,25 114:6, 20 122:13,20 126:14,20 128:25 130:16,19,21 131:8 132:21 134:16 136:5 139:6,8,9,14,15, 16,18 160:9 162:2 186:17 197:6,12, 22 198:3 202:16, 22 203:3,4 205:12,19,24 207:10 208:2 212:25 213:7 216:19 217:3 220:1 221:6 222:4 223:21 263:23 272:9 287:25 289:18,21 291:6

**team's** 220:4,10

**team/emts** 215:24

**teams** 106:19

**tee** 135:10

**telephone** 127:24 128:9,16

**telephones** 222:13

**telling** 91:16 172:14 248:7 271:17

**tells** 171:25 184:24

**temp** 162:25 257:19 258:10

**temperature** 160:15 168:21 169:3,13,15,19 257:8,11,18 258:2,13 259:1,5, 15,21 260:8,16,22 261:3,6

**temperature-wise** 162:22

**temperatures** 162:19 168:17 259:22

**ten** 24:12 229:1 277:15

**Tennessee** 7:8, 10 8:19 18:16 20:17 21:2 23:4,5 91:4 152:2,8 156:1 276:21 307:22

**Tennessee's** 308:19

**term** 50:10 57:8 61:20 81:6,9 103:12,14,17 116:24 117:10 214:7 220:24 288:1,3,6 303:19

**terminology** 214:16,17

**terms** 51:23 52:4 53:13 103:22 148:24 267:21

**Terri** 7:12

**terrible** 13:6

**Terry** 7:6,17 8:18

**test** 40:20,23 118:21 133:10 221:7,11 222:5 237:16 277:24

**tested** 138:2,9,15 220:7 222:9

**testified** 7:24 17:12

**testify** 10:22 15:11,18

**testimony** 11:8 64:1 313:17

**tests** 41:1 240:11

**thaw** 173:22 181:18

**thawed** 174:6,12

**thermometer** 168:19,24 261:4

**thick** 259:18

**thing** 33:23 66:20 73:12 122:13 130:23 158:11 219:11 227:12 228:4 272:2,3 294:3

**things** 19:2 20:20 21:22 22:2,9 32:14 46:17 48:14 49:21 50:4 71:1 73:14 81:23 82:5 87:14 93:3 101:14 140:18 154:15 234:18 235:9 237:18,20 239:21 240:3,15 242:8 271:1 288:16 299:1

**thinking** 40:17 154:2,3,12

**thought** 17:17 90:12 148:23 196:11 205:11 225:17 288:17 313:16

**thoughts** 83:11, 14,18

**three-and-a-half** 17:13,15

**three-drug** 55:6, 12 298:19 308:4

**Thumb** 286:18

**thumbed** 49:9

**Thursday** 309:22

**tied** 9:19,22

**tightened** 70:9,10

**time** 7:4 12:11,14 17:7,9,19 18:22, 24 23:16 25:17 28:6,8 31:17 32:18 37:24 38:23 39:2 42:7 43:3 48:21 49:16 51:2 55:4,9 58:23 66:7, 9 67:5 70:12,21 73:25 84:5,21,24 87:15 88:10 99:1, 5 112:15 114:19 119:20 120:7 133:20 134:9 146:21,24 148:10 160:14 169:7 170:2,5 176:23 177:12,16,18,22 178:10 187:10 188:25 190:22 193:25 194:5,20 195:12,13,15,18, 21 204:13 209:8 220:6 222:8 223:16,24 226:23 227:9,10 229:6 239:21 240:19 242:7 243:9 246:17,19,25 247:3 253:11 254:8,24 263:4,6, 7,8,9 264:16,20 266:18 267:4,24 269:3 270:20,21 272:1 275:12 277:22,24 281:8, 17 282:12 284:4 285:6 307:12 308:22 309:1 310:2,3 314:9

**times** 9:14 13:8
84:7 116:10
124:15 135:8,25
143:23 169:11
247:1,2

**timing** 241:6

**title** 23:11 24:1
26:11 58:16,24
59:10,11 101:10,
18 137:7 156:12

**titled** 122:3
125:25 216:16
219:25

**titles** 26:20 54:21

**today** 7:3,9 8:20
10:23 11:8,11
15:11,19 33:9
48:19 66:5 174:2
199:13

**told** 9:1 81:12
98:24 106:4
183:25 184:4
201:1 203:1
204:18 276:11
311:5

**Tom** 286:18

**tomorrow** 33:10

**tone** 82:6

**Tony** 7:6,19,20,22
82:9,15 147:11

**top** 36:25 60:14
61:16 90:17 92:24
107:3 108:10
126:14 127:20
130:15 147:11
159:25 167:2
173:1 175:17
191:14 199:4
202:11 215:9
220:1 226:1
252:12 256:9,23
261:14 266:17
274:23 276:20

**topics** 14:13

**torturous** 275:9

**total** 9:16 17:7,11
92:13 249:21
264:2

**touch** 81:15
82:20,23

**touching** 81:22

**tough** 25:17

**track** 258:25

**Tracy** 25:16

**train** 62:14 124:16
281:19,25 284:9

**trained** 22:3
37:24 80:14,15
99:7 123:25
143:3,4,11 228:14
248:1,9,13

**training** 18:19
20:2,13,15 22:5,
14,20,22 25:18
29:23 39:7,9 45:7
54:6 55:10 59:15
80:12 99:6 103:7
105:1 106:2 109:3
123:12,16 124:4
125:12,13 130:15,
18 131:9,13,19
132:8,10,18
134:2,19,20,22
135:18,21 139:23
140:3 143:21,23,
24 144:11,16
145:25 146:7,13,
17,22,25 147:17
180:20 198:6
205:15 220:5,7,
18,20,22 267:11
273:1 282:12
284:11,25 285:9,
19 286:3,13,20
287:2,4,11,17
290:15,17,20,21
291:15

**training/practice**
147:18

**trainings** 20:9
37:12,18,22 38:1,
15,16 39:10,11
42:5,8,11,20 54:4,
7,10 55:2,7 59:13,
18,21,25 124:21,
22,25 136:11,17
137:5 145:23
209:11 220:15
273:7 283:4,17
284:2,6 288:7

**trains** 287:25

**transcript** 314:13

**transcripts** 15:25

**Transfer** 189:21
199:17,25 200:17

**transferred** 191:4

**transportation**
84:4

**transported**
176:1,5,9

**transporting**
84:4

**trapezius** 83:3,4

**trash** 195:14

**travels** 161:12

**treatment** 25:15

**trick** 263:13,14

**true** 24:20 123:2
173:3 276:10,14
277:15,22

**truth** 10:20 15:14

**truthfully** 10:23

**Tuesday** 7:3

**turn** 41:7 42:23
56:17 65:21
111:22 130:14
149:13 180:22
237:24 262:20

**turned** 278:18
305:3

**TVS** 75:12

**two-and-a-half**
13:12 135:9

**two-drug** 297:3,
19,24 298:3,7

**type** 18:19,25
23:20 35:3 133:10
143:7 150:17
153:13 295:3

**types** 154:16

**typically** 151:2

**U**

**Uh-huh** 13:23
19:16 21:21 71:9
86:7,17,23 95:25
100:14,17 111:25
118:5,9 132:11
135:17 137:24
140:21 160:2,5
165:13,17 200:25
212:9 218:19
240:4 242:6 243:5
245:3 248:18
252:25 270:9
285:15 286:8
287:6 310:4

**ultimate** 113:18,
23 216:2,11

**ultimately** 196:19

**unable** 113:20,25
114:8 122:6
123:1,3,6

**unaware** 103:5
176:21 229:14

**unbecoming**
293:23,25 294:8
296:9,14,20
297:7,16,19,23
298:2,11,13

**unconscious**
80:10,13,23 82:1,
4 83:9,12,15 84:9,
13 85:6,10,17,19
86:9 87:25 116:7,
17,18,24 229:12,
17 233:17,19,23
234:1,3,22 235:4,
11 238:25 239:1,
25 242:1,13
244:23 249:1,11
264:6

**unconsciousnes
s** 86:19 88:16
242:9

**unconstitutional**
91:9

**understand** 8:20
10:16,19 11:19
12:1,3,5,18 39:12
41:18 50:9,13,15,

19 58:25 69:6
139:12 171:12
178:16 214:16
246:5 302:20,25
303:2,3,10

**understanding**
8:23,25 40:11
50:19 51:3,4,9,13,
14,16 52:23
108:14 133:6,15
143:10 149:24
162:16 163:1
165:4 172:10
188:5,7 189:10
219:4,7 253:1
280:4,6

**understood**
132:5

**unethical** 294:11,
14 295:10,13

**unit** 26:24 27:1

**United** 155:15
164:23

**University** 18:16
19:10

**unmovable** 162:9
165:15 166:24
167:6 171:8
172:7,18 191:19

**unmoveable**
166:13

**unredacted**
259:24

**unresponsive**
81:4,7,15 84:18
232:21 233:11
238:20

**unused** 214:21
215:1

**unwillingly**
140:14

**usable** 215:14

**USP** 157:3 159:4

**Utah** 290:7

**utilize** 210:2

**utilized** 222:10

**utilizing** 288:3
298:19

---

**V**

---

**varies** 135:6

**vary** 62:12

**vascular** 127:6

**vecuronium** 98:3
149:21 150:13
151:25 152:2,21
153:11 165:1
166:3 172:9,11,
21,23 173:5 177:3
179:7 188:11
211:24 212:7,11,
16,19 213:22
231:9,14 245:9,20
267:6 275:15,17
281:4,13 282:17
296:19 297:4
298:8,15,16

**vein** 113:20 114:8,
16,18 147:20
148:3 216:7,22
226:22

**veins** 215:14
219:19 227:7,10,
11

**venous** 111:12,
14,18 113:19

**venture** 159:12

**verbal** 64:1

**verbally** 11:17
121:5

**verifies** 205:24
207:11 208:3

**verify** 188:15,22
213:1

**verse** 232:21

**verses** 264:25

**versus** 7:6 84:18
117:9

**vial** 154:18,19,20
175:18 264:18,23

**vials** 154:25
173:20 174:5

175:16 179:4,6,9
181:16 182:7
208:10,12 252:14,
18 253:6,8,10,15
254:12 255:12
259:10 261:17,20,
23 262:3,6,7

**victim's** 279:14

**victims** 271:25

**video** 7:4,5 75:9
222:12 314:10

**video/audio**
243:14

**view** 73:23 294:6

**viewing** 217:15

**violent** 230:24

**visit** 12:25

**vital** 112:2 114:23

**voice** 82:10,11

**volunteer** 22:24
139:8,11

**volunteers**
138:24 139:5

---

**W**

---

**wait** 11:21 78:25
79:1 115:2 118:2
228:17,20,23

**waiting** 78:25
88:25 89:1 227:12
228:3,11 282:23

**waits** 88:1,4

**wake** 230:25

**walk** 204:20

**wanted** 15:10
44:1 65:10 98:25
158:10 311:12

**warden** 7:5,22
18:22,24 19:19,20
21:15 23:12,13,
17,19 24:2,19
25:2,13,15,25
26:18,19,20,23
27:17,19 28:10,
17,19,21,22,24,25

29:8,9,11,12,14,
17,18 31:2,7,13,
14,15,18,20 32:1,
20 34:3,6 37:1,7
42:1,4,7,10,20
43:3,5,14 45:4,15
48:10 55:4,5,10
56:25 57:16 62:14
67:3,7 70:20
71:18 73:6,20,24
77:4 78:20 79:14
83:20 88:11 89:4,
8,14 90:11,17
92:25 93:8 99:20
108:6 110:6,9
117:19 121:8,24
122:3,4,6 123:12,
25 124:6,7 126:2
127:24 128:7,13
130:4,10 132:3
134:13 148:22
156:23 160:9
178:19,21 185:12
186:13,15,24
187:4 188:15,20
193:6 196:6
200:24 208:19
211:11 217:20
225:15 226:4
227:18 228:17
229:6 251:7
262:21 263:23
265:1 269:22
270:1,4,12,16
273:12 283:5,23
285:2,3,5 286:23
292:7 301:14
305:21 308:3,18,
19,23 309:25
310:1,3 311:10
312:21 313:15

**warden's** 118:24
199:19 200:9,17
201:7

**wardens** 26:15

**warehouse** 197:6

**waste** 184:16
193:19 195:17

**watch** 68:5,6,9,
17,18,22 69:14,22
70:3,6,9,11 72:7,
9,10 96:21 134:17
176:17 219:11
237:19

**watching** 72:3,4
76:14 87:8,13
124:2 210:10,13
218:25 219:4,9,12
243:15

**water** 154:14,16,
17 206:15

**ways** 122:8

**weapon** 22:7,8

**weapons** 21:22,
24

**week** 24:7 135:25
220:21 222:2

**weeks** 134:19
135:19,22,24

**whatever's** 168:2

**when's** 220:22

**wide** 68:9

**Wild** 284:20 285:9

**window** 76:19
78:12,14 88:20

**withdraw** 25:7

**witnessed**
276:12

**witnesses** 275:2
276:3

**woke** 279:6

**word** 83:4 96:19
238:17,22,23
272:20 307:3

**worded** 50:8

**words** 77:12,13,
15 227:4,13
233:22 264:25

**work** 21:2 31:1
35:14,18 36:1
52:23,24 64:13,14
84:4 93:25 94:1
95:17 96:25 228:3
298:20,21 306:2
308:12,15 309:11

**worked** 94:7
111:4 309:2,3

**working** 24:9
169:7,11

**works** 21:13
36:16 38:16 39:1
62:6 94:12 299:9

**wound** 22:21

**Wow** 23:9

**wrap** 22:21

**write** 43:10
115:10 262:9,10
276:13 287:16

**writing** 289:8,22
311:13

**written** 87:1
115:16 212:16
213:15,17 283:8

**wrong** 107:14
149:9 150:4
288:18

**wrote** 243:18
262:12,14

---

**X**

---

**Xanax** 150:24

---

**Y**

---

**yards** 76:15

**year** 18:17 19:13,
19,21 20:9 49:19
134:9 189:6 194:9

**years** 10:8,12
14:16 15:16 23:8,
9

**yell** 82:10

**yelled** 235:9

**yelling** 82:19
277:3,20,21 278:2

**yells** 245:10,20

**yesterday** 13:15,
16,21 17:18 66:12
174:3 189:3,4,5
194:2 196:17

**yesterday's**
199:14