EXHIBIT
26

**In The Matter Of:**

*TERRY LYNN KING*
*TONY PARKER, et al.*

---

*VIDEOTAPED VIDEOCONFERENCE DEPOSITION*
*September 24, 2021*
*OF IV TEAM MEMBER 1*

---

*Gibson Court Reporting*
*606 West Main Street*
*Suite 350*
*Knoxville, TN 37902*



Min-U-Script®

```
          VIDEOTAPED VIDEOCONFERENCE DEPOSITION
                 OF IV TEAM MEMBER 1

                  September 24, 2021

          IN THE UNITED STATES DISTRICT COURT
              MIDDLE DISTRICT OF TENNESSEE
                   NASHVILLE DIVISION


 TERRY LYNN KING,                    )
                                     )
          Plaintiff,                 ) CAPITAL CASE
                                     )
 vs.                                 ) CASE NO.
                                     ) 3:18-CV-01234
 TONY PARKER, et al.,                )
                                     )
          Defendants.                )

 APPEARANCES:

                FOR THE PLAINTIFF:

                LYNNE LEONARD, ESQ.
                ANA BALDRIDGE, ESQ.
                Assistant Federal Defenders
                Federal Community Defender Office
                for the Eastern District of Pennsylvania
                601 Walnut Street, Suite 545W
                Philadelphia, Pennsylvania  19106

                JEREMY GUNN, ESQ.
                Bass, Berry & Sims PLC
                150 Third Avenue South, Suite 2800
                Nashville, Tennessee  37201

                CHRISTOPHER C. SABIS, ESQ.
                Sherrard Roe Voigt & Harbison PLC
                150 South 3rd Avenue, Suite 1100
                Nashville, Tennessee  37201
```

**Gibson Court Reporting**

```
 1   APPEARANCES:   (Continued)

 2                    FOR THE DEFENDANTS:

 3                    ROBERT W. MITCHELL, ESQ.
                      SCOTT C. SUTHERLAND, ESQ.
 4                    DEAN S. ATYIA, ESQ.
                      Tennessee Attorney General's Office
 5                    P.O. Box 20207
                      Nashville, Tennessee  37202
 6
     ALSO PRESENT: David Jenkins, Videographer
 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

**Gibson Court Reporting**

1                    S T I P U L A T I O N S

2              The videotaped videoconference deposition of

3    IV TEAM MEMBER 1, called as a witness at the instance

4    of the Plaintiff, taken pursuant to all rules

5    applicable to the Federal Rules of Civil Procedure by

6    notice on the 24th day of September, 2021, at 9:58

7    a.m., before Rhonda S. Sansom, RPR, CRR, CRC, Licensed

8    Court Reporter, pursuant to stipulation of counsel.

9              It being agreed that Rhonda S. Sansom, RPR,

10   CRR, CRC, Licensed Court Reporter, may report the

11   deposition in machine shorthand, afterwards reducing

12   the same to typewriting.

13             All objections except as to the form of the

14   questions are reserved to on or before the hearing.

15             It being further agreed that all formalities

16   as to notice, caption, certificate, transmission, et

17   cetera, including the reading of the completed

18   deposition by the witness and the signature of the

19   witness, are expressly waived.

20

21

22

23

24

25

```
 1                    I N D E X

 2              E X A M I N A T I O N S

 3

 4    IV TEAM MEMBER 1                          PAGE

 5    Examination by Mr. Sabis                     5

 6

 7                 E X H I B I T S

 8             (No Exhibits Were Marked.)

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                      IV TEAM MEMBER 1,

 2   having been first duly sworn, testified as follows:

 3                        EXAMINATION

 4   BY MR. SABIS:

 5        Q.      Good morning.  My name is Chris Sabis.

 6   I'm an attorney with Sherrard Roe Voight & Harbison in

 7   Nashville, Tennessee.  And my colleagues and I

 8   represent the plaintiff, Terry King, in King v. Parker,

 9   which is currently pending in the Middle District of

10   Tennessee.

11                  IV Team Member, thank you for taking the

12   time to appear and answer questions in this matter

13   today.  You understand you're here today to answer

14   questions related to the King case; is that right?

15        A.      Yes, sir.

16        Q.      We're going to take this deposition on an

17   anonymous basis.  What that means is I will not ask you

18   any questions intended to make you disclose your

19   identity or the identity of anyone else who takes part

20   in execution.

21                  Is it okay if I refer to you as IV Team

22   Member?

23        A.      Yes, sir.

24        Q.      What is your understanding of what this

25   case is about?
```

**Gibson Court Reporting**

1      A.     About the execution procedures and

2 process.

3      Q.     I would like to go over some ground rules

4 before we get started.  Have you ever had your

5 deposition taken before?

6      A.     Yes.

7      Q.     How many times?

8      A.     A couple.

9      Q.     I'm sorry?

10      A.     A couple.

11      Q.     Did you say twelve?

12      A.     A couple.  Maybe two.

13      Q.     Oh, a couple?  Okay.

14      A.     Maybe two -- yes, sir; maybe two or

15 three.

16      Q.     I'm sorry, I apologize.

17             I apologize.  The voice modulator

18 sometimes gives me a little trouble.

19             When -- when was the last deposition you

20 had taken?

21      A.     Probably ten years ago.

22      Q.     And what was that case about?

23      A.     It was a criminal case.

24      Q.     Were you accused of a crime in that case?

25      A.     No, sir.

**Gibson Court Reporting**

1    Q.    And what was the prior deposition about?

2    A.    All of them would have been criminal

3  cases.

4    Q.    Okay.  And you were not accused of a

5  crime in either of those cases; is that right?

6    A.    That is correct.

7    Q.    Okay.  Mr. Mitchell or Mr. Sutherland may

8  have already gone over some of these topics with you,

9  but I want to make sure that we're on the same page

10  with regard to what is going to happen today.

11          Do you understand that you are under

12  oath?

13    A.    Yes, sir.

14    Q.    You understand that means you need to

15  tell the truth to the best of your ability, correct?

16    A.    That is correct.

17    Q.    Is there any reason you cannot testify

18  truthfully and accurately today?

19    A.    No, sir.

20    Q.    Are you feeling ill?

21    A.    No, sir.

22    Q.    Are you taking any medication that would

23  affect your ability to recall facts or give accurate

24  testimony today?

25    A.    No, sir.

1          Q.       Are you represented by counsel today?

2          A.       Is that Mr. Sutherland?

3          Q.       Is Mr. Sutherland your attorney?

4          A.       No, I don't have an attorney.

5          Q.       So you are not being represented.

6    Mr. Sutherland is here representing the State.  Is that

7    fair?

8          A.       Okay.  Yes, sir.

9          Q.       Is anyone --

10               MR. SUTHERLAND:  Chris, he is -- he is,

11          for all practical purposes, represented by our

12          office.

13               MR. SABIS:  Okay, Scott.  Thank you for

14          the clarification.

15               THE WITNESS:  Thank you.

16   BY MR. SABIS:

17         Q.       Is anyone in the room with you, IV Team

18   Member?

19         A.       No, sir.

20         Q.       Please let us know if anyone comes into

21   the room with you at any point today, okay?

22         A.       Yes, sir.

23         Q.       Thank you.  Even though this deposition

24   is being taken over Zoom, the court reporter is making

25   a record based on what you say.  So you will need to

1   respond to questions verbally, rather than head nods or

2   gestures.  Also, please try to answer using words, as

3   opposed to sounds, so that the record is clear.  Do you

4   understand?

5        A.      Yes, sir.

6        Q.      In order for the court reporter to

7   accurately record your testimony, please wait for me to

8   finish my question before you give an answer.  And I

9   will try to do my best to do the same for you; I will

10  wait until you finish your answer before I ask my next

11  question.  Do you understand?

12       A.      Yes, sir.

13       Q.      If you don't understand a question, just

14  let me know and I will clarify.  I've been known to ask

15  a bad question before.  I will not be offended.

16               If you answer a question, I will assume

17  that you understood it.

18               If you need to take a break, just let me

19  know.  But if there's a question pending, please answer

20  the question before we go off the record.  Do you

21  understand?

22       A.      Yes, sir.

23       Q.      Your lawyer may object to my questions

24  from time to time, but you will still need to answer my

25  question unless the objection is based on an assertion

1    of attorney-client privilege or based on a statute.  Do

2    you understand that?

3           A.      Yes, sir.

4           Q.      Do you have any questions about anything

5    I just discussed?

6           A.      No, sir.

7           Q.      What did you do to prepare for this

8    deposition?

9           A.      I reviewed the execution protocols.

10          Q.      Without telling me what you may have

11   spoken about, did you meet with attorneys to prepare

12   for this deposition?

13          A.      I did.

14          Q.      With who?

15          A.      Mr. Scott and Mr. Dean.

16          Q.      How many times?

17          A.      Once.

18          Q.      How long was that meeting?

19          A.      Approximately two hours.

20          Q.      When was that meeting?

21          A.      It was on Monday of this week.

22          Q.      Was anyone else present at that meeting,

23   other than the people you just named?

24          A.      No, sir.

25          Q.      Did you review any documents during that

```
 1   meeting?

 2        A.      Yes, sir.

 3        Q.      Approximately how many documents did you

 4   review?

 5        A.      It was several pages of the execution

 6   lethal injection protocols.

 7        Q.      All right.  Did that -- reviewing those

 8   pages refresh your recollection as to any specific

 9   issues that you did not remember before?

10              MR. SUTHERLAND:  I object to the form.

11          You can answer the question.

12              THE WITNESS:  It did refresh my memory

13          about a couple of things; but for the most part,

14          everything was pretty routine.

15   BY MR. SABIS:

16        Q.      What were the topics on which -- on which

17   it refreshed your recollection?

18              MR. SUTHERLAND:  Same objection.  You can

19          answer.

20              THE WITNESS:  Like the specific name of

21          what the Warden does during a conscious check.  I

22          guess the trapeze [sic] muscle.  I can hardly

23          remember the name of that.

24   BY MR. SABIS:

25        Q.      Okay.  Anything else?
```

 1        A.      No, sir; that's really about it.

 2        Q.      Did you review any materials on your own

 3 to prepare for the deposition?

 4        A.      Yes, sir; I read over the lethal

 5 injection protocols.

 6        Q.      All right.  Did you review any other

 7 materials on your own?

 8        A.      No, sir.

 9        Q.      Did you meet with anyone other than

10 counsel to prepare for the deposition?

11        A.      No, sir.

12        Q.      Did you review any of the transcripts of

13 any of the other depositions taken in this case?

14        A.      No, sir.

15        Q.      Did anyone consult with you to prepare

16 for another deposition in this case?

17        A.      No, sir.

18        Q.      Have you reviewed any of the papers that

19 have been filed with the Court in this case?

20        A.      No, sir.

21        Q.      Have you discussed this deposition with

22 anyone other than your counsel?

23        A.      No, sir.

24        Q.      Have you done anything to prepare for the

25 deposition that I've not asked about?

```
 1          A.        No, sir.
 2          Q.        How much time in total do you estimate
 3   you spent preparing for this deposition?
 4          A.        With the two hours that day with
 5   Mr. Sutherland, maybe another hour or so reviewing the
 6   protocols on my own.
 7          Q.        So about three hours?
 8          A.        Yes, sir.
 9          Q.        Are you currently employed?
10          A.        Yes, sir.
11          Q.        Where are you employed?
12          A.        With the Tennessee Department of
13   Correction.
14          Q.        How long have you been with the Tennessee
15   Department of Correction?
16          A.        Approximately 28 years.
17          Q.        What's your current job title?
18          A.        Correctional administrator.
19          Q.        What's your role in what job?
20          A.        I oversee --
21                    MR. SUTHERLAND:  Chris, excuse me.  I'm
22            going to object and instruct the witness not to
23            answer what his specific position is based on the
24            Court's protective order.
25                    Don't answer the question, IV Team 1.
```

**Gibson Court Reporting**

 1              And if you want to ask more general

 2         questions, we'll take them as they come.  Thanks,

 3         Chris.

 4    BY MR. SABIS:

 5         Q.     Can you tell me what your duties are in

 6    your current job?

 7                THE WITNESS:  Mr. Sutherland, do you want

 8         me to answer that?

 9                MR. SUTHERLAND:  You can just -- you can

10         answer generally what you do.  But I don't want

11         you to give any answers that would potentially

12         identify what your position is.

13                THE WITNESS:  Okay.  I oversee several

14         TDOC facilities.

15    BY MR. SABIS:

16         Q.     How long have you held that position?

17         A.     Approximately six years.

18         Q.     What was your prior employment before

19    holding this position?

20                MR. SUTHERLAND:  Don't identify a

21         specific position.  You can say generally what you

22         did.

23                THE WITNESS:  I worked in -- for the law

24         enforcement section of the department.

25    BY MR. SABIS:

1      Q.      All right.  Does your current position

2  require any special training?

3      A.      No, sir.

4      Q.      Have you received any training related to

5  your position?

6      A.      Are you referring to my duties outside of

7  the IV Team?

8      Q.      I'm referring -- well, we'll talk about

9  training with the IV Team.

10      A.      Okay.

11      Q.      Apart from the IV Team, have you received

12  any training with regard to your current position?

13      A.      No, sir.

14      Q.      Do you have any medical training?

15      A.      I have the class that we took for the IV

16  Team.

17      Q.      Can you describe that class?

18      A.      Yes, sir.  It was about a day and-a-half,

19  maybe two, with a -- an instructor that taught us

20  specifics about IVs.

21      Q.      Without giving me a name, who was that

22  instructor?  Was it a physician?

23      A.      No, I don't think she was a physician.

24      Q.      Was it an EMT?

25      A.      I know she worked in the medical field,

 1   but I'm not sure if she was an EMT.  I think that she

 2   taught EMTs.

 3        Q.     When did you most recently receive that

 4   training?

 5        A.     Approximately three years ago, maybe

 6   four.

 7        Q.     Have you received --

 8        A.     Maybe three and a half.

 9        Q.     Have you received any medical training,

10   apart from that training?

11        A.     No, sir.

12               MR. SABIS:  For the record, we're going

13         to use the same exhibits we've used for the

14         previous depositions.

15               IV Team Member, could you please pull up

16         Exhibit 1.  Let me know when you have it up.

17               THE WITNESS:  Okay.  It's up.

18   BY MR. SABIS:

19        Q.     Please take a look at Exhibit 1 and tell

20   me, what is this document?

21        A.     This is the Lethal Injection Execution

22   Manual.

23        Q.     For the State of Tennessee?

24        A.     Yes, sir.

25        Q.     Is this the current lethal injection

1    protocol in place for the Tennessee Department of

2    Correction?

3           A.     It is.

4           Q.     Have you seen this document before today?

5           A.     Yes, sir.

6           Q.     When was the last time you saw this

7    document?

8           A.     Last night.

9           Q.     In preparing for your deposition?

10          A.     Yes, sir.

11          Q.     When was the first time you saw this

12   document?

13          A.     Probably about three, four years ago.

14          Q.     Is that when you joined the IV Team?

15          A.     Yes, sir.

16          Q.     Are you familiar with the contents of the

17   protocol?

18          A.     Yes, sir.

19          Q.     Have you read it in its -- excuse me.

20   Have you read it in its entirety?

21          A.     I have.

22          Q.     When's the last time that you read this

23   in its entirety?

24          A.     It would have been last year.

25          Q.     Do you remember approximately when last

1  year?

2          A.      No, sir; I don't.

3          Q.      Have you read it more than once?

4          A.      Yes.

5          Q.      If I refer to this as the protocol going

6  forward, will you understand what I'm referring to?

7          A.      Yes, sir.

8          Q.      And is it okay if I refer to the

9  Tennessee Department of Correction as the TDOC?

10         A.      Yes, sir.

11         Q.      What do you understand the purpose of

12  this protocol to be?

13                 MR. SUTHERLAND:  Object to the form.  You

14         can answer.

15                 THE WITNESS:  Okay.  It's the -- like the

16         procedures.  It's what instructs us to carry out

17         the lethal injection process.

18  BY MR. SABIS:

19         Q.      Please turn to Page 15 of the protocol.

20  Do you see where it says "Lethal Injection Recorder" at

21  the top?

22         A.      Hold on.  I'm going down.  Okay.

23         Q.      You see it says "Lethal Injection

24  Recorder" at the top?

25         A.      Yes, sir.

1       Q.      Are you the individual designated as the

2   lethal injection Recorder?

3       A.      No, sir.

4       Q.      Please take a look -- please take a look

5   at Page 20 of the protocol.  Let me know when you're

6   there.

7       A.      Okay.

8       Q.      Are you a member of the IV Team described

9   on Page 20?

10      A.      I am.

11      Q.      How many total IV Team Members are there?

12      A.      There were four, now there's -- well,

13  it's four of us.  It was four in the -- in the room.

14  And then there's three others, the two EMTs and their

15  assistant.

16      Q.      When you say -- when you refer to "the

17  four of us in the room," what room are you referring

18  to?

19      A.      The execution chamber.

20      Q.      Without giving me names, can you tell me

21  what the positions are of the four members of the IV

22  Team?

23      A.      Yes, sir.  The Executioner, the execution

24  Recorder, the execution Observer, and a second

25  execution Observer.

1      Q.      What position do you fill?

2      A.      The fourth position, the second execution

3 Observer.

4      Q.      What are your responsibilities as the

5 second execution Observer?

6      A.      My responsibility is to observe the

7 preparation of the chemicals; to help -- or to help

8 verify that the -- the amount of the chemicals are

9 correct and in order.

10      And to observe the video to help watch

11 the -- the site where the IV is, where the chemical is

12 going in, to see if there's any swelling or redness.

13 And just to help observe the process.

14      Q.      What are the duties of the first

15 Observer?

16      A.      The first Observer is the one that

17 specifically checks the chemicals to assure that the

18 Executioner is drawing them up properly.  Also, to

19 ensure that the saline bags are hung, all the lines are

20 drawn and in working order.  To make sure that we have

21 the proper amount of syringes, supplies, or equipment.

22 And to make sure that the processes is going orderly.

23      Q.      What are the duties of the IV Team

24 Recorder?

25      A.      The IV Team Recorder takes care of

1    documenting the times that the chemicals are drawn up,

2    and who drew them up, and who was it witnessed by.

3             And also -- excuse me -- to make sure to

4    document the times that the -- the chemicals are

5    started, as far as the process once the Warden gives

6    the signals.  And to ensure that the times and

7    everything are recorded accordingly.

8        Q.      IV Team Member, if you could please go to

9    Page 10 of the protocol.  Let me know when you're

10    there.

11        A.      Okay.

12        Q.      Do you recognize this?

13        A.      Yes, sir.

14        Q.      What is it?

15        A.      It's a diagram of the -- the whole

16    deathwatch area.

17        Q.      When you spoke about the four individuals

18    that were in the room earlier, were you referring to

19    the lethal injection Executioner's room that's on this

20    diagram?

21        A.      Yes, sir; it is.

22        Q.      How many EMTs are on the Execution Team?

23        A.      There's two EMTs.

24        Q.      And did you mention before an assistant?

25        A.      Yes.

1        Q.      And that's an assistant to those two

2  EMTs?

3        A.      Correct.  I don't know if I was supposed

4  to say, too, there's a doctor also on the team.

5        Q.      I'm sorry; could you repeat that, IV Team

6  Member?

7        A.      A doctor.

8        Q.      Okay.  The assistant to the EMTs, is that

9  assistant an EMT?

10       A.      No.

11       Q.      What are the roles of the EMTs?

12       A.      The EMTs are responsible for ensuring

13  they have all their equipment necessary to start the

14  IVs.

15            They go out and they look for a vein.

16  Once identified, they put the catheter in and set both

17  the IVs up, one in the left arm and one in the right

18  arm.

19       Q.      What is the role of the EMT's assistant?

20       A.      The EMT assistant lets us know by a hand

21  signal when the IV line is in place, for us to check to

22  make sure it's flowing properly.  He also passes down

23  like tape and stuff like that.

24            And also, when we have two good lines, he

25  is the person who tapes the hands to the armboards on the

1   gurney.

2        Q.      What's the hand signal that the assistant

3   gives you to check -- for you -- for you to check the

4   IV lines?

5        A.      He holds up one finger.

6        Q.      Is the Executioner a member of the IV

7   Team?

8        A.      Yes.

9        Q.      Have you ever heard an IV Team Member

10  referred to as an Assistant Executioner?

11       A.      No.

12       Q.      So IV Team Member, just to make sure that

13  I'm clear:  To summarize that prior testimony, how many

14  IV Team Members are there?

15              MR. SUTHERLAND:  Object to the form.

16              THE WITNESS:  Okay.  I'm counting.

17              Counting the doctor, it's seven.  It used

18       to be eight.  One no longer works for the

19       department.

20  BY MR. SABIS:

21       Q.      All right.  And you just said that the

22  doctor is a member of the IV Team?

23       A.      Yes, sir; I counted him in my count.

24       Q.      Does every member of the IV Team attend

25  every execution?

```
 1        A.      No.

 2        Q.      Why not?

 3        A.      The doctor does --

 4                MR. SUTHERLAND:  Object to the form.

 5        Object to the form.

 6                Excuse me, IV Team 1.  Before you answer

 7        a question, just pause just for a second --

 8                THE WITNESS:  Okay.

 9                MR. SUTHERLAND:  -- so I can speak up.

10                But I'm going to object to the form.  You

11        can answer.

12                THE WITNESS:  Okay.  Thank you,

13        Mr. Sullivan.

14                The doctor does not come to the training.

15   BY MR. SABIS:

16        Q.      Leaving aside the training, just speaking

17   about actual executions, does every IV Team Member

18   attend every execution?

19        A.      Yes, sir.

20        Q.      Let's go back to Page 8 of the protocol.

21        A.      Okay.

22        Q.      If you -- these are the definitions in

23   the protocol.  If you look about midway down the page,

24   there's a definition of Execution Team.  Take a look at

25   that.
```

**Gibson Court Reporting**

```
 1          A.      Yes, sir.

 2          Q.      And you do consider yourself a member of

 3   the IV Team that's listed here, correct?

 4          A.      Yes, sir.

 5          Q.      Do you hold any other roles on this list?

 6          A.      No, sir.

 7          Q.      Have you ever held any of the other roles

 8   on this list?

 9          A.      No, sir.

10          Q.      IV Team Member, would you please go to

11   Page 31 of the protocol.

12          A.      Okay.

13          Q.      If you take a look down near the bottom

14   of the page, you see Item 2 in that second list talks

15   about "Three Correctional Staff."  Do you see that?

16          A.      Yes, sir.

17          Q.      Are you one of those correctional staff?

18          A.      Yes, sir.

19          Q.      Are all three of those correctional staff

20   on the IV Team?

21          A.      Two are.  One is no longer employed by

22   the department.

23          Q.      Who are the two members of the IV Team

24   who are correctional staff?

25          A.      Both.
```

1        Q.     What are -- I'm sorry.  I'm sorry, that

2  question was not clear.

3              Without naming names, what are the

4  positions of the two members of the IV Team who are

5  correctional staff?

6        A.     Who has had this training?

7        Q.     Correct.

8        A.     It is the --

9              MR. SUTHERLAND:  Excuse me, IV Team 1.

10             Chris, are you -- are you -- I'm not sure

11      I understand your question.

12              MR. SABIS:  Okay.  I'll -- I'll back up.

13  BY MR. SABIS:

14        Q.     The three correctional staff in the

15  protocol are defined as "Received IV training through

16  the Tennessee Correction Academy by qualified

17  professionals."  Do you see that, IV Team Member?

18        A.     Yes, sir.

19        Q.     What -- what members of the IV Team have

20  received that training?

21        A.     The IV Recorder and the IV Observer

22  No. 2.

23        Q.     And you were IV Observer No. 2?

24        A.     Yes, sir.

25        Q.     Who is the -- so that's two members of

1  the IV Team.  Who is the third correctional staff who

2  has received that training?

3          A.        The former IV Observer.

4          Q.        And that person is no longer with TDOC?

5          A.        Correct.

6          Q.        Has that person been replaced?

7          A.        Not as of yet.

8          Q.        Please describe the training, the IV

9  training, that you received from the Tennessee

10  Correction Academy.

11          A.        So the Correction Academy did not do the

12  training, they provided the instructor for the

13  training.

14                  And the training talked specifically

15  about the different veins in the body.  It talked about

16  how to start IVs, what type of veins to look for.  It

17  talked about how to find and identify veins that were

18  hard to find or hard to identify.

19                  And just basically talked about methods

20  of starting IVs and how to look for warning signs that

21  there are issues with IVs, such as possible blown veins

22  or if the catheter is not in the vein properly.

23          Q.        You mentioned the three members of the IV

24  Team who received this training.  Did anyone else on

25  the Execution Team receive this training?

1      A.      I was told that the Executioner had, but

2  he -- he did not attend at the time we did.

3      Q.      Who told you that the Executioner had

4  received the training?

5              MR. SUTHERLAND:  I'm going to object and

6          instruct the witness not to identify any person.

7          You can refer to them by their role.

8              THE WITNESS:  Yes, sir.

9              The Executioner, I think I remember him

10         telling me that he had already received the

11         training.

12  BY MR. SABIS:

13     Q.      When did you receive this training?

14     A.      Approximately three years ago.

15     Q.      Have you received it again since that

16  first time?

17     A.      No, sir.

18     Q.      How long was that training?

19     A.      I think --

20             MR. SUTHERLAND:  Object to the form.

21             THE WITNESS:  I'm sorry.  Go ahead,

22         Mr. Sutherland.

23             MR. SUTHERLAND:  Object to the form.  You

24         can answer.

25             THE WITNESS:  About a day and a half.

**Gibson Court Reporting**

 1   BY MR. SABIS:

 2        Q.      You mentioned that training was conducted

 3   by an instructor from the Tennessee Correction Academy;

 4   is that right?

 5        A.      The instructor did not work for the --

 6                MR. SUTHERLAND:  I'm going to object to

 7        the form, based on his prior answer.

 8   BY MR. SABIS:

 9        Q.      All right.  Then please clarify for me,

10   IV Team Member, who provided the training?

11        A.      It was an instructor that the -- the

12   State, I guess, hired.

13        Q.      Was the instructor from the Tennessee

14   Correction Academy?

15        A.      No.

16        Q.      Was the instructor a medical

17   professional?

18        A.      Yes.

19                MR. SUTHERLAND:  Objection, form.

20   BY MR. SABIS:

21        Q.      What kind of medical professional?

22                MR. SUTHERLAND:  Same objection.

23                THE WITNESS:  She taught medical, EMTs

24        and other folks, how to start IVs in a more

25        in-depth training class than we did.

```
 1   BY MR. SABIS:

 2        Q.      Was the instructor an EMT?

 3                MR. SUTHERLAND:  Same objection.

 4                THE WITNESS:  I'm not sure.

 5   BY MR. SABIS:

 6        Q.      Was the instructor a doctor?

 7                MR. SUTHERLAND:  Same objection.

 8                THE WITNESS:  I'm not sure.

 9   BY MR. SABIS:

10        Q.      Who else was present for the IV training

11   that you attended?

12                MR. SUTHERLAND:  Don't identify an

13           individual by name.

14                THE WITNESS:  It was the IV Recorder, the

15           IV Observer, and the IV second Observer.

16   BY MR. SABIS:

17        Q.      Was the instructor an IV therapist?

18                MR. SUTHERLAND:  Same objection.

19                THE WITNESS:  I'm not -- I'm not sure.

20   BY MR. SABIS:

21        Q.      Were you provided any written materials

22   at this training?

23        A.      We had materials that she brought to the

24   class with her.

25        Q.      Did you keep any materials from this
```

1    training?

2       A.      No, sir.

3       Q.      How long has the current protocol been in

4    place?

5           MR. SUTHERLAND:  Object to the form,

6       based on his prior answer.

7           THE WITNESS:  I see the revised version

8       of 2018.

9   BY MR. SABIS:

10       Q.      Is TDOC required to follow this protocol?

11           MR. SUTHERLAND:  Object to the form.  You

12       can answer.

13           THE WITNESS:  Yes, sir.

14   BY MR. SABIS:

15       Q.      Are members of the Execution Team allowed

16    to deviate from this protocol?

17           MR. SUTHERLAND:  Same objection.  You can

18       answer.

19           THE WITNESS:  No, sir.

20   BY MR. SABIS:

21       Q.      Does anyone at the execution have

22    authority to deviate from this protocol?

23           MR. SUTHERLAND:  Same objection.  You can

24       answer.

25           THE WITNESS:  No, sir.

**Gibson Court Reporting**

```
 1   BY MR. SABIS:
 2        Q.      Were you involved in the creation of this
 3   protocol?
 4        A.      No, sir.
 5        Q.      Without disclosing their identities, who
 6   was involved in creating this protocol?
 7        A.      I'm not --
 8                MR. SUTHERLAND:  If you know, state their
 9         position.  Don't identify.
10                THE WITNESS:  I'm not sure who were
11         involved in creating the protocols.
12   BY MR. SABIS:
13        Q.      Have you ever been asked to consult about
14   the contents of the protocol?
15        A.      No, sir.
16        Q.      Would you please go to Page 6 of the
17   protocol.
18        A.      Okay.
19        Q.      Okay.  If you'll take a look at the last
20   sentence on that page, it says that the protocol "will
21   be reviewed annually, or as needed, by a designated
22   panel."  Do you see that?
23        A.      Yes, sir.
24        Q.      Are you on that panel?
25        A.      No, sir.
```

1      Q.      Without identifying people by name, only

2  by their role or position, who is on that panel?

3                  MR. SUTHERLAND:  Object to the form.

4                  THE WITNESS:  I would only be guessing.

5        The Commissioner, maybe the Legal Department, and

6        the AG.

7  BY MR. SABIS:

8      Q.      Has the protocol been reviewed since --

9  by the panel since 2018?

10                  MR. SUTHERLAND:  Object to the form.

11                  THE WITNESS:  I don't know.

12  BY MR. SABIS:

13      Q.      IV Team Member, what's your highest level

14  of education?

15      A.      I have a bachelor's degree.

16      Q.      Without telling me the name of the

17  school, where did you get that degree?  Was it a

18  private school, public school?

19      A.      A private school.

20      Q.      What region was that school in?  Was is

21  in the southeast, northeast?

22                  MR. SUTHERLAND:  Of the United States?

23                  MR. SABIS:  Of the United States.

24                  THE WITNESS:  Southeast.

25  BY MR. SABIS:

Case 3:18-cv-01234  Document 184-26  Filed 03/17/22  Page 35 of 169 PageID #: 9758

1      Q.      What year did you get that degree?

2      A.      Approximately four years ago, maybe.

3 Three to four years ago.

4      Q.      What type of training did you get as part

5 of that degree?

6          MR. SUTHERLAND:   Object to the form.

7          THE WITNESS:   It was in general studies

8      for criminal --

9 BY MR. SABIS:

10      Q.      Did you -- I'm sorry, go ahead.

11      A.      It was in criminal justice.

12      Q.      Did you obtain any medical training or

13 education as part of that degree?

14      A.      No, sir.

15      Q.      And again, just geographically limited,

16 where did you go to high school?

17      A.      Southwest region.

18      Q.      Did you get any specialized training at

19 your high school? For example, did you specialize in

20 any particular subjects?

21      A.      No, sir.

22      Q.      Was it a specialty school?

23      A.      No, sir.

24      Q.      All right. Did you take any courses

25 relevant to your current position in high school?

**Gibson Court Reporting**

1      A.      No, sir.

2      Q.      Aside from high school and your college

3 education and the IV training course we just discussed,

4 have you completed any other training courses?

5      A.      Pertaining to the execution detail?

6      Q.      Of any kind.

7      A.      I have had specialty training pertaining

8 to the job outside of the execution detail.

9      Q.      Please describe that training.

10      A.      I've had a variety of law enforcement

11 training. Other training in the department that

12 required classes in a variety of training that deals

13 with the Department of Correction specifically.

14      Q.      Did that include firearms training?

15      A.      Yes.

16      Q.      Did it include any other medical training

17 beyond the IV training you've had?

18      A.      No, sir.

19      Q.      Have you completed any coursework beyond

20 your college coursework?

21      A.      Yes, sir.

22      Q.      Please describe that coursework.

23      A.      I'm currently working on obtaining my

24 master's degree in public service.

25      Q.      Congratulations.

**Gibson Court Reporting**

Case 3:18-cv-01234   Document 184-26   Filed 03/17/22   Page 37 of 169 PageID #: 9760

1               Do you hold any certifications?

2       A.      Yes, sir.

3       Q.      What certifications do you hold?

4       A.      Quite a few certifications dealing with

5   the Department of Corrections in -- in various

6   capacities of different jobs that I've held over the 28

7   years.

8       Q.      Do you hold any professional licenses?

9       A.      No, sir.

10      Q.      Do you have any military training?

11      A.      Yes, sir.

12      Q.      Can you describe your military training?

13      A.      I completed basic and AIT, and various

14  training for the job that I held while I was in the

15  military.

16      Q.      I'm sorry, what was that second -- second

17  training you described?  AIT?

18      A.      Advanced training.  It's the training

19  that you go to that's specific to your job.

20      Q.      Do you participate in any volunteer

21  programs -- for example, volunteer firefighters --

22  outside of your current profession?

23      A.      No, sir.

24      Q.      Are you trained in CPR?

25      A.      Yes, sir.

1      Q.     Are you currently CPR certified?

2      A.     No, sir.

3      Q.     When was the last time you received CPR

4  training?

5      A.     Approximately ten years ago.

6      Q.     Other than the IV training we discussed

7  and your CPR training, do you have any other medical

8  training?

9      A.     No, sir.

10     Q.     Are you an EMT?

11       MR. SUTHERLAND:  Object to the form.

12       THE WITNESS:  No, sir.

13  BY MR. SABIS:

14     Q.     Other than in your role on the IV Team,

15  have you handled any chemicals?

16       MR. SUTHERLAND:  Object to the form.

17       THE WITNESS:  No, sir.

18       MR. SUTHERLAND:  Can you be specific,

19     Chris?  I mean, are we talking about household

20     cleaners?  I mean --

21       MR. SABIS:  Sure, sure.

22  BY MR. SABIS:

23     Q.     Other than -- other than things you take

24  for yourself, have you handled any medications?

25     A.     No, sir.

1          Q.      Other -- again, other than prescription

2    substances you take for yourself, have you handled any

3    controlled substances?

4          A.      No, sir.

5          Q.      Other than household items you use at

6    your home, have you handled any industrial cleaning

7    supplies?

8          A.      Not lately.  And I don't know if

9    "industrial cleaning supplies" count for the chemicals

10   that are used inside of prisons that we use to clean

11   with.

12         Q.      So your -- your roles at some point in

13   your past have also included cleaning in prisons?

14         A.      Supervising.  Or at some point; yes, sir.

15         Q.      Other than during executions, have you

16   handled or prepared syringes?

17         A.      No, sir.

18         Q.      Have you been involved in prior

19   executions?

20         A.      Yes, sir.

21         Q.      How many?

22         A.      Four or five, maybe.

23         Q.      Whose executions were you involved in?

24         A.      I don't remember all the names.

25         Q.      Did you participate in Donnie Johnson's

1   execution?

2         A.      No, sir.

3         Q.      Why not?

4         A.      I believe I was on vacation.

5         Q.      Did you participate in Billy Ray Irick's

6   execution?

7         A.      Yes, sir.

8         Q.      In what capacity?

9         A.      Observer No. 2.

10        Q.      Have you participated in any electric

11  chair executions?

12             MR. SUTHERLAND:   Object to the form.

13             THE WITNESS:   Yes, sir.

14  BY MR. SABIS:

15        Q.      In what capacity?

16             MR. SUTHERLAND:   Same objection.

17             THE WITNESS:   Observer No. 2.

18  BY MR. SABIS:

19        Q.      How many electric chair executions have

20  you participated in?

21             MR. SUTHERLAND:   I'm going to object to

22          the form, and I'm going to instruct him not to

23          answer if you talk about electrocution much more.

24          It's irrelevant.

25             THE WITNESS:   So do you want me to answer

Case 3:18-cv-01234  Document 184-26  Filed 03/17/22  Page 41 of 169 PageID #: 9764

```
 1        this question, Mr. Sutherland?

 2                  MR. SUTHERLAND:  Yes, you can.

 3                  THE WITNESS:  I believe it was two.

 4   BY MR. SABIS:

 5        Q.      Have you provided training to anyone else

 6   in conjunction with executions?

 7                  MR. SUTHERLAND:  Object to the form.

 8                  THE WITNESS:  No, sir.

 9   BY MR. SABIS:

10        Q.      Do you receive compensation for your work

11   as an IV Team Member?

12        A.      No, sir.

13        Q.      Is there a certain time in which you will

14   no longer be an IV Team Member?

15                  MR. SUTHERLAND:  Object to the form.

16                  THE WITNESS:  Yes, sir.  I'd imagine if I

17        decide to retire or leave the department.

18   BY MR. SABIS:

19        Q.      Do you have any current plans to retire

20   or leave the department?

21        A.      No, sir.

22        Q.      IV Team Member, would you please go to

23   Page 20 of the protocol.  Let me know when you're

24   there.

25        A.      I'm here.
```

1      Q.      Okay. Page 20 of the protocol lists the

2   primary role and duties of the IV Team. If you take a

3   look at under "Duties," the first one, the first listed

4   duty is "To prepare the IV equipment." What does it

5   mean "To prepare the IV equipment?"

6               MR. SUTHERLAND: Object to the form.

7               THE WITNESS: So we gather the chemicals

8        and bring those back. We also gather the other

9        equipment that we need to prepare: IV bags,

10       extensions, lines, tape. Make sure we got

11       syringes.

12   BY MR. SABIS:

13      Q.      Does the IV Team prepare the IV

14   equipment?

15      A.      Yes.

16      Q.      Does anyone who is not on the IV Team

17   play a role in preparing the equipment?

18      A.      No.

19      Q.      Do you play a part in preparing the IV

20   equipment?

21      A.      Yes.

22      Q.      What role do you play in preparing the IV

23   equipment?

24      A.      I'm basically an Observer. I help out

25   when needed. We're in the room together, so I might

1    pass an IV bag or I might tear some strips of tape for

2    the setup.

3              Just whatever is not being done, I step

4    in as a team effort.

5         Q.    When you say you're in the room together,

6    you mean the lethal injection Executioner's room?

7         A.    Yes, sir.

8         Q.    Who else on the IV Team plays a role in

9    preparing the IV equipment?

10             MR. SUTHERLAND:  Object to the form.

11             THE WITNESS:  It's just -- it's just us

12        three.

13   BY MR. SABIS:

14        Q.    Moving to Item No. 2, what does it mean,

15   "To make sure the equipment used is in working order?"

16             MR. SUTHERLAND:  Object to the form.

17             THE WITNESS:  Once we get the IV lines

18        hooked up, we check to make sure that it's running

19        properly.  We clear the line out of the -- the air

20        out of the lines and then cap them off and just

21        make sure they're working accordingly.

22   BY MR. SABIS:

23        Q.    Do you play a part in this duty?

24        A.    Only as the Observer.

25        Q.    Who actually does the -- does the check

1  to make sure the equipment is in working order?

2      A.      The Executioner.

3      Q.      And you observe the Executioner as he

4  makes sure the equipment is in working order?

5      A.      Yes, sir.

6      Q.      What do you do if you notice a problem

7  with the equipment?

8      A.      I would notify the Executioner.

9      Q.      Do you have authority to stop the

10  procedure?

11          MR. SUTHERLAND:  Object to the form.  You

12      can answer.

13          THE WITNESS:  I have the authority to let

14      the Executioner know that there is an issue, and

15      the Executioner can communicate with the -- the

16      Warden.

17  BY MR. SABIS:

18      Q.      Who has the ultimate authority to stop

19  the procedure if there's a problem with the equipment?

20          MR. SUTHERLAND:  Object to the form.  You

21      can answer.

22          THE WITNESS:  The Warden and the

23      Commissioner, I would imagine.

24  BY MR. SABIS:

25      Q.      Take a look at No. 3 under "Duties."

1    What does it mean, "To locate sites for intravenous

2    use?"

3                      MR. SUTHERLAND:  Object to the form.  You

4          can answer.

5                      THE WITNESS:  That would be the EMTs

6          looking at the vein in the bend of the arm, trying

7          to find a good vein to use.

8    BY MR. SABIS:

9          Q.     Are the EMTs that perform this duty part

10   of the IV Team?

11                     MR. SUTHERLAND:  Object to the form,

12         based on his prior answer.

13                     THE WITNESS:  Yes, sir.

14   BY MR. SABIS:

15         Q.     Do you -- do you play a part in locating

16   the sites for intravenous use?

17         A.     No, sir.

18         Q.     Does anyone on the IV Team play a part in

19   locating sites for intravenous use, other than the

20   EMTs?

21         A.     No, sir.

22         Q.     Would you take a look at Duty No. 4.

23   What does it mean, "To make sure vascular access is

24   properly established?"

25         A.     It's when the --

 1                    MR. SUTHERLAND:  Excuse me.  Object to

 2          form.  You can answer.

 3                    THE WITNESS:  It's when the EMT puts the

 4          catheter into the vein and have the blood flash.

 5          Then once signaled, the Executioner pulls out the

 6          drip valve.  And as long as we have a good drip,

 7          then we know that we have good access.

 8   BY MR. SABIS:

 9        Q.      How do the EMTs signal the Executioner?

10        A.      The EMT does not.  It's the assistant to

11   the EMT.

12        Q.      Thank you.  Apologies.  I misunderstood.

13                How does the assistant to the EMT signal

14   the Executioner?

15        A.      By --

16                    MR. SUTHERLAND:  Objection to the form.

17                    THE WITNESS:  By holding up one finger.

18   BY MR. SABIS:

19        Q.      Does anyone other than the EMTs and the

20   assistant play a role in this duty?

21                    MR. SUTHERLAND:  Object to the form.  You

22          can answer.

23                    THE WITNESS:  No, sir.

24   BY MR. SABIS:

25        Q.      Please take a look at Duty No. 5.  What

1    does it mean "To make sure the IV lines are flowing

2    properly?"

3                    MR. SUTHERLAND:  Objection to form.  You

4         can answer.

5                    THE WITNESS:  Make sure there's no

6         swelling at the IV site and that the -- the drip

7         is dripping constantly.

8    BY MR. SABIS:

9         Q.     Does the IV Team do this?

10        A.     Yes, sir.

11        Q.     Who on the IV Team does this?

12        A.     It's a combination of all.  The

13   Executioner is the primary responsible for looking at

14   the drips to make sure it's flowing properly.  And then

15   both Observers observing the drip, as well, and also

16   looking at the IV site to make sure there's no -- no

17   swelling or anything like that.

18        Q.     How do the members of the IV Team observe

19   the site?

20        A.     Through a camera inside the room with us.

21        Q.     Is that the pan-zoom camera?

22        A.     Yes, sir.

23        Q.     Who operates the pan-zoom camera?

24        A.     Observer No. 2.

25        Q.     That would be you?

1    A.    Yes, sir.

2    Q.    During an execution, when do you turn on

3  the pan-zoom camera?

4    A.    When we first get into the room I turn it

5  on, move it around, zoom in, zoom out, to make sure

6  it's functioning properly.

7    Q.    And again, when you say "the room,"

8  you're referring to the lethal injection Executioner's

9  room?

10    A.    Yes, sir; that's correct.

11    Q.    Take a look at Duty 6.  What does it

12  mean, "To document the injection of the LICs on the

13  Lethal Injection Chemical Administration Record Sheet?"

14        MR. SUTHERLAND:  Object to the form.  You

15    can answer.

16        THE WITNESS:  That's the -- the

17    individual who documents the -- the times that the

18    injections have started and administered.

19  BY MR. SABIS:

20    Q.    Is this your responsibility?

21        MR. SUTHERLAND:  Objection to the form.

22        THE WITNESS:  No, sir.

23  BY MR. SABIS:

24    Q.    Whose responsibility is it?  Again, not

25  with names, just with identifying positions.

```
 1              MR. SUTHERLAND:  Objection to the form,
 2        based on his prior answer.
 3              THE WITNESS:  The execution Recorder.
 4   BY MR. SABIS:
 5        Q.     Does anyone else ever fill out this
 6   sheet, other than the execution -- the execution
 7   Recorder?
 8        A.     It's the execution Recorder, unless
 9   something would happen and he wasn't present during the
10   execution.  He's always been there.  Sometimes during
11   training, if a person's not there other ones will fill
12   in.
13        Q.     Would the fill-ins be members of the IV
14   Team?
15        A.     Yes, sir.
16              MR. SABIS:  Scott, we've been going for
17        about an hour.  Do you want to take a five-minute
18        break?
19              MR. SUTHERLAND:  Whatever you want,
20        Chris.  I'm good.  Whatever.
21              MR. SABIS:  IV Team Member, would you
22        like a break or do you want to keep going?
23              THE WITNESS:  I think I'm okay right now.
24        Thank you.
25              MR. SABIS:  Okay.  We'll keep going.  Let
```

```
 1        me know if you need a break.
 2                    THE WITNESS:  Yes, sir.
 3                    MR. SUTHERLAND:  Thank you, Chris.
 4                    MR. SABIS:  Yeah, no problem.
 5   BY MR. SABIS:
 6        Q.     If you could go to -- if you could pull
 7   up Exhibit 54, please, IV Team Member.  Let me know
 8   when you have it.
 9        A.     You said 15, one-five?
10        Q.     54, five-four.
11        A.     I'm sorry.  54 is up.
12        Q.     Okay.  Do you recognize this document?
13        A.     Yes, sir.
14        Q.     Is this an example of a Lethal Injection
15   Chemical Administration Record Sheet that was discussed
16   on Page 20 of the protocol?
17        A.     Yes, sir.
18        Q.     Is this your handwriting?
19        A.     Yes, sir.
20        Q.     Do you always fill out this form?
21                    MR. SUTHERLAND:  Objection to the form.
22                    THE WITNESS:  No, sir.
23   BY MR. SABIS:
24        Q.     Who usually fills out this form?
25                    MR. SUTHERLAND:  Objection to the form.
```

 1                    THE WITNESS:  The execution Recorder.

 2   BY MR. SABIS:

 3        Q.     Why did you fill it out in this case?

 4        A.     Because he wasn't present on this

 5   training.

 6        Q.     Is this the only time you filled out this

 7   form?

 8        A.     No, sir.

 9        Q.     When are the other times you've filled

10   out this form?

11                    MR. SUTHERLAND:  Objection to the form.

12                    THE WITNESS:  Maybe once or twice, other

13        than this one.

14   BY MR. SABIS:

15        Q.     Were those trainings?

16        A.     Correct.

17        Q.     Have you ever filled out this form for an

18   actual execution?

19                    MR. SUTHERLAND:  Objection to the form.

20                    THE WITNESS:  No, sir.

21   BY MR. SABIS:

22        Q.     Please pull up Exhibit 52.

23        A.     Okay.

24        Q.     Do you recognize this document?

25        A.     Yes, sir.

1          Q.          Is this the Lethal Injection and

2     Executioner Recorder Checklist that's identified on

3     Page 15 of the protocol?

4          A.          If you say it's on that page, then I

5     agree.  I'm not looking at the -- at the protocol to

6     see what -- what page number it's on.

7          Q.          Is this the standard Lethal Injection

8     Execution Recorder Checklist that you're familiar with?

9          A.          Yes, sir; it is.

10         Q.          Is this your handwriting?

11         A.          No, sir.

12         Q.          Who usually fills out this document?

13         A.          The execution Recorder.

14         Q.          Would you please go to Page 4 of this

15    document?

16         A.          Okay.

17         Q.          Is that your handwriting?

18         A.          No, sir.

19         Q.          Page 4 of this document appears to be --

20    have the same content as Page 1, but just in different

21    handwriting.  Why is that?

22                     MR. SUTHERLAND:  Object to the form.  You

23         can answer, if you know.

24                     THE WITNESS:  I'm not sure, unless it was

25         two different people doing it.

```
 1  BY MR. SABIS:

 2       Q.      Do multiple people fill out this form

 3  during executions?

 4                 MR. SUTHERLAND:  Object to the form.

 5                 THE WITNESS:  It's only one person during

 6           the actual execution.  If we -- at practice, it

 7           may be someone else.

 8  BY MR. SABIS:

 9       Q.      Does more than one person ever fill out

10  the form during trainings?

11       A.      No.

12                 MR. SUTHERLAND:  Object to the form.  Are

13           you talking about this form, Chris?

14                 MR. SABIS:  I'm speaking about general

15           practice.  Is it a general practice for more than

16           one person to fill this form out during a training

17           session?

18                 THE WITNESS:  Typically, it's not.  If

19           it's the same day, same practice, if two different

20           people fill it out.  And sometimes it happened

21           during the practice for an individual to step out,

22           and which may have caused someone else to pick up

23           and to continue on with the -- the detail.

24  BY MR. SABIS:

25       Q.      Do you know why two different people
```

1    filled out this form during this training?

2         A.     No, sir.

3         Q.     Please pull up Exhibit 55.  Let me know

4    when you've got it.

5         A.     Yes, sir.

6         Q.     Have you seen this document before?

7         A.     Yes, sir.

8         Q.     What is it?

9         A.     It's the IV Team Inventory Checklist.

10        Q.     When's the last time you saw this

11   document?

12        A.     It would have been at the last practice,

13   maybe.

14        Q.     Is it your duty during executions to fill

15   out this document?

16               MR. SUTHERLAND:  Object to the form.

17               THE WITNESS:  No, sir.

18   BY MR. SABIS:

19        Q.     Who fills out this document?

20               MR. SUTHERLAND:  Object to the form.

21               THE WITNESS:  Typically, this form is

22        filled out by the EMTs' assistant.

23   BY MR. SABIS:

24        Q.     When is this inventory checklist

25   completed?

 1                    MR. SUTHERLAND:  Object to the form.  You

 2          can answer.

 3                    THE WITNESS:  When we first get in.

 4     BY MR. SABIS:

 5          Q.      When you first get in where?  To the

 6     lethal injection Executioner's room?

 7          A.      I'm sorry.  Yes.

 8          Q.      IV Team Member, please pull up

 9     Exhibit 44.

10          A.      Okay.

11          Q.      Have you seen this document before?

12          A.      Yes, sir.

13          Q.      What is it?

14                    MR. SUTHERLAND:  Are you talking about --

15          Chris, are you talking about this specific

16          document or are you talking about a generic

17          document?

18                    MR. SABIS:  I will clarify.

19     BY MR. SABIS:

20          Q.      IV Team Leader, have you seen this type

21     of document before, this form?

22          A.      Yes, sir.

23          Q.      What is it?

24          A.      It's the Chemical Preparation Timesheet.

25          Q.      Is this your handwriting?

**Gibson Court Reporting**

```
 1          A.       No, sir.

 2          Q.       Who fills out this form during an

 3   execution?

 4          A.       The execution Recorder.

 5          Q.       And that's the same Recorder who's on the

 6   IV Team, correct?

 7          A.       Correct.

 8          Q.       Has it ever been your responsibility to

 9   fill out this form?

10          A.       Not during an actual execution, only in

11   practice.

12          Q.       How many people log the preparation of

13   each set of syringes?

14          A.       One.

15          Q.       That's the Recorder?

16          A.       Yes, sir.

17          Q.       How many people witness the preparation

18   of each set?

19          A.       Three.

20          Q.       Who are those people, without identifying

21   them by name?

22          A.       The execution Recorder, the execution

23   Observer, the execution Observer No. 2.

24          Q.       Is each set of syringes prepared by a

25   different person?
```

```
 1        A.      No.

 2        Q.      Who prepares the syringes?

 3        A.      The Executioner.

 4        Q.      Does the Ex- -- does the Executioner

 5   prepare both sets of syringes at the same time?

 6                MR. SUTHERLAND:  Object to the form.

 7                THE WITNESS:  No.

 8   BY MR. SABIS:

 9        Q.      Please describe the process by which the

10   Executioner prepares the syringes.

11        A.      It's one set prepared at a time;

12   beginning with the red set, which is the primary set.

13   And after that set is completed, the blue set is then

14   set up.

15        Q.      If you take a look at Exhibit 44, IV Team

16   Member, on the first page, the red set, it lists times

17   for the preparations as 12:45, 12:48, 12:50, and 12:55.

18   Do you see that?

19        A.      Are you are on Exhibit 44?

20                MR. SUTHERLAND:  We've got a different

21         exhibit, Chris.  Yeah, this may be what happened

22         the other day when we were with Lynne.  This is a

23         chemical prep sheet from 5/16/19.  Is that

24         correct, Team 1?

25   BY MR. SABIS:
```

1         Q.     The one I've got is 4/14/21.

2         A.     No, sir.  I see a Chemical Preparation

3  Timesheet dated 5/16/19.

4               MR. SABIS:  For Exhibit -- we're on

5         Exhibit 44?

6               MR. SUTHERLAND:  Yes.

7               MR. SABIS:  That's interesting, because I

8         just pulled Exhibit 44 up from the FTP site and

9         I'm seeing 4/14/21.

10              MR. SUTHERLAND:  Yeah, this happened the

11        other day when -- this is on the thumb drive we

12        have.  And Lynne at a break was able to figure out

13        the distinction, but there was a -- it's

14        somewhere.  I'm not sure which --

15             MR. SABIS:  Okay.  We'll -- we'll take a

16        break.  We'll take a break, and we may come back

17        to it.

18             MR. SUTHERLAND:  What's the date again?

19             MR. SABIS:  The date we have on our

20        Exhibit 44 is 4/14/21.

21             MR. SUTHERLAND:  Okay.  It's Exhibit 65

22        in the binder.

23             Look at -- IV Team 1, look at the Exhibit

24        65 and see if that's not a chemical prep timesheet

25        for 4/14 /21.

**Gibson Court Reporting**

1              THE WITNESS:  Yes, sir.

2              MR. SABIS:  Okay.  Thank you, Scott.  I

3        appreciate that.

4              MR. SUTHERLAND:  Yes, no worries.

5    BY MR. SABIS:

6        Q.      All right.  So we'll refer to the Exhibit

7    65 that you have, IV Team leader.

8                 If you look on Page 1, you'll see the

9    prep times for the different drugs:  12:45, 12:48,

10   12:50 and 12:55.  Do you see that?

11       A.      Yes, sir.

12       Q.      Now, if you turn to the second page for

13   the blue set, the times are also 12:45, 12:48, 12:50,

14   and 12:55.  Do you see that?

15       A.      Yes, sir.

16       Q.      If the full red set is prepared first,

17   and then the blue set after the red set, how can

18   they -- how can these have been prepared at the same

19   times?

20       A.      Couldn't have been.

21       Q.      I'm sorry, could you say that again?

22       A.      They could not have been.

23       Q.      So these times are inaccurate?

24              MR. SUTHERLAND:  Object to the form.

25              THE WITNESS:  Yes, sir.

```
 1                    MR. SABIS:  All right.  I would like to
 2           take a five-minute break, if that's okay.
 3                    MR. SUTHERLAND:  Okay.
 4                    MR. SABIS:  Shall we go off the record?
 5                    THE VIDEOGRAPHER:  We're off the record
 6           at 11:09 a.m.
 7                    (Recess from 11:09 a.m. to 11:16 a.m.)
 8                    THE VIDEOGRAPHER:  We're back on record
 9           at 11:16.
10                    THE WITNESS:  Yes, sir.
11      BY MR. SABIS:
12           Q.     IV Team Member, if you could please go to
13      Page 10 of the protocol, Exhibit 1.  Let me know when
14      you're there.
15           A.     Yes, sir.
16           Q.     This is the blueprint that we've already
17      discussed.  When is the last time before today that you
18      reviewed this blueprint?
19           A.     On Monday, this past week.
20           Q.     Have you ever reviewed this blueprint in
21      a training session with other members of the Execution
22      Team?
23           A.     Yes.
24           Q.     What training was that in?
25           A.     It would have been the last --
```

**Gibson Court Reporting**

1          MR. SUTHERLAND:  Form.

2          THE WITNESS:  Mr. Sutherland, did you say

3      something?

4          MR. SUTHERLAND:  I object to the form.

5      You can answer the question.

6          THE WITNESS:  Okay.  It would have been

7      the last annual training that we had.

8  BY MR. SABIS:

9      Q.     Is this document reviewed at all of the

10  annual training sessions?

11     A.     The entire protocol.

12     Q.     Using this diagram or blueprint as a

13  reference, where are you located during a lethal

14  injection execution?

15          MR. SUTHERLAND:  I'm going to object to

16      the form, based on his prior answer.  You can

17      answer.

18          THE WITNESS:  The lethal injection

19      Executioner's room.

20  BY MR. SABIS:

21     Q.     Do you ever move to a different location

22  during an execution?

23     A.     As long as it's a lethal injection, we're

24  in this room.

25     Q.     Do other members of the IV Team move to

1    different rooms?

2              MR. SUTHERLAND:  Could you clarify,

3         Chris?  Just you're talking about lethal injection

4         execution, right?

5    BY MR. SABIS:

6         Q.     I'm talking about lethal injection

7    executions.  Do other members of the IV Team other than

8    you leave the lethal injection Executioner's room?

9         A.     The Executioner, the Recorder, and the

10   two Observers; once we're in this room, we don't leave.

11        Q.     The EMTs, where are the EMTs located

12   during an execution?

13        A.     They're in the area where the marking for

14   the lethal injection execution room is, in that room

15   right there.  They're in that room, like a little

16   holding area.

17        Q.     Is that where they are the entire time?

18        A.     With the exception of when they go to the

19   gurney to hook the IVs up.

20        Q.     When do they do that?

21        A.     Once --

22              MR. SUTHERLAND:  Object to the form.

23              THE WITNESS:  Once the Warden gives the

24         okay to start.

25   BY MR. SABIS:

1      Q.      What do they do after they've hooked up

2   the IVs?

3      A.      They go back to the waiting area.

4      Q.      During an execution, how many people are

5   in the Executioner's room while the drugs are being

6   administered?

7            MR. SUTHERLAND:  Object to the form.

8            THE WITNESS:  Just the four.

9   BY MR. SABIS:

10     Q.      And who are those four?

11           MR. SUTHERLAND:  Same objection.

12           THE WITNESS:  The Executioner,

13       Executioner Recorder, the Observer, and Observer

14       No. 2.

15   BY MR. SABIS:

16     Q.      Thank you.  During the execution, how

17   many people are in the execution chamber while the

18   drugs are being administered?

19     A.      The Warden and the Assistant Warden.

20     Q.      So two people?

21     A.      Yes, sir.

22     Q.      Do you ever enter the execution chamber

23   to insert IV lines into the prisoner?

24           MR. SUTHERLAND:  Object to the form.  You

25       can answer.

1          THE WITNESS:  No, sir.

2    BY MR. SABIS:

3       Q.      What are you doing while the IV lines are

4    being inserted?

5              MR. SUTHERLAND:  Same objection.

6              THE WITNESS:  I'm operating the

7         pan-tilt-zoom camera.

8    BY MR. SABIS:

9       Q.      Do you enter the execution chamber to

10   attach the solution set from the bag of sodium chloride

11   to the catheter?

12             MR. SUTHERLAND:  Same objection.

13             THE WITNESS:  No, sir.

14   BY MR. SABIS:

15      Q.      Who does that?

16      A.      The EMT.

17      Q.      Do you observe that procedure?

18      A.      Yes.

19      Q.      What is the distance between the gurney

20   and the Executioner's room?

21      A.      Right outside the window.

22      Q.      Is it about 2 feet, 3 feet?

23      A.      Approximately.

24      Q.      Is there a window between the

25   Executioner's room and the execution chamber?

**Gibson Court Reporting**

1        A.       Yes.

2        Q.       What type of window is it?

3        A.       It's a tinted window.

4        Q.       Is it one way?

5        A.       No, I believe it's just a heavy tint.

6        Q.       Are there ports in the window that allow

7    the tubing to connect from the Executioner's room to

8    the execution chamber?

9        A.       Yes, sir.

10       Q.       How many?

11       A.       One.

12       Q.       How big are they?

13       A.       About 6-by-6, maybe, inches; 6 to 8

14   inches.

15       Q.       And I apologize, I should clarify.  It

16   should be "How big is it?"  Because there's only one,

17   correct?

18       A.       Correct.

19       Q.       Is the port labeled in any way?

20       A.       No, sir.

21       Q.       Is there a window between the official

22   witness room and the execution chamber?

23       A.       There is.

24       Q.       What type of window is that?

25       A.       Just a window that's covered by a screen

1    and a curtain.

2         Q.      Is there a camera in the Capital

3    Punishment Unit other than the pan-zoom camera?

4         A.      No.

5         Q.      You testified before that you operate the

6    pan-tilt-zoom camera, correct?

7         A.      Yes.

8         Q.      And that you turn it on when you enter

9    the lethal injection Executioner's room?

10        A.      Correct.

11        Q.      Is that written anywhere in the protocol?

12             MR. SUTHERLAND:  Object to the form.

13             THE WITNESS:  I believe it's -- it may be

14        under checking equipment for operation.  I don't

15        remember.

16   BY MR. SABIS:

17        Q.      Who operates the pan-zoom camera if

18   you're not there?

19        A.      The Observer.

20        Q.      Who made that decision?

21             MR. SUTHERLAND:  Object to the form.

22             THE WITNESS:  No one in particular.  He

23        would be the one closest to the camera if I wasn't

24        there.

25   BY MR. SABIS:

1      Q.     How big is the monitor in the

2  Executioner's chamber?

3      A.     I'm not sure of the exact size.  It's not

4  very big.

5      Q.     Is it like a standard computer monitor?

6      A.     Maybe just a little bit bigger.

7      Q.     Are there multiple video feeds on the

8  monitor?

9      A.     What do you mean when you say "video

10  feeds?"

11      Q.     Are there -- are there different -- is

12  there more than one image shown on the monitor?

13      A.     There are two different views inside of

14  the execution chamber.

15      Q.     What do those views show?

16      A.     Both of them show the execution chamber.

17  One is straight looking down on top of the gurney.  And

18  the other one, I don't have any control of it.  It's

19  just a standard camera that looks at the gurney from a

20  different angle.

21      Q.     Are you able to hear what goes on in the

22  execution chamber while you're in the Executioner's

23  room?

24      A.     Only -- we have a microphone, or a

25  speaker that's in there.  And the only time we can hear

```
 1   is when they turn that speaker on.
 2         Q.      When do they turn the speaker on?
 3                 MR. SUTHERLAND:  Object to the form.
 4                 THE WITNESS:  They turn it on when they
 5         do the sound check prior to the execution.
 6   BY MR. SABIS:
 7         Q.      Who operates that speaker?
 8         A.      It's the individual that's in the
 9   overwatch control room.
10         Q.      Is that speaker on during executions?
11         A.      Yes.
12         Q.      So can you hear what's going on during an
13   execution via the speaker?
14         A.      Yes.
15         Q.      Who else can hear what's going on in the
16   Executioner's chamber during an execution?
17                 MR. SUTHERLAND:  Object to the form.
18                 THE WITNESS:  I believe it's just us.
19         I'm actually not even sure if that speaker goes
20         into the deathwatch control room or not.
21                 Oh, I'm sorry.  Once it's on, I believe
22         the witnesses can hear.
23   BY MR. SABIS:
24         Q.      Is the speaker turned off at any time
25   during the execution?
```

**Gibson Court Reporting**

1       A.      I believe it's turned off after the

2   doctor pronounces him deceased, or time of death.  Or

3   maybe just prior to that.

4       Q.      Were you an IV Team Member who

5   participated in the August the 9th, 2018, execution of

6   Billy Ray Irick?

7       A.      Yes, sir.

8       Q.      Were you involved in the execution in any

9   capacity other than an IV Team Member?

10       A.      No, sir.

11       Q.      What was your role during Mr. Irick's

12   execution?

13           MR. SUTHERLAND:  Object to the form.

14           THE WITNESS:  Observer No. 2.

15   BY MR. SABIS:

16       Q.      And as Observer No. 2, you were located

17   in the Executioner's room.  Correct?

18       A.      Yes, sir.

19       Q.      How many total people were inside the

20   Executioner's room during the execution?

21       A.      Four.

22       Q.      Without giving their names, please

23   identify their positions.

24       A.      The Executioner, execution Recorder,

25   execution Observer, execution Observer No. 2.

1      Q.      Please describe what you observed during

2  the execution.

3      A.      Which part?

4      Q.      Just give me, in your own words, a

5  narrative from the time the prisoner was brought into

6  the execution chamber.

7      A.      So once he came in on the gurney, the

8  gurney was secured to the floor.  The team removed the

9  restraints and strapped him down to the gurney.

10          Once the -- all the straps were checked and

11  rechecked, the Warden called the Commissioner to see if

12  there were any stays.  And once given the go-ahead for

13  the execution at the time, the Warden -- I'm sorry --

14  then the IV Team came in and started IVs in the left and

15  right arms.

16          The hands were taped down.  There were IV

17  drips in both arms.  Then the Warden called to see if

18  there were any stays.

19          If there weren't any, the Warden came back

20  over and took his place and gave the signal and the

21  chemicals were administered by the Executioner.

22      Q.      Where were you looking during the

23  execution?  Were you looking at the monitor or through

24  the window?

25      A.      Both.

```
 1        Q.        At what point were you looking through

 2   the window?

 3                  MR. SUTHERLAND:  Object to the form.

 4                  THE WITNESS:  Once the chemicals process

 5        had been completed, I think I may have looked

 6        through the window and then back at the -- at the

 7        IV monitor during the waiting period.

 8   BY MR. SABIS:

 9        Q.        Where did you view the administration of

10   the chemicals?

11        A.        Through the monitor.

12        Q.        Were Mr. Irick's fingers taped to the

13   gurney during the execution?

14        A.        Yes, palm up.

15        Q.        Why?

16                  MR. SUTHERLAND:  Object to the form.

17                  THE WITNESS:  So that he couldn't

18        manipulate the IV, I'm assuming.

19   BY MR. SABIS:

20        Q.        Were his arms taped down?

21        A.        His arms weren't taped.  They had straps

22   on them.  Only the hands or the fingers are taped to

23   the gurney.

24        Q.        Thank you for the clarification.

25                  So were Mr. Irick's arms strapped down?
```

1         A.        Yes.

2         Q.        If Mr. Irick's arms were strapped down,

3    how could he manipulate the IV with his fingers?

4                   MR. SUTHERLAND:  Object to the form.

5                   THE WITNESS:  I'm not sure.  That's just

6         me speculating.  I'm only assuming that the

7         purpose of the hands being taped is to -- just for

8         control purposes and so he can't manipulate the IV

9         in any form.

10   BY MR. SABIS:

11        Q.        Did you observe any movement in

12   Mr. Irick's fingers during the execution?

13        A.        No.

14        Q.        Did you prepare the LICs for Mr. Irick's

15   execution?

16        A.        No.

17        Q.        Who did?

18        A.        Prepare the IV?  You mean who put the IVs

19   in?

20        Q.        Who prepared the drugs for the execution?

21        A.        I'm sorry.  The Executioner.

22        Q.        Did you observe the preparation of the

23   drugs?

24        A.        I did.

25        Q.        IV Team Member, would you please pull up

 1    Exhibit 58.

 2            A.      Okay.

 3            Q.      What is this document?

 4            A.      It's the Lethal Injection Chemical

 5    Administration Record.

 6            Q.      For which execution?

 7            A.      For Inmate Billy Irick.

 8            Q.      Is this your handwriting?

 9            A.      No, sir.

10            Q.      Would you turn to Page 3?

11            A.      Yes.

12            Q.      Is the handwriting on -- is the

13    handwriting on Page 3 your handwriting?

14            A.      No, sir.

15            Q.      Who prepared this handwriting?

16                    MR. SUTHERLAND:  Without identifying by

17        name, just by role.

18                    THE WITNESS:  The Executioner Recorder.

19    BY MR. SABIS:

20            Q.      Did you see the Executioner Recorder

21    record this log?

22            A.      Yes.

23            Q.      Did the Executioner Recorder record the

24    log while the drugs were being prepared?

25            A.      Yes.

1      Q.      Was the second dose of midazolam prepared

2 during Mr. Irick's execution?

3      A.      What do you mean when you say "second

4 dose?" Are there two syringes in the red set?

5      Q.      Apologies. Was a blue set of midazolam

6 prepared during the execution?

7      A.      Yes. Midazolam was only prepared when

8 it's time to be used. So everything in the second set,

9 the blue set, would be set up except for the midazolam.

10 We don't draw it up unless we're going to use it.

11      Q.      So there was not a blue -- a blue set of

12 midazolam prepared during the execution?

13      A.      There would not have been.

14      Q.      Why is a blue set of midazolam not

15 prepared unless it's to be used?

16      A.      Because we only use the midazolam if

17 we're going to use it. You don't draw it up because of

18 the time limit that's on it.

19      Q.      What do you mean by "the time limit

20 that's on it?"

21      A.      I believe there is a time limit, and from

22 my understanding we only draw the midazolam just prior

23 to using it.

24      Q.      You mean -- do you mean a time limit for

25 how long it will last before it can't -- it can no

1   longer be used?

2        A.      I believe that's right.  We only -- I

3   know that we only draw it when we get ready to use it.

4   The vecuronium bromide and the potassium chloride and

5   saline we draw and put in both sets, but we only do the

6   midazolam if we want to use it.

7        Q.      Is this practice a deviation from the

8   protocol?

9              MR. SUTHERLAND:  Object to the form.  You

10        can answer.

11             THE WITNESS:  I don't know if there's an

12        exception in the protocols about the midazolam.  I

13        do recall seeing something that says according to

14        the physician's instructions, and that would be

15        the physician's instructions.

16   BY MR. SABIS:

17        Q.      How do you know that the midazolam can

18   only be used right when it's prepared?

19        A.      It would be information that we receive

20   from the physician or the -- the pharmacy.

21        Q.      Have you seen that information yourself?

22        A.      No.

23        Q.      Who told you that the midazolam could

24   only be used -- or could only be prepared right when

25   it's going to be used?

 1              MR. SUTHERLAND:  Don't identify a person,

 2         just --

 3              THE WITNESS:  It probably would have been

 4         the Executioner.  It could be the Warden.  I don't

 5         remember exactly who said that.

 6    BY MR. SABIS:

 7         Q.      Does the protocol require both sets of

 8    midazolam to be prepared?

 9              MR. SUTHERLAND:  Object to the form.

10              THE WITNESS:  Yes.  I'll have to look at

11         the protocol again.  I think it says a red set and

12         a blue set is supposed to be prepared.

13    BY MR. SABIS:

14         Q.      Who authorized not preparing a blue set

15    of midazolam during the Irick execution?

16              MR. SUTHERLAND:  Object to the form.  You

17         can answer.

18              THE WITNESS:  I don't know if it would

19         have been one particular person that authorized

20         it.  Other than if it was past instructions on how

21         to prepare it then that's what we would have done,

22         is follow the instructions.

23    BY MR. SABIS:

24         Q.      Who provides those instructions?  Again,

25    without naming a name, just the position of the person.

1        A.      I'm assuming the Executioner and the

2    Warden would have got it from the physician or the

3    pharmacy.

4        Q.      You said you're assuming.  Do you know

5    that for sure?

6        A.      I believe it was the pharmacy, but I

7    can't say for sure.

8        Q.      What is the purpose of preparing a red

9    set and a blue set of chemicals?

10                   MR. SUTHERLAND:  Object to the form.  You

11              can answer.

12                   THE WITNESS:  In case there is an issue

13              with the red set, if a vein is blown, or if the

14              chemicals were issued and they were not effective,

15              then we would go to the blue set.

16    BY MR. SABIS:

17        Q.      What would have happened if Mr. Irick had

18    still been conscious following injection of the red set

19    of midazolam?

20        A.      We would have drew up the midazolam for

21    the blue set and started that process again.

22        Q.      Were you involved in any of the practice

23    sessions leading up to Mr. Irick's execution?

24        A.      Yes.

25        Q.      When did those practice sessions take

1   place?

2               MR. SUTHERLAND:  Object to the form.

3               THE WITNESS:  We practice every month

4        leading up to and the week of.

5   BY MR. SABIS:

6        Q.      For how many months before the execution

7   were those practice sessions held?

8        A.      I believe we practice every month.

9        Q.      Yes.  For how many months leading up to

10  the execution?

11       A.      Well, we practice every month.

12       Q.      Every month --

13       A.      Yes, sir.

14       Q.      -- regardless of whether there's an

15  execution set?

16       A.      Yes, sir.

17       Q.      Thank you.  How long do those practice

18  sessions last?

19       A.      It could last, at a minimum, at least an

20  hour or so.  And depending on the Warden's satisfaction

21  of the practice and depending on how many times we go

22  through the exercise.

23       Q.      How many practice sessions took place in

24  the month leading up to Mr. Irick's execution?

25       A.      I'm not sure.

1      Q.     During Mr. Irick's execution, did you

2   measure the rate of injection of midazolam?

3            MR. SUTHERLAND:   Object to the form.

4            THE WITNESS:   No, sir.

5   BY MR. SABIS:

6      Q.     Did anyone measure the rate of injection

7   of midazolam?

8            MR. SUTHERLAND:   Object to the form.

9            THE WITNESS:   No, sir.   I'm not real sure

10      what you mean by "the rate."   You mean how long it

11      took to --

12   BY MR. SABIS:

13      Q.     How -- how long it took to inject the

14   midazolam, how fast the midazolam was injected.

15      A.     No, sir.   I don't know that it was a

16   timed thing.   The Executioner typically just -- it's

17   just a slow, steady process until the syringe is

18   emptied.

19      Q.     Does anyone measure that slow, steady

20   process in any way?

21            MR. SUTHERLAND:   Object to the form.

22            THE WITNESS:   No, sir.

23   BY MR. SABIS:

24      Q.     Does anyone measure the rate of injection

25   of the vecuronium -- vecuronium bromide?

1          A.       No, sir.

2          Q.       Does anyone measure the rate of injection

3    of the potassium chloride?

4          A.       No, sir.

5          Q.       Please pull up Exhibit 57.  Let me know

6    when you have it.

7          A.       Okay.

8          Q.       What is this document?

9          A.       This is the "Day of Execution -- Lethal

10   Injection Execution Recorder Checklist."

11         Q.       Did the execution Recorder prepare this

12   log?

13         A.       No.

14         Q.       Who prepared this log?

15              MR. SUTHERLAND:  Without identifying a

16         person; you can identify them by role, if you

17         know.

18              THE WITNESS:  I don't know their exact

19         role or title, but it's a member in the deathwatch

20         control room.

21   BY MR. SABIS:

22         Q.       Please take a look at Page 4.

23         A.       Okay.

24         Q.       Is this your handwriting on Page 4?

25         A.       No, sir.

1       Q.      If you take a look at Page 4 and compare

2   it to Page 1, it appears to be, again, an identical

3   form with different handwriting.  Does that look

4   correct to you?

5       A.      Yes.

6       Q.      How many copies of this form were

7   prepared during Mr. Irick's execution?

8               MR. SUTHERLAND:  Object to the form.

9               THE WITNESS:  I'm not sure.

10  BY MR. SABIS:

11      Q.      Do you know why more than one copy was

12  prepared?

13      A.      I don't know that there were more than

14  one copy.  There may have been two people in the room

15  doing the form.  I'm not sure.

16      Q.      Well, the form is filled out here by at

17  least two different people, correct?

18      A.      It appears so.

19      Q.      Do you know whether these two forms were

20  filled out at the same time or whether one was copied

21  later?

22      A.      No, sir; I don't have any way of knowing

23  that.

24      Q.      Did you see Mr. Irick move during the

25  consciousness check?

**Gibson Court Reporting**

```
 1        A.       No, sir.
 2                 MR. SUTHERLAND:  Objection.
 3                 THE WITNESS:  I'm sorry?
 4                 MR. SUTHERLAND:  Object to the form.  You
 5        can answer.
 6                 THE WITNESS:  No, sir.
 7  BY MR. SABIS:
 8        Q.       Did you see Mr. Irick move in reaction to
 9  any of the drugs?
10        A.       No, sir.
11        Q.       What were you doing while the drugs were
12  being administered?
13        A.       I was observing the IV site.
14        Q.       Where were you looking to do that?  Into
15  the monitor?
16        A.       Yes, sir.
17        Q.       What about after the consciousness check?
18  Where were you looking then?
19        A.       During the consciousness check, I was
20  looking out the window observing the Warden complete
21  the consciousness check.  And once he finished, back at
22  the IV site, or looking at both while the consciousness
23  check was going on.
24        Q.       Do you recall Mr. Irick snoring during
25  the execution?
```

**Gibson Court Reporting**

1          A.          I don't remember, to be honest with you.

2          Q.          Do you recall Mr. Irick breathing heavily

3    during the execution?

4          A.          I don't recall.

5          Q.          Do you recall Mr. Irick coughing or

6    choking during the execution?

7          A.          No, sir.

8          Q.          Do you recall whether Mr. Irick's face

9    changed color during the execution?

10          A.          No, sir.

11          Q.          IV Team Member, would you pull up Page 34

12    of the protocol?  Back to Exhibit 1.  Let me know when

13    you're there.

14          A.          Okay.

15          Q.          This page contains the list of drugs used

16    during a lethal injection.  Do you want to take a

17    moment to review it?  Let me know when you're ready.

18          A.          Okay.

19          Q.          What is your understanding of the purpose

20    for using vecuronium bromide?

21                    MR. SUTHERLAND:  Object to the form.  You

22          can answer.

23                    THE WITNESS:  I don't know, other than

24          it's one of the three drugs that we utilize for a

25          lethal injection.

1   BY MR. SABIS:

2        Q.      I'm sorry, the voice distorter.  Could

3   you repeat that answer, Team -- IV Team Member?  I'm

4   sorry.

5        A.      I'm not sure of the exact function of the

6   vecuronium bromide, other than it's the second drug or

7   chemical that we use in the lethal injection.

8        Q.      Do you understand why TDOC chose

9   vecuronium bromide for -- for use in executions?

10       A.      No, sir.

11       Q.      How was the dosage of vecuronium bromide

12   determined?

13               MR. SUTHERLAND:  Objection to the form.

14               THE WITNESS:  I'm not sure.

15   BY MR. SABIS:

16       Q.      Who made that determination?

17               MR. SUTHERLAND:  Objection to the form.

18       And don't identify anybody by name.

19               THE WITNESS:  I'm not sure.

20   BY MR. SABIS:

21       Q.      What type of drug is vecuronium bromide?

22               MR. SUTHERLAND:  Object to the form.

23               THE WITNESS:  I'm not sure.

24   BY MR. SABIS:

25       Q.      What is your understanding of the purpose

1    for using midazolam during an execution?

2        A.     I'm not sure.  I believe it's a drug that

3    puts the individual into a deep sleep.

4        Q.     What is your understanding for why TDOC

5    chose midazolam for this purpose?

6            MR. SUTHERLAND:  Object to the form.  He

7       can answer, if he knows.

8            THE WITNESS:  I'm not sure.

9  BY MR. SABIS:

10       Q.     How was the dosage of midazolam

11  determined?

12           MR. SUTHERLAND:  Same objection.

13           THE WITNESS:  You mean why we used 100

14       milliliters?

15  BY MR. SABIS:

16       Q.     Right now I'm just asking how it was

17  determined to use 100 milliliters of midazolam.

18       A.     I'm not sure.

19       Q.     Why is 100 milliliters of midazolam used?

20           MR. SUTHERLAND:  Object to the form,

21       based on his previous answer.

22           THE WITNESS:  I'm not sure.

23  BY MR. SABIS:

24       Q.     Who made the determination to use 100

25  milliliters of midazolam during the execution?

1              MR. SUTHERLAND:  Without identifying

2        anyone by name, you can answer if you know.

3              THE WITNESS:  I'm not sure.

4    BY MR. SABIS:

5        Q.      Without identifying anyone by name, who

6    made the determination to use midazolam at any dosage?

7              MR. SUTHERLAND:  Objection.

8              THE WITNESS:  I'm not sure.

9    BY MR. SABIS:

10       Q.      What type of drug is midazolam?

11       A.      I'm not sure.

12       Q.      Do you know midazolam's drug

13   classification?

14             MR. SUTHERLAND:  Object to the form.

15             THE WITNESS:  No, sir.

16   BY MR. SABIS:

17       Q.      Is midazolam typically used as an

18   anesthetic?

19             MR. SUTHERLAND:  Object to the form.

20             THE WITNESS:  I'm not sure.

21   BY MR. SABIS:

22       Q.      Is midazolam FDA-approved as the sole

23   drug to produce and maintain anesthesia during painful

24   surgical proceedings?

25             MR. SUTHERLAND:  Same objection.

1                THE WITNESS:  I'm not sure.

2  BY MR. SABIS:

3      Q.     Are you aware that midazolam has a

4  ceiling effect?

5                MR. SUTHERLAND:  Object to the form.

6                THE WITNESS:  I'm not sure.

7  BY MR. SABIS:

8      Q.     Do you know what a ceiling effect is?

9      A.     No, sir.

10      Q.     Are you aware that midazolam is highly

11  acidic?

12                MR. SUTHERLAND:  Object to the form.

13                THE WITNESS:  I'm not sure.

14  BY MR. SABIS:

15      Q.     What is your understanding of the purpose

16  for using potassium chloride?

17      A.     I'm not sure.

18      Q.     What is your understanding for why TDOC

19  chose potassium chloride for this purpose?

20      A.     I'm not sure.

21      Q.     How was the dosage of potassium chloride

22  determined?

23                MR. SUTHERLAND:  Object to the form.

24                THE WITNESS:  I'm not sure.

25  BY MR. SABIS:

Case 3:18-cv-01234   Document 184-26   Filed 03/17/22   Page 88 of 169 PageID #: 9811

1        Q.      Who made that determination?

2                MR. SUTHERLAND:  Don't identify anyone.

3    You can answer, if you know.

4                THE WITNESS:  I'm not sure.

5  BY MR. SABIS:

6        Q.      What type of drug is potassium chloride?

7        A.      I'm not sure.

8        Q.      Are any of the drugs listed here diluted

9  before they're administered?

10       A.      Yes.

11       Q.      Which ones?

12       A.      The vecuronium bromide.

13       Q.      Are any of the other drugs diluted?

14       A.      No.

15       Q.      Do you dilute the drugs?

16               MR. SUTHERLAND:  Object to the form.

17               THE WITNESS:  No.

18  BY MR. SABIS:

19       Q.      Who dilutes the drugs?

20       A.      The Executioner.

21       Q.      Have you ever diluted the drugs?

22       A.      No.

23       Q.      Do you watch the Executioner when the

24  Executioner dilutes the drugs?

25       A.      Yes.

1    Q.      Why?

2    A.      As an Observer, to make sure he -- he's

3  using the correct amount.

4    Q.      But if you don't know which drugs are

5  diluted, what is the purpose of you observing the

6  dilution?

7    A.      Because I'm observing when he draws up

8  the midazolam.  I observe the process when he draws up

9  the vecuronium bromide, the saline solutions in

10 between, and the potassium chloride.

11   Q.      I apologize.  Could you repeat that

12 answer, please?

13   A.      I observe when he draws up the midazolam,

14 the vecuronium bromide, the potassium chloride, and the

15 saline.

16   Q.      You've just -- you've just testified that

17 you don't know what these drugs do, correct?

18   A.      I don't know specifically what each one

19 does, but when he's drawing them up we look at the name

20 on the containers that the drugs are in and watch him

21 when he puts the -- the doses into the syringe.

22   Q.      What are you looking for when you're

23 observing him draw these drugs?

24   A.      That when he's drawing midazolam, it's

25 the midazolam.  We check to make sure that the

1    expiration date is good and that he's using two

2    syringes of 50 cc's each of the 5-milligram solution,

3    both for the midazolam and the same for the vecuronium

4    bromide and the potassium chloride, according to the

5    cc's that the solution is supposed to be in.

6          Q.       You've testified today that you attend an

7    annual training as part of the IV Team, correct?

8          A.       Yes, sir.

9          Q.       And you've attended monthly trainings, as

10   well, as part of the Execution Team, correct?

11         A.       Yes, sir.

12         Q.       Has anyone explained to you during these

13   trainings what these drugs are?

14         A.       Not that I recall.

15         Q.       Has anyone explained to you during these

16   trainings why these particular drugs are used?

17                  MR. SUTHERLAND:  Object to the form.

18                  THE WITNESS:  Not that I recall.

19   BY MR. SABIS:

20         Q.       Have you ever asked anyone about what

21   these drugs are?

22                  MR. SUTHERLAND:  Object to the form.

23                  THE WITNESS:  I may have at one time, but

24         I -- I just don't remember.  If somebody told me,

25         I just don't remember what they are.

Case 3:18-cv-01234   Document 184-26   Filed 03/17/22   Page 91 of 169 PageID #: 9814

1    BY MR. SABIS:

2        Q.      Have you ever asked anyone why these

3    particular drugs were chosen?

4        A.      I don't recall.

5        Q.      Do you keep any records regarding the

6    dilution of the drugs?

7        A.      I do not.

8                Just for clarification, when you say

9    "dilution of the drugs," are you talking about the

10   bacteriostatic water that we reconstitute the

11   vecuronium bromide with?

12   BY MR. SABIS:

13       Q.      I'm talking -- when I'm talking about

14   dilution, I'm talking about if a drug is diluted with

15   saline.

16       A.      Okay.

17       Q.      So with that -- with that clarification,

18   I'll ask again:  Do you keep any records of the

19   dilution of any drug?

20       A.      No, sir.

21       Q.      Does anyone on the IV Team?

22       A.      Not that I know of.

23       Q.      Does anyone on the Execution Team?

24       A.      Not that I know of.

25       Q.      Do you keep any records of when a drug is

1    reconstituted?

2         A.    It would be in the preparation when we're

3    drawing the vecuronium bromide.

4         Q.    And who records that?

5         A.    The Executioner Recorder.

6         Q.    Where are those records kept?

7         A.    Once it's filled out, the paperwork is

8    given to the Warden.

9         Q.    Turning back to Page 34 of the protocol.

10   On that page, it says that the drugs:

11             "Will either be FDA approved commercially

12             manufactured drugs or compounded

13             preparations prepared in compliance with

14             pharmaceutical standards consistent with

15             the United States Pharmacopoeia

16             guidelines."

17             Do you see that, that -- on that page?

18        A.    Yes, sir.

19        Q.    Are the drugs used in these executions

20   compounded?

21        A.    I think that maybe the vecuronium

22   bromide.  I'm not sure.

23        Q.    What is the difference between a

24   compounded and a manufactured drug?

25        A.    I'm not sure of the difference.

**Gibson Court Reporting**

1      Q.      Do you check the expiration dates of the

2 drugs before using them?

3      A.      We all verify the execution date -- I'm

4 sorry, the expiration date prior to using it.

5      Q.      When you say you all verify it, who are

6 you referring to -- without providing names?

7      A.      It's verified in the armory when it's

8 taken out prior to being moved to the execution chamber

9 by the Warden, the Executioner, the Executioner

10 Recorder, and both Observers.

11      Q.      All of those? So just to clarify, all of

12 those people participate in getting the drugs from the

13 armory?

14      A.      Yes.

15      Q.      And they all check the expiration dates

16 on the drugs?

17      A.      We all look at the expiration date.

18      Q.      Has the Execution Team ever used expired

19 drugs during an execution?

20      A.      No, sir.

21      Q.      Is there any circumstance under which the

22 Execution Team would use expired drugs during an

23 execution?

24      A.      No, sir.

25      Q.      Who would make a decision about what's to

```
 1   be done if they found that one of the drugs was

 2   expired?

 3                   MR. SUTHERLAND:  Object to the form.  You

 4        can answer, if you know.

 5                   THE WITNESS:  I'm assuming the Warden.

 6   BY MR. SABIS:

 7        Q.      Do you know for sure?

 8        A.      No.

 9        Q.      IV Team Member, would you please go to

10   Page 35 of the protocol.

11        A.      Okay.

12        Q.      And I'll give you a moment to read

13   through that.  Just let me know when you're ready.

14                   (Witness reviews document.)

15   BY MR. SABIS:

16        Q.      Have you had a chance to look at that, IV

17   Team Member?

18        A.      Yes, sir.

19        Q.      Under the "Storage of LIC," Section 1, it

20   says:

21                   "When the LIC is received, a member of the

22                   Execution Team and the Warden take the LIC

23                   to the armory area of Building 7 at the

24                   RMSI."

25                   Do you see that?
```

**Gibson Court Reporting**

```
 1          A.       Yes.

 2          Q.       Which member of the Execution Team takes

 3   the LIC to the armory area?

 4                   MR. SUTHERLAND:  Object to form.  He can

 5          answer, if he knows.

 6                   THE WITNESS:  I'm not sure.

 7   BY MR. SABIS:

 8          Q.       Was it ever you?

 9          A.       No.

10          Q.       Do you know if it's always the same

11   person?

12                   MR. SUTHERLAND:  Object to the form.

13                   THE WITNESS:  I'm not sure.

14   BY MR. SABIS:

15          Q.       Have you seen the storage container of

16   the LIC?

17          A.       You mean the one in the armory?

18          Q.       Yes.

19          A.       Yes, there's two.

20          Q.       When have you seen it -- or when have you

21   seen them?  Excuse me.

22          A.       I see them on the times that we verify

23   what was in the containers and the verification of the

24   drugs prior to us taking them out and on to the

25   execution chamber.
```

**Gibson Court Reporting**

1      Q.      Is this what you described before, how

2   the members of the team go to retrieve the LIC and

3   check the expiration date before the execution?

4      A.      Yes, sir.

5      Q.      Do you see the storage container of the

6   LIC any time other than before the execution?

7      A.      Only when we check the drugs when they

8   came in to look at the expiration or to check the

9   temperature inside of the storage container.

10      Q.      So you check the expiration date on the

11   drugs when the drugs were first received?

12      A.      I didn't see it when it was first

13   received.  I do recall meeting the Warden and other

14   members of the IV Team to check the -- the drugs.  This

15   was before the execution.

16      Q.      When is this before the execution?  Like

17   the day of?

18      A.      We check it the day of, and I'm pretty

19   sure we checked it one more time prior to that.  I

20   don't remember the exact date.

21      Q.      Take a look at Item 2 under "Storage of

22   LIC."  Do you see where it says "The Warden surrenders

23   the key?"  It's about halfway through that paragraph.

24      A.      Yes.

25      Q.      Who is that one member of the Execution

1   Team to whom that key is surrendered?

2               MR. SUTHERLAND:  Chris, can he just look

3       at Paragraph 2, just to see what key we're talking

4       about?

5               MR. SABIS:  Sure.

6               MR. SUTHERLAND:  Just review Paragraph

7       No. 2 there, and then he can -- he'll ask you a

8       question.  Let him know when you're done.

9               MR. SABIS:  Yes, just let me known when

10      you're ready, team leader -- or excuse me, IV Team

11      Member.  I didn't mean to rush anyone.

12              MR. SUTHERLAND:  You're good.

13              (Witness reviews document.)

14              THE WITNESS:  So I -- I've never seen the

15      Warden give that key to anyone.  The times that

16      I've seen it checked, the Warden was in the armory

17      with the Executioner and the other members of the

18      IV Team.  I haven't seen him surrender that key to

19      anyone at any time.

20  BY MR. SABIS:

21      Q.      And I apologize, IV Team Member.  The

22  distorter got a little weird there.

23              You're saying you've never seen that key

24  surrendered at any time; is that right?

25      A.      Yes, sir; that's correct.  I've never

1    seen it.

2        Q.     Looking at the last sentence of that

3    paragraph, that Section 2, it says:  "Only the Warden

4    or designee is allowed to access the storage

5    container."

6               Do you know who the designee is who's

7    allowed to access the storage container, other than the

8    Warden?

9        A.     No, sir.

10       Q.     It's never been you?

11       A.     No, sir.

12       Q.     IV Team Member, please go to Page 39 of

13   the protocol.  And I'll have questions about particular

14   parts of this.  Would you go ahead and read Item 1 and

15   let me know when you've finished.

16               (Witness reviews document.)

17               THE WITNESS:  Okay.

18   BY MR. SABIS:

19       Q.     Is the lethal injection room the lethal

20   injection Executioner's room that we saw on Page 10 in

21   that diagram?

22       A.     Yes, sir.

23       Q.     This paragraph talks about two members

24   who bring the LICs to the lethal injection room.

25   Without naming them, who are those two members?

```
 1        A.        It's the Executioner, the Executioner
 2   Recorder, and both Executioner Observers.
 3        Q.        So it's actually four members who
 4   participate in that move; is that right?
 5        A.        Yes, sir; we all go.
 6        Q.        When exactly is "prior to the execution?"
 7   When does this take place?
 8        A.        It's a couple hours prior to the
 9   execution.
10        Q.        How do you know when that's going to
11   happen?
12        A.        It's a time predetermined by the
13   Executioner and the Warden; normally, a couple hours
14   prior to the start of the execution to get everything
15   set up and start getting everything in order.
16        Q.        Who instructs you of that time?
17        A.        I normally get the time from either the
18   Warden or the Executioner.
19        Q.        In what container do you bring the LICs
20   to the Executioner's chamber?
21        A.        It's a bag with no markings on it.
22        Q.        What kind of bag?  Is it transparent,
23   plastic, paper?
24        A.        It's a -- just a regular bag that's
25   colored so you can't see inside of it.
```

**Gibson Court Reporting**

1      Q.      What's it made of?

2      A.      I'm not sure.

3      Q.      What exactly is the amount of chemicals

4  and saline sufficient to make two complete sets of nine

5  syringes each?

6              MR. SUTHERLAND:  Object to the form.

7              THE WITNESS:  I don't understand the

8      question.

9  BY MR. SABIS:

10     Q.      Well, in Paragraph 1, it talks about the

11  amount of chemicals in saline sufficient to make --

12  sufficient to make two complete sets of nine syringes

13  each.

14             How much is that amount?  How much do you

15  take from the -- from the armory?

16     A.      So we take -- in the midazolam, it's

17  5-milligram vials.  The saline is a minimum of 1,000

18  cc's in those bags.  And we're gonna have two of those.

19             The vecuronium bromide, it takes 10 of

20  those vials and 10 vials of the bacteriostatic water.

21             And the potassium chloride is 2 -- 2 ml's

22  of solution of potassium chloride in a 60-cc syringe, and

23  we use two of those.

24     Q.      Thank you for that answer.  Just to

25  unpack it a little bit, how many vials of midazolam do

1   you need to make two complete sets of drugs for the

2   execution?

3          A.     We need five.

4          Q.     How many vials of ver- -- I cannot say

5   this word.  I apologize, IV Team Member.

6          A.     Vecuronium bromide.

7          Q.     How many vials of vecuronium bromide do

8   you need to make two complete sets?

9          A.     Ten.

10         Q.     And how many vials of potassium chloride

11  do you need to make two complete sets?

12         A.     Two.

13         Q.     Who makes the determination on the amount

14  of -- on the number of vials of each drug to bring to

15  the Executioner's chamber?

16         A.     The Executioner.

17                MR. SUTHERLAND:  Object to the form.

18                THE WITNESS:  Sorry.

19  BY MR. SABIS:

20         Q.     And how do you know how many vials are

21  needed of each drug?  Who -- who informed you of that?

22         A.     It's set in the protocol.

23         Q.     Looking at the last sentence in 1 on this

24  page, it says:  "Only the Warden and one member of the

25  Execution Team have a key to the lethal injection

**Gibson Court Reporting**

1    room."

2                    Do you know who other than the Warden has

3    a key to the lethal injection room?

4          A.      The key is given to the Executioner.

5          Q.      Is it always the Executioner who holds

6    that key?

7          A.      Yes.

8          Q.      Have you ever held that key?

9          A.      No, sir.

10         Q.      Please take a look at Item 2 on Page 39.

11   And you can go ahead and read that.

12         A.      Okay.

13         Q.      Who draws the LICs into syringes?

14         A.      The Executioner.

15         Q.      Who observes and verifies that the

16   procedure has been carried out correctly?

17                    MR. SUTHERLAND:  Object to the form.

18                    THE WITNESS:  We all do.

19   BY MR. SABIS:

20         Q.      When you say "We all do," who are you

21   referring to?

22         A.      The execution Recorder, the execution

23   Observer, and the execution Observer No. 2.

24         Q.      So you play a part in observing and

25   verifying that the procedure is carried out correctly?

Case 3:18-cv-01234   Document 184-26   Filed 03/17/22   Page 103 of 169 PageID #: 9826

```
 1          A.      Yes, sir.

 2          Q.      How do you verify that it's been carried

 3   out correctly?

 4                  MR. SUTHERLAND:  Object to the form.

 5                  THE WITNESS:  By looking at what the

 6          Executioner is doing.  And also just observing

 7          each other.  We look at the paperwork that the

 8          execution Recorder is doing.  We observe the clock

 9          to make sure our times are good.  And we look at

10          the -- the monitor to observe the injection site.

11          We also observe when the Executioner is giving

12          the -- the chemicals.

13   BY MR. SABIS:

14          Q.      What are you doing while the LICs are

15   being drawn into the syringes?

16          A.      I'm watching the process of him drawing

17   them, the containers that he's pulling them out of.

18   And once he has them in the syringe, he passes it to

19   the Observer to look at and then the Observer shows me.

20          Q.      What does it mean for the procedure to be

21   carried out correctly?

22                  MR. SUTHERLAND:  Object to the form.

23                  THE WITNESS:  That we're doing things the

24          way the protocol says we're supposed to be doing

25          them.
```

 1   BY MR. SABIS:

 2        Q.      Do you have any background in chemistry?

 3                MR. SUTHERLAND:  Object to the form.

 4                THE WITNESS:  No, sir.

 5   BY MR. SABIS:

 6        Q.      Does anyone else on the IV Team?

 7        A.      Not that I know of.

 8        Q.      Are the same-sized syringes used for all

 9   three drugs?

10        A.      Yes.

11        Q.      What color is the content of the prepared

12   syringes of midazolam?

13        A.      I'm not sure.  I don't remember if

14   there's a color to it.

15        Q.      Is it clear?

16        A.      I don't recall, to be honest with you.

17        Q.      Do you recall if the syringe -- the

18   prepared syringe -- if the content of the syringes of

19   all three drugs is the same color?

20        A.      I don't remember.

21        Q.      How can you tell which drug is in which

22   syringe?

23        A.      Because the syringes are labeled.  For

24   the red set, it's labeled with a red sticker with a

25   number on it and also the drug on the label.

**Gibson Court Reporting**

```
1          Q.      Who labels the syringes?

2          A.      The Observer.

3          Q.      Which Observer?

4          A.      The first Observer.

5          Q.      So it's not you?

6          A.      No, sir.

7          Q.      Do you observe the first Observer

8   labeling the syringes?

9          A.      Yes, sir.

10         Q.      What happens to the empty vials after the

11  syringes are prepared?

12         A.      They're placed into a red biohazard bag.

13         Q.      And where is that located?

14         A.      Right up on the counter, inside the room.

15         Q.      Who is going to label the syringes now

16  that the first Observer has left TDOC?

17              MR. SUTHERLAND:  Object to the form.  He

18         can answer, if he knows.

19              THE WITNESS:  I'm not sure if there's

20         going to be another Observer to replace him or

21         not.

22  BY MR. SABIS:

23         Q.      Have you heard anything from anyone about

24  whether Observer No. 1 is going to be replaced?

25         A.      I have not.
```

**Gibson Court Reporting**

1        Q.        Please take a look at Item 4 on Page 39.
2    I believe it goes over to Page 40 of the protocol.
3    I'll give you a minute to take a look at that.  Let me
4    know when you're ready.
5        A.        I'm ready.
6        Q.        Okay.  Who is responsible for carrying
7    out each of the steps in Section 4?
8        A.        The Executioner.
9        Q.        And I believe you've testified before
10   that you observed the Executioner carrying out these
11   steps; is that right?
12       A.        Yes, sir.
13       Q.        Does anyone else observe the Executioner
14   carrying out these steps?
15                 MR. SUTHERLAND:  Object to the form.  You
16          can answer.
17                 THE WITNESS:  Yes.
18   BY MR. SABIS:
19       Q.        Have you seen written instructions on how
20   to prepare each of the three drugs?
21       A.        As far as in the protocols?
22       Q.        Anywhere.  Have you seen written
23   instructions on how to prepare each of these drugs
24   anywhere?
25       A.        In the protocols.

1          Q.      Have you ever seen any written

2     instructions for preparing the drugs besides what's in

3     the protocol?

4          A.      No, sir.

5          Q.      Does the person -- so the person mixing

6     the drugs is the Executioner, correct?

7          A.      Yes, sir.

8          Q.      Does the Executioner have written

9     instructions in the execution -- excuse me, in the

10    Executioner's room when mixing the drugs?

11         A.      No, sir.

12         Q.      Have you ever seen the Executioner using

13    instructions while he or she is mixing the drugs?

14         A.      No, sir.

15         Q.      Did you or the other Observer ever refer

16    to any instructions while the Executioner was mixing

17    the drugs?

18         A.      No, sir.

19                 MR. SUTHERLAND:  Object to the form.

20                 THE WITNESS:  No, sir.  Sorry.

21    BY MR. SABIS:

22         Q.      I'm sorry.  Could you repeat that answer,

23    IV Team Member?

24         A.      No, sir.

25         Q.      Are there instructions on how to mix the

1    drugs in the Executioner's room while the drugs are

2    being mixed?

3         A.        Not that I recall.

4         Q.        If you don't have any instructions there

5    while the drugs are being mixed, how do you know

6    whether the Executioner is preparing the drugs

7    correctly?

8         A.        By the protocols that we've been taught.

9         Q.        Do you have the protocols with you in the

10   execution room to review?

11        A.        I don't recall the protocols being in

12   there.

13        Q.        So you're just going by memory on what

14   was in the protocols while you're observing the

15   Executioner preparing the drugs?

16        A.        It -- it hasn't changed.  It's been the

17   same every practice every month and before the

18   execution.  If -- if the Executioner has the protocols,

19   I don't -- I don't remember seeing it.

20        Q.        Looking again on Page 39 in 4(c), the

21   "Vecuronium Bromide" paragraph, the first sentence

22   says:  "The vecuronium is in a powder form and must be

23   reconstituted with bacteriostatic water."

24              What does it mean to reconstitute

25   vecuronium bromide?

```
 1                    MR. SUTHERLAND:  Objection to the form.

 2                    THE WITNESS:  That it has to be mixed,

 3          the powder with the water.

 4    BY MR. SABIS:

 5          Q.      Who does this?

 6          A.      The Executioner.

 7          Q.      Do you observe the Executioner do this?

 8                    MR. SUTHERLAND:  Object to the form.

 9                    THE WITNESS:  Yes, sir.

10    BY MR. SABIS:

11          Q.      Does anyone else observe the Executioner

12    do this?

13                    MR. SUTHERLAND:  Same objection.

14                    THE WITNESS:  Yes, sir.

15    BY MR. SABIS:

16          Q.      Do you know how to reconstitute

17    vecuronium bromide?

18          A.      You take the bacteriostatic water and mix

19    it into a vial and shake it up.

20          Q.      How much water do you use?

21          A.      10 ml of bacteriostatic.

22          Q.      If you had to reconstitute the vecuronium

23    bromide yourself, could you do it?

24                    MR. SUTHERLAND:  Object to the form.

25                    THE WITNESS:  I believe I can.
```

```
 1   BY MR. SABIS:

 2        Q.      Have you ever done it before?

 3        A.      No, sir.

 4        Q.      Have you ever received training on how to

 5   do it?

 6                MR. SUTHERLAND:  Object to the form.

 7                THE WITNESS:  No, sir.

 8   BY MR. SABIS:

 9        Q.      Have you seen written instructions on how

10   to reconstitute vecuronium bromide?

11        A.      Not anything other than the protocols.

12        Q.      I'm sorry, could you repeat that?  I

13   apologize.

14        A.      Not anything other than the protocols.

15        Q.      So the only instructions you've seen on

16   reconstituting vecuronium bromide are in the protocols,

17   correct?

18        A.      Yes, sir.

19        Q.      And do you know -- is that how you know,

20   from reading the protocols, whether the Executioner is

21   reconstituting the vecuronium bromide correctly?

22        A.      Yes, sir.  And the Executioner -- when we

23   first got there it was training, and -- and we

24   practiced the same thing every single month.

25        Q.      Does the person -- does the Executioner
```

**Gibson Court Reporting**

1   have written instructions with him when reconstituting

2   the vecuronium bromide in the Executioner's chamber?

3          A.      Not that I recall, but I don't know

4   whether or not he has anything in writing or not.  I

5   don't remember seeing anything.

6                  MR. SABIS:  Can we go off the record for

7          a moment?

8                  THE VIDEOGRAPHER:  We're off the record

9          at 12:30 p.m.

10                 (Discussion off the record.)

11                 (Recess at 12:30 p.m. to 1:16 p.m.)

12                 THE VIDEOGRAPHER:  We're back on the

13         record at 1:16 p.m.

14                 MR. SUTHERLAND:  David, what's our time?

15                 THE VIDEOGRAPHER:  It might take me a

16         second to add up.

17                 MR. SABIS:  About 2:20 from my clock.

18         About 2:25.

19                 MR. SUTHERLAND:  Okay.  Very good.

20         Thanks.

21  BY MR. SABIS:

22         Q.      IV Team Member, welcome back.

23                 Did you speak with anyone during the

24  lunch break about the deposition?

25         A.      No, sir.

1      Q.      Did you speak with anybody during the

2   lunch break regarding your testimony in the deposition?

3      A.      No, sir.

4      Q.      Is there anything that is not part of the

5   protocol, Exhibit 1, that the IV Team consults in

6   preparing the midazolam?

7              MR. SUTHERLAND:  Object to the form.

8              THE WITNESS:  No, sir.

9   BY MR. SABIS:

10     Q.      Is there anything that is not part of the

11  protocol that the IV Team consults in preparing

12  vecuronium bromide?

13     A.      No, sir.

14     Q.      Is there anything that is not part of the

15  protocol that the IV Team consults in preparing

16  potassium chloride?

17     A.      No, sir.

18     Q.      IV Team Member, if you could go to Page

19  44 in the protocol.  Let me know when you're there.

20     A.      Okay.

21     Q.      Please read Item 1.  Take a moment, let

22  me know when you're done.

23              (Witness reviews document.)

24              THE WITNESS:  Okay.

25  BY MR. SABIS:

 1      Q.      You've testified that you observe the

 2   catheters to ensure that there's no swelling; is that

 3   right?

 4      A.      Yes, sir.

 5      Q.      How would you describe swelling?

 6      A.      Disfigurement from where the -- the IV is

 7   placed after the fact, once the catheter's been

 8   inserted.  Skin rising.

 9      Q.      Have you ever received training on

10   identifying swelling?

11      A.      Yes.

12      Q.      When?

13      A.      It was covered when we had the -- the IV

14   training several years ago.

15      Q.      Is that part of the annual training?

16      A.      No, sir; the training that we did, the

17   one-time training when someone came in and taught the

18   class on IVs.

19      Q.      So the original IV Team training you

20   described earlier?

21      A.      Yes, sir.

22      Q.      During an execution, have you ever

23   noticed a problem with the insertion of the catheters?

24      A.      No, sir.

25      Q.      What would you do if you did notice such

1   a problem?

2              MR. SUTHERLAND:  Objection to the form.

3      You can answer.

4              THE WITNESS:  I would notify the

5      Executioner.

6   BY MR. SABIS:

7      Q.    What would the Executioner do if there

8   were a problem with the catheters?

9              MR. SUTHERLAND:  Objection to the form.

10     He can answer, if he knows what the Executioner

11     would do.

12             THE WITNESS:  I don't.  I think that he

13     would notify the Warden if there's a problem.

14  BY MR. SABIS:

15     Q.    Have you ever received training on

16  identifying a problem with the catheter insertion?

17     A.    Nothing but the training that we had

18  initially.

19     Q.    Did you receive training on recognizing a

20  problem with catheter insertion during that initial IV

21  training?

22     A.    Yes, she did talk about that.

23     Q.    Have you received any other training on

24  that topic?

25     A.    No, sir.

1          Q.      If you notice a problem with the

2    insertion of the catheters, do you have the authority

3    to stop the process?

4                  MR. SUTHERLAND:  Objection to the form.

5                  THE WITNESS:  I don't know that I have

6          the authority as an Observer.  I would notify the

7          Executioner, and he the Warden.

8    BY MR. SABIS:

9          Q.      Does the Warden have the authority to

10   stop the process?

11                 MR. SUTHERLAND:  Objection to the form.

12         He can answer, if he knows.

13                 THE WITNESS:  I'm not sure.

14   BY MR. SABIS:

15         Q.      Take a look at Item 2 on Page 44, please.

16         A.      Okay.

17         Q.      Why is that in the protocol?

18                 MR. SUTHERLAND:  Objection to the form,

19         based on his prior answer.

20                 THE WITNESS:  I'm not sure.  I guess it's

21         to tell you that you tape the hands to the arm

22         support.

23   BY MR. SABIS:

24         Q.      Have you ever discussed with anyone why

25   this is in the protocol?

1          A.        No.

2          Q.        What type of movement is this seeking to

3    prevent?

4                    MR. SUTHERLAND:  Objection to the form.

5          You can answer.

6                    THE WITNESS:  Movement of the hands.

7    BY MR. SABIS:

8          Q.        Why is it seeking to prevent movement of

9    the hands?

10                   MR. SUTHERLAND:  Object to the form.  He

11         can answer, if he knows.

12                   THE WITNESS:  I believe it's in case

13         there is an IV in the back of the hand or the

14         wrist, to keep their hands still.

15   BY MR. SABIS:

16         Q.        What type of tape is used?

17         A.        It's whatever tape that -- the tape that

18   tapes the hands down?

19         Q.        Yes, what kind of tape is used to -- is

20   used for the procedure described in No. 2 here?

21         A.        I'm not sure what the tape is called.

22   It's a brown, brownish-colored tape.  I don't now.

23   I'm --

24         Q.        Is it a medical tape?

25         A.        I'm not sure what type of tape it is.

1          Q.        And I apologize.  I didn't mean to
2     interrupt you, IV Team Member.
3                    Does anyone remain inside the execution
4     chamber after the hands are taped in place?
5          A.        No one other than the Warden and the
6     Assistant Warden.
7          Q.        Please take a look at Item 4.  Item 4
8     talks about designated members of the IV Team entering
9     the lethal injection room and assuming their
10    preassigned stations.  Are you one of those
11    individuals?
12         A.        Yes, sir.
13         Q.        What is your preassigned station?
14                   MR. SUTHERLAND:  Objection to the form,
15           based on his prior answer.
16                   THE WITNESS:  Inside the lethal injection
17           room.
18    BY MR. SABIS:
19         Q.        Where are you in the lethal injection
20    room?
21         A.        Facing the window, I'm on the left-hand
22    side.
23         Q.        Who preassigns the stations inside the
24    lethal injection room for the designated members of the
25    IV Team?

1      A.      I don't think that they're preassigned.

2   I think it's by proxy.  The -- the monitor is on the

3   far left, so that's where I'm at.  The -- where we keep

4   the paperwork is on the far right, which is where the

5   execution Recorder is.

6              The Executioner is right in front where

7   the -- the IVs are.  And to the left is the red box

8   where the Observer sits.  So everybody is kind of just

9   in place.

10     Q.      Who instructed you where to be?

11     A.      When I got on the team, that was the spot

12  that was open.  That's the spot that they indicated.

13     Q.      Who is "they?"  Who assigned you to the

14  team?

15     A.      The Warden.

16     Q.      Does the Warden designate all members of

17  the Execution Team?

18              MR. SUTHERLAND:  Object to the form.  You

19        can answer.

20              THE WITNESS:  Yes.

21  BY MR. SABIS:

22     Q.      Please take a look at Section 4(a) on

23  this page.  It says that:  "An IV Team Member observes

24  the process, including monitoring catheter sites for

25  swelling and discoloration."

```
 1                    Is this referring to you?

 2        A.        Yes, sir.

 3        Q.        Please take a look at Section 4(b).  It

 4   says that "An IV Team Member observes the process and

 5   hands the syringes to the Executioner in the prescribed

 6   order."

 7                    Is this you?

 8        A.        No, sir.

 9        Q.        Without giving me a name, who is this?

10        A.        Observer 1.

11        Q.        How does Observer 1 know which order to

12   hand the syringes to the Executioner?

13        A.        They're numbered 1 through 9, 1 being the

14   closest to the Executioner.  And he just picks it up

15   and hands it to him in order.

16        Q.        Take a look at Section 5 on this page.

17   This talks about "The Executioner selects either the

18   left or right solution set line."

19                    Does the Executioner consult with anyone

20   in making this decision?

21        A.        No, sir.  As long as there are no issues

22   with the drip or -- or the swelling at the injection

23   sites, he always used the left side.  It's closest.

24        Q.        Why is the left line used if they're both

25   equal?
```

**Gibson Court Reporting**

1          A.          I'm assuming it's because it's the

2     closest.  The chemicals don't have as far to travel.

3          Q.          So you're saying it's the shortest

4     distance between the injection site and the prisoner?

5          A.          Yes, sir.

6          Q.          Do you know why the designation of the

7     left side being used if both sides are equal is in the

8     protocol?

9          A.          No, sir; I do not.

10         Q.          Have you ever discussed this provision

11    with anyone?

12         A.          No, sir.

13         Q.          Please take a look at Section 6 on this

14    page.

15         A.          Okay.

16         Q.          And what does it mean to clamp the line

17    near the spike?

18         A.          It's the -- to stop the -- the flow,

19    don't send any more down prior to pushing the

20    chemicals.

21         Q.          During an execution, are you able to see

22    the Warden signal the Executioner?

23         A.          Yes.

24         Q.          What is the signal?

25                      THE WITNESS:  Scott, am I allowed to say

```
 1        it?
 2                    MR. SUTHERLAND:  You are.
 3                    THE WITNESS:  He rubs his face with his
 4        hand.
 5   BY MR. SABIS:
 6        Q.      Did you see this signal during
 7   Mr. Irick's execution?
 8        A.      Yes.
 9        Q.      Take a look at Section 7, which is on
10   Page 45.
11        A.      Okay.
12        Q.      Does anyone on the IV Team measure the
13   pressure that is being used?
14                    MR. SUTHERLAND:  Object to the form,
15        based on his prior answer.
16                    THE WITNESS:  No, sir.
17   BY MR. SABIS:
18        Q.      In the second sentence of Section 7, it
19   says:
20                    "Should there be or appear to be any
21                    swelling around the catheter or if there is
22                    resistance to the pressure being applied to
23                    the plunger, the Executioner pulls the
24                    plunger back."
25                    Do you see that?
```

```
1           A.       Yes.

2           Q.       What qualifies as resistance to the

3    pressure being applied to the plunger?

4                    MR. SUTHERLAND:  Objection to the form.

5           He can answer, if he knows.

6                    THE WITNESS:  I think if there's

7           resistance in pushing the plunger in.

8    BY MR. SABIS:

9           Q.       Right.  But what -- what I'm asking is,

10   what is -- what qualifies as resistance?

11                   MR. SUTHERLAND:  Same objection.

12                   THE WITNESS:  I don't know, other than

13          the fact that if -- if you apply pressure, the

14          plunger should go in.  And if you apply pressure

15          to the plunger and there's nothing moving or going

16          in, then I would say that qualifies.

17   BY MR. SABIS:

18          Q.       Why is it okay for the execution to

19   proceed if the extension line starts to fill with

20   blood?

21                   MR. SUTHERLAND:  Object to the form.  He

22          can answer, if he knows.

23                   THE WITNESS:  If he draws back and blood

24          is in the line, that shows that he's in the -- in

25          the vein and he can proceed.
```

**Gibson Court Reporting**

1    BY MR. SABIS:

2         Q.      Who decides whether to discontinue the

3    line and start the process on the other side with the

4    backup set of syringes?

5         A.      The Executioner will let the Warden know,

6    and then they would go to the other line.

7         Q.      You testified a moment ago that Observer

8    1 is the individual who hands the Executioner the

9    syringes.  Is that always the case?

10        A.      Yes, for the most part.  I have seen the

11   box right in front of the Executioner.  He has picked

12   up the syringe, shown the Observer and shown Observer

13   No. 2 and the execution Recorder.

14               Every syringe that's picked up, we all

15   look at it to make sure it's the right number and we

16   verify as to the right amount of cc's in it.

17        Q.      Have you ever handed the syringe -- a

18   syringe to the Executioner?

19        A.      No, sir.

20        Q.      What are you doing while the syringes are

21   being handed to the Executioner?

22               MR. SUTHERLAND:  Objection to the form.

23               THE WITNESS:  Whoever picks up the

24        syringe, he shows everybody the syringe so we

25        verify the number and what syringe it is that

```
 1          we're using.  And as he hooks up the syringe, I'm
 2          looking at the IV site.
 3   BY MR. SABIS:
 4          Q.     What do you do if you observe that the
 5   order of the syringes is not correct?
 6                 MR. SUTHERLAND:  Object to the form.
 7                 THE WITNESS:  I would say something right
 8          then.
 9   BY MR. SABIS:
10          Q.     Who would you tell?
11          A.     The Executioner and everybody in the
12   room.
13          Q.     How does -- excuse me one moment.
14                 Please take a look at Section 9 on Page 45.
15   How does the IV Team ensure that the line is opened below
16   the spike to allow a drop of one to two drops per second
17   in the drip chamber?
18          A.     Once the clamp is open, you can look at
19   the -- the drip chamber and look at the drops that's
20   fallen.
21          Q.     Is the rate of the drops measured?
22          A.     It's normally one or two drops a second.
23          Q.     Is that timed?
24          A.     We mainly just do it by looking at it.
25          Q.     Who's responsible for observing that?
```

**Gibson Court Reporting**

1        A.        The Executioner.

2        Q.        How does the Executioner signal the

3   Warden that all of the LIC and saline solution have

4   been administered?

5        A.        A block is placed into the chamber.

6        Q.        Where is it placed into the chamber?

7        A.        I say the chamber; I mean the window, the

8   hole in the wall.

9        Q.        Understood.  Thank you.  What do you do

10  when this happens?

11       A.        I continue to observe the IV site, and

12  typically I look out the window and back and forth.

13       Q.        IV Team Member, would you please go to

14  Page 66 of the protocol.  This is the evening schedule

15  starting at 7:10.  Please let me know when you're

16  there.

17       A.        Okay.

18       Q.        Please take a moment to read Section 4.

19                 (Witness reviews document.)

20                 THE WITNESS:  Okay.

21  BY MR. SABIS:

22       Q.        Where is the lethal injection Recorder

23  located while the Executioner begins to administer the

24  first chemical?

25       A.        To the right of the Executioner.

 1          Q.       Take a look at Section 5.  It says that:

 2                   "After 500 milligrams of midazolam and a

 3                   saline flush have been dispensed, the

 4                   Executioner shall signal the Warden and

 5                   await further direction from the Warden."

 6                   What's the purpose of this pause?

 7          A.       It's to ensure that the midazolam has

 8  worked.

 9          Q.       How does the Executioner signal the

10  Warden?

11          A.       By placing a block into the -- into the

12  window.

13          Q.       How does the Warden decide how long to

14  wait?

15          A.       He waits two minutes.

16          Q.       And that's in Section 6, correct?

17          A.       Yes, sir.

18          Q.       Why two minutes?

19                   MR. SUTHERLAND:  Object to the form.

20                   THE WITNESS:  I'm not sure.  That's what

21          the protocol says.

22  BY MR. SABIS:

23          Q.       Who made the determination that it should

24  be two minutes?

25                   MR. SUTHERLAND:  Object to the form.

1          THE WITNESS:  I'm not sure.

2    BY MR. SABIS:

3       Q.      What is that determination based on?

4               MR. SUTHERLAND:  Same objection.

5               THE WITNESS:  Waiting on the two minutes

6    to occur.

7    BY MR. SABIS:

8       Q.      I'm sorry, could you repeat that, Team

9    Member?

10      A.      Waiting on the two minutes to occur.

11      Q.      Yes.  What is that determined -- why --

12   what was the determination that the Warden should wait

13   two minutes based on?  Why?  Why was it decided that

14   that should be two minutes?

15      A.      I'm not sure.

16      Q.      IV Team Member, would you please read

17   Section 7 on Page 66 and let me know when you're done.

18               (Witness reviews document.)

19               THE WITNESS:  Okay.

20   BY MR. SABIS:

21      Q.      The section talks about the consciousness

22   checks that the Warden conducts.  Did the Warden

23   perform each of these checks during Mr. Irick's

24   execution?

25      A.      Yes.

```
 1        Q.      What does it mean to be unconscious?

 2                MR. SUTHERLAND:  Object to the form.

 3                THE WITNESS:  Not moving, not responding.

 4   BY MR. SABIS:

 5        Q.      Is there a difference between being

 6   asleep and being unconscious?

 7                MR. SUTHERLAND:  Object to the form.

 8                THE WITNESS:  I would think so.

 9   BY MR. SABIS:

10        Q.      What is the difference between being

11   asleep and being unconscious?

12                MR. SUTHERLAND:  Same objection.

13                THE WITNESS:  Being asleep, I would think

14        that you could be awakened.  Unconscious, you're

15        not being awakened.  Not responding at all.

16   BY MR. SABIS:

17        Q.      You can't be awoken when you're

18   unconscious?

19        A.      I think that that's the difference, from

20   how I see it.  If you're unconscious, you're -- you're

21   not responding.  There's no responsiveness at all.

22        Q.      Can you be awakened when you're

23   unconscious?

24                MR. SUTHERLAND:  Object to the form.

25                THE WITNESS:  I guess -- I don't know if
```

1          there is a different type of unconsciousness or

2          not.  I guess you could be unconscious if you were

3          -- bumped your head and was knocked unconscious,

4          and maybe if something happened to bring you back

5          around.

6                  I think, for this, unconsciousness would

7          mean that he's not able to wake up or not waking

8          up.  Not responsive in any way.

9     BY MR. SABIS:

10         Q.     Is there a difference between

11    unresponsive and being insensate?

12                 MR. SUTHERLAND:  Object to the form.

13                 THE WITNESS:  I don't know the second

14         word.

15    BY MR. SABIS:

16         Q.     You don't know what "insensate" means?

17         A.     No.

18         Q.     Is there a difference between being

19    unresponsive and being unable to feel anything?

20                 MR. SUTHERLAND:  Object to the form.

21                 THE WITNESS:  I'm not sure.

22    BY MR. SABIS:

23         Q.     How can you tell whether someone is

24    unresponsive, as opposed to being unable to feel

25    anything?

1              MR. SUTHERLAND:  Object to the form.

2              THE WITNESS:  I'm not sure.

3    BY MR. SABIS:

4        Q.     What does "unresponsive" mean?

5              MR. SUTHERLAND:  Object to the form.

6              THE WITNESS:  That a person is not

7        responsive.

8    BY MR. SABIS:

9        Q.     Can you be unresponsive and still feel

10   things?

11             MR. SUTHERLAND:  Object to the form.

12             THE WITNESS:  I'm not sure.

13   BY MR. SABIS:

14       Q.     Can you be unresponsive and still feel

15   pain?

16             MR. SUTHERLAND:  Object to the form.

17             THE WITNESS:  I'm not sure.

18   BY MR. SABIS:

19       Q.     Are you aware of any medical standards

20   related to checking for consciousness?

21       A.     No, sir.

22       Q.     Have you ever been trained in how to

23   check for consciousness?

24       A.     Only what the protocol says.

25       Q.     Was checking for consciousness part of

1   your IV Team training?

2       A.     No, sir.

3       Q.     Was checking for consciousness part of

4   any of your annual trainings as a member of the

5   Execution Team?

6       A.     No, sir.

7       Q.     Have you ever received training on what

8   it means to be conscious?

9       A.     No, sir.

10       Q.     Is movement of the fingers an indicator

11   of consciousness?

12           MR. SUTHERLAND:   Object to the form.

13           THE WITNESS:   I'm not sure.   Just if

14      you -- if you move your fingers, you may be

15      conscious.   I'm not sure.

16   BY MR. SABIS:

17       Q.     All right.   You've testified before that

18   during an execution the prisoner's fingers are taped to

19   the arm support, correct?

20       A.     Yes.

21       Q.     Can the Warden see if the prisoner's

22   fingers move during an execution if they're taped to

23   the arm support?

24           MR. SUTHERLAND:   Object to the form.

25           THE WITNESS:   I'm not sure.

**Gibson Court Reporting**

 1  BY MR. SABIS:

 2       Q.      Does it matter to you whether the

 3  prisoner is conscious during an execution?

 4               MR. SUTHERLAND:  Object to the form.

 5               THE WITNESS:  I would think that he would

 6        need to be unconscious, as the protocol talks

 7        about that in No. 7.

 8  BY MR. SABIS:

 9       Q.      Is con- -- is unconsciousness the same

10  thing as unresponsiveness?

11               MR. SUTHERLAND:  Object to the form.

12               THE WITNESS:  I'm not sure.

13  BY MR. SABIS:

14       Q.      Take a look at Section 7, the last

15  sentence.  It says:  "If the condemned inmate is

16  responsive, the Warden shall direct the Executioner to

17  switch to the secondary IV line."

18               Do you see that?

19       A.      Yes, sir.

20       Q.      What does it mean to be responsive?

21               MR. SUTHERLAND:  Object to the form.

22               THE WITNESS:  If the inmate responded to

23        any of the three conscious checks.

24  BY MR. SABIS:

25       Q.      What do you mean when you say "to

```
 1   respond?"
 2                    MR. SUTHERLAND:  Object to the form.
 3                    THE WITNESS:  It's if the inmate -- if
 4           the Warden rubbed the back of the inmate, the
 5           eyelashes, and there was a response.  Or if he
 6           called his name and the inmate responded.  Or if
 7           he grabbed the trapezius muscle and twisted it; if
 8           the inmate responded to that, then I would say
 9           that would be a response.
10   BY MR. SABIS:
11           Q.      Can a movement be a response?
12                    MR. SUTHERLAND:  Object to the form.
13                    THE WITNESS:  I'm not sure.
14   BY MR. SABIS:
15           Q.      Can a sound be a response?
16                    MR. SUTHERLAND:  Object to the form.
17                    THE WITNESS:  I'm not sure.
18   BY MR. SABIS:
19           Q.      Why does the protocol require that the
20   prisoner is unconscious?
21                    MR. SUTHERLAND:  Object to the form.
22                    THE WITNESS:  I'm not sure.
23   BY MR. SABIS:
24           Q.      Have you ever discussed with anyone why
25   the protocol requires a prisoner to be unconscious?
```

1        A.        No, sir.

2        Q.        Have you ever discussed with anyone the

3   difference between unconsciousness and

4   unresponsiveness?

5        A.        No, sir.

6        Q.        Who determines whether the inmate is

7   responsive?

8        A.        The Warden.

9        Q.        Is it part of your duties to observe as

10  the Warden makes this assessment?

11       A.        No.

12       Q.        Is that part of anyone's duties to

13  observe while the Warden makes the assessment?

14       A.        I don't know if it's actually part of the

15  assignment; but, I mean, we're all watching to see if

16  there's any responses when the Warden do his conscious

17  checks.

18       Q.        So you watch --

19       A.        I don't remember --

20       Q.        I'm sorry, go ahead.  I apologize.

21       A.        I was going to say, I don't remember

22  seeing it written anywhere that we were supposed to

23  observe the Warden.

24       Q.        But you just said that you do watch the

25  consciousness check, correct?

```
 1          A.        Yes, sir; we do.

 2          Q.        If you disagree with the Warden's

 3     assessment during the consciousness check, what would

 4     you do?

 5                    MR. SUTHERLAND:  Object to the form.

 6                    THE WITNESS:  I would notify the

 7          Executioner and have him notify the Warden.

 8     BY MR. SABIS:

 9          Q.        If you disagreed with the Warden's

10     decision regarding consciousness, would you have the

11     authority to stop the procedure?

12                    MR. SUTHERLAND:  Object to the form.

13                    THE WITNESS:  I don't know that I would.

14     BY MR. SABIS:

15          Q.        Would the Executioner have authority to

16     stop the procedure?

17                    MR. SUTHERLAND:  Object to the form.

18                    THE WITNESS:  I don't know that he would.

19     BY MR. SABIS:

20          Q.        Have you trained for a contingency where

21     you or one of the other members of the Execution Team

22     disagrees with the Warden's determination on

23     consciousness?

24          A.        No.

25          Q.        Have you ever disagreed with the Warden's
```

1   assessment of responsiveness during a past execution?

2        A.     No, sir.

3        Q.     Why do you switch to the second IV line

4   if the inmate is responsive?

5            MR. SUTHERLAND:  Object to the form.

6            THE WITNESS:  Because that's what the

7       protocols say.  And if he's conscious, we move to

8       the second set.

9  BY MR. SABIS:

10       Q.     Why does the -- excuse me, I'm sorry.

11  Why does the protocol say that?

12           MR. SUTHERLAND:  Object to the form.

13           THE WITNESS:  I'm not sure.

14  BY MR. SABIS:

15       Q.     IV Team Member, please take a look at

16  Section 8 on Page 66.  You can read that.  Let me know

17  when you've had a chance to read it.

18           (Witness reviews document.)

19           THE WITNESS:  Okay.

20  BY MR. SABIS:

21       Q.     What is the purpose of the five-minute

22  waiting period following the completion of the lethal

23  injection process?

24           MR. SUTHERLAND:  Object to the form.  He

25       can answer, if he knows.

**Gibson Court Reporting**

1      THE WITNESS:  To make sure that all of

2          the chemicals have worked like they were supposed

3          to.

4  BY MR. SABIS:

5      Q.      Have you ever discussed the purpose of

6  this waiting period with anyone?

7      A.      I may have discussed it briefly early on,

8  saying that I might have asked, "Why do we wait two

9  minutes, or why do we wait five minutes?"

10      Q.      Who would you have discussed it with?

11      A.      It probably would have been somebody on

12  the IV Team, maybe the Executioner.  I don't know.  One

13  of the IV members.

14      Q.      What do you do while the physician is

15  completing his examination?

16      A.      I'm just observing, observing the

17  process.  Watching the inmate, watching the -- the

18  doctor.

19      Q.      Section 8 says that -- at the last --

20  excuse me, the second-to-the-last sentence says that

21  "The physician reports his findings to the Warden or

22  designee."

23          In Mr. Irick's execution, did the

24  physician report -- did the Warden report -- I'm sorry,

25  let me back up and ask that question again.  I

1    apologize.

2            During Mr. Irick's execution, did the

3    physician report his findings to the Warden or to the

4    Warden's designee?

5        A.       To the Warden.

6        Q.       Have you ever sent the physician report

7    findings to anyone other than the Warden?

8        A.       No, sir.

9        Q.       The protocol mentions a closed-circuit TV

10    camera. Is that the pan-tilt-zoom camera?

11        A.       Yes, sir.

12        Q.       Is there another camera in the execution

13    area, other than the pan-tilt-zoom camera?

14        A.       Not that I'm aware of.

15            Excuse me. When I say that, I guess

16    there's two cameras, because I have two different views.

17    Is that what you're talking about?

18        Q.       You're -- you're referring to the two

19    views on the -- on the pan-tilt-zoom camera?

20        A.       Yes, sir. But one of them is a

21    stationary and one of them is a pan-tilt-zoom.

22        Q.       Is there any camera in the execution area

23    other than the cameras that feed into that view -- that

24    feed into the pan-tilt-zoom camera view?

25        A.       Not that I know of.

1          Q.      Would you please go to Page 69 of the

2    protocol.  And please read that over and let me know

3    when you're ready.

4                    (Witness reviews document.)

5                    THE WITNESS:  Okay.

6    BY MR. SABIS:

7          Q.      Are there contingency issues listed --

8    are the contingency -- excuse me, I will try that

9    again.  Boy, that's two in like two minutes.

10                   Are the contingency issues listed on this

11   page the only contingency issues you are prepared to

12   address during an execution?

13         A.      Yes.

14         Q.      Do you receive any training on any other

15   contingency issue aside from those listed on this page?

16         A.      No, sir.

17         Q.      What would happen if a different

18   contingency arose during an execution?  And I'll give

19   you an example.

20                   For example, what would happen if the

21   prisoner had an unanticipated medical issue?

22                   MR. SUTHERLAND:  Object to the form.

23                   THE WITNESS:  I'm not sure.

24   BY MR. SABIS:

25         Q.      What would happen if a member of the

Case 3:18-cv-01234   Document 184-26   Filed 03/17/22   Page 140 of 169 PageID #: 9863

 1   Execution Team had an unanticipated medical issue?

 2                   MR. SUTHERLAND:  Object to form.  And

 3        just to save time, I'll object to all these

 4        questions about what-ifs.

 5                   THE WITNESS:  Yeah, I'm not sure.

 6   BY MR. SABIS:

 7        Q.      Whose duty is it to make decisions about

 8   how to address contingencies that are not provided for

 9   in the protocol?

10                   MR. SUTHERLAND:  Object to the form.

11                   THE WITNESS:  I assume the Warden.

12   BY MR. SABIS:

13        Q.      Does the Warden have unilateral authority

14   to address other contingencies?

15                   MR. SUTHERLAND:  Object to the form.

16                   THE WITNESS:  I'm not sure.  It's just an

17        assumption.

18   BY MR. SABIS:

19        Q.      Around the middle of the page, it talks

20   about switching to the secondary IV line.  Do you see

21   that?

22        A.      Yes, sir.

23        Q.      Why would you switch to the secondary IV

24   line and begin the administration of the second set of

25   syringes using the reserve tray?

1    A.      If a --

2              MR. SUTHERLAND:  Objection.

3              THE WITNESS:  I'm sorry.

4              MR. SUTHERLAND:  Object to the form.  You

5        can answer.

6              THE WITNESS:  I think for several

7        reasons.  If one, there's an issue with the IV

8        line; for instance, swelling.  If there was

9        resistance in pushing.  Or if we got through the

10       midazolam and the inmate was conscious, then we

11       would switch to the second set.

12  BY MR. SABIS:

13       Q.      If the second set of syringes is

14  injected -- excuse me, let me -- let me rephrase.

15              If the Executioner injects all four

16  syringes of midazolam, how much total midazolam is

17  injected into the prisoner?

18              MR. SUTHERLAND:  Objection to the form.

19              THE WITNESS:  It's 100 cc's in the first

20       one and 100 cc's in the second one.

21  BY MR. SABIS:

22       Q.      So a total of 200 cc's?

23       A.      Yes.

24       Q.      What are the effects of that quantity of

25  midazolam on a person?

1             MR. SUTHERLAND:  Object to the form.

2             THE WITNESS:  I'm not sure.

3   BY MR. SABIS:

4        Q.    Has anyone ever discussed that with you?

5        A.    No, sir.

6        Q.    Have you received any training regarding

7   that issue?

8        A.    No, sir.

9        Q.    Have you ever researched that question

10  yourself?

11       A.    No, sir.

12       Q.    What happens if the prisoner is

13  responsive following administration of the second set

14  of midazolam syringes?

15            MR. SUTHERLAND:  Object to the form.

16            THE WITNESS:  I'm not sure.

17  BY MR. SABIS:

18       Q.    Does the protocol provide for that

19  contingency?

20       A.    It does not.

21       Q.    Who would have the authority to decide

22  what to do in that situation?

23            MR. SUTHERLAND:  Object to -- object to

24       the form.  You can answer, if you know.

25            THE WITNESS:  I'm not sure.

1    BY MR. SABIS:

2         Q.      What happens if the prisoner is not

3    deceased after the first set of syringes of all three

4    drugs is administered?

5         A.      We move to the second set.

6         Q.      What if the prisoner is not deceased

7    after the full second set has been administered?

8         A.      I'm not sure.

9         Q.      Have you ever received training on that

10   scenario?

11        A.      No, sir.

12        Q.      Have you ever received training on a

13   scenario where the first set of syringes does not

14   result in death?

15        A.      Training-wise?  That was the question?

16        Q.      Yes.  Have you ever been trained -- have

17   you ever received training on what happens if the first

18   set of syringes does not result -- result in death?

19        A.      Yes, sir.

20        Q.      Which training did you receive that

21   training in?

22        A.      The training several times during the

23   course of the training.  It just depends on what the

24   Warden does on that day.  But oftentimes he will

25   simulate that the first set did not work and we start

 1    the second set.

 2         Q.      Is this during the monthly trainings?

 3         A.      Yes, sir.

 4         Q.      How many monthly trainings have you

 5    attended, would you estimate, during your time on the

 6    IV Team?

 7         A.      I miss very few.  I try to attend all of

 8    them unless there's an obligation with my primary job

 9    that interferes.

10         Q.      Would you say less than ten?

11              MR. SUTHERLAND:  Object to the form.

12              THE WITNESS:  Since when?

13    BY MR. SABIS:

14         Q.      Since you've become a member of the IV

15    Team, would you say you've attended less or more than

16    ten monthly trainings?

17         A.      More than ten.

18         Q.      Would you say more than 20?

19         A.      Yes.

20              MR. SUTHERLAND:  Object to the form.

21    BY MR. SABIS:

22         Q.      More than 30?

23              MR. SUTHERLAND:  Same objection.

24              THE WITNESS:  I'm not sure.  I think I've

25         been there about three, about three and-a-half,

Case 3:18-cv-01234   Document 184-26   Filed 03/17/22   Page 145 of 169 PageID #: 9868

1          maybe four years.  Maybe three.  And if we're

2          doing them every month, I've -- I've missed a

3          handful.

4                   But not very often do I miss.  I try to

5          attend training when it's scheduled.

6    BY MR. SABIS:

7          Q.      What happens if, during an execution, if

8    the IV catheter is dislodged?

9          A.      I've never seen it happen.  It's taped in

10   place.  If it would, I'd assume we'd go to the -- the

11   other IV.

12         Q.      Have you received training on that

13   scenario?

14         A.      Not specifically the scenario that you

15   mentioned about becoming disconnected.

16         Q.      What happens if the IV catheter is

17   infiltrated?

18         A.      What do you mean when you say

19   "infiltrated?"

20                 MR. SUTHERLAND:  Object to the form.

21   BY MR. SABIS:

22         Q.      All right.  Do you know what happens if

23   the IV catheter becomes blocked?

24         A.      We would go to the second IV.

25         Q.      What happens if the prisoner shows signs

1    of severe pain during the execution?

2                       MR. SUTHERLAND:  Object to the form.

3                       THE WITNESS:  I'm not sure.

4    BY MR. SABIS:

5         Q.      Have you ever seen this before?

6         A.      No, sir.

7         Q.      Do you monitor the prisoner for signs of

8    severe pain?

9         A.      I'm not sure what a sign of severe pain

10   would look like.  Typically, after the midazolam is

11   started, the inmate is unconscious.  I haven't seen

12   anything other than that.

13        Q.      Does anyone on the Execution Team observe

14   the prisoner for signs of severe pain?

15                      MR. SUTHERLAND:  Object to the form.

16                      THE WITNESS:  I'm not sure.

17   BY MR. SABIS:

18        Q.      What would you do if you saw that a

19   prisoner was in severe pain after the first injection?

20        A.      If the inmate appeared to be in some type

21   of distress and was not unconscious after the first

22   injection, I would immediately notify the Executioner

23   so he could notify the Warden.

24        Q.      Would the Executioner have the authority

25   to stop the procedure?

**Gibson Court Reporting**

```
 1                    MR. SUTHERLAND:  Object to the form.

 2                    THE WITNESS:  I'm not sure.

 3    BY MR. SABIS:

 4         Q.      Would the Warden have the authority to

 5    stop the procedure?

 6                    MR. SUTHERLAND:  Same objection.

 7                    THE WITNESS:  I'm not sure.

 8    BY MR. SABIS:

 9         Q.      Have you ever received training on what

10    to do if the prisoner showed signs of severe pain after

11    the first injection?

12         A.      No.

13         Q.      Have you ever discussed this contingency

14    with anyone?

15         A.      Not specifically if the inmate looked

16    like he was in severe pain, no.

17         Q.      Have you ever discussed it with anyone

18    generally?

19         A.      No, sir.

20         Q.      What happens if the TDOC loses power and

21    the pan-tilt-zoom camera goes out during an execution?

22                    MR. SUTHERLAND:  Object to the form.

23                    THE WITNESS:  I'm not sure.

24    BY MR. SABIS:

25         Q.      Have you ever trained on that scenario?
```

**Gibson Court Reporting**

 1          A.        No, sir.

 2          Q.        Would you go to Page 32 of the protocol,

 3   please, IV Team Member.

 4          A.        Okay.

 5          Q.        We've talked a bit about your training.

 6   I might want to ask you about a few more details about

 7   it.

 8                    If you take a look about halfway down on

 9   Page 32, it says:  "Additionally, the Warden or

10   designee holds a class during which the manual is

11   reviewed and clearly understood by all participants."

12                    Do you see that?

13          A.        Where is that again?

14          Q.        It's in, if you take a look -- I

15   apologize.  If you take a look in Section 1, under

16   "Training."

17          A.        Okay.  Yeah, I see it.

18          Q.        When is that training held?

19          A.        I don't know the exact day or month, but

20   we do it every year.

21          Q.        So is that -- okay.  Well, let me --

22   okay.  Now that you've said that, let me ask this.

23                    The last sentence in Section 1 says:  "At

24   least annually, the Warden or designee holds an

25   execution manual review class for all members of the

1   Execution Team."

2            Is this review class the same as the annual

3   training mentioned earlier in Section 1?

4            MR. SUTHERLAND:  Object to the form.

5            THE WITNESS:  I'm not sure this --

6   BY MR. SABIS:

7       Q.      Let me rephrase.  I apologize.  Let me

8   rephrase.

9            The annual training that's discussed in

10   the last sentence of Section 1; is that the same

11   training that is discussed in the sentence before?

12            THE WITNESS:  One second.

13            (Technical pause.)

14            THE WITNESS:  My foot accidentally

15       knocked a wire loose.  I put it back.

16            And I'm sorry, can you ask the question

17       one more time?

18   BY MR. SABIS:

19       Q.      The training that is described, the

20   annual training that is described in the last sentence

21   of Section 1; is that the same training that is

22   described in the sentence before in Section 1?

23            MR. SUTHERLAND:  I'm going to object to

24       the form of that question, and he can answer it if

25       he knows.

1            THE WITNESS:  I'm not sure, but we do

2        have an annual training with the whole team

3        annually.

4    BY MR. SABIS:

5        Q.      When you become a new member of the

6    Execution Team, do you attend a class that is different

7    from the annual training described in the last sentence

8    in Section 1?

9        A.      I can only speak for myself.  When I

10   became a member, I met with the Warden.  He gave me

11   time to go over the entire manual, the process.  Talked

12   to me about if I had any questions or concerns.  And

13   then I started attending the training.

14            Then annually the entire team gets

15   together, and the Warden goes over the training page by

16   page from beginning to the end.

17       Q.      That initial meeting you just described

18   with the Warden where you reviewed the manual, was that

19   the training that's described in the second sentence of

20   Section 1, where it says:  "Additionally, the Warden or

21   designee holds a class during which the manual is

22   reviewed?"

23            MR. SUTHERLAND:  Objection to the form.

24            THE WITNESS:  I don't know if that's

25       specifically what that's talking about or not,

1      when it says "a class."  It don't specify if it's

2      for a new person or not.

3  BY MR. SABIS:

4      Q.      You have mentioned during your testimony

5  today receiving IV Team training, attending annual

6  training, and attending monthly trainings.

7           Have you attended any trainings other than

8  those that I just listed?

9      A.      No, sir.

10      Q.      Now, going back to that last sentence in

11  Section 1:  "At least annually, the Warden or designee

12  holds an execution manual review class for all members

13  of the Execution Team."  What's covered in the review

14  class?

15           MR. SUTHERLAND:  Objection to the form.

16           THE WITNESS:  It covers the entire

17      manual, from the front to back.

18  BY MR. SABIS:

19      Q.      When did you most recently attend this

20  class?

21      A.      It would have been last year sometime.

22      Q.      Who else attends these classes?

23           MR. SUTHERLAND:  Objection to the form.

24           THE WITNESS:  The entire -- the entire

25      team.

 1   BY MR. SABIS:

 2        Q.      If you miss one of these classes, do you

 3   need to make it up?

 4        A.      I would say yes, because if you're on the

 5   team you have to have that every year.

 6        Q.      Are you referring to the annual training?

 7        A.      Yes.

 8        Q.      If you miss one of the monthly trainings

 9   that you've described, do you have to make that up?

10              MR. SUTHERLAND:  Objection to the form.

11              THE WITNESS:  I have not.

12   BY MR. SABIS:

13        Q.      Have you reviewed the protocol

14   individually outside of the classes and trainings?

15        A.      Yes.

16        Q.      Why?

17        A.      Just as a refresher.  And typically, if

18   an execution is coming up I review the protocol manual

19   just on my own to make sure my mind's refreshed and to

20   go over things.

21        Q.      Is that individual review a requirement

22   by TDOC?

23        A.      Not that I know of.

24        Q.      Is it required by the Warden?

25        A.      Not that I know --

 1                    MR. SUTHERLAND:  Objection.

 2                    THE WITNESS:  Sorry.  Not that I know of.

 3    BY MR. SABIS:

 4        Q.      Please read Item 2 on Page 32.  Let me

 5    know when you're done.

 6                    (Witness reviews document.)

 7                    THE WITNESS:  Okay.

 8    BY MR. SABIS:

 9        Q.      How long does the simulation of Day 3

10    take?

11        A.      It just depends on how often the Warden

12    wants to do it, if he's satisfied with how the

13    procedure or the process went.

14                    It can vary.  If he decides to switch to

15    the second set, it'll take a bit longer.  Or if he

16    observes something that didn't look good, he's going to

17    want us to do it again.

18                    So it could vary.  It normally takes an

19    hour and 15, 20 minutes, and sometimes it can take

20    longer.

21        Q.      What is the additional training that

22    takes place within two weeks of a scheduled execution?

23        A.      We train and simulate Day 3 two days a

24    week.

25        Q.      What's covered during those additional

**Gibson Court Reporting**

1    trainings?

2        A.     It's the -- it's the same exercise that

3    we do on regular training, except we are doing it twice

4    a week.

5        Q.     When did you most recently participate in

6    a training related to your role on the Execution Team?

7        A.     Last month.  Or was it this month?  It

8    might have been the first week of September.  I don't

9    remember.

10        Q.     Item 2 goes on to talk about simulations.

11    Do you see that?

12        A.     Yes.

13        Q.     It refers to volunteers playing the role

14    of condemned inmate and physician.  Do you see that?

15        A.     Yes.

16        Q.     Who are the volunteers, without

17    identifying names?

18        A.     TDOC staff.

19        Q.     Have you ever played a role as a

20    condemned inmate?

21        MR. SUTHERLAND:  Object to the form.

22        THE WITNESS:  No, sir.

23    BY MR. SABIS:

24        Q.     Have you ever played a role of a

25    physician in the simulation?

```
1              MR. SUTHERLAND:  Object to the form.

2              THE WITNESS:  No, sir.

3    BY MR. SABIS:

4         Q.    When you say that TDOC staff are the

5    volunteers, are you referring to TDOC staff aside from

6    the members of the Execution Team?

7         A.    No, sir; members of the Execution Team.

8         Q.    Are all of the volunteers members of the

9    Execution Team?

10             MR. SUTHERLAND:  Objection to the form.

11             THE WITNESS:  Yes, sir.

12   BY MR. SABIS:

13        Q.    Who fills the role of an Execution Team

14   member who is playing a volunteer during a simulation?

15        A.    Just another member of the team.

16        Q.    Are there any additional team members

17   added to the simulation?

18        A.    Not that I know of.

19        Q.    Is IV insertion simulated?

20        A.    It's not simulated.  It's -- it's done.

21        Q.    How is that done?

22             MR. SUTHERLAND:  Object to the form.

23             THE WITNESS:  By an EMT that goes through

24        the process.  Instead of using chemicals we

25        simulate with the solution, IV solution.
```

1   BY MR. SABIS:

2        Q.      Has access been achieved in the

3   antecubital fossa during each simulation you've been a

4   part of?

5        A.      Say that one more time?

6        Q.      Sure.  Has access been achieved in the

7   antecubital fossa during each simulation you've been a

8   part of?

9                MR. SUTHERLAND:  Object to the --

10               THE WITNESS:  Not all -- not -- I'm

11       sorry; go ahead, Scott.

12               MR. SUTHERLAND:  Do you want to ask him

13       two questions, Chris?  Object to the form.

14  BY MR. SABIS:

15       Q.      Like during the simulations, does the

16  team attempt to achieve insertion of the IV into the

17  antecubital fossa?

18       A.      So, yes, but they don't always get a good

19  line there.  Sometimes they have to go to the back of

20  the hand or the wrist.

21       Q.      About how often do they have to go to the

22  wrist?

23       A.      It's not often, but I have seen it done

24  on several occasions.

25       Q.      During the simulations, how does the

1    Execution Team practice push rate?

2                    MR. SUTHERLAND:  Object to the form.

3                    THE WITNESS:  They use the same thing; a

4            slow, steady push.  I'm not sure that it's rated

5            in any kind of way, other than a slow push without

6            meeting resistance.

7    BY MR. SABIS:

8        Q.      Is the speed of the saline push measured

9    in any way during the simulation?

10                   MR. SUTHERLAND:  Object to the form.

11                   THE WITNESS:  Not that I know of.

12   BY MR. SABIS:

13       Q.      Is there a specific push rate that is

14   appropriate for any of the chemicals used in an

15   execution?

16                   MR. SUTHERLAND:  Object to the form.

17                   THE WITNESS:  Not that I know of.

18   BY MR. SABIS:

19       Q.      Is the physician ever involved in any

20   training with the rest of the Execution Team?

21       A.      No, sir.

22       Q.      Is any other medical professional

23   involved in any training with the Execution Team?

24       A.      Not other than the two EMTs.

25       Q.      Is the pan-tilt-zoom camera turned on

1   throughout the entire practice session?

2      A.     Yes, sir; from the time I get in to the

3   time we finish.

4      Q.     Is it your responsibility to ensure that

5   the camera is operable?

6          MR. SUTHERLAND:   Objection to the form.

7          THE WITNESS:   It is mine, but I also have

8       a member of the IT Team on standby if there's any

9       problems.

10   BY MR. SABIS:

11      Q.     IV Team Member, would you please go to

12   Page 31 of the protocol.

13      A.     Okay.

14      Q.     We've talked about how you're a member of

15   the IV Team.   Without providing a name, who selected

16   you to be a member of the IV Team?

17          MR. SUTHERLAND:   Object to the form,

18       based on his prior answer.

19          THE WITNESS:   The Warden.

20   BY MR. SABIS:

21      Q.     Did you apply for the position?

22      A.     No, sir.

23      Q.     How did you learn about the position?

24      A.     The Warden.

25      Q.     Did anyone recommend you for the

**Gibson Court Reporting**

1  position?

2       A.      I think I talked to the Commissioner

3  about it, and he asked me what my thoughts were and I

4  told him I didn't have a problem with it. And then I

5  was contacted by the Warden.

6       Q.      You said you spoke to the Commissioner.

7  Did the Commissioner approach you or did you approach

8  the Commissioner?

9       A.      No, I think we was talking about an

10 execution and the conversation came up.

11      Q.      Who brought up the idea of you joining

12 the IV Team, you or the Commissioner?

13      A.      I don't know if it was me or not, to be

14 honest with you.

15      Q.      Did you have an interview for the

16 position?

17      A.      I spoke with the Warden about it.

18      Q.      What was discussed during the interview?

19      A.      It was just I guess general questions

20 about how I felt about it, if I thought I could go

21 through with it if I was assigned to the team.

22          Talked about my ability to make sure that

23 we don't talk about it, about it being confidential.

24 We talked about being professional at all times. Just

25 stuff like that.

1      Q.      Do you know if any other TDOC employees
2  applied for the position on the IV Team?
3      A.      I don't know if the folks that's on there
4  applied or they was chosen, or -- or how that went.
5  I'm not sure.  I didn't ask them.
6      Q.      Going back briefly to your conversation
7  with the Commissioner, you said that you spoke to the
8  Commissioner.  You were speaking to the Commissioner
9  about an execution when the topic came up of you
10  joining the IV Team.  Am I right?
11      A.      Yes, sir.
12      Q.      Which execution were you discussing?
13      A.      I don't remember.  It was quite some time
14  ago, and it was just -- I'm not even sure if one was
15  coming up.  I was talking about the execution detail,
16  and I really don't remember how that conversation came
17  up.
18      Q.      What did the Commissioner say to you
19  during this conversation?
20      A.      It would have been a brief conversation.
21  And I don't recall if he specifically asked me if I
22  wanted to be a member of the team or what my thought
23  was on it, or if I said something to the fact maybe of
24  "How do you get on the team?"  And he probably would
25  have said, "The Warden is the one who makes the

```
 1    appointments."

 2         Q.      What qualifications do you have for your

 3    position on the IV Team?

 4                 MR. SUTHERLAND:  Objection to the form.

 5                 THE WITNESS:  I have all of those that's

 6         listed:  Length of service.  Ability to remain

 7         confidentiality.  Maturity.  Willingness to

 8         participate.  Satisfactory work performance.

 9         Professionalism.

10                 I'm assuming that someone made a

11         recommendation to the Warden, and a review of my

12         personnel file by the Warden prior to selection.

13    BY MR. SABIS:

14         Q.      If you look at the bottom half of Page 31

15    of the protocol, it says:  "The following positions on

16    the Execution Team are specialized and have specific

17    requirements."

18                 Do you see that?

19         A.      Yes, sir.

20         Q.      Is your position considered specialized?

21                 MR. SUTHERLAND:  I'm going to object,

22         based on his prior answers on this very same

23         topic.  You may answer.

24                 THE WITNESS:  Yes, sir.

25    BY MR. SABIS:
```

1          Q.      Has anyone talked to you about replacing

2     IV Team Observer 1?

3                    MR. SUTHERLAND:  Same objection.

4                    THE WITNESS:  No, sir.

5                    MR. SABIS:  Well, let me clarify, Scott,

6          because I'm not trying to ask the same question

7          again.

8     BY MR. SABIS:

9          Q.      Has any -- IV Team member, has anyone

10    talked to you personally about you replacing IV Team

11    Observer 1?

12         A.      No, sir; not that I can -- I can recall.

13                   MR. SABIS:  Can we go off the record?

14                   THE VIDEOGRAPHER:  We are off the record

15         at 2:24 p.m.

16                   (Recess at 2:24 p.m. to 2:31 p.m.)

17                   THE VIDEOGRAPHER:  We're back on the

18         record at 2:31 p.m.

19                   MR. SABIS:  IV Team Member, thank you

20         very much for putting up with me today.  I'll only

21         keep you for a few more minutes.

22    BY MR. SABIS:

23         Q.      Are you aware that some states perform

24    executions by firing squad?

25         A.      No, sir.

1          Q.       Do you carry a firearm?

2          A.       I do.

3          Q.       Do you carry a firearm in connection with

4    your work?

5          A.       Yes, sir.

6          Q.       I believe you mentioned earlier that you

7    do have firearms training; is that right?

8          A.       Yes, sir.

9          Q.       Were you required to complete firearms

10   training as an employee of TDOC?

11         A.       Yes, sir.

12         Q.       Without specifically identifying anyone

13   by name, who else at TDOC is qualified to use a

14   firearm?

15         A.       All of the correctional officers, members

16   of specialized units in the law enforcement area.

17         Q.       Anyone else?

18         A.       Maybe a few executives.  I'm not sure.

19         Q.       Again, without specifically identifying

20   any individual person, do you know if any of the other

21   members of the Execution Team are qualified to use a

22   firearm?

23         A.       No, sir; I do not.

24         Q.       Does TDOC provide firearms training?  The

25   answer is "Yes," right?  I believe you've -- you've

1    experienced it, correct?

2          A.      That's correct.

3          Q.      Does TDOC have access to a firearms

4    range?

5          A.      Yes, sir.

6          Q.      Have you used the shooting range at TDOC?

7          A.      I have.

8          Q.      Does TDOC own firearms?

9          A.      Yes, sir.

10         Q.      Can TDOC readily acquire additional

11   firearms?

12         A.      You mean to replace, or something that's

13   broke, or --

14         Q.      To either replace or to just add --

15         A.      Yes.

16         Q.      -- to the stock equipment?

17         A.      Yes, sir.

18         Q.      Does TDOC own ammunition?

19         A.      Yes, sir.

20         Q.      Does TDOC have facilities where a firing

21   squad execution could take place?

22                 MR. SUTHERLAND:  I'm going to object and

23         instruct the witness not to answer, unless you

24         have more specific foundation to lay.

25                 MR. SABIS:  I mean, is that objection

```
 1          based on some kind of privilege, Scott?
 2                    MR. SUTHERLAND:  You're just saying
 3          "firing squad," without giving him any information
 4          about what's involved with a firing quad.
 5                    MR. SABIS:  Well, right.  But if he
 6          doesn't have sufficient information to answer the
 7          question he can certainly tell me that, Scott.
 8                    MR. SUTHERLAND:  If he knows.
 9                    THE WITNESS:  No, sir; I have no
10          knowledge.
11   BY MR. SABIS:
12        Q.    If the law of the State of Tennessee
13   provided for it, could TDOC execute someone by firing
14   squad?
15                    MR. SUTHERLAND:  Same objection.
16                    THE WITNESS:  I'm not sure.
17   BY MR. SABIS:
18        Q.    Would you personally be able to execute
19   someone in that way?
20        A.    I'm not sure.
21        Q.    What makes you unsure?
22                    MR. SUTHERLAND:  Object to the form.  You
23          can answer.
24                    THE WITNESS:  I'm not the Executioner,
25          I'm the Observer.
```

**Gibson Court Reporting**

```
 1                MR. SABIS:  Forgive me.  Give me a moment
 2        while I think.
 3                THE WITNESS:  Yes, sir.
 4                (Pause.)
 5   BY MR. SABIS:
 6        Q.      IV Team Member, is there anything you
 7   said here today that you feel the need to clarify,
 8   restate, or supplement?
 9        A.      No, sir.
10        Q.      Did anybody speak to you or send you
11   messages during today's deposition?
12        A.      No, sir.
13        Q.      Did you take any notes during the
14   deposition today?
15        A.      No, sir.
16        Q.      Did you write any notes on any exhibits?
17        A.      No, sir.
18        Q.      Did you have any documents in the room
19   with you other than the exhibits that we discussed?
20        A.      None.
21                MR. SABIS:  Scott, I think I'm done.
22                MR. SUTHERLAND:  All right.  I certainly
23        don't have any questions.  Thank you, Chris, for
24        how you handled the deposition, and thanks to
25        everybody else.
```

**Gibson Court Reporting**

1          MR. SABIS:  Thank you all.

2          MR. SUTHERLAND:  We're off the record.

3          THE VIDEOGRAPHER:  We're off the record

4     at 2:36 p.m.

5        (Proceedings concluded at 2:36 p.m.)

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                    C E R T I F I C A T E

 2

 3    STATE OF TENNESSEE

 4    COUNTY OF KNOX

 5          I, Rhonda S. Sansom, RPR, CRR, CRC, LCR #685,

 6    licensed court reporter in and for the State of

 7    Tennessee, do hereby certify that the above

 8    videoconference deposition of IV TEAM MEMBER 1 was

 9    reported by me and that the foregoing 166 pages of the

10    transcript is a true and accurate record to the best of

11    my knowledge, skills, and ability.

12          I further certify that I am not related

13    to nor an employee of counsel or any of the parties to

14    the action, nor am I in any way financially interested

15    in the outcome of this action.

16          I further certify that I am duly licensed

17    by the Tennessee Board of Court Reporting as a Licensed

18    Court Reporter as evidenced by the LCR number and

19    expiration date following my name below.

20

21

22    _____
      Rhonda S. Sansom, RPR, CRR, CRC
23    Tennessee LCR# 0685
      Expiration Date:  6/30/22
24

25
```

RhondaSansom@gibsonreporters.
2021.10.04 14:45:32

Signer:
  CN=RhondaSansom@gibsonreporters.com

**Gibson Court Reporting**