# EXHIBIT
## 27

**In The Matter Of:**

*TERRY LYNN KING vs*
*TONY PARKER, et al.*

---

*VIDEOTAPED VIDEOCONFERENCE DEPOSITION OF*
*September 16, 2021*
*IV TEAM MEMBER 2*

---

*Gibson Court Reporting*
*606 West Main Street*
*Suite 350*
*Knoxville, TN 37902*



Min-U-Script®

```
          VIDEOTAPED VIDEOCONFERENCE DEPOSITION OF
                    IV TEAM MEMBER 2

                   September 16, 2021

            IN THE UNITED STATES DISTRICT COURT
               MIDDLE DISTRICT OF TENNESSEE
                    NASHVILLE DIVISION


   TERRY LYNN KING,                    )
                                       )
          Plaintiff,                   ) CAPITAL CASE
                                       )
   vs.                                 ) CASE NO.
                                       ) 3:18-CV-01234
   TONY PARKER, et al.,                )
                                       )
          Defendants.                  )




   APPEARANCES:

                 FOR THE PLAINTIFF:

                 LYNNE LEONARD, ESQ.
                 ANA BALDRIDGE, ESQ.
                 Assistant Federal Defenders
                 Federal Community Defender Office
                 for the Eastern District of Pennsylvania
                 601 Walnut Street, Suite 545W
                 Philadelphia, Pennsylvania  19106

                 JEREMY GUNN, ESQ.
                 Bass, Berry & Sims PLC
                 150 Third Avenue South, Suite 2800
                 Nashville, Tennessee  37201

                 CHRISTOPHER C. SABIS, ESQ.
                 Sherrard Roe Voigt & Harbison PLC
                 150 South 3rd Avenue, Suite 1100
                 Nashville, Tennessee  37201
```

**Gibson Court Reporting**

1   APPEARANCES:   (Continued)

2                    FOR THE DEFENDANTS:

3                    ROBERT W. MITCHELL, ESQ.
                     SCOTT C. SUTHERLAND, ESQ.
4                    DEAN S. ATYIA, ESQ.
                     CODY N. BRANDON, ESQ.
5                    Tennessee Attorney General's Office
                     P.O. Box 20207
6                    Nashville, Tennessee  37202

7   ALSO PRESENT: David Jenkins, Videographer

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

S T I P U L A T I O N S

        The videotaped videoconference deposition of
IV TEAM MEMBER 2, called as a witness at the instance
of the Plaintiff, taken pursuant to all rules
applicable to the Federal Rules of Civil Procedure by
notice on the 16th day of September, 2021, at 10:07
a.m., before Rhonda S. Sansom, RPR, CRR, CRC, Licensed
Court Reporter, pursuant to stipulation of counsel.

        It being agreed that Rhonda S. Sansom, RPR,
CRR, CRC, Licensed Court Reporter, may report the
deposition in machine shorthand, afterwards reducing
the same to typewriting.

        All objections except as to the form of the
questions are reserved to on or before the hearing.

        It being further agreed that all formalities
as to notice, caption, certificate, transmission, et
cetera, including the reading of the completed
deposition by the witness and the signature of the
witness, are expressly waived.

Case 3:18-cv-01234   Document 184-27   Filed 03/17/22   Page 5 of 219 PageID #: 9897

```
 1                    I N D E X
 2              E X A M I N A T I O N S
 3
 4     IV TEAM MEMBER 2                              PAGE
 5     Direct Examination by Ms. Leonard              4
 6
 7                 E X H I B I T S
 8             (No Exhibits Were Marked.)
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Case 3:18-cv-01234   Document 184-27   Filed 03/17/22   Page 6 of 219 PageID #: 9898

1    THE VIDEOGRAPHER:  We're on the record at 10:07

2    a.m. on September 16th, 2021.

3         This is the video deposition of IV Team

4    2, taken remotely via Zoom in the matter of Terry

5    Lynn King versus Tony Parker, et al., Case No.

6    3:18-CV-01234, filed in the U.S. District Court,

7    Middle District of Tennessee, Nashville Division.

8         Counsel will state their names and

9    affiliation for the record and the court reporter

10   will swear in the witness.

11        MS. LEONARD:  Good morning.  My name is

12   Lynne Leonard.  I'm an attorney at the Federal

13   Community Defender Office in Philadelphia,

14   Pennsylvania.  And my colleagues and I represent

15   the plaintiff, Terry King, in this action pending

16   in the Middle District of Tennessee.

17        Also with me representing the plaintiff

18   are Christopher Sabis, who is at Sherrard Roe in

19   Nashville; Jeremy Gunn, who is at Bass, Berry &

20   Sims; and sitting with me in my office here

21   physically in Philadelphia is my colleague at the

22   Federal Community Defender, Ana Baldridge.

23        MR. SUTHERLAND:  I'm Scott Sutherland

24   with the Tennessee Attorney General's Office.  We

25   represent the defendants in the case, Tony Parker,

Case 3:18-cv-01234   Document 184-27   Filed 03/17/22   Page 7 of 219 PageID #: 9899

 1          Tony Mays.

 2                  And present with me is -- are my

 3          colleagues from the Tennessee Attorney General's

 4          Office, Dean Atyia, Cody Brandon.  And sitting in

 5          my office with me is Attorney Rob Mitchell.

 6                      IV TEAM MEMBER 2,

 7     having been first duly sworn, testified as follows:

 8                      DIRECT EXAMINATION

 9     BY MS. LEONARD:

10          Q.      All right.  Good morning, IV Team Member.

11     I'm sorry I cannot use your name, but is it okay if I

12     address you as IV Team Member, or is there some other

13     way you want me to address you?

14          A.      That would be fine.

15          Q.      Okay.  Thank you.  Also thank you for

16     taking time to answer questions in this matter today.

17                  You understand you're here today to

18     answer questions related to the Terry King case; is

19     that right?

20          A.      That's correct.

21          Q.      And what's your understanding of what

22     this case is about?

23          A.      My understanding of the case is that it's

24     a challenge to the lethal injection protocol.

25          Q.      Okay.  Have you had your deposition taken

Case 3:18-cv-01234   Document 184-27   Filed 03/17/22   Page 8 of 219 PageID #: 9900

1    before?

2         A.      No.

3         Q.      Okay.  Then I'd like to just cover a

4    couple of ground rules before we get started to make

5    sure we're on the same page, especially since we're in

6    -- we have a couple of technological extras here with

7    the Zoom and the voice modulator and so forth.

8               Do you understand that you are under

9    oath?

10        A.      I do.

11        Q.      And do you understand that that means you

12   need to tell the truth to the best of your ability?

13        A.      I do.

14        Q.      Is there any reason you cannot testify

15   truthfully today?

16        A.      There's no reason.

17        Q.      Are you feeling ill?

18        A.      No.

19        Q.      Are you taking any medication that might

20   affect your ability to recall facts?

21        A.      No.

22        Q.      Are you represented by counsel here

23   today?

24        A.      The Attorney General's Office.

25        Q.      And is anyone in the room with you?

```
 1        A.        No.
 2        Q.        Okay.  Since -- again, since we're on
 3   Zoom and a bit of a different format here, please let
 4   us know if anyone does comes into the room at any point
 5   today throughout this deposition.  Okay?
 6        A.        Yes.
 7        Q.        And even though we're on Zoom, the court
 8   reporter is making a record based on what you say, so
 9   it's important to respond to questions verbally rather
10   than with any sort of head nods or gestures or other
11   motions.  Do you understand that?
12        A.        Yes.
13        Q.        Okay.  Great.  And in order for the court
14   reporter to be able to accurately record your
15   testimony, please just wait for me to finish my
16   question before you give your answer.  And I'll make
17   sure that I try to do the same for you.
18        A.        Okay.
19        Q.        If you don't understand a question at any
20   point, just let me know and I'll clarify it.  If you do
21   answer a question, then I will assume that you
22   understood it.  Is that okay?
23        A.        Sure.
24        Q.        All right.  And if you need a break at
25   any time, just let me know.  The only exception to that
```

1  is if there's a question pending right at that moment,

2  we'll ask that you answer the question before we go off

3  the record.

4        A.     Okay.

5        Q.     Your lawyer may object to my questions

6  from time to time, but you will still need to answer

7  the question unless the objection is based on a

8  privilege assertion or based on statute.  Do you

9  understand that?

10       A.     Yes.

11       Q.     Okay.  And do you have any questions for

12  me about any of that or any of the formalities before

13  we get started?

14       A.     I don't.

15       Q.     What did you do to prepare for today's

16  deposition?

17       A.     I had a meeting with attorneys from the

18  Attorney General's Office.

19       Q.     Okay.

20       A.     And --

21       Q.     I'm sorry?

22       A.     I'm sorry.  And I also reviewed our

23  protocols.

24       Q.     Who did you meet from the Attorney

25  General's Office?

```
 1         A.      The representatives here today.

 2         Q.      So Mr. Sutherland?

 3         A.      Mr. Sutherland, Dean, and the other

 4   gentleman sitting with Scott.

 5         Q.      Mr. Mitchell?

 6         A.      Mitchell, yes.

 7         Q.      Got it.  Okay.  And how many meetings did

 8   you have?

 9         A.      One.

10         Q.      About how long was that meeting?

11         A.      Maybe two hours.

12         Q.      And when did that meeting take place?

13         A.      Tuesday afternoon of this week.

14         Q.      Was anyone else present at that meeting,

15   aside from the lawyers you just mentioned?

16         A.      No.

17         Q.      And you mentioned that you reviewed the

18   protocols.  What protocols exactly did you review?

19         A.      Our lethal injection protocol.

20         Q.      Okay.  And was there any other document

21   that you reviewed during the meeting?

22         A.      No.

23         Q.      Did you review any other documents on

24   your own?

25         A.      No.
```

**Gibson Court Reporting**

1      Q.      So you only reviewed the lethal injection

2  protocol; is that right?

3      A.      Yes.

4      Q.      And did that protocol refresh your

5  recollection of any specific issues?

6              MR. SUTHERLAND:  Object to the form.  You

7      can answer.

8              THE WITNESS:  It did not.

9  BY MS. LEONARD:

10     Q.      Did you meet with anyone other than your

11 attorneys at any point to prepare for this deposition?

12     A.      No.

13     Q.      Did you review the transcripts of any of

14 the other depositions taken so far in this case?

15     A.      I did not.

16     Q.      Did anyone consult with you to prepare

17 for his or her own deposition in this case; for

18 example, the Warden or the Commissioner or the

19 Executioner?

20     A.      No.

21     Q.      Did you review any of the papers that had

22 been filed with the Court in this case?

23     A.      I don't believe so.

24     Q.      For example, that would be something like

25 the Complaint that was filed in this case, or the

1　Answer that your attorneys have filed.  Does any of

2　that ring a bell?

3　　　　A.　　　I did not review those.

4　　　　Q.　　　Okay.  Did you discuss this deposition

5　with anyone other than your counsel?

6　　　　A.　　　No.

7　　　　Q.　　　Okay.  Did you do anything else to

8　prepare for this deposition today?

9　　　　A.　　　No, that was all.

10　　　　Q.　　　How much time in total do you estimate

11　you spent preparing for this deposition?

12　　　　A.　　　In addition to the meeting, maybe a

13　couple of hours.

14　　　　Q.　　　A couple of hours?  Two hours, five

15　hours?  Just any sort of rough estimate?

16　　　　A.　　　Maybe two, roughly.

17　　　　Q.　　　Okay.  So roughly a two-hour meeting with

18　your attorneys and then an additional two hours?

19　　　　A.　　　Roughly.

20　　　　Q.　　　On your own?

21　　　　A.　　　Yes.

22　　　　Q.　　　Okay.  And we're going to take this on --

23　this deposition on an anonymous basis, as I'm sure you

24　already understand; and what that means is, I'm not

25　going to ask you any questions that are intended to

1  make you disclose your identity.

2                Let's pull up Exhibit 1.

3                MS. LEONARD:  For the record, we're going

4        to use the same set of exhibits that we've been

5        using for the previous depositions.  I assume

6        that's all okay?  Great, thanks.

7  BY MS. LEONARD:

8        Q.      So we'll pull up Exhibit 1.

9        A.      Okay.

10       Q.      Do you want to take a minute to look

11 through this?

12       A.      Just one second.

13               I'm familiar with this.

14       Q.      When is the last time you reviewed this

15 document?

16       A.      Last night.

17       Q.      Okay.  And what is this document?

18       A.      Lethal injection protocol for Tennessee

19 Department of Correction.

20       Q.      Okay.  And when was the first time that

21 you ever saw this document?

22       A.      Roughly sometime in 2016.

23       Q.      When -- have you read this document in

24 its entirety?

25       A.      Yes.

1          Q.       When was the last time that you read it

2    in its entirety?

3          A.       Sometime earlier this year, but I'm not

4    sure of the date.

5          Q.       Did you review it -- you said you

6    reviewed it last night in preparing for this

7    deposition?

8          A.       Correct.

9          Q.       Did you review it, did you read it in its

10   entirety then?

11         A.       Not in its entirety.

12         Q.       If I refer to this as the protocol,

13   you'll understand what I'm talking about?

14         A.       I will.

15         Q.       Okay.  And is it okay if I refer to the

16   Tennessee Department of Correction as TDOC?

17         A.       Sure.

18         Q.       Okay.  Great.  What do you understand the

19   purpose of this protocol to be?

20         A.       To provide a guide --

21                MR. SUTHERLAND:  Objection.  Objection to

22         the form.  You can answer.

23                THE WITNESS:  To provide a guide, an

24         instruction, on carrying out these duties.

25   BY MS. LEONARD:

1          Q.          Okay.  And are you the individual --

2     let's go to Page 15.  And you can let me know when you

3     get there.  I don't want to rush you.

4          A.          Okay.  I'm there.

5          Q.          Do you see at the top it says "Lethal

6     Injection Recorder?"

7          A.          I do.

8          Q.          Are you the individual designated as the

9     Lethal Injection Recorder on this page?

10          A.          Not in its entirety.  I carry out Part

11     No. 3 in those duties.

12          Q.          So you carry out -- No. 3 says:  "To

13     complete the Lethal Injection and Executioner and

14     Recorder Checklist."  Is that the only duty on this

15     page that you perform?

16          A.          No -- on this page, yes.  A Lethal

17     Injection and Execution Recorder Checklist is not the

18     document that I complete.  There are other documents

19     related to preparation, administration of chemicals.

20          Q.          I'm sorry, you said the Lethal Injection

21     Execution Recorder Checklist on that page are not the

22     documents you complete?

23          A.          That checklist I don't complete.  There

24     are a couple of other checklists and forms that I

25     complete.

1      Q.      Okay.  So would you identify yourself as

2  the person, the Lethal Injection Recorder, described on

3  this page?

4      A.      I would not.

5      Q.      Okay.  Do you know, without identifying

6  that -- the name of that person, do you know who that

7  individual is?

8      A.      I'm not sure.

9      Q.      Okay.  If we scroll to Page 20 --

10  two-zero.

11     A.      Okay.

12     Q.      At the top of that page, it says "IV

13  Team."  Do you see that?

14     A.      Yes.

15     Q.      Are you a member of the IV Team as

16  described on this page?

17     A.      Yes.

18     Q.      How many total IV Team members are there?

19     A.      I'm not certain of the number.  Maybe

20  three or four.

21     Q.      Does every IV Team Member attend every

22  execution?

23     A.      I'm not sure.  I don't know.

24     Q.      Have you attended every execution since

25  you became an IV Team Member?

```
 1          A.      I have.
 2          Q.      Okay.  And so when you say "three or
 3  four," has the number -- has it sometimes been three
 4  people total and sometimes been four?
 5          A.      I don't think that the number has
 6  changed.  I just don't recall the number of people that
 7  were there.
 8          Q.      Okay.  We can -- let's see.
 9                  If you could go back up to Page 8 of the
10  same document.
11          A.      Okay.  I'm there.
12          Q.      Okay.  And this page says at the top,
13  "Definitions," and about halfway down there's a
14  definition for the Execution Team.  Do you see where
15  I'm looking?
16          A.      I do.
17          Q.      Great.  And it has a list there:  "The
18  Execution Team shall consist of," with a list.  And
19  about halfway through that list it says "IV Team."
20          A.      Uh-huh.
21          Q.      Do you consider yourself a member of the
22  IV Team as identified on this page?
23          A.      Yes.
24          Q.      Do you hold any of the other roles on
25  this list?
```

Case 3:18-cv-01234   Document 184-27   Filed 03/17/22   Page 19 of 219 PageID #: 9911

1        A.        Give me one second to review it.

2                  I do not.

3        Q.        And again, without identifying anyone, do

4   you know who all of the other people are who fill these

5   roles in this list?

6        A.        I do not.

7        Q.        Is -- are each of these roles always

8   filled by the same individual?

9        A.        I don't know.  These roles are assigned

10  by the Warden.

11       Q.        Okay.  And is it possible they could

12  change from one execution to the next?

13       A.        It's possible.

14       Q.        Let's go to Page 31, three-one.

15       A.        Okay.

16       Q.        On the second half of that page, are you

17  one of the three correctional staff identified at the

18  bottom of Page 31?

19       A.        I am.

20       Q.        Have you received IV training through the

21  Tennessee Correction Academy by qualified medical

22  professionals?

23       A.        My training was not through the Tennessee

24  Correction Academy.  It was through a third-party

25  medical provider.

1      Q.      And when did that training take place?

2      A.      It would have been 2016.  I don't recall

3  the date.

4      Q.      How long did the training last,

5  approximately?

6      A.      Approximately eight hours.

7      Q.      Eight hours total?

8      A.      I believe so.

9      Q.      Was that all on a single day?

10     A.      I don't remember.  Likely so.

11     Q.      What type of medical professionals

12 conducted the training?

13     A.      It was a -- it was an IV therapy

14 specialist.

15     Q.      Just one IV therapy specialist?

16     A.      I believe it was just one.

17     Q.      Who else attended that training with you,

18 without giving me anybody's names?

19     A.      There were two other members.

20     Q.      Two other members of the IV Team?

21     A.      No, two other members as relates to these

22 three correctional staff.  Those two other members are

23 -- well, one is still a member of the IV Team.  The

24 other ones aren't.

25     Q.      So three of you attended the training;

1    all three of you are part of the three correctional

2    staff identified here as having received the training,

3    and one is no longer part of the IV Team.  Is that

4    right?

5            A.      That's correct.

6            Q.      Okay.  Was one of the attendees the

7    Executioner?

8            A.      No.

9            Q.      So it was three of you that are -- none

10   of you were the Executioner?

11           A.      The three of us have not been the

12   Executioner.

13           Q.      I understand.  And what happened to the

14   third person who is no longer part of the IV Team?

15           A.      They're no longer with the Department of

16   Correction.

17           Q.      Okay.  How long has the current protocol

18   been in place?

19           A.      Since 2018.

20           Q.      Is TDOC required to follow this protocol?

21                   MR. SUTHERLAND:  Objection to the form.

22                   THE WITNESS:  Yes.

23   BY MS. LEONARD:

24           Q.      Are you allowed to deviate from this

25   protocol?

 1                    MR. SUTHERLAND:  Same objection.  You can

 2        answer.

 3                    THE WITNESS:  I'm sorry?  Did you say I

 4        could answer?

 5   BY MS. LEONARD:

 6        Q.     Yes.

 7                    MR. SUTHERLAND:  You can answer.

 8                    THE WITNESS:  I don't -- I would say that

 9        there's -- it's not necessarily a complete set of

10        instructions; and so not deviate, but -- I don't

11        know.

12   BY MS. LEONARD:

13        Q.     What do you mean when you say it's not a

14   complete set of instructions?

15        A.     I would say that sometimes it's --

16                    MR. SUTHERLAND:  I'm going to object to

17        the form.  You can answer.

18                    THE WITNESS:  It's not a step-by-step

19        guide in every instance.

20   BY MS. LEONARD:

21        Q.     Okay.  And are you allowed to deviate

22   from the protocol in those instances where you are not

23   getting all the steps you need from the protocol?

24        A.     I wouldn't --

25                    MR. SUTHERLAND:  Object to form.  You can

**Gibson Court Reporting**

```
1          answer.

2                    THE WITNESS:  Sorry.  I wouldn't say

3          deviate.  Maybe fill in a gap.

4   BY MS. LEONARD:

5          Q.    Okay.  What's an example of a

6   circumstance where you could fill in a gap?

7                    MR. SUTHERLAND:  Objection to the form.

8          I think -- Lynne, I'm going to object to -- I

9          think, if you can -- if you want to ask him.  I

10         think having him speculate about gaps is an

11         inappropriate question; but if you want to stick

12         with that question, he can answer the best he can.

13                    THE WITNESS:  I can't think of anything.

14         I'm sorry.

15  BY MS. LEONARD:

16         Q.    I can ask it a different way.  Have you

17  had to fill in the gaps in a previous execution?

18         A.    I can't think of a specific example

19  offhand.

20         Q.    Okay.  Well, we can come back to this,

21  too.

22                    Were you involved in the creation of this

23  protocol?

24         A.    I was not.

25         Q.    Do you know who was involved in the
```

1   creation of the protocol?

2            MR. SUTHERLAND:  Objection, to the extent

3        that it -- don't -- don't identify anybody, if you

4        know.

5            THE WITNESS:  I know that our general

6        counsel was involved in the creation of the

7        protocol.  I don't know beyond that.

8   BY MS. LEONARD:

9        Q.    Okay.  When were you informed about this

10  execution protocol?

11       A.    This version, when this became the latest

12  version.

13       Q.    So in 2018?

14       A.    Yes.

15       Q.    Were you asked to consult about the

16  protocol before it was created?

17       A.    I don't believe so.

18       Q.    In your opinion, should you have been

19  asked?

20            MR. SUTHERLAND:  Objection to the form.

21            THE WITNESS:  No, I don't believe there

22       were any changes relative to my duties.

23  BY MS. LEONARD:

24       Q.    Okay.  On Page 6 of the protocol -- I'll

25  give you a minute to get there.

Case 3:18-cv-01234  Document 184-27  Filed 03/17/22  Page 25 of 219 PageID #: 9917

 1        A.        Okay.

 2        Q.        In the last sentence on Page 6, there's a

 3   sentence saying:  "It will be reviewed annually or as

 4   needed by a designated panel."  Do you see that?

 5        A.        I do.

 6        Q.        Are you a member of that panel?

 7        A.        I have not been.

 8        Q.        Again, without identifying any names, do

 9   you know who is on the panel?

10        A.        No, not specifically.

11        Q.        Do you know the roles of people on the

12   panel?

13        A.        I don't know them for certain, no.

14        Q.        How many people are on the panel?

15        A.        I don't know.

16        Q.        Has the protocol been reviewed by this

17   panel since 2018?

18        A.        I don't know the answer to that.

19        Q.        Okay.  Are you currently employed?

20        A.        I am.

21        Q.        Where?

22        A.        With the Department of Correction.

23        Q.        Are you at Riverbend Maximum Security

24   Institution?

25        A.        I am not.

1      Q.      Where are you employed with TDOC?

2              MR. SUTHERLAND:  I object.

3              MS. LEONARD:  Scott, I think you're on

4      mute.

5              MR. SUTHERLAND:  Can you hear me now?

6              MS. LEONARD:  Gotcha now, yes.

7              MR. SUTHERLAND:  I'm going to object and

8      instruct the witness not to answer, beyond the

9      fact that he's -- the individual is employed by

10     the Department of Correction, based on the

11     protective order.

12  BY MS. LEONARD:

13     Q.      IV Team Member, how long have you been

14  with TDOC?

15     A.      Since 2009.

16     Q.      And what is your current job title?

17             MR. SUTHERLAND:  Same objection.

18     Instruct the witness not to answer the question,

19     based on the protective order.

20  BY MS. LEONARD:

21     Q.      Where were you employed prior to working

22  for TDOC?

23             MR. SUTHERLAND:  I'm going to object to

24     any specific reference.  You can generically say

25     what line of work and generally what business,

1          based on the protective order.

2                    THE WITNESS:  Prior to coming to TDOC, I

3          was in the military.

4     BY MS. LEONARD:

5          Q.      Okay.  And how long were you in the

6     military?

7          A.      About four and-a-half years.

8          Q.      And prior to the military, where were you

9     employed?  Same thing; if you could, you can just give

10    a general answer.

11         A.      I don't have a general answer for it.

12    It's not identifying, so it was a cabinet shop.

13         Q.      I'm sorry, what was that?

14         A.      I worked in a cabinet manufacturing shop.

15         Q.      Oh, I see.  And how long did you do that

16    work?

17         A.      Maybe a couple of years.

18         Q.      What's a rough estimate for "a couple of

19    years?"

20         A.      Maybe two to three, roughly.

21         Q.      Okay.  And prior to cabinet

22    manufacturing, what type of work did you do?

23         A.      Cellular telephone sales.  Sorry, I'm

24    having to remember.

25         Q.      About how many years did you do that

1  work?

2        A.      I think less than two.

3        Q.      Okay.  And before that, what type of work

4  did you do?

5        A.      Before that, I was in high school and

6  worked part-time.

7        Q.      Okay.  And what type of employment was

8  your part-time employment?

9        A.      I worked in a bowling alley.

10       Q.      Okay.  Does your current position require

11 any special training?

12              MR. SUTHERLAND:  Object to the form.

13              THE WITNESS:  Yes.

14 BY MS. LEONARD:

15       Q.      What type of training?

16       A.      Firearms, mostly.

17       Q.      Is there any other type of training you

18 receive in your current position, in addition to

19 firearms training?

20       A.      Not outside normal TDOC-required

21 training.

22       Q.      When did you most recently receive

23 firearms training?

24       A.      Either early summer, late spring.

25       Q.      Of this year?

1         A.      Yes.

2         Q.      And you also mentioned that TDOC-required

3    training was part of your current position; is that

4    right?

5         A.      Yes.

6         Q.      What type of training does that include?

7         A.      Things related to policy, career

8    standards.  Just general like state government-required

9    stuff.

10        Q.      And when did you most recently receive

11   that training?

12        A.      I don't remember.  It was this year

13   sometime.

14        Q.      So sometime within the last nine months?

15        A.      Yes.

16        Q.      Okay.  Does your current position require

17   any medical training?

18        A.      It does not.

19        Q.      Do you have any medical training?

20        A.      No.

21        Q.      Have you ever received any medical

22   training?

23        A.      Some first responder training in the

24   military.

25        Q.      And what did the first responder training

1   involve?

2        A.      A variety of things.  It included

3   vascular access, starting an IV.  It included basically

4   stopping major bleeding, airway obstructions, chest

5   wounds, splinting.  That's about all I can remember.

6        Q.      And about how many years ago did you last

7   receive that training?

8        A.      More than 10.  More than 12, I guess,

9   obviously.

10        Q.      Okay.  Do you have -- in addition to

11   being an IV Team Member, do you have any other titles

12   that you go by with respect to your role in the

13   Execution Team?

14        A.      I don't believe so.

15        Q.      Does anyone ever call you an Assistant

16   Executioner?

17        A.      Not to my face.  Not directly.

18        Q.      Does anyone ever call you the Recorder?

19        A.      Yes.

20        Q.      Who -- without giving me a name, who on

21   the team refers to you as the Recorder?

22        A.      The Executioner refers to me as the

23   Recorder.

24        Q.      Does anyone else refer to you that way,

25   aside from the Executioner?

**Gibson Court Reporting**

1          A.          Not that I can think of.

2          Q.          Does anyone refer to you as the Observer?

3          A.          Again, not -- not like a title.

4          Q.          Does anyone refer to a different IV Team

5    Member as the Observer?

6          A.          I refer to another member of the IV Team

7    as the Observer.  It's their official role.

8          Q.          I'm sorry, you said you refer to them

9    that way?

10         A.          Yes.

11         Q.          Okay.  And when you say "official role,"

12    what do you mean by "official?"

13         A.          So the duties that are assigned within

14    this protocol call for an Observer related to chemical

15    preparation and administration.  And that's another

16    member of the IV -- the IV Team in the lethal injection

17    room.

18         Q.          Okay.  So when we talked about before

19    there being three or four IV Team members, is the

20    Executioner one of those IV Team Members?

21         A.          I don't refer to them as an IV -- IV Team

22    Member.  I refer to them as the Executioner.  I don't

23    know if that's overlap.

24         Q.          And so when you say three or four IV Team

25    Members, that does not include the Executioner?

1    A.    In my estimation, but I don't know.

2    Q.    I'm sorry, you said in your estimation,

3    but you don't know?  I think I missed a word.

4    A.    Yes, I don't -- I don't know.

5    Q.    Okay.  Thanks for repeating that.

6          What is your highest level of education?

7    A.    Some college.

8    Q.    And where did you get that degree?

9    A.    I haven't completed the degree.  I had

10   classes through Austin Peay State University, and

11   that's all.

12   Q.    Okay, I understand.  What year did you

13   complete those credits -- or years?

14   A.    A number of years, last in 2020.

15   Probably starting in 2008 or '09, I've taken classes.

16   Q.    And what type of coursework is that?

17   A.    Some general, some political science,

18   some criminal justice.

19   Q.    And where did you go to high school?  You

20   can -- and without identifying a specific place, you

21   can tell me just geographically where you went to high

22   school.

23   A.    Central Pennsylvania.

24   Q.    Did you get any special training at your

25   high school?

Case 3:18-cv-01234   Document 184-27   Filed 03/17/22   Page 33 of 219 PageID #: 9925

```
1          A.      No.

2          Q.      Was it a regular high school?

3          A.      It was.

4          Q.      It was not a technical school?

5          A.      No.

6          Q.      It was not an arts school?

7          A.      No.

8          Q.      Not a STEM school or a cooking school?

9          A.      No.

10         Q.      Just a regular high school?

11         A.      Just a regular high school.

12         Q.      Okay.  And aside from high school and the

13   college credits, have you completed any other

14   coursework?

15         A.      No.

16         Q.      Do you hold any certifications?

17         A.      No.

18         Q.      Do you hold any professional licenses?

19         A.      I do not.

20         Q.      Do you participate in any volunteer

21   programs?

22         A.      No.

23         Q.      Other than executions, have you handled

24   chemicals?

25         A.      I'm not sure what you mean.
```

1          MR. SUTHERLAND:  Object to the form.

2    BY MS. LEONARD:

3          Q.      Have you worked with chemical substances

4    anywhere aside from your work as the -- in the IV Team?

5          A.      When you say "chemicals," are you

6    referring to medication chemicals?

7          Q.      Yes.

8          A.      Then no.

9          Q.      Okay.  And have you worked with any other

10   type of chemicals, maybe cleaning chemicals?

11         A.      Yes, in a number of different settings.

12         Q.      Okay.  But you've never worked with

13   controlled substances?  When I say "chemicals," if I

14   say "controlled substances," you've never worked with

15   those in any other context?

16         A.      Correct.

17         Q.      Okay.  And have you ever prepared

18   syringes?

19         A.      Yes.

20         Q.      Have you done that aside from executions?

21         A.      Yes.

22         Q.      Where have you prepared syringes?

23         A.      I'm sorry; no, I prepared IV bags.

24         Q.      Okay.  And where have you done that?

25         A.      In the military.

**Gibson Court Reporting**

1       Q.      Gotcha.  And how many years did you do

2    that?

3       A.      Maybe two.

4       Q.      Did you receive training on that?

5       A.      Yes.

6       Q.      Okay.  And is that -- fair to say that

7    was also more than 12 years ago?

8       A.      Yes.

9       Q.      Let's flip to Page 20 of the protocol,

10   the same exhibit.

11      A.      Okay.

12      Q.      Okay.  So you told me earlier that there

13   are three or four total IV Team Members; is that right?

14      A.      Uh-huh.

15      Q.      How many of those IV Team Members are

16   EMTs?

17      A.      I don't refer to any of the EMTs as the

18   IV Team.  I refer to them as the EMTs.  I don't know if

19   there's a distinction.

20      Q.      Sure.  So how many EMTs are there, total?

21      A.      Generally, three.

22      Q.      Is it always three?

23      A.      I'm not certain.  I don't -- I couldn't

24   say "always."

25      Q.      Is it sometimes more than three?

**Gibson Court Reporting**

1        A.        I've not seen more than three.

2        Q.        Is it sometimes fewer than three?

3        A.        It has been at training.  I don't recall

4    with the execution.

5                  MR. SUTHERLAND:  I'm going to object to

6          the form.  You can answer.  Continue.

7    BY MS. LEONARD:

8        Q.        You can answer.

9        A.        I'm sorry.  There have been less than

10   three during monthly training at times, but not -- I

11   don't think so for prior lethal injection executions

12   that I've attended.

13       Q.        Okay.  And of the three or four IV Team

14   members, none of you are EMTs?

15       A.        Not that I'm aware.

16       Q.        Okay.  Item 1 on this page says "to

17   prepare the IV equipment."  What do you do to prepare

18   the IV equipment?

19       A.        Set up, connect lines, prepare the -- the

20   saline bags.  Spike the bag.  Start the flow of the

21   saline solution.  Basically, that section of the

22   protocol.

23       Q.        Okay.  And I think that occurs a couple

24   pages later, so we'll try to loop back to get more

25   detail on that.

1          A.          Okay.

2          Q.          Item 2.  What do you do to make sure the

3    equipment used is in working order?

4          A.          That's part of the setup, to ensure a

5    consistent flow of saline through the line.

6          Q.          What do you do to locate sites for

7    intravenous use?

8          A.          I don't locate the sites.

9          Q.          Who does that?

10          A.          In my estimation, it looks like it's the

11    EMT.

12          Q.          When you say "it looks like," do you mean

13    that's who you see do it during the executions?

14          A.          That's who I see actually insert the

15    catheter.  If someone else locates the site, I can't

16    see it.

17          Q.          Okay.  And do -- does the protocol

18    identify someone who's supposed to locate sites for

19    intravenous use?

20          A.          Here, it reads the IV Team.

21          Q.          But the IV Team does not actually locate

22    the sites for intravenous use?

23          A.          I don't know.  I'm not -- I'm not in the

24    execution chamber when that's done.

25          Q.          Okay.  Are you ever in the execution

Case 3:18-cv-01234   Document 184-27   Filed 03/17/22   Page 38 of 219 PageID #: 9930

1    chamber?

2         A.      Not during the execution.

3         Q.      Are any of the other IV Team Members ever

4    in the execution chamber during an execution?

5              MR. SUTHERLAND:  I'm going to object to

6         the form.

7              THE WITNESS:  There's another member,

8         other than EMTs.  I'm not sure what that person's

9         official assignment is, but they do carry out some

10        of the items in -- in the steps later on related

11        to taping hands and things like that.

12   BY MS. LEONARD:

13        Q.      So that requires that person to go into

14   the execution chamber?

15        A.      That person is in the execution chamber

16   with the EMTs.

17        Q.      Okay.  But that's not you?

18        A.      That's not me.

19        Q.      Okay.  And has that ever been you?

20        A.      No.

21        Q.      Okay.  Item 4 on Page 20 says "To make

22   sure vascular access is properly established."

23        A.      Uh-huh.

24        Q.      Is that something you do?

25        A.      That's something that we do jointly.

1          Q.        Who is "we?"

2          A.        An Observer, as I referenced earlier, as

3     well as the Executioner, is there.

4          Q.        Okay.  And does the -- does the Observer

5     ever enter the execution chamber during the execution?

6          A.        Not that I've been present for.

7          Q.        Does the Executioner ever enter the

8     execution chamber during the execution?

9          A.        Also, not that I've been present for.

10         Q.        Okay.  How do you make sure vascular

11    access is properly established?

12         A.        We have a camera set up in the lethal

13    injection room where we can zoom to locations.  We're

14    able to see the flash of blood in the catheter chamber.

15              When the line is attached, we monitor the

16    drip chamber for flow of saline and also clearing of

17    blood from the chamber of the catheter.

18         Q.        Okay.  And you do all of this through the

19    camera?

20         A.        The camera for looking at the catheter.

21    As it relates to the drip chamber, that's in front of

22    us in the lethal injection room.

23         Q.        Is there only one camera?

24         A.        There is only one camera that we use for

25    that.

```
 1         Q.        How many cameras are there total in the

 2    Capital Punishment Unit?

 3         A.        I don't know the answer to that.

 4         Q.        Is it more than one?

 5         A.        There might be.  I don't know.

 6         Q.        How many cameras do you use throughout

 7    the execution process?

 8         A.        Just one.

 9         Q.        Okay.  And that one camera, you mentioned

10    that that allows you to see the IV site; is that right?

11         A.        Yes.

12         Q.        Okay.  And where are you able to view

13    that camera?

14         A.        In the lethal injection room.

15         Q.        Okay.  So are you in the lethal injection

16    room throughout the entire execution?

17         A.        Yes.

18         Q.        And where is the camera in the execution

19    chamber?

20         A.        It's over the gurney.

21         Q.        Is it directly over the gurney, or is it

22    set off to an angle?

23         A.        It appears to be directly over the gurney

24    from the angle of the monitor.

25         Q.        And then that feeds into the lethal
```

**Gibson Court Reporting**

1    injection room?  Is that what you're saying?

2         A.      Yes.

3         Q.      Okay.  And did you also mention that the

4    camera zooms?

5         A.      It does.

6         Q.      What do you mean by that?

7         A.      We're able to -- the live view gives you

8    a head-to-toe view of the gurney, and then you can zoom

9    in to any location within that frame.

10        Q.      And who controls the zoom?

11        A.      The Observer.

12        Q.      Do you ever control the zoom?

13        A.      Not during executions.  I have during

14   training.

15        Q.      Approximately how many trainings have you

16   controlled the camera in?

17        A.      I don't know.  More than five, maybe less

18   than ten.

19        Q.      Okay.  Why do you practice zooming the

20   camera during some trainings?

21        A.      Occasionally, we cross-train positions

22   within the lethal injection room.

23        Q.      Okay.  So you're training for that in the

24   instance that you might act as the Observer during a

25   real execution?

 1         A.      Correct.

 2         Q.      Okay.  Does anyone aside from you or the

 3    Observer ever control the zoom camera?

 4         A.      Not that I've seen.

 5         Q.      Does the Executioner ever control the

 6    zoom camera?

 7         A.      Not that I've seen.

 8         Q.      Where are the controls located for the

 9    zoom camera?

10         A.      It's through a computer, in kind of a

11    side part of the lethal injection room.

12         Q.      Okay.  And when you say "the side part of

13    the lethal injection room," could you describe a little

14    more specifically what you mean by "side part?"

15         A.      It's -- it's a small room, so there's not

16    much to describe.  It's in kind of the corner, a little

17    adjacent to the observation window.

18                 MR. SUTHERLAND:  Do you want to have him

19         look at that diagram?

20                 MS. LEONARD:  Yeah, I was just about to

21         say.  Let's -- I believe it's Page 10.  Let's have

22         him scroll up to Page 10.  I think that might help

23         us here.

24    BY MS. LEONARD:

25         Q.      Are you able to rotate that page?  And if

1   you need to, zoom in on it.  I know it's a little bit
2   hard to read some of the writing on there.
3        A.        I think so.  I'm oriented now.
4                  Okay.  So the way the page is oriented, I
5   would say it's in the top right corner of the --
6        Q.        Wait, sorry, one second.  Let's just make
7   sure we're looking at it the same way.  Did you rotate
8   your page so that the writing is the right side up?
9        A.        Give me one second.  Okay.  The writing
10  is in the right side up.
11       Q.        Okay.  So the blue stamp is at the left
12  side of the page at the bottom?
13       A.        It is.
14       Q.        Okay.  So we're looking at the same page.
15  I just wanted to make sure we're looking at it the same
16  way.  I appreciate that.
17       A.        So the monitor would be in the bottom
18  right section of that room.
19       Q.        And that's where you sit?
20       A.        No, that is where the Observer is.
21       Q.        Okay.  Where do you sit in the lethal
22  injection room?
23       A.        I would be on the left side of that room.
24       Q.        And are the controls for the camera on
25  the right side, where the Observer sits?

Case 3:18-cv-01234   Document 184-27   Filed 03/17/22   Page 44 of 219 PageID #: 9936

1          A.       They are.

2          Q.       So if you wanted to control the camera,

3    you would have to essentially switch seats with the

4    Observer?

5          A.       Yes.

6          Q.       And where is the Executioner located in

7    the lethal injection room?

8          A.       Pretty much right in the middle.

9          Q.       Okay.  And it looks like there's two

10   notches there.  Is that for a window?

11         A.       It looks like that.  Yes, there is a

12   window there.

13         Q.       Okay.  Is the Executioner able to see out

14   of the window into the execution chamber?

15         A.       Yes.

16         Q.       Are you able to see out of the window

17   into the execution chamber?

18         A.       Not from my position on the left-hand

19   side.

20         Q.       All right.

21         A.       Actually, I can see out the window, but

22   only about the -- not really the execution chamber

23   itself.

24         Q.       What are you able to see from your seat

25   in the lethal injection room through the window?

1        A.        Without moving, I can essentially see the

2    victim's family window.

3        Q.        And are you able to see into the victim's

4    family room through -- I take it you mean there is a

5    window in their room, as well?

6        A.        Right.  They're tinted windows.  I don't

7    think I can see into it.

8        Q.        Okay.  You don't think that you can see

9    into it, but you're not sure?

10       A.        I can't say I have really looked.

11       Q.        I see.  Are you able to see the prisoner

12    on the gurney through the window?

13       A.        From my location, I can probably see the

14    feet without moving.

15       Q.        Okay.  Is the Observer able to see the

16    prisoner on the gurney through the window?

17       A.        Yes.

18                 MR. SUTHERLAND:  I'm going to object to

19        what the Observer can see.

20    BY MS. LEONARD:

21       Q.        And let's talk about the camera again for

22    a minute while we're here.  When you state that the

23    camera is located over the gurney, can you tell me

24    about that with respect to this diagram?

25       A.        I don't know exactly where it's located.

1    The view from the monitor appears, and it's right

2    almost centered over the gurney.

3        Q.      Okay.  Do you ever move to a different

4    location that's not the lethal injection room during an

5    execution?

6        A.      Not during the execution, no.

7        Q.      Do you ever move around within the lethal

8    injection Executioner's room?

9        A.      Yes.

10       Q.      At what point do you move?

11       A.      Specifically, when the consciousness --

12   consciousness is checked after the two-minute waiting

13   period after administering the midazolam and the saline

14   syringe.

15       Q.      Where do you move at that time?

16       A.      To a point behind the Executioner where I

17   can observe through the window.

18       Q.      Okay.  So at that point, you are able to

19   see the prisoner on the gurney?

20       A.      Yes.

21       Q.      And after the consciousness check is

22   completed, do you move back to your seat on the left

23   side of the Executioner's room?

24       A.      Yes.

25       Q.      Do you move from that position at any

1    other point during the execution?

2          A.      Not during the execution.

3          Q.      Okay.  And are you able to see the camera

4    monitor from your seat?

5          A.      I am.

6          Q.      About how many feet away from the camera

7    monitor would you say you are?

8          A.      Maybe 6 feet.

9          Q.      And roughly how large is that monitor?

10         A.      Maybe a 20-inch monitor.

11         Q.      20 inches square?

12         A.      It's a rectangular monitor, maybe a

13   20-inch size.

14         Q.      Okay.  Is that affixed to the wall in the

15   lethal injection room?

16         A.      I don't know if it's affixed to the wall

17   or if it's on a stand.

18         Q.      Is it on a table or on a stand of some

19   sort?

20         A.      I've never looked that hard.

21         Q.      Okay.  Is the monitor roughly at eye

22   level?

23         A.      When standing, yes.

24         Q.      So if you are sitting, is it above your

25   eye level?

1          A.          Yes.

2          Q.          Okay.  And just looking at this diagram a

3    little bit, I know that you mentioned that it's in the

4    right corner, the right-hand corner of the lethal

5    injection Executioner's room.  Is it right in the

6    corner, or is it farther up along that wall?

7          A.          I would say it's right in the corner.

8          Q.          Okay.  And does it face you, essentially?

9    Does it face the left side of the wall?

10          A.          It does.  It faces the left side of the

11    wall.

12          Q.          Okay.  Let's go back to Page 20.  You

13    might have to rotate your pages back again.

14          A.          Okay.

15          Q.          Duty 5 says "To make sure the IV lines

16    are flowing properly."  What do you do to carry out

17    this duty?

18          A.          I'm trying to distinguish it from No. 4.

19                During the administration of the chemicals,

20    I don't make sure that the IV lines are flowing properly.

21          Q.          You do not do that?

22          A.          That is not mine.

23          Q.          Does another member of the IV Team do

24    that?

25          A.          I would say the Executioner and the

 1    Observer do that.

 2         Q.        Okay.  But you've never done that during

 3    an execution?

 4         A.        No.

 5         Q.        And Item 6 says:  "To document the

 6    execution of the LICs on the Lethal Injection Chemical

 7    Administration Sheet."  Do you do this duty?

 8         A.        I do.

 9         Q.        Does anyone else ever complete this duty?

10         A.        Only in training, as I described earlier

11    when we kind of cross-train roles.

12         Q.        Who fills out this sheet during training?

13                   MR. SUTHERLAND:  Without identifying a

14         name.

15                   THE WITNESS:  No, sir.

16                   The Observer has and the Executioner has.

17    BY MS. LEONARD:

18         Q.        Has the Executioner ever filled out this

19    sheet during an actual execution?

20         A.        Not that I've been a part of.

21         Q.        So it's always been only you that has

22    filled out this record sheet during the actual

23    execution?

24         A.        Since I've been a member of the IV Team,

25    yes.

1          Q.        How long have you been a member of the IV

2    Team?

3          A.        Since 2016.

4          Q.        Okay.  Let's take a look at Exhibit 54,

5    five-four.

6          A.        Okay.

7          Q.        Is this a Lethal Injection Chemical

8    Administration Record Sheet that is identified on Page

9    20 of the protocol?

10         A.        Yes.

11         Q.        Is this your handwriting?

12         A.        That is not.

13         Q.        Did you fill this out?

14         A.        No.

15         Q.        All right.  Without identifying the

16   person, who did fill this out?

17         A.        I'm not -- I'm not sure.

18         Q.        Let's take a look at Exhibit 52,

19   five-two.

20         A.        Okay.

21         Q.        It sounds like this is not the Lethal

22   Injection Chemical Administration Record Sheet

23   identified on Page 20 of the protocol; is that right?

24         A.        That's correct.

25         Q.        Is this your handwriting?

1          A.          It is not.

2          Q.          So you did not fill this out?

3          A.          I have not completed that checklist

4     before.

5          Q.          Have you ever filled out this checklist

6     for any execution?

7          A.          No.

8          Q.          Have you ever filled out this checklist

9     for any training?

10          A.          No.

11          Q.          Let's jump back to the protocol,

12     Exhibit 1.

13          A.          Okay.

14          Q.          Page 15, one-five.

15          A.          Okay.  I'm there.

16          Q.          Okay.  This is page that describes the

17     duties for the Lethal Injection Recorder; and in Item

18     3, it says "To complete the Lethal Injection and

19     Execution Recorder Checklist."  Do you see that?

20          A.          I do.

21          Q.          So if we go back to Exhibit 52; is

22     Exhibit 52, is this the Lethal Injection and Execution

23     Recorder Checklist that's identified on Page 15 of the

24     protocol?

25          A.          Yes.

1      Q.      Okay.  Let's pull up Exhibit 55.

2      A.      Okay.

3      Q.      Have you seen this sheet before?

4      A.      I have.

5      Q.      Do you fill this out?

6      A.      I do.

7      Q.      Does anyone else ever fill this out?

8      A.      Yes.  Not during executions, but in

9  training; same as the chemical administration.

10     Q.      Okay.  So you are the only person that

11 has ever filled this out for an actual execution since

12 2016?

13     A.      Correct.

14     Q.      Okay.  So during trainings, it might be

15 the Observer?

16     A.      It has been.

17     Q.      And it can also be the Executioner during

18 trainings?

19     A.      It could be.

20     Q.      Okay.  Let's pull up Exhibit 44.

21     A.      All right.

22     Q.      This says at the top, "Chemical

23 Preparation Timesheet."  Have you seen this sheet

24 before?

25     A.      I have.

1        Q.       Do you fill out this sheet?

2        A.       I do.

3        Q.       Is this your handwriting on this exhibit?

4        A.       It looks like my handwriting.

5        Q.       Okay.  So did you fill out this

6    particular log that we're looking at, this exact log?

7        A.       It looks like my handwriting, so I would

8    say I probably did.

9        Q.       Okay.  And did you record this while the

10   preparation was actually happening?

11       A.       Yes.

12       Q.       Okay.  You didn't record this at a later

13   time, afterwards?

14       A.       No, during -- when the preparation

15   occurred.

16       Q.       Did you consult with anyone while

17   completing this log?

18       A.       No.

19       Q.       Does anyone else fill out this Chemical

20   Preparation Timesheet?

21       A.       Occasionally, during training.

22       Q.       And so would that be -- let me ask it a

23   different way.  I'm going to try to be a little bit

24   clearer.

25               Do you keep multiple copies of this

1   Chemical Preparation Timesheet?

2        A.      No.

3        Q.      So there's only one person who fills out

4   the Chemical Preparation Timesheet for an execution?

5        A.      That I'm aware, yes.  It doesn't happen

6   anywhere else.

7        Q.      Okay.  And does it ever happen during

8   training that more than one person fills out more than

9   one of these?

10       A.      Not that I'm aware of.

11       Q.      Okay.  How many people witness the

12  preparation of each set of chemicals?

13       A.      The Executioner.  There's three.

14       Q.      Would that be you, the Executioner, and

15  the Observer?

16       A.      Yes.

17       Q.      Okay.  And it looks here that Page 1 of

18  Exhibit 44 says "Red" at the top and Page 2 says

19  "Blue."  Do those colors refer to each set of

20  chemicals?

21       A.      They do.  My Exhibit 44 only has one set.

22              MR. SUTHERLAND:  Same with mine.

23              MS. LEONARD:  Okay.  We can loop back

24       with that.  I thought I pulled these off the FPE

25       site yesterday.  Let's see.  That was maybe

1           marked.  I'll check that on here.

2   BY MS. LEONARD:

3           Q.      Is each set of syringes prepared by a

4   separate person?

5           A.      When you say "set," do you mean the red

6   and blue set?

7           Q.      Yes.

8           A.      No, they are prepared by the same person.

9           Q.      Okay.  Who does that, without giving me

10  that person's name?

11          A.      The Executioner prepares the syringes.

12          Q.      Is it always the same person who prepares

13  both sets of the syringes for an execution?

14          A.      It has been in the executions I've

15  attended.

16          Q.      Okay.  No other person other than the

17  Executioner has ever prepared a set of syringes in an

18  execution you've participated in?

19          A.      Correct.

20          Q.      Okay.  Let's jump back to Page 10 of

21  Exhibit 1.  This is the diagram we were just looking at

22  earlier.

23          A.      Okay.

24          Q.      Okay.  Great.  You stated that during the

25  execution you were in the lethal injection

1  Executioner's room the entire time; is that right?

2        A.      While the execution is being carried out,

3  yes.

4        Q.      All right.  How many people, total, are

5  in that room?

6        A.      Usually, three.

7                It may have been four during an

8  execution.

9        Q.      Without disclosing the identities, what

10  are the roles of each of these three or four total

11  people?

12        A.      The Executioner, the role I have, the

13  Observer, and I would say the other is just an

14  additional Observer.  There have been multiple people

15  trained for these roles.

16        Q.      When you say "multiple," roughly how many

17  people have been trained for these roles?

18        A.      In the lethal injection room, four.

19        Q.      So four people have been trained for the

20  role specific to the lethal injection room?

21        A.      Yes, that I know of.

22        Q.      Okay.  During the execution, who is in

23  the execution chamber while the drugs are being

24  administered?

25        A.      While the drugs are being administered,

1    it's the Warden and the Associate Warden.

2         Q.      Okay.  And you stated that you never

3    enter the execution at any -- the execution chamber,

4    I'm sorry, at any point in the execution?

5         A.      Not while the execution is being carried

6    out.

7         Q.      Okay.  Do you enter the execution chamber

8    to insert IV lines?

9         A.      Not to insert IV lines.

10        Q.      Do you enter the execution chamber to

11   attach the solution set?

12        A.      No.

13        Q.      Who inserts the IV lines, without giving

14   me a name?

15        A.      It would be the EMT connects the lines.

16        Q.      The EMTs?

17        A.      Uh-huh.

18        Q.      Is it only one EMT?

19        A.      I don't remember.

20        Q.      Do you watch the insertion of the IV

21   lines from the lethal injection room?

22        A.      From -- from my position I can observe a

23   monitor, which at that time is usually zoomed in to the

24   injection site.

25        Q.      Okay.  Who attaches the solution set from

1    the bag of saline to the catheter, without giving me

2    the name of that person?

3            A.      I believe it's the EMT.

4            Q.      And is that more than one EMT?

5            A.      I don't know.

6            Q.      How many EMTs total are in the execution

7    chamber?

8                    MR. SUTHERLAND:  Objection to the form.

9                    THE WITNESS:  I don't remember if it's

10           two or three.

11   BY MS. LEONARD:

12           Q.      Okay.  What is the approximate distance

13   between the gurney and the lethal injection

14   Executioner's room?

15           A.      Not more than a few feet.  Maybe three to

16   four.

17           Q.      Okay.  And you mentioned before that this

18   is a tinted window?

19           A.      It has some kind of tint or reflection to

20   keep from seeing in.

21           Q.      Okay.  So the people in the lethal

22   injection -- injection room are able to see out into

23   the execution chamber, but not the other way around?

24           A.      Correct.

25           Q.      Are there ports in that window that allow

1    the tubing to connect from the Executioner's room to

2    the execution chamber?

3         A.    It's not in the window, it's in the wall.

4         Q.    Okay.  How many ports are there?

5         A.    There's one.

6         Q.    And about how big is that port?

7         A.    Maybe a 6-by-6-inch port.

8         Q.    Can you see through the port?

9         A.    If you were seated, you could probably

10   see through it.

11        Q.    On this diagram, where is that port

12   located?

13        A.    Let me reorient the page.  So with the

14   blue to the left of the page, I would say it's

15   approximately where the last line is indicating the

16   window, maybe slightly to the right of that.

17        Q.    Okay.  So is it underneath the window?

18        A.    I think it's to the side of the window

19   and maybe slightly below.

20        Q.    All right.  And that's the side that

21   you're sitting on; is that correct?

22        A.    Correct.

23        Q.    And about how high is that, with respect

24   to you?  So if you're sitting down, is it below knee

25   level or is it high?

**Gibson Court Reporting**

 1      A.      So I don't -- it's a small room.  I don't

 2 sit in that position.  I would say it's probably waist

 3 level when I'm standing.

 4      Q.      Okay.  And when is the zoom camera turned

 5 on?

 6      A.      It's turned on prior to the execution to

 7 ensure it's functioning properly and so forth, but....

 8      Q.      How -- how long in advance of the

 9 execution is it turned on?

10      A.      Maybe an hour to two hours before.

11      Q.      Are there multiple feeds on the monitor?

12      A.      I don't know.

13      Q.      What I mean by that is when you look at

14 the monitor are you only able to see one view at a

15 time, or does it show you multiple images at the same

16 time?

17      A.      I'm not sure of its capabilities.  We

18 only have one screen open.

19      Q.      Okay.  So you only ever see one view at a

20 time on that monitor?

21      A.      Correct, that's all I see.

22      Q.      Okay.  Are you able to hear what goes on

23 in the execution chamber while you are in the

24 Executioner's Room?

25      A.      I can when the audio is turned on.

1      Q.      When is the audio turned on?

2      A.      I don't recall the exact moment.

3      Q.      Is the audio turned on at some point

4  during the execution?

5      A.      I believe so.

6      Q.      So that's not turned on ahead of time,

7  like the zoom camera?

8      A.      Not that I recall.  We don't control the

9  audio.  We do control the zoom camera from the lethal

10  injection room.

11      Q.      Who controls the audio, without giving me

12  the name?

13      A.      It's controlled in the control room.

14      Q.      Okay.  And is the audio turned off at

15  some point during the execution?

16      A.      The audio is turned off.  The audio

17  starts off and is turned on.

18      Q.      Okay.  And then after that, does it

19  remain on for the entire rest of the execution?

20      A.      I don't recall.

21      Q.      So is everyone who is in the lethal

22  injection room able to hear what is going on through

23  that audio system?

24      A.      Yes.

25      Q.      Are you able to hear through the window

1  at all?

2       A.      No.

3       Q.      Okay.  So you --

4       A.      It'd have to be a loud noise to hear.

5       Q.      I see.  So if the audio is turned off,

6  you would not be able to hear what is going on in the

7  Executioner's chamber?

8       A.      Correct.

9       Q.      Okay.

10      A.      You might hear something muffled, at

11  most.

12              MS. LEONARD:  Okay.  This might be a good

13         point for a quick break.  And if you could take a

14         look at that Exhibit 44 to make sure that we've

15         got the same -- that we're looking at the same

16         pages here.

17              THE WITNESS:  Okay.

18              THE VIDEOGRAPHER:  We are off the record

19         The time is 11:20 a.m.

20              (Recess at 11:20 a.m. to 11:34 a.m.)

21              THE VIDEOGRAPHER:  We're back on record

22         at 11:34 a.m.

23  BY MS. LEONARD:

24      Q.      All right.  IV Team Member, I am going to

25  ask you to pull up Exhibit 65.  You may already have

 1  that in front of you.

 2          A.      I do.

 3          Q.      And is this a Chemical Preparation

 4  Timesheet dated 4/14/21?

 5          A.      It is.

 6          Q.      Is this your handwriting?

 7          A.      It is not.

 8          Q.      So did you -- you did not fill out this

 9  particular log?

10          A.      I did not.

11          Q.      Okay.  Without identifying anyone, do you

12  know what -- who might have filled this out?

13          A.      I'm not sure.

14          Q.      And I don't mean to repeat the questions

15  from earlier, but we had a bit of a snafu with the

16  exhibit.  Does this one have a first page?

17          A.      It does.

18          Q.      Okay.  And so the first page says "Red"

19  and the second says "Blue?"

20          A.      I see that.

21          Q.      And I believe you said before that only

22  one person prepares both of the sets; is that right?

23          A.      That's correct.

24          Q.      Is that the Executioner?

25          A.      Yes.

1      Q.      Okay.  And if you look at Page 1 and then

2  you look at Page 2, it looks like the times are the

3  same; is that right?

4      A.      It does look that way.

5      Q.      It says "12:45, 12:48, 12:50, and 12:55,"

6  respectively, on both pages?

7      A.      Yes.

8      Q.      How is the Executioner able to prepare

9  both sets of the chemicals at exactly the same time?

10      A.      The Executioner isn't able to.

11      Q.      He is not able to?

12      A.      Not in my estimation.

13      Q.      So what is the information on this sheet

14  reflecting?

15              MR. SUTHERLAND:  I'm going to object to

16          the form, based on his prior answer.

17              THE WITNESS:  I don't know.

18  BY MS. LEONARD:

19      Q.      Okay.  Have you been involved in prior

20  executions?

21      A.      Not prior to 2016.

22      Q.      Okay.  Have you been involved in

23  executions between 2016 and today?

24      A.      Yes.

25      Q.      How many total executions?

**Gibson Court Reporting**

1    A.    I don't remember, but I've been involved
2  in all of the executions carried out here since 2016.
3    Q.    And where is "here?"
4    A.    In Tennessee.
5    Q.    Okay.  You've been involved in every
6  execution that's happened in Tennessee since 2016?
7    A.    That's correct.
8    Q.    Have all those executions taken place
9  after Riverbend?
10   A.    Yes.
11   Q.    Have you provided training to anyone in
12 conjunction with these executions?
13   A.    No, I don't conduct training.
14   Q.    Do you receive compensation for your work
15 as an IV Team Member?
16   A.    No.
17   Q.    Is there a time certain at which you will
18 no longer be an IV Team Member?
19   A.    Not a designated time.
20   Q.    So you continue in this role
21 indefinitely?
22   A.    Yes, unless I or someone else chooses
23 otherwise.
24   Q.    Okay.  Do you hold any other roles aside
25 from IV Team Member in Tennessee's execution protocol?

 1          A.      No.

 2          Q.      So every execution you've participated in

 3   has been as an IV Team Member?

 4          A.      Correct.

 5          Q.      And have you always been the Recorder

 6   specifically in all of those executions?

 7          A.      I have.

 8          Q.      Do you also participate in electric chair

 9   executions?

10          A.      I do.

11          Q.      In what capacity do you participate in

12   those executions?

13          A.      I conduct recording functions for that,

14   as well.

15          Q.      Okay.  So you are not a member of the IV

16   Team, I take it, there because there is no IV Team?

17          A.      Yes.  I should have clarified that.

18          Q.      But you are a Recorder?

19          A.      I am.

20          Q.      Okay.  How many electric chair executions

21   have you participated in?

22                  MR. SUTHERLAND:  Object to the form,

23          based on his prior answer.

24                  THE WITNESS:  I don't recall the number.

25   BY MS. LEONARD:

1          Q.       It was more than one?

2          A.       It was -- yes, it was.  I've been

3     involved in all electric chair executions since 2016

4     for TDOC, as well.

5          Q.       Okay.  Were you an IV Team Member who

6     participated in Donnie Johnson's execution on May 16th,

7     2019?

8          A.       Yes.

9          Q.       Were you involved in that execution in

10    any other capacity?

11         A.       No.

12         Q.       Where were you located during that

13    execution?

14         A.       In the IV -- the lethal injection room.

15         Q.       Okay.  And consistent with your previous

16    answers, you never moved to any other space in the

17    Capital Punishment Unit -- Punishment Unit while the

18    execution was taking place?

19         A.       Not while the execution was taking place.

20         Q.       How many total people were inside the

21    lethal injection Executioner's room during Donnie

22    Johnson's execution?

23         A.       I think it was four.

24         Q.       So that would include you, the

25    Executioner, the Observer, and the additional Observer

1  you mentioned earlier?

2       A.      Correct.  I don't recall if that person

3  was still working with TDOC during that execution.  If

4  they were, they would have been present.

5       Q.      When you say "that person," are you

6  referring to the additional Observer?

7       A.      Yes, ma'am.

8       Q.      Okay.  And that person subsequently left

9  TDOC?

10      A.      Correct.

11      Q.      Okay.  I understand.

12              Were Mr. Johnson's fingers taped to the

13  gurney during the execution?

14      A.      Yes.

15      Q.      Why?

16      A.      Protocol defines that the hands are

17  taped.

18      Q.      Did you observe any movement of

19  Mr. Johnson's fingers during the execution?

20      A.      No.

21      Q.      What did you observe during the

22  execution?

23      A.      I observed the administration of the

24  chemicals, and I observed the consciousness check

25  performed by the Warden.

1      Q.      And you made both of those observations

2  from inside of the lethal injection Executioner's room?

3      A.      That's correct.

4      Q.      And so the chemical administration I take

5  it is taking place live, in front of you, in the

6  Executioner's room; is that right?

7      A.      Yes.

8      Q.      And then you're observing the

9  consciousness check using the zoom camera we discussed

10 earlier?

11     A.      Yes.  I may have moved to behind the

12 Executioner to observe.  I frequently do that during

13 training.

14     Q.      Why do you move over there?

15     A.      To observe the check visually, as opposed

16 to through a camera.

17     Q.      So that you're able to see through the

18 window?

19     A.      Yes, yes.

20     Q.      Okay.  And when you move over, do you

21 watch through the window or do you watch on the

22 monitor?

23     A.      Probably through the window mostly, but

24 it's -- you can see both at the same time.

25     Q.      During the consciousness check, what can

**Gibson Court Reporting**

1   you see on the monitor?

2        A.      I believe it's -- I don't remember the

3   view.  I think it was zoomed out to a wide angle.

4        Q.      And when you say "zoomed out to a wide

5   angle," could you see the prisoner's entire body?

6        A.      Yes.

7        Q.      Okay.  Could you see anything else in the

8   execution chamber aside from the gurney?

9        A.      Not on the monitor.

10        Q.      Okay.  Could you see the entire execution

11   chamber through the window?

12        A.      It's a pretty narrow view.  You can see

13   most of the execution chamber.

14        Q.      What part of the execution chamber can

15   you not see through the window?

16        A.      From the lethal injection room, looking

17   out into the execution chamber, I'd say kind of the

18   right corner, closest, you can't see over there.  You

19   can see the entirety -- you can see most of the gurney

20   through the window at another angle.

21        Q.      And you mentioned that the window is

22   pretty narrow.  Roughly how many feet wide is the

23   window?

24        A.      I'm not sure.

25        Q.      Is it 3 feet, perhaps?

1    A.    No, it's smaller than that.

2    Q.    Maybe 2 feet?

3    A.    Maybe.  Maybe less.

4    Q.    Is it at least 1 foot?

5    A.    I don't remember.  Seems like -- I'm

6 trying to visualize it now.  It's not the position I

7 stand in directly, so there's someone standing in front

8 of me.

9    Q.    And the Executioner is the person

10 standing in front of you at that point?

11    A.    Correct.

12    Q.    It sounds like it's a pretty small

13 window.  Is it possible for both you and the

14 Executioner to see out of the window at the same time?

15    A.    If we positioned ourselves to do so, we

16 probably could.

17    Q.    Have you ever actually done that during

18 an execution?

19    A.    I don't remember.  I think so.

20    Q.    During Donnie Johnson's execution, when

21 you were looking out the window was the Executioner

22 also looking out the window?

23    A.    The Executioner's the primary person

24 looking out the window.  If anyone else is, it's in

25 addition.

1      Q.      So there was never a point where you were

2   looking out the window but the Executioner was not?

3      A.      Correct.

4      Q.      And does the Observer also look out the

5   window?

6              MR. SUTHERLAND:  Objection to the form.

7              THE WITNESS:  I suppose they could.  I

8      don't know for sure.

9   BY MS. LEONARD:

10     Q.      Roughly how big is the lethal injection

11  Executioner's room?

12     A.      Maybe -- gosh, I don't know.  Maybe 10

13  feet by 5 feet.

14     Q.      Okay.  And you mentioned before it's

15  pretty small.  I agree it seems like a cozy space.

16     A.      It is that.

17     Q.      And when you have a fourth IV Team Member

18  there, where does that individual stand or sit in the

19  room?

20     A.      Pretty much behind the Executioner,

21  standing.

22     Q.      Okay.  Was a second dose of midazolam

23  prepared during Donnie Johnson's execution?

24     A.      You mean for the second set, like the

25  blue set?

1        Q.      Right.

2        A.      I believe so.

3        Q.      Were you involved in any of the practice

4  sessions leading up to this execution?

5        A.      Yes.

6        Q.      Roughly when did those practice sessions

7  take place with respect to the execution?

8        A.      Maybe the two to three weeks prior to the

9  execution date.

10       Q.      Okay.  And how many practice sessions

11  took place in that two- to three-week period?

12       A.      Maybe four to six.

13       Q.      And roughly how long did each of those

14  sessions last?

15       A.      Probably an hour and a half to two hours.

16       Q.      What happened during those practice

17  sessions?

18       A.      During those practice sessions --

19           MR. SUTHERLAND:  Objection to form.

20           THE WITNESS:  -- we carry out the portion

21      of the protocol.  I don't know how to say it.

22      It's -- essentially, it's the portion of that

23      protocol where the execution is carried out.  We

24      simulate it.

25  BY MS. LEONARD:

Case 3:18-cv-01234   Document 184-27   Filed 03/17/22   Page 74 of 219 PageID #: 9966

1      Q.      Okay.  Did you measure the rate of the

2  injection of midazolam during Johnny -- Donnie

3  Johnson's execution?

4      A.      I don't understand what you mean.

5      Q.      Do you ever measure the rate of injection

6  of the drugs during an execution?

7      A.      How do you mean, "measure the rate of

8  injection?"

9      Q.      Are you aware that there is something

10  called a push rate for chemical drugs?

11      A.      I've heard that, yes.

12      Q.      What's your understanding of a push rate?

13      A.      Not much more than what you just said.

14      Q.      Okay.  Do you know whether there is an

15  appropriate push rate for each of the drugs used in

16  executions in Tennessee?

17      A.      I don't know.

18      Q.      Okay.  Let's look at Exhibit 62.

19  Hopefully, we all have the same exhibit.

20      A.      I do.

21      Q.      Okay.  Does this say "Chemical

22  Preparation Timesheet, Date 5/16/19" at the top?

23      A.      It does.

24      Q.      Okay, great.  Have you seen this sheet

25  before?

Case 3:18-cv-01234   Document 184-27   Filed 03/17/22   Page 75 of 219 PageID #: 9967

1          A.       I have.

2          Q.       Is this your handwriting?

3          A.       It looks like my handwriting.

4          Q.       So do -- did you fill out this particular

5     log?

6          A.       Yes, it seems likely.

7          Q.       Okay.  Do you have two pages of this that

8     shows the red on the first page and blue on the second

9     page?

10          A.       I do.

11          Q.       Okay.  Great.  On the -- on the first

12     page it shows for the red set, that being midazolam,

13     was prepared at 9:20.  Is that what you're seeing?

14          A.       Yes.

15          Q.       1920, excuse me.  So 7:20 p.m.?

16          A.       Yes.

17          Q.       And it looks like the other drugs were

18     prepared roughly two hours earlier:  1724, 1729, and

19     1706.  Is that what you see on the log?

20          A.       Yes.

21          Q.       Okay.  Why was the midazolam prepared

22     about two hours later than the other drugs?

23          A.       The midazolam is a compounded chemical in

24     that execution, and the instructions from the

25     compounding pharmacist describe how -- the timelines

 1    for the storage and use.  And I believe it was one hour

 2    from the time it's drawn into the syringe, so we

 3    prepared that one later.

 4         Q.     What happens one hour after the midazolam

 5    is prepared?

 6         A.     I don't understand the question.

 7         Q.     I'm just trying to understand.  You said

 8    you spoke with the pharmacist; is that right?

 9         A.     I didn't.  I have not spoken to the

10    pharmacist.

11         Q.     Okay.  So someone else spoke with the

12    pharmacist, and the reason for the delay in preparing

13    the midazolam has to do with the compounding?

14              MR. SUTHERLAND:  I'm going to object to

15         the form, to the way the question was asked.

16              THE WITNESS:  It's my understanding that

17         the chemical was to be used within one hour of

18         being drawn into the syringe.

19    BY MS. LEONARD:

20         Q.     Okay.

21         A.     It's my understanding that came from the

22    pharmacist's instruction.

23         Q.     Gotcha.  And why is it that it must be

24    used in one hour?

25         A.     I don't know.

1    Q.    Okay.  Let's look at Exhibit 63.

2    A.    Okay.

3    Q.    Does this say "Date of Execution --

4    Lethal Injection Execution Recorder Checklist" at the

5    top?

6    A.    Yes.

7    Q.    For Donnie Johnson, date 5/16/2019?

8    A.    Yes.

9    Q.    Okay.  Is it your handwriting?

10   A.    It is not.

11   Q.    So you did not prepare this particular

12   log?

13   A.    Correct.

14   Q.    If you scroll down to Page 4, if you're

15   looking at that electronically, 4 of the PDF in this

16   same exhibit.

17   A.    All right.

18   Q.    This appears to be a copy of the same

19   sheet; is that right?

20   A.    It appears that way.

21   Q.    So it's also a Day of Execution -- Lethal

22   Injection Recorder Checklist for Donnie Johnson's

23   execution on 5/16/19?

24   A.    Yes.

25   Q.    But it looks like the handwriting is

1  different on this list.  Is this your handwriting?

2        A.      It is not.

3        Q.      So you did not fill out this particular

4  form, either?

5        A.      I did not.

6        Q.      Okay.  And then if you scroll down to

7  Page 7 of the PDF, it says again, "Day of Execution --

8  Lethal Injection Execution Recorder Checklist" for

9  Donnie Johnson, 5/16/19?

10       A.      Yes.

11       Q.      And it looks like it's different

12  handwriting.  Is that your handwriting?

13       A.      It is not.

14       Q.      So you did not fill out this particular

15  log, either?

16       A.      No.

17       Q.      Who filled out these logs, without giving

18  me any names?

19       A.      I don't know.

20       Q.      Is it part of your duties as the Recorder

21  to fill out these logs?

22       A.      Not this log, no.

23       Q.      Okay.  And on Exhibit 63, the same one

24  we're looking at now, if you bounce back to Page 2.

25       A.      Okay.

 1          Q.      About a quarter of the way down the list

 2     it says "1919, Warden orders Execution Team to

 3     proceed."  Do you see that?

 4          A.      Yes.

 5          Q.      And I'm sorry to make you flip between

 6     exhibits here; but on Exhibit 62, the one we just

 7     looked at, the Chemical Preparation Timesheet --

 8          A.      Yes.

 9          Q.      -- we saw that the midazolam was prepared

10     at 1920?

11          A.      Correct.

12          Q.      So that looks like the midazolam was

13     prepared right after or right around the same time that

14     the Warden ordered the Execution Team to proceed; is

15     that right?

16          A.      That's correct.

17          Q.      And why was that chosen as the time to

18     prepare the midazolam?

19                  MR. SUTHERLAND:  I'm sorry, Lynne, where

20          are you?

21                  MS. LEONARD:  Looking at Exhibit 63,

22          about a quarter of the way down Page 2.  It says

23          "1919, Warden ordered Execution Team to proceed."

24     BY MS. LEONARD:

25          Q.      IV Team Member, would it be helpful if I

1  repeated the question?

2          A.        Yes.

3          Q.        Okay.  So on Exhibit 62, it says that

4  midazolam was prepared at 1920.  Exhibit 63 shows that

5  the Warden ordered the Execution Team to proceed at

6  1919.  And my question is:  Why is it that the

7  midazolam was prepared at that point?

8          A.        Because at that point --

9                    MR. SUTHERLAND:  Objection.  Object to

10          the form.  You can answer.

11                   THE WITNESS:  Yes, sir.

12                   At that point, there -- there would be no

13          more stopping the execution.  Earlier times to

14          prepare, if there were a delay, it might impact

15          that one-hour timeframe.

16  BY MS. LEONARD:

17          Q.        Okay.  I see.  Is this a deviation from

18  the protocol?

19                   MR. SUTHERLAND:  Object to the form.

20                   THE WITNESS:  I don't think the protocol

21          specifies when, what exact time it's prepared.

22  BY MS. LEONARD:

23          Q.        Does the protocol specify an order in

24  which the drugs are supposed to be prepared?

25          A.        I don't know if it specifies the order.

1    It specifies how they're prepared.

2          Q.      It specifies how they're prepared but not

3    the time?

4          A.      I don't -- I don't know that it specifies

5    the time.

6          Q.      Do you practice this delay in preparing

7    midazolam during training sessions?

8          A.      We do.

9          Q.      Do you do that in every training session?

10         A.      Every training session that I've

11   attended.

12         Q.      Okay.  Let's bounce back to Exhibit 65.

13         A.      Okay.

14         Q.      This is the Chemical Preparation

15   Timesheet dated 4/14/21.

16         A.      Uh-huh.

17         Q.      It looks here like the midazolam was

18   prepared before the rest of the drugs; is that right?

19         A.      The time would seem to indicate so.

20         Q.      Okay.  So at least in that practice

21   session the team did not practice the delay in drawing

22   up the midazolam.  Is that what this shows?

23         A.      That's what it seems to show.

24         Q.      Okay.  And you filled out this sheet?

25         A.      No.

1      Q.      You did not fill out this sheet?

2      A.      No, that's not my handwriting.

3      Q.      Okay.  And you do not know who did fill

4  out the sheet?

5      A.      I don't.

6      Q.      Okay.  Were you an IV Team Member who

7  participated in Billy Ray Irick's execution on August

8  29, 2018?

9      A.      I was.

10     Q.      Were you involved in the execution in any

11  other capacity?

12     A.      No.

13     Q.      Where were you located during Billy Ray

14  Irick's execution?

15     A.      In the same position.

16     Q.      In the Executioner's room?

17     A.      Yes.

18     Q.      And you never left the Executioner's room

19  during that execution?

20     A.      Correct.

21     Q.      How many total people were inside the

22  Executioner's room during Billy Ray Irick's execution?

23     A.      Four.

24     Q.      Four total people, including yourself?

25     A.      Yes.

1      Q.     And was that, again, the same people as

2  Mr. Johnson's execution?  So you as the Recorder,

3  another IV Team Member as Observer, another IV Team

4  Member as an additional Observer, and then the

5  Executioner?

6      A.     Yes.

7      Q.     Okay.  Were Mr. Irick's fingers taped to

8  the gurney during his execution?

9      A.     They were.

10     Q.     Why?

11     A.     Because protocol requires that to take

12  place.

13     Q.     Okay.  Did you observe any movement of

14  Mr. Irick's fingers during the execution?

15     A.     I did not.

16     Q.     Did you prepare the lethal injection

17  chemicals for Mr. Irick's execution?

18     A.     No, the Executioner prepares them.

19     Q.     Okay.  Did you observe the Executioner

20  preparing the chemicals for Mr. Irick's execution?

21     A.     I did.

22     Q.     Let's pull up Exhibit 58.

23     A.     Okay.

24     Q.     This should say at the top, "Lethal

25  Injection Chemical Administration Record," and it's for

1   Billy Ray Irick, 8/9/18.  Is that what you're looking

2   at?

3          A.     Yes.

4          Q.     Okay.  Is this your handwriting?

5          A.     It is.

6          Q.     So did you prepare this particular log?

7          A.     I did.

8          Q.     Okay.  Did you complete this log during

9   the execution?

10         A.     Yes.

11         Q.     So you recorded it in live time, as the

12  preparation was happening?

13         A.     Yes.

14         Q.     Was a second dose of the midazolam

15  prepared during Mr. Irick's execution?

16         A.     It was not.

17         Q.     Why not?

18         A.     That was the first execution that we used

19  compounded midazolam.  We drew up -- upon the order to

20  proceed, drew up the first set of midazolam and didn't

21  prepare the blue set at that time.

22         Q.     Is this a deviation from the protocol?

23         A.     Not to my understanding.

24         Q.     Does the protocol require you to prepare

25  both sets of midazolam?

 1          A.       Yes.

 2          Q.       So who authorized -- without giving me a

 3     name, who said it was okay to not prepare both sets of

 4     midazolam?

 5                    MR. SUTHERLAND:  Objection to the form.

 6          You can answer.

 7                    THE WITNESS:  I don't know that we were

 8          given authorization.

 9     BY MS. LEONARD:

10          Q.       And when you say "we," are you referring

11     to the individuals in the Executioner's room?

12          A.       Correct.

13          Q.       Okay.  So who in that room -- again, not

14     a name; but who in that room decided not to prepare a

15     second set of chemicals?

16          A.       The Executioner prepares the chemicals.

17     I -- I can't say if it was decided beyond that.

18          Q.       What is the purpose of preparing a second

19     set of chemicals?

20          A.       As a backup to the primary set, there are

21     contingencies for if the first line doesn't have a good

22     flow to it once administration begins.

23                    And also if a consciousness check indicates

24     a need to move to the second set.

25          Q.       Okay.  So given that there was no second

1    set, what would you have done if Mr. Irick had still

2    been conscious following injection of the first set?

3           A.      The same as with the first set.  Upon the

4    signal to change, drawn those 5-milliliter vials of

5    midazolam.

6           Q.      So you would have prepared the second set

7    at that time, if needed?

8           A.      We would have completed the preparation,

9    yes.

10          Q.      Okay.  And does the protocol require you

11   to prepare both sets ahead of the execution?

12          A.      I don't know if it says that

13   specifically.

14          Q.      Okay.  Let's look at Exhibit 57.

15          A.      All right.

16          Q.      This says "Day of Execution -- Lethal

17   Injection Execution Recorder Checklist" for Billy Ray

18   Irick, 8/9/2018.  Is that what you're seeing?

19          A.      Yes.

20          Q.      Okay.  Did you prepare this particular

21   log?

22          A.      I did not.

23          Q.      Without giving me a name, who did prepare

24   this log?

25          A.      I don't know.

1          Q.      Is --

2          A.      It's prepared somewhere else.

3          Q.      Somewhere else in the Capital Punishment

4    Unit?

5          A.      Yes.

6          Q.      Is this your first time ever seeing this

7    log?

8          A.      This log for this execution, yes.

9          Q.      Okay.  And the same situation as we

10   looked at for Mr. Johnson; if you scroll down to Page

11   4, it looks like there's an identical sheet that's

12   filled out with different handwriting.  Is that your

13   handwriting?

14         A.      No, it's not.

15         Q.      And then on Page 7, same thing; it's a

16   third identical sheet with yet another set of

17   handwriting.  And is this your handwriting?

18         A.      It is not.

19         Q.      And you've never seen any of these

20   sheets?

21         A.      No.

22         Q.      Okay.  Is this the sheet, the one we

23   discussed earlier, that's filled out by the Lethal

24   Injection Recorder?

25         A.      That's my understanding.

1       Q.       Okay.  Were you involved in any of the

2   practices leading up to Mr. Irick's execution?

3       A.       Yes.

4       Q.       And when did those practices take place,

5   roughly?

6       A.       Roughly, two to three weeks prior to the

7   execution.

8       Q.       And how many total sessions happened in

9   that two- to three-week period?

10       A.       I would say between four and six.

11       Q.       Okay.  So the same as Mr. Johnson; it was

12   also similarly about an hour and a half to two for each

13   session?

14       A.       As best I recall, yes.

15       Q.       Okay.  What did you observe during

16   Mr. Irick's execution?

17       A.       I observed the Executioner --

18            MR. SUTHERLAND:  Objection to the form.

19       Objection to the form.  You can answer.

20            THE WITNESS:  I observed the

21       administration of the chemicals, and as well as

22       the consciousness check.

23   BY MS. LEONARD:

24       Q.       Okay.  And did you see Mr. Irick move

25   during the consciousness check?

1        A.      No.

2        Q.      Did you see him move in reaction to

3   administration of any of the drugs?

4        A.      No, I -- during the administration of the

5   drugs, I'm not in a position to see.

6        Q.      Okay.  So you were not watching the

7   camera at that time?

8        A.      No.

9        Q.      And you were not looking out the window

10  at that time?

11       A.      No.

12       Q.      What are you watching when the drugs are

13  administered?

14       A.      The Executioner and the handling of the

15  syringes, and then the administration sheet.

16       Q.      Okay.  Do you recall Mr. Irick snoring

17  during the execution?

18       A.      Yes.

19       Q.      Do you remember him breathing heavily?

20       A.      No that I recall.  It was -- I recall

21  heavy breathing -- heavy snoring.  I apologize.

22       Q.      You recall the snoring but not the heavy

23  breathing?

24       A.      Correct.

25       Q.      Okay.  Do you recall any coughing or

1   choking?

2       A.      No.

3       Q.      Do you recall whether Mr. Irick turned

4   any colors?

5       A.      Not that I recall.

6       Q.      After the consciousness check, do you

7   ever look in the execution chamber at any other point

8   during the execution?

9       A.      Not during the execution, no.

10       Q.      Okay.  So what do you look at during the

11   rest of the execution and after the consciousness

12   check?

13       A.      I go back to my position and monitor the

14   additional administration of the chemicals and the log.

15       Q.      Okay.  Let's talk a little bit more about

16   those chemicals.  I'm going to flip back to the

17   protocol, Exhibit 1.

18       A.      Okay.

19       Q.      And this time we're going to go down to

20   Page 34.

21       A.      Okay.

22       Q.      I'm having a rotation problem.

23       So this should say at the top, "Chemicals

24   Used in Lethal Injection."

25       A.      Yes.

Case 3:18-cv-01234   Document 184-27   Filed 03/17/22   Page 91 of 219 PageID #: 9983

1     Q.     And it's got three chemicals listed

2   there:  midazolam, vecuronium bromide, and potassium

3   chloride, and then the amounts for each.  What is your

4   understanding of the purpose for using each of these

5   drugs?

6             MR. SUTHERLAND:  Objection to the form.

7             THE WITNESS:  To render the individual

8        unconscious, to stop breathing, and to essentially

9        stop the heartbeat.

10  BY MS. LEONARD:

11    Q.     Okay.  And I apologize, I asked the

12  question unclearly.  But I take it you mean that the

13  purpose of midazolam, and then vecuronium bromide, and

14  then potassium chloride respectfully?

15    A.     That's my understanding.

16    Q.     And it also says on this page the amount

17  of each dose.  How is that amount determined?

18    A.     I don't know.

19             MR. SUTHERLAND:  Objection to the form.

20  BY MS. LEONARD:

21    Q.     Without giving me a name, who made that

22  determination?

23             MR. SUTHERLAND:  Same objection.

24             THE WITNESS:  I don't know that, either.

25  BY MS. LEONARD:

**Gibson Court Reporting**

1        Q.        You mentioned earlier that others on the

2    team had spoken with a pharmacist; is that right?

3        A.        Yes, somebody else has.

4        Q.        Okay.  Have you ever spoken with a

5    pharmacist about executions?

6        A.        No.

7        Q.        Okay.  What type of drug is vecuronium

8    bromide?

9                  MR. SUTHERLAND:  Objection to the form.

10                 THE WITNESS:  I don't know.

11   BY MS. LEONARD:

12       Q.        What type of drug is potassium chloride?

13                 MR. SUTHERLAND:  Same objection.

14                 THE WITNESS:  I don't know that, either.

15   BY MS. LEONARD:

16       Q.        What type of drug is midazolam?

17                 MR. SUTHERLAND:  Same objection.

18                 THE WITNESS:  I don't know.

19   BY MS. LEONARD:

20       Q.        Is midazolam typically used as an

21   anesthetic?

22                 MR. SUTHERLAND:  Same objection.

23                 THE WITNESS:  I don't know.

24   BY MS. LEONARD:

25       Q.        Is midazolam FDA approved as the sole

Case 3:18-cv-01234   Document 184-27   Filed 03/17/22   Page 93 of 219 PageID #: 9985

1   drug to produce and maintain anesthesia?

2                MR. SUTHERLAND:  Same objection.

3                THE WITNESS:  I don't know that, either.

4   BY MS. LEONARD:

5        Q.     Is midazolam acidic?

6                MR. SUTHERLAND:  Same objection.

7                THE WITNESS:  I don't know.

8   BY MS. LEONARD:

9        Q.     Does midazolam have a ceiling effect?

10               MR. SUTHERLAND:  Same objection.

11               THE WITNESS:  I don't know.

12  BY MS. LEONARD:

13       Q.     Do you know what a ceiling effect is?

14               MR. SUTHERLAND:  Same objection.

15               THE WITNESS:  I don't.

16  BY MS. LEONARD:

17       Q.     Okay.  Are any of these drugs diluted

18  before they're administered?

19       A.     I'm not sure I understand the question.

20       Q.     Are any -- are any of the drugs mixed

21  with something else before they are administered?

22       A.     Yes.

23       Q.     Which ones?

24       A.     The vecuronium bromide is a powder that's

25  mixed with a -- or that's reconstituted with a

1    bacteriostatic water.  And in those two executions, the

2    midazolam was compounded and drawn into a syringe with

3    45 milliliters -- milliliters of saline.

4         Q.       When you say "those two executions," are

5    you referring to Mr. Johnson's and Mr. Irick's that we

6    just discussed?

7         A.       Yes.

8         Q.       Okay.  Is -- you said that vecuronium

9    bromide is reconstituted with bacteriostatic water?

10        A.       That's correct.

11        Q.       Are any of the other drugs mixed with

12   anything else?

13        A.       Just the midazolam into the saline.

14        Q.       Okay.  And is the potassium chloride

15   mixed with anything else?

16        A.       It has not been during any executions

17   I've participated in.

18        Q.       Okay.  Do you do the mixing of the drugs?

19                 MR. SUTHERLAND:  Object to form.

20                 THE WITNESS:  No, that's done by the

21        Executioner during the chemical preparation.

22   BY MS. LEONARD:

23        Q.       Okay.  Do you watch the Executioner

24   preparing the drugs?

25        A.       I do.

Case 3:18-cv-01234   Document 184-27   Filed 03/17/22   Page 95 of 219 PageID #: 9987

1      Q.      And do you keep records of this?

2      A.      Yes, on the Chemical Preparation Form.

3      Q.      And that's the Chemical Preparation and

4   Administration record that we talked about before?

5      A.      Yes.

6      Q.      Okay.  Other than the forms that we

7   discussed before, are there any additional records that

8   you keep showing the chemical preparation?

9      A.      No.

10      Q.      Okay.  Where are these records kept after

11   an execution?

12      A.      I don't know.  We hand them to the

13   Warden.

14      Q.      Okay.  You -- do you hand them to the

15   Warden the night of the execution?

16      A.      Either that, or directly to his office.

17   But yes, the night of the execution.

18      Q.      Okay.  On the same page, 34 of the

19   protocol, it states that:  "The chemicals will either

20   be FAA-approved, commercially manufactured drugs or

21   shall be compounded preparations prepared in accordance

22   with pharmaceutical standards consistent with the

23   United States guidelines," et cetera.

24              Do you see where I'm looking at?

25      A.      Yes.

**Gibson Court Reporting**

1      Q.      Okay.  Are the drugs that you use for

2  executions compounded?

3      A.      The midazolam has been compounded in the

4  past.

5      Q.      Is the midazolam always compounded?

6      A.      It has been for the two executions I've

7  participated in.

8      Q.      Okay.  So you've only participated in two

9  lethal injection executions since 2016?

10     A.      That I can recall, just there were only

11  two.

12     Q.      Okay.  And the midazolam has been

13  compounded for both?

14     A.      That's correct.

15     Q.      And that was Mr. Johnson's and

16  Mr. Irick's executions?

17     A.      Yes.

18     Q.      Okay.  What is the difference between a

19  commercially manufactured and a compounded drug?

20             MR. SUTHERLAND:  Objection to the form.

21             THE WITNESS:  I don't know the specifics.

22  BY MS. LEONARD:

23     Q.      Is there a difference between them?

24             MR. SUTHERLAND:  Same -- same objection.

25             THE WITNESS:  I suppose the source.

 1  BY MS. LEONARD:

 2      Q.      I'm sorry, you said "the source?"

 3      A.      I suppose maybe the source.  I don't

 4  know.

 5      Q.      Okay.  Is there any difference between

 6  the drug itself if it's compounded versus manufactured?

 7              MR. SUTHERLAND:  Same objection.

 8              THE WITNESS:  I don't know that.

 9  BY MS. LEONARD:

10      Q.      Okay.

11              MR. SUTHERLAND:  IV Team 2, if you could

12          pause just a second after the question so it'll --

13          so I'm not talking over you.

14              THE WITNESS:  Yes, sir.

15  BY MS. LEONARD:

16      Q.      Do you check the expiration date of the

17  drugs before you use them in an execution?

18      A.      I don't check the expiration date.

19      Q.      Does someone else on the Execution Team

20  check the expiration date?

21      A.      Yes.

22              MR. SUTHERLAND:  Objection, form.  Please

23          pause for a second before you give the answers.

24          Thank you.

25  BY MS. LEONARD:

1      Q.      How -- without giving me a name, who

2  checks the expiration dates on the drugs before the

3  execution?

4      A.      I believe the Warden and the Executioner.

5      Q.      Okay.  Do you ever use expired drugs in

6  an execution?

7      A.      Not to my knowledge.

8      Q.      Let's take a look at the next page of the

9  protocol.  So this is Page 35 of Exhibit 1.

10     A.      Okay.

11     Q.      Looking specifically on the second half

12  of the page under the heading "Storage of LIC," Item 1.

13     A.      Yes.

14     Q.      And that talks about it -- starts with

15  "When the LIC is received."  Do you need a second to

16  just review that paragraph, Item 1?

17     A.      Okay.  I'm good.

18     Q.      Okay.  It says there:  "When a member" --

19  "when the LIC is received, a member of the Execution

20  Team and the Warden take the LIC to the armory area of

21  Building 7."

22             Which member of the Execution Team member

23  is that, without giving me the name?

24     A.      I don't know.

25             MR. SUTHERLAND:  Object to the form.

```
 1   BY MS. LEONARD:
 2        Q.      Is it ever you?
 3        A.      It has not been.
 4        Q.      Have you seen the storage container of
 5   the LICs?
 6        A.      Yes.
 7        Q.      Has everyone on the IV Team seen the
 8   storage container?
 9                MR. SUTHERLAND:  Objection to the form.
10                THE WITNESS:  I don't know.
11   BY MS. LEONARD:
12        Q.      When did you see the storage container of
13   the lethal injection chemicals?
14        A.      I've seen them when they're removed on
15   the day of execution.
16        Q.      Okay.  And why are you able to see that,
17   see it then?
18        A.      I'm -- the Executioner, Warden, and
19   myself are there to remove them and take them to the
20   lethal injection room.
21        Q.      Okay.  So you are one of the members of
22   the Execution Team that help take the LIC from the
23   armory area to Building 7 and move it to the Capital
24   Punishment Unit?
25        A.      That's correct.
```

**Gibson Court Reporting**

1      Q.      Okay.  Are you always the member of the

2   Execution Team that helps move the chemicals?

3      A.      I have been for those executions.

4      Q.      For the past two executions we've been

5   discussing?

6      A.      Yes.

7      Q.      Okay.  And is it only you and the Warden,

8   you said?

9      A.      No, it's the Warden and the Executioner

10  and myself.

11      Q.      Okay.  I'm sorry, you did say also the

12  Executioner was there.

13              Okay.  In the same section, it has some

14  details here about the container and the security.  Do

15  you need a minute to look at the rest of this page before

16  I ask you a couple of questions?

17      A.      Sure.

18              (Witness reviews document.)

19              THE WITNESS:  Okay.

20  BY MS. LEONARD:

21      Q.      Who is the one member of the Execution

22  Team to whom the key is surrendered?

23              MR. SUTHERLAND:  Objection to the form.

24  BY MS. LEONARD:

25      Q.      I can clarify the sentence I'm looking

1  at, if that'll be helpful.

2          A.      Sure.

3          Q.      So in Item 2, about halfway through, it's

4  talking about the key to the container.  And there's a

5  sentence that starts towards the bottom of the page:

6  "The Warden surrenders the key to no one other than one

7  member of the Execution Team designated for

8  inventorying the LIC," and then it continues.

9                  Who is that one member of the Execution

10 Team who gets the key?

11         A.      I don't know.

12         Q.      Is it ever you?

13         A.      It has not been.

14         Q.      Okay.  Do you know when the key is

15 returned to the Warden?

16         A.      I don't.

17         Q.      And then it says in the final sentence of

18 the same paragraph, Item 2:  "Only the Warden or

19 designee is allowed to access the storage container."

20                 Who is the designee in this case?

21         A.      I don't know.

22         Q.      Has it ever been you?

23         A.      No.

24         Q.      Okay.  Are you ever allowed access to the

25 storage container?

1      A.      I have never had access to it.  I've --

2   as I said, I have been present with the Warden and

3   Executioner to remove the chemicals.

4      Q.      But you've only ever seen it when you are

5   moving the chemicals in advance of an execution; but

6   otherwise, you don't have any access to it?

7      A.      I may have been present during an

8   inventory at some time; but it's never been my access,

9   no.

10      Q.      Okay.  Let's go to Page 39.  It says at

11   the top of that page, "Lethal Injection Chemical Set-Up

12   and Preparation."  Is that what you're looking at?

13      A.      Yes.

14      Q.      Okay.  Do you need a minute to look

15   through this page?

16      A.      I'm familiar.

17      Q.      Okay.  It states here in Item 1 that:

18              "Prior to an execution, a minimum of two

19              members of the Execution Team bring the

20              LICs from the armory area directly to the

21              lethal injection room."

22              Is the lethal injection room the same

23   lethal injection Executioner's room that we've been

24   talking about and that we saw in the diagram?

25      A.      It is.

1          Q.          Okay.  And who are the two members that
2    bring the LICs from the armory to the lethal injection
3    room, without giving me their names?
4          A.          The Executioner and myself.
5          Q.          Okay.  And has it ever been anyone else
6    since you've been involved with executions?
7          A.          Not that I remember.
8          Q.          Okay.  And the beginning of that sentence
9    says, "Prior to an execution."  I'm wondering when
10   exactly "prior" is.  Is it an hour before, is it longer
11   than that?  I'm just trying to get an idea of what
12   "Prior to an execution" means.
13         A.          Maybe two to three hours prior.
14         Q.          Okay.  And how do you know when it's time
15   to move the LICs from the armory to the lethal
16   injection room?
17         A.          In coordination with the Warden.
18         Q.          Does the Warden make that decision, or do
19   you make that decision together with him?
20         A.          I think the Warden makes that decision.
21         Q.          Okay.  When do you first see the lethal
22   injection chemicals?
23                     MR. SUTHERLAND:  Objection to the form.
24                     THE WITNESS:  When they're removed from
25         the storage container.

**Gibson Court Reporting**

1    BY MS. LEONARD:

2          Q.      Is that in the lethal injection room?

3          A.      No, that's in the armory.

4          Q.      Okay.  So they're removed from the

5    storage container in the armory, and then you take them

6    over to the lethal injection room after that?

7          A.      Yes.

8          Q.      Okay.  What do the lethal injection

9    chemicals look like when you first see them?

10               MR. SUTHERLAND:  Objection to the form.

11               THE WITNESS:  They're vials.

12   BY MS. LEONARD:

13         Q.      Are all three of the drugs in vials?

14         A.      Yes.

15         Q.      And it says on this same page, the second

16   sentence of Item 1, so where we left off reading:  "The

17   amount of chemicals and saline is sufficient to make

18   two complete sets of nine syringes each."

19               What exactly is the amount of chemicals

20   and saline sufficient to make two complete sets of nine

21   syringes each?

22               MR. SUTHERLAND:  Objection to the form.

23               THE WITNESS:  I'm not sure I understand

24       your question.

25   BY MS. LEONARD:

1    Q.    How many -- how many vials of midazolam

2    are needed?

3    A.    For two complete sets, it's four

4    5-milliliter vials of midazolam.

5    Q.    Okay.  And how many vials of vecuronium

6    bromide are needed to make two complete sets?

7    A.    20.

8    Q.    20 vials?

9    A.    Yes.

10    Q.    How large are each of those vials?

11    A.    5 milliliters.

12    Q.    5 milliliters?

13    A.    Yes.

14    Q.    Okay.  How many vials of potassium

15    chloride are needed to complete -- for two complete

16    sets?

17    A.    I believe it's 12 20-milliliter vials.

18    Q.    Okay.  How do you know this information?

19    A.    The protocol says the amounts of the

20    chemicals.

21    Q.    Okay.  In the last sentence of Item 1, it

22    says:  "Only the Warden and one member of the Execution

23    Team have a key to the lethal injection room."

24              Who is the member of the Execution Team

25    that has a key to the lethal injection room?

**Gibson Court Reporting**

```
 1          A.      I don't know.

 2          Q.      It's not you?

 3          A.      It's not.

 4          Q.      You've never had the key to the lethal

 5   injection room?

 6          A.      I've been handed the key to open the

 7   lethal injection room.  I've never had the key.

 8          Q.      Okay.  So you've been handed the key, but

 9   then you give the key back?

10          A.      Yes, correct.

11          Q.      Is it the Warden who gives you the key?

12          A.      Either the Warden or the Associate

13   Warden.

14          Q.      Okay.  In Item 2, it states that:

15                  "The LICs are drawn into syringes by one

16                  member of the Execution Team.  Another

17                  member of the Execution Team observes and

18                  verifies that the procedure has been

19                  carried out correctly."

20                  I believe you mentioned before that the

21   Executioner is the one member of the Execution Team who

22   draws the LICs into syringes; is that right?

23          A.      That's correct.

24          Q.      And then which member of the Execution

25   Team observes and verifies that the procedure has been
```

 1    carried out correctly?

 2         A.       I do that and the Observer.  As I

 3    mentioned earlier, we kind of do that as a three-person

 4    check.

 5         Q.       So when you say "three people," it's you,

 6    the Observer, and who else?

 7         A.       And the Executioner.

 8         Q.       Okay.  And you mentioned that there were

 9    -- there was an additional observer in both Mr. Johnson

10    and Mr. Irick's executions.  What did that individual

11    do?

12         A.       They would have observed the process, as

13    well.

14         Q.       Okay.  So it would have been four total

15    people that were observing and verifying?

16              MR. SUTHERLAND:  Objection to the form.

17              THE WITNESS:  Yes.

18    BY MS. LEONARD:

19         Q.       Okay.  It says here, "Verifies that the

20    procedure has been carried out correctly."  What does

21    it mean for the procedure to be carried out correctly?

22              MR. SUTHERLAND:  Object to the form.  You

23         can answer.

24              THE WITNESS:  The correct number of

25         syringes -- correct number of vials to complete

Case 3:18-cv-01234   Document 184-27   Filed 03/17/22   Page 108 of 219 PageID #: 10000

 1         the amount of chemicals in the set, making sure

 2         that it's the right chemical in the right syringe.

 3   BY MS. LEONARD:

 4         Q.      Okay.  And how do you verify that

 5   information?

 6         A.      I don't understand the question.

 7         Q.      It says here that part of the job of the

 8   Execution Team -- and you've identified that that's

 9   you, as well as some others in the lethal injection

10   room -- observe and verify that the procedure has been

11   carried out correctly.

12              And you explained what it means to be

13   carried out correctly, and I'm wondering how it is that

14   you verify that.

15         A.      Visually.

16         Q.      When you say "visually," you check to see

17   what the -- how many vials there are?

18         A.      See how many vials there are, as well as

19   what's been drawn into the syringe.

20         Q.      Okay.  And how to you know what's being

21   drawn into the syringe?

22         A.      By observing right next to the

23   Executioner.

24         Q.      Do you have any background in chemistry?

25         A.      No.

1       Q.      Are the same-size syringes used for all

2    three of the drugs?

3       A.      Yes, the syringes are all the same size.

4       Q.      What color is the content of the prepared

5    syringes of midazolam?

6       A.      I would say it's clear.

7       Q.      What color is the content of the prepared

8    syringes of vecuronium bromide?

9       A.      Also clear.

10      Q.      What color is the content of the prepared

11   syringes of potassium chloride?

12      A.      Also clear.

13      Q.      Do all the -- do all the three drugs look

14   the same in the prepared syringes?

15      A.      Once they're prepared, I would say they

16   look the same.

17      Q.      Okay.  They're all clear and they're all

18   in the same-sized syringes?

19      A.      Yes.

20      Q.      Okay.  And how is it you can tell which

21   drug is in which syringe, given they all look the same

22   when they're prepared?

23      A.      By the vial that they're being extracted

24   from.

25      Q.      Are those vials labeled?

```
1          A.        As best I recall.

2          Q.        Okay.  And how -- who labels those vials,

3   without giving me a name?

4                    MR. SUTHERLAND:  Are you talking about

5          the vials?  I'm sorry, Lynne, are you talking

6          about the vials or the syringes?

7   BY MS. LEONARD:

8          Q.        The vials.

9          A.        I don't know.  I don't know where they're

10  labeled.

11         Q.        Are the syringes labeled?

12         A.        We label the syringes when -- during that

13  preparation process.

14         Q.        And when you say "we," do you mean the

15  members of the IV Team that are in the lethal injection

16  room?

17         A.        Yes.

18         Q.        Okay.  So just so I'm understanding, the

19  Executioner draws up the drugs from the vial into the

20  syringe and then the IV Team Members work together to

21  label the syringe?

22         A.        Correct.

23         Q.        Okay.  What happens to the empty vials

24  after the syringes are prepared?

25         A.        I believe they're set aside into a
```

**Gibson Court Reporting**

 1    disposal bag.

 2         Q.      Are you -- do you dispose of them in the

 3    disposal bag?

 4         A.      I do not.

 5         Q.      Does someone else with you in the lethal

 6    injection room do that?

 7         A.      Maybe the Executioner.

 8         Q.      You're not sure?

 9         A.      I'm not sure.

10         Q.      Okay.  Item 4, towards the bottom of Page

11    39, describes more details about preparation of the

12    drugs.  Do you see where I'm looking?

13         A.      Yes.

14         Q.      And then this goes from Page 39 into the

15    top of Page 40.  Do you need a second to just skim

16    through that to refresh yourself?

17         A.      I'm familiar.

18         Q.      Okay.  Without giving me a name, who is

19    responsible for carrying out each of these steps?

20         A.      The Executioner.

21         Q.      Has it ever been you?

22         A.      Not during an execution.

23         Q.      So you've done it during the trainings?

24         A.      Yes.

25         Q.      Okay.  And does anyone supervise the

Case 3:18-cv-01234   Document 184-27   Filed 03/17/22   Page 112 of 219 PageID #: 10004

 1   preparation of the drugs using these steps?

 2        A.     I don't believe anybody else has been

 3   present.

 4        Q.     Aside from the IV Team Members?

 5        A.     Correct.

 6        Q.     Okay.  Have you seen written instructions

 7   on how to prepare midazolam?

 8        A.     I have.

 9        Q.     Where have you seen those instructions?

10        A.     I don't remember if it was at the

11   facility or from our general counsel.  I don't recall.

12        Q.     When you say "at the facility," do you

13   mean in the Capital Punishment Unit at Riverbend?

14        A.     Or at Riverbend generally.

15             MR. SUTHERLAND:  Did we lose the

16        videographer?  Do you want to try to go off the

17        record for a minute until he reappears?

18             (Technical pause.)

19             THE VIDEOGRAPHER:  We're back on the

20        record the 12:47 p.m.

21             MS. LEONARD:  We lost the videographer

22        momentarily, so the court reporter has kindly

23        volunteered to read back maybe the last two

24        questions and answers to make sure we have those

25        on the video record.

Case 3:18-cv-01234   Document 184-27   Filed 03/17/22   Page 113 of 219 PageID #: 10005

```
 1                    (The record was read by the Court

 2         Reporter, as follows:

 3                    "Question:  Where have you seen those

 4                    instructions?

 5                    Answer:  I don't remember if it was at the

 6                    facility or from our general counsel.  I

 7                    don't recall.

 8                    Question:  When you say "at the facility,"

 9                    do you mean in the Capital Punishment Unit

10                    at Riverbend?

11                    Answer:  Or at Riverbend generally.")

12                    MS. LEONARD:  Okay.  Thank you.

13    BY MS. LEONARD:

14         Q.      IV Team Member, when -- so to pick up

15    where we left off, have you seen the written

16    instructions at Riverbend?

17         A.      Yes.

18                    MR. SUTHERLAND:  Object to the form.

19    BY MS. LEONARD:

20         Q.      Okay.  Does the Executioner have the

21    instructions with him when he's mixing the drugs?

22         A.      I don't remember.

23         Q.      Have you seen the Executioner using

24    instructions when he mixes the drugs?

25         A.      I don't remember if there were
```

1    instructions in front of him.

2         Q.     Okay.  It -- but it's your duty to watch

3    what the Executioner is doing and verify that it's

4    carried out correctly?

5         A.     That's correct.

6         Q.     Do you refer to any written instructions

7    while you're watching the Executioner mix the drugs?

8         A.     I don't believe I have them in my hand

9    during that.

10         Q.     Do you have them in the lethal injection

11    room?

12         A.     Yes, I would say we've had them in there.

13         Q.     Do you have them in there during every

14    execution?

15         A.     I don't remember.

16         Q.     Do you reference those instructions while

17    the Executioner is mixing the drugs?

18         A.     Not in -- not during the actual mixing,

19    no.

20         Q.     Okay.  If you are not -- well, given that

21    you're not referencing any instructions, how do you

22    know if the Executioner is preparing the drugs

23    correctly?

24         A.     We do review them in advance.

25         Q.     You review the instructions in advance?

1          A.          Yes.

2          Q.          And when you say "we," you mean the IV

3    Team Members?

4          A.          At least myself and the Executioner.  I

5    can't say for certain the rest.

6          Q.          And when you say "in advance," do you

7    mean ahead of the execution?

8          A.          Yes.

9          Q.          How far in advance of the execution,

10   roughly, do you review the instructions?

11         A.          On the day of, maybe within -- within

12   hours of preparation.

13         Q.          On Page 39, the same page we were just

14   looking at, it says -- at the bottom, it's talking

15   about vecuronium bromide.  And I believe you also

16   mentioned this before.

17              It says:  "The vecuronium is in powder

18   form and must be reconstituted with bacteriostatic

19   water."

20              Do you see where I'm reading?

21         A.          Yes.

22         Q.          What does it mean to reconstitute the

23   vecuronium bromide?

24         A.          I couldn't define the word.  The process

25   is drawing the bacteriostatic water from its vial and

 1   putting it into the vial with the powdered vecuronium.

 2        Q.      Does the Executioner do this?

 3        A.      Yes.

 4        Q.      Have you seen written instructions on how

 5   to reconstitute vecuronium bromide?

 6        A.      Not that I recall.

 7        Q.      Does the Executioner have written

 8   instructions when he's reconstituting the vecuronium

 9   bromide?

10              MR. SUTHERLAND:  Objection to the form.

11              THE WITNESS:  Not that I'm aware.

12   BY MS. LEONARD:

13        Q.      If neither you or the Executioner has

14   seen any instructions, then how do you know whether the

15   Executioner is reconstituting the vecuronium bromide

16   correctly?

17        A.      It's my understanding that the process to

18   reconstitute is the mixing it with the bacteriostatic

19   water.

20        Q.      Let's pull up Exhibit 2.  Do you have the

21   exhibit in front of you, IV Team Member?

22        A.      I do.

23        Q.      It says at the top, "Midazolam Storage

24   and Preparation Instructions."  Have you ever seen this

25   document before?

 1        A.      I have.

 2        Q.      When did you see this document?

 3        A.      I've seen it a number of times.  I don't

 4   -- and it lists them.

 5        Q.      Where do these -- where did this document

 6   come from?

 7                MR. SUTHERLAND:  Objection to the form.

 8                THE WITNESS:  It was my understanding it

 9        was obtained from the compounding pharmacist.

10   BY MS. LEONARD:

11        Q.      When's the last time that you reviewed

12   these instructions?

13        A.      It's been sometime in the last few

14   months, maybe.

15        Q.      Within the last six months, would you

16   say?

17        A.      Yes.

18        Q.      How frequently do you review these

19   instructions?

20        A.      I review them more frequently as we have

21   the executions approaching.  When we don't, I don't

22   review them as frequent.

23        Q.      Okay.  So when there's not an execution

24   approaching, roughly how frequently do you review the

25   instructions?

1              MR. SUTHERLAND:  Objection to the form.

2              THE WITNESS:  Every three to six months,

3     maybe.

4  BY MS. LEONARD:

5       Q.     Once every three to six months?

6       A.     When I review them, I spend time

7  reviewing them.  A single review.

8       Q.     Okay.  A single review, but you take some

9  time with that review once in a three- to six-month

10  period?

11      A.     Right.

12      Q.     Okay.  And when an execution is

13  approaching, how frequently do you review the

14  instructions?

15      A.     Sometimes as much as a daily basis.

16      Q.     Roughly how far in advance of an

17  execution do you begin reviewing these instructions

18  daily?

19      A.     Around the same time as the more frequent

20  training, so two to three weeks prior.

21      Q.     Okay.  Do you have authority to deviate

22  from these instructions?

23      A.     Not that I'm aware of.

24      Q.     Does the Executioner have authority to

25  deviate from these instructions?

**Gibson Court Reporting**

1          A.          I don't know.

2          Q.          Do you have these instructions in hand

3    during an execution?

4                    MR. SUTHERLAND:  Objection to the form,

5          based on his prior answer.

6                    THE WITNESS:  Not in hand, but -- but

7          present.

8    BY MS. LEONARD:

9          Q.          When you say "present," where are the

10   instructions?

11         A.          They might be in a binder.  They're in

12   the lethal injection room.

13         Q.          Does the Executioner have these

14   instructions in hand as he's preparing the drugs?

15                   MR. SUTHERLAND:  Objection to the form.

16                   THE WITNESS:  Not in hand.

17   BY MS. LEONARD:

18         Q.          Okay.  Let's pull up Exhibit 4.

19         A.          Okay.

20         Q.          This document says "Potassium Chloride

21   Preparation Instructions."  Is that what you're seeing?

22         A.          Yes.

23         Q.          Have you seen this document before?

24         A.          I have.

25         Q.          When's the last time that you saw this

1    document?

2         A.      In the last couple of months, three to

3    six.

4         Q.      And how frequently do you review these

5    instructions?

6         A.      It's the -- it would be the same as the

7    infrequent review prior to -- when there's not an

8    execution scheduled.  We've not utilized compounded

9    potassium chloride in an execution.

10        Q.      Okay.  Where do these instructions come

11   from?

12        A.      It's my understanding they also came from

13   the compounding pharmacist.

14        Q.      Who told you that they -- without giving

15   me a name, who told you that they came from the

16   compounding pharmacist?

17        A.      I don't remember.

18        Q.      Did someone tell you that they came from

19   a compounding pharmacist?

20        A.      I think so.

21        Q.      You're not sure?

22        A.      I don't remember if -- if I saw these the

23   first time from the Executioner or if I was handed them

24   by our general counsel.

25        Q.      Okay.  When is the first time that you

1   saw these instructions?

2          A.     I don't remember.

3          Q.     Was it in the last six months?

4                 MR. SUTHERLAND:  Objection to the form.

5                 THE WITNESS:  I don't -- I don't think

6          so.

7   BY MS. LEONARD:

8          Q.     Was it within the last year?

9          A.     It's possible.  I don't remember.

10          Q.     Did you use these instructions during

11   Mr. Johnson's execution?

12          A.     No.

13          Q.     Did you use these instructions during

14   Mr. Irick's execution?

15          A.     No.

16          Q.     Going back to Exhibit 2 quickly, the

17   midazolam storage and preparation instructions.  Did

18   you use these instructions during Mr. Johnson's

19   execution?

20          A.     I believe so.

21          Q.     You're not sure?

22          A.     It's been several years.  I believe we

23   had -- we used them then.

24          Q.     Did you use these instructions during

25   Mr. Irick's execution?

1          A.          I believe so, as well.

2          Q.          Going back to Exhibit 4, the potassium

3   chloride instructions; do you have authority to deviate

4   from these instructions?

5          A.          Not that I'm aware of.

6          Q.          Does anyone else have authority to

7   deviate from these instructions?

8                      MR. SUTHERLAND:  Objection to the form.

9                      THE WITNESS:  Not that I'm aware of.

10  BY MS. LEONARD:

11         Q.          Do you know what it means for a drug to

12  fall out of solution?

13         A.          No.

14         Q.          Have you ever heard that phrase before,

15  "fall out of solution?"

16         A.          I might have heard it.  I don't know what

17  it is.

18         Q.          Turning back to the protocol, where we

19  left off was Page 40.  I'm looking at Item 7, the

20  vecuronium bromide on Page 40 of Exhibit 1.

21         A.          I'm sorry, give me a second.  I have --

22  I'm trying to close a few of the older exhibits because

23  I can't see which one is which.

24         Q.          Sure.  Take your time.  There are a lot

25  of exhibits on the screen.  I understand.

1          A.        Page 40, correct?

2          Q.        Correct.

3          A.        I am there.

4          Q.        So Item 7 states:  "When the execution is

5     complete, all syringes and any of the prepared but

6     unused LICs are sent to the Medical Examiner's Office

7     with the body.  Do you see that?

8          A.        Yes.

9          Q.        Without giving me any name, who sends the

10    prepared but unused LIC syringes to the Medical

11    Examiner's Office?

12         A.        It could be myself or the Executioner.

13         Q.        Did you do that during Mr. Johnson's

14    execution?

15         A.        I don't remember which one of us did it.

16         Q.        Did you do it -- have you done it in

17    either of the executions you've participated in?

18         A.        I don't remember.  We're all -- we're all

19    present when that happens.  I don't recall who

20    specifically placed it with the body.

21         Q.        Okay.  And when does that process take

22    place?

23         A.        Once the -- once the body has -- is --

24    when the -- when the body bag is being closed, the

25    lines and syringes and all of those things are placed

1   with it.

2       Q.     Does anyone take photos prior to the

3   execution?

4       A.     Not that I'm aware.

5       Q.     Does anyone take photos during the

6   execution?

7       A.     Not that I'm aware.

8       Q.     Does anyone take photos after the

9   execution?

10      A.     The Medical Examiner's Office

11  photographs, yes.

12      Q.     What does the Medical Examiner's Office

13  photograph after the execution?

14             MR. SUTHERLAND:  Objection to the form.

15             THE WITNESS:  I don't know what all they

16      photograph.

17  BY MS. LEONARD:

18      Q.     How do you know that the Medical

19  Examiner's Office takes photographs after the

20  execution?

21      A.     I recall seeing them photograph the body.

22  Beyond that, I don't -- I don't recall what they might

23  have photographed.

24      Q.     Do they take any photographs inside the

25  lethal injection room?

1        A.      I don't remember.

2        Q.      How many people from the Medical

3  Examiner's Office take the photographs?

4        A.      I only recall one photographer.

5        Q.      And is that true for both Mr. Johnson's

6  and Mr. Irick's executions?

7        A.      As best I recall.

8        Q.      I mean, you recall only that this

9  individual took pictures of the body at both of those

10  executions?

11       A.      I can't recall additional photographs,

12  but I'm not certain.

13       Q.      Let's look at Page 41 of the protocol.

14  So same exhibit, Exhibit 1.  It says "IV Line Set-Up"

15  at the top.  Do you see that?

16       A.      I've got that.

17       Q.      Okay.  Do you need a second to review

18  this page?

19       A.      I think I'm okay.

20       Q.      Okay.  Without giving me a name, who is

21  responsible for carrying out each of these seven steps?

22       A.      Usually, it's the Executioner.

23       Q.      But it's not always the Executioner?

24       A.      In training, where we rotate, it can be

25  someone else.

**Gibson Court Reporting**

1      Q.      In the two executions you've participated

2   in -- Mr. Johnson's and Mr. Irick's -- has it been the

3   Executioner?

4      A.      Yes.

5      Q.      Okay.  Have you -- I'll give you a minute

6   to look through this before.  Would you -- are any of

7   these steps your responsibility?

8              (Witness reviews document.)

9              THE WITNESS:  Step 6 is easier done with

10         two sets of hands.  So in some cases I'll assist

11         with 6, putting the lines in place.

12  BY MS. LEONARD:

13     Q.      So 6 says:  "The line is taped to the

14  port where the syringe is inserted in place."  So to be

15  clear, when you say sometimes this is better

16  accomplished with two sets of hands, you mean that you

17  help tape the line to the port; is that right?

18     A.      Correct, or hand tape to the person

19  taping it.

20     Q.      And hand tape?  And who is the person

21  taping it, without giving me their name?

22     A.      The Executioner.

23     Q.      It's always the Executioner that does the

24  taping?

25     A.      It has been during those two executions.

1    In training, it can vary.

2         Q.      Okay.  And is there anything else on this

3    page that you participate in?

4         A.      Give me just one second.

5                 (Witness reviews document.)

6                 THE WITNESS:  Again, not during the

7         actual execution.  We have in training.

8    BY MS. LEONARD:

9         Q.      Okay.  The Item 4 talks about the

10   extensions and about purchasing them in different

11   lengths.  It says that:  "The extensions are added to

12   each end" -- "each end of the solution set until it

13   reaches the desired length."

14                Without giving me a name, who purchases

15   those extensions?

16        A.      I don't know.

17        Q.      Are the extensions reused from one

18   execution to the next?

19        A.      No.

20        Q.      So there's a new set of extensions for

21   each execution?

22        A.      Yes.

23        Q.      How many extension sets are used to

24   connect a bag of sodium chloride to the IV in the

25   prisoner's arm?

1       A.      One for each.  They're separate lengths,

2   but it -- they're both -- one's a little over 100

3   inches and one's maybe around 150 inches.

4       Q.      Okay.  And why is one longer than the

5   other?

6       A.      The one to the right side of the body has

7   to reach farther.

8       Q.      What type of tape do you use to tape the

9   line to the port?

10      A.      It's a medical tape.

11      Q.      Without giving me a name, who purchases

12  the medical tape?

13      A.      I don't know.

14      Q.      What happens if the tape falls off or

15  becomes loose?

16              MR. SUTHERLAND:  Objection to the form.

17              THE WITNESS:  We would add more tape.

18  BY MS. LEONARD:

19      Q.      Do you ever practice for this in

20  training?

21      A.      It occurs in training from time to time.

22      Q.      When you say "it occurs," you mean that

23  sometimes the tape has come loose?

24      A.      Sure, yes.

25      Q.      Okay.  And when that happens, you just

1    use more tape?

2         A.     Yes, it's -- it's taped in several

3    places, so it rarely moves even when a piece of tape

4    will come off.  But we would still add back to it.

5         Q.     How do you know which line is to the left

6    arm versus the right arm once the line is fed through

7    the port?

8         A.     The line on the left goes to the left

9    arm.  The line on the right goes to the right arm.

10        Q.     How do you know that that's -- from your

11   view, how do you know that?

12        A.     When the lines are placed into the port,

13   they're placed on either side of the port -- the left

14   on the left side, right on the right side -- for the

15   members in the execution room.

16        Q.     Okay.  And you said before that it's a

17   single port?

18        A.     It is.

19        Q.     Are the lines labeled?

20        A.     No.

21        Q.     Okay.  Let's go to the next page of

22   Exhibit 1.  This is Page 42 of the protocol.

23        A.     Okay.

24        Q.     It says at the top, "Insertion of the

25   Catheter and Connection of IV Lines."  Do you need a

**Gibson Court Reporting**

 1  second to review this page?  And it goes on to the next

 2  page.  It goes to 43, as well.

 3          A.      I've looked at it.

 4          Q.      Okay.  Item 1 states:  "The Extraction

 5  Team straps the inmate to the gurney in the Death Watch

 6  area."  Are you part of the Extraction Team?

 7                  MR. SUTHERLAND:  Objection to the form.

 8                  THE WITNESS:  No.

 9  BY MS. LEONARD:

10          Q.      What is your role while the Extraction

11  Team is carrying out the steps described in 1

12  through 3?

13          A.      I'm in the lethal injection room during

14  that time.

15          Q.      Okay.  And what are you doing in the

16  lethal injection room while the Extraction Team is

17  doing this work?

18          A.      Usually, just waiting.  The preparation

19  is completed before that time.

20          Q.      Okay.  Item 4 says:

21                  "The IV Team enters the execution chamber

22                  with an instrument cart.  One member of the

23                  IV Team remains in the lethal injection

24                  room."

25                  Which member of the IV Team remains in the

Case 3:18-cv-01234   Document 184-27   Filed 03/17/22   Page 131 of 219 PageID #: 10023

1  lethal injection room?

2      A.      Generally, the same three that are in the

3  room will stay.  During the execution, they'll stay

4  there during that time.

5      Q.      Okay.  So who on the IV Team, without

6  giving me a name, enters the execution chamber with the

7  instrument cart?

8      A.      I don't know how else I would define

9  them.  It's not somebody from the lethal injection room

10 that goes in with the cart.

11     Q.      Okay.  So are these the EMTs?

12     A.      It's the EMTs, and there is another

13 correctional staff with them.

14     Q.      Is that person the fourth member that is

15 in the lethal injection room?

16     A.      No.

17     Q.      Okay.  So it's the EMTs plus someone else

18 that we haven't discussed yet today?

19     A.      Yes.

20     Q.      Okay.  And where did they enter the

21 execution chamber from?  If it helps to go back to Page

22 10 of the protocol on the diagram, we can do that.

23 That might help so we can all get on the same page.

24     A.      Okay, sure.

25             With the words facing up, "Blue" to the

1  left, it's the door to the left of the lethal injection

2  room.

3      Q.      Okay.  So it's the -- label says "lethal

4  injection Executioner's room," but it's pointing with

5  the arrow into that smaller space we've been discussing

6  today?  Like that area just has no label; is that

7  right?

8      A.      Yes, correct.

9      Q.      Okay.  And that's where the IV Team

10  enters from?

11      A.      Yes.

12      Q.      But none of you from the lethal injection

13  room are part of that group of people?

14      A.      Correct.

15      Q.      Okay.  Thanks for clarifying that.

16              We could go back to where we were.  We

17  were on Page 42 and 43.  Thanks for bearing with me on

18  all this scrolling.

19      A.      Okay.

20      Q.      So we were looking at Item 4.  It says

21  "One member of the IV Team remains in the lethal

22  injection room."  But actually what you're saying is

23  all three members of the IV Team remain in the lethal

24  injection room?

25      A.      Yes.

1      Q.      And you mentioned earlier, when talking

2   about Mr. Johnson's and Mr. Irick's executions, that

3   there were actually four members of the IV Team in the

4   lethal injection room; is that right?

5      A.      Correct.

6      Q.      What was the fourth member doing when the

7   IV Team entered the execution chamber with the

8   instrument cart?

9      A.      They would have been in the lethal

10  injection room with us.

11     Q.      Okay.  I guess what I'm trying to

12  understand is, you keep referring to three of you, and

13  it sounds like there was maybe a fourth person there.

14  Was it three or four people that were there in the

15  Johnson and the Irick executions?

16     A.      I'm not sure what you mean when you say

17  "were there."

18     Q.      In the lethal injection room.

19     A.      Gotcha.  The Executioner and the other

20  three of us, so four.

21     Q.      Okay.  So four total.

22             Okay.  And then the pan -- is the zoom

23  camera in the lethal injection room turned on while the

24  members of the IV Team are inserting the IV lines?

25     A.      Yes.

1          Q.          Okay.  And that's because you turn it on

2    an hour or two before the execution?

3          A.          Yes.

4          Q.          Okay.  In Item 6, it says:  "The EMT

5    inserts the first catheter into a vein on the right

6    side of the inmate in the antecubital fossa area."

7                    What is the antecubital fossa area?

8                    MR. SUTHERLAND:  Objection to the form.

9                    THE WITNESS:  I'm sorry, which number are

10        you on?

11   BY MS. LEONARD:

12         Q.          No. 6 on Page 42.

13         A.          I don't know what that means.

14         Q.          And then it says in the next sentence:

15   "If a catheter cannot be successfully inserted into the

16   antecubital area," and the sentence continues.

17                    What does this mean by if it cannot be

18   successfully inserted?

19         A.          I apologize.

20                    MR. SUTHERLAND:  Objection to the form.

21        Please pause after the question so I can object,

22        if necessary.

23                    THE WITNESS:  Yes, sir.  The antecubital

24        fossa area is the area inside of the elbow, the

25        inside of the elbow area.  If a catheter can't be

1          successfully inserted, you're asking what that

2          means?

3     BY MS. LEONARD:

4          Q.      Right.

5                  MR. SUTHERLAND:  I'm objecting to the

6          form.  You can answer.

7                  THE WITNESS:  If the EMT determines that

8          they're not able to sufficiently access a vein.

9     BY MS. LEONARD:

10          Q.      Okay.  How many times does the EMT try to

11     insert the catheter into the antecubital fossa area

12     before determining that -- determining that it's not

13     successful?

14                  MR. SUTHERLAND:  I'm going to object to

15          the form.

16                  THE WITNESS:  I don't know.

17     BY MS. LEONARD:

18          Q.      Does the EMT decide that he has not been

19     able to successfully do it?

20                  MR. SUTHERLAND:  Same objection.

21                  THE WITNESS:  As best I can tell, yes.

22     BY MS. LEONARD:

23          Q.      Is the Warden involved in that decision?

24                  MR. SUTHERLAND:  Same objection.

25                  THE WITNESS:  I don't know.

**Gibson Court Reporting**

1  BY MS. LEONARD:

2       Q.      Is the Executioner involved in that

3  decision?

4                  MR. SUTHERLAND:  Same objection.

5                  THE WITNESS:  Not at -- not at that

6       stage.

7  BY MS. LEONARD:

8       Q.      Item 7, it says:

9                  "In the unlikely event that none of these

10                 veins are usable, the physician is called

11                 into the execution chamber to perform a

12                 cutdown procedure."

13                 Without giving me a name, who makes the

14  decision to call the physician into the execution

15  chamber?

16                 MR. SUTHERLAND:  Objection to the form.

17                 THE WITNESS:  I don't know.

18  BY MS. LEONARD:

19      Q.      Do you have any say in this decision?

20      A.      No.

21      Q.      What is a cutdown procedure?

22                 MR. SUTHERLAND:  Objection to the form.

23                 THE WITNESS:  I understand it to mean

24      that a physician will take steps to access a vein

25      sufficiently.

Case 3:18-cv-01234   Document 184-27   Filed 03/17/22   Page 137 of 219 PageID #: 10029

1    BY MS. LEONARD:

2         Q.      What type of steps?

3                 MR. SUTHERLAND:  Same objection.

4                 THE WITNESS:  I don't know specifics.

5    BY MS. LEONARD:

6         Q.      The bottom of Page 42 has a heading that

7    says "Venipuncture and IV Lines."  Do you see that?

8         A.      Yes.

9         Q.      And then it has a list of several steps.

10   It goes to EMTs, and then it looks like there's (a)

11   through (f) as steps that the EMTs follow.  Do you see

12   that?

13        A.      I do.

14        Q.      Where are you located while the EMTs are

15   completing those steps?

16        A.      In the lethal injection room.

17        Q.      And what are you doing during that time?

18        A.      I'll be monitoring, along with the

19   Executioner and the Observer, either through the window

20   or through the monitor.  Usually, the monitor gets the

21   best view.

22        Q.      During Mr. Johnson's execution, did you

23   observe using the monitor?

24        A.      Yes.

25        Q.      During Mr. Irick's execution, did you

 1    observe using the monitor?

 2        A.      As best I remember.

 3        Q.      During Mr. Johnson's execution, did you

 4    observe through the window?

 5        A.      Probably at some point.

 6        Q.      Probably at some point?

 7        A.      It would be easy to look, turn my head

 8    one to the other.

 9        Q.      Okay.  So you were standing in a spot in

10    the lethal injection room where you could see both, as

11    we discussed earlier?

12        A.      As best I remember.

13        Q.      And for Mr. Irick's execution, were you

14    also watching through the window?

15        A.      During this process, most likely.

16        Q.      Most likely, but you don't remember for

17    sure?

18        A.      I don't remember for sure.

19        Q.      Okay.

20                MS. LEONARD:  How are we doing?  How do

21        you all feel about a lunch break?  I'm at an okay

22        stopping point if we want to do maybe a half an

23        hour for lunch?

24                MR. SUTHERLAND:  How much longer do you

25        have, Lynne, do you think?

Case 3:18-cv-01234   Document 184-27   Filed 03/17/22   Page 139 of 219 PageID #: 10031

1          MS. LEONARD:  That's a good question.  I

2     mean, it'll probably be at least another hour,

3     potentially two.  I don't think we're going to go

4     all afternoon or anything like that, but I'm

5     wondering how everybody's comfort level is with

6     breaks.

7          MR. SUTHERLAND:  30 minutes is fine.

8          MS. LEONARD:  Okay.  That sounds good.

9          THE VIDEOGRAPHER:  Okay.  We are off the

10    record.  The time is 1:22 p.m.

11          (Recess at 1:22 p.m. to 2:00 p.m.)

12          THE VIDEOGRAPHER:  We're back on the

13    record at 2:00 p.m.

14 BY MS. LEONARD:

15     Q.     Okay.  IV Team Member, I hope you enjoyed

16 your lunch break.

17          Just to make sure, did you speak to

18 anyone during the break?

19     A.     No.

20     Q.     Did anyone enter the room where you're

21 located during this deposition?

22     A.     No.

23     Q.     And just a reminder to please let us know

24 if anyone does come in or tries to contact you via

25 electronic messaging or anything else during this time.

 1   Okay?

 2        A.      Yes.

 3        Q.      Great.  Thank you.

 4                We're going to go back to Exhibit 1.  We

 5   left off around Page 44.

 6        A.      Okay.

 7        Q.      This says at the top of the page,

 8   "Chemical Administration and IV Monitor."

 9                Item 1 at the top of the page says:

10                "All members of the IV Team monitor both

11                catheters to ensure that there is no

12                swelling around the catheter that could

13                indicate that the catheter is not

14                sufficiently inside the vein."

15                Are you included in all members of the IV

16   Team?

17        A.      Read it again?

18        Q.      I'm looking at Item 1 on Page 44.

19        A.      I'm sorry, I was having trouble with the

20   zoom.

21        Q.      Is it okay now?

22        A.      It is.

23        Q.      So I was just starting to read some of

24   Item 1, which begins with "All members of the IV Team

25   monitor both catheters."  Are you considered part of

1    "All members of the IV Team" as used in this sentence?

2          A.      Yes.

3          Q.      Okay.  And what -- how do you monitor the

4    catheters?

5          A.      Through the video monitor in the room.

6          Q.      Okay.  How would you describe swelling?

7          A.      So I describe it like a bloating of an

8    area.

9          Q.      Have you been trained to identify

10   swelling?

11         A.      I don't recall if that was in the initial

12   IV therapy training.

13         Q.      And when was that IV therapy training?

14         A.      In 2016.

15         Q.      Okay.  So you don't recall whether,

16   during that training in 2016, part of it was related to

17   identifying swelling?

18         A.      I don't recall specifically.

19         Q.      Okay.  Have you been trained to identify

20   problems with insertions of catheters?

21         A.      No, I don't think so.

22         Q.      Have you ever noticed a problem with

23   insertion of the catheters in a real execution?

24         A.      No, I haven't.

25         Q.      If you noticed a problem, would you have

1     the authority to intervene?

2                 MR. SUTHERLAND:  I'm going to object to

3         the form.

4                 THE WITNESS:  I don't know.  The

5         situation hasn't arisen.

6     BY MS. LEONARD:

7         Q.      Have you ever noticed a problem with the

8     insertion of the catheters during a practice?

9         A.      On occasion, but rarely.

10        Q.      What happens when you -- what do you do

11    when you notice a problem with the insertion of the

12    catheters?

13                MR. SUTHERLAND:  Objection to the form.

14                THE WITNESS:  I notice it because the

15        EMTs, if inserting the catheter's not successful,

16        then they move to another location when necessary.

17        I don't have to do anything.

18    BY MS. LEONARD:

19        Q.      Okay.  Item 2 on the same Page 44 says

20    that:  "Next, an IV Team Member tapes both hands, palms

21    up, to the arm support to prevent movement."

22                When it says "an IV Team Member" in this

23    sentence, is that really one of the EMTs as we've

24    discussed before?

25        A.      It is not one of the EMTs.  That's the

Case 3:18-cv-01234   Document 184-27   Filed 03/17/22   Page 143 of 219 PageID #: 10035

1    correctional staff that accompany them.

2         Q.      Okay.  And that correctional staff is not

3    one of the people who are located in the lethal

4    injection room?

5         A.      Correct.

6         Q.      Okay.  What type of movement are -- is

7    the team seeking to prevent by taping the hands down?

8              MR. SUTHERLAND:  Object to the form.

9              THE WITNESS:  I don't know.

10   BY MS. LEONARD:

11        Q.      You don't know why the hands are taped

12   down?

13        A.      I know it's in the protocol.  I can't --

14        Q.      Has anyone -- sorry, go ahead.

15        A.      I was saying it's in the protocol to do

16   so.  That's my only understanding.

17        Q.      Has anyone ever explained why the hands

18   are taped down?

19        A.      If so, I don't recall.

20        Q.      What kind of tape is used to tape the

21   hands to the gurney?

22        A.      I believe it's a medical-type tape.

23        Q.      Okay.  Does anyone remain inside the

24   execution chamber after the hands are taped in place?

25        A.      I believe it's only the Warden and

 1    Associate Warden after that time.

 2          Q.      Okay.  So two total people?

 3          A.      Yes.

 4          Q.      Then Item 4 says:  "Designated members of

 5    the IV Team enter the lethal injection room and assume

 6    their preassigned stations."

 7                  But it sounds from what you were saying

 8    before that you are already in the lethal injection

 9    room during this time; is that right?

10          A.      That's correct.

11          Q.      Does anyone from the IV Team that's in

12    the execution chamber enter the lethal injection room

13    at any point?

14          A.      No, not in the execution room.

15          Q.      Okay.  So this -- the Item 4 is basically

16    not correct, because no one from the IV Team is

17    entering the execution room after the hands are taped

18    down?

19                  MR. SUTHERLAND:  Objection to the form.

20                  THE WITNESS:  I don't know who that would

21          apply to.

22    BY MS. LEONARD:

23          Q.      Okay.  And there's an Item (a) and an

24    Item (b) underneath Item 4, too.  It says:

25                  "One IV Team Member observes the process,

 1                   monitoring the catheter sites for swelling

 2                   or discoloration, and enters the time of

 3                   the LIC and saline administration on the

 4                   Chemical Administration Record Sheet."

 5                   Is that one IV Team Member you?

 6       A.       Yes.

 7       Q.       Okay.  And then in Item (b), it says:

 8                   "One IV Team Member observes the process

 9                   and hands the labeled/numbered/colored

10                   syringes to the Executioner in the

11                   prescribed order."

12                   Is that IV Team Member you?

13       A.       The Observer on the other side of the

14   room is who that item applies to.

15       Q.       So Item -- so 7 -- I'm sorry, so 4(a)

16   refers to you and 4(b) refers to the Observer; is that

17   right?

18       A.       I'm sorry, let me reread them.

19                   (Witness reviews document.)

20                   THE WITNESS:  That's correct.

21   BY MS. LEONARD:

22       Q.       And then Item 5 mentions the Executioner.

23   I can give you a minute to look at this and the next

24   page.

25                   Do any of these steps involve the fourth

1  person who is in the lethal injection room?

2      A.      From Step 5 forward?

3      Q.      Anything from Step 1 through 10 on pages

4  44 and 45.

5      A.      No, not beyond the observation.

6      Q.      Okay.  So, okay, not beyond the

7  observation that's mentioned in Item 1?  Is that what

8  you mean?

9      A.      I'm sorry, in Item 1 or in Item 4.  Those

10  observations are essentially the only function that

11  person serves.

12      Q.      Okay.  So in Item 1, it says "All members

13  of the IV Team monitor"; and then in 4(a) and (b), when

14  it says "One IV Team Member observes the process," that

15  would include the fourth person in the lethal injection

16  room?

17      A.      Correct.

18      Q.      Does that fourth person in the lethal

19  injection room record anything?

20      A.      Not that I've seen.

21      Q.      So you were the only lethal injection

22  room person who fills out any records?

23      A.      Correct, except for as I mentioned in the

24  trainings where we might alternate.

25      Q.      Right.  Okay.

1              Section 5 provides that the Executioner

2    selects either the left or right solution set line based

3    on the flow/drip inside the drip chamber.  And then it

4    says, "If both lines are equal, the left line nearest the

5    Executioner is used."

6              Does the Executioner consult with anyone in

7    deciding which line to use?

8         A.    No.

9         Q.    Do you weigh in to this decision at all?

10        A.    We probably discuss it in the room.  We

11   do all look at those drip chambers, but the Executioner

12   decides.

13        Q.    Did you discuss it during Mr. Johnson's

14   execution?

15        A.    I don't recall.

16        Q.    Did you discuss it during Mr. Irick's

17   execution?

18        A.    I don't recall.  It's pretty standard

19   that we do.

20        Q.    When you say "It's pretty standard," do

21   you mean that you do that during training sessions?

22        A.    Right.

23        Q.    Okay.  In Section 6, what does it mean to

24   "clamp the line near the spike?"

25              MR. SUTHERLAND:  Objection to the form.

1          THE WITNESS:  There's a roller clamp

2     that's part of the set.  We roll that part closed

3     on the line, clamped off by the spike.

4  BY MS. LEONARD:

5     Q.     Are you able to see the Warden signal the

6  Executioner?

7     A.     Not unless I'm standing behind the

8  Executioner.

9     Q.     Have you seen it in the two executions

10  you've participated in?

11     A.     No, I don't think I have.

12     Q.     What is the signal that the Warden gives

13  the Executioner to proceed?

14     A.     In the instances I've seen, the Warden

15  rubs his face.

16     Q.     I'm sorry, you said he rubs his face?

17     A.     Correct, in the forehead area.

18     Q.     Okay.  If you're not able to see it, how

19  do you know that?

20     A.     I've trained for that as we've rotated

21  positions.

22     Q.     Okay.  Section -- Item 7 is on the next

23  page, on Page 45.  It says:  "The Executioner pushes on

24  the plunger of the No. 1 syringe, red, with a slow,

25  steady pressure."

1                    What is "a slow, steady pressure?"

2                    MR. SUTHERLAND:  Objection to the form.

3                    THE WITNESS:  I'm not sure I understand

4        the question.

5    BY MS. LEONARD:

6        Q.      Do you measure the pressure?

7        A.      No.

8                    MR. SUTHERLAND:  Objection to the form.

9    BY MS. LEONARD:

10       Q.      Does anyone measure the pressure?

11       A.      Other than the -- the Executioner

12   handling the syringe, not that I'm aware.

13       Q.      Does he use any tools to measure the

14   pressure?

15       A.      No.

16       Q.      The second sentence in Item 7 says:

17                   "Should there be or appear to be swelling

18                   around the catheter or if there is

19                   resistance being applied to the plunger,

20                   the Executioner pulls the plunger back."

21                   Is this the same type of swelling that we

22   just discussed a few minutes ago?

23                   MR. SUTHERLAND:  Objection to the form.

24                   THE WITNESS:  I would say so.

25   BY MS. LEONARD:

1          Q.       Are you the person who tells the

2    Executioner if you notice that swelling around the

3    catheter?

4                    MR. SUTHERLAND:  Objection to the form.

5                    THE WITNESS:  The Executioner is

6           monitoring through the window.  The Observer and

7           myself will both look at the video screen.  So

8           anybody who sees something might have that

9           opportunity.

10   BY MS. LEONARD:

11         Q.       Okay.  And in either of the past

12   executions you've participated in, have you noticed

13   that swelling?

14         A.       No.

15         Q.       Without identifying the person, is this

16   always the same IV Team Member who hands the

17   Executioner the syringes?

18         A.       I don't believe an IV Team Member hands

19   the syringe to the Executioner.  We're monitoring that.

20   As I'm recording, I'm watching which syringe he picks

21   up.

22         Q.       So the Executioner picks up the syringes

23   on his own?

24         A.       As best I can recall.

25         Q.       Okay.  So in Item 8, when it says, "An IV

 1    Team Member hands the syringes to the Executioner,"
 2    that's not an accurate description of what has happened
 3    in the executions you've been a part of?
 4         A.      As best I can remember, correct.
 5         Q.      Okay.  And it says there, the second half
 6    of that sentence in Item 8 is:  "Both IV Team Members
 7    observe the correct order of the syringes."
 8                 Who are the "Both IV Team Members"
 9    referred to here?"
10         A.      Myself and the Observer who controls the
11    camera.
12         Q.      Okay.  And what is the third person
13    doing?  I guess that's the additional Observer?
14         A.      Right.
15         Q.      What is that additional Observer doing
16    while you and the Observer is watching the order of
17    syringes?
18         A.      I'm not sure.  They might be able to
19    monitor, as well.  I can't say their viewpoint.
20         Q.      What was that person doing during
21    Mr. Johnson's execution?
22         A.      Standing probably behind the Executioner.
23    So I'm not sure if there was anything to observe in
24    that particular part.
25         Q.      And would that be the same for

1   Mr. Irick's execution?

2        A.      As best I remember.

3        Q.      Okay.  How do you know if the syringes

4   are in the correct order?

5        A.      During the preparation process we -- we

6   monitor what's being drawn, from what -- from what

7   vials into which syringe.

8               That's physically checked by me.  I hand

9   it to the other Observer, who then labels it with the

10  correct label, and then it goes in a tray and numbered

11  1 through 9.

12       Q.      Okay.  And then Item 9 says that:

13              "After the last syringe has been injected,

14              the Executioner closes the extension line

15              with a clamp and opens the line below the

16              spike to allow a drop of one to two drops

17              per second in the drip chamber."

18       Is this one to two drops per second

19  measured?

20              MR. SUTHERLAND:  Objection to the form.

21              THE WITNESS:  Just visually.

22  BY MS. LEONARD:

23       Q.      What do you mean by "visually?"

24       A.      Looking at the flow of the drops through

25  the drip chamber.  I don't believe a clock has ever

1    been used.

2         Q.      Okay.  And who is observing that

3    visually, without giving me a name?

4         A.      The Executioner.  And those lines are

5    right in front of me, so I'm looking at them as well.

6         Q.      And then Item 10, the final -- final

7    sentence on that page says:  "The Executioner signals

8    the Warden that all of the LIC and saline solution have

9    been administered."

10               How does the Executioner make that

11   signal?

12        A.      By placing an object into the port where

13   the Warden can see it.

14        Q.      And what are you doing during that time?

15        A.      I don't have any specific responsibility

16   in that moment.

17        Q.      Where are you located in the lethal

18   injection room at that time?

19        A.      In the position that I identified before;

20   to the Executioner's right, in that -- in that corner.

21        Q.      Okay.  To the Executioner's right, as if

22   you were both looking out the window to the execution

23   chamber?

24        A.      Correct.

25        Q.      Okay.  Let's skip forward in the protocol

1    to Page 66.

2           A.      Okay.

3           Q.      This should say at the top, "7:10 p.m."

4    Do you see that in the upper left-hand corner?

5           A.      I do.

6           Q.      Okay.  We're -- the section of the

7    protocol we're in is the "Day Three Evening Schedule."

8    Where are you located when the Executioner begins to

9    administer the midazolam?

10          A.      In the same place, to the Executioner's

11   right.

12          Q.      Okay.  So in the left-hand corner of the

13   diagram as we were looking at it; which means if you

14   are in real life with the Executioner looking out the

15   window, to the Executioner's right.  Correct?

16          A.      Correct.

17          Q.      Section 5 says:

18                  "After 500 milligrams of midazolam and a

19                  saline flush have been dispensed, the

20                  Executioner shall signal to the Warden and

21                  await further direction from the Warden."

22                  Do you see that?

23          A.      Yes.

24          Q.      What is the purpose for this pause?

25          A.      It's my --

Case 3:18-cv-01234   Document 184-27   Filed 03/17/22   Page 155 of 219 PageID #: 10047

1          MR. SUTHERLAND:  Objection to the form.

2          THE WITNESS:  It's my understanding that

3     that pause is to ensure that chemicals have time

4     to take effect, and then the Warden checks

5     consciousness.

6   BY MS. LEONARD:

7     Q.     You said "The Warden checks

8   consciousness" after that?

9     A.     Yes.

10    Q.     Section 6 says:

11          "The Warden shall wait two minutes

12          following the administration of midazolam

13          and the saline flush before assessing the

14          consciousness of the inmate."

15          It sounds like that's what you were just

16  talking about; is that right?

17    A.     Yes.  I'm sorry, did I misunderstand your

18  question?

19    Q.     No, no, that's fine.  I'm trying to get

20  an understanding of how that works so that that makes

21  sense to me.

22          Why is it two minutes?

23    A.     I don't know how that was determined.

24          MR. SUTHERLAND:  Objection.  Object to

25     the form.

1    BY MS. LEONARD:

2        Q.      I'm sorry, could you repeat that answer?

3        A.      Yes.  I don't know how that was

4    determined.

5        Q.      Okay.  Section 7 then talks about the

6    Warden's assessment of consciousness.  Do you need a

7    minute to review that paragraph?  It's a little bit

8    lengthy.

9        A.      Sure.

10               (Witness reviews document.)

11               THE WITNESS:  Okay.

12   BY MS. LEONARD:

13       Q.      What does it mean to be unconscious?

14               MR. SUTHERLAND:  Objection to form.

15               THE WITNESS:  I don't know how to define

16           it.

17   BY MS. LEONARD:

18       Q.      What does "unconscious" mean to you?

19               MR. SUTHERLAND:  Objection to the form.

20               THE WITNESS:  I'm not sure I've ever

21           thought about it before.  I would say to be

22           without awareness or feeling.

23   BY MS. LEONARD:

24       Q.      Okay.  Did you tell us earlier that part

25   of your duty as an IV Team Member is to observe the

1  consciousness check?

2          A.      I do observe it, correct.

3          Q.      And yet you've never thought about what

4  it means to be unconscious?

5          A.      I guess I've never thought about how I

6  would define it.

7          Q.      Is there a difference between being

8  asleep and unconscious?

9                  MR. SUTHERLAND:  Objection to the form.

10                  THE WITNESS:  I would say so.

11  BY MS. LEONARD:

12          Q.      What's that difference?

13                  MR. SUTHERLAND:  Same objection.

14                  THE WITNESS:  To me, the difference

15          between sleep and unconsciousness; sleep, you can

16          pretty easily wake up.

17  BY MS. LEONARD:

18          Q.      And if you're unconscious, it's harder to

19  wake up?

20          A.      I suppose so.

21          Q.      Is there a difference between being

22  unresponsive and insensate?

23                  MR. SUTHERLAND:  Objection to the form.

24                  THE WITNESS:  I don't know.

25  BY MS. LEONARD:

1      Q.      Have you ever heard the term

2   "unresponsive?"

3      A.      I have.

4      Q.      Have you heard the term "insensate?"

5      A.      I don't know.

6      Q.      You're not sure whether you've heard that

7   term before?

8      A.      Correct.

9      Q.      Okay.  But you have heard the word

10  "unresponsive?"

11     A.      Yes.

12     Q.      And what do you understand "unresponsive"

13  to mean?

14     A.      To not react to -- have no reaction or

15  response to physical or -- I'm not sure.  I can't

16  elaborate on that.

17     Q.      So how can you tell if someone's

18  unresponsive?

19             MR. SUTHERLAND:  Objection to the form.

20             THE WITNESS:  Not -- no movement, no

21      reaction.

22  BY MS. LEONARD:

23     Q.      Under any circumstances?

24             MR. SUTHERLAND:  Same objection.

25             THE WITNESS:  I don't know.  If you're

```
1          asking my opinion?

2   BY MS. LEONARD:

3       Q.      Sure.  I'm asking for your understanding.

4       A.      Yeah, unresponsive would be under any

5   circumstances.

6       Q.      Okay.  Do you know whether it's possible

7   that someone could still have feeling, even if that

8   person is unresponsive?

9               MR. SUTHERLAND:  Same objection.

10              THE WITNESS:  I don't know.

11  BY MS. LEONARD:

12      Q.      Have you ever thought about that before?

13              MR. SUTHERLAND:  Same objection.

14              THE WITNESS:  Not specifically.

15  BY MS. LEONARD:

16      Q.      Have you been trained in how to check for

17  consciousness?

18      A.      No.

19      Q.      You were never trained in that?

20      A.      No.

21      Q.      Are you aware of any medical standards

22  related to checking for consciousness?

23      A.      No, I'm not aware.

24      Q.      Is the movement of fingers an indication

25  of consciousness?
```

1              MR. SUTHERLAND:  Object to the form.

2              THE WITNESS:  I don't know.

3    BY MS. LEONARD:

4         Q.     Who performs the consciousness check?

5         A.     The Warden.

6         Q.     And you're watching that on the monitors?

7         A.     Correct.

8         Q.     Would you be able to see if the prisoner

9    moved his fingers?

10        A.     I don't know.

11        Q.     You don't know whether you're able to see

12   the fingers on the monitor?

13        A.     I can -- the fingers are on the monitor.

14   Whether you can see movement or not, I'm not certain.

15        Q.     What makes you uncertain about that?

16        A.     It depends on how slight the movement is.

17        Q.     Okay.  And does the fact that the fingers

18   are taped to the gurney impact your ability to see if

19   they're moving?

20        A.     It might.

21        Q.     The final sentence of Section 7 says:

22   "If the condemned inmate is responsive, the Warden

23   shall direct the Executioner to switch to the secondary

24   IV line."

25              Do you see where I'm reading?

**Gibson Court Reporting**

 1        A.      Yes.

 2        Q.      What does it mean to be responsive?

 3                MR. SUTHERLAND:  Object to the form.

 4                THE WITNESS:  I don't know.

 5   BY MS. LEONARD:

 6        Q.      Who makes -- who makes the determination

 7   whether the inmate is responsive?

 8                MR. SUTHERLAND:  Object to the form.

 9                THE WITNESS:  It's my understanding the

10        Warden makes that decision.

11   BY MS. LEONARD:

12        Q.      And is it part of your duty to watch the

13   Warden making this assessment?

14                MR. SUTHERLAND:  Object to the form.

15                THE WITNESS:  It's part of my duty to

16        record.

17   BY MS. LEONARD:

18        Q.      And I think you also mentioned earlier

19   that in recording you're also observing it?

20        A.      Yes.

21        Q.      Okay.  And yet you're not sure what it

22   means for the condemned inmate to be responsive?

23        A.      In looking for a response to record, I

24   would be looking for movement, something audible or

25   physical.

**Gibson Court Reporting**

1      Q.      I'm sorry, what was that last word you

2   said?

3      A.      Or physical.

4      Q.      Something audible or physical?  Okay.

5              In either of the last two executions you've

6   participated in, have you disagreed with the Warden's

7   consciousness check?

8              MR. SUTHERLAND:  Object to the form.

9              THE WITNESS:  No.

10  BY MS. LEONARD:

11     Q.      If you did disagree, what would you do?

12             MR. SUTHERLAND:  Same objection.

13             THE WITNESS:  The Warden is trained to

14       make the responsiveness check.  I haven't

15       contemplated if I disagree with it.  I don't even

16       have the training for it.

17  BY MS. LEONARD:

18     Q.      And yet it's part of your job to observe

19  and record this consciousness check, as you mentioned

20  earlier?

21     A.      It's part of my job --

22             MR. SUTHERLAND:  Objection.  Same

23       objection.

24             THE WITNESS:  It's part of my

25       responsibility to observe my observation.

1    BY MS. LEONARD:

2         Q.      To observe your own observation?

3         A.      I'm sorry, record my observation.

4         Q.      Okay.  But why do you switch to the

5    second IV line if the inmate's responsive?

6                 MR. SUTHERLAND:  Object to the form.

7                 THE WITNESS:  I don't know why.  That's

8         what the protocol tells us to do.

9    BY MS. LEONARD:

10        Q.      I'm sorry, I missed the last few words.

11   You said "That's the part?"

12        A.      That's what the protocol requires.

13        Q.      Oh, I see.  Has anyone ever explained to

14   you why you switch to that secondary line in that

15   instance?

16        A.      Not that I recall.

17        Q.      All right.  Section 8 mentions a

18   five-minute waiting period.  Do you need a second to

19   review Section 8?

20        A.      No, I'm okay.

21        Q.      What is the purpose of that five-minute

22   waiting period?

23                MR. SUTHERLAND:  Object to the form.

24                THE WITNESS:  I don't know.

25   BY MS. LEONARD:

1        Q.      Has anyone ever explained to you what the

2   purpose of that five-minute waiting period is?

3                MR. SUTHERLAND:  Same objection.

4                THE WITNESS:  Not that I recall.

5   BY MS. LEONARD:

6        Q.      The same sentence mentions a

7   closed-circuit TV camera.  Is that the same camera that

8   we've been discussing earlier, the zoom camera?

9        A.      No.

10       Q.      What is the closed-circuit TV camera?

11       A.      I don't know what that is.

12       Q.      Have you seen a closed-circuit TV camera

13  in the Capital Punishment Unit?

14       A.      I don't know how to distinguish closed

15  circuit from any other camera.

16       Q.      Is the zoom camera a closed-circuit

17  camera?

18       A.      I don't know.

19       Q.      Does it broadcast anywhere outside of the

20  Capital Punishment Unit?

21       A.      I don't know.

22       Q.      Do you have -- you mentioned earlier that

23  you have control over the zoom camera.  Am I recalling

24  that correctly?

25       A.      The Observer has control of the camera

1    itself.

2        Q.      Right.  I apologize, so it's the

3    Observer's job.

4                Does the Observer have control over this

5    closed-circuit TV camera, as well?

6        A.      Not that I'm aware.

7        Q.      In Item 8, it talks about the physician

8    coming into the room to conduct an examination.  What

9    are you doing while the physician is completing that

10   examination?

11       A.      I don't have any specific

12   responsibilities during that examination.

13       Q.      And then it says in the next sentence:

14   "The physician reports his findings to the Warden or

15   designee."

16               Who is the designee in this sentence,

17   without giving me that person's name?

18       A.      I don't know.  The only other person in

19   the room would be the Associate Warden.

20       Q.      Okay.  Section 12 on the next page, Page

21   67, also uses the term "Designee."  It says:  "A

22   Commissioner or designee notifies all appropriate State

23   officials that the sentence has been carried out."

24               Without giving me a name, who is that

25   designee?

1        A.      I don't know.

2        Q.      In either of the two executions you've

3   been involved in, did someone other than the

4   Commissioner notify State officials?

5               MR. SUTHERLAND:  Object to the form.

6               THE WITNESS:  I don't know.

7   BY MS. LEONARD:

8        Q.      What are you doing during that time when

9   the Commissioner or a designee notifies the State

10  officials?

11              MR. SUTHERLAND:  Object to the form.

12              THE WITNESS:  I don't know.  I don't know

13     when that notification takes place.

14  BY MS. LEONARD:

15       Q.      And then the very last item, Item 16 on

16  Page 67, states that:  "The Lethal Injection Recorder

17  completes the Lethal Injection Executor" -- "Execution

18  Recorder Checklist."  Excuse me.

19              But that Lethal Injection Recorder is not

20  you, correct?

21       A.      Correct.

22       Q.      And it is not part of your responsibility

23  to complete the Lethal Injection Execution Recorder

24  Checklist?

25       A.      Correct.

1    Q.    What happens to that checklist after it's

2  completed?

3              MR. SUTHERLAND:  Object to the form.

4              THE WITNESS:  I don't know.

5  BY MS. LEONARD:

6    Q.    Do you ever read that checklist after

7  it's completed?

8    A.    I do not.

9    Q.    Have you ever reviewed a Lethal Injection

10  Execution Recorder Checklist?

11              MR. SUTHERLAND:  Same objection.

12              THE WITNESS:  Not that I can recall.

13  BY MS. LEONARD:

14    Q.    Do you ever use them as part of training

15  sessions?

16    A.    I don't, no.

17    Q.    Does anyone in the practice sessions

18  refer to those checklists during practice sessions?

19    A.    I don't know.  Someone probably completes

20  it somewhere.

21    Q.    But it doesn't come back up again in

22  practice sessions?

23    A.    We don't talk about the checklist, if

24  that's what you're asking.  It's not used in the space

25  that I'm in.

Case 3:18-cv-01234  Document 184-27  Filed 03/17/22  Page 168 of 219 PageID #: 10060

1      Q.      Okay.  Let's go to Page 69.  We are still

2   in Exhibit 1.

3      A.      Okay.

4      Q.      This page lists "Contingency Issues."  Do

5   you need a minute to look this over?

6      A.      Sure.

7              (Witness reviews document.)

8              THE WITNESS:  Okay.

9   BY MS. LEONARD:

10     Q.      So it looks to me like there are sort of

11  three separate contingency issues listed on this page

12  under each of the headings.  One is "IV Line

13  Alternatives," one is "Interruption of the delivery of

14  the lethal injection drugs," and then one is for

15  "Repeating the Lethal Injection Process."  Is that what

16  you're seeing, as well?

17     A.      It is.

18     Q.      Are these contingency issues the only

19  issues you are prepared to address during an execution?

20             MR. SUTHERLAND:  Objection to the form.

21             THE WITNESS:  I don't know.

22  BY MS. LEONARD:

23     Q.      Do you receive training on any other

24  contingency issues aside from those listed on this

25  page?

 1          A.       I don't train -- recall training on any

 2     other contingencies.

 3          Q.       What happens if a different contingency

 4     arises?

 5                   MR. SUTHERLAND:  Objection to the form.

 6                   THE WITNESS:  I don't know.

 7     BY MS. LEONARD:

 8          Q.       Have you ever thought about a different

 9     contingency arising?

10                   MR. SUTHERLAND:  Same objection.

11                   THE WITNESS:  I've probably thought about

12          what other contingencies could be, but....

13     BY MS. LEONARD:

14          Q.       What have you thought the other

15     contingencies could be?

16          A.       I can't say I've come up with any.

17          Q.       So the contingencies on this page are the

18     only things you can think of?

19                   MR. SUTHERLAND:  Same objection.

20                   THE WITNESS:  That I can recall.

21     BY MS. LEONARD:

22          Q.       Okay.  Why -- in the middle of the page,

23     it says:

24                   "The Executioner switches to the secondary

25                   IV line, and starting with syringe No. 1,

**Gibson Court Reporting**

```
 1                    blue, begins the administration of the

 2                    second set of syringes using the reserve

 3                    tray."

 4                    Why would the Executioner switch to the

 5     secondary IV line?

 6                    MR. SUTHERLAND:  Objection to the form.

 7                    THE WITNESS:  Because that's what the

 8              contingency calls for.

 9     BY MS. LEONARD:

10          Q.      And has anyone ever explained to you why

11     the Executioner would make a switch under that

12     circumstance?

13          A.      Not that I recall.

14          Q.      If the Executioner does switch to the

15     secondary IV line and administers the second set of

16     midazolam, how much total midazolam is injected into

17     the prisoner?

18                    MR. SUTHERLAND:  Objection to the form.

19                    THE WITNESS:  You're asking, if all four

20              midazolam syringes were used, how much midazolam

21              is injected?

22     BY MS. LEONARD:

23          Q.      Correct.

24          A.      That would be a total of 1,000

25     milligrams.
```

1          Q.      What are the effects of injecting someone

2   with 1,000 milligrams of midazolam?

3                    MR. SUTHERLAND:  Objection to the form.

4                    THE WITNESS:  I don't know.

5   BY MS. LEONARD:

6          Q.      Has anyone ever explained to you what

7   that much midazolam can do to a human body?

8          A.      No.

9          Q.      Have you ever received any training on

10  that topic?

11         A.      No.

12         Q.      Have you ever conducted any independent

13  research into the topic?

14         A.      I have not.

15         Q.      What happens if the prisoner is

16  responsive after the administration of the second set

17  of syringes?

18                   MR. SUTHERLAND:  Objection to the form.

19                   THE WITNESS:  I don't know.

20  BY MS. LEONARD:

21         Q.      Does the protocol provide for what you're

22  supposed to do in that circumstance?

23         A.      I don't believe it's in the protocol.

24         Q.      What happens if the prisoner is not

25  deceased after both sets of the syringes have been

1   administered?

2                    MR. SUTHERLAND:  Objection to the form.

3          Are you talking about just the midazolam, Lynne,

4          or are you talking about all of the injections?

5                    MS. LEONARD:  Just for -- I'm talking

6          about the -- the initial set of syringes.  So the

7          first set; not the backup secondary line, but the

8          initial first complete set of all drugs.

9                    MR. SUTHERLAND:  Objection to the form.

10                   THE WITNESS:  So after the first complete

11         set is used?

12  BY MS. LEONARD:

13         Q.      Yes.  What happens if the prisoner is not

14  deceased?

15                   MR. SUTHERLAND:  Objection to the form.

16                   THE WITNESS:  Then the Warden would

17         signal the Executioner to move to the second set.

18  BY MS. LEONARD:

19         Q.      And what happens if the prisoner is not

20  deceased after that second set is also administered?

21                   MR. SUTHERLAND:  Same.  Object to the

22         form.

23                   THE WITNESS:  I don't know.

24  BY MS. LEONARD:

25         Q.      Have you ever trained for that scenario?

1    A.    I don't recall a training in that

2  scenario.

3    Q.    What happens if the IV catheter becomes

4  dislodged?

5         MR. SUTHERLAND:  Same objection.

6         THE WITNESS:  You mean during the

7      administration of the chemicals?

8  BY MS. LEONARD:

9    Q.    Yes.

10   A.    I don't know.

11   Q.    Have you ever reached -- received

12  training on that type of scenario?

13   A.    I don't recall a training on that

14  scenario.

15   Q.    What happens if the prisoner shows signs

16  of severe pain during the execution?

17         MR. SUTHERLAND:  Objection to form.

18         THE WITNESS:  I don't know.

19  BY MS. LEONARD:

20   Q.    Have you ever seen this in an actual

21  execution?

22   A.    Seen severe pain in an actual execution?

23   Q.    Yes.

24   A.    No.

25   Q.    Is it part of your duty to watch the

1  prisoner to see if he's exhibiting signs of severe

2  pain?

3         A.      No.

4         Q.      Is it someone else's job to watch for

5  signs of severe pain?

6         A.      I'm not sure who's responsible.

7                 MR. SUTHERLAND:  Object to the form.

8         Excuse me.  Object to the form.  You can answer.

9                 THE WITNESS:  I'm not sure if anyone's

10        responsible.

11 BY MS. LEONARD:

12        Q.      You're not sure if anyone's supposed to

13 be watching if the prisoner is showing signs of severe

14 distress?

15        A.      I don't know the responsibilities of

16 everybody on the Execution Team.

17        Q.      Fair enough.

18                What happens if you have issues with the

19 IV equipment?

20                MR. SUTHERLAND:  Object to the form.

21                THE WITNESS:  What do you mean by "issues

22        with the IV equipment?"

23 BY MS. LEONARD:

24        Q.      What if some of the equipment

25 malfunctions during the execution?

 1              MR. SUTHERLAND:  Same objection.

 2                  THE WITNESS:  I'm not sure I understand

 3         what kind of malfunction you mean.

 4    BY MS. LEONARD:

 5         Q.      Well, it could be anything.  Say what if,

 6    for example, the zoom camera suddenly loses power and

 7    goes out during the execution?

 8                  MR. SUTHERLAND:  Same objection.

 9                  THE WITNESS:  A zoom camera is operated

10         by one Observer.  The Executioner is able to

11         observe through the window.  The Warden and

12         Associate Warden are there also.  I'm not sure

13         what would happen.

14    BY MS. LEONARD:

15         Q.      Have you ever trained for this type of

16    scenario?

17         A.      I don't recall training for it.

18         Q.      What would happen if one of the members

19    of the IV Team had some type of medical issue during

20    the execution?

21                  MR. SUTHERLAND:  Same objection.

22                  THE WITNESS:  There are EMTs in the next

23         room.

24    BY MS. LEONARD:

25         Q.      And those EMTs would address the problem?

1          MR. SUTHERLAND:  Object to the form.

2          THE WITNESS:  I would assume so.

3   BY MS. LEONARD:

4       Q.     Have you ever trained for that type of

5   scenario?

6       A.     I don't recall training for it.

7       Q.     And what if there are any unanticipated

8   medical issues with the prisoner who is being executed?

9          MR. SUTHERLAND:  Same objection.

10          THE WITNESS:  I don't know.

11   BY MS. LEONARD:

12       Q.     You also never trained for that scenario?

13       A.     I don't recall training for it.

14       Q.     Okay.  Let's flip back to Page 31 of

15   Exhibit 1.  It should say "Execution Team Member

16   Selection Criteria, Lethal Injection."  Do you have

17   that, as well?

18       A.     Yeah, I'm there.

19       Q.     Do you need a second to review this page?

20       A.     No, I think I'm okay.

21       Q.     Without giving me a name, who selected

22   you as an IV Team Member?

23       A.     I think I was initially asked by the

24   Commissioner.

25       Q.     Did you fill out an application for the

```
 1   position?

 2        A.      No.

 3        Q.      Did you have to do an interview for the

 4   position?

 5        A.      I don't believe it was a formal

 6   interview.

 7        Q.      Did you have any sort of informal

 8   interview for the position?

 9        A.      I don't know that it was -- I don't know

10   if I'd call it an interview.  It was a conversation.

11        Q.      And who was that conversation with,

12   without giving me the person's name?

13        A.      The Commissioner.

14        Q.      And was that after the Commissioner asked

15   you to become an IV Team Member?

16        A.      It may have been at the same time.

17             MR. SUTHERLAND:  Object to the form.

18        Object to the form.

19             THE WITNESS:  It may have been at the

20        same time.

21   BY MS. LEONARD:

22        Q.      Okay.  And what did you discuss during

23   that conversation?

24             MR. SUTHERLAND:  I'm going to -- to the

25        extent the conversation relates to being on the IV
```

1      Team, I would -- I'm going to object to any --

2      without knowing, I'm going to object to anything

3      other than discussion about the IV Team or being

4      on the Execution Team.

5  BY MS. LEONARD:

6      Q.      So IV Team Member, do you understand that

7  -- within the confines of becoming an IV Team Member,

8  what was the content of the discussion?

9      A.      I don't recall the specific details of

10 the conversation beyond gauging my willingness and how

11 I felt about it.  That was essentially the

12 conversation.

13     Q.      And what did you tell the Commissioner

14 about your willingness?

15     A.      That I would be willing to participate.

16     Q.      Did anyone recommend you to become an IV

17 Team Member?

18     A.      I don't know.

19     Q.      Why do you believe that you were asked to

20 be an IV Team Member?

21             MR. SUTHERLAND:  Object to the form.

22             THE WITNESS:  I don't know.

23 BY MS. LEONARD:

24     Q.      During the conversation with the

25 Commissioner, were you asked about your ability to

1   maintain confidentiality?

2        A.      I don't know it was specifically asked in

3   that conversation.

4        Q.      You just don't remember?

5        A.      I don't remember.

6        Q.      What qualifications do you have to be an

7   IV Team Member?

8                MR. SUTHERLAND:  Object to the form.

9                THE WITNESS:  Just the training that I

10       receive.

11  BY MS. LEONARD:

12       Q.      And that's the training that you

13  mentioned earlier in 2016 with the IV therapy

14  professional?

15       A.      Correct.

16       Q.      Is there any additional training, aside

17  from that, that you've received specific to being an IV

18  Team Member?

19       A.      We receive training from one of the EMTs

20  on a semiannual basis.

21       Q.      So semiannual, does that mean twice a

22  year?

23       A.      I would say twice a year, give or take.

24       Q.      And this is one of the EMTs on the

25  Execution Team?

Case 3:18-cv-01234   Document 184-27   Filed 03/17/22   Page 180 of 219 PageID #: 10072

```
 1          A.       It has been.
 2          Q.       Is it always the same EMT that teaches
 3  this training?
 4          A.       I don't think it's the same one every
 5  time.
 6          Q.       What do you learn in that training?
 7          A.       It's basically refresher training on
 8  preparing IV lines, starting an IV, inserting a
 9  catheter, and so on.
10          Q.       Okay.  And who else is in that training
11  with you, without giving me names?
12          A.       Generally, it's the Executioner and the
13  other members of the IV Team that are in the room with
14  us.
15          Q.       And that's true even though you never --
16  you have not ever been the person to actually insert
17  the IV lines?
18          A.       That's correct.
19          Q.       And so why is it that you receive that
20  training, if you're never actually inserting the lines?
21                   MR. SUTHERLAND:  Object to the form.
22                   THE WITNESS:  I don't know.
23  BY MS. LEONARD:
24          Q.       Is your position as an IV Team Member
25  considered specialized?
```

**Gibson Court Reporting**

1          MR. SUTHERLAND:  Object to the form.

2          THE WITNESS:  I don't know.

3    BY MS. LEONARD:

4          Q.    At the bottom of Page 31, it says:  "The

5    following positions on the Execution Team are

6    specialized and have specific requirements."  Do you

7    see where I'm looking?

8          A.    I do.

9          Q.    And I believe you mentioned earlier that

10   you are part of Item 2, the three correctional staff;

11   is that right?

12         A.    Correct.

13         Q.    So it looks like the protocol says that

14   your position is specialized?

15         A.    It does say that.

16         Q.    Okay.  But you weren't sure before today

17   whether or not your position is considered specialized?

18         MR. SUTHERLAND:  Object to the form.

19         THE WITNESS:  I don't know.

20   BY MS. LEONARD:

21         Q.    No one's ever discussed that, or the

22   specific requirements, with you?

23         A.    The training hasn't --

24         MR. SUTHERLAND:  Objection.

25         THE WITNESS:  The training hasn't

1          discussed it.  If it's specialized, I don't

2          recall.

3  BY MS. LEONARD:

4        Q.     Did the Commissioner mention that this

5  was a specialized position in your conversation with

6  him?

7        A.     I don't know if those words were used.

8        Q.     Did the Commissioner mention that there

9  were specific requirements for IV Team Members on the

10  Execution Team?

11        A.     I don't remember if that was discussed.

12        Q.     Let's go back to Exhibit 2.

13        A.     Okay.

14        MS. LEONARD:  We've looked at these a

15        little bit earlier today.  You said that you were

16        familiar with these instructions?

17        THE WITNESS:  Yes.

18  BY MS. LEONARD:

19        Q.     And these are the "Midazolam Storage and

20  Preparation Instructions" that you're looking at?

21        A.     Yes.

22        Q.     And you said you reviewed these nearly

23  daily leading up to an execution?

24        A.     Yes, give or take.

25        Q.     And the last time that you reviewed them

1   was probably sometime in the last six months?

2         A.      Correct.

3         Q.      Okay.  And you said that you believe

4   these come from the pharmacist?

5         A.      That's my understanding.

6         Q.      But you've never actually talked to the

7   pharmacist yourself?

8         A.      Correct.

9         Q.      How do you know when to move the

10  midazolam to the refrigerator?

11                MR. SUTHERLAND:  Object to the form.

12                THE WITNESS:  How do we know when to?

13  BY MS. LEONARD:

14        Q.      Right.

15        A.      I don't know.  It's my understanding the

16  Warden makes that decision.

17        Q.      Are you ever the person that moves the

18  midazolam from the freezer to the refrigerator?

19                MR. SUTHERLAND:  Same.  Object to the

20        form.

21                THE WITNESS:  I don't believe I have.

22  BY MS. LEONARD:

23        Q.      Did you do it for Mr. Johnson's

24  execution?

25                MR. SUTHERLAND:  Same objection.

1          THE WITNESS:  I don't believe so.

2   BY MS. LEONARD:

3        Q.     Did you do it for Mr. Irick's execution?

4               MR. SUTHERLAND:  Same objection.

5               THE WITNESS:  Not that I recall.

6   BY MS. LEONARD:

7        Q.     Steps 6 through 8 on Page 1 mention

8   "aseptic technique."  What is aseptic technique?

9               MR. SUTHERLAND:  Same objection.

10              (Witness reviews document.)

11              THE WITNESS:  I'm sorry, I'm trying to

12      read.

13              I'm not sure I understand what that

14      means.

15  BY MS. LEONARD:

16       Q.     Have you ever asked anyone what this

17  means?

18       A.     Not that I recall.

19       Q.     Would you be able to tell whether the

20  Executioner is using aseptic technique?

21              MR. SUTHERLAND:  Same objection.

22              THE WITNESS:  Not without defining it.

23  BY MS. LEONARD:

24       Q.     "Not without defining it?"  Is that what

25  you said?

1      A.      Correct.

2      Q.      And so you reviewed these instructions

3   daily for a two- to three-week period at least twice

4   for each execution; and also in between, every three to

5   six months, and never asked someone to clarify what

6   that term means?

7              MR. SUTHERLAND:  Same objection.

8              THE WITNESS:  As best I remember.

9   BY MS. LEONARD:

10     Q.      As best you remember, you can't -- you

11  have never known what that term means?

12     A.      Correct.

13     Q.      On Page 2, Step 13 instructs to "Withdraw

14  5 milliliters from the first vial of midazolam."  What

15  happens if more than 5 milliliters is withdrawn?

16             MR. SUTHERLAND:  Object to the form.

17             THE WITNESS:  I'm not sure what you mean,

18     "more than 5 milliliters is withdrawn."

19  BY MS. LEONARD:

20     Q.      You said it was your duty to watch the

21  Executioner draw the midazolam up from the vials into

22  the syringes; is that right?

23     A.      Yes.

24     Q.      And it's part of your duty to correct --

25  make sure that he's doing that correctly?

1          A.      Yes.

2          Q.      And so if he withdraws more than 5

3    milliliters, that would be incorrectly?

4          A.      It would.  They're 5-milliliter vials.

5          Q.      Okay.  And so what happens if the amount

6    of midazolam that's withdrawn is a different amount

7    than 5 milliliters?

8                  MR. SUTHERLAND:  Object to the form.

9                  THE WITNESS:  That hasn't occurred.

10   BY MS. LEONARD:

11         Q.      Have you trained for that?

12         A.      I don't recall training for that

13   specifically.

14         Q.      How big are the vials of midazolam that

15   are used during executions?

16         A.      5-milliliter vials.

17         Q.      Is it ever a different-sized vial for

18   midazolam?

19         A.      Not in the two executions I've

20   participated in.

21         Q.      Has it ever been a different-sized vial

22   in trainings?

23                 MR. SUTHERLAND:  Object to the form.

24                 THE WITNESS:  We don't use vials in

25         training.

```
 1   BY MS. LEONARD:
 2        Q.     What do you use in training to practice
 3   the preparation of the drugs?
 4        A.     We simulate with saline.
 5        Q.     And does anyone draw the saline up from
 6   vials into syringes during trainings?
 7        A.     No, it's drawn from the saline bag.
 8        Q.     Okay.  So vials are not part of the
 9   training at all?
10        A.     No.
11        Q.     Okay.  I understand.
12               And then Exhibit No. 4, which we also
13   looked at this morning, the "Potassium Chloride
14   preparation instructions."
15        A.     Okay.
16        Q.     I believe you testified earlier that you
17   have seen this document before?
18        A.     Yes.
19        Q.     But you cannot recall the first time that
20   you saw this document?
21        A.     I don't recall exactly when.
22        Q.     And would you say that was within the
23   last year?
24        A.     It might have been.  I don't -- I don't
25   recall.
```

 1          Q.       So you don't recall using these

 2    instructions during Mr. Johnson's execution?

 3          A.       We did not use those instructions during

 4    Mr. Johnson's execution.  We used commercially

 5    manufactured potassium chloride.

 6          Q.       And how about Mr. Irick's execution?

 7          A.       That was the same.

 8          Q.       So you didn't use these instructions for

 9    that, either?

10          A.       Correct.

11          Q.       Okay.

12               MS. LEONARD:  Do you need a quick break,

13          or are we okay to proceed on?

14               THE WITNESS:  I'm fine.

15               MR. SUTHERLAND:  How much longer do you

16          have, Lynne?

17               MS. LEONARD:  Still a little.  We're

18          getting close to the end, but still a little bit

19          to go.  Maybe, you know, another half hour to an

20          hour, depending on how we proceed here.

21               MR. SUTHERLAND:  It's up to you.

22               MS. LEONARD:  I'm fine to continue.  I

23          mean, we can also proceed another 20 minutes or

24          half hour and see how we feel then.

25               MR. SUTHERLAND:  Sure.

Case 3:18-cv-01234   Document 184-27   Filed 03/17/22   Page 189 of 219 PageID #: 10081

 1                    MS. LEONARD:  And IV Team Member, if you

 2        need a break, please speak up.  Don't feel shy.

 3                    THE WITNESS:  Okay.  Thank you.

 4    BY MS. LEONARD:

 5        Q.        We're going to flip back to Exhibit 1 and

 6    this time look at Page 32.

 7        A.        Okay.

 8        Q.        So this page talks about "Training of

 9    Execution Team Members."  Do you need a second to

10    review this page?

11        A.        No, I think I'm okay.

12        Q.        Okay.  In Item 1, about halfway through,

13    it says "The Warden or designee holds a class during

14    which the manual is reviewed and clearly understood by

15    all participants."

16                    Does this class take place in person?

17        A.        I'm not certain.

18        Q.        When did you most recently attend this

19    class?

20        A.        I don't believe I've attended a class

21    with the Execution Team.

22        Q.        You've never attended a class with the

23    Execution Team?

24        A.        If I have, it may have been at the

25    beginning, but I don't recall taking a class.

1      Q.      When you say "at the beginning," do you

2  mean in 2016 when you first became an IV Team Member?

3      A.      Yes.

4      Q.      But you don't recall attending any class

5  since that time?

6      A.      Not a specific class.

7      Q.      Do you recall attending any class?

8      A.      Not related to the protocols.

9      Q.      Okay.  So you have the IV therapy

10  professional training, and then you have the semiannual

11  training with the EMTs, but there's never been any

12  additional class besides those things?

13      A.      I don't remember being in a class.

14      Q.      Okay.  So this annual class that's

15  referred to here is not ringing any bells for you?

16      A.      Not a class.  I have an annual review of

17  the protocol.

18      Q.      What is -- what happens during that

19  annual review of the protocol?

20      A.      I personally review the protocol and sign

21  for that in the Warden's office.

22      Q.      You do that by yourself?

23      A.      I don't know if I do it by myself every

24  time.  There's probably another member of the IV Team

25  on occasion.

1          Q.          When is the last time that you did your

2     annual review of the protocol?

3          A.          I don't remember the last formal review

4     where I signed it.  I think it would have likely been

5     earlier this year.

6          Q.          So sometime in 2021?

7          A.          I believe so.

8          Q.          And were you by yourself for that annual

9     review?

10          A.          I think I was.

11          Q.          You think you were, but you don't

12     remember for sure?

13          A.          Not for certain.

14          Q.          What -- what does the annual review

15     involve?

16          A.          It involves reading the manual, front to

17     back.

18          Q.          Okay.  And so do you do that?  Does

19     someone read it to you?

20          A.          No.

21          Q.          You read that by yourself?

22          A.          Yes.

23          Q.          And when you say someone else might be

24     there on occasion, does that person also read the

25     protocol to him or herself?

**Gibson Court Reporting**

1        A.      Yes.

2        Q.      So you and this other person sit in the

3   same room and read the protocol to yourselves silently?

4        A.      I'm sure we discuss items at times.

5        Q.      What kind of items would you discuss?

6                MR. SUTHERLAND:  Object to the form.

7                THE WITNESS:  I don't remember.

8   BY MS. LEONARD:

9        Q.      And is anyone else there when you do this

10  annual review?

11       A.      I don't remember.  The Warden may have

12  been present on an occasion.

13       Q.      How many times total have you done this

14  annual review?

15       A.      This -- this formal review, every year.

16  I've reviewed it informally many more times than that.

17       Q.      I'm sorry, how many times for the formal

18  review total?

19       A.      Every year since I've been a member of

20  the IV Team for the formal review.

21       Q.      Okay.  And does that happen at the same

22  time every year?

23       A.      I don't remember.  I don't think that

24  there's a day set aside every year to do it.

25       Q.      Okay.  So when it says here in the

1    protocol that the Warden or designee holds an execution

2    manual review class for all members of the Execution

3    Team, you're not sure what that means?

4         A.      I don't recall attending one.

5         Q.      Okay.  You don't recall attending a

6    review class with all members of the Execution Team,

7    just to make sure my understanding is correct?

8         A.      Correct.

9         Q.      Okay.  And then you mentioned that you

10   sign for the annual review.  What do you sign?

11        A.      There's a record of some sort that's kept

12   in the Warden's office.

13        Q.      And does it -- are you the only person

14   that signs that record?

15        A.      I don't know.  I suspect everyone that

16   has to review it does so.

17        Q.      But have you seen other signatures on

18   that document?

19        A.      I don't remember.

20             MS. LEONARD:  Scott, is that something

21        that we have in discovery?  If not, I think we're

22        going to request to see the records of this annual

23        review.

24             MR. SUTHERLAND:  Yeah, we'll check on

25        that.

 1                    MS. LEONARD:  Okay.  Great.  Thank you.

 2    BY MS. LEONARD:

 3         Q.     I'm still looking at "Training of the

 4    Execution Team Members," Page 32.  Item 2 says that:

 5                    "The Execution Team simulates Day 3

 6                    Execution Day of the Death Watch Procedures

 7                    and the steps outlined in Section 4 for at

 8                    least one hour each month."

 9                    Do you see where I'm reading?

10         A.     I do.

11         Q.     Do you participate in that training?

12         A.     I do.

13         Q.     Do you do that every month?

14         A.     I haven't attended it every single month.

15         Q.     Why not?

16         A.     There have been times when I haven't been

17    available to attend.

18         Q.     How many of these trainings would you say

19    that you have attended?

20         A.     I've attended the majority of them.  It's

21    not frequent that I miss.

22         Q.     So when you say "the majority," you mean

23    60 percent?

24         A.     I would say maybe as much at 75 percent.

25         Q.     Okay.  But probably not more than 75

 1   percent?

 2        A.      I don't know.

 3                MR. SUTHERLAND:  Object to the form.

 4   BY MS. LEONARD:

 5        Q.      And is attendance of these trainings

 6   logged somewhere?

 7        A.      It is.

 8        Q.      Are all team members required to

 9   participate in the trainings?

10        A.      As far as I know, yes.

11        Q.      When did you most recently participate in

12   the training?

13        A.      Last month, I believe.

14        Q.      So in August of 2021?

15        A.      I believe so.

16        Q.      Then Item 2 goes on to describe what the

17   simulation includes.  It says that:

18                "Volunteers play the role of both the

19                condemned inmate and physician, saline

20                solution is substituted for the lethal

21                chemicals, and a body is not placed in the

22                body bag."

23                In Item (a), "Volunteers play the role of

24   condemned inmate and physician."  Have you ever been one

25   of those volunteers?

**Gibson Court Reporting**

```
 1          A.       I have not.

 2          Q.       Without giving me names, who are the

 3   volunteers who volunteer to play those roles?

 4          A.       It's various members of the Execution

 5   Team.

 6          Q.       But it's never been you?

 7          A.       It has not.

 8          Q.       Has it ever been the Executioner?

 9          A.       Not -- not during the trainings I've

10   attended.

11          Q.       Has it ever been the Observer that's on

12   the IV Team?

13          A.       Not that I've attended.

14          Q.       Has it ever been the additional IV Team

15   Member who's in the lethal injection room with you

16   during executions?

17          A.       I don't believe so, that I've attended.

18          Q.       Has it ever been one of the EMTs?

19          A.       Also not that I've attended.

20          Q.       Does the physician attend these

21   trainings?

22          A.       No.

23          Q.       Does any other medical professional

24   attend these trainings?

25          A.       Not that I'm aware.
```

1      Q.      Is the IV insertion simulated during

2 these trainings?

3      A.      Yes -- I'm sorry, no, it's not simulated.

4 It's conducted.

5      Q.      The IV insertion actually happens during

6 the trainings?

7      A.      That's correct.

8      Q.      And so during the trainings you've

9 attended, have the IVs always been inserted in the

10 antecubital fossa area?

11      A.      I don't know that it's been every single

12 time.  I think I've seen a few moved to the hand.

13      Q.      And other than the hand, have you ever

14 seen the IVs inserted anywhere else?

15      A.      Not that I can recall.

16      Q.      Is the pan-tilt-zoom camera turned on

17 during the practice session?

18      A.      It is.

19      Q.      At what point do you turn on that camera

20 during a practice session?

21      A.      When we first go into the room to begin

22 setting up the IV lines, one of us will turn that on

23 and make sure it's running.

24      Q.      When you say "one of us," do you mean one

25 of the IV Team Members?

1          A.          Yes, or the Executioner.

2          Q.          Okay.  Is that usually the Observer?

3          A.          More often than not, yes.

4          Q.          And who -- are you also the same people

5    who ensure that the camera is operable?

6          A.          We do.

7          Q.          Okay.  Let's go to Page 51, five-one.

8    Still in Exhibit 1.

9          A.          Okay.

10          Q.          Do you need a minute to review this?  It

11    also continues on to the next page, 52.

12          A.          Sure.

13                      (Witness reviews document.)

14                      THE WITNESS:  Okay.

15    BY MS. LEONARD:

16          Q.          Item 3 on Page 51 says:  "Readily

17    available to the Execution Team are radios with

18    holster, keys, and restraints."

19                      Do you see where I'm reading?

20          A.          Yes.

21          Q.          Do you use radios with the holster, keys,

22    and restraints?

23          A.          I do not.

24          Q.          Why not?

25          A.          I don't have need for those in my

1    responsibilities.

2         Q.       Without giving me the names, who on the

3    execution does use those items?

4         A.       The Extraction Team uses them.  The

5    Associate Warden, I know, uses a radio.  Beyond that, I

6    don't know.

7         Q.       Okay.  And then Section 4 has many

8    various subsections.  The first one, A, says:

9                  "The Execution Team's Officer in Charge

10                 and/or the Assistant Officer in Charge

11                 conducts a training session at least once

12                 each month at which time all equipment will

13                 be tested.  The training includes a

14                 simulated execution; i.e., IV lines, IV

15                 drips."

16                 Is that the same training session we were

17   just discussing?

18        A.       It is.

19        Q.       Does this happen around the same time

20   each month?

21        A.       Generally, yes.

22        Q.       Who's responsible for scheduling these

23   trainings?

24        A.       I think the Warden schedules them.

25        Q.       And approximately how long does each

1   training session last?

2        A.        Probably an hour and a half to two hours.

3        Q.        And you already mentioned that your last

4   training session was in August 2021.  When is the next

5   upcoming training?

6        A.        I don't believe it's been scheduled.

7        Q.        Okay.  Will it be in the month of

8   September?

9        A.        I'm sorry, they had a training for

10  September earlier this week.

11       Q.        Oh.  And did you attend that training?

12       A.        I was unavailable for that training.

13       Q.        Okay.  And what -- how many trainings are

14  you allowed to miss per year?

15       A.        I'm not aware there's a prescribed

16  number.

17       Q.        If you were to miss half of the

18  trainings, would you still be allowed to participate in

19  a real execution?

20                 MR. SUTHERLAND:  Object to the form.

21                 THE WITNESS:  I don't know.

22  BY MS. LEONARD:

23       Q.        How many other trainings have you missed

24  so far this year?

25       A.        I don't know how many.  It's maybe one or

1    two, but I don't recall.

2         Q.      In addition to missing the September

3    training?

4         A.      Right.

5         Q.      Okay.  So you may have missed two or

6    three total so far out of nine?

7         A.      Maybe.

8         Q.      Okay.  But you don't remember?

9         A.      I don't remember.

10        Q.      Is that because you don't personally keep

11   track of the trainings you attend?

12        A.      Correct.

13        Q.      But there are official attendance

14   records?  Someone else is logging your attendance?

15        A.      There are.  There's a training record

16   completed at each monthly training.

17        Q.      And when you say you were unavailable,

18   why were you unavailable?

19             MR. SUTHERLAND:  Object to the form.

20             THE WITNESS:  Sometimes the

21        responsibilities of my position don't allow me to

22        get to the facility on the day that it's

23        scheduled.

24   BY MS. LEONARD:

25        Q.      Okay.  And that's -- you work somewhere

1   other than Riverbend, you said?

2          A.      That's correct.

3          Q.      And so something in your regular position

4   prevented you from being able to participate in the

5   training earlier this week?

6          A.      Correct.

7          Q.      Is your immediate supervisor in your

8   position aware that you are an IV Team Member?

9          A.      Yes.

10          Q.      Okay.  So that individual understands

11   that you have training responsibilities over at

12   Riverbend once a month?

13          A.      That is correct.

14          Q.      We talked about the IV insertion a little

15   bit.  Are you ever the person who inserts the IV lines

16   during the training?

17          A.      I have not been.

18          Q.      Are you the person who tests the IV drip?

19          A.      I have been, but generally it's the

20   Executioner.

21          Q.      How many -- roughly how many times would

22   you say you've been the person to test the IV drip?

23          A.      Maybe five or six.

24          Q.      Five or six ever?

25          A.      Yes.

1      Q.      Okay.  And then other than that, it's

2  mostly been the Executioner?

3      A.      Correct.

4      Q.      And is it sometimes the Observer?

5      A.      Yes, it has been.

6      Q.      And is it sometimes the third person that

7  is in the lethal injection room, aside from the

8  Executioner, you, and the Observer?

9      A.      It had been previously.

10      Q.      And that person is the person who's no

11  longer employed by TDOC; is that correct?

12      A.      Correct.

13      Q.      And that's why you say "previously?"

14      A.      Yes, yes.

15      Q.      Okay.  I understand.

16              It says here in Item 4B that:

17              "A week before a scheduled execution, the

18              Officer in Charge and Assistant assembles

19              the Execution Team in the Execution Chamber

20              area to prepare and test all appliances and

21              equipment for the scheduled execution."

22              How long does that session take?

23      A.      I would say about the same amount of time

24  as the -- as Section A.

25      Q.      So maybe an hour and a half to two hours?

Case 3:18-cv-01234   Document 184-27   Filed 03/17/22   Page 204 of 219 PageID #: 10096

1          A.      Sure.

2          Q.      Do you participate in this session --

3   this session, I guess we'll call it, described in 4B?

4          A.      The same way that I would in Section A,

5   yes.

6          Q.      Have you ever missed one of these

7   sessions before, a scheduled execution?

8          A.      No, not in the time leading up to the

9   execution.

10          Q.      So when you -- what -- what appliances

11   and equipment are tested at that time?

12          A.      Beyond the -- what's in the lethal

13   injection room, I don't know what else is tested.

14          Q.      Okay.  So what appliances and equipment

15   in the lethal injection room are tested?

16          A.      The -- the video camera and monitor.  And

17   we likely conduct a full setup of the syringes and IV

18   lines.

19          Q.      And you're part of -- and you -- it's

20   part of your responsibility to test that equipment?

21          A.      I don't think I test that.  If the camera

22   is working, that's sufficient.  If there's something

23   wrong with it, we would have someone else look at it.

24          Q.      I'm sorry, you said you would contact

25   somebody else if the camera is not working?

1          A.          Correct.

2          Q.          And that person's not necessarily a

3    member of the Execution Team?

4          A.          I don't know if that's the case or not.

5    It's an IT person.

6          Q.          Okay.  I understand.

7                      And Item C has a couple more subsections.

8    And it says in Section 4C(2) that:

9                      "The Execution Team ensures that:  The

10                     Warden ensures that the Execution Team

11                     carries out the following instructions.

12                     Make sure that all equipment is properly

13                     placed."

14                     Is it part of your duties to ensure that

15    the equipment is properly placed?

16          A.          Only the items that we would use in the

17    lethal injection room.

18          Q.          Okay.  And how does the Warden ensure

19    that you've done that?

20                     MR. SUTHERLAND:  Objection to the form.

21                     THE WITNESS:  The Warden has been present

22               for those.  I know that he's come to -- into the

23               lethal injection room.

24    BY MS. LEONARD:

25          Q.          So the Warden watches you place the

1   equipment?

2        A.      I don't know that there's a specific step

3   to watching placement, no, but ensuring that everything

4   is where it's supposed to be.

5        Q.      And we looked earlier at the Inventory

6   Checklist.  At what point do you fill out that record?

7        A.      I complete that record on the day of

8   execution prior to us preparing the chemicals.

9        Q.      All right.  I'm still looking in the same

10  section.  It says in Item 6 at the very bottom of Page

11  51:  "After the physician pronounces the inmate

12  deceased, the designee informs the Commissioner that

13  the sentence has been carried out."

14       A.      Uh-huh.

15       Q.      Who is the designee in that sentence?

16       A.      I would say in the executions I've

17  attended it's been the Warden.

18       Q.      Okay.  And who -- in Item 7, it says:

19  "The body is removed and placed in a body bag by the

20  Execution Team and Medical Examiner's staff."

21              Who moves the body and places it into the

22  body bag?

23       A.      I don't -- I don't know.

24       Q.      That's not part of your responsibility?

25       A.      It is not.

1      Q.      Have you watched that being done in

2  either of the past two executions you've been a part

3  of?

4      A.      I don't recall being present for it.

5      Q.      And then when it says "The LIC and

6  syringes used are placed in the body bag and closed,"

7  is that your responsibility?

8      A.      It's the IV Team and Executioner's

9  responsibility.  I don't know that it's defined to one

10  person.

11      Q.      Okay.  But you are one of the people who

12  does that?

13      A.      Yes.

14      Q.      Did you do that task in Mr. Johnson's

15  execution?

16      A.      I don't remember specifically placing it.

17      Q.      Do you remember if you did that during

18  Mr. Irick's execution?

19      A.      I don't recall doing it for that one,

20  either.

21      Q.      So you may have done it; you just don't

22  remember, one way or the other?

23      A.      It's possible.

24      Q.      Okay.  And you said that you're not

25  feeling ill or taking any medication that affects your

1  ability to recall facts today?

2          A.      That's correct.

3          Q.      What does it mean in Item 9, to "Clean

4  the equipment in the Death Watch area?"

5          A.      I don't know.  I'm not -- that's not a

6  part of my responsibilities.

7          Q.      Okay.  So when it says "The Execution

8  Team, under the direction of the Officer in Charge,"

9  you're not included in the Execution Team as it's used

10 there?

11         A.      Not there.

12         Q.      Okay.  Who on the Execution Team, without

13 giving me names, does clean the equipment?

14         A.      I don't know.

15         Q.      Where are you when it's being cleaned?

16         A.      I'm not -- I'm not sure when it happens,

17 so I don't know where I am.

18         Q.      You say you're not sure when it happens?

19         A.      I'm not sure.  At the time it takes --

20 when it takes place, I don't know where I am.

21         Q.      Okay.  It says here, the last sentence in

22 that Item No. 9 says:  "An entry is made in the post

23 log documenting the completion of these proceedings."

24                 Is that your responsibility, to make that

25 entry in the post log?

1          A.          It's not.

2          Q.          Who does that, without giving me that

3    person's name?

4          A.          I don't know.

5          Q.          Have you ever seen that post log?

6          A.          Not that I can identify it.

7          Q.          Not that you can identify, meaning you --

8    you have not seen it that you're aware of?

9          A.          Yes, I've seen it; I don't -- I don't

10   know it by that name.

11         Q.          Okay.  That makes sense.

12                     And then in Item 10, it says:

13                     "The Execution Chamber and Death Watch

14                     areas are secured.  The Execution Team

15                     reports to the Warden's office for

16                     additional instructions."

17                     Are you part of the Execution Team that

18   reports to the Warden's office after the execution?

19         A.          Yes.

20         Q.          What type of additional instructions

21   might you get in the Warden's office?

22         A.          I don't recall.  I know that he covers

23   the availability of our crisis incident-stress

24   management team, should anybody need that.  I don't --

25   more instructions on confidentiality.

1          But outside of those two things, I don't

2     remember anything else.

3          Q.     Have you ever availed yourself of the

4     crisis incident management services?

5          A.     I have not.

6          Q.     And why not?

7          A.     I've not found it necessary.

8          Q.     Are you aware that some states perform

9     executions by firing squad?

10          A.     I'm not aware that they still do, no.

11          Q.     So you didn't realize that there are some

12     states who still today, in 2021, are doing execution by

13     firing squad?

14          A.     I can't say that I knew that.

15          Q.     Okay.  Do you carry a firearm?

16          A.     I do.

17          Q.     Is that in connection with your work?

18          A.     It is.

19          Q.     And I believe you mentioned all the way

20     at the beginning of the deposition that you have

21     firearms training; is that right?

22          A.     That's correct.

23          Q.     And were you required to complete that

24     firearms training as an employee of TDOC?

25          A.     Yes.

 1        Q.        Do you know of anyone else at TDOC that's

 2   qualified to use a firearm, without specifically

 3   identifying them?

 4        A.        That are qualified to carry a firearm?

 5        Q.        To use a firearm.

 6        A.        Yes.  A great number of our staff are

 7   trained for that.

 8        Q.        And without specifically identifying

 9   them, do you know whether any of the other members of

10   the Execution Team are qualified to use a firearm?

11        A.        I don't know for sure their training.

12        Q.        But does TDOC provide firearms training?

13        A.        It does.

14        Q.        Does TDOC have access to a firearms

15   range?

16        A.        Yes, it does.

17        Q.        Does TDOC own firearms?

18        A.        Yes.

19        Q.        Does TDOC own ammunition?

20        A.        Yes.

21        Q.        Does TDOC have facilities where a firing

22   squad execution could take place?

23                  MR. SUTHERLAND:  I'm going to object to

24        the form.

25                  THE WITNESS:  I don't know what those

```
 1           facilities would be.
 2    BY MS. LEONARD:
 3        Q.      Could TDOC execute someone by firing
 4    squad?
 5                MR. SUTHERLAND:  Same objection.
 6                THE WITNESS:  Not that I'm aware.
 7    BY MS. LEONARD:
 8        Q.      Why not?
 9        A.      It's not allowable by law currently.
10        Q.      If it were allowable by law, would TDOC
11    have the capabilities to do it?
12        A.      I don't know.
13        Q.      Would you personally be willing to be a
14    member of the firing squad if that became allowed under
15    Tennessee law?
16                MR. SUTHERLAND:  Object to the form.
17                THE WITNESS:  I don't know.
18    BY MS. LEONARD:
19        Q.      If the Commissioner asked you to be part
20    of the Execution Team for a firing squad, would you
21    consider it?
22                MR. SUTHERLAND:  Same objection.
23                THE WITNESS:  I don't know.
24    BY MS. LEONARD:
25        Q.      You've never thought about this before?
```

**Gibson Court Reporting**

 1      A.      Not that specifically.

 2              MR. SUTHERLAND:  Same objection.

 3  BY MS. LEONARD:

 4      Q.      What do you mean by "Not that

 5  specifically?"

 6      A.      Not that specific method of execution.

 7      Q.      Okay.  I understand.

 8              MS. LEONARD:  I think we're pretty close

 9          to the end.  I might just ask for maybe a

10          five-minute break to just confer with cocounsel

11          before we wrap up here.

12              THE VIDEOGRAPHER:  Okay.  We're off the

13          record.  The time is 3:34 p.m.

14              (Recess at 3:34 p.m. to 3:41 p.m.)

15              THE VIDEOGRAPHER:  We're back on the

16          record.  The time is 3:41 p.m.

17  BY MS. LEONARD:

18      Q.      IV Team Member, is there anything you

19  said here today that you feel the need to clarify?

20      A.      No.

21      Q.      Is there anything you want to restate?

22      A.      Nothing that I can think of.

23      Q.      Or anything that you want to supplement?

24      A.      No.

25      Q.      Have you ever participated in executions

1  aside from Mr. Johnson's and Mr. Irick's?

2       A.      Yes.

3       Q.      And those were the electric chair

4  executions?

5       A.      That's correct.

6       Q.      Have you ever participated in any other

7  lethal injection executions, aside from Mr. Johnson and

8  Mr. Irick?

9       A.      No, I have not.

10      Q.      Okay.  And would you agree that a lethal

11  injection execution is a pretty memorable event?

12      A.      I suppose you could call it that.

13      Q.      And yet it seemed like there were quite a

14  few things that you didn't remember about Mr. Johnson

15  and Mr. Irick's executions.  Is there any reason that

16  you might not remember these things?

17      A.      I can't think of a reason, other than

18  time has passed.

19              MR. SUTHERLAND:  I'm going to object to

20          form.

21              THE WITNESS:  Sorry.  I can't think of

22          any reasons, other than that time that's passed.

23  BY MS. LEONARD:

24      Q.      Okay.  So Mr. Johnson's execution was in

25  2019 and Mr. Irick's execution was in 2018, and yet you

 1   don't remember things such as what instructions you

 2   used during those executions?

 3        A.      I know we had the instructions in the

 4   room.  I'm just saying that we didn't have them in our

 5   hands during that preparation.

 6        Q.      Okay.  And so you did refer to the

 7   instructions during those executions?

 8        A.      I don't know if we referred to them

 9   specifically during that setup, but they were there and

10   available to us if we were unsure.

11        Q.      Okay.  And you also indicated you didn't

12   remember whether you were standing in a certain section

13   of the room during those executions; is that right?

14        A.      No, I had moved within the room during

15   the execution, so at the exact moment I don't recall.

16        Q.      Okay.

17        A.      If that's what you're referring to.

18        Q.      Sure.  Do you recall during the

19   consciousness check during Mr. Johnson's execution

20   where you were located in the room?

21        A.      Best I can remember, I was standing

22   behind the Executioner.

23        Q.      And you and the Executioner were both

24   looking out of the same window that's about 1 foot in

25   size?

**Gibson Court Reporting**

1         A.        I may have been looking more at the
2    monitor, because it would have been difficult to see.
3         Q.        And when you say "may have been," you say
4    "may have" because you don't remember?
5         A.        Right.  I don't recall what I was
6    viewing, I don't recall whether it was through the
7    window or the monitor.  Whatever gave a better view.
8         Q.        And is that also the same for Mr. Irick's
9    execution?
10         A.        It would be.
11         Q.        Okay.  And just to make sure, nobody has
12    talked to you or sent you anything during this
13    execution?
14         A.        No, not at all.
15         Q.        Did you take any notes during this
16    deposition today?
17         A.        I did not.
18         Q.        Okay.  And did you have any other
19    documents in the room, aside from the exhibits that we
20    discussed?
21         A.        Just the log-in for this computer.
22         Q.        And the voice modulator, I suppose?
23         A.        Yes.
24              MS. LEONARD:  Okay.  Then I think that's
25         all the questions that I have for you.

1                    Pursuant to the discussion I had with

2          Mr. Sutherland this morning, I'm going to request

3          that we leave the deposition open, primarily

4          pending our review of the documents that

5          Mr. Sutherland indicated he received recently from

6          this IV Team Member that we do not have yet.

7                    MR. SUTHERLAND:  So, Lynne, we will -- we

8          will agree to keep the deposition open for the

9          sole purpose of any questions that are directly

10         related to that training that the records pertain

11         to.  We would -- we will object to any -- to

12         keeping it open for any other purposes.

13                    MS. LEONARD:  Okay.

14                    MR. SUTHERLAND:  And just I would like to

15         note for the record that the parties have agreed

16         that all objections during the depositions would

17         be objections to form in order just to expedite

18         the objection process.  And that's what we've done

19         today.

20                    THE VIDEOGRAPHER:  Are we ready to go off

21         the record?

22                    MR. SUTHERLAND:  I think we are.

23                    THE VIDEOGRAPHER:  We're off record.  The

24         time is 3:46 p.m.

25         (Proceedings recessed sine die at 3:46 p.m.)

1                  C E R T I F I C A T E

2

3    STATE OF TENNESSEE

4    COUNTY OF KNOX

5            I, Rhonda S. Sansom, RPR, CRR, CRC, LCR #685,

6    licensed court reporter in and for the State of

7    Tennessee, do hereby certify that the above videotaped

8    videoconference deposition of IV TEAM MEMBER 2 was

9    reported by me and that the foregoing 216 pages of the

10   transcript is a true and accurate record to the best of

11   my knowledge, skills, and ability.

12           I further certify that I am not related

13   to nor an employee of counsel or any of the parties to

14   the action, nor am I in any way financially interested

15   in the outcome of this action.

16           I further certify that I am duly licensed

17   by the Tennessee Board of Court Reporting as a Licensed

18   Court Reporter as evidenced by the LCR number and

19   expiration date following my name below.

20

21

22   _____

     Rhonda S. Sansom, RPR, CRR, CRC
23   RhondaSansom@gibsonreporters.c  Tennessee LCR# 0685
         2021.09.27 16:53:06          Expiration Date:  6/30/22
24   Signer:
       CN=RhondaSansom@gibsonreporters.com

25

**Gibson Court Reporting**