EXHIBIT

29

# KING

## vs.

## PARKER, et al.

---

## DR. MICHAELA ALMGREN

## February 04, 2022

---



**Sandy Andrys, LCR, RPR, RMR**

Chattanooga (423)266-2332    Jackson (731)425-1222
Knoxville (865)329-9919    Nashville (615)595-0073    Memphis (901)522-4477
www.elitereportingservices.com

```
 1              IN THE UNITED STATES DISTRICT COURT
              FOR THE MIDDLE DISTRICT OF TENNESSEE
 2                        AT NASHVILLE
   _____
 3
   TERRY LYNN KING,
 4
              Plaintiff,
 5
   vs.                          Case No. 3:18-cv-01234
 6
   TONY PARKER, et al.,
 7
              Defendants.
 8 _____

 9

10

11

12

13              Videoconference Deposition of:

14              DR. MICHAELA ALMGREN

15              Taken on behalf of the Defendants

16              February 4, 2022

17              Commencing at 9:02 a.m.

18

19

20

21
   _____
22
              Elite-Brentwood Reporting Services
23             www.elitereportingservices.com
              Sandra Andrys, LCR, RPR, RMR
24                  P.O. Box 292382
                 Nashville, Tennessee
25                  (615)595-0073
```

```
 1                    A P P E A R A N C E S

 2


 3


 4     For the Plaintiff:

 5             MR. ALEX KURSMAN
               MS. ANASTASSIA BALDRIDGE
 6             MS. LYNNE N. LEONARD
               Attorneys at Law
 7             Federal Community Defender Office, E.D. Pa.
               601 Walnut Street, Suite 545 West
 8             Philadelphia, Pennsylvania 19106
               (215)928-0520
 9             Alex_Kursman@fd.org
               Ana_baldridge@fd.org
10             Lynne_leonard@fd.org


11


12             MR. JEREMY A. GUNN
               Attorney at Law
13             Bass, Berry & Sims
               150 Third Avenue South, Suite 2800
14             Nashville, Tennessee 37201
               (615)742-6200
15             Jeremy.gunn@bassberry.com


16


17     For the Defendants:

18             MR. ROB MITCHELL
               MS. MALLORY K. SCHILLER
19             MR. DEAN S. ATYIA
               MR. SCOTT C. SUTHERLAND
20             Assistant Attorneys General
               Law Enforcement and Special Prosecutions
21             Division
               Office of the Tennessee Attorney General
22             P.O. Box 20207
               Nashville, Tennessee 37202-0207
23             (615)741-8132
               Robert.mitchell@ag.tn.gov
24             Scott.Sutherland@ag.tn.gov
               Mallory.Schiller@ag.tn.gov
25
```

```
 1                      I N D E X
                                                    Page
 2    Examination
      By Mr. Sutherland                              8
 3


 4


 5
                   E X H I B I T S
 6
                                                    Page
 7
      Exhibit No. 1                                  6
 8           Notice of Deposition

 9    Exhibit No. 2                                 13
             11-17-21 Expert Report
10
      Exhibit No. 3                                 13
11           1-14-22 Supplemental Expert Report

12    Exhibit No. 4                                 28
             Tennessee Lethal Injection Protocol
13
      Exhibit No. 5                                 73
14           USP 797

15    Exhibit No. 6                                182
             Midazolam storage and preparation
16           instructions

17    Exhibit No. 7                                183
             Potassium Chloride preparation
18           instructions

19    Exhibit No. 8                                189
             Defendants' Supplemental Responses
20
      Exhibit No. 9                                210
21           Nephron Pharmaceuticals 4-21-17
             Form 483
22
      Exhibit No. 10                               226
23           Nephron Pharmaceuticals 4-20-18
             Form 483
24
      Exhibit No. 11                               230
25           Nephron 508ed
```

```
 1                     S T I P U L A T I O N S

 2

 3

 4                  The videoconference deposition of

 5      DR. MICHAELA ALMGREN, was taken by counsel for the

 6      Defendants, with all participants appearing at their

 7      respective locations, on February 4, 2022, for all

 8      purposes under the Federal Rules of Civil Procedure.

 9                  All objections, except as to the form of

10      the questions, are reserved to the hearing, and that

11      said deposition may be read and used in evidence in

12      said cause of action in any trial thereon or any

13      proceeding herein.

14                  It is agreed that SANDRA ANDRYS, LCR,

15      RPR, RMR, Notary Public and Court Reporter for the

16      State of Tennessee, may swear the witness remotely,

17      and that the reading and signing of the completed

18      deposition by the witness was not mentioned.

19

20

21

22

23

24

25
```

```
 1                        *  *  *
 2                  DR. MICHAELA ALMGREN
 3      was called as a witness, and having first been duly
 4      sworn, testified as follows:
 5
 6                      EXAMINATION
 7      QUESTIONS BY MR. SUTHERLAND:
 8      Q.       Good morning, Dr. Almgren.   I'm Scott
 9      Sutherland.  Ms. Andrys, I am with the Tennessee
10      Attorney General's Office.  With me on the call are
11      Senior Assistant Attorney General Rob Mitchell, and
12      Assistant Attorneys General Mallory Schiller and Dean
13      Atyia.  And we represent the defendants in this case,
14      former commissioner Tony Parker, and the Riverbend
15      Maximum Security Institution, Warden Tony Mays?
16                  MS. LEONARD:  Good morning.  My name is
17      Lynne Leonard.  I am with the Federal Community
18      Defender Office in Philadelphia, Pennsylvania.  My
19      colleagues from the same office that are also on this
20      call are Alex Kursman and Ana Baldridge.  And our
21      colleague at Bass, Berry & Sims, Jeremy Gunn is also
22      on the call in Nashville, Tennessee.  We represent
23      the plaintiff, Terry King, in this case.
24                  MR. SUTHERLAND:  All right.  Lynne, how
25      are we going to -- we are going to do the exhibits
```

Elite Reporting Services
www.EliteReportingServices.com

```
 1    like we did the last time.  Rob is going to share

 2    them, and he'll shoot them to you before we talk

 3    about them, if you want to forward them on to

 4    Dr. Almgren.

 5              And with that, Rob, if you shoot

 6    Exhibit 1, the Notice of Deposition, to Lynne.

 7              MS. LEONARD:  We are good with that.

 8              I just wanted to ask you, do you want

 9    objections to be subsumed in form objections, or do

10    you want to discuss those as they come up?

11              MR. SUTHERLAND:  (Nods head).

12              MS. LEONARD:  I'll try to keep that brief

13    then.

14              MR. SUTHERLAND:  Thank you.

15              Exhibit 1 will be the notice.  Lynne, you

16    can let me know once you have that.

17              (WHEREUPON, a document was marked as

18    Exhibit Number 1.)

19              MR. MITCHELL:  For the record, I will

20    send both Lynne and Alex the exhibit.

21              MS. LEONARD:  Great.  Thank you.  That

22    will be helpful.

23              MR. SUTHERLAND:  Lynne, just stop me if I

24    go too fast.  Are you good with me asking about it?

25              MS. LEONARD:  Yeah.  If you want to get
```

EliteReportingServices.com
www.EliteReportingServices.com
(615) 595-0073

```
 1    started, I think that's fine.  The email hasn't come

 2    through yet.

 3                 Dr. Almgren, I can forward those to you

 4    as soon as I get it.

 5                 THE WITNESS:  That's fine.

 6                 MS. LEONARD:  If you need to take a break

 7    if you are distracted by your email coming in, just

 8    feel free to say something.

 9                 THE WITNESS:  I don't have my email open.

10    Do I need to open my email, is that something

11    relevant that I need to have opened up right away, or

12    is this something that we will talk about; what's

13    your --

14                 MS. LEONARD:  Yeah.  If you could open

15    your email and then just look out for emails from

16    either me or Alex, if we send you these documents

17    that are going to be sent to us from the Tennessee

18    AG's office.

19                 That's, unfortunately, I think the best

20    way we could do it, given the Zoom format of this

21    deposition.  Normally we would be able to hand you

22    the documents across the table and you'd be able to

23    look at them that way, but this is sort of the

24    stand-in for that typical procedure.

25                 THE WITNESS:  Okay.
```

```
1    BY MR. SUTHERLAND:

2    Q.      So, Dr. Almgren, good morning.

3    A.      Good morning.

4    Q.      My name is Scott Sutherland.  As you heard,

5    I'm a deputy attorney general with the Tennessee

6    Attorney General's Office, and I represent the

7    defendants in this case.

8              And on the screen is a Notice of

9    Deposition that was provided to plaintiff's counsel

10   for your deposition here today.  Do you see that

11   document on the screen?

12   A.      Yes, I see it.

13   Q.      Have you seen it before?

14   A.      I believe so.  It was -- I received the

15   email, yes.

16   Q.      The date of your deposition in that notice is

17   today's date.  It was based on a request that counsel

18   for Mr. King, Ms. Leonard and Mr. Kursman, provide us

19   with dates for your availability.

20              Is that your understanding why we are

21   here today, this particular day?

22   A.      Yes.

23   Q.      We had to reschedule you due to a

24   supplemental report that you tendered recently and

25   switched it to today, the 4th.  And so are you here
```

Case 3:18-cv-01234-Document 182-20 Filed 09/17/22 Page 10 of 295 PageID #: 10287
EliteReportingServices.com
(615) 595-0073
www.EliteReportingServices.com

1    today pursuant to this notice, is that your
2    understanding?
3    A.      Yes.
4    Q.      In the case of Terry King versus Tony Parker,
5    et al.?
6    A.      Yes.
7    Q.      Do you understand the deposition is scheduled
8    for seven hours, excluding breaks, as provided by the
9    Federal Rules of Civil Procedure.  Essentially, we
10   get to ask you questions for seven hours, it could be
11   longer than that with breaks.  Do you understand
12   that?
13   A.      Yes.
14   Q.      Do you understand you have been sworn, you
15   have sworn an oath to tell the truth during your
16   testimony here today?
17   A.      Yes.
18   Q.      And are there any circumstances that you are
19   aware of that would prevent you from being able to be
20   here for a seven-hour deposition today?
21   A.      No.
22   Q.      Have you taken any medication or are you
23   under the influence of any medication or substance
24   whatsoever that could affect your ability to provide
25   factually correct and truthful responses to my

Case 3:18-cv-01234-BDocument 18-20 Filed 09/17/22 Page 11 of 287 PageID #: 10288
Elite Reporting Services * (615) 595-0073
www.EliteReportingServices.com

1   questions?

2   A.      No.

3   Q.      Do you have any medical condition that would

4   prevent you from being able to provide factually

5   correct and truthful information to my questions?

6   A.      No.

7   Q.      The case for which you are being deposed here

8   is, again, Terry King versus Tony Parker, et al.,

9   pending in the Middle District of Tennessee.

10          Do you understand you are answering

11  questions here today related to the King case?

12  A.      Yes.

13  Q.      What is your understanding of what the King

14  case is about?

15  A.      From what I understand as an expert witness,

16  so I can only speak on the level that I was involved

17  in, we will be discussing today what I saw were

18  the -- are some of the issues that came up with the

19  preparation of the lethal injection chemicals and

20  their storage.

21  Q.      Okay.  Do you understand what the lawsuit by

22  Mr. King -- what the allegations are?

23          Have you been provided -- have you read

24  anything that's been filed in the case particularly

25  to inform you as to what the allegations are in the

```
 1    case?
 2    A.       Can you explain that further?  Do you mean --
 3    Q.       So this lawsuit has been filed by Mr. King,
 4    do you understand that?
 5    A.       Yes.
 6    Q.       Do you understand what the allegations of the
 7    lawsuit are specifically?
 8    A.       I'm not sure of all of the details.
 9    Q.       Okay.  Have you reviewed the complaint that
10    was filed or the amended complaint that has been
11    filed in the case?
12    A.       Not right off the bat.  I did not read all of
13    the details.
14    Q.       Have you seen the Complaint that's been
15    filed?
16    A.       I guess -- I'll be honest with you.  This is
17    not something that I normally do for a living, so I'm
18    not familiar with all of the legal terminology.  And
19    so when you talk about allegations and this, I really
20    don't know what you mean by that.
21             I read the documentation that was
22    provided by counsel, and I analyzed the data and, you
23    know, all of the records that were given to me.  I'm
24    not really sure, when you refer to allegations, what
25    documents are we talking about.
```

```
 1    Q.      Okay.  So were you provided a copy of the
 2    amended complaint that was filed by Mr. King in the
 3    lawsuit that sets forth the allegations that he is
 4    making in the lawsuit?
 5    A.      I honestly don't know.
 6    Q.      Okay.  Have you read anything that's been
 7    filed in the case, any documents that have actually
 8    been filed in the lawsuit?
 9    A.      Such as?
10    Q.      Any of the filings by Mr. King, any of the
11    responses that have been filed by the State of
12    Tennessee?
13    A.      I don't think so.  I read depositions from a
14    variety of witnesses, records that were provided to
15    me for review.
16    Q.      Okay.  I'll talk about that in just a minute.
17            So you are here as an expert witness on
18    behalf of the plaintiff, Terry King; is that correct?
19    A.      Yes.
20            MR. SUTHERLAND:  I'm going to go ahead
21    and admit Exhibit 1, which is the Notice of
22    Deposition, as the first exhibit to Dr. Almgren's
23    deposition.
24            And ask, Rob, if you would put up what's
25    going to be marked as Exhibit 2, which is -- and
```

```
 1    Exhibit 3, which is Dr. Almgren's November 17, 2021
 2    report and her supplemental report.  I'll start with
 3    the initial report.
 4                (WHEREUPON, documents were marked as
 5    Exhibit Numbers 2 and 3.)
 6    BY MR. SUTHERLAND:
 7    Q.      I'm going to -- Dr. Almgren, do you see the
 8    document on the screen that's labeled Expert Report
 9    of Dr. Michaela Almgren?
10    A.      Yes.
11    Q.      And at the bottom of it, it's got your
12    signature and dated November 17th?
13    A.      That's correct.
14                MR. SUTHERLAND:  And, then, Rob, if you'd
15    scroll down, I think it's her CV following that.
16    BY MR. SUTHERLAND:
17    Q.      Does this appear to be the initial report
18    that you provided plaintiff's counsel in this case?
19    A.      Yes, it does.
20                MS. LEONARD:  Can I just interject for
21    one second?
22                Dr. Almgren, I did forward you that email
23    a couple minutes ago that has the full copy,
24    full-length exhibits from Mr. Mitchell.
25                THE WITNESS:  Yes.
```

```
 1              MS. LEONARD:  They are making that an

 2     exhibit.  If you want to open that and look at the

 3     full-length exhibits and make sure that that is your

 4     report, make sure it's your CV and that you are happy

 5     with it.

 6              MR. SUTHERLAND:  Perfect, that will be

 7     good.

 8              THE WITNESS:  Okay.

 9     BY MR. SUTHERLAND:

10     Q.      Will you let us know when you have received

11     it and have reviewed it, Dr. Almgren?

12     A.      I have received it.  I'm going to review it

13     right now.

14              MS. LEONARD:  Thank you.

15              THE WITNESS:  Okay.

16     BY MR. SUTHERLAND:

17     Q.      Does that appear to be a true and correct

18     copy of your report, your initial report?

19     A.      Yes.

20     Q.      Okay.  Dr. Almgren, you understand the court

21     reporter is recording the questions that I'm asking

22     you and your answers today?

23     A.      (Witness nodded.)

24     Q.      And because of that, and we are on video, you

25     will need to answer my questions verbally so that she
```

```
 1    can record your answer.  And, of course, that goes

 2    for me, too.

 3              Feel free to use hand gestures or

 4    whatever, but just make sure, if you shake your head,

 5    make sure you also shake it and give an affirmative

 6    or a negative answer so that she can record your

 7    answer.

 8    A.        Absolutely.

 9    Q.        Okay.  I will ask you to allow me to state my

10    entire question before you give an answer.  And I

11    will try to do the same for you so that we are not

12    talking over each other, so that she gets my question

13    and your answer and they are not all jumbled up,

14    fair?

15    A.        Sounds good.

16    Q.        If you need to take a break during the

17    deposition, all you need to do is ask.  The only

18    caveat to that is, if we are in the middle of a

19    question, you will need to answer the question before

20    we go off the record.

21    A.        Okay.

22    Q.        And is there anyone in the room with you

23    today where you are?

24    A.        Unless you count the dog, it's only me.

25    Q.        We'll note the dog's presence.
```

```
 1              Are you at home?
 2   A.     Yes.
 3   Q.     Okay.  And so if anyone enters the room
 4   during your deposition, I ask that you let me know,
 5   identify the person and the reason they have entered
 6   the room, if you know.  Hopefully, you will know.
 7              Also, if anyone associated with this case
 8   contacts you by any means during the course of the
 9   deposition, please notify me so that we can put it on
10   the record.  Do you understand that?
11   A.     Yes.
12   Q.     You shouldn't be discussing your testimony
13   with anybody associated with this case while I'm
14   asking you questions; do you understand that?
15   A.     Yes.
16   Q.     In other words, you can't ask questions and I
17   can't -- and they can't ask you questions while you
18   are under oath answering questions for this
19   deposition; do you understand that?
20   A.     Yes.
21   Q.     Okay.  Other than your computer, do you have
22   anything else in the room with you, other than your
23   dog?
24   A.     Well, my bottle of water, my daily planner,
25   it's my office.
```

```
1    Q.      Any notes related to this case, papers?

2    A.      No.

3    Q.      Notes of any kind?  Okay.

4            I will tell you, as a lawyer practicing

5    in the case, as in all cases like this, my job here

6    is to endeavor to learn about areas in which I don't

7    have any formal education, so that I can and we can

8    as parties fairly and accurately present that

9    information to the court in this case.  Does that

10   make sense?

11           Suffice it to say, I'm here to learn

12   about your knowledge and your opinions on the issues

13   you have discussed in your report and about which you

14   plan to testify in this case.

15           You are the person with the specialized

16   knowledge here; I am certainly not.  And the purpose

17   of me asking questions is for me to understand.  I

18   mean, at the end of the day, hopefully, I'll

19   understand where you are coming from in terms of your

20   opinions and the facts and scientific principles that

21   you believe support those opinions.

22           I always hope to leave a deposition

23   knowing more than when I started, so if I can

24   accomplish that today, I will have accomplished what

25   we set out to do here.
```

Case 3:18-cv-01234-EOD Document 18-20 Filed 04/17/22 Page 19 of 287 PageID #: 10276
EliteReportingServices.com (615) 595-0073
www.EliteReportingServices.com

```
 1              That being said, if you don't understand
 2    my question, please ask me to repeat it or restate
 3    it.  Sometimes lawyers ask questions -- may not ask
 4    the questions the way you as a, for example,
 5    pharmacist may.  And so if it's more appropriate to
 6    phrase something differently or I can rephrase it in
 7    a way that we both understand, please don't hesitate
 8    to let me know that.
 9    A.      Okay.
10    Q.      The goal here is to sort of -- I always hate
11    to use the word "dumb it down," so I won't
12    necessarily say dumb it down, but I want to be able
13    to -- for you to be able to give your answers in a
14    way that a layperson, certainly a lawyer and judge
15    can understand these particular facts.  Do you
16    understand that?
17    A.      Yes.
18    Q.      I want to talk to you about deposition
19    preparation, your preparation for today, ask you some
20    specific questions about your preparation.  Is that
21    okay?
22    A.      Sure.
23    Q.      Would you think about and explain to me what
24    all you have done to prepare for your deposition
25    testimony today?
```

```
 1    A.      So I have looked over my testimony just to
 2    kind of remind myself of what all I discussed.  And
 3    so I looked at the electronic copies that you emailed
 4    me, as well of those testimonies, and I looked over
 5    those.
 6    Q.      When you say "testimonies," what do you mean
 7    by that?
 8    A.      I guess, again, my legal terminology perhaps
 9    isn't the most appropriate, considering I am not a
10    lawyer.
11    Q.      No, that's okay.
12    A.      Because I'm the expert, my expert analysis or
13    expert reports is what I looked at.
14    Q.      All right.  So before today, you reviewed
15    your report?
16    A.      Yes.  I reviewed both reports prior, and I
17    looked at the USP guidelines, specifically at the
18    quality requirements for midazolam, just to
19    double-check that I have -- not double-check, but
20    just to remind myself of what were some of the
21    requirements.
22    Q.      And when you say you looked over the quality
23    requirements for midazolam, what specifically -- what
24    specific provisions are you talking about?
25    A.      So those are the actual monographs.  There is
```

```
 1    a monograph for midazolam and there is a monograph
 2    for midazolam injection, and so I wanted to look at
 3    both.
 4    Q.      And where are they located within the USP?
 5    A.      These are part of the USP.  I have electronic
 6    access, and so I just search "midazolam."  And it's a
 7    chapter, it's a monograph.
 8    Q.      So it's a specific chapter within USP?
 9    A.      So it's a specific monograph.  When you look
10    at the USP guidance, you have the book that has
11    initial all the chapters and you have general
12    chapters of methodology, and that's followed by
13    monographs.
14    Q.      I understand.  What's a monograph?
15    A.      It is basically kind of like a summary in
16    this case specific to, for example, midazolam.  A
17    monograph will contain all of the quality
18    requirements for the midazolam, what you need to test
19    in order to show that is in compliance with USP
20    requirements.
21    Q.      So is it -- all right.  So let me back up and
22    ask you.
23              Can you just define generally what a
24    monograph is?
25    A.      As in what a monograph --
```

1    Q.      What is a monograph?

2    A.      It is a set of guidelines, I guess, set of

3    information, certain information that is provided.

4    Q.      Okay.  And is a monograph sort of -- is it

5    always the same?  I mean, not -- obviously, for

6    different drugs it would be different.

7            But does it contain the same information,

8    each monograph, related to the specific drug

9    involved?

10   A.      So --

11   Q.      I'm trying to get an idea of what generally

12   is a monograph.

13   A.      So, basically, like I said, in the case of

14   USP, it provides you with guidance on quality

15   standards.  What are the requirements for each drug

16   that the drug needs to meet in order to be USP

17   compliant.

18           So if you are going to say that midazolam

19   is USP compliant, you need to perform all of the

20   testing that is listed in the USP monograph.

21           The monograph, as you stated, will vary

22   between drugs, because different medications will

23   have different quality requirements.

24   Q.      Okay.  Does it also -- so does this have to

25   do with compounding midazolam?

Case 3:18-cv-01234-Document 18-20 Filed 09-17-22 Page 23 of 287 PageID #: 10280
EliteReportingServices.com
www.EliteReportingServices.com

```
 1    A.      It does, because when you are preparing a
 2    compounded midazolam, you are basically making a
 3    midazolam injection.  And so there is a monograph
 4    that's for midazolam injection that is different from
 5    midazolam raw material, which is an API or active
 6    pharmaceutical ingredient.
 7    Q.      Does the -- so the monograph itself simply
 8    says all of the things that you -- provides all of
 9    the guidelines for what you need to do in order to
10    guarantee that the compounded midazolam is USP
11    compliant?
12    A.      So those would be two separate monographs.
13    So if you were to look at the API, meaning active
14    pharmaceutical ingredient, if you purchase dry
15    powder, you are going to test it according to
16    midazolam monograph, and that's just for the raw
17    material itself.
18            If you are going to compound an
19    injectable midazolam, you are going to pull up
20    monograph for midazolam injection.
21    Q.      And that's what you did?
22    A.      I looked at both.  I looked at midazolam API
23    and midazolam injection.
24    Q.      Do you happen to know specifically where
25    those monographs are located, like what page numbers?
```

Case 3:18-cv-01234-Document 1 Page 20 Filed 09/17/22 e Page (24 of 287) PageID #: 10231
EliteReportingServices
www.EliteReportingServices.com

```
 1    A.       These are not in a -- I don't have a printed
 2    copy.  USP is available -- the compendium is
 3    available.  Every year they publish it.  But most of
 4    the places nowadays you will not buy the book because
 5    it comes with quarterly updates.
 6    Q.       Right.
 7    A.       So what you do is you purchase the
 8    subscription.  And so they don't really have page
 9    numbers that I'm aware of, you would just search the
10    compendium.
11    Q.       You would search the -- search the
12    compendium.  What did you -- tell me how you put it
13    in there so that I would know how to --
14    A.       So there's a search bar at the top, it's
15    basically a screen where you pull up a USP.  You will
16    see this, you know, main page.  And on there, there
17    will be -- you know, there's a search bar in the top.
18    There's some disclaimers at the bottom.
19             They typically will show you on that main
20    page what is the upcoming changes.  They will give
21    you kind of a heads-up, so if you have any changes
22    you need to make in any of your current standards or
23    current procedures, you can do that.
24             And so at the top is a search bar, and
25    you type in "midazolam" or "midazolam injection,"
```

EliteReportingServices.com
www.EliteReportingServices.com

```
 1   and --

 2   Q.      Is that what you did?

 3   A.      Yes.

 4   Q.      So what did you type in first?

 5   A.      So first I typed in midazolam.

 6   Q.      Okay.  So if I were to look at the USP

 7   compendium online and I went to the search bar and I

 8   type in midazolam, did you put in midazolam monograph

 9   or will that just -- is that all you put in, was

10   midazolam?

11   A.      Just midazolam.  It will automatically

12   recognize that you are searching for a drug.

13   Q.      Okay.  And if I type in midazolam and hit

14   search, what's going to come up?

15   A.      The page that basically is showing the

16   midazolam electronic monograph, it's showing all of

17   the quality requirements.

18   Q.      Is that for the API or the injection?

19   A.      So if you search just midazolam, it will be

20   API.

21   Q.      And you did that?

22   A.      Yes.

23   Q.      And when did you do that?

24   A.      I did that this morning.

25   Q.      Okay.  So you typed in midazolam and you hit
```

```
 1    search and it brought up the API monograph?

 2    A.      Yes.

 3    Q.      All right.  And then did you also do a

 4    different search?

 5    A.      So I looked at that.  And then I said, let me

 6    look at the midazolam injection to review that, those

 7    standards as well.

 8    Q.      And so what did you search to get that, or is

 9    it in the same --

10    A.      No.  I typed in "midazolam injection."

11    Q.      Okay.

12                 (An off-the-record discussion was held.)

13                 MR. SUTHERLAND:  I'll do better and,

14    Dr. Almgren, we'll just do better together.  You can

15    just wait until I stop talking, and I'll try to -- or

16    I will not talk while you are talking.

17                 THE WITNESS:  It might be I have a little

18    delay with my Internet, it could easily be, because I

19    feel like I do give you the time, but I wonder if

20    there is some kind of a -- I don't know.  I think

21    there's a delay in the Internet.

22                 MR. SUTHERLAND:  I think that's fair.

23    BY MR. SUTHERLAND:

24    Q.      So we were talking about things you reviewed

25    to prepare for your deposition, and one of the things
```

1    you looked at was the USP guidelines for quality
2    requirements for midazolam, the midazolam monographs,
3    which you looked at this morning, and you have
4    indicated, as I understand it, that you went into the
5    USP website in the search bar and typed in midazolam
6    and reviewed the midazolam API monograph, and then
7    you went back to the search and searched midazolam
8    injection and reviewed the injectable midazolam
9    monograph; is that correct?
10   A.      That's correct.
11   Q.      And if I do the same thing, then I should
12   be -- then I will be able to see what you reviewed
13   today, fair?
14   A.      Yes.
15   Q.      Okay.  What else did you review to prepare
16   for your deposition today?
17   A.      As I stated, I did look over both of my
18   testimonies briefly, and I believe that's it.  I
19   don't think I reviewed any additional documents --
20   no, no, one more thing.
21           I did review -- I went back to the lethal
22   injection protocol from the Riverbend facility, the
23   electronic copy, and I specifically looked at pages
24   35 through 40 to review the handling of the drugs,
25   but just really briefly.

Case 3:18-cv-01234-Document 1820 Filed 09/17/22 Page 28 of 287 PageID #: 10265
EliteReportingServices.com
www.EliteReportingServices.com

```
 1              I didn't really spend a lot of time, I
 2    just wanted to really familiarize myself with the
 3    procedure should the questions come up.
 4              MR. SUTHERLAND:  Rob, why don't you go
 5    ahead -- I'm going to -- strike that.
 6    BY MR. SUTHERLAND:
 7    Q.     Dr. Almgren, when you reviewed the --
 8              MR. SUTHERLAND:  Rob, did you send 2 and
 9    3?
10              MR. MITCHELL:  I did.
11              MR. SUTHERLAND:  Okay.
12    BY MR. SUTHERLAND:
13    Q.     So, Dr. Almgren, when you received the email,
14    did the email contain both your initial report and
15    your supplemental report?
16    A.     Yes.
17              MR. SUTHERLAND:  I'm going to move to
18    make exhibits -- Dr. Almgren's November 17, 2021
19    report and the supplemental report Exhibits 2 and 3
20    to this deposition.
21              Rob, if you could forward the Exhibit 4,
22    which is going to be a copy of the protocol, to
23    Lynne.  And then I'm going to ask you -- Lynne will
24    forward you the protocol and we can talk about that
25    for just a minute.
```

```
 1                    THE WITNESS:  Okay.
 2               MR. SUTHERLAND:  Rob, if you could share
 3     that when you have a chance.
 4                    (WHEREUPON, a document was marked as
 5     Exhibit Number 4.)
 6               MR. SUTHERLAND:  Dr. Almgren, if you
 7     would let me know when you receive that.
 8               THE WITNESS:  I see it on the screen, but
 9     I haven't received it in the email yet.
10               MS. LEONARD:  I don't have it either, but
11     as soon as it comes to me, I will forward it on to
12     Dr. Almgren.
13               MR. SUTHERLAND:  Do you want me to wait,
14     Lynne?
15               MS. LEONARD:  No, I think if you want to
16     get started, and if we run into a situation where we
17     need to see it, maybe we could just sort of take a
18     pause.
19               MR. SUTHERLAND:  Yeah.
20               MS. LEONARD:  It just came through, so
21     I'm going to forward it to you right now,
22     Dr. Almgren.
23               THE WITNESS:  Thank you.
24     BY MR. SUTHERLAND:
25     Q.    Dr. Almgren, I'm going to show you, you can
```

Case 3:18-cv-01234-BJD-document 1 Reporting Services (305) 595-2000 #: 10287
EliteReportingServices.com
www.EliteReportingServices.com

1   see it on the screen, the Lethal Injection Execution

2   Manual, Execution Procedures for Lethal Injection.

3            Does that look like the document you were

4   just talking about?

5   A.      Yes.

6   Q.      That you reviewed this morning?

7   A.      Yes.

8   Q.      Okay.  At the bottom left-hand corner of that

9   document --

10           MR. SUTHERLAND:  Rob, if you could scroll

11  down to the bottom.

12  BY MR. SUTHERLAND:

13  Q.      It says, revised July 5th, 2018.  Is that the

14  version that you reviewed, Dr. Almgren?

15  A.      I am not 100 percent sure.  I would have to

16  go back and look in my electronic copy, because I do

17  not -- I'm not sure of that particular revision note.

18  Q.      Okay.  You indicated that you read certain

19  pages in preparation for your deposition, pages 35

20  through 40.

21           Have you previously reviewed this entire

22  document?

23  A.      I have.

24  Q.      From start to finish?

25  A.      It was a long time ago, so I did not do that

1    in preparation for this deposition, but I have done

2    this probably whenever I started on this case,

3    whenever last --

4    Q.      Is it fair to say that you have read every

5    word of the protocol?

6    A.      No, I don't know that that's fair to say,

7    because I really focused on the pages that are truly

8    relevant to me.

9            The document is what, 99 pages long.  So,

10   no, the pages that were not relevant, I probably

11   skimmed through to get an understanding of what goes

12   on, but I don't think that I could, you know,

13   summarize exactly what all is contained in this

14   document, because like I said, I really -- I was not

15   hired to analyze the entire protocol.  I was really

16   focused on the handling of the medications.

17           MR. SUTHERLAND:  Rob, could you go to

18   page 35.

19   BY MR. SUTHERLAND:

20   Q.      All right.  Dr. Almgren, this is page 35.

21   Does that look like the first page that you reviewed

22   in preparation for today?

23   A.      I believe so.  Can you scroll above, let me

24   see what is on page 34?

25           MS. LEONARD:  Dr. Almgren, if you want to

```
 1    check your email and see if the full document came to

 2    you, just so you have it handy and can do some

 3    scrolling.

 4                THE WITNESS:  Let me check.  Nothing yet.

 5    I did look at this.  I did see this page.  So I guess

 6    35 or 34 was -- I guess I looked at this page as

 7    well.  But this really is just a summary, so I really

 8    focused on 35 and so forth.

 9                MR. SUTHERLAND:  Could you scroll down to

10    35 -- could you scroll to 35.

11    BY MR. SUTHERLAND:

12    Q.      So you reviewed this page today, or in

13    preparation for the deposition?

14    A.      Yes.

15    Q.      And then 36?

16    A.      Yes.

17    Q.      Did you read that page?

18            Okay.  37?

19    A.      Yes.

20    Q.      And that deals with commercially manufactured

21    drugs; is that correct?

22    A.      Yes.

23    Q.      All right.  And then 38?

24    A.      Yes.

25    Q.      39?
```

Elite Reporting Services * (615) 595-0073
www.EliteReportingServices.com

```
 1    A.      Yes.

 2    Q.      40?

 3    A.      Yes.

 4    Q.      Is that it?

 5    A.      That's it.  I was really focused primarily on

 6    the handling of the drugs.  For my expert analysis, I

 7    did review more than just the pages that I just

 8    mentioned.  This is just -- particularly the five

 9    pages I looked at were strictly in preparation for

10    this morning.

11    Q.      I understand.

12            What other documents did you review in

13    preparation for your deposition?

14    A.      That was it.  You mean -- I prepared -- I got

15    up early this morning and then I reviewed, like I

16    said, my testimonies, the USP monographs, and this.

17    Q.      All right.  Before this morning, have you

18    reviewed -- I guess your report, Exhibit 2, and your

19    supplemental report indicate that you reviewed a

20    number of other documents.

21            And while you may not have technically

22    reviewed them in preparation for the deposition, they

23    are certainly, I guess, part of your knowledge.  And

24    I want to talk to you a little bit about those, okay?

25    A.      Sure.
```

Case 3:18-cv-01234-E Document 18-20 Filed 09/17/22 Page 34 of 287 PageID #: 10291
EliteReporting Services
www.EliteReportingServices.com

```
 1              MR. SUTHERLAND:  Rob, can you pull up
 2    Exhibit 2, the initial report at page 2.
 3    BY MR. SUTHERLAND:
 4    Q.      Dr. Almgren, at page 2 of your initial report
 5    from November 17, 2021 in Section II, Roman Numeral
 6    II, you say -- you list materials relied upon.  Do
 7    you see that?
 8    A.      Yes.
 9    Q.      And in numerical paragraph 6 you list a
10    number of items, and I'd like to ask you some
11    questions about those.
12              You were provided -- 6-A is a copy of the
13    protocol, which is what we just went over, right?
14    A.      Yes.
15    Q.      And then 6-B is depositions of the drug
16    procurer; the executioner; the pharmacist; Warden
17    Tony Mays; Associate Warden Ernest Lewis; pharmacy
18    owner; IV team member 1; IV team member 2; IV team
19    member 3; Commissioner Tony Parker in both his
20    individual capacity and as an official designee of
21    the Tennessee Department of Corrections, which would
22    be two separate depositions.
23              Are you familiar with that?
24    A.      There was a lot of documents that I reviewed.
25    It has been a while since I have reviewed them, but
```

```
 1    I'm assuming I listed them -- they were in the
 2    Dropbox.  I probably glanced at them, yes.
 3    Q.      Debbie Inglis, a physician; EMT 1; EMT 2; and
 4    EMT 3.
 5            So those documents were provided to you
 6    in the Dropbox?
 7    A.      Yes.
 8    Q.      Did you review each of those depositions from
 9    start to finish?
10    A.      So, yes, I reviewed them.  And depending how
11    relevant I found them, is how much I paid attention.
12    There are some that were less relevant to what I was
13    focused on than others.
14    Q.      Did you read each deposition from beginning
15    to end?
16    A.      Yes.
17    Q.      All of the ones that are listed here?
18    A.      Yes.
19    Q.      Laboratory reports for compounded drugs, 6-C.
20            6-D, midazolam storage and preparation
21    instructions.
22            6-E, potassium chloride preparation
23    instructions.
24            6-F, handwritten inventory list.
25            And 6-G, prescriptions and sample
```

1    prescription for lethal injection chemicals.

2            So are there any documents -- and I guess

3    your supplemental report cites to another production

4    of information that you reviewed which resulted in

5    your supplemental report; do you recall that?

6    A.      Yes.

7    Q.      Other than the documents that I've just gone

8    over that you have listed here, and the documents

9    that you refer to in your supplemental report, are

10   you relying on anything else in forming your

11   opinions?

12   A.      So I provided a list of resources that I had

13   used, USP Chapter 797 being one.  There are a few

14   other USP chapters that I quote throughout my

15   testimony that I also have relied upon.

16            There is a document, it's a guidance from

17   FDA, that tells you about how comparable -- or,

18   really, not comparable, on how to make decisions

19   about whether you can use EP, BP, or other

20   pharmacopeia monographs to make decisions about

21   purchasing and using your API, so I used that

22   guidance as well.

23            Those are the things that I can think

24   right off the bat.  But I did supply a list of all of

25   my references for your review.  I supplied it.  I

1    uploaded it to the Dropbox for the attorneys that I
2    work with, and they had supplied this to you.
3    Q.      That includes the FDA guidance on EP and BP
4    purchasing?
5    A.      Yes.  And that guidance is really just a
6    link, so you click on it and you get a document.
7    Q.      Got it.  Did you review any of the expert
8    reports, other expert reports in this case?
9    A.      I reviewed whatever is listed in the Dropbox.
10   Q.      Do you recall having reviewed the expert
11   reports of any other experts in the case?
12   A.      I reviewed whatever is in the Dropbox.
13   Q.      Okay.  I understand that.  What I'm asking
14   you is, do you have a recollection of having reviewed
15   any report of any other expert in this case that has
16   provided a report like your report?
17           Do you have any recollection of having
18   reviewed any other reports?
19   A.      I am trying to remember.  I do not believe
20   so.  I work on another case, and so I think that
21   that's where maybe my confusion comes from, but I
22   believe that that was all.
23           I can look back at the Dropbox and see
24   what else is in there.  I mean, I'm assuming really
25   the testimonies that you have, those were the main

```
 1    ones.  I think there may have been -- like I said,
 2    I'd have to double-check my notes.  I do not have
 3    those.
 4    Q.     I understand.  And as you sit here this
 5    morning, do you have any independent recollection in
 6    this case of having reviewed the report of any other
 7    experts?
 8    A.     I do not remember.  I want to say that there
 9    were -- no, those were -- those were all testimonies,
10    what you have listed.
11           What happened is, I think when we
12    uploaded the -- when we -- no, that's a different
13    case.  Yeah, no, I believe that that's all that I
14    have.
15           For some reason I want to say -- let me
16    look at this document, give me one second.  It's the
17    document that you have emailed.  I want to scroll up,
18    if there was anything else, but I don't think so,
19    because these were just all depositions that I've
20    read that I have formed my opinion upon.
21           Yeah.  I apologize, there is not a case
22    that I've been working on.
23    Q.     I understand.
24    A.     When I think about the documentation I have
25    reviewed in a more recent one, and because of that I
```

```
 1    sometimes make, like, a distinction of which one it
 2    is that I'm trying to remember.
 3    Q.      I understand.  Let me repeat my question.
 4            As you sit here this morning, do you have
 5    an independent recollection of, in this case, whether
 6    that you have been provided with any other expert
 7    reports, persons who have given expert reports in
 8    this case?
 9    A.      I'm trying to remember.  It would be helpful,
10    can I look in the Dropbox and see what documents are
11    in there for me to remind me?  I don't remember.  I
12    don't want to say yes or no because I just honestly
13    don't remember.
14    Q.      Yeah.  I mean, if you have access to it, that
15    would be fine; fine with me.
16            Do you have ready access to that,
17    Dr. Almgren?
18    A.      I do.
19    Q.      Okay.
20    A.      Yeah.  I don't see any expert -- I don't see
21    anything in here.  I see the depositions.  Let me
22    just scroll down and make sure there's not any.
23            These are all -- all I see is I have the
24    folder with the depositions, and then I have the
25    background packet which includes the protocol that
```

Case 3:18-cv-01234-E Document 128-20 Filed 09/17/22 Page 40 of 287 PageID #: 10297
EliteReportingServices.com
www.EliteReportingServices.com

```
 1    you have shown.

 2    Q.      Okay.

 3    A.      And I don't see anything relevant there.  And

 4    then I have another folder that just shows the lab

 5    reports sample.  It's different files, but that's

 6    all.  I don't see any expert witness communication

 7    here in my Dropbox.

 8    Q.      You don't have any memory of reviewing any in

 9    this case?

10    A.      Like I said, I honestly do not, but it

11    doesn't mean -- it's that I worked on another case,

12    and I did have some analysis there.

13    Q.      Okay.  In preparation for your deposition,

14    did you meet with -- have any meetings with anyone?

15    A.      Yes, I did meet with the attorneys on

16    Wednesday morning.

17    Q.      Just one meeting?

18    A.      For the preparation, yes.

19    Q.      And how long was that meeting?

20    A.      A couple hours.

21    Q.      And who was present for the meeting?

22    A.      I know Lynne was present and Alex Kursman

23    were present.  The others, I don't recall the names.

24    Q.      How many people were there?

25    A.      I would say five or six.
```

```
 1   Q.      Maybe five.  Do you know if they were people
 2   that worked in the same office with Mr. Kursman or
 3   Ms. Leonard?
 4   A.      I am assuming so.
 5   Q.      Okay.  Was it a video, a Zoom meeting?
 6   A.      Yes.
 7   Q.      Okay.  And you just had that one meeting?
 8   A.      Yes.
 9   Q.      How many times have you met with attorneys
10   for Mr. King all together in the case?
11   A.      Via phone or in person?
12   Q.      Any meetings.
13   A.      I honestly am not sure, a handful of times.
14   Q.      More than five?
15   A.      No, I don't think so.
16   Q.      Was it more than three?
17   A.      Probably, maybe three or four; five probably
18   at the most.
19   Q.      Okay.  And you say the one on Wednesday
20   lasted a couple of hours?
21   A.      Yes.
22   Q.      And do you bill for those meetings?
23   A.      Yes.
24   Q.      Do you bill for your review of the
25   depositions?
```

```
 1    A.      Yes.
 2    Q.      So do you know how many hours you have billed
 3    so far for your services in this case?
 4    A.      I would have to look.
 5    Q.      Approximately?
 6    A.      I would say maybe upwards of maybe 30 or so.
 7    Q.      Do you know approximately how many hours you
 8    have spent reviewing depositions?
 9    A.      The majority of that time was spent on that.
10    Q.      Okay.  So you would say more than 15 hours?
11    A.      More than 15 or 50?
12    Q.      Well, you said -- 15, I'm sorry.  More than
13    15?
14    A.      Oh, yeah, you mean for review of depositions?
15    Q.      Yes.
16    A.      Yes.
17    Q.      Okay.  More than 20?
18    A.      Probably, yes; I would say so, yes.
19    Q.      Twenty-five?
20    A.      Very likely, yes; somewhere between 20 and
21    25, yes.
22    Q.      Okay.  Other than counsel for Mr. King,
23    Ms. Leonard, Mr. Kursman, have you discussed any
24    matters in your report or your testimony about the
25    case with anyone else?
```

Case 3:18-cv-01234-B Document 182 Reporting Filed 09/17/22 eP Page 43 of 287 Page ID #: 10800
EliteReportingServices.com
www.EliteReportingServices.com

```
 1    A.      Like who?

 2    Q.      Anyone other than those people.

 3    A.      No.

 4    Q.      Other than Ms. Leonard, Mr. Kursman, someone

 5    on the legal team there, have you discussed your

 6    report or your testimony with any other human being?

 7    A.      My husband.  I don't discuss the

 8    technicalities, but I would say, you know, I'm doing

 9    a deposition this morning.  And so he's aware that,

10    you know, I do that.

11            I teach at the university, so I'll say

12    things like, you know, I work as an expert witness.

13    We don't discuss specifics of the course -- or the

14    case or anything, but --

15    Q.      I understand.

16    A.      -- that level where I just mention that

17    that's something that I sometimes do.

18    Q.      How much time do you think you have spent

19    total preparing for your deposition today?

20    A.      Maybe a couple hours, probably less than --

21    do you mean including our meeting with the attorneys,

22    or do you mean --

23    Q.      Yes, ma'am.

24    A.      -- just my personal?

25    Q.      Yes, ma'am.
```

```
 1    A.      I guess a couple hours with the attorneys,
 2    and then maybe I would say another hour or maybe an
 3    hour and a half of separate.
 4    Q.      I'd like to go through your CV, if we could.
 5    A.      Okay.
 6            MR. SUTHERLAND:  Rob, can you put up
 7    Exhibit 2 and scroll down to Dr. Almgren's CV.
 8            MS. LEONARD:  And, Dr. Almgren, do you
 9    have that, a copy that is available in front of you
10    from the email?
11            THE WITNESS:  Yes.  I will open it right
12    now.
13            MS. LEONARD:  Okay, great.
14            MR. SUTHERLAND:  Let me know when you are
15    there, Dr. Almgren, so you will have the ability to
16    look at it.
17            THE WITNESS:  Okay, I'm there.
18    BY MR. SUTHERLAND:
19    Q.      What's on the screen, does that appear to be
20    a true and correct copy of your CV that you provided
21    to Mr. King's lawyers?
22    A.      Yes.
23    Q.      Okay.  I'd like to go through and spend some
24    time talking about your CV and I want to start with
25    your education and employment.
```

```
 1              So as I read your CV, you have a bachelor

 2   of science degree in both biology and chemistry, '97,

 3   from Columbia College of South Carolina?

 4   A.      Yes.

 5   Q.      Not to be confused with the University of

 6   South Carolina?

 7   A.      No, separate.

 8   Q.      So Columbia College is, I guess, a small

 9   liberal arts school there in Columbia; is that right?

10   A.      Yes, that's correct.

11   Q.      And what did you do after you obtained your

12   undergrad degree in '97?

13   A.      So I worked for a few years.  I'm originally

14   from Czechoslovakia.  So I went back home, I got

15   married.  There were a few things that I did.

16              Are you asking career wise or are you

17   asking just the general what --

18   Q.      Yeah, let me back up just a second.

19              So you got your degree in May of '97; is

20   that right?

21   A.      Yes.

22   Q.      Your CV shows that you started your first job

23   in '99.

24   A.      I see.

25   Q.      May of '99?
```

Elite Reporting Services
www.EliteReportingServices.com

```
 1    A.      Yes.

 2    Q.      So that's two years?

 3    A.      Yes.

 4    Q.      Two years between the time you got your

 5    degree and the time you started your first job?

 6    A.      Yes.  So I worked actually -- looking at

 7    this, I guess I must have put my CV -- I guess when I

 8    was preparing the CV initially, there are a few

 9    irrelevant jobs that I had in between where, you

10    know, I worked as an intern places.  And, like I

11    said, I got married and I went back home.

12    Q.      Let me stop you for just a second.

13            So you got your degree in May of '97.

14    And if you could walk me from May of '97 until May of

15    '99, when you started working for GlaxoSmithKline,

16    that would be helpful?

17    A.      Okay.  So I worked as a chemist for a

18    chemical company.  I want to say I actually worked,

19    maybe, there all the way to '99.  I was a chemist in

20    a chemical company.

21    Q.      And where was that?

22    A.      That was Columbia, South Carolina.

23    Q.      What was the name of the company?

24    A.      I think it was called Lindau Chemicals.  I

25    think that's what the name was.  It was small.
```

```
 1    Q.       How do you spell that?

 2    A.       L-I-N-D-A-U, Lindau.

 3    Q.       And what did you do at Lindau?

 4    A.       I was a chemist.

 5    Q.       And what were your duties there?

 6    A.       I worked in a chemistry lab, analyzing

 7    samples.

 8    Q.       Samples of?

 9    A.       The chemicals that the company made, raw

10    materials.

11    Q.       Yeah.  So what was your job, I guess is what

12    I'm trying to get at?  What were you doing as a

13    chemist there?  I mean, what did the company do?

14    What did they make, and what was your position with

15    them?

16             Because you have given lots of detail in

17    your CV about your jobs with GlaxoSmithKline and with

18    Pfizer.  I'd like to have similar detail about those

19    other chemistry jobs.

20    A.       Okay.  Well, with Lindau, I really, you know,

21    did something along the similar lines.  It was

22    just -- I think one of the reasons it's not listed on

23    my CV is because it wasn't directly pharmaceutical

24    related, and so maybe that's why I did not list it;

25    it was relatively short.
```

Case 3:18-cv-01234-BJD-Document 18-20 Filed 09/17/22 Page 48 of 287 PageID #: 10805
EliteReportingServices.com
www.EliteReportingServices.com

```
 1                    But I worked there as a chemist, and what
 2       I did is I analyzed samples that we made.  If I
 3       remember correctly, the company was an industrial
 4       chemical manufacturer.  And I don't remember the
 5       products, I apologize.  It's been a long time.
 6                    But I do remember we made different
 7       industrial-grade chemicals.  And as a chemist, when I
 8       started there, I basically analyzed raw materials
 9       that came into the factory.  I analyzed finished
10       product.
11                    There were also some intermediate
12       chemicals, you know, in the process -- when we worked
13       in the process in a plant.  And so I would go and get
14       the samples and analyze and, you know, and then give
15       instructions to the manufacturing on how to proceed.
16                    So now that you remind me, I think
17       that's, actually now looking at the amount of
18       chemistry and things that I do, I do need to add that
19       to my CV, because I think it is relevant.
20                    Sometimes you think those things, you
21       really don't -- it didn't really make that much
22       impact, but it is something, you know.  I mean, I
23       was, like I said, really helping to manage the
24       manufacturing process of the company, in the
25       manufacturing.
```

Case 3:18-cv-01234-Document 18-20 Filed 09/17/22 Page 49 of 287 PageID #: 10306
EliteReportingServices.com
www.EliteReportingServices.com

```
 1   Q.       So if I understand what you are saying is,
 2   you were a chemist and you were reviewing certain
 3   products of the company at different stages?
 4   A.       Yes.
 5   Q.       For quality or for --
 6   A.       Yes, the quality.  I also --
 7   Q.       Go ahead.
 8   A.       -- provided the instructions.  So, for
 9   example, you know, the process would stop and we
10   would analyze the sample to determine whether we need
11   to add more of something or if we need to heat it up
12   more.
13            We had a whole algorithm that basically I
14   was doing.  I was kind of like a chemical engineer, I
15   guess, because really I was helping controlling the
16   manufacturing process.
17   Q.       Were there other chemists that you worked
18   with?
19   A.       Yes.
20   Q.       How many?
21   A.       Oh, boy, I'm trying to remember.
22   Q.       Were there --
23   A.       So there were different shifts too, so, you
24   know --
25   Q.       Which shift did you work?
```

Elite-Brown Reporting Services
www.EliteReportingServices.com

```
 1    A.      I worked on the first shift, but I helped out

 2   if there was a need for second or third, if they

 3   needed somebody to cover when somebody went on

 4   vacation.

 5    Q.      And you say you did that job full time

 6   between '97 and '99?

 7    A.      Yes.

 8    Q.      So was that your full-time employment during

 9   that period?

10    A.      I believe so, yes.

11    Q.      Is that company still in business?

12    A.      I honestly am not sure.

13    Q.      So from May of '97, when you got your degree,

14   until May of '99, you were a chemist at Lindau

15   Chemical.

16             Is that the name of the company, Lindau

17   Chemical?

18    A.      Lindau Chemicals, because they made all

19   different kinds.

20    Q.      Okay.  Do you remember some of the chemicals

21   they made?

22    A.      They had the proprietary blends.  It was not

23   like a chemical like magnesium stearate or something

24   that you find.  It was something that you make.  Like

25   I said, that they made their own blends.  You know
```

```
 1    what I'm saying?  These were --

 2    Q.      And what were they used for?

 3    A.      So I don't know the scope of all of them,

 4    because there are different kinds.  Some of them were

 5    something that you make the plastics out of.

 6            So they were -- one of them was some type

 7    of a plastic that you cure with heat.  And you can

 8    make the -- I remember we had -- in the lobby of the

 9    company, we had like for a bow and arrow, the plastic

10    handle that you hold.  That plastic part was actually

11    made from the products that we made.

12            So that was one of the things, one of the

13    uses.  And I think there are probably some other, you

14    know, people that ordered similar products.

15    Q.      So in May of '99 you went to work for

16    GlaxoSmithKline?

17    A.      Uh-huh.

18    Q.      And you list your position as senior

19    pharmaceutical chemist; is that correct?

20    A.      I didn't start as a senior, because obviously

21    when I started, I was just a chemist coming from a

22    chemical company.

23            The senior pharmaceutical chemist,

24    whatever the title is, it really was something that

25    was the highest level that I had achieved.
```

EliteReportingServices.com
www.EliteReportingServices.com

```
1    Q.       When you were a senior pharmaceutical chemist
2    at GlaxoSmithKline, can you kind of tell me what you
3    did day-to-day?
4    A.       So I performed analysis of the products.  I
5    also helped with development, like, of the
6    methodology.  We had a product that we had to
7    transfer -- we had a site transfer where a product
8    came from one site, and we brought it to our site or
9    to a different site.  So you would have to do all of
10   the paperwork and you have to do all of the method
11   transfer.
12            So you have to, basically, take the
13   methodology that was done at the original site, and
14   when the product is transferred to your site, you
15   basically show that you are capable to perform that
16   same methodology at your site.
17   Q.       What are you actually doing as the chemist?
18   You know, GlaxoSmithKline, among other things,
19   manufactures drugs; right?
20   A.       Yes.
21   Q.       So as the chemist -- as the senior
22   pharmaceutical chemist, what is your role in that?
23   A.       So depending.  So in the sites where you are
24   located, you basically, you know, analyze chemicals
25   that come in that are used in manufacturing.
```

1          Or, you know, as I progressed in, you

2     know, the range, like I started as a chemist doing

3     analysis, and so, you know, I performed quality

4     control testing of products.  And then, you know, you

5     get involved in other things, administrative type of

6     things.

7          So, you know, I supported the internal

8     audit team.  I supported, like I said, the transfers

9     of the products.  But generally chemistry is one of

10    the key skills that you need to have.

11    Q.     So were you primarily just analyzing raw

12    materials that were being used in the manufacture of

13    drugs?

14    A.     That was one of the things that I did, yes.

15    Q.     Was that the primary thing that you did?

16    A.     I didn't analyze just the raw materials.  I

17    also analyzed actual products.

18    Q.     Okay.  And you were analyzing the actual

19    products for what purpose?

20    A.     Quality control.

21    Q.     Okay.  And you indicate in your CV that you

22    assisted with development of the internal audit

23    system and issuance of appropriate protocols to

24    assure compliance with, I guess, good manufacturing

25    practices, USP 797; is that correct?

```
 1    A.      Yes, that's correct.

 2    Q.      How does USP -- for example, how did USP

 3    requirements apply to what you were doing as a

 4    chemist?

 5    A.      So the USP requirements really are applicable

 6    across the board.  And that's just because the USP is

 7    a chapter that -- not a chapter.  USP is a compendium

 8    that basically provides guidance for you, whether you

 9    work in industry or you work in health care as a

10    pharmacist.  The USP is just a set of guidelines and

11    standards that, for example, the industry has adopted

12    as a part of their quality measures.

13    Q.      Was that your first exposure to USP

14    requirements, in that production?

15    A.      Yes.  Absolutely, yes.  Back then, actually,

16    we still had the book.  That tells you how long ago

17    it was; we still had the book.

18            Today, I haven't seen a book.  I was

19    trying to get a book to show my students, because

20    it's a really huge book.  And I wanted to show my

21    students in school in the College of Pharmacy how the

22    book looks, and I could not even find a printed copy

23    anymore.  I said, I'll take an expired one, I just

24    want one.

25    Q.      I understand.  And then from December -- so
```

```
 1   you were there from May of '99 to December of 2004,
 2   and then you took a position with Pfizer?
 3   A.      Yes.
 4   Q.      As a senior pharmaceutical -- did you start
 5   off as the senior pharmaceutical formulation
 6   specialist?
 7   A.      I did.  I was there a relatively short time,
 8   because I ended up going back to pharmacy school.
 9   And so I took the job, and basically it was a
10   promotion.  It was a better job, and so it was a good
11   step for me.  And Pfizer just was a better package,
12   better from the perspective of what they offered for
13   their employees.  And so I --
14   Q.      You said -- I'm sorry.
15   A.      That's all.
16   Q.      Okay.  Was it essentially the same sort of
17   position that you had with GlaxoSmithKline?
18   A.      Very similar, yes.
19   Q.      You were a chemist with Pfizer?
20   A.      Yes.
21   Q.      Doing different sorts of analysis and that
22   type of thing?
23   A.      Yes.
24   Q.      So in the fall of '96 you left Pfizer and
25   started pharmacy school; is that right?
```

```
 1    A.      Yes.

 2    Q.      As I read your CV, it looks like -- while you

 3    were in pharmacy school, it looks like you had two

 4    positions, two employment positions that sort of --

 5    while you were going through pharmacy school; is that

 6    right?

 7    A.      Yes, that's correct.

 8    Q.      You were a student intern at Rite Aid

 9    Pharmacy in Columbia, South Carolina, from September

10    of '06 until May of 2010?

11    A.      Yes.

12    Q.      And then you also were a hospital pharmacy

13    student intern at Lexington Medical Center, West

14    Columbia, South Carolina, from June of '08, which I

15    guess was like your third and fourth year of pharmacy

16    school?

17    A.      Yes.  What happens, a lot of times -- well,

18    what happened to me -- it doesn't happen a lot of

19    times.  But what happened to me is, after -- I worked

20    at Rite Aid as a student intern, you know, worked in

21    retail.  And I honestly at the time thought retail

22    was my calling, and so I enjoyed it.

23              So then after my second year of school,

24    you go on another APP.  They call it APP, which is

25    advanced pharmacy practice experience.  And so the
```

```
 1    school sends you for a month to do an internship.

 2              And so I went and had an internship in

 3    the hospital at Lexington Medical Center, and I

 4    absolutely loved it.  And then so then I took on that

 5    job as an intern at a hospital.

 6              And I still worked at Rite Aid, because I

 7    still liked the job at Rite Aid as well, and I really

 8    liked the people I worked with and so I didn't want

 9    to leave that.  And so from there on I had two jobs.

10              It seems like it's a lot to manage, but

11    actually it was very -- it was really well balanced,

12    because I was able to work during the week in the

13    shorter spurts in retail, which is common.  You can

14    just work three or four hours, so I was able to do

15    that around my school schedule.

16              And then the hospital requires typically

17    for me to work -- or required a time for me to work

18    full shift as in eight hours, and so I worked on the

19    weekends at the hospital.

20    Q.      When you were working as a student intern at

21    Rite Aid, are you just like filling prescriptions and

22    dealing with customers, is that fair?

23    A.      Yeah.  You basically shadow a pharmacist, and

24    so you learn about, you know, what a practitioner

25    does.  You help with counseling, filling.  You help
```

```
 1    with ordering.  You help with -- you support the

 2    pharmacist's efforts.

 3    Q.      Was there any compounding done at that Rite

 4    Aid Pharmacy?

 5    A.      There was very little.  It's not sterile, of

 6    course.  This was a nonsterile compounding per USP

 7    795.  And this is where my chemistry skills came in

 8    really handy, because I was very comfortable with

 9    weighing and measuring.

10    Q.      Got you.  So you did some of that at Rite

11    Aid?

12    A.      Uh-huh.

13    Q.      Okay.  And what kind of work did you do at

14    the hospital?

15    A.      Well, I really was inclined towards the

16    sterile compounding, because it was very comfortable

17    and similar to what I have done working in industry

18    where you work with medications directly, you prepare

19    them.

20            And so I worked in a cleanroom,

21    compounding medications for patients, preparing

22    things, even complex things like chemotherapy

23    batching.  So I would make these really large-scale

24    batches of medications, but I also supported any

25    other efforts.
```

Elite Reporting Services
www.EliteReportingServices.com

```
 1              So if they needed me to do any other work
 2    as a pharmacy intern, whether it was filling the
 3    Pyxis machines or whether it was, you know,
 4    delivering medications, I did whatever was needed.
 5              But I did have preference for cleanroom,
 6    and when I had a chance, if there was an opportunity
 7    for me to work in the cleanroom, I was definitely
 8    always up for it.
 9    Q.      So you were doing -- were you doing sterile
10    compounding at the hospital?
11    A.      Yes.
12    Q.      And as a student intern, how does -- how are
13    you able to do that?
14    A.      You are able to because you are being
15    overseen by the pharmacist.  So as long as you are,
16    you know, supervised by a licensed pharmacist, you
17    are -- as an intern you can compound, the same way as
18    the pharmacy technicians do.
19    Q.      And you got your PharmD degree in 2010?
20    A.      Uh-huh.
21    Q.      At the University of South Carolina; is that
22    right?
23    A.      That's correct.
24    Q.      And then you also got a master of science in
25    pharmacy in 2010 in pharmaceutical chemistry?
```

www.EliteReportingServices.com

```
1    A.       That was a good year.

2    Q.       It was a good year.

3    A.       I got two advanced degrees in the same year.

4    Q.       Yeah.  How did you do -- how did that work?

5    A.       So the way this actually worked, it's really

6    interesting, because I worked -- I had my -- when I

7    was at GlaxoSmithKline, I actually started on this

8    program with a master's degree in pharmaceutical

9    chemistry.  So I started all of this, we are talking

10   way back when I was at Glaxo.

11            And at the time I already knew I wanted

12   to pursue a graduate degree, and so I was kind of

13   slowly chipping away on some of the courses that I

14   could do in this program.

15            And so I took some courses, and then

16   actually when I went to Pfizer, Pfizer, I believe,

17   offered to pay for some of the coursework.  And so

18   when I worked at Pfizer, I continued on it.

19            So then when I got into pharmacy school,

20   I was able to transfer some of the courses because

21   there are overlapping, as in I took pharmacology at a

22   pharmacy school, and it's the same pharmacology

23   course that I would need for my master's degree.  So

24   I was able to transfer probably about four or five

25   courses towards the program, towards my master's
```

```
 1    degree.  And then I had to take, I think, two or

 2    three more classes.

 3                  So I graduated in May from PharmD.  And

 4    then I worked on my coursework, and basically was

 5    able to complete my pharmaceutical chemistry degree

 6    in December.  So it was fantastic.  It was one of the

 7    best years of my life.  I graduated twice that year.

 8    Q.      Was the work at the University of Florida --

 9    was that remote learning?

10    A.      The majority, yes, thankfully.  I had to go

11    there.  There are some things I had to go there for.

12    Q.      Like what?

13    A.      They had a course that I had to attend that

14    was in person.

15    Q.      And was this while you were in pharmacy

16    school or while you were --

17    A.      No, that was after.  That was the last

18    course -- sorry, my dog.

19                  That was the last course I took, and it's

20    basically as the final exam.  So you take all this

21    coursework online, but you have to come and take the

22    last course in person.  And you take this humongous

23    exam that basically tests, making sure that all of

24    the other courses that you have done distant, that

25    you actually did.
```

```
1              So you have -- I mean, the exam is -- I
2    think it was a four-hour exam and it was very
3    difficult.  And it was questions in pharmacology,
4    medicinal chemistry, all of these courses that I took
5    over a period of years, and so you basically have to
6    show proficiency.
7    Q.      How many hours is that master of science
8    program?
9    A.      Gosh, I do not remember.  I would have to go
10   and look.
11   Q.      Do you have a rough guess?
12   A.      I am sorry, I do not.
13   Q.      Is it more than 20?
14   A.      How many credit hours, are you asking?
15   Q.      Yes.
16   A.      I am not sure.  I think so.  I mean, it is a
17   standard.  You can look online.  It is a master's in
18   pharmaceutical chemistry.  You can look online at the
19   University of Florida.
20   Q.      You say you had an industrial pharmacy focus;
21   what does that mean?
22   A.      Yes.  So there are a couple of different
23   tracks, because you have electives that you take
24   within that course, within that degree.  So you can
25   kind of, you know, focus on what are some of the
```

```
1    coursework, because, you know, some students in that
2    class were focusing more on like management, and some
3    of us really focused more on the industry.  And so
4    that was my interest, was really focusing on
5    industry.
6    Q.      So what is industrial pharmacy, what does
7    that mean?
8    A.      So you learn more about some of the general
9    regulations like quality control, where do those
10   guidances come from, and how would you create them if
11   you were opening your own.  Or how can you
12   effectively manage, maybe, your, like, raw materials,
13   maybe a new raw material or product development, and
14   so you need to develop quality procedures to put in
15   place.
16          And so this is where you would -- you
17   know, if you have this education, you know, what are
18   the correct steps, how would you do that.
19   Q.      And this may sound like a dumb question, but
20   is that like -- are you talking about the pharmacy
21   industry, or are you talking about -- when I think of
22   industrial pharmacy, I think of Big Pharma --
23   A.      Yes.
24   Q.      -- as like Pfizer and Abbott, that kind of
25   thing.  Is that what that is?
```

Case 3:18-cv-01234-Document 18-20 Filed 09/17/22 Page 64 of 287 PageID #: 1082
EliteReportingServices.com
www.EliteReportingServices.com

```
 1   A.      Yes, that's exactly what it is.  You
 2   basically are --
 3   Q.      As opposed to how to run a Rite Aid?
 4   A.      Yes, exactly.
 5   Q.      Okay.  Am I right that the PharmD degree, is
 6   that the current entry level degree for all
 7   practicing pharmacists?
 8   A.      Yes.
 9   Q.      And has been since about 2004; is that right?
10   A.      I do not know the exact year, but, yes, it
11   has been a while.
12   Q.      It's a four-year degree?
13   A.      Yes.
14   Q.      And so the pharmacists at Kroger -- if I go
15   to Kroger and get a prescription, if they graduated
16   after a certain point in time, they have a PharmD
17   degree; is that right?
18   A.      Yes.
19   Q.      Let me ask you this.  Would you say that most
20   people who get a PharmD degree either practice in the
21   area of clinical pharmacy like prescribing and
22   filling prescriptions for patients, or the industry
23   of bringing medications to market?
24   A.      So I would say I believe -- and I'm not
25   100 percent sure of the statistics, but somewhere in
```

```
 1    the 70 percent-something range percentage of

 2    pharmacists works in retail.

 3              So those are the pharmacists exactly as

 4    you mentioned, folks working in Rite Aid, folks

 5    working in Kroger.  And they have a small, slim

 6    chance -- proportion of pharmacists who work clinical

 7    as in hospital, or maybe -- in nursing homes you have

 8    to have consulting pharmacists, so you will have the

 9    small percentage of those pharmacists.

10              So, yes, the majority does work in

11    retail.  And there is a small proportion that works

12    in hospitals, and then there's still a small

13    proportion of pharmacists who are working in

14    industry.

15    Q.     All right.  So as I read your CV, after you

16    got your PharmD degree in 2010, you had two jobs.

17    One was a PRN pharmacist.

18              And correct me if I'm wrong, does PRN

19    pharmacist mean basically as needed?

20    A.     Yes.

21    Q.     So you worked sort of as needed from 2010

22    through August of 2012 --

23    A.     Yes.

24    Q.     -- at Rite Aid?

25    A.     Yes.
```

Case 3:18-cv-01234-B Document 182-20 Filed 09/17/22 Page 66 of 287 PageID #: 10843
EliteReportingServices.com
www.EliteReportingServices.com

```
1   Q.      Is that the same Rite Aid you worked at while
2   you were in pharmacy school?
3   A.      No, you have to float.  When you don't take a
4   full-time position, they usually don't need you in
5   the same store, so you are going to be a floater.  So
6   you just get sent to whichever store needs a
7   pharmacist at that time.
8   Q.      So you were a PRN pharmacist for Rite Aid
9   from September of '10 to August of 2012.
10  A.      I was, but that's officially when I kind of
11  stopped.  I don't think I worked there much, because
12  it was just -- you know, I had a full-time job.  I
13  was already a faculty member at a university.  And
14  so, honestly, these PRN jobs -- this is before I had
15  children and I had time on the weekends.
16  Q.      I understand.
17  A.      So at that time I would work extra, because I
18  had a lot of student loans that I needed to pay off.
19  Q.      And so that's -- so that's what I wanted to
20  get at.
21          So between -- really in the fall of '10
22  to the fall of 2012, you were working PRN pharmacy at
23  Rite Aid and PRN pharmacy for UnitedHealthCare?
24  A.      Yes.
25  Q.      Right?  And those were part-time jobs?
```

Elite Document Reporting Services (615) 595-0073
www.EliteReportingServices.com

```
 1   A.      Yes.

 2   Q.      And tell me about the PRN pharmacy job for

 3   UnitedHealthCare.  What were you doing for them?

 4   A.      So I was a consulting pharmacist, so I worked

 5   in -- it's a small pharmacy, and I'm not even sure if

 6   they are still around.  I think they got bought out

 7   by somebody.

 8           But it was a small pharmacy that

 9   basically -- what they did is they managed nursing

10   homes.  And so what we would do, is I worked on the

11   weekends strictly and we would do the -- you know,

12   when a patient -- most of the patients that come into

13   the nursing homes get admitted on the weekdays.  So

14   weekends we just kind of maintain status quo.  You

15   don't get that many orders on the weekends.  So we

16   would verify orders if needed, and then fill

17   prescriptions for patients who got admitted over the

18   weekend.

19           Also sometimes it involved, you know,

20   communication with a hospital, because we would have

21   to double-check if the orders are correct, so

22   consulting pharmacists.  I would oversee operations.

23   I would be the only pharmacist there --

24   Q.      Okay.

25   A.      -- sometimes.
```

EliteReporting-Brentwood Reporting Services (615) 595-0073
www.EliteReportingServices.com

```
 1    Q.      So from the time you graduated in 2010 until
 2    the fall of 2012, your primary job was an academic
 3    position?
 4    A.      Yes.
 5    Q.      And that was at South University --
 6    A.      Yes.
 7    Q.      -- was your pharmacy?
 8    A.      Yes.
 9    Q.      That's also not South Carolina University?
10    A.      That's right.  It's confusing, I know.
11    Q.      So South University is another pharmacy
12    school?
13    A.      Yes.  It's a private small school, yes, for
14    pharmacists.
15    Q.      Columbia, and they also have a campus in
16    Savannah; is that right?
17    A.      That's correct.
18    Q.      And so that was your full-time job?
19    A.      Yes.
20    Q.      And you took that -- so you took that job
21    right after you got your PharmD degree?
22    A.      Yes.
23    Q.      Have you ever been a full-time pharmacist,
24    practicing pharmacist?
25    A.      Well, I work at the Palmetto Health Richland
```

Case 3:18-cv-02184-JFA   Document 132-1   Filed 03/17/22   Page 69 of 287   PageID #: 10326
EliteReportingServices.com
www.EliteReportingServices.com

```
 1   as a pharmacist; not full time.  So I guess not full
 2   time.
 3   Q.      Yeah.  But since you graduated with your
 4   degree, have you ever been a practicing full-time
 5   pharmacist?
 6   A.      Well, according to South Carolina Pharmacy
 7   Practice Act, in South Carolina a teaching pharmacy
 8   is considered practicing pharmacy, so I guess the
 9   answer would be yes.
10   Q.      Okay.  Other than -- but your primary job is
11   not -- you are primarily teaching pharmacy students,
12   that's your main job, right?
13   A.      Yes.
14   Q.      And it has been since you graduated from
15   pharmacy school?
16   A.      Yes.
17   Q.      And your part-time positions?
18   A.      Right.
19   Q.      Right?  Is that correct?
20   A.      I'm sorry.  You got -- I didn't hear what you
21   said, the last part.
22   Q.      You have had part-time positions working as
23   a, I guess, retail or clinical, however you want
24   to -- different positions, but your primary job since
25   you got your PharmD degree has been as an academic,
```

```
1    right?

2    A.      That's correct.

3    Q.      Okay.  And that you worked as an assistant

4    clinical professor at South University from May of

5    2010.

6              Is that like right after you got your

7    degree?

8    A.      It is.

9    Q.      So you graduated in May of 2010, and you took

10   a position as an assistant professor of clinical and

11   pharmaceutical studies at South University, and you

12   did that for three years until August of '13?

13   A.      That's correct.

14   Q.      Okay.  And tell me what you -- and your PRN

15   work, was it strictly weekend work?

16   A.      Yes.

17   Q.      Okay.  So tell me, if you would, day-to-day,

18   say May of 2010 after you graduated from pharmacy

19   school to August of '13, day-to-day, what were

20   your -- what were you doing?

21   A.      You mean teaching at the university at South,

22   what I did at South?

23   Q.      Yeah.  Kind of give me the day in the life of

24   Dr. Michaela Almgren for those three years; what were

25   you doing?
```

A.      I was very busy.  I was teaching a variety of
courses, had to develop a lot of my own teaching
materials.  When I started there, I taught, you know,
just a couple courses, because, you know, I really
didn't have a teaching portfolio at the time.  I kind
of had to develop my lectures.  And so I started
just, you know, mostly helping -- coordinating the
courses.

        And then I started teaching.  I took on a
really large teaching load.  I took over one of the
most consuming courses, the pharmaceutical
calculations.  And so I would go every day to work
and basically work on developing my teaching
materials.

        I precepted some students.  I tutored
students.  I helped with teaching labs; really a
variety of things that I do on a day-to-day basis.
Q.      So I want to ask what may seem like a silly
question, but how does a -- how does a person who has
never really been a pharmacist start just teaching
pharmacy?

        I mean, you went to pharmacy school and
got your pharmacy degree.  How do you just turn
around and start teaching pharmacy when you have
never been a pharmacist?

www.EliteReportingServices.com

```
 1    A.      Well, keep in mind that about half of faculty
 2    at universities do not have a PharmD.  We have PhDs
 3    at our college that are not pharmacists.
 4            So in my college right now at the
 5    University of South Carolina, many of my colleagues
 6    are not practicing pharmacists, because they teach
 7    subject matters that are not necessarily pharmacy
 8    practice related.
 9            So, you know, I did not teach directly,
10    you know, things that I would not know anything
11    about.  But, for example, sterile compounding, I have
12    done that as a student.
13            And, you know, when you are -- when you
14    learn as a student to perform sterile compounding,
15    you know, it is the same on the level -- I mean, I do
16    the same things that a pharmacist would.  So I
17    experienced sterile compounding, for example.
18            Pharmaceutical calculations, do you
19    really need to be a pharmacist?  I mean, this is a
20    course that can be taught by a PhD, by somebody that,
21    you know, has understanding of how to calculate.
22            So I don't think that you -- it depends,
23    of course, on your level of expertise on subject
24    matter, but there are definitely areas that you can
25    teach and you don't have to be a pharmacist or a
```

Case 3:18-cv-01234-Document 1 Page Filed 09/17/22 e Page (7315) 289 PageID #: 10330
EliteReportingServices.com
www.EliteReportingServices.com

```
 1    practicing pharmacist, you just have to have an
 2    in-depth knowledge.
 3    Q.      In your CV where you talk about you are
 4    assistant professor of clinical and pharmaceutical
 5    studies, you say you taught the majority of
 6    hospital-related lab class work, including TPN
 7    compounding, IV and chemical -- I'm sorry, IV and
 8    chemotherapy preparation and USP 797 training.
 9            Is your compounding experience, your
10    sterile compounding experience related to pharmacy,
11    what you learned in pharmacy school, plus what you
12    learned in your internships?
13    A.      Absolutely that, and also I took some other
14    courses.  I took -- there was a course that was
15    offered through -- I think it's called Critical -- I
16    think they are called Critical Point.  It's a company
17    that offers this in-depth sterile compounding
18    training.  I took that.
19            I take a number of continuing education
20    courses every year to further my understanding of
21    sterile compounding.  You know, truth be told,
22    sterile compounding, it's a very unique area of
23    pharmacy.
24            And I can tell you there are a lot of
25    pharmacists out there who have never done sterile
```

```
 1    compounding, so it's something that's unique.
 2              (WHEREUPON, a document was marked as
 3    Exhibit Number 5.)
 4    BY MR. SUTHERLAND:
 5    Q.      I want to go back to 2010, though, when you
 6    graduated from pharmacy school.
 7    A.      Uh-huh.
 8    Q.      You began teaching about compounding.  And
 9    what I want to know is, where did you get the sterile
10    compounding experience that you were starting to
11    teach in May of 2010; where did that come from?
12    A.      Well, I was a pharmacy intern in the
13    hospital, and so I performed sterile compounding
14    there.  You know, you perform it under USP guidelines
15    under USP Chapter 797 under the guidance of
16    pharmacists, and you work side-by-side with the
17    pharmacists.
18    Q.      And those were part-time positions while you
19    were in pharmacy school?
20    A.      Yes.
21    Q.      Okay.
22              MR. SUTHERLAND:  Lynne, I think,
23    Dr. Almgren, we have been going for about an hour and
24    40 minutes.  If it's okay, why don't we take about a
25    10-minute break.
```

Elite Reporting Services * (615) 595-0073
www.EliteReportingServices.com

```
 1              MS. LEONARD:  That sounds fine to me.

 2              MR. SUTHERLAND:  Then we'll come back and

 3    get started again.

 4              MS. LEONARD:  I guess 10:47, I guess,

 5    something like that for you?

 6              MR. SUTHERLAND:  Let's just say 10:50,

 7    11:50 Eastern.

 8              MS. LEONARD:  Great.  Thank you.

 9              (An off-the-record discussion was held.)

10    BY MR. SUTHERLAND:

11    Q.     Dr. Almgren, you are on mute, so I'm going to

12    remind you -- thank you.

13              We were talking about your CV and your

14    experience.  And when we broke, I had -- we talked

15    about you graduated from pharmacy school in 2010, and

16    your full-time job after you graduated was an

17    academic position with South University College of

18    Pharmacy.  And then you worked for a couple of years

19    on the weekends, as you have described it, either for

20    Rite Aid or for UnitedHealthCare; is that accurate?

21    A.     Yes.

22    Q.     And then in 2013 -- oh, I left something off.

23              You were also -- you also list adjunct

24    faculty at University of Florida Distance Program,

25    University School of Pharmacy, January '11 to May
```

Case 3:18-cv-01234-BJD-MCR   Document 182-20   Filed 09/17/22   Page 76 of 287 PageID #: 10343
EliteReportingServices.com   (850) 595-0073
www.EliteReportingServices.com

```
 1    '14.  So that was just you were teaching remotely for

 2    the University of Florida?

 3    A.      That's correct.

 4    Q.      And then in the fall of 2013 you went back to

 5    the University of South Carolina; is that right?

 6    A.      That's correct.

 7    Q.      In another academic position as a clinical

 8    assistant -- I'm sorry, no.

 9           As a clinical assistant professor at the

10    University of South Carolina College of Pharmacy,

11    right?

12    A.      That's correct.

13    Q.      And you have been doing that until the

14    present?

15    A.      Yes.

16    Q.      You also during that time have had a couple

17    of other jobs, and I want to talk to you about all of

18    it.  But your full-time job is teaching, right?

19    A.      Yes.

20    Q.      And has been -- well, it has been since you

21    graduated from pharmacy school, but since '13 at the

22    University of South Carolina College of Pharmacy?

23    A.      Correct.

24    Q.      You also list two part-time jobs -- well, I

25    shouldn't say part-time.  You tell me.
```

From 2013 to 2018, you were a hospital
1

pharmacist for Palmetto Health Richland Hospital,
2

correct?
3

A.      Yes, correct.
4

Q.      And first of all, was that a part-time
5

position?
6

A.      No.  The way that this works is, typically in
7

professional type of programs like the College of
8

Medicine, College of Pharmacy, a lot of times the
9

faculty has a dual appointment.
10

           And so this is what hospital pharmacists
11

and the outsourcing pharmacists -- both of those
12

positions are basically part of my full-time job.  So
13

I split my work.  I'm not at the college full time.
14

           I split my work hours between hospital --
15

initially, it was between hospital, between Palmetto
16

Health and the university.
17

           And then there was an open opportunity
18

that I took because I felt it fit better my
19

qualifications, and now I work as an outsourcing
20

pharmacist and, again, as a part of my faculty
21

appointment.
22

           So I'm actually half the time at the
23

college, and half the time at the -- wherever your
24

position, your dual appointment is.  So I am a
25

Case 3:18-cv-01234-BDocument 186-20 Filed 03/17/22 Page 78 of 287 PageID #: 10365
EliteTrans Court Reporting Services (815) 295-0705
www.EliteReportingServices.com

```
1    hospital pharmacist and I work for a hospital as, you
2    know, a regular part of a hospital team as a regular
3    pharmacist, and I was teaching.
4    Q.      So let's talk about the position of hospital
5    pharmacist at Palmetto Health Richland Hospital
6    Pharmacy, Columbia, South Carolina, August of '13 to
7    September of '18.
8            So from the fall of '13 when you took the
9    position as a professor at the University of South
10   Carolina College of Pharmacy, until September of '18,
11   you are splitting these duties.
12           And what I'd like to know, if you can
13   help me, is what does a day-to-day, week-to-week,
14   month-to-month look -- what does your work look like?
15   That would be helpful.
16   A.      So as a faculty member, when I got hired in
17   August of 2013, I was teaching in the health systems
18   pharmacy labs.  And that course ran Tuesday,
19   Wednesday and Thursday from 1:30 to 4:30.
20           And I was actually teaching everything
21   that's related to hospital pharmacy practice.  So
22   sterile compounding, you know, compounding, sterile
23   compounding, anything that relates to that area.
24   And, of course, hospital practice, how you review
25   orders, how you fill prescriptions in a hospital
```

Elite Document Reporting Services (815) 595-9095
www.EliteReportingServices.com

```
 1   setting, what goes on a prescription, what are some
 2   of the regulations.
 3           So I did that on Tuesday, Wednesday and
 4   Thursday.  And then my Mondays and Fridays I was at a
 5   hospital working as a hospital pharmacist, just like
 6   all of the other pharmacists in that position.
 7           So I would work in a cleanroom, depending
 8   on what your assignment for the day was.  And there
 9   is a schedule that you would go to and you could see,
10   okay, you know, I'm working in a cleanroom, or I'm
11   verifying orders, or I'm verifying orders in a
12   cleanroom.  You know, whatever the assignment was, is
13   where I was located for the day, and that would be my
14   Mondays and Fridays.  So Monday and Friday was
15   hospital; and then Tuesday, Wednesday, Thursday was
16   university.
17   Q.      Okay.  And that was the way it was -- that's
18   the way it started, but was it that way every
19   semester?
20   A.      Yes, spring and fall.  It was two separate
21   courses.  So there's an Introduction to Health
22   Systems Pharmacy, which is a full course for the P2
23   year.  And so I would teach the introduction in the
24   fall, and in the spring semester it was Advanced
25   Health Systems Pharmacy.
```

```
1    Q.      Did you --

2    A.      I'm sorry.

3    Q.      Go ahead.

4    A.      What I was going to say, that pattern

5    continued spring and fall.  And in the summer I would

6    just work two days in the hospital, and it didn't

7    have to be Monday and Friday.  It could be other days

8    at that point because I didn't have class.

9            And then the rest of the time I was at

10   university trying to revamp the course and, you know,

11   make sure that I have sufficient supplies and kind

12   of, you know, get things together for the class.

13   Q.      All right.  And was that the way it was from

14   August of '13 until September of '18?

15   A.      That's when I do the labs.

16   Q.      So I guess my question is, for that five-year

17   period, or '13 to '14, '14 to '15, '15 to '16, '16 to

18   '17, '17 to '18, you were Monday and Friday in the

19   hospital, Tuesday, Wednesday, Thursday at school?

20   A.      I think what happened, about two years in the

21   contracts stayed the same, but my days shifted

22   around, because what happened is there was another

23   course that was being taught at university that

24   needed the lab on Thursday, and so we had to switch

25   the lab to move it to be taught Monday, Tuesday,
```

1    Wednesday, so it changed the schedule, so then I

2    would be in the hospital Thursday and Friday.

3              Also, my contract changed in the sense

4    that I ended up switching.  Instead of having two

5    days in the hospital and then three days in the lab,

6    what I did instead is I ended up still having the

7    same amount of time contract-wise, I believe, you

8    know, in the hospital, just change it where I would

9    work in a hospital in the summer a little more to

10   make up for the time that I was out.

11             You know, I would only work one day a

12   week in the hospital instead of two, because it was

13   really difficult to manage the course.  When you

14   think about it, you have 110 students three days a

15   week, managing, you know, the supplies, the grading.

16   I mean, the labs have a lot of paperwork that the

17   students submit.  It's a very busy course.  There are

18   quizzes.  There are exams.

19             And so if you are two days in the

20   hospital and then three days in university, you

21   really have no time to regroup.  And you have to set

22   up the lab, which is practicals, for the next week.

23             And so I always felt extremely frazzled,

24   because, you know, you are always on the go.  You are

25   either in the hospital or you are in the college, and

```
 1    when you are in the college you are teaching, and so
 2    I really never had time to regroup.
 3              And so I requested of the college if they
 4    could change things around so I could have more time
 5    at the college, and then one extra day to regroup,
 6    change things around, you know, for the lab to get
 7    things together, and then move on the next week, you
 8    know, and then just go from there.
 9    Q.      So that I understand, for the first two years
10    you were a professor at the University of South
11    Carolina.  Two days a week you were working at the
12    hospital.  Three days a week you were at the
13    university?
14    A.      Yes.
15    Q.      And then in the summer you worked two days a
16    week in the hospital, and the rest of the time at
17    school --
18    A.      Yes.
19    Q.      -- doing preparation work?
20              And then in your third year you cut back
21    your time in the hospital to account for increased
22    coursework?
23    A.      Yes.
24    Q.      Course preparation work?
25    A.      Yes.
```

```
 1   Q.      One day in the hospital, and then maybe a
 2   little more time in the summers?
 3   A.      Yes.
 4   Q.      Okay.
 5   A.      So in the summer I would be in the hospital
 6   two days as doing the contract, but I would try to
 7   make up those one days that I missed during semester.
 8   We would spread them out over summer.
 9   Q.      And so you would go to the hospital, and who
10   would -- were you working under the direction of
11   somebody at the hospital?
12   A.      Yes.
13   Q.      And who would that be?
14   A.      So there was a different manager.  When I
15   started, Jennifer Bayer was my direct supervisor.
16   And she was more or less a supervisor for the
17   department the rest of the time too.
18           There were direct supervisors that would
19   change, because people came and go, but Jennifer
20   Bayer was the one that was really supervising the
21   operations.
22   Q.      I apologize.  I'm not asking for you to tell
23   me their names.  I don't really need to know their
24   names.  But the position of the person that was
25   supervising your work at the hospital was who?  What
```

Case 3:18-cv-01234-Document 18-20 Filed 09/17/22 Page 84 of 287 PageID #: 1084
EliteReportingServices.com (615) 595-0073
www.EliteReportingServices.com

```
 1    was the position; the pharmacy director?
 2    A.      No, it was not pharmacy director.  Well, the
 3    pharmacy director is the one who oversees that whole
 4    department.  I believe it's called lead pharmacist.
 5    Lead pharmacist is who does the scheduling and
 6    managing of the hours.
 7    Q.      All right.  And so you were being directed by
 8    the lead pharmacist at the hospital?
 9    A.      Yes.
10    Q.      And you'd just do whatever they needed you to
11    do the days you were there?
12    A.      Yes.
13    Q.      All right.  And did that involve dispensing
14    medication?
15    A.      Sure.
16    Q.      Filling prescriptions --
17    A.      Yes.
18    Q.      -- for patients at the hospital?
19    A.      Yes.
20    Q.      Counseling patients?
21    A.      Sometimes, yes.
22    Q.      What would you say the majority of the work
23    at the hospital is or was during that period,
24    five-year period?  The majority of the day you are
25    there, what are you doing?
```

1    A.      Probably verifying orders, reviewing orders,

2    medications.

3    Q.      And so that's how that went until September

4    of '18; is that right?

5    A.      Yes.

6    Q.      Okay.  Then you took this position with

7    Nephron Pharmaceuticals Company?

8    A.      Yes.

9    Q.      Tell me about Nephron Pharmaceuticals

10   Company.

11   A.      So at Nephron I am a clinical advisor, so I

12   work more in the drug development area.  So it kind

13   of goes back to my roots of coming from the Pharma.

14           And what I do is I help with whenever we

15   have -- for example, we are a 503B compounding

16   company, so it is a compounding pharmacy.

17           Nephron is a 503B outsourcing facility,

18   and so we are a compounding pharmacy.  We perform

19   aseptic compounding.  All of our products that we

20   make are injectables.

21           I help with a lot of different tasks.

22   You know, you have to keep in mind, when I started,

23   we just started the outsourcing.  Like, it was not in

24   operation that long, so there was a lot of tweaking

25   going on in terms of standard operating procedures,

1    in terms of formulation procedures.  And so I helped
2    with development of some of those.
3            I helped with -- nowadays, we have come a
4    long way, and we definitely have a lot of this now
5    already figured out in terms of how to do things in
6    the best way to follow CGMP.
7    Q.    Let me stop you for just a second.  So in
8    September of '18 to the present -- and I'm going to
9    get into some of the details.  But from September '18
10   to present, you have been part time, or I guess
11   full-time academic with this part-time component of
12   outsourcing pharmacists and clinical specialists,
13   right?
14   A.    Correct.
15   Q.    Like you said before.  So tell me, does it
16   work similarly?
17   A.    Yes.
18   Q.    How does it work between, you know, your
19   teaching and what you do -- like, what you do
20   day-to-day?
21   A.    It's very similar to what I have described
22   previously.  So I'm in my practice side portion of
23   the week and I'm at the university a portion of the
24   week.
25   Q.    Give me a little more detail.  How many days

1   are you teaching?  And then when you are not teaching
2   at the university or doing teaching work, where are
3   you and what are you doing?
4   A.      So it really depends.  So some weeks I'll be
5   more at Nephron, and then some weeks I'll be more at
6   the university.  It really depends on my teaching
7   schedule.
8   Q.      Okay.  Has it been variable since you started
9   at Nephron?
10  A.      Yes.
11  Q.      About how much time percentage-wise are you
12  at school and how much percentage at Nephron; is it
13  50/50?
14  A.      It's supposed to be 50/50.  But I'm probably
15  more at Nephron, because I also precept.  So I do
16  clinical teaching, meaning I have my pharmacy
17  students with me, so that's another component of
18  teaching that I do now on a larger scale.
19          I precepted before, but I precept on a
20  much larger scale now.  So what I do is I have
21  pharmacy students every month, and this is a part of
22  their required curriculum.
23          So, as I was mentioning earlier, the
24  APPE, the Advanced Pharmacy Practice Experience, this
25  is in order for the pharmacy students to be licensed

1    to be pharmacists.  They have to have a certain
2    number of hours that they complete as a part of their
3    rotations, the clinical rotations.
4              And so part of their training in their
5    last year of pharmacy school are these clinical
6    rotations.  And so they come with me to Nephron and
7    they basically spend an entire calendar month working
8    on different projects.  They shadow me and they
9    shadow on some of my other co-preceptors as well.
10   Q.      One question I forgot to ask you, when you
11   were -- for both of these situations.  So when you
12   are the hospital pharmacist at Palmetto Health
13   Richland Hospital Pharmacy, were you a hospital
14   employee?
15   A.      No.  I don't believe -- well, I'm not really
16   sure in terms of exact employment arrangement there,
17   but I think it's something along the lines of the
18   university has a contract with the hospital, because
19   I did have a badge at the hospital.
20             I did have -- you know, I am a part of --
21   you know, I appear to be like a regular employee, so
22   I have to follow all of the policies and procedures
23   at the hospital, have to go to all of the training
24   that a hospital requires.  So I'm assuming, from that
25   perspective, yes.

```
 1    Q.      Do you get paid by the hospital?

 2    A.      The hospital pays directly to the university,

 3    and I am considered a university employee.

 4    Q.      So is your salary -- do you have a salary for

 5    your professor position and do you get paid

 6    separately, are those distinct components, or you

 7    just have one salary?

 8    A.      It's just one.

 9    Q.      Okay.  So there's no -- is it the same with

10    Nephron?

11    A.      Yes.

12    Q.      So you are not an employee of Nephron?

13    A.      I don't know technically how that works

14    because, again, I have a badge.  I have to follow

15    their requirements in terms of all of the employee

16    requirements.  I have to go to training.  Whatever

17    policies they have, I follow all of them.

18    Q.      So do all pharmacy professors do, sort of,

19    part-time things where they are working for hospitals

20    and pharmaceutical companies?

21            MS. LEONARD:  Object to the form.  You

22    can answer.

23    BY MR. SUTHERLAND:

24    Q.      Are you aware of other pharmacy professors

25    who do similar work to what you are doing?
```

Case 3:18-cv-01234-Document 182-20 Filed 09/17/22 Page 90 of 287 PageID #: 10847
EliteReportingServices.com
www.EliteReportingServices.com

```
 1    A.      Absolutely.  The majority of my colleagues

 2    does, yes.

 3    Q.      Okay.  And so in the case of Palmetto Health

 4    Richland, you were aware that they were paying the

 5    university for your work?

 6    A.      Yes.

 7    Q.      And the same with Nephron, they pay the

 8    University of South Carolina for your work there?

 9    A.      Yes.

10    Q.      Okay.  So you are not compensated in any way

11    by Nephron Pharmaceuticals Company?

12    A.      No.  If I wanted to work separate -- let's

13    say if I wanted to get another position, you know,

14    that would be different.  But as a part of what I

15    have, my clinical assignment, I am not directly

16    compensated.

17    Q.      When you go to the company, most of the time

18    you are going by yourself, right, to work there, when

19    you go to work at the company?

20            You mentioned taking students with you,

21    but most of the time you are going out there and

22    doing work for them by yourself; is that right?

23    A.      Truth be told, I have my students with me

24    probably nine out of 12 months.

25    Q.      Every time you go to the company?
```

1   A.      They are there.

2   Q.      Okay.  And so you said that Nephron is a 503B

3   compounding pharmacy.  Tell me, what is a 503B

4   compounding pharmacy?

5   A.      So 503B compounding pharmacy is a type of

6   pharmacy where you can compound medications on a

7   larger scale.  You have to follow CGMP requirements,

8   of course, but you don't have to have a prescription.

9           So that is a part of the DQSA of 2013,

10  the law that was passed due to the NECC, the New

11  England Compounding Center.

12  Q.      I'm going to stop you because you are using

13  lots of initials and acronyms here.

14          So you said that a 503B does large-scale

15  compounding and has to comply with CGMP.  What's

16  that?

17  A.      Current Good Manufacturing Practices.

18  Q.      Okay.  And it was -- the CGMP was based

19  upon -- as part of what?  I think the DQ --

20  A.      -- SA, Drug Quality and Safety Act [sic] of

21  2013.

22  Q.      Go ahead.

23  A.      That's all.

24  Q.      So you have to comply with CGMP, it's part of

25  the Drug Quality Safety Act.  And what else that

Elite Document Reporting Services 615-595-0073
www.EliteReportingServices.com

1    would encompass a 503B compounding pharmacy?

2    A.      So before 2013, the New England Compounding

3    Center, that was another acronym I used, the NECC,

4    New England Compounding Center, was a compounding

5    pharmacy in Massachusetts that had produced

6    large-scale batches of medications, and they sold

7    them to pharmacies.

8            These drugs were contaminated because

9    they did not use proper aseptic technique, and many

10   patients were harmed and even died.  And so because

11   of that, this DQSA Act was passed, because we have

12   such a severe drug shortages right now in the health

13   systems in general.

14           There are just medications that are

15   unavailable, and the patients need them.  And a lot

16   of times these medicines don't have another

17   alternative, they are the only medicine that you can

18   use.

19           And so because of that, this DQSA was

20   passed, which allows pharmacies to do -- pharmacies

21   to do large-scale compounding.

22           So up until 2013, you could only compound

23   per USP 797 according to 503A regulations.  And so

24   with the passage of the DQSA Act, now we have an

25   alternative.

1          And so you have pharmacies that can
2     practice pharmacy and compound on a large scale as
3     per 503B regulations, so those prescriptions -- those
4     medications do not require a prescription.
5          So if you are going to compound for a
6     503A, you have to have a patient-specific
7     prescription.  If you are compounding for 503B, you
8     do not have to have a patient prescription.  You
9     compound just a general large amount of medication.
10    You can make big batches, and then sell those.
11    Q.     How big?
12    A.     They can be anywhere -- it really depends on
13    the size of the pharmacy.  So there is no -- I don't
14    know that there is any, you know, guidance on the
15    minimum, but most of the time it can be in the
16    thousands.
17         You just have to follow -- you just have
18    to follow CGMP requirements, so you have to put in
19    place quality and safety measures to make sure that
20    the entire batch produced is safe.
21    Q.     So if I understand correctly, so there are
22    503A compounding pharmacies, which are like sort of a
23    retail pharmacy that does small batch compounding
24    based on a specific prescription from a provider to a
25    patient, right?

```
 1    A.       Correct.
 2    Q.       And the 503B does large-scale compounding
 3    that provides medications for multiple patients, and
 4    is that through a retail pharmacy?  Do you-all sell
 5    to retail pharmacies?
 6    A.       No, you sell directly to the hospital.
 7    Q.       So Nephron's products are sold to hospitals?
 8    A.       Yes.  Now, we also have a manufacturing
 9    division, because Nephron has a tradition -- they
10    have been in the business before the 503B was even
11    around.
12             And Nephron is a manufacturer of
13    albuterol, ipratropium, so some of the inhalation,
14    also sterile preparations.  So they have been around,
15    and that was the main core business with them for
16    years.
17    Q.       There's a Nephron compounding -- there's a
18    compounding component of Nephron, and then there's
19    another, a manufacturer?
20    A.       Yes.
21    Q.       You said earlier that they only do
22    injectables, are you talking about the compounding,
23    Nephron compounding?
24    A.       Yes.  The injectables are the compounding
25    side, that's our 503B division, and then we have a
```

1    manufacturing division which is mostly inhalation

2    products.

3              However, we have filed for a few ANDAs,

4    so we are now becoming a generic manufacturer for

5    some injectables.

6    Q.      So when you talk about -- when you said the

7    compounding portion of Nephron, is that Nephron

8    Sterile Compounding Center?

9    A.      Are you asking about exact business name?

10   Q.      Well, there's Nephron Pharmaceuticals

11   Corporation, and then there's Nephron Pharmaceutical

12   Corporation, doing business as Nephron Sterile

13   Compounding Center.

14             Do you work with the sterile compounding

15   center?

16   A.      I work with both, but primarily the sterile

17   compounding, yes.

18   Q.      Okay.  Are you familiar with Nephron Sterile

19   Compounding Center?

20   A.      Yes.

21   Q.      Okay.  And you work directly with them?

22   A.      Yes.

23   Q.      As part of your arrangement with the

24   university?

25   A.      Yes.

```
 1    Q.      Okay.  And what are the differences between
 2    the requirements for a 503A pharmacy and a 503B
 3    pharmacy?
 4            And I know -- I'm sure there are varying
 5    degrees of complexity, and we don't have all day, but
 6    if you could just sort of give me a thumbnail sketch
 7    of the primary differences between a 503A and a 503B,
 8    that would be good in terms of --
 9    A.      Okay.  So the 503A pharmacy follows USP 797
10    guidance.  Those are the minimum requirements to
11    follow.
12            So the USP 797, that chapter basically
13    describes for a practitioner how to prepare safe,
14    sterile compounded products.  So you need to follow
15    that exactly as stated or better.  If you can have
16    your procedure better than what the 797 requires,
17    better yet.
18            So the 503B compounding requires that you
19    follow CGMP, and so CGMP is more focused on like a
20    manufacturing type of a setting.
21            So there are a lot of additional tests
22    that are required per CGMP than they have to do in
23    the manufacturing setting to assure that our products
24    are safe and effective for the patients.  And so
25    while --
```

```
 1    Q.       Why is that?  Why is that?

 2    A.       That is because while the USP 797 typically

 3    requires -- you have a prescription and you are going

 4    to dispense it to the patient and the medication will

 5    be used in a relatively short time, it's assumed.

 6    You have a prescription that's patient specific and

 7    it's written to be used.

 8            When we compound our products on the

 9    large scale in the outsourcing, what happens are

10    these products are drugs that will be shipped to

11    hospitals, and so it may be another week or two

12    before they are used.  And so because of that -- or

13    maybe even longer.  And so we have to assure that the

14    packaging withstands the shipping.

15            So, like I said, there are multiple

16    quality measures in place to make sure that the drug

17    itself gets where it needs to get safely, that it

18    does not degrade, that it has the potency -- when it

19    gets to the patient, it has the potency that we

20    promised it would, that we say it does, and that type

21    of stuff.  So it is a little more intricate.

22            And, of course, there are multiple

23    precautions put in place in terms of 503B compounding

24    to minimize the potential for -- potential, for

25    example, of microbial contamination.
```

Elite Reporting Services
www.EliteReportingServices.com

```
 1              So while in a 503A environment you don't

 2    gown -- you don't gown much.  Like, you can still

 3    have certain areas of skin exposed, for example.

 4              Because 503B, again, the assumption is

 5    the beyond use date, which will be relatively short,

 6    and so there is not as much concern with

 7    contamination, because, hopefully, the drug will be

 8    dispensed soon.

 9              When it comes to 503B, we compound and

10    these medications will be sent and transported, and

11    so the guidelines on how to manufacture are very

12    stringent.

13    Q.       And that's because it can affect a lot more

14    people too, right?

15    A.       Absolutely, yes.  Absolutely, that's

16    definitely.  You know, I didn't mention that, but,

17    yes, that's definitely a big concern as well.

18    Q.       So Nephron Compounding Center is under the

19    503B requirements that are much stricter because they

20    are producing large quantities of compounded

21    medications that are going to be used in hospitals

22    all over the country, right?

23    A.       Correct.

24              MS. LEONARD:  Object to the form.

25    ///
```

BY MR. SUTHERLAND:

Q.     You say in your CV that you oversee
formulations and filling operations for Nephron; is
that right?

A.     So I collaborated the departments that do --
I used to do more of that when I started.  Now the
scale is so large that I cannot oversee every single
formulation and every single filling operation, but I
do assist with that.

Q.     Tell me -- so at Nephron, what -- tell me
again how many days a week on average you are working
at the company.

A.     Again, it depends.  It depends on -- it's
week to week, depending on what goes on at the
college, how many students I have on rotation with
me.

Q.     On average, how many days a month are you at
Nephron?

A.     So a month, I can't say.  But a week, I would
say at least three.  Two to three is very common,
sometimes more; three probably would be the least.

Q.     All right.  And when you are at Nephron, tell
me what you are doing while you are there during the
day.

A.     Again, it really depends.  Nephron is a very

1    unique site.  We do -- I'm involved in a lot of
2    different things, anything from product development,
3    where I attend meetings where we discuss short-term
4    plans, as in what are we making this week; looking at
5    shortage lists and determining what are we going to
6    be making moving forward.

7            I have to look at -- if we decide, let's
8    say we are going to do a new product, and I will look
9    at the formulation and we will discuss how to best
10   prepare it, we do some trial batches.

11           If I go to meetings for the long-term
12   planning, we are looking at potentially filing some
13   ANDAs.  So I'm involved in providing feedback on how
14   we are going to proceed in terms of the new drug --
15   Abbreviated New Drug Application plan, what is the
16   next drug that we should focus on.

17           And we look at our market analysis.  I
18   even look at that.  Then I look back at formulation,
19   how it's used in clinical setting.

20           A lot of these products may have multiple
21   strength, multiple different packaging
22   configurations, so we typically don't want to make
23   all of them.  You have to focus on what would be --
24   what would make the most sense in the facility and
25   the workforce that we have, so I focus on that.

```
 1              Then I'm involved in currently we are
 2    working on a cleaning validation revamp, so we
 3    perform cleaning validation -- well, the cleaning
 4    team performs cleaning validation of the system in
 5    between the products, but I help with determining the
 6    cleaning validation limits, and those are based on,
 7    you know, literature.  So a variety of projects.
 8    Q.      Yeah.  So is there -- there are injectables
 9    being compounded at the compounding center, right?
10    A.      Yes.
11    Q.      In Columbia?
12    A.      Yes.
13    Q.      And are you ever in the compounding center
14    where they are compounding these injectables?
15    A.      I mean, the plant where I am is all together,
16    so I am at the center.
17    Q.      Are you ever in the place where they are
18    doing the compounding?
19    A.      As a matter of fact, I'm getting gown
20    certified next week so I can go back in.  Gown
21    certification has to be every six months.  So I get
22    gown certified and I take my students back in there,
23    and sometimes I'll go and look and see how things are
24    done.
25              We had some questions, for example, about
```

Elite Reporting Services
www.EliteReportingServices.com

1    the way that product was made, and so I would go in

2    there and actually observe.  I don't -- if you are

3    asking if I compound myself; no.

4    Q.       Do you observe the compounding being done?

5    A.       I do sometimes; not daily, but I do.

6    Q.       You said "not daily"?

7    A.       Right.

8    Q.       Yeah.  Do you frequently observe the

9    compounding?

10   A.       What's considered frequently?

11   Q.       Well, using your definition.  Do you

12   regularly observe compounding that's being done there

13   when you are there?

14   A.       I do, because I take my students, and so we

15   will go and observe.

16   Q.       And how do you do that?  How do you observe?

17   Is it like glass and you are, like, looking in where

18   it's being done?

19   A.       It depends.  For example, once my students

20   are gown certified, we go in to observe.

21   Q.       Right.

22   A.       Like before they get gown certified -- as in,

23   I have my students starting very recently.  And so

24   they will be gown certified on Monday, so we'll all

25   go and then we'll go in.  So once they are gown

Case 3:18-cv-01234-Document 184-20 Filed 05/47/22 Page 103 of 287 PageID #: 10360
Elite-Document Reporting Services
www.EliteReportingServices.com

```
 1    certified, they will be able to go in.

 2              So maybe the first week of the month --

 3    before they get gown certified, we can't go in.  So I

 4    might just show them -- like, I show them through the

 5    glass what happens, but we will go and do an

 6    in-person once they are able to.

 7    Q.      When was the last time you did any sterile

 8    compounding?

 9    A.      When was the last time I did sterile

10    compounding, as in I compounded?

11    Q.      Uh-huh.

12    A.      That would be -- are you asking about now or

13    any?

14    Q.      Any.

15    A.      I would say when I was teaching and I was

16    still in the hospital, is when I did it.  So that

17    would be 20- -- whenever I was a hospital employee,

18    so I would say sometime in 2017-2018.  I do not

19    remember exactly when, but it would be back then.

20    When I was teaching the lab, I prepared a number of

21    sterile compounds on a daily and weekly basis.

22              I would work in the hospital and I would

23    come and demonstrate for students, I would prepare

24    compounds, a great number of compounds, and even very

25    complex ones.
```

1            As in, when I was teaching sterile

2    compounding, we would make a TPN, total parenteral

3    nutrition product -- I'm sorry, when I was

4    compounding with my students and they were preparing

5    things like TPN, total parenteral nutrition, those

6    are extremely complex preparations, and I would -- I

7    would prepare those.

8            I prepared hazardous drug compounds using

9    closed system transfer devices.  The CSTDs, that's a

10   relatively complex procedure.  So I would say, while

11   I was teaching the lab, I was compounding.

12           Now as an outsourcing pharmacist, I don't

13   compound directly.  And that's because in the

14   outsourcing environment, per CGMP, I would have to do

15   a special certification, and so I don't do that.

16           Plus, the way that we compound at

17   Nephron, it's really large scale, so it's really not

18   so much hands-on manipulation.  You know, we call it

19   compounding, but really it comes down to really

20   mixing and preparing the drugs.

21           And those are done on a large scale as

22   in, you know, you have bigger bags and you have --

23   you know, you add -- you weigh out APIs and you add

24   the powders in, and so it's done on a different scale

25   now.

Case 3:18-cv-01234-Document 184-28-Filed 05/47/22-eBage 165 5J 285 PageD #: 10362
Elite-Document 184-28 Reporting Services Page 165 of 285 PageID #: 10362

```
 1              So I observe these.  I help with
 2   providing feedback on those, but I don't practice.  I
 3   am not compounding with my hands, formulating it.
 4   Q.      I understand.  You help people -- you help
 5   Nephron and its employees comply with the regulatory
 6   requirements, USP and CGMP, and others?
 7   A.      Yes.
 8   Q.      And when you said a bunch of stuff about,
 9   when you were in the lab, about compounding you did.
10   When you talked about compounding with the students,
11   are you talking about at the school?
12   A.      Yes.  So you have --
13   Q.      What happens to those compounds?  What are
14   they used for?
15   A.      So these are not used.  They are prepared
16   exactly as a normal compound would be, because the
17   lab that we have at the college, it is perfectly ISO
18   Class 5, ISO Class 7 compliant.
19              So our facilities at the college, I
20   really take pride in that because that's really
21   something very unique about our College of Pharmacy.
22   We have sterile compounding facilities that are up to
23   all of the regulations.  Simply, you could use the
24   products that we make in patients.  They are
25   sterile --
```

ELITE-Brentwood Reporting Services
www.EliteReportingServices.com

```
 1    Q.      So what do you do with them?

 2    A.      So we don't use them.  They are really

 3    strictly just to -- you know, we compound them and

 4    then we dispose of them.

 5    Q.      And after you compound them, do you do

 6    anything with them?

 7              MS. LEONARD:  Object to the form.

 8              THE WITNESS:  What would we do with them?

 9    I'm not sure I understand.

10    BY MR. SUTHERLAND:

11    Q.      Do you send them off for testing or do

12    you-all test them in the school?

13    A.      Oh, good question.  So, yes, in some -- yes,

14    depending on what product we make, we do have

15    exercises where we actually test the accuracy of the

16    preparation.  So, yes, there are times when we do

17    test them.

18    Q.      Do you always do potency and sterility tests

19    on the preparations that you do in the school?

20    A.      Not necessarily, because there is no need for

21    that.  These are not going to be used.  I mean, if it

22    was used in a patient, in a person, that would be

23    different.

24    Q.      Okay.  Let me ask you this.  Do you have any

25    recognized specialty in your profession?
```

1    A.       I'm not sure I understand what you are

2    asking.

3    Q.       Do you have any recognized specialty as a

4    pharmacist?

5    A.       You mean if I'm board certified?

6    Q.       Well, doctors have specialties, I'm just

7    asking you if you have any particular specialty in

8    the practice of pharmacy.

9    A.       I would say sterile compounding.

10   Q.       Okay.  And who recognizes that as a specialty

11   that you have?

12            Is there a certification or from an

13   organization that would recognize you as having a

14   specialty in -- I'm sorry, as having a specialty in

15   compounding?

16   A.       So there is -- recently there was an approval

17   for the board certification in sterile compounding,

18   and I'm working on that, but I have not had time yet

19   to take the exam.

20            So I will be pursuing that, as well as

21   I'm pursuing a RAC certification, which is like a

22   Regulatory Affairs certificate, as well.

23   Q.       Let me ask you this.  Can you identify for me

24   the sources of your knowledge in the area of

25   compounding, sterile compounding?

Case 3:18-cv-01234-Document 184-28 Filed 05/17/22 Page 108 of 287 PageID #: 10365
B1234 - Brentwood Reporting & Service 165) 595-0073
www.EliteReportingServices.com

```
 1              Where does your knowledge of sterile
 2    compounding come from?
 3    A.      So I have practiced -- you know, when I was a
 4    student intern at Lexington Medical Center, I
 5    performed a lot of sterile compounding.
 6              I have performed sterile compounding
 7    while teaching the courses, the lab courses.  I
 8    worked in a hospital where I performed sterile
 9    compounding.
10              I have done a lot of research on sterile
11    compounding.  I have taken certification, not --
12    these are courses, not -- continuing education.
13    That's what I meant to say.  Continuing education
14    courses that deal with sterile compounding.
15              I went to the critical point training in
16    Colorado that offers like a three-day or five-day,
17    whatever, boot camp in sterile compounding, so I have
18    done that.  So that has been my primary focus in my
19    practice.
20    Q.      In terms of actually doing sterile
21    compounding, would you say your experience as a
22    student intern and then your work at the Palmetto
23    Health Richland Hospital Pharmacy is the primary sort
24    of actual sterile compounding experience you have
25    had?
```

```
 1    A.      That as well as teaching.  I mean, I prepare
 2    sterile compounds with my students in the lab.  And,
 3    you know, we do those, we use real medications in the
 4    lab course.  We use all of the -- you know, we follow
 5    all of the procedures as you would, you know, in the
 6    real world.
 7    Q.      But you don't use those on patients, though,
 8    right?
 9    A.      Right, but that doesn't matter.  They are
10    still prepared that they could be used.  They are
11    prepared according to all of the regulations.
12    Q.      What would they have to be -- what would have
13    to be done to them before they could be used on a
14    patient?
15    A.      Nothing.  I mean, they are --
16    Q.      Somebody have to -- would somebody have to,
17    like, test them to make sure that they were -- that
18    they met all of the USP requirements in terms of
19    potency and sterility and all of that?
20    A.      Well, it depends.  It depends on how are they
21    going to be dispensed and where are they going to be
22    dispensed to and all of that.
23    Q.      You listed in your report that you have
24    worked as an expert in -- in the last four years you
25    have provided testimony at trial or by deposition in
```

1   three cases; is that correct?

2   A.      I'll have to double-check.  That sounds

3   right.

4                MR. SUTHERLAND:  Rob, can you pull up

5   Exhibit 2, the top of page 2?

6                THE WITNESS:  Yes, I see them.

7   BY MR. SUTHERLAND:

8   Q.      In the matter of the Federal Bureau of

9   Prisons' execution protocol, Swearingen versus Davis

10  and Pizzuto versus Tewalt, a case in Texas and one in

11  Idaho, are those the only three cases that you have

12  provided testimony in in the last four years?

13  A.      I believe so.  So the first one there was

14  a -- I think there was just one testimony.  Looking

15  at this, I think I consulted with the attorneys and I

16  provided them all of the information, and this is

17  what they summarized.

18                THE WITNESS:  Is that right, Lynne?

19                I know I provided a list of the cases.

20  In that first one, I think there were a couple

21  different expert opinions, if -- I believe that I

22  did, but they summarized them as one because it was

23  the same case.

24                MS. LEONARD:  Yes.  I'll interject.  I

25  think that some of the issue here might be clarifying

Case 3:18-cv-B1284-Document18e2borElizedo5erv4c22ceBage 16151 295 PageID #: 10968
www.EliteReportingServices.com

```
 1   testimony versus expert report.

 2              MR. SUTHERLAND:  I understand.

 3              MS. LEONARD:  Which we all should have

 4   done, and that's our mistake on the lawyers' end.

 5   But for purposes of the questioning, I think there

 6   might be a little confusion there.

 7              MR. SUTHERLAND:  I got you.

 8   BY MR. SUTHERLAND:

 9   Q.     Dr. Almgren, have you provided an expert

10   opinion in the form of expert reports in any other

11   cases in the last three years?

12   A.     I think this is what -- like I said, I think

13   the first one.  There may have been a couple, but it

14   was under the same umbrella, so --

15   Q.     I understand.

16   A.     Yes.  So that's all, I believe.

17   Q.     All right.  And all of those cases involve

18   the lethal injection protocol litigation; is that

19   right?

20   A.     Correct.

21   Q.     And your consultation in all of those cases

22   has been with attorneys for the inmate; is that

23   right?

24   A.     Yes.

25   Q.     Have you ever consulted with the state in
```

**Elite-Documentary Reporting Services**
**www.EliteReportingServices.com**

1    regard to any lethal injection protocol?

2    A.       No.

3    Q.       Other than this case, have you ever consulted

4    with any state or with any -- I'm sorry, with any

5    attorneys involving a protocol other than

6    pentobarbital?

7    A.       No, it has been so far pentobarbital.

8    Q.       So this is the only case that you have

9    consulted with any attorneys involving a protocol

10   using the three drugs that we are talking about?

11   A.       Correct.

12              MR. SUTHERLAND:  Okay.  So, Lynne, I'm

13   about ready to move into the substance of the report.

14   Do you want to break?  Do a short break for lunch

15   now -- I know it's 12:45 for you guys -- before I get

16   into some pretty substantive matters.  I'm glad to do

17   it either way.  I don't eat lunch.

18              MS. LEONARD:  I don't care.

19              Dr. Almgren, is this a good time for you

20   to take a lunch break?

21              THE WITNESS:  I guess the question is how

22   much more time are we going to need?  Are we going to

23   go for an hour or is it going to be another four

24   hours?

25              MR. SUTHERLAND:  It's going to be a

```
 1    while.
 2              THE WITNESS:  Okay.  So then I guess it's
 3    probably better if we do take a break so I can
 4    freshen up.
 5              MR. SUTHERLAND:  What would be good for
 6    you?  How long would you like?
 7              MS. LEONARD:  Let's see here, so it's
 8    about 12:45.
 9              MR. SUTHERLAND:  About 1:30?
10              THE WITNESS:  Yeah, that's perfect.
11              MR. SUTHERLAND:  Is that okay, Lynne?
12              MS. LEONARD:  That's fine with me.
13              MR. SUTHERLAND:  1:30 Eastern time, 12:30
14    Central.  Is that okay with everybody else?  Is there
15    anybody else that needs more time than that that's on
16    here?
17              I'm specifically going to ask Rob
18    Mitchell, because he's always hungry.  Is 45 minutes
19    long enough for you, Rob?
20              MR. MITCHELL:  I'm punching the Jimmy
21    John's app as we speak.
22              MR. SUTHERLAND:  Let's plan to be back at
23    12:30 Central, 1:30 Eastern.
24              MS. LEONARD:  Okay.
25              (Lunch break.)
```

Case 3:18-cv-01234-Document 184-28 Filed 03/17/22 Page 145 of 295 PageID #: 11371
Elite-Document Reporting Service (615) 595-0073
www.EliteReportingServices.com

```
1    BY MR. SUTHERLAND:

2    Q.      Dr. Almgren, thanks for coming back.  We

3    didn't scare you away yet?

4    A.      No, it's fine.

5    Q.      When we took the break earlier, did you talk

6    to anybody?

7    A.      No.

8    Q.      Nobody communicated with you about the case?

9    A.      No, no.

10   Q.      Okay.  When were you -- can you tell me when

11   you were retained to provide expert opinion in the

12   case?

13   A.      When as in what date was I retained?

14   Q.      I'm not asking you for the specific day, but

15   just generally.  Can you tell me approximately when

16   it was?  Or if you know the date, you can tell me.

17   A.      I do not know, I would have to look back.  I

18   have a very busy schedule and a lot of things

19   happening in my schedule.  I would have to look back

20   and see when I signed the contract.

21   Q.      Was it in 2021?

22   A.      Yes, I think so.

23   Q.      Last year?

24   A.      Yes.

25   Q.      Was it in the spring, summer, fall?
```

Elite Reporting Services
www.EliteReportingServices.com

```
 1    A.      Honestly, I can't even guess, because I don't
 2    remember.
 3    Q.      Okay.  Was it definitely last year, though?
 4    A.      Oh, boy, I'll have to -- I can look at the
 5    contract and tell you the exact date.  Honestly, I do
 6    not recall.
 7    Q.      All right.  And who contacted you about the
 8    case, about providing expert help in the case?
 9    A.      I also do not remember.  Again, I don't
10    remember a date.  I'm not sure.  I can look at my
11    email and determine that.
12            MR. SUTHERLAND:  Rob, could you pull up
13    Exhibit 3 -- I'm sorry, Exhibit 2.  That would be
14    Dr. Almgren's initial report from November.  And if
15    you could go to page 2, Materials Relied Upon.
16    BY MR. SUTHERLAND:
17    Q.      Dr. Almgren, under numerical paragraph 5, do
18    you see that there on page 2?
19    A.      Yes.
20    Q.      You say, "The attorneys who represent
21    death-sentenced prisoner Terry Lynn King asked me to
22    submit an expert medical and scientific opinion based
23    on the documentation provided to me about whether the
24    use of the three-drug protocol, and in particular
25    compounded medications, can cause a risk of harm and
```

1   unnecessary suffering."  Do you see that?

2   A.      Yes.

3   Q.      Is that the question you were asked to

4   answer?

5   A.      Yes.

6   Q.      Whether the three-drug protocol, and in

7   particular compounded medications, can cause a risk

8   of harm and unnecessary suffering?

9   A.      That's correct.

10  Q.      And were there any other questions other than

11  that one question that you were asked to answer?

12  A.      Not that I know of.

13  Q.      Okay.  And when you say the three-drug

14  protocol, you are talking about Tennessee's

15  three-drug protocol?

16  A.      Yes.

17  Q.      I want to start and talk to you about your

18  initial report, to start with.  And starting at

19  page 3, "Standards governing."  It's actually Roman

20  Numeral III on page 3.

21          "Standards governing the preparation of

22  compounded medications and medication storage and

23  handling."  Do you see that?

24  A.      Let me see here.  Yes.

25  Q.      Okay.

Case 3:18-cv-01234-Document 184-28  Filed 05/17/22  Page 117 of 287  PageID #: 10374
ELITE-Brentwood Reporting Service  (615) 595-0073
www.EliteReportingServices.com

```
 1    A.       I pulled it up on my screen as well.

 2    Q.       Sure.  So just make sure that when you are

 3    talking about -- when I'm talking about your report,

 4    I'm talking about what's on my screen; just make sure

 5    that we are talking about what's on my screen as

 6    well, okay?

 7    A.       Yes.

 8    Q.       It should be the same, but I just want to

 9    make sure I'm asking you questions about what's on my

10    screen, not what's on yours.

11    A.       Okay.

12            MS. LEONARD:  Just for the record, they

13    should be the same, right?

14            MR. SUTHERLAND:  Yeah, they should be the

15    same.

16            MS. LEONARD:  Yeah.

17            MR. SUTHERLAND:  For the testimony -- the

18    record should be clear that I'm asking questions

19    about this.  If she sees that there's a difference

20    than what's on the screen, she can let me know.

21            I'm representing, Dr. Almgren, that this

22    is a copy of the report that was provided to me as

23    your report.  And so when you -- as I understand it,

24    you looked through it earlier and this report

25    matches -- is your report.  So I just want to make
```

```
 1    sure that we are talking about the same one, okay?

 2              MS. LEONARD:  Yeah.  I think,

 3    Dr. Almgren, did you pull up the report that was

 4    emailed to you?

 5              THE WITNESS:  Yes, I did.

 6              MS. LEONARD:  When you say that you are

 7    looking at the report, that's what you are talking

 8    about, is the one that came out of the email?

 9              THE WITNESS:  Yes, that's correct.

10              MS. LEONARD:  Scott, there shouldn't be

11    any differences between what you are looking at and

12    looking at the email.

13              MR. SUTHERLAND:  Yeah.

14              MS. LEONARD:  Just so we have that all

15    clear.

16    BY MR. SUTHERLAND:

17    Q.      So, Dr. Almgren, let me start with this and

18    ask you.  What is the United States Pharmacopeia?

19    A.      USP itself; so that's kind of a big question,

20    because it's really a set of guidance or guidelines

21    that range from anywhere about, you know, talking

22    about drug quality, to certain procedures, quality

23    measures.  You know, it has a list of procedures that

24    you are to follow, you know, when you perform quality

25    analyses.
```

Case 3:18-cv-01234-Document 184-28 Filed 05/47/22 Page 169 of 285 PageID #: 10376
E1234-28 Deposition of Regory Scott Almgren  119 of 285 Pages
www.EliteReportingServices.com

```
 1              It has a list of monographs that
 2    basically, you know, delineate the quality standards
 3    for different drugs.  So, you know, it's a really big
 4    question.  When you say:  What is USP, that's kind of
 5    like me asking you what is U.S. law.
 6              You know, it's a collection of many
 7    different things, and that's what USP is.
 8    Q.      Tell me if you'd agree with this:  A
 9    compendium of quality requirements, quality
10    specifications, practices and guidelines to achieve
11    the highest pharmaceutical quality for pharmacy
12    practice as well as the pharmaceutical industry.  Is
13    that a fair definition?
14    A.      A fair definition, yes.
15    Q.      Okay.  I'd next like to ask you, what is
16    USP 797?
17    A.      So that is a chapter from the compendium.  So
18    the compendium has a number of chapters.  And the
19    chapters zero to 1,000 are required, you must follow
20    those.  The ones above 1,000 are guidelines.
21              And a lot of times they are really more
22    of explanations, like a follow-up, more of an
23    explanation for what the chapters stand for.
24              So the Chapter 797 is a requirement, you
25    have to follow that one because it's below 1000.  And
```

```
 1    that chapter basically describes what are the
 2    appropriate practices for sterile compounding.
 3              MR. SUTHERLAND:  Rob, can you put up
 4    Exhibit 5?  We'll go ahead and send that to
 5    Ms. Leonard and Dr. Almgren.
 6    BY MR. SUTHERLAND:
 7    Q.      I think, Dr. Almgren -- well, we'll wait
 8    until he pulls it up here.  It should be a PDF of
 9    USP 797.
10              So Mr. Mitchell has got up there what
11    purports to be the most recent version of the
12    USP 797.  And we are sending it to you, and if you
13    could look at it and tell me if you agree with that.
14              MS. LEONARD:  It just came through to me,
15    so I just forwarded it to Dr. Almgren.
16    BY MR. SUTHERLAND:
17    Q.      Are you familiar with USP 797, Dr. Almgren?
18    A.      I am.
19    Q.      Have you seen this particular version of it?
20    A.      I apologize, the dog.
21              Yes, I have seen -- I have seen this
22    version.  This is the most recent one.
23    Q.      Okay.  Did you send a version like this to
24    your counsel to provide to us?
25    A.      Yes.
```

Elite-Reporting-Services-LLC (615) 595-0073
www.EliteReportingServices.com

1    Q.     Okay.  If I told you that this was the
2    version, I believe, that they provided to us, do you
3    have any reason to disagree with that?
4    A.     No.
5    Q.     Okay.  Let me ask you this.  From a
6    regulatory standpoint, who is regulated by USP 797?
7    A.     So this is a good interesting question that
8    my students often ask.  So the USP 797, the
9    compendium itself is written by experts in a field.
10   And so those are folks that work in and are very
11   familiar with that particular -- whatever expertise
12   is addressed in a specific chapter.
13          So the USP itself is nongovernmental type
14   of organization, but the USP itself is -- the
15   guidelines themselves are enforced by FDA.
16   Q.     All right.  And so they are enforced by FDA.
17   But who is regulated by the -- I want to know who the
18   regulated parties that FDA would enforce USP 797
19   against would be.
20          Who would those people be?
21   A.     I see.  So, for example, drug industry, you
22   know, the manufacturers of the drugs, they follow the
23   USP -- not 797; USP in general.
24          We are talking about USP, right, not 797?
25   Are we talking about 797 specifically?

Case 3:18-cv-01234-Document 184-28 Filed 05/47/22 Page 122 of 295 PageID #: 10379
B1234 - Brentwood Reporting & Reference Page (125) 295 PageID # 1079
www.EliteReportingServices.com

```
 1    Q.      I'm talking about 797.

 2    A.      Okay, specifically.  So USP 797, obviously,

 3    the FDA enforces, requires.  And so these are the

 4    best practices for the compounding.

 5            So depending on how -- the different

 6    boards of pharmacy set up different Pharmacy Practice

 7    Acts, a lot of the states in the United States have

 8    accepted USP Chapter 797 as their quality standard.

 9    Q.      Right.

10    A.      So if that happens, then that guideline is

11    acceptable and it's seen forceable by the Board of

12    Pharmacy of the state that had accepted this guidance

13    as their sterile compounding guidance.

14    Q.      Who is --

15    A.      Also a lot --

16    Q.      Let me finish my question.

17            Who is it enforceable against?

18    A.      The pharmacies that compound according to

19    503A.

20    Q.      Okay.  Who else?

21    A.      I mean, that's whoever prepares sterile

22    preparations.

23    Q.      So USP 797 is enforceable against the

24    pharmacy that prepares it?

25    A.      Right.
```

Elite Reporting Services * (615) 595-0073
www.EliteReportingServices.com

1    Q.      Is there anybody else that it's enforceable

2    against?

3    A.      I'm not sure I understand the question.  As

4    in public?  I don't know who you are asking.

5    Q.      I'm asking you if this applies -- USP 797

6    practices are enforceable by the FDA.  Who does the

7    FDA enforce it against?  And you just said

8    pharmacies, compounding pharmacies.

9            Is there anyone else?

10   A.      So, as I said, if the Board of Pharmacy in a

11   state accepts USP Chapter 797 as a part of their

12   Pharmacy Practice Act.

13   Q.      Yes.

14   A.      And the Board of Pharmacy will enforce, but,

15   again, it's the pharmacies, and it can be a

16   compounding pharmacy.  It can be a hospital pharmacy.

17   All of these pharmacies will have to follow the USP

18   Chapter 797.

19           As a matter of fact, even in the states

20   where 797 is not accepted as a standard, which there

21   are just a very few states at this point left that

22   have not accepted 797 in its entirety, what happens

23   in those states, typically the pharmacies will accept

24   the 797 as standards, because the Center for Medicare

25   and Medicaid Services requires that accreditation

Case 3:18-cv-01234-Document 184-28-Filed 05/17/22-Page 124 of 287-PageID #: 1231
Elite-Brentwood Reporting Services
www.EliteReportingServices.com

1    bodies audit pharmacies.  And the pharmacies must

2    follow 797 in order to get the accreditation in order

3    to get reimbursement from CMS.

4    Q.      I understand.  Once it leaves the compounding

5    pharmacy, does 797 apply to anyone else?

6    A.      Well, yes, because you need to make sure

7    that, when the drug is handled, that whether it is a

8    nurse that, maybe, applies the medication, or maybe a

9    doctor, whoever handles the medicine, the medication

10   should be continued to be handled according to 797.

11   Q.      I understand it should be handled.

12          My question is, is it -- does the FDA

13   regulate 797 against anyone once it leaves the

14   compounding pharmacist?

15   A.      I'm not sure I quite follow your line of

16   question.

17   Q.      Okay.  So --

18   A.      How would FDA -- just, yeah, explain that a

19   little more.  I'm sorry.

20   Q.      Okay.  Well, if a compounded medication is

21   given to a nurse to administer, is the FDA going to

22   regulate how the nurse administers 797, or how the

23   nurse administers the compounded medication?

24   A.      So, technically, yes.  If you look and you

25   would like to reference the chapter, we can look at

Case 3:18-cv-01234-Document 184-28 Filed 05/17/22 Page 125 of 287 PageID #: 10382
Elite-Document Reporting Service (855) 585-9009
www.EliteReportingServices.com

1    the chapter itself and I can reference, the chapter

2    covers all of the -- not just the preparation, but

3    also handling.

4                And so technically -- to give you an

5    example, to really explain in the real world what

6    happens, so let's say in a hospital, if we have an

7    audit and we need to show that we follow 797, if I

8    prepare sterile compounded medication and I send it

9    to the floor, the folks who are performing the audit

10   will actually follow the records and follow -- if

11   it's happening in the real time where I just

12   compounded, it would actually follow the medication

13   to see that it is applied according -- or they have

14   an option to -- I'm not saying that they necessarily

15   would -- but an option to go to the floor and see how

16   it is applied to complete the audit.

17   Q.      So does the FDA cite -- are you aware of the

18   FDA citing healthcare professionals who actually

19   administer sterile compounds for not following 797?

20   A.      I am not aware.  But the audits -- so

21   whenever there's an audit, the auditors in the past

22   have cited healthcare facilities for improper

23   handling of sterile compounds, not the FDA itself.

24                If that's your question, then not the

25   FDA, but the other regulatory bodies that would make

Elite-Reporting Services - www.EliteReportingServices.com

```
 1    sure that the USP Chapter 797 is followed in a
 2    facility.
 3    Q.      Who else -- who else would -- you say
 4    auditors.  You are not talking -- you said that
 5    wouldn't be the FDA?
 6    A.      So, no, that doesn't necessarily have to be
 7    the FDA.  It can be an accreditation body that comes
 8    to accredit on behalf of CMS.
 9    Q.      Okay.  What about common carriers, can they
10    be regulated?  Are they regulated by the FDA for 797
11    requirements?
12    A.      So there are, I know -- I'm trying to
13    remember what the exact guidance is.  And, honestly,
14    I can't answer this with 100 percent certainty, so I
15    do not know.
16    Q.      What about patients, do compounding
17    pharmacies once a -- let's say in a 503A pharmacy, a
18    patient has a prescription and picks up their
19    prescription and it's, say, a high-risk sterile
20    compound.  Does the FDA regulate the patient's use of
21    the compound?
22    A.      So this is a little bit ambiguous, because I
23    don't have enough details to really answer,
24    because -- technically, no.
25            I mean, you don't -- the FDA is not going
```

Case 3:18-cv-01234-Document-184-28-Filed-03/47/22-cePage-12-15-297-PageID #: 12384
E1284 - Brentwood Reporting Services
www.EliteReportingServices.com

```
1    to come knocking on your door to see what you are
2    doing with your compound.
3              But then why would you have aseptically
4    prepared medication given to the patient, like, what,
5    are they administering it themselves at home?
6    Q.      Sure.
7    A.      I guess I can't quite --
8    Q.      Yes.
9    A.      I'm trying to understand the question.
10   Q.      Do compounding pharmacists dispense high-risk
11   sterile compounds to patients that store, for
12   example, refrigerated products for
13   self-administration?
14   A.      I mean, that can happen, yes.  You can
15   definitely, you know, have patients who have
16   medication at home that they give themselves,
17   sterile, yes.
18   Q.      How does -- how does the compounding pharmacy
19   know or the FDA know whether or not the requirements
20   of the USP 797 are followed once it leaves the
21   pharmacy?
22   A.      So you provide the storage conditions for the
23   patient.  So if I work in, let's say, a home-infusion
24   pharmacy and I prepare all total parenteral nutrition
25   product that I dispense to a patient, I will provide
```

Elite Reporting Services
www.EliteReportingServices.com

1    under the Storage Conditions:  You must refrigerate

2    this, keep it in a temperature span between this and

3    this.

4              If it gets outside of the temperature,

5    please do not use the product, because we cannot

6    guarantee that the product will be pharmaceutically

7    active, that it will be, you know, working as it's

8    supposed to.

9    Q.      So back to my question about who is

10   regulated.  Is USP 797 -- can the FDA cite anyone

11   that's a non-healthcare professional for not

12   following USP 797?

13   A.      Would that include like -- like patients?

14   Q.      Any non-healthcare outside the healthcare

15   setting, outside of a hospital, outside of --

16   A.      No.  I don't think FDA -- if you are asking

17   me if FDA would cite them, I don't think FDA would.

18   Q.      It doesn't apply; does it?

19   A.      Right.

20   Q.      In other words, people outside the

21   healthcare setting in which compounded preparations

22   are being administered aren't covered by USP 797?

23   A.      Well, the medications are covered by 797.

24   Q.      Sure.

25   A.      You know, you need to follow the guidance in

Elite Reporting Services
www.EliteReportingServices.com

1    order to maintain integrity of the product.

2    Q.      I understand.

3    A.      So, yes, they need to handle it according to

4    797.  But a person that, you know, handles the

5    medication, you are not going to have the FDA come

6    knock on your door to enforce the chapter, if that's

7    what you are asking.

8    Q.      Right.  And the reason for that is that 797

9    applies to -- the objective of 797 is to prevent --

10   excuse me -- harm to patients in a clinical setting;

11   isn't that right?

12   A.      So the chapter in general applies, I believe,

13   to anybody who handles the medication, you know, to

14   give it to the patient.

15   Q.      At the top where it says Introduction, it

16   says, "The objective of this chapter is to describe

17   conditions and practices to prevent harm, including

18   death, to patients that could result from" the

19   following.

20           It applies to the healthcare setting to

21   prevent harm to patients; does it not?

22   A.      Right.

23   Q.      Okay.  Does it apply in the lethal injection

24   setting?

25   A.      Absolutely.

Case 3:18-cv-01234-Document 184-28-Filed 05/17/22 Page 130 of 287 PageID #: 10387
B1234 - Brentwood Reporting Service - (615) 595-0073
www.EliteReportingServices.com

```
 1    Q.        Are non-healthcare people in corrections
 2    covered by USP 797?
 3    A.        They are handling a sterile preparation.
 4    Q.        I'm asking you if USP 797 covers that.
 5    A.        I think that's a trick question, because they
 6    should be healthcare professionals that handle
 7    medication.
 8              You would not have your pool guy give you
 9    an IV, so a person who handles the medications should
10    be a healthcare professional.
11    Q.        No.  My question is, the purpose -- the
12    objective of USP 797 -- you correct me if I'm
13    wrong -- is to protect patients in a clinical
14    setting; would you agree with that?
15    A.        I would say it's to protect patients.  I'm
16    not -- the clinical setting, it's a wide definition,
17    because you can be at home receiving an infusion,
18    which by some definition may not be considered a
19    clinical setting because you can say it's my living
20    room, but if I'm receiving an IV at home, something
21    like a total parenteral nutrition product, you know,
22    it's still a procedure, medical procedure.
23    Q.        Yeah.  Actually, let me read the words at the
24    top, the first sentence.  "The objective of this
25    chapter is to describe conditions and practices to
```

```
 1   prevent harm, including death, to patients."

 2   A.      Uh-huh.

 3   Q.      So it's designed to protect patients from

 4   harm and death, right?

 5              MS. LEONARD:  Objection, asked and

 6   answered.

 7   BY MR. SUTHERLAND:

 8   Q.      You can answer the question.

 9   A.      I mean, yes.  That's what it states.

10   Q.      Okay.  Let me ask you this.  How does

11   enforcement of USP 797 work?

12              MS. LEONARD:  Objection.

13   BY MR. SUTHERLAND:

14   Q.      In your experience, how does the FDA enforce

15   USP 797, or state pharmacy officials?

16   A.      Typically, they perform audits.  That's how

17   it's enforced.

18   Q.      Who do they audit?

19   A.      They audit, typically, the pharmacy or

20   healthcare setting where the medications are used,

21   compounded.

22   Q.      And if they don't -- if the pharmacy or the

23   healthcare setting in which they are used doesn't

24   follow them, what happens, or if they are inspected

25   and there's an inspection and they find issues, what
```

Elite Reporting Services
www.EliteReportingServices.com

```
 1    happens?

 2    A.      So it really depends on the severity of the

 3    issues, because if it's something minor, you know,

 4    then you would just get cited and you need to make

 5    corrections.  You may have to pay fines if it's

 6    something more serious.

 7            And if it's something extremely serious,

 8    then they can shut you down.  They can close the

 9    pharmacy.

10    Q.      How does a regulated party get cited?

11    A.      So basically they will write you a citation

12    as in:  This is -- we audited your facility.  And

13    these are the discrepancies that we found, and you

14    get a citation.  You know, it will list what are the

15    issues that they had come across.

16            And, as I said, depending on severity, it

17    might be a fine, may be more serious.

18    Q.      Is that also called a Form 483?

19    A.      So 483 is really for the manufacturer and for

20    503B pharmacies; that's where you really see it the

21    most.  But, yes, 483 is a type of a report.

22    Q.      All right.  Is there a certain citation that

23    is used for 503A?

24    A.      So a lot of times the Board of Pharmacy will

25    have their own forms that they use.  Again, it
```

```
 1    depends on the severity.  It depends on, you know,

 2    what type of violation is going on.  But, typically,

 3    they will have their own forms that they complete.

 4    Q.      I want to refer you to --

 5            MR. SUTHERLAND:  Rob, I want to go back

 6    to Exhibit 2, page 4, numerical paragraph 11.

 7    BY MR. SUTHERLAND:

 8    Q.      Dr. Almgren, you say that:  Compounding

 9    pharmacists should be familiar with USP 797

10    guidelines in order to prepare safe and effective

11    sterile compounded products.  If USP 797 guidance is

12    not followed, it can lead to medication

13    contamination, which will cause patient harm and

14    unpredictable effects.  Is that right?

15    A.      Yes.

16    Q.      And I guess my question to you is, don't

17    you -- you say a compounding pharmacist should be

18    familiar, but how would you become a compounding

19    pharmacist without being familiar with USP 797?

20    A.      It depends on your training.  You know,

21    USP 797 has not been around forever.  There are

22    pharmacists that I work with that have not read USP

23    Chapter 797 because, at the time when they graduated,

24    USP was not around.  And so, you know, the chapter

25    was not a requirement of their education.
```

```
 1              Also, the schools of pharmacy in general,
 2    you know, have different levels of emphasis on
 3    sterile compounding.  There are some programs that
 4    emphasize sterile compounding.  There are others who
 5    really don't, and you just get kind of a
 6    surface-level look.  So it really depends.
 7              You know, there are pharmacists who, for
 8    example, in retail, who maybe compound very
 9    occasionally sterile preparations.  They mostly
10    dispense.
11              So it really depends on your level of
12    training and expertise and when you graduated, how
13    much of the continuing education you have done in
14    this realm.  So there are a lot of factors.  Not
15    everybody is expert or even familiar with 797,
16    really.
17    Q.      So if you are applying for a license to
18    compound, say, in the state of Tennessee in the last
19    five years, which in Tennessee requires USP -- has
20    adopted USP requirements, wouldn't you have to
21    demonstrate some degree of competency in order to get
22    licensed to compound?
23    A.      You don't necessarily have to.  I know I
24    practiced in South Carolina, and in South Carolina
25    there are really no specific requirements.
```

```
 1              You apply for, you know, a permit for a

 2    compounding pharmacy, and you show -- the key here is

 3    to show you have the equipment that's needed.  But in

 4    terms of specific training, a lot of states do not

 5    have the specific requirements.

 6              The state of Massachusetts does after the

 7    New England Compounding Center issues.  But there are

 8    still a lot of states that do not have specific

 9    requirements that, you know, require pharmacists who

10    are compounding to have any special training.

11    Q.     In your experience, the pharmacists that you

12    have dealt with at Rite Aid or in the Richland

13    Hospital, are those pharmacists -- were those

14    pharmacists familiar with USP 797?

15    A.     The experience varied greatly.  So there are

16    some who have experience, and there are some who have

17    not.

18              As a matter of fact, I teach continuing

19    education courses, so I actually teach sterile

20    compounding to other pharmacists.  And typically the

21    pharmacists that come to take the continuing

22    education courses have very little, if any, exposure

23    to 797.

24    Q.     You say it will cause patient harm.  If USP

25    Chapter 797 guidance is not followed, it can lead to
```

1   medication contamination that will cause patient

2   harm.  It's actually "may cause harm"; is it not?

3            Not every failure to follow USP 797

4   results in harm to a patient; does it?  Or a person,

5   I should say.

6   A.      Yeah.  I guess if you want to discuss whether

7   will or could or can are important, then I guess you

8   could say that maybe there could be a different verb

9   used.

10           But, in general, it would be very

11  concerning to have medication that's not compounded

12  according to 797 to be applied.  I wouldn't want that

13  personally.

14  Q.      My question to you is, just everything that

15  doesn't -- every technical deficiency in following

16  USP 797 does not result in harm to people?

17           Are you saying that every time you don't

18  follow everything in USP 797, it results in harm to a

19  person?

20  A.      No.  No.

21  Q.      Okay.

22  A.      What I was saying -- I think you are

23  misunderstanding the sentence, because the sentence

24  says:  If USP Chapter 797 guidance is not followed,

25  it can lead to medication contamination, which will

```
 1    cause patient harm and unpredictable drug effects.
 2              So I think you are taking this out of
 3    context, because I'm not saying that every
 4    contamination will cause, but it can lead to
 5    contamination and the contamination will cause.
 6              I mean, if you have a contaminated drug,
 7    there's a very good chance that there will be some
 8    type of an issue.
 9    Q.    So let's go back.  Does every technical
10    deficiency in following USP 797 result in harm to
11    persons?
12    A.    It may.
13              MS. LEONARD:  Asked and answered.
14              THE WITNESS:  I don't have statistical
15    data to state clearly.  My assumption is I don't
16    know.
17    BY MR. SUTHERLAND:
18    Q.    Well, are you saying that every technical --
19    every technical requirement of USP that is not
20    followed in 797 may result in harm to a person?
21    A.    So what I'm saying is it really depends on
22    the technical deficiency.
23    Q.    That's what I'm asking you, all of them.
24              If you don't follow everything in USP 797
25    to the law -- to the letter, will that always result
```

```
 1    in patients or persons being harmed?

 2              MS. LEONARD:  Same objection.

 3    BY MR. SUTHERLAND:

 4    Q.      You can answer.

 5    A.      There is a good potential, but I can't -- I

 6    don't know.

 7    Q.      It would depend on the issue and the

 8    circumstances, wouldn't it?

 9    A.      Exactly.

10    Q.      For example, in the lethal injection context,

11    the object of administering compounded drugs in this

12    case is death.

13              So depending on the specific issues

14    involved, it could result in no issue at all?

15              MS. LEONARD:  Is that a question?

16              MR. SUTHERLAND:  It is a question.

17              THE WITNESS:  What's the question?

18    BY MR. SUTHERLAND:

19    Q.      I'll give it more -- I'll give it more

20    specific context here.

21              How long would it take for a contaminated

22    drug to cause harm to a patient?  How long would you

23    need?

24    A.      I don't understand the question.  It depends

25    on the drug.  It depends on contamination.
```

81234 - Document 184-28 - Reporting Service
www.EliteReportingServices.com

```
 1    Q.      Let's say potassium chloride.  Are you
 2    familiar with potassium chloride?
 3    A.      Yes.
 4    Q.      Okay.  If potassium chloride was
 5    contaminated, say, with an endotoxin of some type,
 6    how long would it take for a person who is
 7    administered potassium chloride to be harmed by the
 8    contamination?
 9    A.      I don't know.
10    Q.      You don't know?  Would it be minutes?
11    A.      I don't know.  I think it depends, because we
12    are talking about endotoxin contamination.
13            Are there particulates in there?  Is it
14    just microbiological-type?  You know --
15    Q.      Do you not know -- do you not know the answer
16    to the question, or are you --
17    A.      I don't think there's enough information.
18    But if you are asking about minutes, I don't know
19    that answer.  I have not -- I can research this, but
20    I do not know.
21    Q.      Yeah.  Do you think that a person that was
22    administered potassium chloride that was contaminated
23    with -- you name the endotoxin, would be harmed
24    within minutes?
25    A.      I don't know the answer to that question,
```

```
1    because I don't know what type of endotoxin.  I don't
2    know what --
3    Q.      I'm asking you about any endotoxin.
4    A.      -- quantity.
5    Q.      Any endotoxin.
6            MS. LEONARD:  I'm sorry.  Just because
7    this has happened a few times, could you please let
8    Dr. Almgren finish her answer before you ask another
9    question?
10           MR. SUTHERLAND:  Sure.
11           THE WITNESS:  Like, what quantity?  You
12   know, at what rate was it given?  I mean, there are a
13   lot of questions that would --
14   BY MR. SUTHERLAND:
15   Q.      Sure.
16   A.      -- have to be answered.
17   Q.      Yeah.  We'll come back to a specific example
18   in a minute.
19           MR. SUTHERLAND:  Let's look at, if we
20   could, Rob, Section 4, which starts on page 5.
21   BY MR. SUTHERLAND:
22   Q.      Just Section 4 that starts with numerical
23   paragraph 12, Dr. Almgren, says:  Unqualified
24   personnel perform tasks in the protocol that should
25   be done by professionals with much more extensive
```

```
 1   training and education in pharmacy related issues.
 2   Do you see that?
 3   A.      Yes.
 4   Q.      And as I read through Section 4, the only
 5   people you mention are the drug procurer and the
 6   executioner; is that right?
 7   A.      Okay.
 8   Q.      Is that correct?
 9   A.      It does appear that way.
10   Q.      Okay.  You don't mention any others.  So I'm
11   asking, are these the two people you are talking
12   about in this section?
13   A.      So these are the two I read the depositions
14   for, and I felt strongly that they were the most
15   issues associated with their practices.
16   Q.      Are there any other people that you do not
17   note in this report?
18   A.      No.  These are the two that I selected were
19   good examples of why I felt very unqualified
20   personnel were performing tasks that they were not
21   qualified to do.
22   Q.      If you had other examples that you thought
23   were significant, would you have put them in here?
24   A.      Potentially, yes.
25   Q.      But you haven't put any others in here?
```

Elite Reporting Services
www.EliteReportingServices.com

```
 1    A.      Right.

 2    Q.      Numerical paragraph 12 says:  The selection

 3    process for the extremely crucial positions of drug

 4    procurer and executioner is not adequate, authorizing

 5    team members who have insufficient medical training

 6    to handle lethal injection chemicals without really

 7    understanding the procedures.  Do you see that?

 8    A.      Yes.

 9    Q.      And your concerns about this particular issue

10    are in this section of your report, correct?

11    A.      Correct.

12    Q.      Are there any concerns that are not in this

13    report?

14    A.      No, these are valid concerns.

15    Q.      Paragraph 13:  The drug procurer lacks the

16    training and professional qualifications necessary to

17    understand how to properly store and handle LICs.

18            If you go to the last -- I won't talk

19    about the middle of that paragraph, but the last

20    sentence says:  This is a highly specialized position

21    that should be held by a person with in-depth

22    training in the listed areas, such as a pharmacist.

23    A.      Are you asking a question?

24    Q.      I'm going to ask you a question.

25            Are you saying that the drug procurer
```

```
 1    should be a pharmacist?
 2    A.      It should be somebody who is qualified to
 3    handle the medications correctly.
 4    Q.      Such as a pharmacist?
 5    A.      Yes.
 6    Q.      Isn't that what you said?
 7    A.      Yes.
 8    Q.      Could a pharmacist administer lethal
 9    injection chemicals professionally?
10    A.      No.  We are not allowed to -- or, we are
11    not -- it depends on your Pharmacy Practice Act, I
12    guess, on the training.  But, typically, no,
13    pharmacists are only allowed to inject things like
14    vaccines or IM injections.
15            Here I'm really referring to somebody who
16    is storing and handling the medications, drug
17    procurer, not somebody who is administering the
18    medications.
19    Q.      Could a layperson be educated and trained to
20    handle compounded sterile products?
21    A.      Potentially, yes, but they need to be trained
22    and they need to, you know, have a set of standard
23    operating procedures, some type of a manual that will
24    be spelling out all of the responsibilities and all
25    of the procedures that they should follow.
```

```
 1    Q.      So the answer is, yes, a layperson can be
 2    trained and educated to do this?
 3    A.      Potentially, yes.  The pharmacist would be
 4    preferred, because as a pharmacist, we have a
 5    training to evaluate things.
 6            You would almost need to have a
 7    consulting pharmacist who maybe would oversee the
 8    operations of this person so you could address
 9    things.
10            Let's say you have issues with the
11    storage conditions.  How would a layperson be able to
12    determine that that was okay or not okay?
13            Is it okay to use the medication or not?
14    How would a layperson know?  A pharmacist would.
15    Q.      You'd have to ask -- you'd have to ask --
16    what if you asked a pharmacist?
17            What if you were -- if you were a
18    layperson trained and you consulted with the
19    pharmacist, would that be good?
20    A.      It depends, because as we discussed earlier,
21    not all pharmacists are really thoroughly trained in
22    this realm, and so they may not have the right
23    answer.
24    Q.      What if a pharmacist is trained and familiar
25    with USP 797, can a person be trained to perform
```

```
 1   these tasks in consultation with a pharmacist?
 2   A.      Sure, you could have a consulting pharmacist
 3   there who would oversee this, yeah.
 4   Q.      And in paragraph 13 you say, in the second
 5   sentence:  Additionally, the drug procurer does not
 6   understand the difference between reagent chemical
 7   and USP grade APIs, regulations surrounding the drug
 8   procurement of controlled substances, drug
 9   substitution process, and how to determine the
10   amounts of drugs needed, or the importance of careful
11   documentation and drug beyond use dating assignment.
12   Do you see that?
13   A.      Yes.
14   Q.      And what are you basing that sentence on?
15   A.      I base it on the deposition of the drug
16   procurer.  Throughout the deposition there are
17   multiple times where he mentioned he was looking at
18   other drugs, and it was apparent from the
19   deposition -- and I would have to go back.  And if
20   needed, I'll be happy to.  We can pull up the
21   deposition and read through, and I can point out what
22   areas concerned me in the sense that he -- I felt
23   that he did not have the qualifications for this
24   position.
25   Q.      But you didn't cite to the deposition
```

1    anywhere?

2                    I mean, you cite to the deposition at a

3    number of places, but you haven't cited to the

4    deposition in particular anywhere in regard to these

5    statements, have you?

6    A.      There were so many instances, they would

7    probably -- I guess, like I said, we can go back and

8    I'll be happy to do that.

9    Q.      Did you cite the specific instances where

10   these issues were -- that you raise?

11                   MS. LEONARD:  Objection, asked and

12   answered.

13   BY MR. SUTHERLAND:

14   Q.      You can answer the question.

15                   You have four or five different comments

16   here, but you haven't cited to a single place in the

17   deposition; is that true?

18   A.      Right.  Well, yes, not in this statement.

19   Right.

20   Q.      In paragraph 14 you say:  The drug procurer

21   lacks attention to detail.  For example, the drug

22   procurer testified that he believed an entry

23   regarding the size of the midazolam vial he made in

24   the drug inventory log was not accurate; is that

25   correct?

```
 1    A.       Right.  Yes.

 2    Q.       Okay.  Have you cited to any other examples

 3    where the drug procurer lacks attention to detail?

 4    A.       Are you asking me if I cited other --

 5    Q.       I'm asking you specific instances that you

 6    can tell me -- you say he lacks attention to detail.

 7    You cited one.

 8               Do you have other specific items, and

 9    where are they?

10    A.       I will be happy to go -- can we open the

11    deposition, and I will point them out.

12    Q.       Well, if we had much longer, we would do it.

13    Unfortunately, we don't have enough time for you to

14    go back and read the deposition.

15               Do you consider this to be a significant

16    lack of attention to detail in the first sentence --

17    or second sentence of paragraph 14?

18    A.       Yes.  I mean, it appears that -- you know,

19    these are important.  This is one of the most crucial

20    information about a drug, is the size of the

21    medication, the beyond use date.

22               Those are -- I mean, if you don't keep a

23    proper record of that, those are -- that's important.

24    The handling of the medication, that is his job, is

25    to procure and maintain the medication.
```

```
 1                  I mean, I'm not sure what other
 2     responsibilities this person has, but if this person
 3     is a drug procurer and his responsibility is to
 4     maintain the records, the number one responsibility
 5     should be his number one concern, maintain accurate
 6     and correct records.
 7     Q.      My question for you is:  Do you consider this
 8     lack of attention to detail to be a significant lack
 9     of attention to detail; yes or no?
10     A.      Yes, this and there are many other examples
11     throughout his testimony.
12     Q.      Okay.  You cited to this one and you don't
13     cite to any others; is that correct?
14     A.      Correct.
15     Q.      If you thought they were significant, why
16     didn't you cite to them and put them in the report?
17     A.      Just it would be a lot of notes.  I just kind
18     of summarized it and pulled an example.
19     Q.      Are there anymore significant lack of
20     attention to detail that you think should be in here?
21     A.      No, that's a good example.
22     Q.      I'm asking you if there are -- if there are
23     numerous examples of the drug procurer lacking
24     attention to detail that you think material, don't
25     you think they should be in here?
```

B1234 - Deanne 18 Reporter 03/17/22 Page 149 of 285 PageID #: 14406
www.EliteReportingServices.com

```
 1    A.      No.  I just demonstrated as one example.  I
 2    mean, it's just a general statement.  Yes, we can go
 3    back and look at the testimony and I'll point out a
 4    handful of others.
 5              I just felt that, you know, I'll show an
 6    example of how -- what are some of my concerns.  And
 7    I felt that this one was -- you are asking if this
 8    one is a significant one, that is significant.
 9              As I stated earlier, if you are a drug
10    procurer maintaining the records, this is what your
11    responsibility is, so shouldn't you maintain the
12    records accurately?
13    Q.      Paragraph 15 you start talking about the
14    executioner, so that's all, as I read your report,
15    that you have noted on the drug procurer; is that
16    fair?
17              You don't think there are any others
18    other than those two paragraphs, 13 and 14?
19              MS. LEONARD:  Objection, form.
20    BY MR. SUTHERLAND:
21    Q.      Are there any other paragraphs or information
22    where you are discussing the drug procurer, to your
23    knowledge?
24    A.      I will have to look.  I do not know off the
25    bat.  Let me take a look at the document.
```

```
1    Q.       Paragraph 22.

2    A.       We discussed this further in Section 6.

3    Q.       I'm talking about Section 4.

4    A.       So you are looking only for the answer in

5    Section 4; I got you.

6    Q.       This is where you say:  Unqualified personnel

7    perform tasks.  And you talk about the drug procurer

8    in two paragraphs.

9            And I'm asking you, are there are any

10   other paragraphs in this section where you talk about

11   the drug procurer?

12   A.       No.  I believe the rest are focused on the

13   executioner.

14   Q.       In paragraph 15 you say:  The executioner

15   should be assigned to a person with medical or

16   pharmacy training.

17           What type of person are you talking

18   about?

19           MS. LEONARD:  Objection to the form.

20           THE WITNESS:  So it would -- you know, a

21   pharmacy technician or pharmacist would be more

22   appropriate to prepare the medication, and to

23   administer, probably a nurse or somebody on that

24   level of training would be more appropriate.

25   ///
```

```
 1    BY MR. SUTHERLAND:

 2    Q.      Could a nurse ethically administer lethal

 3    injection chemicals?

 4    A.      I don't know.  Is that a question as in --

 5    Q.      Yeah, I'm asking you.

 6            Could a nurse -- could you ethically

 7    administer lethal injection chemicals?

 8    A.      Me as a pharmacist?

 9    Q.      Yes.

10    A.      No, I'm not qualified.  I could prepare them,

11    but I cannot administer.  The fact is I am only

12    allowed IM injections.

13    Q.      So I guess my question is, doctors take a

14    Hippocratic oath not to -- to do no harm, right?  Do

15    you take a similar oath?

16    A.      Yes.  We take a pharmacist's oath, oath of a

17    pharmacist, yes.

18    Q.      So could a pharmacist administer lethal

19    injection chemicals that would result in the death of

20    a person?

21    A.      Well, it would depend if the pharmacist is

22    retired, not practicing anymore.  I mean, I'm

23    assuming there are.

24    Q.      Okay.  You are saying somebody who is not

25    practicing?
```

```
 1    A.       Sure.

 2    Q.       Okay.  It would have to be a nonpracticing

 3    medical professional, is that what you are talking

 4    about?

 5    A.       That would be a good example.

 6    Q.       Okay.  Can a layperson be trained and given

 7    instructions on preparing and administering lethal

 8    injection chemicals under the protocol?

 9    A.       They can be, but it has to be a lot more

10    detail than what the people that were involved here

11    have.  You need to have more extensive training,

12    significantly more extensive training.

13    Q.       Tell me what more extensive training you

14    think needs to be provided.

15    A.       For the executioner?

16    Q.       Yeah.

17    A.       Or the procurer?

18    Q.       The executioner.

19    A.       So my recommendation would be to have a

20    pharmacy technician prepare the medication, somebody

21    who is familiar with how the medication should be

22    handled aseptically.

23             If you care to have a pharmacy technician

24    prepare the medications, then a layperson that goes

25    through a thorough training, perhaps a pharmacy
```

EliteReporting Services, LLC 615-595-0073
www.EliteReportingServices.com

```
 1   technician course in aseptic technique, not just a
 2   random pharmacy technician course, but maybe an
 3   aseptic technique course, could potentially be
 4   trained.
 5   Q.      So let's back up.  Let me back up a second.
 6            We are talking about what training a
 7   layperson needs to administer, prepare and administer
 8   the lethal injection chemical, so I want you to tell
 9   me what training they need to have.
10   A.      Right.  So my recommendation would be a
11   pharmacy technician training to compound, to put
12   medications together to prepare the doses.
13            And then for administration, some type of
14   a nurse or something that will in detail prepare you
15   how to prepare the medications, how to administer the
16   medications.
17   Q.      And what would that -- what would that
18   administration training involve?
19   A.      The basics of how to handle the medication,
20   administer.  I'm not a nurse, so I really cannot
21   recommend a specific -- I can make recommendations on
22   the pharmacy side.
23            I cannot make specific recommendations
24   for a level of training on the nursing side, but it
25   should be somebody who has some type of training that
```

Case 3:18-cv-01234-Document 18-28-Filed 03/17/22-ePage 154 of 287-PageID #: 15411
B1234 - Brentwood Reporting Service (615) 595-0073
www.EliteReportingServices.com

1    qualifies them to handle and administer medications

2    appropriately.

3    Q.      So tell me what would be involved in the

4    pharmacy tech training in terms of preparing that you

5    think they need to be aware of.

6    A.      Number one, aseptic technique; how not to

7    touch critical sites; how to accurately handle

8    medications.  There are certain procedures, and I

9    teach -- I teach these courses.

10            So, I mean, it's a really long list, but

11    it includes things like how you reconstitute

12    medications; how do you know if you have a correct

13    volume; how do you equilibrate pressure within the

14    vial and, you know, the solution when you are, you

15    know, pulling up a certain amount or reconstituting.

16    You know, these kind of really basic skills that you

17    need, you know.

18            How do you assure that the medication

19    will not be contaminated?  How do you handle the

20    syringe and needle, you know?  How do you hold it?

21            I mean, they seem like simple things, but

22    they are not.  You know, what our instincts naturally

23    tell you how we handle things is very different when

24    we handle sterile preparations.

25            You know, the way you even attach the

Case 3:18-cv-01234-Document 184-20 Filed 05/17/22 Page 155 of 287 PageID #: 10412
Elite Reporting Services
www.EliteReportingServices.com

```
 1    needle to the hub, there is a technique for that.
 2    The way that you inject.  What can you hold when you
 3    are pushing the needle into an IV bag.  What can you
 4    touch when you are handling the vial?
 5              I mean, those are very -- like I said, it
 6    sounds simple to a lay person because it seems like a
 7    no-brainer, but it is not.
 8    Q.     What in terms of preparation did you -- what
 9    issues did you see with the way that the executioner
10    described how he handled and prepared the
11    medications?
12    A.     Right.  Well, there was a number of things
13    from his description that were incorrect.
14    Q.     Are you -- have you put them in there in the
15    report?
16    A.     Yes.  Yes, so --
17    Q.     Let's go -- hold on a second, I want to go
18    through some of them.
19              In paragraph 16 you talk about, as I
20    understand it -- and correct me if I'm wrong.  This
21    has to do with preparing the vecuronium bromide or
22    drawing the vecuronium bromide and potassium chloride
23    into syringes two hours before execution; is that
24    fair?
25    A.     Yes.
```

1    Q.      You understand the midazolam in lethal

2    injection executions has been drawn into syringes

3    right before its use?  Have you ever seen that?

4    A.      Yes.  I'm not sure why was there a difference

5    in the person administering the midazolam versus the

6    other medications.

7    Q.      Let's talk about this.  So the reason for

8    that is, you are saying under USP 797 -- well, let's

9    talk about this.

10            The vecuronium bromide is not a

11   compounded preparation?

12   A.      Correct.

13   Q.      All right.  But you are saying drawing it

14   into the syringe makes it immediate use?

15   A.      Correct, because it is not prepared inside of

16   an ISO Class 5 environment.

17   Q.      Right.

18   A.      So if you had a sterile hood, you could

19   extend it beyond use date.  But if it's prepared

20   what's considered bedside, you will need to use it

21   immediately.

22   Q.      And "immediately" is what?

23   A.      Within one hour.

24   Q.      Within one hour.  So we are talking about

25   vecuronium bromide and potassium chloride, right?

```
 1    A.      Right.

 2    Q.      What is your specific concern about waiting

 3    two hours to administer 100 milligrams of vecuronium

 4    bromide?  What's the specific concern?

 5    A.      We don't know the storage conditions of the

 6    preparation.  Is it laying in the room?  What's the

 7    temperature of the environment?  Has it been exposed

 8    to any temperature?

 9            I mean, you start having degradation the

10    moment you are constituting the vial.

11    Q.      So if it was -- if syringes -- if 100

12    milligrams of vecuronium bromide was in a syringe at

13    room temperature for an extra hour, what would be

14    your specific concern that could happen?

15    A.      There might be microbial contamination.

16    Q.      What kind of microbial contamination?

17    A.      Stemming from improper -- I guess not even

18    improper; just compounding in a non-ISO Class 5

19    environment.

20    Q.      Drawing it into the syringe?

21    A.      Right.

22    Q.      Okay.  What type of contamination are you

23    talking about?

24    A.      So when you are compounding outside of the

25    ISO Class 5 environment, you basically are talking
```

Elite Reporting Services
www.EliteReportingServices.com

1    about compounding in the open with no protection from

2    any kind of a contamination.

3            So when you -- as opposed to if you

4    compound in a cleanroom in a hood, you have a HEPA

5    filter in front of you and you have laminar airflow

6    that's coming at you of the sterile HEPA-filtered

7    air, right?

8            So when you are compounding in a hood,

9    you have this ultra-clean air that's basically

10   washing all over your sterile sites, over your

11   critical sites, so there should be no presence of any

12   bacteria or any chemicals or any kind of particles,

13   because it is a particle-free HEPA-filtered air.

14           When you are compounding at bedside, you

15   know, you are in the air.  Just because I don't see

16   dust, it doesn't mean that it is dust free.  There is

17   dust.  There are microbial type of contaminants;

18   maybe a tiny hair.

19           I mean, there's a lot more going on in a

20   nonclassified or unclassified space when we are

21   talking about compounding.  And so --

22   Q.      When you are talking --

23           MS. LEONARD:  I'm sorry.  Scott, can you

24   let her finish, please.

25   ///

Case 3:18-cv-01284-Document 184-28  Filed 05/17/22  Page 159 of 285  PageID #: 10416
Brentwood Reporting and Video Conference  (615) 595-0073
www.EliteReportingServices.com

```
 1    BY MR. SUTHERLAND:

 2    Q.      Yeah.  When you are talking about compounding

 3    in this context, you are talking about drawing it

 4    into the syringe?  Is that what you are saying?

 5            You are using the word "compounding."

 6    Are you talking about when you draw it into the

 7    syringe?

 8    A.      Yeah, reconstituting.

 9    Q.      So I heard what you just said.  My question

10    to you is:  What would be your -- okay.  You say a

11    hair or something like that.

12            My question is:  What would you expect to

13    be the specific -- a specific problem that would

14    occur by leaving it in there an extra hour?

15    A.      Potential for contamination.

16    Q.      Okay.  And what kind of contamination would

17    you be afraid that might happen?

18    A.      Any kind; chemical.  Could be a particular.

19    Could be microbial.

20    Q.      Okay.  And that vecuronium bromide that

21    gets -- 100 milligrams that gets injected into the

22    inmate, what would be your concern about that,

23    assuming that that individual was going to be

24    administered a lethal dose of potassium chloride

25    within a very short period of time after that?
```

Case 3:18-cv-01234-Document 184-28 Filed 05/47/22-ceBage 160 5 295 PageID #: 15417
Elite Reporting Services
www.EliteReportingServices.com

1  A.     I don't know, because I don't know what type

2  of contamination could happen because the environment

3  is not controlled.

4  Q.     So your testimony is you think that there's

5  contamination that could occur?

6              And it's the same with the potassium

7  chloride, you are saying that you think that there

8  could be contamination of the potassium chloride and

9  the vecuronium bromide that would have an effect on

10 the inmate, even though they were going to be dead

11 within five to eight minutes?

12 A.     Well, it's the unpredictability that's the

13 concern.  You don't know what could happen, because

14 you don't know what type of a contamination could

15 happen.

16             You don't know what type of, you know --

17 what could be in the vial, so how could you with

18 certainty say that it's going to work?  You don't

19 know.

20 Q.     We are talking about sterility?  That's what

21 we are talking about, right?

22 A.     I did mention you could have a physical or

23 chemical contamination as well when you are working

24 in an unclassified space.

25 Q.     Would you expect the vecuronium bromide and

Elite Reporting Services
www.EliteReportingServices.com

1    the potassium chloride, would you expect there to be

2    a potency or sterility problem by being in the

3    syringe an extra hour?

4    A.        There could be.

5    Q.        I'm asking you, would you expect there to be?

6    A.        That's a very confusing question, because it

7    would really depend on the conditions of how the drug

8    was prepared and stored and who prepared it and how

9    it was laying for an hour.

10               I would be very concerned if the room was

11   warm; if the person touched critical sites.  If

12   the -- you know, if there's a potential for

13   contamination as in, you know, in the room, if the

14   room was maybe dirty.

15               So there are a lot of -- I can't answer

16   with certainty because I'm not given enough

17   information to make that statement.

18   Q.        Well, let me ask you this.  In just an

19   average room like at a prison with room temperature,

20   would you expect an extra hour of the vecuronium and

21   the potassium chloride -- would you expect, in your

22   professional opinion, there to be a problem with the

23   potency or sterility of those medications?

24   A.        Well, it depends on who prepared it.  Was it

25   a drug preparer who was touching the critical sites

Case 3:18-cv-01234-Document 184-20 Filed 03/17/22  Page 162 of 287 PageID #: 16419
E1234 - Brentwood Reporting Services
www.EliteReportingServices.com

1    as he was preparing it?

2    Q.      I think what I'm wanting to know is, would

3    you expect that those drugs aren't going to do what

4    they are supposed to do, which is paralyze and stop

5    the heart?

6            For sitting in there for an extra hour,

7    would you expect they are not going to perform what

8    they are supposed to do?

9    A.      Again, I think the question really is, when

10   they were reconstituted, how were they handled.  Are

11   we talking about -- okay, you said they will be in a

12   proper room temperature, but who handled them and how

13   were they prepared?

14           If you had a drug procurer handling them

15   where he's touching the needle in the critical sites

16   and there's a really strong potential that the

17   medications will be contaminated, then I would be

18   concerned.

19   Q.      My question to you is, based on what's

20   paragraph 16 in your report, which the paragraph 16

21   says that there is a problem because these drugs

22   weren't administered within an hour.

23           And I'm asking you, if they are

24   administered within two hours, would you expect they

25   are not going to have the effects that you would

Case 3:18-cv-01234-Document 184-28  Filed 05/17/22  Page 163 of 285 PageID #: 16420
ELITE-Brentwood Reporting Services
www.EliteReportingServices.com

1    normally expect from vecuronium and potassium

2    chloride?

3    A.      So from the pharmacy practice perspective, I

4    would not use them.  We do not use expired

5    medications on patients.

6    Q.      That's not my question.  My question is:

7    Based on the time alone, would you expect that these

8    drugs will not do what they are supposed to do?

9    A.      I would not know that.  It would have to be

10   tested to see what happened.  And that's why I would

11   not use them.

12           You see, those guidances in USP are there

13   for a reason.  The reason that the USP cites and says

14   they should not be used after an hour, there

15   obviously must have been examples when the one hour

16   was sufficient amount of time to degrade the

17   medication, and so that's what I go by.

18           The chapter says that you cannot use them

19   after an hour.  It's a simple guidance that you

20   followed.

21   Q.      My question to you is:  Do you expect, based

22   on your experience and your knowledge of these drugs,

23   would they do what they were supposed to do, sitting

24   in a syringe for an extra hour?

25           MS. LEONARD:  Objection, asked and

Elite Reporting Services
www.EliteReportingServices.com

1    answered.

2    BY MR. SUTHERLAND:

3    Q.      Do you have an opinion?

4    A.      I don't, because truth be told, there is not

5    enough information for me to make that decision.

6    Q.      You said that -- your paragraph 16 says

7    there's a problem with them being expired.  I get

8    that.

9             My question is, okay, generally speaking,

10   would you say, in the absence of anything else, would

11   the presence in the syringe just for an extra hour

12   make them not do what they are supposed to do?

13   A.      You know, you say an extra hour as if it

14   didn't matter.  But, you know, one hour extra is

15   double the time of what the expiration was.  The

16   expiration was set to one hour, and now we are

17   talking about two hours.

18            So if the USP said not to use it after an

19   hour, I certainly wouldn't use it after it's sitting

20   in a syringe for two hours.

21            Keep in mind also, let me just bring this

22   up as well because this is also concerning, is that

23   the syringes that these medications are compounded

24   in -- not compounded, reconstituted and pulled up in,

25   those syringes are meant for delivery.

1    They are not meant to store the

          2    medications.  So they are not airtight.  They are

          3    not, you know, completely enclosed like a container

          4    would be, like a glass vial.  You know, a glass vial

          5    is sealed.  The syringes are not airtight.

          6    Q.    Is the fact that -- isn't the fact -- are you

          7    aware of how many lethal injection executions

          8    Tennessee has done since 2018, Dr. Almgren?

          9    A.    No, I'm not aware of how many.

         10    Q.    Are you aware that there have been lethal

         11    injection executions since 2018?

         12    A.    I have not looked, so I cannot say that I do.

         13    Q.    Are you aware that this protocol has been

         14    used since 2018?

         15    A.    Yeah.  I mean, of course, yes.  If you are

         16    asking whether I know that there have been

         17    executions.  I guess I missed -- maybe I didn't come

         18    across clear.

         19    Q.    Okay.

         20    A.    I'm aware that the protocol has been used

         21    and, yes, I'm aware that the lethal injection has

         22    been used.  Yes, that's true.  I have not looked

         23    specifically at how many.  I think that's what

         24    stopped me a little bit.

         25    Q.    In paragraph 17 you say:  The executioner

Case 3:18-cv-01234-Document 18-28 Filed 05/17/22 Page 166 of 287 PageID #: 16423
Elite Reporting Services
www.EliteReportingServices.com

```
1    does not have any special advanced aseptic technique
2    training.
3              And I guess what I would want to know is,
4    again, in the context of a lethal injection execution
5    where death is going to occur within 15 minutes, what
6    is your specific concern about aseptic training?
7    A.      Well, my concern is that you may end up
8    contaminating the products and they will not act as
9    they are expected to.
10             If that happens, okay, maybe the final
11   effect will be what it is.  However, it's the time
12   before that happens, mainly through suffering, pain,
13   because of potentially the medication is taking
14   longer than they should to act, maybe causing severe
15   irritation because they are contaminated.
16             Those are all factors that play into the
17   fact that you have a person who is preparing a
18   medication who is not qualified, and so they really
19   are not taking all of the precautions and all of the
20   proper steps.
21   Q.      Let's use the specific example that you talk
22   about in paragraph 19, the executioner describes how
23   he cleans the needle.
24   A.      Yes.
25   Q.      This is completely an inappropriate and
```

Elite-Reporting Services • (615) 595-0073
www.EliteReportingServices.com

1    incorrect aseptic technique, in violation of

2    USP 797.  The needle is sterile when taken out and

3    should not be touched.

4               So if the needle was touched with -- if

5    it was touched with a saline alcohol swab, what would

6    you expect the result or the effect of that to be on

7    the medication?

8    A.       No, it's a terrible practice.  This is

9    totally unacceptable.  And if I saw any of my

10   students or pharmacy technicians do that, they would

11   fail the course or be fired.  It's step one of

12   learning proper aseptic technique.  You do not touch

13   sites.

14              They are critical sites, and you are

15   really increasing potential for contamination in that

16   point, because -- for example, so you say he's,

17   perhaps, using alcohol wipe to wipe the needle.  But

18   is it a sterile alcohol wipe?

19              You know, they sell the alcohol wipes

20   that are nonsterile.  So you want to make sure they

21   are sterile alcohol wipes, because the nonsterile

22   alcohol wipes actually sometimes contain spores.

23              The second concern itself is, so you are

24   wiping the needle with alcohol.  So now the needle

25   has alcohol on it, so when you are injecting and

Case 3:18-cv-01234-Document 184-28 Filed 05/17/22 eRage 168 of 287 PageID #: 16425
B1234-Document Reporter Acceptance 165 of 295-Filed #: 164
www.EliteReportingServices.com

1    pushing the needle into the vial, now you are

2    introducing remnants of the alcohol into the

3    solution, so you are contaminating it further with

4    the alcohol, potentially.

5              Another concern is now the needle is wet

6    because it is wet from the alcohol wipe.  So now it's

7    sort of sticky, and so even better chance for, I

8    don't know, dust particles, maybe, I don't know, any

9    kind of a little particle that's floating around in

10   the air sticking to the needle and being introduced

11   into the solution.

12   Q.      What would you --

13   A.      Also -- I'm sorry.  Also, the alcohol wipe

14   itself has fibers because it is woven, and so the

15   fibers themselves may attach themselves to the

16   needle, and they can also introduce into the

17   solution.

18   Q.      What would you expect the type of

19   contamination to be that could result?  Give me some

20   examples.

21   A.      Alcohol, dust particles, fiber from the

22   cloth.

23   Q.      My question is:  What would you expect the

24   results of that contamination to be on the

25   medication?

1    A.      So alcohol -- I do not know, because I have
2    not looked into this part.  But I wonder if the
3    alcohol itself, if it is isopropyl alcohol, if that
4    would potentially react with the chemicals in the
5    injection and maybe partially degrading some of them.
6    I don't know.  I can't say.  Dust.
7    Q.      What else?
8    A.      Dust particles could be introduced, and they
9    can cause occlusion of the blood vessel.  Fiber, the
10   same thing.
11           Chemicals, let's say something was
12   floating in the air and it had some type of -- you
13   know, maybe they cleaned right before and there are,
14   you know, particles of cleaner still floating in the
15   air, that can be introduced.  So you could have
16   chemical contamination from just picking up things in
17   the air, dust particles, fiber.
18           I mean, there are a lot of different
19   potential.  Again, you are working in an unclassified
20   space.  And I'm not sure how clean the prison is, but
21   my assumption is it's probably not extremely clean.
22           So my assumption is that there's a very
23   good potential for dust and dirt and microbial
24   contamination being in the air just from the nature,
25   probably fungus.  I mean, it's all probably floating

Case 3:18-cv-01234-Document 184-28 Filed 05/17/22 Page 170 of 287 PageID #: 16427
B1234 - Deanna Brown - Reporting Excellence (615) 595-0073
www.EliteReportingServices.com

```
 1    in the air.
 2               Have there been any studies done on the
 3    air quality?  Potentially not.
 4    Q.       Yeah.  Have you been presented any
 5    information about air quality of the prison?
 6    A.       No.  And that would be something that would
 7    be useful.
 8    Q.       In paragraph 22 you talk about visual
 9    inspection.
10    A.       Yes.
11    Q.       Is this the type of visual inspection you
12    always perform?
13    A.       Yes.  So when you prepare a sterile compound,
14    you need to perform visual inspection.  So there's a
15    specific procedure that you need to follow.
16               So you look at the product.  You look --
17    you are supposed to look against the light background
18    and against the black background so you can detect
19    any particles in contrasting colors.
20               So then you are supposed to flip over the
21    syringe or vial, whatever you are compounding, or
22    bag.  Not too violently, because you may create air
23    bubbles forming.  So you want to flip it over in kind
24    of a slower motion and just watch for any kind of a
25    particle.
```

**81284 - Document 184-28 Reporting Service Filed 05/17/22 Page 171 of 287 PageID #: 16428**
**www.EliteReportingServices.com**

1           So it is a procedure that, again, we

2    teach in a sterile compounding course to make sure

3    that those who prepare sterile compounds know how to

4    prepare them.

5    Q.      Are you talking about the compounding

6    process?

7    A.      Oh, every constitution when you get ready --

8    during compounding or during reconstitution when you

9    are getting ready to -- you know, whenever you have a

10   finished product.

11   Q.      Is it your opinion that in hospitals,

12   whenever healthcare professionals are administering

13   compounded injectables, that they do this -- that

14   they hold it up against white and black all of the

15   time?

16   A.      So keep in mind that this is a different

17   scenario.  So it's one thing when in the hospital I

18   compounded it in our downstairs pharmacy, and then I

19   send it to the floor.  So the nurse is getting the

20   product within a few minutes, maybe.

21           You know, so I have done the examination.

22   It has not been stored.  It has not been sitting

23   around.  Or even if it has, it's a relatively short

24   amount of time.

25           And the nurses still do look.  They don't

Elite Reporting Services
www.EliteReportingServices.com

1    do the black and white background, but if you had a

2    procedure during which you have reconstituted or

3    compounded the product, you definitely need to

4    perform a visual inspection, because you are not sure

5    that all of the drug -- like let's say if it's a

6    reconstitution, has all of it gone to solution?  You

7    need to perform visual inspection.

8    Q.      You specifically mentioned in paragraph 22

9    that you are aware that the executioner does perform

10   a visual inspection of these chemicals, aren't you,

11   from his testimony?

12   A.      I thought he said that the color of the drug

13   is not a large focus of mine.  I have that stated in

14   a statement.

15           So it appears that if he does it, he

16   really doesn't look for the attributes that he's

17   supposed to.  I don't know that he really knows what

18   goes into doing a visual inspection.

19   Q.      And you say:  The absence of this procedure

20   using the black and white background during the

21   executioner's sterile preparation is very concerning,

22   as there have been issues with the potassium chloride

23   prepared for TDOC falling out of solution?

24   A.      Correct.

25   Q.      What specific issues are you referring to?

Case 3:18-cv-01234-Document 184-28 Filed 05/47/22 Page 173 of 287 PageID #: 10430
Elite Reporting Services
www.EliteReportingServices.com

1    A.      So there were in the reports statements where

2    they had issues with preparing the potassium

3    chloride, and the potassium chloride had fallen out

4    of solution.

5    Q.      At the pharmacy?

6    A.      Yes.  That can happen because it's a very

7    concentrated solution of potassium chloride.  So

8    those types of -- you know, it's not a good thing,

9    but it can happen.

10           There are other drugs that fall out of

11   solution sometimes, and so this is where it's very

12   important that you examine the solutions prior to

13   injecting.

14   Q.      You are not aware of any situation where the

15   potassium chloride has fallen out of solution at the

16   Department of Corrections after it's been received,

17   are you?

18   A.      Well, the executioner is not performing a

19   visual inspection.  So, obviously, I only can use the

20   records that I have.  So if he is not performing a

21   visual inspection, how would I know?

22   Q.      Are you aware of any compounded potassium

23   chloride that's gone to the Department of Corrections

24   that has fallen out of solution?

25   A.      Again, how would I know when it's not being

Case 3:18-cv-01234-Document 18 Regported Filed 05/17/22 cePage 174 of 285 PageID #: 10431
B1284 - Brentwood Reporting Service
www.EliteReportingServices.com

1    examined?  I'm not at the Department of Corrections,
2    so I do not see the products.
3              So if the drug procurer and the
4    executioners do not perform the visual inspection,
5    then they don't -- then there is no record of it.  It
6    doesn't mean it didn't happen, it's just that they
7    have not looked.
8    Q.      Now, the records show that there were samples
9    that were prepared, or batches that were prepared
10   that may have fallen out of solution, but you don't
11   have any information that any potassium chloride that
12   have fallen out of solution was ever sent to the
13   department, do you?
14             You are not saying that the pharmacist
15   sent the TDOC potassium chloride that had fallen out
16   of solution, are you?
17   A.      I would have to go back and look and see what
18   exactly this statement from the procurer said,
19   because I do see in my statement that there have been
20   issues with potassium chloride prepared falling out
21   of solution.
22             And I do remember a procurer stating that
23   that was the case.  And, of course, the pharmacist
24   did as well.  So I would need to go back to that
25   statement and see what exactly was said.

EliteReportingServices.com
www.EliteReportingServices.com

```
 1   Q.      Do you think that the Department of
 2   Corrections has been sent potassium chloride that has
 3   fallen out of solution at the pharmacy?
 4   A.      How would I know?  I don't know.
 5   Q.      I'm asking you, based on what you reviewed,
 6   do you think that they have sent --
 7   A.      Well --
 8   Q.      -- potassium chloride that's fallen out of
 9   solution?
10   A.      So let me just point out another thing that
11   can happen.  What can happen sometimes --
12   Q.      Answer my question first.  Do you think that
13   the pharmacist has sent potassium chloride to the
14   department that has fallen out of solution based on
15   what you reviewed?
16   A.      So they can send the solution that maybe does
17   not have a precipitant.  But by the time it gets to
18   the Department of Corrections --
19   Q.      You are not answering --
20   A.      -- the solution.
21   Q.      Stop.  Stop.  You are not answering my
22   question.
23   A.      Why can't I finish my statement?
24   Q.      Well, because you are not answering my
25   question.
```

ELITE-Brentwood Reporting Services (615) 595-0073
www.EliteReportingServices.com

```
 1              I'm asking you first:  Do you have any
 2    information that the pharmacist in this case sent the
 3    Department of Corrections any potassium chloride that
 4    had fallen out of solution?
 5    A.      So this is a tricky question, because I do
 6    not know which batches were sent to the Department of
 7    Corrections --
 8    Q.      I'm asking you if you know if they have.
 9              MS. LEONARD:  Please let her finish her
10    answer.
11              MR. SUTHERLAND:  She is not answering my
12    question.  I'm asking her to answer my question.
13              MS. LEONARD:  I think she is trying to
14    answer the question.  If you could let her finish,
15    then we could see.
16              This has happened now two or three in a
17    row.  Could you please let her try to finish?
18              THE WITNESS:  So what I was saying is I
19    do not know which batches were exactly sent to the
20    Department of Corrections, because I see the quality
21    records from the pharmacy, I saw the pharmacist's
22    statement that they had issues, but as to which
23    specific batches were sent and received, those
24    records are marked out, and I really cannot see which
25    lot number corresponds to which product and if there
```

1    were any quality issues.

2              So long story short, I do not know the

3    answer to your question.  And to elaborate further,

4    sometimes you can send a product that maybe in a

5    pharmacy appears fine, but during the transport, if

6    it's maybe exposed to inappropriate temperatures,

7    maybe too high or too low, it may precipitate by the

8    time it comes to the customer.

9    BY MR. SUTHERLAND:

10   Q.      So I'm going to ask you to answer my

11   question, which is:  Do you have any information that

12   the pharmacist that compounds potassium chloride for

13   the Tennessee Department of Corrections has sent

14   potassium chloride that has fallen out of solution to

15   the department?

16   A.      No, because I don't have enough -- any

17   records to review specific to that.

18   Q.      When a medication falls out of solution, what

19   do you do with it?

20   A.      So it depends on the type of medication.

21   Some medications, when they fall out of solution, you

22   can't really reconstitute.

23              As in the precipitant stage, it degrades

24   the medication, and that's -- typically most of the

25   time we do not use it.

```
 1                 There are some medications where

 2     precipitation is common, and so the dose we might be

 3     able to reconstitute or whatever and it can be

 4     corrected.  But a lot of medications, once you have

 5     the precipitant, you would not use it.

 6     Q.        You don't know what they did with it here?

 7     A.        No.

 8     Q.        Okay.  If we could look at Section 5 of

 9     Number 4, it says:  Instructions for lethal injection

10     chemicals preparation are not detailed and specific

11     enough, and may result in the administration of the

12     wrong dose.

13                 In paragraphs 23 and 24, are you talking

14     about the instructions for preparation of midazolam

15     and potassium chloride?

16     A.        Right.  So from the depositions it appeared

17     that obviously in the protocol you have some standard

18     directions on how to prepare, but there were also --

19     what was mentioned in the depositions was that the

20     pharmacy would actually send a document on how to

21     properly reconstitute or prepare the medication, so

22     they had a separate document that was dealing with

23     specific medications.

24     Q.        So I'm going to ask you the question again.

25     Are you talking about the midazolam and potassium
```

1    chloride instructions --

2    A.      Let me look.

3    Q.      -- in paragraphs 23 and 24?

4    A.      I believe it's both.

5    Q.      Okay.  Did you review those instructions?

6    A.      Yes.

7    Q.      The written instructions?

8    A.      Yes.

9    Q.      Well, can you tell me what the specific

10   concerns you had about each specific instruction?

11   A.      So I don't have concerns as in the

12   instructions alone.  My concern is that when you have

13   instructions coming with the medications, what if

14   the -- what if a mix-up happens and you don't have

15   the correct instructions and using instructions from

16   the older drugs, because it appears that they had

17   vials from different batches.

18           And so you would want to make sure that

19   you are using the proper instructions in the product

20   that it came with.

21   Q.      Do you have any problems with the

22   instructions you reviewed?

23   A.      No, they were specific to the product.

24   Q.      Okay.  So of the instructions you reviewed of

25   midazolam and potassium chloride, you had no problem

Case 3:18-cv-01234-Document 18 Regording Filed 05/17/22 cePage 180 of 287 Page ID #: 10437
Elite Reporting Services
www.EliteReportingServices.com

```
 1   with the instructions?

 2   A.      Well, I do have a problem in the sense that

 3   they are written more for a professional.  They

 4   really should be broken down in much smaller and more

 5   pointed steps, because I feel like the executioner

 6   who prepares the medications may not be really

 7   familiar with all that goes into drug preparation,

 8   could probably benefit from having more detailed

 9   instructions.

10   Q.      What detail would you want to be in there

11   that's not in there?

12   A.      Can you open the instructions, and I'll tell

13   you?

14   Q.      I don't have them.  I'm wondering -- I'm

15   looking at your report and I'm trying to figure out

16   what specific problems you have with the

17   instructions.

18   A.      I mean, I think they are summarized from --

19   yeah, I think they were just summarized by the

20   executioner.

21   Q.      There were written instructions provided --

22   A.      In the protocol, yes.

23   Q.      No.  There are separate written instructions.

24   A.      Yes.  Right.

25   Q.      Have you seen those?
```

```
1    A.      I'm trying to remember.  I thought I did.  I
2    thought I saw something, but I'm not a hundred
3    percent sure.
4              MS. LEONARD:  I think maybe it would be
5    helpful if we pulled up the document that you are
6    talking about so we can make sure we are all talking
7    about the same thing here, please.
8              MR. SUTHERLAND:  I don't have -- I don't
9    have it.  Do you have it, Lynne?
10             MS. LEONARD:  I do, yeah.  Would you like
11   me to send that over to you?
12             MR. SUTHERLAND:  Sure.  Actually, just
13   send it to Rob.  Send both of them, if you can.
14             MS. LEONARD:  It might take me a second
15   to find them here, but I'm looking.  I know I do have
16   them.
17             MR. SUTHERLAND:  I think they were in
18   like the first 15 exhibits of you-all's deposition
19   exhibits.
20             MS. LEONARD:  Yeah.  Midazolam and the
21   potassium chloride, that's what you need?
22             MR. SUTHERLAND:  Yeah.
23             MS. LEONARD:  I should send them just to
24   Rob right now?
25             MR. SUTHERLAND:  Yeah.  You can send it
```

```
 1    to both of us.
 2              MS. LEONARD:  I'll copy Alex.  Do you
 3    want me also to send them to Dr. Almgren and send
 4    them back --
 5              MR. SUTHERLAND:  No, you can send them to
 6    her so she can see them.
 7              MS. LEONARD:  Great.  I just wanted to
 8    make sure that we are talking about the same
 9    documents here.
10              MR. MITCHELL:  I received them.  Thank
11    you, Lynne.
12              MS. LEONARD:  Sure thing.  And I also
13    just sent them to you, Dr. Almgren.  It may take a
14    minute with the delay, but hopefully everyone can
15    pull them up soon.
16              MR. MITCHELL:  Do you want me to pull up
17    potassium chloride, midazolam?
18              MR. SUTHERLAND:  Midazolam to start.
19    That will be Exhibit 6.
20              Let me know when you have them,
21    Dr. Almgren.
22              THE WITNESS:  I see them on your screen,
23    I have not seen them yet.
24              Do you mind if I take a five-minute
25    break?
```

Case 3:18-cv-01234-Document 184-28-Filed 03/47/22-Page 183 of 287 PageID #: 10440
Elite Reporting Services
www.EliteReportingServices.com

1          MR. SUTHERLAND:  That would be perfectly

2     fine.  Let's say 2:15.

3          (An off-the-record discussion was held.)

4          (WHEREUPON, a document was marked as

5     Exhibit Number 6.)

6          MR. SUTHERLAND:  Rob, if you could put up

7     what's going to be Exhibit 6, which is the midazolam

8     instructions.  Rob, can you put up the midazolam

9     instructions, which will be Exhibit 6?  Thank you.

10    BY MR. SUTHERLAND:

11    Q.     Dr. Almgren, were you able to look through

12    these?

13    A.     I'm looking at them right now.  Yes, I got

14    them right as I sat down.

15    Q.     Have you seen these before?

16    A.     I have.  I do believe I've seen them.

17    Q.     Okay.  And are these the instructions that

18    you are talking about in paragraph 23?

19    A.     Yes.

20    Q.     And the concern that you identified in

21    paragraph 23, as I understand it, is because you

22    understand the instructions that come with a new

23    batch of drugs might differ, that they might be

24    confused with the previous instructions?

25    A.     Sure.

Case 3:18-cv-01234-Document 184-8 Filed 05/17/22 Page 154 of 295 PageID #: 10441
Elite Reporting Services
www.EliteReportingServices.com

```
 1   Q.      In paragraph 23 you don't identify any
 2   specific problems with these instructions, do you?
 3   A.      I mean, I did not address anything in terms
 4   of specifics.
 5   Q.      Okay.  And in paragraph 24, you say --
 6           MR. SUTHERLAND:  Rob, you can put up the
 7   potassium chloride instructions, that will be
 8   Exhibit 7.
 9           (WHEREUPON, a document was marked as
10   Exhibit Number 7.)
11           MR. SUTHERLAND:  Just to confirm,
12   Dr. Almgren, have you --
13           THE WITNESS:  Now, I do have concerns --
14   are you asking me -- I'm sorry.
15           Are you asking me --
16   BY MR. SUTHERLAND:
17   Q.      I'm asking you what's -- ma'am, what I'm
18   asking you is, in your report you identify issues
19   with the instructions in paragraph 23, right?
20   A.      Yes.
21   Q.      Okay.
22   A.      What I'm reading right now.
23   Q.      Section 5 of your report deals with the
24   instructions?
25   A.      Yes.
```

Case 3:18-cv-01234-Document 184-20 Filed 05/47/22 Page 185 of 287 PageID #: 10442
51234 - Brentwood Reporting Service - (615) 595-0073
www.EliteReportingServices.com

```
 1   Q.      Okay.  And in paragraphs 23, 24 and 25 you

 2   address the instructions.

 3            And I asked you if the instructions that

 4   you are talking about in 23 are the midazolam and

 5   potassium chloride instructions.  And I

 6   understand the answer is yes; is that correct?

 7   A.      That's correct.

 8   Q.      Okay.  And the concern that you raise about

 9   these instructions, midazolam and potassium chloride

10   in your report, is that they might change and that

11   the executioner might not be able to determine which

12   ones should be used.

13            Is that what you say in paragraph 23?

14   A.      Yes.

15   Q.      I'm sorry?

16   A.      Yes.

17   Q.      Okay.  In paragraph 24 you say, "The protocol

18   also provides some general instructions for the

19   preparation of two sets of syringes."

20   A.      Now, that is referring to the protocol, the

21   lethal injection protocol.

22   Q.      Correct, yes.  "Depending on the LIC supply,

23   the procedure may be completely different."

24            And you are talking about the distinction

25   between compounded and commercially available, right?
```

```
 1    A.      Yes.

 2    Q.      And you are talking about getting that

 3    confused, is that what you are referring to?

 4    A.      Yes.  There could be potential for medication

 5    error.  How would your executioner know, let's say,

 6    if vecuronium came all a sudden compounded, but the

 7    instructions in the protocol say to, you know,

 8    reconstitute.

 9            You know, it's not -- the instructions --

10    it's a little confusing, I think, for a layperson to

11    keep up with what needs to be prepared according to

12    what instructions, especially if something were to

13    change.

14            MR. SUTHERLAND:  We'll make the midazolam

15    and potassium chloride instructions Exhibits 6 and 7.

16    BY MR. SUTHERLAND:

17    Q.      In Section 8 -- I'm sorry.

18            In Section 6 of your report you talk

19    about:  The procedures described in the protocol are

20    not being followed as written, which can lead to many

21    potential errors, and I'd like to ask you about that.

22            The first one you mentioned in

23    paragraph 26 is the protocol requires LIC on hand to

24    be monitored for expiration dates?

25    A.      Yes.
```

Case 3:18-cv-01234-Document 184-29  Filed 05/17/22  Page 187 of 287 PageID #: 18544
Elite-Brentwood Reporting & Videoconference (615) 595-0073
www.EliteReportingServices.com

```
 1    Q.      And that that procedure is not being
 2    followed?
 3    A.      Right.
 4    Q.      Do you have information to believe currently
 5    that TDOC has ever used any expired LIC?
 6    A.      So in one of the testimonies I had a
 7    question, because I did read one of the statements
 8    and it did appear that the medication -- and, again,
 9    I can only use the records that I have.  I was not
10    there.
11    Q.      Yeah.
12    A.      And so I can only look and see what you had
13    at the time and what was legible as well, and what's
14    also not redacted.  So those are some of the issues
15    that I ran into.
16            It's sometimes difficult to trace which
17    medication are we talking about.  But to the best of
18    my abilities, I was trying to follow to see if there
19    were any medications that could potentially have been
20    used that were expired, so --
21    Q.      Do you have any -- and maybe we are getting
22    to that, but in paragraph 27 you talk about midazolam
23    for Donnie Johnson.
24    A.      Yes.
25    Q.      And I want to talk about that one in a
```

1    minute.

2              Other than that, do you have any other

3    information that the TDOC has ever used an expired

4    LIC?

5    A.      Do I have any information?

6    Q.      Yes.  Do you have any information in front of

7    you, other than what we are going to talk about in

8    paragraph 27, that the TDOC has ever used any expired

9    lethal injection chemical?

10   A.      Well, the ones that were used two hours after

11   preparation instead of one hour, those would be

12   considered expired, so --

13   Q.      Let's set that aside.  Anything else?

14   A.      I can go back and look at the records.

15   Q.      As you sit here right now, do you have any

16   other information?

17   A.      No, I don't think so.

18   Q.      Okay.  So let's look at paragraph 27.

19   Because you don't mention anything in your report

20   other than this in paragraph 27, and what we talked

21   about earlier about the immediate use.

22              So have you -- you say that:  The drug

23   procurer testified based on a log prepared by the

24   pharmacy there was no unexpired midazolam in TDOC's

25   possession between May 1, 2019 and July 16, 2019.

Case 3:18-cv-01234-Document 184-28 Filed 05/17/22 Page 189 of 287 PageID #: 10446
B1234 - Deanna L. Warren, Court Reporter - Elite Reporting Services
www.EliteReportingServices.com

```
 1    However, Donnie Johnson was executed on May 16th of
 2    2019.
 3                 Have you seen records that show you that
 4    Tennessee Department of Corrections did, in fact,
 5    have unexpired midazolam in its possession when
 6    Donnie Johnson was executed since you wrote this
 7    report?
 8    A.       I don't remember.  I believe I had logs of
 9    all of or a majority -- I'm not sure if I had all of
10    the logs, because I don't know what all records you
11    had.  But I had some logs of the medications and when
12    they were received and when they were -- what their
13    beyond use date was or what their expiration was.  I
14    would have to go back and look at the logs that were
15    provided.
16                 MR. SUTHERLAND:  Rob, can you pull up, I
17    guess, what is actually identified as -- it should be
18    Exhibit 8, but it's going to be Exhibit 6 on what I
19    gave you.  It's records of midazolam for Donnie
20    Johnson.
21                 THE WITNESS:  Actually, that statement,
22    now that I'm reading it, this is something that the
23    drug procurer had stated.  That was in the drug
24    procurer's testimony or deposition, I should say,
25    where that statement came from.
```

Elmquist & Reporting Service
www.EliteReportingServices.com

```
 1  BY MR. SUTHERLAND:

 2  Q.      I understand.  I just want to make sure that

 3  you have reviewed -- all right.

 4          Do you see on page 29 where it says,

 5  "Donnie Edward Johnson, midazolam 50 milligrams

 6  injection solution"?

 7          MS. LEONARD:  I'm sorry.  Are you

 8  planning to send this our way, Rob?

 9          MR. SUTHERLAND:  Yeah, you have

10  already --

11          MR. MITCHELL:  I'm sorry, I forgot to

12  send it.  Let me unshare and send it.  Give me

13  20 seconds.

14          MS. LEONARD:  Thanks.  It's fine if you

15  want to keep going, I just want to make sure that

16  that's on its way.

17          MR. SUTHERLAND:  No, I'll wait until she

18  has it in front of her.

19          (WHEREUPON, a document was marked as

20  Exhibit Number 8.)

21  BY MR. SUTHERLAND:

22  Q.      Dr. Almgren, it's page 29 of that.  This is

23  the group of documents you were provided that

24  resulted, as I understand it, in your supplemental

25  report.
```

```
 1    A.      Got it.

 2    Q.      On page 9 there's a -- 29, I'm sorry.

 3    A.      Is this being sent to me as well?

 4           MS. LEONARD:  Not yet.  I don't have it

 5    yet either, unfortunately, but as soon as I have it,

 6    I'll forward it.

 7           I just got it.  I sent it, so hopefully

 8    another couple of seconds.

 9           MR. SUTHERLAND:  Let me know when you

10    have got it, Dr. Almgren.

11           THE WITNESS:  So far, nothing.  Okay, it

12    just came through.

13    BY MR. SUTHERLAND:

14    Q.      When you open that up, if you would scroll

15    through those documents and tell me if those are the

16    38 pages that were provided to you that resulted in

17    your supplemental report?  That's my first question.

18    A.      I believe, but I'm not 100 percent sure,

19    because a couple of these look -- there's a couple of

20    them upside-down, but I'm not sure they looked like

21    this in my file.

22    Q.      Well, your report says you were provided with

23    Defendant's Supplemental Response 1118, pages 000001

24    through 38.  Do you think these are the documents

25    that you got?
```

```
 1    A.      They do look familiar.  I'm assuming they are

 2    the same.

 3    Q.      So I want to take you to page 29.

 4    A.      Okay.

 5    Q.      Do you see where it says Donnie Edward

 6    Johnson?

 7    A.      Yes.

 8    Q.      And this prescription is dated 4-16-2019, do

 9    you see that?

10    A.      Yes.

11    Q.      Okay.  If that midazolam was frozen

12    midazolam, how many days is that frozen midazolam

13    good if it stays frozen?

14    A.      Forty-five days.

15    Q.      What's roughly 45 days from April 16th?

16    A.      So, yes, so 45 days is the general beyond use

17    date; that's how we establish it by USP.

18    Q.      I'm asking you, how many days is 45 days from

19    April 16th, roughly?

20    A.      I guess the end of May, early June.

21    Q.      So if this midazolam for Donnie Edward

22    Johnson was frozen and it was maintained properly at

23    a frozen temperature, it would have been good until

24    the end of May, early June; right?

25    A.      Well, let me bring this up again.
```

ELITE-Brentwood Reporting Service (615) 595-0073
www.EliteReportingServices.com

```
1   Q.      Can you answer that as yes or no?

2   A.      No, I cannot, because I have to explain my

3   answer.  I'm sorry.

4   Q.      Okay.

5   A.      My answer is following.  So typically we

6   establish beyond use date based on USP 797, 45 days.

7   Yes.

8           However, let's say when I compound and I

9   have multiple ingredients that I add -- so it's one

10  thing if I only have midazolam.  If the only thing

11  I'm adding is midazolam into sterile syringe for

12  injection, and both of them have expiration set by

13  the manufacturer as a year from now, six months from

14  now, then I can safely assume that the beyond use

15  date according to USP 797 would be 45 days.

16          However, if I'm adding multiple

17  additives, so maybe I adjust the Ph, maybe I'm adding

18  a stabilizer, so I'm doing a formulation that goes

19  beyond just these two ingredients, if I add other

20  ingredients, now I have to look at the expiration of

21  each ingredient separately.

22          And if any of the ingredients expire

23  before the 45 days, then my BUD will be that date.

24  So I cannot -- so following up on that -- I'm sorry.

25          Following up on that, if, let's say, I
```

EliteReportingServices.com

www.EliteReportingServices.com

1    get a compound from a pharmacy, I cannot -- and it

2    does not have a BUD written on it, I cannot safely

3    assume that it is good for the next 45 days, as long

4    as it's frozen, from the date it was compounded.

5                I have to contact the pharmacy and say:

6    What is your beyond use date?  What did you do?

7                Because a lot of times these excipients

8    may have a shorter expiration, and so you may not

9    have 45 days expiration on the product just because

10   that's normally what's given.

11   Q.      Dr. Almgren, what does the prescription say

12   discard after?

13   A.      Where does it say that?

14   Q.      Under midazolam.

15   A.      5-31-2019?

16   Q.      Yes.

17   A.      So that's the prescription.  What are you

18   asking me?

19   Q.      It says, discard after 5-31-2019; does it

20   not?

21   A.      All right.  But that's written -- that

22   prescription is not written by the pharmacist; is it?

23   Q.      I'm asking you if this record is a -- is part

24   of a prescription of midazolam that was issued on

25   4-16-2019 that says discard after 5-31-2019 for

Case 3:18-cv-01234-Document 184-28 Filed 05/17/22 Page 195 of 287 PageID #: 10452
B1234 - Brentwood Reporting Service  (615) 595-0073
www.EliteReportingServices.com

1    Donnie Johnson?

        2    A.      Who said to discard after?  That is my

        3    question.  Because that should not be -- I assume the

        4    prescription came from the physician, right?

        5    Q.      I'm talking about, what does this look like?

        6    Doesn't this look like what comes with prescribed

        7    medication from the pharmacy?

        8    A.      I do not know.  Okay.  So my question is,

        9    what is it?  I do not know.  I am assuming that this

       10    is a prescription.

       11             I do not know what it is, because

       12    everything on here, except the name of the person,

       13    the address, and the actual prescription, is

       14    redacted.

       15             So for me this was an assumption that

       16    this is a prescription, some type of a medical order

       17    that came across.  Is that not what this is?

       18    Q.      When you pick up a prescription at the

       19    pharmacy, you get a piece of paper that has your name

       20    and the type of medication, and it has the date that

       21    it's -- the 4-16-2019 date, the date that it's given

       22    to the patient --

       23    A.      Written.

       24    Q.      -- or written, and then it has a discard date

       25    on it, doesn't that look like what this piece of

Case 3:18-cv-01234-Document-184-28-Filed 05/17/22 Page 196 of 287 PageID #: 10453
ELITE-Brentwood Reporting Service  (615) 595-0073
www.EliteReportingServices.com

```
 1    paper is that comes with the prescription?

 2    A.      The doctor does not set beyond use date of

 3    the prescription.

 4    Q.      No, I'm saying --

 5    A.      It's the pharmacist who does that.  So the

 6    discard after 5-31, that may be written by the

 7    physician.

 8    Q.      Yeah.  If the beyond use date on this

 9    prescription for midazolam was 5-31, then the TDOC

10    had unexpired midazolam; didn't it?

11    A.      No.  Because, is this a prescription?  This

12    is my -- or is this a label from the vial?  I do not

13    know.  What is this record?  Please clarify.  What is

14    it?

15    Q.      I'm asking you if this prescription was

16    filled on April 16th, frozen, and it had a 45-day

17    beyond use date, which would be around the end of May

18    or first of June, there was no -- there was no

19    expired midazolam in the possession of TDOC; was

20    there?

21                MS. LEONARD:  Objection to form.

22                THE WITNESS:  Can you repeat the

23    question?  I'm sorry, I lost you halfway through.

24    BY MR. SUTHERLAND:

25    Q.      I'm going to move on.
```

Case 3:18-cv-01234-Document-18-28-Filed-03/17/22-Page-197-of-287-PageID #: 10454
Elite Reporting Services
www.EliteReportingServices.com

```
 1    A.      My question for you is -- I can't answer

 2    when -- if this is a prescription, the prescription

 3    is not dated.

 4            The doctor is not the one that specifies

 5    beyond use dating.  This what you are showing me, is

 6    this a prescription, or is this a label from the vial

 7    or some kind of a transfer record?  That is what I

 8    am --

 9    Q.      This record came from the pharmacy.

10    A.      It's confusing.

11    Q.      Does that help you?

12    A.      Yes.

13    Q.      And what does that tell you then?

14    A.      Well, that tells you what the -- when it was

15    prepared and who -- and who it was for, and when it

16    was to be discarded by, but that is not what the

17    records said.  That's not what the procurer had in

18    the records.

19    Q.      In Section 7, starting on page 10 of your

20    report, you talk about questionable lethal injection

21    chemical shipping and storage conditions.  I'll talk

22    to you a little bit about that.

23            In paragraphs 28 and 29 and 32, you talk

24    about the LICs storage not being properly monitored.

25    According to what?
```

Case 3:18-cv-01234-Document 184-28 Filed 05/17/22 Page 198 of 295 PageID #: 10455
Elite Document Reporting Service (615) 595-0073
www.EliteReportingServices.com

1    A.      According to the records that were provided

2    for my review and the procurer's statements.

3    Q.      Yeah.  You talk about how USP 797 requires --

4    it is important to monitor temperature regularly to

5    assure that LICs are stored in acceptable temperature

6    ranges.

7            How do you monitor temperature ranges

8    when you give compounded medications to a patient?

9    A.      I'm talking about storage conditions.

10   Q.      I'm saying, how does the compounding

11   pharmacist monitor temperatures once they are given

12   to a patient?

13   A.      Well, once they are given to the patient,

14   they are gone.  They have been given to the patient.

15   Q.      You don't have any way -- you don't have any

16   way of monitoring temperatures, do you?

17   A.      I don't understand the question.  Do you

18   mean --

19   Q.      Well, you --

20   A.      No, no.  I mean, are you talking about -- the

21   compounded --

22   Q.      Listen to me.  Let me ask the question.  You

23   answer the question.

24           Compounding pharmacists compound

25   preparations.

```
 1    A.      Yes.

 2    Q.      They give them to patients, the patients take

 3    them home.  Those compounded preparations aren't

 4    monitored for temperature after they leave the

 5    pharmacy.

 6            You are talking about -- the types of

 7    continuous monitoring process you are talking about

 8    is in a hospital setting or at the pharmacy.

 9    A.      So this is -- keep in mind that these

10    medications -- we would not dispense a medication

11    that is to be stored in a deep freeze to a patient to

12    take home, because nobody at home will have this type

13    of a freezer setup.

14            So these types of medications would

15    definitely be stored in a healthcare setting, whether

16    an oncology practice, home infusion in a hospital; we

17    have freezers in which we store the medications.

18            I mean, you would not dispense -- I

19    cannot imagine dispensing like a deep frozen compound

20    to a patient to take home, unless they are going to

21    use it within -- you know, they are taking it home to

22    use right away.  But you would not -- this is

23    something -- you know, this is not a normal, common

24    practice.

25            And, you know, even according to USP 797,
```

Case 3:18-cv-01234-Document 184-28-Filed 05/17/22-Page 200 of 287-PageID #: 10457
Elite-Reporting-Services-cePage 200 of 285-PageID #: 10457
**www.EliteReportingServices.com**

1    a compounding facility is responsible to ensure that

2    the compounded sterile products, you know, maintain

3    their quality until they are administered.

4                    So, you know, we will, you know, advise

5    the patients, you know.  Like, for example, if we

6    dispense a TPN, total parenteral nutrition product,

7    those need to be refrigerated.

8                    So instructions to the patient would be:

9    Take this home, use it within this long, and keep it

10   in the refrigerator and, you know, maintain the

11   temperature.

12   Q.       How long?

13   A.       A day, two.  I mean, it depends on -- you

14   know, maybe 24 hours.  You know, it depends on --

15   Q.       Could it be longer?

16   A.       I mean, we ask the patient to monitor to make

17   sure that the temperatures do not get outside of the

18   range, because that's very, very concerning if you

19   have a total parenteral nutrition product that's not

20   stored properly; it's very, very dangerous.

21   Q.       Do you think that patients monitor the

22   temperature of their refrigerators?

23   A.       I mean, they need to.  And we have -- a lot

24   of times what we do -- let me finish.

25                    A lot of times what we'll do is we'll

Case 3:18-cv-01284-Document 148-38 Filed 05/17/22 Page 201 of 287 PageID #: 10458
B1234 - Bronwood Reporting Service 615-595-0073
www.EliteReportingServices.com

```
 1    include a monitoring little strip.  It's a part of
 2    the packaging of the product, and basically that
 3    strip will alert you when the product is not to be
 4    used because the temperature has gone outside of the
 5    range.
 6    Q.      Those are commonly used in a compounding
 7    practice when you are shipping --
 8    A.      Right.
 9    Q.      -- compounds, right?
10    A.      Yes, exactly.  Those are used when you are --
11    yes, when you are transporting it and you want to
12    make sure that it stays within the range.
13    Q.      In Section 7 of your report you talk about:
14    Analytical reports for compounded medications are not
15    in compliance with USP requirements.
16    A.      Are we moving on to the second supplemental
17    report?
18    Q.      No.  If you look at page 11.
19    A.      Page 11, got it.  Okay.
20    Q.      The majority of analytical reports for
21    compounded medications are not in compliance with USP
22    requirements.
23    A.      Yes.
24    Q.      As per current USP compendium, there does not
25    appear to be adequate action taken by the pharmacist,
```

Case 3:18-cv-01234-Document 148-20 Filed 05/17/22 Page 202 of 285 PageID #: 20459
B1234 - Bruce Howard - Reporter Transcript 625 1-285-000-3
www.EliteReportingServices.com

1   drug procurer, or any other TDOC member to address

2   this issue.

3            You discuss the testing on midazolam and

4   potassium chloride.

5            When you talk about assay, are you

6   talking about potency?

7   A.      So it can be, yes.  Potency and assay can

8   sometimes be -- you are basically looking to see the

9   strength or -- you know, sometimes assay can refer,

10  you are looking at the purity, sometimes it's just

11  the strength of the solution.

12  Q.      So I guess my question to you is, you list

13  all of the testing for midazolam and potassium

14  chloride on pages 13 and 14.  So what is -- what is

15  it that you -- tell me your concerns about the

16  testing that was performed.

17            MS. LEONARD:  Objection to form.

18            THE WITNESS:  So the testing itself, you

19  know, there are USP requirements in terms of what you

20  should test for.  And actually your lethal injection

21  protocol states that the product should be tested as

22  per USP.

23            So, you know, so you obviously request

24  this testing to be done, which makes perfect sense,

25  because for such an important purpose you want to

Case 3:18-cv-01234-Document 184-28 Filed 03/17/22 Page 203 of 287 PageID #: 20460
ELITE-Brentwood Reporting Service (615) 595-0073
www.EliteReportingServices.com

```
 1   make sure that the medications are potent, that they
 2   have the potency and they are made appropriately.
 3                So, unfortunately, the testing shows that
 4   these medications are not always within the specs
 5   that they should be.  And then some of the testing
 6   was simply not done.
 7                You know, at times -- this is important
 8   testing that really should be done.  Like the Ph, why
 9   was Ph not done?  I mean, that's an important test
10   that, you know, basically tells you if the medication
11   can be applied safely.
12   BY MR. SUTHERLAND:
13   Q.      So let me ask you this.  As I understand it,
14   you are saying in paragraph 34 that laboratory
15   testing for midazolam following the USP monograph for
16   midazolam injection, it lists these A through F,
17   right?
18   A.      Yes.
19   Q.      And so on page 13 you go through the
20   midazolam, these tests for midazolam, and you say:
21   None of the compounded preparations of midazolam meet
22   all USP quality standards because not all of the
23   tests required have been performed.
24   A.      Right.
25   Q.      Is that what you are saying the problem is,
```

Case 3:18-cv-01234-Document 184-28 Filed 05/17/22 Page 2045 285 PageID #: 20461
51234 - Excerpt of Reporter's Transcript of Proceedings 1 of 1 - 295 - 0de3
www.EliteReportingServices.com

```
 1    is that the tests in A through F in paragraph 34
 2    haven't been performed for each?
 3    A.      Some of them have not been performed.  And
 4    there are a couple of instances where the tests
 5    actually were failures.  I think there was one where
 6    the assay failed.
 7    Q.      Which one was that?
 8    A.      When you look at the next page.
 9    Q.      The second one?
10    A.      Yes.
11    Q.      Okay.  And do you know what happened to that
12    midazolam?
13    A.      I don't remember.  I do not know.  Was it
14    used?
15    Q.      I'm just asking you if you know.
16            Do you know what happened to that
17    midazolam in that entry?
18    A.      No.
19    Q.      You are not assuming it was used, are you?
20    A.      Am I assuming it was used?
21    Q.      I said, you aren't assuming that it was used,
22    are you?
23    A.      I hope it was not, considering it didn't pass
24    the quality control.
25    Q.      You don't know what was done with it?
```

Case 3:18-cv-01234-Document 182-3Regorted 05/17/22 ceBage 205 5f 297 PageD #: 20462
B1284 - Brentwood Reporting Service
www.EliteReportingServices.com

```
 1    A.      I'd have to go back and look at the records.

 2    Q.      So other than that one, your concerns deal

 3    with the lack of completing the A through F tests for

 4    midazolam, right?

 5    A.      Correct.

 6    Q.      Okay.  And that would be the same on page 14

 7    for the testing of potassium chloride A through E.

 8            The one concern you would have would be

 9    that all of the tests in A through E weren't

10    performed, right, or based on the records that you

11    saw; right?

12    A.      Right.  I'm looking and I see that.  Yes,

13    there are a number of failures.  The potassium

14    chloride appears to have a number of failures.  There

15    were two failed products --

16    Q.      Right.

17    A.      -- with the potency outside of the range.

18    Q.      Right.  But I'm asking you, one concern you

19    have is that there are five tests, 37 A through E,

20    that you would say you don't have a record were

21    performed?  That's one concern, right?

22    A.      Well, in my statement I say all of the

23    samples tested for potency failed, so --

24    Q.      If you will just answer my -- if you will

25    just listen to my question.
```

```
 1              MS. LEONARD:  Scott, can you please let
 2     her finish?
 3              MR. SUTHERLAND:  Well, I'm trying to
 4     finish my question, Lynne.
 5              MS. LEONARD:  I know.  I think that you
 6     asked a question and she started answering, and then
 7     she was cut off about halfway.
 8              MR. SUTHERLAND:  Okay.
 9     BY MR. SUTHERLAND:
10     Q.      My first question to you, Dr. Almgren, is
11     this:  One of the concerns that you have, is it not,
12     is that in paragraph 37, A through E tests that you
13     talk about as required and specified by USP for
14     potassium chloride, one concern you have is not all
15     of those tests were performed, based on the records
16     you reviewed; is that correct?
17     A.      Correct.
18     Q.      All right.  And another concern you have, of
19     course, is that in paragraph 38 there are two tests
20     for potency that failed; is that correct?
21     A.      Yes.
22     Q.      You don't know what was done with the
23     potassium chloride that failed, do you?
24     A.      I do not know.  What concerns me is the fact
25     that this pharmacy is having issues with preparing
```

B1234 - Deposition of Regina Sofer Vance 05/17/22
www.EliteReportingServices.com

1  the drugs when the potency fails.  That's a very

2  serious concern that shouldn't have happened.

3  Q.      If they prepare potassium chloride that's

4  sent off for testing and it does satisfy the potency

5  requirement, that wouldn't concern you; would it?

6              MS. LEONARD:  Objection to form.

7              THE WITNESS:  Is it the same pharmacy

8  that prepared all of the previous lots that had

9  failed?

10 BY MR. SUTHERLAND:

11 Q.      Yes.

12 A.      I would like to see some more steady record

13 that they are able to prepare drugs properly, this is

14 not just the lucky one.

15 Q.      So you are saying that if the pharmacy had a

16 test that said that it passed for potency of

17 potassium chloride, you would have a problem with

18 that?

19             MS. LEONARD:  Objection to form.

20             THE WITNESS:  I wouldn't have a problem,

21 but I would be concerned.  Just as I would be

22 concerned if I know a pharmacy has problems with

23 their records, with their quality compounding.

24             I mean, I can ask you the same question.

25 Would you be comfortable with having medication

Case 3:18-cv-01234-Document 18-28 Filed 03/17/22 Page 208 of 287 PageID #: 20465
Elite-Brentwood Reporting Services
www.EliteReportingServices.com

1    compounded for your two-year-old in a pharmacy that

2    has issues with quality?  Would you be okay with

3    that, when you know the pharmacy is having lots of

4    issues with their compounds that are made

5    inaccurately?

6              I would not be comfortable with that.

7    BY MR. SUTHERLAND:

8    Q.      In Section 10, starting at the bottom of

9    page 15, you talk about:  Compounding logs and

10   facility records are necessary to ascertain whether

11   the pharmacy is meeting quality requirements.  Do you

12   see that on page 16?

13   A.      Yes.

14   Q.      Did you receive some records, compounding

15   records?

16   A.      Yes.  I have received some limited number of

17   pages, some of the compounding records, and I have

18   supplied an additional supplemental report addressing

19   those.

20   Q.      Let's talk about that.  So as I read your

21   supplemental report, you raised three primary issues.

22   You can correct me if I'm wrong.

23             One has to do with your review of the

24   records, indicating that API was obtained from

25   sources where the API was manufactured under the

Case 3:18-cv-01234-Document 18-28 Filed 05/17/22 Page 209 of 285 PageID #: 20466
ELITE-Brentwood Reporting Services
www.EliteReportingServices.com

```
 1    European Pharmacopeia or the British Pharmacopeia,

 2    and that those APIs haven't been tested against a USP

 3    monograph; is that fair?

 4    A.      Yes.

 5                MS. LEONARD:  Objection to form.

 6    BY MR. SUTHERLAND:

 7    Q.      What was your answer, Dr. Almgren?

 8    A.      Yes.

 9    Q.      Okay.  And tell me a little bit more about

10    that.

11                MS. LEONARD:  Objection to form.

12                THE WITNESS:  What exactly would you like

13    to know?

14    BY MR. SUTHERLAND:

15    Q.      Well, the general -- your general objection

16    to that.

17    A.      Well --

18    Q.      It says the API that were manufactured under

19    EP and BP.  Once obtained, tell me what the problem

20    with that is.

21    A.      Well, in general, in order to compound and

22    prepare a USP-grade medications, you have to start

23    off with a USP grade API, so pharmaceutical grade

24    according to USP regulations.

25                So when you receive a drug, typically
```

Case 3:18-cv-01234-Document 184-28 Filed 05/17/22 Page 210 of 287 PageID #: 20467
Elite Reporting Services * (615) 595-0073
www.EliteReportingServices.com

```
1    from foreign sources, because that would be the main
2    reason why they would not have necessarily the USP
3    quality records -- when you receive these medications
4    from foreign sources, you definitely need to test
5    them according to USP, because the USP may have, and
6    a lot of times it does have, a different set of
7    standards than the EP or BP.
8              And those different quality standards are
9    not harmonized, so you can't just assume that because
10   it passes EP, that it passes USP as well.  So you
11   need to basically take the product or the API and
12   test it according to USP prior to use to assure that
13   it meets the USP standards.
14   Q.      And how do you do that?
15   A.      You send it -- if you don't have a lab, you
16   send it to a contract lab that has USP testing that's
17   familiar with the methodology.
18   Q.      On page 6 and 7 and 8 and 9 of your
19   supplemental report, this encompasses Section II of
20   the supplemental report, it says:  Poor recordkeeping
21   practices.
22   A.      Yes.
23   Q.      Did you identify any recordkeeping practices,
24   others that you did not put in here?
25   A.      Well, there's a lot of lack of records, yes.
```

Case 3:18-cv-01234-Document 184-28 Filed 05/17/22 Page 211 of 285 PageID #: 20468
Elite Litigation Reporting Service
www.EliteReportingServices.com

1    So that's the biggest concern.  So, I mean, I know
2    that's a number of concerns that I had.
3    Q.      The concerns that you have are in your
4    supplemental report?
5    A.      Yes.  And really there are more that would
6    just expand further on these.  It's such a lack of
7    records, that I really wonder if they are there and
8    they just have not been disclosed.  And my hope and
9    assumption is that there are, but I don't know.
10           For example, calibration logs for your
11   balances, those types of things, that's lacking too.
12   You know, I didn't even go into great detail about
13   that.  My assumption is that, of course, they would
14   have it, but I don't know.
15           You know, another concern I have is the
16   quality of the glassware that they use, what class
17   glass did they use.  Again, not mentioned.  My
18   assumption is they use appropriate, but I don't know.
19           MR. SUTHERLAND:  Rob, can you pull up, I
20   guess, what will be Exhibit 9.  It will be a
21   4-21-2017 Nephron Pharmaceuticals Corporation 483.
22           (WHEREUPON, a document was marked as
23   Exhibit Number 9.)
24           MS. LEONARD:  Rob, if you could send that
25   my way too, I'll send that along to Dr. Almgren.

Case 3:18-cv-01234-Document 184-28 Filed 05/17/22 Page 2625 of 295 Page ID #: 20469
ELITE REPORTING SERVICE
www.EliteReportingServices.com

```
 1              MR. MITCHELL:  It is on its way.

 2              MS. LEONARD:  Great, thanks.

 3              MR. SUTHERLAND:  Let me know when you

 4    have it, Dr. Almgren.

 5              THE WITNESS:  Yes.

 6    BY MR. SUTHERLAND:

 7    Q.       While you are waiting on that, so if you can,

 8    again, remind me what a Form 483 is as it relates to

 9    a 503B compounding pharmacy.

10    A.       Basically when you have an inspection, you

11    may be issued a Form 483 if there have been any

12    issues discovered with the quality of the products.

13              I mean, mostly CGMP-related type of

14    issues, if you are violating any kind of procedures,

15    so that may translate to impacting the quality of

16    your product, obviously.  That's what I mean.

17    Q.       Are you familiar with Nephron Pharmaceuticals

18    having been issued Form 483s before?

19    A.       We have in the past, yes.

20    Q.       And this one in particular which is dated

21    April 21st of 2017, which would predate your working

22    there, it contains two observations; is that right?

23    A.       Are you asking me?

24    Q.       I am asking you, yes.

25    A.       I don't have the document.  It's really small
```

ELITE-Brentwood Reporting Services
www.EliteReportingServices.com

```
 1    on my screen.  I'm waiting for it to come across, so
 2    I'm sorry.
 3    Q.      Can you see the screen that's being shared?
 4    A.      It's very small, I have to really come close
 5    to see it.  I have a small laptop.  Okay, that's
 6    better.
 7            MS. LEONARD:  And I just sent it by email
 8    to you, so hopefully it will be there in another
 9    minute or two.
10            THE WITNESS:  Thank you.
11    BY MR. SUTHERLAND:
12    Q.      So do you see this Exhibit 9, which is -- is
13    it a Form 483 that was issued to Nephron
14    Pharmaceuticals Corporation?
15    A.      Yes, that's what it appears to be.
16    Q.      The outsourcing facility.  Is that the
17    outsourcing facility that you work with?
18    A.      Yes.
19    Q.      Again, just to be clear, this is dated
20    April 21st, 2017, which is before you started working
21    with them.
22    A.      Correct.
23    Q.      But what is Observation 1 in that 483?
24    A.      So the observations, Observation 1 says, the
25    procedure is designed to prevent microbiological
```

ELITE-Brentwood Reporting Service 615-595-0073

```
 1    contamination of the drug product.

 2           I guess we were not -- did not perform

 3    aseptic process simulation.  Oh, we have not

 4    performed aseptic process simulation to validate.  I

 5    am not familiar with this one in particular, but I'm

 6    just reading to see what it means.

 7           So, obviously, we have not performed the

 8    aseptic process simulations to validate phenylephrine

 9    hydrochloride aseptic sterilization process to

10    provide evidence and assurance that sterility is

11    maintained throughout the activities of the process,

12    okay?

13    Q.     Okay.

14    A.     Yes.

15    Q.     So what does that mean?

16    A.     So we have not performed the media fill test

17    for that particular equipment for that particular

18    product.

19    Q.     And what would happen if you didn't do that,

20    potentially?

21    A.     So you see, I do not know the background, so

22    I can only guess.  But let me just give you a little

23    bit of a -- little bit of a background with this

24    particular procedure.

25           So the way that we typically validate the
```

ELITE Document Reporting Service
www.EliteReportingServices.com

1    process to demonstrate sterility is we perform media

2    fill test.  So media fill test is basically performed

3    by using sterile media, and you mimic the procedure

4    that you are doing.

5              And so basically you run the media fill

6    through the system that you normally would run a

7    sterile preparation through.  Then you incubate the

8    media, and if there is any bacterial contamination,

9    it will flag and show you that that's a quality

10   issue.

11             So I don't know the details and I would

12   have to go back and ask what happened, but what my

13   guess is, that we did not perform media fill for that

14   specific product.

15   Q.     So if you don't do that, what can potentially

16   happen?

17   A.     Well, this is the catch here.  A lot of times

18   we perform the simulation for the equipment, and I

19   think that's what may have happened.  This could

20   really be a matter of paperwork, because --

21   Q.     Wait.  Stop for a second.  You are not

22   answering my question.

23             My question is:  If you don't do what

24   they cited in this observation, what can happen?

25             MS. LEONARD:  Scott, do you think you

```
 1    could be a little more specific or rephrase the
 2    question?  I think that --
 3                MR. SUTHERLAND:  She wasn't -- sure.
 4                THE WITNESS:  I'm just confused.
 5                MR. SUTHERLAND:  Yeah.
 6    BY MR. SUTHERLAND:
 7    Q.      Well, you weren't having any trouble earlier
 8    talking about all of the potential problems with
 9    doing things with the protocol.
10                What I'm trying to ask you is, does this
11    inspection reveal a deficiency dealing with aseptic
12    technique?
13                And I'm asking you what is the potential
14    problem that could arise if you don't do this?
15    A.      Okay.  So there is a two-prong answer.
16    Q.      Okay.
17    A.      So one prong is generally you will need to
18    perform media fill test to validate your procedure to
19    be able to demonstrate that you can prepare the
20    products in a sterile way.  So that's the one prong.
21                So, yes, if you do not perform the
22    procedure, that means that you potentially could be
23    producing products that may be contaminated.  So
24    that's answer one.
25    Q.      Okay.
```

Case 3:18-cv-01234-Document-18-2-Filed-03/17/22-ePage-2675 f 287 PageD #: 20474
B1234  Ecumenwood Reporter Flag03/17/22 eBage 2615 f 295  PageID #: 2674
www.EliteReportingServices.com

```
 1    A.      In this case what could have happened, and I
 2    would have to go back and verify --
 3    Q.      Whoa, whoa, whoa.  Ma'am, wait a second.  I'm
 4    not asking you what could have happened.  That's not
 5    my question.  I don't care about what could have
 6    happened.
 7            I'm asking you, under this observation,
 8    just like with these other questions I had about the
 9    protocol and what's done, what can happen?  And I
10    think --
11    A.      Well --
12    Q.      And you are telling me that contamination can
13    occur; is that right?
14    A.      Right.  But I need to explain the second part
15    of this, because again, it will be taken out of
16    context.
17            What sometimes happens with the
18    manufacturers is you perform the aseptic process
19    simulation for a filling line, for manufacturing
20    line, for one product.  And that product you say:
21    Hey, we performed validation for -- I don't know --
22    epinephrine.
23            And so then that same line may have been
24    used for phenylephrine following it, so technically
25    you did not perform the validation for that process
```

1    for the phenylephrine, but it has been validated for

2    other products ran on that same system.

3              And so because of that -- what we do now

4    is we perform validation that's system related.  Back

5    then, we performed validation that was product

6    related.

7              So you may have used the production line

8    for other products and it was validated, producing

9    perfectly safe products, but if you fail to document

10   that, then you might have issues like this.

11   Q.    You don't know what happened in this regard,

12   do you?

13   A.    Unfortunately, this was before I was there,

14   so I do not know.

15   Q.    What is observation -- what is Observation 2?

16   A.    Okay.  So lab controls do not include the

17   establishment of scientifically sound and appropriate

18   test procedures designed to assure that components

19   and drug products conform to appropriate standards of

20   identity, strength, quality and purity.

21             So we have obviously an SOP.  Which, by

22   the way, I have to take pride in this.  This SOP has

23   been updated after I started.  I actually had gone to

24   special training for visual inspection, and I have

25   revamped our visual inspection training completely.

Case 3:18-cv-01234 - Document 184-28 - Filed 05/17/22 - Page 219 of 285 - PageID #: 21476
Elite Reporting Services
www.EliteReportingServices.com

```
 1    So this is not an issue anymore, I'm sure, but let me
 2    read on.
 3            So the current procedure, well, it says,
 4    performing 100 percent visual inspection.  Do not
 5    include a representative library.  Yes, yes, yes.
 6    Okay.  So I understand.
 7            So in order to develop properly your
 8    visual inspection quality program, you have to
 9    develop a library of potential defects.  And so this
10    is where we were cited, because we have a very -- at
11    the time, we had a very small library.
12            So our library was relatively limited
13    because we were just ramping up our 503B production.
14    And so at the time I think our library of defects was
15    much smaller than it is today.
16            So this is something that we were cited
17    for, and we have corrected, pretty much.
18    Q.      What happens if you don't correct it?
19    A.      So if you didn't correct it, you know -- and
20    again keep in mind, so the way that the visual
21    inspection library is used, so still -- as you see,
22    we were performing 100 percent visual inspection.
23            That was performed.  It's just that there
24    are reference materials that we used for
25    identification and for training were not up to date.
```

Elite-Deposition Reporting Services
www.EliteReportingServices.com

```
 1   Q.      What happens?  What happens?

 2   A.      What happens what?

 3   Q.      What happens if you don't fix it?

 4   A.      Oh, no, we fixed it.

 5   Q.      I said, what happens -- my question to you

 6   is -- at the time it wasn't fixed.  And so my

 7   question to you is:  What happened -- what would

 8   happen if you didn't fix it?

 9   A.      So what would happen is we would still detect

10   the visual defect; so that part is done.  But we

11   would not be able to identify what was the failure of

12   the visual inspection defect.

13           Does that make sense?  Because your

14   library does not contain the potential contaminants

15   that you may have discovered.

16   Q.      You didn't have -- Nephron didn't have

17   controls in place to assure that the components and

18   its drug product conformed to appropriate standards;

19   that's what it says, right?

20           MS. LEONARD:  Objection to form.

21           THE WITNESS:  That's a very general

22   statement.  I would not say that.

23   BY MR. SUTHERLAND:

24   Q.      That's what the observation says:  Laboratory

25   controls do not include the establishment of
```

```
 1    scientifically sound and appropriate test procedures
 2    designed to assure that components and drug products
 3    conform to appropriate standards of identity,
 4    strength, quality and purity.
 5    A.      Right.  So that's a general statement when
 6    the inspector completes the form.  I'm pretty sure
 7    that's an autopopulated statement when they perform
 8    inspections of facilities, because do you see how
 9    vague it is?  Do you see how kind of general it is?
10    That is the reason.
11            Yes.  I mean, it's generally true, but
12    it's a very vague statement that's used to kind of
13    encompass any kind of a quality control issues that
14    stem in that particular department.
15    Q.      What is Observation 3?
16    A.      I don't see Observation 3.
17    Q.      Do you see it now?
18    A.      Yes.  The responsibilities and procedures
19    applicable to the quality control unit are not fully
20    followed.  Pretty straightforward.
21    Q.      Tell me about that.
22    A.      So that, again, I can only make assumptions
23    based on what I read, because this was before I was
24    there.
25    Q.      Sure.
```

Case 3:18-cv-01234-Document 184-28 Filed 05/17/22 Page 222 of 287 PageID #: 22479
Elite-Document Reporting Services
www.EliteReportingServices.com

```
 1    A.      It says:  SOP 1501 supplier vendor quality
 2    program is not fully followed in that you have not
 3    established -- whatever it is -- as required by our
 4    SOP with, blank, reviewed.
 5             I'm assuming that probably is -- there is
 6    an FDA list of suppliers.  There is a list of raw
 7    materials suppliers that you are supposed to have.
 8    And this is Nephron, when we just started being a
 9    503B outsourcing facility.
10             And I am assuming -- again, I wasn't
11    there -- but I'm assuming at the time when we
12    started, we just were not aware that that was -- we
13    were supposed to create a list.
14             At least, that is my assumption.  But
15    that's what it sounds like, that it is a list of
16    suppliers that we were supposed to be able to
17    provide.
18             We do have it now.  We've had it years.
19    Since I've been there, we've had it.  I'm assuming
20    perhaps it was the correction for this citation, I
21    don't know.
22    Q.      What would happen if you don't have a list?
23    A.      I mean, it may just be more of an
24    administrative type of problem, because as long as
25    you are receiving raw materials that are USP grade --
```

Elite-Brentwood Reporting Services
www.EliteReportingServices.com

```
 1   and keep in mind, at Nephron we actually have labs

 2   and most of our incoming raw materials we test

 3   according to USP.

 4            So we don't even necessarily even rely on

 5   the USP certificates from the manufacturers.  We

 6   actually do our own in-house testing to verify that

 7   those procedures are -- you know, those quality

 8   standards are met.  So we --

 9   Q.      The FDA doesn't know that, though, do they?

10   A.      Well, when they come -- no, no, they come to

11   see our facility.  They saw our labs.

12            But, you know, if you don't have the list

13   for their review, then obviously that can become a

14   citation because, you know, you are to have the list.

15            Like I said, we do have it now.  But it

16   does not necessarily mean -- and I'm pretty sure that

17   our lab, you know, was testing all of the products,

18   but I would have to go back to verify.

19            But knowing Nephron, knowing our awesome

20   management and how well they run the ship and

21   having -- you know, keep in mind that we have a

22   manufacturing background.  So the owners of Nephron

23   have been doing this -- they have been in business

24   for a long time, and so they are very familiar with

25   the general CGMP.
```

Elite-Document Reporting Services Excellence 1-615-595-0073
www.EliteReportingServices.com

```
 1              So I'm surprised that they did not have

 2    this, but it might be something specific, because we

 3    have -- now we have a lot more products that we work

 4    with.

 5              (An off-the-record discussion was held.)

 6    BY MR. SUTHERLAND:

 7    Q.      The reason you have to have a list is why,

 8    Dr. Almgren?

 9    A.      Well, one of the -- honestly, I don't know

10    all of the regulations, so I guess I shouldn't go

11    into great detail.

12              But, in general, traceability, you know,

13    make sure that you can verify your sources of APIs.

14    Q.      Okay.  At the time these observations were

15    made, you weren't able to do that?

16    A.      I don't know what happened.

17    Q.      Observation 4:  The container labels of your

18    outsourcing facility's drug products are deficient.

19    Specifically, the following products did not have

20    your firm address and or phone number listed on the

21    syringe label.

22              Is that just a labeling issue?

23    A.      It certainly sounds like it.

24    Q.      What is glycopyrrolate?

25    A.      It's a medication that we use for a variety
```

Case 3:18-cv-01284-Document 184-28 Filed 05/17/22 Page 225 of 287 PageID #: 20482

```
 1    of uses.

 2    Q.      Like what?

 3    A.      I see it commonly in geriatric patients where

 4    they have drooling.  Excessive drooling can be one of

 5    them.  There are a lot of different uses.  It's an

 6    older drug.

 7    Q.      I think there are five drugs listed.

 8    Neostigmine, what is that?

 9    A.      Neostigmine, yeah.

10    Q.      Neostigmine, what is that?

11    A.      If I'm not mistaken, that's used to reverse

12    anesthesia.

13    Q.      And atropine, what's atropine?

14    A.      Again, many different uses; older drug.  It's

15    anticholinergic.

16    Q.      I'm sorry?

17    A.      It's anticholinergic.

18    Q.      Give an example.

19    A.      It depends on, you know, the atropine can be

20    used during anesthesia; it can be used for management

21    of certain types of poisoning.

22            They use it for your eyedrops when they

23    do your vision test and they put those drops in your

24    eyes to open your eye, pupils, so they can see the

25    back of your eye.  So --
```

Case 3:18-cv-01234-Document 184-28 Filed 05/17/22 Page 226 of 287 PageID #: 20483

```
 1    Q.      What type of drug is it?
 2    A.      What do you mean?
 3    Q.      I'm sorry.  What did you say?
 4    A.      Anticholinergic.
 5    Q.      Phenylephrine?
 6    A.      Phenylephrine.
 7    Q.      What is that?
 8    A.      Medication used for managing your blood
 9    pressure; people are in shock.
10    Q.      And then what's that last one?
11    A.      Succinylcholine.
12    Q.      Yeah.  And what's that for?
13    A.      Succinylcholine, let me think.  I think that
14    one is used -- you see, I don't practice in this
15    area.
16            My area of expertise is really sterile
17    compounding, and, you know, handling of the drugs,
18    the regulations that come with that.  So, you know,
19    keep that in mind.  I feel like I'm here on a
20    pharmacy drug quiz.
21    Q.      So these container labels -- I mean, what are
22    these that weren't properly labeled?  What are these
23    drugs being used for?  What are they -- why are they
24    at Nephron?  Does that make sense?
25    A.      They are shortage drugs, and so that's why we
```

ELITE-Brentwood Reporting Services (615) 595-0073
www.EliteReportingServices.com

```
1    made them at the time.  I'm not sure we make any of
2    them at this point.
3            I know we make -- I think we make
4    phenylephrine, but I think the neostigmine we maybe
5    off or on.  The atropine I don't think we make right
6    now.  Succinylcholine I'm not sure we make right now.
7            You know, being a 503B outsourcing
8    pharmacy, you can only make medications that are on
9    the FDA shortage list, and so we make those.
10   Q.     So these were compounded drugs?
11   A.     Yes.  503B compounded drugs, yes.
12   Q.     And so you get this Form 483, and then what
13   happens?
14           MS. LEONARD:  Objection to form.
15           THE WITNESS:  So it depends on your
16   management.  I mean, obviously, you address all of
17   the issues that you can as soon as possible.
18           MR. SUTHERLAND:  Rob, can you put up what
19   will be Exhibit 10.  It should be a Form 483 from
20   April 20, 2018.
21           MR. MITCHELL:  And as always, it's
22   en route.
23           MS. LEONARD:  Okay.
24           (WHEREUPON, a document was marked as
25   Exhibit Number 10.)
```

Elizabeth Drennon, Registered Professional Reporter 228
www.EliteReportingServices.com

BY MR. SUTHERLAND:

Q.      So just for the record, Dr. Almgren, this
appears to be a Form 483 issued on April 20th of 2018
to Nephron Sterile Compounding Center.

        Again, is that the compounding facility
that you work for?

A.      Yes.

Q.      What's the observation listed in this 483?

A.      This was the -- I am fully aware of this one,
because even though this happened before I have
really joined Nephron, I believe, but I have heard of
this one.

        And basically it is a citation that one
of our sterile pharmacy technicians did not have
exactly complete gowning.  What happened is, per CGMP
requirements, the gowning for the sterile environment
in a CGMP environment is more stringent.

        So in a cleanroom in a hospital for 503A,
you actually can have skin exposed.  You have to wear
a mask, hair net.  I mean, there's a whole special
gowning.

        But for 503B compounding for outsourcing,
because we have extended beyond use date and because
we have higher sterility dates and requirements, we
basically require -- or, it's required by CGMP that

Case 3:18-cv-01586-JSC   Document 848-28   Filed 05/17/22   Page 229 of 287   Page ID #: 22486
Elite Court Reporting & Transcription Service (205) 595-0003
www.EliteReportingServices.com

1   all of the folks that work in a clean environment in

2   the cleanroom are fully gowned.

3           So in this violation what happened is

4   there was a young woman, I believe, who worked in the

5   cleanroom, and she had one of these really big

6   hairstyles where she had kind of like her hair pulled

7   up on top of her head.

8           And so she had the gowning on.  The

9   gowning was appropriate, but because of the amount of

10  hair on her head, when she moved in a certain way, a

11  portion of her neck was exposed briefly.

12  Q.      So what's the concern with the exposure of

13  her skin in the cleanroom?

14  A.      There is potential for contamination.  What

15  we typically do at Nephron -- and I have seen this at

16  Nephron multiple times -- we actually have air

17  quality monitoring system in each of our hoods.

18          So when we perform any kind of a sterile

19  compounding, we still require people to be fully

20  gowned, but we have a continuous air quality

21  monitoring system that basically monitors for

22  presence of any contamination.

23          And so should this small exposure be an

24  issue, the alarm will go off, and everything that has

25  been compounded during that time will not be used for

1    patient care.

2    Q.      What kind of contamination could occur?

3    A.      So it could be particulates.  It could be,

4    you know, bacterial.

5    Q.      And what could result from that type of

6    contamination to the compounds that are being

7    prepared, the same as what we were talking about

8    earlier?

9    A.      Yes, just what we talked about before.  So

10   like I said, we monitor the environment and, you

11   know, if alarms go off -- like I said, we require

12   full gowning.

13          So, of course, that was a violation

14   because there was a brief period, a very short

15   exposure where a person's neck was exposed, as it

16   states in the statement.

17          Anyway, the air monitoring will alert you

18   if the particulate matter had entered the sterile

19   area, and in that case we will stop any production

20   and everything is discarded.

21          MR. SUTHERLAND:  Rob, can you put up what

22   will be Exhibit 11, and send that to Ms. Leonard and

23   Dr. Almgren.

24   ///

25   ///

Elite-Document Reporting Service 615-595-0073
www.EliteReportingServices.com

```
 1              (WHEREUPON, a document was marked as
 2    Exhibit Number 11.)
 3              (An off-the-record discussion was held.)
 4    BY MR. SUTHERLAND:
 5    Q.     Dr. Almgren, for the record, this appears to
 6    be a Form 483 issued to the Nephron Sterile
 7    Compounding Center on November 15th of 2019.
 8    A.     Uh-huh.
 9    Q.     Are you familiar with this inspection?
10    A.     I do remember an inspection vaguely, but I do
11    remember it.
12    Q.     Okay.  Can you tell me what -- I'll wait
13    until you have it so you can read it.
14    A.     Yes.
15    Q.     Yeah.  Dr. Almgren, who gets presented with
16    these Form 483 by the investigators when they --
17    A.     It is our CEO, Lou Kennedy.
18    Q.     Okay.  And are you part of the review process
19    in your capacity when you-all receive one of these
20    when you are there?
21    A.     Not necessarily, because some of these are
22    outside of the scope of my practice, so not
23    necessarily.
24    Q.     What do you mean by outside the scope of your
25    practice?
```

1    A.    So, you know, if it has something to do with

2    things that I really -- you know, like engineering

3    controls, for example.  That will be more of an

4    engineering type of response.  That would not be

5    something that I would be able to address.

6          Okay.  I received the document, I'll look

7    at it.

8    Q.    Observation 1:  Test procedures relative to

9    appropriate lab testing for sterility are not written

10   and followed.

11         And then it gives:  Specifically the

12   firm's written procedures for conducting rapid

13   sterility testing are deficient in that -- and it

14   gives three -- it actually gives five examples.

15         If you can look at those, and if you are

16   able to comment on them, I'd like what your --

17   A.    Fortunately, I'm looking at the microbiology

18   report, the rapid sterility.  I really don't know

19   what the "background too high," what that refers to,

20   so that makes it difficult to make any educated

21   statements.  I would have to go back and ask what

22   that was specifically --

23   Q.    I understand.  Number 4:  Firm does not have

24   procedures requiring eye exams for individuals that

25   conduct review of rapid sterility test sample

```
1    results.
2    A.      Again, this is more of an HR issue.  I'm
3    assuming that they did not screen -- I don't know.
4    The rapid sterility testing, this refers to
5    microbiology testing for the sterile preparations.
6    Q.      Procedure --
7    A.      It's just a part of it.  I'm sorry, that's
8    all.
9    Q.      All right.  Procedures did not require
10   observance of actual positive microbial events by an
11   analyst prior to performance of sterility testing
12   conducted for commercial products.  It was observed
13   that an individual was allowed to conduct an
14   inspection of rapid sterility samples, including
15   prior to completion of activities, and demonstrate
16   they have seen and can identify what a positive
17   microbial event looks like.  For example, during the
18   period from October 3, '19 to October 29, '19, a lab
19   associate was allowed to conduct finished product
20   rapid sterility testing prior to the associate
21   participating in a method validation on October 29,
22   2019.  Where, according to firm management, they
23   would have been -- they would have seen and
24   identified a positive microbial event example for the
25   first time at the first.  During this time the
```

Case 3:18-cv-01234-Document 184-28  Filed 05/17/22  Page 234 of 287 PageID #: 20491
ELITE-Brentwood Reporting Service
www.EliteReportingServices.com

```
1   associate conducted tests from multiple lots of
2   product, including but not limited to rapid sterility
3   sample sets.
4            Are you familiar with this particular
5   observation in this --
6   A.       No, I am not.  You know, microbiology lab is
7   in management.  You know, keep in mind, the company
8   has 2,500 employees, if not more by now, and so I
9   don't keep up with all of these.  I honestly am not
10  familiar with what happened there either.
11  Q.       Observation 2:  Procedures designed to
12  prevent microbiological contamination of drug
13  products purporting to be sterile are not followed.
14           Is this something that you are familiar
15  with?
16  A.       I don't know.  Let me read it all.  I'm not
17  familiar with the second observation.  Let me look at
18  this.
19           See, this is a great example.  I love
20  that you have pulled up this, because this really
21  shows how the aseptic technique matters, and how such
22  a small issue, what may seem to you as a layperson,
23  how serious of a violation it is.
24           So I'm really glad that you are bringing
25  this up.  Thank you for bringing this up, because,
```

Case 3:18-cv-01234-Document 18-28 Filed 05/17/22 Page 235 of 287 PageID #: 20492
Elite-Document-Reporting-Services
www.EliteReportingServices.com

1     again, it illustrates the importance of the aseptic

2     technique and how -- I mean, here we are talking

3     about the way that the operator was handling, you

4     know, how the caps were handled and how the door was

5     open.

6             So I hope that this, if anything else,

7     also illustrates the importance of aseptic technique

8     and how much of a concern it is to make sure that the

9     products are -- you know, it maintains sterility.

10            So, again, I'm reading this with you.  I

11    do not remember this incident in great detail, but I

12    deal with sterile techniques.  I think we did

13    training afterwards.  Like I said, I don't remember.

14            I probably, at the time I was there -- so

15    at the time I'm pretty sure, you know, I dealt with

16    this as in I have heard about it.  But it's been a

17    while, so I don't remember all of the details.

18            But as I'm reading it, I'm thinking,

19    well, it kind of rings a bell.  And I think we did

20    some additional training to address this.

21    Q.      Observation 3:  Aseptic processing areas are

22    deficient regarding the system for monitoring

23    environmental conditions.

24            Will you look at that and tell me if you

25    are familiar with this one?

Case 3:18-cv-01224-Document 184-28 Filed 05/17/22 Page 236 of 287 PageID #: 20493
B1284 - Brentwood Reporting Services
www.EliteReportingServices.com

1    A.      Yes, this is an interesting one.  I do

2    remember this one.  They are quickly tapping their

3    fingertips on each media plate.

4              Yes, so this refers to how the -- how the

5    personnel monitoring is done.  And this is very

6    person specific.  So, you know, when FDA comes -- and

7    this is something you have to keep in mind as well.

8              You know, the FDA comes and does

9    inspection, it's a point in time.  So they come in,

10   and whatever they observe at a time is what you learn

11   from these inspection forms, you know.  So you have

12   to look beyond just those and look at the quality

13   reports and standards that they follow in the big

14   scale of things.

15             But in this one it's obviously the

16   technique, the proper technique for the personnel

17   monitoring was not exactly as it should be.

18   Q.      Go back up to Observation 2, what on the

19   aseptic technique issue that you are talking about --

20   if the person that was observed doing this that

21   resulted in the observation, how do you -- I guess

22   what I'm trying to figure out is, they were preparing

23   a product, right?

24   A.      Yes.

25   Q.      So was that product discarded?

```
 1    A.       So we perform extensive quality control

 2    after -- you know, after every batch is made, every

 3    product that's made, we perform sterility studies.

 4    We perform assay, endotoxin, all that's required per

 5    USP.

 6             So I cannot honestly tell you whether

 7    these observations had resulted in those particular

 8    products to be discarded, because I honestly do not

 9    know.  I --

10    Q.       They might not have been -- they might not

11    have needed to be discarded, right?

12    A.       Well, it depends.  The quality assurance or

13    quality control testing is performed when these

14    products are finished.

15    Q.       Right.

16    A.       If they meet the quality standards, they

17    potentially could be used, but, again, it depends.

18    But, you know, this is a prime example where you see

19    the operator in this Observation part 2, when you

20    read on the top of the page -- what is this, page 3,

21    I guess, where it talks about the -- yes, yes, right

22    up there.

23             So it says, you know, the violation was

24    that the person just moved their arm over the cap

25    scoops containing caps.  And so they blocked the
```

1  first air and there's a potential for, you know, just
2  a minor, you know, contamination just from movement
3  of the air.
4          So it just tells you how important
5  aseptic technique is and how important it is to not
6  contaminate, for example, caps.  Which a cap is,
7  obviously, concerned critical site.
8  Q.     Do you know whether this resulted in having
9  to not use product?
10  A.     I do not know.
11  Q.     Is it possible that it didn't?
12          MS. LEONARD:  Objection.
13          THE WITNESS:  I don't know.  I would have
14  to see the quality.  I could see what was done.
15  BY MR. SUTHERLAND:
16  Q.     Observation 4:  Written procedures for
17  sampling and testing plans are not followed for each
18  drug product.
19          Are you familiar with this?
20  A.     Let me look.  Yes.  I do remember this
21  because we had a training afterwards.  And,
22  basically, this just shows you, again, the importance
23  of visual inspection and how you have to have the
24  proper technique.
25          So what's happening here was the

1    technician instead of slowly inverting, or, you know,

2    in a normal controlled motion observing the syringe,

3    you know, to flip it over to make sure that you see

4    any contaminants moving within the syringe, they

5    inverted it quickly and, you know, did kind of a --

6    they didn't do proper technique, and so we were cited

7    on that.

8            So we were cited in that our visual

9    inspectors did not -- it was one inspector, and I

10   actually talked with this person afterwards.  And

11   they said they just got a little nervous when FDA was

12   standing and watching them.

13           But, you know, FDA doesn't care, you need

14   to show your proper technique.  So it is what it is,

15   we did the proper training afterwards.  And it is --

16   the SOP 4301 does talk about how you are supposed to

17   perform that motion.

18   Q.      Observation 5:  Aseptic processing areas are

19   deficient in the floors and walls are not smooth

20   and/or hard surfaces that are easily cleanable.

21           Are you familiar with that?

22   A.      So that's more of an engineering department

23   than my department, but our floors and our walls are

24   sealed.  So there's a proper seal that we have on all

25   of them to, you know, have the nonshedding surface to

Elite Reporting Services  *  EliteReportingServices.com
www.EliteReportingServices.com

```
 1    maintain the room, you know, to prevent any pieces

 2    come in the walls and contaminating.

 3              But in terms of the smoothness, again,

 4    outside of my expertise in terms of how that was

 5    addressed or anything like that.

 6    Q.      Observation 6:  Aseptic processing areas are

 7    deficient regarding the system for cleaning and

 8    disinfecting the room and equipment to produce

 9    aseptic conditions.

10              Are you familiar with this observation?

11    A.      I'm sorry.  I'm reading, just so you know --

12    Q.      Sure.

13    A.      -- the entire paragraph.

14              Yeah, this is more of an environmental

15    control, obviously, issue.

16    Q.      Relating to?

17    A.      Cleaning procedure.

18    Q.      So, basically, there was a cleaning procedure

19    that wasn't being followed?

20    A.      That's what it sounds like, yes.

21    Q.      Observation 7:  Established test procedures

22    are not documented at the time of performance.

23              Are you familiar with this?

24    A.      So that is really just, I think, again, a

25    more specific issue.  It appears like it is relating
```

1    to employees, really, more not when they -- you are

2    supposed to -- when the task is performed, you need

3    to record it right away.

4              And what sometimes happen is they finish

5    the task and then they go and record it.  And so if

6    you are recording it not at a time when it happened,

7    it is not appropriate.

8    Q.      Observation 8:  Appropriate controls are not

9    exercised over computers or related systems to assure

10   that changes in master production and control records

11   or other records are instituted only by authorized

12   personnel.

13             Are you familiar with this?

14   A.      Outside of my expertise.  That's an IT and

15   technology department.  I have no control over that.

16   Q.      Does this relate to access, who has access to

17   the information?

18   A.      We have very limited access, so I do not know

19   how that happened.  I'm not really sure what that was

20   in regards to.  It sounds almost like -- let me read

21   this again.

22             It sounds like there's some backup data

23   missing.  Again, I don't know.

24   Q.      Okay.  Observation 9:  There's a failure to

25   thoroughly review any unexplained discrepancy whether

Case 3:18-cv-01224-Document 184-28 Filed 05/17/22 Page 242 of 287 PageID #: 24499
Elite-Brentwood Reporting Service
www.EliteReportingServices.com

1    or not the batch has been already distributed.

2    Specifically, the firm does not conduct

3    investigations when finished product rapid sterility

4    samples are deemed background too high.  Samples were

5    deemed background too high approximately 23 times in

6    the last 90 days, with no investigations performed.

7    Source nor cause of the high event counts have been

8    identified.  The product is without identification of

9    the cause, nor examination to identify the events.

10              Are you familiar with this?

11   A.      I'm not familiar with this exact citation,

12   it's exactly -- I think it was already kind of

13   mentioned up earlier as one of the -- part of another

14   citation up here about the background too high,

15   and --

16   Q.      What does that mean?

17   A.      So that's what I'm trying to decipher, what

18   exactly does that mean, because that does not refer

19   to the product failure.

20              The products, you know, we perform

21   microbiological testing of all of our products, and,

22   of course, if those were to fail, you are not going

23   to release those.

24              So I'm not sure what the "background too

25   high" is.  I don't know whether that relates to

Case 3:18-cv-01234-Document 184-28 Filed 05/17/22 Page 243 of 287 PageID #: 24500
EliteReportingServices.com
www.EliteReportingServices.com

```
 1   technology or the rapid sterility testing; I'd have
 2   to go back and ask.
 3                Again, microbiology, this is a
 4   microbiology lab that had undergone some major
 5   changes after this inspection.
 6                MR. SUTHERLAND:  Lynne, can we take about
 7   a 10-minute break?
 8                MS. LEONARD:  Yeah, that's fine.  Do you
 9   think you have much more to go?
10                MR. SUTHERLAND:  I'm getting pretty
11   close.
12                (An off-the-record discussion was held.)
13   BY MR. SUTHERLAND:
14   Q.     Dr. Almgren, I think I'm almost finished.
15   Let me ask you this.
16                Have you -- as part of your work in this
17   case, were you asked to attempt to locate any source
18   of pentobarbital or any other lethal injection
19   chemicals on behalf of the plaintiff?
20   A.     What?  No.  To locate pentobarbital?  No.
21   Q.     You weren't asked to help locate a source for
22   pentobarbital?
23   A.     No.
24   Q.     Or any other lethal injection chemical?
25   A.     No.
```

Case 3:18-cv-01234-Document-184-28-Filed-05/17/22-eBage-244-5) 285 PageID #: 2451
B1234 - Brentwood Reporting Service (615) 791-0003
www.EliteReportingServices.com

```
1    Q.      Or any other chemical?

2    A.      No.  Obtain, you mean like -- no.

3    Q.      Well, let me clarify.

4            Were you asked to attempt to locate

5    pentobarbital or any other chemical that Tennessee

6    might be able to use as an alternative to its current

7    protocol?

8            MS. LEONARD:  Objection.  This is getting

9    into privileged material.

10   BY MR. SUTHERLAND:

11   Q.      Okay.  Dr. Almgren, are you familiar with any

12   source that would provide pentobarbital to the

13   Tennessee Department of Corrections for lethal

14   injection executions?

15   A.      I am not.

16   Q.      Okay.  Are you familiar with any source that

17   would provide any other lethal injection chemicals or

18   other chemicals to the Tennessee Department of

19   Corrections for use in judicial executions?

20   A.      I don't know of any.  I don't know what you

21   mean by that.  No.  I did not -- I'm not sure what

22   you are asking.

23   Q.      Okay.  Have you searched for pentobarbital or

24   sources of pentobarbital that the Tennessee

25   Department of Corrections could use in lethal
```

Case 3:18-cv-01234-Document 188-28  Filed 05/17/22  Page 245 of 287  PageID #: 24502
Elite Reporting Services
www.EliteReportingServices.com

```
 1    injection executions?

 2    A.        No.

 3    Q.        Okay.  Or any other chemicals?

 4    A.        No.

 5    Q.        You have not.  Okay.

 6              How did you get involved in the -- it

 7    looks to me that your first -- was your first

 8    involvement in the lethal injection issue in the

 9    cases we talked about earlier, like in '19, 2019,

10    '18, '19?

11    A.        Yes.

12    Q.        How did you get involved in this area?

13    A.        I was asked to provide expert testimony or

14    expert, I guess, report.

15    Q.        And how did you get identified as -- did

16    somebody cold call you and say:  We are looking for

17    an expert, just out of the blue?

18    A.        Yes.

19    Q.        And when was the first time that you received

20    a call like that?

21    A.        So I was an expert witness for the Swearingen

22    case in Texas.

23    Q.        So the lawyers for Swearingen just called you

24    out of the blue?

25    A.        It was not -- I believe there was some other
```

```
 1   office person or some -- I think it was -- I'm trying
 2   to remember what was the -- I think it was
 3   actually -- let me remember before I say anything.
 4   Let me try to remember.
 5              I think it was an organization called
 6   Reprieve that had reached out to me.
 7   Q.      And what is that organization?
 8   A.      I believe that they are opposing death
 9   penalty, and they basically, I think, support maybe
10   whenever there are cases like this.
11   Q.      And so you just got a call out of the blue
12   from this organization or somebody from the
13   organization?
14   A.      Yes.
15   Q.      Do you know how they got your contact
16   information?
17   A.      I can only assume -- I teach a lot of aseptic
18   technique and sterile compounding.  And their
19   interest was to get my expert opinion on aseptic
20   technique, whether the aseptic technique that is used
21   for preparation of lethal injections is appropriate.
22              And so they provided me some, you know,
23   materials for review and I provided my expert
24   opinion, and they felt that it was sufficient.
25   Q.      So the first contact you had was from
```

```
1    somebody that was with this organization?

2    A.      Yes.

3    Q.      Okay.  And was that different than the

4    attorneys for Mr. Swearingen?

5    A.      I honestly am not sure whether they work

6    together or --

7    Q.      Was it an attorney that contacted you first?

8    A.      I'm not sure if that was an attorney.

9    Honestly, I just don't remember; it's been a while.

10   Q.      But you think the organization was called

11   Reprieve?

12   A.      Yes.

13   Q.      Do you have any personal views on capital

14   punishment?

15   A.      I do now, doing more research in this area.

16   Q.      What are your personal views?

17   A.      I mean, I honestly don't think it's morally

18   right to kill a person.  I don't think you can ever

19   justify.

20   Q.      And tell me about that a little bit.  Why do

21   you feel that way?

22   A.      I just think that there is never a right

23   reason to kill a person, and so I think it's just

24   wrong.

25                   And seeing this, you know, how in this --
```

Case 3:18-cv-01234-Document 84-28 Filed 05/17/22 Page 248 of 287 PageID #: 20505
ELITE-Brentwood Reporting Service  (615) 595-0073
www.EliteReportingServices.com

1    a lot of people basically may end up on death row,

2    and there are even potentially some that may be

3    innocent, it really is not a good thing.

4    Q.      And how long have you felt this way?

5    A.      I mean, I never supported the death penalty,

6    but I never really thought about it in great length

7    until I really started looking more into it.

8            But I always felt that it is just

9    morally -- it's not -- I personally believe it is

10   wrong to put a person to death.

11   Q.      And you would say that whether it was lethal

12   injection or any other method?

13   A.      Yes.

14   Q.      And is that something that you have arrived

15   at working on these cases?

16   A.      As I said, I always felt that it was not the

17   right thing to do, but working on these cases, I

18   really solidified my view.

19   Q.      And what was it --

20   A.      I feel that medications should not be used --

21   if we are talking about lethal injection, the

22   medications are meant for people to get well.  They

23   are meant to heal people.  They are not meant to

24   harm, and definitely not meant to kill a person.

25   Q.      So you think lethal injection itself

Case 3:18-cv-01234-Document 184-28 Filed 03/17/22 eBage 249 of 287 PageID #: 24506
www.EliteReportingServices.com

```
 1    shouldn't be allowed because of that reason?
 2    A.       Right.
 3    Q.       Are those opinions you have about capital
 4    punishment, are those opinions that you have shared
 5    with other people?
 6    A.       Perhaps at times, yes.
 7    Q.       Like who have you shared those opinions with?
 8    A.       I mean, my husband.
 9    Q.       Colleagues within your profession?
10    A.       Perhaps some of them, if the conversation
11    came up, but I would not necessarily bring up the
12    conversation by itself.  But if it did happen, I
13    would not be ashamed of expressing my personal view.
14    Q.       Have you talked about your views about lethal
15    injection with colleagues in the pharmacy within your
16    profession as a pharmacist?
17    A.       In a pharmacy where I -- any pharmacy
18    colleagues?
19    Q.       My question is, colleagues at the
20    university -- at the university that you work with,
21    have you discussed your views with them in
22    conversations?
23    A.       I don't think we had these types of
24    conversations, so I don't think so.  At least, I'll
25    put it this way, I do not recall any specific
```

```
 1   conversations that we would have about this.

 2              I don't remember.  If I did, it must have

 3   been a while back, but I don't remember.

 4              MR. SUTHERLAND:  Dr. Almgren, I think

 5   that's all of the questions I have for you today.  I

 6   appreciate your time.

 7              Lynne, thank you.

 8              THE REPORTER:  Did you need this typed

 9   up?

10              MS. LEONARD:  Yes.  If we could have a

11   copy of the transcript, that would be great.  Thank

12   you.  Send it to the Federal Community Defender

13   Office.

14              THE REPORTER:  Scott, did you want this

15   typed up?

16              MR. SUTHERLAND:  Yes, the original.

17                 FURTHER DEPONENT SAITH NOT

18              (Proceedings concluded at 4:18 p.m.)

19

20

21

22

23

24

25
```

```
 1                    REPORTER'S CERTIFICATE

 2

 3   STATE OF TENNESSEE

 4   COUNTY OF DAVIDSON

 5             I, SANDRA ANDRYS, LCR, RPR, RMR, with

 6   offices in Nashville, Tennessee, hereby certify that

 7   I reported the foregoing videoconference deposition

 8   of DR. MICHAELA ALMGREN by machine shorthand to the

 9   best of my skills and abilities, and thereafter the

10   same was reduced to typewritten form by me.

11             I further certify that I am not related

12   to any of the parties named herein, nor their

13   counsel, and have no interest, financial or

14   otherwise, in the outcome of the proceedings.

15        I further certify that in order for this
     document to be considered a true and correct copy, it
16   must bear my original signature and that any
     unauthorized reproduction in whole or in part and/or
17   transfer of this document is not authorized, will not
     be considered authentic, and will be in violation of
18   Tennessee Code Annotated 39-14-104, Theft of
     Services.

19

20

21

22        SANDRA ANDRYS, LCR, RPR, RMR
          Elite Reporting Services
23        Licensed Court Reporter (TN)
          Notary Public State of Tennessee

24
          My Notary Commission Expires:  6/26/22
25        LCR 583 - Expires:  6/30/2022
```

Elite Reporting Services
www.EliteReportingServices.com

### Exhibits

**Ex 01 - Dr. Michaela Almgren** 3:7 6:6,15,18 12:21

**Ex 02 - Dr. Michaela Almgren** 3:9 12:25 32:18 33:2 43:7 109:5 114:13 132:6

**Ex 03 - Dr. Michaela Almgren** 1:5 3:10 13:1 114:13

**Ex 04 - Dr. Michaela Almgren** 3:12 27:21 28:5

**Ex 05 - Dr. Michaela Almgren** 3:13 73:3 119:4

**Ex 06 - Dr. Michaela Almgren** 3:15 181:19 182:5,7,9 188:18

**Ex 07 - Dr. Michaela Almgren** 3:17 183:8,10

**Ex 08 - Dr. Michaela Almgren** 3:19 188:18 189:20

**Ex 09 - Dr. Michaela Almgren** 3:20 210:20,23 212:12

**Ex 10 - Dr. Michaela Almgren** 3:22 226:19,25

**Ex 11 - Dr. Michaela Almgren** 3:24 229:22 230:2

---

### 0

**000001** 190:23

**06** 55:10

**08** 55:14

---

### 1

**1** 6:6,15,18 12:21 33:18 34:3 187:25 212:23,24 231:8

**1,000** 118:19,20

**10** 65:9,21 196:19 207:8 226:19,25

**10-minute** 73:25 242:7

**100** 29:15 63:25 125:14 156:3,11 158:21 190:18 218:4,22

**1000** 118:25

**10:47** 74:4

**10:50** 74:6

**11** 74:25 132:6 200:18,19 229:22 230:2

**110** 80:14

**1118** 190:23

**11:50** 74:7

**12** 89:24 139:23 141:2

**12:30** 112:13,23

**12:45** 111:15 112:8

**13** 69:12,19 75:21 77:6,8 79:14,17 141:15 144:4 148:18 201:14 202:19

**14** 75:1 79:17 145:20 146:17 148:18 201:14 204:6

**15** 41:10,11,12,13 79:17 148:13 149:14 165:5 180:18 207:9

**1501** 221:1

**15th** 230:7

**16** 79:17 154:19 161:20 163:6 187:25 207:12

**16th** 188:1 191:15, 19 195:16

**17** 13:1 27:18 33:5 79:18 164:25

**17th** 13:12

**18** 77:7,10 79:14, 18 84:4 85:8,9 244:10

**19** 165:22 232:18 244:9,10

**1:30** 77:19 112:9, 13,23

---

### 2

**2** 12:25 13:5 27:8, 19 32:18 33:2,4, 18 34:3 43:7 109:5 114:13,15, 18 132:6 217:15 233:11 235:18 236:19

**2,500** 233:8

**20** 41:17,20 61:13 189:13 226:20

**20-** 102:17

**2004** 54:1 63:9

**2010** 55:10 58:19, 25 64:16,21 67:1 69:5,9,18 73:5,11 74:15

**2012** 64:22 65:9, 22 67:2

**2013** 74:22 75:4 76:1 77:17 90:9, 21 91:2,22

**2017** 211:21 212:20

**2017-2018** 102:18

**2018** 29:13 76:1 164:8,11,14 226:20 227:3

**2019** 187:25 188:2 230:7 232:22 244:9

**2021** 13:1 27:18 33:5 113:21

**20th** 227:3

**21st** 211:21 212:20

**22** 149:1 169:8 171:8

**23** 177:13 178:3 182:18,21 183:1, 19 184:1,4,13 241:5

**24** 177:13 178:3 183:5 184:1,17 199:14

**25** 41:21 184:1

**26** 185:23

**27** 186:22 187:8, 18,20

**28** 196:23

**29** 189:4,22 190:2 191:3 196:23 232:18,21

**2:15** 182:2

---

### 3

**3** 13:1,5 27:9,19 33:19 34:4 114:13 115:19,20 220:15, 16 232:18 234:21 236:20

**30** 41:6

**32** 196:23

**34** 30:24 31:6 202:14 203:1

**35** 26:24 29:19 30:18,20 31:6,8, 10

**36** 31:15

**37** 31:18 204:19 205:12

**38** 31:23 190:16, 24 205:19

Case 3:18-cv-01554-Emc Document 18-20 Filed 05/17/22 Page 253 of 287 PageID #: 10510
www.EliteReportingServices.com

**39** 31:25

---

**4**

---

**4** 27:21 28:5 132:6
139:20,22 140:4
149:3,5 177:9
223:17 231:23
237:16

**4-16-2019** 191:8
193:25 194:21

**4-21-2017** 210:21

**40** 26:24 29:20
32:2 73:24

**4301** 238:16

**45** 112:18 191:15,
16,18 192:6,15,23
193:3,9

**45-day** 195:16

**483** 131:18,19,21
210:21 211:8,11
212:13,23 226:12,
19 227:3,8 230:6,
16

**483s** 211:18

**4:18** 249:18

**4:30** 77:19

**4th** 8:25

---

**5**

---

**5** 73:3 104:18
114:17 119:4
139:20 155:16
156:18,25 177:8
183:23 238:18

**5-31** 195:6,9

**5-31-2019** 193:15,
19,25

**50** 41:11 189:5

**50/50** 86:13,14

**503A** 91:23 92:6,
22 95:2,7,9 97:1
121:19 125:17
131:23 227:18

**503B** 84:15,17
90:2,3,5,14 91:1
92:3,7 93:2,10,25
95:2,7,18 96:23
97:4,9,19 131:20
211:9 218:13
221:9 226:7,11
227:22

**5th** 29:13

---

**6**

---

**6** 33:9 149:2
181:19 182:5,7,9
185:15,18 188:18
209:18 239:6

**6-A** 33:12

**6-B** 33:15

**6-C** 34:19

**6-D** 34:20

**6-E** 34:22

**6-F** 34:24

**6-G** 34:25

---

**7**

---

**7** 104:18 183:8,10
185:15 196:19
200:13 209:18
239:21

**70** 64:1

**795** 57:7

**797** 35:13 52:25
72:8 73:15 91:23
95:9,12,16 96:2
118:16,24 119:9,
12,17 120:6,8,18,
23,24,25 121:1,2,
8,23 122:5,11,18,
20,22,24 123:2,5,
10,13,22 124:7,19
125:1,10 126:20
127:10,12,22,23
128:4,8,9 129:2,4,
12 130:11,15
132:9,11,19,21,23
133:15 134:14,23,
25 135:3,12,16,
18,24 136:10,20,

---

24 143:25 155:8
166:2 192:6,15
197:3 198:25

---

**8**

---

**8** 185:17 188:18
189:20 209:18
240:8

---

**9**

---

**9** 190:2 209:18
210:20,23 212:12
240:24

**90** 241:6

**96** 54:24

**97** 44:2,12,19
45:13,14 49:6,13

**99** 30:9 44:23,25
45:15,19 49:6,14
50:15 54:1

---

**A**

---

**Abbott** 62:24

**Abbreviated**
99:15

**abilities** 186:18

**ability** 9:24 43:15

**absence** 163:10
171:19

**absolutely** 15:8
53:15 56:4 72:13
89:1 97:15 128:25

**academic** 67:2
68:25 74:17 75:7
85:11

**accept** 122:23

**acceptable**
121:11 197:5

**accepted** 121:8,
12 122:20,22

**accepts** 122:11

**access** 20:6
38:14,16 240:16,

---

18

**accomplish**
17:24

**accomplished**
17:24

**account** 81:21

**accredit** 125:8

**accreditation**
122:25 123:2
125:7

**accuracy** 105:15

**accurate** 74:20
145:24 147:5

**accurately** 17:8
148:12 153:7

**achieve** 118:10

**achieved** 50:25

**acronym** 91:3

**acronyms** 90:13

**act** 68:7 90:20,25
91:11,24 122:12
142:11 165:8,14

**action** 200:25

**active** 22:5,13
127:7

**activities** 213:11
232:15

**Acts** 121:7

**actual** 19:25
52:17,18 107:24
194:13 232:10

**add** 47:18 48:11
103:23 192:9,19

**adding** 192:11,16,
17

**additional** 26:19
95:21 207:18
234:20

**Additionally**
144:5

**additives** 192:17

**address** 143:8
183:3 184:2
194:13 201:1

223:20 226:16
231:5 234:20

**addressed**
120:12 239:5

**addressing**
207:18

**adequate** 141:4
200:25

**adjunct** 74:23

**adjust** 192:17

**administer**
123:21 124:19
142:8 149:23
150:2,7,11,18
152:7,15,20 153:1
156:3

**administered**
127:22 138:7,22
158:24 161:22,24
199:3

**administering**
126:5 137:11
142:17 151:7
155:5 170:12

**administers**
123:22,23

**administration**
152:13,18 177:11

**administrative**
52:5 221:24

**admit** 12:21

**admitted** 66:13,
17

**adopted** 53:11
133:20

**advanced** 55:25
59:3 78:24 86:24
165:1

**advise** 199:4

**advisor** 84:11

**Affairs** 106:22

**affect** 9:24 97:13

**affirmative** 15:5

**afraid** 158:17

**AG's** 7:18

**agree** 118:8
119:13 129:14

**ahead** 12:20 27:5
48:7 79:3 90:22
119:4

**Aid** 55:8,20 56:6,
7,21 57:4,11 63:3
64:4,24 65:1,8,23
74:20 134:12

**air** 157:7,9,13,15
167:10 168:12,15,
17,24 169:1,3,5,
22 228:16,20
229:17 237:1,3

**airflow** 157:5

**airtight** 164:2,5

**alarm** 228:24

**alarms** 229:11

**albuterol** 93:13

**alcohol** 166:5,17,
18,19,21,22,24,25
167:2,4,6,13,21
168:1,3

**alert** 200:3 229:17

**Alex** 5:20 6:20
7:16 39:22 181:2

**algorithm** 48:13

**allegations**
10:22,25 11:6,19,
24 12:3

**allowed** 142:10,
13 150:12 232:13,
19 248:1

**Almgren** 5:2,8 6:4
7:3 8:2 13:7,9,22
14:11,20 25:14
27:7,13 28:6,12,
22,25 29:14
30:20,25 33:4
38:17 43:8,15
69:24 73:23 74:11
110:9 111:19
113:2 114:17
116:21 117:3,17
119:5,7,15,17
132:8 139:8,23
164:8 181:3,13,21

182:11 183:12
189:22 190:10
193:11 205:10
208:7 210:25
211:4 223:8 227:2
229:23 230:5,15
242:14 243:11
249:4

**Almgren's** 12:22
13:1 27:18 43:7
114:14

**alternative** 91:17,
25 243:6

**ambiguous**
125:22

**amended** 11:10
12:2

**amount** 47:17
80:7 92:9 153:15
162:16 170:24
228:9

**amounts** 144:10

**Ana** 5:20

**analyses** 117:25

**analysis** 19:12
32:6 39:12 51:4
52:3 54:21 99:17

**analyst** 232:11

**analytical** 200:14,
20

**analyze** 30:15
47:14 48:10 51:24
52:16

**analyzed** 11:22
47:2,8,9 52:17

**analyzing** 46:6
52:11,18

**and/or** 238:20

**ANDAS** 94:3
99:13

**Andrys** 5:9

**anesthesia**
224:12,20

**answering** 10:10
16:18 174:19,21,
24 175:11 205:6

214:22

**answers** 14:22
18:13

**anticholinergic**
224:15,17 225:4

**anymore** 53:23
147:19 150:22
218:1

**API** 22:5,13,22
24:18,20 25:1
26:6 35:21
207:24,25 208:18,
23 209:11

**APIS** 103:23
144:7 208:2
223:13

**apologize** 37:21
47:5 82:22 119:20

**app** 55:24 112:21

**apparent** 144:18

**APPE** 86:24

**appeared** 177:16

**appears** 146:18
171:15 176:5
178:16 204:14
212:15 227:3
230:5 239:25

**applicable** 53:5
220:19

**Application**
99:15

**applied** 124:13,16
135:12 202:11

**applies** 122:5
123:8 128:9,12,20

**apply** 53:3 123:5
127:18 128:23
134:1

**applying** 133:17

**appointment**
76:10,22,25

**appropriately**
153:2 202:2

**approval** 106:16

**approximately**

41:5,7 113:15
241:5

**April** 191:15,19
195:16 211:21
212:20 226:20
227:3

**area** 63:21 72:22
77:23 84:12
106:24 225:15,16
229:19 244:12
246:15

**areas** 17:6 71:24
97:3 141:22
144:22 234:21
238:18 239:6

**arise** 215:14

**arm** 236:24

**arrangement**
87:16 94:23

**arrived** 247:14

**arrow** 50:9

**arts** 44:9

**ascertain** 207:10

**aseptic** 84:19
91:9 152:1,3
153:6 165:1,6
166:1,12 213:3,4,
8,9 215:11 216:18
233:21 234:1,7,21
235:19 237:5
238:18 239:6,9
245:17,19,20

**aseptically** 126:3
151:22

**ashamed** 248:13

**assay** 201:5,7,9
203:6 236:4

**assigned** 149:15

**assignment** 78:8,
12 89:15 144:11

**assist** 98:9

**assistant** 5:11,12
69:3,10 72:4 75:8,
9

**assisted** 52:22

**associate** 33:17
232:19,20 233:1

**assume** 192:14
193:3 194:3 209:9
245:17

**assumed** 96:5

**assuming** 34:1
36:24 40:4 87:24
150:23 158:23
191:1 194:9
203:19,20,21
221:5,10,11,19
232:3

**assumption** 97:4
136:15 168:21,22
194:15 210:9,13,
18 221:14

**assumptions**
220:22

**assurance**
213:10 236:12

**assure** 52:24
95:23 96:13
153:18 197:5
209:12 217:18
219:17 220:2
240:9

**atropine** 224:13,
19 226:5

**attach** 153:25
167:15

**attempt** 242:17
243:4

**attend** 60:13 99:3

**attention** 34:11
145:21 146:3,6,16
147:8,9,20,24

**attorney** 5:10,11
8:5,6 246:7,8

**attorneys** 5:12
36:1 39:15 40:9
42:21 43:1 109:15
110:22 111:5,9
114:20 246:4

**attributes** 171:16

**Atyia** 5:13

**audit** 52:8,22

123:1 124:7,9,16,
21 130:18,19

**audited** 131:12

**auditors** 124:21
125:4

**audits** 124:20
130:16

**August** 64:22
65:9 69:12,19
77:6,17 79:14

**authorized**
240:11

**authorizing**
141:4

**automatically**
24:11

**autopopulated**
220:7

**availability** 8:19

**average** 98:11,17
160:19

**aware** 9:19 23:9
42:9 88:24 89:4
124:17,20 153:5
164:7,9,10,13,20,
21 171:9 172:14,
22 221:12 227:9

**awesome** 222:19

———————

**B**

**bachelor** 44:1

**back** 20:21 26:7,
21 29:16 36:23
44:14,18 45:11
53:15 54:8 59:10
73:5 74:2 75:4
81:20 84:13 99:18
100:20,22 102:19
112:22 113:2,17,
19 127:9 132:5
136:9 139:17
144:19 145:7
146:14 148:3
152:5 173:17,24
181:4 187:14
188:14 204:1
214:12 216:2
217:4 222:18

224:25 231:21
235:18 242:2
249:3

**background**
38:25 169:17,18
171:1,20 213:21,
23 222:22 231:19
241:4,5,14,24

**backup** 240:22

**bacteria** 157:12

**bacterial** 214:8
229:4

**badge** 87:19
88:14

**bag** 154:3 169:22

**bags** 103:22

**balanced** 56:11

**balances** 210:11

**Baldridge** 5:20

**bar** 23:14,17,24
24:7 26:5

**base** 144:15

**based** 8:17 90:18
92:24 100:6
114:22 161:19
162:7,21 174:5,14
187:23 192:6
204:10 205:15
220:23

**basic** 153:16

**basically** 20:15
21:13 22:2 23:15
24:15 47:8 48:13
51:12,15,24 53:8
54:9 56:23 60:4,
20,23 61:5 63:2
64:19 66:9 70:13
76:13 87:7 95:12
118:2 119:1
131:11 156:25
157:9 200:2 201:8
202:10 209:11
211:10 214:2,5
227:13,25 228:21
237:22 239:18
245:9 247:1

**basics** 152:19

basing 144:14

basis 70:17 102:21

Bass 5:21

bat 11:12 35:24 148:25

batch 92:20,23 182:23 236:2 241:1

batches 57:24 91:6 92:10 99:10 173:9 175:6,19,23 178:17

batching 57:23

Bayer 82:15,20

bedside 155:20 157:14

began 73:8

beginning 34:14

behalf 12:18 125:8 242:19

believed 145:22

bell 234:19

benefit 179:8

Berry 5:21

big 62:22 92:10,11 97:17 117:19 118:3 228:5 235:13

bigger 103:22

biggest 210:1

bill 40:22,24

billed 41:2

biology 44:2

bit 32:24 125:22 164:24 196:22 208:9 213:23 246:20

black 169:18 170:14 171:1,20

blank 221:4

blends 49:22,25

blocked 236:25

blood 168:9 225:8

blue 244:17,24 245:11

board 53:6 106:5, 17 121:11 122:10, 14 131:24

boards 121:6

bodies 123:1 124:25

body 125:7

book 20:10 23:4 53:16,17,18,19, 20,22

boot 107:17

bottle 16:24

bottom 13:11 23:18 29:8,11 207:8

bought 66:6

bow 50:9

boy 48:21 114:4

BP 35:19 36:3 208:19 209:7

break 7:6 15:16 73:25 111:14,20 112:3,25 113:5 181:25 242:7

breaks 9:8,11

briefly 26:18,25 228:11

bring 163:21 191:25 248:11

bringing 63:23 233:24,25

British 208:1

broke 74:14

broken 179:4

bromide 154:21, 22 155:10,25 156:4,12 158:20 159:9,25

brought 25:1 51:8

bubbles 169:23

BUD 192:23 193:2

bunch 104:8

Bureau 109:8

business 49:11 93:10,15 94:9,12 222:23

busy 70:1 80:17 113:18

buy 23:4

---

**C**

calculate 71:21

calculations 70:12 71:18

calendar 87:7

calibration 210:10

call 5:10,20,22 55:24 103:18 244:16,20 245:11

called 5:3 45:24 72:15,16 83:4 131:18 244:23 245:5 246:10

calling 55:22

camp 107:17

campus 67:15

cap 236:24 237:6

capable 51:15

capacity 33:20 230:19

capital 246:13 248:3

caps 234:4 236:25 237:6

care 53:9 111:18 151:23 216:5 229:1 238:13

career 44:16

careful 144:10

Carolina 44:3,6 45:22 55:9,14

58:21 67:9 68:6,7 71:5 75:5,10,22 77:6,10 81:11 89:8 133:24

carriers 125:9

case 5:13,23 8:7 9:4 10:7,11,14,24 11:1,11 12:7 13:18 16:7,13 17:1,5,9,14 20:16 21:13 30:2 36:8, 11,15,20 37:6,13, 21 38:5,8 39:9,11 40:10 41:3,25 42:14 89:3 109:10,23 111:3,8 113:8,12 114:8 137:12 173:23 175:2 216:1 229:19 242:17 244:22

cases 17:5 109:1, 11,19 110:11,17, 21 244:9 245:10 247:15,17

catch 214:17

causing 165:14

caveat 15:18

center 55:13 56:3 90:11 91:3,4 94:8, 13,15,19 97:18 100:9,13,16 107:4 122:24 134:7 227:4 230:7

Central 112:14,23

CEO 230:17

certainty 125:14 159:18 160:16

certificate 106:22

certificates 222:5

certification 100:21 103:15 106:12,17,21 107:11

certified 100:20, 22 101:20,22,24 102:1,3 106:5

CGMP 85:6 90:7,

www.EliteReportingServices.com

15,18,24 92:18
95:19,22 103:14
104:6 222:25
227:15,17,25

**CGMP-RELATED**
211:13

**chance** 28:3 58:6
64:6 136:7 167:7

**change** 80:8 81:4,
6 82:19 184:10
185:13

**changed** 80:1,3

**chapter** 20:7,8
35:13 53:7 73:15
95:12 118:17,24
119:1 120:12
121:8 122:11,18
123:25 124:1
125:1 128:6,12,16
129:25 132:23,24
134:25 135:24
162:18

**chapters** 20:11,
12 35:14 118:18,
19,23

**check** 31:1,4

**chemical** 45:18,
20 47:4 48:14
49:15,17,23 50:22
72:7 144:6 152:8
158:18 159:23
168:16 187:9
196:21 242:24
243:1,5

**chemicals** 10:19
35:1 45:24 46:9
47:7,12 49:18,20
51:24 141:6 142:9
150:3,7,19 151:8
157:12 168:4,11
171:10 177:10
242:19 243:17,18
244:3

**chemist** 45:17,19
46:4,13 47:1,7
48:2 49:14 50:19,
21,23 51:1,17,21,
22 52:2 53:4
54:19

**chemistry** 44:2
46:6,19 47:18

52:9 57:7 58:25
59:9 60:5 61:4,18

**chemists** 48:17

**chemotherapy**
57:22 72:8

**children** 65:15

**chipping** 59:13

**chloride** 34:22
138:1,2,4,7,22
154:22 155:25
158:24 159:7,8
160:1,21 162:2
171:22 172:3,7,
15,23 173:11,15,
20 174:2,8,13
175:3 176:12,14
177:15 178:1,25
180:21 181:17
183:7 184:5,9
185:15 201:4,14
204:7,14 205:14,
23 206:3,17

**circumstances**
9:18 137:8

**citation** 131:11,
14,22 221:20
222:14 227:13
241:11,14

**cite** 124:17
127:10,17 144:25
145:2,9 147:13,16

**cited** 124:22
131:4,10 145:3,16
146:2,4,7 147:12
214:24 218:10,16
238:6,8

**cites** 35:3 162:13

**citing** 124:18

**Civil** 9:9

**clarify** 195:13
243:3

**clarifying** 109:25

**class** 62:2 72:6
79:8,12 104:18
155:16 156:18,25
210:16

**classes** 60:2

**clean** 168:20,21
228:1

**cleanable** 238:20

**cleaned** 168:13

**cleaner** 168:14

**cleaning** 100:2,3,
4,6 239:7,17,18

**cleanroom** 57:20
58:5,7 78:7,10,12
157:4 227:18
228:2,5,13

**cleans** 165:23

**clear** 116:18
117:15 164:18
212:19

**click** 36:6

**clinical** 63:21
64:6 68:23 69:4,
10 72:4 75:7,9
84:11 85:12 86:16
87:3,5 89:15
99:19 128:10
129:13,16,19

**close** 131:8 212:4
242:11

**closed** 103:9

**cloth** 167:22

**CMS** 123:3 125:8

**co-preceptors**
87:9

**cold** 244:16

**collaborated**
98:5

**colleague** 5:21

**colleagues** 5:19
71:5 89:1 248:9,
15,18,19

**collection** 118:6

**college** 44:3,8
53:21 71:3,4
74:17 75:10,22
76:8,9,14,24
77:10 80:25 81:1,
3,5 98:15 104:17,
19,21

**color** 171:12

**Colorado** 107:16

**colors** 169:19

**Columbia** 44:3,8,
9 45:22 55:9,14
67:15 77:6 100:11

**comfortable**
57:8,16 206:25
207:6

**comment** 231:16

**comments**
145:15

**commercial**
232:12

**commercially**
31:20 184:25

**commissioner**
5:14 33:19

**common** 56:13
98:20 125:9 177:2
198:23

**commonly** 200:6
224:3

**communicated**
113:8

**communication**
39:6 66:20

**Community** 5:17
249:12

**companies** 88:20

**company** 45:18,
20,23 46:9,13
47:3,24 48:3
49:11,16 50:9,22
72:16 84:7,10,16
89:11,17,19,25
98:12 233:7

**comparable**
35:17,18

**compendium**
23:2,10,12 24:7
53:7 118:9,17,18
120:9 200:24

**compensated**
89:10,16

competency 133:21

complaint 11:9, 10,14 12:2

complete 60:5 87:2 124:16 132:3 227:15

completely 164:3 165:25 184:23 217:25

completes 220:6

completing 204:3

completion 232:15

complex 57:22 102:25 103:6,10

complexity 95:5

compliance 20:19 52:24 200:15,21

compliant 21:17, 19 22:11 104:18

comply 90:15,24 104:5

component 85:11 86:17 93:18

components 88:6 217:18 219:17 220:2

compound 22:18 58:17 90:6 91:22 92:2,5,9 96:8 97:9 101:3 103:13,16 104:16 105:3,5 121:18 125:20,21 126:2 133:8,18,22 152:11 157:4 169:13 192:8 193:1 197:24 198:19 208:21

compounded 22:2,10 34:19 95:14 97:20 100:9 102:10 114:25 115:7,22 123:20, 23 124:8,12 127:21 130:21

132:11 135:11 137:11 142:20 155:11 163:23,24 170:13,18 171:3 172:22 184:25 185:6 193:4 197:8,21 198:3 199:2 200:14,21 202:21 207:1 226:10,11 228:25

compounding 21:25 57:3,6,16, 21 58:10 71:11, 14,17 72:7,9,10, 17,21,22 73:1,8, 10,13 77:22,23 84:15,16,18,19 90:3,4,5,11,15 91:1,2,4,21 92:7, 22,23 93:2,17,18, 22,23,24 94:7,8, 13,14,17,19 95:18 96:23 97:18 100:9,13,14,18 101:4,9,12 102:8, 10 103:2,4,11,19 104:3,9,10,22 106:9,15,17,25 107:2,5,6,9,11,14, 17,21,24 119:2 121:4,13 122:8,16 123:4,14 125:16 126:10,18 132:8, 17,18 133:3,4 134:2,7,10,20 156:18,24 157:1, 8,14,21 158:2,5 169:21 170:2,5,8 197:10,24 199:1 200:6 206:23 207:9,14,17 211:9 225:17 227:4,5,22 228:19 230:7 245:18

compounds 102:21,24 103:8 104:13 108:2 124:19,23 126:11 170:3 176:12 200:9 207:4 229:6

computer 16:21

computers 240:9

concentrated 172:7

concern 97:6,17 147:5 156:2,4,14 158:22 159:13 165:6,7 166:23 167:5 178:12 182:20 184:8 204:8,18,21 205:14,18 206:2,5 210:1,15 228:12 234:8

concerned 144:22 160:10 161:18 206:21,22 237:7

concerns 141:9, 12,14 148:6 178:10,11 183:13 201:15 204:2 205:11,24 210:2,3

concluded 249:18

condition 10:3

conditions 126:22 127:1 128:17 129:25 143:11 156:5 160:7 196:21 197:9 234:23 239:9

conduct 231:25 232:13,19 241:2

conducted 232:12 233:1

conducting 231:12

configurations 99:22

confirm 183:11

conform 217:19 220:3

conformed 219:18

confused 44:5 182:24 185:3 215:4

confusing 67:10 160:6 185:10 196:10

confusion 36:21 110:6

considered 68:8 88:3 101:10 129:18 155:20 187:12

constituting 156:10

constitution 170:7

consultation 110:21 144:1

consulted 109:15 110:25 111:3,9 143:18

consulting 64:8 66:4,22 143:7 144:2

consuming 70:11

contact 193:5 245:15,25

contacted 114:7 246:7

contacts 16:8

contained 30:13

container 164:3 223:17 225:21

contaminants 157:17 219:14 238:4

contaminate 237:6

contaminated 91:8 136:6 137:21 138:5,22 153:19 161:17 165:15 215:23

contaminating 165:8 167:3 239:2

contamination 96:25 97:7 132:13 135:1,25 136:4,5 137:25 138:8,12 156:15,16,22 157:2 158:15,16 159:2,5,8,14,23

E1284 - Document 18-28 - Elite Reporting Services - Page 259 of 287 - PageID #: 10516
www.EliteReportingServices.com

160:13 166:15
167:19,24 168:16,
24 213:1 214:8
216:12 228:14,22
229:2,6 233:12
237:2

**context** 136:3
137:10,20 158:3
165:4 216:16

**continued** 59:18
79:5 123:10

**continuing** 72:19
107:12,13 133:13
134:18,21

**continuous**
198:7 228:20

**contract** 80:3
82:6 87:18 113:20
114:5 209:16

**contract-wise**
80:7

**contracts** 79:21

**contrasting**
169:19

**control** 52:4,20
62:9 203:24
220:13,19 236:1,
13 239:15 240:10,
15

**controlled** 144:8
159:3 238:2

**controlling** 48:15

**controls** 217:16
219:17,25 231:3
240:8

**conversation**
248:10,12

**conversations**
248:22,24 249:1

**coordinating**
70:7

**copies** 19:3

**copy** 12:1 13:23
14:18 23:2 26:23
27:22 29:16 33:12
43:9,20 53:22
116:22 181:2

249:11

**core** 93:15

**corner** 29:8

**Corporation**
94:11,12 210:21
212:14

**correct** 9:25 10:5
12:18 13:13 14:17
26:9,10 31:21
43:20 44:10 50:19
52:25 53:1 55:7
58:23 62:18 64:18
66:21 67:17 68:19
69:2,13 75:3,6,12,
23 76:3,4 85:14
93:1 97:23 109:1
110:20 111:11
115:9 117:9
129:12 140:8
141:10,11 145:25
147:6,13,14
153:12 154:20
155:12,15 171:24
178:15 184:6,7,22
204:5 205:16,17,
20 207:22 212:22
218:18,19

**corrected** 177:4
218:17

**correction**
221:20

**corrections**
33:21 129:1 131:5
172:16,23 173:1
174:2,18 175:3,7,
20 176:13 188:4
243:13,19,25

**correctly** 47:3
92:21 142:3

**corresponds**
175:25

**counsel** 8:9,17
11:22 13:18 41:22
119:24

**counseling** 56:25
83:20

**count** 15:24

**country** 97:22

**counts** 241:7

**couple** 13:23
39:20 40:20 42:20
43:1 61:22 70:4
74:18 75:16
109:20 110:13
190:8,19 203:4

**courses** 59:13,
15,20,25 60:24
61:4 70:2,4,8,11
72:14,20 78:21
107:7,12,14
134:19,22 153:9

**coursework**
59:17 60:4,21
62:1 81:22

**court** 14:20 17:9

**cover** 49:3

**covered** 127:22,
23 129:2

**covers** 124:2
129:4

**create** 62:10
169:22 221:13

**credit** 61:14

**critical** 72:15,16
107:15 153:7
157:11 160:11,25
161:15 166:14
237:7

**crucial** 141:3
146:19

**CSTDS** 103:9

**cure** 50:7

**current** 23:22,23
63:6 90:17 200:24
218:3 243:6

**curriculum** 86:22

**customer** 176:8

**customers** 56:22

**cut** 81:20 205:7

**CV** 13:15 14:4
43:4,7,20,24 44:1,
22 45:7,8 46:17,
23 47:19 52:21
55:2 64:15 72:3
74:13 98:2

**Czechoslovakia**
44:14

---

**D**

---

**daily** 16:24 101:5,
6 102:21

**dangerous**
199:20

**data** 11:22 136:15
240:22

**date** 8:16,17 97:5
113:13,16 114:5,
10 146:21 155:19
188:13 191:17
192:6,15,23
193:4,6 194:20,
21,24 195:2,8,17
218:25 227:23

**dated** 13:12 191:8
196:3 211:20
212:19

**dates** 8:19 185:24
227:24

**dating** 144:11
196:5

**Davis** 109:9

**day** 8:21 17:18
69:23 70:12 78:8,
13 80:11 81:5
82:1 83:24 95:5
98:24 113:14
199:13

**day-to-day** 51:3
69:17,19 70:17
77:13 85:20

**days** 79:6,7,21
80:5,14,19,20
81:11,12,15 82:6,
7 83:11 85:25
98:11,17 191:12,
14,15,16,18
192:6,15,23
193:3,9 241:6

**dead** 159:10

**deal** 107:14 204:2
234:12

**dealing** 56:22
177:22 215:11

www.EliteReportingServices.com

deals 31:20 183:23

dealt 134:12 234:15

Dean 5:12

death 128:18 130:1,4 137:12 150:19 165:5 245:8 247:1,5,10

death-sentenced 114:21

Debbie 34:3

December 53:25 54:1 60:6

decide 99:7

decipher 241:17

decision 163:5

decisions 35:18, 20

deemed 241:4,5

deep 198:11,19

defect 219:10,12

defects 218:9,14

Defendant's 190:23

defendants 5:13 8:7

Defender 5:18 249:12

deficiency 135:15 136:10,22 215:11

deficient 223:18 231:13 234:22 238:19 239:7

define 20:23

definition 101:11 118:13,14 129:16, 18

degradation 156:9

degrade 96:18 162:16

degrades 176:23

degrading 168:5

degree 44:2,12,19 45:5,13 49:13 58:19 59:8,12,23 60:1,5 61:24 63:5, 6,12,17,20 64:16 67:21 68:4,25 69:7 70:23 133:21

degrees 59:3 95:5

delay 25:18,21 181:14

delineate 118:2

delivering 58:4

delivery 163:25

demonstrate 102:23 133:21 214:1 215:19 232:15

demonstrated 148:1

department 33:21 82:17 83:4 172:16,23 173:1, 13 174:1,14,18 175:3,6,20 176:13,15 188:4 220:14 238:22,23 240:15 243:13,18, 25

departments 98:5

depend 137:7 150:21 160:7

depending 34:10 51:23 78:7 98:14 105:14 121:5 131:16 137:13 184:22

depends 71:22 86:4,6 92:12 98:13,25 101:19 108:20 131:2 132:1,20 133:6,11 136:21 137:24,25 138:11 142:11 143:20 160:24 176:20 199:13,14

224:19 226:15 236:12,17

DEPONENT 249:17

deposed 10:7

deposition 6:6 7:21 8:9,10,16 9:7,20 12:22,23 15:17 16:4,9,19 17:22 18:18,24 25:25 26:16 27:20 29:19 30:1 31:13 32:13,22 34:14 39:13 42:9,19 108:25 144:15,16, 19,21,25 145:2,4, 17 146:11,14 180:18 188:24

depositions 12:13 33:15,22 34:8 37:19 38:21, 24 40:25 41:8,14 140:13 177:16,19

deputy 8:5

describe 128:16 129:25

describes 95:13 119:1 165:22

description 154:13

designed 130:3 212:25 217:18 220:2 233:11

designee 33:20

detail 46:16,18 85:25 145:21 146:3,6,16 147:8, 9,20,24 151:10 152:14 179:10 210:12 223:11 234:11

detailed 177:10 179:8

details 11:8,13 85:9 125:23 214:11 234:17

detect 169:18 219:9

determine 48:10 114:11 143:12 144:9 184:11

determining 99:5 100:5

develop 62:14 70:2,6 218:7,9

developing 70:13

development 51:5 52:22 62:13 84:12 85:2 99:2

devices 103:9

died 91:10

differ 182:23

difference 116:19 144:6 155:4

differences 95:1, 7 117:11

differently 18:6

difficult 61:3 80:13 186:16 231:20

direct 82:15,18

directed 83:7

direction 82:10

directions 177:18

directly 46:23 57:18 71:9 88:2 89:15 93:6 94:21 103:13

director 83:1,2,3

dirt 168:23

dirty 160:14

disagree 120:3

discard 193:12, 19,25 194:2,24 195:6

discarded 196:16 229:20 235:25 236:8,11

disclaimers 23:18

disclosed 210:8

Case 3:18-cv-01234-Document 18-28 Filed 05/17/22 Page 261 of 287 PageID #: 15518
Elite-Document Reporting Services Page 261 (985) 285-0083
www.EliteReportingServices.com

**discovered** 211:12 219:15

**discrepancies** 131:13

**discrepancy** 240:25

**discuss** 6:10 42:7,13 99:3,9 135:6 201:3

**discussed** 17:13 19:2 41:23 42:5 143:20 149:2 248:21

**discussing** 10:17 16:12 148:22

**discussion** 25:12 74:9 182:3 223:5 230:3 242:12

**disinfecting** 239:8

**dispense** 96:4 126:10,25 133:10 198:10,18 199:6

**dispensed** 97:8 108:21,22

**dispensing** 83:13 198:19

**dispose** 105:4

**Distance** 74:24

**distant** 60:24

**distinct** 88:6

**distinction** 38:1 184:24

**distracted** 7:7

**distributed** 241:1

**District** 10:9

**division** 93:9,25 94:1

**doctor** 123:9 195:2 196:4

**doctors** 106:6 150:13

**document** 6:17 8:11 13:8 28:4 29:3,9,22 30:9,14

31:1 35:16 36:6 37:16,17 73:2 148:25 177:20,22 180:5 182:4 183:9 189:19 210:22 211:25 217:9 226:24 230:1 231:6

**documentation** 11:21 37:24 114:23 144:11

**documented** 239:22

**documents** 7:16, 22 11:25 12:7 13:4 26:19 32:12, 20 33:24 34:5 35:2,7,8 38:10 181:9 189:23 190:15,24

**dog** 15:24 16:23 60:18 119:20

**dog's** 15:25

**Donnie** 186:23 188:1,6,19 189:5 191:5,21 194:1

**door** 126:1 128:6 234:4

**dose** 158:24 177:2,12

**doses** 152:12

**double** 163:15

**double-check** 19:19 37:2 66:21 109:2

**downstairs** 170:18

**DQ** 90:19

**DQSA** 90:9 91:11, 19,24

**draw** 158:6

**drawing** 154:22 155:13 156:20 158:3

**drawn** 155:2

**drooling** 224:4

**Dropbox** 34:2,6 36:1,9,12,23 38:10 39:7

**drops** 224:23

**drug** 21:8,15,16 24:12 33:15 84:12 90:20,25 91:12 96:16 97:7 99:14, 15,16 103:8 117:22 120:21 123:7 136:1,6 137:22,25 140:5 141:3,15,25 142:16 144:5,7,8, 11,15 145:20,21, 24 146:3,20 147:3,23 148:9, 15,22 149:7,11 160:7,25 161:14 171:5,12 173:3 179:7 187:22 188:23 201:1 208:25 213:1 217:19 219:18 220:2 223:18 224:6,14 225:1,20 233:12 237:18

**drugs** 21:6,22 26:24 31:21 32:6 34:19 51:19 52:13 91:8 96:10 103:20 111:10 118:3 120:22 137:11 144:10,18 161:3, 21 162:8,22 172:10 178:16 182:23 206:1,13 224:7 225:17,23, 25 226:10,11

**dry** 22:14

**dual** 76:10,25

**due** 8:23 90:10

**duly** 5:3

**dumb** 18:11,12 62:19

**dust** 157:16,17 167:8,21 168:6,8, 17,23

**duties** 46:5 77:11

**Dropbox / E**

### E

**earlier** 86:23 93:21 113:5 116:24 143:20 148:9 187:21 215:7 229:8 241:13 244:9

**early** 32:15 191:20,24

**easily** 25:18 238:20

**Eastern** 74:7 112:13,23

**eat** 111:17

**educated** 142:19 143:2 231:20

**education** 17:7 43:25 62:17 72:19 107:12,13 132:25 133:13 134:19,22 140:1

**Edward** 189:5 191:5,21

**effect** 159:9 165:11 166:6

**effective** 95:24 132:10

**effectively** 62:12

**effects** 132:14 136:1 161:25

**efforts** 57:2,25

**elaborate** 176:3

**electives** 61:23

**electronic** 19:3 20:5 24:16 26:23 29:16

**email** 7:1,7,9,10, 15 8:15 13:22 27:13,14 28:9 31:1 43:10 114:11 117:8,12 212:7

**emailed** 19:3 37:17 117:4

**emails** 7:15

Case 3:18-cv-01234-Document 18-28 Filed 05/17/22 Page 262 of 287 PageID #: 10519
www.EliteReportingServices.com

emphasis 133:2

emphasize 133:4

employee 87:14,
21 88:3,12,15
102:17

employees 54:13
104:5 233:8 240:1

employment
43:25 49:8 55:4
87:16

EMT 34:3,4

en 226:22

enclosed 164:3

encompass 91:1
220:13

encompasses
209:19

end 17:18 34:15
110:4 165:7
191:20,24 195:17
247:1

endeavor 17:6

ended 54:8 80:4,6

endotoxin 138:5,
12,23 139:1,3,5
236:4

enforce 120:18
122:7,14 128:6
130:14

enforceable
121:17,23 122:1,6

enforced 120:15,
16 130:17

enforcement
130:11

enforces 121:3

engineer 48:14

engineering
231:2,4 238:22

England 90:11
91:2,4 134:7

enjoyed 55:22

ensure 199:1

entered 16:5
229:18

enters 16:3

entire 15:10 29:21
30:15 87:7 92:20
239:13

entirety 122:22

entry 63:6 145:22
203:17

environment
97:1 103:14
155:16 156:7,19,
25 159:2 227:16,
17 228:1 229:10

environmental
234:23 239:14

EP 35:19 36:3
208:19 209:7,10

epinephrine
216:22

equilibrate
153:13

equipment 134:3
213:17 214:18
239:8

Ernest 33:17

error 185:5

errors 185:21

essentially 9:9
54:16

establish 191:17
192:6

established
221:3 239:21

establishment
217:17 219:25

et al 9:5 10:8

ethically 150:2,6

European 208:1

evaluate 143:5

event 232:17,24
241:7

events 232:10
241:9

evidence 213:10

exact 63:10 87:16
94:9 114:5 125:13
241:11

exam 60:20,23
61:1,2 106:19

examination 5:6
170:21 241:9

examine 172:12

examined 173:1

examples 140:19,
22 146:2 147:10,
23 162:15 167:20
231:14

exams 80:18
231:24

Excessive 224:4

excipients 193:7

excluding 9:8

excuse 128:10

executed 188:1,6

execution 29:1,2
109:9 154:23
165:4

executioner
33:16 140:6 141:4
148:14 149:13,14
151:15,18 154:9
164:25 165:22
171:9 172:18
179:5,20 184:11
185:5

executioner's
171:21

executioners
173:4

executions 155:2
164:7,11,17
243:14,19 244:1

exercised 240:9

exercises 105:15

exhibit 6:6,15,18,
20 12:21,22,25
13:1,5 14:2 27:21
28:5 32:18 33:2
43:7 73:3 109:5

114:13 119:4
132:6 181:19
182:5,7,9 183:8,
10 188:18 189:20
210:20,23 212:12
226:19,25 229:22
230:2

exhibits 5:25
13:24 14:3 27:18,
19 180:18,19
185:15

expand 210:6

expect 158:12
159:25 160:1,5,
20,21 161:3,7,24
162:1,7,21 166:6
167:18,23

expected 165:9

experience 55:25
72:9,10 73:10
74:14 86:24
107:21,24 130:14
134:11,15,16
162:22

experienced
71:17

expert 10:15
12:17 13:8 19:12,
13 32:6 36:7,8,10,
15 38:6,7,20 39:6
42:12 108:24
109:21 110:1,9,10
113:11 114:8,22
133:15 244:13,14,
17,21 245:19,23

expertise 71:23
120:11 133:12
225:16 239:4
240:14

experts 36:11
37:7 120:9

expiration
163:15,16 185:24
188:13 192:12,20
193:8,9

expire 192:22

expired 53:23
162:4 163:7
186:5,20 187:3,8,
12 195:19

explain 11:2 18:23 123:18 124:5 192:2 216:14

explanation 118:23

explanations 118:22

exposed 97:3 156:7 176:6 227:19 228:11 229:15

exposure 53:13 134:22 228:12,23 229:15

expressing 248:13

extend 155:19

extended 227:23

extensive 139:25 151:11,12,13 236:1

extra 65:17 81:5 156:13 158:14 160:3,20 161:6 162:24 163:11,13, 14

extremely 80:23 103:6 131:7 141:3 168:21

eye 224:24,25 231:24

eyedrops 224:22

eyes 224:24

---

**F**

facilities 104:19, 22 124:22 220:8

facility 26:22 84:17 99:24 125:2 131:12 199:1 207:10 212:16,17 221:9 222:11 227:5

facility's 223:18

fact 100:19 122:19

134:18 150:11 164:6 165:17 188:4 205:24

factors 133:14 165:16

factory 47:9

facts 17:20 18:15

factually 9:25 10:4

faculty 65:13 71:1 74:24 76:10,21 77:16

fail 166:11 217:9 241:22

failed 203:6 204:15,23 205:20, 23 206:9

fails 206:1

failure 135:3 219:11 240:24 241:19

failures 203:5 204:13,14

fair 15:14 25:22 26:13 30:4,6 56:22 118:13,14 148:16 154:24 208:3

fairly 17:8

fall 54:24 65:21,22 67:2 75:4 77:8 78:20,24 79:5 113:25 172:10 176:21

fallen 172:3,15,24 173:10,12,15 174:3,8,14 175:4 176:14

falling 171:23 173:20

falls 176:18

familiar 11:18 33:23 94:18 119:17 120:11 132:9,18,19 133:15 134:14 138:2 143:24

151:21 179:7 191:1 209:17 211:17 213:5 222:24 230:9 233:4,10,14,17 234:25 237:19 238:21 239:10,23 240:13 241:10,11 243:11,16

familiarize 27:2

fantastic 60:6

fast 6:24

FDA 35:17 36:3 120:15,16,18 121:3 122:6,7 123:12,18,21 124:17,18,23,25 125:5,7,10,20,25 126:19 127:10,16, 17 128:5 130:14 221:6 222:9 226:9 235:6,8 238:11,13

Federal 5:17 9:9 109:8 249:12

feedback 99:13 104:2

feel 7:8 15:3 25:19 179:5 225:19 246:21 247:20

felt 76:19 80:23 140:14,19 144:22 148:5,7 245:24 247:4,8,16

fiber 167:21 168:9,17

fibers 167:14,15

field 120:9

figure 179:15 235:22

figured 85:5

file 190:21

filed 10:24 11:3, 10,11,15 12:2,7,8, 11 94:3

files 39:5

filing 99:12

filings 12:10

fill 66:16 77:25 213:16 214:2,5,13 215:18

filled 195:16

filling 56:21,25 58:2 63:22 83:16 98:3,8 216:19

filter 157:5

final 60:20 165:10

find 49:24 53:22 130:25 180:15

fine 7:1,5 38:15 74:1 112:12 113:4 131:17 176:5 182:2 189:14 242:8

fines 131:5

fingertips 235:3

finish 29:24 34:9 121:16 139:8 157:24 174:23 175:9,14,17 199:24 205:2,4 240:4

finished 47:9 170:10 232:19 236:14 241:3 242:14

fired 166:11

firm 223:20 231:23 232:22 241:2

firm's 231:12

fit 76:19

five-day 107:16

five-minute 181:24

five-year 79:16 83:24

fix 219:3,8

fixed 219:4,6

flag 214:9

flip 169:20,23 238:3

float 65:3

floater 65:5

floating 167:9
168:12,14,25

floor 124:9,15
170:19

floors 238:19,23

Florida 60:8
61:19 74:24 75:2

focus 61:20,25
99:16,23,25
107:18 171:13

focused 30:7,16
31:8 32:5 34:13
62:3 95:19 149:12

focusing 62:2,4

folder 38:24 39:4

folks 64:4 120:10
124:9 228:1

follow 85:6 87:22
88:14,17 90:7
92:17,18 95:11,
14,19 108:4
117:24 118:19,25
120:22 122:17
123:2,15 124:7,
10,12 127:25
130:24 135:3,18
136:24 142:25
169:15 186:18
235:13

follow-up 118:22

forceable 121:11

foreign 209:1,4

forever 132:21

forgot 87:10
189:11

form 6:9 88:21
97:24 105:7
110:10 131:18
148:19 149:19
195:21 201:17
206:6,19 208:5,11
211:8,11,18
212:13 219:20
220:6 226:12,14,
19 227:3 230:6,16

formal 17:7

format 7:20

formed 37:20

forming 35:10
169:23

forms 131:25
132:3 235:11

formulating
104:3

formulation 54:5
85:1 98:8 99:9,18
192:18

formulations
98:3

Fortunately
231:17

Forty-five 191:14

forward 6:3 7:3
13:22 27:21,24
28:11,21 99:6
190:6

forwarded
119:15

found 34:11
131:13

four-hour 61:2

four-year 63:12

fourth 55:15

frazzled 80:23

free 7:8 15:3
157:16

freeze 198:11

freezer 198:13

freezers 198:17

frequently 101:8,
10

freshen 112:4

Friday 78:14 79:7,
18 80:2

Fridays 78:4,14

front 43:9 157:5
187:6 189:18

frozen 191:11,12,
13,22,23 193:4
195:16 198:19

full 13:23 31:1
49:5 56:18 68:1
76:14 78:22
229:12

full-length 13:24
14:3

full-time 49:8
65:4,12 67:18,23
68:4 74:16 75:18
76:13 85:11

fully 220:19 221:2
227:9 228:2,19

fungus 168:25

---

## G

gave 188:19

general 5:11,12
8:5 20:11 44:17
62:8 91:13 92:9
120:23 128:12
133:1 135:10
148:2 184:18
191:16 208:15,21
219:21 220:5,9
222:25 223:12

General's 5:10
8:6

generally 20:23
21:11 52:9 113:15
163:9 215:17
220:11

generic 94:4

geriatric 224:3

gestures 15:3

give 15:5,10 18:13
23:20 25:19 37:16
47:14 69:23 85:25
95:6 124:4 126:16
128:14 129:8
137:19 167:19
189:12 197:8
198:2 213:22
224:18

glad 111:16
233:24

glanced 34:2

glass 101:17
102:5 164:4
210:17

glassware
210:16

Glaxo 59:10

Glaxosmithkline
45:15 46:17 50:16
51:2,18 54:17
59:7

glycopyrrolate
223:24

goal 18:10

good 5:8,16 6:7,
24 8:2,3 14:7
15:15 52:24 54:10
59:1,2 90:17 95:8
105:13 111:19
112:5 120:7 136:7
137:5 140:19
143:19 147:21
151:5 168:23
172:8 191:13,23
193:3 247:3

Gosh 61:9

governing
115:19,21

gown 97:2
100:19,20,22
101:20,22,24,25
102:3

gowned 228:2,20

gowning 227:15,
16,21 228:8,9
229:12

grade 144:7
208:23 221:25

grading 80:15

graduate 59:12

graduated 60:3,7
63:15 67:1 68:3,
14 69:9,18 73:6
74:15,16 75:21
132:23 133:12

great 6:21 43:13
74:8 102:24 181:7

www.EliteReportingServices.com

210:12 211:2 223:11 233:19 234:11 247:6 249:11

**greatly** 134:15

**group** 189:23

**guarantee** 22:10 127:6

**guess** 11:16 19:8 21:2 31:5,6 32:18, 23 35:2 43:1 44:8 45:7 46:11 48:15 52:24 55:15 61:11 68:1,8,23 74:4 79:16 85:10 111:21 112:2 114:1 126:7 132:16 135:6,7 142:12 145:7 150:13 156:17 164:17 165:3 188:17 191:20 201:12 210:20 213:2,22 214:13 223:10 235:21 236:21 244:14

**guidance** 20:10 21:14 35:16,22 36:3,5 53:8 73:15 92:14 95:10 117:20 121:12,13 125:13 127:25 132:11 134:25 135:24 162:19

**guidances** 62:10 162:12

**guideline** 121:10

**guidelines** 19:17 21:2 22:9 26:1 53:10 73:14 97:11 117:20 118:10,20 120:15 132:10

**Gunn** 5:21

**guy** 129:8

**guys** 111:15

---

**H**

---

**hair** 157:18 158:11 227:20

228:6,10

**hairstyles** 228:6

**half** 43:3 71:1 76:23,24

**halfway** 195:23 205:7

**hand** 7:21 15:3 185:23

**handful** 40:13 148:4

**handle** 50:10 128:3 129:6 141:6,17 142:3,20 152:19 153:1,7, 19,23,24

**handled** 123:7, 10,11 151:22 154:10 161:10,12 234:4

**handles** 123:9 128:4,13 129:9

**handling** 26:24 30:16 32:6 115:23 124:3,23 129:3 142:16 146:24 154:4 161:14 225:17 234:3

**hands** 104:3

**hands-on** 103:18

**handwritten** 34:24

**handy** 31:2 57:8

**happen** 22:24 55:18 126:14 156:14 158:17 159:2,13,15 172:6,9 173:6 174:11 213:19 214:16,24 216:9 219:8,9 221:22 240:4 248:12

**happened** 37:11 55:18,19 79:20,22 139:7 162:10 175:16 203:11,16 206:2 214:12,19 216:1,4,6 217:11 219:7 223:16

227:10,15 228:3 233:10 240:6,19

**happening** 113:19 124:11 237:25

**happy** 14:4 144:20 145:8 146:10

**hard** 238:20

**harm** 114:25 115:8 128:10,17, 21 130:1,4 132:13 134:24 135:2,4, 16,18 136:1,10,20 137:22 150:14 247:24

**harmed** 91:10 137:1 138:7,23

**harmonized** 209:9

**hate** 18:10

**hazardous** 103:8

**he'll** 6:2

**head** 6:11 15:4 228:7,10

**heads-up** 23:21

**heal** 247:23

**health** 53:9 67:25 76:2,17 77:5,17 78:21,25 87:12 89:3 91:12 107:23

**healthcare** 124:18,22 127:14, 21 128:20 129:6, 10 130:20,23 170:12 198:15

**hear** 68:20

**heard** 8:4 158:9 227:11 234:16

**heart** 161:5

**heat** 48:11 50:7

**held** 25:12 74:9 141:21 182:3 223:5 230:3 242:12

**helped** 49:1 51:5 70:16 85:1,3

**helpful** 6:22 38:9 45:16 77:15 180:5

**helping** 47:23 48:15 70:7

**HEPA** 157:4

**HEPA-FILTERED** 157:6,13

**hesitate** 18:7

**Hey** 216:21

**high** 176:7 231:19 241:4,5,7,14,25

**high-risk** 125:19 126:10

**higher** 227:24

**highest** 50:25 118:11

**highly** 141:20

**Hippocratic** 150:14

**hired** 30:15 77:16

**hit** 24:13,25

**hold** 50:10 153:20 154:2,17 170:14

**home** 16:1 44:14 45:11 126:5,16 129:17,20 198:3, 12,16,20,21 199:9

**home-infusion** 126:23

**homes** 64:7 66:10,13

**honest** 11:16

**honestly** 12:5 38:12 39:10 40:13 49:12 55:21 65:14 114:1,5 125:13 223:9 233:9 236:6,8 246:5,9, 17

**hood** 155:18 157:4,8

**hoods** 228:17

**hope** 17:22
203:23 210:8
234:6

**hospital** 55:12
56:3,5,16,19
57:14 58:10 64:7
66:20 73:13 76:1,
2,11,15,16 77:1,2,
4,5,21,24,25 78:5,
15 79:6,19 80:2,5,
8,9,12,20,25
81:12,16,21 82:1,
5,9,11,25 83:8,18,
23 87:12,13,18,
19,23,24 88:1,2
93:6 102:16,17,22
107:8,23 122:16
124:6 127:15
134:13 170:17
198:8,16 227:18

**hospital-related**
72:6

**hospitals** 64:12
88:19 93:7 96:11
97:21 170:11

**hour** 43:2,3 73:23
111:23 155:23,24
156:13 158:14
160:3,9,20 161:6,
22 162:14,15,19,
24 163:11,13,14,
16,19 187:11

**hours** 9:8,10
39:20 40:20 41:2,
7,10 42:20 43:1
56:14,18 61:7,14
76:15 83:6 87:2
111:24 154:23
156:3 161:24
163:17,20 187:10
199:14

**HR** 232:2

**hub** 154:1

**huge** 53:20

**human** 42:6

**humongous**
60:22

**hundred** 180:2

**hungry** 112:18

**husband** 42:7
248:8

**hydrochloride**
213:9

---

**I**

**Idaho** 109:11

**idea** 21:11

**identification**
218:25 241:8

**identified** 182:20
188:17 232:24
241:8 244:15

**identify** 16:5
106:23 183:1,18
209:23 219:11
232:16 241:9

**identity** 217:20
220:3

**II** 33:5,6 209:19

**III** 115:20

**illustrates** 234:1,
7

**IM** 142:14 150:12

**imagine** 198:19

**immediately**
155:21,22

**impact** 47:22

**impacting** 211:15

**importance**
144:10 234:1,7
237:22

**important** 135:7
146:19,23 172:12
197:4 201:25
202:7,9 237:4,5

**improper** 124:22
156:17,18

**in-depth** 72:2,17
141:21

**in-house** 222:6

**in-person** 102:6

**inaccurately**
207:5

**inappropriate**
165:25 176:6

**incident** 234:11

**inclined** 57:15

**include** 127:13
200:1 217:16
218:5 219:25

**includes** 36:3
38:25 153:11

**including** 42:21
72:6 128:17 130:1
232:14 233:2

**incoming** 222:2

**incorrect** 154:13
166:1

**increased** 81:21

**increasing**
166:15

**incubate** 214:7

**independent**
37:5 38:5

**indicating** 207:24

**individual** 33:20
158:23 232:13

**individuals**
231:24

**industrial** 47:3
61:20 62:6,22

**industrial-grade**
47:7

**industry** 53:9,11
57:17 62:3,5,21
63:22 64:14
118:12 120:21

**influence** 9:23

**inform** 10:25

**information** 10:5
17:9 21:3,7 35:4
109:16 138:17
146:20 148:21
160:17 163:5
169:5 173:11
175:2 176:11
186:4 187:3,5,6,
16 240:17 245:16

**infusion** 129:17
198:16

**Inglis** 34:3

**ingredient** 22:6,
14 192:21

**ingredients**
192:9,19,20,22

**inhalation** 93:13
94:1

**initial** 13:3,17
14:18 20:11 27:14
33:2,4 114:14
115:18

**initially** 45:8
76:16

**initials** 90:13

**inject** 142:13
154:2

**injectable** 22:19
26:8

**injectables** 84:20
93:22,24 94:5
100:8,14 170:13

**injected** 158:21

**injecting** 166:25
172:13

**injection** 10:19
20:2 22:3,4,20,23
23:25 24:18 25:6,
10 26:8,22 29:1,2
35:1 110:18 111:1
128:23 137:10
141:6 142:9
150:3,7,19 151:8
152:8 155:2
164:7,11,21 165:4
168:5 177:9
184:21 187:9
189:6 192:12
196:20 201:20
202:16 242:18,24
243:14,17 244:1,8
247:12,21,25
248:15

**injections** 142:14
150:12 245:21

**inmate** 110:22
158:22 159:10

**innocent** 247:3

**inside** 155:15

**inspected** 130:24

**inspection** 130:25 169:9,11, 14 171:4,7,10,18 172:19,21 173:4 211:10 215:11 217:24,25 218:4, 8,21,22 219:12 230:9,10 232:14 235:9,11 237:23 242:5

**inspections** 220:8

**inspector** 220:6 238:9

**inspectors** 238:9

**instances** 145:6, 9 146:5 203:4

**instincts** 153:22

**instituted** 240:11

**Institution** 5:15

**instruction** 178:10

**instructions** 34:21,23 47:15 48:8 151:7 177:9, 14 178:1,5,7,12, 13,15,19,22,24 179:1,9,12,17,21, 23 182:8,9,17,22, 24 183:2,7,19,24 184:2,3,5,9,18 185:7,9,12,15 199:8

**insufficient** 141:5

**integrity** 128:1

**interest** 62:4 245:19

**interesting** 59:6 120:7 235:1

**interject** 13:20 109:24

**intermediate** 47:11

**intern** 45:10 55:8, 13,20 56:5,20 58:2,12,17 73:12 107:4,22

**internal** 52:7,22

**Internet** 25:18,21

**internship** 56:1,2

**internships** 72:12

**intricate** 96:21

**introduce** 167:16

**introduced** 167:10 168:8,15

**introducing** 167:2

**introduction** 78:21,23 128:15

**inventory** 34:24 145:24

**inverted** 238:5

**inverting** 238:1

**investigations** 241:3,6

**investigators** 230:16

**involve** 83:13 110:17 152:18

**involved** 10:16 21:9 52:5 66:19 99:1,13 100:1 137:14 151:10 153:3 244:6,12

**involvement** 244:8

**involving** 111:5,9

**ipratropium** 93:13

**irrelevant** 45:9

**irritation** 165:15

**ISO** 104:17,18 155:16 156:25

**isopropyl** 168:3

**issuance** 52:23

**issue** 109:25 136:8 137:7,14 141:9 201:2 214:10 218:1 223:22 228:24 232:2 233:22 235:19 239:15,25 244:8

**issued** 193:24 211:11,18 212:13 227:3 230:6

**issues** 10:18 17:12 130:25 131:3,15 134:7 137:13 140:1,15 143:10 145:10 154:9 171:22,25 172:2 173:20 175:22 176:1 183:18 186:14 205:25 207:2,4,21 211:12,14 217:10 220:13 226:17

**items** 33:10 146:8

**IV** 33:18 72:7 129:9,20 154:3

**J**

**January** 74:25

**Jennifer** 82:15,19

**Jeremy** 5:21

**Jimmy** 112:20

**job** 17:5 44:22 45:5 46:11 49:5 54:9,10 56:5,7 65:12 66:2 67:2, 18,20 68:10,12,24 74:16 75:18 76:13 146:24

**jobs** 45:9 46:17,19 56:9 64:16 65:14, 25 75:17,24

**John's** 112:21

**Johnson** 186:23 188:1,6,20 189:5 191:6,22 194:1

**joined** 227:11

**judge** 18:14

**judicial** 243:19

**July** 29:13 187:25

**jumbled** 15:13

**June** 55:14 191:20,24 195:18

**justify** 246:19

**K**

**Kennedy** 230:17

**key** 52:10 134:2

**kill** 246:18,23 247:24

**kind** 17:3 19:2 20:15 23:21 25:20 48:14 51:2 57:13 59:12 61:25 62:24 65:10 66:14 69:23 70:5 79:11 84:12 117:19 118:4 133:5 147:17 153:16 156:16 157:2,12 158:16, 18 167:9 169:23, 24 196:7 211:14 220:9,12,13 228:6,18 229:2 234:19 238:5 241:12

**kinds** 49:19 50:4

**King** 5:23 8:18 9:4 10:8,11,13,22 11:3 12:2,10,18 40:10 41:22 114:21

**King's** 43:21

**knew** 59:11

**knock** 128:6

**knocking** 126:1

**knowing** 17:23 222:19

**knowledge** 17:12,16 32:23 72:2 106:24 107:1 148:23 162:22

Case 3:18-cv-01234-Document-18-23 Reported-Filed-03/17/22-eB-age 268-of-287-Page-ID #: 10525

E1234 - Document 18-23 Reported Filed 03/17/22 eBage 268 of 287 PageID #: 10525

www.EliteReportingServices.com

Kroger 63:14,15 64:5

Kursman 5:20 8:18 39:22 40:2 41:23 42:4

---

**L**

L-I-N-D-A-U 46:2

lab 39:4 46:6 72:6 79:24,25 80:5,22 81:6 102:20 103:11 104:9,17 107:7 108:2,4 209:15,16 217:16 222:17 231:9 232:18 233:6 242:4

label 195:12 196:6 223:21

labeled 13:8 225:22

labeling 223:22

labels 223:17 225:21

laboratory 34:19 202:14 219:24

labs 70:16 77:18 79:15 80:16 222:1,11

lack 146:16 147:8, 19 204:3 209:25 210:6

lacking 147:23 210:11

lacks 141:15 145:21 146:3,6

laminar 157:5

laptop 212:5

large 70:10 92:2,9 96:9 97:20 98:7 103:17,21 171:13

large-scale 57:23 90:14 91:6,21 93:2

larger 86:18,20 90:7

lasted 40:20

law 90:10 118:5 136:25

lawsuit 10:21 11:3,7 12:3,4,8

lawyer 17:4 18:14 19:10

lawyers 18:3 43:21 244:23

lawyers' 110:4

lay 154:6

laying 156:6 160:9

layperson 18:14 142:19 143:1,11, 14,18 151:6,24 152:7 185:10 233:22

lead 83:4,5,8 132:12 134:25 135:25 136:4 185:20

learn 17:6,11 56:24 62:8 71:14 235:10

learned 72:11,12

learning 60:9 166:12

leave 17:22 56:9 198:4

leaves 123:4,13 126:20

leaving 158:14

lectures 70:6

left 54:24 74:22 122:21

left-hand 29:8

legal 11:18 19:8 42:5

legible 186:13

length 247:6

Leonard 5:16,17 6:7,12,21,25 7:6, 14 8:18 13:20 14:1,14 28:10,15,

20 30:25 40:3 41:23 42:4 43:8, 13 74:1,4,8 88:21 97:24 105:7 109:24 110:3 111:18 112:7,12, 24 116:12,16 117:2,6,10,14 119:5,14 130:5,12 136:13 137:2,15 139:6 145:11 148:19 149:19 157:23 162:25 175:9,13 180:4, 10,14,20,23 181:2,7,12 189:7, 14 190:4 195:21 201:17 205:1,5 206:6,19 208:5,11 210:24 211:2 212:7 214:25 219:20 226:14,23 229:22 237:12 242:8 243:8 249:10

lethal 10:19 26:21 29:1,2 35:1 110:18 111:1 128:23 137:10 141:6 142:8 150:2,7,18 151:7 152:8 155:1 158:24 164:7,10, 21 165:4 177:9 184:21 187:9 196:20 201:20 242:18,24 243:13, 17,25 244:8 245:21 247:11,21, 25 248:14

letter 136:25

level 10:16 42:16 50:25 63:6 71:15, 23 133:11 149:24 152:24

levels 133:2

Lewis 33:17

Lexington 55:13 56:3 107:4

liberal 44:9

library 218:5,9,11, 12,14,21 219:14

LIC 184:22 185:23 186:5 187:4

license 133:17

licensed 58:16 86:25 133:22

LICS 141:17 196:24 197:5

life 60:7 69:23

light 169:17

limited 207:16 218:12 233:2 240:18

limits 100:6

Lindau 45:24 46:2,3,20 49:14, 16,18

lines 46:21 87:17

link 36:6

list 33:6,9 34:24 35:12,24 46:24 50:18 74:23 75:24 109:19 117:23 118:1 131:14 153:10 201:12 221:6,13,15,22 222:12,14 223:7 226:9

listed 21:20 34:1, 17 35:8 36:9 37:10 46:22 108:23 141:22 223:20 224:7 227:8

listen 197:22 204:25

lists 99:5 202:16

literature 100:7

litigation 110:18

living 11:17 129:19

load 70:10

loans 65:18

lobby 50:8

locate 242:17,20, 21 243:4

Case 3:18-cv-01234-Document-18-29-Filed-05/17/22-Page-269-of-287-PageID #: 10526

**located** 20:4
22:25 51:24 78:13

**log** 145:24 187:23

**logs** 188:8,10,11,
14 207:9 210:10

**long** 29:25 30:9
39:19 47:5 53:16
58:15 84:24 85:4
112:6,19 137:21,
22 138:6 153:10
176:2 193:3
199:9,12 221:24
222:24 247:4

**long-term** 99:11

**longer** 9:11 96:13
146:12 165:14
199:15

**looked** 19:1,3,4,
13,17,22 22:22
25:5 26:1,3,23
31:6 32:9 116:24
164:12,22 168:2
173:7 190:20

**lost** 195:23

**lot** 27:1 33:24
55:17,18 56:10
65:18 70:2 72:24
76:9 80:16 84:21,
24 85:4 91:15
95:21 97:13 99:1,
20 107:5,10
113:18 118:21
121:7,15 131:24
133:14 134:4,8
139:13 147:17
151:9 157:19
160:15 168:18
175:25 177:4
193:7 199:23,25
209:6,25 214:17
223:3 224:5
245:17 247:1

**lots** 46:16 90:13
206:8 207:3 233:1

**Lou** 230:17

**love** 233:19

**loved** 56:4

**low** 176:7

**lucky** 206:14

**lunch** 111:14,17,
20 112:25

**Lynn** 114:21

**Lynne** 5:17,24
6:6,15,20,23
27:23 28:14 39:22
73:22 109:18
111:12 112:11
180:9 181:11
205:4 242:6 249:7

_____

**M**

**machines** 58:3

**made** 46:9 47:2,6
49:18,21,25 50:11
101:1 145:23
202:2 207:4
223:15 226:1
236:2,3

**magnesium**
49:23

**main** 23:16,19
36:25 68:12 93:15
209:1

**maintain** 66:14
128:1 146:25
147:4,5 148:11
199:2,10 239:1

**maintained**
191:22 213:11

**maintaining**
148:10

**maintains** 234:9

**major** 242:4

**majority** 41:9
60:10 64:10 72:5
83:22,24 89:1
188:9 200:20

**make** 14:3,4 15:4,
5 17:10 23:22
27:18 35:18,20
38:1,22 46:14
47:21 49:24 50:5,
8 57:23 79:11
80:10 82:7 84:20
92:10,19 96:16
99:22,24 103:2
104:24 105:14

108:17 116:2,4,9,
25 123:6 124:25
131:4 152:21,23
160:17 163:5,12
166:20 170:2
178:18 180:6
181:8 185:14
189:2,15 199:16
200:12 202:1
219:13 220:22
223:13 225:24
226:1,3,5,6,8,9
231:20 234:8
238:3

**makes** 155:14
201:24 231:20

**making** 12:4 14:1
22:2 60:23 99:4,6

**Mallory** 5:12

**manage** 47:23
56:10 62:12 80:13

**managed** 66:9

**management**
62:2 222:20
224:20 226:16
232:22 233:7

**manager** 82:14

**managing** 80:15
83:6 225:8

**manipulation**
103:18

**manual** 29:2
142:23

**manufacture**
52:12 97:11

**manufactured**
31:20 207:25
208:18

**manufacturer**
47:4 93:12,19
94:4 131:19
192:13

**manufacturers**
120:22 216:18
222:5

**manufactures**
51:19

**manufacturing**
47:15,24,25 48:16
51:25 52:24 90:17
93:8 94:1 95:20,
23 216:19 222:22

**marked** 6:17
12:25 13:4 28:4
73:2 175:24 182:4
183:9 189:19
210:22 226:24
230:1

**market** 63:23
99:17

**married** 44:15
45:11

**mask** 227:20

**Massachusetts**
91:5 134:6

**master** 58:24 61:7
240:10

**master's** 59:8,23,
25 61:17

**matches** 116:25

**material** 22:5,17
62:13 147:24
243:9

**materials** 33:6
46:10 47:8 52:12,
16 62:12 70:3,14
114:15 218:24
221:7,25 222:2
245:23

**matter** 71:24
100:19 108:9
109:8 122:19
134:18 163:14
214:20 229:18

**matters** 41:24
71:7 111:16
233:21

**Maximum** 5:15

**Mays** 5:15 33:17

**meaning** 22:13
86:16

**means** 16:8 213:6
215:22

**meant** 107:13

163:25 164:1
247:22,23,24

**measures** 53:12
92:19 96:16
117:23

**measuring** 57:9

**media** 213:16
214:1,2,3,5,8,13
215:18 235:3

**Medicaid** 122:25

**medical** 10:3
55:13 56:3 107:4
114:22 129:22
141:5 149:15
151:3 194:16

**Medicare** 122:24

**medication** 9:22,
23 83:14 92:9
96:4 115:22
123:8,9,20,23
124:8,12 126:4,16
128:5,13 129:7
132:12 135:1,11,
25 143:13 146:21,
24,25 149:22
151:20,21 152:19
153:18 162:17
165:13,18 166:7
167:25 176:18,20,
24 177:21 185:4
186:8,17 194:7,20
198:10 202:10
206:25 223:25
225:8

**medications**
21:22 30:16
57:18,21,24 58:4
63:23 84:2 90:6
91:6,14 92:4 93:3
97:10,21 108:3
114:25 115:7,22
127:23 129:9
130:20 142:3,16,
18 151:24 152:12,
15,16 153:1,8,12
154:11 155:6
160:23 161:17
162:5 163:23
164:2 176:21
177:1,4,23 178:13
179:6 186:19
188:11 197:8

198:10,14,17
200:14,21 202:1,4
208:22 209:3
226:8 247:20,22

**medicinal** 61:4

**medicine** 76:9
91:17 123:9

**medicines** 91:16

**meet** 21:16 39:14,
15 202:21 236:16

**meeting** 39:17,
19,21 40:5,7
42:21 207:11

**meetings** 39:14
40:12,22 99:3,11

**meets** 209:13

**member** 33:18,19
65:13 77:16 201:1

**members** 141:5

**memory** 39:8

**mention** 42:16
97:16 140:5,10
159:22 187:19

**mentioned** 32:8
64:4 89:20 144:17
171:8 177:19
185:22 210:17
241:13

**mentioning**
86:23

**met** 40:9 222:8

**met all** 108:18

**method** 51:10
232:21 247:12

**methodology**
20:12 51:6,13,16
209:17

**Michaela** 5:2 13:9
69:24

**microbial** 96:25
156:15,16 157:17
158:19 168:23
232:10,17,24

**microbiological**
212:25 233:12
241:21

**microbiological-
type** 138:14

**microbiology**
231:17 232:5
233:6 242:3,4

**midazolam**
19:18,23 20:1,2,6,
16,18 21:18,25
22:2,3,4,5,10,16,
19,20,22,23 23:25
24:5,8,10,11,13,
16,19,25 25:6,10
26:2,5,6,7,8 34:20
145:23 155:1,5
177:14,25 178:25
180:20 181:17,18
182:7,8 184:4,9
185:14 186:22
187:24 188:5,19
189:5 191:11,12,
21 192:10,11
193:14,24 195:9,
10,19 201:3,13
202:15,16,20,21
203:12,17 204:4

**middle** 10:9 15:18
141:19

**milligrams** 156:3,
12 158:21 189:5

**mimic** 214:3

**mind** 71:1 84:22
163:21 170:16
181:24 198:9
218:20 222:1,21
225:19 233:7
235:7

**mine** 171:13

**minimize** 96:24

**minimum** 92:15
95:10

**minor** 131:3 237:2

**minute** 12:16
27:25 139:18
181:14 187:1
212:9

**minutes** 13:23
73:24 112:18
138:10,18,24
159:11 165:5
170:20

**missed** 82:7
164:17

**missing** 240:23

**mistake** 110:4

**mistaken** 224:11

**misunderstandin
g** 135:23

**Mitchell** 5:11 6:19
13:24 27:10
112:18,20 119:10
181:10,16 189:11
211:1 226:21

**mix-up** 178:14

**mixing** 103:20

**moment** 156:10

**Monday** 78:14
79:7,18,25 101:24

**Mondays** 78:4,14

**monitor** 197:4,7,
11 199:16,21
229:10

**monitored**
185:24 196:24
198:4

**monitoring**
197:16 198:7
200:1 228:17,21
229:17 234:22
235:5,17

**monitors** 228:21

**monograph** 20:1,
7,9,14,17,24,25
21:1,4,8,12,20,21
22:3,7,16,20 24:8,
16 25:1 26:6,9
202:15 208:3

**monographs**
19:25 20:13
22:12,25 26:2
32:16 35:20 118:1

**month** 56:1 86:21
87:7 98:17,19
102:2

**month-to-month**
77:14

**months** 89:24

Case 3:18-cv-01234-Document 184-28-Filed 05/17/22-cePage 271 of 287 PageID #: 10528
www.EliteReportingServices.com

100:21 192:13

**morally** 246:17
247:9

**morning** 5:8,16
8:2,3 24:24 26:3
29:6 32:10,15,17
37:5 38:4 39:16
42:9

**motion** 169:24
238:2,17

**move** 27:17 79:25
81:7 111:13
195:25

**moved** 228:10
236:24

**movement** 237:2

**moving** 99:6
200:16 238:4

**multiple** 93:3
96:15,22 99:20,21
144:17 192:9,16
228:16 233:1

**mute** 74:11

_____

**N**

**names** 39:23
82:23,24

**Nashville** 5:22

**naturally** 153:22

**nature** 168:24

**NECC** 90:10 91:3

**necessarily**
18:12 71:7 105:20
124:14 125:6
133:23 209:2
222:4,16 230:21,
23 248:11

**neck** 228:11
229:15

**needed** 49:3 58:1,
4 64:19,21 65:18
66:16 79:24 83:10
134:3 144:10,20
236:11

**needle** 153:20
154:1,3 161:15

165:23 166:2,4,
17,24 167:1,5,10,
16

**negative** 15:6

**neostigmine**
224:8,9,10 226:4

**Nephron** 84:7,9,
11,17 86:5,9,12,
15 87:6 88:10,12
89:7,11 90:2 93:9,
12,17,18,23 94:7,
10,11,12,18 97:18
98:3,10,18,22,25
103:17 104:5
210:21 211:17
212:13 219:16
221:8 222:1,19,22
225:24 227:4,11
228:15,16 230:6

**Nephron's** 93:7

**nervous** 238:11

**net** 227:20

**no-brainer** 154:7

**nodded** 14:23

**nods** 6:11

**non-healthcare**
127:11,14 129:1

**non-iso** 156:18

**nonclassified**
157:20

**nongovernment
al** 120:13

**nonpracticing**
151:2

**nonshedding**
238:25

**nonsterile** 57:6
166:20,21

**normal** 104:16
198:23 238:2

**note** 15:25 29:17
140:17

**noted** 148:15

**notes** 17:1,3 37:2
147:17

**notice** 6:6,15 8:8,
16 9:1 12:21

**notify** 16:9

**November** 13:1,
12 27:18 33:5
114:14 230:7

**nowadays** 23:4
85:3

**number** 6:18 28:5
32:20 33:10 72:19
73:3 87:2 102:20,
24 118:18 145:3
147:4,5 153:6
154:12 175:25
177:9 182:5
183:10 189:20
204:13,14 207:16
210:2,23 223:20
226:25 230:2
231:23

**numbers** 13:5
22:25 23:9

**Numeral** 33:5
115:20

**numerical** 33:9
114:17 132:6
139:22 141:2

**numerous**
147:23

**nurse** 123:8,21,
22,23 149:23
150:2,6 152:14,20
170:19

**nurses** 170:25

**nursing** 64:7
66:9,13 152:24

**nutrition** 103:3,5
126:24 129:21
199:6,19

_____

**O**

**oath** 9:15 16:18
150:14,15,16

**object** 88:21
97:24 105:7
137:11

**objection** 130:5,

12 137:2 145:11
148:19 149:19
162:25 195:21
201:17 206:6,19
208:5,11,15
219:20 226:14
237:12 243:8

**objections** 6:9

**objective** 128:9,
16 129:12,24

**observance**
232:10

**observation**
212:23,24 214:24
216:7 217:15
219:24 220:15,16
223:17 227:8
231:8 233:5,11,17
234:21 235:18,21
236:19 237:16
238:18 239:6,10,
21 240:8,24

**observations**
211:22 212:24
223:14 236:7

**observe** 101:2,4,
8,12,15,16,20
104:1 235:10

**observed** 232:12
235:20

**observing** 238:2

**Obtain** 243:2

**obtained** 44:11
207:24 208:19

**occasionally**
133:9

**occlusion** 168:9

**occur** 158:14
159:5 165:5
216:13 229:2

**October** 232:18,
21

**off-the-record**
25:12 74:9 182:3
223:5 230:3
242:12

**offered** 54:12
59:17 72:15

www.EliteReportingServices.com

**offers** 72:17
107:16

**office** 5:10,18,19
7:18 8:6 16:25
40:2 245:1 249:13

**official** 33:20

**officially** 65:10

**officials** 130:15

**older** 178:16
224:6,14

**oncology** 198:16

**online** 24:7 60:21
61:17,18

**open** 7:9,10,14
14:2 43:11 76:18
146:10 157:1
179:12 190:14
224:24 234:5

**opened** 7:11

**opening** 62:11

**operating** 84:25
142:23

**operation** 84:24
98:8

**operations** 66:22
82:21 98:3 143:8

**operator** 234:3
236:19

**opinion** 37:20
110:10 113:11
114:22 160:22
163:3 170:11
245:19,24

**opinions** 17:12,
20,21 35:11
109:21 248:3,4,7

**opportunity** 58:6
76:18

**opposed** 63:3
157:3

**opposing** 245:8

**option** 124:14,15

**order** 20:19 21:16
22:9 86:25 123:2
128:1 132:10

133:21 194:16
208:21 218:7

**ordered** 50:14

**ordering** 57:1

**orders** 66:15,16,
21 77:25 78:11
84:1

**organization**
106:13 120:14
245:5,7,12,13
246:1,10

**original** 51:13
249:16

**originally** 44:13

**outsourcing**
76:12,20 84:17,23
85:12 96:9
103:12,14 212:16,
17 221:9 223:18
226:7 227:22

**overlapping**
59:21

**oversee** 66:22
98:2,7 143:7
144:3

**overseen** 58:15

**oversees** 83:3

**owner** 33:18

**owners** 222:22

———————
**P**
———————

**p.m.** 249:18

**P2** 78:22

**package** 54:11

**packaging** 96:14
99:21 200:2

**packet** 38:25

**pages** 26:23
29:19 30:7,9,10
32:7,9 190:16,23
201:14 207:17

**paid** 34:11 88:1,5

**pain** 165:12

**Palmetto** 67:25
76:2,16 77:5
87:12 89:3 107:22

**paper** 194:19
195:1

**papers** 17:1

**paperwork** 51:10
80:16 214:20

**paragraph** 33:9
114:17 132:6
139:23 141:2,15,
19 144:4 145:20
146:17 148:13
149:1,14 154:19
161:20 163:6
164:25 165:22
169:8 171:8
182:18,21 183:1,
5,19 184:13,17
185:23 186:22
187:8,18,20
202:14 203:1
205:12,19 239:13

**paragraphs**
148:18,21 149:8,
10 177:13 178:3
184:1 196:23

**paralyze** 161:4

**parenteral** 103:2,
5 126:24 129:21
199:6,19

**Parker** 5:14 9:4
10:8 33:19

**part** 20:5 32:23
50:10 53:12 68:21
76:13,21 77:2
85:10 86:21 87:2,
4,20 89:14 90:9,
19,24 94:23
122:11 168:2
193:23 200:1
216:14 219:10
230:18 232:7
236:19 241:13
242:16

**part-time** 65:25
68:17,22 73:18
75:24,25 76:5
85:11 88:19

**partially** 168:5

**participating**
232:21

**particle** 167:9
169:25

**particle-free**
157:13

**particles** 157:12
167:8,21 168:8,
14,17 169:19

**particulate**
229:18

**particulates**
138:13 229:3

**parties** 17:8
120:18

**party** 131:10

**pass** 203:23

**passage** 91:24

**passed** 90:10
91:11,20 206:16

**passes** 209:10

**past** 124:21
211:19

**patient** 66:12
92:8,25 96:4,6,19
105:22 108:14
125:18 126:4,23,
25 128:14 132:13
134:24 135:1,4
136:1 137:22
194:22 197:8,12,
13,14 198:11,20
199:8,16 229:1

**patient's** 125:20

**patient-specific**
92:6

**patients** 57:21
63:22 66:12,17
83:18,20 91:10,15
93:3 95:24 104:24
108:7 125:16
126:11,15 127:13
128:10,18,21
129:13,15 130:1,3
137:1 162:5 198:2
199:5,21 224:3

**pattern** 79:4

pause 28:18

pay 59:17 65:18
89:7 131:5

paying 89:4

pays 88:2

PDF 119:8

penalty 245:9
247:5

pending 10:9

Pennsylvania
5:18

pentobarbital
111:6,7 242:18,
20,22 243:5,12,
23,24

people 39:24 40:1
42:2 50:14 56:8
63:20 82:19 97:14
104:4 120:20
127:20 129:1
135:16 140:5,11,
16 151:10 225:9
228:19 247:1,22,
23 248:5

percent 29:15
63:25 125:14
180:3 190:18
218:4,22

percent-
something 64:1

percentage 64:1,
9 86:12

percentage-wise
86:11

perfect 14:6
112:10 201:24

perfectly 104:17
182:1 217:9

perform 21:19
51:15 71:14 73:14
84:18 100:3
117:24 130:16
139:24 143:25
149:7 161:7
169:12,14 171:4,
7,9 173:4 213:2
214:1,13,18
215:18,21 216:18,

25 217:4 220:7
228:18 236:1,3,4
238:17 241:20

performance
232:11 239:22

performed 51:4
52:3 73:13 107:5,
6,8 201:16 202:23
203:2,3 204:10,21
205:15 213:4,7,16
214:2 216:21
217:5 218:23
236:13 240:2
241:6

performing 124:9
140:20 172:18,20
218:4,22

performs 100:4

period 49:9 61:5
79:17 83:23,24
158:25 229:14
232:18

permit 134:1

person 16:5
17:15 40:11
60:14,22 70:19
82:24 105:22
128:4 129:9
135:4,19 136:20
138:6,21 141:21
143:8,25 147:2
149:15,17 150:20
154:6 155:5
160:11 165:17
194:12 235:6,20
236:24 238:10
245:1 246:18,23
247:10,24

person's 229:15

personal 42:24
246:13,16 248:13

personally
135:13 247:9

personnel 139:24
140:20 149:6
235:5,16 240:12

persons 38:7
136:11 137:1

perspective
54:12 87:25 162:3

Pfizer 46:18 54:2,
11,19,24 59:16,18
62:24

Ph 192:17 202:8,9

Pharma 62:22
84:13

pharmaceutical
22:6,14 46:23
50:19,23 51:1,22
54:4,5 58:25 59:8
60:5 61:18 69:11
70:11 71:18 72:4
88:20 94:11
118:11,12 208:23

pharmaceuticall
y 127:6

Pharmaceuticals
84:7,9 89:11
94:10 210:21
211:17 212:14

pharmacies 91:7,
20 92:1,22 93:5
121:18 122:8,15,
17,23 123:1
125:17 131:20

pharmacist 18:5
33:16 53:10 56:23
58:15,16 64:17,19
65:7,8 66:4,23
67:23,24 68:1,5
70:20,25 71:16,
19,25 72:1 76:2,
21 77:1,3,5 78:5
83:4,5,8 87:12
103:12 106:4
123:14 132:17,19
141:22 142:1,4,8
143:3,4,7,14,16,
19,24 144:1,2
149:21 150:8,17,
18,21 173:14,23
174:13 175:2
176:12 193:22
195:5 197:11
200:25 248:16

pharmacist's
57:2 150:16
175:21

pharmacists
63:7,14 64:2,3,6,
8,9,13 66:22
67:14 71:3,6

72:25 73:16,17
76:11,12 78:6
85:12 87:1 126:10
132:9,22 133:7
134:9,11,13,14,
20,21 142:13
143:21 197:24

pharmacology
59:21,22 61:3

pharmacopeia
35:20 117:18
208:1

pharmacy 33:17
53:21 54:8,25
55:3,5,9,12,15,25
57:4 58:2,18,25
59:19,22 60:15
61:20 62:6,20,22
63:21 65:2,22,23
66:2,5,8 67:7,11
68:6,7,8,11,15
69:18 70:21,22,
23,24 71:7 72:10,
11,23 73:6,12,19
74:15,18,25
75:10,21,22 76:9
77:6,10,18,21
78:22,25 83:1,2,3
84:16,18 86:16,
21,24,25 87:5,13
88:18,24 90:3,4,5,
6 91:1,5 92:2,13,
23 93:4 95:2,3,9
104:21 106:8
107:23 118:11
121:6,12,24
122:10,12,14,16
123:5 125:17
126:18,21,24
130:15,19,22
131:9,24 133:1
134:2 140:1
142:11 149:16,21
151:20,23,25
152:2,11,22 153:4
162:3 166:10
170:18 172:5
174:3 175:21
176:5 177:20
187:24 193:1,5
194:7,19 196:9
198:5,8 205:25
206:7,15,22
207:1,3,11 211:9
225:20 226:8

plastics 50:5

plate 235:3

play 165:16

point 63:16 72:16
79:8 107:15
122:21 144:21
146:11 148:3
166:16 174:10
226:2 235:9

pointed 179:5

poisoning 224:21

policies 87:22
88:17

pool 129:8

Poor 209:20

portfolio 70:5

portion 85:22,23
94:7 228:11

position 46:14
50:18 54:2,17
65:4 67:3 69:10
74:17 75:7 76:6,
25 77:4,9 78:6
82:24 83:1 84:6
88:5 89:13 141:20
144:24

positions 55:4
68:17,22,24 73:18
76:13 141:3

positive 232:10,
16,24

possession
187:25 188:5
195:19

potassium 34:22
138:1,2,4,7,22
154:22 155:25
158:24 159:6,8
160:1,21 162:1
171:22 172:2,3,7,
15,22 173:11,15,
20 174:2,8,13
175:3 176:12,14
177:15,25 178:25
180:21 181:17
183:7 184:5,9
185:15 201:4,13
204:7,13 205:14,

227:14 248:15,17

**Pharmd** 58:19
60:3 63:5,16,20
64:16 67:21 68:25
71:2

**Phd** 71:20

**Phds** 71:2

**phenylephrine**
213:8 216:24
217:1 225:5,6
226:4

**Philadelphia**
5:18

**phone** 40:11
223:20

**phrase** 18:6

**physical** 159:22

**physician** 34:3
194:4 195:7

**pick** 194:18

**picking** 168:16

**picks** 125:18

**piece** 194:19,25

**pieces** 239:1

**Pizzuto** 109:10

**place** 62:15 92:19
96:16,23 100:17
145:16 219:17

**places** 23:4 45:10
145:3

**plaintiff** 5:23
12:18 242:19

**plaintiff's** 8:9
13:18

**plan** 17:14 99:15
112:22

**planner** 16:24

**planning** 99:12
189:8

**plans** 99:4 237:17

**plant** 47:13
100:15

**plastic** 50:7,9,10

23 206:3,17

potency 96:18,19
105:18 108:19
160:2,23 201:6,7
202:2 204:17,23
205:20 206:1,4,16

potent 202:1

potential 96:24
137:5 158:15
160:12 161:16
166:15 168:19,23
185:4,21 215:8,13
218:9 219:14
228:14 237:1

potentially 99:12
140:24 142:21
143:3 152:3
165:13 167:4
168:4 169:3
186:19 213:20
214:15 215:22
236:17 247:2

powder 22:15

powders 103:24

practicals 80:22

practice 55:25
63:20 68:7 71:8
77:21,24 85:22
86:24 92:2 104:2
106:8 107:19
118:12 121:6
122:12 142:11
162:3 166:8
198:16,24 200:7
225:14 230:22,25

practiced 107:3
133:24

practices 52:25
90:17 118:10
119:2 121:4 122:6
128:17 129:25
140:15 209:21,23

practicing 17:4
63:7 67:24 68:4,8
71:6 72:1 150:22,
25

practitioner
56:24 95:13

precautions
96:23 165:19

precept 86:15,19

precepted 70:15
86:19

precipitant
174:17 176:23
177:5

precipitate 176:7

precipitation
177:2

predate 211:21

preference 58:5

preferred 143:4

preparation
10:19 18:19,20
29:19 30:1,22
31:13 32:9,13,22
34:20,22 39:13,18
72:8 81:19,24
105:16 115:21
124:2 129:3 154:8
155:11 156:6
171:21 177:10,14
179:7 184:19
187:11 214:7
245:21

preparations
93:14 103:6
105:19 121:22
127:21 133:9
153:24 197:25
198:3 202:21
232:5

prepare 18:24
25:25 26:15 57:18
95:13 99:10
102:23 103:7
108:1 124:8
126:24 132:10
149:22 150:10
151:20,24 152:7,
12,14,15 169:13
170:3,4 177:18,21
206:3,13 208:22
215:19

prepared 32:14
102:20 103:8
104:15 108:10,11
126:4 154:10
155:15,19 160:8,
24 161:13 171:23
173:9,20 185:11

www.EliteReportingServices.com

187:23 196:15
206:8 229:7

**preparer** 160:25

**prepares** 121:21,
24 179:6

**preparing** 22:1
42:19 45:8 57:21
103:4,20 151:7
153:4 154:21
161:1 165:17
172:2 205:25
235:22

**prescribed** 194:6

**prescribing**
63:21

**prescription** 35:1
63:15 78:1 90:8
92:4,7,8,24 96:3,6
125:18,19 191:8
193:11,17,22,24
194:4,10,13,16,18
195:1,3,9,11,15
196:2,6

**prescriptions**
34:25 56:21 63:22
66:17 77:25 83:16
92:3

**presence** 15:25
157:11 163:11
228:22

**present** 17:8
39:21,22,23 75:14
85:8,10

**presented** 169:4
230:15

**pressure** 153:13
225:9

**pretty** 111:16
218:17 220:6,20
222:16 234:15
242:10

**prevent** 9:19 10:4
128:9,17,21 130:1
212:25 233:12
239:1

**previous** 182:24
206:8

**previously** 29:21

85:22

**pride** 104:20
217:22

**primarily** 32:5
52:11 68:11 94:16

**primary** 52:15
67:2 68:10,24
95:7 107:18,23
207:21

**prime** 236:18

**principles** 17:20

**printed** 23:1
53:22

**prior** 19:16 172:12
209:12 232:11,15,
20

**prison** 160:19
168:20 169:5

**prisoner** 114:21

**Prisons'** 109:9

**private** 67:13

**privileged** 243:9

**PRN** 64:17,18
65:8,14,22,23
66:2 69:14

**problem** 158:13
160:2,22 161:21
163:7 178:25
179:2 202:25
206:17,20 208:19
215:14 221:24

**problems** 178:21
179:16 183:2
206:22 215:8

**procedure** 7:24
9:9 27:3 95:16
103:10 129:22
169:15 170:1
171:2,19 184:23
186:1 212:25
213:24 214:3
215:18,22 218:3
232:6 239:17,18

**procedures**
23:23 29:2 62:14
84:25 85:1 87:22
108:5 117:22,23

141:7 142:23,25
153:8 185:19
211:14 217:18
220:1,18 222:7
231:8,12,24 232:9
233:11 237:16
239:21

**proceed** 47:15
99:14

**proceedings**
249:18

**process** 47:12,
13,24 48:9,16
141:3 144:9 170:6
198:7 213:3,4,8,9,
11 214:1 216:18,
25 230:18

**processing**
234:21 238:18
239:6

**procure** 146:25

**procurement**
144:8

**procurer** 33:16
140:5 141:4,15,25
142:17 144:5,16
145:20,22 146:3
147:3,23 148:10,
15,22 149:7,11
151:17 161:14
173:3,18,22
187:23 188:23
196:17 201:1

**procurer's**
188:24 197:2

**produce** 239:8

**produced** 91:5
92:20

**producing** 97:20
215:23 217:8

**product** 47:10
51:6,7,14 62:13
99:2,8 101:1
103:3 105:14
126:25 127:5,6
128:1 129:21
169:16 170:10,20
171:3 175:25
176:4 178:19,23
193:9 199:6,19

200:2,3 201:21
209:11 211:16
213:1,18 214:14
216:20 217:5
219:18 232:19
233:2 235:23,25
236:3 237:9,18
241:3,8,19

**production** 35:3
53:14 217:7
218:13 229:19
240:10

**products** 47:5
48:3 50:11,14
51:4 52:4,9,17,19
84:19 93:7 94:2
95:14,23 96:8,10
99:20 100:5
104:24 126:12
132:11 142:20
165:8 173:2 199:2
204:15 211:12
215:20,23 217:2,
8,9,19 220:2
222:17 223:3,18,
19 232:12 233:13
234:9 236:8,14
241:20,21

**profession**
105:25 248:9,16

**professional**
76:8 127:11
129:10 141:16
151:3 160:22
179:3

**professionally**
142:9

**professionals**
124:18 129:6
139:25 170:12

**professor** 69:4,
10 72:4 75:9 77:9
81:10 88:5

**professors**
88:18,24

**proficiency** 61:6

**program** 59:8,14,
25 61:8 74:24
218:8 221:2

**programs** 76:8
133:3

progressed 52:1

projects 87:8
100:7

promised 96:20

promotion 54:10

prong 215:17,20

proper 91:9
146:23 161:12
165:20 166:12
178:19 235:16
237:24 238:6,14,
15,24

properly 141:17
177:21 191:22
196:24 199:20
206:13 218:7
225:22

proportion 64:6,
11,13

proprietary 49:22

protect 129:13,15
130:3

protection 157:1

protocol 26:22
27:22,24 30:5,15
33:13 38:25 109:9
110:18 111:1,5,9
114:24 115:6,14,
15 139:24 151:8
164:13,20 177:17
179:22 184:17,20,
21 185:7,19,23
201:21 215:9
216:9 243:7

protocols 52:23

provide 8:18 9:24
10:4 113:11
119:24 126:22,25
213:10 221:17
243:12,17 244:13

provided 8:9 9:8
10:23 11:22 12:1,
14 13:18 21:3
33:12 34:5 35:12
36:16 38:6 43:20
48:8 108:25
109:12,16,19
110:9 114:23
116:22 120:2

151:14 179:21
188:15 189:23
190:16,22 197:1
245:22,23

provider 92:24

providing 99:13
104:2 114:8

provisions 19:24

public 122:4

publish 23:3

pull 22:19 23:15
33:1 109:4 114:12
117:3 144:20
181:15,16 188:16
210:19

pulled 116:1
147:18 163:24
180:5 228:6
233:20

pulling 153:15

pulls 119:8

punching 112:20

punishment
246:14 248:4

pupils 224:24

purchase 22:14
23:7

purchasing
35:21 36:4

purity 201:10
217:20 220:4

purporting
233:13

purports 119:11

purpose 17:16
52:19 129:11
201:25

purposes 110:5

pursuant 9:1

pursue 59:12

pursuing 106:20,
21

pushing 154:3
167:1

put 12:24 16:9
23:12 24:8,9 43:6
45:7 62:14 92:18
96:23 119:3
140:23,25 147:16
152:11 154:14
182:6,8 183:6
209:24 224:23
226:18 229:21
247:10 248:25

Pyxis 58:3

_____

**Q**

qualifications
76:20 141:16
144:23

qualified 140:21
142:2 150:10
165:18

qualifies 153:1

quality 19:18,22
20:17 21:14,23
24:17 26:1 48:5,6
52:3,20 53:12
62:9,14 90:20,25
92:19 96:16
117:22,24 118:2,
9,11 121:8 169:3,
5 175:20 176:1
199:3 202:22
203:24 206:23
207:2,11 209:3,8
210:16 211:12,15
214:9 217:20
218:8 220:4,13,19
221:1 222:7
228:17,20 235:12
236:1,12,13,16
237:14

quantities 97:20

quantity 139:4,11

quarterly 23:5

question 15:10,
12,19 18:2 38:3
62:19 70:19 79:16
87:10 105:13
111:21 115:3,11
117:19 118:4
120:7 121:16
122:3 123:12,16

124:24 126:9
127:9 129:5,11
130:8 132:16
135:14 137:15,16,
17,24 138:16,25
139:9 141:23,24
145:14 147:7
150:4,13 158:9,12
160:6 161:9,19
162:6,21 163:9
167:23 174:12,22,
25 175:5,12,14
176:3,11 177:24
186:7 190:17
194:3,8 195:23
196:1 197:17,22,
23 201:12 204:25
205:4,6,10 206:24
214:22,23 215:2
216:5 219:5,7
248:19

questionable
196:20

questioning
110:5

questions 5:7
9:10 10:1,5,11
14:21,25 16:14,
16,17,18 17:17
18:3,4,20 27:3
33:11 61:3 100:25
115:10 116:9,18
139:13 216:8
249:5

quickly 235:2
238:5

quiz 225:20

quizzes 80:18

quo 66:14

quote 35:14

_____

**R**

RAC 106:21

raise 145:10
184:8

raised 207:21

ramping 218:13

ran 77:18 186:15

217:2

**random** 152:2

**range** 52:2 64:1
117:21 199:18
200:5,12 204:17

**ranges** 197:6,7

**rapid** 231:12,18,
25 232:4,14,20
233:2 241:3 242:1

**rate** 139:12

**raw** 22:5,16 46:9
47:8 52:11,16
62:12,13 221:6,25
222:2

**reached** 245:6

**react** 168:4

**read** 10:23 11:12,
21 12:6,13 29:18
30:4 31:17 34:14
37:20 44:1 55:2
64:15 129:23
132:22 140:4,13
144:21 146:14
148:14 186:7
207:20 218:2
220:23 230:13
233:16 236:20
240:20

**reading** 183:22
188:22 213:6
234:10,18 239:11

**ready** 38:16
111:13 170:7,9

**reagent** 144:6

**real** 108:3,6 124:5,
11

**realm** 133:14
143:22

**reason** 16:5 37:15
120:3 128:8 155:7
162:13 209:2
220:10 223:7
246:23 248:1

**reasons** 46:22

**recall** 35:5 36:10
39:23 114:6
248:25

**receive** 28:7
207:14 208:25
209:3 230:19

**received** 8:14
14:10,12 27:13
28:9 172:16
175:23 181:10
188:12 207:16
231:6 244:19

**receiving** 129:17,
20 221:25

**recent** 37:25
119:11,22

**recently** 8:24
101:23 106:16

**recognize** 24:12
106:13

**recognized**
105:25 106:3

**recognizes**
106:10

**recollection**
36:14,17 37:5
38:5

**recommend**
152:21

**recommendation**
151:19 152:10

**recommendation
s** 152:21,23

**reconstitute**
153:11 176:22
177:3,21 185:8

**reconstituted**
161:10 163:24
171:2

**reconstituting**
153:15 158:8

**reconstitution**
170:8 171:6

**record** 6:19 15:1,
6,20 16:10
116:12,18 146:23
173:5 193:23
195:13 196:7,9
204:20 206:12
227:2 230:5
240:3,5

**recording** 14:21
240:6

**recordkeeping**
209:20,23

**records** 11:23
12:14 124:10
147:4,6 148:10,12
172:20 173:8
175:21,24 176:17
186:9 187:14
188:3,10,19
196:17,18 197:1
204:1,10 205:15
206:23 207:10,14,
15,17,24 209:3,25
210:7 240:10,11

**redacted** 186:14
194:14

**refer** 11:24 35:9
132:4 201:9
241:18

**reference** 123:25
124:1 218:24

**references** 35:25

**referring** 142:15
171:25 184:20
185:3

**refers** 231:19
232:4 235:4

**refrigerate** 127:1

**refrigerated**
126:12 199:7

**refrigerator**
199:10

**refrigerators**
199:22

**regard** 111:1
145:4 217:11

**regroup** 80:21
81:2,5

**regular** 77:2
87:21

**regularly** 101:12
197:4

**regulate** 123:13,
22 125:20

**regulated** 120:6,
17,18 125:10
127:10 131:10

**regulations** 62:9
78:2 91:23 92:3
104:23 108:11
144:7 208:24
223:10 225:18

**regulatory** 104:5
106:22 120:6
124:25

**reimbursement**
123:3

**relate** 240:16

**related** 10:11 17:1
21:8 46:24 71:8
72:10 77:21 140:1
217:4,6 240:9

**relates** 77:23
211:8 241:25

**relating** 239:16,
25

**relative** 231:8

**release** 241:23

**relevant** 7:11
30:8,10 34:11,12
39:3 47:19

**relied** 33:6 35:15
114:15

**rely** 222:4

**relying** 35:10

**remember** 36:19
37:8 38:2,9,11,13
47:3,4,6 48:21
49:20 50:8 61:9
102:19 114:2,9,10
125:13 173:22
180:1 188:8
203:13 230:10,11
234:11,13,17
235:2 237:20
245:2,3,4 246:9
249:2,3

**remind** 19:2,20
38:11 47:16 74:12
211:8

**remnants** 167:2

remote 60:9

remotely 75:1

repeat 18:2 38:3
195:22

rephrase 18:6
215:1

report 8:24 13:2,
3,8,17 14:4,18
17:13 19:15
27:14,15,19
32:18,19 33:2,4
35:3,5,9 36:15,16
37:6 41:24 42:6
108:23 110:1
111:13 114:14
115:18 116:3,22,
23,24,25 117:3,7
131:21 140:17
141:10,13 147:16
148:14 154:15
161:20 179:15
183:18,23 184:10
185:18 187:19
188:7 189:25
190:17,22 196:20
200:13,17 207:18,
21 209:19,20
210:4 231:18
244:14

reporter 14:21
249:8,14

reports 19:13,16
34:19 36:8,11,18
38:7 39:5 110:10
172:1 200:14,20
235:13

represent 5:13,22
8:6 114:20

representative
218:5

representing
116:21

Reprieve 245:6
246:11

request 8:17
201:23

requested 81:3

require 92:4
134:9 227:25
228:19 229:11

232:9

required 56:17
86:22 95:22
118:19 202:23
205:13 221:3
227:25 236:4

requirement
118:24 132:25
136:19 206:5

requirements
19:18,21,23
20:18,20 21:15,23
24:17 26:2 53:3,5,
14 88:15,16 90:7
92:18 95:2,10
97:19 104:6
108:18 118:9
125:11 126:19
133:20,25 134:5,9
200:15,22 201:19
207:11 227:16,24

requires 56:16
87:24 95:16,18
96:3 121:3 122:25
133:19 185:23
197:3

requiring 231:24

reschedule 8:23

research 107:10
138:19 246:15

resources 35:12

response 190:23
231:4

responses 9:25
12:11

responsibilities
142:24 147:2
220:18

responsibility
147:3,4 148:11

responsible
199:1

rest 79:9 81:16
82:17 149:12

restate 18:2

result 128:18
135:16 136:10,20,
25 137:14 150:19

166:6 167:19
177:11 229:5

resulted 35:4
189:24 190:16
235:21 236:7
237:8

results 135:4,18
167:24 232:1

retail 55:21 56:13
64:2,11 68:23
92:23 93:4,5
133:8

retained 113:11,
13

retired 150:22

revamp 79:10
100:2

revamped 217:25

reveal 215:11

reverse 224:11

review 12:15
14:12 25:6 26:15,
21,24 32:7,12
34:8 35:25 36:7
40:24 41:14 77:24
176:17 178:5
197:2 207:23
222:13 230:18
231:25 240:25
245:23

reviewed 11:9
14:11 19:14,16
25:24 26:6,8,12,
19 27:7 29:6,14,
21 30:21 31:12
32:15,18,19,22
33:24,25 34:10
35:4 36:9,10,12,
14,18 37:6,25
174:5,15 178:22,
24 189:3 205:16
221:4

reviewing 39:8
41:8 48:2 84:1

revised 29:13

revision 29:17

Richland 67:25
76:2 77:5 87:13

89:4 107:23
134:12

rings 234:19

risk 114:25 115:7

Rite 55:8,20 56:6,
7,21 57:3,10 63:3
64:4,24 65:1,8,23
74:20 134:12

Riverbend 5:14
26:22

Rob 5:11 6:1,5
12:24 13:14 27:4,
8,21 28:2 29:10
30:17 33:1 43:6
109:4 112:17,19
114:12 119:3
132:5 139:20
180:13,24 182:6,8
183:6 188:16
189:8 210:19,24
226:18 229:21

role 51:22

Roman 33:5
115:19

room 15:22 16:3,
6,22 129:20
156:6,13 160:10,
13,14,19 161:12
239:1,8

roots 84:13

rotation 98:15

rotations 87:3,6

rough 61:11

roughly 191:15,
19

route 226:22

row 175:17 247:1

Rules 9:9

run 28:16 63:3
214:5,6 222:20

——————

S

SA 90:20

safe 92:20 95:13,
24 132:10 217:9

Case 3:18-cv-01234-Document-18-28-Filed-05/47/22-ePage-279-of-285-Page-ID #: 12536
81284 - Document 18-28 - Filed 05/47/22 - Page 279 of 285 - PageID #: 10536
www.EliteReportingServices.com

**safely** 96:17
192:14 193:2
202:11

**safety** 90:20,25
92:19

**SAITH** 249:17

**salary** 88:4,7

**saline** 166:5

**sample** 34:25
39:5 48:10 231:25
233:3

**samples** 46:7,8
47:2,14 173:8
204:23 232:14
241:4

**sampling** 237:17

**sat** 182:14

**satisfy** 206:4

**Savannah** 67:16

**scale** 86:18,20
90:7 92:2 96:9
98:7 103:17,21,24
235:14

**scare** 113:3

**scenario** 170:17

**schedule** 56:15
78:9 80:1 86:7
113:18,19

**scheduled** 9:7

**scheduling** 83:5

**Schiller** 5:12

**school** 44:9 53:21
54:8,25 55:3,5,16,
23 56:1,15 59:19,
22 60:16 65:2
67:12,13 68:15
69:19 70:22 72:11
73:6,19 74:15,25
75:21 79:19 81:17
86:12 87:5 104:11
105:12,19

**schools** 133:1

**science** 44:2
58:24 61:7

**scientific** 17:20

114:22

**scientifically**
217:17 220:1

**scoops** 236:25

**scope** 50:3
230:22,24

**Scott** 5:8 8:4
117:10 157:23
205:1 214:25
249:14

**screen** 8:8,11
13:8 23:15 28:8
29:1 43:19 116:1,
4,5,10,20 181:22
212:1,3 232:3

**scroll** 13:15 29:10
30:23 31:9,10
37:17 38:22 43:7
190:14

**scrolling** 31:3

**seal** 238:24

**sealed** 164:5
238:24

**search** 20:6 23:9,
11,14,17,24 24:7,
14,19 25:1,4,8
26:5,7

**searched** 26:7
243:23

**searching** 24:12

**seconds** 189:13
190:8

**section** 33:5
139:20,22 140:4,
12 141:10 149:2,
3,5,10 177:8
183:23 185:17,18
196:19 200:13
207:8 209:19

**Security** 5:15

**sees** 116:19

**selected** 140:18

**selection** 141:2

**self-
administration**
126:13

**sell** 92:10 93:4,6
166:19

**semester** 78:19,
24 82:7

**send** 6:20 7:16
27:8 105:11
119:4,23 124:8
170:19 174:16
176:4 177:20
180:11,13,23,25
181:3,5 189:8,12
209:15,16 210:24,
25 229:22 249:12

**sending** 119:12

**sends** 56:1

**senior** 5:11 50:18,
20,23 51:1,21
54:4,5

**sense** 17:10 80:3
99:24 144:22
179:2 201:24
219:13 225:24

**sentence** 129:24
135:23 141:20
144:5,14 146:16,
17

**separate** 22:12
33:22 43:3 44:7
78:20 89:12
177:22 179:23

**separately** 88:6
192:21

**September** 55:9
65:9 77:7,10
79:14 84:3 85:8,9

**services** 41:3
122:25

**set** 17:25 21:2
53:10 80:21
117:20 121:6
142:22 163:16
187:13 192:12
195:2 209:6

**sets** 12:3 184:19
233:3

**setting** 78:1
95:20,23 99:19
127:15,21 128:10,
20,24 129:14,16,

19 130:20,23
198:8,15

**setup** 198:13

**seven-hour** 9:20

**severe** 91:12
165:14

**severity** 131:2,16
132:1

**shadow** 56:23
87:8,9

**shake** 15:4,5

**share** 6:1 28:2

**shared** 212:3
248:4,7

**shift** 48:25 49:1
56:18

**shifted** 79:21

**shifts** 48:23

**ship** 222:20

**shipped** 96:10

**shipping** 96:14
196:21 200:7

**shock** 225:9

**shoot** 6:2,5

**short** 46:25 54:7
96:5 97:5 111:14
158:25 170:23
176:2 229:14

**short-term** 99:3

**shortage** 99:5
225:25 226:9

**shortages** 91:12

**shorter** 56:13
193:8

**show** 20:19 23:19
28:25 51:15
53:19,20 61:6
102:4 124:7
134:2,3 148:5
173:8 188:3 214:9
238:14

**showing** 24:15,16
196:5

Case 3:18-cv-01234-Document 48-28-Filed 05/47/22 ce Page 280 of 287 Page ID #: 1337
**91234 - Document 48-28 - Filed 05/17/22 - Page 280 of 287 - Page ID #: 1337**
www.EliteReportingServices.com

shown 39:1

shows 39:4 44:22
202:3 233:21
237:22

shut 131:8

sic 90:20

side 85:22 93:25
152:22,24

side-by-side
73:16

signature 13:12

signed 113:20

significant
140:23 146:15
147:8,15,19 148:8

significantly
151:12

silly 70:18

similar 46:18,21
50:14 54:18 57:17
85:21 88:25
150:15

similarly 85:16

simple 153:21
154:6 162:19

simply 22:7
104:23 202:6

Sims 5:21

simulation 213:3,
4 214:18 216:19

simulations
213:8

single 98:7,8
145:16

sit 37:4 38:4
187:15

site 51:7,8,9,13,
14,16 99:1 237:7

sites 51:23 153:7
157:10,11 160:11,
25 161:15 166:13,
14

sitting 161:6
162:23 163:19
170:22

situation 28:16
172:14

situations 87:11

size 92:13 145:23
146:20

sketch 95:6

skills 52:10 57:7
153:16

skimmed 30:11

skin 97:3 227:19
228:13

slim 64:5

slower 169:24

slowly 59:13
238:1

small 44:8 45:25
64:5,9,11,12 66:5,
8 67:13 92:23
211:25 212:4,5
218:11 228:23
233:22

smaller 179:4
218:15

smooth 238:19

smoothness
239:3

sold 91:6 93:7

solidified 247:18

solution 153:14
167:3,11,17
171:6,23 172:4,7,
11,15,24 173:10,
12,16,21 174:3,9,
14,16,20 175:4
176:14,18,21
189:6 201:11

solutions 172:12

SOP 217:21,22
221:1,4 238:16

sort 7:23 18:10
21:4 28:17 54:16
55:4 64:21 88:18
92:22 95:6 107:23
167:7

sorts 54:21

sound 62:19
217:17 220:1

sounds 15:15
74:1 109:2 154:6
221:15 223:23
239:20 240:20,22

source 241:7
242:17,21 243:12,
16

sources 106:24
207:25 209:1,4
223:13 243:24

South 44:3,6
45:22 55:9,14
58:21 67:5,9,11
68:6,7 69:4,11,21,
22 71:5 74:17
75:5,10,22 77:6,9
81:10 89:8 133:24

space 157:20
159:24 168:20

span 127:2

speak 10:16
112:21

speaking 163:9

special 103:15
134:10 165:1
217:24 227:20

specialist 54:6

specialists 85:12

specialized
17:15 141:20

specialties 106:6

specialty 105:25
106:3,7,10,14

specific 18:20
19:24 20:8,9,16
21:8 92:24 96:6
113:14 120:12
133:25 134:4,5,8
137:13,20 139:17
145:9 146:5,8
152:21,23 156:2,
4,14 158:13
165:6,21 169:15
171:25 175:23
176:17 177:10,23
178:9,10,23

179:16 183:2
214:14 215:1
223:2 235:6
239:25 248:25

specifically 11:7
19:17,23 22:24
26:23 112:17
120:25 121:2
164:23 171:8
223:19 231:11,22
241:2

specifications
118:10

specifics 42:13
183:4

specifies 196:4

specs 202:4

spell 46:1

spelling 142:24

spend 27:1 43:23
87:7

spent 41:8,9
42:18

split 76:14,15

splitting 77:11

spores 166:22

spread 82:8

spring 78:20,24
79:5 113:25

spurts 56:13

stabilizer 192:18

stage 176:23

stages 48:3

stand 118:23

stand-in 7:24

standard 61:17
84:25 121:8
122:20 142:22
177:17

standards 21:15
23:22 25:7 53:11
115:19,21 118:2
122:24 202:22
209:7,8,13 217:19
219:18 220:3

Case 3:18-cv-01234-Document 18-28 Filed 05/47/22 Page 281 of 285 PageID #: 10538
81284 - Document 18-28 - Reporting Service 281 of 285 - PageID #: 10538
www.EliteReportingServices.com

222:8 235:13 236:16

**standing** 238:12

**standpoint** 120:6

**start** 13:2 29:24 34:9 43:24 50:20 54:4 70:20,24 115:17,18 117:17 148:13 156:9 181:18 208:22

**started** 7:1 17:23 28:16 30:2 44:22 45:5,15 47:8 50:21 52:2 54:25 59:7,9 70:3,6,9 74:3 78:18 82:15 84:22,23 86:8 98:6 205:6 212:20 217:23 221:8,12 247:7

**starting** 73:10 101:23 115:18 196:19 207:8

**starts** 139:20,22

**state** 12:11 15:9 110:25 111:4 121:12 122:11 130:15 133:18 134:6 136:15

**stated** 21:21 26:17 95:15 148:9 171:13 188:23

**statement** 145:18 148:2 160:17 171:14 173:18,19, 25 174:23 175:22 188:21,25 204:22 219:22 220:5,7,12 229:16

**statements** 145:5 172:1 186:7 197:2 231:21

**states** 117:18 121:7 122:19,21, 23 130:9 134:4,8 201:21 229:16

**stating** 173:22

**statistical** 136:14

**statistics** 63:25

**status** 66:14

**stayed** 79:21

**stays** 191:13 200:12

**steady** 206:12

**stearate** 49:23

**stem** 220:14

**Stemming** 156:17

**step** 54:11 166:11

**steps** 62:18 165:20 179:5

**sterile** 57:5,16 58:9 71:11,14,17 72:10,17,21,22,25 73:9,13 77:22 93:14 94:8,12,14, 16,18 95:14 102:7,9,21 103:1 104:22,25 106:9, 17,25 107:1,5,6,8, 10,14,17,20,24 108:2 119:2 121:13,21 124:8, 19,23 125:19 126:11,17 129:3 132:11 133:3,4,9 134:19 142:20 153:24 155:18 157:6,10 166:2, 18,21 169:13 170:2,3 171:21 192:11 199:2 214:3,7 215:20 225:16 227:4,14, 16 228:18 229:18 230:6 232:5 233:13 234:12 245:18

**sterility** 105:18 108:19 159:20 160:2,23 213:10 214:1 227:24 231:9,13,18,25 232:4,11,14,20 233:2 234:9 236:3 241:3 242:1

**sterilization** 213:9

**sticking** 167:10

**sticky** 167:7

**stop** 6:23 25:15 45:12 48:9 85:7 90:12 161:4 174:21 214:21 229:19

**stopped** 65:11 164:24

**storage** 10:20 34:20 115:22 126:22 127:1 143:11 156:5 196:21,24 197:9

**store** 65:5,6 126:11 141:17 164:1 198:17

**stored** 160:8 170:22 197:5 198:11,15 199:20

**storing** 142:16

**story** 176:2

**straightforward** 220:20

**strength** 99:21 201:9,11 217:20 220:4

**stricter** 97:19

**strictly** 32:9 66:11 69:15 105:3

**strike** 27:5

**stringent** 97:12 227:17

**strip** 200:1,3

**strong** 161:16

**strongly** 140:14

**student** 55:8,13, 20 56:20 58:12 65:18 71:12,14 107:4,22

**students** 53:19, 21 62:1 68:11 70:15,16 80:14,17 86:17,21,25 89:20,23 98:15 100:22 101:14,19, 23 102:23 103:4 104:10 108:2

120:8 166:10

**studies** 69:11 72:5 169:2 236:3

**stuff** 96:21 104:8

**subject** 71:7,23

**submit** 80:17 114:22

**subscription** 23:8

**substance** 9:23 111:13

**substances** 144:8

**substantive** 111:16

**substitution** 144:9

**subsumed** 6:9

**Succinylcholine** 225:11,13 226:6

**sudden** 185:6

**suffering** 115:1,8 165:12

**Suffice** 17:11

**sufficient** 79:11 162:16 245:24

**summarize** 30:13

**summarized** 109:17,22 147:18 179:18,19

**summary** 20:15 31:7

**summer** 79:5 80:9 81:15 82:5,8 113:25

**summers** 82:2

**supervised** 58:16

**supervising** 82:20,25

**supervisor** 82:15,16

**supervisors** 82:18

**supplemental** 8:24 13:2 27:15, 19 32:19 35:3,5,9 189:24 190:17,23 200:16 207:18,21 209:19,20 210:4

**supplied** 35:25 36:2 207:18

**supplier** 221:1

**suppliers** 221:6, 7,16

**supplies** 79:11 80:15

**supply** 35:24 184:22

**support** 17:21 57:1 245:9

**supported** 52:7,8 57:24 247:5

**supposed** 86:14 127:8 161:4,8 162:8,23 163:12 169:17,20 171:17 221:7,13,16 238:16 240:2

**surface** 238:25

**surface-level** 133:6

**surfaces** 238:20

**surprised** 223:1

**surrounding** 144:7

**Sutherland** 5:7,9, 24 6:11,14,23 8:1, 4 12:20 13:6,14, 16 14:6,9,16 25:13,22,23 27:4, 6,8,11,12,17 28:2, 6,13,19,24 29:10, 12 30:17,19 31:9, 11 33:1,3 43:6,14, 18 73:4,22 74:2,6, 10 88:23 98:1 105:10 109:4,7 110:2,7,8 111:12, 25 112:5,9,11,13, 22 113:1 114:12, 16 116:14,17 117:13,16 119:3,

6,16 130:7,13 132:5,7 136:17 137:3,16,18 139:10,14,19,21 145:13 148:20 150:1 158:1 163:2 175:11 176:9 180:8,12,17,22,25 181:5,18 182:1,6, 10 183:6,11,16 185:14,16 188:16 189:1,9,17,21 190:9,13 195:24 202:12 205:3,8,9 206:10 207:7 208:6,14 210:19 211:3,6 212:11 215:3,5,6 219:23 223:6 226:18 227:1 229:21 230:4 237:15 242:6,10,13 243:10 249:4,16

**swab** 166:5

**Swearingen** 109:9 244:21,23 246:4

**switch** 79:24

**switched** 8:25

**switching** 80:4

**sworn** 5:4 9:14,15

**syringe** 153:20 155:14 156:12,20 158:4,7 160:3 162:24 163:11,20 169:21 192:11 223:21 238:2,4

**syringes** 154:23 155:2 156:11 163:23,25 164:5 184:19

**system** 52:23 100:4 103:9 214:6 217:2,4 228:17,21 234:22 239:7

**systems** 77:17 78:22,25 91:13 240:9

---

**T**

**table** 7:22

**taking** 89:20 136:2 165:13,19 198:21

**talk** 6:2 7:12 11:19 12:16 18:18 25:16 27:24 32:24 72:3 75:17 77:4 94:6 113:5 115:17 141:18 149:7,10 154:19 155:7,9 165:21 169:8 185:18 186:22,25 187:7 196:20,21, 23 197:3 200:13 201:5 205:13 207:9,20 238:16

**talked** 74:14 104:10 187:20 229:9 238:10 244:9 248:14

**talking** 11:25 15:12 19:24 25:15,16,24 29:4 43:24 59:9 62:20, 21 74:13 93:22 104:11 111:10 115:14 116:3,4,5 117:1,7,21 120:24,25 121:1 125:4 138:12 140:11 148:13 149:3,17 151:3 152:6 155:24 156:23,25 157:21, 22 158:2,3,6 159:20,21 161:11 163:17 170:5 177:13,25 180:6 181:8 182:18 184:4,24 185:2 186:17 194:5 197:9,20 198:6,7 201:6 215:8 229:7 234:2 235:19 247:21

**talks** 236:21

**tapping** 235:2

**task** 240:2,5

**tasks** 84:21 139:24 140:20 144:1 149:7

**taught** 70:3 71:20 72:5 79:23,25

**TDOC** 171:23 173:15 186:5 187:3,8 195:9,19 201:1

**TDOC's** 187:24

**teach** 42:11 71:6, 9,25 73:11 78:23 134:18,19 153:9 170:2 245:17

**teaching** 68:7,11 69:21 70:1,2,5,9, 10,13,16,20,24 73:8 75:1,18 77:3, 17,20 81:1 85:19 86:1,2,6,16,18 102:15,20 103:1, 11 107:7 108:1

**team** 33:18 42:5 52:8 77:2 100:4 141:5

**tech** 153:4

**technical** 135:15 136:9,18,19,22

**technicalities** 42:8

**technically** 32:21 88:13 123:24 124:4 125:24 216:24

**technician** 149:21 151:20,23 152:1,2,11 238:1

**technicians** 58:18 166:10 227:14

**technique** 91:9 152:1,3 153:6 154:1 165:1 166:1,12 215:12 233:21 234:2,7 235:16,19 237:5, 24 238:6,14 245:18,20

**techniques**

81:284 - Document 189 reporting Filed 03/47/22 cePage 263 of 285 PageID #: 10540
www.EliteReportingServices.com

234:12

**technology**
240:15 242:1

**telling** 216:12

**tells** 35:17 53:16
196:14 202:10
237:4

**temperature**
127:2,4 156:7,8,
13 160:19 161:12
191:23 197:4,5,7
198:4 199:11,22
200:4

**temperatures**
176:6 197:11,16
199:17

**tendered** 8:24

**Tennessee** 5:9,
22 7:17 8:5 10:9
12:12 33:21
133:18,19 164:8
176:13 188:4
243:5,13,18,24

**Tennessee's**
115:14

**terminology**
11:18 19:8

**terms** 17:19 84:25
85:1,5 87:16
88:15 95:8 96:23
99:14 107:20
108:18 134:4
153:4 154:8 183:3
201:19 239:3,4

**terrible** 166:8

**Terry** 5:23 9:4
10:8 12:18 114:21

**test** 20:18 22:15
105:12,15,17
108:17 201:20
202:9 206:16
209:4,12 213:16
214:2 215:18
217:18 220:1
222:2 224:23
231:8,25 239:21

**tested** 162:10
201:21 204:23
208:2

**testified** 5:4
145:22 187:23

**testify** 17:14

**testimonies** 19:4,
6 26:18 32:16
36:25 37:9 186:6

**testimony** 9:16
16:12 18:25 19:1
35:15 41:24 42:6
108:25 109:12,14
110:1 116:17
147:11 148:3
159:4 171:11
188:24 244:13

**testing** 21:20 52:4
105:11 201:3,13,
16,18,24 202:3,5,
8,15 204:7 206:4
209:16 222:6,17
231:9,13 232:4,5,
11,20 236:13
237:17 241:21
242:1

**tests** 60:23 95:21
105:18 202:20,23
203:1,4 204:3,9,
19 205:12,15,19
233:1

**Tewalt** 109:10

**Texas** 109:10
244:22

**thankfully** 60:10

**thing** 26:11,20
52:15 54:22 62:25
168:10 170:17
172:8 174:10
180:7 181:12
192:10 247:3,17

**things** 22:8 25:24,
25 35:23 42:12
44:15 47:18,20
50:12 51:18 52:5,
6,14 57:22 60:11
70:17 71:10,16
79:12 81:4,6,7
85:5 88:19 99:2
100:23 103:5
113:18 118:7
142:13 143:5,9
153:11,21,23
154:12 168:16

210:11 215:9
231:2 235:14

**thinking** 234:18

**thought** 55:21
140:22 147:15
171:12 180:1,2
247:6

**thousands** 92:16

**three-day** 107:16

**three-drug**
114:24 115:6,13,
15

**thumbnail** 95:6

**Thursday** 77:19
78:4,15 79:19,24
80:2

**time** 6:1 25:19
27:1 29:25 41:9
42:18 43:24 45:4,
5 47:5 49:5 54:7
55:21 56:17 59:11
63:16 65:7,15,17
67:1 68:1,2 70:5
75:16 76:14,23,24
79:9 80:7,10,21
81:2,4,16,21 82:2,
17 85:10 86:11
89:17,21,25 92:15
96:5 102:7,9
106:18 111:19,22
112:13,15 124:11
132:23 135:17
146:13 158:25
162:7,16 163:15
165:11 170:15,24
174:17 176:8,25
186:13 218:11,14
219:6 221:11
222:24 223:14
226:1 228:25
232:25 234:14,15
235:9,10 239:22
240:6 244:19
249:6

**times** 40:9,13
55:17,19 76:9
91:16 105:16
118:21 131:24
139:7 144:17
193:7 199:24,25
202:7 209:6
214:17 228:16

241:5 248:6

**tiny** 157:18

**title** 50:24

**today** 8:10,21,25
9:1,16,20 10:11,
17 14:22 15:23
17:24 18:19,25
19:14 26:13,16
30:22 31:12 42:19
53:18 218:15
249:5

**today's** 8:17

**told** 72:21 89:23
120:1 163:4

**Tony** 5:14,15 9:4
10:8 33:17,19

**top** 23:14,17,24
109:5 128:15
129:24 228:7
236:20

**total** 42:19 103:2,
5 126:24 129:21
199:6,19

**totally** 166:9

**touch** 153:7 154:4
166:12

**touched** 160:11
166:3,4,5

**touching** 160:25
161:15

**TPN** 72:6 103:2,5
199:6

**trace** 186:16

**traceability**
223:12

**tracks** 61:23

**tradition** 93:9

**trained** 142:19,21
143:2,18,21,24,25
151:6 152:4

**training** 72:8,18
87:4,23 88:16
107:15 132:20
133:12 134:4,10
140:1 141:5,16,22
142:12 143:5

www.EliteReportingServices.com

149:16,24 151:11,
12,13,25 152:6,9,
11,18,24,25 153:4
165:2,6 217:24,25
218:25 234:13,20
237:21 238:15

**transcript** 249:11

**transfer** 51:7,11
59:20,24 103:9
196:7

**transferred** 51:14

**transfers** 52:8

**translate** 211:15

**transport** 176:5

**transported**
97:10

**transporting**
200:11

**trial** 99:10 108:25

**trick** 129:5

**tricky** 175:5

**trouble** 215:7

**true** 14:17 43:20
145:17 164:22
220:11

**truth** 9:15 72:21
89:23 163:4

**truthful** 9:25 10:5

**Tuesday** 77:18
78:3,15 79:19,25

**turn** 70:23

**tutored** 70:15

**tweaking** 84:24

**Twenty-five**
41:19

**two-prong**
215:15

**two-year-old**
207:1

**type** 23:25 24:4,8,
13 50:6 52:5
54:22 76:8 90:5
95:20 96:20
120:13 131:21

132:2 136:8 138:5
139:1 142:23
149:17 152:13,25
156:22 157:17
159:1,14,16
167:18 168:12
169:11 176:20
194:16,20 198:12
211:13 221:24
225:1 229:5 231:4

**typed** 24:5,25
25:10 26:5 249:8,
15

**types** 172:8
198:6,14 210:11
224:21 248:23

**typical** 7:24

**typically** 23:19
56:16 76:7 96:2
99:22 122:23
130:16,19 132:2
134:20 142:12
176:24 192:5
208:25 213:25
228:15

---

## U

**U.S.** 118:5

**Uh-huh** 50:17
57:12 58:20 73:7
102:11 130:2
230:8

**ultra-clean** 157:9

**umbrella** 110:14

**unacceptable**
166:9

**unavailable**
91:15

**unclassified**
157:20 159:24
168:19

**undergone** 242:4

**undergrad** 44:12

**understand** 9:7,
11,14 10:10,15,21
11:4,6 14:20
16:10,14,19
17:17,19 18:1,7,

15,16 20:14 26:4
32:11 36:13 37:4,
23 38:3 42:15
48:1 53:25 65:16
81:9 92:21 104:4
105:9 106:1
110:2,15 116:23
122:3 123:4,11
126:9 128:2
137:24 141:17
144:6 154:20
155:1 182:21,22
184:6 189:2,24
197:17 202:13
218:6 231:23

**understanding**
8:20 9:2 10:13
30:11 71:21 72:20
141:7

**unexpired** 187:24
188:5 195:10

**unexplained**
240:25

**unique** 72:22 73:1
99:1 104:21

**unit** 220:19

**United** 117:18
121:7

**Unitedhealthcar
e** 65:23 66:3 74:20

**universities** 71:2

**university** 42:11
44:5 58:21 60:8
61:19 65:13 67:5,
9,11 69:4,11,21
71:5 74:17,24,25
75:2,5,10,22
76:17 77:9 78:16
79:10,23 80:20
81:10,13 85:23
86:2,6 87:18 88:2,
3 89:5,8 94:24
248:20

**unnecessary**
115:1,8

**unpredictability**
159:12

**unpredictable**
132:14 136:1

**unqualified**
139:23 140:19
149:6

**unshare** 189:12

**upcoming** 23:20

**updated** 217:23

**updates** 23:5

**uploaded** 36:1
37:12

**upside-down**
190:20

**upwards** 41:6

**USP** 19:17 20:4,5,
8,10,19 21:14,16,
19,20 22:10 23:2,
15 24:6 26:1,5
32:16 35:13,14
52:25 53:2,5,6,7,
10,13 57:6 72:8
73:14,15 91:23
95:9,12 96:2
104:6 108:18
117:19 118:4,7,16
119:9,12,17
120:6,8,13,14,18,
23,24 121:2,8,23
122:5,11,17 125:1
126:20 127:10,12,
22 129:2,4,12
130:11,15 132:9,
11,19,21,22,24
133:19,20 134:14,
24 135:3,16,18,24
136:10,19,24
143:25 144:7
155:8 162:12,13
163:18 166:2
191:17 192:6,15
197:3 198:25
200:15,21,24
201:19,22 202:15,
22 205:13 208:2,
23,24 209:2,5,10,
12,13,16 221:25
222:3,5 236:5

**USP-GRADE**
208:22

---

## V

**vacation** 49:4

vaccines 142:14

vague 220:9,12

vaguely 230:10

valid 141:14

validate 213:4,8,
25 215:18

validated 217:1,8

validation 100:2,
3,4,6 216:21,25
217:4,5 232:21

variable 86:8

varied 134:15

variety 12:14
70:1,17 100:7
223:25

vary 21:21

varying 95:4

vecuronium
154:21,22 155:10,
25 156:3,12
158:20 159:9,25
160:20 162:1
185:6

vendor 221:1

verb 135:8

verbally 14:25

verify 66:16 216:2
222:6,18 223:13

verifying 78:11
84:1

version 29:14
119:11,19,22,23
120:2

versus 9:4 10:8
109:9,10 110:1
155:5

vessel 168:9

vial 145:23 153:14
154:4 156:10
159:17 164:4
167:1 169:21
195:12 196:6

vials 178:17

video 14:24 40:5

view 247:18
248:13

views 246:13,16
248:14,21

violating 211:14

violation 132:2
166:1 228:3
229:13 233:23
236:23

violently 169:22

vision 224:23

visual 169:8,11,
14 171:4,7,10,18
172:19,21 173:4
217:24,25 218:4,
8,20,22 219:10,12
237:23 238:8

volume 153:13

---

**W**

wait 25:15 28:13
119:7 189:17
214:21 216:3
230:12

waiting 156:2
211:7 212:1

walk 45:14

walls 238:19,23
239:2

wanted 6:8 20:2
27:2 53:20 59:11
65:19 89:12,13
181:7

wanting 161:2

Warden 5:15
33:16,17

warm 160:11

washing 157:10

watch 169:24

watching 238:12

water 16:24

wear 227:19

website 26:5

Wednesday
39:16 40:19 77:19
78:3,15 79:19
80:1

week 56:12 80:12,
15,22 81:7,11,12,
16 85:23,24 96:11
98:11,14,19 99:4
100:20 102:2

week-to-week
77:13

weekdays 66:13

weekend 66:18
69:15

weekends 56:19
65:15 66:11,14,15
74:19

weekly 102:21

weeks 86:4,5

weigh 103:23

weighing 57:9

West 55:13

wet 167:5,6

whatsoever 9:24

whichever 65:6

white 170:14
171:1,20

whoa 216:3

wide 129:16

wipe 166:17,18
167:6,13

wipes 166:19,21,
22

wiping 166:24

wise 44:16

withstands 96:14

witnesses 12:14

woman 228:4

wondering
179:14

word 18:11 30:5
158:5

words 16:16
127:20 129:23

work 36:2,20
42:12 48:25 50:15
53:9 56:12,14,17
57:13,18 58:1,7
59:4 60:8 64:6,10
65:17 67:25 69:15
70:12,13 72:6
73:16 76:14,15,20
77:1,14 78:7 79:6
80:9,11 81:19,24
82:25 83:22 84:12
85:16,18 86:2
88:25 89:5,8,12,
18,19,22 94:14,
16,21 102:22
107:22 120:10
126:23 130:11
132:22 159:18
212:17 223:3
227:6 228:1
242:16 246:5
248:20

worked 39:11
40:2 44:13 45:6,
10,17,18 46:6
47:1,12 48:17
49:1 55:19,20
56:6,8,18 57:20
59:5,6,18 60:4
64:21 65:1,11
66:4,10 69:3
74:18 81:15 107:8
108:24 228:4

workforce 99:25

working 37:22
45:15 56:20 57:17
64:4,5,13 65:22
68:22 78:5,10
81:11 82:10 87:7
88:19 98:11 100:2
106:18 127:7
159:23 168:19
211:21 212:20
247:15,17

works 64:2,11
76:7 88:13

world 108:6 124:5

woven 167:14

write 131:11

Case 3:18-cv-01284-Document 18-28 Filed 05/47/22 Page 266 of 285 Page ID #: 10543
www.EliteReportingServices.com

**written** 96:7 120:9
178:7 179:3,21,23
185:20 193:2,21,
22 194:23,24
195:6 231:9,12
237:16

**wrong** 64:18
129:13 154:20
177:12 207:22
246:24 247:10

**wrote** 188:6

_____

Y

_____

**year** 23:3 55:15,23
59:1,2,3 60:7
63:10 72:20 78:23
81:20 87:5 113:23
114:3 192:13

**years** 44:13 45:2,
4 60:7 61:5 69:12,
24 74:18 79:20
81:9 93:16 108:24
109:12 110:11
133:19 221:18

**you-all** 93:4
105:12 230:19

**you-all's** 180:18

**young** 228:4

_____

Z

_____

**Zoom** 7:20 40:5

Case 3:18-cv-01234-Document 184-28 Filed 05/17/22 Page 287 of 287 PageID #: 10544