# EXHIBIT 36



# State of Tennessee
# Department of Health

TENNESSEE BOARD OF PHARMACY
PHARMACY

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

*This is to certify that all requirements of the State of Tennessee have been met.*

ID NUMBER: ▮▮▮▮▮▮▮▮
EXPIRATION DATE: ▮▮▮▮▮▮

*John W Tidwell*
DIRECTOR, HEALTH RELATED BOARDS

*Lisa Piercey*
COMMISSIONER

CONTROLLED SUBSTANCE REGISTRATION
STERILE COMPOUNDING

DCE171