EXHIBIT 38

12/30/17 RECIEVED CHEMICALS
SEAL # ▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓
Tony ▓▓▓▓▓▓▓▓

01/03/18 Verify/Lot #/Exp. & Quanity With Fiscal
Seal # ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
Tony ▓▓▓▓▓▓▓▓

03/28/18 Verified/Lot #/Exp. Quanity With AWS
Seal # # ▓▓▓▓▓▓▓▓▓▓▓▓▓
Tony ▓▓▓▓▓▓▓▓

04/13/18 Verified/Lot #/Exp. Quanity With AWS
Seal # ▓▓▓▓▓▓▓▓▓▓▓▓▓
Tony ▓▓▓▓▓▓▓▓

6/22/18 Removed Seal # ▓▓▓▓▓ - Replaced - ▓▓▓▓▓
Tony ▓▓▓▓▓▓▓▓

6/22/18 Removed Seal # ▓▓▓▓▓ - Replaced - ▓▓▓▓▓
Tony ▓▓▓▓▓▓▓▓

7/18/18 Removed Seal # ▓▓▓▓▓ - Replaced - ▓▓▓▓▓
Tony ▓▓▓▓▓▓▓▓

7/27/18 Removed Seal # ▓▓▓▓▓ - Replaced - ▓▓▓▓▓
Tony ▓▓▓▓▓▓▓▓

7/27/18 Removed Seal # ▓▓▓▓▓ - Replaced - ▓▓▓▓▓
Tony ▓▓▓▓▓▓▓▓

7/31/2018 Removed # ▓▓▓▓▓ - Replaced ▓▓▓▓▓
Tony ▓▓▓▓▓▓▓▓

8/08/2018 Removed # ▓▓▓▓▓ - Replaced # ▓▓▓▓▓
8/09/2018 # ▓▓▓▓▓ replaced ▓▓▓▓▓
Tony ▓▓▓▓▓▓▓▓

9/07/2018 Removed # ▓▓▓▓▓ - Replaced ▓▓▓▓▓
9/11/2018 Removed # ▓▓▓▓▓ - Replaced ▓▓▓▓▓
Tony ▓▓▓▓▓▓▓▓

| Date | Entry |
|---|---|
| 9/26/18 | Removed ████ - Replaced ████ Received chemicals - ████ Tony ███ |
| 10/30/18 | Removed ████ replaced with ████ Tony ███ |
| 10/31/18 | Removed Seal # ████ ████ Tony ███ |
| 11/20/18 | Removed Seal # ████ -Replaced ████ Tony ███ |
| 02/13/19 | Tony ███ Removed Seal # ████ & replaced with # ████ |
| 5/9/19 | Removed Seal # ████ and replaced with ████ # ████ ███ |
| 5/15/19 | Removed Seal # ████ ████ with Seal # ████ Tony ███ |
| 5/16/19 | Removed Seal # ████ replaced with ████ |
| 7/12/19 | Removed Seal # ████ replace ████ |
| 8/09/19 | Removed Seal # ████ replaced # ████ Tony ███ |
| 8/15/19 | Removed Seal # ████ replaced ████ Tony ███ |
| 9/20/19 | Removed Seal # ████ replaced ████ Tony ███ |
| 11/19/19 | Removed Seal # ████ Replaced # ████ Tony ███ |
| 11/26/19 | Removed Seal # ████ Replaced ████ Tony ███ |
| 12/04/19 | Removed Seal # ████ -Replaced Seal # ████ Tony ███ |
| ██/██/2020 | Removed Seal # ████ ████ # ████ Tony ███ |


02/14/2020 Removed Seal [redacted]

05/21/2020 Removed Seal [redacted] replaced [redacted]

6/23/2020 Removed Seal # [redacted]
Replaced Seal # [redacted]

8/04/2020 Removed Seal # [redacted]
Replaced Seal # [redacted]

7/26/21 Removed Seal # [redacted]
Replaced Seal # [redacted]
[redacted] – [redacted]

[redacted]

7/26/21 Removed Seal # ███████ - Replaced ███████

███████████ ─ ████████████ ███████

7/29/2021 Removed Seal # ██████ Replaced-
─────── ────── # ████
──── Tony ███ ─ ███
                    ███████████

8/11/2021 Tony M ███ ─ ███████████

December 30, 2017

1:52 pm — On Saturday, December 30, 2017, Warden Tony Mays arrived at the Armory of Riverbend Maximum Security to receive the below items for storage.

~~12/30/17 – 160 – vials of Vecuronium 10 MG each~~
~~Lot # [redacted] Exp. 6/30/2020~~ [redacted]

– 100 – vials of 20 ML Potassium Chloride
Lot # [redacted] Exp. 7/01/2019 (50 Vials)
Lot # [redacted] Exp. 6/01/2018 (50 Vials)

– 125 – vials of 20 ML Sterile Water (100 Vials)
Lot # [redacted] Exp. 01/01/2019 (↓ ↓ ↓)
Lot # [redacted] Exp. 04/01/2019 (25 Vials)

– 280 Vials of 25 MG/5 ML of Midazolam
Lot # [redacted] Exp. 06/01/2018

[redacted] Tony Mays Dec. 30, 2017 – 12/30/17

12/30/17 160 Vials of Vecuronium 10 MG each.
Lot # [redacted] 50 Vials) Exp. 6/30/2020
Lot # [redacted] (50 Vials) Exp 6/30/2020
Lot # [redacted] (60 Vials) Exp. 12/01/2018
Tony Mays Dec. 30, 2017
[redacted] 12/30/17

03/28/18 – All Above Accounted For. T. Mays [redacted]
0?/13/18 – All Above Accounted For. T. Mays
0?/18/18 – All Above Accounted For. Tony Mays

July 27, 2018

7/27/2018 Midazolam 50 MG/ML x 5ML Compounded for I.V. Administration #8 Single Dose Vials
f[redacted] - in freezer (4 degrees)
Discard after 09/04/2018 [redacted]
[initials] - - [redacted]

7/27/2018 All Chemical in pl[redacted]
[initials] -

7/31/2018 -25- 20 ML Lidocaine HCL 2%
Exp. Date - 1-Aug-201[redacted]
Lot # [redacted]
[initials] -
-14- 30 ML - Bacteriostatic Water
Lot # [redacted]
Exp. 1-May[redacted]
[initials] - [redacted]

8/08/18 Removed -2- Vials of Vecuronium from
Lot # [redacted] Exp. 12/2018. -58 Vials- Room
[initials] — [redacted]
Removed -1- Vial Sterile Water
Lot. # [redacted] - Exp. 10/2018 99 vials.
[initials] — [redacted]

8/08/18 1:30 pm. Moved down -4- single doses of Midazolam from freezer to refrigerator Lot # [redacted]
from 50 to 48.
[initials] — [redacted]

8/09/2018 4:30 PM Removed -2- Vial Vecuronium [redacted]
Lot # [redacted] - 50 left [redacted] Exp 12/18 38 left
Removed - 1 - Bacteriostatic - 7 left
Removed - 1 - Lidocaine - 24 left
Removed -12- Potassium Chloride - 38 left
Removed -4 Vials of Midazolam - 4 left + 45?

September 07, 2018

- Inventory -
- Vecuronium - 138 Vials
- [redacted] - 50 Vials Exp. 6/20 -
- - 50 Vials Exp. 6/20 -
- - 38 Vials Exp. 12/18 -

Potassium Chloride - 88 Vials
- [redacted] 38 Vials Exp. 07/01/2019
- - 50 Vials Exp. 06/01/2018

Midazolam - 280 Vials
- [redacted] - Exp. 06/01/2018

Lidocaine - 24
- [redacted] - Exp. 08/01/2019

Bacteriostatic - 7
[redacted] - Exp. 06/01/2020

Sterile Water - 124 Vials
[redacted] - Exp. 01/01/2019 - ~~100~~ 99 Vials
- Exp. 04/01/2019 - 25 Vials

Midazolam - 4 Vials
[redacted] - 4 vials Exp. 7/26/2018 40 days

[redacted]

September 11, 2018
Inventoried all of the above all accounted for.
Tony [redacted]

September 26, 2018

9/26/18 Midazolam 50 MG/ML x 5 ML Compounded for IV Administration #8 Single Dose Vials
— [redacted] — In Freezer (14 degrees)
— Discard After 11/05/2018 [redacted]
— [signature] — [redacted]

10/30/18 Placing -40- Vials of 10mg of Vecuronium [redacted] Bromide.
-10 - Lot # [redacted] Exp. date 03/2021
-10 - Lot # [redacted] Exp. date 02/2019
-20 - Lot # [redacted] Exp. date 02/2021

- Vecuronium Bromide on hand - 178 - Vials
- Midazolam - 4 Vials 11/5/18
4 Vials 12/09/18
4 Expired
[signature] [redacted]

10/31/18 Removed (4) vials of Midazolam Lot # [redacted] Exp. 11/08/2018 4:35PM
8 Vials on hand 4 - 12/09/18
4 Expired.
[signature] — [redacted]

11/20/18 —
Bacteriostatic Water - Placed in Inventory
-75- 30 ml Vials
Lot # [redacted]
Exp. 07/01/2020
82 total on Hand

All Vecuronium Bromide is accounted for
- 178 Vials -

Lidocaine 2%

November 20, 2018
- Sterile Water - 124 Vials
  [REDACTED] - [REDACTED]

December 5, 2018
Placed (4) Vials of Midazolam
Lot # [REDACTED]
[REDACTED] - [REDACTED]

May 9, 2019
Placed (8) Vials of 50mg/mL Midazolam
Lot # [REDACTED]
Exp June 8, 2019
[REDACTED] - [REDACTED]

May 15, 2019
4:35 PM Removed (8) Vials of 50mg/mL Midazolam
LOT # [REDACTED] to refrigerator from Freezer. [REDACTED] - [REDACTED]

May 16, 2019
- Removed (4) Vials of 50 mg/mL Midazolam
  - Lot # [REDACTED] @ 4 - Exp. June 8, 2019
- Removed 20 Vials of Vecuronium Bromide
  - Lot # [REDACTED] - Exp. 02/2021
- Removed 7 Bacteriostatic Water
  - Lot # [REDACTED] Exp. May, 2020
- Removed 12 Potassium Chloride
  - Lot # [REDACTED] - Exp. 7/01/2019
[REDACTED] -

July 17, 2019

[illegible] Placed (75) Vials of Bacteriostatic Water in inventory.

7/17/19 Lot # [redacted] - (50) Vials - Exp. 9/01/2020
Lot # [redacted] - (25) Vials - Exp. 9/01/2020

Removed Vecuronium Bromide (38) Vial - Lot [redacted]
7/17/19 Exp. 12/18
-(10) Vials - [redacted] Exp. 02/19

Removed Midazolam (280) vials [redacted] Exp. 6/01/18

Removed Sterile Water (99) Vials ([redacted] Exp. 01/01/19
7/17/19 (25 Vials) - [redacted] Exp. 4/01/2019

- Removed Midazolam (8) Lot # [redacted]
  Exp. 11/05/2018
- Removed Madazolam (8) Lot # [redacted]
  Exp. 12/31/2018
- Removed Madazolam (4) Lot # [redacted]
  Exp. 12/09/2018
- Removed Madazolam (4) Lot [redacted]
  Exp. 04/24/2019
- Removed Madzolam (4) Lot [redacted]
  Exp. 09/04/2018

[signature] — [redacted]

5:35 [illegible]

July 17, 2019

- Vecuronium Bromide
  Lot # ▓▓▓ - 100 Vials Exp. 6/2020
  Lot # ▓▓▓ - 10 Vials Exp. 03/2021

- Bacteriostatic Water
  Lot # ▓▓▓ Vials Exp. 7/01/2020
  Lot # ▓▓▓ Vials Exp. 9/01/2020
  Lot # ▓▓▓ Vials Exp. 9/01/2020

- Lidocaine
  Lot # ▓▓▓ Vials Exp. 8/01/2019

  ▓▓▓ ——— ▓▓▓

August 09, 2019 — Freezer Temp 8 degrees
- *Potassium Chloride 4 Vials — 240 mL per Vial
- Prescription ▓▓▓ — Exp. 8/05/2019
- *Madazolam —
  8 Vials — Lot # ▓▓▓
  Exp. 8/25/19 — 50 mL each
  ▓▓▓ ——— ▓▓▓

August 14, 2019
1:35 pm Removed (8) vials of 50 mg of Madazolam from freezer to refrigerator. Freezer Temp 8 degrees. refrigerator temp 47 degrees. Removed (4) vials of 240 mL of Potassium Chloride from freezer to refrigerator.
▓▓▓ ——— ▓▓▓

September ~~August~~ 24, 2019

Inventory

VECURONIUM Lot # [redacted] 50 vials

Lot # [redacted] 50 Vials.

Lot # [redacted] 10 Vials.

Lidocaine Lot # [redacted] 24 Vials

Bacteriostatic Water [redacted] 8 Vials

Lot # [redacted] 75 vials

Lot # [redacted] 50 vials

Lot # [redacted] 25 vials

[redacted]

November 26, 2019

Received

Midazolam 50mg/mL solution - 8 vials 10mL
Lot # [redacted] Exp. 12/25/19
Potassium Chloride 15% solution - 4 vials 60mL
Lot # [redacted] Exp. 12/21/19
Lidocaine 2% - 25 20mL vials
Batch # [redacted] Exp. 4/2021

5° Temp

[redacted]

December 4, 2019

Received

Potassium Chloride 15% solution - 4 60mL vials
Lot # [redacted] Exp. 1/7/2020
Placed in refrigerator

4° Temp

Moved Midazolam 50mg/mL solution - 8 vials
10ML Lot # [redacted] from freezer to refrigerator

[redacted]

February 11, 2020

Received

Midazolam 50mg/mL solution - 8 x 10mL vials

Lot # [redacted] Exp. 2/23/2020

Potassium Chloride 15% solution - 6 x 60mL vials

Lot # [redacted] Exp. 2/23/2020

Freezer Temp - 7°F

[redacted] - [signature]

Moved Midazolam 50mg/mL solution 8x 10mL vials

Lot # [redacted] Exp. 2/23/2020.

Potassium Chloride 15% solution 6x60mL vials

Lot # [redacted] Exp. 02/23/2020

Freezer Temp - 5°F to Ref [illegible] 67°F

[signature] — [redacted]

[redacted]

August 4, 2020

Received

Vecuronium Bromide 10mg 40 vials

Lot # [redacted] Exp. 4/2022

Lidocaine 2% HCL Inj 25 x 20mL vials

Lot # [redacted] Exp. 1/2022

[redacted] — [signature]

[redacted]

[redacted]

July 26, 2021

Inventory

Removed Lidoccine Lot# [redacted] Exp 8/1/19 Removed
24 vials

Removed Lidoccine Lot # [redacted] Exp. 4/21 Removed
25 vials

Removed Bacteriostatic Water Lot# [redacted] Exp. 7/1/20 Removed
75 vials

Removed Bacteriostatic Water Lot # [redacted] Exp. 9/1/20 Removed
50 vials

Removed Bacteriostatic Water Lot # [redacted] Exp. 9/1/20
25 vials

Removed Vecuronium Bromide Lot # [redacted] Exp. 6/20
50 vials

Removed Vecuronium Bromide Lot # [redacted] Exp. 7/21
10 vials

Removed Vecuronium Bromide Lot # [redacted] Exp. 6/20
50 vials

Removed Potassium Chloride Lot # [redacted] Exp 1/7/20
8 vials

Removed Potassium Chloride Lot # [redacted] Exp. 2/23/20
6 vials

Removed Potassium Chloride Lot # [redacted] Exp. 9/15/19
4 vials

Removed Midazolam Lot # [redacted] Exp. 2/23/20
8 vials

Removed Midazolam Lot # [redacted] Exp. 12/25/19
8 vials

Removed Midazolam Lot # [redacted] Exp. 8/25/19
8 vials

Remaining

Lidocaine 2% Lot # [redacted] Exp 1/22
25 x 20 mL vials

Vecuronium Bromide Lot # [redacted] Exp. 4/22
40 x 10 mg vials

[redacted] — [redacted]