# EXHIBIT 41

# CHEMICAL PREPARATION TIME SHEET

Date 5/16/19

## RED

**500 mg Midazolam**                                    Time

2-Syringes prepared by ███████████                 at  1920

Witnessed by ███████████

**100 mg Vecuronium Bromide**

2-Syringes prepared by ███████████                 at  1724

Witnessed by ███████████

**240 mEq Potassium Chloride**

2-Syringes prepared by ███████████                 at  1729

Witnessed by ███████████

**Saline**

3-Syringes prepared by ███████████                 at  1706

Witnessed by ███████████

BLUE

500 mg Midazolam          Time

2-Syringes prepared by ▮▮▮ at 1921

Witnessed by ▮▮▮

100 mg Vecuronium Bromide

2-Syringes prepared by ▮▮▮ at 1747

Witnessed by ▮▮▮

240 mEq Potassium Chloride

2-Syringes prepared by ▮▮▮ at 1751

Witnessed by ▮▮▮

Saline

3-Syringes prepared by ▮▮▮ at 1733

Witnessed by ▮▮▮

