# EXHIBIT 42

# CHEMICAL PREPARATION TIME SHEET

Date 8/9/18

## RED

**500 mg Midazolam**       Time

2-Syringes prepared by ███████ at 1928

Witnessed by ███████

**100 mg Vecuronium Bromide**

2-Syringes prepared by ███████ at 1724

Witnessed by ███████

**240 mEq Potassium Chloride**

2-Syringes prepared by ███████ at 1728

Witnessed by ███████

**Saline**

3-Syringes prepared by ███████ at 1707

Witnessed by ███████

## BLUE

**500 mg Midazolam**                                              Time

2-Syringes prepared by _____ at _Not Used_

Witnessed by _____

**100 mg Vecuronium Bromide**

2-Syringes prepared by ████████████ at _1752_

Witnessed by ████████████

**240 mEq Potassium Chloride**

2-Syringes prepared by ████████████ at _1756_

Witnessed by ████████████

**Saline**

3-Syringes prepared by ████████████ at _1738_

Witnessed by ████████████

Case 3:18-cv-01234  Document 184-42  Filed 03/17/22  Page 3 of 3 PageID #: 11015
Def. Ind. Disch. 001048