EXHIBIT
43

# KING

## vs.

## PARKER, et al.

---

## 30(b)(6)

# STEVEN TURLEY

# September 17, 2021

---



Deborah H. Honeycutt, LCR

Chattanooga (423)266-2332    Jackson (731)425-1222
Knoxville (865)329-9919    Nashville (615)595-0073    Memphis (901)522-4477
www.elitereportingservices.com

1           IN THE UNITED STATES DISTRICT COURT
         FOR THE MIDDLE DISTRICT OF TENNESSEE
2                    AT NASHVILLE
3  _____

TERRY LYNN KING,
4
           Plaintiff,          CAPITAL CASE
5
vs.                            Case No. 3:18-cv-01234
6
TONY PARKER, et al.,           JUDGE CAMPBELL
7
           Defendants.
8  _____

9

10

11

12

13         Videoconference Deposition of:

14         STEVEN TURLEY 30(B)(6) UTAH DEPARTMENT OF
           CORRECTIONS
15
           Taken on behalf of the Defendants
16         September 17, 2021

17         Commencing at 10:00 a.m.

18

19

20

21

22  _____

           Elite-Brentwood Reporting Services
23            www.elitereportingservices.com
        Deborah H. Honeycutt, LCR, Associate Reporter
24              P.O. Box 292382
              Nashville, TN 37229
25              (615)595-0073

```
 1

 2                A  P  P  E  A  R  A  N  C  E  S

 3

 4   For the Plaintiff:

 5              MS. HAYDEN NELSON-MAJOR
               Attorney at Law
 6             Federal Community Defender Office, E.D. Pa.
               601 Walnut Street
 7             Suite 545 West
               Philadelphia, PA  19106
 8             (215)928-0520
               hayden_nelson-major@fd.org

 9

10             MS. SARAH B. MILLER
               MR. JEREMY A. GUNN
11             Attorneys at Law
               Bass, Berry & Sims
12             150 Third Avenue South, Suite 2800
               Nashville, TN  37201
13             (615)742-6200
               smiller@bassberry.com
14             jeremy.gunn@bassberry.com

15

16   For the Defendants:

17             MR. SCOTT C. SUTHERLAND
               MR. ROBERT MITCHELL
18             MR. CODY N. BRANDON
               Attorneys at Law
19             Law Enforcement and Special
               Prosecution Division
20             Office of the Attorney General
               and Reporter
21             P.O. Box 20207
               Nashville, TN  37202-0207
22             (615)532-7688
               scott.sutherland@ag.tn.gov
23             robert.mitchell@ag.tn.gov

24

25
```

```
 1

 2   For the Deponent:

 3            MR. DAN BOKOVOY
             Attorney at Law
 4           Attorney General's Office
             14717 S. Minuteman Drive
 5           Draper, UT  84020
             (801)545-5500
 6           danielbokovoy@agutah.gov

 7

 8   Also present:

 9            MR. DEAN ATYIA, Attorney at Law

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1

 2                    I N D E X

 3                                              Page

 4  Examination
    By Mr. Mitchell                              8
 5
    Examination
 6  By Ms. Nelson-Major                         80

 7  Examination
    By Mr. Mitchell                            104
 8
    Examination
 9  By Ms. Nelson-Major                        104

10

11                 E X H I B I T S
                                               Page
12
    Exhibit No. 1                               15
13       Amended Notice of Deposition

14  Exhibit No. 2                               46
         Photograph, Execution Chair
15
    Exhibit No. 3                               49
16       Description of the Firing Squad Chair and
         Backing, UDC000229
17
    Exhibit No. 4                               56
18       Division of Institutional Operations
         Draper Site Inter-Office Memorandum, T.
19       Anderson to C. Friel, Re: Execution
         Costs, UDC000145 through 000147
20
    Exhibit No. 5                               59
21       Execution Policy

22  Exhibit No. 6                               77
         Photograph of Portals
23
    Exhibit No. 7                               79
24       Email 1/29/14, S. Gehrke to R. Cook, Re:
         Information Request from the Ohio
25       Legislature Regarding Capital Punishment,
         UDC000990 through 000991
```

Case 3:18-cv-01234   Document 184-43   Filed 03/17/22   Page 6 of 123 PageID #: 11021

```
 1

 2                 S T I P U L A T I O N S

 3

 4          The videoconference deposition of

 5   STEVEN TURLEY 30(b)(6) UTAH DEPARTMENT OF

 6   CORRECTIONS was taken by counsel for the

 7   Defendants, by subpoena, with all participants

 8   appearing at their respective locations, on

 9   September 17, 2021, for all purposes under the

10   Tennessee Rules of Civil Procedure.

11          All objections, except as to the form of

12   the question, are reserved to the hearing, and said

13   deposition may be read and used in evidence in said

14   cause of action in any trial thereon or any

15   proceeding herein.

16          It is agreed that Deborah H. Honeycutt,

17   Notary Public and Licensed Court Reporter for the

18   State of Tennessee, may swear the witness remotely,

19   and that the reading and signing of the completed

20   deposition by the witness is not waived.

21

22

23

24

25
```

```
1                    *    *    *

2

3            THE REPORTER:  Good morning.  My name is

4    Deborah Honeycutt.  I am a stenographic reporter

5    with Elite-Brentwood Reporting Services.  My license

6    number is 472.  Today's date is September 17, 2021,

7    and the time is approximately 10:00 a.m. Central

8    time.

9            This is the deposition of Steven Turley

10   30(b)(6) Utah Department of Corrections in the

11   matter of Terry Lynn King vs. Tony Parker, et al.,

12   filed in the United States District Court for the

13   Middle District of Tennessee.  The Case Number is

14   3:18-cv-01234.

15           This deposition is being taken by

16   videoconference, and the oath will be administered

17   remotely by me.  Any digital exhibits marked during

18   this deposition will be deemed as "original" for

19   purposes of said deposition, with the actual

20   original document retained by counsel introducing

21   the exhibit for purposes possibly needed for

22   in-court hearing.

23           At this time, I'll ask counsel to

24   identify yourselves and state whom you represent.

25   If you have any objections with the procedures I've
```

Case 3:18-cv-01234   Document 184-43   Filed 03/17/22   Page 8 of 123 PageID #: 11023

```
 1   outlined, please state so when you introduce
 2   yourself.  We will start with the noticing attorney.
 3             MR. MITCHELL:  Good morning.  My name is
 4   Rob Mitchell.  I'm an attorney with the Tennessee
 5   Attorney General's Office, and I represent the
 6   defendants in this case, Tennessee Department of
 7   Correction, Commissioner Tony Parker, and Riverbend
 8   Maximum Security Institution Warden Tony Mays.
 9             With me are Scott Sutherland, Dean
10   Atyia, and Cody Brandon.  All are Deputy or
11   Assistant Attorney Generals with the Tennessee
12   Attorney General's Office, and all of them represent
13   the two defendants in this case.
14             MR. ATYIA:  I haven't entered an
15   appearance.  I do not represent the defendants.  I'm
16   here to observe.
17             MR. MITCHELL:  I misspoke.  Mr. Atyia
18   has not entered an appearance in this matter,
19   although he is an employee of the Tennessee Attorney
20   General's Office.
21             MS. NELSON-MAJOR:  Good morning.  My
22   name is Hayden Nelson-Major.  I'm with the Federal
23   Community Defender Office for the Eastern District
24   of Pennsylvania.  I represent Plaintiff Terry King.
25   And also on the Zoom are my co-counsel Sarah Miller
```

```
 1   and Jeremy Gunn of the law firm Bass, Berry & Sims.
 2              MR. BOKOVOY:  Good morning.  My name is
 3   Dan Bokovoy.  That's spelled B, as in Bravo,
 4   O-K-O-V, as in Victor, -O-Y.  I represent the Utah
 5   Department of Corrections.  I'm with the Utah
 6   Attorney General's Office.  And my client is
 7   Mr. Steven Turley.
 8
 9                     *    *    *
10   STEVEN TURLEY 30(b)(6) UTAH DEPARTMENT OF CORRECTIONS
11   was called as a witness, and after having been duly
12   sworn, testified as follows:
13
14                     EXAMINATION
15   QUESTIONS BY MR. MITCHELL:
16   Q.     Good morning, Mr. Turley.
17   A.     Good morning.
18   Q.     My name is Rob Mitchell.  I'm an attorney
19   with the Tennessee Attorney General's Office.  A
20   couple of ground rules I would like to go over
21   before we begin your deposition.  If I ask you a
22   question and you can't hear me, will you agree to
23   ask me to repeat that question?
24   A.     I will.
25   Q.     And if I ask you a question and you don't
```

Case 3:18-cv-01234   Document 184-43   Filed 03/17/22   Page 10 of 123 PageID #: 11025

```
 1   understand what I'm asking, will you ask me to
 2   clarify that question?
 3   A.     I will.
 4   Q.     Your counsel may have told you this, but
 5   breaks are completely fine.  Any time you want to
 6   take a break just let us know.  The only rule with
 7   that is we can't take a break between me asking a
 8   question and you answering a question.  Can we agree
 9   to that?
10   A.     Well, if you ask a question and I need to
11   speak to my counsel about it, can we go on mute?
12   Q.     Yes.  Yes.  We can probably do that.  I
13   think --
14   A.     Okay.
15   Q.     I think that can be a default rule if you
16   need to speak with your counsel.
17   A.     Okay.  Yes.
18   Q.     Mr. Turley, are you under the influence of
19   anything, including medications, that could affect
20   your ability to testify truthfully and accurately
21   today?
22   A.     No, I am not.
23   Q.     Do you have any medical condition or
24   diagnosis that could affect your testimony today?
25   A.     I do not.
```

```
 1  Q.    What is the highest level of education you
 2  received, Mr. Turley?
 3  A.    High school.
 4  Q.    And have you ever given a deposition before?
 5  A.    Several.
 6  Q.    About how many?
 7  A.    Six, seven.
 8  Q.    When was the last deposition you took?
 9  A.    A couple years ago, 2019.
10  Q.    Was that in Ohio?
11  A.    That was.
12  Q.    Have you ever testified in court before?
13  A.    Yes.
14  Q.    How many times?
15  A.    Oh, I don't even know.  A few.
16  Q.    At least ten?
17  A.    No.  Less than that.
18  Q.    Did you speak to anyone to prepare for your
19  testimony today?
20  A.    I did.
21  Q.    Who did you speak to?
22  A.    Mr. Bokovoy.
23  Q.    Did you speak to anyone else to prepare for
24  your testimony today?
25  A.    No.
```

```
 1   Q.      Did Mr. Bokovoy read anything to you?
 2   A.      Yeah, he did.
 3   Q.      Did you read anything yourself to prepare for
 4   your testimony today?
 5   A.      I have.
 6   Q.      What did you read to prepare for your
 7   testimony today?
 8   A.      Policy and procedure, prior deposition
 9   documents, as well as other documents that were
10   submitted for this deposition.
11   Q.      When you say policy and procedure, is that
12   the June 10th, 2010 Utah Department of Corrections
13   policy and procedure for executions?
14   A.      I don't know the number, but it is our policy
15   and procedure for executions is what I read.
16   Q.      And do you have some documents in front of
17   you, Mr. Turley?
18   A.      I do.
19   Q.      What documents do you have in front of you?
20   A.      Prior deposition documents and some packets
21   that you received -- or some documents that you
22   received via email from prior executions, or
23   pictures of a chair, the chamber, a media packet,
24   et cetera.
25   Q.      In the prior deposition testimony that you
```

Case 3:18-cv-01234   Document 184-43   Filed 03/17/22   Page 13 of 123 PageID #: 11028

```
 1    reviewed, was that your own deposition testimony?
 2    A.      Yes, it was, as well as Mr. Pay's (phonetic.)
 3    Q.      Would that be Greg Pay?
 4    A.      That would be.
 5    Q.      Was that testimony of Mr. Pay given in an
 6    Ohio case?
 7    A.      I believe so.
 8    Q.      And was your prior testimony that you
 9    reviewed given in an Ohio case?
10    A.      It was.  The one I reviewed for this, it was.
11    Q.      Did you review any other testimony from
12    anyone to prepare for your deposition today?
13    A.      I did not.
14    Q.      Is there anything else you haven't mentioned
15    that you reviewed to prepare for your testimony
16    today?
17    A.      No.
18    Q.      Mr. Turley, are you aware that you've been
19    designated by the Utah Department of Corrections as
20    a Rule 30(b)(6) representative witness?
21    A.      I am.
22    Q.      Just one moment.  Mr. Turley, can you see
23    this document right here?
24    A.      I can.
25    Q.      And do you see where it says amended notice
```

Case 3:18-cv-01234   Document 184-43   Filed 03/17/22   Page 14 of 123 PageID #: 11029

```
 1   of deposition?

 2   A.      Uh-huh.

 3   Q.      Have you seen this document before?

 4   A.      I saw it on my email but I did not read it.

 5   Q.      And do you see where it says that Defendant

 6   Tony Parker, Commissioner of the Tennessee

 7   Department of Correction, and Tony Mays, Warden of

 8   Riverbend Maximum Security Institution, give notice

 9   to Plaintiff and his counsel of the attached

10   subpoena seeking the production of documents and

11   testimony from the Utah Department of Corrections?

12   A.      I can see that, uh-huh.

13   Q.      Is that the deposition we're here for today?

14   A.      I believe so.

15   Q.      And did you see this portion of the subpoena

16   where it says topics of examination?

17   A.      No, I did not.

18   Q.      Can you see Topic Number 1?  Are you able to

19   read that?

20   A.      Utah's protocol for performing an execution

21   by firing squad.

22   Q.      And are you prepared to discuss that topic

23   today?

24   A.      From what I know, yes.

25   Q.      And Topic Number 2, the equipment used to
```

Case 3:18-cv-01234   Document 184-43   Filed 03/17/22   Page 15 of 123 PageID #: 11030

```
 1    carry out an execution by firing squad in Utah, is
 2    that a topic you're also prepared to talk about
 3    today?
 4    A.      To the best of my knowledge, yes.
 5    Q.      And Topic Number 3, the layout of the
 6    facilities used for carrying out an execution by
 7    firing squad in Utah, is that a topic you're
 8    prepared to talk about today?
 9    A.      Yep.  Yes.
10    Q.      Topic 4, the planning and construction of the
11    facilities used to carry out execution by firing
12    squad in Utah, are you prepared to talk about that
13    topic?
14    A.      Yeah.  From what I know on that, yes.
15    Q.      And Topic Number 5, the maintenance of the
16    facilities used to carry out execution by firing
17    squad in Utah, are you also prepared to talk about
18    that topic?
19    A.      Yeah, I am.
20    Q.      Topic Number 6, the outfitting of the
21    facilities used to carry out execution by firing
22    squad in Utah, including any ballistics safety
23    equipment used, is that a topic you're prepared to
24    testify about?
25    A.      Yes.
```

Case 3:18-cv-01234   Document 184-43   Filed 03/17/22   Page 16 of 123 PageID #: 11031

```
 1   Q.     Topic 7, the sources constructed to plan and
 2   construct facilities used to carry out execution by
 3   firing squad in Utah, are you prepared to talk about
 4   Topic 7?
 5   A.     Yes, limited, but I can talk about it.
 6   Q.     Topic 8, the selection and training of
 7   personnel to perform execution by firing squad in
 8   Utah, are you prepared to talk about that topic?
 9   A.     I am.
10   Q.     And Topic 9, the cost and resources
11   associated with implementing and carrying out the
12   protocol for conducting execution by firing squad in
13   Utah, are you also prepared to talk about Topic 9?
14   A.     I am.  I know very little on that but -- but
15   I am.
16          MR. MITCHELL:  If we could make this
17   Exhibit 1, please.
18          (WHEREUPON, a document was marked as
19   Exhibit Number 1.)
20   BY MR. MITCHELL:
21   Q.     And Mr. Turley, do you understand that your
22   answers are the answers of the Utah Department of
23   Corrections?
24   A.     I do.
25   Q.     And if I say UDC, can we agree that that
```

```
 1   means the Utah Department of Corrections?
 2   A.      Sure.
 3   Q.      Do you refer to the Utah Department of
 4   Corrections as UDC?
 5   A.      I do.
 6   Q.      Mr. Turley, what is your position with UDC?
 7   A.      I am a division director over special
 8   projects currently.
 9   Q.      And how long have you been in that role?
10   A.      Since about 2013.
11   Q.      And what are your job responsibilities in
12   that role?
13   A.      Currently I oversee a construction of a new
14   prison facility.
15   Q.      And is that new prison facility open with
16   inmates yet?
17   A.      No.
18   Q.      When is the prison facility anticipated to
19   open?
20   A.      Next year in June.  2022 in June.
21   Q.      And before taking on your current role in
22   2013, what was your role with the Utah Department of
23   Corrections?
24   A.      I was a division director over administrative
25   services for a time.  I can go through my whole
```

```
 1   career if you want in 20 seconds.
 2   Q.     Why don't you do that.  That sounds good.
 3   A.     Okay.  I started in 1990.  Moved up the
 4   ranks -- sergeant, lieutenant, captain, deputy
 5   warden, warden -- from 2007 to 2010.  Division
 6   director over prison operations from 2010 to 2013.
 7          And from 2013, I was division director over
 8   prison projects, interim audit director, as well as
 9   administrative services director.  And currently for
10   the last five years, I've just specifically been
11   division director over prison projects, overseeing
12   construction of facilities.
13   Q.     When you were a warden from 2007 to 2010, was
14   that at a single prison or multiple?
15   A.     It's a campus-wide.  It had -- well, it's --
16   it's two -- it's one prison but it houses 4,000
17   inmates, both female, male, minimum, maximum,
18   medium, work camp.  It's all-in-one.
19   Q.     And what's the name of that prison?
20   A.     The Draper -- the Utah Draper Facility.
21   Draper Utah Facility.
22   Q.     And at the time you were warden, were
23   executions in Utah performed at the Draper Facility?
24   A.     They were.
25   Q.     And now in September of 2021, if there is an
```

Case 3:18-cv-01234   Document 184-43   Filed 03/17/22   Page 19 of 123 PageID #: 11034

```
 1    execution in Utah, would it be performed at the
 2    Draper Facility?
 3    A.      It would be.
 4    Q.      When you were warden, were any executions
 5    performed at the Draper Facility?
 6    A.      There was one.
 7    Q.      And what was the name of that inmate?
 8    A.      Ronnie Lee Gardner.
 9    Q.      And do you know when Ronnie Lee Gardner was
10    executed?
11    A.      I don't know the exact date.  It was June.
12    June something of 2010, I think.
13    Q.      What were your job responsibilities as warden
14    of the Draper Facility?
15    A.      I oversaw the operations of the entire
16    facility.  I don't know what else to say on that.  I
17    just -- it all falls back to the warden.
18    Q.      And was the execution of Ronnie Lee Gardner
19    performed by firing squad?
20    A.      It was.
21    Q.      In your role overseeing the new prison,
22    what's the name of that new prison?
23    A.      Utah State Correctional Facility.
24    Q.      And what sources did the UDC consult for
25    building the Utah State Correctional Facility?
```

Case 3:18-cv-01234   Document 184-43   Filed 03/17/22   Page 20 of 123 PageID #: 11035

```
 1   A.      Well, we have contractors.  We have
 2   consultants.  We have architects.  And a lot of our
 3   own staff.
 4   Q.      And will there be an execution chamber at the
 5   Utah State Correctional Facility?
 6   A.      There will be.
 7   Q.      Will that execution chamber be outfitted for
 8   firing squad executions?
 9   A.      It will be.
10   Q.      Will that execution chamber be outfitted for
11   any other type of execution?
12   A.      It will be.
13   Q.      What other types of executions will that new
14   execution chamber be outfitted for?
15   A.      Lethal injection.
16   Q.      Any other types of executions?
17   A.      No.
18   Q.      And what about the Draper Facility?  Besides
19   firing squad, is the Draper Facility outfitted for
20   any other form of execution?
21   A.      For lethal injection.
22   Q.      And besides lethal injection, any other form
23   of execution?
24   A.      No.
25   Q.      What sources did UDC consult to design the
```

Case 3:18-cv-01234  Document 184-43  Filed 03/17/22  Page 21 of 123 PageID #: 11036

```
 1   execution chamber at the Draper Facility?
 2   A.      That I don't know.
 3   Q.      How long has the execution chamber at the
 4   Draper Facility been in existence?
 5   A.      The current one?
 6   Q.      Yes.
 7   A.      I believe since 1998.
 8   Q.      And what sources did UDC consult to design
 9   the new execution chamber?
10   A.      We -- along with our architect, we felt it
11   best to mimic what we have at Draper.  And so those
12   two -- the one at Draper and the one at USCF are --
13   there's one different feature, one door, but other
14   than that it's exactly the same.
15   Q.      What is the different door?
16   A.      It's on the opposite side of where it is in
17   Draper for the -- for the government witnesses, it's
18   on the opposite side of the room is all.  That's
19   all.
20   Q.      And why UDC choose to put the door on the
21   other side?
22   A.      We didn't.  The architects did.
23   Q.      Do you know why the architect chose to put
24   the door on the other side?
25   A.      No, I do not.
```

```
 1   Q.      Besides an architect when designing the
 2   execution chamber at USCF, did UDC consult with any
 3   other sources for the design of the execution
 4   chamber?
 5   A.      No.
 6   Q.      When UDC conducts a execution by firing
 7   squad, does UDC rely on employees to participate in
 8   that execution?
 9   A.      We do.
10   Q.      Are those employees volunteers?
11   A.      Most certainly.
12   Q.      Are there employees who aren't volunteers for
13   a firing squad execution?
14   A.      No.
15   Q.      How are volunteers selected?
16   A.      We ask for a -- any staff member that would
17   be interested in taking part or having some form of
18   responsibility in an upcoming execution, please let
19   us know, and they let us know.
20   Q.      And after staff have let you know that they
21   are interested, are those staff vetted?
22   A.      Yeah.  Yeah.  Not everybody has the
23   opportunity to participate.  And so we just go
24   through the names, and we would identify those who
25   we feel would be best for the position.
```

```
 1   Q.     And what would qualify someone to be equipped
 2   for the position?
 3   A.     If they're a staff member they're qualified.
 4   Q.     Are any staff members ever rejected after
 5   they had expressed interest in participating?
 6   A.     Meaning they weren't chosen, the answer would
 7   be yes.
 8   Q.     And what are some of the reasons staff
 9   members aren't chosen?
10   A.     Oh, I -- we just didn't feel like they would
11   be a good fit.
12   Q.     Is that conclusion ever a result of a lack of
13   experience?
14   A.     No.  Huh-uh.
15   Q.     Is it more temperamental?
16   A.     I think it's just personalities, you know.
17   Maybe experience might -- go back to the last
18   question -- it might play but I don't think it does
19   play a piece in that.  We wouldn't say that person
20   is brand-new so we're not going to use him or her.
21   I don't believe that occurred.
22   Q.     When UDC is conducting an execution by firing
23   squad, is there what is called an execution team?
24   A.     Yes.
25   Q.     And are there sub-teams within that execution
```

```
 1  team?
 2  A.      You need to be more specific.  I'm not sure.
 3  The execution team would -- are you saying that's
 4  the firing squad?
 5  Q.      I'm asking if the firing squad would be a
 6  part of that or maybe all of that?
 7  A.      The firing squad are not members of UDC.
 8  They can be.  When I participated in they were not.
 9  There's other teams.  There's tie-down teams.
10  There's observation teams.  There is perimeter
11  security teams that make it all happen.
12  Q.      And just to make sure I heard you correctly,
13  the firing squad team members aren't necessarily
14  members of UDC?
15  A.      That is correct.
16  Q.      But they could be members of UDC?
17  A.      Yeah.  I don't think that's ever happened,
18  but they could be.
19  Q.      You mentioned the tie-down team.  What's the
20  tie-down team?
21  A.      They're the ones that escort the inmate, the
22  condemned, from a cell to the chair, and then they
23  would tie down, strap the inmate in for a better
24  term.
25  Q.      How many people are on the tie-down team?
```

```
 1   A.      I think five.
 2   Q.      And are there any backup members of the
 3   tie-down team?
 4   A.      Yeah.  There would be in case something
 5   happened.
 6   Q.      How many?
 7   A.      I think there was two.  I think two.
 8   Q.      So seven members total?
 9   A.      I think so.
10   Q.      And how is the condemned tied down to the
11   execution chair for a firing squad execution?
12           MR. BOKOVOY:  Dan Bokovoy.  I'm going to
13   object to getting into this information.  This is
14   protected information.  It's a security concern for
15   us.  And we don't want to get into specifics in how
16   the inmate is tied down.  So with this question, I
17   would instruct my client not to answer the question.
18           MR. MITCHELL:  Understood.  Thank you,
19   Mr. Bokovoy.
20   BY MR. MITCHELL:
21   Q.      You mentioned an observation team; is that
22   right, Mr. Turley?
23   A.      That's correct.
24   Q.      What's the observation team?
25   A.      We have an officer assigned to observe the
```

Case 3:18-cv-01234   Document 184-43   Filed 03/17/22   Page 26 of 123 PageID #: 11041

```
 1   condemned at all times while he's in the execution
 2   cell.
 3   Q.     And prior to a firing squad execution, how
 4   long is the condemned in a cell?
 5            MR. BOKOVOY:  Could you repeat that
 6   question?
 7            MR. MITCHELL:  Sure.  Sure.  That may
 8   have been a bad question.
 9   BY MR. MITCHELL:
10   Q.     Prior to being executed by firing squad, how
11   long is the condemned in the execution chamber cell?
12   A.     We --
13            MR. BOKOVOY:  I object to that question.
14   This is protected information.  It's a security
15   concern for us.  And I would instruct my client not
16   to answer that question.
17            MR. MITCHELL:   Absolutely.
18   BY MR. MITCHELL:
19   Q.     How many members are on the observation team?
20   A.     They rotate every 15 minutes, and so I'm
21   thinking there's four.
22   Q.     And are there any backup members to the
23   observation team?
24   A.     Not that I recall.
25   Q.     Is there also a clean-up team?
```

Case 3:18-cv-01234   Document 184-43   Filed 03/17/22   Page 27 of 123 PageID #: 11042

```
 1   A.      There is.
 2   Q.      What's the clean-up team?
 3   A.      Post execution they go in and clean up the
 4   execution chamber.
 5   Q.      And what does cleaning up the execution
 6   chamber consist of?
 7   A.      If there was any bodily fluids, they clean it
 8   up with a -- with a Clorox Bleach, a mixture of
 9   water.  They just make sure that it's clean as it
10   was before the execution.
11   Q.      And bodily fluids, would that include blood?
12   A.      That would be yes.
13   Q.      After Mr. Gardner's execution, was there
14   blood in the execution chamber?
15   A.      There was.
16   Q.      Where was that blood located?
17   A.      On the floor to his left and also on the wall
18   to his left.
19   Q.      And did the clean-up team then go in and
20   clean that blood up?
21   A.      That is correct.
22   Q.      Was there any blood on the chair after
23   Mr. Gardner's execution?
24   A.      I don't specifically remember that, actually.
25   Q.      And how many members are on the clean-up
```

```
 1   team?
 2   A.     I don't know.
 3   Q.     At least three?
 4   A.     Yes.  Yeah.
 5   Q.     Are there also witness escorts at an
 6   execution by firing squad at UDC?
 7   A.     Do you mean staff member that escorts
 8   witnesses?
 9   Q.     Yes.
10   A.     Yes, that would be correct.
11   Q.     And how many staff members perform that role?
12   A.     Eight.
13   Q.     And are there any backup staff members to
14   that role of witness escort?
15   A.     I don't recall that.  Yeah, I don't
16   specifically recall if there was backups.
17   Q.     And just yes or no.  Is there also a
18   perimeter of security team?
19   A.     Yes.
20   Q.     And how many members are part of that
21   perimeter of security team?
22          MR. BOKOVOY:  I would object to this
23   question.  That would be protected information as a
24   security concern.  And I would instruct my client
25   not to answer that question.
```

Case 3:18-cv-01234   Document 184-43   Filed 03/17/22   Page 29 of 123 PageID #: 11044

```
 1   BY MR. MITCHELL:
 2   Q.     And Mr. Turley, you mentioned that the
 3   members of the firing squad aren't necessarily
 4   members of the execution team.  Did I understand
 5   that right?
 6   A.     That is correct.
 7   Q.     Is there another term for the members of the
 8   firing squad or are they just referred to as members
 9   of the firing squad?
10   A.     I think we refer to them as executioners.
11   Q.     And for an execution by firing squad, how
12   many executioners are there?
13   A.     Five.
14   Q.     And are there any backup members for that?
15   A.     Two.
16   Q.     And then is there also a team leader?
17   A.     There would be.
18   Q.     And so would that be eight members of the
19   executioners' team?
20   A.     No.  Seven.  Five and two.
21   Q.     And then the team leader is one of those
22   five?
23   A.     That is correct.
24   Q.     Do you also refer to the executioners as
25   riflemen?
```

Case 3:18-cv-01234   Document 184-43   Filed 03/17/22   Page 30 of 123 PageID #: 11045

```
 1   A.      I never have.

 2   Q.      How many executioners pull a trigger at a UDC

 3   execution by firing squad?

 4   A.      Five.

 5   Q.      Do each of those five executioners have live

 6   rounds in their firearm?

 7   A.      No.

 8   Q.      How many executioners have live rounds in

 9   their firearm?

10   A.      Four.

11   Q.      And what does the other executioner have in

12   their firearm, if anything?

13   A.      A blank round.

14   Q.      And what firearm do the executioners shoot?

15   A.      A 30-caliber.

16   Q.      A 30-caliber rifle?

17   A.      Uh-huh.

18   Q.      To be an executioner for a UDC firing squad

19   execution, are there any required credentials?

20   A.      Yes.  You have to be P.O.S.T. certified.

21   P.O.S.T. means Police Officers Standard and

22   Training.  And they have to be P.O.S.T. certified.

23   Q.      And besides being P.O.S.T. certified, are

24   there any other credentials that an executioner for

25   a UDC firing squad execution must have?
```

```
 1    A.     No.  I mean, if you're getting to how they're
 2    chosen?
 3    Q.     Yes.
 4    A.     It's usually from the county --
 5              MR. BOKOVOY:  I'm going to object to
 6    Mr. Turley's response at this point.  That is
 7    protected information.  I instruct my client not to
 8    discuss where we choose executioners.
 9              MR. MITCHELL:  And I am happy to move to
10    strike that response.
11              MR. BOKOVOY:  Thank you.
12    BY MR. MITCHELL:
13    Q.     Is there other experience that UDC looks for
14    when selecting executioners for a firing squad
15    execution?
16    A.     For the UDC, the -- you guys call them
17    commissioner.  We have an executive director, the
18    same position.  He or she alone chooses those.  I --
19    I do not know -- I saw them.  I don't know their
20    names.  I wasn't involved in what criteria was used.
21    I'm sure policy was followed.  But he alone at the
22    time chose the firing squad.
23    Q.     And does UDC practice an execution by firing
24    squad prior to a firing squad execution?
25    A.     To my understanding, yes.
```

```
1    Q.     Are those practices also referred to as
2    rehearsals?
3    A.     Yes, they would be.
4    Q.     When an execution is pending, how often are
5    practices performed prior to a firing squad
6    execution?
7    A.     I do not know the exact answer to that.  I
8    can tell you I know that practices, rehearsals were
9    performed.  How many, I do not know.  But I do know
10   that it did occur.
11   Q.     Do you know if it was more frequently than
12   once a month?
13   A.     I do not know that.
14   Q.     Is there currently an execution by firing
15   squad scheduled in Utah?
16   A.     No.
17   Q.     Are there still practices for execution by
18   firing squad by UDC despite the fact there is not a
19   pending execution by firing squad?
20   A.     No.
21   Q.     So there is no periodic practice until a
22   firing squad execution is scheduled?
23   A.     That is correct.
24   Q.     Have any suggestions to the firing squad
25   execution procedure been made in your presence?
```

Case 3:18-cv-01234   Document 184-43   Filed 03/17/22   Page 33 of 123 PageID #: 11048

```
1   A.     Suggestion for what?
2   Q.     Suggestions to modify the firing squad
3   execution procedure?
4   A.     No, it has not.  Not in my presence, it has
5   not.
6   Q.     Have any concerns about the firing squad
7   execution procedure been made in your presence?
8   A.     No.
9   Q.     On the date of an execution, what time --
10  excuse me.
11         On the date of an execution by firing squad,
12  what time does that execution take place?
13              MR. BOKOVOY:  I would object to that
14  question.  That would be protected information.  And
15  I would instruct my client not to answer that
16  question.
17  BY MR. MITCHELL:
18  Q.     When there is a UDC execution by firing
19  squad, is the condemned transported into the
20  execution chamber?
21  A.     Would you repeat that question again, please?
22  Q.     When there is a UDC execution by firing
23  squad, is the condemned at some point brought into
24  the execution chamber?
25  A.     Yes.
```

Case 3:18-cv-01234  Document 184-43  Filed 03/17/22  Page 34 of 123 PageID #: 11049

```
 1   Q.      And what happens when the condemned is
 2   brought into the execution chamber?
 3   A.      He's placed in the chair and strapped in.
 4   Q.      And after the condemned is strapped in, what
 5   happens next?
 6   A.      The warden would open curtains in the
 7   execution chamber, along with the division director.
 8   And then the warden would go ask the condemned if
 9   there was any last words.
10   Q.      And when you were warden for the Gardner
11   execution, did you open the curtains and announce
12   the condemned for last words?
13   A.      I did.
14   Q.      Does the doctor ever enter the execution
15   chamber after the condemned is seated in the chair?
16   A.      Yes.
17   Q.      And does the doctor do anything once the
18   doctor enters the execution chamber?
19   A.      Yeah.  The doctor places a target on the
20   condemned's body.
21   Q.      Where does the doctor place the target?
22   A.      Over the heart.
23   Q.      And what are the dimensions of this target?
24   A.      I don't know.  It's a guess.  I can guess,
25   but I don't know.
```

Case 3:18-cv-01234   Document 184-43   Filed 03/17/22   Page 35 of 123 PageID #: 11050

```
1   Q.      What would your guess be?

2   A.      Eight by ten.  A sheet of cotton paper, a

3   sheet of paper.  Maybe ten by 12.  I don't know

4   what a regular sheet of paper is.

5   Q.      And it's placed over the condemned's heart?

6   A.      It is.

7   Q.      Why is the target placed over the condemned's

8   heart?

9   A.      That would be a medical answer.  I can assume

10  that, but I don't know.

11  Q.      What are the executioners, the shooters,

12  trying to hit when they fire?

13  A.      The center of the target.

14  Q.      And would that be the heart?

15  A.      It would be placed over the heart, correct.

16  Q.      And is the target taped to the condemned?

17  A.      It was pinned.

18  Q.      In one spot or in multiple spots?

19  A.      I think two.  Top and bottom.

20  Q.      Is there a risk that a shooter might miss the

21  target?

22  A.      I guess but the risk is so minimal.  You're

23  only talking 20 feet.

24  Q.      So the shooters are 20 feet from the target?

25  A.      Yeah, about.  About, yeah.
```

Case 3:18-cv-01234   Document 184-43   Filed 03/17/22   Page 36 of 123 PageID #: 11051

```
 1   Q.      And does UDC take steps to address that risk?
 2   A.      Yes, we do.
 3   Q.      What steps does UDC take to address the steps
 4   that a shooter might miss the target?
 5   A.      Are you talking about a ricochet, or what are
 6   you talking -- what are you getting at?  I can --
 7   Q.      Ricochet is one possibility.  I don't know if
 8   there's any other risks that UDC addresses?
 9   A.      Okay.  Thank you.  I just didn't want to go
10   down a path that you didn't want to go down.  But
11   there's -- behind the chair, there's some
12   two-by-fours that are placed behind the chair to
13   absorb a slug of a bullet that's probably three or
14   four deep long-wise, long-ways up and down and then
15   sideways, and then long-ways again.
16           Behind the two-by-fours there's a
17   four-by-eight sheet of Kevlar, which is about
18   two inches thick.  And behind that there is the CMU
19   wall that's totally grouted.  On the side of the
20   chair there are wings of sheet plate metal that come
21   out.  And along those wings there are sand bags that
22   are placed from floor to top of the wing itself to
23   absorb any -- the wings are also on an angle.
24           And if there was ever a chance of a ricochet,
25   it's my belief that the safety precautions that are
```

Case 3:18-cv-01234   Document 184-43   Filed 03/17/22   Page 37 of 123 PageID #: 11052

```
 1   in place would catch or stop that ricochet from --
 2   from going elsewhere.
 3   Q.      Are there any other safety precautions that
 4   UDC has in place to address the risk of a ricochet?
 5   A.      Yes.  We have bulletproof glass.  There's
 6   four witness rooms within the execution chamber
 7   itself.  And each of them are equipped with
 8   bulletproof glass.
 9   Q.      And is there a certain grade that that
10   bulletproof glass has?
11   A.      The one at Draper for a 50-caliber bullet.
12   So it would stop a 50-caliber or below bullet from
13   penetrating, going through the glass.
14   Q.      And does that grade come from the
15   manufacturer of the glass?
16   A.      It would.
17   Q.      Is the same grade of bulletproof glass going
18   to be used at the USCF Facility?
19   A.      I can assume, but I don't know that for sure.
20   I do know the architects know what kind of weapons
21   are used and they planned accordingly.
22   Q.      Do you know if a executioner has ever shot a
23   condemned's bones at a UDC execution?
24   A.      A condemned what?
25   Q.      One of the bones of the condemned?
```

Case 3:18-cv-01234   Document 184-43   Filed 03/17/22   Page 38 of 123 PageID #: 11053

```
 1   A.      One of the bones?

 2   Q.      Yes.

 3   A.      I don't know that.  No.

 4   Q.      Is that something UDC wants to avoid?

 5   A.      I don't know if I understand your question.

 6   If a bullet enters a body it hits a bone.  So I

 7   don't know what -- what question -- I don't know --

 8   I don't understand your question.

 9   Q.      Do you know if a bullet has ever entered one

10   of UDC's condemned and hit a rib?

11   A.      I don't know that.

12   Q.      Is hitting a rib something UDC would want to

13   take measures to avoid?

14   A.      Never been discussed.  Doesn't the rib cage

15   protect the heart?  I don't know.  You're getting

16   into medical terms that I don't know.  It could have

17   hit a rib.  I don't know.

18   Q.      When the condemned is seated in the execution

19   chair, is anything placed on the condemned's head?

20   A.      Yes.  A hood is placed on his head.

21   Q.      Is that before or after the condemned utters

22   last words?

23   A.      After.

24   Q.      And at this point is the condemned strapped

25   down to the chair?
```

```
 1   A.      He is.

 2   Q.      And is the condemned strapped down in the

 3   chair in multiple locations?

 4              MR. BOKOVOY:  I'll object to that

 5   question.  That would be protected information.  And

 6   I would instruct my client not to answer that

 7   question.

 8   BY MR. MITCHELL:

 9   Q.      After the condemned gives last words, what

10   happens next?

11   A.      A hood is placed on his head.

12   Q.      And then after the hood is placed on the

13   condemned's head, what happens next?

14   A.      The warden would go into the executioner's

15   area and tell the executive director the execution

16   may commence.

17   Q.      And when you were warden for the Gardner

18   execution, did you go into the executioner's area?

19   A.      I did.

20   Q.      And so how many individuals were present with

21   you in the executioner's area?

22   A.      Including me -- oh, boy.  This -- I may be

23   wrong.  I'm thinking eight.

24   Q.      Would that be the seven members of the

25   execution team, the firing squad, plus yourself?
```

Case 3:18-cv-01234   Document 184-43   Filed 03/17/22   Page 40 of 123 PageID #: 11055

```
 1    A.    No.  That would be five members of the
 2    execution squad, a executive director, the DPO
 3    division director, and the warden.
 4    Q.    And when the signal is given for the
 5    execution to commence, what happens?
 6    A.    The executive director performs a cadence.
 7    And at a predetermined time during that cadence the
 8    executioners will fire their weapons.
 9    Q.    All five of them?
10    A.    Correct.  All five -- all five weapons would
11    have their trigger pulled.
12    Q.    And after the trigger is pulled, is there a
13    waiting period?
14    A.    I believe three minutes.  Around three
15    minutes.  I think that's up to three minutes, I
16    should say.
17    Q.    And at the conclusion of that waiting time
18    which is up to three minutes, what happens?
19    A.    The warden reenters the execution chamber and
20    escorts the doctor to the condemned's body.  And the
21    doctor would deem him alive or deceased.
22    Q.    And in the Ronnie Lee Gardner execution, do
23    you recall how long you waited before entering the
24    execution chamber after shots had been fired?
25    A.    I do not remember that.
```

```
1    Q.      How does the doctor check the condemned to
2    see if the condemned is deceased?
3    A.      If I remember correctly, he checked the
4    condemned's pulse and declared him to be deceased.
5    Q.      And that's Mr. Gardner you're speaking of?
6    A.      Yes.
7    Q.      Does UDC have a protocol in place in the
8    event the condemned is not deceased?
9    A.      Yes.  We would wait ten minutes.  And the
10   doctor would then again -- I'm going by policy.
11   This has never happened.  The doctor would once
12   again check to see if the condemned is deceased or
13   alive.  If he is alive, we would go back and we
14   would perform a second volley.
15   Q.      And if the condemned is deceased after the
16   first volley, what happens?
17   A.      He is declared deceased.  The curtains are
18   pulled.  And then all kind of things go into effect.
19   The witnesses are escorted out.  The tie-down team
20   enters the execution chamber, prepares the body for
21   the medical examiner to retrieve the body.  And then
22   the clean-up team would enter the chamber to clean
23   up the aftermath of the execution.
24   Q.      Going back to the Draper execution chamber,
25   do you know what the dimensions of that room are?
```

```
 1   A.     I'm thinking 20 by 24.  I may be off a little
 2   bit.  But it's about 20 by 24.  That is the
 3   execution chamber itself.
 4   Q.     And that's feet, correct?
 5   A.     Yes.
 6   Q.     How tall are the walls in the execution
 7   chamber itself?
 8   A.     I'm going to say 10 feet.  12 feet.
 9   Q.     Do you know how thick those walls are in the
10   execution chamber itself?
11   A.     Just CMU walls.  Cinderblock walls.
12   Q.     Just one level of cinderblocks or multiple?
13              MR. BOKOVOY:  I would object to that
14   question.  That would be protected information.  And
15   I would instruct my client not to answer the
16   question.
17   BY MR. MITCHELL:
18   Q.     I think you mentioned earlier, Mr. Turley,
19   that there is Kevlar on at least one of the walls;
20   is that correct?
21   A.     That is correct.
22   Q.     Is the Kevlar only on one wall?
23   A.     That is correct.
24   Q.     And which wall is the Kevlar on?
25   A.     Directly behind the chair.
```

Case 3:18-cv-01234   Document 184-43   Filed 03/17/22   Page 43 of 123 PageID #: 11058

```
 1   Q.    And did you say the Kevlar is
 2   four-by-eight feet behind the chair?
 3   A.    Yes.  Correct.
 4   Q.    Is it four feet high and eight feet wide?
 5   A.    Correct.
 6   Q.    And so behind the chair is the two-by-fours?
 7   A.    Correct.
 8   Q.    And there's how many rows of two-by-fours?
 9   A.    Three or four.  I'm thinking four.
10   Q.    And did you say they are crosshatched?
11   A.    Well, they were -- the edge side first.
12   Then -- the four-inch side first, then the two-inch
13   side, then the four-inch side again at the back.
14   Q.    And then after the two-by-fours, does the
15   Kevlar come next?
16   A.    That is correct.
17   Q.    And after the Kevlar, is it the wall?
18   A.    Yeah, the cinderblock wall.
19   Q.    Is there Kevlar anywhere else in the
20   execution chamber?
21   A.    No.
22   Q.    And the 30-caliber rifles are fired through a
23   wall; is that correct?
24   A.    Not through a wall.  There's a hole in the
25   wall.  Yes.
```

Case 3:18-cv-01234   Document 184-43   Filed 03/17/22   Page 44 of 123 PageID #: 11059

```
 1    Q.      Would you call those holes portals?

 2    A.      Portals would be a good term.

 3    Q.      How many portals are there?

 4    A.      Two.

 5    Q.      And so there's five guns; is that right?

 6    A.      Correct.

 7    Q.      How many firearms are allotted to each

 8    portal?

 9    A.      Three and two.

10    Q.      And those portals are how far from the

11    execution chair?

12    A.      Twenty feet.

13    Q.      And they're on the opposite wall; is that

14    right?

15    A.      Correct.

16    Q.      And did you say there are four windows in the

17    execution chamber?

18    A.      Well, there's -- for the witnesses and then

19    if there's -- there's another window for lethal

20    injection where the doctor would sit, but I don't

21    know anything about the lethal injection execution.

22    So there's five windows.

23    Q.      And those are all the bulletproof windows we

24    spoke about a moment ago?

25    A.      That is correct.
```

1   Q.      Do you know if those are multilayer
2   polyurethane windows?
3   A.      Polycarbonate, polyurethane, laminate,
4   whichever -- whatever they use to make bulletproof
5   glass.  I'm sure it's pretty thick.
6   Q.      Do you know how thick those windows are?
7   A.      I'm thinking a quarter-inch.  I may not be
8   correct, but that's what I'm thinking.
9   Q.      Are there sound speakers in the execution
10  chamber?
11  A.      Yeah, there is.
12  Q.      How many speakers are in the execution
13  chamber?
14  A.      I do not know that.  I don't know that.
15  Q.      Can witnesses hear what happens in the
16  execution chamber without a speaker?
17  A.      I don't know.  I have never tried it, but I
18  would believe not.
19  Q.      The portal we spoke about a moment ago, what
20  are the dimensions of those portals?
21  A.      They might be five feet by six inches.
22  Q.      Would that be five feet long?
23  A.      Yes.
24  Q.      And six inches high?
25  A.      Yes.

```
 1   Q.      And are those just empty spaces in the wall
 2   for rifles to come through?
 3   A.      Correct.
 4   Q.      What is the execution chair made of?
 5   A.      Tubular steel.
 6   Q.      And are you able to see a photo of the
 7   execution chair?
 8   A.      Yes.
 9   Q.      Is that a true and accurate photograph of the
10   execution chair?
11   A.      Yes.
12   Q.      And on both sides of the execution chairs are
13   those the sandbags?
14   A.      Yes.
15   Q.      And are those the two-by-fours behind the
16   execution chair?
17   A.      Yes.
18   Q.      And the execution chair you said was made of
19   tubular steel?
20   A.      Correct.
21   Q.      And then are those also straps that are on
22   the execution chair?
23   A.      Yes, nylon straps.
24   Q.      And is there a riser that the execution chair
25   is on?
```

```
 1   A.      Yes, it is.
 2   Q.      Is the execution chair bolted into that
 3   riser?
 4   A.      Yes.
 5   Q.      And what is that riser made out of?
 6   A.      Steel.
 7               MR. MITCHELL:  If we can make this
 8   Exhibit 2, please.
 9               (WHEREUPON, a document was marked as
10   Exhibit Number 2.)
11   BY MR. MITCHELL:
12   Q.      Does the chair have a metal tray for the
13   condemned's blood to flow into?
14   A.      Not the chair but the platform that the chair
15   sits on does.
16   Q.      And did UDC design the chair?
17   A.      I'm guessing that would be the case.
18   Q.      Was the chair already there when you became
19   warden?
20   A.      It was.
21   Q.      Will that same chair we just looked at be
22   used at the USCF Facility?
23   A.      That's the plan.
24   Q.      And was the metal tray purposefully designed
25   to hide the condemned's blood?
```

```
 1    A.      I believe so if it -- if it sloped.   And if

 2    there's blood that enters that it would slope down

 3    into a container.

 4    Q.      And why was the chair designed by UDC to hide

 5    the condemned's blood?

 6    A.      To execute a court order in the most humane

 7    possible way.   And so not --

 8    Q.      I'm sorry.

 9    A.      No.   That's good.   Go ahead.

10    Q.      And does the blood drain out of the chair?

11    A.      I'm not sure.

12    Q.      Does the blood drain out of the tray into the

13    riser?

14    A.      It -- it drains off of the sloped tray into a

15    container at the bottom of that platform.

16    Q.      And is the draining of the blood designed to

17    not be visible by the witnesses?

18    A.      It's designed to show the least amount

19    possible.   I guess if you really looked hard, you

20    might see it, but you would have to look pretty

21    hard.

22    Q.      Do you know if the chair also has black

23    fabric to hide blood flow from the chair into the

24    pan?

25    A.      It does have black fabric.   It has dark
```

Case 3:18-cv-01234   Document 184-43   Filed 03/17/22   Page 49 of 123 PageID #: 11064

```
 1   fabric.  Not the chair itself but the straps.
 2   Q.     And are you able to see this document that
 3   I'm showing you, Mr. Turley?
 4   A.     I am.
 5   Q.     Have you ever seen this document before?
 6   A.     I have.  It's incorrect.
 7   Q.     Which portions of this document are
 8   incorrect?  And we can go paragraph by paragraph if
 9   that's easiest.
10   A.     It just -- it says it's a oak chair.  It's
11   not oak.  It's steel.  It says that the straps are
12   leather.  They're not leather.  They're nylon.  It
13   says that there's sandbags behind the chair.  We did
14   not use sandbags behind the chair.  And it also says
15   that there's a sheet metal behind the chair and
16   that's incorrect.  That's Kevlar.  Other than that,
17   I feel that document would be correct.
18   Q.     Including the sentence that the lower back
19   portion of the chair has black fabric attached to
20   hide blood flow from the chair into the pan?
21   A.     Oh, no, that's not correct.  I don't -- I
22   don't believe I saw that type of fabric attached to
23   the chair.
24   Q.     Did you see that type of fabric anywhere near
25   the chair?
```

```
 1   A.     No.

 2   Q.     And do you know who wrote this document,

 3   without giving me a name?

 4   A.     I have no idea.  I don't even know where that

 5   came from.  No idea.

 6   Q.     But you've seen it before; is that correct?

 7   A.     That's correct.

 8          MR. MITCHELL:  If we could have that

 9   marked as Exhibit 3, please.

10          (WHEREUPON, a document was marked as

11   Exhibit Number 3.)

12   BY MR. MITCHELL:

13   Q.     Is there a pan that's welded into the riser?

14   A.     Below the riser to catch the bodily fluids.

15   Q.     What are the dimensions of that pan?

16   A.     Oh, I don't know.

17   Q.     What is the pan made of?

18   A.     Steel.

19   Q.     And when you say to catch the bodily fluids,

20   does that include blood?

21   A.     That would.

22   Q.     Do you know roughly how many sandbags are

23   used for an execution by firing squad?

24   A.     I don't.  I could count them, if you want to

25   put that picture back up.  I don't know that.
```

```
 1   Q.     And why are sandbags used?
 2   A.     To -- to help alleviate the possibility of a
 3   ricochet.
 4   Q.     And looking at Exhibit 2 again, about how
 5   high are those sandbags?
 6   A.     I'm going to say, I don't know, five to
 7   six feet.
 8   Q.     And are there sandbags also in the execution
 9   chamber that aren't included in this photograph?
10   A.     No, not that I remember.  There may be one
11   behind the bottom of the wing, but I don't remember
12   exactly.
13   Q.     How thick is the sheet of Kevlar?
14   A.     How safe?
15   Q.     Thick.  I'm sorry.
16   A.     Oh.  I think it's two inches.  It may be an
17   inch-and-a-half, but I think it's two inches.  An
18   inch, two inches.
19   Q.     And all of these different features of the
20   execution chamber were in place for the Gardner
21   execution; is that right?
22   A.     That is correct.
23   Q.     Do you know the dimensions of the room where
24   the executioners are present?
25   A.     No.  It's probably six feet wide by 20,
```

```
 1   30 feet long.
 2   Q.     Is there a risk that a bullet could ricochet
 3   through a portal and hit an executioner?
 4   A.     I guess that could happen.  It would be
 5   extremely unlikely.
 6   Q.     And what steps has UDC taken so that that is
 7   extremely unlikely?
 8   A.     All the things we discussed.
 9   Q.     Any other steps?
10   A.     No.  Other than the executioners wear goggles
11   and headgear.
12   Q.     And, similarly, could a bullet ricochet and
13   hit an observation window?
14   A.     About the same a chance as that.  But there
15   is bulletproof glass there.  Once again, there's an
16   extra layer of protection.
17   Q.     And did UDC take any other measures than what
18   we've discussed to prevent that from happening, the
19   ricochet hitting an observation window?
20   A.     No.  Just all that we discussed.
21   Q.     And is there a possibility a bullet could
22   ricochet off of the steel chair?
23   A.     I guess there's a possibility.
24   Q.     To your knowledge has that ever happened?
25   A.     No.
```

Case 3:18-cv-01234   Document 184-43   Filed 03/17/22   Page 53 of 123 PageID #: 11068

```
 1   Q.     When Ronnie Lee Gardner was executed, was
 2   there blood on Mr. Gardner's jumpsuit?
 3   A.     There was.
 4   Q.     Where was that blood?
 5   A.     On his chest area, that I remember.
 6   Q.     Do you remember blood anywhere else on
 7   Mr. Gardner's jumpsuit?
 8   A.     No.  I didn't look at him that closely.
 9   Q.     About how much blood was on Mr. Gardner's
10   jumpsuit?
11   A.     I just saw a wet spot on his jumpsuit.  I
12   don't recall how big.
13   Q.     Did that wet spot come through the paper
14   target?
15   A.     No, not that I remember.
16   Q.     And what color was Mr. Gardner's jumpsuit?
17   A.     Dark blue.
18   Q.     And as warden, were you authorized to select
19   the color of Mr. Gardner's jumpsuit?
20   A.     I was.
21   Q.     And did you, in fact, select dark blue as the
22   color for that jumpsuit?
23   A.     I did.
24   Q.     When UDC performs an execution by firing
25   squad, is there a possibility that a weapon could
```

```
 1  malfunction?

 2  A.      Sure.

 3  Q.      And has UDC taken steps to address that

 4  possibility of malfunction?

 5  A.      As stated previously, I know rehearsals were

 6  performed.  If you're asking me -- well, I -- I

 7  don't really know that answer.  But I know they've

 8  ensured by our armorer and others that those weapons

 9  were in good working on.

10  Q.      Is the armorer a full time position?

11  A.      For the department, correct.

12  Q.      And is there more than one individual who

13  serves as armorer?

14  A.      No.

15  Q.      When you were warden of the Draper Facility,

16  did you consider doing the Gardner execution outside

17  instead of inside?

18  A.      No.

19  Q.      Why did you not consider that?

20  A.      There's already a room that was built to --

21  for executions specifically.

22  Q.      Any other reasons you did not consider doing

23  the Gardner execution outside?

24  A.      No.  That wasn't even discussed when I was

25  the warden.
```

```
 1   Q.     Is there a risk that one or more of the
 2   shooters does not hit the target?
 3   A.     I guess there's a risk.  But I can't imagine
 4   it.
 5   Q.     And what steps are taken to address that risk
 6   by UDC?
 7   A.     Those rehearsals we discussed earlier.
 8   Q.     Are any other measures taken to address that
 9   risk?
10   A.     Not that I'm aware of.
11   Q.     Are you able to see my screen, Mr. Turley?
12   A.     I am.
13   Q.     Have you seen this document before?
14   A.     I have.
15   Q.     What is this document?
16   A.     This is the warden prior to myself going over
17   what possibly an execution could cost back in 2003.
18   Q.     June of 2003?  Is that when it's documented?
19   A.     No.  September.
20   Q.     Yes.  Oh, I see that.  Was this an execution
21   by firing squad or lethal injection or both?
22   A.     I think it was exec- -- I think it was firing
23   squad.
24   Q.     Okay.  And, in fact, do you see, kind of in
25   the middle of the page, where it says possible
```

```
 1  firing squad execution?

 2  A.     Yes.

 3  Q.     And do you see where there's an executioner's

 4  fee that's confidential?

 5  A.     Yes, I do.

 6  Q.     And where the estimate is that supplies would

 7  cost $3,000?

 8  A.     Uh-huh.

 9  Q.     And how many man hours were estimated to be

10  necessary for this firing squad execution in 2003?

11  A.     It looks like 1,180.

12  Q.     1,180?

13  A.     Uh-huh.

14  Q.     And do you see the statement that this is a

15  significant decrease from executions carried out a

16  decade or more ago?

17  A.     I do.

18  Q.     Do you have any idea how many man hours were

19  required for executions by firing squad carried out

20  in the '90s or '80s by UDC?

21  A.     I have no idea.

22  Q.     And do you see where the estimate of $21,200

23  can be made for the man hour costs?

24  A.     Uh-huh.  Yes.

25  Q.     And then there's a ballpark of 24,000 to
```

Case 3:18-cv-01234   Document 184-43   Filed 03/17/22   Page 57 of 123 PageID #: 11072

```
 1   26,000?

 2   A.      Uh-huh.

 3   Q.      And do you see where the average estimated

 4   cost is between 27 and a half thousand and 29 and a

 5   half thousand, plus the executioner's cost?

 6   A.      Yep.

 7   Q.      Do you know how many man hours it took to

 8   conduct Mr. Gardner's execution when you were

 9   warden?

10   A.      I don't recall.  I'm sure I saw that figure,

11   but I don't recall.

12   Q.      Do you estimate that it was more or less than

13   the 1,180 mentioned here?

14   A.      I would suspect it's -- would be in the same

15   ballpark.

16   Q.      And do you know whether executions by firing

17   squad in Utah still require the same amount of man

18   hours?

19   A.      They would.

20   Q.      Are some of those employees paid

21   time-and-a-half?

22   A.      Most would be, if not all.

23                MR. MITCHELL:  And if we can have that

24   marked as -- I think we're on Number 4.

25                (WHEREUPON, a document was marked as
```

```
 1    Exhibit Number 4.)

 2    BY MR. MITCHELL:

 3    Q.      How much would it cost UDC to perform an

 4    execution by firing squad today?

 5    A.      Well, the hourly rate would be more so that

 6    final tally of the cost would be -- would be more.

 7    But that would be, you know, whatever other

 8    equipment needs to be purchased I'm sure the cost

 9    would be higher.  But the same teams and other

10    things like that I'm guessing would be the same.

11                 MR. MITCHELL:  Can we go off record real

12    quick.

13                 (Short break.)

14    BY MR. MITCHELL:

15    Q.      Mr. Turley, we just took a break.  Did you

16    speak with anyone during that break?

17    A.      No.

18    Q.      Did you read anything during that break?

19    A.      No.

20    Q.      And Mr. Turley, are you able to see my

21    screen?

22    A.      Yes.

23    Q.      Do you know what this document is?

24    A.      That's the execution redacted policy for the

25    UDC.
```

```
 1    Q.     And do you see the date at the bottom of when
 2    it was revised?
 3    A.     I do.
 4    Q.     And do you see where it says June 10th, 2021?
 5    A.     Uh-huh.
 6    Q.     Is this the current execution policy for UDC?
 7    A.     It is.
 8    Q.     And it is the execution policy for executions
 9    both by firing squad and lethal injection; is that
10    right?
11    A.     Correct.
12    Q.     Okay.  And do you know if this manual was in
13    effect when Mr. Gardner was executed in 2010?
14    A.     It was.
15    Q.     Why was the manual revised in June of 2010?
16    A.     I assume for the upcoming execution.
17    Q.     And do you know what revisions were made for
18    the upcoming execution?
19    A.     I do not.
20    Q.     Do you know what sources UDC consulted to
21    revise this manual in June of 2010?
22    A.     I do not.
23    Q.     And do you know what sources UDC consulted to
24    create this manual?
25    A.     I do not.
```

1    Q.    And do you know when the first version of
2    this manual was created?
3    A.    I do not.
4              MR. MITCHELL:  If we can have this
5    marked as Exhibit 5.
6              (WHEREUPON, a document was marked as
7    Exhibit Number 5.)
8    BY MR. MITCHELL:
9    Q.    Do you see here that I'm on page 16?
10   A.    Yes.
11   Q.    And do you see on H1a where it says:  The
12   executive director/designee, DIO director, or warden
13   shall be responsible for identifying, selecting, and
14   obtaining the services of the executioners?
15   A.    I do.
16   Q.    How does UDC select executioners?
17   A.    I do not know that.  The executive director
18   did it all.
19   Q.    And do you know if it is the executive
20   director who determines whether someone is an
21   executioner or a back-up executioner?
22   A.    In this case it was him totally.
23   Q.    I'm sorry, can you say that one more time?
24   A.    In the Rodney Lee Gardner execution it was
25   the executive director.  He did it all by himself.

Case 3:18-cv-01234   Document 184-43   Filed 03/17/22   Page 61 of 123 PageID #: 11076

```
 1    Q.    And do you see in the H1c where it says:  The
 2    warden shall be responsible for designating those
 3    persons necessary to carry out and support the
 4    execution?
 5    A.    I do.
 6    Q.    As warden, did you decide who to designate to
 7    carry out the Gardner execution?
 8    A.    Not the executioners, but the support teams I
 9    was.
10    Q.    And what are considerations that you've had
11    when you were choosing who to designate to carry out
12    the execution of Ronnie Gardner?
13    A.    I just went through names.  If I felt good
14    about it I chose them.  If I didn't I didn't.
15    Q.    Did you choose only people you knew
16    personally?
17    A.    No.
18    Q.    You chose people you did not know personally?
19    A.    Sure, yeah.  (inaudible)
20               THE REPORTER:  Please say that again.
21               THE WITNESS:  No, nothing.
22    BY MR. MITCHELL:
23    Q.    Did you also choose people that you knew
24    personally, though?
25    A.    Oh, sure.  Yeah.  Well, I actually know all
```

Case 3:18-cv-01234   Document 184-43   Filed 03/17/22   Page 62 of 123 PageID #: 11077

```
 1   the staff, but it depends on what level of personal.
 2   Q.     And turning to page 34 B1b.  Is this where
 3   you are given authority to choose the color of the
 4   jumpsuit?
 5   A.     Yes.
 6   Q.     And why did you select the dark blue?
 7   A.     To hide if there's any chance of blood coming
 8   through.  To hide that as much as possible.  To make
 9   him more humane.
10   Q.     How does hiding the blood make the execution
11   more humane?
12   A.     Well, if you have a white jumpsuit, it would
13   be more pronounced.  In a dark jumpsuit you would
14   just see a wet area.
15   Q.     Had you witnessed any executions by firing
16   squad prior to the Gardner execution?
17   A.     No.  I mean, not by -- no.  No, I hadn't.  I
18   had not.
19   Q.     And do you see here on page 40B2 where it
20   says:  It is the policy of the department that the
21   condemned inmate shall be examined by a licensed
22   physician following the administrate of the fatal
23   drugs or the first volley by the firing squad to
24   ensure that death has occurred?
25   A.     I can see that.
```

Case 3:18-cv-01234   Document 184-43   Filed 03/17/22   Page 63 of 123 PageID #: 11078

```
 1   Q.     And is that position at least either an

 2   employee or agent of UDC?

 3   A.     Not necessarily.

 4   Q.     And are there any qualifications the

 5   physician has to have to make the determination

 6   whether the inmate is deceased?

 7   A.     I don't know that for sure.

 8   Q.     Do you have a guess?

 9   A.     What's that?  A guess?  A licensed physician,

10   an MD.  But maybe it could be a PA.  I don't know

11   that.

12   Q.     And after the first volley, does UDC wait a

13   certain amount of time before the condemned is

14   examined?

15   A.     Up to three minutes.

16   Q.     And is that here on page 41 under A1?

17   A.     I don't know.  What do you know?  I was

18   right.  Yeah.  Yeah.

19   Q.     And if there are signs of life, what does the

20   physician do?

21   A.     If there was -- repeat your question, please,

22   sir.

23   Q.     If the physician takes the condemned's vital

24   signs and there are signs of life, what does the

25   physician do?
```

```
1    A.      I think he waits and he checks him
2    periodically up to ten minutes.  And then if he's
3    still breathing or alive after ten minutes, the
4    second volley is performed.  We didn't have to do
5    that.  But I'm reading there 60 seconds, every 60
6    seconds, which I would assume would be the case, but
7    we didn't have to do that.
8    Q.      You didn't have to do that for the Gardner
9    execution?
10   A.      No.  No.
11   Q.      And do you see here in C where it says:
12   After a maximum of ten volleys from the first
13   volley, if there are still signs of life, then the
14   physician will inform the warden?
15   A.      Yeah.
16   Q.      Do you know if UDC has ever fired a second
17   volley in a firing squad execution?
18   A.      I do not know that information.
19   Q.      Do you recognize this document, Mr. Turley?
20   A.      I do.
21   Q.      And is that page 46?  Are you able to see if
22   that's at page 46?
23   A.      Yeah.
24   Q.      And what's this document?
25   A.      It's a time line of when things occur.
```

```
 1   Q.     Okay.  And so can you walk me through this?
 2   For instance, where it says five, is that at minute
 3   five?
 4   A.     I don't know that for sure.  I am assuming it
 5   is.  Five minutes into the execution procedures, go
 6   out and open the curtains.  After that, the
 7   condemned is offered if he would like to make his
 8   statement, a last words.  Then that's when -- after
 9   that we go in -- a hood is put on the condemned's
10   head and we go back and commence the execution.
11   Q.     And when the execution is commenced, is that
12   then signified here by the minute eight?
13   A.     Yes.
14   Q.     And then minute 11 would be when the doctor
15   is brought into the execution chamber?
16   A.     Yeah.
17   Q.     And then minute 14 would be when the doctor
18   pronounces death?
19   A.     Correct.
20   Q.     How long does this process take at a firing
21   squad execution?
22   A.     How long?
23   Q.     Yes.
24   A.     Looks to me like ten minutes.
25   Q.     And that's if the first volley kills within
```

Case 3:18-cv-01234   Document 184-43   Filed 03/17/22   Page 66 of 123 PageID #: 11081

1    the first three minutes; is that right?

2    A.      Correct.

3    Q.      And also assuming that there are no signs of

4    life when the physician does the physician's

5    examination?

6    A.      Correct.

7    Q.      Does each -- and then I'm on page 54.  Does

8    each of the firing squad executioners have to

9    demonstrate proficiency with the firearms used in

10   any UDC firing squad execution?

11   A.      They did in this case.

12   Q.      And how did they demonstrate proficiency?

13   A.      That I don't know.  I know they were taken

14   out and they demonstrated proficiency and that's all

15   I know.

16   Q.      Do you see here on page 54, where it says:

17   Under conditions substantially similar to those of

18   the execution chamber, proficiency shall be

19   exhibited by?

20   A.      Uh-huh.

21   Q.      And is that how UDC determines proficiency?

22   A.      That is correct.

23   Q.      Firing each weapon at least 21 feet away and

24   hitting the target?

25   A.      Yeah.  That's what I'm reading.  I wasn't

1   there and have never seen that, but what's what I'm
2   reading.
3   Q.      And do you see in 4b where it says:  During
4   the proficiency test failure to accurately hit the
5   specified target with one round from each weapon
6   fired shall disqualify the officer?
7   A.      Uh-huh.
8   Q.      So does a single miss disqualify someone?
9   A.      I do not know that.  I have no -- nothing to
10  do with this piece.
11  Q.      So you don't know if anyone missed the target
12  when attempting to demonstrate proficiency for the
13  Gardner execution?
14  A.      I do not.
15  Q.      And do you see here on page 55, where it
16  says:  The executive director and/or warden will
17  contact those that are chosen for the firing squad?
18  A.      I do.
19  Q.      And do you see under D1a where there's the
20  possibility for someone to rescind an offer to
21  participate?
22  A.      Uh-huh.
23  Q.      Do you know if anyone has ever rescinded an
24  offer to participate in a firing squad execution?
25  A.      I do not know.  I have nothing to do with

```
 1   this piece at all.
 2   Q.     So it is the executive director who does
 3   that; not you as warden?
 4   A.     That is correct.
 5   Q.     Okay.  And we talked earlier.  You said UDC
 6   uses live rounds of ammunition during an execution
 7   by firing squad; is that right?
 8   A.     That is correct.
 9   Q.     Okay.  And was it four live rounds?
10   A.     Four live rounds.
11   Q.     And one blank round?
12   A.     Correct.
13   Q.     Does the shooter with blank rounds know that
14   he or she has the blank rounds?
15   A.     I don't know that.
16   Q.     You don't know whether the shooter knows that
17   shooter has a blank round?
18   A.     No.  Well, no.  They are -- the -- the answer
19   to your question is, those rounds are loaded by I
20   don't know who but they are not -- they can go to
21   any weapon that are date -- they are assigned a
22   weapon when they walk in the room.  They do not know
23   if that weapon has a blank or a live round in it.
24   Q.     So does someone that's not a shooter load the
25   weapons?
```

Case 3:18-cv-01234   Document 184-43   Filed 03/17/22   Page 69 of 123 PageID #: 11084

```
 1   A.      No.  Oh, yes.  That is correct.
 2   Q.      Is the person who loads the weapons a member
 3   of the executioner's team?
 4   A.      No.
 5   Q.      What is the role of the person who loads the
 6   firearms?
 7   A.      I don't know.  I didn't do that.
 8   Q.      And you weren't present when it happened?
 9   A.      No.
10   Q.      Do you see at the bottom of page 88 where it
11   says:  Care shall be taken to preclude any knowledge
12   by the members of the firing squad of who is issued
13   the weapon with two blank cartridges?
14   A.      Uh-huh.
15   Q.      And is there any other -- are there any other
16   steps taken to prevent the shooter from knowing the
17   shooter has the blanks that you're aware of?
18   A.      Not that I'm aware of.
19   Q.      Do you know what a dry fire is?
20   A.      Yes.
21   Q.      What is a dry fire?
22   A.      When your weapon is not loaded and you pull
23   the trigger.
24   Q.      And does UDC conduct dry fires prior to an
25   execution by firing squad?
```

Case 3:18-cv-01234  Document 184-43  Filed 03/17/22  Page 70 of 123 PageID #: 11085

```
 1   A.      If I remember right policy states so but I'm
 2   not -- I don't know if they did or not.
 3   Q.      And what steps does UDC take to determine
 4   whether equipment is in good working condition?
 5   A.      I don't know.  I have nothing to do with
 6   that.
 7   Q.      In the event firearms aren't in good working
 8   condition, are there back-up firearms?
 9   A.      I believe so.  I'm not sure, though.
10   Q.      And are the executioners instructed to aim at
11   the paper target when executing an inmate by firing
12   squad?
13   A.      I do not know that.
14   Q.      When the target is placed on the inmate,
15   where does UDC want the executioners to strike the
16   inmate with bullets?
17   A.      A huge assumption on my part.  I would have
18   guessed the target.  Because why place the target on
19   there?
20   Q.      And what organs are behind the target?
21   A.      The heart.  That's all I know.
22   Q.      If a second volley is commenced, what happens
23   after the second volley?
24   A.      I don't know.  I've never had to do it.  I
25   could read it, but I've never had to do one.
```

```
 1   Q.     Can you see here on page 90?

 2   A.     Uh-huh.

 3   Q.     Where it says:  If on a final check, the

 4   vital signs are detected, the warden shall order the

 5   physician to exit the chamber?

 6   A.     Uh-huh.

 7   Q.     And then do you see further down in D, where

 8   the executive director or the director's designee

 9   would have ordered the firing squad team leader to

10   make weapons ready for fire?

11   A.     Yeah.  The same thing would happen as the

12   first volley.

13   Q.     How many volleys is UDC prepared to fire if

14   an inmate continues to demonstrate vital signs, or

15   demonstrate life?

16   A.     Each weapon is loaded with two live rounds.

17   Q.     And so if an inmate was still alive after the

18   second volley, what would happen?

19   A.     They would reload their weapons.

20   Q.     And fire a third time?

21   A.     Yes.  If that's needed.

22   Q.     And a fourth if needed?

23   A.     Sure.

24   Q.     Do you see here page 239, training and

25   briefing?
```

```
 1   A.      239?  Oh, gosh.  Go ahead.

 2   Q.      Are you able to see that?

 3   A.      Yeah, I can see it.  I thought it was a

 4   hundred and something.

 5   Q.      Now, is it UDC policy that execution staff

 6   receive the necessary training to carry out their

 7   duties?

 8   A.      That is correct.

 9   Q.      And here in number four, does UDC consider --

10   let me do it this way.

11          Does UDC consider the functions necessary to

12   execute someone by firing squad to involve difficult

13   timing?

14   A.      Well, we train, train, train in all aspects

15   of every area of the execution.  I know that much.

16   Q.      Do you see here where it says:  An execution

17   by firing squad involves a function which involves

18   difficult timing?

19   A.      I do.

20   Q.      Why does UDC consider the timing difficult?

21   A.      I don't know.

22   Q.      Is there anything difficult about the timing?

23   A.      Timing for what?

24   Q.      Firing the firearms, for instance?

25   A.      So are we talking the execution?
```

Case 3:18-cv-01234   Document 184-43   Filed 03/17/22   Page 73 of 123 PageID #: 11088

```
 1   Q.     Yes.
 2   A.     The executioners?
 3   Q.     Yes.  Under B policy, it says:  It is the
 4   policy of the department and staff and others
 5   involved in carrying out an execution and then it
 6   has several subpoints, including rehearsal
 7   practice --
 8   A.     Yeah.  I didn't -- I can assume.  Do you want
 9   me to assume?
10   Q.     Sure.
11             MS. NELSON-MAJOR:  Objection.  I would
12   ask the witness not to assume.
13   BY MR. MITCHELL:
14   Q.     You can speculate.
15   A.     There's a cadence.  Whether you go a hundred
16   and 99, 98, 97 or 1, 2, 3, 4 at a certain time in
17   that cadence, from what I gathered, the executioners
18   fired their weapons.
19             The difficult timing would come in if -- if
20   they had a -- let's say they started at 80 and they
21   were supposed to shoot at 84 and someone shot at 81
22   and someone shot at 82 and someone shot at 83 and
23   someone shot at 84 and someone shot at 85.  The
24   difficult timing would be all shooting at the same
25   time.
```

```
 1    Q.      And do you know if that's ever happened,
 2    where people shot at different cadences?
 3    A.      I don't know that's ever happened.
 4    Q.      And do you see the next line down, where it
 5    says:  UDC considers the functions necessary to
 6    execute someone by firing squad to involve a high
 7    degree of skill?
 8    A.      I do.
 9    Q.      Do you know why UDC considers the functions
10    necessary to execute someone by firing squad to
11    involve a high degree of skill?
12    A.      Well, you would have to be a peace officer in
13    the State of Utah to do that.  And in order to be a
14    peace officer, you have to prove that you're
15    effective and efficient on shooting of a firearm.
16    Q.      Anything else that would require a high
17    degree of skill in a firing squad execution by UDC?
18    A.      No.
19    Q.      And do you see the line after that where it
20    says that:  UDC considers the functions necessary to
21    execute someone by firing squad to involve
22    procedures of a highly critical nature?
23    A.      Uh-huh.
24    Q.      What procedures of a highly critical nature
25    are involved in executing someone by firing squad?
```

Case 3:18-cv-01234   Document 184-43   Filed 03/17/22   Page 75 of 123 PageID #: 11090

```
 1    A.     Well, you must be proficient on your weapons.
 2    You must have good hearing, good eyesight, in order
 3    to carry out the court order which has been given to
 4    the Department of Corrections.
 5    Q.     What other procedures of a highly critical
 6    nature are carried out in an execution by firing
 7    squad?
 8    A.     I think the entire process is highly
 9    critical.  I think every piece of -- from the
10    observation team, to the clean-up team, to the
11    tie-down team, every piece is critical.  It's we
12    practice, we train for days before, hours upon
13    hours.  And we practice that because I think the
14    whole operation is a critical operation.  It's very
15    consuming, very time intensive.
16    Q.     And how many days before an execution, a
17    firing squad execution, does UDC staff practice?
18    A.     We get a order from the court 30 days prior
19    to.
20    Q.     And then in those 30 days until the
21    execution, how many days are there rehearsals?
22    A.     Almost daily.
23    Q.     And how many hours do those rehearsals last?
24    A.     Oh, it varies.  It varied.  I couldn't say
25    how many or -- how often is usually daily.  But some
```

1    could be a half hour.  Some could be three hours,

2    depending on what team did what.

3    Q.    And is it the same team members at each of

4    those rehearsals?

5    A.    Yes.

6    Q.    Do you see the next line where it says:  UDC

7    considers the functions necessary to execute someone

8    by firing squad to involve moderately difficult or

9    complex interaction with others?

10   A.    Yeah.

11   Q.    Why does executing someone by firing squad

12   involve moderately difficult or complex execution

13   with others?

14   A.    I don't know if that's the media they are

15   referring to or who.  I don't know.  I don't know.

16   Q.    And do you see on the next page, where it

17   says that:  UDC considers the functions necessary to

18   execute someone by firing squad to require

19   instructions or receive instructions on crisis

20   management assistance?

21   A.    Uh-huh.

22   Q.    Why would individuals executing someone by

23   firing squad need instructions on crisis management

24   assistance?

25   A.    Well, we -- any member of the Department of

Case 3:18-cv-01234   Document 184-43   Filed 03/17/22   Page 77 of 123 PageID #: 11092

```
1    Utah State Corrections can go to a counselor.  The
2    name escapes me of those that are used, but if they
3    feel like they need therapy and it's -- that
4    assistance is offered to them.
5    Q.      And so is it therapy and counseling that is
6    meant by crisis management assistance?
7    A.      That's what I'm reading into it.
8    Q.      And do you see here on page 240 where it says
9    that:  Each member or participant of the execution
10   team will receive a post order?
11   A.      Uh-huh.
12   Q.      And do you see where it says post order shall
13   include any emergency role under 2f?
14   A.      Uh-huh.
15   Q.      What is an emergency role?
16           MR. BOKOVOY:  I would object that this
17   is protected information.  And I would instruct my
18   client not to answer the question.
19   BY MR. MITCHELL:
20   Q.      Do you recognize the document I'm showing
21   you, Mr. Turley?
22   A.      I do.
23   Q.      Is this a photograph of part of the execution
24   chamber at the Draper Facility?
25   A.      Yes.
```

Case 3:18-cv-01234   Document 184-43   Filed 03/17/22   Page 78 of 123 PageID #: 11093

```
 1    Q.     And are those the portals we discussed
 2    earlier?
 3    A.     Yes.
 4    Q.     And is this a true and accurate depiction of
 5    that wall in the Draper Facility execution chamber?
 6    A.     Yes.
 7              MR. MITCHELL:  If we can make this
 8    Exhibit 6, please.
 9              (WHEREUPON, a document was marked as
10    Exhibit Number 6.)
11              MS. NELSON-MAJOR:  I would just ask that
12    Mr. Turley and Mr. Bokovoy refrain from discussing
13    anything in the middle of his testimony unless
14    they're actually talking about an assertion of
15    privilege that's been made.
16    BY MR. MITCHELL:
17    Q.     And Mr. Turley, do you see this document
18    that's been marked UDC 000990?
19    A.     I do.
20    Q.     Have you seen this document before?
21    A.     I have.
22    Q.     What is this document?
23    A.     I don't know.  I would have to review it.  I
24    read it a couple of weeks ago.
25    Q.     Okay.  Does it appear to be an email?
```

```
 1              MS. NELSON-MAJOR:  Objection.

 2    BY MR. MITCHELL:

 3    Q.    I'm sorry, what was your answer?

 4    A.    Yes.

 5    Q.    And do you know who Steven Gehrke is?

 6    A.    I do.

 7    Q.    Is that pronounced Gehrke?

 8    A.    It is.

 9    Q.    Who is Stephen Gehrke?

10    A.    At the time he was our public information

11    officer.

12    Q.    And at the time, would that be January 29,

13    2014?

14    A.    No.  No.  Yeah.  January 29, 2014 he was our

15    public information person.

16    Q.    For the UDC?

17    A.    Correct.

18    Q.    And do you see where Mr. Gehrke said that an

19    article cites the number at 165,000?

20    A.    Correct.

21    Q.    And is that number cited in the article for

22    costs for the Ronnie Lee Gardner execution in 2010?

23              MS. NELSON-MAJOR:  Objection.

24    BY MR. MITCHELL:

25    Q.    You can answer.
```

Case 3:18-cv-01234   Document 184-43   Filed 03/17/22   Page 80 of 123 PageID #: 11095

```
1   A.      I'm assuming that is.  Yes.
2   Q.      And do you see the line that says:  The
3   majority of those costs went to pay staff for the
4   increased need for their security presence and
5   overtime wages?
6   A.      Correct.
7   Q.      Do you believe this number is accurate?
8                   MS. NELSON-MAJOR:  Objection.
9                   THE WITNESS:  I have no reason not to.
10                  MR. MITCHELL:  Let me have this marked
11  as Exhibit 7, I believe.
12                  (WHEREUPON, a document was marked as
13  Exhibit Number 7.)
14                  MR. MITCHELL:  If we could take just a
15  five-minute break maybe until -- let's make it nine
16  minutes.  Nine-minute break until noon Central, 11
17  Mountain, and one Eastern, please.
18                  (Short break.)
19  BY MR. MITCHELL:
20  Q.      Mr. Turley, is execution by firing squad
21  authorized by Utah's legislature?
22  A.      It is.
23  Q.      And do you know how long execution by firing
24  squad has been authorized by Utah's legislature?
25  A.      I do not know that.
```

Case 3:18-cv-01234   Document 184-43   Filed 03/17/22   Page 81 of 123 PageID #: 11096

```
 1   Q.     At the time of the Gardner execution, was
 2   execution by firing squad authorized by Utah's
 3   legislature?
 4   A.     It was.
 5   Q.     Does UDC execute someone by a method not
 6   expressly authorized by the legislature?
 7   A.     No.
 8           MR. MITCHELL:  Mr. Turley, thank you so
 9   much for your time.  Those are all of my questions.
10   Ms. Nelson-Major may have some questions for you.
11           THE WITNESS:  Thank you very much.
12
13                    EXAMINATION
14   QUESTIONS BY MS. NELSON-MAJOR:
15   Q.     I was about to say good afternoon but I have
16   been all tied up with the time zone, so good
17   morning, good afternoon, wherever you are in the
18   time zone continuum.  So Mr. Mitchell asked you
19   about what you did to prepare for this deposition,
20   and you said that you consulted deposition
21   documents.
22       Were you referring to transcripts of
23   depositions that you had given in previous cases?
24   A.     Yes.  Not plural.  One.
25   Q.     One.  You also said that you had reviewed the
```

```
 1   protocol in place for UDC's use in executions; is
 2   that right?
 3   A.    I read that policy that he went through,
 4   correct.
 5   Q.    Outside of those two sets of documents, were
 6   there any other documents that you reviewed?
 7   A.    Yes.  Some of those in which Mr. Mitchell put
 8   on the screen today.
 9   Q.    What other documents that Mr. Mitchell did
10   not put on the screen did you review in anticipation
11   of this deposition?
12   A.    The same ones I mentioned earlier.  A media
13   packet.  Let's see.  I think that might be all.
14   There may be -- there was an email but I think that
15   there's a -- a survey taken we give to staff after
16   that was not presented.  But other than that, I
17   think that's it.  A redacted version of the
18   execution chamber.  But other than that, that's
19   everything.
20   Q.    The survey you referred to, was it a blank
21   form, or was it filled out?
22   A.    It's a blank form.
23   Q.    In addition to talking with Mr. Bokovoy, did
24   you speak to anyone else in preparation for your
25   deposition?
```

Case 3:18-cv-01234   Document 184-43   Filed 03/17/22   Page 83 of 123 PageID #: 11098

```
 1    A.     We did -- I did call a Mr. David Worthington.
 2    Now I remember this.  I just asked him when the
 3    execution chamber was built.
 4    Q.     Who is David Worthington?
 5    A.     He used to be a director of audit and at the
 6    time -- I don't remember his -- what his title was
 7    back then but -- and he didn't even know.  He
 8    thought it was a different day.  And I come to find
 9    out -- in reading these documents, I found out it
10    was 1998.
11    Q.     Besides discussing the date on which the
12    facility was constructed, did you talk about
13    anything else with Mr. Worthington?
14    A.     No.
15    Q.     Did you talk to Mr. Mitchell before this
16    deposition?
17    A.     I actually -- I didn't talk to him per se.  I
18    was in a room -- I don't remember when -- this week
19    or last week, when Mr. Bokovoy and Mr. Mitchell were
20    talking.  Mr. Mitchell knew I was in the room and
21    that did occur.
22    Q.     That was a telephone conversation?
23    A.     Yeah.  It was a Zoom.
24    Q.     And what was discussed at that meeting?
25    A.     You know, I don't remember per se.  It was
```

Case 3:18-cv-01234   Document 184-43   Filed 03/17/22   Page 84 of 123 PageID #: 11099

```
 1   just questions, just making sure everything was on
 2   target for today.
 3   Q.     How long was that meeting?
 4   A.     I don't even know.  Ten minutes.  Fifteen
 5   minutes.  I don't know for sure.
 6   Q.     Did Mr. Mitchell discuss with you what he
 7   intended to ask you during this deposition?
 8   A.     Not that I recall.
 9   Q.     Did you discuss the documents that you might
10   have in your possession related to this deposition?
11   A.     No.
12   Q.     Did you review any documents during that Zoom
13   call?
14   A.     No.
15   Q.     Was there anyone present on that call besides
16   Mr. Mitchell and Mr. Bokovoy and yourself?
17   A.     Not that I remember.  Like I say, I was not
18   looking at the screen.  I was -- I was sitting back,
19   couldn't even see the computer screen.
20   Q.     Besides the Zoom you had with Mr. Mitchell
21   and Mr. Bokovoy, did you speak with anyone else at
22   the Attorney General's Office in Tennessee?
23   A.     No.
24   Q.     What about the Tennessee Department of
25   Correction?
```

Case 3:18-cv-01234   Document 184-43   Filed 03/17/22   Page 85 of 123 PageID #: 11100

```
 1   A.     No.
 2   Q.     Were you the person who gathered that set of
 3   documents that you just ran me through at the
 4   beginning?
 5   A.     No.
 6   Q.     Do you know who gathered that set of
 7   documents?
 8   A.     I received them from Mr. Bokovoy.
 9   Q.     You told us that the chair used in the firing
10   squad executions was already inside the Draper
11   Facility when you became warden; is that right?
12   A.     Correct.
13   Q.     Do you know whether that chair had been used
14   in an execution prior to Mr. Gardner's execution in
15   2010?
16   A.     I do not.
17   Q.     I wanted to ask you a couple of questions
18   about the Gardner execution in particular.
19          Did you see Mr. Gardner move after he was
20   struck by the first volley?
21   A.     I saw his head slump.
22   Q.     Was that the only movement you observed after
23   the first volley?
24   A.     That is correct.
25   Q.     Did you hear Mr. Gardner make any noises
```

Case 3:18-cv-01234   Document 184-43   Filed 03/17/22   Page 86 of 123 PageID #: 11101

```
 1   after the first volley?
 2   A.      No.
 3   Q.      Did you observe anything else that would
 4   suggest to you that Mr. Gardner experienced pain?
 5   A.      No.
 6   Q.      And he was pronounced dead after that first
 7   volley?
 8   A.      He was.
 9   Q.      After the Gardner execution, did you hold any
10   sort of meeting or debrief?
11   A.      I did not.  Executive Director Patterson did.
12   Q.      Were you present at that meeting?
13   A.      I was.
14   Q.      Who else was present at that meeting?
15   A.      Those that took part in the support role of
16   the execution.
17   Q.      Did that include the members of the firing
18   squad itself?
19   A.      No.
20   Q.      Did anyone express any concerns about how the
21   Gardner execution went at that meeting?
22   A.      Not that I recall, no.
23   Q.      Did you have any discussions with the firing
24   squad after that execution took place?
25   A.      I did not.  I never spoke one word to them,
```

```
 1   before other after.
 2   Q.     Did you have any concerns with how the
 3   Gardner execution went?
 4   A.     No, absolutely not.
 5   Q.     Did you have any concerns about safety?
 6   A.     No, absolutely not.
 7   Q.     Did you have any concerns about whether
 8   Mr. Gardner experienced pain or suffering?
 9   A.     I did not.
10   Q.     Do you know where executions were conducted
11   prior to the construction of the Draper Facility?
12   A.     Just the documents that I have read.
13   Q.     And you testified that the Draper Facility is
14   intended for use in both lethal injection and firing
15   squad executions; is that right?
16   A.     That is correct.
17   Q.     Was there anything to your knowledge that UDC
18   did differently in constructing that building had it
19   been intended only for use in lethal injections?
20              MR. MITCHELL:  Object to the form.
21   BY MS. NELSON-MAJOR:
22   Q.     You can answer, Mr. Turley.
23   A.     Yeah.  You have to have the portals for the
24   rifles and ballistic windows and Kevlar behind those
25   things we saw in the picture of the chair.
```

```
 1    Q.      You previously testified that the dimensions

 2    of the chamber were 20 by 24 feet; is that right?

 3    A.      Approximately, correct.  I didn't take a tape

 4    measure but I'm assuming -- guessing that's what it

 5    is.

 6    Q.      Do you know why those dimensions were chosen?

 7    A.      I do not.

 8    Q.      Will those dimensions be replicated in the

 9    new chamber currently being built?

10    A.      That is correct.

11    Q.      Was there any discussion about expanding the

12    size of the chamber in the new facility?

13    A.      No.

14    Q.      So in your opinion, it is of an appropriate

15    dimension for use in a firing squad execution?

16    A.      Yes.

17    Q.      Do you know how much it cost to construct the

18    current facility at Draper?

19    A.      I do not.

20    Q.      Do you know how much UDC is spending to

21    construct the new facility?

22    A.      I can tell you it is one room inside of a

23    huge building.  And so if it's $500 a square foot

24    and the execution chamber is 3,000 square feet, it's

25    $1.5 million.  It would be like asking how much does
```

```
 1   your office cost to build.  It's in a building.
 2          You just have to go by -- by what the square
 3   footage of the entire building would cost and then
 4   how much room is that particular execution chamber.
 5   That's it -- it could be high.  It could be low.
 6   Q.    And just to clarify, when you say $500 per
 7   square foot, you're not saying that's the actual
 8   cost to construct the chamber?
 9   A.    Our architects told us $500 a square foot.
10   And the execution chamber is 3,000 square feet.  So
11   if you look at it that way, the cost would be
12   $1.5 million to build it.
13   Q.    And when you say 3,000 square feet, that's
14   not, obviously, just the execution chamber itself?
15   A.    No.  That's the whole area.  That's the
16   witness rooms, the bathrooms, the cell where the
17   condemned goes, the executioner's room.  That's
18   all-inclusive.
19   Q.    Do you know how much it cost to construct the
20   chair?
21   A.    I have no idea.
22   Q.    Do you know how much UDC spent on the
23   sandbags?
24   A.    I do not.
25   Q.    Do you know how much UDC spent on the Kevlar
```

```
 1   backing?

 2   A.      I have no idea.

 3   Q.      Do you know how much UDC spent on the riser?

 4   A.      I don't.

 5   Q.      Do you know how much UDC spent acquiring the

 6   firearms that are used in firing squad executions?

 7   A.      I do not.

 8   Q.      Is there someone at UDC who would know the

 9   answer to those questions?

10   A.      Not currently that I'm aware of.

11   Q.      Would those numbers be documented in records

12   somewhere?

13   A.      I have no idea.  I mean, it's just a normal

14   chair.  You can go buy metal and weld the chair.

15   You need 50 feet of tubular steel to weld it.  How

16   much is that?  I don't know.  It's the piece of

17   steel that the riser sits on.  How much does steel

18   cost?  And you weld it together.  I mean, I don't

19   know.  All those things were here long before I was.

20   Q.      Is the chair and riser, the steel that you

21   just mentioned, is that specialized in any way?

22   A.      I don't think so.  I think it's just tubular

23   galvanized steel.

24   Q.      That one might be able to purchase from a

25   construction supply store?
```

```
 1   A.     That's what I would --
 2              MR. MITCHELL:  Speculation.
 3              THE WITNESS:  That is speculation.
 4   That's what I would assume.
 5   BY MS. NELSON-MAJOR:
 6   Q.     What about the two-by-fours behind the chair?
 7   Are those specialized in any way?
 8   A.     No.
 9   Q.     Regular two-by-fours you might purchase,
10   again, at a construction store?
11   A.     Yes.
12              MR. MITCHELL:  Same objection.
13   BY MS. NELSON-MAJOR:
14   Q.     Can you describe to me how the chamber would
15   be prepared differently for a lethal injection
16   execution as compared to a firing squad execution?
17   A.     I cannot.  I have never participated in one.
18   Q.     Is the firing squad chair stored in the
19   execution chamber when not in use?
20   A.     Sometimes it is.  Sometimes it isn't.
21   Q.     Where is it stored when it isn't stored in
22   the execution chamber?
23   A.     Just in another area of the institution.
24   Q.     Are the firearms that are used by the firing
25   squad used for any other purpose?
```

Case 3:18-cv-01234   Document 184-43   Filed 03/17/22   Page 92 of 123 PageID #: 11107

```
 1   A.      No.
 2   Q.      Why not?
 3   A.      I don't know.  That's just always been that
 4   way.
 5   Q.      Are new firearms purchased for each firing
 6   squad execution?
 7   A.      No.
 8   Q.      Do you know the total cost of the ammunition
 9   used in a firing squad execution?
10   A.      I don't know the exact cost.
11   Q.      I'm just looking through my notes because I
12   don't want to repeat what Mr. Mitchell has covered.
13   So if you'll bear with me a moment, I'm trying to
14   expedite this.
15   A.      That's fine.  If I just may say, I wasn't
16   involved in costs of stuff.  That wasn't my purview.
17   Each state does it different.
18   Q.      And you said that you're currently, and
19   correct me if I'm wrong, division director of
20   special projects?
21   A.      Correct.
22   Q.      And you're currently overseeing the
23   construction of a new UDC facility?
24   A.      Yeah.  Currently making sure the safety
25   protocols are implemented in the new facility.
```

```
 1    Q.     But you're not involved in the financial

 2    aspects of that construction project at all?

 3    A.     Well, yeah, to a certain extent.  I mean, I

 4    do have to sign purchase orders, et cetera.

 5    Q.     Are you responsible for signing purchase

 6    orders related to the construction of the new

 7    execution chamber?

 8    A.     That building that it was in, yes.  I have to

 9    approve that, but it didn't say cost of the

10    execution chamber is X.  It was just it's part of

11    the room inside of the building.

12    Q.     Will the riser from the Draper Facility be

13    used in the new facility that is currently being

14    constructed?

15    A.     That the chair sits on?

16    Q.     Correct.

17    A.     Yeah, that's the plan.

18    Q.     Will there be any alterations made to the

19    riser?

20    A.     That has not been discussed.

21    Q.     What about to the chair?  Any alterations to

22    the chair?

23    A.     That has not been discussed.

24    Q.     In your opinion, do there need to be any

25    alterations to the chair and riser?
```

```
 1    A.      No.
 2    Q.      I want to ask you a couple of questions about
 3    the sub-teams you talked about with Mr. Mitchell.
 4            You testified that there are eight people who
 5    serve as witness escorts in a firing squad
 6    execution; is that right?
 7    A.      Yes.
 8    Q.      Does that number change if the execution is
 9    to be carried out by lethal injection?
10    A.      I don't know.  I have never participated in a
11    lethal injection execution.
12    Q.      Who decides how many people are part of the
13    witness escort team during the firing squad
14    execution?
15    A.      I could have been.  And I assigned two per
16    team.
17    Q.      Does the protocol set the number of people to
18    be involved?
19    A.      No.  I don't think it does.  I never read
20    that.
21    Q.      Do you know how many people are on a tie-down
22    team in a lethal injection execution?
23    A.      I think there was five.
24    Q.      Do you know whether the observation team is
25    the same size for a lethal injection execution and a
```

```
1   firing squad execution?

2   A.      I do not.

3               MR. MITCHELL:  Objection; outside the

4   scope of the notice.

5   BY MS. NELSON-MAJOR:

6   Q.      You can answer, Mr. Turley.

7   A.      I do not.

8   Q.      Do you know whether the clean-up team is the

9   same size for a lethal injection execution and a

10  firing squad execution?

11              MR. MITCHELL:  Same objection.

12              THE WITNESS:  Yeah.  I have never taken

13  part in any part of a lethal injection execution so

14  I would have no idea.

15  BY MS. NELSON-MAJOR:

16  Q.      For the Gardner execution, were you the

17  person who decided the number of people on the

18  perimeter team?

19  A.      I'm sure I did that with others in the room.

20  But I would have been involved in that, yes.

21  Q.      Was there anything specific to the fact that

22  the execution was to be carried out by a firing

23  squad that you considered in setting the size of

24  that perimeter team?

25              MR. MITCHELL:  Objection; form.
```

```
 1            THE WITNESS:  No.  I think you're trying
 2   to decipher between lethal and -- we didn't even
 3   discuss it.  We just discussed what we need for
 4   perimeter security.
 5   BY MS. NELSON-MAJOR:
 6   Q.     Was there anything about the fact that it was
 7   going to be a firing squad execution that made you
 8   increase the size of the perimeter team?
 9   A.     No.
10            MR. MITCHELL:  Same objection.
11   BY MS. NELSON-MAJOR:
12   Q.     Was there a ricochet at the Gardner
13   execution?
14   A.     No.
15   Q.     Did anyone at UDC ever discuss with you there
16   being a ricochet at the prior firing squad
17   execution?
18   A.     No.
19   Q.     You mentioned that the firing squad wears
20   headgear.  Can you describe the headgear to me?
21   A.     Goggles and ear muffs.  Eye protection and
22   ear muffs.
23   Q.     Do you recall the memo that Mr. Mitchell
24   showed you that estimated a need of 1,180 man hours
25   for an execution?
```

Case 3:18-cv-01234   Document 184-43   Filed 03/17/22   Page 97 of 123 PageID #: 11112

```
 1   A.      Yes.

 2   Q.      Do you know how that number was determined?

 3   A.      I do not.

 4   Q.      Do you know who came up with that number?

 5   A.      I guess Warden Clint Brill (phonetic) did.

 6   Q.      How many hours are the firing squad members

 7   themselves on site for an execution?

 8            MR. BOKOVOY:  I am going to object to

 9   that.  We would consider that to be protected

10   information.  And I would instruct my client not to

11   answer that question.

12   BY MS. NELSON-MAJOR:

13   Q.    Out of all the sub-teams that we've talked

14   about, which is the largest on the day of execution?

15   A.      Perimeter security.

16   Q.    So does perimeter security represent the

17   largest number of man hours that might go towards

18   pulling off an execution?

19            MR. MITCHELL:  Object to form.

20            THE WITNESS:  I'm not sure.  They don't

21   have to train as much.  They are already out there.

22   A lot of the training that occurs for the actual

23   members of those inside maybe train more.  So for me

24   to say the hours, I don't know that to be a true

25   statement.
```

BY MS. NELSON-MAJOR:

Q.     Do you know how much members of the firing squad are compensated for participating in an execution?

          MR. BOKOVOY:  I would object to that question.  That would be protected information.  And I would instruct my client not to answer that question.

          MS. NELSON-MAJOR:  Mr. Bokovoy, can you explain to me what about that information is protected?

          MR. BOKOVOY:  We redacted that information from our policy.  We do not want to give information about how much the executioners are compensated.

BY MS. NELSON-MAJOR:

Q.     I want to ask you a couple of questions about the cadence.  Who determines what the cadence will be?

A.     I do not know that.

Q.     During the Gardner execution, did you hear the cadence being called?

A.     I vaguely remember that.

Q.     What is the purpose of the cadence?

A.     Uniformity.

```
 1   Q.     What do you mean by uniformity?
 2   A.     They all shoot at the same time or try to.   I
 3   explained that during Mr. Mitchell's questioning.
 4   Q.     Do you know how long it took to clean up the
 5   chamber following Mr. Gardner's execution?
 6   A.     No more than 15 minutes.
 7   Q.     Besides preparing for this deposition, have
 8   you ever talked with anyone at Tennessee Department
 9   of Correction about the firing squad in Utah?
10   A.     No.
11   Q.     Have you ever talked with anyone at the
12   Tennessee Attorney General's Office about the use of
13   firing squads in Utah?
14   A.     No.
15   Q.     Have you ever visited any of the Tennessee
16   Department of Correction facilities?
17   A.     I have.
18   Q.     Which facilities?
19          MR. MITCHELL:  Objection; outside the
20   scope of the notice.
21   BY MS. NELSON-MAJOR:
22   Q.     You can answer, Mr. Turley.
23   A.     I don't remember exactly the one I went to.
24   It was a work camp.  It had a lot of industries in
25   it.  But I don't remember.  And then I also went to
```

```
 1   a maximum security facility there.  It's been many

 2   years ago.

 3   Q.     Were you invited by the Tennessee Department

 4   of Correction to visit those facilities?

 5              MR. MITCHELL:  Same objection; outside

 6   the scope of the notice.

 7              THE WITNESS:  I was working with

 8   National Institute of Corrections when I went there.

 9   BY MS. NELSON-MAJOR:

10   Q.     When you toured the maximum security

11   facility, do you recall whether that was Riverside

12   Maximum Security Institution?

13              MR. MITCHELL:  Same objection.

14              THE WITNESS:  I did see the electric

15   chair there in Tennessee.  I don't know what the

16   name of that -- I don't know the name of the

17   facility.

18   BY MS. NELSON-MAJOR:

19   Q.     Do you recall approximately how many years

20   ago you did that tour?

21              MR. MITCHELL:  Same objection.

22              THE WITNESS:  Ten maybe.  Maybe.  I

23   don't know.  It's a guess.

24   BY MS. NELSON-MAJOR:

25   Q.     During that tour of the execution chamber,
```

Case 3:18-cv-01234   Document 184-43   Filed 03/17/22   Page 101 of 123 PageID #: 11116

```
 1    did you speak with anyone from the Tennessee
 2    Department of Correction?
 3              MR. MITCHELL:  Same objection; outside
 4    the scope of the notice.
 5              THE WITNESS:  Yeah.  I -- I guess.  They
 6    were giving us a tour.  I mean, I'm going back ten
 7    years vaguely in my mind.  The answer, did I ask
 8    questions, probably, probably not.  I don't know.
 9    We were on a tour.
10    BY MS. NELSON-MAJOR:
11    Q.    Was that tour -- was attendees also
12    affiliated with the other state Department of
13    Corrections?
14              MR. MITCHELL:  Same objection.
15              THE WITNESS:  That was with the National
16    Institute of Corrections.
17    BY MS. NELSON-MAJOR:
18    Q.    And during that tour, did the Tennessee
19    Department of Correction personnel describe to you
20    their execution procedures?
21              MR. MITCHELL:  Same objection.
22              THE WITNESS:  I do not recall.  I don't
23    recall that.
24              MS. NELSON-MAJOR:  Could we just take
25    five minutes.  I don't think that I have many
```

Case 3:18-cv-01234   Document 184-43   Filed 03/17/22   Page 102 of 123 PageID #: 11117

```
 1   questions.  I want to double check, but I'm thinking
 2   we can wrap this up fairly soon.  Thank you.  All
 3   right.  Thank you.
 4                  (Short break.)
 5   BY MS. NELSON-MAJOR:
 6   Q.      You did not read the deposition topics that
 7   Mr. Mitchell's office emailed to you; is that right?
 8   A.      I don't think I ever saw it until today.  Is
 9   that what you're talking about?
10   Q.      That's right.
11   A.      Yeah, today when he put it up on the screen.
12   Q.      In preparing for today's deposition, were you
13   preparing to discuss the costs associated with
14   carrying out the protocol for firing squad
15   executions in Utah?
16   A.      Not necessarily.  I mean, I reviewed
17   Mr. Pay's -- his -- his testimony.  But the cost,
18   I -- I wasn't involved much with the cost.  That's
19   other areas other than myself.  But the cost has
20   been presented here, I think.  I mean, the cost is
21   going to be different for every state.
22   Q.      Beyond consulting that memo, did you review
23   any other documents related to the costs associated
24   with carrying out firing squad executions in Utah?
25   A.      No.
```

```
 1    Q.    Do you have any direct knowledge of the costs
 2    associated with carrying out firing squad executions
 3    in Utah?
 4    A.    No.
 5    Q.    Do you have any reason to think that the
 6    execution chamber that you toured in Tennessee could
 7    not be outfitted for a firing squad execution?
 8              MR. MITCHELL:  Objection; outside the
 9    scope of the notice, and also objection to form.
10    BY MS. NELSON-MAJOR:
11    Q.    You can answer, Mr. Turley.
12    A.    I don't even remember it really.  I remember
13    seeing the cell and the chair and that's it.  I
14    don't know -- I couldn't tell you how big it is.  I
15    couldn't tell you what color it was.  I couldn't --
16    I have no idea.
17    BY MS. NELSON-MAJOR:
18    Q.    Do you recall whether you toured the witness
19    rooms in the execution chamber in Tennessee?
20    A.    I do not.
21              MR. MITCHELL:  Same objection.
22    BY MS. NELSON-MAJOR:
23    Q.    If you thought a firing squad execution posed
24    a risk to staff, would you raise those concerns with
25    someone?
```

Case 3:18-cv-01234   Document 184-43   Filed 03/17/22   Page 104 of 123 PageID #: 11119

```
 1              MR. MITCHELL:  Object to the form.
 2              THE WITNESS:  Yes, I would.
 3    BY MS. NELSON-MAJOR:
 4    Q.    And have you ever raised such a concern?
 5    A.    No.
 6    Q.    If you thought an execution by a firing squad
 7    posed a risk to a witness, would you raise those
 8    concerns to someone?
 9    A.    Yes.
10              MR. MITCHELL:  Objection.
11    BY MS. NELSON-MAJOR:
12    Q.    Have you ever raised such a concern?
13    A.    No.
14              MS. NELSON-MAJOR:  I have no further
15    questions for Mr. Turley.  But I would like to hold
16    the deposition open because Mr. Turley wasn't
17    prepared to testify to a number of the topics in the
18    notice.
19              MR. MITCHELL:  So two things.  One, I
20    have brief redirect.  And, second, there's just our
21    notice and subpoena so I don't know what capability
22    you have of that, but I don't know that it's
23    something for hashing out on the record now.
24              MS. NELSON-MAJOR:  It can be on the
25    record.  But sorry.  I didn't realize you had
```

```
 1   redirect.

 2             MR. MITCHELL:  That's okay.

 3

 4                    EXAMINATION

 5   QUESTIONS BY MR. MITCHELL:

 6   Q.      Mr. Turley, you said that at the Gardner

 7   execution, after shots were fired, the only movement

 8   by Mr. Gardner you saw was his head slump; is that

 9   accurate?

10   A.      That is correct.

11   Q.      And from the time shots were fired on, was

12   Mr. Gardner strapped tightly to the chair?

13   A.      Yes.

14             MR. MITCHELL:  No further questions.

15

16                    EXAMINATION

17   QUESTIONS BY MS. NELSON-MAJOR:

18   Q.      I have just one question on recross, if you

19   will.

20           Were Mr. Gardner's hands themselves strapped

21   to the chair?

22   A.      His arms or hands, yes.

23   Q.      Was it his arms or his hands that were

24   strapped to the chair?

25   A.      I don't know.
```

```
 1   Q.    Do you recall whether his fingers were
 2   secured to the chair in any way?
 3   A.    His fingers wouldn't have been.  They would
 4   have been loose.
 5            MS. NELSON-MAJOR:  I have no further
 6   questions.  Thank you, Mr. Turley.
 7            THE WITNESS:  Thank you.
 8            THE REPORTER:  Would you like to order
 9   this transcribed at this time, Mr. Mitchell?
10            MR. MITCHELL:  Yes, please, a PDF copy.
11            THE REPORTER:  And would you like a copy
12   also, Ms. Nelson-Major?
13            MS. NELSON-MAJOR:  Yes.  Thank you,
14   Ms. Honeycutt.
15            MR. MITCHELL:  Mr. Bokovoy, Mr. Turley,
16   thank you both for your time.
17            MR. BOKOVOY:  Thank you.
18            THE REPORTER:  Do you wish to read and
19   sign the deposition transcript?
20            MR. BOKOVOY:  I will do that.
21              FURTHER DEPONENT SAITH NOT
22          (Proceedings adjourned at 12:47 p.m.)
23
24
25
```

```
 1                    E R R A T A   P A G E

 2
                         I, STEVEN TURLEY 30(b)(6) UTAH
 3   DEPARTMENT OF CORRECTIONS, having read the
     foregoing videoconference deposition, pages 1
 4   through 105, do hereby certify said testimony is a
     true and accurate transcript, with the following
 5   changes (if any):

 6
     PAGE   LINE           SHOULD HAVE BEEN
 7
 8   _____ _____    _____

 9   _____ _____    _____

10   _____ _____    _____

11   _____ _____    _____

12   _____ _____    _____

13   _____ _____    _____

14   _____ _____    _____

15   _____ _____    _____

16   _____ _____    _____

17   _____ _____    _____

18   _____ _____    _____

19                    _____
                      STEVEN TURLEY 30(b)(6)
20                    UTAH DEPARTMENT OF
                      CORRECTIONS
21

22   _____
     Notary Public
23
     My Commission Expires: _____
24

25   Reported by: Deborah H. Honeycutt, LCR
```

Case 3:18-cv-01234   Document 184-43   Filed 03/17/22   Page 108 of 123 PageID #: 11123

```
 1                    REPORTER'S CERTIFICATE

 2
      STATE OF TENNESSEE
 3
      COUNTY OF DAVIDSON
 4

 5

 6              I, Deborah H. Honeycutt, Licensed Court

 7      Reporter, with offices in Hermitage, Tennessee,

 8      hereby certify that I reported the foregoing

 9      videoconference deposition of STEVEN TURLEY

10      30(b)(6) UTAH DEPARTMENT OF CORRECTIONS by machine

11      shorthand to the best of my skills and abilities,

12      and thereafter the same was reduced to typewritten

13      form by me.  I am not related to any of the parties

14      named herein, nor their counsel, and have no

15      interest, financial or otherwise, in the outcome of

16      the proceedings.

17              I further certify that in order for this
        document to be considered a true and correct copy,
18      it must bear my original signature, and that any
        unauthorized reproduction in whole or in part
19      and/or transfer of this document is not authorized,
        will not be considered authentic, and will be in
20      violation of Tennessee Code Annotated 39-14-104,
        Theft of Services.
21
```

_Deborah H. Honeycutt_

```
22      Deborah H. Honeycutt, LCR
23      Elite-Brentwood Reporting Services
        Associate Reporter
24      Notary Public State of Tennessee

25      My Notary Public Commission Expires: 07/09/24
        LCR # 472 - Expires: 06/30/22
```

Case 3:18-cv-01234  Document 184-43  Filed 03/17/22  Page 109 of 123 PageID #: 11124

| Exhibits |
| --- |

**Ex 01 -**
Steven Turley 30(b)
(6) Utah Dept.
of Corr. 4:12 15:17,
19

**Ex 02 -**
Steven Turley 30(b)
(6) Utah Dept.
of Corr. 4:14 46:8,10
50:4

**Ex 03 -**
Steven Turley 30(b)
(6) Utah Dept.
of Corr. 1:5 4:15
49:9,11

**Ex 04 -**
Steven Turley 30(b)
(6) Utah Dept.
of Corr. 4:17 57:1

**Ex 05 -**
Steven Turley 30(b)
(6) Utah Dept.
of Corr. 4:20 59:5,7

**Ex 06 -**
Steven Turley 30(b)
(6) Utah Dept.
of Corr. 4:22 77:8,10

**Ex 07 -**
Steven Turley 30(b)
(6) Utah Dept.
of Corr. 4:23 79:11,
13

| $ |
| --- |

**$1.5** 87:25 88:12
**$21,200** 55:22
**$3,000** 55:7
**$500** 87:23 88:6,9

| - |
| --- |

**-O-Y** 8:4

| 0 |
| --- |

**000990** 77:18

| 1 |
| --- |

**1** 13:18 15:17,19
72:16
**1,180** 55:11,12 56:13
95:24
**10** 41:8
**10:00** 6:7
**10th** 11:12 58:4
**11** 64:14 79:16
**12** 34:3 41:8
**12:47** 105:22
**14** 64:17
**15** 25:20 98:6
**16** 59:9
**165,000** 78:19
**17** 6:6
**1990** 17:3
**1998** 20:7 82:10

| 2 |
| --- |

**2** 13:25 46:8,10 50:4
72:16
**20** 17:1 34:23,24 41:1,
2 50:25 87:2
**2003** 54:17,18 55:10
**2007** 17:5,13
**2010** 11:12 17:5,6,13
18:12 58:13,15,21
78:22 84:15

**2013** 16:10,22 17:6,7
**2014** 78:13,14
**2019** 10:9
**2021** 6:6 17:25 58:4
**2022** 16:20
**21** 65:23
**239** 70:24 71:1
**24** 41:1,2 87:2
**24,000** 55:25
**240** 76:8
**26,000** 56:1
**27** 56:4
**29** 56:4 78:12,14
**2f** 76:13

| 3 |
| --- |

**3** 14:5 49:9,11 72:16
**3,000** 87:24 88:10,13
**30** 51:1 74:18,20
**30(b)(6)** 6:10 8:10
12:20
**30-caliber** 29:15,16
42:22
**34** 61:2
**3:18-cv-01234** 6:14

| 4 |
| --- |

**4** 14:10 56:24 57:1
72:16
**4,000** 17:16
**40B2** 61:19
**41** 62:16
**46** 63:21,22
**472** 6:6
**4b** 66:3

| 5 |
| --- |

**5** 14:15 59:5,7
**50** 89:15
**50-caliber** 36:11,12
**54** 65:7,16
**55** 66:15

| 6 |
| --- |

**6** 14:20 77:8,10
**60** 63:5

| 7 |
| --- |

**7** 15:1,4 79:11,13

| 8 |
| --- |

**8** 15:6
**80** 72:20
**80s** 55:20
**81** 72:21
**82** 72:22
**83** 72:22
**84** 72:21,23
**85** 72:23
**88** 68:10

| 9 |
| --- |

**9** 15:10,13
**90** 70:1
**90s** 55:20
**97** 72:16
**98** 72:16
**99** 72:16

**A**

**a.m.** 6:7

**A1** 62:16

**ability** 9:20

**absolutely** 25:17 86:4,6

**absorb** 35:13,23

**accurate** 45:9 77:4 79:7 104:9

**accurately** 9:20 66:4

**acquiring** 89:5

**actual** 6:19 88:7 96:22

**addition** 81:23

**address** 35:1,3 36:4 53:3 54:5,8

**addresses** 35:8

**adjourned** 105:22

**administered** 6:16

**administrate** 61:22

**administrative** 16:24 17:9

**affect** 9:19,24

**affiliated** 100:12

**aftermath** 40:23

**afternoon** 80:15,17

**agent** 62:2

**agree** 8:22 9:8 15:25

**ahead** 47:9 71:1

**aim** 69:10

**alive** 39:21 40:13 63:3 70:17

**all-in-one** 17:18

**all-inclusive** 88:18

**alleviate** 50:2

**allotted** 43:7

**alterations** 92:18,21, 25

**amended** 12:25

**ammunition** 67:6 91:8

**amount** 47:18 56:17 62:13

**and/or** 66:16

**angle** 35:23

**announce** 33:11

**answering** 9:8

**answers** 15:22

**anticipated** 16:18

**anticipation** 81:10

**appearance** 7:15,18

**approve** 92:9

**approximately** 6:7 87:3 99:19

**architect** 20:10,23 21:1

**architects** 19:2 20:22 36:20 88:9

**area** 38:15,18,21 52:5 61:14 71:15 88:15 90:23

**areas** 101:19

**armorer** 53:8,10,13

**arms** 104:22,23

**article** 78:19,21

**aspects** 71:14 92:2

**assertion** 77:14

**assigned** 24:25 67:21 93:15

**assistance** 75:20,24 76:4,6

**Assistant** 7:11

**assume** 34:9 36:19 58:16 63:6 72:8,9,12 90:4

**assuming** 64:4 65:3 79:1 87:4

**assumption** 69:17

**attached** 13:9 48:19, 22

**attempting** 66:12

**attendees** 100:11

**attorney** 7:2,4,5,11, 12,19 8:6,18,19 83:22 98:12

**Atyia** 7:10,14,17

**audit** 17:8 82:5

**authority** 61:3

**authorized** 52:18 79:21,24 80:2,6

**average** 56:3

**avoid** 37:4,13

**aware** 12:18 54:10 68:17,18 89:10

**B**

**B1b** 61:2

**back** 18:17 22:17 40:13,24 42:13 48:18 49:25 54:17 64:10 82:7 83:18 100:6

**back-up** 59:21 69:8

**backing** 89:1

**backup** 24:2 25:22 27:13 28:14

**backups** 27:16

**bad** 25:8

**bags** 35:21

**ballistic** 86:24

**ballistics** 14:22

**ballpark** 55:25 56:15

**Bass** 8:1

**bathrooms** 88:16

**bear** 91:13

**begin** 8:21

**beginning** 84:4

**belief** 35:25

**Berry** 8:1

**big** 52:12 102:14

**bit** 41:2

**black** 47:22,25 48:19

**blank** 29:13 67:11,13, 14,17,23 68:13 81:20, 22

**blanks** 68:17

**Bleach** 26:8

**blood** 26:11,14,16,20, 22 46:13,25 47:2,5, 10,12,16,23 48:20 49:20 52:2,4,6,9 61:7, 10

**blue** 52:17,21 61:6

**bodily** 26:7,11 49:14, 19

**body** 33:20 37:6 39:20 40:20,21

**Bokovoy** 8:2,3 10:22 11:1 24:12,19 25:5,13 27:22 30:5,11 32:13 38:4 41:13 76:16 77:12 81:23 82:19 83:16,21 84:8 96:8 97:5,9,12 105:15,17, 20

**bolted** 46:2

**bone** 37:6

**bones** 36:23,25 37:1

**bottom** 34:19 47:15 50:11 58:1 68:10

**boy** 38:22

**brand-new** 22:20

**Brandon** 7:10

**Bravo** 8:3

**break** 9:6,7 57:13,15, 16,18 79:15,16,18 101:4

**breaks** 9:5

**breathing** 63:3

**briefing** 70:25

**Brill** 96:5

**brought** 32:23 33:2 64:15

**build** 88:1,12

**building** 18:25 86:18 87:23 88:1,3 92:8,11

**built** 53:20 82:3 87:9

**bullet** 35:13 36:11,12 37:6,9 51:2,12,21

**bulletproof** 36:5,8, 10,17 43:23 44:4 51:15

**bullets** 69:16

**buy** 89:14

**C**

**cadence** 39:6,7 72:15,17 97:18,22,24

**cadences** 73:2

**cage** 37:14

**call** 30:16 43:1 82:1 83:13,15

**called** 8:11 22:23 97:22

**camp** 17:18 98:24

**campus-wide** 17:15

**capability** 103:21

**captain** 17:4

**Care** 68:11

**career** 17:1

**carried** 55:15,19 74:6 93:9 94:22

**carry** 14:1,11,16,21

15:2 60:3,7,11 71:6 74:3

**carrying** 14:6 15:11 72:5 101:14,24 102:2

**cartridges** 68:13

**case** 6:13 7:6,13 12:6, 9 24:4 46:17 59:22 63:6 65:11

**cases** 80:23

**catch** 36:1 49:14,19

**cell** 23:22 25:2,4,11 88:16 102:13

**center** 34:13

**Central** 6:7 79:16

**certified** 29:20,22,23

**cetera** 11:24 92:4

**chair** 11:23 23:22 24:11 26:22 33:3,15 35:11,12,20 37:19,25 38:3 41:25 42:2,6 43:11 45:4,7,10,16, 18,22,24 46:2,12,14, 16,18,21 47:4,10,22, 23 48:1,10,13,14,15, 19,20,23,25 51:22 84:9,13 86:25 88:20 89:14,20 90:6,18 92:15,21,22,25 99:15 102:13 104:12,21,24 105:2

**chairs** 45:12

**chamber** 11:23 19:4, 7,10,14 20:1,3,9 21:2, 4 25:11 26:4,6,14 32:20,24 33:2,7,15,18 36:6 39:19,24 40:20, 22,24 41:3,7,10 42:20 43:17 44:10,13,16 50:9,20 64:15 65:18 70:5 76:24 77:5 81:18 82:3 87:2,9,12,24 88:4,8,10,14 90:14, 19,22 92:7,10 98:5 99:25 102:6,19

**chance** 35:24 51:14 61:7

**change** 93:8

**check** 40:1,12 70:3 101:1

**checked** 40:3

**checks** 63:1

**chest** 52:5

**choose** 20:20 30:8 60:15,23 61:3

**chooses** 30:18

**choosing** 60:11

**chose** 20:23 30:22 60:14,18

**chosen** 22:6,9 30:2 66:17 87:6

**cinderblock** 41:11 42:18

**cinderblocks** 41:12

**cited** 78:21

**cites** 78:19

**clarify** 9:2 88:6

**clean** 26:3,7,9,20 40:22 98:4

**clean-up** 25:25 26:2, 19,25 40:22 74:10 94:8

**cleaning** 26:5

**client** 8:6 24:17 25:15 27:24 30:7 32:15 38:6 41:15 76:18 96:10 97:7

**Clint** 96:5

**Clorox** 26:8

**closely** 52:8

**CMU** 35:18 41:11

**co-counsel** 7:25

**Cody** 7:10

**color** 52:16,19,22 61:3 102:15

**commence** 38:16 39:5 64:10

**commenced** 64:11 69:22

**commissioner** 7:7 13:6 30:17

**Community** 7:23

**compared** 90:16

**compensated** 97:3, 15

**completely** 9:5

**complex** 75:9,12

**computer** 83:19

**concern** 24:14 25:15 27:24 103:4,12

**concerns** 32:6 85:20 86:2,5,7 102:24 103:8

**conclusion** 22:12 39:17

**condemned** 23:22 24:10 25:1,4,11 32:19,23 33:1,4,8,12, 15 34:16 36:24,25 37:10,18,21,24 38:2,9 40:1,2,8,12,15 61:21 62:13 64:7 88:17

**condemned's** 33:20 34:5,7 36:23 37:19 38:13 39:20 40:4 46:13,25 47:5 62:23 64:9

**condition** 9:23 69:4,8

**conditions** 65:17

**conduct** 56:8 68:24

**conducted** 86:10

**conducting** 15:12 22:22

**conducts** 21:6

**confidential** 55:4

**considerations** 60:10

**considered** 94:23

**considers** 73:5,9,20 75:7,17

**consist** 26:6

**construct** 15:2 87:17,21 88:8,19

**constructed** 15:1 82:12 92:14

**constructing** 86:18

**construction** 14:10 16:13 17:12 86:11 89:25 90:10 91:23 92:2,6

**consult** 18:24 19:25 20:8 21:2

**consultants** 19:2

**consulted** 58:20,23 80:20

**consulting** 101:22

**consuming** 74:15

**contact** 66:17

**container** 47:3,15

**continues** 70:14

**continuum** 80:18

**contractors** 19:1

**conversation** 82:22

**copy** 105:10,11

**correct** 23:15 24:23 26:21 27:10 28:6,23 31:23 34:15 39:10 41:4,20,21,23 42:3,5, 7,16,23 43:6,15,25 44:8 45:3,20 48:17,21 49:6,7 50:22 53:11 58:11 64:19 65:2,6,22 67:4,8,12 68:1 71:8 78:17,20 79:6 81:4 84:12,24 86:16 87:3, 10 91:19,21 92:16 104:10

**Correction** 7:7 13:7 83:25 98:9,16 99:4 100:2,19

**Correctional** 18:23, 25 19:5

**Corrections** 6:10 8:5,10 11:12 12:19 13:11 15:23 16:1,4,23 74:4 76:1 99:8 100:13,16

**correctly** 23:12 40:3

**cost** 15:10 54:17 55:7 56:4,5 57:3,6,8 87:17 88:1,3,8,11,19 89:18 91:8,10 92:9 101:17, 18,19,20

**costs** 55:23 78:22 79:3 91:16 101:13,23 102:1

**cotton** 34:2

**counsel** 6:20,23 9:4, 11,16 13:9

**counseling** 76:5

**counselor** 76:1

**count** 49:24

**county** 30:4

**couple** 8:20 10:9 77:24 84:17 93:2 97:17

**court** 6:12 10:12 47:6 74:3,18

**covered** 91:12

**create** 58:24

**created** 59:2

**credentials** 29:19,24

**crisis** 75:19,23 76:6

**criteria** 30:20

**critical** 73:22,24 74:5, 9,11,14

**crosshatched** 42:10

**current** 16:21 20:5 58:6 87:18

**curtains** 33:6,11 40:17 64:6

**D**

**D1a** 66:19

**daily** 74:22,25

**Dan** 8:3 24:12

**dark** 47:25 52:17,21 61:6,13

**date** 6:6 18:11 32:9, 11 58:1 67:21 82:11

**David** 82:1,4

**day** 82:8 96:14

**days** 74:12,16,18,20, 21

**dead** 85:6

**Dean** 7:9

**death** 61:24 64:18

**Deborah** 6:4

**debrief** 85:10

**decade** 55:16

**deceased** 39:21 40:2,4,8,12,15,17 62:6

**decide** 60:6

**decided** 94:17

**decides** 93:12

**decipher** 95:2

**declared** 40:4,17

**decrease** 55:15

**deem** 39:21

**deemed** 6:18

**deep** 35:14

**default** 9:15

**Defendant** 13:5

**defendants** 7:6,13, 15

**Defender** 7:23

**degree** 73:7,11,17

**demonstrate** 65:9,12 66:12 70:14,15

**demonstrated** 65:14

**department** 6:10 7:6 8:5,10 11:12 12:19 13:7,11 15:22 16:1,3, 22 53:11 61:20 72:4 74:4 75:25 83:24 98:8,16 99:3 100:2, 12,19

**depending** 75:2

**depends** 61:1

**depiction** 77:4

**DEPONENT** 105:21

**deposition** 6:9,15, 18,19 8:21 10:4,8 11:8,10,20,25 12:1,12 13:1,13 80:19,20 81:11,25 82:16 83:7, 10 98:7 101:6,12 103:16 105:19

**depositions** 80:23

**deputy** 7:10 17:4

**describe** 90:14 95:20 100:19

**design** 19:25 20:8 21:3 46:16

**designate** 60:6,11

**designated** 12:19

**designating** 60:2

**designed** 46:24 47:4, 16,18

**designee** 70:8

**designing** 21:1

**detected** 70:4

**determination** 62:5

**determine** 69:3

**determined** 96:2

**determines** 59:20 65:21 97:18

**diagnosis** 9:24

Case 3:18-cv-01234   Document 184-43   Filed 03/17/22   Page 113 of 123 PageID #: 11128

**differently** 86:18 90:15

**difficult** 71:12,18,20, 22 72:19,24 75:8,12

**digital** 6:17

**dimension** 87:15

**dimensions** 33:23 40:25 44:20 49:15 50:23 87:1,6,8

**DIO** 59:12

**direct** 102:1

**Directly** 41:25

**director** 16:7,24 17:6, 7,8,9,11 30:17 33:7 38:15 39:2,3,6 59:12, 17,20,25 66:16 67:2 70:8 82:5 85:11 91:19

**director's** 70:8

**director/designee** 59:12

**discuss** 13:22 30:8 83:6,9 95:3,15 101:13

**discussed** 37:14 51:8,18,20 53:24 54:7 77:1 82:24 92:20,23 95:3

**discussing** 77:12 82:11

**discussion** 87:11

**discussions** 85:23

**disqualify** 66:6,8

**District** 6:12,13 7:23

**division** 16:7,24 17:5,7,11 33:7 39:3 91:19

**doctor** 33:14,17,18, 19,21 39:20,21 40:1, 10,11 43:20 64:14,17

**document** 6:20 12:23 13:3 15:18 46:9 48:2,5,7,17 49:2,10 54:13,15 56:25 57:23 59:6 63:19,24 76:20

77:9,17,20,22 79:12

**documented** 54:18 89:11

**documents** 11:9,16, 19,20,21 13:10 80:21 81:5,6,9 82:9 83:9,12 84:3,7 86:12 101:23

**door** 20:13,15,20,24

**double** 101:1

**DPO** 39:2

**drain** 47:10,12

**draining** 47:16

**drains** 47:14

**Draper** 17:20,21,23 18:2,5,14 19:18,19 20:1,4,11,12,17 36:11 40:24 53:15 76:24 77:5 84:10 86:11,13 87:18 92:12

**drugs** 61:23

**dry** 68:19,21,24

**duly** 8:11

**duties** 71:7

---

**E**

**ear** 95:21,22

**earlier** 41:18 54:7 67:5 77:2 81:12

**easiest** 48:9

**Eastern** 7:23 79:17

**edge** 42:11

**education** 10:1

**effect** 40:18 58:13

**effective** 73:15

**efficient** 73:15

**electric** 99:14

**Elite-brentwood** 6:5

**email** 11:22 13:4 77:25 81:14

**emailed** 101:7

**emergency** 76:13,15

**employee** 7:19 62:2

**employees** 21:7,10, 12 56:20

**empty** 45:1

**ensure** 61:24

**ensured** 53:8

**enter** 33:14 40:22

**entered** 7:14,18 37:9

**entering** 39:23

**enters** 33:18 37:6 40:20 47:2

**entire** 18:15 74:8 88:3

**equipment** 13:25 14:23 57:8 69:4

**equipped** 22:1 36:7

**escapes** 76:2

**escort** 23:21 27:14 93:13

**escorted** 40:19

**escorts** 27:5,7 39:20 93:5

**estimate** 55:6,22 56:12

**estimated** 55:9 56:3 95:24

**et al** 6:11

**event** 40:8 69:7

**exact** 18:11 31:7 91:10

**examination** 8:14 13:16 65:5 80:13 104:4,16

**examined** 61:21 62:14

**examiner** 40:21

**excuse** 32:10

**exec-** 54:22

**execute** 47:6 71:12 73:6,10,21 75:7,18 80:5

**executed** 18:10 25:10 52:1 58:13

**executing** 69:11 73:25 75:11,22

**execution** 13:20 14:1,6,11,16,21 15:2, 7,12 18:1,18 19:4,7, 10,11,14,20,23 20:1, 3,9 21:2,3,6,8,13,18 22:22,23,25 23:3 24:11 25:1,3,11 26:3, 4,5,10,13,14,23 27:6 28:4,11 29:3,19,25 30:15,23,24 31:4,6, 14,17,19,22,25 32:3, 7,9,11,12,18,20,22,24 33:2,7,11,14,18 36:6, 23 37:18 38:15,18,25 39:2,5,19,22,24 40:20,23,24 41:3,6,10 42:20 43:11,17,21 44:9,12,16 45:4,7,10, 12,16,18,22,24 46:2 49:23 50:8,20,21 52:24 53:16,23 54:17, 20 55:1,10 56:8 57:4, 24 58:6,8,16,18 59:24 60:4,7,12 61:10,16 63:9,17 64:5,10,11, 15,21 65:10,18 66:13, 24 67:6 68:25 71:5, 15,16,25 72:5 73:17 74:6,16,17,21 75:12 76:9,23 77:5 78:22 79:20,23 80:1,2 81:18 82:3 84:14,18 85:9, 16,21,24 86:3 87:15, 24 88:4,10,14 90:16, 19,22 91:6,9 92:7,10 93:6,8,11,14,22,25 94:1,9,10,13,16,22 95:7,13,17,25 96:7, 14,18 97:4,21 98:5 99:25 100:20 102:6,7, 19,23 103:6 104:7

**executioner** 29:11, 18,24 36:22 51:3 59:21

**executioner's** 38:14, 18,21 55:3 56:5 68:3 88:17

**executioners** 28:10, 12,24 29:2,5,8,14 30:8,14 34:11 39:8 50:24 51:10 59:14,16 60:8 65:8 69:10,15 72:2,17 97:14

**executioners'** 28:19

**executions** 11:13,15, 22 17:23 18:4 19:8, 13,16 53:21 55:15,19 56:16 58:8 61:15 81:1 84:10 86:10,15 89:6 101:15,24 102:2

**executive** 30:17 38:15 39:2,6 59:12, 17,19,25 66:16 67:2 70:8 85:11

**exhibit** 6:21 15:17,19 46:8,10 49:9,11 50:4 57:1 59:5,7 77:8,10 79:11,13

**exhibited** 65:19

**exhibits** 6:17

**existence** 20:4

**exit** 70:5

**expanding** 87:11

**expedite** 91:14

**experience** 22:13,17 30:13

**experienced** 85:4 86:8

**explain** 97:10

**explained** 98:3

**express** 85:20

**expressed** 22:5

**expressly** 80:6

**extent** 92:3

**extra** 51:16

**extremely** 51:5,7

**Eye** 95:21

**eyesight** 74:2

---

**F**

**fabric** 47:23,25 48:1, 19,22,24

**facilities** 14:6,11,16, 21 15:2 17:12 98:16, 18 99:4

**facility** 16:14,15,18 17:20,21,23 18:2,5, 14,16,23,25 19:5,18, 19 20:1,4 36:18 46:22 53:15 76:24 77:5 82:12 84:11 86:11,13 87:12,18,21 91:23,25 92:12,13 99:1,11,17

**fact** 31:18 52:21 54:24 94:21 95:6

**failure** 66:4

**fairly** 101:2

**falls** 18:17

**fatal** 61:22

**feature** 20:13

**features** 50:19

**Federal** 7:22

**fee** 55:4

**feel** 21:25 22:10 48:17 76:3

**feet** 34:23,24 41:4,8 42:2,4 43:12 44:21,22 50:7,25 51:1 65:23 87:2,24 88:10,13 89:15

**felt** 20:10 60:13

**female** 17:17

**Fifteen** 83:4

**figure** 56:10

**filed** 6:12

**filled** 81:21

**final** 57:6 70:3

**financial** 92:1

**find** 82:8

**fine** 9:5 91:15

**fingers** 105:1,3

**fire** 34:12 39:8 68:19, 21 70:10,13,20

**firearm** 29:6,9,12,14 73:15

**firearms** 43:7 65:9 68:6 69:7,8 71:24 89:6 90:24 91:5

**fired** 39:24 42:22 63:16 66:6 72:18 104:7,11

**fires** 68:24

**firing** 13:21 14:1,7,11, 16,21 15:3,7,12 18:19 19:8,19 21:6,13 22:22 23:4,5,7,13 24:11 25:3,10 27:6 28:3,8,9, 11 29:3,18,25 30:14, 22,23,24 31:5,14,18, 19,22,24 32:2,6,11, 18,22 38:25 49:23 52:24 54:21,22 55:1, 10,19 56:16 57:4 58:9 61:15,23 63:17 64:20 65:8,10,23 66:17,24 67:7 68:12,25 69:11 70:9 71:12,17,24 73:6,10,17,21,25 74:6,17 75:8,11,18,23 79:20,23 80:2 84:9 85:17,23 86:14 87:15 89:6 90:16,18,24 91:5,9 93:5,13 94:1, 10,22 95:7,16,19 96:6 97:2 98:9,13 101:14, 24 102:2,7,23 103:6

**firm** 8:1

**fit** 22:11

**five-minute** 79:15

**floor** 26:17 35:22

**flow** 46:13 47:23 48:20

**fluids** 26:7,11 49:14, 19

**foot** 87:23 88:7,9

**footage** 88:3

**form** 19:20,22 21:17 81:21,22 86:20 94:25 96:19 102:9 103:1

**found** 82:9

**four-by-eight** 35:17 42:2

**four-inch** 42:12,13

**fourth** 70:22

**frequently** 31:11

**front** 11:16,19

**full** 53:10

**function** 71:17

**functions** 71:11 73:5, 9,20 75:7,17

---

**G**

**galvanized** 89:23

**Gardner** 18:8,9,18 33:10 38:17 39:22 40:5 50:20 52:1 53:16,23 58:13 59:24 60:7,12 61:16 63:8 66:13 78:22 80:1 84:18,19,25 85:4,9,21 86:3,8 94:16 95:12 97:21 104:6,8,12

**Gardner's** 26:13,23 52:2,7,9,16,19 56:8 84:14 98:5 104:20

**gathered** 72:17 84:2, 6

**Gehrke** 78:5,7,9,18

**General's** 7:5,12,20 8:6,19 83:22 98:12

**Generals** 7:11

**give** 13:8 81:15 97:13

**giving** 49:3 100:6

**glass** 36:5,8,10,13, 15,17 44:5 51:15

**goggles** 51:10 95:21

**good** 6:3 7:3,21 8:2, 16,17 17:2 22:11 43:2 47:9 53:9 60:13 69:4, 7 74:2 80:15,16,17

**gosh** 71:1

**government** 20:17

**grade** 36:9,14,17

**Greg** 12:3

**ground** 8:20

**grouted** 35:19

**guess** 33:24 34:1,22 47:19 51:4,23 54:3 62:8,9 96:5 99:23 100:5

**guessed** 69:18

**guessing** 46:17 57:10 87:4

**Gunn** 8:1

**guns** 43:5

**guys** 30:16

---

**H**

**H1a** 59:11

**H1c** 60:1

**half** 56:4,5 75:1

**hands** 104:20,22,23

**happen** 23:11 51:4 70:11,18

**happened** 23:17 24:5 40:11 51:24 68:8 73:1,3

**happening** 51:18

**happy** 30:9

**hard** 47:19,21

**hashing** 103:23

**Hayden** 7:22

**head** 37:19,20 38:11, 13 64:10 84:21 104:8

**headgear** 51:11 95:20

**hear** 8:22 44:15 84:25 97:21

**heard** 23:12

**hearing** 6:22 74:2

**heart** 33:22 34:5,8,14, 15 37:15 69:21

**hide** 46:25 47:4,23 48:20 61:7,8

**hiding** 61:10

**high** 10:3 42:4 44:24 50:5 73:6,11,16 88:5

**higher** 57:9

**highest** 10:1

**highly** 73:22,24 74:5, 8

**hit** 34:12 37:10,17 51:3,13 54:2 66:4

**hits** 37:6

**hitting** 37:12 51:19 65:24

**hold** 85:9 103:15

**hole** 42:24

**holes** 43:1

**Honeycutt** 6:4 105:14

**hood** 37:20 38:11,12 64:9

**hour** 55:23 75:1

**hourly** 57:5

**hours** 55:9,18 56:7, 18 74:12,13,23 75:1 95:24 96:6,17,24

**houses** 17:16

**huge** 69:17 87:23

**Huh-uh** 22:14

**humane** 47:6 61:9,11

**hundred** 71:4 72:15

---

**I**

**idea** 49:4,5 55:18,21 88:21 89:2,13 94:14 102:16

**identify** 6:24 21:24

**identifying** 59:13

**imagine** 54:3

**implemented** 91:25

**implementing** 15:11

**in-court** 6:22

**inaudible** 60:19

**inch** 50:18

**inch-and-a-half** 50:17

**inches** 35:18 44:21, 24 50:16,17,18

**include** 26:11 49:20 76:13 85:17

**included** 50:9

**including** 9:19 14:22 38:22 48:18 72:6

**incorrect** 48:6,8,16

**increase** 95:8

**increased** 79:4

**individual** 53:12

**individuals** 38:20 75:22

**industries** 98:24

**influence** 9:18

**inform** 63:14

**information** 24:13,14 25:14 27:23 30:7 32:14 38:5 41:14 63:18 76:17 78:10,15 96:10 97:6,10,13,14

**injection** 19:15,21,22

43:20,21 54:21 58:9 86:14 90:15 93:9,11, 22,25 94:9,13

**injections** 86:19

**inmate** 18:7 23:21,23 24:16 61:21 62:6 69:11,14,16 70:14,17

**inmates** 16:16 17:17

**inside** 53:17 84:10 87:22 92:11 96:23

**instance** 64:2 71:24

**Institute** 99:8 100:16

**institution** 7:8 13:8 90:23 99:12

**instruct** 24:17 25:15 27:24 30:7 32:15 38:6 41:15 76:17 96:10 97:7

**instructed** 69:10

**instructions** 75:19, 23

**intended** 83:7 86:14, 19

**intensive** 74:15

**interaction** 75:9

**interest** 22:5

**interested** 21:17,21

**interim** 17:8

**introduce** 7:1

**introducing** 6:20

**invited** 99:3

**involve** 71:12 73:6, 11,21 75:8,12

**involved** 30:20 72:5 73:25 91:16 92:1 93:18 94:20 101:18

**involves** 71:17

**issued** 68:12

**J**

**January** 78:12,14

**Jeremy** 8:1

**job** 16:11 18:13

**jumpsuit** 52:2,7,10, 11,16,19,22 61:4,12, 13

**June** 11:12 16:20 18:11,12 54:18 58:4, 15,21

**K**

**Kevlar** 35:17 41:19, 22,24 42:1,15,17,19 48:16 50:13 86:24 88:25

**kills** 64:25

**kind** 36:20 40:18 54:24

**King** 6:11 7:24

**knew** 60:15,23 82:20

**knowing** 68:16

**knowledge** 14:4 51:24 68:11 86:17 102:1

**L**

**lack** 22:12

**laminate** 44:3

**largest** 96:14,17

**law** 8:1

**layer** 51:16

**layout** 14:5

**leader** 28:16,21 70:9

**leather** 48:12

**Lee** 18:8,9,18 39:22 52:1 59:24 78:22

**left** 26:17,18

**legislature** 79:21,24 80:3,6

**lethal** 19:15,21,22 43:19,21 54:21 58:9 86:14,19 90:15 93:9, 11,22,25 94:9,13 95:2

**level** 10:1 41:12 61:1

**license** 6:5

**licensed** 61:21 62:9

**lieutenant** 17:4

**life** 62:19,24 63:13 65:4 70:15

**limited** 15:5

**live** 29:5,8 67:6,9,10, 23 70:16

**load** 67:24

**loaded** 67:19 68:22 70:16

**loads** 68:2,5

**located** 26:16

**locations** 38:3

**long** 16:9 20:3 25:4, 11 39:23 44:22 51:1 64:20,22 79:23 83:3 89:19 98:4

**long-ways** 35:14,15

**long-wise** 35:14

**looked** 46:21 47:19

**loose** 105:4

**lot** 19:2 96:22 98:24

**low** 88:5

**lower** 48:18

**Lynn** 6:11

**M**

**made** 31:25 32:7 45:4,18 46:5 49:17 55:23 58:17 77:15 92:18 95:7

**maintenance** 14:15

**majority** 79:3

**make** 15:16 23:11,12 26:9 44:4 46:7 61:8, 10 62:5 64:7 70:10 77:7 79:15 84:25

**making** 83:1 91:24

**male** 17:17

**malfunction** 53:1,4

**man** 55:9,18,23 56:7, 17 95:24 96:17

**management** 75:20, 23 76:6

**manual** 58:12,15,21, 24 59:2

**manufacturer** 36:15

**marked** 6:17 15:18 46:9 49:9,10 56:24,25 59:5,6 77:9,18 79:10, 12

**matter** 6:11 7:18

**maximum** 7:8 13:8 17:17 63:12 99:1,10, 12

**Mays** 7:8 13:7

**MD** 62:10

**Meaning** 22:6

**means** 16:1 29:21

**meant** 76:6

**measure** 87:4

**measures** 37:13 51:17 54:8

**media** 11:23 75:14 81:12

**medical** 9:23 34:9 37:16 40:21

**medications** 9:19

**medium** 17:18

**meeting** 82:24 83:3 85:10,12,14,21

**member** 21:16 22:3 27:7 68:2 75:25 76:9

**members** 22:4,9 23:7,13,14,16 24:2,8 25:19,22 26:25 27:11, 13,20 28:3,4,7,8,14, 18 38:24 39:1 68:12 75:3 85:17 96:6,23 97:2

**memo** 95:23 101:22

**mentioned** 12:14 23:19 24:21 28:2 41:18 56:13 81:12 89:21 95:19

**metal** 35:20 46:12,24 48:15 89:14

**method** 80:5

**middle** 6:13 54:25 77:13

**Miller** 7:25

**million** 87:25 88:12

**mimic** 20:11

**mind** 100:7

**minimal** 34:22

**minimum** 17:17

**minute** 64:2,12,14,17

**minutes** 25:20 39:14, 15,18 40:9 62:15 63:2,3 64:5,24 65:1 79:16 83:4,5 98:6 100:25

**missed** 66:11

**misspoke** 7:17

**Mitchell** 7:3,4,17 8:15,18 15:16,20 24:18,20 25:7,9,17,18 28:1 30:9,12 32:17 38:8 41:17 46:7,11 49:8,12 56:23 57:2, 11,14 59:4,8 60:22 72:13 76:19 77:7,16 78:2,24 79:10,14,19 80:8,18 81:7,9 82:15, 19,20 83:6,16,20 86:20 90:2,12 91:12

Case 3:18-cv-01234  Document 184-43  Filed 03/17/22  Page 117 of 123 PageID #: 11132

93:3 94:3,11,25
95:10,23 96:19 98:19
99:5,13,21 100:3,14,
21 102:8,21 103:1,10,
19 104:2,5,14 105:9,
10,15

**Mitchell's** 98:3 101:7

**mixture** 26:8

**moderately** 75:8,12

**modify** 32:2

**moment** 12:22 43:24
44:19 91:13

**month** 31:12

**morning** 6:3 7:3,21
8:2,16,17 80:17

**Mountain** 79:17

**move** 30:9 84:19

**Moved** 17:3

**movement** 84:22
104:7

**muffs** 95:21,22

**multilayer** 44:1

**multiple** 17:14 34:18
38:3 41:12

**mute** 9:11

---

**N**

**names** 21:24 30:20
60:13

**National** 99:8 100:15

**nature** 73:22,24 74:6

**necessarily** 23:13
28:3 62:3 101:16

**needed** 6:21 70:21,22

**Nelson-major** 7:21,
22 72:11 77:11 78:1,
23 79:8 80:10,14
86:21 90:5,13 94:5,15
95:5,11 96:12 97:1,9,
16 98:21 99:9,18,24
100:10,17,24 101:5

102:10,17,22 103:3,
11,14,24 104:17
105:5,12,13

**Nine-minute** 79:16

**noises** 84:25

**noon** 79:16

**normal** 89:13

**notes** 91:11

**notice** 12:25 13:8
94:4 98:20 99:6 100:4
102:9 103:18,21

**noticing** 7:2

**number** 6:6,13 11:14
13:18,25 14:5,15,20
15:19 46:10 49:11
56:24 57:1 59:7 71:9
77:10 78:19,21 79:7,
13 93:8,17 94:17
96:2,4,17 103:17

**numbers** 89:11

**nylon** 45:23 48:12

---

**O**

**O-K-O-V** 8:4

**oak** 48:10,11

**oath** 6:16

**object** 24:13 25:13
27:22 30:5 32:13 38:4
41:13 76:16 86:20
96:8,19 97:5 103:1

**objection** 72:11 78:1,
23 79:8 90:12 94:3,
11,25 95:10 98:19
99:5,13,21 100:3,14,
21 102:8,9,21 103:10

**objections** 6:25

**observation** 23:10
24:21,24 25:19,23
51:13,19 74:10 93:24

**observe** 7:16 24:25
85:3

**observed** 84:22

**obtaining** 59:14

**occur** 31:10 63:25
82:21

**occurred** 22:21
61:24

**occurs** 96:22

**offer** 66:20,24

**offered** 64:7 76:4

**office** 7:5,12,20,23
8:6,19 83:22 88:1
98:12 101:7

**officer** 24:25 66:6
73:12,14 78:11

**Officers** 29:21

**Ohio** 10:10 12:6,9

**open** 16:15,19 33:6,
11 64:6 103:16

**operation** 74:14

**operations** 17:6
18:15

**opinion** 87:14 92:24

**opportunity** 21:23

**opposite** 20:16,18
43:13

**order** 47:6 70:4 73:13
74:2,3,18 76:10,12
105:8

**ordered** 70:9

**orders** 92:4,6

**organs** 69:20

**original** 6:18,20

**outfitted** 19:7,10,14,
19 102:7

**outfitting** 14:20

**outlined** 7:1

**oversaw** 18:15

**oversee** 16:13

**overseeing** 17:11
18:21 91:22

**overtime** 79:5

---

**P**

**p.m.** 105:22

**P.O.S.T.** 29:20,21,22,
23

**PA** 62:10

**packet** 11:23 81:13

**packets** 11:20

**paid** 56:20

**pain** 85:4 86:8

**pan** 47:24 48:20
49:13,15,17

**paper** 34:2,3,4 52:13
69:11

**paragraph** 48:8

**Parker** 6:11 7:7 13:6

**part** 21:17 23:6 27:20
69:17 76:23 85:15
92:10 93:12 94:13

**participant** 76:9

**participate** 21:7,23
66:21,24

**participated** 23:8
90:17 93:10

**participating** 22:5
97:3

**path** 35:10

**Patterson** 85:11

**pay** 12:3,5 79:3

**Pay's** 12:2 101:17

**PDF** 105:10

**peace** 73:12,14

**pending** 31:4,19

**penetrating** 36:13

**Pennsylvania** 7:24

**people** 23:25 60:15,
18,23 73:2 93:4,12,
17,21 94:17

**perform** 15:7 27:11 40:14 57:3

**performed** 17:23 18:1,5,19 31:5,9 53:6 63:4

**performing** 13:20

**performs** 39:6 52:24

**perimeter** 23:10 27:18,21 94:18,24 95:4,8 96:15,16

**period** 39:13

**periodic** 31:21

**periodically** 63:2

**person** 22:19 68:2,5 78:15 84:2 94:17

**personal** 61:1

**personalities** 22:16

**personally** 60:16,18, 24

**personnel** 15:7 100:19

**persons** 60:3

**phonetic** 12:2 96:5

**photo** 45:6

**photograph** 45:9 50:9 76:23

**physician** 61:22 62:5,9,20,23,25 63:14 65:4 70:5

**physician's** 65:4

**picture** 49:25 86:25

**pictures** 11:23

**piece** 22:19 66:10 67:1 74:9,11 89:16

**pinned** 34:17

**place** 32:12 33:21 36:1,4 40:7 50:20 69:18 81:1 85:24

**places** 33:19

**Plaintiff** 7:24 13:9

**plan** 15:1 46:23 92:17

**planned** 36:21

**planning** 14:10

**plate** 35:20

**platform** 46:14 47:15

**play** 22:18,19

**plural** 80:24

**point** 30:6 32:23 37:24

**Police** 29:21

**policy** 11:8,11,13,14 30:21 40:10 57:24 58:6,8 61:20 69:1 71:5 72:3,4 81:3 97:13

**Polycarbonate** 44:3

**polyurethane** 44:2,3

**portal** 43:8 44:19 51:3

**portals** 43:1,2,3,10 44:20 77:1 86:23

**portion** 13:15 48:19

**portions** 48:7

**posed** 102:23 103:7

**position** 16:6 21:25 22:2 30:18 53:10 62:1

**possession** 83:10

**possibility** 35:7 50:2 51:21,23 52:25 53:4 66:20

**possibly** 6:21 54:17

**post** 26:3 76:10,12

**practice** 30:23 31:21 72:7 74:12,13,17

**practices** 31:1,5,8,17

**precautions** 35:25 36:3

**preclude** 68:11

**predetermined** 39:7

**preparation** 81:24

**prepare** 10:18,23 11:3,6 12:12,15 80:19

**prepared** 13:22 14:2, 8,12,17,23 15:3,8,13 70:13 90:15 103:17

**prepares** 40:20

**preparing** 98:7 101:12,13

**presence** 31:25 32:4, 7 79:4

**present** 38:20 50:24 68:8 83:15 85:12,14

**presented** 81:16 101:20

**pretty** 44:5 47:20

**prevent** 51:18 68:16

**previous** 80:23

**previously** 53:5 87:1

**prior** 11:8,20,22,25 12:8 25:3,10 30:24 31:5 54:16 61:16 68:24 74:18 84:14 86:11 95:16

**prison** 16:14,15,18 17:6,8,11,14,16,19 18:21,22

**privilege** 77:15

**procedure** 11:8,11, 13,15 31:25 32:3,7

**procedures** 6:25 64:5 73:22,24 74:5 100:20

**proceedings** 105:22

**process** 64:20 74:8

**production** 13:10

**proficiency** 65:9,12, 14,18,21 66:4,12

**proficient** 74:1

**project** 92:2

**projects** 16:8 17:8,11

91:20

**pronounced** 61:13 78:7 85:6

**pronounces** 64:18

**protect** 37:15

**protected** 24:14 25:14 27:23 30:7 32:14 38:5 41:14 76:17 96:9 97:6,11

**protection** 51:16 95:21

**protocol** 13:20 15:12 40:7 81:1 93:17 101:14

**protocols** 91:25

**prove** 73:14

**public** 78:10,15

**pull** 29:2 68:22

**pulled** 39:11,12 40:18

**pulling** 96:18

**pulse** 40:4

**purchase** 89:24 90:9 92:4,5

**purchased** 57:8 91:5

**purpose** 90:25 97:24

**purposefully** 46:24

**purposes** 6:19,21

**purview** 91:16

**put** 20:20,23 49:25 64:9 81:7,10 101:11

---

### Q

**qualifications** 62:4

**qualified** 22:3

**qualify** 22:1

**quarter-inch** 44:7

**question** 8:22,23,25 9:2,8,10 22:18 24:16, 17 25:6,8,13,16

27:23,25 32:14,16,21
37:5,7,8 38:5,7 41:14,
16 62:21 67:19 76:18
96:11 97:6,8 104:18

**questioning** 98:3

**questions** 8:15 80:9,
10,14 83:1 84:17 89:9
93:2 97:17 100:8
101:1 103:15 104:5,
14,17 105:6

**quick** 57:12

---

**R**

**raise** 102:24 103:7

**raised** 103:4,12

**ran** 84:3

**ranks** 17:4

**rate** 57:5

**read** 11:1,3,6,15 13:4,
19 57:18 69:25 77:24
81:3 86:12 93:19
101:6 105:18

**reading** 63:5 65:25
66:2 76:7 82:9

**ready** 70:10

**real** 57:11

**realize** 103:25

**reason** 79:9 102:5

**reasons** 22:8 53:22

**recall** 25:24 27:15,16
39:23 52:12 56:10,11
83:8 85:22 95:23
99:11,19 100:22,23
102:18 105:1

**receive** 71:6 75:19
76:10

**received** 10:2 11:21,
22 84:8

**recognize** 63:19
76:20

**record** 57:11 103:23,
25

**records** 89:11

**recross** 104:18

**redacted** 57:24 81:17
97:12

**redirect** 103:20 104:1

**reenters** 39:19

**refer** 16:3 28:10,24

**referred** 28:8 31:1
81:20

**referring** 75:15 80:22

**refrain** 77:12

**regular** 34:4 90:9

**rehearsal** 72:6

**rehearsals** 31:2,8
53:5 54:7 74:21,23
75:4

**rejected** 22:4

**related** 83:10 92:6
101:23

**reload** 70:19

**rely** 21:7

**remember** 26:24
39:25 40:3 50:10,11
52:5,6,15 69:1 82:2,6,
18,25 83:17 97:23
98:23,25 102:12

**remotely** 6:17

**repeat** 8:23 25:5
32:21 62:21 91:12

**replicated** 87:8

**reporter** 6:3,4 60:20
105:8,11,18

**Reporting** 6:5

**represent** 6:24 7:5,
12,15,24 8:4 96:16

**representative**
12:20

**require** 56:17 73:16
75:18

**required** 29:19 55:19

**rescind** 66:20

**rescinded** 66:23

**resources** 15:10

**response** 30:6,10

**responsibilities**
16:11 18:13

**responsibility** 21:18

**responsible** 59:13
60:2 92:5

**result** 22:12

**retained** 6:20

**retrieve** 40:21

**review** 12:11 77:23
81:10 83:12 101:22

**reviewed** 12:1,9,10,
15 80:25 81:6 101:16

**revise** 58:21

**revised** 58:2,15

**revisions** 58:17

**rib** 37:10,12,14,17

**ricochet** 35:5,7,24
36:1,4 50:3 51:2,12,
19,22 95:12,16

**rifle** 29:16

**riflemen** 28:25

**rifles** 42:22 45:2
86:24

**riser** 45:24 46:3,5
47:13 49:13,14 89:3,
17,20 92:12,19,25

**risk** 34:20,22 35:1
36:4 51:2 54:1,3,5,9
102:24 103:7

**risks** 35:8

**Riverbend** 7:7 13:8

**Riverside** 99:11

**Rob** 7:4 8:18

**Rodney** 59:24

**role** 16:9,12,21,22

18:21 27:11,14 68:5
76:13,15 85:15

**Ronnie** 18:8,9,18
39:22 52:1 60:12
78:22

**room** 20:18 40:25
50:23 53:20 67:22
82:18,20 87:22 88:4,
17 92:11 94:19

**rooms** 36:6 88:16
102:19

**rotate** 25:20

**roughly** 49:22

**round** 29:13 66:5
67:11,17,23

**rounds** 29:6,8 67:6,9,
10,13,14,19 70:16

**rows** 42:8

**rule** 9:6,15 12:20

**rules** 8:20

---

**S**

**safe** 50:14

**safety** 14:22 35:25
36:3 86:5 91:24

**SAITH** 105:21

**sand** 35:21

**sandbags** 45:13
48:13,14 49:22 50:1,
5,8 88:23

**Sarah** 7:25

**scheduled** 31:15,22

**school** 10:3

**scope** 94:4 98:20
99:6 100:4 102:9

**Scott** 7:9

**screen** 54:11 57:21
81:8,10 83:18,19
101:11

**seated** 33:15 37:18

seconds 17:1 63:5,6

secured 105:2

security 7:8 13:8
23:11 24:14 25:14
27:18,21,24 79:4 95:4
96:15,16 99:1,10,12

seeking 13:10

select 52:18,21 59:16
61:6

selected 21:15

selecting 30:14
59:13

selection 15:6

sentence 48:18

September 6:6 17:25
54:19

sergeant 17:4

serve 93:5

serves 53:13

services 6:5 16:25
17:9 59:14

set 84:2,6 93:17

sets 81:5

setting 94:23

sheet 34:2,3,4 35:17,
20 48:15 50:13

shoot 29:14 72:21
98:2

shooter 34:20 35:4
67:13,16,17,24 68:16,
17

shooters 34:11,24
54:2

shooting 72:24 73:15

short 57:13 79:18
101:4

shot 36:22 72:21,22,
23 73:2

shots 39:24 104:7,11

show 47:18

showed 95:24

showing 48:3 76:20

side 20:16,18,21,24
35:19 42:11,12,13

sides 45:12

sideways 35:15

sign 92:4 105:19

signal 39:4

significant 55:15

signified 64:12

signing 92:5

signs 62:19,24 63:13
65:3 70:4,14

similar 65:17

similarly 51:12

Sims 8:1

single 17:14 66:8

sir 62:22

sit 43:20

site 96:7

sits 46:15 89:17 92:15

sitting 83:18

size 87:12 93:25 94:9,
23 95:8

skill 73:7,11,17

slope 47:2

sloped 47:1,14

slug 35:13

slump 84:21 104:8

sort 85:10

sound 44:9

sounds 17:2

sources 15:1 18:24
19:25 20:8 21:3
58:20,23

spaces 45:1

speak 9:11,16 10:18,

21,23 57:16 81:24
83:21 100:1

speaker 44:16

speakers 44:9,12

speaking 40:5

special 16:7 91:20

specialized 89:21
90:7

specific 23:2 94:21

specifically 17:10
26:24 27:16 53:21

specifics 24:15

speculate 72:14

speculation 90:2,3

spelled 8:3

spending 87:20

spent 88:22,25 89:3,5

spoke 43:24 44:19
85:25

spot 34:18 52:11,13

spots 34:18

squad 13:21 14:1,7,
12,17,22 15:3,7,12
18:19 19:8,19 21:7,13
22:23 23:4,5,7,13
24:11 25:3,10 27:6
28:3,8,9,11 29:3,18,
25 30:14,22,24 31:5,
15,18,19,22,24 32:2,
6,11,19,23 38:25 39:2
49:23 52:25 54:21,23
55:1,10,19 56:17 57:4
58:9 61:16,23 63:17
64:21 65:8,10 66:17,
24 67:7 68:12,25
69:12 70:9 71:12,17
73:6,10,17,21,25
74:7,17 75:8,11,18,23
79:20,24 80:2 84:10
85:18,24 86:15 87:15
89:6 90:16,18,25
91:6,9 93:5,13 94:1,
10,23 95:7,16,19 96:6
97:3 98:9 101:14,24
102:2,7,23 103:6

squads 98:13

square 87:23,24
88:2,7,9,10,13

staff 19:3 21:16,20,21
22:3,4,8 27:7,11,13
61:1 71:5 72:4 74:17
79:3 81:15 102:24

Standard 29:21

start 7:2

started 17:3 72:20

state 6:24 7:1 18:23,
25 19:5 73:13 76:1
91:17 100:12 101:21

stated 53:5

statement 55:14 64:8
96:25

states 6:12 69:1

steel 45:5,19 46:6
48:11 49:18 51:22
89:15,17,20,23

stenographic 6:4

Stephen 78:9

steps 35:1,3 51:6,9
53:3 54:5 68:16 69:3

Steven 6:9 8:7,10
78:5

stop 36:1,12

store 89:25 90:10

stored 90:18,21

strap 23:23

strapped 33:3,4
37:24 38:2 104:12,20,
24

straps 45:21,23 48:1,
11

strike 30:10 69:15

struck 84:20

stuff 91:16

sub-teams 22:25
93:3 96:13

**submitted** 11:10

**subpoena** 13:10,15 103:21

**subpoints** 72:6

**substantially** 65:17

**suffering** 86:8

**suggest** 85:4

**Suggestion** 32:1

**suggestions** 31:24 32:2

**supplies** 55:6

**supply** 89:25

**support** 60:3,8 85:15

**supposed** 72:21

**survey** 81:15,20

**suspect** 56:14

**Sutherland** 7:9

**sworn** 8:12

---

**T**

**takes** 62:23

**taking** 16:21 21:17

**talk** 14:2,8,12,17 15:3, 5,8,13 82:12,15,17

**talked** 67:5 93:3 96:13 98:8,11

**talking** 34:23 35:5,6 71:25 77:14 81:23 82:20 101:9

**tall** 41:6

**tally** 57:6

**tape** 87:3

**taped** 34:16

**target** 33:19,21,23 34:7,13,16,21,24 35:4 52:14 54:2 65:24 66:5,11 69:11,14,18, 20 83:2

**team** 22:23 23:1,3,13, 19,20,25 24:3,21,24 25:19,23,25 26:2,19 27:1,18,21 28:4,16, 19,21 38:25 40:19,22 68:3 70:9 74:10,11 75:2,3 76:10 93:13, 16,22,24 94:8,18,24 95:8

**teams** 23:9,10,11 57:9 60:8

**telephone** 82:22

**temperamental** 22:15

**ten** 10:16 34:2,3 40:9 63:2,3,12 64:24 83:4 99:22 100:6

**Tennessee** 6:13 7:4, 6,11,19 8:19 13:6 83:22,24 98:8,12,15 99:3,15 100:1,18 102:6,19

**term** 23:24 28:7 43:2

**terms** 37:16

**Terry** 6:11 7:24

**test** 66:4

**testified** 8:12 10:12 86:13 87:1 93:4

**testify** 9:20 14:24 103:17

**testimony** 9:24 10:19,24 11:4,7,25 12:1,5,8,11,15 13:11 77:13 101:17

**therapy** 76:3,5

**thick** 35:18 41:9 44:5, 6 50:13,15

**thing** 70:11

**things** 40:18 51:8 57:10 63:25 86:25 89:19 103:19

**thinking** 25:21 38:23 41:1 42:9 44:7,8 101:1

**thought** 71:3 82:8 102:23 103:6

**thousand** 56:4,5

**tie** 23:23

**tie-down** 23:9,19,20, 25 24:3 40:19 74:11 93:21

**tied** 24:10,16 80:16

**tightly** 104:12

**time** 6:7,8,23 9:5 16:25 17:22 30:22 32:9,12 39:7,17 53:10 59:23 62:13 63:25 70:20 72:16,25 74:15 78:10,12 80:1,9,16,18 82:6 98:2 104:11 105:9,16

**time-and-a-half** 56:21

**times** 10:14 25:1

**timing** 71:13,18,20, 22,23 72:19,24

**title** 82:6

**today** 9:21,24 10:19, 24 11:4,7 12:12,16 13:13,23 14:3,8 57:4 81:8 83:2 101:8,11

**today's** 6:6 101:12

**told** 9:4 84:9 88:9

**Tony** 6:11 7:7,8 13:6, 7

**top** 34:19 35:22

**topic** 13:18,22,25 14:2,5,7,10,13,15,18, 20,23 15:1,4,6,8,10, 13

**topics** 13:16 101:6 103:17

**total** 24:8 91:8

**totally** 35:19 59:22

**tour** 99:20,25 100:6,9, 11,18

**toured** 99:10 102:6, 18

**train** 71:14 74:12 96:21,23

**training** 15:6 29:22 70:24 71:6 96:22

**transcribed** 105:9

**transcript** 105:19

**transcripts** 80:22

**transported** 32:19

**tray** 46:12,24 47:12, 14

**trigger** 29:2 39:11,12 68:23

**true** 45:9 77:4 96:24

**truthfully** 9:20

**tubular** 45:5,19 89:15,22

**Turley** 6:9 8:7,10,16 9:18 10:2 11:17 12:18,22 15:21 16:6 24:22 28:2 41:18 48:3 54:11 57:15,20 63:19 76:21 77:12,17 79:20 80:8 86:22 94:6 98:22 102:11 103:15,16 104:6 105:6,15

**Turley's** 30:6

**turning** 61:2

**Twenty** 43:12

**two-by-fours** 35:12, 16 42:6,8,14 45:15 90:6,9

**two-inch** 42:12

**type** 19:11 48:22,24

**types** 19:13,16

---

**U**

**UDC** 15:25 16:4,6 18:24 19:25 20:8,20 21:2,6,7 22:22 23:7, 14,16 27:6 29:2,18,25

Case 3:18-cv-01234   Document 184-43   Filed 03/17/22   Page 122 of 123 PageID #: 11137

30:13,16,23 31:18
32:18,22 35:1,3,8
36:4,23 37:4,12 40:7
46:16 47:4 51:6,17
52:24 53:3 54:6 55:20
57:3,25 58:6,20,23
59:16 62:2,12 63:16
65:10,21 67:5 68:24
69:3,15 70:13 71:5,9,
11,20 73:5,9,17,20
74:17 75:6,17 77:18
78:16 80:5 86:17
87:20 88:22,25 89:3,
5,8 91:23 95:15

**UDC's**  37:10 81:1

**uh-huh**  13:2,12 29:17
55:8,13,24 56:2 58:5
65:20 66:7,22 68:14
70:2,6 73:23 75:21
76:11,14

**understand**  9:1
15:21 28:4 37:5,8

**understanding**
30:25

**Understood**  24:18

**uniformity**  97:25
98:1

**United**  6:12

**upcoming**  21:18
58:16,18

**USCF**  20:12 21:2
36:18 46:22

**Utah**  6:10 8:4,5,10
11:12 12:19 13:11
14:1,7,12,17,22 15:3,
8,13,22 16:1,3,22
17:20,21,23 18:1,23,
25 19:5 31:15 56:17
73:13 76:1 98:9,13
101:15,24 102:3

**Utah's**  13:20 79:21,
24 80:2

**utters**  37:21

---

**V**

**vaguely**  97:23 100:7

**varied**  74:24

**varies**  74:24

**version**  59:1 81:17

**vetted**  21:21

**Victor**  8:4

**videoconference**
6:16

**visible**  47:17

**visit**  99:4

**visited**  98:15

**vital**  62:23 70:4,14

**volley**  40:14,16 61:23
62:12 63:4,13,17
64:25 69:22,23 70:12,
18 84:20,23 85:1,7

**volleys**  63:12 70:13

**volunteers**  21:10,12,
15

---

**W**

**wages**  79:5

**wait**  40:9 62:12

**waited**  39:23

**waiting**  39:13,17

**waits**  63:1

**walk**  64:1 67:22

**wall**  26:17 35:19
41:22,24 42:17,18,23,
24,25 43:13 45:1 77:5

**walls**  41:6,9,11,19

**wanted**  84:17

**warden**  7:8 13:7 17:5,
13,22 18:4,13,17
33:6,8,10 38:14,17
39:3,19 46:19 52:18
53:15,25 54:16 56:9

59:12 60:2,6 63:14
66:16 67:3 70:4 84:11
96:5

**water**  26:9

**weapon**  52:25 65:23
66:5 67:21,22,23
68:13,22 70:16

**weapons**  36:20 39:8,
10 53:8 67:25 68:2
70:10,19 72:18 74:1

**wear**  51:10

**wears**  95:19

**week**  82:18,19

**weeks**  77:24

**weld**  89:14,15,18

**welded**  49:13

**wet**  52:11,13 61:14

**whichever**  44:4

**white**  61:12

**wide**  42:4 50:25

**window**  43:19 51:13,
19

**windows**  43:16,22,23
44:2,6 86:24

**wing**  35:22 50:11

**wings**  35:20,21,23

**witnessed**  61:15

**witnesses**  20:17
27:8 40:19 43:18
44:15 47:17

**word**  85:25

**words**  33:9,12 37:22
38:9 64:8

**work**  17:18 98:24

**working**  53:9 69:4,7
99:7

**Worthington**  82:1,4,
13

**wrap**  101:2

---

**wrong**  38:23 91:19

**wrote**  49:2

---

**Y**

**year**  16:20

**years**  10:9 17:10
99:2,19 100:7

---

**Z**

**zone**  80:16,18

**Zoom**  7:25 82:23
83:12,20