# EXHIBIT 44

TMF 01/21.00    TRAINING AND BRIEFING

TMF 01/21.01    General Provisions

    A.    Purpose of Chapter

        The purpose of this chapter is to provide the policy and procedure concerning briefing and training of staff, members of allied agencies and others involved in an execution.

    B.    Policy

        It is the policy of the Department that staff and others involved in carrying out an execution:

        1.    receive comprehensive briefings covering:

            a.    their duties and responsibilities;

            b.    the specifics of post orders covering assigned positions;

            c.    communication and chain of command;

            d.    overview of functions and activities during the execution;

        2.    are provided copies of post orders outlining the duties and responsibilities of assigned positions;

        3.    receive the level of briefing and training necessary based on the requirements of assigned duties;

        4.    rehearse and practice functions which involve:

            a.    difficult timing;

            b.    a high degree of skill;

            c.    procedures of a highly critical nature; and/or

            d.    moderately difficult or complex interaction with others; and