# EXHIBIT
## 47



Steven Turley
09/17/2021
Ex 02
Deb Honeycutt

Following is a description of the firing squad chair and backing:

**Chair**
The condemned's chair is constructed entirely of oak wood including, the backrest. Attached to the chair are leather restraints to be placed around the wrist, ankle, and stomach of the condemned.  The lower back portion of the chair has black fabric attached to hide blood flow from the chair into the pan.

The chair is bolted to a two inch riser which has been welded into a pan approximately three foot wide by three and one half foot long by two inch deep.

The top of the pan is covered by expanded metal allowing one to stand on top of the pan, yet allows fluids to pass through.

The pan assembly is painted black and is covered by fabric which covers the expanded metal giving the pan a solid appearance. Inside the pan absorbent granules,  and absorbent blankets are placed to absorb body fluids.

The chair and pan assembly are placed on a platform allowing a "level" shot from the gun ports to the chest of the condemned.

**Backing**
Immediately behind the chair is a backstop constructed of two by four by eight white pine. The pine is laminated creating a thickness of approximately three and one half inches.

Behind the backstop is a sand bag wall extending a minimum of four feet from center on each side from the center of the chair.  The sandbag wall is six foot in height, or at least two feet above to height of the condemned head height.

The sandbag and pine backstop are covered with black vinyl plastic which masks splatters, and hides the sandbags, and pine backing plate.

Between the sandbag wall, and the concrete exterior wall, a one quarter inch steel plate is placed as a final barrier to the bullets penitrating from the interior of the building.



Steven Turley
09/17/2021
Ex 03
Deb Honeycutt