EXHIBIT
49

Expert report of Dr. Charles David Blanke, MD, FASCO, FAWM.

1.    I am a tenured professor of medicine at the Knight Cancer Institute of the Oregon Health and Science University in Portland, Oregon. I am a clinical researcher with board certification in medical oncology. I have recognized expertise in end of life medications and related issues and procedures, particularly medical-aid-in-dying (MAID), also known as Death with Dignity.

2.    I have been asked by counsel representing Terry Lynn King to provide opinions related to the lethal injection protocol employed by the Tennessee Department of Correction ("TDOC"), specifically the efficacy and pain-free nature of current MAID practices.

3.    In preparing this report and reaching my expert opinions contain therein, I have reviewed the 2020 Oregon Health Authority Death with Dignity Annual Report as well as the Tennessee Lethal Injection Execution Manual – Execution Procedures for Lethal Injection and the following depositions pertaining to the King case: the Drug Procurer, Executioner, Pharmacist, Warden Tony Mays, Associate Warden Ernest Lewis, Pharmacy Owner, IV Team Member 1, IV Team Member 2, IV Team Member 3, Commissioner Tony Parker in both his individual capacity and as an official TDOC designee, Debbie Inglis, Physician, EMT 1, EMT 2, and EMT 3.

4.    I hold all the expert opinions contained throughout this report to a reasonable degree of medical and scientific certainty.

## I.    Summary of Opinions

5.    Administration of the combination of digoxin, diazepam, morphine, amitriptyline and phenobarbital (DDMAPh) is virtually certain to cause death and will do so quickly and painlessly.

6. DDMAPh contains drugs that are widely available in Tennessee, as prescribed by a licensed physician.

## II. Background and Qualifications

7. My professional qualifications are fully detailed in my curriculum vitae, attached as Exhibit A and are summarized below.

8. I am a practicing end-of-life physician and specialist. I conduct a MAID clinic weekly at Oregon Health and Science University and frequently attend patients' deaths. I have extensive and essentially unparalleled experience with self-administered drugs legally causing death, having directly participated in approximately 187 MAID cases. I have been practicing in this field for 24 years.

9. I have participated in MAID procedures with more than 187 different patients, including extensive experience using the DDMAPh methods I described above. All patients taking the lethal medication that I prescribed or recommended through consultation died and did so peacefully. To the best of my knowledge, I have participated in the most MAID procedures of any doctor in Oregon and possibly within the United States.

10. I have been conducting research in matters related to medical oncology for more than 30 years and have been conducting research in MAID for at least 5 years. I have published MAID results in major journals and presented at national and international cancer conferences. I have also submitted multiple abstracts for national and international oncology conferences on MAID and have given more than 20 academic and community talks on the subject.

11. I have served as a consultant for the states of Hawai'i and Oregon and for the Province of Ontario, Canada. I served as a MAID advisor to the Royal College in Toronto,

2

multiple universities, academic groups, and multiple hospital systems throughout the United States and Canada.

12.     I am a founding member and sit on the executive board of the American Clinicians Academy on Medical Aid in Dying (ACAMAID).

13.     I have published more than 300 academic works including book chapters, editorials, reviews and others. I have edited several textbooks. My curriculum vitae, attached to this report as Exhibit A, lists all of the publications I have authored in the previous 10 years.

14.     I have served as a member of the editorial board for several prominent medical journals and as an ad hoc reviewer for more than 20 journals.

15.     I served on the elected board of directors for the largest cancer society in the world – the American Society of Clinical Oncology.

16.     I provided in-court expert witness testimony in multiple capital punishment cases including states of Alabama, Arkansas, and Ohio. I have provided expert witness testimony for the plaintiffs and have been deposed on several occasions. Over the last 4 years, I have provided expert witness testimony at trial or by deposition in the following cases:

- *Hamm v. Dunn*, No. 17-cv-2083, N.D. Alabama;

- *McGhee, et al. v. Anderson, et al.*, No. 17-cv-0179, E.D. Arkansas;

- *In re: Ohio Execution Protocol Litigation*, No. 11-cv-01016, S.D. Ohio.

17.     I am being compensated at the rate of $400 per hour for research, document review and preparation, travel, depositions, and testimony in this case.

3

### III.    Opinions Regarding Alternative Execution Method Alleged by Plaintiff King

18.    MAID is currently legal in Oregon, Washington, California, Hawai'i, Colorado, Vermont, Maine, New Jersey, Montana, Washington DC, and New Mexico.

19.    There is no peer reviewed scientific literature comparing the various MAID procedures, as the use of MAID medications are off-label. There is extensive personal experience of practitioners such as myself, official data collection by major statisticians, and extensive pharmaceutical discussions on a professional listserv. Jurisdictions with MAID statutes are the only official source of data. These data, along with my extensive research and training, support my expert opinions.

#### A.    The DDMAPh Method:

20.    DDMAPh is now the most commonly used MAID regimen in Oregon, and it is increasingly and commonly used in other states where MAID is legal, including but not limited to Colorado, Washington, and California. DDMAPh consists of digoxin 100 mg, diazepam 1,000 mg, morphine 15,000 mg, amitriptyline 8,000 mg, and phenobarbital 5,000 mg. These are dispensed as powder to be mixed with 4 oz. of water or clear apple juice. For all MAID regimens, the 2020 Oregon Health Authority report details a median time to coma of 5 minutes, and a median time to death of 50 minutes. DDMAPh works extremely rapidly and has been 100% effective at causing death.

21.    The digoxin and amitriptyline cause heart arrythmias (irregular rhythms), including significant slow-down in the heart rate. Morphine is a powerful analgesic. Diazepam is a benzodiazepine, which has hypnotic (sleep inducing) and anxiolytic (anxiety reducing) properties. Phenobarbital is a barbiturate. The combination of the latter three drugs induces a deep coma, which in combination with the pain-killing effect of morphine ensures that death

4

from the irregular heartbeat, plus lowering of the blood pressure, is completely painless and the patient is unaware.

22.     There are no reasons to doubt the applicability of Oregon's data and my own personal experience to condemned prisoners. There is consensus that DDMAPh is a humane and peaceful method to die. Opposition to MAID never questions the use of these specific drugs but rather is generally rooted in ethical or religious opposition.

23.     Specialized training is not required to prepare or administer the DDMAPh mixture. This would likely involve drawing 120 ml of fluid containing the lethal medications into a syringe and then pushing the contents into a nasogastric (NG) tube previously placed into the condemned prisoner's stomach. In most MAID cases, the patients drink the medication from a cup, but I have helped many self-administer it through feeding or NG tubes.

24.     Placement of the NG tube involves spraying the nose and throat with a topical anesthetic (also widely available), ensuring that putting the tube in is painless. Placing the tube takes less than 5 minutes.

25.     In my experience, which is supported by a wide variety of available of data, coma-level unconsciousness comes extraordinarily quickly when the DDMAPh cocktail is used. It often occurs within 30 seconds to 2 minutes and has never exceeded 7 minutes. Death typically follows shortly, and with all of my cases using DDMAPh, it has occurred within 2 hours.

**B. Benefits of DDMAPh Method**

26.     Other complications using DDMAPh or other MAID medications are extremely rare. The deaths induced by DDMAPh are painless and result from a combination of heart irregularities, as well as suppression of respiration and blood pressure. There is no concern of the drugs causing other organ damage or pulmonary edema.

5

27.     In addition, the DDMAPh cocktail renders the patient insensate to pain within seconds to minutes. There is no paralytic effect, which avoids rendering the patient incapable of expressing pain or other discomfort. There is no feeling of distress from slowing the respiration. In extremely rare cases where the mixture of MAID drugs did not cause death, there was no evidence of permanent harm to the patients.

28.     DDMAPh administered through the gut does not subject the patient to discomfort from acidic medications administrated via peripheral IV. The DDMAPh method eliminates pain and suffering from unsuccessful attempts to obtain peripheral intravenous access, as is required in typical lethal injection protocols.

29.     DDMAPh and apple juice are available with ordinary transactional effort throughout the United States and Canada. Each of the drugs in DDMAPh can be obtained from a variety of compounding pharmacies. In Oregon, the cocktail retails for approximately $650 and the drugs have always been available immediately after the prescriptions were written.

**IV.     Conclusions**

30.     In my expert opinion and to a reasonable degree of medical and scientific certainty, using typical MAID doses of DDMAPh administered orally will effectively cause death, without any risk of severe pain or suffering. The materials necessary to administer DDMAPh as an alternative should be available to TDOC with ordinary transactional effort.

31.     I reserve the right to amend or supplement my report by provision of additional information including deposition testimonies and other additional documents.

*Charles D. Blanke, M.D.*

November 17, 2021

6

## CURRICULUM VITAE

| NAME | Charles David Blanke | DATE | MAY 27, 2021 |

### PRESENT POSITION AND ADDRESS

| | |
|---|---|
| **Position:** | Chair, SWOG Cancer Research Network |
| **Academic Rank:** | Professor of Medicine |
| **Department/Division:** | Knight Cancer Institute, Hematology & Medical Oncology |
| **Professional Address:** | 2611 SW 3rd Avenue, MQ280 Portland, OR 97201- 4925 |
| **E-Mail Address:** | blankec@ohsu.edu |

## II. EDUCATION

**Undergraduate and Graduate** (Include Year, Degree, and Institution):

| | |
|---|---|
| 1981-1985 | BS in Medicine, Northwestern University, Evanston, IL |
| 1983-1988 | MD with Distinction, Northwestern University, Evanston, IL |

**Postgraduate** (Include Year, Degree, and Institution):

| | |
|---|---|
| 1988-1991 | Internal Medicine Internship/Residency, Chief Resident, Gundersen Medical Foundation, La Crosse, WI |
| 1991-1994 | Hematology/Oncology Fellowship, Chief Fellow, Indiana University, Indianapolis, IN |

**Certification** (Include Board, Number, Date, and Recertification):

| | |
|---|---|
| 1991 | Diplomate, American Board of Internal Medicine 138447 |
| 1994 | Board Eligibility, ABIM Hematology/Oncology |
| 1995 | Diplomate, ABIM in Medical Oncology (recertification 2005, 2015) |
| 2016 | Advanced Wilderness Medicine Life Support Certification |

**Licenses** (Include State, Date, Status, Number, and Renewal Date):

| | |
|---|---|
| 1994-1998 | Tennessee, 25549 |
| 1998-2008 | Oregon, Unlimited/Unrestricted, MD 21402 |
| 2008-2013 | British Columbia, BC 28347 |
| 2013-present | Oregon, Unlimited/Unrestricted, MD 21402 |

**Additional Medical Education**

| | |
|---|---|
| 1999 | ASCO/AACR Methods in Clinical Cancer Research Workshop |
| 2000 | NIH Protection of Human Research Subjects Course |
| 2003 | HIPAA Education Course |

1

|      | VHA Privacy Policy Training |
|------|------------------------------|
|      | VA Good Clinical Practice Web Training |
|      | NIH Human Participants Protection Education for Research Teams |
|      | VA Human Research Protection Program Training Module |
| 2004 | OHSU Respect at the University |
| 2005 | VA Overview of Good Clinical Practice and Human Subject Protection |
| 2006 | VHA Privacy Policy and HIPAA Training |
|      | VA Cybersecurity Training |
|      | VA Overview of Good Clinical Practice and Human Subject Protection |
| 2007 | VHA Privacy Policy and HIPAA Training |
|      | VA Cybersecurity Training |
|      | VA Overview of Good Clinical Practice and Human Subject Protection |
| 2009 | NCIC CTG Good Clinical Practices Modules 1-5 |
| 2010 | BCCA SOP Training |
|      | Vancouver Coastal Health Infection Control Course |
| 2012 | Hands on LEAN Workshop |
|      | NCIC CTG Good Clinical Practices Modules 1-5 |
|      | NIH Office of Extramural Research FCOI Online Tutorial |
| 2016 | OHSU Integrity Booster |
| 2017 | OHSU Integrity Booster |
| 2017 | Medicare Shared Savings Program Self-Guided ACO Compliance Training |
| 2017 | Collaborative Institutional Training Initiative (CITI Program) |
| 2017 | Medicare Advance Beneficiary Notice (ABN) Course |
| 2018 | OHSU Integrity Booster |
| 2018 | OHSU Privacy and Security Essentials Course |
| 2019 | TeamScience@SWOG Module 1: Enabling, Reinforcing, and rewarding Patient Advocate Engagement |
| 2019 | OHSU Quality and Safety Annual Refresher Course for Physicians and other LIPs |
| 2019 | Respect at the University Course, Diversity Digest |
| 2019 | OHSU Integrity Booster |
| 2020 | Virtual Visit Training Course |
| 2020 | Ethics Training for Special Government Employees Course |
| 2020 | OHSU Quality and Safety Annual Refresher Course for Physicians and other LIPs |
| 2020 | OHSU Integrity Booster |
| 2020 | Imprivata Training Course |
| 2020 | COVID-19 Core Training |

## III. PROFESSIONAL EXPERIENCE

**Academic**     (Include Year, Position, and Institution):

| | |
|------|------|
| 1994-1998 | Assistant Professor, Division of Hematology/Medical Oncology, Vanderbilt University |
| 1994-1998 | Assistant Professor, Division of Hematology/Medical Oncology, VAMC (Nashville, TN) |
| 1998-2000 | Assistant Professor, Division of Hematology/Medical Oncology, Oregon Health & Science University |
| 1998-2000 | Assistant Professor, Division of Hematology/Medical Oncology, VAMC (Portland, OR) |
| 2000-2006 | Associate Professor, Division of Hematology/Medical Oncology, Oregon Health & Science University |
| 2000-2006 | Associate Professor, Division of Hematology/Medical Oncology, VAMC (Portland, OR) |
| 2006-2008 | Professor, Division of Hematology/Medical Oncology, Oregon Health & Science University |
| 2006-2008 | Professor, Division of Hematology/Medical Oncology, VAMC (Portland, OR) |
| 2009-2012 | Professor, Medical Oncology, University of British Columbia |
| 2013-present | Professor, Hematology/Medical Oncology, Oregon Health & Science University |

2

**Administrative** (Include Year, Position, and Institution):

| | |
|---|---|
| 1999-2001 | Director, Clinical Research Management Shared Resource, Oregon Cancer Center |
| 2002-2003 | Director, GI Oncology Focus Group/Program |
| 2004-2007 | Director, Solid Tumors Program, Oregon Cancer Center |
| 2009-2009 | Interim Head, Medical Oncology, Abbotsford Cancer Centre |
| 2008-2009 | Head, Medical Oncology, Vancouver Cancer Centre |
| 2008-2010 | Leader, Provincial Systemic Therapy Program, British Columbia Cancer Agency |
| 2008-2012 | Head, Medical Oncology, Vancouver General Hospital |
| 2008-2012 | Chief, Division of Medical Oncology, University of British Columbia |
| 2010-2013 | Vice-President, Systemic Therapy, British Columbia Cancer Agency |

**Other**      (Include Year, Position, and Institution):

| | |
|---|---|
| 2012-2013 | Chair Elect, SWOG |
| 2013-present | Chair, SWOG |

## IV. SCHOLARSHIP

**Area(s) of Research/Scholarly Interest:** GI oncology (GIST, colorectal cancer), End of Life

**Grants and Contracts:**

**Federal**      (Include Title, Source, PI, Amount, Period, and % Effort)

NCI                    PI: Blanke      1995-1998
Phase II trial of gemcitabine in refractory or relapsed small-cell lung cancer: Eastern Cooperative Oncology Group Trial 1597. 5%

NIH                    PI: Blanke      1997-1998
Taxol-based pre-op chemoradiation for pancreatic cancer. 5%

NCI                    PI: Blanke      2000-2001
Quality of Colorectal Cancer Care. 5%

SWOG/GI Intergroup      PI: Blanke      2003 – 2004
A phase III trial of mFOLFOX6 +/- bevacizumab, cetuximab, or bevacizumab and cetuximab, as first-line therapy in patients with previously untreated advanced colon cancer. 5%

SWOG/GI Intergroup      PI: Blanke      2005 – 2011
A phase III trial of mFOLFOX6 +/- bevacizumab, cetuximab, or bevacizumab and cetuximab, as first-line therapy in patients with previously untreated advanced colon cancer. 5%

SWOG/ICAS              PI: Blanke      2008 – 2009
A phase III trial of imatinib with or without bevacizumab, as first-line therapy in patients with advanced gastrointestinal stromal tumors.  5%

NIH  U10CA142559-01  PI: Blanke      2010 – 2013
Establishing the BCCA as a major SWOG centre. 5%

U10 CA032102          PI: Blanke      07/16/1981 – 12/31/2014
NIH/NCI                                  Annual Direct Costs: $5,793,451
Southwest Oncology Group (SWOG) Treatment Grant.

U10 CA037429          PI: Blanke      09/30/1983 – 05/31/2015              1.8 Calendar Months

3

Effort
NIH/NCI                                    Annual Direct Costs: $5,898,822
Southwest Oncology Group (SWOG) Community Clinical Oncology Program Research Base.


U24 CA114748        PI: Blanke    08/25/2005 – 03/31/2015          0.6 Calendar Months
Effort
NIH/NCI                                    Annual Direct Costs: $1,098,100
Southwest Oncology Group (SWOG) Biorepository.


U10 CA180888        PI: Blanke    03/01/2014 – 02/18/2025          7.7 calendar months
Effort
NIH/NCI                                    Annual Direct Costs: $10,953,895
SWOG Network Group Operations Center of the NCI National Clinical Trials Network (NCTN).


UG1 CA189974        PI: Blanke    08/01/2014 – 07/31/2025          1.8 Calendar Months
Effort
NIH/NCI                                    Annual Direct Costs: $6,409,658
SWOG NCI Community Oncology Research Program (NCORP) Research Base.


**Other Support** (Include Title, Source, PI, Amount, Period, and % Effort)


US Bioscience         PI: Blanke         1994-1996      $34,034
A phase II, trial of Neutrexin, 5-fluorouracil and leucovorin and leucovorin in previously untreated
patients with unresectable or metastatic colorectal cancer.

British Biotech        Role: Co-Investigator   1995-1996      $31,153
A randomized, open label, dose finding, parallel group study of intrapleural batimastat (BB-94) in
patients with malignant pleural effusion.

Upjohn                Role: Co-Investigator   1995-1996      $53,030
Phase II open-label prospective evaluation of age as a risk factor for chemotherapy toxicity.

Lilly                  Role: Co-Investigator   1995-1996      $38,150
Phase II of LY231514 (thymidylate synthase inhibitor) administered IV every 21 days in patients with
pancreatic cancer.

US Bioscience         PI: Blanke         1995-1999      $45,365
A double-blind placebo controlled, randomized phase III trial of 5-fluorouracil (5-FU) and leucovorin
(LCV) +/- Neutrexin (TMTX) in previously untreated patients with advanced colorectal cancer.

Astra Medical         Role: Co-Investigator   1996-1997      $29,829
Randomized phase II trial of first line chemotherapy in patients with advanced adeno- or squamous CA
of the esophagus: lobaplatin vs/ lobaplatin/5-FU vs. cisplatin/5-FU.

Pharmacia/Upjohn      Role: Co-Investigator   1996-1998      $28,967
A phase III, randomized, controlled clinical trial of irinotecan, 5-fluorouracil, and leucovorin in advanced
colorectal cancer.

US Bioscience         PI: Blanke         1996-1998      $18,398
A phase II trial of trimetrexate, 5-fluorouracil and leucovorin in previous treated patients with
unresectable or metastatic colorectal cancer.

British Biotech        Role: Co-Investigator   1997-1998      $45,307
A double-blind placebo controlled randomized study comparing gemcitabine and marimastat vs.

4

gemcitabine and placebo as first line therapies in patients with locally advanced or metastatic pancreatic cancer.

Vertex                     Role: Co-Investigator   1997-1998      $8,200
Phase II study of the efficacy and safety of VX-710 plus doxorubicin versus doxorubicin along in patients with hepatocellular carcinoma.

Pharmacia & Upjohn    PI: Blanke          1998-2000      $66,750
A multi-center phase II study of CPT-11 and 5FU/leucovorin in patients with previously untreated gastric adenocarcinoma.

Moertel Fdn           PI: Blanke          1998-2000      $50,000
A phase I study of vitamin E, 5FU, and leucovorin for advanced malignancies.

Targon                Role: Co-Investigator   1999-2002      $45,013
Multi-center, non-randomized, open extension study of Morphelan in patients with chronic, moderate to severe pain who have completed a prior Morphelan clinical trial.

Targon                Role: Co-Investigator   1999-2002      $44,063
A multi-center, randomized, double-blind, double-dummy, parallel groups study of Morphelan in patients with chronic, moderate to severe pain.

Avi Biopharma         Role: Co-Investigator   1999-2002      $46,625
A phase II randomized study comparing the safety and efficacy of avicine to avicine administered with gemcitabine in patients with pancreatic cancer.

Oregon Ca Ctr Pilot Project Grant     PI: Blanke    1999-2002      $60,000
A phase I study of celecoxib, 5-fluorouracil, and leucovorin in patients with advanced colorectal cancer.

Monsanto Pharmacia   PI: Blanke          2000-2002      $75,000
A phase II study of celecoxib with CPT-11, 5-fluorouracil, and leucovorin in patients with advanced colorectal cancer.

BMS Onc GI 9908       PI: Blanke          2000-2002      $90,600
Phase I trial of UFT + leucovorin, cisplatin, and RT in treatment of potentially resectable esophageal cancer.

Oregon Ca Ctr Pilot Project Grant     PI: Blanke    2000-2002      $25,000
STI571 in malignant gastrointestinal stromal tumors.

Tularik Inc           Role: Co-Investigator   2000-2004      $136,487
A phase I/II open label study of T138067-sodium in patients with advanced, surgically-unresectable hepatocellular carcinoma.

Novartis      CSTI   PI: Blanke          2000-2008      $728,752
A phase II study of STI 571 in patients with unresectable or metastatic malignant gastrointestinal stromal tumors expressing c-kit.

Pharmacia/BMSO 01030459 PI: Blanke       2001-2002      $9,000
A phase II study of irinotecan and paclitaxel in patients with adenocarcinoma of the upper gastrointestinal tract.

Telik TLK286          Role: Co-Investigator   2001-2003      $132,256.20

Phase II study of TLK286 in advanced locally recurrent or metastatic colorectal cancer.

5

Avi Biopharma AVI-138-Pan-9801        Role: Co-Investigator 2002-2002        $10,362.50
A phase II randomized study comparing the safety and efficacy of avicine to avicine administered with
gemcitabine in patients with pancreatic cancer (suppl).

Aventis                 PI: Blanke           2002-2004        $285,250

Phase II study of calcitriol-enhanced docetaxel in patients with previously untreated metastatic or locally
advanced pancreatic cancer.

Oregon Cancer Inst, Pancreatic Ca Res Fdn      PI: Blanke 2002-2005    $40,000
A phase I/II trial of neoadjuvant celecoxib, 5-fluorouracil, and irradiation in potentially resectable
adenocarcinoma of the pancreas.

Millenium M34102-04    Role: Co-Investigator    2003-2005      $193,200
A randomized, multicenter, open-label, phase 2b study of velcade alone and velcade plus irinotecan in
patients with relapsed or refractory colorectal carcinoma.

Novartis CPKC412A    PI: Blanke        2004-2006        $589,680.78
A phase I/II, open label study of PKC412 in combination with imatinib in patients with imatinib-resistant
gastrointestinal stromal tumors.

Pfizer                 Role: Co-Investigator    2004-2007      $156,950

A phase III, randomized, double-blind, placebo-controlled study of SU011248 in the treatment of patients
with imatinib mesylate resistant or intolerant malignant gastrointestinal stromal tumor.

Amgen 20080259      PI: Blanke          2011-2013
A phase III randomized double-blind placebo-controlled study of pegfilgrastim in advanced colorectal
cancer patients treated with FOLFOX or FOLFIRI.


**Publications/Creative Work:**


Peer-reviewed Journal Articles

1.    Blanke CD, Clark C, Broun ER, Tricot G, Cunningham I, Cornetta K, Hedderman A, Hromas R:
      Adenovirus infections in T-cell depleted allogeneic bone marrow transplants. Journal of Cellular
      Biochemistry, supp 18B:60, 1994.
2.    Blanke CD, Clark C, Broun ER, Tricot G, Cunningham I, Cornetta K, Hedderman A, Hromas R:
      Evolving pathogens in bone marrow transplantation: Increased fatal adenoviral infections.
      American Journal of Medicine, 99:326-328, 1995.
3.    Blanke CD, Ansari R, Mantravadi R, Gonin R, Tokars R, Fisher W, Pennington K, O'Connor T,
      Rynard S, Miller M, Einhorn L: A phase III trial of thoracic irradiation with or without cisplatin for
      locally advanced unresectable non-small cell lung cancer: A Hoosier Oncology Group protocol.
      Journal of Clinical Oncology 13:1425-1429, 1995.
4.    Blanke CD, Loehrer P, Nichols C, Einhorn L: A phase II trial of VP-16, ifosfamide, cisplatin,
      vinblastine, and bleomycin in advanced germ cell tumors. Am J Clin Oncol 19:487-491, 1996
5.    Johnson D, Paul D, Hande K, Shyr Y, Blanke CD, Murphy B, Lewis M, DeVore R: Paclitaxel plus
      carboplatin in advanced non-small cell lung cancer: A phase II trial. Journal of Clinical Oncology
      14:2054-2060, 1996.
6.    Blanke CD, Delgalvis S, Nichols C: Late recurrence of seminoma. Southern Medical Journal

90:653-655, 1997.

7.  Blanke CD, DeVore R, Shyr Y, Murray M, Epstein B, Hande K, Stewart S, Johnson D: A pilot study of protracted low-dose cisplatin and etoposide with concurrent thoracic radiotherapy in unresectable stage III non-small cell lung cancer. International Journal Radiation Biology Physics, 37:111-116, 1997.

8.  Blanke CD, Kasimis B, Schein P, Capizzi R, Kurman M: A phase II study of trimetrexate, 5-fluorouracil, and leucovorin for advanced colorectal cancer. Journal of Clinical Oncology 15:915-920, 1997.

9.  Hoff SJ, Sawyers JL, Blanke CD, Choy H, Stewart JR: Prognosis of adenocarcinoma arising in Barrett's Esophagus. Annals of Thoracic Surgery 65(1):176-80, discussion 180-1, 1998.

10. Sandler A, Blanke C, Monaco F, Carey MA, Ansari R, Fisher B, Spiridonidis CH, Einhorn L, Nichols C: CODE (cisplatin, vincristine, doxorubicin, etoposide) plus granulocyte-colony stimulating factor in advanced non-small-cell lung cancer: A Hoosier Oncology Group phase II trial. American Journal of Clinical Oncology 21(3):294-7, 1998.

11. Washington K, Chiappori A, Hamilton K, Shyr Y, Blanke C, Johnson D, Sawyers J, Beauchamp D: Expression of beta-catenin, alpha-catenin, and E-cadherin in Barrett's esophagus and esophageal adenocarcinomas. Modern Pathology 11(9):805-813, 1998.

12. Rose AT, Rose DM, Pinson CW, Wright JK, Blair T, Blanke C, Delbeke D, Debelak JP, Chapman WC: Hepatocellular carcinoma outcomes based on indicated treatment strategy. The American Surgeon, 64(12):1128-34, discussion 1134-1135, 1998.

13. Rose DM, Chapman WC, Brockenbrough AT, Wright JK, Rose AT, Meranze S, Mazer M, Blair T, Blanke CD, Debelak JP, Pinson CW: Transcatheter arterial chemoembolization as primary treatment for hepatocellular carcinoma. American Journal of Surgery 177(5):405-10, 1999.

14. Scoggins CR, Meszoely IM, Blanke CD, Beauchamp RD, Leach SD: Non-operative management of primary colorectal cancer in patients with stage IV disease. Annals of Surgical Oncology 6(7):651-657, 1999.

15. Blanke CD*, Hemmer PA*, Witte RS: Acute tumor lysis syndrome with choriocarcinoma. Southern Medical Journal 93(9):916-19, 2000. *Equal contribution

16. John W, Picus J, Blanke CD, Clark JW, Schulman LN, Rowinsky EK, Thornton DE, Loehrer PJ: Activity of multitargeted antifolate (pemetrexed disodium, LY231514) in patients with advanced colorectal cancer: Results from a phase II study. Cancer 88(8):1807-13, 2000.

17. Saltz LB, Cox JV, Blanke C, Rosen LS, Fehrenbacher L, Moore MJ, Maroun JA, Ackland SP, Locker PK, Pirotta N, Elfring GL, Miller LL: Irinotecan plus fluorouracil and leucovorin for metastatic colorectal cancer. New England Journal of Medicine 343(13):905-14, 2000.

18. Miller KD, Picus J, Blanke C, John W, Clark J, Shulman LN, Thornton D, Rowinsky E, Loehrer PJ Sr: Phase II study of the multitargeted antifolate LY231514 in patients with advanced pancreatic cancer. Annals of Oncology 11(1):101-3, 2000.

19. Blanke CD, Stipanov M, Morrow J, Rothenberg M, Chinery R, Shyr Y, Coffey R, Johnson DH, Leach SD, Beauchamp RD: A Phase I study of vitamin E, 5-fluorouracil, and leucovorin for advanced malignancies. Investigational New Drugs 19(1):21-7, 2001.

20. Blanke CD, Haller DG, Benson AB, Rothenberg ML, Berlin J, Mori M, Hsieh YC, Miller LL: A phase II study of irinotecan with 5-fluorouracil and leucovorin in patients with previously untreated gastric adenocarcinoma. Annals of Oncology 12(11):1575-1580, 2001.

21. Thirion P, Piedbois P, Buyse M, O'Dwyer PJ, Cunningham D, Man A, Greco FA, Colucci G, Kohne CH, Di Constanzo F, Piga A, Palmeri S, Dufour P, Cassano A, Pajkos G, Pensel RA, Aykan NF, Marsh J, Seymour MT, Meta-Analysis Group in Cancer: Alpha-interferon does not increase the efficacy of 5-fluorouracil in advanced colorectal cancer. British Journal of Cancer 84:611-620, 2001.

22. Blanke CD, Eisenberg BL, Heinrich MC: Gastrointestinal stromal tumors. Current Treatment

Case 3:18-cv-01234   Document 184-49   Filed 03/17/22   Page 14 of 64 PageID #: 11187

Options in Oncology 2(6):485-491, 2001.

23. Karamlou TB, Vetto J, Corless C, DeLoughery T, Faigel D, Blanke CD: Metastatic breast cancer presenting as refractory anemia and gastric polyps: A case report and review of the literature. Southern Medical Journal 95(8):922-925, 2002.

24. Demetri GD*, von Mehren M*, Blanke C.D.*, van den Abbeele AD, Eisenberg B, Roberts PJ, Heinrich MC, Tuveson DA, Singer S, Janicek M, Fletcher JA, Silverman S, Silberman S, Capdeville R, Kiese B, Peng B, Dimitrijevic S, Druker BJ, Corless C, Fletcher CD, Joensuu H*: Efficacy and safety of imatinib mesylate in advanced gastrointestinal stromal tumors. New England Journal of Medicine 347(7):472-80, 2002. *Equal contribution

25. Blanke CD, Shultz J, Cox J, Modiano M, Isaacs R, Kasimis B, Shilsky R, Fleagle J, Moore M, Kemeny N, Carlin D, Hammershaimb L, Haller D: A double-blind placebo-controlled randomized phase III trial of 5-fluorouracil and leucovorin, plus or minus trimetrexate, in previously untreated patients with advanced colorectal cancer. Annals of Oncology 13(1):87-91, 2002.

26. Punt CJ, Blanke CD, Zhang J, Hammershaimb L: Integrated analysis of overall survival in two randomised studies comparing 5-fluorouracil/leucovorin with or without trimetrexate in advanced colorecal cancer. Annals of Oncology 13(1):92-4, 2002.

27. Heinrich MC, Blanke CD, Druker BJ, Corless CL: Inhibition of KIT tyrosine kinase activity: A novel molecular approach to the treatment of KIT positive malignancies. Journal of Clinical Oncology 20(6):1692-1703, 2002.

28. Heinrich MC, Corless CL, Demetri GD, Blanke CD, von Mehren M, Joensuu H, McGreevey LS, Chen CJ, Van den Abbeele AD, Druker BJ, Kiese B, Eisenberg B, Roberts PJ, Singer S, Fletcher CD, Silberman S, Dimitrijevec S, Fletcher JA: Kinase mutations and imatinib response in patients with metastatic gastrointestinal stromal tumor. Journal of Clinical Oncology 21(23):4342-4349, 2003.

29. Hayes-Lattin B, Blanke CD, DeLoughery TG: Pulmonary and intracerebral plasmacytomas in a patient without multiple myeloma: A case report. American Journal of Hematology 73(2):131-134, 2003.

30. Masters GA, Declerck L, Blanke C, Sandler A, DeVore R, Miller K, Johnson D, Eastern Cooperative Oncology Group: Phase II trial of gemcitabine in refractory or relapsed small-cell lung cancer: Eastern Cooperative Oncology Group Trial 1597. Journal of Clinical Oncology 21(8):1550-1555, 2003.

31. Hecht JR, Blanke CD, Benson AB 3rd, Lenz H-J: A phase II trial of CPT-11 and paclitaxel in metastatic adenocarcinoma of the esophagus and gastric cardia. Oncology 17(9 Supp 8):13-15, 2003.

32. Demetri GD, Benjamin R, Blanke CD Choi H, Corless C, DeMatteo RP, Eisenberg BL, Fletcher CDM, Maki RG, Rubin BP, Van den Abbeele AD, von Mehren M, NCCN GIST Task Force: NCCN Task Force Report: Optimal Management of Patients with Gastrointestinal Stromal Tumors (GIST): Expansion and Update of NCCN Clinical Practice Guidelines. Journal of the National Comprehenisive Cancer Network, 2(supp 1):S1-26, 2004.

33. Bono P, Krause A, von Mehren M, Heinrich MC, Blanke CD, Dimitrejevic S, Demetri GD, Joensuu H: Serum KIT and KIT ligand levels in patients with gastrointestinal stromal tumors treated with imatinib. Blood 103(8):2929-2935, 2004.

34. Blanke CD, Mattek NC, Deloughery TG, Koop DR: A phase I study of 5-fluorouracil, leucovorin, and celecoxib in patients with incurable colorectal cancer. Prostaglandins and Other Lipid Mediators 75(1-4):169-172, 2005.

35. Tedesco KL, Berlin J, Blanke CD, Teng M, Choy H, Roberts J, Beauchamp RD, Leach S, Wyman K, Tarpley J, Shyr Y, Caillouette C, Chakravarthy B: A Phase I Trial of Orzel (UFT+leucovorin), Cisplatin, and Radiation Therapy in the Treatment of Potentially Resectable Esophageal Cancer. International Journal of Radiation Biology Physics 61(5):1364-1370, 2005.

8

36. Blanke CD: Low dose versus high dose imatinib for gastrointestinal stromal tumors. Nature Clinical Practice Gastroenterology & Hepatology 2: 77, 2005.

37. Sargent DJ, Wieand HS, Haller DG, Gray R, Benedetti JK, Buyse M, Labianca R, Seitz JF, O'Callaghan CJ, Francini G, Grothey A, O'Connell M, Catalano PJ, Blanke CD, Kerr D, Green E, Wolmark N, Andre T, Goldberg RM, De Gramont A: Disease-free survival versus overall survival as a primary endpoint for adjuvant colon cancer studies: Individual patient data from 20,898 patients on 18 randomized trials. Journal of Clinical Oncology 23(34):8664-8670, 2005.

38. Blanke CD, Eisenberg BL, Heinrich M: Epidemiology of GIST in the United States (corr). American Journal of Gastroenterology 100(10):2366, 2005.

39. Blanke CD, Corless CL: State-of-the art therapy for gastrointestinal stromal tumors. Cancer Investigation 23(3):274-80, 2005.

40. Williamson SK, McCoy SA, Gandara DR, Dakhil SR, Yost KJ, Paradelo JC, Atkins JN, Blanke CD, Abbruzzese JL: Phase II trial of gemcitabine plus irinotecan in patients with esophageal cancer: A Southwest Oncology Group Trial. American Journal of Clinical Oncology 29(2):116-122, 2006.

41. Unger JM, Coltman CA Jr, Crowley JJ, Hutchins LF, Martino S, Livingston RB, Macdonald JS, Blanke CD, Gandara DR, Crawford ED, Albain KS: Impact of the year 200 Medicare policy change on older patient enrollment to cancer clinical trials. Journal of Clinical Oncology 24(1):141-144, 2006.

42. Heinrich MD, Corless CL, Blanke CD, Demetri GD, Joensuu H, Roberts PJ, Eisenberg BL, von Mehren M, Fletcher CD, Sandau K, McDougall K, Ou WB, Chen CJ, Fletcher J: Molecular correlates of imatinib resistance in GIST. Journal of Clinical Oncology 24(29):4764-74, 2006.

43. Dragovich T, McCoy S, Fenoglio-Preiser C, Wang J, Benedetti JK, Baker AF, Hackett CB, Urba SG, Zaner KS, Blanke CD, Abbruzzese JL: Phase II trial of erlotinib in gastroesophageal junction and gastric adenocarcinomas: SWOG 0127. Journal of Clinical Oncology 24(30):4922-27, 2006.

44. Gupta M, Sheppard BC, Corless CL, MacDonell KR, Blanke CD, Billingsley KG: Outcome following surgical therapy for gastrointestinal stromal tumors. Journal of Gastrointestinal Surgery 10(8):1099-1105, 2006.

45. Huse DM, von Mehren M, Lenhart G, Joensuu H, Blanke C, Feng W, Demetri G: Cost effectiveness of imatinib mesylate in the treatment of advanced gastrointestinal stromal tumours. Clinical Drug Investigation 27(2):85-93, 2007.

46. Kim DW, Blanke CD, Wu H, Shyr Y, Berlin J, Beauchamp RD, Chakravarthy B: Phase II study of preoperative paclitaxel/cisplatin with radiotherapy in locally advanced esophageal cancer. International Journal of Radiation Oncology Biology Physics 67(2):397-404, 2007.

47. Allegra C, Blanke CD, Buyse M, Goldberg R, Grothey A, Meropol NJ, Saltz L, Venook A, Yothers G, Sargent D: End Points in advanced colon cancer clinical trials: A review and proposal. Journal of Clinical Oncology 25(24):3572-75, 2007.

48. Agaimy A, Pelz AF, Corless CL, Wunsch PH, Heinrich MC, Hofstaedter F, Dietmaier W, Blanke CD, Wieacker P, Roessner A, Hartmann A, Schneider-Stock R: Epithelioid gastric stromal tumours of the antrum in young females with the Carney triad: a report of three new cases with mutational analysis and comparative genomic hybridization. Oncology Reports 18(1):9-15, 2007.

49. Blanke CD, Demetri GD, von Mehren M, Heinrich MC, Eisenberg B, Fletcher JA, Corless CL, Fletcher CD, Heinz D, Wehre E, Nikolova Z, Joensuu H: Long-term results from a randomized phase II trial of standard versus higher-dose imatinib mesylate for patients with unresectable or metastatic gastrointestinal stromal tumors expressing KIT. Journal of Clinical Oncology 26(4):620-625, 2008.

50. Blanke CD, Rankin C, Demetri GD, Ryan CW, von Mehren M, Benjamin RS, Raymond AK, Bramwell VH, Baker LH, Maki RG, Tanaka M, Hecht JR, Heinrich M, Fletcher CD, Crowley JJ, Borden EC: Phase III randomized, Intergroup trial assessing imatinib mesylate at two dose levels in patients with unresectable or metastatic gastrointestinal stromal tumors expressing the

9

KIT receptor tyrosine kinase: S0033. Journal of Clinical Oncology 26(4):626-632, 2008.

51.    Heinrich MC, Owzar K, Corless CL, Hollis D, Borden EC, Fletcher CD, Ryan CW, von Mehren M, Blanke CD, Rankin C, Benjamin RS, Bramwell VH, Demetri GD, Bertagnolli MM, Fletcher JA: Correlation of Kinase Genotype and Clinical Outcome in the North American Inter-Group Phase III Trial of Imatinib Mesylate for Treatment of Advanced GI Stromal Tumor (CALGB 150105). Journal of Clinical Oncology 26(33):5360-67, 2008.

52.    Chan JS, Harding CO, Blanke CD: Postchemotherapy hyperammonemic encephalopathy emulating ornithine transcarbamoylase (OTC) deficiency. Southern Medical Journal 101(5):543-5, 2008.

53.    Sarff M, Rogers W, Blanke C, Vetto JT: Evaluation of the tumor board as a Continuing Medical Education (CME) activity: Is it useful? Journal of Cancer Education 23(1):51-6, 2008.

54.    Eisenberg BL*, Harris J, Blanke CD*, Demetri GD*, Heinrich MC, Watson JC, Hoffman JP, Okuno S, Kane JM, von Mehren M*: Phase II trial of neoadjuvant/adjuvant imatinib mesylate for advanced primary and metastatic recurrent operable gastrointestinal stromal tumor: Early results of RTOG 0132/ACRIN 6665. Journal of Surgical Oncology 99(1):42-47, 2009. *Equal contribution

55.    Blanke CD, Beer TM, Todd K, Mori M, Stone M, Lopez C: Phase II study of calcitriol-enhanced docetaxel in patients with previously untreated metastatic or locally advanced pancreatic cancer. Investigational New Drugs 27(4):374-378, 2009.

56.    Demetri GD, Wang Y, Wehrle E, Racine A, Nikolova Z, Blanke C, Joensuu H, von Mehren M: Imatinib plasma levels are correlated with clinical benefit in patients with unresectable/metastatic gastrointestinal stromal tumors. Journal of Clinical Oncology 27(19):3141-47, 2009.

57.    DeMatteo Ballman KV, Antonescu CR, Maki RG, Pisters PW, Demetri GD, Blackstein ME, Blanke CD, von Mehren M, Brennan MF, Patel S, McCarter MD, Polikoff JA, Tan BR, Owzar K, ACOSOG Intergroup Adjuvant GIST Study Team: Randomized trial of adjuvant imatinib mesylate following the resection of localized, primary, GIST. Lancet 373(9669):1097-1104, 2009.

58.    Rink L, Skorobogatko Y, Kossenkov AV, Belinsky MG, Pajak T, Heinrich MC, Blanke CD, von Mehren M, Ochs MF, Eisenberg B, Godwin AK: Gene expression signatures and response to imatinib mesylate in gastrointestinal stromal tumor. Molecular Cancer Therapeutics 8(8):2172-2182, 2009.

59.    Whitehead RP, Rankin C, Hoff PM, Gold PJ, Billingsley KG, Chapman RA, Wong L, Ward JH, Abbruzzese JL, Blanke CD: Phase II trial of romidepsin (NSC-630176) in previously treated colorectal cancer patients with advanced disease: A Southwest Oncology Group study (S0336). Investigational New Drugs 27(5):469-75, 2009.

60.    Gastrointestinal Stromal Tumor Meta-Analysis Group [CD Blanke, co-author]: Comparison of two doses of imatinib for the treatment of unresectable or metastatic gastrointestinal stromal tumors: A meta-analysis based on 1640 patients. Journal of Clinical Oncology 28:1247-1253, 2010.

61.    de Gramont A, Hubbard J, Shi Q, O'Connell MJ, Buyse M, Benedetti J, Bot B, O'Callaghan C, Yothers G, Goldberg RM, Blanke CD, Benson A, Deng Q, Alberts SR, Andre T, Wolmark N, Grothey A, Sargent D: Association between disease-free survival and overall survival when survival is prolonged after recurrence in patients receiving cytotoxic adjuvant therapy for colon cancer: Simulations based on the 20,800 patient ACCENT data set. Journal of Clinical Oncology 28(3):460-465, 2010.

62.    Rubin BP, Blanke CD, Demetri GD, Dematteo RP, Fletcher CD, Goldblum JR, Lasota J, Lazar A, Maki RG, Miettinen M, Noffsinger A, Washington MK, Krausz T: Protocol for the examination of specimens from patients with gastrointestinal stromal tumor. Archives of Pathology and Laboratory Medicine 134(2):165-170, 2010.

63.    Gold PJ, Goldman B, Iqbal S, Leichman LP, Zhang W, Lenz H-J, Blanke CD: Cetuximab as second-line therapy in patients with metastatic esophageal cancer: A phase II SWOG Study

10

(S0415). Journal of Thoracic Oncology 5(9):1472-76, 2010.

64.     Moinpour CM, Vaught NL, Goldman B, Redman MW, Philip PA, Millwood B, Lippman SM, Seay TE, Flynn PJ, O'Reilly EM, Rowland KM, Wong RP, Benedetti J, Blanke CD: Pain and emotional well-being outcomes in SWOG-directed Intergroup trial S0205: A phase III randomized, open-label study comparing gemcitabine plus cetuximab (IMC-225) versus gemcitabine as first-line therapy of patients with advanced pancreas cancer. Journal of Clinical Oncology 28(22):3611-16, 2010.

65.     Philip PA, Benedetti J, Corless CL, Wong R, O'Reilly EM, Flynn PJ, Rowland KM, Atkins JN, Mirtsching BC, Rivkin SE, Khorana AA, Goldman B, Fenoglio-Preiser CM, Abbruzzese JL, Blanke CD: Phase III study comparing gemcitabine plus cetuximab versus gemcitabine in patients with advanced pancreatic adenocarcinoma: Southwest Oncology Group–directed Intergroup trial S0205. Journal of Clinical Oncology 28(22):3605-3610, 2010.

66.     Philip PA, Benedetti J, Goldman B, Lowy A, Blanke C: Reply to S. Boeck et al. Journal of Clincal Oncology 29:372-e73, 2010.

67.     Blanke CD, Huse DM: Cost-effectiveness of tyrosine kinase inhibitor therapy in metastatic gastrointestinal stromal tumors. Journal of Medical Economics 13(4):681-90, 2010.

68.     Blanke CD, Chansky K, Christman KL, Hundahl SA, Issell BF, Van Veldhuizen PJ Jr., Budd GT, Abbruzzese JL, MacDonald JS: S9511: A Southwest Onclogy Group Phase II study of trimetresate, 5FU, and leucovorin in unresectable or metastatic adenocarcinoma of the stomach. American Journal of Clinical Oncology 33(2):117-20, 2010.

69.     Van Glabbeke M., Verweij J., Blay J-Y., Debiec-Rychter M., Demetri G.D., Heinrich M.C., Borden E.C., Redman B.G., Blanke C.D., Rankin C., Crowley J.J., Casali P., von Mehren M., Fletcher C., Fletcher J., Owzar K., Zalcberg J., Simes J., Bramwell-Wesley V. Comparison of two doses of imatinib for the treatment of unresectable or metastatic gastrointestinal stromal tumors: a meta-analysis of 1,640 patients. Journal of Clinical Oncology 28(7):1247-1253, 2010.

70.     Renouf DJ, Lim HJ, Speers C, Villa D, Gill S, Blanke CD, O'Reilly SE, Kennecke H: Survival for metastatic colorectal cancer in the bevacizumab era. Clinical Colorectal Cancer 10(2):97-101, 2011.

71.     Pisters PW, Blanke CD, von Mehren M, Picus J, Sirulnik A, Stealey E, Trent JC, registry Steering Committee: A USA registry of gastrointestinal stromal tumor patients: Changes in practice over time and differences between community and academic practices. Annals of Oncology 22(11):2523-9, 2011.

72.     Iqbal S, Goldman B, Fenoglio-Preiser CM, Lenz HJ, Zhang W, Dannenberg KD, Shibata SI, Blanke CD: Southwest Oncology Group study S0413: A phase II Trial of GW572016 (lapatinib) as first line therapy in patients with advanced or metastatic gastric cancer. Annals of Oncology 22(12):2610-2615, 2011.

73.     Sargent D, Shi Q, Yothers G, Van Cutsem E, Cassidy J, Saltz L, Wolmark N, Bot B, Grothey A, Buyse M, de Gramont A, for the Adjuvant Colon Cancer End-points (ACCENT) Group. Two or three year disease-free survival (DFS) as a primary end-point in stage III adjuvant colon cancer trials with fluoropyrimidines with or without oxaliplatin or irinotecan: Data from 12,676 patients from MOSAIC, X-ACT, PETACC-3, C-06, C-07 and C89803. European Journal of Cancer. May;47(7):990-6, 2011.

74.     Yothers G, Sargent DJ, Wolmark N, Goldberg RM, O'Connell MJ, Benedetti JK, Saltz LB, Dignam JJ, Blackstock AW, ACCENT Collaborative Group. [CD Blanke, collaborator]. Outcomes among black patients with stage II and III colon cancer receiving chemotherapy: an analysis of ACCENT adjuvant trials. Journal of the Nationall Cancer Institute, Oct 19; 103(20):1498-506, 2011.

75.     Blanke CD*, Goldberg RM*, Grothey A*, Mooney M*, Roach N*, Saltz LB*, Welch JJ*, Wood WA*, Meropol NJ*, on behalf of the NCI GI Steering Committee Colon Cancer Task Force:

Case 3:18-cv-01234   Document 184-49   Filed 03/17/22   Page 18 of 64 PageID #: 11191

KRAS and Colorectal Cancer: Ethical and Pragmatic Issues in Effecting Real Time Change in Oncology Clinical Trials and Practice. Oncologist 16(8):1061-8, 2011. *Equal contribution

76.  Iqbal S, Rankin C, Lenz H-J, Gold PJ, Ahmad SA, El-Khouueiry AB, Messino MJ, Holcombe RF, Blanke CD: A phase II trial of gemcitabine and capecitabine in patients with unresectable or metastatic gallbladder cancer or cholangiocarcinoma: Southwest Oncology Group Study 0202. Cancer Chemotherapy and Pharmacology 68(6):1595-1602, 2011.

77.  Blanke CD, Bot BM, Thomas DM, Bleyer A, Kohne CH, Seymour MT, de Gramont A, Goldberg RM, Sargent DJ: Impact of young age on treatment efficacy and safety in advanced colorectal cancer: A pooled analysis of patients from nine first-line phase III chemotherapy trials. Journal of Clinical Oncology 29(20):2781-86, 2011.

78.  Leichman LP, Goldman BH, Bohanes PO, Lenz H-J, Thomas CR, Billingsley KG, Corless CL, Iqbal S, Gold PJ, Benedetti JK, Danenberg KD, Blanke CD: S0356: a phase II clinical and prospective molecular trial with oxaliplatin, fluorouracil, and external-beam radiation therapy before surgery for patients with esophageal adenocarcinoma. Journal of Clinical Oncology 29(34):4555-60, 2011.

79.  Chu DZC, Hussey MA, Alberts DS, Meyskens FL jr, Fenoglio-Preiser CM, Rivkin SE, Mills GM, Giguere JK, Blanke CD, Goodman GE: Colorectal chemoprevention pilot study (SWOG-9041), randomized and placebo controlled: The importance of multiluminal lesions. Clinical Colorectal Cancer 10(4):310-16, 2011.

80.  Wang D, Zhang Q, Blanke CD, Demetri GD, Heinrich MC, Watson JC, Hoffman JP, Okuno S, Kane JM, von Mehren M, Eisenberg BL: Phase II trial of neoadjuvant/adjuvant imatinib mesylate for advanced primary and metastatic/recurrent operable gastrointestinal stromal tumors (GIST): Long-term follow-up results of RTOG 0132. Annals of Surgical Oncology Jul;19(7):2420, 2012.

81.  Tomblyn MB, Goldman BH, Thomas CR Jr, Benedetti JK, Lenz H-J, Mehta V, Beeker T, Gold PJ, Abbruzzese JL, Blanke CD; SWOG GI Committee: Cetuximab plus cisplatin, irinotecan, and thoracic radiotherapy as definitive treatment for locally advanced, unresectable esophageal cancer: a phase-II study of the SWOG (S0414). Journal of Thoracic Oncology 7(5):906-12, 2012.

82.  El-Khoueiry AB, Rankin CJ, Ben-Josef E, Lenz H-J, Gold PJ, Hamilton RD, Gonvindarajan R, Eng C, Blanke CD: SWOG 0514: A phase II study of sorafenib in patients with unresectable or metastatic gallbladder carcinoma and cholangiocarcinoma. Investigational New Drugs 30(4):1646-51, 2012.

83.  Hubbard J, Thomas DM, Yothers G, Green E, Blanke C, O'Connell MJ, Labianca R, Shi Q, Bleyer A, de Gramont A, Sargent D: Benefits and adverse events in younger versus older patients receiving adjuvant chemotherapy for colon cancer: Findings from the Adjuvant Colon Cancer Endpoints data set. Journal of Clinical Oncology 30(19):2334-9, 2012.

84.  Smalley SR, Benedetti JK, Haller DG, Hundahl SA, Estes NC, Ajani JA, Gunderson LL, Goldman B, Martenson JA, Jessup JM, Stemmermann GN, Blanke CD, Macdonald JS: Updated Analysis of SWOG-Directed Intergroup Study 0116: A phase III trial of adjuvant radiochemotherapy versus observation following curative gastric cancer resection. Journal of Clinical Oncology 30(19):2327-33, 2012.

85.  McCarter MD, Antonescu CR, Ballman KV, Maki RG, Pisters PW, Demetri GD, Blanke CD, von Mehren M, Brennan MF, McCall L, Ota DM, DeMatteo RP; American College of Surgeons Oncology Group (ACOSOG) Intergroup Adjuvant Gist Study Team: Microscopically positive margins for primary gastrointestinal stromal tumors: analysis of risk factors and tumor recurrence. Journal of the American College of Surgeons 215(1):53-9; discussion 59-60, 2012.

86.  Wang D, Zhang Q, Blanke CD, Demetri GD, Heinrich MC, Watson JC, Hoffman JP, Okuno S, Kane JM, von Mehren M, Eisenberg BL: Phase II trial of neoadjuvant/adjuvant imatinib mesylate (IM) for advanced primary and metastic/recurrent operable gastrointestinal stromal tumor (GIST): Long-term follow-up results of RTOG0132. Annals of Surgical Oncology 19(4):1074-

1080, 2012.

87.  Van Loon K, Wigler D, Niedzwiecki D, Venook A, Fuchs C, Blanke C, Saltz L, Goldberg RM, Meyerhardt JA: Comparison of dietary and lifestyle habits among stage III and metastatic colorectal cancer patients: Findings from CALGB 89803 and 80405. Clinical Colorectal Cancer 12(2):95-102, 2013.

88.  Butts C, Kamel-Reid S, Batist G, Chia S, Blanke C, Moore M, Sawyer MB, Desjardins C, Dubois A, Pun J, Bonter K, Ashbury FD. Benefits, issues, and recommendations for personalized medicine in oncology in Canada. Current Oncology Oct;20(5):e475-83, 2013.

89.  Cheung WY, Shi Q, O'Connell M, Cassidy J, Blanke CD, Kerr DJ, Meyers J, Van Cutsem E, Alberts SR, Yothers G, Sargent DJ, ACCENT Collaborative Group: The predictive and prognostic value of sex in early-stage colon cancer: A pooled analysis of 33,345 patients from the ACCENT database. Clinical Colorectal Cancer 12:179-187, 2013.

90.  Louie SG, Lenz H-J, Albain KS, Gotay C, Coleman D, Raghavan D, Shields AF, Gold PJ, Blanke CD: Higher cpaecitabine AUC in elderly patients with advanced colorectal cancer (SWOG 0030). British Journal of Cancer 109:1744-1749, 2013.

91.  Gordon MA, Gundacker HM, Benedetti J, MacDonald JS, baranda JC, Levin WJ, Blanke CD, Elatre W, Weng P, Zhou JY, Lenz H-J, Press MF: Assessment of HER2 gene amplification in adenocarcinomas of the stomach or gastroesophageal junction in the INT-0116/SWOG9008 clinical trial. Annals of Oncology 24:1754-1761, 2013.

92.  Kennecke H, Chen L, Blanke CD, Cheung WY, Schaff K, Speers C. Panitumumab monotherapy compared with cetuximab and irinotecan combination therapy in patients with previously treated KRAS wild-type metastic colorectal cancer. Current Oncology, Dec:20(6):326-32, 2013.

90.  El-Khoueiry AB, Rankin C, Siegel AB, Iqbal S, Gong I-Y, Micetich KC, Kayaleh O, Lenz H-J, Blanke CD. SWOG S0941 study of sorafenib and erlotinib in patients with advanced gallbladder carcinoma or cholangiocarcinoma. British Journal of Cancer 110:882-887, 2014.

91.  Ulrich CM, Rankin C, Toriola AT, Makar KW, Altug-Teber O, Benedetti JK, Holmes RS, Smalley SR, Blanke CD, Lenz H-J. Polymorphisms in folate-metabolizing enzymes and response to 5-fluorouracil among stage II or III rectal cancer patients (INT-0144; SWOG 9304). Cancer Nov 1;120(21):3329-3337, 2014.

92.  Corless CL, Ballman KV, Antonescu CR, Kolesnikova V, Maki RG, Pisters PWT, Blackstein ME, Blanke CD, Demetri GD, Heinrich MC, von Mehren M, Patel S, McCarter MD, Owzar K, DeMatteo RP: Pathologic and molecular features correlate with long-term outcome after adjuvant therapy of resected primary GI stromal tumor: the ACOSOG Z9001 trial. Journal of Clinical Oncology 32:1563-1570, 2014.

93.  Philip PA, Goldman B, Ramanathan RK, Lenz H-J, Lowy AM, Whitehead RP, Zhang W, Iqbal S, Gaur R, Benedetti JK, Blanke CD. Dual blockade of epidermal growth factor receptor (EGFR) and insulin-like growth factor receptor-1 (IGF-1R) signaling in metastatic pancreatic cancer: phase Ib and randomized phase II trial of gemcitabine, erlotinib, and cixutumumab versus gemcitabine plus erlotinib (SWOG S0727). Cancer Oct 1;120(19) 2980-2985, 2014.

94.  Kennecke H, Yu J, Gill S, Cheung WY, Blanke CD, Speers C, Woods R. Effect of M1a and M1b category in metastatic colorectal cancer. Oncologist Jul;19(7):720-726, 2014.

95.  Ellis L, Blanke CD, Roach N: "Losing the Battle with Cancer". JAMA Oncology Apr; 1 (1):13-14, 2015.

96.  Bohanes P, Rankin CJ, Blanke CD, Winder T, Ulrich CM, Smalley SR, Rich TA, Martensen JA, Benson III A, Mayer RJ, Cripps CM, Danenberg K, Makar KW, Zhang W, Benedetti JK, Lenz H-J: Pharmacogenetic analysis of INT 0144 trial: Association of polymorphisms with survival and toxicity in rectal cancer patients treated with 5-FU and radiation. Clinical Cancer Research, 21 (7), 1583-1590, 2015.

97.  Christen WG, Glynn RJ, Gaziano JM, Darke AK, Crowley JJ, Goodman PJ, Lippman SM, Lad

13

TE, Bearden JD, Goodman GE, Minasian LM, Thompson IM Jr, Blanke CD, Klein EA. Age-related cataract in men in the selenium and vitamin e cancer prevention trial eye endpoints study: a randomized clinical trial. JAMA Ophthalmology Jan;133(1):17-24, 2015.

98. Ben-Josef E, Guthrie KA, El-Khoueiry AB, Corless CL, Zalupski MM, Lowy AM, Thomas, Jr. CR, Alberts SR, Dawson LA, Micetich, KC, Thomas MB, Siegel AB, Blanke CD: SWOG S0809: A phase II intergroup trial of adjuvant capecitabine/gemcitabine followed by radiotherapy and concurrent capecitabine in extrahepatic cholangiocarcinoma and gallbladder carcinoma. Journal of Clinical Oncology, Aug 20;33(24):2617-2622, 2015.

99. Ramanathan RK, McDonough SL, Kennecke HF, Iqbal S, Baranda JC, Seery TE, Lim HJ, Hezel AF, Vaccaro GM, Blanke CD: A phase II study of MK-2206, an allosteric inhibitor of AKT as second line therapy for advanced gastric and gastroesophageal junction cancer, SWOG Cooperative group trial (S1005). Cancer Jul 1;121(13):2193-2197, 2015.

100. Tefferi A, Kantarjian H, Rajkumar SV, Baker LH, Abkowitz JL, Adamson JW, Advani RH, Allison J, Antman KH, Bast RC Jr, Bennett JM, Benz EJ Jr, Berliner N, Bertino J, Bhatia R, Bhatia S, Bhojwani D, Blanke CD, et al. In Support of a Patient-Driven Initiative and Petition to Lower the High Price of Cancer Drugs. Mayo Clinic Proceedings Aug;90(8):996-1000, 2015.

101. Siegel AB, El-Khoueiry AB, Finn RS, Guthrie KA, Goyal A, Venook AP, Blanke CD, Verna EC, Dove L, Emond J, Kato T, Samstein B, Busuttil R, Remotti H, Coffey A, Brown RS Jr. Phase I trial of sorafenib following liver transplantation in patients with high-risk hepatocellular carcinoma. Liver Cancer, Mar;4(2):115-25, 2015.

102. Renfro LA, Grothey A, Kerr D, Haller DG, Andre T, Van Cutsem E, Saltz L, Labianca R, Loprinzi CL, Alberts SR, Schmoll H, Twelves C, Yothers G, Sargent DJ. Survival following early-stage colon cancer: an ACCENT-based comparison of patients versus a matched international general population [Collaborators: K Guthrie, C Blanke]. Annals of Oncology 26(5):950-958, 2015.

103. Hershman DL, Unger JM, Wright JD, Ramsey S, Till C, Tangen CM, Barlow W, Blanke CD, Thompson IM, Hussain M: Adverse Health Events Following Intermittent and Continuous Androgen Deprivation in Metastatic Prostate Cancer Patients. (SWOG 9346). JAMA Oncology, Apr 1;2(4): 453-461, 2016.

104. Unger JM, Barlow WE, Ramsey SD, LeBlanc M, Blanke CD, Hershman DL. The scientific impact of positive and negative phase III cancer clinical trials. JAMA Oncology, Jul 1;2(7):875-881, 2016.

105. Bailey HH, Chuang LT, duPont NC, Eng C, Foxhall LE, Merrill JK, Wollins DS, Blanke CD: American Society of Clinical Oncology Statement: Human Papillomavirus Vaccination for Cancer Prevention. Journal of Clinical Oncology, May 20;34(15):1803-1812, 2016.

106. Blanke CD, Dematteo RP. Duration of Adjuvant Therapy for Patients with Gastrointestinal Stromal Tumors: Where Is Goldilocks When We Need Her? JAMA Oncology Jun 1;2(6):721-722, 2016.

107. Heinrich MC, Rankin C, Blanke CD, Demetri GD, Borden EC, Ryan CW, von Mehren M, Priebat DA, Tap WD, Maki RG, Corless CL, Fletcher JA, Owzar K, Crowley JJ, Benjamin RS, Baker LH: Long-term results of imatinib mesylate in advanced gastrointestinal stromal tumors(GIST) correlated with next generation sequencing results: SWOG phase III intergroup trial S0033. JAMA Oncology, Jul 1;3(7):944-952, 2017.

108. Chung V, McDonough S, Philip PA, Cardin D, Wang-Gillam A, Hui L, Tejani MA, Seery TE, Dy IA Al Baghdadi T, Hendifar AE, Doyle LA, Lowy AM, Guthrie KA, Blanke CD, Hochster HS: Effect of Selumetinib and MK-2206 vs Oxaliplatin and Fluorouracil in Patients With Metastatic Pancreatic Cancer After Prior Therapy: SWOG S1115 Study Randomized Clinical Trial. JAMA Oncology Jul 1;3(7):944-952, 2017.

109. Ellis LM, Blanke CD, Kohn E: Words matter: restoring respect and dignity when referring to people with cancer. Cancer, 123(13):2390-2391, 2017.

110. Blanke CD, LeBlanc M, Hershman D, Ellis L, Meyskens F: Characterizing 18 years of death with dignity in Oregon. JAMA Oncology, Oct 1;3(10):1403-1406, 2017.

14

111.  Yao JC, Guthrie KA, Moran C, Strosberg JR, Kulke MH, Chan Ang J, Loconte N, McWilliams RR, Wolin EM, Mattar M, McDonough S, Chen H, Blanke CD, Hochster HS: Phase III Prospective Randomized Comparison Trial of Depot Octreotide Plus Interferon Alfa-2b Versus Depot Octreotide Plus Bevacizumab in Patients With Advanced Carcinoid Tumors: SWOG S0518. Journal of Cinical Oncology May 20;35(15):1695-2017, 2017.

112.  Chung V, McDonough S, Philip PA, Cardin D, Wang-Gillam A, Hui L, Tejani M, Seery T, Dy I, Al Baghdadi T, Hendifar A, Doyle LA, Lowy A, Guthrie K, Blanke C, Hochster H. Effect of Selumetinib and MK-2206 vs Oxaliplatin and Fluorouracil in Patients with Metastatic Pancreatic Cancer After Prior Therapy: SWOG S1115 Study Randomized Clinical Trial. JAMA Oncology Apr 1;3(4):516-522, 2017.

113.  Spence RA, Blanke CD, Keating TJ, et al: Responding to patient requests for hastened death: Physician aid in dying and the clinical oncologist. Journal of Oncology Practice Oct;13(10):693-699:693-699, 2017.

114.  Unger JM, LeBlanc M, Blanke CD: the scientific of positive SWOG treatment on survival of patients with cancer in the US population. JAMA Oncology, Oct 1;3(10):1345-1351, 2017.

115.  Pinter T, Klippel Z, Cesas A, Croitoru A, Decaestecker J, Gibbs P, Hotko Y, Jassem J, Kurteva G, Novotny J, O'Reilly S, Salek T, Reiner M, Morrow PK, Choi M, Whittaker S, Blanke CD: A Phase III Randomized, Double-blind, Placebo-controlled Trial of Pegfilgrastim in Patients Receiving First-line FOLFOX/Bevacizumab or FOLFIRI/Bevacizumab for Locally Advanced or Metastatic Colorectal Cancer: Final results of the Pegfilgrastim and Anti-VEGF Evaluation Study (PAVES) Clinical Colorectal Cancer, Jun;16(2):103-114, 2017.

116.  Venook A, Niedzwiecki d, Lenz H-J, Innocenti F, Fruth B, Meyerbardt JA, Schrag D, Greene C, O'Neil BH, Shaw JE, Atkins JN, El-Khoueiry AB, Berry S, Polite B, O'Reilly EM, Goldberg R, Hochster H, Schilsky R, Bertagnolli M, Mayer RJ, Balnke CD: Effect of First-line Chemotherapy Combined with Cetuximab or Bevacizumab on Overall Survival in Patients with KRAS Wild-type Advanced or Metastatic Colorectal Cancer: A Randomized Clinical Trial. Journal of the American Medical Association, Jun 20;317(23):2392-2401, 2017.

117.  Herbst R, Redman M, Kim E, Semrad T, Bazhenova L, Masters G, Oettel K, Guaglianone P, Reynolds C, Karnad A, Arnold S, Varella-Garcia M, Moon J, Mack P, Blanke CD, Hirsch F, Kelly K, Gandara DA randomized, phase III study of carboplatin/paclitaxel or carboplatin/paclitaxel/bevacizumab with or without concurrent cetuximab in patients with advanced non-small cell lung cancer: SWOG S0819. Lancet Oncology, Jan: 19(1):101-114, 2018.

118.  Bubalo JS, Herrington JD, Takemoto M, William P, Edwards MS, Williams C, Fisher A, Palumco A, Chen E, Blanke CD, Lopez C: Phase II open label pilot trial of aprepitant and palonosetron for the prevention of chemotherapy-induced nausea and vomiting (CINV) in patients receiving moderately emetogenic FOLFOX chemotherapy for the treatment of colorectal cancer. Supportive Care Cancer, Apr;26(4):1273-1279, 2018.

119.  Blanke C, Ellis L, Meyskens F. Oregon's Death with Dignity Act: Reply. JAMA Oncology 4(5):748, 2018.

120.  Leichman C, McDonough S, Smalley S, Billingsley K, Lenz H, Beldner M, Hezel A, Velasco M, Guthrie K, Blanke C, Hochster H. SWOG S0713: A phase II study of cetuximab added to induction chemotherapy of oxaliplatin and capecitabine, followed by neoadjuvant chemoradiation for locally advanced rectal cancer. Clinical Colorectal Cancer Mar;17(1):e121-e125, 2018.

121.  Unger JM, Barlow W, Tangen CM, Ramsey SD, Thompson IM, Klein EA, LeBlanc M, Blanke CD, Goodman P, Minasian LM, Hershman DL. The scientific impact and value of large, NCI-sponsored randomized phase III cancer chemoprevention trials. Cancer Epidemiology, Jun 21;55:117-122, 2018.

122.  Chen EY, Blanke CD, Haller DG, Benson AB, Dragovich T, Lenz HJ, Robles C, Li H, Mori M, Mattek N, Sanborn RE, Lopez CD. A Phase II Study of Celecoxib With Irinotecan, 5-Fluorouracil, and Leucovorin in Patients With Previously Untreated Advanced or Metastatic Colorectal Cancer. American Journal of Clinical Oncology, Dec;41(12):1193-1198, 2018.

15

123. Bertagnolli MM, Blaney SM, Blanke CD, Curran WJ, Dancey J, Mannel RS, O'Dwyer PJ, Schnall MD, Wolmark N; Coalition of Cancer Cooperative Groups. Current Activities of the Coalition of Cancer Cooperative Groups. Journal of the National Cancer Institute, Jan 1;111(1):11-18, 2019.

124. Tenner L, Hlubocky FJ, Blanke CD, LeBlanc TW, Marron JM, McGinnis MM, Spence RA, Taylor LP. Let's Talk About Those Herbs You Are Taking: Ethical Considerations for Communication With Patients With Cancer About Complementary and Alternative Medicine. Journal of Oncology Practice, Jan;15(1):44-49, 2019. Erratum in: Journal of Oncology Practice, Mar;15(3):162, 2019.

125. Blanke CD, Crowley J, Baker LH, Fisher RI: In Memoriam: Charles A. Coltman, 1930 to 2018 Journal of Clinical Oncology 37, no. 13 (May 01, 2019) 1037-1040.of Clinical Oncology 37:13, 1037-1040, 2019.

126. Unger JM, Nghiem V, Hershman D, Vaidya R, Leblanc M, Blanke CD. Association of National Cancer Institute-Sponsored Clinical Trial Network Group Studies with Guideline Care and New Drug Indications. JAMA Open Network Sep 4;2(9):e1910593, 2019.

127. Blanke CD. In reply to Daniel Sulmasy's invited commentary, "Physician-assisted suicide and the perils of empirical ethical research". JAMA Network Open 2019 Aug 2 [Sept16]; 2(8):e198628. doi: 10.1001/jamanetworkopen.2019.8628 Aug 2[Sept16];2(8):e198628, 2019.

128. Guercio B, Zhang S, Ou F-S, Venook A, Niedzwiecki D, Lenz H-J, Innocenti F, O'Neil B, Shaw JE, Polite B, Hochster H, Atkins J, Goldberg R, Sato K, Ng K, Van Blarigan E, Mayer RJ, Blanke CD, O'Reilly E, Fuchs C, Meyerhardt J. Associations of Physical Activity with Survival and Progression in Metastatic Colorectal Cancer: Results from CALGB(Alliance)/SWOG 80405. Journal of Clinical Oncology Oct 10;37(29):2620-2631, 2019.

129. I Rabadi L, Leblanc M, Bucy T, Ellis LM, Hershman DL, Meyskens FL, Jr, Taylor L, Blanke CD. Trends in Medical Aid in Dying in Oregon and Washington. JAMA Network Open Aug 2;2(8):e198648:e198648, 2019.

130. Innocenti F, Ou FS, Qu X, Zemla TJ, Niedzwiecki D, Tam R, Mahajan S, Goldberg RM, Bertagnolli MM, Blanke CD, Sanoff H, Atkins J, Polite B, Venook AP, Lenz HJ, Kabbarah O. Mutational Analysis of Patients With Colorectal Cancer in CALGB/SWOG 80405 Identifies New Roles of Microsatellite Instability and Tumor Mutational Burden for Patient Outcome. Journal of Clinical Oncology, May 10;37(14):1217-1227, 2019.

131. Yuan C, Sato K, Hollis B, Zhang S, Niedzwiecki D, Ou F-S, Chang I-W, O'Neil BH, Innocenti F, Lenz H-J, Blanke C, Venook A, Mayer R, Fuchs C, Meyerhardt J, Ng K. Plasma 25-Hydroxyvitamin D levels and Survival in Patients with Advanced or Metastatic Colorectal Cancer: Findings From CALGB/SWOG 80405 (Alliance). Clinical Cancer Research Dec 15;25 (24):7497-7505, 2019.

132. Lenz H-J, Ou F-S, Venook A, Hochster H, Niedzwiecki D, Goldberg R, Mayer R, Bertagnolli M, Blanke CD, Zemla T, Qu X, Wirapati P, Tejpar S, Innocenti F, Kabbarah O. Impact of Consensus Molecular Subtype (CMS) on Survival in Patients with Metastatic Colorectal Cancer: Results from SWOG/ALLIANCE 80405. Journal of Clinical Oncology Aug 1;37(22):1876-1885, 2019.

133. Roth ME, Unger JM, O'Mara AM, Lewis MA, Budd T, Johnson RH, Pollock BH, Blanke C, Freyer DR. Enrollment of adolescents and young adults onto SWOG cancer research network clinical trials: A comparative analysis by treatment site and era. Cancer Medicine, Mar;9(6):2146-2152, 2020.

134. Patel SP, Othus M, Chae YK, Giles FJ, Hansel DE, Singh PP, Fontaine A, Shah MH, Kasi A, Baghdadi TA, Matrana M, Gatalica Z, Korn WM, Hayward J, McLeod C, Chen HX, Sharon E, Mayerson E, Ryan CW, Plets M, Blanke CD, Kurzrock R. A Phase II Basket Trial of Dual Anti-CTLA-4 and Anti-PD-1 Blockade in Rare Tumors (DART SWOG 1609) in Patients with Nonpancreatic Neuroendocrine Tumors. Clinical Cancer Research, May 15;26(10):2290-2296, 2020.

135. Mackintosh C, Yuan C, Ou FS, Zhang S, Niedzwiecki D, Chang IW, O'Neil BH, Mullen BC, Lenz HJ, Blanke CD, Venook AP, Mayer RJ, Fuchs CS, Innocenti F, Nixon AB, Goldberg RM, O'Reilly EM, Meyerhardt JA, Ng K. Association of Coffee Intake With Survival in Patients With Advanced or Metastatic Colorectal Cancer. JAMA Oncology, Sep 17;6(11):1713-1721, 2020.

16

136. Bertagnolli MM, Blanke CD, Curran WJ, Hawkins DS, Mannel RS, O'Dwyer PJ, Schnall MD, Wolmark N. What happened to the US cancer cooperative groups? A status update ten years after the Institute of Medicine report. Cancer, Dec 1;126(23):5022-5029, 2020.

137. Van Blarigan EL, Zhang S, Ou FS, Venlo A, Ng K, Atreya C, Van Loon K, Niedzwiecki D, Giovannucci E, Wolfe EG, Lenz HJ, Innocenti F, O'Neil BH, Shaw JE, Polite BN, Hochster HS, Atkins JN, Goldberg RM, Mayer RJ, Blanke CD, O'Reilly EM, Fuchs CS, Meyerhardt JA. Association of Diet Quality with Survival Among People with Metastatic Colorectal Cancer in the Cancer and Leukemia B and Southwest Oncology Group 80405 Trial. JAMA Network Open 3(10): e2023500, 2020.

138. Guercio B, Zhang S, Ou F-S, Venook A, Niedzwiecki D, Lenz H-J, Innocenti F, Pollak M, Nixon A, Mullen B, O'Neil B, Shaw J, Polite B, Benson A, Atkins J, Goldberg R, Brown J, O'Reilly EM, Mayer R, Blanke CD, Fuchs C, Meyerhardt J. IGF-binding proteins, adiponectin and survival in metastatic colorectal cancer: results from CALGB (Alliance)/SWOG 80405. JNCI Cancer Spectrum, Aug 27;5(1):5(1): pkaa074, 2020.

139. Guercio BJ, Zhang S, Venook AP, Ou FS, Niedzwiecki D, Lenz HJ, Innocenti F, Mullen BC, O'Neil BH, Shaw JE, Polite BN, Hochster HS, Atkins JN, Goldberg RM, Brown JC, O'Reilly EM, Mayer RJ, Blanke CD, Fuchs CS, Meyerhardt JA. Body Mass Index and Weight Loss in Metastatic Colorectal Cancer in CALGB (Alliance)/SWOG 80405. JNCI Cancer Spectrum, Mar 31;4(3):pkaa024, 2020.

140. Redman MW, Papadimitrakopoulou VA, Minichiello K, Hirsch FR, Mack PC, Schwartz LH, Vokes E, Ramalingam S, Leighl N, Bradley J, Miao J, Moon J, Highleyman L, Miwa C, LeBlanc ML, Malik S, Miller VA, Sigal EV, Adam S, Wholley D, Sigman C, Smolich B, Blanke CD, Kelly K, Gandara DR, Herbst RS. Biomarker-driven therapies for previously treated squamous non-small-cell lung cancer (Lung-MAP SWOG S1400): a biomarker-driven master protocol. Lancet Oncology, Dec;21(12):1589-1601, 2020.

141. Brown JC, Zhang S, Ou F-S, Venook A, Niedzwiecki D, Lenz H-J, Innocenti F, O'Neil BH, Shaw JE, Polite B, Hochster H, Atkins JN, Goldberg RM, Ng K, Meyer RJ, Blanke CD, O'Reilly E, Fuchs CS, Meyerhardt JA. Diabetes and Clinical Outcome in Patients with Metastatic Colorectal Cancer: CALGB 80405 (Alliance). JNCI Cancer Spectrum, Oct 17; 4(1):pkz078, 2020.

142. Roth ME, Unger JM, O'Mara AM, et al. Enrollment of adolescents and young adults onto SWOG cancer research network clinical trials: A comparative analysis by treatment site and era. Cancer Medicine, Mar 9(6):2146-2152, 2020.

143. Tan AD, Willemsma K, MacNeill A, DeVries K, Srikanthan A, McGahan C, Hamilton T, Li H, Blanke CD, Simmons CE. Tyrosine kinase inhibitors significantly improved survival outcomes in patients with metastatic gastrointestinal stromal tumour: a multi-institutional cohort study. Current Oncology, Jun;27(3):e276-e282, 2020.

144. Unger JM, Blanke CD, LeBlanc M, Hershman DL. Association of the Coronavirus Disease 2019 (COVID-19) Outbreak with Enrollment in Cancer Clinical Trials. JAMA Network Open, Jun 1 3(6):e2010651, 2020.

145. Unger JM, Blanke CD, Leblanc M, Barlow W, Vaidya R, Fleury M, Ramsey SD, Hershman DL. Association of Patient Demographic Characteristics and Insurance Status with Survival in Cancer Randomized Clinical Trials with Positive Findings. JAMA Network Open, Apr 1;3(4):e203842, 2020.

146. Meyerhardt J, Shi Q, Fuchs C, Meyer J, Niedzwiecki D, Zemla T, Kumthekar P, Guthrie K, Couture F, Kuebler JP, Bendell J, Kumar P, Lewis D, Tan B, Bertagnolli M, Grothey A, Hochster H, Goldberg R, Venook A, Blanke CD, O'Reilly E, Shields AF. Effect of Celecoxib vs Placebo Added to Standard Adjuvant Therapy on Disease-Free Survival Among Patients With Stage III Colon Cancer: The CALGB/SWOG 80702 (Alliance) Randomized Clinical Trial. Journal of the American Medical Association, Apr 6;325(13):1277-1286, 2021.

147. Patel SP, Mayerson E, Chae YK, Strosberg J, Wang J, Konda B, Hayward J, McLeod CM, Chen HX, Sharon E, Othus M, Ryan CW, Plets M, Blanke CD, Kurzrock R. A phase II basket trial of Dual Anti-CTLA-4 and Anti-PD-1 Blockade in Rare Tumors (DART) SWOG S1609: High-Grade Neuroendocrine Neoplasm Cohort. Cancer, Apr 21. Online ahead of print, 2021.

148. Innocenti F, Sibley AB, Patil SA, Etheridge AS, Jiang C, Ou FS, Howell S, Plummer SJ, Casey G, Bertagnolli MM, McLeod HL, Auman JT, Blanke CD, Furukawa Y, Venook AP, Kubo M, Lenz HJ, Parker JS, Ratain MJ, Owzar K. Genomic Analysis of Germline Variation Associated with Survival of Patients with Colorectal Cancer Treated with Chemotherapy Plus Biologics in CALGB/SWOG 80405 (Alliance). Clinical Cancer Research, Jan 1;27(1):267-275, 2021.

149. Wagner AD, Grothey A, Andre T, Dixon JG, Wolmark N, Haller DG, Allegra CJ, de Gramont A, VanCutsem E, Alberts SR, George TJ, O'Connell MJ, Twelves C, Taieb J, Saltz LB, Blanke CD, Francini E, Kerr R, Yothers G, Seitz JF, Marsoni S, Goldberg RM, Shi Q. Sex and adverse events of adjuvant chemotherapy in colon cancer: an analysis of 34,640 patients in the ACCENT database. Journal of the National Cancer Institute, Apr 6;113(4):400-407, 2021.


Non-peer-reviewed Journal Articles

1. Blanke CD, Johnson D: Combined modality therapy in non-small cell lung cancer. Current Opinion in Oncology 7:144-149, 1995.
2. Blanke CD, Kasimis B, Capizzi R: A pilot study of sequential trimetrexate, fluorouracil, and high-dose leucovorin in patients with metastatic colorectal cancer. Cancer Investigation 14 (Supp 1):23, 1995.
3. Hande K, Taplin S, Krozely M, Blanke CD: High-dose megestrol acetate does not alter etoposide clearance. Clinical Pharmacology and Therapeutics 59:199, 1995.
4. Blanke CD, Choy H, Leach S: Combined modality therapy for esophageal cancer. Seminars in Radiation Oncology, 7(Suppl2):15-23, 1997.
5. Leach SD, Blanke CD, Choy H: Pancreatic adenocarcinoma: Adjuvant, neoadjuvant, and intraoperative chemoradiation. Seminars in Radiation Oncology 7(Suppl2):24-32, 1997.
6. Blanke CD, Johnson DH: Treatment of small cell lung cancer. Seminars in Thoracic Cardiovascular Surgery 9:101-110, 1997.
7. Blanke CD, Messenger M, Taplin S: Trimetrexate: Review and current clinical experience in advanced colorectal cancer. Seminars in Oncology 24(Suppl 18):57-63, 1997.
8. Taplin SC, Blanke CD, Baughman C: Nursing care strategies for patients receiving trimetrexate. Seminars in Oncology 24(Suppl 18):64-70, 1997.
9. Rothenberg ML, Blanke CD: Systemic chemotherapy for metastatic colorectal cancer. Advances in Oncology 14:25-29, 1998.
10. Blanke CD, Choy H, Teng M, Beauchamp RD, Leach S, Roberts J, Washington K, Johnson DH: Concurrent paclitaxel and thoracic irradiation for locally advanced esophageal cancer. Seminars in Radiation Oncology 9(2 supp 1):43-52, 1999.
11. Blanke CD, Teng M, Choy, H: The role of UFT in combined modality therapy. Oncology 13(10 supp 5):47-54, 1999.
12. Rothenberg ML, Blanke CD: Topoisomerase I inhibitors in the treatment of colorectal cancer. Seminars in Oncology 26(6):632-9, 1999.
13. Dickson NR, Nicholson BP, Hande K, Blanke CD, Johnson D: Paclitaxel, UFT, and calcium folate in metastatic breast cancer. Oncology 13(7 supp 3):69-70, 1999.
14. Stipanov M, Morrow JD, Shyr Y, Hande KR, Blanke CD, Boeing A, Dorminy, Browning R, McKinney J, Coffey RJ Jr., Beauchamp RD, Rothenberg ML: Phase I study of 5-FU, leucovorin, and vitamin E and correlation with urinary F2 isoprostanes in patients with advanced malignancies. Clinical Cancer Research 5:3733s, 1999.
15. Blanke CD: Have COX-2 inhibitors a role in cancer treatment? Recent Adv Future Dir Cancer Treat Prev 2:20-21, 2001.
16. Blanke CD, Eisenberg BL, Heinrich MC: Gastrointestinal stromal tumors. Current Treatment Options in Oncology 2:485-491, 2001.
17. Blanke CD: Celecoxib with chemotherapy in colorectal cancer. Oncology 16(4 supp 3):17-21, 2002.

18. Yee K, Sheppard BC, Domreis J, Blanke CD: Cancers of the gallbladder and biliary ducts. Oncology 16(7):939-46, 949, discussion 949-50, 952-3, 956-7, 2002.

19. Blanke CD: Role of cox-2 inhibitors in cancer therapy. Cancer Investigation 22(2):271-282, 2004.

20. Schwartz RN, Blanke CD, Pesko LJ: Targeted therapies in the treatment of colorectal cancer: What managed care needs to know. Journal of Managed Care Pharmacy 10(5 Supp B):S2-13, 2004.

21. Blanke, CD: Current management of GIST. World Congress GI Cancer Final Prog Abstr Summ and Abstr 7:111, 2004.

22. Sanborn R, Blanke CD: Cyclooxygenase-2 Inhibition in colorectal cancer: Boom or bust? Seminars in Oncology 32(1):69-75, 2004.

23. Blanke CD: Current management of GISTs. Clinical Advances in Hematology & Oncology 2(5):280, 2004.

24. Venook AP, Blanke CD, Niedzwiecki D, Lenz H-J, Hollis DR, Sutherland S, Goldberg RM: Cancer and Leukemia Group B/Southwest Oncology Group Trial 80405: A phase III trial of chemotherapy and biologics for patients with untreated advanced colorectal adenocarcinoma. Clinical Colorectal Cancer 5(4):292-294, 2005.

25. Schnadig ID, Blanke CD: Gastrointestinal stromal Tumors: Imatinib and beyond. Current Treatment Options in Oncology 7(6):427-37, 2006.

26. Blanke CD: Gastrointestinal stromal tumors: Three perspectives on current diagnosis and therapy. European Journal of Cancer 4suppl1:1-3, 2006.

27. Blanke CD: Current and future management of GIST. Clinical Advances in Hematology & Oncology 4(8):582-3, 2006.

28. Blanke CD: Metastatic colorectal cancer: Treatment strategies with current cytotoxic regimens. Community Oncology 3 (suppl2):5-11, 2006.

29. Benjamin RS, Blanke CD, Blay JY, Bonvalot S, Eisenberg B: Management of gastrointestinal stromal tumors in the imatinib era: Selected case studies. Oncologist 11(1):9-20, 2006.

30. Venook AP, Blanke CD, Goldberg RM, Reinke DK, Sutherland S, Taylor J, McAllister P, Schilsky RL: Assessing the combination of FOLFOX or FOLFIRI, with bevacizumab, cetuximab, or both in metastatic colorectal cancer. Community Oncology 3:593-598, 2006.

31. Demetri GD, Benjamin RS, Blanke CD, Blay JY, Casali P, Choi H, Corless CL, Debiec-Rychter M, DeMatteo RP, Ettinger DS, Fisher GA, Fletcher CD, Gronchi A, Hohenberger P, Hughes M, Joensuu H, Judson I, Le Cesne A, Maki RG, Morse M, Pappo AS, Pisters PW, Raut CP, Reichardt P, Tyler DS, Van den Abbeele AD, von Mehren M, Wayne JD, Zalcberg J, NCCN Task Force: NCCN Tas Force report: Optimal management of patients with gastrointestinal stromal tumor: Update of the NCCN clinical practice guidelines. Journal of the National Comprehesive Cancer Network, 5(supp 2): S1-29, 2007.

32. Blanke CD: Rational treatment planning for isolated, potentially curable liver metastases. Community Oncology 3(suppl3): 11-16, 2007.

33. Goldberg RM, Rothenberg ML, van Cutsem E, Benson AB 3rd, Blanke CD, Diasio RB, Grothey A, Lenz H-J, Meropol NJ, Ramanthan RK, Becerra CH, Wickham R, Armstrong D, Viele C: The continuum of care: A paradigm for the management of metastatic colorectal cancer. Oncologist 12(1):38-50, 2007.

34. Venook AP, Blanke CD, Niedzwiecki D, Lenz H-J, Taylor JR, Hollis DR, Sutherland S, Goldberg RM: Revisiting the Cancer and Leukemia Group B/Southwest Oncology Group 80405 trial: A phase III trial of chemotherapy and biologic agents for patients with untreated advanced colorectal adenocarcinoma. Clinical Colorectal Cancer 6(7):536-8, 2007.

35. Blanke CD: Perforation and stage II colon cancer: Is it always high risk? Gastrointestinal Cancer Research 2:103-104, 2008.

36. Blanke CD: Multidisciplinary management of GISTs: Medical management of metastatic malignancy. Society of Surgical Oncology 1:3-4, 2008.

37. Renouf DJ, Wilson L, Blanke CD: Successes and challenges in translational research: The development of targeted therapy for gastrointestinal stromal tumours. Clinical Cancer Research

19

18. Yee K, Sheppard BC, Domreis J, Blanke CD: Cancers of the gallbladder and biliary ducts. Oncology 16(7):939-46, 949, discussion 949-50, 952-3, 956-7, 2002.

19. Blanke CD: Role of cox-2 inhibitors in cancer therapy. Cancer Investigation 22(2):271-282, 2004.

20. Schwartz RN, Blanke CD, Pesko LJ: Targeted therapies in the treatment of colorectal cancer: What managed care needs to know. Journal of Managed Care Pharmacy 10(5 Supp B):S2-13, 2004.

21. Blanke, CD: Current management of GIST. World Congress GI Cancer Final Prog Abstr Summ and Abstr 7:111, 2004.

22. Sanborn R, Blanke CD: Cyclooxygenase-2 Inhibition in colorectal cancer: Boom or bust? Seminars in Oncology 32(1):69-75, 2004.

23. Blanke CD: Current management of GISTs. Clinical Advances in Hematology & Oncology 2(5):280, 2004.

24. Venook AP, Blanke CD, Niedzwiecki D, Lenz H-J, Hollis DR, Sutherland S, Goldberg RM: Cancer and Leukemia Group B/Southwest Oncology Group Trial 80405: A phase III trial of chemotherapy and biologics for patients with untreated advanced colorectal adenocarcinoma. Clinical Colorectal Cancer 5(4):292-294, 2005.

25. Schnadig ID, Blanke CD: Gastrointestinal stromal Tumors: Imatinib and beyond. Current Treatment Options in Oncology 7(6):427-37, 2006.

26. Blanke CD: Gastrointestinal stromal tumors: Three perspectives on current diagnosis and therapy. European Journal of Cancer 4suppl1:1-3, 2006.

27. Blanke CD: Current and future management of GIST. Clinical Advances in Hematology & Oncology 4(8):582-3, 2006.

28. Blanke CD: Metastatic colorectal cancer: Treatment strategies with current cytotoxic regimens. Community Oncology 3 (suppl2):5-11, 2006.

29. Benjamin RS, Blanke CD, Blay JY, Bonvalot S, Eisenberg B: Management of gastrointestinal stromal tumors in the imatinib era: Selected case studies. Oncologist 11(1):9-20, 2006.

30. Venook AP, Blanke CD, Goldberg RM, Reinke DK, Sutherland S, Taylor J, McAllister P, Schilsky RL: Assessing the combination of FOLFOX or FOLFIRI, with bevacizumab, cetuximab, or both in metastatic colorectal cancer. Community Oncology 3:593-598, 2006.

31. Demetri GD, Benjamin RS, Blanke CD, Blay JY, Casali P, Choi H, Corless CL, Debiec-Rychter M, DeMAtteo RP, Ettinger DS, Fisher GA, Fletcher CD, Gronchi A, Hohenberger P, Hughes M, Joensuu H, Judson I, Le Cesne A, Maki RG, Morse M, Pappo AS, Pisters PW, Raut CP, Reichardt P, Tyler DS, Van den Abbeele AD, von Mehren M, Wayne JD, Zalcberg J, NCCN Task Force: NCCN Tas Force report: Optimal management of patients with gastrointestinal stromal tumor: Update of the NCCN clinical practice guidelines. Journal of the National Comprehesive Cancer Network, 5(supp 2): S1-29, 2007.

32. Blanke CD: Rational treatment planning for isolated, potentially curable liver metastases. Community Oncology 3(suppl3): 11-16, 2007.

33. Goldberg RM, Rothenberg ML, van Cutsem E, Benson AB 3rd, Blanke CD, Diasio RB, Grothey A, Lenz H-J, Meropol NJ, Ramanthan RK, Becerra CH, Wickham R, Armstrong D, Viele C: The continuum of care: A paradigm for the management of metastatic colorectal cancer. Oncologist 12(1):38-50, 2007.

34. Venook AP, Blanke CD, Niedzwiecki D, Lenz H-J, Taylor JR, Hollis DR, Sutherland S, Goldberg RM: Revisiting the Cancer and Leukemia Group B/Southwest Oncology Group 80405 trial: A phase III trial of chemotherapy and biologic agents for patients with untreated advanced colorectal adenocarcinoma. Clinical Colorectal Cancer 6(7):536-8, 2007.

35. Blanke CD: Perforation and stage II colon cancer: Is it always high risk? Gastrointestinal Cancer Research 2:103-104, 2008.

36. Blanke CD: Multidisciplinary management of GISTs: Medical management of metastatic malignancy. Society of Surgical Oncology 1:3-4, 2008.

37. Renouf DJ, Wilson L, Blanke CD: Successes and challenges in translational research: The development of targeted therapy for gastrointestinal stromal tumours. Clinical Cancer Research

19

15(12):3908-11, 2009.

38.  Fernandes Gdos, Blanke CD, Freitas D, Guedes R, Hoff PM: Perioperative treatment of gastrointestinal stromal tumors. Oncology 23(1):54-61, 2009.

39.  Renouf D, Blay J-Y, Blanke CD: Accomplishments in 2008 in the Management of Gastrointestinal Stromal Tumors. Gastrointestinal Cancer Research Sep–Oct; 3(5 Supplement 2): S67–S72, 2009.

40.  Aubin F, Blanke CD: Pre-operative Targeted Therapies in Patients with Hepatic Colorectal Cancer Metastases: Bevacizumab vs. Cetuximab. US Oncol, 6:42–44, 2010

41.  Blanke CD: Current management of GISTs. Clinical Advances in Hematology & Oncology 8(5):334, 2010.

42.  Aubin F, Blanke CD: Optimal adjuvant therapy for patients with resected rectal cancers. Current Colorectal Cancer Reports, Volume 6, Number 4, 180-182, 2010.

43.  Aubin F, Blanke CD: Metastatic Gastrointestinal Stromal Tumors. Cancer Chemotherapy Pharmacology 67 (Supp 1):S9–14, 2011.

44.  Ho Maria Y, Blanke CD: Gastrointestinal stromal tumors: Disease and treatment update. Gastroenterology 140(5):1372-76, 2011.

45.  Valdivieso M, Corn BW, Dancey JE, Wickerham DL, Horvath LE, Perez EA, Urton A, Cronin WM, Field E, Lackey E, Blanke CD: The globalization of cooperative groups. Seminars in Oncology Oct;42(5):693-712, 2015.

46.  Blanke CD, Rankin C, Corless C, Eary J, Mulder K, Okuno S, George S, Heinrich MC: S0502: A SWOG phase III randomized study of imatinib, with or without bevacizumab, in patients with untreated metastatic or unresectable gastrointestinal stromal tumors. Oncologist, Dec;20(12): 1353-1354, 2015.

47.  Blanke CD, Curran W: Progress and infrastructure for improved patient outcomes of the National Cancer Institute Network Groups. Seminars in Oncology, Oct;42(5):679-680, 2015.

48.  Herbst RS, Gandara DR, Hirsch FR, Redman MW, LeBlanc M, Mack PC, Schwartz LH, Vokes E, Ramalingam SS, Bradley JD, Sparks D, Zhou Y, Miwa C, Miller VA, Yelensky R, Li Y, Allen JD, Sigal EV, Wholley D, Sigman CC, Blumenthal G, Malik S, Kelloff GJ, Abrams JS, Blanke CD, Papadimitrakopoulou VA: Lung Master Protocol (Lung Map) – biomarker driven protocol for accelerating development of therapies for squamous cell lung cancer: SWOG S1400. Clinical Cancer Research, Apr 1;21(7):1514-24, 2015.

49.  Smith AW, Seibel NL, Lewis DR, Albritton KH, Blair DF, Blanke CD, Bleyer A, Freyer DR, Geiger AM, Hayes-Lattin B, Tricoli JV, Wagner LI, Zebrack BJ: Nest steps for adolescent and young adult oncology workshop: An update on progree and recommendations for the future. (Review) Cancer, Apr 1;122(7):988-99, 2016.

50.  Deverka P, Bangs R, Kreizenbeck K, Delaney D, Hershman.D, Blanke CD, Ramsey S. A New Framework for Patient Engagement in Cancer Clinical Trials Cooperative Group Studies [Commentary]. Journal of the National Cancer Institute, Jun 1;110(6):553-559, 2018.

51.  Blanke CD. The Gift of Dying With Control. [Commentary] Practical Radiation Oncology, Nov;9(6):387-388, 2019.

52.  Innocenti F, Ou FS, Qu X, Zemla T, Niedzwiecki D, Tam R, Mahajan S, Goldberg RM, Bertagnolli MM, Blanke CD, Sanoff H, Atkins J, Polite B, Venook AP, Lenz HJ, Kabbarah O. Reply to S. Sorscher. [Comment]. Journal of Clinical Oncology, Sep 1;37(25):2291-2293, 2019.

53.  Sweet A, Blanke C, Kelly B, Mendz GL, Kissane DW. Letters to the Editor. The Journal of Law, Medicine & Ethics, Dec;48(4):800-804, 2020.

54.  Blanke CD. In response: Diabetes is a risk factor for the progression and prognosis of COVID-19. (Letter to the Editor). Diabetes/Metabolism Research and Reviews, May 26:e3331, 2020.

Books

1.  Blanke CD, Rodel C, Talamoniti MS eds. Gastrointestinal Oncology, A Practical Guide (first edition). Berlin, Germany: Springer-Verlag, 2011. (senior editor)

2.  Raghavan D, Blanke CD, Johnson DH, Moots PL, Reaman GH, Rose PG, Sekeres MA eds. Textbook of Uncommon Cancer (fourth edition). Hoboken, NJ: Wiley-Blackwell, 2012.

Chapters

1.  Blanke CD, Ansari R, Tokars R, Fisher W, Pennington K, Mantravadi R, O'Connor T, Rynard S, Miller M, Einhorn L: A phase III trial of thoracic irradiation with or without cisplatin for locally advanced non small cell lung cancer: A Hoosier Oncology Group protocol. In: Salmon S, ed. Adjuvant Therapy of Cancer VII. Philadelphia: JB Lippincott, pp. 125-131, 1993.
2.  Blanke CD, Johnson D: Small cell lung cancer: Diagnosis, treatment, and natural history. In Fishman FP (ed): Pulmonary Diseases and Disorders, Third Edition. New York: McGraw-Hill, pp. 1891-1831, 1997.
3.  Blanke C, Washington K: Paraneoplastic phenomena associated with gastrointestinal cancer. In: Raghavan D, ed. Textbook of Uncommon Cancer, 2nd Edition. Sussex, England: John Wiley & Sons, pp. 469-481, 1999.
4.  Bonin SR, Schwarz RE, Blanke CD: Gastric cancer. In Pazdur R, Coia LR, Hoskins WJ, et al., eds. Cancer Management: A Multi-disciplinary Approach, fifth edition. Melville, NY, PRR, Inc., pp. 215-225, 2001.
5.  Bonin SR, Schwarz RE, Blanke CD: Gastric cancer. In Pazdur R, Coia LR, Hoskins WJ, et al., eds. Cancer Management: A Multi-disciplinary Approach, sixth edition. Melville, NY, PRR, Inc., pp. 235-247, 2002.
6.  Blanke C: Advanced large bowel malignancies: Colon and rectal cancer. In: Bruera E, Fisch M, eds. The Cambridge Handbook of Advanced Cancer Care. Houston: Cambridge University Press, pp. 162-170, 2003.
7.  Bonin SR, Schwarz RE, Blanke CD: Gastric cancer. In Pazdur R, Coia LR, Hoskins WJ, et al., eds. Cancer Management: A Multi-disciplinary Approach, seventh edition. Melville, NY, PRR, Inc., pp. 259-271, 2003.
8.  Blanke CD, Masferrer JL: Chemotherapy with cyclooxygenase-2 inhibitors in the treatment of malignant disease: Pre-clinical rationale and preliminary results of clinical trials. Progress in Experimental Tumor Research 37:243-260, 2003.
9.  Heinrich MC, Blanke CD, Corless CL, Druker BJ: Small-molecule inhibitors of protein kinases in the treatment of human cancer. In Kufe DW, Pollock RE, Weichselbaum RR, et al., eds. Cancer Medicine, sixth edition. Hamilton, Ontario BC Decker, Inc., pp. 811-821, 2003.
10. Bonin SR, Schwarz RE, Blanke CD: Gastric cancer. In Pazdur R, Coia LR, Hoskins WJ, et al., eds. Cancer Management: A Multi-disciplinary Approach, eighth edition. Melville, NY, PRR, Inc., pp. 259-272, 2004.
11. Sanborn RE, Blanke CD: Gastrointestinal stromal tumors and the evolution of targeted therapy. Clinical Advances in Hematology & Oncology 3(8):647-57, 2005.
12. Blanke CD, Coia LR, Schwarz RE, Bonin SR: Gastric cancer. In Pazdur R, Coia LR, Hoskins WJ, et al., eds. Cancer Management: A Multi-disciplinary Approach, ninth edition. Melville, NY, PRR, Inc., pp.279-292, 2005.
13. Blanke CD: Adding perioperative chemotherapy improves the outcome from surgery for potentially curable gastroesophageal cancers. Evidence-based Gastroenterology 2006.
14. Heinrich MC, Blanke CD, Corless CL, Druker BJ: Small-molecule inhibitors of protein kinases in the treatment of human cancer. In Kufe, Bast, Hait, Hong, Pollock, Weichselbaum, Holland, Frei, eds. Cancer Medicine, seventh edition. Hamilton, London, BC Decker, Inc., pp. 722-732, 2006
15. Strother J, Billingsley KG, Hung AY, Blanke CD: Current status of colorectal cancer therapy. In Faigel DO, Kochman ML., eds. Endoscopic Oncology: Gastrointestinal endoscopy and cancer management, first edition. Humana Press, NJ, pp. 273-285, 2006.
16. Blanke CD, Coia LR, Schwarz RE: Gastric cancer. In Pazdur R, Coia LR, Hoskins WJ, et al., eds. Cancer Management: A Multidisciplinary Approach, tenth edition. CMPMedica, Lawrence, KS, pp. 273-286, 2007.

Case 3:18-cv-01234   Document 184-49   Filed 03/17/22   Page 28 of 64 PageID #: 11201

17. Blanke CD, Citrin D, Schwarz RE: Gastric cancer. In Pazdur R, Coia LR, Hoskins WJ, et al., eds. Cancer Management: A Multidisciplinary Approach, eleventh edition. CMPMedica, Lawrence, KS, 2008.
18. Byrd D, Blanke C: Gastrointestinal stromal tumors. In Vauthey J-N, Hoff PMG, Audision RA, et al, eds. Liver Metastases, first edition. Springer-Verlag, London, pp 137-148, 2009.
19. Blanke CD, Citrin D, Schwarz RE: Gastric cancer. In Pazdur R, Wagman LD, Camphausen KA, et al., eds. Cancer Management: A Multidisciplinary Approach, twelfth edition. CMPMedica, Lawrence, KS, pp. 255-269, 2009.
20. Blanke CD, Citrin D, Schwarz RE: Gastric cancer. In Pazdur R, Wagman LD, Camphausen KA, et al., eds. Cancer Management: A Multidisciplinary Approach, thirteenth edition. CMPMedica, Lawrence, KS, 2010.
21. Blanke CD, Citrin D, Schwarz RE: Gastric cancer. In Pazdur R, Wagman LD, Camphausen KA, et al., eds. Cancer Management: A Multidisciplinary Approach, fourteenth edition. CMPMedica, Lawrence, KS, 2011.
22. Blanke CD, Citrin D, Schwarz RE: Gastric cancer. In Pazdur R, Wagman LD, Camphausen KA, et al., eds. Cancer Management: A Multidisciplinary Approach, fifteenth edition. CMPMedica, Lawrence, KS, pp. 251-271, 2012.
23. Blanke CD, Faigel DO: Neoplasms of the large and small intestine. In Goldman L, Schafer AI eds. Goldman's Cecil Medicine, 24th edition. Elsevier-Saunders, Philadelphia, PA, pp. 1278-1289, 2012.

### Editorials

1. Blanke CD: What is standard "second-line" therapy in metastatic colorectal cancer? (editorial) Abstr Hematol Oncol 2:16-17, 1999.
2. Blanke CD: Raltitrexed no more effective than 5-FU/leucovorin in advanced colorectal cancer. (editorial) Abstr Hematol Oncol 2:3-4, 1999.
3. Blanke CD: Association of tumour site and sex with survival benefit from adjuvant chemotherapy in colorectal cancer (editorial). Colorect Ca Index Rev 1:9, 2000.
4. Blanke CD: Comparison of fluorouracil with additional levamisole, higher-dose folinic acid, or both, as adjuvant chemotherapy for colorectal cancer: A randomised trial (editorial). Colorect Ca Index Rev 1:10, 2000.
5. Blanke CD: Endoscopic colorectal cancer screening: A cost-saving analysis (editorial). Colorect Ca Index Rev 1:11, 2000.
6. Blanke CD: Schedule specific biochemical modulation of 5-fluorouracil in advanced colorectal cancer: A randomized study (editorial).Colorect Ca Index Rev 2:13, 2001 Colorect Ca Index Rev 1:11, 2000.
7. Blanke CD: Factors predicting for efficacy of oxaliplatin in combination with 5-fluorouracil +/- folinic acid in a compassionate-use cohort of 370 5-FU-resistant advanced colorectal cancer patients (editorial). Colorect Ca Index Rev 2:9, 2001 Blanke C: A randomised study of screening for colorectal cancer using faecal blood testing: results after 13 years and seven biennial screening rounds (editorial). Colorect Ca Index Rev 3:12, 2002.
8. Blanke C: A randomised study of screening for colorectal cancer using faecal blood testing: results after 13 years and seven biennial screening rounds (editorial). Colorect Ca Index Rev 3:12, 2002.
9. Blanke CD: Impact of body-size measures on irinotecan clearance: Alternative dosing recommendations (editorial). Colorect Ca Index Rev 3:10, 2002.
10. Blanke CD: Impact of the number of negative nodes on disease-free survival in colorectal cancer patients (editorial). Colorect Ca Index Rev 4:10, 2003.
11. Blanke CD: Randomized comparative study of tegafur/uracil and oral leucovorin versus parenteral fluoruracil and leucovorin in patients with previously untreated metastatic colorectal cancer (editorial). Colorect Ca Index Rev 4:12, 2003.
12. Blanke CD: Multicenter phase III study of uracil/tegafur and oral leucovorin versus fluorouracil

and leucovorin in patients with previously untreated metastatic colorectal cancer (editorial). Colorect Ca Index Rev 4:12, 2003.

13. Blanke CD: DNA markers predicting benefit from adjuvant fluorouracil in patients with colon cancer: A molecular study (editorial). Colorect Ca Index Rev 4:8, 2003.
14. Blanke CD: Imatinib mesylate: A molecular targeted therapy for gastrointestinal stromal tumors (editorial). Oncology 17:1620-1623, 2003.
15. Blanke CD: Quality of life in rectal cancer patients. A four-year prospective study (editorial) Colorect Ca Index Rev 4:11, 2003.
16. Blanke CD: New Tumor-Node-Metastasis staging strategy for node-positive (stage III) rectal cancer: An analysis (editorial). Colorect Ca Index Rev 2004.
17. Blanke CD: Impact of T and N stage and treatment on survival and relapse in adjuvant rectal cancer: A pooled analysis (editorial). Colorect Ca Index Rev 5:9, 2004.
18. Blanke, CD: Current status of adjuvant therapy for colorectal cancer (editorial). Oncology 2004
19. Blanke CD: GIST-It's not just for surgeons anymore (editorial) World J Surg 2004.
20. Blanke CD: Whither Irinotecan? (editorial). Journal of Clinical Oncology 23(22):1-4, 2005.
21. Blanke CD: Gefitinib in colorectal cancer: If wishes were horses (editorial). Journal of Clinical Oncology 23(24):5446-49, 2005.
22. Blanke CD: Dietary counseling improves patient outcomes: A prospective, randomized, controlled trial in colorectal cancer patients undergoing radiotherapy. (editorial). Colorect Ca Index Rev 6:9, 2005
23. Blanke CD: Impact of short-term preoperative radiotherapy on health-related quality of life and sexual functioning in primary rectal cancer: Report of a multicenter randomized trial. (editorial) Colorectal Ca Index Rev 6:12, 2006.
24. Blanke CD: Increasing negative lymph node count is independently associated with long-term survival in stage IIIB and IIIC colon cancer. (editorial). Colorect Ca Index Rev 7:9, 2007.
25. Blanke CD: Multi-center phase II and translational study of cetuximab in metastatic colorectal carcinoma refractory to irinotecan, oxaliplatin, and fluoropyrimidines (editorial). Colorect Ca Index Rev 7:10-11, 2007.
26. Blanke CD: Dual antibody therapy in advanced colorectal cancer: Gather ye rosebuds while ye may (editorial). Journal of Clinical Oncology 27(17):655-58, 2009.
27. Blanke CD: Biomarkers in GIST: Partly ready for prime-time use (editorial). Clinical Cancer Research 15(18):5603-05, 2009.
28. Blanke CD: Clinical trials represent the best cancer care. Or do they? (editorial) Journal of Oncology Practice 7:153-154, 2011.
29. Blanke CD: Optimal duration of post-operative therapy for patients with resected gastrointestinal stromal tumors. (editorial) Journal of the American Medical Association 307(12):1312-14, 2012.
30. Blanke CD, Fromme EK. Chemotherapy Near the End of Life: First—and Third and Fourth (Line)—Do No Harm. (editorial) JAMA Oncology 1(6):785-786, 2015.

Letters

1. Hromas R, Cornetta K, Srour E, Blanke CD, Broun ER: Donor leucocyte infusion as therapy of life-threatening adenoviral infections after T-cell depleted bone marrow transplantation. Blood 84:1689-1690, 1994
2. Hromas R, Clark C, Blanke CD, Tricot G, Cornetta K, Hedderman A, Broun ER: Failure of ribavirin to clear adenovirus infections in T-cell depleted allogeneic bone marrow transplantation patients. Bone Marrow Transplantation 14:663, 1994

Electronic Publications

1. Blanke CD, Whiteford M, Eisen G: Colorectal cancer. http://www.webebm.com 2001.
2. Blanke CD, Whiteford M, Eisen G: Colorectal cancer. http://www.webebm.com 2002.
3. Blanke CD: Perineural invasion in stage II colon cancer (editorial). HemOnc Today

23

4.  Shan W, Blanke CD: Sunitinib. In: Reichardt P: Tyrosine Kinase Inhibitors for Gastrointestinal Stromal Tumors, first edition. epub Berlin, Germany 2012.

Abstracts

1.  Blanke CD, Ansari R, Tokars R, Fisher W, Pennington K, Mantravadi R, O'Connor T, Rynard S, Miller M, Einhorn L: A phase III trial of thoracic irradiation with or without cisplatin for locally advanced non-small cell lung cancer. Programs and Abstracts, VIIth International Conference on the Adjuvant Therapy of Cancer 7:29, 1993.

2.  Sandler A, Nichols C, Blanke CD, Rynard S, Ansari R, Fisher B, Lutz T, Spiridonidis C: A phase II Hoosier Oncology Group trial using CODE plus granulocyte colony stimulating factor in patients with advanced non-small cell lung cancer. Proc Am Soc Clin Oncol 12:360, 1993.

3.  Blanke CD, Clark C, Broun ER, Tricot G, Cunningham I, Cornetta K, Hedderman A, Hromas R: Adenovirus infections in T-cell depleted allogeneic bone marrow transplants. J Cell Biochem supp 18B:60, 1994.

4.  Blanke CD, Loehrer P, Einhorn L, Nichols C: A phase II study of VP-16 plus ifosamide plus cisplatin plus vinblastine plus bleomycin (VIP/VB) with filgrastim for advanced stage testicular cancer. Proc Am Soc Clin Oncol 13:234, 1994.

5.  Blanke CD, DeVore R, Hande K, Murry M, Stewart J, Miller D, Johnson D: A pilot study of protracted low-dose cisplatin and etoposide plus concurrent thoracic radiotherapy in stage III non-small cell lung cancer. Proc Am Soc Clin Oncol 14:358, 1995.

6.  Paul D, DeVore R, Hande K, Stewart S, Murphy B, Blanke CD, Garrett A, Lewis M, Johnson DH: Phase II trial of carboplatin + paclitaxel in advanced non-small cell lung cancer. Proc Am Soc Clin Oncol 14:361, 1995.

7.  Chiappori A, DeVore R, Stewart J, Murray M, Sawyers J, Hoff S, Garrow G, Blanke CD, Shyr Y, Johnson D: A phase II study of neoadjuvant cisplatin, 5-FU, leucovorin, +/- etoposide and concurrent radiotherapy in patients with esophageal cancer. Proc Am Soc Clin Oncol 14:210, 1995.

8.  Blanke CD, Kasimis B, Capizzi R: A pilot study of sequential trimetrexate, fluorouracil, and high-dose leucovorin in patients with metastatic colorectal cancer. Cancer Invest 14 (Supp 1):23, 1995.

9.  Blanke CD, Kasimis B, Schein P: Trimetrexate modulation of 5-fluorouracil/leucovorin for advanced colorectal cancer. Eur J Cancer 31A (Supp 5):S156, 1995

10. Hande K, Taplin S, Krozely M, Blanke CD: High-dose megestrol acetate does not alter etoposide clearance. Clin Pharmacol Ther 59:199, 1995.

11. Blanke CD, Kasimis B, Schein P: A phase II trial of trimetrexate, 5-fluorouracil, and leucovorin in patients with unresectable or metastatic colorectal cancer. Proc Am Soc Clin Oncol 15:198, (abstr 433), 1996.

12. Murphy B, Johnson D, Smith J, Koch M, DeVore R, Blanke CD, Johnson D: Phase II trial of paclitaxel and cisplatin for metastatic or locally unresectable urothelial cancer. Proc Am Soc Clin Oncol 15:245, (abstr 617), 1996.

13. Chiappori A, DeVore R, Stewart J, Sawyers J, Blanke CD, Shyr Y, Johnson DH: Phase II study of neoadjuvant cisplatin, 5-FU, leucovorin +\- etoposide and concurrent radiotherapy in patients with esophageal cancer. Proc Am Soc Clin Oncol 15:214 (abstr 498), 1996.
    Blanke CD, Kasimis B, Schein P, Capizzi R, Kurman M: Phase II trial of trimetrexate, 5-fluorouracil and leucovorin in patients with unresectable or metastatic colorectal cancer. Ann Oncol 7 (Suppl 5):47, 1996.

14. Blanke CD, Kasimis B, Schein P, Capizzi R, Kurman M: Phase II trial of trimetrexate, 5-fluorouracil and leucovorin in patients with unresectable or metastatic colorectal cancer. Ann Oncol 7 (Suppl 5):47, 1996.

15. Miller K, Loehrer P, Picus J, Blanke CD, John W, Clark J, Shulman L, Burris H, Thornton D: A phase II trial of LY231514 in patients with unresectable pancreatic cancer. Proc Am Soc Clin

24

Oncol 16:297a (abstr 1060), 1997.

16. Jagasia M, Johnson DJ, Hande KR, Shyr Y, Blanke CD, Murphy B, Chiappori A, DeVore R: Carboplatin and paclitaxel (1 and 24-hour infusion) in advanced non-small cell lung cancer: The results of sequential phase II trials. Proc Am Soc Clin Oncol 16:471a (abstr 1695), 1997.

17. Blanke CD, Chiappori A, Epstein B, Choy H, Leach S, Beauchamp RD, Pierson R, Sawyers J, DeVore R, Johnson DH: A phase II trial of neoadjuvant paclitaxel and cisplatin with radiotherapy, followed by surgery and postoperative paclitaxel with 5-fluorouracil and leucovorin in patients with locally advanced esophageal cancer. Proc Am Soc Clin Oncol 16:283a (abstr 1006), 1997.

18. Pazdur R, Zinner R, Rothenberg ML, Von Hoff DD, Hainsworth JD, Blanke CD, Cox JV, Elfring GL, Wolf DL, Mohriand JS, Schaaf LJ, Petit RG: Age as a risk factor in irinotecan (CPT-11) treatment of 5-FU-refractory colorectal cancer. Proc Am Soc Clin Oncol 16:260a (abstr 921), 1997.

19. Blanke CD, Taplin S, Bolton M: Present status of trimetrexate for metastatic colorectal cancer. UICC Ca Manage Mtg 1:31 (abstr 105), 1997.

20. Liepa AM, Picus J, Blanke CD, John W, Clark J, Shulman L, Burris H, Thornton D, Loehrer PJ: Quality of life assessments of patients with pancreatic cancer receiving MTA. Eur J Cancer 33 (Suppl 9):S8, 1997.

21. Miller KD, Loehrer PJ, Blanke CD, John W, Clark J, Schulman L, Burris H, Thornton D: A phase II trial of multi-targeted antifolate (LY231514) in patients with unresectable pancreatic cancer. Proc Am Soc Clin Oncol 16:297a (abstr 1060), 1997.

22. Blanke CD, Choy H, Beauchamp RD, Delbeke D, Shyr Y, Mertz H, Washington M, Johnson DH, Leach SD: Phase I/II study of paclitaxel-based neoadjuvant chemoradiation for patients with potentially resectable adenocarcinoma of the pancreatic head. Proc Am Soc Clin Oncol 17:287a (abstr 1103), 1998.

23. DeVore RF, Blanke CD, Denham CA, Hainsworth JD, Gralla RJ, Koletsky AJ, Savaraj N, Vogel CL, Sarna GP, Brooks DJ, Petit RG, Elfring GL, Schaaf LJ, Hanover CK, Miller LL: Phase II study of irinotecan (CPT-11) in patients with previously treated small-cell lung cancer. Proc Am Soc Clin Oncol 17:451a, (abstr 1736), 1998.

24. DeVore RF, Blanke CD, Denham CA, Hainsworth JD, Gralla RJ, Koletsky AJ, Savaraj N, Vogel CL, Sarna GP, Brooks DJ, Petit RG, Elfring GL, Schaaf LJ, Hanover CK, Miller LL: Phase II study of irinotecan (CPT-11) in patients with previously treated small-cell lung cancer. Proc Am Soc Clin Oncol 17:451a, (abstr 1736), 1998.

25. Jagasia M, Johnson DH, Hande KR, Shyr Y, Murphy B, Blanke CD, Chiappori A, Johnson DR, Butler TW, Sclabach L, McCullough N, Hughes D, Krozely P, DeVore RF: Quality of life predicts response to therapy and improves during the treatment of non-small cell lung cancer patients with paclitaxel and carboplatin. Proc Am Soc Clin Oncol 17:466a, (abstr 1791), 1998.

26. John W, Picus J, Blanke CD, Kentucky J, Schulman L, Rowinsky E, Thornton D, Loehrer PJ: Activity of MTA (LY231514) in patients with advanced colorectal cancer-Results from a phase II study. Proc Am Soc Clin Oncol 17:277a, (abstr 1067), 1998.

27. Washington MK, Blanke CD, Chapman WC, Leach SD: Expression of cell adhesion molecules in pancreatic adenocarcinoma and ductal lesions: Association with patient outcome.3rd Int Conf Biol Prevent Treat GI Malig 1998.

28. Scoggins CR, Blanke CD, Beauchamp RD, Leach SD: Nonoperative management of primary tumors in patients with stage IV colorectal cancer. SSO Ann Cancer Symp 52:14 (abstr 21), 1999.

29. Dickson N, Nicholson BP, Cohen A, Hande K, Blanke CD, Lamar R, Johnson DH: A phase I trial of UFT, leucovorin and paclitaxel as first or second line therapy in patients with metastatic breast cancer. Proc Am Soc Clin Oncol 18:112a, (abstr 422), 1999.

30. Blanke CD, Cassidy J, Gerhartz H, James RD, Kasimis B: A phase II trial of trimetrexate, 5-fluorouracil, and leucovorin in patients with previously treated unresectable or metastatic colorectal cancer. Proc Am Soc Clin Oncol 1999 18:246a, (abstr 947), 1999.

31. Stipanov M, Morrow JD, Shyr Y, Hande KR, Blanke CD, Boeing A, Dorminy, Browning R, McKinney J, Coffey RJ Jr., Beauchamp RD, Rothenberg ML: Phase I study of 5-FU, leucovorin, and vitamin E and correlation with urinary F2 isoprostanes in patients with advanced

25

malignancies. Clin Cancer Res 5:3733s, 1999.

32. Masters GA, Declerck L, Blanke CD, Sandler AB, Devore R, Miller X, Johnson DH: Gemcitabine in refractory or relapsed small cell lung cancer: An ECOG phase II trial. Proc Am Soc Clin Oncol 19:527a, (abstr 2070), 2000.

33. Berlin J, Kubba S, Blanke CD, Caillouette C, Beauchamp D, Leach S, Roberts R, Baughman C, Sawyers J: Phase II study of neoadjuvant cisplatinum and taxol with concomitant radiotherapy, followed by surgery, and then taxol and 5-FU leucovorin in patients with locally advanced esophageal cancer. Proc Am Soc Clin Oncol 19:315a, (abstr 1246), 2000.

34. Blanke CD, Haller DG, Benson Al B, Rothenber ML, Miller LL: A multicenter phase II study of CPT-11, 5-fluorouracil, and leucovorin in patients with previously untreated adenocarcinoma of the stomach or GE. Proc Am Soc Clin Oncol 19:292a, (abstr 1141), 2000.

35. Blanke CD, von Mehren M, Joensuu H, Roberts PJ, Eisenberg B, Heinrich M, Druker B, Tuveson D, Dimitrijevic S, Silberman S, Demetri GD: Evaluation of the safety and efficacy of an oral molecularly-targeted therapy, STI571, in patients with unresectable or metastatic gastrointestinal stromal tumors expressing c-kit (CD117). Proc Am Soc Clin Oncol 20:1a, (abstr 1), 2001.

36. Iversen P, Marshall J, Blanke CD, Yoshihara P, Moulton H, Koren M: Active specific immunotherapy with a □-hCG peptide vaccine in patients with pancreatic cancer. Proc Am Soc Clin Oncol 20:271a, (abstr 1083), 2001.

37. Van den Abbeele AD, GIST Collaborative PET Study Group: F18-FDG-PET provides early evidence of biological response to STI571 in patients with malignant gastrointestinal stromal tumors. Proc Am Soc Clin Oncol 20:362a, (abstr 144), 2001.

38. Blanke CD: Have COX-2 inhibitors a role in cancer treatment? Recent Adv Future Dir Cancer Treat Prev 2:20-21, 2001.

39. Blanke CD: First line therapy with celecoxib in colorectal cancer. Ca Invest 20(suppl 1):21-23, (abstr 17), 2002.

40. Joensuu H, Krause A, Demetri GD, Blanke CD, von Mehren M, Heinrich M, Eisenberg B, Roberts PJ, Silberman S, Dimitrijevic S, Kiese B, Bono P: Gastrointestinal stromal tumor patients who respond to imatinib (STI571, Gleevec) showed marked decline of serum VEGF, KIT and bFGF levels, but not stem cell factor levels. Proc Am Soc Clin Oncol 21:139a, (abstr 552), 2002.

41. Blanke CD, Benson AB, Dragovich T, Lenz HJ, Haller D, Robles C, Buchbinder A: A phase II trial of celecoxib (CX), irinotecan (I), 5-Fluorouracil (5FU), and leucovorin (LCV) in patients (pts) with unresectable or metastatic colorectal cancer (CRC). Proc Am Soc Clin Oncol 21:127a, (abstr 505), 2002

42. Heinrich MC, Corless C, Blanke CD, Demetri G, Joensuu H ,von Mehren M, McGreevey L, Wait C, Griffith D, Chen C-J, Haley A , Kiese B, Druker B, Roberts PJ, Eisenberg B, Singer S, Silberman S, Dimitrijevic S, Fletcher CDM, Fletcher JA: KIT mutational status predicts clinical responses to STI571 in patients with metastatic gastrointestinal stromal tumors. Proc Am Soc Clin Oncol 21:2a, (abstr 6), 2002.

43. von Mehren M, Blanke CD, Joensuu H, Heinrich M, Roberts P, Eisenberg B, Silberman S, Dimitrijevic S, Fletcher J, Fletcher CDM, Demetri GD: High incidence of durable responses induced by imatinib mesylate (Gleevec) in patients with unresectable and metastatic gastrointestinal stromal tumors. Proc Am Soc Clin Oncol 21:403a, (abstr 1608), 2002.

44. Berlin J, Teng M., Choy H, Blanke CD, Beauchamp D, Roberts J, Pearson S, Pierson R, Tarpley, J, Leach S, Mertz H, Caillouette C, Chakravarthy A: A phase I study of UFT plus leucovorin, cisplatin and radiation therapy in the treatment of resectable esophageal cancer. Proc Am Soc Clin Oncol 21:167a, (abstr 665), 2002.

45. Demetri GD, Rankin C, Fletcher C, Benjamin R, Blanke CD, Von Mehren M, Bramwell V, Maki R, Blum R, Antman K, Baker L, Borden E: Phase III dose-randomized study of imatinib mesylate (Gleevec, STI571) for GIST: Intergroup S0033 early results. Proc Am Soc Clin Oncol 21:413a, (abstr 1651), 2002

46. Blanke CD: STI571 for gastrointestinal stromal tumors (GISTs): An example of molecularly-targeted therapy. Proc M.D. Anderson Multidisc Manage GI Malig 2002.

Case 3:18-cv-01234   Document 184-49   Filed 03/17/22   Page 33 of 64 PageID #: 11206

47.  Piedbois P, Michiels S, Meta-Analysis Group in Cancer: Survival benefit of 5FU/LV over 5FU bolus in patients with advanced colorectal cancer: An updated meta-analysis based on 2,751 patients. Proc Am Soc Clin Oncol 22:294, (abstr 1180), 2003

48.  Benjamin RS, Rankin C, Fletcher C, Blanke CD, Von Mehren M, Maki R, Bramwell V, Baker L, Borden E, Demetri GD: Phase III dose-randomized study of imatinib mesylate (STI571) for GIST: Intergroup S0033 early results. Proc Am Soc Clin Oncol 22:814, (abstr 3271), 2003.

49.  Heinrich MC, Corless CL, Von Mehren M, Joensuu H, Demetri GD, Blanke CD, Dimitrijevic S, Kiese B, Fletcher CDM, Fletcher JA: PDGFRA and KIT mutations correlate with the clinical responses to imatinib mesylate in patients with advanced gastrointestinal stromal tumors (GIST). Proc Am Soc Clin Oncol 22:815, (abstr 3274), 2003.

50.  Fletcher JA, Corless CL, Dimitrijevic S, Von Mehren M, Eisenberg B, Joensuu H, Fletcher CDM, Blanke CD, Demitri GD, Heinrich MC: Mechanisms of resistance to imatinib mesylate (IM) in advanced gastrointestinal stromal tumor (GIST). Proc Am Soc Clin Oncol 22:815, (abstr 3275), 2003.

51.  Blanke CD: Gastrointestinal Stromal Tumors: A Paradigm for Targeted Therapy. Proc Brazil Oncol Soc 2003.

52.  Blanke CD, Joensuu H, Demetri G, Heinrich M, Roberts P, Eisenberg B, Fletcher J, Fletcher C, Corless C, Dimitrijevic S, Van Den Abbeele A, Kiese B, McDougall K, Von Mehren M: Long-term follow up of advanced gastrointestinal stromal tumor (GIST) patients treated with imatinib mesylate. Prog/Proc 2004 GI Cancers Symp 1:43, (abstr 2), 2004.

53.  Holdsworth CH, Manola J, Badawi RD, Israel DA, Blanke CD, Von Mehren M, Joensuu HT, Dimitrijevic S, Demetri GD, Van Den Abbeele AD: Use of computerized tomography (CT) as an early prognostic indicator of response to imatinib mesylate (IM) in patients with gastrointestinal stromal tumors (GIST). Proc Am Soc Clin Oncol 23:197, (abstr 3011), 2004.

54.  Rankin C, Von Mehren M, Blanke CD, Benjamin R, Fletcher CDM, Bramwell V, Crowley J, Borden E, Demetri GD: Dose effect of imatinib (IM) in patients (pts) with metastatic GIST-Phase III Sarcoma Group Study S0033. Proc Am Soc Oncol 23:815, (abstr 9005), 2004.

55.  Reichardt P, Pink D, Heinrich M, Cohen P, Wang Y, Tsyrlova A, Yap A, Dimitrievic S, Blanke CD: A phase I/II trial of the oral PKC-inhibitor PKC412 and imatinib mesylate in patients with gastrointestinal stromal tumor refractory to IM. Ann Oncol 15(Suppl 3) iii196:7440, 2004.

56.  Finketstein SN, Huse DM, Glendenning GA, Blanke CD, Joensuu H, von Mehren M, Demetri GD: Imatinib: Cost-effective in the treatment of gastrointestinal stromal tumors. Ann Oncol 15(Suppl 3) 111201:762P, 2004.

57.  Finketstein SN, Huse DM, Glendenning GA, Blanke CD, Joesnsuu H, von Mehren M, Demetri GD: Imatinib: Cost-effective in the treatment of gastrointestinal stromal tumors. Proc Euro Soc Med Oncol 2004.

58.  Dragovich T, McCoy S, Urba SG, Zanner KS, Fenoglio-Preiser CM, Blanke CD, Abbruzzese JL: SWOG 0127: Phase II Trial of Erlotinib in GEJ and Gastric Adenocarcinomas. Prog Proc Gastointest Cancers Symp 2:107, (abstr 49), 2005.

59.  Strother JM, Lopez CD, Beer TM, Blanke CD: A phase II trial of weekly high-dose calcitriol and docetaxel in patients with locally advanced or metastatic pancreatic adenocarcinoma. Prog Proc Gastrointest Cancers Symp 2:130, (abstr 94), 2005.

60.  Blackstein ME, Rankin C, Fletcher C, Heinrich M, Benjamin R, Von Mehren M, Blanke C, Fletcher JA, Borden E, Demetri G: Clinical benefit of Imatinib in patients (pts) with metastatic Gastrointestinal Stromal Tumors (GIST) negative for the expression of CD117 in the S0033 trial. Proc Am Soc Clin Oncol 23:818s, (abstr 9010), 2005.

61.  Dileo P, Rankin CJ, Benjamin RS, Von Mehren M, Blanke C, Bramwell V, Maki R, Fletcher C, Borden EC, Demetri GD: Incidence and reasons for dose modification of standard-dose vs. high-dose Imatinib Mesylate (IM) in the Phase III Intergroup Study S0033 of patients (pts) with unresectable or metastatic Gastrointestinal Stromal Tumor (GIST). Proc Am Soc Clin Oncol 23:824s, (abstr 9032), 2005.

62.  Reichardt P, Pink D, Lindner T, Heinrich MC, Cohen PS, Want Y, Yu R, Tsyrlova A, Dimitrijevic S, Blanke C: A phase I/II trial of the oral PKC-inhibitor PKC412 (PKC) in combination with imatinib mesylate (IM) in patients (pts) with gastrointestinal stromal tumor (GIST) refractory to

27

IM. Proc Am Soc Clin Oncol 23:196s, (abstr 3016), 2005.

63. Demetri GD, von Mehren M, Joensuu H, Finkelstein S, Huse D, Kiese B, Dimitrijevic S, McDougall K, Glendenning GA, Blanke CD: Lack of progression is the most clinically significant measure of a patient's clinical benefit: Correlating the effects of imatinib mesylate therapy in gastrointestinal stromal tumor (GIST) with survival benefits. Ann Oncol 2006.

64. Kozloff M, Cohn A, Christiansen N, Flynn P, Kabbinavar F, Robles R, Ulcikas-Yood M, Blanke C, Squier M, Grothey A: Safety of bevacizumab (BV) among patients (pts) receiving first-line chemotherapy for metastatic colorectal cancer: Updated results from a large observational study in the U.S. (BRITE). Prog Proc Gastrointest Cancers Symp 4:209, (abstr 247), 2006.

65. Blanke CD, Joensuu H, Demetri GD, Heinrich MC, Eisenberg B, Fletcher J, Corless CL, Wehrle E, Sandau KB, Von Mehren M: Outcome of advanced gastrointestinal stromal tumor (GIST) patients treated with imatinib mesylate: Four-year follow-up of a phase II randomized trial. Prog Proc Gastrointest Cancers Symp 4:88, (abstr 7), 2006.

66. Whitehead RP, McCoy S, Wollner IS, Wong L, Harker WG, Blanke CD; Phase II trial of depsipeptide (NSC-630176) in colorectal cancer patients who have received either one or two prior chemotherapy regimens for metastatic or locally advanced, unresectable disease: A Southwest Oncology Group study. Prog Proc Gastrointest Cancers Symp 4:213, (abstr 255), 2006.

67. Whitehead RP, McCoy S, Wollner IS, Long L, Harger WG, Hoff PM, Gold PJ, Billingsley KG, Blanke CD: Phase II trial of depsipeptide (NSC-630176) in colorectal cancer patients who have received either one or two prior chemotherapy regimens for metastatic or locally advanced, unresectable disease: A Southwest Oncology Group study. Proc Am Soc Clin Oncol 24:170s, 2006 (abstr 3598)

68. Trent JC, Blanke CD, Pisters PWT, von Mehren M, Davis DS, Ruxer R, McWhorter LT, Salvado AJ: reGISTry: An observational registry of gastrointestinal stromal tumor (GIST) patients in the USA. Proc Am Soc Clin Oncol 24:530s, (abstr 9543), 2006.

69. Iqbal, S, McCoy S, Lenz H-J, Rivkin SE, Atkins JN, Blanke CD: SWOG S0202 A phase II trial of gemcitabine and capecitabine in patients with unresectable or metastatic gallbladder cancer or cholangiocarcinoma. Proc Am Soc Clin Oncol 24:211s, (abstr 4134), 2006.

70. Blanke CD, Demetri GD, von Mehren M, Heinrich MC, Eisenberg BL, Fletcher J, Corless CL, Wehrle E, Sandau KB, Joensuu H: Long-term follow-up of a phase II randomized trial in advanced GIST patients treated with imatinib mesylate. Proc Am Soc Clin Oncol 24:526s, (abstr 9526), 2006.

71. Sanborn RE, Dragovich T, Benson AB, Haller DG, Savaraj N, Lenz H-J, McMahon M, Li H, Mori M, Mattick N, Blanke CD: A phase II study of celecoxib with irinotecan, 5- fluorouracil, and leucovorin in patients with advanced or metastatic colorectal cancer. Proc Am Soc Clin Oncol 24:167s, (abstr 3586), 2006.

72. Demetri G, von Mehren M, Joensuu H, Huse D, Lenhart G, Feng W, Blanke CD: Relation between gastrointestinal stromal tumor response to imatinib therapy and long-term survival. Ann Oncol 17 (supple9):161, (abstr 503PD), 2006.

73. Huse D, Lenhart G, Feng W, Blanke CD, Joensuu H, von Mehren M, Demetri G: Cost-effectiveness of imatinib in the treatment of advanced gastrointestinal stromal tumors. Ann Oncol 17 (supple9):162, (abstr 505PD), 2006.

74. Blanke CD, Demetri D, von Mehren M, Heinrich M, Eisenberg B, Fletcher J, Corless C, Fletcher C, Heintz D, Joensuu H: Efficacy of imatinib mesylate in gastrointestinal stromal tumor patients according to tumor bulk. Proc GI Symp 4:96, (abstr 21), 2007.

75. Sargent D, Adjuvant Colon Cancer Endpoints (ACCENT) Group: Time-dependent patterns of failure and treatment benefit from adjuvant therapy for resectable colon cancer: Lessons from the 20,800 patient (pt) ACCENT dataset. Proc Am Soc Clin Oncol 25:165s, (abstr 4008), 2007.

76. Sargent D, Adjuvant Colon Cancer Endpoints (ACCENT) Group: Time-dependent patterns of failure and treatment benefit from adjuvant therapy for resectable colon cancer: Lessons from the 20,800 patient (pt) ACCENT dataset. Proc GI Ca Symp 4:221, (abstr 274), 2007.

77. O'Connell M, Adjuvant Colon Cancer Endpoints (ACCENT) Group: Survival following recurrence in patients with adjuvant colon cancer: Findings from the 20,800 patient ACCENT dataset. Proc

Case 3:18-cv-01234   Document 184-49   Filed 03/17/22   Page 35 of 64 PageID #: 11208

Am Soc Clin Oncol 25:165s, (abstr 4009), 2007.

78. Chang H-M, Azuma M, Goldman B, Nagashima F, Iqbal S, Danenberg K, Benedetti B, Blanke CD, Lenz H-J: Gene expression levels of HER2 and IL-8 and polymorphism in IL-8 associated with clinical outcome in advanced or metastatic gastric cancer treated with lapatinib in SWOG 0413. Proc Am Soc Clin Oncol 25:234s, (abstr 4647), 2007.

79. Lopez C, Beer T, Todd K, Blanke CD: A phase II trial of docetaxel with high-dose calcitiriol, in untreated patients with advanced pancreatic cancer. Proc Am Soc Clin Oncol 25:641s, (abstr 15099), 2007.

80. Blanke CD, Pisters PWT, Trent JC, von Mehren M, Levine E, Ruxer R, Earley M, Hochwald S, McWhorter LT, Williams D, for the reGISTry Investigator Group: Analysis of a United States observational registry of gastrointestinal stromal tumor (GIST) patients: reGISTry. Proc Am Soc Clin Oncol 25: 726s, (abstr 20508), 2007.

81. El-Khoueiry AB, Rankin C, Lenz HJ, Philip P, Rivkin SE, Blanke CD: SWOG 0514: A phase II study of Sorafenib (BAY 43-9006) as single agent in patients (pts) with unresectable or metastatic gallbladder cancer or cholangiocarcinomas. Proc Am Soc Clin Oncol 25:232s (abstr 4639), 2007.

82. Iqbal S, Goldman B, Lenz H-J, Margolin K, Blanke CD. S0413: A phase II SWOG study of GW572016 (lapatinib) as first line therapy in patients (pts) with advanced or metastatic gastric cancer. Proc Am Soc Clin Oncol 25:227s (abstr 4621), 2007.

83. Byrd DM, Demetri GD, Joensuu H, von Mehren M, Heinrich M, Eisenberg B, Fletcher J, Corless C, Fletcher C, Heintz D, Blanke CD: Evaluation of imatinib mesylate in patients with large volume gastrointestinal stromal tumors. Proc Am Soc Clin Oncol 25:558s (abstr 10054), 2007.

84. DeMatteo R, Owzar K, Maki R, Pisters P, Blackstein M, Antonescu C, Blanke CD, Demetri G, von Mehren M, Ballman K, ACOSOG Intergroup Adjuvant GIST Study Team: Adjuvant imatinib mesylate increases recurrence free survival in patients with completely resected primary localized GIST: North American Intergroup phase III trial ACOSOG Z9001. www.asco.org, 2007.

85. Philip PA, Benedetti J, Fenoglio-Preiser C, Zalupski M, Lenz H, O'Reilly E, Wong R, Atkins J, Abruzzese J, Blanke CD: Phase III study of gemcitabine plus cetuximab versus gemcitabine in patients with locally advanced or metastatic pancreatic adenocarcinoma: SWOG S0205 study. Proc Am Soc Clin Oncol 25:199s (abstr LBA4509), 2007.

86. Chakravarthy AB, Wu FY, Blanke CD, Berlin JD, Beauchamp RD, Choy H, Delbeque D: A phase I study of neoadjuvant paclitaxel/radiation in patients with potentially respectable adenocarcinoma of the pancreas. Proc Am Soc Clin Oncol 25:639s (abstr 15067), 2007.

87. Yothers G, Blackstock W, Wolmark N, Goldberg RM, O'Connell MJ, Benedetti J, Dignam J, Sargent DJ, ACCENT collaborative group: Outcomes in white patients and those of African-American descent receiving adjuvant therapy for colon cancer. Proc Am Soc Clin Oncol 25:167s, (abstr 4017), 2007.

88. Demetri GD, Wang Y, Wehrle E, Blanke CD, Joensuu H, von Mehren M: Correlation of imatinib plasma levels with clinical benefit in patients with unresectable/metastatic gastrointestinal stromal tumors. Proc GI Symp 5:71 (abstr 3), 2008.

89. Eisenberg B, Harris J, Blanke CD, Demetri G, vonMehren M, Heinrich M, Okuno S, Kane J, Konski A: phase II trial of neoadjuvant/adjuvant imatinib mesylate for advanced primary and recurrent operable GI stromal tumor - early results of RTOG 0132. SSO 2008.

90. DeMatteo R, Blanke CD, Corless C, Raut C: Multidisiplinary management of GIST. Proc Soc Surg Oncol, Peerpoint Med Educ Inst, LLC 2008.

91. von Mehren M, Williams D, Blanke CD, Trent JC, Pisters PWT, Calzetta A: Analysis of The reGISTry: An observational registry of gastrointestinal stromal tumor (GIST) patients (pts) in the USA. Proc Conn Tiss Oncol Soc 2008.

92. Zhang W, Rankin CJ, Nagashima F, Ulrich CM, Holmes RS, Makar KW, Benedetti JK, Blanke C, Smalley, SR and Lenz HJL: Pharmacogenetic analysis of stage II/III rectal cancer patients treated with 5-fluorouracil and pelvic radiation in a phase III Intergroup trial (INT-0144, SWOG 9304). Proc GI Symp 8:218 (abstr 300), 2008.

93. Holmes RS, Rankin C, Makar KW, Benedetti JK, Smalley, SR, Blanke CD, Lenz HJ, Ulrich CM. Polymorphisms in folate-metabolizing enzymes and response to 5-fluorouracil among stage II or

Case 3:18-cv-01234  Document 184-49  Filed 03/17/22  Page 36 of 64 PageID #: 11209

       III rectal cancer pataients (SWOG 9304). Proceedings of the American Association for Cancer Research, abst. 4797, 2008.

94.    Ulrich CM, Rankin C, Holmes RS, Makar KW, Benedetti JK, Smalley SR, Blanke CD, Lenz H-J: Polymorphisms in folate-metabolizing enzymes and response to 5-fluorouracil among stage II or III rectal cancer patients (SWOG 9304). Proc GI Symp 8:223 (abstr 309), 2008

95.    Gold PJ, Goldman B, Iqbal S, Leichman LP, Lenz H-J, Blanke CD: CEtiuximab as second-line therapy in patients with metastatic esophageal cancer: A phase II Southwest Oncology Group Study. Proc GI Symp 8:116 (abstr 96), 2008.

96.    Zhang W, Rankin CJ, Nagashima F, Ulrich CM, Holmes RS, Makar KW, Benedetti JK, Blanke CD, Smalley SR, Lenz H-J: An update of pharmacogenetic analysis of stage II/III rectal cancer patients treated with 5-fluorouracil and pelvic radiation in a phase III Intergroup trial (INT-0144, SWOG 9304). Proc Am Soc Clin Oncol 26:206s (abstr 4115), 2008.

97.    Von Mehren M, Wang Y, Joensuu H, Blanke CD, Wehrle E, Demetri GD: Imatinib pharmacokinetics and its with clinical response in patients with unresectable/metastatic gastrointestinal stromal tumor. Proc Am Soc Clin Oncol 26:218s (abstr 4523), 2008.

98.    Gold PJ, Goldman B, Iqbal S, Leichman LP, Lenz H, Blanke CD: Cetuximab as second-line therapy in patients with metastatic esophageal cancer: A phase II Southwest Oncology Group Study. Proc Am Soc Clin Oncol 26:222s (abstr 4536), 2008.

99.    Bubalo JS, Takemoto MH, Herrington J, Miller CF, Wong L, Fisher A, Roberson EM, Wilmann P, Williams C, Edwards MS, Blanke CD: A multi-center, open label trial to evaluate the efficacy and tolerability of aprepitant and palonosetron for the prevention of chemotherapy-incuded nausea and vomiting in colorectal cancer patients receiving FOLFOX chemotherapy. Proc Am Soc Clin Oncol 26:739s, (abstr 20684), 2008.

100.   Blanke CD, Psiters PW, Trent JC, von Mehren M, PIcus J, Stealey E, Williams D, reGISTry Investigator Group: Analysis of an observational registry of gastrointestinal stromal tumor patients in the USA: registry. Proc Am Soc Clin Oncol 26:747s, (abstr 21502), 2008.

101.   Blanke CD: What's New in GIST? Proc 10th Ann Australasian GI Trials Group 2008.

102.   Renouf D, Lim H, Speers C, Villa D, Gill S, Blanke CD, O'Reilly S, Kennecke H: Impact of bevacizumab on overall survival in patients with metastatic colorectal cancer: A population-based analysis. Proc GI Symp 9:262, (abstr 405), 2009.

103.   Von Mehren M, Pisters PW, Blanke CD, Picus J, Stealey E, McDougall K, Trent JC: Analysis of an observational registry of gastrointestinal stromal tumor patients in the USA: reGISTry. Proc GI Symp, 9:66, (abstr 13), 2009.

104.   Lim HJ, Shah A, Kennecke H, Kollmannsberger C, Melosky B, Lohrisch C, Blanke CD, Gill S: Palliative gastric/GE junction/esophageal cancer patients treated with weekly 5FU/Cisplatin: A multi-centre experience. Proc GI Symp 9:109, (abstr 100), 2009.

105.   Sargent DJ, Yothers G, Van Cutsem E, Cassidy J, Saltz L, Wolmark N, Shi Q, Buyse M, de Gramont A, ACCENT Group: Use of two-year disease free survival as a primary endpoint in stage III adjuvant colon cancer trials with fluropyrimidines with or without oxaliplatin or irinotecan: New data from 12,676 patients from MOSAIC, X-ACT, PETACC-3, NSABP C-06 and C-07, and C89803. Proc Am Soc Clin Oncol 27:170s, (abstr 4011), 2009.

106.   Jackson McCleary N, Meyerhardt J, Green E, Yothers G, de Gramont A, Van Cutsem, O'Connell M, Twelves C, Saltz L, Sargent D, ACCENT Group: Impact of older age on the efficacy of newer adjuvant therapies in >12,500 patients with stage II/III colon cancer: Findings from the ACCENT database. Proc Am Soc Clin Oncol 27:170s, (abstr 4010), 2009.

107.   Pisters PW, Trent JC, Blanke CD, Picus J, Stealey E, McDougall K, Von Mehren M: Analysis of an observational registry of gastrointestinal stromal tumor patients in the US: reGISTry. Proc Am Soc Clin Oncol 27:550s, (abstr 10557), 2009.

108.   Leichman L, Goldman BH, Benedetti JK, Billingsley KG, Thomas CR, Iqbal S, Lenz C, Blanke CD, Gold PJ, Coreless CL: Oxaliplatin plus protracted infusion 5-fluorouracil and external beam radiation prior to surgery for potentially curable esophageal adenocarcinoma: A SWOG phase II trial with molecular correlates. Proc Am SOC Clin Oncol 27:205s (abstr 4513), 2009.

109.   Renouf DJ, Lim HJ, Speers C, Villa D, Gill S, Blanke CD, O'Reilly SE, Kennecke H: Impact of bevacizumab on overall survival in patients with metastatic colorectal cancer: A population-

30

based study. Proc Am Soc Clin Oncol 27:196s (abstr 4114), 2009.

110. Blanke CD, Bendel JC: TOGA, TOGA, TOGA. Proc Chemother Found Symp XXVII, Current Treatment Options in Oncology 10:59-61, 2009.

111. Thomas CR, Goldman BH, Benedetti JK, Lenz H-J, Baker T, Hammond-Thelin L, Mehta VK, Fenoglio-Preiser CM, Abbruzzese JL, Blanke CD: Cetuximab plus cisplatin, irinotecan, and thoracic radiotherapy as definitive treatment for locally advanced, clinically unresectable esophageal cance: a Southwest Oncology Group phase II trial with molecular correlates (S0414). Proc Am Soc Therap Radio Oncol (abstr 1094), 2009.

112. Leichman L, Goldman B, Thomas C, Billingsley K, Corless C, Lenz H-J, Iqbal S, Benedetti J, Gold P, Blanke CD: Oxaliplatin plus protracted infusion 5-fluorouracil and external beam radiation prior to surgery for potentially curable esophageal adenocarcinoma: A Southwest Oncology Group Phase II trial with molecular correlates (S0356). Proc ASCO 2009, J Clin Oncol 27:15s (suppl; abstr 4513), 2009.

113. Philip PA, Benedetti JK, Ramanathan RK, Lenz H-J, Lowy AM, Whitehead RP, Iqbal S, Chung V, Goldman B, Blanke CD: Phase I trial of combination gemcitabine, erlotinib, and IMC-A12 as first-line treatment in patients with metastatic pancreatic cancer: A Southwest Oncology Group study S0727. Proc GI Symp 10:116 (abstr 233), 2010.

114. Thomas CR, Goldman BH, Benedetti JK, Lenz H-J, Baker T, Hammond-Thelin L, Mehta VK, Fenoglio-Preiser CM, Abbruzzese JL, Blanke CD: Cetuximab plus cisplatin, irinotecan, and thoracic radiotherapy as definitive treatment for locally advanced, clinically unresectable esophageal cancer: A Southwest Oncology Group phase II trial with molecular correlates (S0414). Proc GI Symp 10:75 (abstr 72), 2010.

115. Leichman L, Goldman B, Thomas C, Billingsley K, Corless C, Lenz H, Iqbal S, Benedetti J, Gold P, Blanke C. An updated report on the pathologic complete response and survival outcome of Southwest Oncology Group (SWOG S0356): A phase II trial of oxaliplatin (OXP) plus protracted infusion 5-fluorouracil (PIFU) and external beam radiation (EBRT) prior to surgery (S) for potentially curable esophageal adenocarcinoma (EA) with molecular correlates. American Society of Therapeutic Radiation Oncologists (ASTRO) Annual Meeting; oral, 2010.

116. Blackstein M, Corless C, Dematteo RP, Antonescu C, Blanke CD, Demetri GD, von Mehren M, Maki R, Patel S, Pisters P, Ballman K: Risk assessment for tumor recurrence after surgical resection of localized primary gastrointestinal stromal tumor (GIST): North American Intergroup Phase III trial ACOSOG Z9001. Proc GI Symp 10:59, (abstr 6), 2010.

117. Shan VW, Kollmannsberger CK, Wilson D, Briede A, Blanke CD, Lim HJ: The utility of PET/CT in the treatment management of gastroesophageal cancer (GEC): Impact on staging and treatment decisions. Proc Am Soc Clin Oncol 46:335s, (abstr 4138), 2010.

118. Sargent DJ, Yothers GA, Green E, Blanke CD, O'Connell MJ, Labianca R, Bleyer A, De Gramont A, Thomas DM, A joint project of the LIVESTRONG Young Adult Alliance and the ACCENT Collaborative Group: Benefits and adverse events in younger (age <50) vs older patients receiving adjuvant chemotherapy for colon cancer: Findings from the 33,574 pt ACCENT dataset. Proc Am Soc Clin Oncol 46:266s, (abstr 3523), 2010.

119. Ladner RD, Ulrich CM, Rankin CJ, Danenberg KD, Danenberg PV, Smalley SR, Makar KW, Benedetti JK, Blanke CD, Lenz H-J: Intratumoral gene expression levels of TP (Thymidine phosphorylase) and VEGF are associated with clinical outcome in stage II/III rectal cancer patients treated with 5-fluorouracil and pelvic radiation in a phase III intergroup trial (SWOG 9304). Proc Am Soc Clin Oncol 46:295s (abstr 3640), 2010.

120. Blanke CD, Bot BM, Thomas DM, Bleyer A, Kohne CH, Seymour MT, De Gramont A, Goldberg RM, Sargent DJ, Livestrong Young Adult Alliance: Impact of young age on efficacy and safety in advanced colorectal cancer: A pooled analysis examing 6,286 patients from 9 first-line phase III chemotherapy studies. Proc Am Soc Clin Oncol 46:265s, (abstr 3520), 2010.

121. Corless CL, Ballman KV, Antonescu C, Blanke CD, Blackstein ME, Demetri GD, von Mehren M, Maki RG, Pisters PWT, DeMatteo RP, American College of Surgeons Oncology Group (ACOSOG) Intergroup Adjuvant GIST Study Team): Relation of tumor pathologic and molecular features to outcome after surgical resection of localized primary gastrointestinal stromal tumor (GIST): Results from the intergroup phase III trial ACOSOG Z9001. Proc Am Soc Clin Oncol

46:699s, (abstr 10006), 2010.

122. Philip PA, Goldman BH, Ramanathan RK, Lenz HJ, Lowy AM, Whitehead RP, Iqbal S, Chung VM, Benedetti JK, Blanke CD: SWOG S0727: A randomized phase II trial of combination gemcitabine + erlotinib + IMC-A12 vs. gemcitabine + erlotinib as first-line treatment in patients (pts) with metastatic pancreatic cancer. Proc Am Soc Clin Oncol 46:37s (abstr TPS223), 2010.

123. Trent JC, von Mehren M, Pisters PWT, Stealey E, Sirulnik LA, Blanke CD: Adjuvant imatinib therapy of 208 gastrointestinal stromal tumor (GIST) patients: Dose, duration, and risk assessment. Proc Am Soc Clin Oncol 46:713s, (abstr 10061), 2010.

124. Von Mehren M, Heinrich M, Joensuu H, Blanke CD, Wehrle E, HeinzD, Noronha A, Demetri G, Eight Year (Yr) Follow-up Results of the Ongoing. Randomized Phase II B2222 Trial of Imatinib Mesylate (IM) in patients (Pts) with Metastatic or Unresectable Gastrointestinal Stromal Tumors (GIST) Expressing KIT. Proc AM Soc Clin Oncol 47:609s, (abstr 10016), 2011.

125. Bohanes PO, Goldman BH, Leichman LP, Blanke CD, Iqbal S, Thomas CR, Corless CL, Billingsley KG, Danenberg KD, Zhang W, Benedetti JK, Gold PJ, Lenz H-J: Association of excision repair cross-complementation group 1 (ERCC1) gene expression (GE) with outcome in stage II-III esophageal adenocarcinoma (EA) patients treated with preoperative platinum-based Chemoradiation (CRT) in a phase II cooperative group study (SWOG S0356). Proc GI Cancers Symp 11:48 (abstr 2), 2011.

126. Van Loon K, Wigler D, Niedzwiecki D, Hollis D, Venook A.P., Fuchs C, Blanke CD, Saltz L, Goldberg R, Meyerhardt JA: Comparison of Dietary and Lifestyle Habits among stage III and Metastatic Colorectal Cancer Patients. Proc Am SOC Clin ONcol 47:E, (abstr 14026), 2011.

127. Cheung WY, Shi Q, O'Connell M, Cassidy J, Blanke CD, Kerr DJ, Van Cutsem E, Alberts SA, Yothers GA, Sargent DJ, for the ACCENT Collaborative Group.: Predictive and prognostic value of gender in early stage colon cancer: a pooled analysis of 33,345 patients from the ACCENT database. Proc Am Soc Clin Oncol 47:250s, (abstr 3619), 2011.

128. Wilson PM, Bohanes PO, Rankin CJ, Benedetti JK, Ulrich CM, Smalley SR, Makar KW, Zhang W, Winder T, Ning Y, Gerger A, BenhaimL, El-Khoueiry R, Labonte MJ, Blanke CD, Lenz HJ: The final results of the SWOG S9304 phase III intergroup trial's pharmacogenetic analysis: Association of polymorphisms with survival and toxicity in stage II/III rectal cancer patients treated with 5-fluorouracil (5-FU) and pelvic radiation (RT). Proc Am Soc Clin Oncol 47:231s, (abstr 3542), 2011.

129. Bohanes PO, Goldman BH, Leichman LP, Blanke CD, Iqbal S, Thomas CR, Corless CL, Billingsley KG, Danenberg KD, Zhang W, Benedetti JK, Gold PJ, Lenz HJ: Association of excision repair cross-complementation group 1 gene expression with outcome in stage II-III esophageal adenocarcinoma patients treated with preoperative platinum-based chemoradiation in a phase II cooperative group study (SWOG S0356). Proc Am Soc Clin Oncol 47:261s (abstr 4023), 2011.

130. Baker LH, Rankin CJ, Blanke CD, Demetri GD, Crowley JJ, Benjamin RS: Long-term follow-up of SWOG 0033, a phase III randomized Intergroup trial assessing imatinib mesylate at two dose levels in patients with unresectable or metastastic gastrointestinal stromal tumors. Proc Connective Tissue Oncology Society Annual Meeting 2011:24 (abstr105), 2011.

131. Blanke CD, Rankin CJ, Benjamin RS, Raymond KS, Heinrich MC, Fletcher CDM, Crowley JJ, Borden EC, Demetri GD, Baker LH: Long-term survival on S0033: A phase III randomized, Intergroup trial assessing imatinib mesylate at two dose levels in patients with unresectable or metastatic gastrointestinal stromal tumors (GISTs). Proc ESMO 47:S664 (abstr 9404), 2011.

132. Kennecke H, Chen L, Blanke CD, Cheung W, Schaff K, Speers C: Panitumumab (Pmab) versus Cetuximab (Cmab)/Irinotecan (Iri) therapy among patients with KRAS wildtype (wt) metastatic colorectal cancer. Proc GI Symp 12:30, (abstr 640), 2012.

133. Philip PA, Goldman B, Ramanathan RK, Lenz H-J, Lowy AM, Whitehead RP, Iqbal S, Singh J, Benedetti JK, Blanke CD: Phase I and randomized phase II trial of gemcitabine, erlotinib, and IMC-A12 (cixutumumab versus gemcitabine plus erlotinib as first line treatment in patients with metastatic pancreatic cancer (SWOG 0727). Proceedings of GI Symposium, Journal of Clinical Oncology 12:30 (abstr 198), 2012.

134. Philip PA, Goldman BH, Ramanathan RK, Lenz H-J, Lowy AM, Whitehead RP, Iqbal S, Gaur R,

32

Benedetti JK, Blanke CD: Dual blockade of epidermal growth factor receptor (EGFR) and insulin-like growth factor receptor-1 (IGF-1R) signaling in metastatic pancreatic cancer: Phase I/randomized phase II trial of gemcitabine, erlotinib, and cixutumumab versus gemcitabine plus erlotinib (SWOG-0727). Journal of Clinical Oncology 30 (suppl; abstr 4019), 2012.

135. Gordon MA, Gundacker H, Benedetti J, Macdonald JS, Baranda JC, Levin WJ, Blanke CD, Elatre W, Weng P, Lenz H-J, Press MF: Assessment of HER2 gene amplification in adenocarcinomas of the stomach or gastroesophageal junction in the INT-0116/SWOG9008 clinical trial. Journal of Clinical Oncology 30 (suppl; abstr 4010), 2012.

136. Trent JC, von Mehren M, Pisters PWT, Picus J, Keir CH, Magley A, Blanke CD; Diagnosis and initial evaluation of patients with gastrointestinal stromal tumor: An observational study of 1,226 patients. Journal of Clinical Oncology 30 (suppl; abstr TPS 10088), 2012.

137. El-Khoueiry AB, Rankin CJ, Iqbal S, Micetich KC, Kayaleh O, Lenz H-J, Blanke CD; SWOG 0941: A phase II study of sorafenib and erlotinib in patients (pts) with advanced gallbladder cancer or cholangiocarcinoma. Journal of Clinical Oncology 30 (suppl; abstr 4113), 2012.

138. Pinter T, Abella E, Cesas A, Croitoru A, Decaestecker J, Gibbs P, Hotko Y, Jassem J, Kurteva G, Novotny J, O'Reilly S, Salek Y, Mo M, Choi MR, Blanke CD. Results of a Phase III, randomized, double-blind placebo-controlled trial of pegfilgrastim (PEG) in patients (pts) receiving first-line FOLFOX or FOLFIRI and bevacizumab (B) for colorectal cancer (CRC). Journal of Clinical Oncol ogy 30 (suppl; abstr LBA445), 2012.

139. Siegel AB, El-Khoueiry A, Finn RS, Blanke CD, Hidalgo, Brown RS: Phase I trial of sorafenib in high-risk hepatocellular carcinoma patients after liver transplantation. J Clin Oncol 30: (suppl 34; abstr 280), 2012.

140. Abadi S, Jang O, de Lemos M, Koke P, Walisser S, Ho Roxana, Kuik K, Cheng W, Amos C, de Haan N, Fuller S, Blanke CD: Medication discrepancies and drug-related problems in the ambulatory oncology setting. ACCP Virtual Poster Symposium (abstr 13E), 2012.

141. Labonte J, Goldman B, Zhang Wu, Labonte M, Blanke C, Philip P, Wong R, O'Reilly E, Benedetti J, Lenz HJ. Use of EGF A61G polymorphism predicts overall survival in a phase III study of gemcitabine plus cetuximab versus gemcitabine in patients (pts) with locally advanced or metastatic pancreatic adenocarcinoma (SWOG 0205). Journal of Clinical Oncology 30(supl 4; abstr 203); ASCO 2012 GI Cancers Symposium, poster presentation, 2012.

142. Kennecke HF, Yu J, Gill S, Cheung WY, Blanke CD, Cheifetz R, Woods R; Impact of M1a and M1b staging in patients (pts) with metastatic colorectal cancer. J Clin Oncol 31, (suppl; astract 3590), 2013.

143. Chung V, McDonough S, Philip PA, Cardin DB, Lowy AM, Benedetti JK, Blanke CD; SWOG S1115: Randomized Phase II Clinical Trial of Selumetinib (AZD6244; ARRY 142886) Hydrogen Sulfate (NSC-748727) and MK-2206 (NSC-749607) vs. mFOLFOX in Patients with Metastatic Pancreatic Cancer after Prior Chemotherapy. Journal of Clinical Oncology 31 (suppl; abstract TPS4145), 2013.

144. Renfro LA, Grothey AM, Saltz LB, André T, Labianca R, Alberts SR, Buyse M, Loprinzi CL, Yothers G, Sargent DJ for the Adjuvant Colon Cancer Endpoints (ACCENT) Group. ACCENT-based Nomograms Predict Time to Recurrence (TTR) and Overall Survival (OS) in Stage III Colon Cancer (CC). J Clin Oncol 31, (suppl; abstr 3618), 2013.

145. Pinter T, Abella E, Cesas A, Croitoru A, Decaestecker J, Gibbs P, Hotko Y, Jassem J, Kurteva GP, Novotny J, O'Reilly S, Salek T, Mo MF, Choi LMR, Blanke CD: Results of a phase III, randomized, double-blind, placebo-controlled trial of pegfilgrastim (PEG) in patients (pts) receiving first-line FOLFOX or FOLFIRI and bevacizumab (B) for colorectal cancer (CRC). J Clin Oncol 31, (suppl; abstr 3575), 2013.

146. Venook AP, Niedzwiecki D, Lenz HJ, Innocenti F, Mahoney MR, O'Neil BH, Shaw JE, Polite BN, Hochster HS, Atkins JN, Goldberg RM, Mayer RJ, Schilsky RL, Bertagnolli MM, Blanke CD: CALGB/SWOG 80405: Phase III trial of irinotecan/5-FU/leucovorin (FOLFIRI) or oxaliplatin/5-FU/leucovorin (mFOLFOX6) with bevacizumab (BV) or cetuximab (CET) for patients (pts) with KRAS wild-type (wt) untreated metastatic adenocarcinoma of the colon or rectum (MCRC). J Clin Oncol 32:5s (suppl; abstr LBA3), 2014.

147. Lenz H, Niedzwiecki D, Innocenti F, Blanke C, Mahoney MR, O'Neil BH, Shaw JE, Polite B,

Hochster H, Atkins J, Goldberg RM, Mayer RJ, Schilsky RL, Bertagnolli M, Venook A. CALGB/SWOG C80405: PHASE III trial of irinotecan/5-FU/leucovorin (FOLFIRI) or oxaliplatin/5-FU/leucovorin (mFOLFOX6) with bevacizumab (BV) or cetuximab (CET) for patients (pts) with expanded ras analyses untreated metastatic adenocarcinoma of the colon or rectum (MCRC). Annals of Oncology 25 (Supplement 4):iv1 - mdu438.66, 2014.

148. Ramanathan R, McDonough SL, Kennecke HF, Iqbal S, Baranda JC, Seery TE, Lim HJ, Hezel AF, Vaccaro GM, Blanke CD: A phase II study of MK-2206, an allosteric inhibitor of AKT as second-line therapy for advanced gastric and gastroesophageal junction (GEJ) cancer: A SWOG Cooperative Group trial (S1005). Journal of Clinical Oncology 32:5s (suppl; abstr 4041), 2014.

149. Demetri GD, Rankin CJ, Benjamin RS, Borden EC, Ryan CW, Priebat DA, Tap WD, von Mehren M, Blackstein ME, Heinrich MC, Maki RG, Corless CL, Fletcher JA, Owzar K, Blanke CD: Long-term disease control of advanced gastrointestinal stromal tumors (GIST) with imatinib (IM): 10-year outcomes from SWOG phase III intergroup trial S0033. Journal of Clinical Oncology 32:5s (suppl; abstr 10508), 2014.

150. Sargent DJ, Shi Q, Yothers G, Tejpar S, Bertagnolli MM, Thibodeau SN, Andre T, Labianca R, Gallinger S, Hamilton SR, Monges G, Pogue-Geile KL, Paik S, Klingbiel D, Roth A, Pavey ES, Kim GP, Sinicrope FA, ACCENT Collaborative Group: Prognostic impact of deficient mismatch repair (dMMR) in 7,803 stage II/III colon cancer (CC) patients (pts): A pooled individual pt data analysis of 17 adjuvant trials in the ACCENT database. J Clin Oncol 32:5s (suppl; abstr 3507), 2014.

151. Renfro LA, Grothey A, Kerr DJ, Haller DG, Andre T, Van Cutsem E, Saltz L, Labianca R, Loprinzi CL, Alberts SR, Schmoll H-J, Twelves C, Yothers G, Sargent DJ, Adjuvant Colon Cancer Endpoints (ACCENT) Group: Survival following stage II/III colon cancer (CC): Accent-based comparison versus matched general population (MGP). J Clin Oncol 32:5s, (suppl; abstr 3601), 2014.

152. Ben-Josef E, Guthrie K, El-Khoueiry AB, Corless CL, Zalupski M, Lowy AM, Thomas CR, Alberts SR, Dawson LA, Micetich KC, Thomas MB, Siegel AB, Blanke CD: SWOG S0809: A phase II trial of adjuvant capecitabine (cap)/gemcitabine (gem) followed by concurrent capecitabine and radiotherapy in extrahepatic cholangiocarcinoma (EHCC) and gallbladder carcinoma (GBCA). Journal of Clinical Oncology 32:5s, abstr 4030, 2014.

153. Innocenti F, Owzar K, Jiang C, Sibley A, Niedzwiecki D, Heinz JL, Bertagnolli MM, Friedman P, Furukawa Y, Kubo M, Ratain MJ, Blanke CD, Venook AP, McLeod H: A genome-wide association study (GWAS) of overall survival (OS) in 609 metastatic colorectal cancer (mCRC) patients treated with chemotherapy and biologics in CALGB 80405. Proc Am Soc Clin Oncol, (abstr 80405), 2015.

154. Innocenti F, Owzar K, Jiang C, Sibley AN, Niedzwiecki D, Bertagnolli M, Friedman P, Furukawa Y, Kubo M, Ratain M, Blanke CD, Lenz H, Venook A, McLeod H. A genome-wide association study (GWAS) of overall survival (OS) in 609 metastatic colorectal cancer (mCRC) patients treated with chemotherapy and biologics in CALGB 80405. European Cancer Congress (ESMO) Annual Meeting, (Sept 25-29, 2015, Vienna, Austria):abst. 2007, 2015.

155. Yao JC, Guthrie K, Moran C, Strosberg J, Kulke MH, Ang Chan J, Loconte N, McWilliams R, Wolin EM, Mattar BI, McDonough S, Chen H, Blanke C, Hochster HS. SWOG S0518: phase III prospective randomized comparison of depot octreotide plus interferon alpha versus depot octreotide plus bevacizumab (NSC #704865) in advanced, poor prognosis carcinoid patients (NCT00569127). Journal of Clinical Oncology 33:5s:(suppl; abstr 4004), 2015.

156. Leichman CG, McDonough SL, Smalley SR, Billingsley KG, Lenz H-L, (TBA authorship in recognition of high institutional accrual pending SWOG institutional PIs input). Guthrie KA, Blanke CD, Hochster HS: SWOG S0713: A phase II study of cetuximab (CET) added to induction chemotherapy (ICT) of oxaliplatin (OX), capecitabine (CAP), followed by neoadjuvant chemoradiation (NACR) for locally advanced rectal cancer (LARC). J Clin Oncol 33:5s, (suppl; abstr 3599), 2015.

157. Renfro LA*, Shah MH*, Allegra CJ, André T, de Gramont A, Sinicrope FA, Schmoll H-J, Haller DG, Alberts SR, Yothers G, and Sargent DJ for the ACCENT collaborative group. *co-first authors: Time- dependent patterns of recurrence and death in resected colon cancer (CC):

34

pooled analysis of 12,223 patients from modern oxaliplatin trials in the ACCENT database. Journal of Clinical Oncology 33:15 suppl, abstract 3593, 2015.

158. Hershman DL, Unger JM; Wright JD, Ramsey S, Till C, Tangen CM, Barlow W, Blanke CD, Thompson IM, Hussain M: Long term consequences of intermittent and continuous androgen deprivation in patients with metastatic prostate cancer. J Clin Oncol 33:5 (suppl; abstr 5008), 2015.

159. Chung VM, McDonough SL, Philip PA, Cardin DB, Wang-Gillam A, Hui L, Lowy AM, Guthrie K, Blanke CD, Hochster HS: SWOG S1115: Randomized phase II clinical trial of selumetinib (AZD6244; ARRY 142886) hydrogen sulfate (NSC-748727) and MK-2206 (NSC-749607) vs. mFOLFOX in patients with metastatic pancreatic cancer, J Clin Oncol 33:5s(suppl; abstr 4119), 2015.

160. Schrag D, Dueck AC, Naughton MJ, Niedzwiecki D, Earle C, Shaw JE, Grothey A, Hochster HS, Blanke CD, Venook AP: Cost of chemo therapy for metastatic colorectal cancer with either bevacizumab or cetuximab: economic analysis of CALGB/SWOG 80405, J Clin Oncol 33:5s, (suppl;abstr 6504), 2015.

161. Ng K, Venook AP, Sato K, Hollis BW, Niedzwiecki D, Ye C, Chang I, O'Neil BH, Innocenti F, Lenz H-J, Blanke CD, Mayer RJ, Fuchs CS, Meyerhardt JA: Vitamin D status and survival of metastatic colorectal cancer patients: Results from CALGB/SWOG 80405 (Alliance), J Clin Oncol 33:5s, (suppl; abstr 3503), 2015.

162. Ng K, Venook AP, Sato K, Hollis BW, Niedzwiecki D, Ye C, Chang I-W, O'Neil BH, Innocenti F, Lenz H-J, Blanke CD, Fuchs CS, Meyerhardt JA. Vitamin D status and survival of metastatic colorectal cancer patients: Results from CALGB/SWOG 80405 (Alliance). Journal of Clinical Oncology 33:(suppl 3; abstr 507), poster, 2015.

163. Herbst RS, Redman M, Kim ES, Semrad TJ, Bazhenova L, Masters G, Kahl B, Guaglianone P, Reynolds C, Karnad A, Arnold SM, Moon J, Blanke CD, Hirsch FR, Gandara DR: A Randomized, Phase III Study Comparing Carboplatin/Paclitaxel or Carboplatin/Paclitaxel/ Bevacizumab with or without Concurrent Cetuximab in Patients with Advanced Non-Small Cell Lung Cancer (NSCLC): SWOG S0819. World Lung Cancer Congress, abst PLEN04:01, 2015. Journal of Thoracic Oncology Volume 10, Number 9, Supplement 2, September 2015.

164. Heinemann V, Niedzwiecki D, Pearline R, Lenz H-J, Innocenti F, Hochster HS, Grothey A, Goldberg RM, Mayer RJ, Schilsky RL, Bertagnolli MM, Blanke CD, Venook AP, Stinzing S, O'Neil BH: Outcomes for FOLFIRI plus bevacizumab (BEV) or cetuximab (CET) in patients previously treated with oxaliplatin-based adjuvant therapy: A combined analysis of data from FIRE-3 and CALGB 80405, J Clin Oncol 33:5s, (suppl: abstr 3585), 2015.

165. Kimmie N, Venook AP, Sato K, Hollis BW, Niedzwiecki D, Ye C, O'Neill BH, Innocenti F, Lenz H-J, Blanke CD, Mayer RJ, Fuchs CS, Meyerhardt JA: Vitamin D status and survival of metastatic colorectal cancer patients: Results from CALGB/SWOG 80405. Proc GI Symp, J Clin Oncol-33(suppl 3; abstr 507), 2015.

166. Matthaiou C, Renfro LA, Papamichael D, Yothers G, Saltz L; Van Cutsem E, Schmoll H, Labianca R, André T, O'Connell M, Guthrie K, Alberts SR, Haller DG, Kountourakis P and Sargent DJ for the Adjuvant Colon Cancer Endpoints (ACCENT) Group: Validity of Adjuvant! Online in Elderly Patients with Stage III Colon Cancer Based on 2,794 Patients from the ACCENT Database. J Clin Oncol 34, (suppl; abstr 3620), 2016.

167. Hirsch FR, Redman MW, Herbst RS, Kim ES, Semrad TJ, Bazhenova L, Masters G, Oettel K, Guaglianone P, Reynolds C, Karnard A, Arnold SM, Varella-Garcia M, Moon J, Blanke CD, Kelly K, Gandara DR: SWOG S0819: Biomarker-enriched efficacy of cetuximab-based therapy: Squamous subset analysis from S0819, a phase III trial of chemotherapy with or without cetuximab in advanced NSCLS. J Clin Oncol 34,(suppl; abst 9090), 2016.

168. Semrad TJ, Redman MW, Herbst R, Kim ES, Bazhenova L, Masters G, Oettel P, Guaglianone P, Reynolds C, Karnad A, Arnold SM, Varella-Garcia M, Moon J, Mack P, Blanke CD, Hirsch F, Kelly K, Gandara D: Outcomes for patients treated with or without bevacizumab on SWOG S0819: A randomized, phase III study comparing carboplatin/Paclitaxel or carboplatin/ Paclitaxel/bevacizumab with or without concurrent cetuximab in patients with advanced non-small cell lung cancer (NSCLC). J Clin Oncol 34, (suppl; abstr 9082), 2016.

169. Venook A, Niedzwiecki D, Innocenti F, Fruth B, Greene C, O'Neil B, Shaw J, Polite B, Hochster H,

Blanke CD, Goldberg R, Schilsky R, Mayer R, Bertagnolli M, Lenz H: CALGS/SWOG C80405: Impact of primary (1°) tumor location on overall survival (OS) and progression-free survival (PFS) in patients (pts) with metastatic colorectal cancer (mCRC): Analysis of CALGB/SWOG 80405 (Alliance). J Clin Oncol 34, (suppl; abstr 3504), 2016.

170. Blanke CD, LeBlanc ML, Hershman DL, Ellis LM, Meyskens FL: Usage of Oregon's Death with Dignity Act (DWDA). ASCO Palliative Care in Oncology Symposium (Sept 9-10, 2016, San Francisco, CA), poster. J Clin Oncol 34, (suppl 26S; abstr 44), 2016.

171. Mack PC , Moon J , Herbst RS , Kim ES , Semrad TJ, Redman MW , Tsai RA, Solis LJ, Gregg JP ,Hatcher SL , Varella-Garcia M, Hirsch FR , Blanke CD , Kelly K , Gandara DR: Role of KRAS mutation status in NSCLC patients treated on S0819, a phase II trial of chemotherapy with or without cetuximab. Journal of Thoracic Oncology, Volume 12, Issue 1; Supplement, Pages S967–S968, 2017.

172. Yao JC, Guthrie K, Moran C, Strosberg JR, Kulke MH, Chan JA, LoConte NK, McWilliams RR, Wolin EM, Mattar BI, McDonough S, Chen HX, Blanke CD, Hochster HS: SWOG S0518: Phase III prospective randomized comparison of depot octreotide plus interferon alpha versus depot octreotide plus bevacizumab (NSC #704865) in advanced, poor prognosis carcinoid patients (NCT00569127) J Clin Oncol 33:5s, 2015 (suppl; abstr 4004), 2017.

173. Guercio B, Venook A, Niedzwiecki D , Zhang S, Sato K, Fuchs C, Lenz H-J, Innocenti F, Fruth B, Van Blarigan E, O'Neil B, Edward Shaw J, Polite B, Hochster H, Atkins J, Goldberg R, Mayer R, Bertagnolli M, Blanke CD, Meyerhardt J: Associations of Physical Activity with Survival and Progression in Metastatic Colorectal Cancer: Results from CALGB 80405 (Alliance). ASCO GI Cancers Symposium (Jan 19-21, 2017, San Francisco, CA), 35, 2017:(suppl 4S; abstract 659), 2017.

174. Unger J, Barlow W, Tangen C, Ramsey S, Thompson I Jr., Klein E, LeBlanc M, Blanke C, Goodman P, Minasian L, Hershman D: The Scientific Impact and Value of Large, NCI-Sponsored Randomized Phase III Cancer Prevention Trials. J Clin Oncol 35:(suppl; abstr 1541), 2017.

175. Unger J, LeBlanc M, Blanke CD: The Impact of Positive SWOG Treatment Trials on Population Survival. J Clin Oncol 35:(suppl;abstr 6513), 2017.

176. Venook AP, Ou F-S, Innocenti F, Hochster HS, Niedzwiecki D, Goldberg R, Mayer R, Bertagnolli M, Blanke CD, Zemla T, Qu X, Kabbarah O, Lenz H-J. Primary Tumor location is an independent prognostic maker from CMS and MSI for overall survival (OS) in patients (pts) with metastatic colorectal cancer (mCRC): Analysis of CALGB / SWOG 80405 (Alliance). J Clin Oncol 35:(suppl; abstr 3503), 2017.

177. Innocenti F, Ou F-S, Zemla T, Niedzwiecki D, Qu X, Tam R, Mahajan S, Goldberg R, Mayer M, Bertagnolli M, Hochster HS, Blanke CD, Venook AP, Lenz H-J, Kabbarah O: Somatic DNA mutations, mutational load (ML), and MSI status: association with overall survival (OS) in patients (pts) with metastatic colorectal cancer (mCRC) of CALGB/SWOG 80405 (Alliance). J Clin Oncol 35: (suppl; abstr 3504), 2017.

178. Lenz H-J, Ou F-S, Venook AP, Hochster HS, Niedzwiecki D, Goldberg R, Mayer R, Bertagnolli M, Blanke CD, Zemla T, Qu X, Kabbarah O, Innocenti F: Impact of Consensus Molecular Subtyping (CMS) on overall survival (OS) and Progression Free Survival (PFS) in patients (pts) with metastatic colorectal cancer (mCRC): Analysis of CALGB / SWOG 80405 (Alliance). J Clin Oncol 35:(suppl; abstr 3511), 2017.

179. Herbst RS, Redman MW, Gandara DR, Hirsch FR, Mack PC, Borghaei H, Langer CJ, Wade JL, Engelman JA, Edelman MJ, Albain K, Lara P, Aggarwal C, Socinski MA, Gettinger SN, Bazhenova LA, Waqar SN, Robert F, Kiefer GJ, Bradley JD, Crawford J, McGary E, Rafique NM, Petro D, Hoffman PC, Zhou Y, Miao J, Griffin K, McDonough S, Miwa C, Malik S, Miller VA, Sigal EV, Adam S, Blanke CD, Kelly K, Papadimitrakopoulou VA. Progress in lung squamous cell carcinoma from the Lung-MAP master protocol (S1400) sub-studies S1400A, S1400B, S1400C and S1400D. IASLC World Conference on Lung Cancer (October 15 - 18 2017, Yokohama, Japan). WCLC Abstract Book abst #OA 14.0:p. 130, 2017.

180. Shi Q, Sobrero A, Shields A, Yoshino T, Taieb J, Souglakos I, Kerr R, Labianca R, Meyerhardt J, Bonnetain F, Watanabe T, Mpoukovinas I, Renfro L, Grothey A, Niedzwiecki D, Torri V, Andre T, Sargent D. Prospective pooled analysis of six phase III trials investigating duration of adjuvant oxaliplatin-based therapy (3 versus 6 months) for patients with stage III colon cancer: The

Case 3:18-cv-01234   Document 184-49   Filed 03/17/22   Page 43 of 64 PageID #: 11216

IDEA(International Duration Evaluation of Adjuvant chemotherapy) collaboration. J Clin Oncol 35:(suppl; abstr LBA1), 2017.

181. Sehdev A, Niedzwiecki D, Venook A, Lenz H-J, Innocenti F, Mahoney MR, Shaw JE, Polite BN, Hochster HS, Atkins JN, Goldberg RM, Mayer RJ, Schilsky RL, Bertagnoilli M, Blanke CD, O'Neill B. Association of RAS mutations with race in metastatic colorectal cancer: CALGB/SWOG 80405 (ALLIANCE). Journal of Clinical Oncology 36, 2 (suppl 4S; abstr 638), 2018.

182. Lee J, Yothers G, Jacobs SA, Sanoff H, Cohen D, Guthrie K, Henry NL, Ganz P, Lucas PC, Allegra C, Blanke C, Wolmark N, Hochster H, George TJ, Overman M. Colorectal Cancer Metastatic dMMR Immuno-Therapy (COMMIT) study (NRG- GI004/SWOG-S1610): A randomized phase III study of mFOLFOX6/ bevacizumab combination chemotherapy with or without atezolizumab or atezolizumab monotherapy in the first-line treatment of patients with deficient DNA mismatch repair (dMMR) metastatic colorectal cancer. J Clin Oncol 36, (suppl; abstr TPS3615), 2018.

183. Wagner AD, Grothey A, Andre T, Dixon J, Wolmark N, Haller D, Allegra CJ, VanCutsem E, George T, DeGramont A, Alberts S, Twelves C, O'Connell M, Saltz L, Blanke C, Francini G, Kerr R, Goldberg R, Yothers G, Shi Q. Association of sex and adverse events (AEs) of adjuvant chemotherapy (ACT) in early stage colon cancer (CC): A pooled analysis of 28,636 patients (pts) in the ACCENT database. J Clin Oncol 36, 2018 (suppl; abstr 3603), poster, 2018.

184. Blanke CD, Leblanc M, Hershman D, Meyskens FL, Taylor LP, Ellis LM. Medical-aid-in-dying use in the US Pacific Northwest. Annals of Oncology Volume 29, Issue suppl 8:#1537P, poster presentation, 2018.

185. Lawton W, Cook C, Cox M, Goodman K, Dai R, Carron B, Courtemanche A, Cultrera L, Perkins J, Roberts C, Gaioni P, Eriksen N, Nichols C, Blanke CD. Digital Strategies for Making Clinical Trials More Accessible: SWOG's Website Redesign. Society for Clinical Trials Annual Meeting, oral, 2018.

186. Papadimitrakopoulou V, Redman M, Gandara D, Hirsch F, Mack P, Langer C, Edelman M, Aggarwal C, Socinski M, Gettinger S, Waqar SN, Griffin K, Leighl N, Owonikoko T, Bradley JD, Ramalingam S, Stinchcombe T, Blanke C, Kelly K, Herbst R. First comprehensive report of impact of genomic alterations, chemotherapy, targeted therapy and immunotherapy on outcomes in the genomics driven squamous master protocol LungMAP. J Clin Oncol 36, 2018 (suppl; abstr 9019), 2018.

187. Unger JM, Nghiem VT, Hershman DL, Vaidya R, LeBlanc M, Blanke CD. The impact of NCI-sponsored network group clinical trials on guideline care and new drug indications. Journal of Clinical Oncology 37:15_suppl, abst 6604, poster, 2019.

188. Innocenti F, Rashid N, Wancen M, Ou F-S, Qu X, Denning S, Bertagnolli M, Blanke CD, Venook A, Kabbarah O, Lenz H-J. Next-generation sequencing (NGS) in patients (pts) with metastatic colorectal cancer (mCRC): novel mutated genes and differential response to therapy (Alliance). Annals of Oncology (ESMO Congress, Sept 27-Oct 1, 2019, Barcelona, Spain), oral 30 (suppl_5):v198-v252, 2019.

189. Lee JJ, Yothers G, Jacobs SA, Sankoff H, Cohen CH, Guthrie K, Henry NL, Ganz P, Kopetz ES, Lucas PC, Allegra C, Blanke CD, Wolmark N, Hochster H, George T, Overman M. COlorectal Cancer Metastatic dMMR Immuno-Therapy (COMMIT) Study (NRG-GI004/SWOG-S1610): A randomized phase III study of mFOLFOX6/bevacizumab combination chemotherapy with or without atezolizumab or atezolizumab monotherapy in the first-line treatment of patients (pts) with deficient DNA mismatch repair (dMMR) metastatic colorectal cancer (mCRC). J Clin Oncol 37, 2019 (suppl 4; abstr TPS728); ASCO GI Cancers Symposium, poster, 2019.

190. Unger JM, Vaidya R, Albain K, Leblanc M, Minasian L, Gotay C, Henry NL, Fisch M, Ramsey S, Blanke CD, Hershman D. Sex Differences in Adverse Event Reporting in SWOG Chemotherapy, Biologic/Immunotherapy andTargeted Agent Cancer Clinical Trials. J Clin Oncol 37(suppl; abstr 11588); ASCO (5/31-6/4/2019, Chicago IL), poster session, 2019.

191. Unger JM, Blanke CD, LeBlanc M, Barlow W, Hershman DL. Patients enrolled in clinical trials with Medicaid or no insurance have reduced overall survival benefits from new interventions. J Clin Oncol [ASCO Quality of Care Symposium], oral 37:(suppl 27; abstr 119), 2019.

192. Patel S, Othus M, Chae Y, Giles F, Hayward J, McLeod C, Chen H, Sharon E, Mayerson E, Ryan C, Plets M, Blanke CD, Kurzrock R. SWOG S1609: A phase II basket trial of Dual Anti-CTLA-4 and Anti-PD-1 blockade in Rare Tumors (DART). J Clin Oncol 37(suppl; abstr TPS2658); ASCO (5/31-6/4/2019, Chicago IL), TIPS, poster session, 2019.

193. Patel SP, Othus M, Chae YK, Giles FJ, Hansel DE, Singh PP, Fontaine AC, Shah M, Kasi AK, Al Baghdadi T, Matrana M, Gatalica Z, Korn WM, Hayward J, McLeod CM, Chen H, Sharon E, Mayerson E, Ryan CW, Plets M, Blanke CD, Kurzrock R. A Phase II Basket Trial of Dual Anti-CTLA-4 and Anti-PD-1 Blockade in Rare Tumors (DART) S1609: The Neuroendocrine Cohort. American Association for Cancer Research, oral presentation, 2019.

194. Guercio B, Venook A, Zhang S, Ou F-S, Niedzwiecki D, Lenz H-J, Innocenti F, Pollak M, Nixon AB, Mahoney M, O'Neil B, Shaw J, Polite B, Denlinger CS, Atkins J, Goldberg R, Mayer R, Blanke CD, Fuchs CS, Meyerhardt J. Associations of Insulin-Like Growth Factor Binding Proteins and Adiponectin with Disease Progression and Mortality in Metastatic Colorectal Cancer: Results from CALGB/SWOG 80405 (Alliance). J Clin Oncol 37(suppl; abstr 3035); ASCO (5/31- 6/4/2019, Chicago IL), poster session, 2019.

195. Nghiem V, Vaidya R, Hershman D, Leblanc M, Ramsey S, Blanke CD, Unger J. "Many Views on Value" of National Cancer Institute-Sponsored Randomized Trials. Society for Medical Decision Making Annual Meeting (October 20-23, 2019, Portland, OR), poster, 2019.

196. Guercio B, Zhang S, Venook A, Ou F-S, Niedzwiecki D, Lenz H-J, Innocenti F, Mahoney M, O'Neil B, Shaw JE, Polite B, Hochster H, Atkins JN, Goldberg RM, Mayer RJ, Blanke CD, Fuchs CS, Meyerhardt JA. Body mass index, weight loss, and progression and mortality in metastatic colorectal cancer. American Association for Cancer Reserch:abst.# 3285 / 5 (poster), 2019.

197. Rocha Lima CMS, Yothers G, Jacobs SA, Sanoff H, Cohen DJ, Guthrie K, Henry NL, Ganz P, Kopetz ES, Lucas PC, Allegra CJ, Blanke CD, Wolmark N, Hochster HS, George TJ, Overman MJ. A randomized phase III study of mFOLFOX6/bevacizumab combination chemotherapy with or without atezolizumab or atezolizumab monotherapy in the first-line treatment of patients (pts) with deficient DNA mismatch repair (dMMR) metastatic colorectal cancer (mCRC): COlorectal Cancer Metastatic dMMR Immuno-Therapy (COMMIT) Study (NRG-GI004/SWOG-S1610). J Clin Oncol (ASCO GI Cancers Symposium (January 23-25, 2020, San Francisco, CA) 38, 2020:(suppl 4; abstr TPS260), 2020.

198. Chae YK, Othus M, Patel SP, Ohr J, Worden F, Suga J, Naing A, Fenton S, Kang H, Gurung S, Mcleod C, Giles F, Chen HX, Sharon E, Mayerson E, Plets M, Ryan C, Blanke CD, Kurzrock R. A Phase II Basket Trial of Dual Anti-CTLA-4 and Anti-PD-1 Blockade in Rare Tumors (DART) SWOG S1609: The Salivary Gland Tumor Cohort. American Association for Cancer Research Annual Meeting (April 24-29, 2020, San Diego, CA, oral) Session MS.IM02.02 - Combination Immunotherapies: #-, 2020.

199. Chae YK, Othus M, Patel SP, Zalupski M, Kasi A, Khalil M, Kalyan A, Polite B, Fenton S, Gurung S, McLeod C, Giles F, Chen HX, Sharon E, Mayerson E, Plets M, Ryan C, Blanke CD, Kurzrock R. A Phase II Basket Trial of Dual Anti-CTLA-4 and Anti-PD-1 Blockade in Rare Tumors (DART) SWOG S1609: The Small Bowel Cancer Cohort. American Association for Cancer Research Annual Meeting (April 24-29, 2020, San Diego, CA, oral) Session MS.IM02.02 - Combination Immunotherapies: #3417, 2020.

200. Redman M, Papadimitrakopoulou V, Minichiello K, Gandara D, Hirsch F, Mack P, Schwartz L, Vokes E, Ramalingam S, Leighl N, Bradley J, LeBlanc M, Malik S, Miller V, Sigal E, Adam S, Blanke CD, Kelly K, Herbst RS. Lung-MAP (SWOG S1400): Design, implementation, and lessons learned from a biomarker-driven master protocol (BDMP) for previously treated advanced squamous lung cancer (sqNSCLC). J Clin Oncol (American Society of Clinical Oncology 2020 Annual Meeting, poster) 38: (suppl;abstr 9576), 2020.

Case 3:18-cv-01234   Document 184-49   Filed 03/17/22   Page 45 of 64 PageID #: 11218

201. Meyerhardt J, Shi Q, Fuchs C, Niedzwiecki D, Zemla T, Kumthekar P, Guthrie K, Couture F, Kuebler JP, Bendell J, Kumar P, Lewis D, Tan B, Bertagnolli M, Grothey A, Hochster H, Goldberg R, Venook A, Blanke CD, Shields AF. Celecoxib in addition to standard adjuvant therapy with 5-fluorouracil, leucovorin, oxaliplatin (FOLFOX) in stage III colon cancer: Results from CALGB/SWOG 80702. J Clin Oncol (American Society of Clinical Oncology 2020 Annual Meeting, oral) 38: (suppl; abstr 4003), 2020.

202. Battaglin F, Ou F-S, Qu Z, Bertagnolli M, Hochster H, Niedzwiecki D, Goldberg R, Mayer R, Zemla T, Blanke CD, Venook A, Bias C, Kabbarah O, Lenz H-J, Innocenti F. Predictive and prognostic value of HER2 gene expression and HER2 amplification in patients with metastatic colorectal cancer (mCRC) enrolled in CALGB/SWOG 80405 (Alliance). J Clin Oncol (American Society of Clinical Oncology 2020 Annual Meeting, poster) 38: 2020:(suppl; abstr 4086), 2020.

203. Malla M, Huebner L, Piawah S, Lenz H-J, Meyerhardt J, O'Reilly E, Blanke CD, Shi Q, Venook A, Goldberg R. Rural and urban disparities based on zip code of residence: Analyses of 834 and 2159 patients in N9741 and CALGB 80405 trials respectively. J Clin Oncol (American Society of Clinical Oncology 2020 Annual Meeting, publication only) 38: 2020:(suppl; abstr e16076), 2020.

204. Chae YK, Othus M, Patel SP, Fenton S, Authors Accrual, Hayward J, McLeod C, Chen H, Sharon E, Mayerson E, Ryan CW, Plets M, Blanke CD, Kurzrock R. A Phase II Basket Trial of Dual Anti-CTLA-4 and Anti-PD-1 Blockade in Rare Tumors (DART) SWOG S1609: The Thyroid Tumor Cohort. Journal for ImmunoTherapy of Cancer (Soc for Immunotherapy of Cancer (SITC) Annual Meeting (November 10-15, 2020, virtual, poster), Nov, 8 (Suppl 3) A288, 2020.

205. Wagner M, Othus M, Patel S, Ryan C, Sangal A, Powers B, Budd GT, Victor A, Hsueh C-T, Chugh R, Sharon E, Mayerson E, Plets M, Blanke CD, Streicher H, Chae YK, Kurzrock R. A multicenter phase II trial (SWOG S1609, Cohort 51) of Ipilimumab and Nivolumab in metastatic or unresectable angiosarcoma: a sub-study of dual anti-CTLA-4 and anti-PD-1 blockade in rare tumors (DART). Journal for ImmunoTherapy of Cancer (Society for Immunotherapy of Cancer (SITC) Annual Meeting (Nov 10-15, 2020, virtual, oral), Nov, 8 (Suppl 3) A843, 2020.

206. Cohen R, Shi Q, Meyers J, Jin Z, Svrcek M, Fuchs C, Couture F, Kuebler P, Bendell J, Kumar P, Lewis D, Tan B, Bertagnolli M, Hochster H, Blanke C, O'Reilly E, Shields A, Meyerhardt J. Prognostic value of tumor deposits in stage III colon cancer patients, a post hoc analysis of CALGB/SWOG 80702 phase III study. J Clin Oncol 39, 2021 (suppl 3; abstr 10); ASCO GI Cancers Symposium (January 15-17, 2021, virtual, rapid abstract presentation), 2021.

207. Overman M, Yothers G, Jacobs S, Sanoff H, Cohen D, Guthrie K, Henry NL, Ganz P, Kopetz ES, Lucas P, Blanke CD, Wolmark N, Hochster H, George T,:Rocha Lima SMS. NRG-GI004/SWOG-S1610: Colorectal Cancer Metastatic dMMR Immuno-Therapy (COMMIT) Study: A randomized phase III study of atezolizumab (atezo) monotherapy versus mFOLFOX6/ bevacizumab/atezo in the first-line treatment of patients (pts) with deficient DNA mismatch repair (dMMR) or microsatellite instability high (MSI-H) metastatic colorectal cancer (mCRC). J Clin Oncol 39, 2021 (suppl 3; abstr TPS158); ASCO GI Cancers Symposium (January 15-17, 2021, virtual, TIPS poster), 2021.

208. DiNardo K, Zhang S, Ou F-S, Yuan C, Guerico B, Morales-Oyarvide V, Van Blarigan E, Niedzwiecki D, Chang I-Wen, Lenz H-J, Blanke CD, Venook A, Mayer R, Fuchs C, Innocenti F, Nixon A, Goldberg R, O'Reilly E, Meyerhardt J. Influence of dietary insulin scores on survival in patients with metastatic colorectal cancer (mCRC): Findings from CALGB (Alliance) 80405. J Clin Oncol 39, 2021 (suppl 15; abstr 3568) (American Society of Clinical Oncology Annual Meeting 2021, poster session), 2021.

209. Van Blarigan E, Ma C, Ou F-S, Venook A, Niedzwiecki D, Giovannucci E, Lenz H-J, Innocenti F, Shaw J, Polite B, Hochster H, Goldberg R, Mayer R, Blanke CD, O'Reilly E, Fuchs C, Meyerhardt J. Dietary fat intake in relation to overall and progression-free survival among people with advanced or metastatic colorectal cancer: data from CALGB 80405. J Clin Oncol 39, 2021 (suppl 15; abstr 3588) (American Society of Clinical Oncology Annual Meeting 2021, poster session), 2021.

210. Gholami S, Duong M, Horowitz D, Guthrie K, Ben-Josef E, El-Khoueiry A, Blanke CD, Philip PA, Kachnic L, Ahmad S, Rocha F. Does Adjuvant Chemoradiation Benefit Patients with Lymph Node Positive Biliary Tract Cancers? A Secondary Analysis of SWOG S0809. J Clin Oncol 39, 2021

(suppl 15; abstr 4104) (American Society of Clinical Oncology Annual Meeting 2021, poster session), 2021.


Other

1.  Blanke CD: Esophageal cancer. Cancer Program Annual Report, Dept. of Veterans Affairs, Nashville TN 1995
2.  Blanke CD: Update on colorectal cancer. Cancer Program Annual Report, Dept. of Veterans Affairs, Nashville TN 1996
3.  Blanke C: STI571 for gastrointestinal stromal tumors (GISTs): An example of molecularly-targeted therapy. Proc M.D. Anderson Multidisc Manage GI Malig 2002
4.  Blanke CD: Gastrointestinal Stromal Tumors: A Paradigm for Targeted Therapy. Proc Brazil Oncol Soc 2003

In Preparation/Pending Submission/Submitted/Accepted/In Press

1.  Blanke CD, Faigel DO: Neoplasms of the large and small intestine. In Goldman L, Schafer AI eds. Goldman's Cecil Medicine, 25th edition. Elsevier-Saunders, Philadelphia, PA, pp. XX, 2014 (in press)
2.  Unger J, Xiao H, Leblanc M, Hershman D, Blanke CD. Cancer Clinical Trial Participation At the One Year Anniversary of the Outbreak of the COVID-19 Pandemic. JAMA Network Open, accepted 2021.
3.  Cohen R, Shi Q, Meyers J, Jin Z, Svrcek M, Fuchs C, Couture F, Kuebler P, Bendell J, De Jesus-Acosta A, Kumar P, Lewis D, Tan B, Bertagnolli M, Philip PA, Blanke CD, O'Reilly E, Shields AF, Meyerhardt J. Prognostic value of tumor deposits in stage III colon cancer patients, a post hoc analysis of CALGB/SWOG 80702 phase III study. JAMA Oncology, submitted 2021.
4.  Adams S, Othus M, Patel S, Miller K, Chugh R, Schuetze S, Chamberlin M, Haley B, Storniolo A, Cawley K, Reddy M, Anderson S, Zimmerman C, O'Dea A, Mirshahidi M, Ahnert J, Brescia F, Hahn O, Raymond J, Biggs D, Thompson M, Connolly R, Sharon E, Korde L, Gray R, Mayerson E, Plets M, Blanke CD, Chae YK, Kurzrock R. A Multicenter Phase II Trial of Ipilimumab and Nivolumab in Unresectable or Metastatic Metaplastic Breast Cancer: Cohort 36 of Dual Anti-CTLA-4 and Anti-PD-1 Blockade in Rare Tumors (DART, SWOG S1609). Journal of Clinical Oncology, submitted 2021.
5.  Wagner M, Othus M, Patel S, Ryan C, Sangal A, Powers B, Budd G, Victor A, Hsueh C-T, Chugh R, Nair S, Leu K, Agulnik M, Sharon E, Mayerson E, Plets M, Blanke C, Streicher H, Chae YK, Kurzrock R. A Multicenter Phase II Trial (SWOG S1609, Cohort 51) of Ipilimumab and Nivolumab in Metastatic or Unresectable Angiosarcoma: a Sub-Study of Dual Anti-CTLA-4 and Anti-PD-1 Blockade in Rare Tumors (DART). Journal for Immunotherapy of Cancer, submitted 2021.
6.  Lipsyc-Sharf M, Zhang S, Ou F, Jackson McCleary N, Niedzwiecki D, Chang I, Lenz H-J, Blanke CD, Piawah S, Van Loon K, Bainter T, Venook A, Mayer R, Fuchs C, Innocenti F, Nixon A, Goldberg R, O'Reilly E, Meyerhardt J. Survival of Patients with Young-Onset Metastatic Colorectal Cancer: Findings from Cancer and Leukemia Group B (Alliance)/SWOG 80405. Journal of Clinical Oncology, in preparation/pending submission 2021.
7.  Sehdev A, Ou F-S, Zemla T, Niedzwiecki D, Venook A, Lenz H-J, Innocenti F, Mahoney MR, Shaw JE, Polite B, Hochster H, Atkins JN, Goldberg RM, Mayer RJ, Shilsky RJ, Bertagnolli M, Blanke C, O'Neil B. Association of Common and Extended RAS Mutations with Race in Metastatic Colorectal Cancer Using CALGB/SWOG 80405 Cohort (ALLIANCE). Journal of Clinical Oncology, in preparation/pending submission, 2021.
8.  Snyder R, He J, Le-Rademacher J, Ou F-S, Dodge A, Zemla T, Paskett E, Chang G, Innocenti

40

F, Blanke CD, Lenz H-J, Polite B, Venook A. Racial Differences in Survival and Response to Therapy in Patients with Metastatic Colorectal Cancer: A Secondary Analysis of CALGB/SWOG 80405 (Alliance A151931). Journal of Clinical Oncology, in preparation/pending submission 2021.

9. Unger JM, Leblanc M, Bertagnolli M, Wolmark N, Curran W, O Dwyer P, Schnall M, Mannel R, Mandrekar S, Costantino J, Gray R, Zhao F, Hong F, Bah M, Vaidya R, Blanke CD. Clinical and Scientific Impact of National Cancer Institute-Sponsored Clinical Trial Network Group Treatment Trials. ESMO Annual Meeting (September 16-21, 2021), submitted 2021.

10. Horowitz D, Duong M, Gholami S, Guthrie K, Rocha F, Ben-Josef E, Blanke C, El-Khoueiry A, Philip P, Ahmad S, Kachnic L. The effect of radiation modality on outcomes of patients with resected extrahepatic cholangiocarcinoma or gallbladder carcinoma treated with adjuvant capecitabine and gemcitabine followed by radiotherapy and concurrent capecitabine: a secondaryanalysis of SWOG S0809. American Society for Radiation Oncology (ASTRO) Annual Meeting (October 24-27, 2021), submitted 2021.

## Invited Lectures:

1. Nov 1995: Chemotherapy Foundation Symposium-Innovative Cancer Therapy for Tomorrow: Trimetrexate in Advanced Colorectal Cancer.
2. July 1996: Medical University of South Carolina Hematology/Oncology Seminar Series: Epidemiology and Treatment of Advanced Colorectal Cancer.
3. July 1996: Howard University Cancer Center "Seminars in Oncology": Colon Cancer: New Drugs for an Old Disease.
4. Jan 1997: University of Arkansas for Medical Sciences Division of Hematology/Oncology Seminar Series: New Perspectives in the Treatment of Metastatic Colon Cancer.
5. Feb 1997: Oregon Health Sciences University Hematology/Oncology Seminar Series: Update on Therapy for Metastatic Colon Cancer.
6. Feb 1997: Emory University Hematology/Oncology Seminar: Advances in Therapy of Colorectal Cancer.
7. March 1997: Stanford University Hematology/Oncology Seminar: New Therapeutics for Advanced Colon Cancer.
8. May 1997: USB Colorectal Cancer Educational Session: Neutrexin, 5-FU, and Leucovorin in Colorectal Cancer (Meeting Chairman).
9. Oct 1997: USB Neutrexin Regional Investigators Meeting: Current Status of US and European Neutrexin Studies in Colorectal Cancer (Meeting Chairman).
10. May 1998: University of North Texas Health Science Center Seminar: New Options in Treatment of Advanced Colorectal Cancer.
11. Dec 1999: University of Hawaii Clinical Trials Update Lecture: New Agents for the Treatment of Advanced Colorectal Cancer.
12. Feb 2000: University of Texas M.D. Anderson Cancer Center Current Advances in Treatment of Metastatic Colorectal Cancer Seminar: Use of Trimetrexate and Oxaliplatin in Advanced Colorectal Cancer.
13. Sept 2000: Modesto 16th Annual Cancer Symposium: New Concepts in Treatment of GI Malignancies-Advances in Treatment of Advanced Colorectal Cancer.
14. Sept 2000: Madigan Army Medical Center Grand Rounds: Epidemiology and Treatment of Colon Cancer.
15. Oct 2000: SWOG GI Oncology Core Committee: The Role of COX-2 in Colorectal Cancer.
16. Oct 2000: SWOG GI Oncology Committee: The VICTOR Trial: Adjuvant Therapy for Colorectal Cancer.
17. Nov 2000: Chemotherapy Foundation Symposium-Innovative Cancer Therapy for Tomorrow: Trimetrexate in GI Malignancy.

Case 3:18-cv-01234   Document 184-49   Filed 03/17/22   Page 48 of 64 PageID #: 11221

18. Nov 2000: National Cancer Institute/CTEP Stromal Tumor Meeting: Protocol CSTI571B2222 in Malignant Gastrointestinal Stromal Tumors.
19. March 2001: University of Colorado Oncology Seminar: Therapy for Metastatic Colorectal Malignancies.
20. March 2001: Second Pharmacia Pan-European Investigators Forum: Use of COX-2 Inhibitors in Colorectal Cancer.
21. June 2001: Eastern Cooperative Oncology Group GI Committee: Celecoxib with CPT-11 and 5FU/LCV in Colorectal Cancer.
22. July 2001: The University of Texas MD Anderson Cancer Center Investigators= Workshop: Use of COX-2 Inhibitors in Treatment of Gastrointestinal Tumors.
23. Oct 2001: National Cancer Institute Clinical Trial Design Symposium: The Development and Current Status of Gleevec (STI571).
24. Nov 2001: Chemotherapy Foundation Symposium-Innovative Cancer Therapy for Tomorrow: First Line Therapy with Irinotecan, 5 FU, LV plus Celecoxib in Colorectal Cancer.
25. April 2002: Indiana University Advances in Oncology 2002 Meeting: Targeted Therapy in Oncology.
26. Feb 2002: MD Anderson First Biannual Multidisciplinary Management Conference: STI571 for GIST: An Example of Molecularly-Targeted Therapy.
27. March 2002: Society of Surgical Oncology: Gleevec as a Model for Targeted Molecular Therapy.
28. March 2002: Hoosier Oncology Group: Differing Strategies for Targeted Therapy in Oncology-STI571 + Celecoxib.
29. July 2002: Vanderbilt Cancer Center Oncology Seminar: Differing Strategies for Targeted Therapy in Oncology: STI571 versus Celecoxib.
30. Aug 2002: National Medical Association Conference: Targeted Antineoplastic Therapy.
31. Sep 2002: Second Annual GIST Investigators Meeting: Surgery Following Successful Therapy with Imatinib Mesylate.
32. Oct 2002: University of Colorado Oncology Seminar: GIST and the Development of Targeted Molecular Therapy.
33. Nov 2002: 1st International Colorectal Congress: Use of COX-2 Inhibitors in Treatment of Advanced CRC.
34. Nov 2002: 1st International Colorectal Congress: Update on the Use of Irinotecan Treatment of Advanced CRC.
35. Mar 2003: M.D. Anderson's 44th Annual Clinical Conference "Molecular Therapeutics for Cancer Metastasis": Molecular therapy for GIST.
36. May 2003: 39th Annual Meeting American Society of Clinical Oncology Educational Session: Therapeutic Options for GIST.
37. June 2003: 39th Annual Meeting American Society of Clinical Oncology: Colorectal Cancer Chemotherapy: Duration of Therapy and Meaning of Dose-Intensity.
38. June 2003: Vanderbilt University Medical Grand Rounds: Current Therapy for GIST.
39. Sep 2003: 3rd International GIST Congress: Use of PKC412 in GIST.
40. Oct 2003: National Cancer Institute Sarcoma Progress Review Group Roundtable (Better Diagnosis and Prognostication Science-Centric Subsession): Mutational analysis and GIST.
41. Oct 2003: Fox Chase Cancer Center Annual Cancer Symposium: Imatinib as a Paradigm of Targeted Therapy in Oncology.
42. Nov 2003: Oregon Health & Science University Hematology/Oncology Grand Rounds: Modern Therapy for Colon Cancer.
43. Nov 2003: 2nd International Colorectal Cancer Congress: CPT-11 in Advanced Disease.
44. Nov 2003: 2nd International Colorectal Cancer Congress: Southwest Oncology Group Trials in Colorectal Cancer.
45. Nov 2003: Food and Drug Administration: Use of Biomarkers and Quality of Life to Determine Benefit from Colorectal Cancer Drugs.
46. Nov 2003: XVI Congresso Brasileiro de Cancerologia/XIII Congresso Brasileiro de Oncologia Clinica Satellite Symposium: Gastrointestinal Stromal Tumors: A Paradigm for Targeted Therapy.

42

47. April 2004: University of the Sciences: Targeted Therapies in the Treatment of Colorectal Cancer: What Managed Care Needs to Know.
48. April 2004: Southwest Oncology Group Committee on Special Populations: Long-term Survivorship with GI Malignancy.
49. June 2004: 40th Annual Meeting American Society of Clinical Oncology: GIST: What's New Under the Sun?
50. June 2004: 7th Annual World Congress on Gastrointestinal Cancer: Management of Gastrointestinal Stromal Tumors.
51. June 2004: 7th Annual World Congress on Gastrointestinal Cancer: Imatinib Resistance and Gastrointestinal Stromal Tumors.
52. July 2004: Baylor-Sammons Cancer Center Update on the Management of Gastrointestinal Malignancies: Biology, Behavior, and Clinical Management of GIST.
53. Oct 2004: 3rd International Colorectal Cancer Congress: The Role of CPT-11 in Metastatic Colorectal Cancer.
54. Oct 2004: 3rd International Colorectal Cancer Congress: Southwest Oncology Group Trials in Large Bowel Malignancy.
55. Nov 2004: 2nd Annual MD Anderson Cancer Center Symposium on Gastrointestinal Malignancies: Use of COX-2 Inhibitors in Advanced Tumors of the GI Tract.
56. Nov 2004: 2nd Annual MD Anderson Cancer Center Symposium on Gastrointestinal Malignancies: Molecular Therapy of GIST.
57. Nov 2004: 2nd Annual MD Anderson Cancer Center Symposium on Gastrointestinal Malignancies: Molecular Therapy of GIST.
58. Feb 2005: 10th US-Japan Clinical Trial Summit: State-of-the-Art Therapy for Colorectal Cancer in North America.
59. Feb 2005: Northwestern University GI Symposium Review: Prevention, Diagnosis, and Therapy of Large Bowel Malignancies.
60. March 2005: University of Chicago Hematology/Oncology Grand Rounds: Biology and Therapy of GIST.
61. May 2005: 41st Annual Meeting American Society of Clinical Oncology: The Very Best Way to Treat Advanced Colorectal Cancer in 2005: Agent Choices and Ideal Sequencing.
62. June 2005: 8th Annual World Congress on Gastrointestinal Cancer: Modern Management of Gastrointestinal Stromal Tumors.
63. Aug 2005: University of Southern California Hematology/Oncology Grand Rounds: Molecularly-Targeted Therapy for GIST.
64. Oct 2005: GIST Opinion Leaders' Summit: Comparison of US and European Consensus Guidelines in GIST.
65. Feb 2006: 3rd Annual UCLA Gastroenterology Symposium: Targeted Therapies in GI Cancers: The Future is Now (keynote address).
66. Feb 2006: 3rd Annual UCLA Gastroenterology Symposium: Update on Gastrointestinal Stromal Tumors.
67. Feb 2006: Northwestern University GI Symposium Review: The Best of the Large Bowel.
68. March 2006: University of Southern California Cancer Center Seminar: Translationally-Derived Therapy for GIST.
69. March 2006: Canadian Oncology Winter Conference: New Targeted Agents in Advanced Colorectal Cancer.
70. March 2006: Canadian Oncology Winter Conference Fellows Conference: How to Have a Successful Career in Academic Medicine.
71. April 2006: Southwest Oncology Group Scientific Advisory Board: NCI and the New Clinical Trials Working Group Concept: Structure and Function.
72. May 2006: University of British Columbia Grand Rounds: Therapy for Gastrointestinal Stromal Tumors: A New Age of Targeted Therapy for Solid Cancers.
73. Dec 2006: University of Pennsylvania 5th Biennial Gastrointestinal Cancer Conference: Combined Modality Therapy for GISTs.
74. Jan 2007: Combined GI Symposium: The Use of Detailed Mutational Analysis to Guide GIST

43

Therapy.

75. June 2007: American Society of Clinical Oncology Forty-Second Annual Meeting: Highlights of the Day: Colorectal Cancer.
76. July 2007: American Society of Clinical Oncology Best of ASCO: Upper GI Malignancies.
77. July 2007: American Society of Clinical Oncology Best of ASCO: Lower GI Malignancies.
78. July 2007: University of British Columbia Grand Rounds: Best of ASCO, 2007: GI Malignancies.
79. Sep 2007: International Society of GI Oncology 2007 Conference: Adjuvant Therapy for High-Risk Stage II Colon Cancer.
80. Oct 2007: GIST Oncology Leader Summit 2007 - Long-Term Results of Imatinib Therapy for Advanced GIST.
81. 2007: GIST Oncology Leader Summit 2007 – Controversies in Clinical Practice: Continuation of Tyrosine Kinase Inhibitors in the face of Progression.
82. Jan 2008: Combined GI Symposium: Metastatic Colorectal Cancer: What to Treat with (or not), Whom to Treat (or not), and How to Manage Toxicity (or not).
83. Apr 2008: Tom Baker Cancer Center Annual Resident Retreat (Keynote Lecture): Advances in the Management of GIST: Application to Academic Medicine.
84. June 2008: BCCA Oncology Grand Rounds: Best of ASCO, 2008: UGI and CUP.
85. June 2008: American Society of Clinical Oncology Forty-third Annual Meeting Education Session: Update on Systemic Therapy for Colon Cancer.
86. Aug 2008: BCCA Resident Rounds: Principles of Colon Cancer Chemotherapy.
87. Sep 2008: 10th Annual Australasian Gastrointestinal Trials Group Meeting: What's New in GIST?
88. Oct 2008: GIST Oncology Lead Summit 2008: Meet the Expert-Therapeutic Complications, Intolerance and Resistance.
89. Oct 2008: GIST Oncology Lead Summit 2008: GIST Consensus Debate Panel.
90. Oct 2008: GIST Oncology Lead Summit 2008: Meet the Expert-Duration of First-Line Therapy in GIST.
91. Oct 2008: Sixth-Annual West Coast Colorectal Cancer Symposium: Discussion of Attendee's Cases.
92. Nov 2008: Clinical Oncological Society of Australia Symposium: The Best Use of Anti-VEGF Therapy in Advanced Colorectal Cancer.
93. April 2009: Legacy 3rd Annual Controversies in Gastrointestinal Oncology: Kras Mutations in Colorectal Cancer.
94. June 2009: American Society of Clinical Oncology Forty-fourth Annual Meeting: Sarcoma Poster Discussion: Redefining our Knowledge of GIST: From Old Chromosomes to New Drugs.
95. Oct 2009: Gastrointestinal Stromal Tumours Global Opinion Leader Summit: Alternatives to resection for limited metastatic GISTs.
96. Oct 2009: Gastrointestinal Stromal Tumours Global Opinion Leader Summit: Neoadjuvant therapy for GISTs.
97. Oct 2009: Gastrointestinal Stromal Tumours Global Opinion Leader Summit Meet the Experts Session: Adjuvant therapy for GISTs.
98. Oct 2009: Seventh Annual West Coast Colorectal Cancer Symposium: Open Forum Discussion of Colorectal Cancer Cases.
99. Nov 2009: Chemotherapy Foundation Symposium: TOGA, TOGA, TOGA, the story of trastuzumab in HER2-positive gastric cancer.
100. January 2010: 2010 Gastrointestinal Cancers Symposium: Comparison of bevacizumab and cetuximab in treatment of resectable colorectal cancer metastases.
101. January 2010: 2010 Gastrointestinal Cancers Symposium Fellows, Residents, and Junior Faculty Luncheon: How to develop an academic career.
102. February 2010: Grand River Regional Cancer Centre Oncology Grand Rounds: Complex imatinib-related issues in treating gastrointestinal stromal tumours.
103. March 2010: University of British Columbia Pre-Medical Society Physician Lecture Series: Studying and specializing in medicine.
104. June 2010: American Society of Clinical Oncology Forty-Sixth Annual Meeting: Highlights of the

44

Day: Non-Colorectal Cancer.
105. July 2010: American Society of Clinical Oncology presentation: Best of ASCO (colorectal cancer).
106. July 2010: American Society of Clinical Oncology presentation: Best of ASCO (colorectal cancer).
107. Oct 2010: (Chicago) American Society of Clinical Oncology Forty-Sixth Annual Meeting: Efficacy and Toxicity of Chemotherapy in Younger Patients with Advanced Colorectal Cancer (poster discussion).
108. Jan 2011: NCI Colon Clinical Trials Planning Meeting: Adjuvant Therapy: Knowledge Gaps and Challenges.
109. Apr 2011: SWOG CRA Continuing Education workshop: Modern Therapy for GIST.
110. May 2011: ASCRS Annual Meeting: Chemo and Biologic Therapy for Rectal Cancer: When, How, and How Much?
111. May 2011: ASCRS Annual Meeting: Chemo and Biologic Therapy for Rectal Cancer: Systemic Therapy for T1N1 and T3N0 Rectal Cancer.
112. Jun 2011: Columbus CCOP ASCO Review: GI Malignancies.
113. Jun 2011: American Society of Clinical Oncology Forty-Seventh Annual Meeting Plenary Session: From Here to Eternity; the Story of Post-Operative Targeted Therapy in Treatment of Patients with GIST.
114. Aug 2011: Best of ASCO 2011: Faculty Panel I.
115. Aug 2011: Best of ASCO 2011: Faculty Panel II.
116. Aug 2011: Vanderbilt Ingram Cancer Center 8th Annual Oncology & Hematology Review Symposium: Colon Cancer.
117. Oct 2011: 9th Annual West Coast Colorectal Oncology Symposium: Presentation of a Patient Whose Tumor Harbored a G13D ras Mutation.
118. Oct 2011:  Gastrointestinal Stromal Tumors Global Opinion Leader Summit: Meet the Professor/Expert (Adjuvant Therapy).
119. Oct 2011: Gastrointestinal Stromal Tumors Global Opinion Leader Summit: Occurrence of GISTs and Other Primary Neoplasms.
120. Oct 2011: Gastrointestinal Stromal Tumors Global Opinion Leader Summit: European and American consensus Guidelines on GIST.
121. Nov 2011: Chemotherapy Foundation Symposium-Innovative Cancer Therapy for Tomorrow: State of the art in GIST: Adjuvant therapy and mutational analysis.
122. Sep 2012: AGITG: Optimal Management of GIST.
123. Oct 2012: Gastrointestinal Stromal Tumors Global Opinion Leader Summit: Meet the Professor/Expert (Adjuvant Therapy).
124.  Nov 2011: Chemotherapy Foundation Symposium-Innovative Cancer Therapy for Tomorrow: State of the art in GIST: Adjuvant therapy and mutational analysis.
125.  January 2012: 2012 Gastrointestinal Cancers Symposium Fellows, Residents, and Junior Faculty Luncheon: Career Choices in Oncology: Academia.
126. Mar 2012: Columbia University Hematology/Oncology Seminar: Pathway-Driven Research and Treatment in Oncology: The Story of GIST.
127. Feb 2013: American Society of Clinical Oncology/Institute of Medicine Workshop: Instituting a National Cancer Clinical Trials System for the 21st Century - Panel Discussion: Questions on a National Clinical Trials System.
128. Jun 2013: Columbus CCOP Best of ASCO: GI Malignancies.
129. Aug 2013: Meeting of the Steering Committee on HPV Vaccinations in Latin America, Mexico City: SWOG and its Latin America Initiative.
130. Sep 2013: Huntsman Cancer Institute Quagliana Lecture: GIST Treatment as a Paradigm for Personalized Oncology.
131. Nov 2013: Emory University Annual Winship Cancer Institute GI Symposium:  Gastrointestinal Stromal Tumor (GIST) in 2013.
132. Dec 2013: Abramson Cancer Center Recent Advances in the Management of Gastrointestinal Caner: Focus on Precision Medicine: New Cancer Therapies for GIST.

133. Mar 2014: NCI Design Assign Meeting: Putting Colorectal Cancer into Perspective.
134. Aug 2014: NCI Global Health Latin America Meeting: SWOG and a Potential Latin American Multi- National Research Network
135. Aug 2014: NCORP CCDR Planning Meeting: Results of the Genomic Testing Breakout
136. Jan 2015: SWOG and NCORP: Understanding Cancer Disparities in the Next Decade
137. Sept 2015: SWOG Young Investigators Conference: Welcome to SWOG
138. Oct 2015: ACCC 32nd National Oncology Conference: Climbing Kilimanjaro
139. Jan 2016: The Annual Meeting of the Israeli Society for Clinical Oncology and Radiation Therapy ISCORT15
140. Mar 2016: Instituto National de Cancerologie:SWOG and the International Community
141. Mar 2016: Clinical Research and Biostatistics Training Course: Panorama de SWOG
142. Aug 2016:Clinical Trials Training Course, Instituto Nacional de Enfermedades Neoplasicas, Lima Peru: Overview of SWOG
143. Dec 2016: British Columbia Cancer Agency Radiation Oncology Grand Rounds: Is Physician Aided Dying a Reasonable Option for the Terminal Patient?
144. Feb 2017: British Columbia Cancer Agency Physician Debate: Is PAD Ethical (pro)?
145. Feb 2017: St. John's Shaughnessy: Medical Assistance in Dying
146. Feb 2017: Indiana University Simon Center Grand Rounds: 18 Years of Physician -Aided Dying in Oregon
147. Mar 2017: OHSU Fellowship Conference: Death with Dignity
148. Mar 2017: Washington State Medical Society: Death with Dignity Act
149. Mar 2017: Oregon Society of Medical Oncology (OSMO): Highlighting 18 Years of Death With Dignity in Oregon
150. May 2017: Legacy Cancer Institute: Historical and practical aspects of Oregon's Physician Aid in Dying/ Death with Dignity Law
151. May 2017: Leukemia and Lymphoma Society Portland Volunteers: How Donating to Cancer Societies Helps Research
152. Sept 2017: NCTN Pan-Group Meeting: SWOGS Role in the NCTN
153. Sept 2017: GOCUR and The National Cancer Institute of Uruguay: SWOG and the NCTN: History, Organization, and Future Plans
154. Sept 2017: GOCCHI and National Cancer Institute of Chile: SWOG and the NCTN: History, Organization, and Future Plans
155. Jan 2019: Cedarwood Waldorf School (Portland) GI Structure and Function
156. Sept 2019: Association of VA Hematology/Oncology (AVAHO) Annual Meeting
157. Oct 2020: Clinical Research Opportunities within the SWOG Cancer Research Network OHSU Hem-Onc Divisional Faculty Meeting

**Conference Presentations:**

1. 1993: (Tucson) VIIth International Conference on the Adjuvant Therapy of Cancer: Phase III Trial of Thoracic Irradiation with or without Cisplatin for Locally Advanced Non-Small Cell Lung Cancer.
2. 1994: (Keystone) Advances and Controversies in Bone Marrow Transplantation: Life-Threatening Adenovirus Infections in T-Cell Depleted Bone Marrow Transplantation Patients (poster).
3. 1994: (Dallas) American Society of Clinical Oncology Thirtieth Annual Meeting: A Phase II Study of VP-16, Ifosfamide, Cisplatin, Vinblastine, and Bleomycin (VIP/VB) with Filgrastim for Advanced Stage Testicular Cancer (poster).
4. 1995: (Los Angeles) American Society of Clinical Oncology Thirty-first Annual Meeting: A Pilot Study of Protracted Low-Dose Cisplatin and Etoposid plus Concurrent Thoracic Radiotherapy in Stage II Non-Small Cell Lung Cancer (poster).
5. 1996: (Amsterdam) 9th NCI-EORTC Symposium on New Drugs in Cancer Therapy:

46

Trimetrexate Modulation of 5 Fluorouracil/Leucovorin for Advanced Colorectal Cancer (poster).

6. 1996: (Philadelphia) American Society of Clinical Oncology Thirty-second Annual Meeting: A Phase II Trial of Trimetrexate, 5-Fluorouracil, and Leucovorin in Patients with Unresectable or Metastatic Colorectal Cancer (poster).

7. 1997: (Vienna) UICC First International Meeting on Advances in the Knowledge of Cancer Management: Trimetrexate: Present Status in the Treatment of Metastatic Colorectal Cancer (oral).

8. 1999: (Atlanta) American Society of Clinical Oncology Thirty-fifth Annual Meeting: A Phase II Trial of Trimetrexate, 5-Fluorouracil, and Leucovorin in Patients with Previously Treated Unresectable or Metastatic Colorectal Cancer (poster).

9. 2001: (San Francisco) American Society of Clinical Oncology Thirty-seventh Annual Meeting: Evaluation of the Safety and Efficacy of an Oral Molecularly-Targeted Therapy, STI571, in Patients with Unresectable or Metastatic Gastrointestinal Stromal Tumors Expressing c-kit (oral, Plenary).

10. 2002: (Orlando) American Society of Clinical Oncology Thirty-eighth Annual Meeting: Phase II Study of Celecoxib, CPT-11, 5FU, and Leucovorin in Patients with Metastatic Colorectal Cancer (oral).

11. 2004: (San Francisco) American Society of Clinical Oncology First Annual Gastrointestinal Malignancies Meeting: Long-Term Follow-Up of Advanced Gastrointestinal Stromal Tumor Patients Treated with Imatinib Mesylate (oral).

12. 2004: (San Francisco) American Society of Clinical Oncology First Annual Gastrointestinal Malignancies Meeting: Long-Term Follow-Up of Advanced Gastrointestinal Stromal Tumor Patients Treated with Imatinib Mesylate (poster).

13. 2006: (San Francisco) American Society of Clinical Oncology Third Annual Gastrointestinal Malignancies Meeting: Outcome of advanced gastrointestinal stromal tumor (GIST) patients treated with imatinib mesylate: Four-year follow-up of a phase II randomized trial (oral).

14. 2006: (San Francisco) American Society of Clinical Oncology Third Annual Gastrointestinal Malignancies Meeting: Outcome of advanced gastrointestinal stromal tumor (GIST) patients treated with imatinib mesylate: Four-year follow-up of a phase II randomized trial (poster).

15. 2007: (Orlando) American Society of Clinical Oncology Fourth Annual Gastrointestinal Malignancies Meeting: Efficacy of imatinib mesylate in advanced gastrointestinal stromal tumor patients according to tumor bulk (poster).

16. 2008: (Arlington) International Society of GI Oncology Annual Meeting: Analysis of an Observational Registry of Gastrointestinal Stromal Tumor Patients in the USA: reGISTry (oral).

17. 2009: (San Francisco) 6th Annual Combined GI Symposium: Analysis of an Observational Registry of Gastrointestinal Stromal Tumor Patients in the USA: reGISTry (poster).

18. 2010: (Chicago) American Society of Clinical Oncology Forty-Sixth Annual Meeting: Adjuvant imatinib therapy of 208 gastrointestinal stromal tumor patients: Dose, duration, and risk assessment (poster).

19. 1989: (Green Bay) Regional American College of Physicians Meeting: Silo filler's Disease and Bronchiolitis Obliterans (oral).


Regional and Local

1. Feb 1995: Vanderbilt University Medical Oncology Seminar Series: Diagnosis and Management of Pancreatic Adenocarcinoma.

2. April 1995: Vanderbilt University Medical Center Grand Rounds: Adjuvant Therapy for Colon Cancer (AKA: Levamisole, Love it or Leave it).

3. Sep 1995: Vanderbilt Cancer Center Affiliate Network Annual Scientific Meeting: New Drugs in Colorectal Cancer.

4. Feb 1996: Vanderbilt University Medical Center General Surgery Seminar: Principles of Chemotherapy.

5. May 1996: University of Tennessee College of Medicine (Chattanooga Division) Grand Rounds:

Case 3:18-cv-01234   Document 184-49   Filed 03/17/22   Page 54 of 64 PageID #: 11227

State of the Art Adjuvant Therapy for Colon Cancer.

6. Aug 1996: Vanderbilt Cancer Center First Symposium On Concomitant Chemoradiotherapy: Concurrent Chemo-RT for Esophageal Cancer.

7. Oct 1996: Vanderbilt University Medical Center General Surgery Grand Rounds: Is Hepatic Artery Infusion Acceptable Therapy for Colorectal Cancer Metastases to the Liver?

8. July 1997: Vanderbilt Cancer Center Oncology Seminar: New Drugs for Advanced Colorectal Cancer.

9. March 1998: Vanderbilt University Department of Medicine Research Seminar: Trimetrexate Modulation of 5-FU in Advanced Colorectal Cancer.

10. May 1998: Vanderbilt University Hematology/Oncology Seminar: GI Oncology Highlights of ASCO-1998.

11. Aug 1998: Vanderbilt Cancer Center Second Symposium on Concomitant Chemoradiotherapy: The Use of Oral Fluoropyrimidines in Combined Modality Therapy of GI Malignancies.

12. Aug 1998: Oregon Health Sciences University Medical Grand Rounds: The Role of Cyclooxygenase in Neoplastic Disease.

13. Dec 1998: Oregon Health Sciences University Medical Grand Rounds: Postoperative Therapy for Resected Colonic Adenocarcinoma: Turning a Cancer Killer into a Curable Disease.

14. Feb 1999: Oregon Health Sciences University Surgical Grand Rounds: Chemotherapy for GI Malignancies.

15. March 1999: Oregon Health Sciences University Radiation Oncology Seminar: Chemotherapy for Rectal Cancer.

16. May 1999: Salem Hospital Second Annual Community Cancer Conference: Colorectal Cancer-New Pharmacological Agents, Genetic Therapies, and Biologic Agents.

17. June 1999: Portland VA Internal Medicine Seminar: Oncologic Emergencies.

18. Aug 1999: Third Annual Southern Oregon Oncology Conference: Goals of a Multidisciplinary Oncology Program.

19. Dec 1999: Oregon Health Sciences University Surgical Grand Rounds: Hepatic-directed Therapy of Metastatic Colorectal Neoplasms.

20. Dec 1999: Oregon Health Sciences University Hematology/Oncology Seminar Series: Update on HAI for Metastatic Colon Cancer.

21. May 2000: Oregon Health Sciences University Sommer Memorial Lecture: Esophageal Cancer-The new Cancer Killer.

22. June 2000: Oregon Health Sciences University Department of Medicine Continuing Medical Education Program: ASCO 2000 Review-GI Malignancies.

23. March 2001: Vanderbilt University Irinotecan Investigators Meeting: CPT-11 and COX2 Inhibitors.

24. April 2001: Oregon Health Sciences University Department of Medicine Eighth Annual Internal Medicine Review Course: Highlights of Oncology.

25. June 2001: Oregon Health Sciences University Department of Medicine Continuing Medical Education Program: ASCO 2001 Review-GI Malignancies.

26. July 2001: Oregon Cancer Institute Annual Retreat: The GI Malignancy Program.

27. July 2001: Oregon Cancer Institute Annual Retreat: Gleevec and GIST.

28. Nov 2001: Oregon Health & Science University Internal Medicine Seminar: State-of-the-Art Treatment of Colorectal Cancer.

29. Dec 2001: Oregon Health & Science University Division of Hematology/Medical Oncology Seminar: Gastrointestinal Stromal Tumors.

30. May 2002: Oregon Health & Science University Division of Hematology/Medical Oncology Third Annual ASCO Review: GI Malignancies.

31. June 2002: Oregon Health & Science University Department of Medicine Continuing Medical Education Program: ASCO 2002 Review-Colorectal Malignancies.

32. July 2002: Oregon Health & Science University Cancer Center Annual Retreat: Clinical Characteristics of Gastrointestinal Stromal Tumors.

33. May 2004: Oregon Health & Science University Hematology/Oncology Journal Club: Best Current Therapy for Metastatic Colorectal Cancer.

34. June 2004: Oregon Health & Science University Hematology/Oncology Grand Rounds: Adjuvant

48

Therapy for Stage II and Stage III Colon Cancer.

35.    Oct 2004: Oregon Health & Science University Hematology/Oncology Fellow Special Lecture: How to Succeed in Academic Medicine.

36.    Feb 2006: Oregon Health & Sciences University Cancer Center Grand Rounds: Treatment for Advanced Colon Cancer.

37.    June 2007: Oregon Health & Science University Department of Medicine Continuing Medical Education Program: ASCO 2007 Review-GISTs and Large-Bowel Malignancies.

38.    June 2008: Oregon Health & Science University Best of ASCO: Gastrointestinal malignancies.

39.    Sep 2008: Gut Club Vancouver BC: Update on GIST.

40.    March 2009: BCCA Medical Oncology Grand Rounds: Medication Reconciliation and Accreditation.

41.    Mar 2009: BCCA Radiation Oncology Grand Rounds: Medication Reconciliation and improve.

42.    Apr 2009: BCCA Medical Oncology Grand Rounds: The Importance of Accreditation (part I).

43.    May 2009: BCCA Medical Oncology Grand Rounds: The Importance of Accreditation (part II).

44.    Jun 2009: BCCA Summer Series: Oncology Drugs Part I.

45.    Jul 2010: BCCA Summer Series: Oncology Drugs Part III.

46.    Jun 2011: BCCA Oncology Grand Rounds: Best of ASCO 2011-GISTs.

47.    Nov 2011: BCCA Oncology Grand Rounds: Highlights of ESMO (S0033).

48.    Nov 2011: BCCA Predictive Oncology Symposium: Introduction to and Use of Biomarkers.

49.    Nov 2011: BCCA Predictive Oncology Symposium: Clinical Use of Biomarkers in GIST.

50.    Dec 2011 BC Cancer Agency Annual Cancer Conference 2011: Pan-Canadian Oncology Drug Review.

51.    Sep 2013: OHSU Hem/Onc Fellows Grand Rounds: GIST.

52.    Mar 2014: Maveric Precision Oncology Program Meeting: VA/SWOG Research Relationship.

53.    Apr 2014: OSMO Spring Meeting: SWOG and Community Oncologists

54.    Oct 2020: 2020 Oregon Geriatrics Society 21st Annual Conference: Keynote Speaker, Death with Dignity – Oregon Experience

55.    Nov 2020 – SLAI Annual Conference: Clinical Research as a Tool for Addressing the Cancer Burden in Latin America, SWOG as a Model of International Trials

Other

| | |
|---|---|
| | Chair, Oregon Cancer Center Annual Retreat GI Session |
| 1999-2008 | Founder and Chair, OHSU GI Oncology Conference |
| 2000 | Chair, American Society of Clinical Oncology Thirty-sixth Annual Meeting: Non-CRC Poster Discussion |
| 2001 | Chair, American Society of Clinical Oncology Thirty-seventh Annual Meeting: Non-CRC Oral Presentations |
| 2002 | Chair, American Society of Clinical Oncology Molecularly Therapeutics Symposium: Other Targeted Agents |
| 2002 | Chair, 1st Annual Opinion Leaders Summit in Colorectal Cancer: Novel Targeted Therapies |
| 2002 | Chair, University of Pennsylvania 1st Annual Opinion Leader Summit GI Session |
| 2003 | Chair, MD Anderson Cancer Center Molecular Therapeutics for Cancer Metastasis: Inhibitors of Signaling Pathways as Therapeutic Targets |
| 2003 | Chair, American Society of Clinical Oncology Thirty-ninth Annual Meeting: CRC Poster Discussion |
| 2003 | Chair, American Society of Clinical Oncology Thirty-ninth Annual Meeting: GIST Education Session |
| 2003-2008 | Chair, West Coast Annual Colorectal Cancer Symposium (Co-chair) |

49

| | |
|---|---|
| 2004 | Chair, American Society of Clinical Oncology Fortieth Annual Meeting: Upper GI Oral Presentations |
| 2005 | Chair, Combined ASCO/ASTRO/AGA/ACOSOG GI Oncology Symposium |
| 2005 | Chair, 10th US-Japan Clinical Trial Summit |
| 2005 | Chair, GI Oncology Symposium Colorectal Cancer Late Breaking Abstract Session |
| 2005 | Chair, 10th US-Japan Clinical Trial Summit: Panel Discussion on Upper GI Malignancies |
| 2006 | Chair, American Society of Clinical Oncology Forty-second Annual Meeting Clinical Science |
| | Symposium: Is Metastatic Colorectal Cancer Curable? (2006-Chair-elect) |
| 2007 | Chair, American Society of Clinical Oncology Forty-third Annual Meeting Clinical Science |
| | Symposium: Defining a Treatment Continuum for Metastatic Colorectal Cancer |
| 2007 | Chair, American Society of Clinical Oncology Forty-third Annual Meeting Clinical Science |
| | Symposium: Practical Management of Gastrointestinal Stromal Tumors |
| 2007 | Chair, GIST Oncology Leader Summit |
| 2007 | Chair, American Society of Clinical Oncology Forty-third Annual Meeting Education Symposium: Lower GI Overview |
| 2008 | Auditor, American Society of Clinical Oncology Annual Meeting, oral noncolorectal cancer session |
| 2008-present | Chair Emeritus, West Coast Colorectal Cancer Symposium |
| 2011 | Chair, American Society of Clinical Oncology Education Committee |
| 2011 | Chair, American Society of Clinical Oncology Best of ASCO Meeting |
| 2011 | Chair, American Society of Clinical Oncology Annual Meeting Highlights of the Day II |
| 2011 | Chair, American Society of Clinical Oncology Best of ASCO Seattle |
| 2011 | Chair, 9th Annual West Coast Colorectal Oncology Symposium Panel Discussion |
| 2017 | Board Liaison's Report American Society of Clinical Oncology Ethics Committee |
| 2020 | Lead, CTAC Strategic Planning Working Group, Session: Operational Trial Design |

## V. SERVICE

### Membership in Professional Societies:

American Cancer Society Fellow
American College of Physicians
American Society of Clinical Oncology
American College of Surgical Oncologists
Alberta Cancer Foundation
2000: Fellowship, American College of Physicians Meta-Analysis Group in Cancer
2008-present: The Special Interest Group-GIST
2011: Member, Medical Advisory Council, Life Raft Group Canada
2013: Member, EORTC Protocol Review Committee
2013: Wilderness Medical Society

### Granting Agency Review Work:

| | |
|---|---|
| 2007-present | University of Michigan GI Spore External Advisory Committee |
| 2007 | German Ministry of Research |
| 2014 | Ontario Institute for Cancer Research Peer Review Panel |

### Editorial and Ad Hoc Review Activities:

American Journal of Cancer

American Journal of Clinical Oncology
American Journal of Gastroenterology
Annals of Oncology
Blood
British Journal of Cancer
Cancer
Cancer Chemotherapy and Pharmacology
Cancer Control: Journal of the Moffitt Cancer Center
Chest
Clinical Cancer Research
Drugs
Expert Opinion on Pharmacotherapy
Expert Review of Anticancer Therapy
Future Medicine
Gastroenterology
Indian Journal of Cancer
International Journal of Gastrointestinal Cancer
JAMA
Journal of Clinical Oncology
Journal of Clinical Pathology
Journal of Medical Case Reports
Journal of Oncology Practice
Molecular Cancer Therapeutics
Nature Clinical Practice Gastroenterology & Hepatology
Nature Clinical Practice Oncology
New England Journal of Medicine
Oncology: International Journal of Cancer Research and Treatment
Oncology Med
Southern Medical Journal
The Oncologist
F1000 Medicine Reports
Colon & Rectal Cancer: Index and Reviews
Current Management in GIST: Reviews and Insights Monograph

| | |
|---|---|
| 2005 | ACOVE-3 (Assessing the Care of Vulnerable Elders): Colorectal Cancer Literature Review |
| 2005-2008 | Journal of Clinical Oncology |
| 2005-present | Current Colorectal Cancer Reports |
| 2006-2008 | EORTC Protocol Review Committee external advisor |
| 2006-present | Gastrointestinal Cancer Research |
| 2008-present | American Society of Clinical Oncology annual meeting COI reviewer |
| 2009 | Cancer.Net GIST section review |
| 2009-present | Cancer.Net: GI Cancers (GIST) |
| 2009-2017 | GI Editorial Board, HemOnc Today |
| 2010-present | Current Biomarker Findings |
| 2010-2013 | External Advisory Board, Alberta Clinical Cancer Research Unit |
| 2011-present | Colorectal Cancer |
| 2011-present | American Society of Clinical Oncology Independent Satellite Symposia reviewer |
| 2013-2015 | Editorial Board, Seminars in Oncology |
| 2016-present | MKSAP 18 Oncology Peer Reviewer (ABIM) |
| 2017 | Palliative Care Editorial Board, HemOnc Today |

**Committees:**

51

International/National

|  | EORTC Protocol Review Committee |
|---|---|
| 1994-1998 | ECOG Gastrointestinal Oncology Committee |
| 1995-1998 | RTOG Medical Oncology Committee |
| 1995-1998 | American Cancer Society Public Issues Committee |
| 1998-2001 | American Cancer Society Western Pacific Division Board |
| 1998-2012 | SWOG Gastrointestinal Oncology Committee (Chair, 2004-present) |
| 2000 | NIH Rare Diseases Gastrointestinal Stromal Tumor Workshop Committee |
| 2000-2001 | American Society of Clinical Oncology Program Committee (GI Subcommittee) |
| 2000-2013 | SWOG Colon Cancer Subcommittee (Co-chair) |
| 2000-2013 | Gastrointestinal Oncology Intergroup Task Force (colon) |
| 2001-present | SWOG Gastrointestinal Oncology Tumor Biology Committee |
| 2002 | National Cancer Institute State of the Science Sarcoma Committee |
| 2002-2003 | American Society of Clinical Oncology Program Committee (GI Sub-committee) |
| 2002-2005 | American Society of Clinical Oncology Publications Committee |
| 2003 | NCCN Expert Panel on Gastrointestinal Stromal Tumors |
| 2003-2004 | American Society of Clinical Oncology Program Committee (Upper GI Subcommittee) |
| 2003 | National Cancer Institute Progress Review Group on Sarcoma Food and Drug Administration Colorectal Cancer Drug Approval Advisory Board |
| 2004-2007 | American Society of Clinical Oncology Career Development Committee |
| 2005 | American Society of Clinical Oncology Career Development Workshop Planning Committee |
| 2005-2008 | American Society of Clinical Oncology Cancer Education Committee (Colon Chair 2007) |
| 2005-2010 | NCCTG Data Monitoring Committee |
| 2005-2012 | SWOG Scientific Advisory Board |
| 2005-present | National Cancer Institute Scientific Leadership Committee for GI Malignancies |
| 2006-2008 | American Society of Clinical Oncology Education Committee, (Colon Sub-committee: Chair, 2007) |
| 2006-2009 | National Cancer Institute Subcommittee H |
| 2007 | American Society of Clinical Oncology Program Committee (Colorectal Subcommittee): Honorary Member |
| 2007 | Digestive Disease Week Abstract Review Committee |
| 2008-present | NCI Colon Task Force KRAS Mutant Subcommittee |
| 2009-2010 | American Society of Clinical Oncology Program Committee (Non-Colorectal Subcommittee) |
| 2009-present | NCIC Clinical Trials Group |
| 2010-2012 | Best of ASCO Program Committee |
| 2010 | American Society of Clinical Oncology Independent Satellite Symposia Peer Reviewer |
| 2010-present | Canadian Oncology Drug Review Collaborative Steering Committee |
| 2010-present | Pan-Canadian Oncology Drug Review Steering Committee |
| 2010-present | American Society of Clinical Oncology Timely Oncology Perspectives Team |
| 2010-present | American Society of Clinical Oncology Focus under 40 Committee |
| 2011-2011 | SWOG Leadership Tenure Task Force |
| 2012 | Project reviewer, International Committee for the Clinical Research in Cancer |
| 2012-2014 | NCI National Clinical Trials Network Working Group (GI Subcommittee Chair and Pediatric Subcommittee 2012-2014) |
| 2012-present | NIH/NCI CGB Navigation System IT Project Advisory Board |
| 2013-present | American Society for Clinical Pathology/College of American Pathologists/Association for Molecular Pathology Advisory Panel |
| 2013-present | Member, Hope Foundation Finance Committee |
| 2014-present | Member, Hope Foundation Development Committee |
| 2014-present | Clinical Trials and Translational Research Advisory Committee Working Group NCTN Leadership Management Committee |

52

| 2014-present | American Society of Clinical Oncology CancerLinQ Task Force |
| 2014-present | American Society of Clinical Oncology Research, Policy & Practice Subcommittee |
| 2014-present | American Society of Clinical Oncology Prevention Committee |
| 2014-present | American Society of Clinical Oncology Education Committee |
| 2014-present | American Society of Clinical Oncology Vaccine Subcommittee |
| 2015-present | American Society of Clinical Oncology Finance Committee |
| 2015-present | American Society of Clinical Oncology Board Working Group on Uncontested Presidential Election |
| 2015-present | American Society of Clinical Oncology Governance Subcommittee |
| 2016 | American Society of Clinical Oncology Ethics Committee |
| 2016-2018 | American Society of Clinical Oncology Planning Subcommittee Board |
| 2016-present | American Society of Clinical Oncology Strategic Planning Subcommittee |
| 2016 | American Society of Clinical Oncology Founding Editor-in-Chief Search Committee for New Precision Oncology Journal |
| 2016-present | Princess Margaret Cancer Center Working Committee on Psychosocial Oncology Related to Medical Aid in Dying |
| 2017-present | American Society of Clinical Oncology Task Force on Publicly-Funded Research |
| 2017-2018 | American Society of Clinical Oncology Executive Committee of the Board of Directors |
| 2017-2018 | American Society of Clinical Oncology Ethics Committee |

Regional

| 2008-2012 | Vancouver Cancer Systemic Therapy Committee (Chair) |

Institutional

| 1994-1998 | VU Cancer Center Clinical Protocol Review Committee, (Chair, 1997-1998) |
| 1995-1998 | VUMC Chemoprevention Trial Working Group |
| 1995-1998 | VCCAN Gastrointestinal Oncology Practice Guidelines Advisory Committee |
| 1996-1998 | VUMC Clinical Services Committee |
| 1998-2004 | OCI Reportable Events Committee (Chair -03) |
| 1998-2007 | OCI Clinical Research Review Committee (Vice-Chair 1998-2007) |
| 2000-2004 | OCI Annual Review Committee (Chair, 2003) |
| 2002-2008 | OHSU Leadership Council |
| 2002-2008 | OHSU Cancer Institute Executive Council |
| 2008 | BCCA Radiation Oncology Executive Search Committee |
| 2008-2009 | BCCA Fairmont Renovation Committee |
| 2008-2012 | Abbotsford Cancer Center Steering Committee |
| 2008-2012 | BCCA Executive Tumor Council |
| 2008-2012 | BCCA Quality Council |
| 2008-2012 | BCCA Functional Planning Committee for the Cancer Centre in the North |
| 2008-2012 | BCCA Space Planning Committee |
| 2008-2012 | BCCA Clinical Informatics Advisory Committee |
| 2008-2012 | BCCA Department of Medicine Division Heads Executive Committee |
| 2009-2012 | BCCA Medical Leadership Committee |
| 2009-2012 | BCCA Research Advisory Group |
| 2010-2012 | BCCA Indicator Inventory and Development Committee |
| 2016 | Knight Cancer Institute Advisory Board of NIH T32 Institutional Training Grant |

Departmental

| 1994-1998 | VU Hematology/Oncology Laboratory Quality Control Committee |
| 1998-2008 | OHSU Hematology/Medical Oncology Fellowship Committee |

53

**Community Service:**

|  | ABC News |
|---|---|
|  | WebMD |
|  | MSNBC |
|  | Tennessean Newspaper |
|  | Indiana Illustrated Television Series |
|  | Trainer: National Institutes of Health: How to Help Your Patients Stop Smoking. |
|  | Healthy Talks: Men and Cancer: New Treatments, New Hope (Portland TV Channel 30) |
|  | American Board of Internal Medicine Certification and Re-certification Program |
| 1983-1993 | Reserve Officer USAF |
| 1994-1998 | Reader/Broadcaster WPLN Library for the Blind |
| 1999-2002 | Board of Directors, Laurelhurst Neighborhood Association |
| 2000-2002 | Spiritual Life Committee, Havurah Shalom |
| 2001-2002 | Steering Committee, Havurah Shalom |
| 2013 | Participant, 2013 Sightless Self-Defense Seminar: Oregon Commission for the Blind |
| 2004-present | GIST Cancer Research Fund Advisory Board |
| 2012-present | Member, Medical Advisory Council of GIST Sarcoma Life Raft Group Canada |
| 2013-present | Mazama Families Committee (Chair, 2016-2017) |
| 2015-present | Board member OSMO |
| 2015-present | Parent Council Cedarwood Waldorf School, (Chair, 2016-2018) |
| 2015-2016 | Sighted Volunteer, Be My Eyes Lend Your Eyes to the Blind Organization |
| 2016 | Mochitsuki Festival |
| 2016 | St Andrew's Parish Ethics of Dying Panel Discussion |
| 2017 | MAID Consultant: University of Colorado, provinces of Alberta British Columbia |
| 2017 | Portland Japanese American Citizens League |
| 2017 | Portland Blues Festival |
| 2017 | Mochitsuki Festival |
| 2017 | Natsu Matsuri |
| 2020 | Chief Instructor Mazama FM101 Mountaineering First Aid Seminar |
| 2021 | Lead Independent Practitioner, OHSU COVID Vaccination Clinic |

**Clinical Responsibilities (since last promotion):** GIST clinic, 3/4ths day

## VI. TEACHING (OHSU Educator's Portfolio):

**Overview of your Role as an Educator:** National and international lecturer; chair and curriculum development international meetings

**Scholarship of Teaching:** GI malignancies, drug development, clinical trial methodology

Curriculum Development:

| 2005 | Combined ASCO/ASTRO/AGA/ACOSOG GI Oncology Symposium |
|---|---|
| 2011 | American Society of Clinical Oncology Education Committee |
| 2016 | Leadership Development Course, SWOG |

**Honors and Awards for Education:**

| 1997-1998 | Outstanding Faculty Apple Teaching Award-VCC |
|---|---|
| 2005 | Fisher Award (Hoosier Oncology Group) |

Case 3:18-cv-01234   Document 184-49   Filed 03/17/22   Page 61 of 64 PageID #: 11234

**APPENDIX A**

**Graduate students/junior faculty supervised (name, program type, start, finish):**

| Student Name | Program Type/Location | Year Start | Finish |
|---|---|---|---|
| Students, PGY1-3s, Residents | Clinical Teaching: Vanderbilt Oncology Clinic (3x/week) | 1994 | 1998 |
| Students, PGY1-3s, Residents | Clinical Teaching: Vanderbilt Hospital (2 mo/year) | 1994 | 1998 |
| Messenger, Mark | Clinical research project: Weekly Taxol for Advanced Non-Melanomatous Skin Cancers (Publication) | 1997 | 1998 |
| Scoggins, Charles | Clinical Research Project: Review of Colorectal Cancer and Frequency of Obstruction (Presentation and Publication) | 1997 | 1999 |
| Stipanov, Michael | Clinical Research Protocol: Antioxidants and Colorectal Cancer (Publication | 1997 | 1999 |
| Kubba, Samir | Clinical Research Protocol: Neoadjuvant Therapy for Resectable Esophageal Cancer | 1998 | 2000 |
| Students, PGY1-3s, Residents | Clinical Teaching: OHSU Oncology Clinic (3x/week) | 1998 | 2008 |
| Students, PGY1-3s, Residents | Clinical Teaching: OHSU Hospital (0.5-2 mo/year) | 1998 | 2008 |
| Hodson, Stephanie | Clinical Protocol: Phase I/II Study of Trastuzamab and CPT-11 in UGI Malignancies | 1999 | 2001 |
| General OHSU Fellows | Preceptor, OHSU Division of Hematology/Medical Oncology Seminar Series | 2000 | 2002 |
| General OHSU Fellows | Preceptor, OHSU Division of Hematology/Medical Oncology Seminar Series | 2000 | 2002 |
| General OHSU Internal Medicine Residents | Preceptor, Senior Clinical Projects | 2001 | 2001 |
| Whiteford, Mark | Human Investigators Program Clinical Protocol Mentoring:(Phase II Study of IFL with Celecoxib in Resectable Rectal Cancer | 2002 | 2005 |
| Sanborn, Rachel (OHSU Fellow) | Multiple Clinical Protocols (presentation and publication) | 2003 | 2005 |

Case 3:18-cv-01234   Document 184-49   Filed 03/17/22   Page 62 of 64 PageID #: 11235

| | | | |
|---|---|---|---|
| Strother, John (OHSU Fellow) | Clinical Research Cooperative Group Protocol: Phase II Neoadjuvant/Adjuvant Study of Cetuximab, Irradiation, and GemOX in Potentially Resectable Adenocarcinoma of the Pancreas | 2004 | 2006 |
| Byrd, Dan (OHSU Fellow) | Clinical Research Protocol: Phase II Study of Panzopanib in Advanced GIST | 2006 | 2007 |
| Lim, Howard | GI Oncology Fellowship; A phase II trial of biomarkers for Panitumumab response among previously treated with KRAS wild type metastatic colorectal cancer | 2008 | 2011 |
| Students, PGY1-3s, Residents | Clinical Teaching: BCCA clinic (0.5-4 hours/week) | 2008 | 2012 |
| Siegel, Abby | K23 Grant: How to improve clinical trials mechanism | 2009 | 2012 |
| Davies, Janine | ASCO Career Development Award: FOLFIRINOX for Locally Advanced Pancreatic Cancer | 2011 | 2014 |
| Mayo, Skye | | 2015 | |
| | Hepatic Regional Theraphy: Developing a Clinical Platform for Innovative Treatment of Patients with | | |
| Ahluwalia, Manmeet | Metastatic and Primary Liver Cancer | 2017 | |
| | Brain Metastasis Research Program | | |

## APPENDIX B

**Courses Taught**

| Year | Session | Scheduled Hours | Class Size | Lecture Hours Taught | Tutorials | Labs | Other |
|---|---|---|---|---|---|---|---|
| 1995 | Vanderbilt Physical Diagnosis Course | 30 | 5 | 15 | | | 15 |
| 2000 | OHSU Pathology of Blood Course | NA | NA | | | | 4 |
| 2008 | MSIII Academic Half-Day | 1 | 24 | 2 | | | |

## AWARDS AND DISTINCTIONS

Case 3:18-cv-01234   Document 184-49   Filed 03/17/22   Page 63 of 64   PageID #: 11236

**Awards for Teaching**

| | |
|---|---|
| 1997-1998 | Outstanding Faculty Apple Teaching Award-VCC |
| 2005 | Fisher Award (Hoosier Oncology Group) |

**Awards for Scholarships**

| | |
|---|---|
| 1983 | Health Professions Scholarship (USAF) |
| 1986 | Alpha Omega Alpha (AOA) |
| 2011 | Top 10 Most Viewed Editorials (OncoSTAT) |

**Awards for Service**

| | |
|---|---|
| 1998-2008 | ROSE Award 10x (Recognizing Outstanding Service Excellence) OHSU Patients |
| 2005 | Fisher Award (Hoosier Oncology Group) |
| 2005 | Portland Monthly's Top Doctors (peer-selected) |
| 2006 | Portland Monthly's Top Doctors (peer-selected) |
| 2007 | Portland Monthly's Top Doctors (peer-selected) |
| 2010 | ACOSOG High Accruing Award Z9001 |
| 2010 | ASCO Statesman Award |

**Other**

| | |
|---|---|
| 1983 | Valedictorian, Northwestern HPME |

57