# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# AT NASHVILLE

| | | |
|---|---|---|
| **TERRY LYNN KING,** | ) | |
| | ) | |
| Plaintiff, | ) | **CAPITAL CASE** |
| | ) | |
| v. | ) | Case No. 3:18-cv-01234 |
| | ) | Judge William L. Campbell, Jr. |
| **TONY PARKER, et al.,** | ) | Magistrate Judge Jeffrey S. Frensley |
| | ) | |
| Defendants. | ) | |

## NOTICE OF CORRECTED FILING

Defendants hereby give notice that they have corrected Exhibit 2 to D.E. 184, Defendants' Statement of Facts in Support of Their Motion for Summary Judgment. Defendants have filed the Corrected Exhibit with this Notice.

Specifically, Exhibit 2 is the deposition transcript of Debbie Inglis. A copy of the same has been in Plaintiff's possession since at least December 1, 2021. *See* D.E. 163-7 (Inglis Deposition Excerpt.)

    Respectfully submitted,

    HERBERT H. SLATERY III
    Attorney General and Reporter

    s/ *Rob Mitchell*
    ROB MITCHELL (32266)
    Senior Assistant Attorney General
    MALLORY SCHILLER (36191)
    MIRANDA JONES (36070)
    CODY N. BRANDON (037504)

DEAN S. ATYIA (039683)
Assistant Attorneys General
SCOTT C. SUTHERLAND (29013)
Deputy Attorney General
Law Enforcement and
Special Prosecutions Div.
P.O. Box 20207
Nashville, Tennessee 37202-0207
Off. (615) 532-6023
Fax (615) 532-4892

Robert.Mitchell@ag.tn.gov
Mallory.Schiller@ag.tn.gov
Miranda.Jones@ag.tn.gov
Cody.Brandon@ag.tn.gov
Dean.Atyia@ag.tn.gov
Scott.Sutherland@ag.tn.gov

# CERTIFICATE OF SERVICE

I certify that on the April 5, 2022, a copy of the foregoing was filed and served via the Court's CM/ECF system on the following:

Alex Kursman
Lynne Leonard
Anastassia Baldridge
Hayden Nelson-Major
Assistant Federal Defenders
Federal Community Defender for the E.D. Penn.
Suite 545 West, The Curtis
601 Walnut St.
Philadelphia, PA 19106
(215) 928-0520
alex_kursman@fd.org
lynne_leonard@fd.org
ana_baldridge@fd.org
hayden_nelson-major@fd.org

David Esquivel
Sarah Miller
Jeremy Gunn
Michael Tackeff

Bass, Berry & Sims 150 Third Ave. South
Nashville, TN 37201
(615) 742-6200
desquivel@bassberry.com
smiller@bassberry.com
jeremy.gunn@bassberry.com
michael.tackeff@bassberry.com

Alice Haston
Amy Rao Mohan
Christopher C. Sabis
Sherrard Roe Voight & Harbison, PLC
150 Third Ave. South
Suite 1100
Nashville, TN 37201
(615) 742-4539
ahaston@srvhlaw.com
amohan@srvhlaw.com
csabis@srvhlaw.com

        s/ *Rob Mitchell*
        ROB MITCHELL

3

Case 3:18-cv-01234   Document 195   Filed 04/05/22   Page 3 of 3 PageID #: 11422