# EXHIBIT 4

## Date made

8/13/2020 9:26:50 AM

Page 1     Dates between         1/1/2018 and 8/13/2020

| Date made | Qty made | Formula / Generic name | Lot number | Discard after date |
|---|---|---|---|---|
| 5/8/2018 | 90 ML | MIDAZOLAM 50 MG/ML INJECTION | ███████ | 5/5/2018 |
| 7/20/2018 | 55 ML | MIDAZOLAM 50 MG/ML INJECTION | ███████ | 9/4/2018 |
| 9/21/2018 | 60 ML | MIDAZOLAM 50 MG/ML INJECTION SOL 21092018@4 | | 11/5/2018 |
| 10/25/2018 | 30 ML | MIDAZOLAM 50 MG/ML INJECTION | ███████ | 12/9/2018 |
| 11/16/2018 | 60 ML | MIDAZOLAM 50 MG/ML INJECTION | ███████ | 12/31/2018 |
| 4/17/2019 | 60 ML | MIDAZOLAM 50 MG/ML INJECTION | ███████ | 4/18/2019 |
| 4/24/2019 | 55 ML | MIDAZOLAM 50 MG/ML INJECTION | ███████ | 5/1/2019 |
| 7/15/2019 | 60 ML | MIDAZOLAM 50 MG/ML INJECTION | ███████ | 7/22/2019 |
| 11/6/2019 | 85 ML | MIDAZOLAM 50 MG/ML INJECTION | ███████ | 11/9/2019 |
| 11/18/2019 | 85 ML | MIDAZOLAM 50 MG/ML INJECTION | ███████ | 11/25/2019 |
| 1/10/2020 | 85 ML | MIDAZOLAM 50 MG/ML INJECTION | ███████ | 1/17/2020 |
| 7/14/2020 | 85 ML | MIDAZOLAM 50 MG/ML INJECTION | ███████ | 8/14/2020 |

# Logs for a certain formula

8/13/2020 9:24:36 AM

Page 1    Dates between        1/1/2018 and 8/13/2020

| Date made | Qty made | Formula / Generic name | Lot number | Discard after date |
|-----------|----------|------------------------|------------|--------------------|
| | | | | Discard after date |
| 8/5/2019 | 270 ML | POTASSIUM CHLORIDE 15% INJECTIOI | ███████ | 8/6/2019 |
| 11/6/2019 | 580 ML | POTASSIUM CHLORIDE 15% INJECTIOI | ███████ | 11/7/2019 |
| 11/11/2019 | 580 ML | POTASSIUM CHLORIDE 15% INJECTIOI | ███████ | 11/12/2019 |
| 11/18/2019 | 760 ML | POTASSIUM CHLORIDE 15% INJECTIOI | ███████ | 11/19/2019 |
| 11/27/2019 | 700 ML | POTASSIUM CHLORIDE 15% INJECTIOI | ███████ | 11/28/2019 |
| 1/10/2020 | 700 ML | POTASSIUM CHLORIDE 15% INJECTIOI | ███████ | 2/11/2020 |
| 7/14/2020 | 700 ML | POTASSIUM CHLORIDE 15% INJECTIOI | ███████ | 8/14/2020 |