# EXHIBIT 7

**From:** ███████████████████████████

**To:** ███████████████████████████

**Subject:** [EXTERNAL] RE: Further Discovery

**Date:** 2021-11-09 17:51:46 -0600

**Importance:** Normal

**Attachments:** coa.pdf; rx_labels.pdf; media_fill.pdf

**Inline-Images:** image001.png

---

Attached are a few of the items requested. Pending pH and fingerprints.



Sent from Mail for Windows

---

**From:** ███████████████

**Sent:** Tuesday, November 9, 2021 10:46 AM

**To:** ███████████

**Subject:** RE: Further Discovery

Thanks so much



www.facebook.com/TNDepartmentofCorrection
https://twitter.com/TNTDOC1
https://www.youtube.com/TNTDOC1

---

**From:** ███████████████████████

**Sent:** Tuesday, November 9, 2021 11:10 AM

**To:** ███████████████████████

**Subject:** [EXTERNAL] RE: Further Discovery

*** This is an EXTERNAL email. Please exercise caution. DO NOT open attachments or click links from unknown senders or unexpected email - STS-Security. ***

Good morning,
Yes I can get this together, I don't recall having provided any of these. Let me know if you need anything else.

Thanks



Defts. Supp. Resp. 02.14.2022_009882

**From:** ███████████

**Sent:** Tuesday, November 9, 2021 5:45 AM

**To** ███████████

**Subject:** Further Discovery



Below are listed additional discovery requests in the case….would you be able to tell what if any of this info you all have that hasn't already been sent my way? Thanks

- Any information recorded in the pharmacy's computer system related to the expiration dates of any Active Pharmaceutical Ingredients ("API") purchased by the pharmacy in its efforts to provide TDOC with lethal injection chemicals.
- Any certificates of analysis or other records documenting testing of the API purchased by the pharmacy in its efforts to provide TDOC with lethal injection chemicals.
- All records of pH testing conducted on drugs compounded by the pharmacy in its efforts to provide TDOC with lethal injection chemicals.
- All records of media fill testing conducted by the pharmacist and the pharmacy technician involved in preparing TDOC's lethal injection drugs from 2018 to present.
- All records of gloved fingertip sampling conducted by the pharmacist and the pharmacy technician involved in preparing TDOC's lethal injection drugs from 2018 to present.
- Copies of the labels printed on any drug compounded by the pharmacy in its efforts to provide TDOC with lethal injection chemicals.



www.facebook.com/TNDepartmentofCorrection
https://twitter.com/TNTDOC1
https://www.youtube.com/TNTDOC1

Defts. Supp. Resp. 02.14.2022_009883

Tuesday, Apr 4, 2017

**Me**
██████ this is ████████ is there a good time for me to give u a holler?
10:06 AM

████████
Good morning ████. I'll give you a call in an hour.
10:07 AM

**Me**
10-4 Just call this # in case I'm out of office thx
10:07 AM

Wednesday, Apr 5, 2017

**Me**
I'm running around today so not sure when I'll be open for a call but in the meantime can u send me a list of all companies etc u reached out to about sourcing so I can have it for when we have to show it's unavailable? Thanks
8:49 AM

Thursday, Apr 6, 2017

████████
I'm not ignoring you I promise. Been getting over a nasty cold. I'm working on the list this morning. I'll have it to you soon.
9:16 AM

Generated by GilApps SMSShare 2

**Me** 
10-4 Sorry ur sick in my voicemail I had a question about what type of pento y'all need cause I'm looking into a company and they needed to know which kind we wanted
9:17 AM

**Me** 
Would ur pharmacist be available for me to ask him or her?
9:27 AM

 ████████
We would need USP grade.

I've spoken with the following with no luck:

Cardinal Health
McKesson
Medisca
PCCA
ANDA
Amerisource Bergen
Sigma Aldrich
Fisher Scientific
TCI America
9:52 AM

**Me** 



9:55 AM

**Me** 

Can u tell from that pic which of those would work?

9:55 AM

 ███████████

I don't think any of those would work for injection. I'm confirming with my pharmacist.

10:25 AM

**Me** 
10-4

10:25 AM

Generated by GilApps SMSShare 2

 ███████
Also those are such small quantities.

10:26 AM

Me 
Well they do bulk options on things so once ur pharmacist says which one or what specific type we need I'll shoot that to them to see if possible

10:27 AM

 ███████
If they have a crystalline option that would work. Methanol and ethanol are not injectable

10:33 AM

Me 
Ok I've sent inquiry as to USP grade in crystalline form

10:37 AM

Me 
Ok no dice with that company

11:03 AM

 ███████
What are your thoughts on acquiring it through a veterinarian? They sometimes have better access to it since it's widely used for euthanasia in animals.

11:09 AM

Me 
How would that even work? I'm wondering how the vet could legally transfer or sell the schedule 2 to y'all

1:02 PM

Generated by GilApps SMSShare 2



▓▓▓▓▓▓▓

Our pharmacy compounds drugs for animals and services veterinarians. I spoke with a vet this morning and they buy the stuff by the case.

2:27 PM



▓▓▓▓▓▓▓



2:28 PM

**Me**
Let me do some looking into that possibility and talk with the bosses

2:43 PM



—— Thursday, Apr 13, 2017 ——

**Me**
U got a free minute this afternoon for a call?

11:04 AM



▓▓▓▓▓▓▓

Yes sir I do.

11:07 AM

Defs. Supp. App. D_4.2022

Generated by GilApps SMSShare 2



**Me**
What time works for you ... I'm at lunch now but will be back in an hour

11:08 AM



███████
That works for me.

11:08 AM



**Me**
10-4 ... I have some international ideas

11:09 AM

--- Thursday, Sep 14, 2017 ---

**Me**
This is ████ and this is my cell #

9:15 AM



--- Monday, Oct 16, 2017 ---



███████
I'll call you back in a few. Stuck in a meeting.

11:38 AM

**Me**
10-4

11:38 AM



**Me**
Is now a good time by chance?

3:05 PM



**Me**
Governors office is hitting commissioner up daily wanting to know if anything have been obtained yet

3:09 PM



Generated by GilApps SMSShare 2



**Me**
By all means u can just shoot me an email with a break down of what you've ordered and received so far
3:41 PM



▮▮▮▮▮▮
5 min. Sorry on the phone with drug supplier.
3:42 PM

—— Monday, Oct 23, 2017 ——



**Me**
Hey ▮▮▮... spoke to folks at health about pharmacy reciprocal license and wanted to touch base with you on it...let me know a good time to holler
2:32 PM

—— Thursday, Dec 7, 2017 ——

**Me**
Its ▮▮▮...Grabbing a bite but if it works for you could I holler afterwards to see how it all went?
4:57 PM



▮▮▮▮▮▮
I've been out of the office all day. You may want to call ▮▮▮▮ directly.
5:02 PM



**Me**
10-4 I'll try him after thanks
5:03 PM

—— Thursday, Dec 14, 2017 ——

Generated by GilApps SMSShare 2

**Me** 

I have what might be a dumb question ... do u have a free minute at or after 10 or 11 ur time?

9:45 AM

 ████████

I'll have some time. Give me a shout. On another note, I have another pharmacist who will be taking the TN test. She wants to study for a couple weeks first.

9:54 AM

**Me** 

Ok I'll give yippy a holler then. Has she scheduled a date with them yet so I can let the powers know? Also did ████ sign up to retake

9:56 AM

**Me** 

I meant give you

9:56 AM

**Me** 

Is there a particular "form" for ordering that we need to send you for the products?

1:16 PM

 ████████

We'll create a prescription pad for you.

1:17 PM

**Me** 

Ok I'm fairly certain we will be coming to pick up just gotta work out when and logistics... are there any particulars we need to know to store it for transport?

1:20 PM

Generated by GilApps SMSShare 2



██████████
I would have an insulated container. No need for ice or anything. Just needs to be kept at room temp.

1:21 PM

Me
general cooler be ok?

1:22 PM





██████████
That will work.

1:22 PM

Me
what documentation will we need to bring for you guys when we come? What schedule are all of these drugs?

1:24 PM





██████████
Here's what we would need.

Prescription for in-office use signed by medical director including their DEA number and medical license number.

Prescription should include all medications needed with strength and quantities. Midazolam is a CIII.

1:34 PM

Me
When you know can you tell me the quantities you have thus far and strengths because I imagine we will want to pick it all up... so it has to be issued/ requested by doctor?

1:57 PM



Generated by GilApps SMSShare 2



████████

If you have someone at the TN board of pharmacy, you may want to check with them on ████ being able to fill for in office use. A medical director or pharmacist would need to sign for the order.

2:11 PM

**Me**

Ok so a pharmacist would also work?

2:12 PM



████████

Im pretty sure but I'm double checking.

2:15 PM

**Me**
10-4

2:24 PM

**Me**

Is Pfizer the manufacturer of any of the products?

2:56 PM



████████

The Midazolam is made by Pfizer.

3:24 PM

———— Monday, Dec 18, 2017 ————

**Me**

So to make sure the scrip is written right to get everything can you tell what specific info needs to be in there to cover what y'all have in stock

9:24 AM

———— Wednesday, Dec 20, 2017 ————

Generated by GilApps SMSShare 2

**Me**

Is there a good time to give you a call today?

9:55 AM



Yes sir. Let's do 11:00 MT.

9:56 AM

**Me**

10-4

9:56 AM

**Me**



10:54 AM

**Me**

Will this work for the order? I can fax it to you too look at if that's better

10:54 AM



That should do it.

10:55 AM

**Me** 
Ok I'll holler at 11 your time
10:55 AM

**Me** 
just faxed order to you... let me know that you received it and that we are good and no changes our additions needed
2:14 PM

 ████████████
We have it and everything looks good.
2:58 PM

**Me** 
10-4 Thanks and look forward to meeting y'all next week. If I don't talk to you before have a merry Xmas
2:59 PM

 ████████████
Thanks ████, Same here and merry Christmas to you too.
3:27 PM

—— Wednesday, Dec 27, 2017 ——

**Me** 
Hope you had a good holiday. Going to stay in ████████ tonight and get to ████████ early afternoon tomorrow.  Will it work for us to go ahead and come by there when we arrive to puck everything up? Thx
2:58 PM

 ████████████
That works. We'll have everything ready to go.
3:00 PM

Generated by GilApps SMSShare 2

**Me**
10-4
3:01 PM

**Me**
Where would you recommend to get a ████████?
3:01 PM

████████
The ████████ on ████ is a nice choice.
3:25 PM

**Me**
Good deal
4:27 PM

*Thursday, Dec 28, 2017*

**Me**
Should be there between 12:30 and 1
11:29 AM

████████
Sounds good.
11:30 AM

**Me**
We r here
1:39 PM

*Thursday, Jan 11, 2018*

**Me**
Any update by chance on testing dates for the two pharmacists?
11:45 AM

*Friday, Jan 19, 2018*

Generated by GilApps SMSShare 2



████████
Hello ███ Do you have to jump on a call?
12:17 PM

Me
I'm in an all day hearing
12:31 PM

Me
Can I call after?
12:32 PM

████████
Yes please. We have a little dilemma with our drug supplier.
12:33 PM

Me
10-4
1:50 PM

Me
How bad of a dilemma?
1:54 PM

████████
They want their drugs back bad.
2:19 PM

Me
Just for fyi is there another supplier that's willing to supply if the current one falls through?
3:40 PM

Generated by GilApps SMSShare 2



**9152083545**

Well the problem is that Pfizer notified our supplier after they were alerted by the ▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓and we are facing a "do not sell to" situation from Pfizer. It would not matter our supplier.

3:45 PM

**Me**

Someone from TDOC alerted Pfizer that we had some of their stuff?

3:46 PM



**Me**

Are they the only manufacturers of midazolam?

3:47 PM



**Me**

Sorry still in this hearing

3:47 PM





▓▓▓▓▓▓▓

That is my understanding. I'll have to search for other manufactures but I don't think there are any who will allow us to purchase from them.

4:10 PM

**Me**

What's a good time on Monday that we can touch base?

4:36 PM



**Me**

I told commissioner what we know so far so he is naturally all on me for updates asap ... Thx

4:38 PM



Generated by GilApps SMSShare 2



███████

I just got off the phone with my Cardinal rep. Here's what We know.

Pfizer was alerted that drugs from our pharmacy were sold to you all.

Cardinal is not sure what the end result will be but more than likely we'll be restricted from purchasing products in the future, they will seek to have the product returned, and possible termination of agreement. They are escalating it up their chain of command.

I'll make myself available anytime Monday so whatever works best for you all.

4:46 PM

**Me** 
How about 10 your time?
4:50 PM

**Me** 
Also while we r at it how about we explore other options on drugs ... ketamine etc if there seems to be an overall ban on midazolam ... I will research too thx
5:03 PM


███████
10 works. I'll put it on the books.
5:12 PM

**Me** 
Will do
5:12 PM

---

Monday, Jan 22, 2018

---

Generated by GilApps SMSShare 2

**Me**

Are u available now by chance? Got out of meeting a few minutes early

10:50 AM

██████████

Give me 5 min.

10:51 AM

**Me**

10-4

10:51 AM

██████████

https://www.fiercepharma.com/pharma/pfizer-fight-states-over-their-intent-to-use-its-drugs-for-executions

11:35 AM

---
Thursday, Jan 25, 2018
---

**Me**

When u can could u text me the contact info for the person at ██████ ██████? Thx

10:00 AM



10:27 AM

**Me**

Thanks

10:27 AM

---
Wednesday, Feb 7, 2018
---

Generated by GilApps SMSShare 2



██████





1:42 PM

**Me**
Good deal thanks

1:50 PM

**Me**
Supposedly according to ████████
████████████
████████████████
getting it somehow so I am going
to start cold calling around Virginia
to see about that





Generated by GilApps SMSShare 2



███████
Probably a good idea. FYI...███████ dropped our credit limit for orders from $210K to $75K and eliminated controlled substances.

1:59 PM

**Me**
Dang ... any indication if they are gonna sue you or anything?

2:01 PM



███████
Don't think so but it's still early. The fact we still have an account is promising.

2:03 PM

**Me**
Gotcha. Hopefully theyll leave it alone from there. Well I'll see what I dig up and we will chat on Monday or before if something good happens

2:05 PM



——————— Monday, Feb 12, 2018 ———————

**Me**
A name that came up that may sell the product is ███████ ███████..i haven't tried calling them yet but wanted to shoot u the info in case u knew of them

11:02 AM



——————— Tuesday, Feb 20, 2018 ———————

**Me**
Missed out weekly call yesterday due to holiday. Anything new? Did you have chance to call ███████ ██?



Generated by GilApps SMSShare 2



████████

3:49 PM

████████

Sorry I missed your call earlier. I've been traveling all day. I just sent you an email from ████████.

3:49 PM

████████

That's voicemail not email.

3:50 PM

**Me**
Driving now but I'll give out a listen... thanks

3:53 PM

Wednesday, Feb 21, 2018

**Me**
U got a free minute any time tomorrow?

2:53 PM

████████

Yes sir. Tomorrow morning at 10a MST.

2:54 PM

**Me**
I will call you then...thanks.

2:55 PM

Monday, Mar 5, 2018

Generated by GilApps SMSShare 2

**Me** 
Would 10 am mst work for tomorrow to call?
1:40 PM

 ██████
Yes sir. Sorry I missed today.
4:11 PM

**Me** 
No worries I'll talk to you then thanks
4:12 PM

--- Tuesday, Mar 6, 2018 ---

**Me** 
Some of the vecuronium that we have came from ███ and they weren't on that restriction list would we still be able to order vecuronium through them?
1:34 PM

--- Monday, Mar 26, 2018 ---

**Me** 
Can u also send the code section for that reg on the 10% requirement on compounding
11:26 AM

 ██████
Will do. 240 mEq is equal to 17880mg. We would just need to compound to that strength.
11:29 AM

 ██████
It would essentially change from 2mEq/mL to 4mEq/mL
11:31 AM

Generated by GilApps SMSShare 2



**Me**
Ok so that would drop it from 120ml to 60 right?

11:31 AM


████████
Correct.

11:32 AM

**Me**
So this new formulation would lessen the number of syringes that would be used as well

11:32 AM




████████
Yes it would. Saving the state money.

11:33 AM



**Me**
10-4

11:33 AM

─── Tuesday, Mar 27, 2018 ───

**Me**
As u continue to order midazolam each month ... how often do you want to send us invoices?

10:50 AM




████████
I can send monthly invoices.

11:11 AM

**Me**
Ok just wanna make sure y'all get paid ... so that first gram of midazolam is that being used to do the BUD etc?

11:13 AM



Generated by GilApps SMSShare 2



████████
Not the whole gram. Just enough to get the job done. On second thought we probably won't Invoice you all until we send the finished product.

11:15 AM

Me
Commissioner was wanting if possible to pay as it comes in so we have docs to make governor happy that it is ours bought and paid for ... and then could we pay the additional costs of compounding etc as it is done?

11:18 AM



████████
Sure. We can do that.

11:18 AM

Me
Ok good deal ... Yeah I filled him in on the continuing search for vecuronium etc

11:20 AM



---

Monday, Apr 2, 2018



████████
Can I call you later?

10:59 AM

Me
Yep

11:00 AM



Generated by GilApps SMSShare 2





11:23

● ● ● LTE ▭

How about 10:30 your time

Actually do you have a quick second now?

I do

8 degrees Celsius is 46.4 Fahrenheit

As the refrigerator temperature correct

Yeah he googles it I just took his word. But the document said 45 degrees?

Document said 47

So too high by .6 degrees

Yes

So given that it goes into the fridge frozen then am I right that once it thaws at 47 degrees it would only have 24 hours to be used? So there is a cushion of time as it thaws

iMessage



11:23

ıll LTE

So given that it goes into the fridge frozen then am I right that once it thaws at 47 degrees it would only have 24 hours to be used? So there is a cushion of time as it thaws before the 24 hour clock starts...or am I wrong on that

24 hours to be used, essentially when it's documented. Or the moment it's above that temperature range

Ok

Have you responded back to him with that info yet or did I need to let him know

I will tell him now

Thanks

Wed, Jul 28, 5:55 PM

I still plan to pick you up at the airport tomorrow and take you

iMessage



11:23

**●●Ill** LTE ▭

Wed, Jul 28, 5:55 PM

I still plan to pick you up at the airport tomorrow and take you to your hotel if that still the game plan

Yes that's good with me I can text you tomorrow if you want in case something changes with the flight

Also I emailed you what you requested just now

Ok ... I'll track flight as well ... text me when you land and I will drive up to pick you up outside baggage claim

Thu, Jul 29, 12:01 PM

Good afternoon ███. My █████ decided to travel with me. If I need to take an Uber instead to my hotel it's not a problem. Thanks

It's fine I can pick you both up no problem

iMessage



**11:23**  LTE

It's fine I can pick you both up no problem

Ok thank you

Thu, Jul 29, 1:59 PM

Hi ▮▮▮ Just got off the plane, making my way out, I didn't check a bag

Ok ... I'll wait a minute or two then head over

I'm in a red Ford Fusion

Sounds good

What are you wearing so I can spot y'all

I'm in a black shoe and jeans and glasses. My ▮▮▮ is 6'3 with a long gray shirt

Fri, Jul 30, 6:55 AM

I'm a few minutes early so just let me know when you're ready

iMessage



11:24 LTE

Fri, Jul 30, 6:55 AM

I'm a few minutes early so just let me know when you're ready and I'll pull up to front door of hotel

I'm ready

Ok

Fri, Jul 30, 6:10 PM

Hope it went ok and hope y'all enjoy Nashville

Wasn't the most fun I've ever had that la for sure

So sorry

My ████ ended up going to scotch and barrel and enjoyed it. Sk thank you! I'm sure the rest of my weekend will be much more enjoyable.

Good enjoy your trip

Thu, Sep 16, 11:08 AM

iMessage



11:24

LTE

Good enjoy your trip

Thu, Sep 16, 11:08 AM

can you tell me how much is left and expiration date of the potassium chloride and Midazolam ? Thx

Sure

Thanks

Thu, Sep 16, 1:06 PM

Can you also send me all inventory logs that you all have mainstained for the chemicals for us?

Fri, Sep 17, 3:38 PM

Would you be able to send me the expiration date information and the inventory logs today?

Just emailed you, let me know if that is what you wanted

The KCL spreadsheet is blank

iMessage



**11:24** 🖤     ⚫⚫⚫ LTE ▭

Just emailed you, let me know if that is what you wanted

The KCL spreadsheet is blank

Ok

Mon, Oct 11, 11:32 AM

Any issues with ordering?

Still no luck with vecuronium, I do have the bacteriostatic water

What about potassium chloride?

Waiting on receiving today

Thanks

Mon, Oct 18, 10:26 AM

Those formulas you sent are they proprietary to any particular company?

Wed, Oct 20, 11:31 AM

iMessage



**11:24**

Those formulas you sent are they proprietary to any particular company?

Wed, Oct 20, 11:31 AM

Hi ███ sorry had an audit forgot to message you. Yes they are property of ████

Ok thanks

Did the LIC come in?

Sorry LIC?

KCL

Yes it did

Great ... is there any light on when vecuronium will be available

I get same reject saying because of the ████████ ████ and we are not allowed to order

iMessage





just ordered 2 to check
expiration but it's 7/2023

Perfect

Can we get more than 2
knowing the date is that far
out?

Thu, Oct 21, 2:08 PM

I will

Great thank s

Thu, Nov 4, 9:37 AM

How many vecuronium were
you able to get?

I'll double check when I get in.
but at the moment believe  i
have 5

Good deal thanks

Thu, Nov 4, 10:58 AM

3 expiring 01/2023 and 2
expiring 07/2023