# **EXHIBIT 8**



# LABORATORY REPORT

Client #: ▉
Sample: Potassium Chloride 2mEq/ml
Conc.: 2meq/ml
Lot #: ▉
Sample ID #: ▉
Date Rec'd: 07/16/2019
Storage Loc: FR

| **Chemistry Tests:** | **Date** | **Reported** | **Measured** | **Potency** |
|---|---|---|---|---|
| Potassium Chloride | 07/17/2019 | 2.00 mEq/mL | 2.23 mEq/mL | 112 % |

| **Microbiology Tests:** | **Date** | **Measured** | **Result** |
|---|---|---|---|
| USP<71> Sterility | 07/30/2019 | | Pass |

**Notes:**

*Potency:* Potency is determined via USP <621> HPLC, USP<851> Spectrophotometry, and/or specific monograph testing procedures.

*USP<71> Sterility:* This test fully COMPLIES with the USP <71> compendial requirements of sterility testing for the presence of bacteria, yeast, mold, and fungi. Per USP <71>, "This test is applied to substances, preparations, or articles, which, according to the Pharmacopeia, are required to be sterile. A satisfactory result only indicates that no contaminating microorganism has been found in the sample examined under the conditions of the test." Method suitability has been verified. The citation to USP <71> is conditioned on the accuracy of our client's verification that the sampling program complies with the provisions of USP<71>.

Respectfully submitted,



(fax)





Date Received: 8/6/2019

## Chemistry Tests:

**Potency (Potassium Chloride : 2.00000 mEq/mL)**
- Measured Concentration: 1.88 mEq/mL
- Potency: 94.0 %
- Method: ICPMS
- Below Detection Limit: False

# LABORATORY REPORT

Account #:
Sample Name: Potassium Chloride
Lot #:
Storage Conditions: Frozen

Submission #:

Date Completed: 8/12/2019

Respectfully submitted,



(fax)



# LABORATORY REPORT

|  |  |
|---|---|
| Account #: |  |
| Sample Name: | Potassium chloride |
| Lot #: |  |
| Storage Conditions: | Frozen |

Phone:
Fax:

Date Received: 7/17/2020

Submission #:

## *Chemistry Tests:*

**Potency (Solution) (Potassium Chloride : 2.00000 mEq/mL)**  Date Started: 7/20/2020  Date Completed: 7/21/2020
   *Measured Concentration:*     1.99 mEq/mL
   *Potency:*     99.5 %
   *Method:*     ICP-OES

## *Microbiology Tests:*

**USP <71> Sterility Test**  Date Started: 7/17/2020  Date Completed: 7/31/2020
   *Method Performed:*     Membrane Filtration
   *Start Date:*     7/17/2020
   *End Date:*     7/31/2020
   *Results:*     Pass

Respectfully submitted,



**Results apply only to the tested sample(s) as received.**

*Print Date: 2/8/2022 10:37:43 AM*  *Page 1 of 1*

**Revision: 00**

Case 3:18-cv-01234   Document 201-8   Filed 04/13/22   Page 4 of 4 PageID #: 22245