# **EXHIBIT 9**



# LABORATORY REPORT

Account #: ▮
Sample Name: midazolam 50mg/ml
Lot #: ▮
Storage Conditions: Frozen

Submission #: ▮

Date Received: 11/13/2019

## Chemistry Tests:

**Potency (Midazolam : 50.00000 mg/mL)**  Date Completed: 11/18/2019
   *Measured Concentration:* 57.1 mg/mL
   *Potency:* 114 %
   *Method:* HPLC
   *Below Detection Limit:* False
   *Inconclusive:* False

## Microbiology Tests:

USP <71> Sterility Test  Date Completed: TBD

▮ (fax)