# **EXHIBIT 14**



MARK BRNOVICH
ATTORNEY GENERAL

OFFICE OF THE ATTORNEY GENERAL
STATE OF ARIZONA

August 20, 2020

Honorable Doug Ducey
1700 West Washington
Phoenix, Arizona 85007

Dear Governor Ducey:

I write to inform you that the Attorney General's Office has found a lawful supplier of pentobarbital that can make the drug available to our State. This is a significant development that removes all barriers for Arizona to resume executions.

Of the more than 100 death row inmates in Arizona, 20 have exhausted their appeals. Some of their vicious crimes occurred as far back as the 1970's and it's time for them to be held accountable.

In July 2019, I wrote you with an update on a United States Department of Justice opinion concluding that the Federal Drug Administration lacked jurisdiction to regulate the importation of drugs for the purposes of lethal injection. Last month, I sent a follow-up letter alerting you that the U.S. Court of Appeals for the Ninth Circuit upheld an Arizona law protecting the identities of individuals who supply legal injection drugs to the State. I also noted that the United States federal government had recently been successful in acquiring and employing pentobarbital to carry out executions.

I now urge you to act without delay, so Arizona may begin the process of securing the required pentobarbital. We must uphold the rule of law and respect court ordered sentences. It is our solemn obligation to all victims of heinous crimes, their families, and our communities, some of whom have been waiting for decades, for justice to be served.

Sincerely,

Mark Brnovich
Arizona Attorney General