# EXHIBIT 18

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TERRY LYNN KING, | ) |
| Plaintiff, | ) Civil Action No. 3:18-cv-01234 ) |
| v. | ) **CAPITAL CASE** ) |
| TONY PARKER, et al., | ) Judge William L. Campbell, Jr. ) |
| Defendants. | ) |

## AFFIDAVIT OF JOHN GARDINER
## PURSUANT TO 28 U.S.C. § 1746

1. My name is John Gardiner. I am an investigator in the Capital Habeas Unit at the Federal Community Defender Office for the Eastern District of Pennsylvania.

2. On September 28, 2021, I, along with attorneys Jeremy Gunn, Alex Kursman, Lynne Leonard, and Sarah Miller, visited Riverbend Maximum Security Institution to inspect Tennessee's execution chamber.

3. During the visit, I took several measurements of the execution chamber. Those measurements, along with a few notes, are attached to this declaration as Exhibit A.

I hereby verify under penalty of perjury, subject to 28 U.S.C. § 1746, that the foregoing and the accompanying Exhibit are true and correct.

Date: April 11, 2022

John Gardiner

# Execution Chamber

*(all measurements provided in inches, except where otherwise noted)*

| Layout and Gurney Position | |
|---|---|
| Dimensions of the Execution Chamber | 188 x 239 |
| Is the gurney secured to the floor? (If yes, how?) | Yes, bolted to the floor but movable. (Same for electric chair.) |
| Is the inmate's left or right side closer to the Executioner's chamber | left |
| Length of gurney | 78 |
| Width of gurney | 24 at narrowest<br>29.5 at widest<br>Each arm rest = 7 wide x 21.5 long |
| Number of straps on the gurney | 10 |
| Describe how the straps are positioned/arranged | 6-point crisscross over torso, plus 3 straight across legs |
| Are the straps adjustable (buckles?) | yes |
| **Portal** | |
| Thickness of wall separating Executioner Chamber and Execution Chamber | 9 |
| Dimensions of portal | 6 x 8 |
| Distance from floor to bottom of portal | 43 |
| **Gurney to Wall Portal** | |
| Distance from portal to the L side of the head of the gurney | 42 |
| Distance from portal to the middle of the gurney's L side | 37 |

1

| | |
|---|---|
| Distance from portal to the L foot of the gurney | 61 |
| Distance from portal to the R side of the head of the gurney (w/tape measure going over the gurney) | 53 |
| Distance from portal to the R side of the head of the gurney (w/tape measure going under the gurney) | 87 |
| Distance from portal to the middle of the gurney's R side (w/tape measure going over the gurney) | 53 |
| Distance from portal to the middle of the gurney's R side (w/tape measure going under the gurney) | 80 |
| Distance from portal to the R foot of the gurney (w/tape measure going over the gurney) | 70 |
| Distance from portal to the R foot of the gurney (w/tape measure going under the gurney) | 92 |
| **Gurney to Observation Rooms** | |
| Distance from center of the official witness window to the middle of the gurney | 205 |
| Distance from R edge of the official witness window to the middle of the gurney | 194 |
| Distance from L edge of the official witness window to the middle of the gurney | 216 |
| Distance from center of the victim's family window to the middle of the gurney | 70 |
| Distance from R edge of the victim's family window to the middle of the gurney | 87 |
| Distance from L edge of the victim's family window to the middle of the gurney | 75 |
| **Camera** | |
| How many cameras are in the Execution Chamber? | 2 + an empty slot |
| Where are the cameras positioned? | - One centered directly above gurney (72 in.)<br>- One opposite viewing rooms, to the left of media witness room |

# Lethal Injection Executioner's Room

| | |
|---|---|
| Dimensions of Executioner's Chamber | 119 x 64 |
| **IV Pole** | |
| Distance from the top of the IV pole to the portal | 52 |
| Distance from the floor to the top of the IV pole | 95 <br> (IV pole is hanging from ceiling) |
| Where is the port into which they inject the drugs located? (closer to the IV bag vs. closer to the window portal) | Closer to the IV bag |
| **Window** | |
| Dimensions of window | 26.5 x 16.75 <br> - Tinted looking out into execution chamber <br> - Mirrored looking into from execution chamber <br> - Huge digital clock directly above this window (visible from execution chamber) |
| **Cameras** | |
| Where is the pan tilt zoom camera screen located in the Executioner's chamber? | Top left corner near door <br> Screen = 11.5 x 20 |

## Equipment

| | |
|---|---|
| **Syringes** | |
| Size of syringe | 1.6mm x 40mm |
| After the syringes are prepared how are they arranged? (Are they secured?) (Each set in a separate tray?) | Red set and blue set each have their own separate trays with separate slots labelled 1-9 for each syringe |

3

## Victim's Family Observation Room

| Dimensions of the room | 158 x 85 |
|---|---|
| **Seating** | |
| Chairs or benches? | Chairs |
| How many? | Nine |
| How are they are positioned? (Rows?) | Two rows |
| Are the rows flat or raised like stadium seating? | Flat |
| Distance from each row to the window | 47; 85 |
| **Window** | |
| Dimensions of the window | 83 x 36 |
| Distance between floor and bottom of the window | 42 |

## Official Witness Observation Room

| Dimensions of the room | 191 x 162 |
|---|---|
| **Seating** | |
| Chairs or benches? | Chairs (nicer than victim's family room chairs) |
| How many? | Fifteen |
| How are they are positioned? (Rows?) | Three rows |

| | |
|---|---|
| Are the rows flat or raised like stadium seating? | Flat<br>Plastic COVID barriers between each |
| Distance from each row to the window | 58; 107; 157 |
| **Window** | |
| Dimensions of the window | 37.5 x 18 per pane<br>(Four total panes lined up adjacent to one another) |
| Distance between floor and bottom of the window | 42 |