# **EXHIBIT 22**

# CERTIFICATE OF ANALYSIS

## MIDAZOLAM, EP*

**Batch/Lot Number :** ▮
**Manufacturing Date :** 11/01/2018
**Expiration Date :** 10/31/2023
**Retest Date :** NOT APPLICABLE
**CAS:** ▮

† All dates in this document are in format mm/dd/yyyy unless otherwise specified

| TESTS | SPECIFICATIONS | RESULTS |
|---|---|---|
| ASSAY ON DRIED SUBSTANCE | 98.5 - 101.5 % | 99.9 % |
| DESCRIPTION | White or yellowish crystalline powder. | CONFORMS |
| IDENTIFICATION B (2.2.24) | IR: Reference to standard spectrum | POSITIVE |
| APPEARANCE OF SOLUTION | The solution is clear (2.2.1) and not more intensely coloured than the reference solution Y6. (2.2.2,II). | CONFORMS |
| RELATED SUBSTANCES (2.2.29) | <= 0.2 % (Impurity B) | NOT DETECTED |
|  | <= 0.15 % (Each impurity A, E, G, H) | < 0.15 % |
|  | <= 0.10 % (Unspecified impurities) | NOT DETECTED |
|  | <= 0.3 % (Total impurities) | < 0.3 % |
| IMPURITY C (2.2.27) | <= 0.1 % | < 0.1 % |
| LOSS ON DRYING (2.2.32) | <= 0.5 % | 0.01 % |
| SULFATED ASH (2.4.14) | <= 0.1 % | 0.04 % |
| RESIDUAL SOLVENTS | Meets the requirements. | CONFORMS |
| SOLUBILITY | Practically insoluble in water, freely soluble in acetone and in ethanol (96%), soluble in methanol. | |
| **PACKAGING AND STORAGE** | Preserve in tight, light-resistant containers. | |

*TESTED ON 01/24/2019

Lot number has been changed from
▮

The above mentioned product conforms to the specifications of EP.

The above test results are a direct transcription of information provided to ▮ from the Certificate of Analysis provided by the manufacturer / supplier. Additional testing conducted by ▮ is represented by an asterisk. This lot was manufactured by ▮

**Dated :** 01/24/2019

Defs. Supp. Resp. Fr. 08.2021 000004

# CERTIFICATE OF ANALYSIS

## MIDAZOLAM, BP

**Batch/Lot Number :** ███

**Manufacturing Date :** 02/01/2016

**Expiration Date :** 01/31/2021

**Retest Date :** 01/31/2021

**CAS:** ███

† All dates in this document are in format mm/dd/yyyy unless otherwise specified

| TESTS | SPECIFICATIONS | RESULTS |
|---|---|---|
| ASSAY ON DRIED BASIS* | 98.5 - 101.5 % | 99.1 % |
| DESCRIPTION | White or yellowish crystalline powder. | CONFORMS |
| IDENTIFICATION B* | IR: Reference to standard spectrum | POSITIVE |
| APPEARANCE OF SOLUTION* | The solution is clear and not more intensely coloured than the reference solution Y6. | CONFORMS |
| RELATED SUBSTANCES | <= 0.2 % (Impurity B) | < 0.2 % |
|  | <= 0.15 % (Impurity A) | < 0.15 % |
|  | <= 0.15 % (Impurity E) | 0.018 % |
|  | <= 0.15 % (Impurity G) | 0.007 % |
|  | <= 0.15 % (Impurity H) | < 0.15 % |
|  | <= 0.10 % (Unspecified impurities) | < 0.10 % |
|  | <= 0.3 % (Total impurities) | 0.02 % |
| IMPURITY C | <= 0.1 % | < 0.1 % |
| LOSS ON DRYING* | <= 0.5 % | 0.06 % |
| SULFATED ASH* | <= 0.1 % | 0.02 % |
| RESIDUAL SOLVENTS* | Meets the requirements. | CONFORMS |
| SOLUBILITY | Practically insoluble in water, freely soluble in acetone and in ethanol (96%), soluble in methanol. |  |
| **PACKAGING AND STORAGE** | Preserve in tight, light-resistant containers. |  |
| **FIRST IDENTIFICATION: B** | If identification B is performed, then identifications A, C, D, and E are not required. |  |

*TESTED ON 05/04/2016

Lot number has been changed from ███ to ███

The above mentioned product conforms to the manufacturer's specifications.

The above test results are a direct transcription of information provided to ███ from the Certificate of Analysis provided by the manufacturer / supplier. Additional testing conducted by ███ is represented by an asterisk. This lot was manufactured by ███

**Dated :** 06/30/2016