UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| **TERRY LYNN KING,** | ) | |
| | ) | **Civil Action No. 3:18-cv-01234** |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **CAPITAL CASE** |
| | ) | |
| | ) | |
| **TONY PARKER, et al.,** | ) | Judge William L. Campbell, Jr. |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S MOTION TO DENY OR DEFER CONSIDERATION OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT PURSUANT TO RULE 56(d)**

Pursuant to Rule 56(d) of the Federal Rules of Civil Procedure, Plaintiff Terry King makes this Motion to Deny or Defer Considering Defendants' Motion for Summary Judgment. Plaintiff relies on his memorandum in support, the accompanying exhibits, and the Declaration of Sarah B. Miller filed herewith. For the reasons explained in Plaintiff's memorandum, Defendants' actions throughout discovery have deprived Plaintiff of the benefit of a full opportunity to conduct discovery, despite his diligent efforts to obtain discovery and uncover the deficiencies in Defendants' discovery process, the extent of which he only recently learned. Thus, while Plaintiff's opposition to the MSJ provides amply sufficient reason by itself for the Court to deny Defendants' summary judgment motion (the "MSJ") (D.E. 182–84) on its own terms, Plaintiff files *this* motion because Defendants have failed to provide all the discovery to which Plaintiff is entitled and with which Plaintiff could present a more complete opposition to the MSJ.

In order to present a full defense, Plaintiff requires (1) information on Defendants' discovery efforts, which will necessitate deposition testimony from Debra Inglis, General Counsel

1

and Deputy Commissioner of the Department of Correction, who led Defendants' discovery efforts; (2) electronically stored information identified through search terms directed at obtaining email communications central to Plaintiff's claims, including emails discussing the availability of the alternative methods of execution; and (3) a revised privilege log providing the information required to analyze the assertion of privilege, including what privilege is asserted for each documents and the parties copied on all communications. This information will be essential to Plaintiff's ability to adequately prepare for trial. It would also enable Plaintiff to defend against Defendants' MSJ with the benefit of all discovery to which he is rightfully entitled. Therefore, if the Court declines to deny the MSJ under Rule 56(d), Plaintiff asks in the alternative that the Court defer ruling on the MSJ until Plaintiff can obtain the limited additional discovery he needs to enable him to present the fullest possible opposition to the MSJ either through the process the Magistrate Judge laid out in his latest order on Plaintiff's motion for additional discovery and sanctions (D.E. 198) or by Defendants' compliance with any specific discovery requirements ordered by the Court in response to this Motion.

Dated: April 13, 2022

Respectfully submitted,

*/s/ David R. Esquivel*
David R. Esquivel (TN # 21459)
Sarah B. Miller (TN # 33441)
Jeremy A. Gunn (PA # 320056)
Michael C. Tackeff (TN # 36953)
BASS, BERRY & SIMS PLC
150 Third Ave. South #2800
Nashville, TN 37201
Telephone: (615) 742-6200
desquivel@bassberry.com
smiller@bassberry.com
michael.tackeff@bassberry.com
jeremy.gunn@bassberry.com

2

*-and-*

Alex Kursman (PA Bar No. 306613)
Lynne Leonard (PA Bar No. 318897)
Hayden Nelson-Major (PA Bar No. 320024)
Anastassia Baldrige (PA Bar No. 329703)
Assistant Federal Defenders
Federal Community Defender Office for the
    Eastern District of Pennsylvania
601 Walnut Street, Suite 545W
Philadelphia, PA 19106
(215) 928-0520

*-and-*

Amy Rao Mohan (TN # 31238)
Christopher C. Sabis (TN # 30032)
Alice Haston (TN # 38708)
SHERRARD ROE VOIGHT &
HARBISON, PLC
150 Third Ave. South, Suite 1100
Nashville, TN 37201
Telephone: (615) 742-4545
amohan@srvhlaw.com
csabis@srvhlaw.com
ahaston@srvhlaw.com

*Counsel for Terry Lynn King*

## **CERTIFICATE OF SERVICE**

       I certify that on April 13, 2022, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt which includes:

Cody N. Brandon
Miranda H. Jones
Robert W. Mitchell
Scott C. Sutherland
Mallory K. Schiller
Dean S. Atyia
Tennessee Attorney General's Office
PO Box 20207
Nashville, TN 37202-0207

                                              */s/ David R. Esquivel*
                                              David R. Esquivel