ORDER: Motion GRANTED.

*William L. Campbell Jr.*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | | |
|---|---|---|
| **TERRY LYNN KING,** | ) | |
| | ) | |
| Plaintiff, | ) | **CAPITAL CASE** |
| | ) | |
| v. | ) | **Case No. 3:18-cv-01234** |
| | ) | |
| **TONY PARKER, et al.,** | ) | **JUDGE CAMPBELL** |
| | ) | |
| Defendants. | ) | |

### DEFENDANTS' UNOPPOSED MOTION FOR ONE-DAY EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S STATEMENT OF ADDITIONAL MATERIAL FACTS

Pursuant to Fed. R. Civ P. 6(b)(1)(A) and LR6.01(a), Defendants Lisa Helton and Tony Mays respectfully move for a one-day extension of time up to and including April 28, 2022 within which to file their Response to Plaintiff's Statement of Additional Material Facts (D.E. 201) in support of their Opposition to Defendants' Motion for Summary Judgment (D.E. 202).

In support of this Motion, pursuant to Fed. R. Civ. P. 6(b)(1)(A) and LR6.01(a), Defendants would show that there is good cause to grant the motion, as follows:

1. On April 13, 2022, Plaintiff filed his Statement of Additional Material Facts (D.E. 201), making Defendants' Response to that Statement of Additional Material Facts due today, April 27, 2022.

2. Defendants have been working diligently to draft their Response, but require one additional day in order to finalize the Response.

3. Counsel for Defendants have conferred with counsel for Plaintiff concerning this motion and counsel for Plaintiff has stated that he does not oppose this motion.