# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# AT NASHVILLE

| | | |
|---|---|---|
| **TERRY LYNN KING,** | ) | |
| | ) | |
| Plaintiff, | ) | **CAPITAL CASE** |
| | ) | |
| v. | ) | Case No. 3:18-cv-01234 |
| | ) | |
| **LISA HELTON, et al.,** | ) | **JUDGE CAMPBELL** |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| **DONALD MIDDLEBROOKS,** | ) | |
| | ) | |
| Plaintiff, | ) | **CAPITAL CASE** |
| | ) | |
| v. | ) | Case No. 3:19-cv-01139 |
| | ) | |
| **LISA HELTON, et al.,** | ) | **JUDGE CAMPBELL** |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS' UNOPPOSED MOTION TO WITHDRAW THEIR MOTION FOR SUMMARY JUDGMENT

Defendants have filed a Notice of Inaccuracies or Misstatements to be Corrected. (D.E. 218.) Pursuant to Federal Rule of Civil Procedure 7(b)(1), Defendants also move to withdraw their Motion for Summary Judgment (D.E. 182), their Memorandum in Support of their Motion for Summary Judgment (D.E. 183), and their Statement of Facts in Support of their Motion for Summary Judgment (D.E. 184.) Counsel for Defendants have conferred with counsel for Plaintiff King, who does not oppose this motion. Additionally, counsel for Defendants and for Plaintiff

1
Case 3:18-cv-01234   Document 218   Filed 05/06/22   Page 1 of 3 PageID #: 12734

King consent that there is thus no need to respond to Plaintiff King's Statement of Additional Material Facts. (D.E. 201.)

Respectfully submitted,

HERBERT H. SLATERY III
Attorney General and Reporter

s/ *Rob Mitchell*
ROB MITCHELL (32266)
Senior Assistant Attorney General
SCOTT C. SUTHERLAND (29013)
Deputy Attorney General
MIRANDA JONES (36070)
*MALLORY SCHILLER (36191)
CODY N. BRANDON (037504)
*DEAN S. ATYIA (039683)
Assistant Attorneys General
Law Enforcement and
Special Prosecutions Div.
P.O. Box 20207
Nashville, Tennessee 37202-0207
Off. (615) 532-6023
Fax (615) 532-4892

Robert.Mitchell@ag.tn.gov
Scott.Sutherland@ag.tn.gov
Miranda.Jones@ag.tn.gov
Mallory.Schiller@ag.tn.gov
Cody.Brandon@ag.tn.gov
Dean.Atyia@ag.tn.gov
*Counsel for Defendants in King and Middlebrooks*
**Counsel for Defendants in* King

# CERTIFICATE OF SERVICE

I certify that on May 6, 2022, a copy of the foregoing was filed and served via the Court's CM/ECF system on the following counsel for *King*:

Alex Kursman
Lynne Leonard
Anastassia Baldridge
Hayden Nelson-Major
Assistant Federal Defenders
Federal Community Defender for the E.D. Penn.
Suite 545 West, The Curtis
601 Walnut St.
Philadelphia, PA 19106
(215) 928-0520
alex_kursman@fd.org
lynne_leonard@fd.org
ana_baldridge@fd.org
hayden_nelson-major@fd.org

David Esquivel
Sarah Miller
Jeremy Gunn
Michael Tackeff

Bass, Berry & Sims 150 Third Ave. South
Nashville, TN 37201
(615) 742-6200
desquivel@bassberry.com
smiller@bassberry.com
jeremy.gunn@bassberry.com
michael.tackeff@bassberry.com

Alice Haston
Amy Rao Mohan
Christopher C. Sabis
Sherrard Roe Voight & Harbison, PLC
150 Third Ave. South
Suite 1100
Nashville, TN 37201
(615) 742-4539
ahaston@srvhlaw.com
amohan@srvhlaw.com
csabis@srvhlaw.com

And via email on the following counsel for *Middlebrooks*:

Kelly Henry
Supervisory Asst. Federal Community Defender,
810 Broadway, Suite 200,
Nashville, TN 37203
615-695-6906
Kelley_Henry@fd.org

                                                  s/ *Rob Mitchell*
                                                  ROB MITCHELL