# Exhibit 1

# Statement on Oscar Smith Temporary Reprieve

Thursday, April 21, 2022 | 05:35pm

**NASHVILLE, Tenn.** – Today, Tennessee Governor Bill Lee released the following statement:

"Due to an oversight in preparation for lethal injection, the scheduled execution of Oscar Smith will not move forward tonight. I am granting a temporary reprieve while we address Tennessee Department of Correction protocol. Further details will be released when they are available."

###