# Exhibit 3



# THE STATE OF TENNESSEE
# EXECUTIVE CHAMBER

### **REPRIEVE**

Pursuant to the authority vested in me by Article III, Section 6 of the Constitution of the State of Tennessee, I, Bill Lee, Governor of the State of Tennessee, do hereby grant to Oscar Franklin Smith a reprieve from execution of the sentence of death imposed upon him by the Criminal Court for Davidson County in 1990 and scheduled to be carried out on April 21, 2022, *State v. Smith*, No. M2016-01869-SC-R11-PD (Tenn. Nov. 3, 2021), for which a reprieve was previously granted until June 1, 2022. This reprieve shall continue in effect until December 31, 2022.

IN TESTIMONY WHEREOF, I have hereunto set my hand and caused the Great Seal of the State to be affixed at Nashville, Tennessee on this 3rd day of May, 2022.

_____
GOVERNOR

_____
SECRETARY OF STATE





# THE STATE OF TENNESSEE
# EXECUTIVE CHAMBER

### REPRIEVE

Pursuant to the authority vested in me by Article III, Section 6 of the Constitution of the State of Tennessee, I, Bill Lee, Governor of the State of Tennessee, do hereby grant to Harold Wayne Nichols a reprieve from execution of the sentence of death imposed upon him by the Criminal Court for Hamilton County in 1990 and scheduled to be carried out on June 9, 2022. *State v. Nichols*, No. E1998-00562-SC-R11-PD (Tenn. Nov. 3, 2021). This reprieve shall continue in effect until December 31, 2022.

IN TESTIMONY WHEREOF, I have hereunto set my hand and caused the Great Seal of the State to be affixed at Nashville, Tennessee on this 3rd day of May, 2022.

*Bill Lee*
GOVERNOR

*[signature]*
SECRETARY OF STATE



# THE STATE OF TENNESSEE
# EXECUTIVE CHAMBER

### REPRIEVE

Pursuant to the authority vested in me by Article III, Section 6 of the Constitution of the State of Tennessee, I, Bill Lee, Governor of the State of Tennessee, do hereby grant to Byron Lewis Black a reprieve from execution of the sentence of death imposed upon him by the Criminal Court for Davidson County in 1989 and scheduled to be carried out on August 18, 2022. *State v. Black*, No. M2000-00641-SC-DPE-CD (Tenn. Feb. 22, 2022). This reprieve shall continue in effect until December 31, 2022.

IN TESTIMONY WHEREOF, I have hereunto set my hand and caused the Great Seal of the State to be affixed at Nashville, Tennessee on this 3rd day of May, 2022.

_____
GOVERNOR

_____
SECRETARY OF STATE



# THE STATE OF TENNESSEE
# EXECUTIVE CHAMBER

### REPRIEVE

Pursuant to the authority vested in me by Article III, Section 6 of the Constitution of the State of Tennessee, I, Bill Lee, Governor of the State of Tennessee, do hereby grant to Gary Wayne Sutton a reprieve from execution of the sentence of death imposed upon him by the Criminal Court for Blount County in 1996 and scheduled to be carried out on October 6, 2022. *State v. Sutton*, No. E1997-00196-SC-DDT-DD (Tenn. Feb. 22, 2022). This reprieve shall continue in effect until December 31, 2022.

IN TESTIMONY WHEREOF, I have hereunto set my hand and caused the Great Seal of the State to be affixed at Nashville, Tennessee on this 3rd day of May, 2022.

*Bill Lee*
GOVERNOR

*Tre Hargett*
SECRETARY OF STATE



# THE STATE OF TENNESSEE EXECUTIVE CHAMBER

### REPRIEVE

Pursuant to the authority vested in me by Article III, Section 6 of the Constitution of the State of Tennessee, I, Bill Lee, Governor of the State of Tennessee, do hereby grant to Donald Ray Middlebrooks a reprieve from execution of the sentence of death imposed upon him by the Criminal Court for Davidson County in 1989 and scheduled to be carried out on December 8, 2022. *State v. Middlebrooks*, No. M2001-01865-SC-R11-PD (Tenn. Feb. 22, 2022). This reprieve shall continue in effect until December 31, 2022.

IN TESTIMONY WHEREOF, I have hereunto set my hand and caused the Great Seal of the State to be affixed at Nashville, Tennessee on this 3rd day of May, 2022.

*Bill Lee*
GOVERNOR

*Tre Hargett*
SECRETARY OF STATE