IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| TERRY KING, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | NO. 3:18-cv-01234 |
| v. | ) | |
| | ) | JUDGE CAMPBELL |
| LISA HELTON, et al., | ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| DONALD MIDDLEBROOKS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | NO. 3:19-cv-01139 |
| v. | ) | |
| | ) | JUDGE CAMPBELL |
| LISA HELTON, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

On January 12, 2020, Defendants filed a Notice of Completion of the Independent Investigation of the Lethal Injection Process and Unopposed Motion to Extend Stay of the Proceedings. (Doc. No. 224, *King v. Helton*, Case No. 3:18-cv-01234 ("*King*")). Although Defendants appear to have intended the Notice and Motion to apply to *King v. Helton* and *Middlebrooks v. Helton*, Case No. 3:19-cv-01139 ("*Middlebrooks*"), the aforementioned filing was not filed in *Middlebrooks*. For clarity of the record, Defendants are directed to file the Notice and Motion in *Middlebrooks*.

Somewhat related to the Motion to Extend Stay, Donald Middlebrooks has moved to

temporarily reopen the case and to issue an order for preservation of evidence, stating concerns about the possible loss of evidence during an indefinite stay. (*Middlebrooks*, Doc. No. 64). Defendants shall respond to Mr. Middlebrooks' Motion on or before January 20, 2023.

The Court will reserve ruling on the Motion to Extend Stay pending resolution of Mr. Middlebrooks' Motion concerning preservation of evidence.

It is so **ORDERED.**

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE