IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | | |
|---|---|---|
| TERRY LYNN KING, | ) | |
| | ) | |
| Plaintiff, | ) | **CAPITAL CASE** |
| | ) | |
| v. | ) | Case No. 3:18-cv-01234 |
| | ) | |
| LISA HELTON, et al., | ) | JUDGE CAMPBELL |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| DONALD MIDDLEBROOKS, | ) | |
| | ) | |
| Plaintiff, | ) | **CAPITAL CASE** |
| | ) | |
| v. | ) | Case No. 3:19-cv-01139 |
| | ) | |
| LISA HELTON, et al., | ) | JUDGE CAMPBELL |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' STATUS UPDATE**

Pursuant to this Court's orders (*King,* D.E. 227; *Middlebrooks,* D.E. 78), Defendants hereby provide notice to the Court regarding the status of corrective actions to comply with the recommendations in the Report and Findings of the Tennessee Lethal Injection Protocol Investigation ("Report") and Governor Lee's directives. (Exhibit 1.)

Governor Bill Lee has appointed Mr. Frank Strada as the new Commissioner for the Tennessee Department of Correction ("TDOC"). Commissioner Strada has appointed Ms. Jen Brenner as General Counsel for TDOC.

TDOC has undertaken a review and assessment of the Report. This assessment includes a review of applicable policies, procedures and personnel involved in the lethal injection process.

TDOC is currently in the process of revising Tennessee's lethal injection protocol in light of the Report and the Governor's directives. The revision of the protocol is a priority, and is active and ongoing, but the Commissioner is currently not prepared to provide a date when a new lethal injection protocol will be promulgated.

          Respectfully submitted,

          JONATHAN SKRMETTI
          Attorney General and Reporter

          s/ Scott C. Sutherland
          SCOTT C. SUTHERLAND (29013)
          Deputy Attorney General

          DEAN ATYIA (039683)
          MIRANDA JONES (36070)
          CODY N. BRANDON (037504)
          JOHN R. GLOVER (037772)
          Assistant Attorneys General
          Law Enforcement and
          Special Prosecutions Div.
          P.O. Box 20207
          Nashville, Tennessee 37202-0207
          Off. (615) 532-7688
          Fax (615) 532-4892
          Scott.Sutherland@ag.tn.gov
          Dean.Atyia@ag.tn.gov
          Miranda.Jones@ag.tn.gov
          Cody.Brandon@ag.tn.gov
          John.Glover@ag.tn.gov
          *Counsel for Defendants*

# CERTIFICATE OF SERVICE

I certify that on May 1, 2023, a copy of the foregoing was filed and served via the Court's CM/ECF system on the following counsel for *Middlebrooks*:

| | |
|---|---|
| Amy Harwell | Nashville, TN 37203 |
| Houston Goddard | 615-695-6906 |
| Katherine Dix | Amy_Harwell@fd.org |
| Katheryn Thomas | houston_goddard@fd.org |
| Kelley Henry | Katherine_Dix@fd.org |
| Marshall Jensen | kit_thomas@fd.org |
| Richard Tennent | Kelley_Henry@fd.org |
| Federal Public Defender's Office (MDTN) | Marshall_Jensen@fd.org |
| 810 Broadway, Suite 200, | Richard_Tennent@fd.org |

And on the following counsel for *King*:

| | |
|---|---|
| Alex Kursman | Bass, Berry & Sims 150 Third Ave. South |
| Lynne Leonard | Nashville, TN 37201 |
| Anastassia Baldridge | (615) 742-6200 |
| Hayden Nelson-Major | desquivel@bassberry.com |
| Assistant Federal Defenders | smiller@bassberry.com |
| Federal Community Defender for the E.D. Penn. | jeremy.gunn@bassberry.com |
| Suite 545 West, The Curtis | michael.tackeff@bassberry.com |
| 601 Walnut St. | |
| Philadelphia, PA 19106 | Alice Haston |
| (215) 928-0520 | Amy Rao Mohan |
| alex_kursman@fd.org | Christopher C. Sabis |
| lynne_leonard@fd.org | Sherrard Roe Voight & Harbison, PLC |
| ana_baldridge@fd.org | 150 Third Ave. South |
| hayden_nelson-major@fd.org | Suite 1100 |
| | Nashville, TN 37201 |
| David Esquivel | (615) 742-4539 |
| Sarah Miller | ahaston@srvhlaw.com |
| Jeremy Gunn | amohan@srvhlaw.com |
| Michael Tackeff | csabis@srvhlaw.com |

                                                                      s/ Scott C. Sutherland
                                                                       SCOTT C. SUTHERLAND