# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# AT NASHVILLE

| | | |
|---|---|---|
| TERRY LYNN KING, | ) | |
| | ) | |
|    Plaintiff, | ) | **CAPITAL CASE** |
| | ) | |
| v. | ) | Case No. 3:18-cv-01234 |
| | ) | |
| LISA HELTON, et al., | ) | JUDGE CAMPBELL |
| | ) | |
|    Defendants. | ) | |

| | | |
|---|---|---|
| DONALD MIDDLEBROOKS, | ) | |
| | ) | |
|    Plaintiff, | ) | **CAPITAL CASE** |
| | ) | |
| v. | ) | Case No. 3:19-cv-01139 |
| | ) | |
| LISA HELTON, et al., | ) | JUDGE CAMPBELL |
| | ) | |
|    Defendants. | ) | |

## NOTICE OF WITHDRAWAL OF COUNSEL

Pursuant to Local Rule 83.01(g), the undersigned notices his withdrawal as counsel for Defendants, and states that Defendants are still being represented by other attorneys of record from the Office of the Attorney General and Reporter.

    Respectfully submitted,

    JONATHAN SKRMETTI
    Attorney General and Reporter

    /s/ *Dean S. Atyia*
    DEAN S. ATYIA, BPR #039683
    Managing Attorney | Assistant Attorney General
    Law Enforcement and
    Special Prosecutions Division

Office of the Tennessee
Attorney General and Reporter
P.O. Box 20207
Nashville, Tennessee 37202-0207
Phone: (615) 741-1982
Fax: (615) 532-4892
Dean.Atyia@ag.tn.gov
*Counsel for Defendant*

# CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing has been filed electronically with the Court and served by CM/ECF to the following, on this 15th day of August, 2023:

Amy Harwell
Houston Goddard
Katherine Dix
Katheryn Thomas
Kelley Henry
Marshall Jensen
Richard Tennent
Federal Public Defender's Office (MDTN)
810 Broadway, Suite 200,
Nashville, TN 37203
615-695-6906
Amy_Harwell@fd.org
houston_goddard@fd.org
Katherine_Dix@fd.org
kit_thomas@fd.org
Kelley_Henry@fd.org
Marshall_Jensen@fd.org
Richard_Tennent@fd.org

And on the following counsel for *King*:

Alex Kursman
Lynne Leonard
Anastassia Baldridge
Hayden Nelson-Major
Assistant Federal Defenders
Federal Community Defender for the E.D. Penn.
Suite 545 West, The Curtis
601 Walnut St.
Philadelphia, PA 19106
(215) 928-0520
alex_kursman@fd.org
lynne_leonard@fd.org
ana_baldridge@fd.org
hayden_nelson-major@fd.org

David Esquivel
Sarah Miller
Jeremy Gunn
Michael Tackeff
<u>Bass, Berry & Sims</u>
150 Third Ave. South
Nashville, TN 37201
(615) 742-6200
desquivel@bassberry.com
smiller@bassberry.com
jeremy.gunn@bassberry.com
michael.tackeff@bassberry.com

Alice Haston
Amy Rao Mohan
Christopher C. Sabis
<u>Sherrard Roe Voight & Harbison, PLC</u>
150 Third Ave. South
Suite 1100
Nashville, TN 37201
(615) 742-4539
ahaston@srvhlaw.com
amohan@srvhlaw.com
csabis@srvhlaw.com

/s/ *Dean S. Atyia*
Dean S. Atyia