IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| **TERRY LYNN KING,** ) | |
| ) | |
| Plaintiff, ) | **CAPITAL CASE** |
| ) | |
| v. ) | Case No. 3:18-cv-01234 |
| ) | |
| **FRANK STRADA, et al.,** ) | JUDGE CAMPBELL |
| ) | |
| Defendants. ) | |

| | |
|---|---|
| **DONALD MIDDLEBROOKS,** ) | |
| ) | |
| Plaintiff, ) | **CAPITAL CASE** |
| ) | |
| v. ) | Case No. 3:19-cv-01139 |
| ) | |
| **FRANK STRADA, et al.,** ) | JUDGE CAMPBELL |
| ) | |
| Defendants. ) | |

## DEFENDANTS' NOTICE OF STATUS UPDATE

Pursuant to this Court's orders (*King*, D.E. 227; *Middlebrooks*, D.E. 78), Defendants hereby provide notice to the Court regarding the status of corrective actions to comply with the recommendations in the Report and Findings of the Tennessee Lethal Injection Protocol Investigation ("Report") and Governor Lee's directives. (*King*, D.E. 229-1, 229-2; *Middlebrooks*, D.E. 81-1, 81-2.)

The Tennessee Department of Correction (TDOC) is currently working with counsel on draft revisions to Tennessee's execution procedures for lethal injection. The process of revising the protocol is a priority, is active, and is ongoing. The Commissioner of TDOC is currently not prepared to provide a date when a new lethal injection protocol will be finalized.

Respectfully submitted,

JONATHAN SKRMETTI
Attorney General and Reporter

/s/ *Cody N. Brandon*
CODY N. BRANDON (037504)
Managing Attorney
Senior Assistant Attorney General

SCOTT C. SUTHERLAND (29013)
Senior Deputy Attorney General

MIRANDA JONES (36070)
Senior Assistant Attorney General

Law Enforcement and
Special Prosecutions Division
P.O. Box 20207
Nashville, Tennessee 37202-0207
Off. (615) 532-7400
Fax (615) 532-4892
Scott.Sutherland@ag.tn.gov
Cody.Brandon@ag.tn.gov
Miranda.Jones@ag.tn.gov
*Counsel for Defendants*

# CERTIFICATE OF SERVICE

I certify that on the 29th day of July, 2024, a copy of the foregoing was filed and served via the Court's CM/ECF system on the following counsel for *Middlebrooks*:

| | |
|---|---|
| Amy Harwell | Nashville, TN 37203 |
| Houston Goddard | 615-695-6906 |
| Katherine Dix | Amy_Harwell@fd.org |
| Katheryn Thomas | houston_goddard@fd.org |
| Kelley Henry | Katherine_Dix@fd.org |
| Marshall Jensen | kit_thomas@fd.org |
| Richard Tennent | Kelley_Henry@fd.org |
| Federal Public Defender's Office (MDTN) | Marshall_Jensen@fd.org |
| 810 Broadway, Suite 200, | Richard_Tennent@fd.org |

And on the following counsel for *King*:

Alex Kursman
Lynne Leonard
Anastassia Baldridge
Hayden Nelson-Major
Assistant Federal Defenders
Federal Community Defender for the E.D. Penn.
Suite 545 West, The Curtis
601 Walnut St.
Philadelphia, PA 19106
(215) 928-0520
alex_kursman@fd.org
lynne_leonard@fd.org
ana_baldridge@fd.org
hayden_nelson-major@fd.org

David Esquivel
Sarah Miller
Jeremy Gunn
Michael Tackeff

Bass, Berry & Sims 150 Third Ave. South
Nashville, TN 37201
(615) 742-6200
desquivel@bassberry.com
smiller@bassberry.com
jeremy.gunn@bassberry.com
michael.tackeff@bassberry.com

Alice Haston
Amy Rao Mohan
Christopher C. Sabis
Sherrard Roe Voight & Harbison, PLC
150 Third Ave. South
Suite 1100
Nashville, TN 37201
(615) 742-4539
ahaston@srvhlaw.com
amohan@srvhlaw.com
csabis@srvhlaw.com

    /s/ *Cody N. Brandon*
    CODY N. BRANDON
    Managing Attorney