IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | | |
|---|---|---|
| **TERRY LYNN KING,** | ) | |
| | ) | |
| Plaintiff, | ) | **CAPITAL CASE** |
| | ) | |
| v. | ) | Case No. 3:18-cv-01234 |
| | ) | |
| **FRANK STRADA, et al.,** | ) | **JUDGE TRAUGER** |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| **DONALD MIDDLEBROOKS,** | ) | |
| | ) | |
| Plaintiff, | ) | **CAPITAL CASE** |
| | ) | |
| v. | ) | Case No. 3:19-cv-01139 |
| | ) | |
| **FRANK STRADA, et al.,** | ) | **JUDGE CRENSHAW** |
| | ) | |
| Defendants. | ) | |

**JOINT STATUS REPORT**

Pursuant to an agreement of the parties (*King* Dkt. 219-3; *Middlebrooks* Dkt. 59-3) and the orders of the Court (*King* Dkt. 227; *Middlebrooks* Dkt. 78), these cases have remained stayed pending the completion of corrective actions to comply with the recommendations in the Report and Findings of the Tennessee Lethal Injection Protocol Investigation and Governor Lee's Directives (*King* Dkt. 229-1, 229-2; *Middlebrooks* Dkt. 81-1, 81-2).

On January 8, 2025, the Commissioner signed a new lethal injection protocol. The parties' agreement provides that Defendants will not object to Plaintiffs King or Middlebrooks "amending his complaint one time within ninety (90) days of . . . adoption [of a new protocol] to address such

1

a[n] adoption in one count asserting a facial challenge to the . . . new protocol." Dkt. 219-3, at 3, ¶ 1.

On February 6, 2025, counsel for both Plaintiffs King and Middlebrooks met in-person with counsel for Defendants to discuss preliminary matters related to moving forward with these cases, including: anticipated amendments by Plaintiffs, agreed entry of a preliminary protective order to facilitate the exchange of confidential information before amendment, general approaches to case management, and matters left unresolved before entry of the stay. Discussion of those and other matters are continuing in good faith efforts to reach agreements for submission to the Court. At this time, the parties are not prepared for a status conference with the Court, but they will request one if necessary after further discussion.

Given the ongoing work between counsel, Defendants ask that they be relieved of the obligation to file a status update every 90 days. *King* Dkt. 227; *Middlebrooks* Dkt. 78.

Respectfully submitted,

JONATHAN SKRMETTI
Attorney General and Reporter

/s/ *Cody N. Brandon*
CODY N. BRANDON (037504)
Managing Attorney
Senior Assistant Attorney General
Law Enforcement and
Special Prosecutions Division
P.O. Box 20207
Nashville, Tennessee 37202-0207
Off. (615) 532-7400
Fax (615) 532-4892
Cody.Brandon@ag.tn.gov
*Counsel for Defendants*

/s/ *David Esquivel* (w/perm. CNB)
DAVID ESQUIVEL (BPR# 021459)
Bass, Berry & Sims PLC (Nashville)

21 Platform Way South
Suite 3500
Nashville, TN 37203
(615) 742-6285
desquivel@bassberry.com
*Counsel for Plaintiff King*


/s/ *Kelley J. Henry* (w/perm. CNB)
KELLEY J. HENRY (BPR# 021113)
Federal Public Defender's Office
810 Broadway, Suite 200
Nashville, TN 37203
(615) 736-5047
Kelley_Henry@fd.org
*Counsel for Plaintiff Middlebrooks*

# CERTIFICATE OF SERVICE

I certify that on the 12th day of February, 2025, a copy of the foregoing was filed and served via the Court's CM/ECF system on the following counsel for *Middlebrooks*:

| | |
|---|---|
| Amy Harwell | Nashville, TN 37203 |
| Houston Goddard | 615-695-6906 |
| Katherine Dix | Amy_Harwell@fd.org |
| Katheryn Thomas | houston_goddard@fd.org |
| Kelley Henry | Katherine_Dix@fd.org |
| Marshall Jensen | kit_thomas@fd.org |
| Richard Tennent | Kelley_Henry@fd.org |
| Federal Public Defender's Office (MDTN) | Marshall_Jensen@fd.org |
| 810 Broadway, Suite 200, | Richard_Tennent@fd.org |

And on the following counsel for *King*:

| | |
|---|---|
| Alex Kursman | Bass, Berry & Sims PLC (Nashville Office) |
| Lynne Leonard | 21 Platform Way South |
| Anastasia Baldridge | Suite 3500 |
| Hayden Nelson-Major | Nashville, TN 37203 |
| Assistant Federal Defenders | (615) 742-6285 |
| Federal Community Defender for the E.D. Penn. | desquivel@bassberry.com |
| Suite 545 West, The Curtis | jeremy.gunn@bassberry.com |
| 601 Walnut Street | michael.tackeff@usdoj.gov |
| Philadelphia, PA 19106 | smiller@bassberry.com |
| (215) 928-0520 | |
| Alex_Kursman@fd.org | Alice Haston |
| Lynne_Leonard@fd.org | Amy Rao Mohan |
| Ana_Baldridge@fd.org | Christopher C. Sabis |
| Hayden_Nelson-Major@fd.org | Sherrard Roe Voight & Harbison, PLC |
| | 1600 West End Avenue |
| | Suite 1750 |
| David Esquivel | Nashville, TN 37203 |
| Sarah Miller | (615) 742-4200 |
| Jeremy Gunn | ahaston@srvhlaw.com |
| Michael Tackeff | amohan@srvhlaw.com |
| | csabis@srvhlaw.com |

/s/ *Cody N. Brandon*
CODY N. BRANDON
Managing Attorney