# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# AT NASHVILLE

| | | |
|---|---|---|
| **TERRY LYNN KING,** | ) | |
| | ) | |
| Plaintiff, | ) | **CAPITAL CASE** |
| | ) | |
| v. | ) | Case No. 3:18-cv-01234 |
| | ) | |
| **FRANK STRADA, et al.,** | ) | JUDGE TRAUGER |
| | ) | |
| Defendants. | ) | |

## MOTION TO SUBSTITUTE COUNSEL

David Wickenheiser, Assistant Attorney General, hereby moves pursuant to Local Rule 83.01(h) to substitute as counsel of record in lieu of Robert W. Mitchell, who is no longer with our office, to represent Defendants. Neither Plaintiff nor Defendants will be prejudiced by this substitution.

Respectfully submitted,

JONATHAN SKRMETTI
Attorney General and Reporter

s/*David Wickenheiser*
DAVID WICKENHEISER (BPR 40427)
Assistant Attorney General
Law Enforcement and
Special Prosecutions Division
Office of the Attorney General
P.O. Box 20207
Nashville, Tennessee 37202-0207
Phone: (615) 532-7277
Fax: (615) 532-4892
David.Wickenheiser@ag.tn.gov
Counsel for Defendants

## CERTIFICATE OF SERVICE

   I hereby certify that a true and exact copy of the foregoing was filed and served by operation of the Court's ECF/PACER system on this the ___ day of February 2025, upon:

Alex Kursman
Lynne Leonard
Anastasia Baldridge
Hayden Nelson-Major
Assistant Federal Defenders
Federal Community Defender for the E.D. Penn.
Suite 545 West, The Curtis
601 Walnut Street
Philadelphia, PA 19106
(215) 928-0520
Alex_Kursman@fd.org
Lynne_Leonard@fd.org
Ana_Baldridge@fd.org
Hayden_Nelson-Major@fd.org

David Esquivel
Sarah Miller
Jeremy Gunn
Michael Tackeff
Bass, Berry & Sims PLC (Nashville Office)
21 Platform Way South
Suite 3500
Nashville, TN 37203
(615) 742-6285
desquivel@bassberry.com
jeremy.gunn@bassberry.com
michael.tackeff@usdoj.gov
smiller@bassberry.com

Alice Haston
Amy Rao Mohan
Christopher C. Sabis
Sherrard Roe Voight & Harbison, PLC
1600 West End Avenue
Suite 1750
Nashville, TN 37203
(615) 742-4200
ahaston@srvhlaw.com
amohan@srvhlaw.com
csabis@srvhlaw.com

                /s/ David Wickenheiser
                DAVID WICKENHEISER
                Assistant Attorney General