# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# AT NASHVILLE

| | | |
|---|---|---|
| TERRY LYNN KING, | ) | |
| Plaintiff, | ) | **CAPITAL CASE** |
| v. | ) | Case No. 3:18-cv-01234 |
| FRANK STRADA, et al., | ) | JUDGE TRAUGER |
| Defendants. | ) | |

## JOINT MOTION FOR LIMITED AGREED PROTECTIVE ORDER

Pursuant to Fed. R. Civ. P. 26(c), Plaintiff Terry Lynn King and Defendants Commissioner Frank Strada and Warden Kenneth Nelsen jointly move for entry of the attached Limited Agreed Protective Order to facilitate the exchange of information that may aid Plaintiff in drafting an amended complaint.

The Commissioner recently signed a new lethal injection protocol. The Department of Correction has released a redacted version of the lethal injection protocol to the public, but it has withheld some information in the protocol as confidential. In the interest of judicial economy, Defendants are willing to provide Plaintiff an unredacted copy of the protocol under conditions sufficient to protect the confidentiality of the redacted information. The parties have conferred and have mutually agreed to the terms of the proposed order attached to this motion. Pursuant to the parties' agreement and Fed. R. Civ. P. 26(c), the parties request that the Court enter the attached Limited Agreed Protective Order.

Respectfully submitted,

JONATHAN SKRMETTI
Attorney General and Reporter

/s/ *Cody N. Brandon*
CODY N. BRANDON (BPR# 037504)
Managing Attorney
Senior Assistant Attorney General
Law Enforcement and
Special Prosecutions Division
P.O. Box 20207
Nashville, Tennessee 37202-0207
Off. (615) 532-7400
Fax (615) 532-4892
Cody.Brandon@ag.tn.gov
*Counsel for Defendants*


/s/ *David Esquivel* (w/perm. CNB)
DAVID ESQUIVEL (BPR# 021459)
Bass, Berry & Sims PLC (Nashville)
21 Platform Way South
Suite 3500
Nashville, TN 37203
(615) 742-6285
desquivel@bassberry.com
*Counsel for Plaintiff King*

# CERTIFICATE OF SERVICE

I certify that on the 28th day of February, 2025, a copy of the foregoing was filed and served via the Court's CM/ECF system on the following:

Alex Kursman
Lynne Leonard
Anastassia Baldrige
Hayden Nelson-Major
Assistant Federal Defenders
Federal Community Defender for the E.D. Penn.
Suite 545 West, The Curtis
601 Walnut Street
Philadelphia, PA 19106
(215) 928-0520
Alex_Kursman@fd.org
Lynne_Leonard@fd.org
Ana_Baldrige@fd.org
Hayden_Nelson-Major@fd.org

David Esquivel
Sarah Miller
Jeremy Gunn
Bass, Berry & Sims PLC (Nashville Office)
21 Platform Way South
Suite 3500
Nashville, TN 37203
(615) 742-6285
desquivel@bassberry.com
jeremy.gunn@bassberry.com
smiller@bassberry.com

Alice Haston
Amy Rao Mohan
Christopher C. Sabis
Sherrard Roe Voight & Harbison, PLC
1600 West End Avenue
Suite 1750
Nashville, TN 37203
(615) 742-4200
ahaston@srvhlaw.com
amohan@srvhlaw.com
csabis@srvhlaw.com

/s/ *Cody N. Brandon*
CODY N. BRANDON
Managing Attorney